# Exhibit G

**UNITED STATES DISTRICT OF COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL | § MDL No. 2179 |
| RIG "DEEPWATER HORIZON" | § |
| IN THE GULF OF MEXICO, | § SECTION: J |
| ON APRIL 20, 2010 | § |
| | § JUDGE BARBIER |
| | § MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**UNITED STATES' STATUS REPORT ON EFFORTS TO RESPOND
TO DISCOVERY SERVED ON THE UNITED STATES BEFORE JULY 1, 2011**

Since April 20, 2010 the United States has deployed massive resources to respond to the oil spill and its effects. It has also deployed massive resources to prepare for and respond to the discovery requests anticipated and served in this multi-district litigation. As described below, in response to the discovery served by BP and the Anadarko Defendants the United States has spent millions of dollars to identify, search for, collect, review, and produce over seventeen million pages of documents. The United States has made diligent and expedited efforts to comply with the accelerated discovery schedule, but it is far from completing its responses to these discovery requests. The details of its efforts and the time frames for completing the major outstanding tasks are set forth below. Because the status of discovery is highly dependent on the nature and volume of information held by each agency, the United States has organized this status report by federal agency.[1]

---

[1] Undersigned counsel prepared this report in consultation with agency counsel. Every effort has been made to provide accurate information, but given the press of time the United States has not prepared declarations and has been forced, in some instances, to make estimates based on limited information. The United States reserves the right to update and correct the information contained in this report as it continues to monitor, evaluate, and complete its discovery responses.

## I.    Summary of Discovery Served Upon the United States as of July 31, 2011

As of July 31, 2011, the United States had been served with nine sets of discovery requests.  The United States has served formal responses to each of these requests.  *See* Attachment 1.

In preparing its responses to these requests, the United States met and conferred with the parties to determine the intended scope, nature, and priority of the requests.  As a result of these early conferences, the parties divided the requests into three categories:  Event, Source Control & Quantification, and Subsequent Phases.  The category into which each request was placed is identified in Attachment 2.  The United States also worked with the responding agencies and the requesting parties to identify which agencies would respond to which requests.

The discovery requests included interrogatories, requests for admission, and requests for production.  To date, BP and MOEX have not challenged the adequacy of the United States responses to their respective interrogatories or requests for admission.  The Anadarko Defendants have challenged the adequacy of the United States' responses to interrogatories and requests for admission.  This Court has ruled upon the Anadarko Defendants' challenge to the United States' responses to the requests for Admission.  *See* Order (Sept. 2, 2011) (Doc. No. 3905).  The United States is currently conferring with the Anadarko Defendants' regarding their challenge to the adequacy of the United States' responses to the Anadarko Defendants' interrogatories relating to Source Control & Quantification.  *See* Hedgpeth, Letter to Himmelhoch (Aug. 25, 2011) (Attachment 3).  The remainder of this report, therefore, will

address the status of the United States' production of documents and electronically stored information for the Event and Source Control & Quantification Phases.[2]

## II.    Status of Document Production by Federal Agency

The United States has worked extensively with both BP and the Anadarko Defendants to refine the search terms for collecting relevant information and to identify custodians reasonably likely to have possession of responsive information.  The result of these months of negotiations are represented in the list of custodians the United States agreed to search (Attachment 4)[3] and the search terms for those agencies employing search terms (Attachments 6-11).

Many of these search terms and custodians were added or changed at the request of BP and/or Anadarko after the United States commenced its collection efforts, which has increased the complexity of the United States' collection efforts.  For example, on August 25, 2011 more than two months after the United States identified its proposed search terms, the Anadarko Defendants requested additional changes to the search terms, as did BP on August 22, 2011. *See* Hedgpeth, Letter to Himmelhoch (Aug. 25, 2011) (Attachment 3); Gasaway, Letter to Himmelhoch (Aug. 22, 2011) (Attachment 12).  Obviously, the United States' additional searches in response to the requested changes in these letters will require additional time to complete.

After nearly four months of negotiating search terms and custodians, the United States believes it is time to end the Sisyphean nature of its responses and conclude the negotiations

---

[2] The United States has tabled responses to the "Subsequent Phases" discovery until it has completed responses to Phase I and II discovery and greater clarity is provided regarding the scope of Phase III discovery.

[3] BP proposed a number of additional custodians that the United States has not agreed to search. Attachment 2 identifies those custodians and provides a brief statement of the reason for the United States' refusal.

regarding custodians and search terms for the already served discovery requests. To the extent parties identify gaps in the documents they are seeking, the appropriate action would be to serve follow up discovery that is targeted to collect that information, rather than continued changes to the ongoing searches.[4] Accordingly, the custodians set forth in Attachment 4 and the search terms set forth in Attachments 6-11 represent the final custodians and search terms to which the United States will agree for the already propounded discovery requests.

### A.    Department of the Interior

The Department of the Interior ("DOI") has committed to search the files of 139 custodians in the Bureau of Ocean Energy Management, Regulation and Enforcement ("BOEMRE") and thirty-nine custodians in other bureaus and offices. BOEMRE, as the successor to the Minerals Management Service, has custody of extensive records spanning the entire period covered by the discovery requests – from April 20, 2005 to January 31, 2011 and beyond. In addition, the U.S. Geological Survey, the Fish & Wildlife Service, and the National Park Service were involved in response activities, while the Office of the Secretary and the Office of Congressional and Legislative Affairs were involved in monitoring spill response, responding to congressional inquiries, and monitoring investigation of the causes of the Event.

DOI has expended approximately $1,120,000 thus far to acquire software, equipment, and vendor services (planning, collection, hosting, and review) in the course of collection and review. DOI expects to expend at least an additional $1,180,000 to complete the effort, not

---

[4] On Labor Day, September 5, 2011, BP sent the United States a letter raising issues with respect to the "form of production" from the United States and seeking an extension of time until October 15, 2011 to file motions to compel between the United States and BP with respect to Event related to discovery. The United States is willing to agree to that extension and will respond to the most recent letter during the week of September 6, 2011.

including the salaries and benefits of previously existing federal and contract support staff whose work has been redirected to plan, manage, and conduct all aspects of the discovery effort. DOI currently has approximately twenty contract staff engaged in document review, four federal staff primarily dedicated to management and collection for the discovery effort, and at any given time, is receiving significant support from an additional five to twenty federal staff.

### 1. BOEMRE

Because the DOI records relating to the Event phase of this case were centralized in BOEMRE, DOI began by focusing on collection from the 139 custodians located within BOEMRE as well as appropriate centralized files. DOI has made significant progress on the production of BOEMRE data.

With respect to the individual custodians, DOI has collected and culled the live e-mail environment of 100% of the BOEMRE custodians and provided all of that data to the Department of Justice ("DOJ") for production. DOI is currently reviewing those documents withheld as potentially privileged and will continue to release emails and other documents determined to have been inadvertently withheld during the privilege review.

The only remaining dispute between the parties with respect to BOEMRE's electronic mail is the question of the off-line contracted archive known as the "Autonomy" or "Zantaz" server. As the United States informed this Court and the parties, the Department of the Interior has encountered a problem with searching an offline archive established in 2001 to capture all email sent or received by employees in certain bureaus, including the Bureau of Ocean Energy

Management, Regulation and Enforcement ("BOEMRE") and the Secretary's Office.[5]  As set forth in more detail in a letter to BP, the United States has determined that retrieval of responsive emails from this offline archive will be both too costly and require too much time to be appropriate.  *See* Himmelhoch, Letter to Gasaway (Aug. 3, 2011) (Attachment 13).  BP and the United States are engaged in productive discussions to determine whether BP agrees with the United States' conclusion.

DOI has also collected the vast majority of the electronic information held by the identified custodians.  It has searched the home network drives of 95% (132) of the BOEMRE custodians and produced the responsive information from 60% (84) to DOJ.  DOI is working diligently to complete the remaining searches, with the exception of three custodians who are members of the Joint Investigation Team. Because of the statutory and regulatory protection afforded the deliberations of JIT members DOI intends to await completion of the JIT report prior to collection from these three custodians.  If the JIT announces another delay in the issuance of its final report, DOI will reassess the search and production from these three custodians.

In addition, DOI has collected data from the hard drives of 69% (96) of the custodians. For 11% (15) of the custodians, the data has been culled and provided to DOJ.  DOI is currently collecting paper documents from the individual custodians and confirming that its paper production is complete.

DOI has not limited its collection efforts to individual custodians.  DOI prioritized certain centralized collections, including data relating to the Event that was collected by Nick Wetzel in

---

[5] The Secretary's Office has since ceased sending emails to the Autonomy archive.  Based upon information and belief, DOI indicates that the Office of the Secretary ceased sending emails to the Autonomy archive before President Obama took office.

the immediate aftermath of the explosion. DOI has also collected and culled data from the central network file locations for the Houma District Office, Lake Charles District Office, Lafayette District Office, and New Orleans District Office, as well as the Field Operations network share. The Houma and Lake Charles District Office and Field Operations shares have been provided to DOJ. DOI still must collect the central network file locations for the Lake Jackson District Office, Herndon, Washington, D.C., and additional file locations in New Orleans.

With respect to centralized files, DOI and BP are also in productive discussions regarding production of BOEMRE's "TIMS" database. The TIMS database is an enterprise database established by BOEMRE to track leasing, production, and safety data related to oil exploration. The database houses publicly available information, as well as privileged information related to enforcement activities and highly sensitive proprietary information of BP's competitors. BOEMRE made several attempts to export responsive information to a database for BP, each of which BP challenged as inadequate. Accordingly, the United States has arranged for BP to visit the Gulf of Mexico Regional offices of BOEMRE to access the TIMS database directly on September 6-7, 2011.

DOI has also collected paper documents from the Office of Resource Evaluation, the Office of Field Operations, the New Orleans District Office, the Houma District Office, the Lake Charles District Office, the Lake Jackson District Office, the Lafayette District Office, the Office of Production and Development, the Office of Leasing and Environment, the Office of Information management Services, and the Public Information Resources Section. Because these records were not digitized, DOI relied upon knowledgeable individuals to search for and produce responsive documents. The results of these searches have been provided to DOJ.

Further, DOI has collected and produced all paper and electronic documents that were released pursuant to FOIA requests or requests from Congress.

DOI expects to complete the collection and culling of outstanding BOEMRE non-privileged electronically stored information by October 15, 2011.  DOJ expects to produce all information currently at DOJ by September 16, 2011.[6]  DOI also expects to complete collection of outstanding paper documents by October 1, 2011.

Given the collection timeframes, however, DOI does not expect to complete privilege review by October 15, 2011. DOI cannot reliably provide an estimated completion date, as it is still attempting to determine the volume of potentially privileged information contained in the e-mail collections, which are expected to be the largest volume of potentially privileged information.  DOI is hopeful that privilege review can be completed by November 1, 2011.[7]

### 2.    Other DOI Custodians

DOI has collected and culled data from the hard drives, home network, and shared network drives of 87% (34) of its non-BOEMRE custodians. None of this data has been provided to DOJ, yet, but DOI expects to provide it for production by September 9, 2011.  DOI is also in the process of collecting paper documents for all of the non-BOEMRE custodians.

DOI has yet to collect data from the e-mail environments for any of the remaining DOI custodians.  The thirty-four USGS custodians are in a Lotus Notes e-mail environment. DOI's in-house collection and culling software is unable to search e-mail that is in a Lotus Notes

---

[6] Depending on the volume of information DOJ receives in any given week, it generally takes two weeks from receipt of the documents at DOJ to production of the documents to the parties.

[7] Should it be determined that DOI must collect and review e-mail from the Autonomy e-mail archive for all BOEMRE custodians, completion of privilege review would be dependent on the time frames for data retrieval, and would likely extend into 2012.

format. Furthermore, USGS does not archive e-mail to a digital safe. DOI possesses a software tool that will convert Lotus Notes (.nsf) e-mails to Microsoft Outlook (.pst) format. DOI intends to use that tool, SysTools Export Notes, to convert the emails so that they may be searched with existing software. Export Notes retains folders, attachments, calendar items, task items, encrypted files and e-mails, and relevant metadata.

DOI has also created and maintained a mirror of the USGS "Cassini" server, which hosts imaging information gathered from the NASA AVIRIS system, Flow Rate Technical Group calibration of that data and derived map products from the data. Also included are spectra collected by the USGS imaging spectroscopy group, and software used to make the products. The server also contains satellite data used for planning the AVIRIS flights and used in tracking the oil spill. All USGS field images from calibration and sampling are also on the server. DOI will work with BP and the other parties to determine the best means of providing this data for other parties to access as necessary.

DOI expects to complete collection of documents, whether electronic or paper, from the Secretary and Deputy Secretary of the Interior by September 21, 2011. DOI expects to complete the collection and culling of outstanding ESI from its other non-BOEMRE custodians by October 8, 2011. DOI expects to complete collection of outstanding paper documents from these custodians by October 1, 2011. Once collection is completed, the documents will be delivered to DOJ for production.

Given the collection timeframes, DOI does not expect to complete privilege review by October 15, 2011. DOI is hopeful that privilege review of these post-event materials will be completed by November 15, 2011, but cannot provide a firm date for completing the review until

it has a better sense of the volume and nature of responsive information found in these custodial files.

**B.     The Department of Homeland Security**

**1.     The Coast Guard**

The Coast Guard has faced perhaps the most challenging document production issues of any of the federal agencies because it has the largest volumes of both paper and electronic data for this response than it has ever handled in its history.  To establish an electronic spill archive and production system, the Coast Guard had to obtain hardware and purchase software to collect between ten and twenty terabytes of data, establish a search, review, and production system within a highly sensitive information technology environment, and sort and organize upwards of twenty-seven million pages of paper.  To date, approximately three million dollars has been expended, not including Coast Guard personnel costs.  At various times, the Coast Guard estimates that it has had between fifty and one hundred people working on various aspects of the documentation and electronic spill archiving efforts.

With respect to Event phase discovery, the Coast Guard has relied upon searches by knowledgeable individuals and in known collections, rather than electronic search terms.  The Coast Guard has produced all responsive information, with the exception of any small quantity of pre-spill information that may be found in the post-spill archive that is still being compiled.  The Coast Guard has completed its privilege review of the Event related documents and DOJ anticipates producing the privilege log for this information on or before September 15, 2011.  The only remaining event related discovery the Coast Guard anticipates completing is the production of the custodial files for the three individuals designated as Rule 30(b)(6) witnesses for the United States.  The Coast Guard anticipates completing the production of non-privileged

10

documents from these custodians no fewer than ten days before the scheduled depositions. The Coast Guard will prepare any necessary privilege log as soon as practical after the completion of the custodial productions.

With respect to the information responsive to the Source Control & Quantification phase of discovery, the Coast Guard has completed the infrastructure for its electronic spill archive. Unlike the other federal agencies, which have relied upon searches of individual custodial files for the majority of their searches, the Coast Guard's primary searches will be conducted within the consolidated spill archive and will not be limited by custodian. Because the procedure for establishing the spill archive calls for the collection of the information documenting the Coast Guard's actions and decisions during the response, the Coast Guard will not conduct custodial collections outside of the spill archive except for good cause shown.

Forensically sound collection of data for the spill archive is underway. Of the twenty-two servers that were used in the response, fourteen have been sent to Mandeville and twelve have been processed to date into the archive. The other eight servers are still in use by the Coast Guard. The Coast Guard has collected 1,300 laptops from the response and has processed 515 into the archive. The collection of data from active servers has been underway with a priority on collection of witness and deponent data. In addition, the Coast Guard estimates it will take months to complete the scanning of the paper documents generated during the response. Approximately 1,900 boxes of paper remain to be sorted and prepared for scanning. This number, while not static, does not decrease significantly due to the ongoing, weekly collection of boxes of paper documents still being generated by the ongoing response. It is important to note that the response is still ongoing, though significantly scaled back. Accordingly, new information is being generated on a daily basis. To date approximately 2,800 boxes of paper has

11

been sorted and organized; scanning has produced an approximate 250 gigabytes of digitized images with related OCR text per week for uploading to the database. In all, the Coast Guard has uploaded approximately 2.5 terabytes of information into its newly minted incident documentation system.

Now that final search terms have been established and the Coast Guard's system is operational, the Coast Guard anticipates beginning electronic searches on the data and scanned documents already loaded to the system over the next two weeks. Though the Coast Guard believes the total volume of data generated in the response could be as much as ten to twenty terabytes, it does not yet have any reliable estimate of the total volume of responsive information, or the percentage of that responsive information that is privileged. Accordingly, it is not yet in a position to provide the parties or this Court with a reliable estimate of the time required to complete production of the responsive documents.

### 2. The Secretary of Homeland Security

To date, the Secretary's office has identified close to 700 pages of documents for review by the Office of the General Counsel (OGC). Upon information and belief, the Secretary's Office is still in the process of searching for and identifying responsive documents. The Secretary does not have an email account and generally does not maintain electronic files regarding Deepwater Horizon. As a result, the Department cannot conduct electronic searches using search terms in order to identify responsive documents within the custodial files of the Secretary.

The Secretary's staff must conduct a manual search of her records, some of which are stored chronologically rather than according to subject, so that documents regarding Deepwater Horizon are maintained alongside documents regarding other Department business. Given the

sensitive nature of the materials handled by the Secretary of Homeland Security, the number of personnel who can be deployed to conduct this search is limited.

The Department's Office of General Counsel has begun to review documents for responsiveness and privilege. Based on a cursory review of those documents, a significant percentage will be privileged and a significant percentage of those privileged documents may need to be shared with counsel for the Executive Office of the President or other agencies to determine their status.

None of the Secretary's records have been produced to date. The Department reports that it will work as diligently as possible to conduct the privilege review and prepare a log by October 15, 2011, but may require additional time depending on the ultimate volume of documents to be produced.

### C.    Department of Commerce

#### 1.    National Oceanic & Atmospheric Administration

Like BOEMRE and the Coast Guard, NOAA was faced with a daunting task in identifying, collecting, reviewing, and producing information responsive to the parties' discovery requests. NOAA had both pre-spill and post-spill responsive information and a large number of custodians. In all, NOAA has agreed to search the custodial files of over two hundred individuals. To date, NOAA estimates it has expended $4,620,231 on the identification, collection, review and production of information responsive to the pending discovery requests. These costs include employee time, payments under interagency agreements with DOJ, and over three million dollars in contractor costs.

NOAA has completed the collection of all custodial files but one and expects to complete the collection of this one remaining individual this week. In addition to the individual custodial

files, NOAA has collected and searched seventeen Functional Email Accounts used within the

NOAA Incident Coordination Center, one Weather Service (Mobile, AL) functional Email

Account, ten laptop computers used within the NOAA Incident Coordinator Center, file shares

on Local Area Networks at six NOAA locations, all responsive FOIA responses, and all

responses to Congressional requests relating to the Incident.

Approximately eighty-nine percent of the information NOAA has collected has been

processed and loaded to a review platform.  In all, NOAA collected twelve terabytes of data.

The use of the search terms followed by de-duplication yielded 6,400,000 documents,

representing 15,300,000 pages loaded to the review platform thus far.  NOAA expects that

362,705 documents, or 852,000 pages remain in process toward the review platform.  To date,

DOJ has produced 173,410 pages of the responsive, non-privileged information.

NOAA, like DOI, has relied upon search terms to segregate potentially privileged

documents and is currently investing significant resources in the review and, to the extent

required by PTO 14, logging of the privileged documents. NOAA has assigned twelve full time

attorneys for more than two months to conduct the privilege review.  Because of the breadth of

the parties' discovery requests, the potentially privileged documents touch on numerous topics

and privilege review has been complicated by the need to consult a number of offices to

determine the status of certain documents.  Despite its significant commitment of resources to

the task, NOAA is not likely to complete its privilege review and logging until November 15,

2011.

### 2.    National Institutes of Standards and Technology

NIST has agreed to search the custodial files of one individual (in addition to the

members of the Flow Rate Technical Group discussed below).  NIST used the same search terms

employed by NOAA and, with the exception of the new search terms agreed to by the United

States in response to the most recent requests by the parties, has completed its collection.  DOJ is

currently processing the resulting collection and anticipates production will be complete by

September 30, 2011.  NIST also relied upon search terms to segregate potentially privileged

information and anticipates completing the review of these potentially privileged documents by

October 15, 2011.

### D.        Environmental Protection Agency

EPA had significant post-spill involvement in the response activities, and at the request of

BP, has agreed to search for certain categories of pre-spill information.  Though not facing

discovery tasks quite as daunting as those of BOEMRE, the Coast Guard, or NOAA, discovery

of EPA has also been quite extensive.  EPA has spent approximately $570,000 in contractor

resources and employed approximately fifty-five EPA document reviewers and twenty additional

EPA staff to respond to discovery to date.

EPA began its responses to discovery by collecting data from electronic collections

created specifically in response to the Incident.  With one small exception, EPA has collected

one hundred percent of the data from all known electronic databases that it created specifically

for the purpose of storing Deepwater Horizon documents.[8]

The Deepwater-specific databases EPA had collected as of September 1, 2011 total

approximately 600 gigabytes in size and mostly contain e-mail messages and attachments from

shared position-specific mailboxes (e.g., emergency operations center managers or others on

---

[8] The one known exception is a small Deepwater e-mail database from EPA's Region V Chicago offices,
which contains approximately 1,500 e-mail messages and which will be collected during the week of
September 6, 2011.

duty). Also contained in these Deepwater-specific databases is potentially relevant information from seventy-four individual custodians who deposited into a database their "lastname.firstname@epa.gov" e-mail messages, e-mail attachments, and loose files as part of a FOIA collection effort. EPA's collection also includes approximately 30 gigabytes of raw sampling data and a small amount of hard copy documents for scanning.[9]

Beginning during the week of September 6, 2011, EPA plans to collect electronic and hard copy documents from additional key custodians that it or BP has identified. These additional custodian-based collections will capture additional documents for review and processing, but EPA expects that many of the documents to be collected are likely to be duplicates of information already collected. Although EPA has purchased new software for search and collection (EnCase by Guidance Software), it is not currently installed and available for use in this case. EPA, thus, historically has had very limited search and collection tools. Given the large number of potential custodians in this matter, EPA developed in 2010 and 2011 several in-house tools specifically to manage discovery in this case.

One such tool that EPA expects to implement beginning during the week of September 6, 2011 would transform the existing user-conducted e-mail search and collection process into an automated process that not only will save enormous time but which also will minimize the potential for inconsistent or erroneous results. Rather than each custodian manually inputting search criteria into the e-mail database and then manually uploading documents to a collection database, users will click on a newly created button that is programmed with the search criteria and upload commands already entered. EPA expects to complete this search and collection

---

[9] The hard drive containing this raw data was produced to the parties on August 31, 2011.

process for key custodians by October 15, 2011, and for less significant custodians by November 15, 2011. These search and collection efforts must be phased in order to ensure no adverse impacts on EPA's network services which could occur if all searches and collections are completed at the same time.

As of August 31, 2011, EPA had produced to DOJ approximately 120 gigabytes of data equaling approximately 420,000 documents and over a million pages. This includes documents from centralized FOIA and congressional databases, and documents from the Deepwater-specific databases responsive to numerous requests for production. The United States has produced to the parties all the FOIA and congressional materials along with the first round of custodian documents for a total to date of 73,600 pages. DOJ currently has additional custodial files it is processing and will produce before September 16, 2011. EPA has approximately 200,000 more documents from its collection of Deepwater-specific databases that it needs to produce to DOJ. Most of this has been reviewed and EPA estimates that approximately twenty-five percent of those will be withheld as privileged, resulting in production of more than 100,000 additional documents in September 2011.

EPA expects to be able to complete by October 15, 2011 most of the privilege logs for documents designated as withheld thus far. There are likely to be a small universe of already-reviewed documents requiring additional time, perhaps until November 15, 2011. This is based on EPA estimates that approximately 3,500 documents will need to be redacted, approximately 2,800 will need concurrence from additional reviewers, and EPA needs to review family members of parents marked as privileged and complete privilege justifications for documents in which those are missing or need to be supplemented.

17

### E.      Department of Defense

#### 1.      Navy

Though not insignificant, the Navy faced a relatively smaller discovery scope in this phase of the litigation.  The Navy agreed to produce its FOIA responses, Congressional responses, and the custodial files of five individuals:  Richard Buckingham, Michael Dean, Patrick Keenan, Derek Robins, and Thomas Stroschein.  In performing the search, collection, review, and production, the Navy has expended at least $168,296 in contractor costs and has used three different Navy attorneys in the review, two of them full time during peak review.

The Navy has completed its production of non-privileged documents from the custodial files of all but two of the custodians.  DOJ anticipates that these non-privileged documents will be produced no later than September 16, 2011.  With respect to the two remaining custodians, the Navy expects to produce the non-privileged custodial records of Capt. Derek Robins to DOJ on September 8, 2011 and of Capt. Thomas Stroschein on September 30, 2011.

With respect to all of the custodians, the Navy collected all Deepwater Horizon related information, rather than limit its collection to information responsive to the pending discovery requests.  With respect to Mr. Buckingham, the Navy produced only those documents that were identified using the terms set forth in Attachment 11.

The Navy has completed its privilege review of the documents collected from all custodians except Captain Stroschein, though certain documents will need to be reviewed by other agencies before a final call can be made on certain potentially privileged documents.  The United States anticipates producing the privilege log for the few documents already determined by the Navy to be privileged on or before September 15, 2011.  The Navy is hopeful it can complete the privilege review and, to the extent required by PTO 14, privilege log for Captain

Stroschein's documents on or before October 15, 2011.  The United States' review of the

remaining documents is discussed below in the section addressing Executive Office of the

President communications.

### 2. Army Corps of Engineers

The Army Corps of Engineers has collected information from all but two of its custodians

in the Headquarters, the Engineer Research and Development Center (ERDC, a Corps lab), the

South Atlantic Division, the Mobile District and the New Orleans District.  That information has

been sent to DOJ or is being sent today.  To the extent the data has been provided to DOJ, it will

be produced on or before September 16, 2011.

The Army Corps is evaluating whether it can complete its privilege review by October

15, 2011 and the United States will apprise the parties shortly as to whether the Corps can meet

this deadline.

### E. Department of Energy

The Department of Energy played a prominent role in addressing the difficult scientific

and technical issues that arose when the United States attempted to seal the well.  From the

Secretary himself through well over one hundred individuals at the Department's National

Laboratories, experienced scientists from a wide array of disciplines offered analysis, advice, and

plans, thereby generating large quantities of information responsive to the discovery requests.  In

addition, as the sponsoring agency for the National Commission on the BP Deepwater Horizon

Oil Spill and Offshore Drilling, the Department of Energy gained custody of the records of that

Commission at its expiration.  The Department's discovery efforts have been spread between

several national laboratories and component offices and it has not yet developed an estimate of

its total discovery costs.  As an example of the expenditures the Department has undertaken for

purposes of responding to discovery, however, the United States notes that Sandia National Laboratories reports that it alone has expended over $200,000 in responding to the discovery served to date.

In the hopes of minimizing the number of collections required from Department of Energy custodians, the Department elected to collect all Deepwater Horizon related information from the identified custodians, rather than rely on search terms or other methods to limit the collection to the discovery requests currently pending. To date, the Department has searched for and collected post-incident records from the following custodians in response to BP's discovery requests in the Deepwater Horizon litigation:[10]

> Secretary Chu (all)[11]
> Executive Secretariat (reasonable search)
> Arun Majumdar, ARPA-E (all)
> Darren Mollot, Fossil Energy (all)
> aRobert Corbin, Fossil Energy (all)
> Michael Slanders, Fossil Energy (all)
> Guido Dehoratiis, Fossil Energy (all)
> FOIA Office (reasonable search)
> Public Affairs (search terms)
> Congressional (search terms)
> Oil Spill Commission (all)

The Department of Energy also instructed the following National Laboratoriess to conduct searches for all related records, including all those custodians who were correctly identified on BP's lists as working on Deepwater related matters for those labs (and others identified by the Laboratories during their search):

> Oak Ridge

---

[10] Although the Department requested that each of these custodians provide all responsive documents and has received a response from each custodian, it is seeking final confirmation from every custodian to ensure completeness.

[11] For the Secretary, "all" means email as previously described in the U.S. Response to RFP 77.

> Pacific Northwest
> National Energy Technology
> Lawrence Berkeley

The National Nuclear Security Administration laboratories also were asked to produce Deepwater Horizon related records including those custodians who were correctly identified on BP's lists as working on Deepwater Horizon matters for those labs (as well as other custodians identified during the laboratories' searches):

> Sandia
> Los Alamos
> Lawrence Livermore

Collection of these records is nearly complete and the Department has transmitted all records collected to date to DOJ for processing and production. DOJ anticipates completing production of documents already received from the Department of Energy on or before September 14, 2011. The Department of Energy reports that it expects to complete privilege review of the records from all the custodians except those at Sandia, Los Alamos, and Lawrence Livermore National Laboratories by October 15, 2011. With respect to the custodians at these three National Laboratories, the Department hopes to complete the privilege review by December 15, 2011.

With respect to the National Commission, the completion date is less certain. DOJ has run privileged search terms against the collection to segregate potentially privileged documents and has completed production of the non-privileged information. This production represented a significant quantity of documents because BP requested "[a]ll documents constituting, referring or relating to any working papers or reports created by the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling or its staff." DOJ is currently attempting to

21

identify the resources necessary to complete the review of the approximately 500,000 potentially privileged records found within the working papers of the National Commission.

### F. Executive Office of the President Communications

Within each of the collections described above, there are significant communications between the federal agencies and the Executive Office of the President ("EOP"). As set forth in earlier briefing to this court, these communications implicate privilege concerns and require review by counsel in the Executive Office of the President before they can be identified as privileged or non-privileged. As the agencies have scrambled to collect and produce their records, DOJ has segregated documents likely to contain these communications for review by the EOP. Experience with the agency collections indicated that the volume of these communications would be quite high, particularly before de-duplication.

To minimize the disruption of the vital functions of the EOP, DOJ determined it would be most efficient to collect all of the agency records, de-duplicate the information, and then submit the EOP communications for review by the EOP. DOJ expects to make the first round of documents available for EOP review the week of September 6, 2011. Once the EOP has begun its review of the records and has a better sense of the time that will be required to review the records, the United States will report to the parties an estimated time frame for completing the EOP review of the records already collected. Given the unknown timeframe for collection of the Coast Guard records, however, it will be impossible to provide a firm end date for completing the EOP review of those documents.

### G.    Others

#### 1.    Science Advisors

During the response, the Secretary of Energy assembled a team loosely identified as the "Science Team Advisors." The United States agreed to contact these advisors and, to the extent possible, collect any Deepwater Horizon information in their possession. Accordingly, DOJ (at the request of the Department of Energy) contacted the following individuals and collected responsive information from them:

> Alex Slocum
> Richard Garwin
> George Cooper
> Ray Merewether
> Jonathan Katz[12]

The Department of Energy used search terms to segregate potentially privileged documents contained in these records. Non-privileged documents have been or will be produced before September 16, 2011. The Department of Energy anticipates completing the privilege review of the potentially privileged documents before October 15, 2011.

#### 2.    Flow Rate Technical Group

Finally, the United States agreed to collect the Deepwater Horizon related documents of members of the Flow Rate Technical Group who were not federal employees (or even contractors). These records have been collected and are being reviewed for privilege by NOAA and DOI. Non-privileged documents (identified through the use of privilege search terms) have been or will be produced before September 16, 2011. Privilege review is subject to the schedules set forth above for NOAA and DOI.

---

[12] Dr. Katz responded that he did not keep any, was only an advisor for a few days, the few emails he sent are actually preserved in the other collections such as that of Secretary Chu.

## III.      Conclusion

The United States recognizes the Court's imperative that discovery be completed expeditiously.  It has committed nearly unprecedented resources to the identification of custodians as well as the collection, review, and production of huge volumes of information.  As of September 6, 2011, the United States has produced over seventeen million pages of documents (*see* Attachment 14) and three privilege logs (*see* Attachment 15).  As noted in correspondence with BP, the United States has collected and produced more records that any other party in this litigation, despite the fact that serious discovery upon the United States did not commence until April 7, 2011.  The United States will make every effort to continue its extensive productions as quickly as practicable and to work cooperatively with the parties to identify and address priorities and concerns.  The United States asks, however, that this Court and the parties bear in mind the significant financial and practical restraints on the United States' ability to move any faster than it has.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources
   Division

TONY WEST
Assistant Attorney General
Civil Division

JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
SARAH HIMMELHOCH
Senior Litigation Counsel
DEANNA CHANG
SCOTT CERNICH
A. NATHANIEL CHAKERES
JUDY HARVEY
MATT LEOPOLD
Trial Attorneys

PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
DAVID PFEFFER
MALINDA LAWRENCE
Trial Attorneys

24

Environment & Natural Resources Division

P.O. Box 7611

Washington, DC 20044-7611

/s/ Sarah D. Himmelhoch
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
SARAH D. HIMMELHOCH
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779/202-514-0180
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
        sarah.himmelhoch@usdoj.gov

Torts Branch, Civil Division

P.O. Box 14271

Washington, D.C. 20044-4271

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 6th day of September 2011.

/s/ Sarah D. Himmelhoch

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/08/14 Page 27 of 161
Case 2:10-md-02179-CJB-SS Document 3928-1 Filed 09/06/11 Page 1 of 2
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 1 -- List of Discovery Requests

| No | Discovery Request | Response(s) | Notes |
|---|---|---|---|
| 1 | Plaintiffs' Omnibus Discovery Requests on all Defendants (Oct. 20, 2010) (Docket No. 510-1) | Federal Defendants' Response to Plaintiffs' Omnibus Discovery Request (Nov. 15, 2010) (LexisNexis No. 34360174) | At the time responses to these discovery requests were due, the United States was a defendant in in the cases styled Gulf Restoration Network v. Salazar, case no. 10-1497 (E.D. La.), and Gulf Restoration Network v. Department of Interior, case no. 10-1630 (E.D. La.). Those cases were severed from the multi-district litigation on INSERT DATE. Therefore, the United States' obligations with respect to these discovery requests are concluded. |
| 2 | Transocean's First Requests for Production to the United States of America (Dec. 22, 2010) (LexisNexis No. 35001633) | United States' Response to Transocean's First Request for Production (Feb. 14, 2011) (LexisNexis No. 35932567) | The United States has completed its response to this discovery request and Transocean has raised no concerns regarding the adequacy of this response. Therefore, these requests will not be discussed further in this status report. |
| 3 | BP Exploration & Production Inc.'s First Set of Discovery Requests to the United States of America (Apr. 7, 2011) (LexisNexis No. 36926983) | United States' Initial Response to BP Exploration & Production Inc.'s First Set of Discovery Requests to the United States of America (May 19, 2011) (LexisNexis No. 37701481); United States' Response To BP Exploration & Production Inc.'s First Set of Requests for Admission to the United States Of America (Jun. 07, 2011) (LexisNexis No. 38013663); United States' Third Response to BP Exploration & Production Inc.'s First Set of Discovery Requests to the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 4 | BP Exploration & Production Inc.'s Second Set of Discovery Requests to the United States of America (Apr. 26, 2011) (LexisNexis No. 37258289) | United States' Initial Response to BP Exploration & Production Inc.'s Second Set of Discovery Requests to the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297); United States' Second Response to BP Exploration & Production Inc.'s Second Set of Discovery Requests to the United States of America (Aug. 29, 2011) (LexisNexis No. 39546467) | |

Case 2:10-md-02179-CJB-DPC Document 12859-1 Filed 05/13/14 Page 28 of 161
Case 2:10-md-02179-CJB-SS Document 3928-1 Filed 09/06/11 Page 2 of 2
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 1 -- List of Discovery Requests

| No | Discovery Request | Response(s) | Notes |
|---|---|---|---|
| 5 | BP Exploration & Production Inc.'s Third Set of Discovery Requests to the United States of America (Apr. 29, 2011) (Lexis Nexis No. 37333520) | United States' Initial Response to BP Exploration & Production Inc.'s Third Set of Discovery Requests to the United States Of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 6 | Defendant Anadarko E&P Company LP's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Apr. 29, 2011) (LexisNexis No. 37329350) | United States' Initial Response to Defendant Anadarko E&P Company LP's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 7 | Defendant Anadarko Petroleum Corporation's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Apr. 29, 2011) (LexisNexis No. 37329350) | United States' Initial Response to Defendant Anadarko Petroleum Corporation's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 8 | Defendant MOEX Offshore 2007 LLC's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Apr. 29, 2011) (LexisNexis No. 37333256) | United States' Initial Response to Defendant MOEX Offshore 2007 LLC's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 9 | Various Defendants' Second Joint Discovery Requests to Plaintiffs (May 27, 2011) (LexisNexis No. 37854314) | United States of America's Responses to the Applicable Requests Contained within the Various Defendants' Second Joint Discovery Requests to Plaintiffs (Jun. 20, 2011) (LexisNexis No. 38249297) | The Court has already addressed the Anadarko Defendants' challenges to the adequacy of the United States' responses to these Requests for Admission. Therefore, these requests are not addressed further in this status report. |

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/08/14 Page 29 of 161
Case 2:10-md-02179-CJB-SS Document 3829-2 Filed 09/06/11 Page 2 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 1 | All documents referring or relating to the MC252 Well created on or after January 1, 2008. | N/A |
| BP | RFP | 2 | All documents referring or relating to any application for the MC252 Well filed by BP. | Event |
| BP | RFP | 3 | All documents referring or relating to the Bureau of Ocean Energy Management's ("BOEM") evaluation, approval or disapproval of any submission for the MC252 Well filed by BP. | Event |
| BP | RFP | 4 | All documents referring or relating to any health, safety or environment issues on board Transocean's Deepwater Horizon rig. | Event |
| BP | RFP | 5 | All documents referring or relating to any inspection or audit of Transocean's Deepwater Horizon rig. | Event |
| BP | RFP | 6 | All documents referring or relating to any inspection or audit of the blowout preventer utilized in Transocean's Deepwater Horizon rig. | Event |
| BP | RFP | 7 | All documents referring or relating to any certification of the blowout preventer utilized on Transocean's Deepwater Horizon rig. | Event |
| BP | RFP | 8 | Documents sufficient to Identify any person at the BOEM who received, reviewed, analyzed, evaluated, approved or disapproved of BP's submissions to BOEM related or referring to the MC252 Well, Transocean's Deepwater Horizon rig or Oil Spill Response Planning in the Gulf of Mexico, including but not limited to organization charts. | Event |
| BP | RFP | 9 | All documents relating or referring to the education, training, experience, qualification, and evaluation of any person at the BOEM who received, reviewed, analyzed, evaluated, approved or disapproved of BP's submissions to BOEM related or referring to the MC252 Well or Transocean's Deepwater Horizon rig. | Event |
| BP | RFP | 10 | All documents relating or referring to BOEM guidelines, procedures, policies or practices for the evaluation of submissions related to deepwater wells in the Gulf of Mexico. | Event |
| BP | RFP | 11 | All documents relating or referring to BOEM guidelines, procedures, policies, practices or evaluations related to well control and safety training programs of deepwater well operations in the Gulf of Mexico from January 1, 2008 up until April 20, 2010. | Event |
| BP | RFP | 12 | A complete, unredacted native copy of the BOEM corporate database (TIMS) maintained by the Technical Data Management Section (TDMS), including all underlying tables and documents linked in the database. | Event |
| BP | RFP | 13 | All documents that track, refer or relate to the relationships between companies conducting Outer Continental Shelf operations in the Gulf of Mexico, including the effect of mergers, acquisitions and name changes on those companies. | Event |
| BP | RFP | 14 | All district safety incident reports filed by each operator in the Gulf of Mexico with the BOEM. | Event |
| BP | RFP | 15 | All safety and environmental management systems filed by each operator in the Gulf of Mexico with the BOEM. | Event |
| BP | RFP | 16 | All documents constituting, referring or relating to BOEM safety index calculations and underlying data for each operator in the Gulf of Mexico. | Event |
| BP | RFP | 17 | All documents constituting, referring or relating to BOEM statistics tracked in the OCS Performance Measure Program and underlying data for each operator in the Gulf of Mexico. | Event |
| BP | RFP | 18 | All documents Identifying, reflecting or relating to recipients of, or candidates considered for, the BOEM Safety Award for Excellence in the Gulf of Mexico, and all underlying documents or data supporting or relating to those selections or considerations. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/08/14 Page 30 of 161
Case 2:10-md-02179-CJB-SS Document 2829-2 Filed 05/06/11 Page 2 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 19 | All BOEM documents or data constituting, reflecting or referring to annual production by operator, by well, and by total associated well depth, for operations in the Gulf of Mexico. | Event |
| BP | RFP | 20 | All documents referring or relating to the preparation, review or approval of Exploration Plans for the MC252 Well. | Event |
| BP | RFP | 21 | All documents referring or relating to the preparation, review or approval of BP's Oil Spill Response Plans for the Gulf of Mexico region, including but not limited to BP's Oil Spill Response Plan in effect at the time of the Incident. | Event |
| BP | RFP | 22 | All documents referring or relating to reviews, studies or assessments required by the National Environmental Policy Act or by regulations or practices to implement that Act in connection with exploration of the MC252 Well. | Event |
| BP | RFP | 23 | All documents referring or relating to the application and requirements of the Oil Pollution Act of 1990 or any other federal law, or any regulations or practices to implement that Act or any such law, in determining the adequacy of an oil spill response plan. | Event |
| BP | RFP | 24 | All documents that constitute, contain, Describe or refer to any guideline, policy or practice for use in determining the adequacy of the conduct or actions of a Responsible Party in connection with the requirements of the Oil Pollution Act of 1990 related to the response to an incident for which that Act creates legal obligations. | Event |
| BP | RFP | 25 | All documents referring or relating to the preparation, review or approval of Area Contingency Plans for areas affected by the Incident that either were in effect on April 20, 2010, or that were prepared and implemented at any time after April 20, 2010. | Event |
| BP | RFP | 26 | All documents referring or relating to the preparation for an oil spill response by the Area Committees in the areas affected by the Incident. | Event |
| BP | RFP | 27 | All documents relating or referring to the use of a long string, liner, or liner with a tie back production casing in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 28 | All documents relating or referring to the use of a lock down sleeve in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 29 | All documents relating or referring to the use of barriers in deepwater wells in the Gulf of Mexico, such as but not limited to surface cement plugs, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |

Case 2:10-md-02179-CJB-DPCS Document 12859-2 Filed 05/08/14 Page 31 of 161
Case 2:10-md-02179-CJB-SS Document 2828-2 Filed 05/06/11 Page 3 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 30 | All documents relating or referring to the design and use of spacers for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 31 | All documents relating or referring to temporary abandonment procedures for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 32 | All documents relating or referring to positive or negative pressure tests for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 33 | All documents relating or referring to cementing procedures for deepwater wells, including the design, testing and execution of foamed cement, in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 34 | All documents relating or referring to the use of centralizers in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 35 | All documents relating or referring to the use (or decision not to use) a cement evaluation tool, including a cement bond log, in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 36 | All documents relating or referring to tubular or casing design for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 37 | All documents relating or referring to gas flow potential in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries or analyses. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/18/14 Page 32 of 161
Case 2:10-md-02179-CJB-SS Document 2828-2 Filed 05/06/11 Page 4 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 38 | All documents relating or referring to drilling fluids in deepwater wells, on or offrig, in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries or analyses. | Event |
| BP | RFP | 39 | All documents relating or referring to responding to well control events for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries or analyses. | Event |
| BP | RFP | 40 | All documents relating or referring to blowout preventers for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries or analyses. | Event |
| BP | RFP | 41 | All databases containing information relating or referring to deepwater well operations in the Gulf of Mexico, including but not limited to the Weekly Activity Report (WAR) database, the Application for Permit to Drill (APD) database, and the Application for Permit to Modify (APM) database, as well as any database reflecting owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | Event |
| BP | RFP | 42 | All documents relating or referring to any inspection or audit of Transocean's rigs utilized in the Gulf of Mexico from 2008 through today. | Event |
| BP | RFP | 43 | All documents relating or referring to any inspection, audit or certification of blowout preventers utilized on Transocean's rigs in the Gulf of Mexico created on or after January 1, 2008. | Event |
| BP | RFP | 44 | All documents relating or referring to any citations, warnings, notices, Incidents of Noncompliance ("INCs"), admonishments or violations issued to Transocean related to its operations or training of personnel in the Gulf of Mexico created on or after January 1, 2008. | Event |
| BP | RFP | 45 | All documents relating or referring to any citations, warnings, notices, INCs, admonishments or violations issued to Halliburton related to its operations or training of personnel in the Gulf of Mexico created on or after January 1, 2008. | Event |
| BP | RFP | 46 | All documents requested by, or produced in response to, requests for production and interrogatories served on the United States Government by Plaintiffs or any other party in MDL No. 2179. | N/A |
| BP | RFP | 47 | All documents exchanged between and communications between the United States and any member, committee, employee, staff member or other person working on behalf of the United States Congress referring or relating to the Deepwater Horizon Incident or the MC252 Well created on or after January 1, 2010. | Event; SC |
| BP | RFP | 48 | All documents exchanged between and communications between the United States and any person working in the Executive Office of the President of the United States relating to the Deepwater Horizon Incident or the MC252 Well created on or after January 1, 2010. | Event; SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/08/14 Page 33 of 161
Case 2:10-md-02179-CJB-SS Document 3828-2 Filed 05/06/11 Page 5 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| BP | RFP | 49 | All documents exchanged between and communications between the United States and any member, employee, staff member or other person working on behalf of the National Academy of Engineering or National Research Counsel referring or relating to the Deepwater Horizon Incident or the MC252 Well created on or after April 20, 2010. | Event; SC |
| BP | RFP | 50 | All documents exchanged between and communications between the BOEM and any member, employee, staff member or other person working on behalf of the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling referring or relating to the Deepwater Horizon Incident or the MC252 Well created on or after April 20, 2010. | Event; SC |
| BP | RFP | 51 | All documents exchanged between and communications between the United States and any member, employee, staff member or other person working on behalf of the Chemical Safety Board referring or relating to the Deepwater Horizon Incident or the MC252 Well created on or after April 20, 2010. | Event; SC |
| BP | RFP | 52 | All documents exchanged between and communications between the United States and any member of the media or press referring or relating to the Deepwater Horizon Incident or the MC252 Well created on or after April 20, 2010. | Event; SC |
| BP | RFP | 53 | All documents exchanged between and communications between the United States and any member, employee, staff member or other person working on behalf of Det Norske Veritas referring or relating the Deepwater Horizon Incident or the MC252 Well Prospect created on or after April 20, 2010. | Event |
| BP | RFP | 54 | All documents exchanged between and communications between the United States and any other party in MDL No. 2179 referring or relating to the Deepwater Horizon Incident or the MC252 Well created on or after April 20, 2010. | Event; SC |
| BP | RFP | 55 | All documents referring or relating to the "Macondo: The Gulf Oil Disaster – Chief Counsel's Report" from the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling released in 2011. | Event; SC |
| BP | RFP | 56 | All documents referring or relating to any report, presentation, conference, meeting or public statement from the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, including the final report, "Deep Water: The Gulf Oil Disaster and the Future of Offshore Drilling," released on January 11, 2011. | Event; SC |
| BP | RFP | 57 | All documents referring or relating to BP's "Deepwater Horizon: Accident Investigation Report" dated September 8, 2010. | Event |
| BP | RFP | 58 | All documents constituting, referring or relating to any working papers or reports created by the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling or its staff. | Event |
| BP | RFP | 59 | All documents constituting, referring or relating to any research reports submitted by any person to the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling or its staff. | Event |
| BP | RFP | 60 | All documents constituting, referring or relating to Freedom of Information Act requests that have sought records related to the response to the Incident. | Event; SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPCS Document 12859-2 Filed 05/16/14 Page 84 of 161
Case 2:10-md-02179-CJB-SS Document 3828-2 Filed 05/06/11 Page 6 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 61 | All documents produced by the United States under the Freedom of Information Act related to the Incident, the response to the Incident, BP's conduct in connection with the Incident, or any of the Response Activities, including but not limited to controlled in situ burning, skimmers, chemical dispersants, boom and berms. | Event; SC |
| BP | RFP | 62 | All documents provided to and other communications sent or received by the United States, the U.S. Congress, the Chemical Safety Board, the Marine Board of Investigation, the Incident Specific Preparedness Review, the National Commission on the Deepwater Horizon Oil Spill, or any other entity or proceeding related to the Incident or response to the Incident. | Event; SC |
| BP | RFP | 63 | All documents referring or relating to the United States' response to the explosion and fire on Transocean's Deepwater Horizon rig between the time of the explosion and the sinking of the Deepwater Horizon rig. | Event; SC |
| BP | RFP | 64 | All documents referring or relating to firefighting efforts in response to the explosion and fire on Transocean's Deepwater Horizon rig. | Event |
| BP | RFP | 65 | All documents referring or relating to the rescue efforts and operations in response to the explosion and fire on Transocean's Deepwater Horizon rig. | Event |
| BP | RFP | 66 | All documents referring or relating to training for emergency maritime response, firefighting or disaster response related to oil rigs in the Gulf of Mexico. | Event |
| BP | RFP | 67 | All documents referring or relating to the effort to actuate the Deepwater Horizon blowout preventer on or after April 20, 2010, including any analysis of the position of the Deepwater Horizon blowout preventer components. | SC |
| BP | RFP | 68 | All documents referring or relating to the decision to approve or reject any procedure considered or submitted as part of the effort to cap, seal or collect hydrocarbons from the MC252 Well. | SC |
| BP | RFP | 69 | All documents referring or relating to any analysis, study, inspection or evaluation of a potential method to cap, seal or collect hydrocarbons from the MC252 Well, including any post-method analysis. | SC |
| BP | RFP | 70 | All documents referring or relating to participation in or review of any peer reviews, Kill Well On Paper sessions, Hazard Identification Studies, or Hazard and Operability Studies for a potential method to cap, seal or collect hydrocarbons from the MC252 Well. | SC |
| BP | RFP | 71 | All documents referring or relating to presentations or reports made by anyone from BP to the United States regarding potential methods to cap, seal, contain or collect hydrocarbons from the MC252 Well and the United States' response to such presentations or reports, including any post-method analysis. | SC |
| BP | RFP | 72 | All documents referring or relating to presentations or reports made by anyone from third parties to the United States regarding potential methods to cap, seal, contain or collect hydrocarbons from the MC252 Well and the United States' response to such presentations or reports. | SC |
| BP | RFP | 73 | All documents referring or relating to any communications between the United States and any employee or officer of BP on or after April 20, 2010 related to the MC252 well or the Response Activities. | SC |
| BP | RFP | 74 | All documents referring or relating to the decision whether or not to proceed with the blowout preventer on blowout preventer option following the top kill attempt. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/16/14 Page 35 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 7 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| BP | RFP | 75 | All documents referring or relating to the decision whether or not to allow BP to install and/or shut the Capping Stack, including any analysis, studies, or testing protocol for the effect of the Capping Stack on the MC252 Well. | SC |
| BP | RFP | 76 | All documents referring or relating to the monitoring, analysis, study, or evaluation of well integrity for the MC252 Well, including but not limited to documents regarding the decisions to terminate or prolong the well integrity testing on or after July 15, 2010. | SC |
| BP | RFP | 77 | All documents referring or relating to communications by and among U.S. Secretary of Energy Steven Chu, the Science Advisors, and/or members of the National Laboratories regarding efforts to cap, seal or collect hydrocarbons from the MC252 Well. | SC |
| BP | RFP | 78 | All documents referring or relating to the efforts to contain, collect, or capture the flow of hydrocarbons from the MC252 Well. | SC |
| BP | RFP | 79 | All documents referring or relating to the amount of hydrocarbons collected, contained or captured from the MC252 Well. | SC |
| BP | RFP | 80 | All communications and documents, including underlying data, related to the flow rate or volume of oil or the oil budget for the MC252 Well following April 20, 2010, by or between individuals working for the United States. | SC |
| BP | RFP | 81 | All documents related to any efforts to determine the volume of oil spilled or the flow rate of oil spilled from the MC252 Well following April 20, 2010, including but not limited to calculations of volumes of oil spilled and the flow rate at which oil was spilled from the MC252 Well, by any agency of the United States, including the Flow Rate Technical Group. | SC |
| BP | RFP | 82 | All communications, documents, and drafts related to the preparation and publication of the document entitled "Oil Budget Calculator, Deepwater Horizon, Technical Documentation," by the Federal Interagency Solutions Group, Oil Budget Calculator Science and Engineering Team. | SC |
| BP | RFP | 83 | All documents referring or relating to the actual or potential impact of different flow rates on the effort to contain or collect hydrocarbons from the MC252 Well, including any decision to order additional or redundant collection capacity. | SC |
| BP | RFP | 84 | All documents referring or relating to the actual or potential impact of flow rate on the effort to cap or seal the MC252 Well. | SC |
| BP | RFP | 85 | All documents referring or relating to predictions, estimates or measurements of the amounts of oil or any other substance discharged from the wellhead of the MC252 Well. | SC |
| BP | RFP | 86 | All documents referring or relating to the physical or chemical properties of oil or any other substance discharged from the wellhead of the MC252 Well. | SC |
| BP | RFP | 87 | All documents that constitute, refer or relate to medical, scientific or other reports, studies, data, or any other analysis or assessment of personal injuries, or any other physical, mental, or emotional injuries, illnesses, or claims, or death attributed to Response Activities, including but not limited to plans or proposals to review such reports, studies, data or other analyses or assessments. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPCS  Document 12859-9  Filed 05/16/14  Page 36 of 161
Case 2:10-md-02179-CJB-DPCS  Document 2828-2  Filed 05/06/11  Page 8 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| BP | RFP | 88 | All documents referring or relating to medical, scientific, technical, or other reports, studies, predictions, estimates, data, or measurements, or any other analyses or assessments of acute or chronic human health effects (including injury, illness or death), toxicities, hazards, exposures, or risks, whether physical, mental, or emotional, related to, concerning, attributed to, based upon, or otherwise associated with, Response Activities, including but not limited to plans or proposals to study, predict, estimate, evaluate, assess, or measure any such effects, toxicities, hazards, exposures, or risks. | SP |
| BP | RFP | 89 | All documents referring or relating to decisions, plans or proposals to close any area for commercial or recreational fishing as a result of or in connection with the Incident or Response Activities. | SP |
| BP | RFP | 90 | All documents referring or relating to decisions, plans or proposals to open any area for commercial or recreational fishing that was closed as a result of or in connection with the Incident or Response Activities. | SP |
| BP | RFP | 91 | All documents referring or relating to the role of any federal agency or federal officer or to the role of the Unified Command in shoreline assessment or clean-up activities, including but not limited to such activities pertaining to beaches or special environments such as wetlands and saltwater or brackish marshes. | SP |
| BP | RFP | 92 | All documents referring or relating to plans or proposals to determine or to study shoreline oiling in connection with the Incident and Response Activities, including but not limited to documentation protocols, experimental assessment plans, or data quality assurance or data quality control activities related to such plans or proposals. | SP |
| BP | RFP | 93 | All documents referring or relating to the use or proposed use of Quick Reaction Forces or other types of response teams organized by the Unified Command at the Houma Incident Command Post or at any other location in connection with Response Activities. | SP |
| BP | RFP | 94 | All documents referring or relating to determinations or studies of shoreline oiling in connection with the Incident and Response Activities, including but not limited to documentation protocols, experimental assessment plans, or data quality assurance or data quality control activities related to such plans or proposals. | SP |
| BP | RFP | 95 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of shoreline assessment or clean-up in connection with the Response Activities. | SP |
| BP | RFP | 96 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine possible or predicted counterproductive or harmful effects of shoreline assessment or clean-up in connection with the Response Activities. | SP |
| BP | RFP | 97 | All documents referring or relating to the effectiveness of shoreline assessment or clean-up in connection with the Response Activities. | SP |
| BP | RFP | 98 | All documents referring or relating to counterproductive or harmful effects attributed to shoreline assessment or clean-up in Response Activities, including but not limited to any such effects on biota, physical environments, human amenities, man-made assets, ambient air quality, or water quality. | SP |
| BP | RFP | 99 | All documents referring or relating to plans, proposals or decisions to procure or deploy boom in connection with the Response Activities. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPCS Document 12850-9 Filed 05/13/14 Page 37 of 161
Case 2:10-md-02179-CJB-SS Document 3829-2 Filed 05/06/11 Page 9 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 100 | All documents referring or relating to plans, proposals or decisions to add to, alter or amend the booming protection strategies contained in, or that should have been contained in, the Area Contingency Plans for areas affected by the Incident. | SP |
| BP | RFP | 101 | All documents referring or relating to plans, proposals or decisions to remove boom in connection with the Response Activities. | SP |
| BP | RFP | 102 | All documents referring or relating to plans, proposals or decisions to locate boom in staging areas, to transport boom from one location to another, or to prohibit the relocation of boom, in connection with the Response Activities. | SP |
| BP | RFP | 103 | All documents referring or relating to standards or guidelines to determine the physical qualities of boom, or to set performance standards for boom, used in connection with the Response Activities. | SP |
| BP | RFP | 104 | All documents referring or relating to plans, proposals or decisions to inspect or test boom, or to estimate or determine the types or quantity of boom used, in connection with the Response Activities. | SP |
| BP | RFP | 105 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of the use of boom in connection with the Response Activities. | SP |
| BP | RFP | 106 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine possible or predicted counterproductive or harmful effects of the use of boom in connection with the Response Activities. | SP |
| BP | RFP | 107 | All documents referring or relating to the effectiveness of the use of boom in connection with the Response Activities. | SP |
| BP | RFP | 108 | All documents referring or relating to counterproductive or harmful effects of or attributed to the use of boom in Response Activities, including but not limited to any such effects on biota, physical environments, human amenities, man-made assets, ambient air quality, or water quality. | SP |
| BP | RFP | 109 | All documents not contained in public rulemaking dockets of the U.S. Coast Guard or the U.S. Department of Interior referring or relating to the development of criteria or standards for the Effective Daily Recovery Capacity of skimmers or to changes or proposed changes in those criteria or standards. | SP |
| BP | RFP | 110 | All documents referring or relating to the number, type or capabilities of skimming equipment or vessels obtained by BP for use in the response to the Incident, or to the adequacy of the skimming resources obtained by BP for use in the response to the Incident. | SP |
| BP | RFP | 111 | All documents referring or relating to plans, proposals or decisions to procure or deploy skimming equipment or vessels in connection with the Response Activities, or to plans, proposals or decisions to not use or to curtail use of skimming equipment or vessels in connection with the Response Activities. | SP |
| BP | RFP | 112 | All documents referring or relating to plans, proposals or decisions to inspect or test skimming equipment or vessels or to test or evaluate procedures used in skimming in connection with the Response Activities. | SP |
| BP | RFP | 113 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of skimming in connection with the Response Activities. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859 Filed 05/13/14 Page 38 of 161
Case 2:10-md-02179-CJB-SS Document 3925 Filed 09/06/11 Page 10 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 114 | All documents referring or relating to the effectiveness of skimming in connection with the Response Activities. | SP |
| BP | RFP | 115 | All documents referring or relating to plans, proposals or decisions to conduct controlled in-situ burning in connection with the Response Activities. | SP |
| BP | RFP | 116 | All documents referring or relating to studies, assessments, data, or analyses of the use of controlled in-situ burning in connection with the Response Activities. | SP |
| BP | RFP | 117 | All documents referring or relating to unpublished studies, assessments or analyses of the use of controlled in-situ burning in spill response activities in the Gulf of Mexico or the Gulf of Mexico basin. | SP |
| BP | RFP | 118 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of controlled in situ burning, either in connection with the Response Activities or as a countermeasure to respond to any other spill. | SP |
| BP | RFP | 119 | All documents referring or relating to the actual or possible impact of preclearance or clearance requirements for the use of controlled in-situ burning in connection with the Response Activities on the amount of oil or other discharged materials that reached the shoreline. | SP |
| BP | RFP | 120 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine possible or predicted counterproductive or harmful effects of controlled in situ burning, either in connection with the Response Activities or as a countermeasure to respond to any other spill. | SP |
| BP | RFP | 121 | All documents referring or relating to the effectiveness of the use of controlled in situ burning in connection with the Response Activities. | SP |
| BP | RFP | 122 | All documents referring or relating to counterproductive or harmful effects of or attributed to the use of controlled in situ burning in Response Activities, including but not limited to any such effects on biota, human health or ambient air quality. | SP |
| BP | RFP | 123 | All documents not contained in public rulemaking dockets of the U.S. Environmental Protection Agency referring or relating to the development of criteria or standards for the review, evaluation or analysis of chemical dispersant products as a countermeasure to respond to an oil spill, including but not limited to such products listed in Subpart J of the National Contingency Plan. | SC |
| BP | RFP | 124 | All documents not contained in public rulemaking dockets of the U.S. Environmental Protection Agency referring or relating to the decision to include Corexit EC9527A and Corexit EC9500A in Subpart J of the National Contingency Plan. | SC |
| BP | RFP | 125 | All documents referring or relating to the effectiveness of Corexit EC9527A and Corexit EC9500A in surface or subsea applications, including but not limited to the effects of the use of those products in such applications on the location and fate of oil and the compounds contained in oil. | SC |
| BP | RFP | 126 | All documents referring or relating to any potential lethal or sub-lethal effects of the use of Corexit EC9527A and Corexit EC9500A in surface or subsea applications, or to any other potential deleterious effects of the use of those products on biota or on human health when so applied, including but not limited to any such effects when those products are mixed with oil and other materials produced in an uncontrolled well blowout and with sea water. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 12859-9   Filed 05/06/14   Page 39 of 161
Case 2:10-md-02179-CJB-SS   Document 3925-2   Filed 09/06/11   Page 13 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 127 | All documents referring or relating to decisions to permit or to limit or to control the use of Corexit EC9527A and Corexit EC9500A, or to limit or control the quantities applied, in surface or subsea applications in the Response Activities. | SC |
| BP | RFP | 128 | All documents referring or relating to efforts to Identify alternative dispersants to Corexit EC9527A and Corexit EC9500A during the Response Activities or to any decision to permit the continued use of the Corexit products. | SC |
| BP | RFP | 129 | All documents referring or relating to procedures or practices used in deciding when, where, how, and in what quantities to permit the use of Corexit EC9527A and Corexit EC9500 in surface or subsea applications in the Response Activities. | SC |
| BP | RFP | 130 | All documents referring or relating to any decisions to deny the use of Corexit EC9527A and Corexit EC9500 in surface or subsea applications in the Response Activities. | SC |
| BP | RFP | 131 | All documents referring or relating to the actual or possible consequences of daily or other specific pre-clearance or clearance requirements for the use of chemical dispersants in connection with the Response Activities (either in subsea or surface applications, or both) on the amount of oil or other discharged materials that reached the shoreline or surface. | SC |
| BP | RFP | 132 | All documents referring or relating to the actual or possible consequences of decisions to approve or deny application of Corexit EC9527A and Corexit EC9500 on the surface or subsea in connection with the Response Activities | SC |
| BP | RFP | 133 | All documents referring or relating to the supply of, and logistics for procurement and deployment of Corexit EC9527A and Corexit EC9500A in connection with the Response Activities (either in subsea or surface applications, or both), including but not limited to such documents referring or relating to the sufficiency or insufficiency of the supply and commercial availability of those products or to the adequacy or inadequacy of the logistics for procurement and deployment of those products in connection with the Response Activities. | SC |
| BP | RFP | 134 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of the use of chemical dispersants or to measure the fate of dispersed oil in connection with the Response Activities. | SC |
| BP | RFP | 135 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine possible or predicted counterproductive or harmful effects of the use of chemical dispersants in connection with the Response Activities. | SC |
| BP | RFP | 136 | All documents referring or relating to the effectiveness of, or benefits from, the use of chemical dispersants in connection with the Response Activities. | SC |
| BP | RFP | 137 | Except to the extent requested by Request No. 126, all documents referring or relating to counterproductive or harmful effects of or attributed to the use of Corexit EC9527A and Corexit EC9500A in the Response Activities. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 1285-9 Filed 05/13/14 Page 40 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 12 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 138 | All documents referring or relating to plans, proposals or decisions to increase or decrease rates of Mississippi River discharge between April 20, 2010 and September 15, 2010 at the Bayou Lamoque Diversion, the Davis Pond Diversion, the Violet Siphon, the Caernarvon Diversion, the Whites Ditch Siphon, the Naomi Siphon, the West Point A la Hache Siphon, and the Ostrica Lock in connection with the Response Activities. | SP |
| BP | RFP | 139 | All documents referring or relating to the role of any federal agency or federal officer or to the role of the Unified Command in increasing or decreasing rates of Mississippi discharge between April 20, 2010 and September 15, 2010. | SP |
| BP | RFP | 140 | All documents referring or relating to studies, assessments, data, or analyses of the use of Mississippi River discharges in spill response activities. | SP |
| BP | RFP | 141 | All documents referring or relating to unpublished studies, assessments or analyses of the use of Mississippi River discharges in spill response activities in the Gulf of Mexico or the Gulf of Mexico basin. | SP |
| BP | RFP | 142 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of the use of Mississippi River discharges in connection with the Response Activities. | SP |
| BP | RFP | 143 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine possible or predicted counterproductive or harmful effects of the use of Mississippi River discharges in connection with the Response Activities. | SP |
| BP | RFP | 144 | All documents referring or relating to counterproductive or harmful effects of or attributed to Mississippi River discharges in connection with the Response Activities, including but not limited to any such effects on biota, physical environments, human amenities, man-made assets, ambient air quality, or water quality. | SP |
| BP | RFP | 145 | All documents referring or relating to the role of any federal agency or federal officer or to the role of the Unified Command in developing directives on waste management in connection with the Response Activities. | SP |
| BP | RFP | 146 | All documents referring or relating to studies, assessments, data, or analyses of waste management in connection with the Response Activities. | SP |
| BP | RFP | 147 | All documents referring or relating to unpublished studies, assessments or analyses of waste management in connection with the Response Activities. | SP |
| BP | RFP | 148 | All documents referring or relating to any other method, technology, art or procedure for use as a countermeasure to reduce or mitigate the impact of the discharge attributed to the Incident, other than those methods, technologies, arts or procedure contained in or referred to in BP's Oil Spill Response Plan for the Gulf of Mexico approved in 2009. | SP |
| BP | RFP | 149 | All documents referring or relating to the use of berms in connection with the Response Activities. | SP |
| BP | RFP | 150 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of the use of berms in connection with the Response Activities. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 1285929   Filed 05/13/14   Page 41 of 161
Case 2:10-md-02179-CJB-SS   Document 4928   Filed 09/06/11   Page 13 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 151 | All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine possible or predicted counterproductive or harmful effects of the use of berms in connection with the Response Activities. | SP |
| BP | RFP | 152 | All documents referring or relating to the effectiveness of the use of berms in connection with the Response Activities. | SP |
| BP | RFP | 153 | All documents referring or relating to counterproductive or harmful effects of or attributed to the use of berms in the Response Activities, including but not limited to any such effects on biota, physical environments, human amenities, man-made assets, ambient air quality, or water quality. | SP |
| BP | RFP | 154 | All documents referring or relating to the planning, approval, execution, and demobilization of protocols for conducting sampling of air, water, sediments, released oil (including but not limited to oil and material discharged at the wellhead, oil mousse, tarballs, etc.) and waste in connection with the Incident and Response Activities. | SP |
| BP | RFP | 155 | All documents referring or relating to objectives, standards, guidelines, metrics, protocols, analysis, reports, or to proposed standards, guidelines, metrics, protocols, analysis or reports, that refer to air sampling, including but not limited to public health protection monitoring and sampling and occupational health protection sampling and monitoring in connection with the Incident and Response Activities. | SP |
| BP | RFP | 156 | All documents referring or relating to objectives, standards, guidelines, metrics, protocols, analysis, reports, or to proposed standards, guidelines, metrics, protocols, analysis or reports, that refer to water and sediment sampling conducted in connection with the Incident and Response Activities. | SP |
| BP | RFP | 157 | All documents referring or relating to objectives, standards, guidelines, metrics, protocols, analysis, reports, or to proposed objectives, standards, guidelines, metrics, protocols, analysis or reports, referring to the sampling of oil and other material discharged from the MC252 Well. | SP |
| BP | RFP | 158 | All documents referring or relating to objectives, standards, guidelines, metrics, or to proposed objectives, standards, guidelines or metrics, to assess, measure or determine possible harmful effects in seafood in connection with the Incident and Response Activities. | SP |
| BP | RFP | 159 | All documents referring or relating to objectives, standards, guidelines, metrics, protocols, or to proposed objectives, standards, guidelines, metrics or protocols, to assess the quality and control of sample data in connection with the Incident and Response Activities. | SP |
| BP | RFP | 160 | All documents referring or relating to objectives, standards, guidelines, metrics, or to proposed objectives, standards, guidelines or metrics, used in validation of data collected in connection with the Incident and Response Activities. | SP |
| BP | RFP | 161 | All documents referring or relating to any other method, technology, equipment, art, remedial process, or procedure for use as a countermeasure to correct, reduce, or mitigate errors, anomalies, or other breaches of sampling standards, guidelines, metrics, or protocols related to sampling processes, sampling data, or sampling reporting and analysis in connection with the Incident or Response Activities. | SP |
| BP | RFP | 162 | All documents that constitute, contain, Describe or refer to reports, studies, data, or any other analysis or assessment of sampling, sampling data, sample reporting, or sample analysis in connection with the Incident and Response Activities. | SP |

Case 2:10-md-02179-CJB-DPC   Document 12859-2   Filed 05/13/14   Page 42 of 161
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 163 | All documents referring or relating to the selection of one or more platforms to establish a Common Operating Picture for the Response Activities, including but not limited to the Geographic Information System-based Environmental Response Management Application ("ERMA") system. | SP |
| BP | RFP | 164 | All documents referring or relating to assessments of the effectiveness or lack of effectiveness of the ERMA system or any other system used to obtain and disseminate information for the planning, operations and command functions of the Unified Command (other than systems used for the public information function of the Unified Command) in connection with the Response Activities. | SP |
| BP | RFP | 165 | All documents that contain, describe, refer to, or specify the roles of the National Incident Commander and the Incident Commanders who were officers of the U.S. Coast Guard or personnel of the Environmental Protection Agency or the Department of Interior in the planning, operations, or approval processes used in the Response Activities, or in the direction of the Response Activities, including but not limited to the differences in the roles of those officers in comparison to, or in relation to, the roles of BP, employees or officers of the Executive Branch of the federal government not included in the Unified Command organization, or employees or officers of any State or local government. | SP |
| BP | RFP | 166 | All documents referring or relating to BP's preparedness for response to the Incident. | SP |
| BP | RFP | 167 | All documents referring or relating to BP's implementation of its Gulf of Mexico Oil Spill Response Plan. | SP |
| BP | RFP | 168 | All documents referring or relating to the level of effort by BP in connection with the Response Activities or to the sufficiency of BP's support of the Response Activities or that evaluate or comment in any way on BP's participation in the Response Activities. | SP |
| BP | RFP | 169 | All documents in which officers or ranks of the U.S. Coast Guard comment upon, Describe or refer to the impacts of decisions, acts or omissions by leadership, staff or employees of other federal agencies on any operation undertaken in connection with the response to the Incident, including but not limited to such decisions on the effectiveness of such operations or on the effectiveness of the response to the Incident. | SP |
| BP | RFP | 170 | All documents in which any staff or employees of any federal agency or function other than the U.S. Coast Guard comment upon, describe or refer to the impacts of the decisions, acts or omissions of officers or ranks of the U.S. Coast Guard on any operation undertaken in connection with the response to the Incident, including but not limited to such decisions on the effectiveness of such operations or on the effectiveness of the Response Activities. | SP |
| BP | RFP | 171 | All documents referring or relating to the level of effort by state and local governments or their officers or employees in connection with the Response Activities, or to the sufficiency of the support of the Response Activities by, or that evaluate or comment in any way on participation in the Response Activities by, those governments, officers or employees. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12885-9 Filed 05/13/14 Page 43 of 161
Case 2:10-md-02179-CJB-SS Document 3955-2 Filed 09/06/11 Page 15 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 172 | All documents referring or relating to any actual or potential negative or counterproductive effects on any operation undertaken in connection with the response to the Incident, or on the effectiveness of the Response Activities, caused by or attributed to the conduct, acts or omissions of any Member of the U.S. Congress, any staff of the U.S. Congress, or any federal or state elected or appointed official or employee. | SP |
| BP | RFP | 173 | All documents mentioned or referenced in any pleading, motion or brief filed by the United States in this action. | SC |
| BP | RFP | 174 | All documents relating to the allegations in the United States' Complaint. | Event; SC |
| BP | RFP | 175 | All documents that you may use or seek to introduce into evidence at any trial or hearing in this action. | Event; SC |
| BP | RFP | 176 | All documents that relate to any expert testimony or opinions, or have been considered by any expert witness that may testify on your behalf at any trial or hearing in this action. | Event; SC |
| BP | RFP | 177 | All documents which relate to the anticipated testimony of any person that you may call as a witness at any trial, hearing or deposition in this matter. | Event; SC |
| BP | RFP | 178 | All documents identified in the responses to the Interrogatories set forth below. | Event; SC |
| BP | RFP | 179 | All documents referring or relating to the Joint Investigation conducted by the United States Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement into the causes of the Incident. | Event |
| BP | RFP | 180 | To the extent not required by other requests, all documents referring or relating to any investigation conducted by the United States Government regarding the cause or causes of the Incident. | Event |
| BP | RFP | 181 | All documents referring or relating to witness statements or interviews regarding the Incident, conducted by the United States Government in connection with any investigation into the causes of the Incident. | Event |
| BP | RFP | 182 | All communications, documents, and drafts related to the preparation and publication of the "Report of Investigation into the Circumstances Surrounding the Explosion, Fire, Sinking and Loss of Eleven Crew Members Aboard the mobile offshore drilling unit Deepwater Horizon In the Gulf of Mexico: April 20-22, 2010, Volume I" and Appendices by the United States Coast Guard. | Event |
| BP | RFP | 183 | All documents referring or relating to the United States Coast Guard "Report of Investigation into the Circumstances Surrounding the Explosion, Fire, Sinking and Loss of Eleven Crew Members Aboard the mobile offshore drilling unit Deepwater Horizon In the Gulf of Mexico: April 20-22, 2010, Volume I" and Appendices. | Event |
| BP | RFP | 184 | All documents referring or relating to the oversight of foreign-flagged mobile offshore drilling units (MODUs), including but not limited to MODUs flagged under the Republic of the Marshall Islands. | Event |
| BP | RFP | 185 | All documents referring or relating to any United States regulation, requirement, policy or guidance concerning safety, firefighting, or emergency preparedness drills aboard MODUs. | Event |
| BP | RFP | 186 | All documents referring or relating to any United States regulation, requirement, policy or guidance concerning the command structure aboard MODUs. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 13285-9   Filed 05/13/14   Page 44 of 161
Case 2:10-md-02179-CJB-SS   Document 4928-2   Filed 09/06/11   Page 16 of 66

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| BP | RFP | 187 | All documents exchanged between and communications between the United States and any person working on behalf of the Republic of the Marshall Islands referring or relating to the Deepwater Horizon, the MC252 Well, and the Incident. | Event |
| BP | RFP | 188 | All documents exchanged between and communications between the United States and any person working on behalf of the International Maritime Organization referring or relating to the Deepwater Horizon Incident or the MC252 Well created on or after January 1, 2010. | SP |
| BP | RFP | 189 | All documents referring or relating to any United States regulation, requirement, policy or guidance concerning annual Certificate of Compliance (COC) examinations. | Event |
| BP | RFP | 190 | All documents referring or relating to annual Certificate of Compliance (COC) examinations of the Deepwater Horizon conducted by the United States Coast Guard. All documents referring or relating to any administrative decision-making which has taken place or which is taking place relating to the determination of the rate or volume of oil discharged from the Macondo Well. | Event |
| BP | RFP | 191 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to predictions, estimates, or measurements of the impacts of the discharge from the MC252 Well or Response Activities on biota, including but not limited to marine plant life, other plant life, fish, plankton, benthic life forms, marine mammals, birds, bacteria, microorganisms, or intertidal fauna, or referring or relating to efforts to predict, estimate or measure those impacts, including, but not limited to, data collected as part of Response Activities. | SP |
| BP | RFP | 192 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to predictions, estimates, or measurements of the impacts of the discharge from the MC252 Well or Response Activities on physical environments on the land, in water, or in special environments such as wetlands, salt or brackish marshes, or that contain, Describe, or refer to efforts to predict, estimate or measure those impacts, including, but not limited to, data collected as part of Response Activities. | SP |
| BP | RFP | 193 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to predictions, estimates, or measurements of the impacts of the discharge from the MC252 Well or Response Activities on features of the environment considered human amenities (including but not limited to beaches, water frontages, fish traps or ponds, parks or reserves) or on man-made assets (including but not limited to bridges, causeways, boats, boat launches, docks, ports or weirs), or that contain, Describe, or refer to efforts to predict, estimate or measure those impacts, including, but not limited to, data collected as part of Response Activities. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859-9 Filed 05/13/14 Page 45 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 45 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 194 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to predictions, estimates or measurements of the impacts of the discharge from the MC252 Well or Response Activities on ambient air quality or water quality in any body of water, or that contain, Describe, or refer to efforts to predict, estimate or measure those impacts, including, but not limited to, data collected as part of Response Activities. | SP |
| BP | RFP | 195 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to predictions, estimates, or measurements of the impacts of decisions, conduct, acts or omissions of any federal agency or officer of the Unified States on efforts to avoid or mitigate the impacts of the discharge from the MC252 Well on biota, physical environments, human amenities, man-made assets, ambient air quality, or water quality, or that contain, Describe, or refer to efforts to predict, estimate or measure those impacts, including, but not limited to, data collected as part of Response Activities. | SP |
| BP | RFP | 196 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to estimates of the number of animals found dead, alive or oiled to any extent during the Response Activities, including, but not limited to, Unusual Mortality Event ("UME") data. | SP |
| BP | RFP | 197 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to estimates of the number of animals rescued, transported or rehabilitated during the Response Activities, including, but not limited to, data collected as part of Response Activities. | SP |
| BP | RFP | 198 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to plans or efforts to rescue, transport or rehabilitate wildlife in connection with the Response Activities. | SP |
| BP | RFP | 199 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of efforts to rescue, transport or rehabilitate wildlife in connection with the Response Activities, including, but not limited to, data collected as part of Response Activities. | SP |
| BP | RFP | 200 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine possible or predicted counterproductive or harmful effects of efforts to rescue, transport or rehabilitate wildlife in connection with the Response Activities, including, but not limited to, data collected as part of Response Activities. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 138529   Filed 05/13/14   Page 46 of 161
Case 2:10-md-02179-CJB-SS   Document 3923   Filed 09/06/11   Page 18 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFP | 201 | All documents, other than documents created in connection with the Deepwater Horizon Natural Resource Damages Assessment conducted pursuant to the Oil Pollution Act, referring or relating to the effectiveness or lack of effectiveness of efforts to rescue, transport or rehabilitate wildlife in connection with the Response Activities, including, but not limited to, data collected as part of Response Activities. | SP |
| BP | RFP | 202 | All documents that constitute, contain, Describe or refer to any guideline, policy or practice of the United States Government for use in determining the amount of civil penalties assessed under Section 311 of the Clean Water Act in connection with an oil spill. | SP |
| BP | RFP | 203 | All documents that constitute, contain, Describe or refer to any guideline, policy or practice for use in determining when and how the United States Government may invoke the Executive Privilege or the Deliberative Process Privilege in civil litigation. | SP |
| BP | RFP | 204 | All documents identified in responses to the Interrogatories set forth below. | SC; Event; SP |
| BP | RFP | 205 | To the extent not required by other requests, all documents including but not limited to written, audio or visual recordings that comprise, transcribe, refer or relate to interviews of, or statements given by, persons with knowledge of the Incident or the cause or causes of the Incident, including but not limited to any such interviews or statements given or taken on board the M/V Damon B. Bankston. | Event |
| BP | RFP | 206 | All documents relating or referring to your role in the efforts to cap, seal, contain or collect hydrocarbons from the MC252 Well following April 20, 2010, including, but not limited to any communications regarding such efforts. | Event |
| BP | RFP | 207 | All documents referring or relating to procedures, guidelines, policies, recommended practices or regulations related to formation integrity or leak off tests. | Event |
| BP | RFP | 208 | All documents referring or relating to any Incidents of Noncompliance for any rig in the Gulf of Mexico related to or referring to formation integrity or leak off tests. | Event |
| BP | RFP | 209 | All documents referring or relating to investigations, studies, analyses or audits concerning formation integrity and leak off tests conducted in the Gulf of Mexico, including any investigations, studies, analyses or audits relating to the impacts, severity, or implications of formation integrity or leak off tests regardless of whether you ultimately issued an Incident of Noncompliance. | Event |
| BP | RFP | 210 | All documents referring or relating to investigations into Incidents of Noncompliance in the Gulf of Mexico, regardless of whether you ultimately issued an Incident of Noncompliance. | Event |
| BP | RFP | 211 | All documents referring or relating to statistical analyses, studies, or other analyses relating to or comparing the rate of Incidents of Noncompliance in the Gulf of Mexico, including but not limited to the frequency or severity of Incidents of Noncompliance among different companies operating in the Gulf of Mexico. | Event |
| BP | RFP | 212 | All documents identified in responses to the Interrogatories set forth below. | Event |
| MOEX | RFP | 1 | Please produce a copy of all documents and communications, including without limitation emails, between the United States and MOEX Offshore referencing or relating to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, and/or the Deepwater Horizon Spill (as defined in the Complaint). | Event |

Case 2:10-md-02179-CJB-DPC   Document 123859-9   Filed 05/13/14   Page 47 of 161
Case 2:10-md-02179-CJB-SS   Document 3925-2   Filed 09/06/11   Page 19 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| MOEX | RFP | 2 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to MOEX Offshore, and the Macondo Prospect, the Macondo Well, the Deepwater Horizon, and/or the Deepwater Horizon Spill (as defined in the Complaint). | Event |
| MOEX | RFP | 3 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 2 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that MOEX Offshore is an "owner" of such facility and the "times material" referenced in Paragraph 73 of the Complaint.]. | Event |
| MOEX | RFP | 4 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 3 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that MOEX Offshore is an "operator" of such facility and the "times material" referenced in Paragraph 73 of the Complaint.]. | Event |
| MOEX | RFP | 5 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 4 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that MOEX Offshore is a "person in charge" of such facility and the "times material" referenced in Paragraph 73 of the Complaint.]. | Event |
| MOEX | RFP | 6 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 5 [Identify and describe the "acts, joint acts, omissions, faults, negligence, gross negligence, willful misconduct, and/or breach of federal safety and/or operating and/or construction regulations" regarding the Deepwater Horizon Spill (as defined in the Complaint) that you attribute to MOEX Offshore and/or its "respective agents, servants, employees, crew, contractors and/or subcontractors" and Identify each such agent, servant, employee, crew, contractor or subcontractor.]. | Event |
| MOEX | RFP | 7 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 6 [State each and every federal regulation you contend MOEX Offshore violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention.]. | Event |
| MOEX | RFP | 8 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 7 [State each and every federal regulation you contend BP violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention.]. | Event |
| MOEX | RFP | 9 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 8 [State each and every federal regulation you contend Transocean violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention.]. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 123859-2   Filed 05/13/14   Page 48 of 161
Case 2:10-md-02179-CJB-SS   Document 3808-2   Filed 09/06/11   Page 20 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| MOEX | RFP | 10 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 9 [Identify all communications that occurred prior to the Deepwater Horizon Spill (as defined in the Complaint) between you and BP regarding the Macondo Prospect, the Macondo Well, or the Deepwater Horizon.]. | Event |
| MOEX | RFP | 11 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 10 [Identify all communications that occurred prior to the Deepwater Horizon Spill (as defined in the Complaint) between you and Transocean regarding the Macondo Prospect, the Macondo Well, or the Deepwater Horizon.]. | Event |
| MOEX | RFP | 12 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 11 [Identify all communications that occurred prior to the Deepwater Horizon Spill (as defined in the Complaint) between you and Cameron regarding the design, function, capabilities, or maintenance of the Deepwater Horizon's blowout preventer]. | Event |
| MOEX | RFP | 13 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 12 [Identify all persons with whom you had communications referencing or relating to any analyses, reviews, or investigations you conducted regarding the causes of the explosions and fires that occurred on board the Deepwater Horizon on April 20, 2010, and Describe each communication.]. | Event |
| MOEX | RFP | 14 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 13 [State whether you believe that MOEX Offshore had any authority to control activities or operations regarding the Macondo Prospect and/or the Deepwater Horizon, and, if so, state the basis for your belief and the source of such authority.]. | Event |
| MOEX | RFP | 15 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 14 [Identify and describe each instance MOEX Offshore exercised any authority to control identified in response to Interrogatory No. 13]. | Event |
| MOEX | RFP | 16 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 15 [Identify and describe all actions, activities, or operations you believe MOEX Offshore performed pursuant to the "Macondo Prospect Offshore Deepwater Operating Agreement."]. | Event |
| MOEX | RFP | 17 | Please produce a copy of all documents and communications referencing or relating to your response to Interrogatory No. 16 [asking about all loss of well control incidents in the last fifteen years], including without limitation e-mails, any orders, consent agreements, interview notes, investigative files, company policies and procedures analyzed, technical calculations, and underlying data. | Event |
| MOEX | RFP | 18 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 17 [Identify and describe any analysis, review or evaluation of the use of blind shear rams in response to any incident identified in 16 or relating to oil and gas operations in the Gulf of Mexico.]. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/13/14 Page 49 of 161
Case 2:10-md-02179-CJB-SS Document 3958-2 Filed 09/06/11 Page 21 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| MOEX | RFP | 19 | Please produce a copy of all documents and communications referencing or relating to your response to 18, including without limitation any communications with the American Petroleum Institute, BP, Transocean, or others regarding the technical and economic feasibility of any proposed change in standard, policy, procedure, regulation or other guidance. | SP |
| MOEX | RFP | 20 | Please produce all documents relating to any efforts the fight any fires or to lower the temperature of the Deepwater Horizon after the explosions that occurred on April 20, 2010, including any communications with BP or Transocean. | Event |
| MOEX | RFP | 21 | Please produce all documents relating to efforts by any person to activate the Deepwater Horizon's BOP on or after April 20, 2010, including any communications with BP, Transocean or Cameron. | SC |
| MOEX | RFP | 22 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to any investigations, analyses, reviews, or inspections conducted as part of the natural resource damages assessment by or on behalf of any of the trustees designated with respect to the Deepwater Horizon Spill (as defined in the Complaint). | SP |
| MOEX | RFP | 23 | Please produce a complete, unredacted native copy of any database of the analyses and testing of samples taken as part of the investigation and/or assessment of natural resource damages with respect to the Deepwater Horizon Spill (as defined in the Complaint). | SP |
| MOEX | RFP | 24 | Please produce any and all studies (final or draft), notes, diagrams, pictures, spreadsheets or other documents relating to releases of oil in the Gulf of Mexico over the last ten years. | SP |
| MOEX | RFP | 25 | Please produce any and all studies (final or draft), notes, diagrams, pictures, spreadsheets or other documents relating to natural seeps of oil or other hydrocarbons in the Gulf of Mexico over the last ten years. | SP |
| MOEX | RFP | 26 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to any investigations, analyses, reviews, or inspections Identifying the source or sources of oil present in the Gulf of Mexico or adjoining shorelines conducted in the ten years prior to April 20, 2010, including, but not limited to, any oil fingerprint efforts. | SP |
| MOEX | RFP | 27 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to any investigations, analyses, reviews, or inspections Identifying the source or sources of oil present in the Gulf of Mexico or adjoining shorelines conducted after April 20, 2010, including, but not limited to, any oil fingerprint efforts. | SP |
| MOEX | RFP | 28 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to any investigations, analyses, reviews, or inspections you conducted of the Deepwater Horizon or any of her equipment, machinery, or technology, including the blowout preventer and marine riser. | Event |
| MOEX | RFP | 29 | Please produce a copy of all documents or communications, including, without limitation emails, relating to activities or operations on the Deepwater Horizon in connection with the Macondo Prospect and/or Macondo Well on or prior to April 20, 2010. | Event |
| MOEX | RFP | 30 | Please produce a copy of all documents including, without limitation emails, relating to youR oversight or approval of any activity or operation in connection with the Macondo Prospect and/or Macondo Well on or prior to April 20, 2010. | Event |

Case 2:10-md-02179-CJB-DPC   Document 12859-9   Filed 05/13/14   Page 50 of 161
Case 2:10-md-02179-CJB-SS   Document 4928-2   Filed 09/06/11   Page 22 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| MOEX | RFP | 31 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to any payments made to the United States to date for costs and damages incurred as a result of the Deepwater Horizon Spill (as defined in the Complaint). | SP |
| MOEX | RFP | 32 | Please produce a copy of all guidance, policies, practices, procedures or evaluations for use in Identifying or evaluating compliance with the obligations of leaseholders and/or designated Operators with respect to oil and gas activities conducted on the Outer Continental Shelf pursuant to a lease issued by the United States, including any enforcement policies. | Event |
| MOEX | RFP | 33 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to each instance you cited and/or investigated BP for federal safety violations at any facility it owned or operated (either onshore or offshore) since January 1, 2005. | Event |
| MOEX | RFP | 34 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to all whistleblower claims, Complaints, and/or reports you received since January 1, 2005 regarding worker or public safety concerns with respect to any facility BP owned or operated. | Event |
| MOEX | RFP | 35 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to each instance you cited and/or investigated BP for violations of any federal laws or regulations in conjunction with BP's operations to explore for (either onshore or offshore), produce, transport, and/or refine hydrocarbons since January 1, 2005. | Event |
| MOEX | RFP | 36 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to all whistleblower claims, Complaints, and/or reports you received since January 1, 2005 regarding BP's operations to explore for (either onshore or offshore), produce, transport, and/or refine hydrocarbons. | Event |
| MOEX | RFP | 37 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to investigation, evaluation and consideration by the United States of discretionary debarment procedures against BP. | Event |
| MOEX | RFP | 38 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to each instance you cited and/or investigated Transocean for violations of any federal laws or regulations in conjunction with Transocean's offshore drilling operations since January 1, 2005. | Event |
| MOEX | RFP | 39 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to all whistleblower claims, Complaints, and/or reports you received regarding Transocean's offshore drilling operations since January 1, 2005. | Event |
| MOEX | RFP | 40 | Please produce a copy of all documents regarding time history of releases of oil, hydrocarbons, gases or other materials as a relating to the Deepwater Horizon Spill (as defined in the Complaint (including quantities, dispersants, uncertainties, liquids and gases), physical and chemical characteristics of discharge (specific gravity, liquids and gasses, proportion of liquids that are volatile), and reports addressing changes in the release (evaporation, changes in specific gravity as function of time and temperature). | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 1238529 Filed 05/13/14 Page 51 of 161
Case 2:10-md-02179-CJB-SS Document 3952 Filed 09/06/11 Page 23 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| MOEX | RFP | 41 | Please produce a copy of all documents measuring the volume of oil in the Gulf of Mexico at the surface, water column, and/or sea floor, including 3-D distribution of currents, tides, meteorology (wind, air and water temperature) and waves. | SP |
| MOEX | RFP | 42 | Please produce a copy of all documents regarding any numerical model used to address fate of the oil released as a result of the Deepwater Horizon Spill (as defined in the Complaint) and inputs to model. | SP |
| MOEX | RFP | 43 | All documents requested by, or produced in response to, requests for production and interrogatories served on the United States by any other party in MDL No. 2179. | N/A |
| AEP | RFP | 1 | Please produce a copy of all documents and communications, including without limitation emails, between the United States and AE&P referencing or relating to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, and/or the Deepwater Horizon Spill (as defined in the Complaint). | Event; SC |
| AEP | RFP | 2 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to AE&P, and the Macondo Prospect, the Macondo Well, the Deepwater Horizon, and/or the Deepwater Horizon Spill (as defined in the Complaint). | Event; SC |
| AEP | RFP | 3 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 2 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that AE&P is an "owner" of such facility and the "times material" referenced in Paragraph 72 of the Complaint.]. | Event |
| AEP | RFP | 4 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 3 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that AE&P is an "operator" of such facility and the "times material" referenced in Paragraph 72 of the Complaint.]. | Event |
| AEP | RFP | 5 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 4 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that AE&P is a "person in charge" of such facility and the "times material" referenced in Paragraph 72 of the Complaint.]. | Event |
| AEP | RFP | 6 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 5 [Identify and describe the "acts, joint acts, omissions, faults, negligence, gross negligence, willful misconduct, and/or breach of federal safety and/or operating and/or construction regulations" regarding the Deepwater Horizon Spill (as defined in the Complaint) that you attribute to AE&P and/or its "respective agents, servants, employees, crew, contractors and/or subcontractors" and Identify each such agent, servant, employee, crew, contractor or subcontractor.]. | Event |
| AEP | RFP | 7 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 6 [State each and every federal regulation you contend AE&P violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention.]. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 13859-9 Filed 05/13/14 Page 52 of 161
Case 2:10-md-02179-CJB-SS Document 3932-2 Filed 09/06/11 Page 24 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| AEP | RFP | 8 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 7 [State whether you believe that AE&P had any authority to control activities or operations regarding the Macondo Prospect and/or the Deepwater Horizon, and, if so, state the basis for your belief and the source of such authority.]. | Event |
| AEP | RFP | 9 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 8 [Identify and describe each instance AE&P exercised any authority to control identified in response to Interrogatory No. 7.]. | Event |
| AEP | RFP | 10 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 9 [Identify and describe all actions, activities, or operations you believe AE&P performed pursuant to the "Macondo Prospect Offshore Deepwater Operating Agreement."]. | Event |
| AEP | RFP | 11 | All documents requested by, or produced in response to, requests for production and interrogatories served on the United States by any other party in MDL No. 2179. | N/A |
| APC | RFP | 1 | Please produce a copy of all documents and communications, including without limitation emails, between the United States and Anadarko referencing or relating to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, and/or the Deepwater Horizon Spill (as defined in the Complaint). | Event; SC |
| APC | RFP | 2 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to Anadarko, and the Macondo Prospect, the Macondo Well, the Deepwater Horizon, and/or the Deepwater Horizon Spill (as defined in the Complaint). | Event; SC |
| APC | RFP | 3 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 2 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that Anadarko is an "owner" of such facility and the "times material" referenced in Paragraph 72 of the Complaint.]. | Event |
| APC | RFP | 4 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 3 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that Anadarko is an "operator" of such facility and the "times material" referenced in Paragraph 72 of the Complaint.]. | Event |
| APC | RFP | 5 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 4 [For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that Anadarko is a "person in charge" of such facility and the "times material" referenced in Paragraph 72 of the Complaint.]. | Event |
| APC | RFP | 6 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 5 [Identify and describe the "Deepwater Horizon" you contend to be a "vessel" under Paragraphs 71 and 74 of the Complaint, including any and all appurtenances and equipment, and Identify "all times material" to the contention.]. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 13859-9 Filed 05/13/14 Page 53 of 161
Case 2:10-md-02179-CJB-SS Document 3923 Filed 09/06/11 Page 25 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| APC | RFP | 7 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 6 [Identify and describe the "Deepwater Horizon" you contend to be an "offshore facility" under Paragraphs 71 and 74 of the Complaint, including any and all appurtenances and equipment, and Identify "all times material" to the contention.]. | Event |
| APC | RFP | 8 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 7 [Identify and describe the "acts, joint acts, omissions, faults, negligence, gross negligence, willful misconduct, and/or breach of federal safety and/or operating and/or construction regulations" regarding the Deepwater Horizon Spill (as defined in the Complaint) that you attribute to Anadarko and/or its "respective agents, servants, employees, crew, contractors and/or subcontractors" and Identify each such agent, servant, employee, crew, contractor or subcontractor.]. | Event |
| APC | RFP | 9 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 8 [State each and every federal regulation you contend Anadarko violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention.}. | Event |
| APC | RFP | 10 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 9 [State whether you believe that Anadarko had any authority to control activities or operations regarding the Macondo Prospect and/or the Deepwater Horizon, and, if so, state the basis for your belief and the source of such authority.]. | Event |
| APC | RFP | 11 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 10 [Identify and describe each instance Anadarko exercised any authority to control identified in response to Interrogatory No. 9]. | Event |
| APC | RFP | 12 | Please produce a copy of all documents and communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 11 [Identify and describe all actions, activities, or operations you believe Anadarko performed pursuant to the "Macondo Prospect Offshore Deepwater Operating Agreement."]. | Event |
| APC | RFP | 13 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 12 [Identify all estimates of the volume of oil discharged from each facility and vessel identified in response to Interrogatory Nos. 1 and 5.]. | SC |
| APC | RFP | 14 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 13 [Identify each type of hydrocarbon (other than oil), gas or other material believed to have been discharged from each facility and vessel identified in response to Interrogatory Nos. 1 and 5, and Identify all estimates of the volume of each such material discharged.]. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/13/14 Page 54 of 161
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| APC | RFP | 15 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 14 [Describe the process by which the United States considers, reviews or approves SC efforts, and Identify any criteria, policies, guidance, or procedures for such consideration, review or approval.]. | SC |
| APC | RFP | 16 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 15 [Describe the process by which the United States considers, reviews or approves containment efforts, and Identify any criteria, policies, guidance, or procedures for such consideration, review or approval.]. | SP |
| APC | RFP | 17 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 16 [Identify and describe how you first became aware of the explosions and fires that first occurred on board the Deepwater Horizon on April 20, 2010.]. | Event |
| APC | RFP | 18 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 17 [Identify and describe any actions you conducted, oversaw or authorized after first becoming aware of and in response to the explosions and fires that occurred on board the Deepwater Horizon on April 20, 2010 through April 22, 2010, and for each such action provide the following information: (a) the identity of the person(s) who undertook or authorized the actions; (b) the identity of each person(s) responsible for overseeing the action; (c) the nature of the action; (d) for those actions you oversaw or authorized, the information provided to you by the person undertaking the action; (e) any communications between you and BP or Transocean regarding the action; (f) any criteria, guidance, policy or regulation used in determining whether to conduct or authorize the action; and (g) any analysis of the effectiveness of the action before and/or after it was implemented.]. | Event |
| APC | RFP | 19 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 18 [Identify any SC efforts considered by or proposals for SC efforts submitted to the United States, including but not limited to the on-scene coordinator, and, for each SC effort: (a) Identify the person or employee who identified or proposed the SC effort; (b) Identify the employee to which any proposal was submitted; (c) Identify any employee who reviewed, evaluated or analyzed the SC effort; (d) State whether the SC effort was approved in whole or in part, approved with conditions or modifications, or rejected, and the reasons therefore; (e) Describe any evaluation, assessment, analysis or calculation regarding the volume of any oil, hydrocarbons, gases or other materials recovered as a result of the SC effort and the results therefrom; and (f) Describe any analysis of the effectiveness of the SC effort before and/or after it was implemented.]. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 12859-2   Filed 05/06/14   Page 55 of 161
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| APC | RFP | 20 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 19 [Identify and describe any actions, including containment efforts, you conducted in response to the oil, hydrocarbons, gases or other materials released or discharged as a result of the Deepwater Horizon Spill (as defined in the Complaint) after April 22, 2010.]. | SP |
| APC | RFP | 21 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 20 [Identify any containment efforts considered by or proposals for containment efforts submitted to the United States, including but not limited to the on-scene coordinator and for each containment effort: (a) Identify any person who identified or proposed the containment effort; (b) Identify the employee to which any proposal was submitted; (c) Identify any employee who reviewed, evaluated or analyzed the containment effort; (d) State whether the containment effort was approved in whole or in part, approved with conditions or modifications, or rejected, and the reasons therefore; (e) Describe any evaluation, assessment, analysis or calculation regarding the volume of any oil, hydrocarbons, gases or other materials recovered as a result of the containment effort and the results therefrom; and (f) Describe any analysis of the effectiveness of the containment effort before and/or after it was implemented.]. | SP |
| APC | RFP | 22 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to your response to Interrogatory No. 21 [Identify and describe any fate and transport efforts related to the Deepwater Horizon Spill (as defined in the Complaint) undertaken by you or any other person, and for each fate and transport effort: (a) Identify the person that performed the fate and transport effort; (b) Identify each person responsible for managing the fate and transport effort; (c) Describe the nature of the fate and transport effort; (d) Describe the results of the fate and transport effort; and (e) Describe all oil fingerprint efforts relating to any oil analyzed.]. | SP |
| APC | RFP | 23 | Please produce a copy of all documents, including underlying data, referencing or relating to any estimates or analyses of flow rates or volume of oil and other hydrocarbons released as a result of the Deepwater Horizon Spill (as defined in the Complaint). | SC |
| APC | RFP | 24 | Please produce a copy of all documents and communications, including, without limitation emails, referencing or relating to any analyses, reviews, or investigations you conducted or requested regarding the scope, migration, or disposition of oil released as a result of the Deepwater Horizon Spill (as defined in the Complaint), including any fate and transport efforts and oil fingerprint efforts. | SP |
| APC | RFP | 25 | Please produce a copy of all documents, including underlying data, and communications, including, without limitation emails, referencing or relating to any estimates, analyses, reviews, or investigations you conducted or requested regarding the amount of hydrocarbons (other than oil), gases or other materials released as a result of the Deepwater Horizon Spill (as defined in the Complaint), including any fate and transport efforts. | SC; SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 12859-9   Filed 05/13/14   Page 56 of 161
Case 2:10-md-02179-CJB-SS   Document 3928-2   Filed 09/06/11   Page 28 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| APC | RFP | 26 | Please produce all studies, tests, analyses, evaluations, investigations, summaries, reports, diagrams, pictures, notes, spreadsheets or other documents you received or reviewed from other parties regarding the migration and impact of oil, hydrocarbons, gases or other materials released as a result of the Deepwater Horizon Spill (as defined in the Complaint), including fate and transport efforts and oil fingerprint efforts. | SP |
| APC | RFP | 27 | Please produce all communications relating to the documents identified in Request for Production No. 26. | SP |
| APC | RFP | 28 | Please produce a copy of all documents including without limitation emails, statements, reports, notes, or memoranda of interviews of any person, whether or not a party, relating to any efforts considered, undertaken, coordinated, or directed by the United States to respond to and remediate the Deepwater Horizon Spill (as defined in the Complaint). | SP |
| APC | RFP | 29 | Please produce all documents relating to any guidelines, policies, procedures, manuals, studies, or formulas considered or used by you to respond to, analyze or otherwise measure the environmental or economic impact of an oil spill. | SP |
| APC | RFP | 30 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to all analyses and estimates of removal costs expended and/or sustained and/or which will be expended and/or sustained by the United States as a result of the Deepwater Horizon Spill (as defined in the Complaint). | SP |
| APC | RFP | 31 | Please produce a copy of all documents or communications, including without limitation emails, referencing or relating to all analyses and estimates of damages and injuries sustained by the United States as a result of the Deepwater Horizon Spill (as defined in the Complaint), including as a result of efforts to remediate the Deepwater Horizon Spill (as defined in the Complaint). | SP |
| APC | RFP | 32 | Please produce a copy of any policies or guidance regarding the Bureau of Ocean Energy Management, Regulation and Enforcement and/or Minerals Management Service review of incident reports related to operations on the Outer Continental Shelf, including without limitation the criteria used to determine whether to conduct investigations or take enforcement actions. | Event |
| APC | RFP | 33 | Please produce a copy of records of all blowouts that resulted in a loss of well control during oil and gas drilling operations on the Outer Continental Shelf maintained by the United States. | Event |
| APC | RFP | 34 | Please produce a copy of any report compiling events that occurred on the Outer Continental Shelf reported to the Bureau of Ocean Energy, Management, Regulation and Enforcement (formerly known as Minerals Management Service) from calendar year 2001 to present. | Event |
| APC | RFP | 35 | Please produce a copy of any analyses, reports, studies, and evaluations of incidents occurring on the Outer Continental Shelf reported to the United States Coast Guard relating to oil and gas activities, including any report compiling events that occurred in any calendar year or other specified time frame. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 13859-9   Filed 05/13/14   Page 57 of 161
Case 2:10-md-02179-CJB-SS   Document 4023   Filed 09/06/11   Page 29 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| APC | RFP | 36 | Please produce a copy of any analyses, reports, studies, and evaluations of incidents reported to the United States relating to oil and gas activities in the Gulf of Mexico, including without limitation those analysis, reports, studies and evaluations related to the cause of the incidents, the amount of resulting spills, company policies, procedures and plans, recommendations to address safety concerns or future operations, enforcement actions, mechanical failures versus human error, safety management practices, and adequacy of responses to the event. | Event |
| APC | RFP | 37 | Please produce a copy of any requests for information issued to any operator in the Gulf of Mexico in response to or relating to any loss of well control incident, well control operations, use of blind shear rams, or cementing practices. | Event |
| APC | RFP | 38 | To the extent not already publicly available, please produce all documents and communications obtained or prepared by the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling relating to loss of well control events that have occurred on the Outer Continental Shelf within the jurisdiction of the United States. | Event |
| APC | RFP | 39 | Please produce all documents and communications between the Bureau of Ocean Energy, Management, Regulation and Enforcement (formerly known as Minerals Management Service) and the American Petroleum Institute relating to best practices for safety management, cementing, and well control operations for oil and gas activities on the Outer Continental Shelf within the jurisdiction of the United States. | Event |
| APC | RFP | 40 | All documents requested by, or produced in response to, requests for production and interrogatories served on the United States by any other party in MDL No. 2179. | N/A |
| BP | ROG | 1 | Please Identify every United States officer, employee or other person associated with United States, including consultants and agents, who participated in any review, evaluation, approval or disapproval of any submission by BP related to the MC252 Well and state that person's involvement with the MC252 Well. | Event |
| BP | ROG | 2 | Please Identify every United States officer, employee or other person associated with the United States, including consultants and agents, who participated in any review, inspection, evaluation, approval or disapproval of any submission related to or referring to Transocean's Deepwater Horizon rig and state that person's involvement with Transocean's Deepwater Horizon rig. | Event |
| BP | ROG | 3 | State whether the Application for Permit to Drill for the MC252 Well and subsequent amendments approved by the United States in 2009 and 2010 complied with federal law and regulation. If the answer is in the negative, (a) Identify each respect in which the Application for Permit to Drill for the MC252 Well and subsequent amendments approved by the United States in 2009 and 2010 did not comply with federal law or regulation, and (b) Identify each document upon which the response is based. | Event |
| BP | ROG | 4 | Identify with particularity any alleged variations or deviations in the casing strings installed in the MC252 Well as compared to the casing string designs approved by the United States in 2009 and 2010. | Event |
| BP | ROG | 5 | Identify and describe in detail (including name and location of the well, leaseholder, operator and spud date) each deepwater well in the Gulf of Mexico that utilized a long string production casing design that the United States Government approved. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123529 Filed 05/13/14 Page 58 of 161
Case 2:10-md-02179-CJB-SS Document 2928 Filed 09/06/11 Page 30 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | ROG | 6 | Identify and describe in detail (including name and location of the well, leaseholder, operator and spud date) each deepwater well in the Gulf of Mexico that utilized a liner or liner with a tie back production casing design that the United States Government approved. | Event |
| BP | ROG | 7 | Identify and describe in detail (including name and location of the well, leaseholder, operator and spud date) each deepwater well in the Gulf of Mexico that involved a temporary abandonment procedure and provide all steps in such temporary abandonment procedure approved by the United States Government. | Event |
| BP | ROG | 8 | Please Identify every United States officer, employee or other person associated with United States, including consultants and agents, who participated in any way in any effort to predict, estimate or measure the amount of discharge from the wellhead of the MC252 Well, or in any effort to predict, estimate, characterize or measure the physical or chemical properties of any substance contained in the discharge from the MC252 Well. | SC |
| BP | ROG | 9 | Please Identify each person who was not a full-time employee of the United States when contacted and was contacted to assist, advise or represent the United States or the Unified Command in connection with efforts to contain the flow from the wellhead of the MC252 Well, to participate in any way in the response to the Incident, or to provide scientific or other advice related to the Incident or the response to the Incident. | SC |
| BP | ROG | 10 | For each person identified in the response to Interrogatory No. 9, state the intended role or function of that person in the participation in the response to the Incident or in providing scientific or other advice. | SC |
| BP | ROG | 11 | Please Identify each person who assisted, advised or represented the United States or the Unified Command in connection with efforts to contain the flow from the wellhead of the MC252 Well, participated in any way in the response to the Incident, or provided scientific or other advice related to the Incident or the response to the Incident, who was not an officer or enlisted person in the U.S. Coast Guard. | SC |
| BP | ROG | 12 | For each person identified in the response to Interrogatory No. 11, state the role or function of that person in the participation in the response or in providing scientific or other advice. | SC |
| BP | ROG | 13 | Please Identify every United States officer, employee or other person associated with United States, including consultants and agents, who participated in any way in decisions or plans to approve, disapprove, limit, control or review the use of chemical dispersants in connection with the Response Activities. | SC |
| BP | ROG | 14 | Please Identify each person who assisted, advised or represented the United States or the Unified Command in connection with the decision whether or not to proceed with the blowout preventer on blowout preventer option following the top kill attempt. | SC |
| BP | ROG | 15 | Please Identify each person who participated in discussions or provided advice to the United States regarding the decision whether or not to allow BP to install and, subsequently, shut the Capping Stack. | SC |
| BP | ROG | 16 | State whether the BP Gulf of Mexico Oil Spill Response Plan approved by the United States in 2009 complied with federal law and regulation. If the answer is in the negative, (a) State each respect in which the BP Gulf of Mexico Oil Spill Response Plan approved by the United States in 2009 did not comply with federal law or regulation, and (b) Identify each document upon which your negative answer is based. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 1285 Filed 09/06/11 Page 59 of 161
Case 2:10-md-02179-CJB-SS Document 3928 Filed 09/06/11 Page 31 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| BP | ROG | 17 | State separately (as to the waters of the Gulf of Mexico and the shoreline of the Gulf of Mexico) the amount of the "spill" that "remains in the waters of the Gulf of Mexico and upon the adjoining shorelines of the United States," as alleged in the Complaint, and Identify each document upon which your answer is based or that supports your answer. | SP |
| BP | ROG | 18 | Describe fully the role and authority of U.S. Secretary of Energy Steven Chu, his Science Advisors, and members of the National Laboratories within the Unified Command during the effort to cap, seal, estimate the volume of, or collect hydrocarbons from the MC252 Well. | SC |
| BP | ROG | 19 | Identify each person you intend to call or may call as a witness in this matter and, for each person identified, state the subject of their expected testimony. | Event; SC |
| BP | ROG | 20 | Identify each person you have retained as an expert or consultant in this matter and, for each person identified, state: (a) the subject matter on which the expert is expected to testify; (b) the substance of the facts and opinions to which the expert is expected to testify; and (c) a summary of the grounds for each opinion. 21. Identify each person who has or may have knowledge or information relating to the allegations in the United States' Complaint. For each person identified, state the subject area of knowledge. | Event; SC |
| BP | ROG | 22 | Please Identify every United States officer, employee or other person associated with the United States, including consultants and agents, who participated in any way in any firefighting efforts in response to the Incident on Transocean's Deepwater Horizon rig. | Event |
| BP | ROG | 23 | Please Identify each person who assisted, advised or represented the United States or the Unified Command in connection with any firefighting efforts in response to the Incident on Transocean's Deepwater Horizon rig, who was not an officer or enlisted person in the United States Coast Guard. | Event |
| BP | ROG | 24 | State the number of barrels and gallons of oil and every other material (Identifying each such material) discharged from the MC252 Well into the Gulf of Mexico as a result of the Incident, and your method(s) for calculating or otherwise determining that number, and Identify each document on which your answer is based or that supports your answer. | SC |
| BP | ROG | 25 | Identify any administrative decision-making which has taken place or which you expect to take place relating to the determination of the rate or volume of oil discharged from the MC252 Well, and for each such decision making state the decision that was reached. | SC |
| BP | ROG | 26 | Explain fully how the estimated flow rate values and flow volumes for the discharge from the MC252 Well and the uncertainty to be assigned to those values and volumes, contained in the report dated March 10, 2011 and entitled "Assessment of Flow Rate Estimates for the Deepwater Horizon/Macondo Well Oil Spill," were prepared. Identify all documents that refer or relate to that report, including but not limited to all appendices and peer review documents and documents that disagree with the contents of the report or its method of preparation, and Identify all persons who participated in the preparation, review or approval of that report or its contents. | SC |
| BP | ROG | 27 | State whether that report identified in Interrogatory No. 24 presents the opinion of the United States Government about the estimated flow rate values and flow volumes for the discharge from the MC252 Well and the uncertainty to be assigned to those values and volumes. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 12859-2   Filed 05/06/14   Page 60 of 161
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | ROG | 28 | Identify each person whom you may call as an expert witness in this matter, including each and every person whom you may call as either a retained or a non-retained expert (such as a current employee, agent or independent contractor), and, for each person identified, state: (a) the subject matter on which the expert is expected to testify; (b) the substance of the facts and opinions to which the expert is expected to testify; and (c) a summary of the grounds for each opinion. | SC |
| BP | ROG | 29 | Please Identify each person who conducted, participated in, recorded or transcribed interviews of, or statements given by, persons with knowledge of the Incident or the cause or causes of the Incident, including but not limited to any such interviews or statements given or taken aboard the M/V Damon B. Bankston. | Event |
| BP | ROG | 30 | Please Identify each person employed by you who assisted, advised or represented you in connection with efforts to cap, seal, contain or collect hydrocarbons from the MC252 Well following April 20, 2010, and state the role or function of that person in your response. | Event |
| MOEX | ROG | 1 | Identify and describe each facility (and any component thereof) you contend to be an "offshore facility" under Paragraphs 71, 73 and 74 of the Complaint. | Event |
| MOEX | ROG | 2 | For each facility identified and Described in response to 1, Identify and describe the basis for asserting that MOEX Offshore is an "owner" of such facility and the "times material" referenced in Paragraph 73 of the Complaint. | Event |
| MOEX | ROG | 3 | For each facility identified and Described in response to 1, Identify and describe the basis for asserting that MOEX Offshore is an "operator" of such facility and the "times material" referenced in Paragraph 73 of the Complaint. | Event |
| MOEX | ROG | 4 | For each facility identified and Described in response to 1, Identify and describe the basis for asserting that MOEX Offshore is a "person in charge" of such facility and the "times material" referenced in Paragraph 73 of the Complaint. | Event |
| MOEX | ROG | 5 | Identify and describe the "acts, joint acts, omissions, faults, negligence, gross negligence, willful misconduct, and/or breach of federal safety and/or operating and/or construction regulations" regarding the Deepwater Horizon Spill (as defined in the Complaint) that you attribute to MOEX Offshore and/or its "respective agents, servants, employees, crew, contractors and/or subcontractors" and Identify each such agent, servant, employee, crew, contractor or subcontractor. | Event |
| MOEX | ROG | 6 | State each and every federal regulation you contend MOEX Offshore violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention. | Event |
| MOEX | ROG | 7 | State each and every federal regulation you contend BP violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention. | Event |
| MOEX | ROG | 8 | State each and every federal regulation you contend Transocean violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 123859-2   Filed 05/13/14   Page 61 of 161
Case 2:10-md-02179-CJB-SS   Document 4228   Filed 09/06/11   Page 33 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| MOEX | ROG | 9 | Identify all communications that occurred prior to the Deepwater Horizon Spill (as defined in the Complaint) between you and BP regarding the Macondo Prospect, the Macondo Well, or the Deepwater Horizon. | Event |
| MOEX | ROG | 10 | Identify all communications that occurred prior to the Deepwater Horizon Spill (as defined in the Complaint) between you and Transocean regarding the Macondo Prospect, the Macondo Well, or the Deepwater Horizon. | Event |
| MOEX | ROG | 11 | Identify all communications that occurred prior to the Deepwater Horizon Spill (as defined in the Complaint) between you and Cameron regarding the design, function, capabilities, or maintenance of the Deepwater Horizon's blowout preventer. | Event |
| MOEX | ROG | 12 | Identify all persons with whom you had communications referencing or relating to any analyses, reviews, or investigations you conducted regarding the causes of the explosions and fires that occurred on board the Deepwater Horizon on April 20, 2010, and Describe each communication. | Event |
| MOEX | ROG | 13 | State whether you believe that MOEX Offshore had any authority to control activities or operations regarding the Macondo Prospect and/or the Deepwater Horizon, and, if so, state the basis for your belief and the source of such authority. | Event |
| MOEX | ROG | 14 | Identify and describe each instance MOEX Offshore exercised any authority to control identified in response to 13. | Event |
| MOEX | ROG | 15 | Identify and describe all actions, activities, or operations you believe MOEX Offshore performed pursuant to the "Macondo Prospect Offshore Deepwater Operating Agreement." | Event |
| MOEX | ROG | 16 | Identify and describe each loss of well control that has been reported in the Gulf of Mexico over the past fifteen years and for each incident: (a) Identify the lease area, the offshore facility or vessel (as applicable), and the circumstances surrounding the loss of well control; (b) Identify the lessee and owner or operator of the facility or vessel; (c) Identify and describe the exploration or development plans, including the water depth and type of drilling rig used; (d) Identify and describe any response plans or policies applicable to the facility or vessel; (e) Identify and describe any discharges of oil or other materials as a result of the loss of well control; (f) Identify and describe the duration of the loss of well control event; (g) Identify and describe what actions were taken to address the loss of well control; (h) Identify any investigation of the incident was conducted, when and by who; (i) Identify and describe the results of any investigation, including any analysis of the cause of the loss of well control; (j) Identify and describe any recommendations made by the United States as a result and whether such recommendations were | Event |
| MOEX | ROG | 17 | Identify and describe any analysis, review or evaluation of the use of blind shear rams in response to any incident identified in 16 or relating to oil and gas operations in the Gulf of Mexico. | Event |
| MOEX | ROG | 18 | Identify and describe any changes in standards, policies, procedures, regulations or other guidance provided for oil and gas operations on the Outer Continental Shelf that resulted from evaluation and review of incidents reported to the United States with respect to such oil and gas operations, including without limitation any revised standards for safety management practices, cementing practices and well control operations. | Event |
| MOEX | ROG | 19 | Identify all persons involved with or assisting in the preparation of the United States' answers to these interrogatories. | Event |

Case 2:10-md-02179-CJB-DPC  Document 123859-2  Filed 05/13/14  Page 62 of 161
Case 2:10-md-02179-CJB-SS  Document 2923-2  Filed 06/06/11  Page 34 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| AEP | ROG | 1 | Identify and describe each facility (and any component thereof) you contend to be an "offshore facility" under Paragraph 71, 72 and 74 of the Complaint. | Event |
| AEP | ROG | 2 | For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that AE&P is an "owner" of such facility and the "times material" referenced in Paragraph 72 of the Complaint. | Event |
| AEP | ROG | 3 | For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that AE&P is an "operator" of such facility and the "times material" referenced in Paragraph 72 of the Complaint. | Event |
| AEP | ROG | 4 | For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that AE&P is a "person in charge" of such facility and the "times material" referenced in Paragraph 72 of the Complaint. | Event |
| AEP | ROG | 5 | Identify and describe the "acts, joint acts, omissions, faults, negligence, gross negligence, willful misconduct, and/or breach of federal safety and/or operating and/or construction regulations" regarding the Deepwater Horizon Spill (as defined in the Complaint) that you attribute to AE&P and/or its "respective agents, servants, employees, crew, contractors and/or subcontractors" and Identify each such agent, servant, employee, crew, contractor or subcontractor. | Event |
| AEP | ROG | 6 | State each and every federal regulation you contend AE&P violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention. | Event |
| AEP | ROG | 7 | State whether you believe that AE&P had any authority to control activities or operations regarding the Macondo Prospect and/or the Deepwater Horizon, and, if so, state the basis for your belief and the source of such authority. | Event |
| AEP | ROG | 8 | Identify and describe each instance AE&P exercised any authority to control identified in response to Interrogatory No. 7. | Event |
| AEP | ROG | 9 | Identify and describe all actions, activities, or operations you believe AE&P performed pursuant to the "Macondo Prospect Offshore Deepwater Operating Agreement." | Event |
| AEP | ROG | 10 | Identify all persons involved with or assisting in the preparation of the United States' answers to these interrogatories. | Event |
| APC | ROG | 1 | Identify and describe each facility (and any component thereof) you contend to be an "offshore facility" under Paragraphs 71, 72 and 74 of the Complaint. | Event |
| APC | ROG | 2 | For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that Anadarko is an "owner" of such facility and the "times material" referenced in Paragraph 72 of the Complaint. | Event |
| APC | ROG | 3 | For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that Anadarko is an "operator" of such facility and the "times material" referenced in Paragraph 72 of the Complaint. | Event |
| APC | ROG | 4 | For each facility identified and Described in response to Interrogatory No. 1, Identify and describe the basis for asserting that Anadarko is a "person in charge" of such facility and the "times material" referenced in Paragraph 72 of the Complaint. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 1225929 Filed 05/13/14 Page 63 of 161
Case 2:10-md-02179-CJB-SS Document 3925-2 Filed 09/06/11 Page 35 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| APC | ROG | 5 | Identify and describe the "Deepwater Horizon" you contend to be a "vessel" under Paragraphs 71 and 74 of the Complaint, including any and all appurtenances and equipment, and Identify "all times material" to the contention. | Event |
| APC | ROG | 6 | Identify and describe the "Deepwater Horizon" you contend to be an "offshore facility" under Paragraphs 71 and 74 of the Complaint, including any and all appurtenances and equipment, and Identify "all times material" to the contention. | Event |
| APC | ROG | 7 | Identify and describe the "acts, joint acts, omissions, faults, negligence, gross negligence, willful misconduct, and/or breach of federal safety and/or operating and/or construction regulations" regarding the Deepwater Horizon Spill (as defined in the Complaint) that you attribute to Anadarko and/or its "respective agents, servants, employees, crew, contractors and/or subcontractors" and Identify each such agent, servant, employee, crew, contractor or subcontractor. | Event |
| | ROG | 8 | State each and every federal regulation you contend Anadarko violated with respect to the Macondo Prospect, the Macondo Well, the Deepwater Horizon, or the Deepwater Horizon Spill (as defined in the Complaint), and for each regulation please state the bases and sources of your contention. | Event |
| APC | ROG | 9 | State whether you believe that Anadarko had any authority to control activities or operations regarding the Macondo Prospect and/or the Deepwater Horizon, and, if so, state the basis for your belief and the source of such authority. | Event |
| APC | ROG | 10 | Identify and describe each instance Anadarko exercised any authority to control identified in response to Interrogatory No. 9. | Event |
| APC | ROG | 11 | Identify and describe all actions, activities, or operations you believe Anadarko performed pursuant to the "Macondo Prospect Offshore Deepwater Operating Agreement." | Event |
| APC | ROG | 12 | Identify all estimates of the volume of oil discharged from each facility and vessel identified in response to Interrogatory Nos. 1 and 5. | SC |
| APC | ROG | 13 | Identify D321 | SC |
| APC | ROG | 14 | Describe the process by which the United States considers, reviews or approves SC efforts, and Identify any criteria, policies, guidance, or procedures for such consideration, review or approval. | SC |
| APC | ROG | 15 | Describe the process by which the United States considers, reviews or approves containment efforts, and Identify any criteria, policies, guidance, or procedures for such consideration, review or approval. | SP |
| APC | ROG | 16 | Identify and describe how you first became aware of the explosions and fires that first occurred on board the Deepwater Horizon on April 20, 2010. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 13858-9 Filed 05/13/14 Page 64 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 36 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| APC | ROG | 17 | Identify and describe any actions you conducted, oversaw or authorized after first becoming aware of and in response to the explosions and fires that occurred on board the Deepwater Horizon on April 20, 2010 through April 22, 2010, and for each such action provide the following information: (a) the identity of the person(s) who undertook or authorized the actions; (b) the identity of each person(s) responsible for overseeing the action; (c) the nature of the action; (d) for those actions you oversaw or authorized, the information provided to you by the person undertaking the action; (e) any communications between you and BP or Transocean regarding the action; (f) any criteria, guidance, policy or regulation used in determining whether to conduct or authorize the action; and (g) any analysis of the effectiveness of the action before and/or after it was implemented. | Event |
| APC | ROG | 18 | Identify any SC efforts considered by or proposals for SC efforts submitted to the United States, including but not limited to the on-scene coordinator, and, for each SC effort: (a) Identify the person or employee who identified or proposed the SC effort; (b) Identify the employee to which any proposal was submitted; (c) Identify any employee who reviewed, evaluated or analyzed the SC effort; (d) State whether the SC effort was approved in whole or in part, approved with conditions or modifications, or rejected, and the reasons therefore; (e) Describe any evaluation, assessment, analysis or calculation regarding the volume of any oil, hydrocarbons, gases or other materials recovered as a result of the SC effort and the results therefrom; and (f) Describe any analysis of the effectiveness of the SC effort before and/or after it was implemented. | SC |
| APC | ROG | 19 | Identify and describe any actions, including containment efforts, you conducted in response to the oil, hydrocarbons, gases or other materials released or discharged as a result of the Deepwater Horizon Spill (as defined in the Complaint) after April 22, 2010. | SP |
| APC | ROG | 20 | Identify any containment efforts considered by or proposals for containment efforts submitted to the United States, including but not limited to the on-scene coordinator and for each containment effort: (a) Identify any person who identified or proposed the containment effort; (b) Identify the employee to which any proposal was submitted; (c) Identify any employee who reviewed, evaluated or analyzed the containment effort; (d) State whether the containment effort was approved in whole or in part, approved with conditions or modifications, or rejected, and the reasons therefore; (e) Describe any evaluation, assessment, analysis or calculation regarding the volume of any oil, hydrocarbons, gases or other materials recovered as a result of the containment effort and the results therefrom; and (f) Describe any analysis of the effectiveness of the containment effort before and/or after it was implemented. | SP |
| APC | ROG | 21 | Identify and describe any fate and transport efforts related to the Deepwater Horizon Spill (as defined in the Complaint) undertaken by you or any other person, and for each fate and transport effort: (a) Identify the person that performed the fate and transport effort; (b) Identify each person responsible for managing the fate and transport effort; (c) Describe the nature of the fate and transport effort; (d) Describe the results of the fate and transport effort; and (e) Describe all oil fingerprint efforts relating to any oil analyzed. | SP |
| APC | ROG | 22 | Identify all persons involved with or assisting in the preparation of the United States' answers to these interrogatories. | Event; SC; SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 13859-9 Filed 05/13/14 Page 65 of 161
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| APC | ROG | 17 | For each of your responses to the above requests for admission that is anything but an unqualified admission, please state each fact in support of your response, Identify each person with knowledge of each such fact, and Identify each document that supports your response. | Event |
| BP | RFA | 1 | Admit that the United States Government received BP's Initial Exploration Plan Mississippi Canyon Block 252 OCS-G 3230, dated February 2009. | Event |
| BP | RFA | 2 | Admit that the United States Government evaluated BP's Initial Exploration Plan Mississippi Canyon Block 252 OCS-G 3230, dated February 2009. | Event |
| BP | RFA | 3 | Admit that the United States Government approved BP's Initial Exploration Plan Mississippi Canyon Block 252 OCS-G 3230, dated February 2009. | Event |
| BP | RFA | 4 | Admit that the United States Government's approval of BP's Initial Exploration Plan Mississippi Canyon Block 252 OCS-G 3230, dated February 2009, was made in accordance with 30 CFR 250.233(b)(1). | Event |
| BP | RFA | 5 | Admit that the United States Government received BP's Initial Exploration Plan Mississippi Canyon Block 252 OCS-G 3230 Public Information, dated February 2009. | Event |
| BP | RFA | 6 | Admit that the United States Government evaluated BP's Initial Exploration Plan Mississippi Canyon Block 252 OCS-G 3230 Public Information, dated February 2009. | Event |
| BP | RFA | 7 | Admit that the United States Government approved BP's Initial Exploration Plan Mississippi Canyon Block 252 OCS-G 3230 Public Information, dated February 2009. | Event |
| BP | RFA | 8 | Admit that the United States Government's approval of BP's Initial Exploration Plan Mississippi Canyon Block 252 OCS-G 3230 Public Information, dated February 2009, was made in accordance with 30 CFR 250.233(b)(1). | Event |
| BP | RFA | 9 | Admit that the United States Government received BP's Notice of Intent for BP Exploration & Production Inc., NPDES OCS Permit No. GMG 290110, dated February 23, 2009. | Event |
| BP | RFA | 10 | Admit that the United States Government evaluated BP's Notice of Intent for BP Exploration & Production Inc., NPDES OCS Permit No. GMG 290110, dated February 23, 2009. | Event |
| BP | RFA | 11 | Admit that the United States Government approved BP's Notice of Intent for BP Exploration & Production Inc., NPDES OCS Permit No. GMG 290110, dated February 23, 2009. | Event |
| BP | RFA | 12 | Admit that the United States Government received BP's Application for Permit to Drill a New Well (Form MMS 123A/123S), dated May 13, 2009. | Event |
| BP | RFA | 13 | Admit that the United States Government evaluated BP's Application for Permit to Drill a New Well (Form MMS 123A/123S), dated May 13, 2009. | Event |
| BP | RFA | 14 | Admit that the United States Government approved BP's Application for Permit to Drill a New Well (Form MMS 123A/123S), dated May 13, 2009. | Event |
| BP | RFA | 15 | Admit that the United States Government's approval of BP's Application for Permit to Drill a New Well (Form MMS 123A/123S), dated May 13, 2009, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 16 | Admit that the United States Government received BP's Application for Revised New Well (Form MMS 123A/123S), dated September 28, 2009. | Event |
| BP | RFA | 17 | Admit that the United States Government evaluated BP's Application for Revised New Well (Form MMS 123A/123S), dated September 28, 2009. | Event |
| BP | RFA | 18 | Admit that the United States Government approved BP's Application for Revised New Well (Form MMS 123A/123S), dated September 28, 2009. | Event |

Case 2:10-md-02179-CJB-DPC Document 12859-2 Filed 05/13/14 Page 66 of 161
Case 2:10-md-02179-CJB-SS Document 2925 Filed 09/06/11 Page 38 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 19 | Admit that the United States Government's approval of BP's Application for Revised New Well (Form MMS 123A/123S), dated September 28, 2009, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 20 | Admit that the United States Government received BP's Rig Movement Notification Report (Form MMS-144 - Electronic), accepted September 29, 2009. | Event |
| BP | RFA | 21 | Admit that the United States Government evaluated BP's Rig Movement Notification Report (Form MMS-144 - Electronic), accepted September 29, 2009. | Event |
| BP | RFA | 22 | Admit that the United States Government approved BP's Rig Movement Notification Report (Form MMS-144 - Electronic), accepted September 29, 2009. | Event |
| BP | RFA | 23 | Admit that the United States Government's approval of BP's Rig Movement Notification Report (Form MMS-144 - Electronic), accepted September 29, 2009, was made pursuant to 30 CFR 250.403. | Event |
| BP | RFA | 24 | Admit that the United States Government received BP's Application for Revised New Well (Form MMS 123A/123S), dated October 15, 2009. | Event |
| BP | RFA | 25 | Admit that the United States Government evaluated BP's Application for Revised New Well (Form MMS 123A/123S), dated October 15, 2009. | Event |
| BP | RFA | 26 | Admit that the United States Government approved BP's Application for Revised New Well (Form MMS 123A/123S), dated October 15, 2009. | Event |
| BP | RFA | 27 | Admit that the United States Government's approval of BP's Application for Revised New Well (Form MMS 123A/123S), dated October 15, 2009, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 28 | Admit that the United States Government received BP's Form MMS-124, dated October 21, 2009. | Event |
| BP | RFA | 29 | Admit that the United States Government evaluated BP's Form MMS-124, dated October 21, 2009. | Event |
| BP | RFA | 30 | Admit that the United States Government approved BP's Form MMS-124, dated October 21, 2009. | Event |
| BP | RFA | 31 | Admit that the United States Government's approval of BP's Form MMS-124, dated October 21, 2009, was made pursuant to 30 CFR 250.465. | Event |
| BP | RFA | 32 | Admit that the United States Government received BP's Application for Revised New Well (Form MMS 123A/123S), dated October 29, 2009. | Event |
| BP | RFA | 33 | Admit that the United States Government evaluated BP's Application for Revised New Well (Form MMS 123A/123S), dated October 29, 2009. | Event |
| BP | RFA | 34 | Admit that the United States Government approved BP's Application for Revised New Well (Form MMS 123A/123S), dated October 29, 2009. | Event |
| BP | RFA | 35 | Admit that the United States Government's approval of BP's Application for Revised New Well (Form MMS 123A/123S), dated October 29, 2009, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 36 | Admit that the United States Government received BP's Incident Report, dated November 30, 2009. | Event |
| BP | RFA | 37 | Admit that the United States Government evaluated BP's Incident Report, dated November 30, 2009. | Event |
| BP | RFA | 38 | Admit that the United States Government approved BP's Incident Report, dated November 30, 2009. | Event |
| BP | RFA | 39 | Admit that the United States Government's approval of BP's Incident Report, dated November 30, 2009, was made pursuant to 30 CFR 250.190. | Event |
| BP | RFA | 40 | Admit that the United States Government received BP's Incident Report, dated December 7, 2009. | Event |

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/13/14 Page 67 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 39 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| BP | RFA | 41 | Admit that the United States Government evaluated BP's Incident Report, dated December 7, 2009. | Event |
| BP | RFA | 42 | Admit that the United States Government approved BP's Incident Report, dated December 7, 2009. | Event |
| BP | RFA | 43 | Admit that the United States Government's approval of BP's Incident Report, dated December 7, 2009, was made pursuant to 30 CFR 250.190. | Event |
| BP | RFA | 44 | Admit that the United States Government received BP's Form MMS-124, dated December 28, 2009. | Event |
| BP | RFA | 45 | Admit that the United States Government evaluated BP's Form MMS-124, dated December 28, 2009. | Event |
| BP | RFA | 46 | Admit that the United States Government approved BP's Form MMS-124, dated December 28, 2009. | Event |
| BP | RFA | 47 | Admit that the United States Government's approval of BP's Form MMS-124, dated December 28, 2009, was made pursuant to 30 CFR 250.465. | Event |
| BP | RFA | 48 | Admit that the United States Government received BP Exploration & Production, Inc. Emergency Evacuation Plan, dated January, 2010. | Event |
| BP | RFA | 49 | Admit that the United States Government evaluated BP Exploration & Production, Inc. Emergency Evacuation Plan, dated January, 2010. | Event |
| BP | RFA | 50 | Admit that the United States Government approved BP Exploration & Production, Inc. Emergency Evacuation Plan, dated January, 2010. | Event |
| BP | RFA | 51 | Admit that the United States Government received BP's Application for Revised New Well (Form MMS 123A/123S), dated January 12, 2010. | Event |
| BP | RFA | 52 | Admit that the United States Government evaluated BP's Application for Revised New Well (Form MMS 123A/123S), dated January 12, 2010. | Event |
| BP | RFA | 53 | Admit that the United States Government approved BP's Application for Revised New Well (Form MMS 123A/123S), dated January 12, 2010. | Event |
| BP | RFA | 54 | Admit that the United States Government's approval of BP's Application for Revised New Well (Form MMS 123A/123S), dated January 12, 2010, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 55 | Admit that the United States Government received BP's Rig Movement Notification Report (Form MMS-144 - Electronic), accepted January 28, 2009. | Event |
| BP | RFA | 56 | Admit that the United States Government evaluated BP's Rig Movement Notification Report (Form MMS-144 - Electronic), accepted January 28, 2009. | Event |
| BP | RFA | 57 | Admit that the United States Government approved BP's Rig Movement Notification Report (Form MMS-144 - Electronic), accepted January 28, 2009. | Event |
| BP | RFA | 58 | Admit that the United States Government's approval of BP's Rig Movement Notification Report (Form MMS-144 - Electronic), accepted January 28, 2009, was made pursuant to 30 CFR 250.403. | Event |
| BP | RFA | 59 | Admit that the United States Government received BP's Application for Revised New Well (Form MMS 123A/123S), dated January 25, 2010. | Event |
| BP | RFA | 60 | Admit that the United States Government evaluated BP's Application for Revised New Well (Form MMS 123A/123S), dated January 25, 2010. | Event |
| BP | RFA | 61 | Admit that the United States Government approved BP's Application for Revised New Well (Form MMS 123A/123S), dated January 25, 2010. | Event |
| BP | RFA | 62 | Admit that the United States Government's approval of BP's Application for Revised New Well (Form MMS 123A/123S), dated January 25, 2010, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 63 | Admit that the United States Government received BP's Application for Permit to Modify (Form MMS-124), dated March 10, 2010. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859 Filed 05/13/14 Page 68 of 161
Case 2:10-md-02179-CJB-SS Document 3958-2 Filed 09/06/11 Page 40 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| BP | RFA | 64 | Admit that the United States Government evaluated BP's Application for Permit to Modify (Form MMS-124), dated March 10, 2010. | Event |
| BP | RFA | 65 | Admit that the United States Government approved BP's Application for Permit to Modify (Form MMS-124), dated March 10, 2010. | Event |
| BP | RFA | 66 | Admit that the United States Government's approval of BP's Application for Permit to Modify (Form MMS-124), dated March 10, 2010, was made pursuant to 30 CFR 250.465. | Event |
| BP | RFA | 67 | Admit that the United States Government received BP's Application for Bypass (Form MMS 123A/123S), dated March 15, 2010. | Event |
| BP | RFA | 68 | Admit that the United States Government evaluated BP's Application for Bypass (Form MMS 123A/123S), dated March 15, 2010. | Event |
| BP | RFA | 69 | Admit that the United States Government approved BP's Application for Bypass (Form MMS 123A/123S), dated March 15, 2010. | Event |
| BP | RFA | 70 | Admit that the United States Government's approval of BP's Application for Bypass (Form MMS 123A/123S), dated March 15, 2010, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 71 | Admit that the United States Government was aware that a kick had occurred at the Macondo Well on March 8, 2010 when it approved BP's Application for Bypass (Form MMS 123A/123S), dated March 15, 2010. | Event |
| BP | RFA | 72 | Admit that the United States Government considered the March 8, 2010 kick in approving BP's Application for Bypass (Form MMS 123A/123S), dated March 15, 2010. | Event |
| BP | RFA | 73 | Admit that the United States Government received BP's Application for Revised Bypass (Form MMS 123A/123S), dated March 25, 2010. | Event |
| BP | RFA | 74 | Admit that the United States Government evaluated BP's Application for Revised Bypass (Form MMS 123A/123S), dated March 25, 2010. | Event |
| BP | RFA | 75 | Admit that the United States Government approved BP's Application for Revised Bypass (Form MMS 123A/123S), dated March 25, 2010. | Event |
| BP | RFA | 76 | Admit that the United States Government's approval of BP's Application for Revised Bypass (Form MMS 123A/123S), dated March 25, 2010, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 77 | Admit that the United States Government received BP's Application for Revised Bypass (Form MMS 123A/123S), dated March 26, 2010. | Event |
| BP | RFA | 78 | Admit that the United States Government evaluated BP's Application for Revised Bypass (Form MMS 123A/123S), dated March 26, 2010. | Event |
| BP | RFA | 79 | Admit that the United States Government approved BP's Application for Revised Bypass (Form MMS 123A/123S), dated March 26, 2010. | Event |
| BP | RFA | 80 | Admit that the United States Government's approval of BP's Application for Revised Bypass (Form MMS 123A/123S), dated March 26, 2010, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 81 | Admit that the United States Government received BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 14, 2010. | Event |
| BP | RFA | 82 | Admit that the United States Government evaluated BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 14, 2010. | Event |
| BP | RFA | 83 | Admit that the United States Government approved BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 14, 2010. | Event |
| BP | RFA | 84 | Admit that the United States Government's approval of BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 14, 2010, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 85 | Admit that the United States Government received BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 15, 2010. | Event |
| BP | RFA | 86 | Admit that the United States Government evaluated BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 15, 2010. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859-9 Filed 05/13/14 Page 69 of 161
Case 2:10-md-02179-CJB-SS Document 3925-2 Filed 09/06/11 Page 41 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 87 | Admit that the United States Government approved BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 15, 2010. | Event |
| BP | RFA | 88 | Admit that the United States Government's approval of BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 15, 2010, was made pursuant to 30 CFR 250.410 and 30 CFR 250.418. | Event |
| BP | RFA | 89 | Admit that the United States Government approved BP's use of the 9 7/8" x 7" long string casing for the Macondo Well, as specified in BP's Application for Revised Bypass (Form MMS 123A/123S), dated April 15, 2010. | Event |
| BP | RFA | 90 | Admit that the United States Government received BP's Application for Permit to Modify (Form MMS-124), dated April 16, 2010. | Event |
| BP | RFA | 91 | Admit that the United States Government evaluated BP's Application for Permit to Modify (Form MMS-124), dated April 16, 2010. | Event |
| BP | RFA | 92 | Admit that the United States Government approved BP's Application for Permit to Modify (Form MMS-124), dated April 16, 2010. | Event |
| BP | RFA | 93 | Admit that the United States Government's approval of BP's Application for Permit to Modify (Form MMS-124), dated April 16, 2010, was made pursuant to 30 CFR 250.465. | Event |
| BP | RFA | 94 | Admit that the United States Government approved BP's plan to set a 300' cement plug from 8367' to 8067', as specified in BP's Application for Permit to Modify (Form MMS-124), dated April 16, 2010. | Event |
| BP | RFA | 95 | Admit that the United States Government received BP's Application End of Operations Report (Form MMS 125), accepted April 21, 2010. | Event |
| BP | RFA | 96 | Admit that the United States Government evaluated BP's Application End of Operations Report (Form MMS 125), accepted April 21, 2010. | Event |
| BP | RFA | 97 | Admit that the United States Government approved BP's Application End of Operations Report (Form MMS 125), accepted April 21, 2010. | Event |
| BP | RFA | 98 | Admit that the United States Government's approval of BP's Application End of Operations Report (Form MMS 125), accepted April 21, 2010, was made pursuant to 30 CFR 250.465. | Event |
| BP | RFA | 99 | Admit that the United States Government approves long string production casing designs for deepwater wells in the Gulf of Mexico. | Event |
| BP | RFA | 100 | Admit that the United States Government has approved long string production casing designs for deepwater wells in the Gulf of Mexico. | Event |
| BP | RFA | 101 | Admit that a long string production casing design is an acceptable design for deepwater wells in the Gulf of Mexico. | Event |
| BP | RFA | 102 | Admit that a long string production casing design is an appropriate design for deepwater wells in the Gulf of Mexico. | Event |
| BP | RFA | 103 | Admit that more than 20% of all deepwater well designs in the Gulf of Mexico and approved by the United States Government utilize a long string production casing design. | Event |
| BP | RFA | 104 | Admit that more than 30% of all deepwater well designs in the Gulf of Mexico and approved by the United States Government utilize a long string production casing design. | Event |
| BP | RFA | 105 | Admit that more than 40% of all deepwater well designs in the Gulf of Mexico and approved by the United States Government utilize a long string production casing design. | Event |
| BP | RFA | 106 | Admit that more than 50% of all deepwater well designs in the Gulf of Mexico and approved by the United States Government utilize a long string production casing design. | Event |
| BP | RFA | 107 | Admit that more than 60% of all deepwater well designs in the Gulf of Mexico and approved by the United States Government utilize a long string production casing design. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859-2 Filed 05/13/14 Page 70 of 161
Case 2:10-md-02179-CJB-SS Document 4923-2 Filed 09/06/11 Page 42 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 108 | Admit that the United States Government approves liner with a tie back production casing designs for deepwater wells in the Gulf of Mexico. | Event |
| BP | RFA | 109 | Admit that a liner with a tie back production casing design is an acceptable design for deepwater wells in the Gulf of Mexico. | Event |
| BP | RFA | 110 | Admit that a liner with a tie back production casing design is an appropriate design for deepwater wells in the Gulf of Mexico. | Event |
| BP | RFA | 111 | Admit that the United States Government does not require a negative pressure test during temporary abandonment procedures. | Event |
| BP | RFA | 112 | Admit that there are no regulations regulating negative pressure test during temporary abandonment procedures. | Event |
| BP | RFA | 113 | Admit that there are no federal laws regulating negative pressure tests during temporary abandonment procedures. | Event |
| BP | RFA | 114 | Admit that the United States Government does not have guidelines for interpreting negative pressure tests. | Event |
| BP | RFA | 115 | Admit that the United States Government prepared an environmental impact statement under the National Environmental Policy Act that applied to the leasing of Mississippi Canyon Block 252. | Event |
| BP | RFA | 116 | Admit that the environmental impact statement prepared by the United States Government with respect to the leasing of Mississippi Canyon Block 252 complied with the National Environmental Policy Act. | Event |
| BP | RFA | 117 | Admit that the United States Government prepared a multisale environmental impact statement under the National Environmental Policy Act that applied to the leasing of Mississippi Canyon Block 252. | Event |
| BP | RFA | 118 | Admit that the multisale environmental impact statement prepared by the United States Government with respect to the leasing of Mississippi Canyon Block 252 complied with the National Environmental Policy Act. | Event |
| BP | RFA | 119 | Admit that the United States Government conducted an environmental assessment under the National Environmental Policy Act with respect the leasing of Mississippi Canyon Block 252. | Event |
| BP | RFA | 120 | Admit that the environmental assessment conducted by the United States Government with respect to the leasing of Mississippi Canyon Block 252 complied with the National Environmental Policy Act. | Event |
| BP | RFA | 121 | Admit that the United States Government received BP's Gulf of Mexico Regional Oil Spill Response Plan, dated June 2009. | Event |
| BP | RFA | 122 | Admit that the United States Government evaluated BP's Gulf of Mexico Regional Oil Spill Response Plan, dated June 2009. | Event |
| BP | RFA | 123 | Admit that the United States Government approved BP's Gulf of Mexico Regional Oil Spill Response Plan, dated June 2009. | Event |
| BP | RFA | 124 | Admit that the United States Government's approval of BP's Gulf of Mexico Regional Oil Spill Response Plan, dated June 2009, was made in accordance with 33 U.S.C. § 1321(j). | Event |
| BP | RFA | 125 | Admit that BP's Gulf of Mexico Regional Oil Spill Response Plan, dated June 2009, was in compliance with all United States Government standards for response capabilities to address a worst case discharge. | Event |
| BP | RFA | 126 | Admit that federal regulations provided an approved method for BP to use in determining the effective daily recovery capacity of skimming response capability for purposes of its Gulf of Mexico Regional Oil Spill Response Plan, dated June 2009. | Event |
| BP | RFA | 127 | Admit that federal regulations provided an approved method for BP to use in stating the effective daily recovery capacity of skimming response capability for purposes of its Gulf of Mexico Regional Oil Spill Response Plan, dated June 2009. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 1288-2 Filed 05/13/11 Page 71 of 161
Case 2:10-md-02179-CJB-SS Document 2928 Filed 09/06/11 Page 43 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 128 | Admit that the method provided in federal regulations for stating the effective daily recovery capacities of skimming capability does not fully predict, estimate or determine the efficiency with which skimming systems can recover oil in any specific incident. | Event |
| BP | RFA | 129 | Admit that, as of the date of the Incident, the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident did not contain a worst case discharge scenario. | Event |
| BP | RFA | 130 | Admit that, as of the date of the Incident, the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident did not Identify all environmentally sensitive areas for protection in the event of an oil spill. | Event |
| BP | RFA | 131 | Admit that during the Response Activities the Unified Command identified environmentally sensitive areas for protection that were not identified in the One Gulf Plan or the Area Contingency Plans for areas affected by the Incident. | Event |
| BP | RFA | 132 | Admit that, owing to the omission of each environmentally sensitive area for protection in the event of an oil spill from the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident, the Unified Command undertook protection strategies or actions different than those contained in the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident. | Event |
| BP | RFA | 133 | Admit that omissions in the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident with respect to Identifying environmentally sensitive areas led to impacts from the Incident different than would have occurred if the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident had identified each environmentally sensitive area affected by the Incident. | Event |
| BP | RFA | 134 | Admit that, as of the date of the Incident, the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident did not state priorities for action with respect to all environmentally sensitive areas for protection in the event of an oil spill. | Event |
| BP | RFA | 135 | Admit that the Unified Command determined during the Response Activities that the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident did not state priorities for action with respect to all environmentally sensitive areas for protection in the event of an oil spill. | Event |
| BP | RFA | 136 | Admit that, owing to the omission of priorities for action for all environmentally sensitive areas for protection in the event of an oil spill, the Unified Command undertook protection strategies or actions different than those contained in the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident. | Event |
| BP | RFA | 137 | Admit that omissions in the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident with respect to prioritizing environmentally sensitive areas led to impacts from the Incident different than would have occurred if the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident had stated priorities for action with respect to each environmentally sensitive area affected by the Incident. | Event |
| BP | RFA | 138 | Admit that omissions in the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident with respect to Identifying protection strategies led to impacts from the Incident different than would have occurred if the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident had identified the protection strategies actually employed in the Response Activities by the Unified Command. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859-2 Filed 05/13/14 Page 72 of 161
Case 2:10-md-02179-CJB-SS Document 3925-2 Filed 09/06/11 Page 44 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 139 | Admit that omissions in the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident with respect Identifying oil-spill response resources led to impacts from the Incident different than would have occurred if the One Gulf Plan and the Area Contingency Plans for areas affected by the Incident had identified the oil-spill response resources actually employed in the Response Activities by the Unified Command. | Event |
| BP | RFA | 140 | Admit that the United States Coast Guard participated in the efforts of the vessels attempting to fight the fire aboard the Deepwater Horizon. | Event |
| BP | RFA | 141 | Admit that the United States Coast Guard coordinated the efforts of the vessels attempting to fight the fire aboard the Deepwater Horizon. | Event |
| BP | RFA | 142 | Admit that the United States Coast Guard communicated with the vessels attempting to fight the fire aboard the Deepwater Horizon. | Event |
| BP | RFA | 143 | Admit that the United States Coast Guard was asked to provide assistance in firefighting efforts in connection with the Incident. | Event |
| BP | RFA | 144 | Admit that the Federal On-Scene Coordinators have jurisdiction over marine firefighting. | Event |
| BP | RFA | 145 | Admit that the Commanding Officer of the United States Coast Guard Cutter ZEPHYR, assumed Federal On-Scene Coordinator duties for the Incident on April 21, 2010. | Event |
| BP | RFA | 146 | Admit that the marine firefighting efforts related to the Incident lacked direction and coordination. | Event |
| BP | RFA | 147 | Admit that the marine firefighting efforts related to the Incident paid insufficient attention to the risks of excess water destabilizing the Deepwater Horizon. | Event |
| BP | RFA | 148 | Admit that the United States Coast Guard did not designate a fire marshal in connection with the Incident. | Event |
| BP | RFA | 149 | Admit that the United States Coast Guard did not contact any Transocean employees to discuss the direction and/or coordination of the firefighting efforts in connection with the Incident. | Event |
| BP | RFA | 150 | Admit that application of foam is more effective in firefighting to control burning hydrocarbons than water. | Event |
| BP | RFA | 151 | Admit that United States Coast Guard regulations Identify risks in spraying water in marine firefighting efforts. | Event |
| BP | RFA | 152 | Admit that United States Coast Guard regulations incorporate by reference specific guidance concerning marine vessel fires, and that such guidance specifically addresses vessel stability in the context of a marine vessel fire. | Event |
| BP | RFA | 153 | Admit that once the United States Coast Guard Cutter Zephyr arrived on the scene of the Incident, it assumed command and control of all operations. | Event |
| BP | RFA | 154 | Admit that the United States Coast Guard was concerned about the stability of the Deepwater Horizon during the firefighting efforts. | Event |
| BP | RFA | 155 | Admit that personnel aboard M/V Max Chouest asked the United States Coast Guard Cutter Zephyr to have fire vessels redirect water to the columns of the Deepwater Horizon. | Event |
| BP | RFA | 156 | Admit that the United States Government directed the Unified Command Response Activities. | SC |
| BP | RFA | 157 | Admit that an Officer of the United States Coast Guard provided signature approval for the Response Activities listed in Incident Action Plans. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 12859-2   Filed 05/13/14   Page 73 of 161
Case 2:10-md-02179-CJB-SS   Document 3928-2   Filed 09/06/11   Page 45 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| BP | RFA | 158 | Admit that the United States Government approved the Response Activities listed in Incident Action Plans signed by an Officer of the United States Coast Guard. | SC |
| BP | RFA | 159 | Admit that, under the National Contingency Plan, the Federal On-Scene Coordinator exercised final authority to direct the actions undertaken in the Unified Command Response Activities. | SC |
| BP | RFA | 160 | Admit that, in their capacity as Federal On-Scene Coordinators, the Federal On-Scene Coordinators that served during the Response Activities acted on behalf of the President. | SC |
| BP | RFA | 161 | Admit that the United States Government exercised final authority to direct the actions undertaken in Unified Command Response Activities. | SC |
| BP | RFA | 162 | Admit that the United States Government had the authority to disapprove and to prevent implementation of any Unified Command Response Activities proposed by BP. | SC |
| BP | RFA | 163 | Admit that the United States Government had the authority to require BP to undertake any Response Activity. | SC |
| BP | RFA | 164 | Admit that the United States Government exercised final authority to determine the information that would be released to the public by the Unified Command during the Response Activities. | SC |
| BP | RFA | 165 | Admit that the United States Government approved the release of all information released to the public from the Unified Command during the Response Activities. | SC |
| BP | RFA | 166 | Admit that the United States Government approved the release of all information released from the Unified Command's Joint Information Center during the Response Activities. | SC |
| BP | RFA | 167 | Admit that BP worked cooperatively with the United States Government in the Unified Command. | SC |
| BP | RFA | 168 | Admit that BP performed all Response Activities it was directed to perform by the Unified Command. | SC |
| BP | RFA | 169 | Admit that BP performed all Response Activities it was directed to perform by the Unified States. | SC |
| BP | RFA | 170 | Admit that the Unified Command approved each of the Response Activities performed by BP, either before or after each such Response Activity was undertaken. | SC |
| BP | RFA | 171 | Admit that the United States approved all Response Activities performed by BP. | SC |
| BP | RFA | 172 | Admit that BP placed no limits on funding for Response Activities that prevented the Unified Command from performing Response Activities that the Unified Command determined were necessary to respond to the discharge from the MC252 Well following the Incident. | SC |
| BP | RFA | 173 | Admit that the Unified Command had the resources necessary to respond to the discharge from the MC252 Well following the Incident. | SC |
| BP | RFA | 174 | Admit that the Unified Command had the financial resources necessary to respond to the discharge from the MC252 Well following the Incident. | SC |
| BP | RFA | 175 | Admit that the Unified Command had enough United States Government personnel and United States Government contractor personnel to participate in the Response Activities it determined were necessary to respond to the discharge from the MC252 Well following the Incident. | SC |
| BP | RFA | 176 | Admit that, in May 2010, the President called for the tripling of federal resources to respond to the discharge from the MC252 Well following the Incident. | SC |

Case: 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/13/14 Page 74 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 46 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 177 | Admit that the attempt to triple federal resources as called for by the President in May 2010 negatively impacted the Unified Command's ability to respond to the discharge from the MC252 Well following the Incident. | SC |
| BP | RFA | 178 | Admit that United States Coast Guard officials believed that the tripling of federal resources called for by the President in May 2010 limited the Coast Guard's ability to respond to the Incident and to conduct its other missions following the Incident. | SC |
| BP | RFA | 179 | Admit that United States Coast Guard officials believed that the tripling of federal resources called for by the President in May 2010 limited the Coast Guard's ability to conduct missions other than responding to the discharge from the MC252 Well. | SC |
| BP | RFA | 180 | Admit that the Governor of Louisiana refused to provide the United States Coast Guard with the location of an oiled marsh where the Governor was physically located when the Governor publicly complained about the adequacy of the response to the Incident. | SC |
| BP | RFA | 181 | Admit that the United States Government rejected offers from foreign countries and foreign companies of assistance in the form of response equipment and vessels to respond to the Incident. | SC |
| BP | RFA | 182 | Admit that Admiral Thad Allen stated on or about August 2, 2010, that he was satisfied with the use of dispersants to mitigate the impact of the discharge from the MC252 Well. | SC |
| BP | RFA | 183 | Admit that dispersants were used to respond to the discharge from the MC252 Well only when dispersants were needed. | SC |
| BP | RFA | 184 | Admit that dispersants were an essential tool in mitigating the impacts of the discharge from the MC252 Well. | SC |
| BP | RFA | 185 | Admit that dispersants were an effective tool in preventing the discharge from the MC252 Well from reaching the Gulf of Mexico shoreline. | SC |
| BP | RFA | 186 | Admit that dispersants increased the speed at which oil discharged from the MC252 Well degraded. | SC |
| BP | RFA | 187 | Admit that the United States Government believes that application of dispersants at the wellhead to the discharge from the MC252 Well was a prudent and responsible Response Activity. | SC |
| BP | RFA | 188 | Admit that the final decision to use dispersants as a Response Activity was made by the Federal On-Scene Coordinator, not BP. | SC |
| BP | RFA | 189 | Admit that the volume of dispersants applied during Response Activities was reduced by 72 percent from peak levels in response to the United States Government's May 26, 2010 directive regarding dispersant use. | SC |
| BP | RFA | 190 | Admit that use of dispersants is less environmentally harmful than allowing oil to migrate on the water surface into wetlands and coastal habitats. | SC |
| BP | RFA | 191 | Admit that, following a United States Environmental Protection Agency denial to apply dispersants to the surface of the water in the Gulf of Mexico by air, United States Coast Guard Captain James Hanzalik stated that, if oil hit the beach because dispersants were not applied, the "responsibility needs to be placed squarely in the EPA's court." | SC |
| BP | RFA | 192 | Admit that application of dispersants at the wellhead to the discharge from the MC252 Well reduced exposure to volatile organic compounds for persons on vessels engaged in Response Activities. | SC |
| BP | RFA | 193 | Admit that application of dispersants to the surface of the water in the Gulf of Mexico reduced exposure to volatile organic compounds for persons on vessels engaged in Response Activities. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 13859-9 Filed 05/13/14 Page 75 of 161
Case 2:10-md-02179-CJB-SS Document 2928 Filed 09/06/11 Page 47 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 194 | Admit that BP and its contractors never violated United States Government directives regarding dispersant use during the Response Activities. | SC |
| BP | RFA | 195 | Admit that, as of April 20, 2010, Corexit EC9500A and Corexit EC9527A were pre-approved by the United States Government for use in responding to an oil spill in the Gulf of Mexico. | SC |
| BP | RFA | 196 | Admit that, in May 2010, the United States Government directed BP to Identify an alternative to the dispersants being used in Response Activities. | SC |
| BP | RFA | 197 | Admit that there existed no alternative to the dispersants being used in Response Activities that were listed on the United States Environmental Protection Agency's National Contingency Plan Product Schedule and available in sufficient quantities to replace Corexit EC9500A and Corexit EC9527A and that presented lower risks to human or other animal health than Corexit EC9500A and Corexit EC9527A. | SC |
| BP | RFA | 198 | Admit that the United States Environmental Protection Agency's independent study of alternative dispersants confirmed that there existed no alternative to the dispersants being used in Response Activities that was less toxic and available in sufficient quantities. | SC |
| BP | RFA | 199 | Admit that the Regional Response Plan for Region IV provided pre-approval for use of dispersants to respond to an oil spill. | SC |
| BP | RFA | 200 | Admit that the Regional Response Plan for Region VI provided pre-approval for use of dispersants to respond to an oil spill. | SC |
| BP | RFA | 201 | Admit that, for the period from on or about April 22, 2010 to on or about May 26, 2010, the United States Government approved the aerial application of dispersants as a Response Activity. | SC |
| BP | RFA | 202 | Admit that, on or about May 26, 2010, the United States Government directed BP to eliminate the surface application of dispersants to the discharge from the MC252 Well. | SC |
| BP | RFA | 203 | Admit that, on or about May 26, 2010, the United States Government began requiring written requests for authorization to apply dispersants by air to the surface of the water in the Gulf of Mexico. | SC |
| BP | RFA | 204 | Admit that the United States Government approved the aerial application of a total of 15,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 28, 2010. | SC |
| BP | RFA | 205 | Admit that a request was made to the United States Government for approval to apply a total of 19,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on May 29, 2010. | SC |
| BP | RFA | 206 | Admit that the United States Government approved the aerial application of a total of 15,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 29, 2010. | SC |
| BP | RFA | 207 | Admit that the United States Government approved the aerial application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 30, 2010. | SC |
| BP | RFA | 208 | Admit that the United States Government approved the aerial application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 31, 2010. | SC |
| BP | RFA | 209 | Admit that a request was made to the United States Government for approval to apply a total of 21,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 1, 2010. | SC |
| BP | RFA | 210 | Admit that the United States Government did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico, to occur on June 1, 2010. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859-9 Filed 05/13/14 Page 76 of 161
Case 2:10-md-02179-CJB-SS Document 3923 Filed 09/06/11 Page 48 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 211 | Admit that a request was made to the United States Government for approval to apply a total of 21,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 2, 2010. | SC |
| BP | RFA | 212 | Admit that the United States Government did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico, to occur on June 2, 2010. | SC |
| BP | RFA | 213 | Admit that a request was made to the United States Government for approval to apply a total of 21,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 3, 2010. | SC |
| BP | RFA | 214 | Admit that the United States Government approved the aerial application of a total of 2,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 3, 2010. | SC |
| BP | RFA | 215 | Admit that a request was made to the United States Government for approval to apply a total of 22,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 4, 2010. | SC |
| BP | RFA | 216 | Admit that the United States Government did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico, to occur on June 4, 2010. | SC |
| BP | RFA | 217 | Admit that a request was made to the United States Government for approval to apply a total of 40,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 5, 2010. | SC |
| BP | RFA | 218 | Admit that the United States Government approved the aerial application of a total of 125 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 5, 2010. | SC |
| BP | RFA | 219 | Admit that the United States Government approved the aerial application of a total of 2,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 6, 2010. | SC |
| BP | RFA | 220 | Admit that the United States Government approved the aerial application of a total of 4,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 7, 2010. | SC |
| BP | RFA | 221 | Admit that a request was made to the United States Government for approval to apply a total of 104,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 8, 2010. | SC |
| BP | RFA | 222 | Admit that the United States Government approved the aerial application of a total of 32,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 8, 2010. | SC |
| BP | RFA | 223 | Admit that a request was made to the United States Government for approval to apply a total of 32,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 9, 2010. | SC |
| BP | RFA | 224 | Admit that the United States Government did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico, to occur on June 9, 2010. | SC |
| BP | RFA | 225 | Admit that a request was made to the United States Government for approval to apply a total of 32,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 10, 2010. | SC |
| BP | RFA | 226 | Admit that the United States Government approved the aerial application of a total of 21,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 10, 2010. | SC |
| BP | RFA | 227 | Admit that a request was made to the United States Government for approval to apply a total of 36,200 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 11, 2010. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 13859-9   Filed 05/13/14   Page 77 of 161
Case 2:10-md-02179-CJB-SS   Document 3923-2   Filed 09/06/11   Page 49 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 228 | Admit that the United States Government approved the aerial application of a total of 15,700 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 11, 2010. | SC |
| BP | RFA | 229 | Admit that a request was made to the United States Government for approval to apply a total of 58,160 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 12, 2010. | SC |
| BP | RFA | 230 | Admit that the United States Government approved the aerial application of a total of 7,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 12, 2010. | SC |
| BP | RFA | 231 | Admit that a request was made to the United States Government for approval to apply a total of 70,600 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 13, 2010. | SC |
| BP | RFA | 232 | Admit that the United States Government approved the aerial application of a total of 36,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 13, 2010. | SC |
| BP | RFA | 233 | Admit that a request was made to the United States Government for approval to apply a total of 59,800 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 14, 2010. | SC |
| BP | RFA | 234 | Admit that the United States Government approved the aerial application of a total of 17,800 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 14, 2010. | SC |
| BP | RFA | 235 | Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 14, 2010, in comparison with the amount that the United States Government approved for such application on that date. | SC |
| BP | RFA | 236 | Admit that a request was made to the United States Government for approval to apply a total of 46,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 15, 2010. | SC |
| BP | RFA | 237 | Admit that the United States Government approved the aerial application of a total of 15,500 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 15, 2010. | SC |
| BP | RFA | 238 | Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 15, 2010, in comparison with the amount that the United States Government approved for such application on that date. | SC |
| BP | RFA | 239 | Admit that a request was made to the United States Government for approval to apply a total of 46,700 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 16, 2010. | SC |
| BP | RFA | 240 | Admit that the United States Government approved the aerial application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 16, 2010. | SC |
| BP | RFA | 241 | Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 16, 2010, in comparison with the amount that the United States Government approved for such application on that date. | SC |
| BP | RFA | 242 | Admit that a request was made to the United States Government for approval to apply a total of 44,800 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 17, 2010. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/13/14 Page 78 of 161
Case 2:10-md-02179-CJB-SS Document 2928-2 Filed 09/06/11 Page 50 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| BP | RFA | 243 | Admit that the United States Government approved the aerial application of a total of 18,700 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 17, 2010. | SC |
| BP | RFA | 244 | Admit that a request was made to the United States Government for approval to apply a total of 38,400 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 18, 2010. | SC |
| BP | RFA | 245 | Admit that the United States Government approved the aerial application of a total of 19,200 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 18, 2010. | SC |
| BP | RFA | 246 | Admit that a request was made to the United States Government for approval to apply a total of 28,700 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 19, 2010. | SC |
| BP | RFA | 247 | Admit that the United States Government approved the aerial application of a total of 12,300 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 19, 2010. | SC |
| BP | RFA | 248 | Admit that a request was made to the United States Government for approval to apply a total of 31,780 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 20, 2010. | SC |
| BP | RFA | 249 | Admit that the United States Government approved the aerial application of a total of 15,500 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 20, 2010. | SC |
| BP | RFA | 250 | Admit that a request was made to the United States Government for approval to apply a total of 33,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 21, 2010. | SC |
| BP | RFA | 251 | Admit that the United States Government approved the aerial application of a total of 10,400 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 21, 2010. | SC |
| BP | RFA | 252 | Admit that a request was made to the United States Government for approval to apply a total of 27,487 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 22, 2010. | SC |
| BP | RFA | 253 | Admit that the United States Government approved the aerial application of a total of 10,487 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 22, 2010. | SC |
| BP | RFA | 254 | Admit that a request was made to the United States Government for approval to apply a total of 11,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 23, 2010. | SC |
| BP | RFA | 255 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 23, 2010. | SC |
| BP | RFA | 256 | Admit that the United States Government approved the aerial application of a total of 22,400 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 24, 2010. | SC |
| BP | RFA | 257 | Admit that a request was made to the United States Government for approval to apply a total of 42,600 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 25, 2010. | SC |
| BP | RFA | 258 | Admit that the United States Government approved the aerial application of a total of 14,400 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 25, 2010. | SC |
| BP | RFA | 259 | Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 25, 2010, in comparison with the amount that the United States Government approved for such application on that date. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-2 Filed 05/13/14 Page 79 of 161
Case 2:10-md-02179-CJB-SS Document 3925-2 Filed 09/06/11 Page 51 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 260 | Admit that a request was made to the United States Government for approval to apply a total of 74,200 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 26, 2010. | SC |
| BP | RFA | 261 | Admit that the United States Government approved the aerial application of a total of 43,600 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 26, 2010. | SC |
| BP | RFA | 262 | Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 26, 2010, in comparison with the amount that the United States Government approved for such application on that date. | SC |
| BP | RFA | 263 | Admit that a request was made to the United States Government for approval to apply a total of 61,480 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 27, 2010. | SC |
| BP | RFA | 264 | Admit that the United States Government approved the aerial application of a total of 10,880 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 27, 2010. | SC |
| BP | RFA | 265 | Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 27, 2010, in comparison with the amount that the United States Government approved for such application on that date. | SC |
| BP | RFA | 266 | Admit that the United States Government approved the aerial application of a total of 5,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 28, 2010. | SC |
| BP | RFA | 267 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 29, 2010. | SC |
| BP | RFA | 268 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 30, 2010. | SC |
| BP | RFA | 269 | Admit that the United States Government approved the aerial application of a total of 20,100 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 1, 2010. | SC |
| BP | RFA | 270 | Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico, to occur on July 1, 2010, in comparison with the amount that the United States Government approved for such application on that date. | SC |
| BP | RFA | 271 | Admit that a request was made to the United States Government for approval to apply a total of 64,800 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 2, 2010. | SC |
| BP | RFA | 272 | Admit that the United States Government approved the aerial application of a total of 20,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 2, 2010. | SC |
| BP | RFA | 273 | Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico, to occur on July 2, 2010, in comparison with the amount that the United States Government approved for such application on that date. | SC |
| BP | RFA | 274 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 3, 2010. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-2 Filed 05/13/14 Page 80 of 161
Case 2:10-md-02179-CJB-SS Document 3925-2 Filed 09/06/11 Page 52 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| BP | RFA | 275 | Admit that a request was made to the United States Government for approval to apply a total of 20,840 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 4, 2010. | SC |
| BP | RFA | 276 | Admit that the United States Government approved the aerial application of a total of 8,640 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 4, 2010. | SC |
| BP | RFA | 277 | Admit that a request was made to the United States Government for approval to apply a total of 16,700 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 5, 2010. | SC |
| BP | RFA | 278 | Admit that the United States Government approved the aerial application of a total of 6,700 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 5, 2010. | SC |
| BP | RFA | 279 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 6, 2010. | SC |
| BP | RFA | 280 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 7, 2010. | SC |
| BP | RFA | 281 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 8, 2010. | SC |
| BP | RFA | 282 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 9, 2010. | SC |
| BP | RFA | 283 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 10, 2010. | SC |
| BP | RFA | 284 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 11, 2010. | SC |
| BP | RFA | 285 | Admit that a request was made to the United States Government for approval to apply a total of 10,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 12, 2010. | SC |
| BP | RFA | 286 | Admit that the United States Government approved the aerial application of a total of 5,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 12, 2010. | SC |
| BP | RFA | 287 | Admit that a request was made to the United States Government for approval to apply a total of 10,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 13, 2010. | SC |
| BP | RFA | 288 | Admit that the United States Government approved the aerial application of a total of 5,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 13, 2010. | SC |
| BP | RFA | 289 | Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 14, 2010. | SC |
| BP | RFA | 290 | Admit that a request was made to the United States Government for approval to apply a total of 30,100 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 15, 2010. | SC |
| BP | RFA | 291 | Admit that the United States Government approved the aerial application of a total of 20,100 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 15, 2010. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-2 Filed 05/13/14 Page 81 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 53 of 66

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 292 | Admit that the United States Government approved the aerial application of a total of 375 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 19, 2010. | SC |
| BP | RFA | 293 | Admit that the United States Government approved the application of dispersants to the surface of the Gulf of Mexico by the M/V International Peace in order to evaluate dispersant effectiveness and health risks. | SC |
| BP | RFA | 294 | Admit that, on or about May 15, 2010, the United States Government authorized the application of dispersants at the wellhead to the discharge from the MC252 Well. | SC |
| BP | RFA | 295 | Admit that, on or about May 26, 2010, the United States Government directed BP to limit the application of dispersants at the wellhead to the discharge from the MC252 Well to a maximum of 15,000 gallons per day. | SC |
| BP | RFA | 296 | Admit that the United States Government authorized BP to increase application of dispersants from 15,000 gallons to 23,000 gallons for June 4, 2010, at the wellhead to the discharge from the MC252 Well. | SC |
| BP | RFA | 297 | Admit that, on June 19, 2010, the United States Government authorized BP to increase application of dispersants from 15,000 gallons to 21,600 gallons for 24 hours at the wellhead to the discharge from the MC252 Well. | SC |
| BP | RFA | 298 | Admit that the United States Government authorized BP to apply more than 15,000 gallons of dispersants for July 11, 2010, at the wellhead to the discharge from the MC252 Well. | SC |
| BP | RFA | 299 | Admit that the United States Government authorized BP to increase application of dispersants to twelve gallons per minute, or approximately 17,000 gallons, for July 12, 2010, at the wellhead to the discharge from the MC252 Well. | SC |
| BP | RFA | 300 | Admit that the Regional Response Plan for Region IV provided pre-approval for controlled in-situ burning to respond to an oil spill. | SP |
| BP | RFA | 301 | Admit that the Regional Response Plan for Region VI provided pre-approval for controlled in-situ burning to respond to an oil spill. | SP |
| BP | RFA | 302 | Admit that the United States Government required smoke plume sampling before controlled in-situ burning could be used as a Response Activity. | SP |
| BP | RFA | 303 | Admit that a member of the United States Coast Guard was present at all controlled in-situ burning operations conducted to respond to the discharge from the MC252 Well. | SP |
| BP | RFA | 304 | Admit that the United States Government estimates that the amount of oil burned during controlled in-situ burning Response Activities was between 220,000 to 310,000 barrels of oil. | SP |
| BP | RFA | 305 | Admit that controlled in-situ burning operations conducted during Response Activities complied with federal regulations and applicable Regional Response Plans. | SP |
| BP | RFA | 306 | Admit that controlled in-situ burning is an effective response tool to mitigate the impacts of an oil spill. | SP |
| BP | RFA | 307 | Admit that United States Government conducted air sampling at the locations of controlled in-situ burning Response Activities. | SP |
| BP | RFA | 308 | Admit that the United States Government determined that dioxins emitted during controlled in-situ burning Response Activities were below the United States Environmental Protection Agency's levels of concern. | SP |
| BP | RFA | 309 | Admit that the Deepwater Horizon Incident and response did not cause hypoxia, or dead zones, in the Gulf of Mexico. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 12859-2   Filed 05/13/14   Page 82 of 161
Case 2:10-md-02179-CJB-SS   Document 4928-2   Filed 09/06/11   Page 54 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 310 | Admit that the Unified Command mobilized more than 14 million feet of boom and deployed approximately 3.9 million feet of containment boom and approximately 9.7 million feet of sorbent boom. | SP |
| BP | RFA | 311 | Admit that boom helped prevent some oil from reaching sensitive coastline ecosystems. | SP |
| BP | RFA | 312 | Admit that BP completely followed the United States Government's direction regarding what types of boom to procure for use by the Unified Command. | SP |
| BP | RFA | 313 | Admit that BP completely followed the United States Government's direction regarding where to stage or locate all boom in storage areas procured for use by the Unified Command prior to boom deployment. | SP |
| BP | RFA | 314 | Admit that BP completely followed the United States Government's direction regarding where to deploy all boom that BP deployed under direction of the Unified Command. | SP |
| BP | RFA | 315 | Admit that seafood testing has shown and continues to show that seafood from the Gulf taken since the Incident has been and is safe for human consumption. | SP |
| BP | RFA | 316 | Admit that the Shoreline Cleanup Assessment Technique ("SCAT") process was used successfully to ensure a net environmental benefit from the Response Activities. | SP |
| BP | RFA | 317 | Admit that the Fish and Wildlife Service advised the Incident Command on ways to mitigate the effects of the oil and response activities on wildlife. | SP |
| BP | RFA | 318 | Admit that the Unified Command established protocols to minimize potential impacts on wildlife. | SP |
| BP | RFA | 319 | Admit that the United States Government approved the waste management plans developed for and used during the response. | SP |
| BP | RFA | 320 | Admit that the United States Government approved the vessel decontamination plans developed for and used during the response. | SP |
| BP | RFA | 321 | Admit that the United States Government did not provide a general Jones Act waiver for the Deepwater Horizon Incident. | SP |
| BP | RFA | 322 | Admit that the United States Government did not request alternative requirements for compliance with the National Environmental Policy Act in order to establish an interim rule to permit the relocation of equipment for use in the Response Activities until on or about July 6, 2010. | SP |
| BP | RFA | 323 | Admit that the United States Government responded to the request for alternative National Environmental Policy Act requirements in connection with the Response Activities on or about July 12, 2010. | SP |
| BP | RFA | 324 | Admit that the United States Government did not waive applicable Clean Water Act discharge standards for all available decanting equipment, which precluded the use of some skimmers and other Response Activities. | SP |
| BP | RFA | 325 | Admit that the United States Government did modify Clean Water Act discharge standards to permit the testing and use of some spill response technologies. | SP |
| BP | RFA | 326 | Admit that, on May 11, 2010, the State of Louisiana applied for a permit to construct offshore barrier berms in order to respond to the Incident. | SP |
| BP | RFA | 327 | Admit that, in May 2010, an interagency task force advised the National Incident Command that the State of Louisiana's proposed project to build offshore barrier berms would not be an effective spill-response measure. | SP |
| BP | RFA | 328 | Admit that, on May 27, 2010, the United States Government issued a permit for the State of Louisiana to build six offshore barrier berms. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-2 Filed 05/13/14 Page 83 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 55 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 329 | Admit that the State of Louisiana has constructed offshore barrier berms that were authorized by the United States Government on or about May 27, 2010. | SP |
| BP | RFA | 330 | Admit that the State of Louisiana is constructing offshore barrier berms that were authorized by the United States Government on or about May 27, 2010. | SP |
| BP | RFA | 331 | Admit that the State of Louisiana's contractors have constructed offshore barrier berms that were authorized by the United States Government on or about May 27, 2010. | SP |
| BP | RFA | 332 | Admit that the State of Louisiana's contractors are constructing offshore barrier berms that were authorized by the United States Government on or about May 27, 2010. | SP |
| BP | RFA | 333 | Admit that BP did not apply to the United States Government for a permit to construct offshore barrier berms in the State of Louisiana as a Response Activity. | SP |
| BP | RFA | 334 | Admit that BP did not request permission from the United States Government to construct offshore barrier berms in the State of Louisiana as a Response Activity. | SP |
| BP | RFA | 335 | Admit that the National Incident Commander approved only one segment of Louisiana's offshore barrier berm project on May 27, 2010. | SP |
| BP | RFA | 336 | Admit that on June 2, 2010, after a communication by or on behalf of the President, the National Incident Commander approved the remaining segments of Louisiana's offshore barrier berm project. | SP |
| BP | RFA | 337 | Admit that the United States Government did not issue a permit for BP to build offshore barrier berms following the Incident. | SP |
| BP | RFA | 338 | Admit that, on or about June 4, 2010, the Unified Command informed BP that the construction of the berms by the State of Louisiana was a removal action and that the expense of the construction was an appropriate removal cost under the Oil Pollution Act of 1990. | SP |
| BP | RFA | 339 | Admit that the National Contingency Plan does not call for a program similar to the Vessels of Opportunity program. | SP |
| BP | RFA | 340 | Admit that the Regional Response Plan for Region IV does not call for a program similar to the Vessels of Opportunity program. | SP |
| BP | RFA | 341 | Admit that the Regional Response Plan for Region VI does not call for a program similar to the Vessels of Opportunity program. | SP |
| BP | RFA | 342 | Admit that, at the time of the Incident, neither the One Gulf Plan nor the Area Contingency Plans for the areas affected by the Incident called for a program similar to the Vessels of Opportunity program. | SP |
| BP | RFA | 343 | Admit that representatives of the United States Government were stationed in the Houston Incident Command Post during the Response. | SC |
| BP | RFA | 344 | Admit that representatives of the United States Government attended daily planning meetings held at the Houston Incident Command Post during the Response. | SC |
| BP | RFA | 345 | Admit that representatives of the United States Government attended daily operations meetings held at the Houston Incident Command Post during the Response. | SC |
| BP | RFA | 346 | Admit that representatives of the United States Government attended Science Team meetings held at the Houston Incident Command Post during the Response. | SC |
| BP | RFA | 347 | Admit that representatives of the United States Government were never denied admittance to a meeting held at the Houston Incident Command Post during the Response. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/13/14 Page 84 of 161
Case 2:10-md-02179-CJB-SS Document 4928-2 Filed 09/06/11 Page 56 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 348 | Admit that BP never refused a request from a representative of the United States Government to share data or information regarding the condition of the MC252 Well. | SC |
| BP | RFA | 349 | Admit that BP never refused a request from a representative of the United States Government to collect data or information regarding the condition of the MC252 Well. | SC |
| BP | RFA | 350 | Admit that BP never refused a request from a representative of the United States Government to collect data or information regarding the condition of the MC252 Well unless the request interfered with ongoing operations. | SC |
| BP | RFA | 351 | Admit that the members of the Government Science Teams did not hold formal positions under the Unified Command. | SC |
| BP | RFA | 352 | Admit that representatives of the United States Government participated in the development of procedures to seal the MC252 Well. | SC |
| BP | RFA | 353 | Admit that representatives of the United States Government participated in the development of procedures to contain hydrocarbons flowing from the MC252 Well. | SC |
| BP | RFA | 354 | Admit that representatives of the United States Government were informed of every potential procedure for sealing the MC252 Well other than those provided by members of the public included in the Alternative Response Tool Evaluation System. | SC |
| BP | RFA | 355 | Admit that representatives of the United States Government had access to the same information about every potential procedure suggested for sealing the MC252 Well provided to BP. | SC |
| BP | RFA | 356 | Admit that representatives of the United States Government were informed of every procedure utilized to seal the MC252 Well. | SC |
| BP | RFA | 357 | Admit that representatives of the United States Government were informed of every potential procedure for containing the discharge from the MC252 Well other than those provided by members of the public included in the Alternative Response Tool Evaluation System. | SC |
| BP | RFA | 358 | Admit that representatives of the United States Government had access to the same information about every potential procedure suggested for containing the discharge from the MC252 Well provided to BP. | SC |
| BP | RFA | 359 | Admit that representatives of the United States Government were informed of every procedure utilized to contain the discharge from the MC252 Well. | SC |
| BP | RFA | 360 | Admit that representatives of the United States Government stationed in Houston approved every procedure utilized to seal the MC252 Well. | SC |
| BP | RFA | 361 | Admit that representatives of the United States Government stationed in Houston approved every procedure utilized to contain the discharge from the MC252 Well. | SC |
| BP | RFA | 362 | Admit that representatives of the United States Government stationed at the Unified Area Command approved every procedure utilized to seal the MC252 Well. | SC |
| BP | RFA | 363 | Admit that representatives of the United States Government stationed at the Unified Area Command approved every procedure utilized to contain hydrocarbons flowing from the MC 252 Well. | SC |
| BP | RFA | 364 | Admit that representatives of the United States Government participated in the development of some or all of the procedures related to the use of BOP intervention to contain the discharge from the MC252 Well. | SC |
| BP | RFA | 365 | Admit that representatives of the United States Government reviewed the procedures related to the use of BOP intervention to contain the discharge from the MC252 Well. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859-9 Filed 05/13/14 Page 85 of 161
Case 2:10-md-02179-CJB-SS Document 2928-2 Filed 09/06/11 Page 57 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 366 | Admit that representatives of the United States Government approved the procedures related to the use of BOP intervention to contain the discharge from the MC252 Well. | SC |
| BP | RFA | 367 | Admit that representatives of the United States Government participated in the development of some or all of the procedures related to the use of a cofferdam to contain the discharge from the MC252 Well. | SC |
| BP | RFA | 368 | Admit that representatives of the United States Government reviewed the procedures related to the use of a cofferdam to contain the discharge from the MC252 Well. | SC |
| BP | RFA | 369 | Admit that representatives of the United States Government approved the procedures related to the use of a cofferdam to contain the discharge from the MC252 Well. | SC |
| BP | RFA | 370 | Admit that representatives of the United States Government participated in the development of some or all of the procedures used to collect the discharge from the MC252 Well via the Riser Insertion Tube Tool. | SC |
| BP | RFA | 371 | Admit that representatives of the United States Government reviewed the procedures used to collect the discharge from the MC252 Well via the Riser Insertion Tube Tool. | SC |
| BP | RFA | 372 | Admit that representatives of the United States Government approved the procedures used to collect the discharge from the MC252 Well via the Riser Insertion Tube Tool. | SC |
| BP | RFA | 373 | Admit that representatives of the United States Government participated in the development of some or all of the procedures used for the top kill operation on the MC252 Well. | SC |
| BP | RFA | 374 | Admit that representatives of the United States Government reviewed the procedures used for the top kill operation on the MC252 Well. | SC |
| BP | RFA | 375 | Admit that representatives of the United States Government approved the procedures used for the top kill operation on the MC252 Well. | SC |
| BP | RFA | 376 | Admit that representatives of the United States Government participated in the development of some or all of the procedures used for the junk shot operation on the MC252 Well. | SC |
| BP | RFA | 377 | Admit that representatives of the United States Government reviewed the procedures used for the junk shot operation on the MC252 Well. | SC |
| BP | RFA | 378 | Admit that representatives of the United States Government approved the procedures used for the junk shot operation on the MC252 Well. | SC |
| BP | RFA | 379 | Admit that representatives of the United States Government participated in the development of some or all of the procedures used to collect the discharge from the MC252 Well via a top hat. | SC |
| BP | RFA | 380 | Admit that representatives of the United States Government reviewed the procedures used to collect the discharge from the MC252 Well via a top hat. | SC |
| BP | RFA | 381 | Admit that representatives of the United States Government approved the procedures used to collect the discharge from the MC252 Well via a top hat. | SC |
| BP | RFA | 382 | Admit that representatives of the United States Government participated in the development of some or all of the procedures used to collect the discharge from the MC252 Well via the Q4000. | SC |
| BP | RFA | 383 | Admit that representatives of the United States Government reviewed the procedures used to collect the discharge from the MC252 Well via the Q4000. | SC |
| BP | RFA | 384 | Admit that representatives of the United States Government approved the procedures used to collect the discharge from the MC252 Well via the Q4000. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC   Document 13859-9   Filed 05/13/14   Page 86 of 161
Case 2:10-md-02179-CJB-SS   Document 3925-2   Filed 09/06/11   Page 58 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 385 | Admit that representatives of the United States Government participated in the development of some or all of the procedures used to collect the discharge from the MC252 Well via the Helix Producer. | SC |
| BP | RFA | 386 | Admit that representatives of the United States Government reviewed the procedures used to collect the discharge from the MC252 Well via the Helix Producer. | SC |
| BP | RFA | 387 | Admit that representatives of the United States Government approved the procedures used to collect the discharge from the MC252 Well via the Helix Producer. | SC |
| BP | RFA | 388 | Admit that representatives of the United States Government participated in the development of some or all of the procedures used to collect the discharge from the MC252 Well via free standing riser systems. | SC |
| BP | RFA | 389 | Admit that representatives of the United States Government reviewed the procedures used to collect the discharge from the MC252 Well via free standing riser systems. | SC |
| BP | RFA | 390 | Admit that representatives of the United States Government approved the procedures used to collect the discharge from the MC252 Well via free standing riser systems. | SC |
| BP | RFA | 391 | Admit that representatives of the United States Government participated in the development of some or all of the procedures regarding the installation and use of a Capping Stack on the MC252 Well. | SC |
| BP | RFA | 392 | Admit that representatives of the United States Government reviewed the procedures regarding the installation and use of a Capping Stack on the MC252 Well. | SC |
| BP | RFA | 393 | Admit that representatives of the United States Government approved the procedures regarding the installation and use of a Capping Stack on the MC252 Well. | SC |
| BP | RFA | 394 | Admit that the installation of the Capping Stack was delayed at the request of the Government Science Team. | SC |
| BP | RFA | 395 | Admit that representatives of the United States Government participated in the development of some or all of the procedures used to test the well integrity of the MC252 Well following the installation and closure of the Capping Stack. | SC |
| BP | RFA | 396 | Admit that representatives of the United States Government reviewed the procedures used to test the well integrity of the MC252 Well following the installation and closure of the Capping Stack. | SC |
| BP | RFA | 397 | Admit that representatives of the United States Government approved the procedures used to test the well integrity of the MC252 Well following the installation and closure of the Capping Stack. | SC |
| BP | RFA | 398 | Admit that some representatives of the United States Government took the position that the Capping Stack should be re-opened on or after July 15, 2010. | SC |
| BP | RFA | 399 | Admit that representatives of the United States Government received BP's Applications for Permit to Drill both relief wells. | SC |
| BP | RFA | 400 | Admit that representatives of the United States Government reviewed BP's Applications for Permit to Drill both relief wells. | SC |
| BP | RFA | 401 | Admit that representatives of the United States Government approved BP's Applications for Permit to Drill both relief wells. | SC |
| BP | RFA | 402 | Admit that, on or before May 31, 2010, representatives of the United States Government agreed that one possible explanation for the failure of the top kill operation was that the rupture discs in the casing of the MC252 Well had failed during the Incident. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC    Document 1285929    Filed 05/13/14    Page 87 of 161
Case 2:10-md-02179-CJB-SS    Document 3928-2    Filed 09/06/11    Page 59 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 403 | Admit that representatives of the United States Government were concerned about the integrity of the MC252 Well during the course of the Response. | SC |
| BP | RFA | 404 | Admit that, on or before May 31, 2010, representatives of the United States Government agreed with the decision to abandon the blowout preventer on blowout preventer option. | SC |
| BP | RFA | 405 | Admit that, on or before May 31, 2010, representatives of the United States Government agreed with the decision to abandon the blowout preventer on blowout preventer option based on the Government Science Team's analysis of the MC252 Well. | SC |
| BP | RFA | 406 | Admit that, on or before May 31, 2010, representatives of the United States Government agreed with the decision to abandon the blowout preventer on blowout preventer option based on analysis of the MC252 Well conducted by both BP and the Government Science Team. | SC |
| BP | RFA | 407 | Admit that scientifically reliable estimates of the flow rate for the discharge from MC252 Well require analysis of the physical condition of and flow through the Deepwater Horizon blowout preventer. | SC |
| BP | RFA | 408 | Admit that scientifically reliable estimates of the flow rate for the discharge from MC252 Well require analysis of the physical condition of and flow through the Riser. | SC |
| BP | RFA | 409 | Admit that scientifically reliable estimates of the flow rate for the discharge from MC252 Well require analysis of the physical condition of and flow through the Capping Stack. | SC |
| BP | RFA | 410 | Admit that during the Response Activities the United States Government received all data it requested from BP related to the flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 411 | Admit that, on or about April 24, 2010, the United States Government released an estimate of flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 412 | Admit that, on or about April 24, 2010, RADM Mary Landry requested that BP and the United States National Oceanic and Atmospheric Administration approve a 1,000 bbl/day estimate of the flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 413 | Admit that RADM Mary Landry approved the April 24, 2010 1,000 bbl/day estimate released by the Unified Command of flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 414 | Admit that, on April 24, 2010, RADM Mary Landry announced a 1,000 bbl/day estimate of the flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 415 | Admit that the United States Government approved the April 24, 2010 1,000 bbl/day estimate released by the Unified Command of the flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 416 | Admit that the Unified Command's April 24, 2010 1,000 bbl/day flow rate estimate could not have been released without RADM Mary Landry's approval. | SC |
| BP | RFA | 417 | Admit that the Unified Command's April 24, 2010 Unified Command flow rate estimate could not have been released without the United States Government's approval. | SC |
| BP | RFA | 418 | Admit that, on April 26, 2010, the United States Government released a 5,000 bbl/day estimate of the flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 419 | Admit that the April 26, 2010 5,000 bbl/day estimate of the flow rate for the discharge from the MC252 Well was prepared by the United States National Oceanic and Atmospheric Administration, and was sent to and received by Unified Command on April 26, 2010. | SC |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123059-9 Filed 05/13/14 Page 88 of 161
Case 2:10-md-02179-CJB-SS Document 4253-2 Filed 09/06/11 Page 60 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 420 | Admit that, on April 28, 2010, RADM Mary Landry announced a 5,000 bbl/day estimate of the flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 421 | Admit that the April 28, 2010 5,000 bbl/day flow rate estimate could not have been released without RADM Mary Landry's approval. | SC |
| BP | RFA | 422 | Admit that the April 28, 2010 5,000 bbl/day flow rate estimate could not have been released without the United States Government's approval. | SC |
| BP | RFA | 423 | Admit that the United States Government publicly acknowledged that the 5,000 bbl/day estimate was very rough and imprecise. | SC |
| BP | RFA | 424 | Admit that the United States Government publicly announced that the 5,000 bbl/day estimate did not constrain either the resources or tactics of the response efforts. | SC |
| BP | RFA | 425 | Admit that the United States Government created a Flow Rate Technical Group to estimate the flow rate for the discharge from the MC252 Well. | SC |
| BP | RFA | 426 | Admit that the United States Government created the Flow Rate Technical Group on or about May 19, 2010. | SC |
| BP | RFA | 427 | Admit that, on May 27, 2010, the United States Government released an estimate that the flow rate for the discharge from the MC252 Well was between 12,000 and 19,000 bbl/day. | SC |
| BP | RFA | 428 | Admit that, on June 10, 2010, the United States Government released an estimate that the flow for the discharge from the MC252 Well prior to the insertion of the RITT was between 25,000 and 30,000 bbl/day but could be as low as 20,000 bbl/day or as high as 40,000 bbl/day. | SC |
| BP | RFA | 429 | Admit that, on June 15, 2010, the United States Government released an estimate that the flow rate for the discharge from the MC252 Well was between 35,000 and 60,000 bbl/day. | SC |
| BP | RFA | 430 | Admit that, on August 2, 2010, the United States Government released an estimate that the flow rate for the discharge from the MC252 Well at the beginning of the discharge was 62,000 bbl/day and was 53,000 bbl/day immediately before the MC252 Well was capped on July 15, 2010. | SC |
| BP | RFA | 431 | Admit that the United States Government has not done a formal uncertainty analysis on the August 2, 2010 estimates identified in Request for Admission No. 426. | SC |
| BP | RFA | 432 | Admit that the United States Government had access to real-time collection rates from the RITT and LMRP Cap/Top Hat. | SC |
| BP | RFA | 433 | Admit that the United States Government had access to average collection rates from the RITT and LMRP Cap/Top Hat. | SC |
| BP | RFA | 434 | Admit that there is no generally accepted method for estimating the rate of a discharge from a subsurface well under the conditions present at the MC252 Well between April 22, 2010 and July 15, 2010. | SC |
| BP | RFA | 435 | Admit that, before the riser kink was cut, the riser kink had eroded. | SC |
| BP | RFA | 436 | Admit that, as of approximately April 28, 2010, the United States Government began monitoring air quality along the Gulf Coast in both Regions IV and VI in response to the discharge from the MC252 Well following the Incident. | SP |
| BP | RFA | 437 | Admit that, beginning on approximately April 28, 2010, United States Government monitored for VOCs, SVOCs, PM2.5 and PM10 along the Gulf Coast in response to the discharge from the MC252 Well following the Incident. | SP |
| BP | RFA | 438 | Admit that the United States Environmental Protection Agency reviewed the plan for BP's Community Air Sampling and Analysis Program. | SP |
| BP | RFA | 439 | Admit that the United States Government approved the plan for BP's Community Air Sampling and Analysis Program. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 13855-2 Filed 05/06/11 Page 89 of 161
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|----|---------|-------|
| BP | RFA | 440 | Admit that the data the United States Government received from the Community Air Sampling and Analysis Program did not reach detection limit levels. | SP |
| BP | RFA | 441 | Admit that the United States Government approved the demobilization of the Community Air Sampling and Analysis Program, on September 4, 2010. | SP |
| BP | RFA | 442 | Admit that the United States Government reviewed the plan for BP's Branch Area Perimeter Air Sampling Program. | SP |
| BP | RFA | 443 | Admit that the United States Government approved the plan for BP's Branch Area Perimeter Air Sampling Program. | SP |
| BP | RFA | 444 | Admit that the data the United States Government received from the Branch Area Perimeter Air Sampling Program did not reach detection limit levels. | SP |
| BP | RFA | 445 | Admit that the United States Government reviewed all plans prepared by BP for the demobilization of the Branch Area Perimeter Air Sampling Program. | SP |
| BP | RFA | 446 | Admit that the United States Government approved the demobilization of the Branch Area Perimeter Air Sampling Program, on October 8, 2010. | SP |
| BP | RFA | 447 | Admit that the United States Government sampled emissions from sites where controlled in-situ burn Response Activities occurred between July 13, 2010 and July 16, 2010. | SP |
| BP | RFA | 448 | Admit that the sampled emissions from sites where controlled in-situ burn Response Activities occurred were tested for the presence of polychlorinated dibenzodioxins and polychlorinated dibenzofurans ("dioxins and furans"). | SP |
| BP | RFA | 449 | Admit that the results of the United States' testing of emissions from sites where controlled in-situ burn Response Activities occurred showed levels of dioxins and furans equivalent or similar to ambient concentrations in United States urban areas. | SP |
| BP | RFA | 450 | Admit that the United States Government conducted onshore air monitoring in the Gulf Coast following the Incident. | SP |
| BP | RFA | 451 | Admit that the United States Government reported that the data from the onshore air monitoring in the Gulf Coast following the Incident indicated low or non-detectable levels of volatile organic compounds, to include benzene, toluene, ethylbenzene, xylenes, cyclohexane, ethyltoluene, heptanes, hexane, naphthalene, and trimethylbenzene. | SP |
| BP | RFA | 452 | Admit that, based on air monitoring conducted from May 18, 2010 to June 6, 2010, the United States Government determined that levels of EGBE (2-butoxyethanol) and dipropylene glycol monobutyl ether "were well below those that are likely to cause health effects, and suggest that the use of dispersants on the oil spill would not have a significant impact on air quality on land." | SP |
| BP | RFA | 453 | Admit that the United States Government has reopened all of the federal waters closed to fishing in response to the discharge from the MC252 Well following the Incident. | SP |
| BP | RFA | 454 | Admit that there has been no recoverable oil documented in the area of the MC252 Well (Grid C19), since August 4, 2010. | SP |
| BP | RFA | 455 | Admit that the sampling of fish, shrimp and other seafood for purposes of opening and closing commercial and recreational fisheries within federal waters, in response to the discharge from the MC252 Well following the Incident, was conducted by the United States Government and not BP. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123559 Filed 05/13/14 Page 90 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 62 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 456 | Admit that sampling of fish, shrimp and other seafood for purposes of opening and closing commercial and recreational fisheries, in response to the discharge from the MC252 Well following the Incident, was not conducted by BP. | SP |
| BP | RFA | 457 | Admit that "[t]here is no question Gulf seafood coming to market is safe from oil or dispersant residue." | SP |
| BP | RFA | 458 | Admit that, as of October 29, 2010, the "overwhelming majority" of the seafood tested following the Incident showed "no detectable residue," and "not one of the samples" showed a "residue level that would be harmful for humans." | SP |
| BP | RFA | 459 | Admit that the United States Government received Red Algae samples collected from the RAT: Offshore Oil and Water Sampling Protocol. | SP |
| BP | RFA | 460 | Admit that the United States Government collected samples of oil and oil debris (to include oily water, oil mousse, grease, weathered oil, tarballs) for oil fingerprinting purposes following the Incident. | SP |
| BP | RFA | 461 | Admit that the United States Government received samples from "Top Kill" Mud Samples from each of the four vessels used in the Top Kill exercise. | SP |
| BP | RFA | 462 | Admit that the United States Government observed the collection of Dynamic Kill (SOMB) Mud Samples following the Incident. | SP |
| BP | RFA | 463 | Admit that the United States Government received samples from each of the three (SOMB) Mud storage tanks following the Incident. | SP |
| BP | RFA | 464 | Admit that the United States Government observed the collection of oil from the MC252 Well on August 14 and 15, 2010. | SP |
| BP | RFA | 465 | Admit that the United States Government received amber jars of sampled source oil following the Incident. | SP |
| BP | RFA | 466 | Admit that the United States Government reported that oil and oil debris (to include tarballs, oil mousse, grease, weathered oil and other petroleum based products) sampled following the Incident did not exhibit hazardous characteristics. | SP |
| BP | RFA | 467 | Admit that the United States Government received chemistry analysis provided in the form of electronic data deliverables from BP's On-Shore Surface Water Sampling Plan. | SP |
| BP | RFA | 468 | Admit that the United States Government received chemistry analysis provided in the form of electronic data deliverables from BP's Near-Shore Water and Sediment Sampling and Analysis Plan. | SP |
| BP | RFA | 469 | Admit that the United States Government approved the Submerged Oil Snare Sentinel Program, at the Houma Incident Command Post, and the Snare Sentinel Monitoring Procedures, at the Mobile Incident Command Post. | SP |
| BP | RFA | 470 | Admit that the United States Government reviewed data from samples collected as a part of the Submerged Oil Snare Sentinel Program that exhibited no evidence of subsurface oil. | SP |
| BP | RFA | 471 | Admit that the United States Government approved BP's Targeted Beach Sediment Sampling and Assessment Plan utilized at the Mobile Incident Command Center. | SP |
| BP | RFA | 472 | Admit that the United States Government received chemistry analyses provided in the form of electronic data deliverables from BP's Targeted Beach Sediment Sampling and Assessment Plan. | SP |
| BP | RFA | 473 | Admit that the United States Government drafted and conducted sampling under the Coastal Surface Water Sampling Program. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 13285-9 Filed 05/13/14 Page 91 of 161
Case 2:10-md-02179-CJB-SS Document 4023-2 Filed 09/06/11 Page 63 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|---|---|---|---|---|
| BP | RFA | 474 | Admit that the Coastal Surface Water Sampling Program did not produce any evidence that chemical levels exceeded human health benchmarks. | SP |
| BP | RFA | 475 | Admit that the sampled liquid and solid waste materials collected pursuant to the Recovered Oil/Waste Management Plan, Houma Incident Command, and the Solid Waste Management Plan, Mobile Sector, did not exhibit hazardous characteristics, as reported by the United States Environmental Protection Agency. | SP |
| BP | RFA | 476 | Admit that representatives of the United States Government reviewed all protocols that BP used to test for chemical exposures to workers engaged in Response Activities. | SP |
| BP | RFA | 477 | Admit that representatives of the United States Government reviewed all sampling plans that BP used to test for chemical exposures to workers engaged in Response Activities. | SP |
| BP | RFA | 478 | Admit that representatives of the United States Government reviewed all protocols that BP used to test levels of chemicals in the water following the Incident. | SP |
| BP | RFA | 479 | Admit that representatives of the United States Government reviewed all sampling plans that BP used to test levels of chemicals in the water following the Incident. | SP |
| BP | RFA | 480 | Admit that representatives of the United States Government approved all protocols that BP used to test for chemical exposures to workers engaged in Response Activities. | SP |
| BP | RFA | 481 | Admit that representatives of the United States Government approved all sampling plans that BP used to test for chemical exposures to workers engaged in Response Activities. | SP |
| BP | RFA | 482 | Admit that representatives of the United States Government approved all protocols that BP used to test levels of chemicals in water following the Incident. | SP |
| BP | RFA | 483 | Admit that representatives of the United States Government approved all sampling plans that BP used to test levels of chemicals in water following the Incident. | SP |
| BP | RFA | 484 | Admit that the United States Government conducted sampling to test for chemical exposures to workers engaged in Response Activities. | SP |
| BP | RFA | 485 | Admit that United States Government agencies conducted sampling to test for chemical exposures to the general public following the Incident. | SP |
| BP | RFA | 486 | Admit that the results of the United States Government's sampling following the Incident did not indicate any exceedances of United States Occupational Safety and Health Administration action levels for the chemicals of concern. | SP |
| BP | RFA | 487 | Admit that the results of the United States Government's sampling following the Incident did not indicate any exceedances of United States Occupational Safety and Health Administration Permissible Exposure Limits for the chemicals of concern. | SP |
| BP | RFA | 488 | Admit that no air sampling by the United States Government following the Incident has detected any hazardous chemical at levels of concern. | SP |
| BP | RFA | 489 | Admit that BP monitored for the appropriate analytes in sampling for potential chemical exposures to workers engaged in Response Activities. | SP |
| BP | RFA | 490 | Admit that the United States Government reviewed BP's training matrices for workers engaged in Response Activities. | SP |
| BP | RFA | 491 | Admit that the United States Government approved BP's training matrices for workers engaged in Response Activities. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 13859-9 Filed 05/13/14 Page 92 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 64 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 492 | Admit that BP incorporated all elements and revisions suggested by the United States Government related to BP's training matrices for workers engaged in Response Activities. | SP |
| BP | RFA | 493 | Admit that BP's training programs for workers engaged in Response Activities complied with all United States Occupational Safety and Health Administration occupational safety standards. | SP |
| BP | RFA | 494 | Admit that, with respect to workers engaged in Response Activities, BP complied with all United States Government standards regarding the availability, training, and use of personal protective equipment. | SP |
| BP | RFA | 495 | Admit that BP implemented all precautions that representatives of the United States Occupational Safety and Health Administration stated were necessary to protect workers engaged in Response Activities from potential hazards associated with Response Activities. | SP |
| BP | RFA | 496 | Admit that BP implemented any corrections to workplace conditions that representatives of the United States Occupational Safety and Health Administration identified as necessary to protect workers from hazards associated with Response Activities. | SP |
| BP | RFA | 497 | Admit that the National Institute for Occupational Safety and Health's quantitative exposure assessment of decontamination centers and workers determined that airborne concentrations of measured contaminants, including 2-butoxyethanol and other glycol ethers, limonene, benzene, ethyl benzene, toluene, xylenes, total hydrocarbons, diesel exhaust, PAHs, and CO were all below Occupational Exposure Limits. | SP |
| BP | RFA | 498 | Admit that the National Institute for Occupational Safety and Health determined that shore cleaning work sites had effective programs to manage potential occupational hazards of Response Activities. | SP |
| BP | RFA | 499 | Admit that personal protective equipment to prevent dermal exposure to weathered crude oil during Response Activities was used at all work sites and was available to all workers. | SP |
| BP | RFA | 500 | Admit that the National Institute for Occupational Safety and Health determined that the five Response Activity sites it visited had programs in place to reduce potential occupational hazards of wildlife cleaning work. | SP |
| BP | RFA | 501 | Admit that the National Institute for Occupational Safety and Health determined in its review of the Vessels of Opportunity ("VOO") program that airborne concentrations of measured contaminants, including benzene, 2-butoxyethanol, and carbon monoxide, were all below Occupational Exposure Limits. | SP |
| BP | RFA | 502 | Admit that the National Institute for Occupational Safety and Health determined in its review of the VOO program that health surveys obtained from Vessels of Opportunity program responders, captains, and deckhands noted health symptoms similar to those reported by workers engaged in Response Activities who had no exposures to oil, dispersants, or cleaning chemicals. | SP |
| BP | RFA | 503 | Admit that the National Institute for Occupational Safety and Health measured personal Breathing Zones during an oil skimming mission aboard the M/V Queen Bee on June 14-16, 2010, and determined that measurements were below Occupational Exposure Limits and that no workers reported acute health symptoms. | SP |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 123859-2 Filed 05/13/14 Page 93 of 161
Case 2:10-md-02179-CJB-SS Document 2978 Filed 09/06/11 Page 65 of 66
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| BP | RFA | 504 | Admit that the National Institute for Occupational Safety and Health measured personal Breathing Zones during a dispersant mission aboard the M/V International Peace on June 21-16, 2010, and determined that measurements were below Occupational Exposure Limits. | SP |
| BP | RFA | 505 | Admit that, as of August 4, 2010, approximately 75 percent of the oil released from the MC252 Well had been recovered, burned, evaporated or biodegraded in the Gulf of Mexico. | SC |
| BP | RFA | 506 | Admit that the BP Deepwater Horizon Oil Budget: What Happened to the Gulf Oil?, which was released by the United States Government on August 4, 2010, was not peer reviewed. | SC |
| BP | RFA | 507 | Admit that the BP Deepwater Horizon Oil Budget: What Happened to the Gulf Oil?, which was released by the United States Government on August 4, 2010, and the Oil Budget Calculator Technical Documentation, which was released by the United States Government on November 23, 2010, were not intended to provide information about the impact of the discharge from the MC252 Well. | SC |
| BP | RFA | 508 | Admit that the BP Deepwater Horizon Oil Budget: What Happened to the Gulf Oil?, which was released by the United States Government on August 4, 2010, and the Oil Budget Calculator Technical Documentation, which was released by the United States Government on November 23, 2010, did not account for biodegradation of the discharge from the MC252 Well. | SC |
| BP | RFA | 509 | Admit that foreign-flagged MODUs are subject to the requirements of Title 33, Code of Federal Regulations (CFR), Subchapter N. | Event |
| BP | RFA | 510 | Admit that the United States Coast Guard conducted annual Certificate of Compliance (COC) examinations of the Deepwater Horizon. | Event |
| BP | RFA | 511 | Admit that annual Certificate of Compliance (COC) examinations do not provide a consistent level of information that may be of use during re-inspections by different inspectors. | Event |
| BP | RFA | 512 | Admit that the annual Certificate of Compliance (COC) examination of the Deepwater Horizon that was conducted by the United States Coast Guard on or about July 29, 2009, indicated that the Deepwater Horizon was in satisfactory condition. | Event |
| BP | RFA | 513 | Admit that the Emergency Evacuation Plan (EEP) established by BP for Mississippi Canyon Block 252, satisfied the requirements of 33 C.F.R. Part 146.210. | Event |
| APC | RFA | 59 | Admit that you have no evidence of communications on April 20, 2010 between any of the Anadarko Non Operating Party Defendants and any person on the Deepwater Horizon regarding the Macondo Well. | Event |
| APC | RFA | 60 | Admit that you have no evidence of communications on April 20, 2010 regarding the Macondo Well between any of the Anadarko Non Operating Party Defendants and any persons or entity operating the Deepwater Horizon or drilling the Macondo Well. | Event |
| APC | RFA | 61 | Admit that you have no evidence of communications on April 20, 2010 between any of the Anadarko Non Operating Party Defendants and BP, Transocean, or Halliburton with respect to the Deepwater Horizon or the Macondo Well. | Event |
| APC | RFA | 62 | Admit that you have no evidence that the Anadarko Non Operating Party Defendants made any design decisions relating to the Macondo Well. | Event |

SC = Source Control and Quantification; SP = Subsequent Phases

Case 2:10-md-02179-CJB-DPC Document 1285929 Filed 05/13/14 Page 94 of 161
Case 2:10-md-02179-CJB-SS Document 3928-2 Filed 09/06/11 Page 66 of 66
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 2 -- Summary of Discovery Requests

| Party | Type | No | Request | Topic |
|-------|------|-----|---------|-------|
| APC | RFA | 63 | Admit that you have no evidence that the Anadarko Non Operating Party Defendants were involved in any communications leading to these decisions relating to the Macondo Well: (a) The April 2010 decision to use a long string versus a liner with tieback for the final casing segment of the Macondo Well; (b) Any cement design for the Macondo Well; (c) Any cement recipe for the Macondo Well; (d) The use of six rather than 21 centralizers on the final long string production casing for the Macondo Well; (e) The April 19-20 decision not to run a cement bond log even after having Schlumberger personnel present on the rig; (f) The Temporary Abandonment procedure sent to the rig on April 20, 2010; (g) Displacing to seawater from 3300' below mud level to above (or across) the Blow Out Preventer before performing a negative pressure test; (h) Deeming the negative pressure test a success on April 20, 2010; (i) Continuing with displacement of the riser after the final negative pressure test on April 20, 2010; (j) Setting the cement plug at 3300' below mud level, setting it in seawater rather than mud, and its thickness as part of temporary abandonment; (k) Bypassing the Sperry Sun meters on April 20, 2010 | Event |
| APC | RFA | 64 | Admit that you have no evidence that the Anadarko Non Operating Party Defendants made any operational decisions regarding drilling the Macondo Well. | Event |
| APC | RFA | 65 | Admit that you have no evidence that the Anadarko Non Operating Party Defendants were involved in any decisions or actions regarding temporary abandonment of the Macondo Well. | Event |
| APC | RFA | 66 | Admit that you have no evidence that the Anadarko Non Operating Party Defendants were involved in any decisions or actions regarding cementing of the long string production casing at the Macondo Well. | Event |
| APC | RFA | 67 | Admit that you have no evidence that the Anadarko Non Operating Party Defendants were involved in decisions or actions regarding process safety (i.e. the set of processes to prevent catastrophic losses which focus on design of facilities, hazard assessment, management of change, inspection, testing, maintenance of equipment, alarms, effective process control, procedures, training, and human factors) either aboard the Deepwater Horizon or with respect to drilling of the Macondo Well. | Event |
| APC | RFA | 68 | Admit that you have no evidence that any of the Anadarko Non Operating Party Defendants ever were aboard the Deepwater Horizon while the rig was drilling the Macondo Well. | Event |
| APC | RFA | 69 | Admit that you have no evidence that the Anadarko Non Operating Party Defendants were given authority by any Person to make decisions regarding methodologies and activities and/or to control activities in connection with the relief efforts to cap, contain, or otherwise control the source of the Oil Spill after the Incident or in connection with efforts to control the fire aboard the Deepwater Horizon. | Event |
| APC | RFA | 70 | Admit that BP had exclusive authority to make all decisions concerning the cement job for the Macondo Well including decisions to approve the cementing recipes and designs submitted by Halliburton and any decisions to alter or accept those recipes or designs. | Event |
| APC | RFA | 71 | Admit that BP had exclusive authority to make all final decisions concerning the design and drilling of the Macondo Well and any decisions to alter the design or drilling of that well. | Event |
| APC | RFA | 72 | Admit that BP had exclusive authority to make all decisions concerning the selection and suitability of the *Deepwater Horizon* to complete the drilling of the Macondo Well, including but not limited to the status, configuration, use, and testing of the Blowout Preventer. | Event |

**BINGHAM**

Tiffany R. Hedgpeth
Direct Phone:  213.680.6442
Direct Fax:     213.830.8642
tiffany.hedgpeth@bingham.com

August 25, 2011

**Via Electronic Mail**

Sarah D. Himmelhoch, Esq.
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
sarah.himmelhoch@usdoj.gov

**Re:  United States' Responses to Anadarko Petroleum Corporation's
     Phase II Discovery Requests**

Dear Sarah:

I write in response to Magistrate Shushan's discussion with counsel on Friday, August 12, 2011, regarding Phase II discovery. On August 12, 2011, Magistrate Shushan clarified that the United States and the other plaintiffs must now respond to defendants' Phase II discovery requests, specifically those requests concerning Source Control and Quantification. During our initial meet and confer with the United States regarding its responses to Anadarko Petroleum Corporation's ("APC") and Anadarko E&P Company LP's ("AE&P") Interrogatories and Requests for Production of Documents ("RFPs"), the United States indicated that it was preserving its objections to APC's and AE&P's discovery requests that it believed to be outside the scope of the Phase I trial, but that the United States was intending to produce documents related to Source Control by August 31, 2011.

We wish to confirm that the United States is still intending to produce all documents related to Source Control by August 31, 2011. We also seek to clarify whether, in light of Magistrate Shushan's discussion, the United States will also be producing all documents related to Quantification by August 31, 2011. If the United States is unable to produce Source Control and/or Quantification documents by August 31, 2011, APC and AE&P request that the United States inform APC and AE&P of this as soon as possible so that we may meet and confer to discuss when such documents will be produced. In addition, we would like to confirm when the United States will supplement its answers to the Interrogatories that address Phase II issues.

## I.    Phase II APC's Interrogatories and RFPs

We also write to further clarify which Interrogatories and RFPs APC and AE&P believe fall within the scope of Source Control and Quantification, as we did not discuss this in detail during our previous discussions. Based on APC's present understanding of the Court's discussion of Source Control and Quantification, we believe that APC Interrogatory Nos. 12, 13, 14, 18, and APC RFP Nos. 13, 14, 15, 19, 23, and 25 concern Source Control and Quantification. Accordingly, we request that the United States provide complete and

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

T +1.213.680.6400
F +1.213.680.6499
bingham.com

A/74488348.1

Sarah D. Himmelhoch, Esq.
August 25, 2011
Page 2

detailed responses to the above-listed Interrogatories and confirm that the documents responsive to these RFPs have been produced or will be produced in accordance with the agreed upon deadline(s). If the United States does not agree that the above-listed Interrogatories and RFPs fall within Source Control and Quantification, APC requests that the United States inform APC so that the parties may meet and confer to discuss this issue.

## II. United States' Responses to Interrogatory Nos. 12-14 and 18.

In its initial responses to APC's Interrogatory Nos. 12-14 and 18, the United States simply objected and referred APC to documents already produced. As we discussed during our meet and confers concerning Phase I discovery, APC does not believe the United States' reference to documents already produced is an appropriate response to an Interrogatory. As these Phase II Interrogatories are now at issue, APC requests that the United States amend its responses to Interrogatory Nos. 12-14 and 18 to provide the specific information requested by APC or an appropriate basis and justification for invoking Rule 33(d). If the United States is unwilling to amend its responses, please let us know so that we may attempt to meet and confer with the United States regarding this issue.

## III. United States' Phase II Search Terms (BP RFPs)

In addition, we have reviewed the search terms for the BP RFPs to which APC was directed in response to APC's RFP Nos. 13, 14, 15, 19, 23, and 25. We believe that the search terms for BP RFP No. 80, which the United States has referenced in response to APC RFP No. 13, will capture the documents sought in that request. However, as discussed in detail below, APC has concerns regarding the remaining RFPs.

     a.    APC RFP Nos. 14, 23, and 25.

First, APC's RFP Nos. 14, 23, and 25 request communications related to the identification and estimates of "hydrocarbons (other than oil)" or "oil and other hydrocarbons" released from the *Deepwater Horizon* and/or Macondo Well. In response, the United States directs APC to BP RFP Nos. 80-86. The search terms provided for BP RFP Nos. 81-85 simply incorporate the search terms provided for BP RFP No. 80. While it appears that this search term string would capture a number of responsive documents, the string fails to include the terms "oil" and "hydrocarbon." In addition, the search terms for BP RFP No. 86 appear to be too limited to produce documents responsive to APC's inquiries regarding the type and volume of hydrocarbons discharged.[1] Please let us know whether the United States is

---

[1] The search terms for BP RFP No. 86 are: ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas"))

(Footnote Continued on Next Page.)

Sarah D. Himmelhoch, Esq.
August 25, 2011
Page 3

amenable to adding "oil" and "hydrocarbon" to the search terms provided for BP RFP No. 80. If the United States is unwilling to add these search terms, we request that the United States explain how the search terms for BP RFP Nos. 80 and 86 would capture all of the documents responsive to APC RFP Nos. 14, 23, and 25, in light of our concerns above.

      b.    <u>APC RFP No. 15</u>

Second, APC RFP No. 15 requests documents related to the process by which the United States approves "source control efforts." In response, the United States directs APC to BP RFP Nos. 28-36 and 39-40. The search terms for BP RFP Nos. 28-36 and 39-40 are all exactly the same. Again, while it appears that the proposed search terms would capture some responsive documents, the actual term "source control" is not included. While it appears to APC that the terms "source control" or ("source" NEAR "control") would be integral to any search for documents regarding source control efforts, we understand that the United States may use different terms to describe such efforts. Accordingly, we request that the United States explain how the search terms proposed for BP RFP Nos. 28-36 and 39-40 would yield the results that APC is requesting. Alternatively, APC requests that the United States add "source control" or ("source" NEAR "control") to the proposed search terms for BP RFP Nos. 28-36 and 39-40 in response to APC RFP No. 15.

      c.    <u>APC RFP No. 19</u>

Third, APC RFP No. 19 seeks documents related to "any source control efforts considered by or proposals for source control efforts submitted to the United States." In response, the United States directs APC to BP RFP Nos. 67-79.[2] It is not clear to APC how the separate search terms for BP RFP Nos. 67, 70, 74, and 76 would yield responsive documents because BP RFP Nos. 67, 70, 74, and 76 do not concern source control efforts.[3]

------------------------

(Footnote continued from Previous Page.)

[2] Please note, APC was unable to locate search terms provided in response to BP RFP No. 77.

[3]

- The search terms for BP RFP No. 67 are: (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252")
- The search terms for BP RFP No. 70 are: ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review")
- The search terms for BP RFP No. 74 are: "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt"
- The search terms for BP RFP No. 76 are: ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "TO" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "TO" OR "GOM" OR "Gulf

(Footnote Continued on Next Page.)

Bingham McCutchen LLP
bingham.com    A/74488348.1

Sarah D. Himmelhoch, Esq.
August 25, 2011
Page 4

In addition, it appears that the search terms for BP RFP Nos. 68-72 would yield *some* responsive documents. However, this search string also fails to include the term "source control" which is the focal point of APC's inquiry. Similarly, the search terms for BP RFP Nos. 73, 78, and 79, and the separate search terms for BP RFP No. 75 also fail to include the term "source control." APC is also concerned because all of the search strings discussed above are limited to the Macondo Well, *Deepwater Horizon*, or Gulf of Mexico even though APC's RFPs do not contain these limitations. In light of this, we request that the United States explain how the search terms provided for BP RFP Nos. 67-76 and 78-79 would yield *all* of the documents responsive to APC RFP No. 19.

Finally, to the extent the United States withheld certain information or documents responsive to APC's or AE&P's initial discovery requests because the United States believed that such responsive information or documents concerned Source Control and/or Quantification, APC and AE&P request that the United States produce such information or documents by August 31, 2011.

We request that the United States inform us by August 31, 2011, whether it will be providing responses and documents regarding Source Control and Quantification by August 31, 2011 and whether it will be amending its responses to the Interrogatories and RFPs discussed herein.

Should you have any questions or wish to discuss this further, please give me a call.

Sincerely yours,

*Rebecca Bush for Tiffany Hedgpeth*

Tiffany R. Hedgpeth

_____

(Footnote continued from Previous Page.)

of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy*" or "study" or "evaluat*" OR "deci*" or "terminat*" or "prolong")

Bingham McCutchen LLP
bingham.com    A/74488348.1

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Aamir, Munaf | DOE | NNSA | SNL |
| Ablondi, Mark P. | DOC | NOAA | OMAO/MAOC |
| Absher, David W. | DOI | BOEMRE | |
| Abshire, Jason A. | DOI | BOEMRE | |
| Adams, Glenn | EPA | Region 4 | |
| Aguilar, Richard | DOE | NNSA | SNL |
| Aines, Roger | DOE | NNSA | LLNL |
| Alfaro, Cesar L | DOI | BOEMRE | |
| Aliseda, Alberto | FRTG | U. Wash. | FRTG |
| Allen, Harry | EPA | Region 9 | |
| Allen, Jeff | DOI | USGS | |
| Ammerman, Curtt N. | DOE | NNSA | LANL |
| Anastas, Paul | EPA | HQ | |
| Anastasio, Michael | DOE | NNSA | LANL |
| Andersen, Melissa S. | DOC | NOAA | NMFS/OPR |
| Anderson, Brian | DOE | OFE | NETL |
| Anderson, James G. | DOI | BOEMRE | |
| Anderton, James | DOC | NOAA | |
| Andrews, David | EPA | Region 4 | |
| Andy, Adora | EPA | HQ | |
| Angelo, James W. | DOE | NNSA | LANL |
| Arguello, Jose | DOE | NNSA | SNL |
| Armendariz, Al | EPA | Region 6 | |
| Armijo, Steven V. | DOE | NNSA | LANL |
| Arora, Pankaj | EPA | Region 9 | |
| Art, Blair M. | DOE | NNSA | LANL |
| Ashworth, Kenneth A | DOI | BOEMRE | |
| Aslaksen, Jr., Michael L. | DOC | NOAA | NOS/NGS |
| Attaway, Stephen | DOE | NNSA | SNL |
| Aubrey, Joysree B. | DOE | NNSA | LANL |
| Aufderheide, Morry | DOE | NNSA | LLNL |
| Bailey, Demian A. | DOC | NOAA | OMAO/MOP |
| Bailey, Susan | DOD | ACOE | ERDC |
| Baker, Michael C. | DOE | NNSA | LANL |
| Balderrama, Candice | DOE | NNSA | SNL |
| Ball, Stephen | EPA | Region 4 | |
| Balocki, Jim | DOD | ACOE | HQ |
| Balzner, Stephen J. | DOE | NNSA | LANL |
| Bamberger, Judith | DOE | Off of Sci | PNNL |
| Bamford, Holly Ann | DOC | NOAA | NOS/ORR |
| Bannan, Christopher A. | DOC | NOAA | NWS/SR |
| Barbier, Charlotte | DOE | Off of Sci | ORNL |
| Barker, Christopher H. | DOC | NOAA | NOS/ORR |
| Barras, John | DOD | ACOE | ERDC |
| Basey, Tommy D. | DOI | BOEMRE | |
| Bates, Alton D. | DOI | BOEMRE | |
| Bates, Lloyd | EPA | Region 4 | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Bauck, Steven | DOE | NNSA | SNL |
| Baud, Richie D | DOI | BOEMRE | |
| Bauer, Stephen | DOE | NNSA | SNL |
| Beaman, Jason Frederick | DOC | NOAA | NWS/SR |
| Beard, Russell H. | DOC | NOAA | NESDIS/NODC |
| Bednar, Anthony | DOD | ACOE | ERDC |
| Beegle-Krause, C.J. | DOC | NOAA | NOS/ORR |
| Behr-Andres, Christina | DOE | NNSA | LANL |
| Bekins, Barbara | DOI | USGS | |
| Benggio, Bradford L. | DOC | NOAA | NOS/ORR |
| Beninato, Frances A. | DOI | BOEMRE | |
| Benner, John C. | DOE | NNSA | LANL |
| Bennett, Barbara | EPA | HQ | |
| Bennett, James F. | DOI | BOEMRE | |
| Benson, Kristopher | DOC | NOAA | NMFS/OHC |
| Bent, Russell W. | DOE | NNSA | LANL |
| Berkowitz, Eric W. | DOC | NOAA | NOS/NGS |
| Bernardin, John D. | DOE | NNSA | LANL |
| Bernhart, David M. | DOC | NOAA | NMFS/SR |
| Bernier, Julie | DOI | USGS | |
| Bernstein, Orr | DOE | NNSA | SNL |
| Berscheid, Alan Patrick | DOE | NNSA | LANL |
| Beswick, Kevin | EPA | Region 4 | |
| Bhattacharya, Dipanjana | EPA | Region 6 | |
| Bickel, Thomas C. | DOE | NNSA | SNL |
| Birnbaum, Elizabeth | DOI | BOEMRE | |
| Bishop, Alan | DOE | NNSA | LANL |
| Bisso, Casey R | DOI | BOEMRE | |
| Black, Stephen J. | DOE | NNSA | LANL |
| Blanchard, Jeremy | DOE | Off of Sci | PNNL |
| Blanchat, Thomas | DOE | NNSA | SNL |
| Blankenship, Douglas | DOE | NNSA | SNL |
| Blazquez, Ashton R | DOI | BOEMRE | |
| Block, Steven M. | DOC | NOAA | NMFS/OHC |
| Blough, Heather A. | DOC | NOAA | NMFS/SR |
| Boledovich, Glenn Paul | DOC | NOAA | NOS/MBO |
| Bolton, Jennie L. | DOC | NOAA | NMFS/NWFSC |
| Bommer, Paul | FRTG | U Texas | FRTG |
| Bontha, Jagan | DOE | Off of Sci | PNNL |
| Borns, David | DOE | NNSA | SNL |
| Borries, Sam | EPA | Region 5 | |
| Bosch, Julie | DOC | NOAA | |
| Bossert, James E. | DOE | NNSA | LANL |
| Botros, Peter M | DOI | BOEMRE | |
| Boudrie, Richard L. | DOE | NNSA | LANL |
| Bourque, Robert F. | DOE | NNSA | LANL |
| Bouzigard, Kelly D | DOI | BOEMRE | |

Case 2:10-md-02179-CJB-DPC Document 12958-9 Filed 05/08/14 Page 101 of 161
Case 2:10-md-02179-CJB-SS Document 3953-4 Filed 09/08/11 Page 10 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Bove, James | EPA | HQ | |
| Bowen, Amy | DOE | NNSA | SNL |
| Bowers, Joel | DOE | NNSA | LLNL |
| Bowman, David W. | DOE | NNSA | LANL |
| Brainerd, Theophilus | DOC | NOAA | NMFS/SEFSC |
| Brasfield, Sandra | DOD | ACOE | ERDC |
| Breeding, Darice Koder | DOI | BOEMRE | |
| Breen, Barry | EPA | HQ | |
| Brewer, Roger W. | DOE | NNSA | LANL |
| Bridge, Timothy | DOE | NNSA | SNL |
| Briggs, Matthew E. | DOE | NNSA | LANL |
| Bristol, Sky | DOI | USGS | |
| Brock, Jerry S. | DOE | NNSA | LANL |
| Brodnax, Cheryl L.B. | DOC | NOAA | NMFS/OHC |
| Brodsky, Nancy | DOE | NNSA | SNL |
| Bromhal, Grant | DOE | OFE | NETL |
| Bromwich, Michael | DOI | BOEMRE | |
| Bronoski, David | DOE | NNSA | SNL |
| Brooke Jr., Jefferson P. | DOI | BOEMRE | |
| Broome, Scott | DOE | NNSA | SNL |
| Broussard, Jr., Tommy J. | DOI | BOEMRE | |
| Brown, Gary | DOD | ACOE | ERDC |
| Brown, Robert E. | DOI | BOEMRE | |
| Brown, Theresa | DOE | NNSA | SNL |
| Bruton, Stephanie | DOE | NNSA | SNL |
| Bryant, Wade | DOI | USGS | |
| Buckingham, Richard | DOD | Navy | |
| Buerki, Karen | EPA | Region 4 | |
| Buffington, Sharon L. | DOI | BOEMRE | |
| Bullock, Michele G. | DOC | NOAA | OMAO/DS |
| Bultman, Nathan K. | DOE | NNSA | LANL |
| Burgess, Christopher | EPA | HQ | |
| Burgess, Michele | EPA | HQ | |
| Burns, Michael J. | DOE | NNSA | LANL |
| Burton, Greg | DOE | NNSA | LLNL |
| Busheck, Thomas | DOE | NNSA | LLNL |
| Byington, Donald S. | DOE | NNSA | LANL |
| Bynum, Leo | DOE | NNSA | SNL |
| Byrd, Terrence | EPA | Region 4 | |
| Caballero, Richard A. | DOE | NNSA | LANL |
| Calvin, John | DOI | BOEMRE | |
| Campbell, Aaron R | DOI | BOEMRE | |
| Canepa, Julie Ann | DOE | NNSA | LANL |
| Cantwell, James C. | DOE | NNSA | LANL |
| Canzler, Erica | EPA | HQ | |
| Carnes, Karrie L. | DOC | NOAA | NOS/ONMS |
| Carpenter, Wesley | EPA | HQ | |

Case 2:10-md-02179-CJB-DPC Document 12258-9 Filed 05/08/14 Page 102 of 161
Case 2:10-md-02179-CJB-SS Document 12958-4 Filed 05/08/14 Page 4 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Carrano, Carmen | DOE | NNSA | LLNL |
| Carrillo, Roberto M. | DOI | BOEMRE | |
| Carroll, Craig | EPA | Region 6 | |
| Carter, Lynard | DOI | BOEMRE | |
| Castano, Dario | DOE | NNSA | LANL |
| Castillo, Cesar | DOE | NNSA | SNL |
| Causey, Billy D. | DOC | NOAA | NOS/ONMS |
| Celata, Michael A. | DOI | BOEMRE | |
| Chadwick, Mark B. | DOE | NNSA | LANL |
| Chaleunphonh, Dorean Archuleta | DOE | NNSA | SNL |
| Chappelle, Francis | DOI | USGS | |
| Charles, Barry | DOE | NNSA | LANL |
| Chavez, Anne K. | DOE | NNSA | SNL |
| Chavez, Jose | DOE | NNSA | LANL |
| Childs, Carl | DOC | NOAA | NOS/ORR |
| Chinn, Diane | DOE | NNSA | LLNL |
| Chino, Sharon Anne | DOE | NNSA | SNL |
| Choy, Barry | DOC | NOAA | NWS/OHD |
| Christopher, Joseph A. | DOI | BOEMRE | |
| Chu, Steven | DOE | OS | |
| Cieslak, Wendy R. | DOE | NNSA | LANL |
| Clark, Josie | EPA | Regon 10 | |
| Clark, Karl | DOD | ACOE | MVN |
| Clark, Roger N. | DOI | USGS | |
| Clemens, Elbert L. | DOI | BOEMRE | |
| Coady, Jay | DOC | NOAA | NOS/ORR |
| Cocco, Mary | DOE | NNSA | SNL |
| Cody, Jeannine | DOC | NOAA | NMFS/OPR |
| Cohen-Hopkins, Kawana | EPA | HQ | |
| Coleman, Sam | EPA | Region 6 | |
| Collett, Timothy | DOI | USGS | |
| Conmy, Robyn N. | EPA | ORD | |
| Conner, George | DOI | BOEMRE | |
| Conner, William | DOC | NOAA | NOS/ORR |
| Cooke, David W. | DOI | BOEMRE | |
| Cooper, George A. | SA | UC Berkeley | SA |
| Cooper, III, Elmo J. | DOI | BOEMRE | |
| Corbin, Robert | DOE | OFE | |
| Cornillon, Peter | FRTG | U RI | FRTG |
| Costigan, Stephen A. | DOE | NNSA | LANL |
| Couranz, Kim Lynn | DOC | NOAA | NMFS/OHC |
| Courtwright, William C. | DOI | BOEMRE | |
| Couvillion, Phillip A | DOI | BOEMRE | |
| Cowan, Jean Louise W. | DOC | NOAA | NMFS/OHC |
| Cox, J. Delene | DOE | NNSA | SNL |
| Crabtree, Roy E. | DOC | NOAA | NMFS/SR |
| Craig, Leslie Jean | DOC | NOAA | NMFS/OHC |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Crane, David L. | DOE | NNSA | LANL |
| Crawford, Thomas Gerald | DOI | BOEMRE | |
| Crocker, Fiona | DOD | ACOE | ERDC |
| Croom, Miles M. | DOC | NOAA | NMFS/SR |
| Cross, Scott L. | DOC | NOAA | NESDIS/NODC |
| Crossland, Ronnie | EPA | Region 6 | |
| Crowley, Jeff | EPA | Region 4 | |
| Cruickshank, Walter D. | DOI | BOEMRE | |
| Csulak, Frank | DOC | NOAA | NOS/ORR |
| Cuellar-Hengartner, Leticia | DOE | NNSA | LANL |
| Curtis, William | DOD | ACOE | ERDC |
| Daigle, Michele M. | DOI | BOEMRE | |
| Daigle, Michelle | DOD | ACOE | MVN |
| Dalton, Laura | DOE | NNSA | SNL |
| Danenberger, Elmer | DOI | BOEMRE | |
| Dare, Jeffrey H. | DOE | NNSA | LANL |
| Dasari, Venkateswara Rao | DOE | NNSA | LANL |
| Davico, Gustavo | DOD | ACOE | ERDC |
| Davidson, John Wiley | DOE | NNSA | LANL |
| Davies, Peter | DOE | NNSA | SNL |
| Davis, Jack | DOD | ACOE | ERDC |
| Dean, Michael | DOD | Navy | |
| DeAngelis, Gregory | EPA | Region 2 | |
| Decroix, David Scot | DOE | NNSA | LANL |
| DeHaven, Leigh | EPA | HQ | |
| Dehoratiis, Guido | DOE | OFE | |
| Deleon, Marco A | DOI | BOEMRE | |
| Deliman, Patrick | DOD | ACOE | ERDC |
| Demirbilek, Zeki | DOD | ACOE | ERDC |
| DePass, Michelle | EPA | HQ | |
| Detry, Richard | DOE | NNSA | SNL |
| Dewers, Thomas | DOE | NNSA | SNL |
| Dickerson, Dena | DOD | ACOE | ERDC |
| Dickhoff, Walton | DOC | NOAA | NMFS/NWFSC |
| Didonato, Ann | EPA | Region 3 | |
| Dieveney, Elizabeth J. | DOC | NOAA | NOS/OOCRM |
| Dillon, Joseph James | DOC | NOAA | NMFS/SWR |
| Dix, Mark R. | DOC | NOAA | NOS/ORR |
| Dixon, David D. | DOE | NNSA | LANL |
| Dixon, Warren | EPA | Region 4 | |
| Doley, Christopher | DOC | NOAA | NMFS/OHC |
| Domangue, Bryan | DOI | BOEMRE | |
| Donahue, Scott L. | DOC | NOAA | NOS/ONMS |
| Dorsey, Matthew | DOC | NOAA | NMFS/SWR |
| Downes, Paula | DOE | NNSA | SNL |
| Doyle, Jr., James C. | DOE | NNSA | LANL |
| Dunkelman, Tom | EPA | Region 9 | |

Case 2:10-md-02179-CJB-DPC Document 12958-9 Filed 05/03/14 Page 104 of 161
Case 2:10-md-02179-CJB-SS Document 3808-1 Filed 08/26/11 Page 104 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Dunlap, Karen M. | DOI | BOEMRE | |
| Dunn, Paul S. | DOE | NNSA | LANL |
| Durbrow, Rick | EPA | Region 4 | |
| Dykes, James D. | DOI | BOEMRE | |
| Dykhuizen, Ronald C. | DOE | NNSA | SNL |
| Dzenitis, John M. | DOE | NNSA | LLNL |
| Earp, Joy | DOD | ACOE | SAM |
| Eason, Karen Marie | DOC | NOAA | NMFS/OAA |
| Easter, Nanci | DOE | NNSA | SNL |
| Easter, Patrick | EPA | HQ | |
| Ebersole, Bruce | DOD | ACOE | ERDC |
| Eckert, Greg | DOI | NPS | |
| Edwards, Brian K. | DOE | NNSA | LANL |
| Efferson, Michael A. | DOC | NOAA | NWS/SR |
| Ehlen, Mark | DOE | NNSA | SNL |
| Einfeld, Wayne | DOE | NNSA | SNL |
| Eisele, Shawna L. | DOE | NNSA | LANL |
| Ellis, Gretchen W. | DOE | NNSA | LANL |
| Ellison, James | DOE | NNSA | SNL |
| Elson, Jay S. | DOE | NNSA | LANL |
| Emilien, David A. | DOI | BOEMRE | |
| Enderlin, Carl | DOE | Off of Sci | PNNL |
| Enick, Robert | DOE | OFE | NETL |
| Enomoto, Catherine | DOI | USGS | |
| Ensch, Mike | DOD | ACOE | HQ |
| Epperson, Nina | DOE | NNSA | LANL |
| Erickson, George Andy | DOE | NNSA | LANL |
| Erickson, Timothy A. | DOC | NOAA | NWS/SR |
| Ertep, Serdar | EPA | Region 4 | |
| Escapule, William Rusty | DOE | NNSA | SNL |
| Eskelsen, Joann | EPA | LV | |
| Espina, Pedro | DOC | NIST | |
| Espinoza, Jr., Carmen M., | DOE | NNSA | LANL |
| Estes, Trudy | DOD | ACOE | ERDC |
| Everett, Randy | DOE | NNSA | SNL |
| Eversole, David Richard | DOC | NOAA | NWS/SR |
| Fagan, Matthew J. | DOE | NNSA | LANL |
| Fahy, Christina C. | DOC | NOAA | NMFS/SWR |
| Fair, Matthew Byron | DOE | NNSA | LANL |
| Farr, James Kenneth | DOC | NOAA | NOS/ORR |
| Faryan, Steven | EPA | Region 5 | |
| Fasulo, Anthony | DOE | NNSA | SNL |
| Faulkner, Mike | EPA | | |
| Fay, Virginia M. | DOC | NOAA | NMFS/SR |
| Feldt, Lisa | EPA | HQ | |
| Fensin, Michael Lorne | DOE | NNSA | LANL |
| Ferencz, Bob | DOE | NNSA | LLNL |

Case 2:10-md-02179-CJB-DPC Document 12858-9 Filed 05/08/14 Page 105 of 161
Case 2:10-md-02179-CJB-SS Document 13853-1 Filed 05/08/14 Page 105 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Ferro, Rebecca Burger | DOC | NOAA | NMFS/OHC |
| Filip, Donna | DOE | NNSA | SNL |
| Finan, Bill | EPA | HQ | |
| Fink, Bernard | DOI | BOEMRE | |
| Finn, Michele A. | DOC | NOAA | NOS/ORR |
| Finsterle, Stefan | DOE | Off of Sci | LBNL |
| Fischel, Peter C. | DOC | NOAA | NMFS/SWR |
| Fischenich, Craig | DOD | ACOE | ERDC |
| Fitz-James, Mildred Schatzi | EPA | HQ | |
| Fleming, Gwendolyn Keyes | EPA | Region 4 | |
| Flores, Oscar | N/A | N/A | U Wash |
| Fogleman, William | DOE | NNSA | SNL |
| Ford, Richard Alyn | DOE | NNSA | LANL |
| Ford, William | DOD | ACOE | ERDC |
| Fort, James | DOE | Off of Sci | PNNL |
| Fortier, Barret K | DOI | BOEMRE | |
| Fowler, Ronald Lee | DOI | BOEMRE | |
| Franco, Benjamin | EPA | Region 4 | |
| Frefield, Barry | DOE | Off of Sci | LBNL |
| Froehlich, Maryann | EPA | HQ | |
| Fulton, Robert D. | DOE | NNSA | LANL |
| Gabriel, Jean | DOE | NNSA | SNL |
| Gailani, Joe | DOD | ACOE | ERDC |
| Galbraith, Amy E. | DOE | NNSA | LANL |
| Galkowski, Joseph | DOE | NNSA | LLNL |
| Gallagher, Kevin | DOI | USGS | |
| Gallagher, Timothy | DOC | NOAA | NOS/ORR |
| Galt, Jerry Alan | DOC | NOAA | NOS/ORR |
| Gambino, Stephanie M. | DOI | BOEMRE | |
| Gamble, Kris Esther | DOC | NOAA | NMFS/OHC |
| Garcia Brooks, Martha | DOI | USGS | |
| Garcia, Hernan Eduardo | DOC | NOAA | NESDIS/NODC |
| Garcia, Lisa | EPA | HQ | |
| Garcia, Pablo | DOE | NNSA | SNL |
| Gardner, David L. | DOE | NNSA | LANL |
| Garmon, Jeff | DOC | NOAA | NWS/SR |
| Garrard, Jordan | EPA | Region 4 | |
| Garrett, Robert D. | DOE | NNSA | LANL |
| Garrison, Lance P. | DOC | NOAA | NMFS/SEFSC |
| Garwin, Richard Lawrence | SA | | SA |
| Gaughan, Perry | EPA | Region 4 | |
| Gauglitz, Philip | DOE | Off of Sci | PNNL |
| Gelb, Nanci | EPA | HQ | |
| Gerdin, Tami | DOE | NNSA | SNL |
| Gibbs, W. Scott (Scott) | DOE | NNSA | LANL |
| Giles, Cynthia | EPA | HQ | |
| Gilleland, Ida | EPA | Region 6 | |

Case 2:10-md-02179-CJB-DPC Document 12858-9 Filed 05/13/14 Page 106 of 161
Case 2:10-md-02179-CJB-SS Document 13228-4 Filed 05/06/14 Page 10 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Girrens, Steven P. | DOE | NNSA | LANL |
| Gittings, Steve R. | DOC | NOAA | NOS/ONMS |
| Glass, Patti | DOE | NNSA | SNL |
| Glazner, Ann H. | DOI | BOEMRE | |
| Golde, Helen M. | DOC | NOAA | NMFS/OPR |
| Goodman, Dawn A. | DOE | NNSA | LANL |
| Goodwin, William | DOC | NOAA | NOS/ONMS |
| Goorley, John Tim | DOE | NNSA | LANL |
| Gostnell, Caleb | DOC | NOAA | NOS/COOP&SVC |
| Gottesman, Larry | EPA | HQ | |
| Graham, Curry | DOD | ACOE | HQ |
| Graham, Kenneth E. | DOC | NOAA | NWS/SR |
| Gray, David | EPA | Region 6 | |
| Green, Catherine | DOE | NNSA | SNL |
| Green, Rebecca | DOI | BOEMRE | |
| Greenberg, Marc S. | EPA | Region 2 | |
| Greenwood, Susan | DOD | ACOE | CECC-G |
| Greer, Jennifer | DOD | ACOE | HQ |
| Grevatt, Peter | EPA | HQ | |
| Griffin, Justin M. | DOE | NNSA | LANL |
| Griffiths, Stewart K. | DOE | NNSA | SNL |
| Griffitt, Michelle | DOI | BOEMRE | |
| Groeneveld, Courtney | DOC | NOAA | NMFS/OHC |
| Gross, LouAnn | EPA | Region 4 | |
| Gruda, Jeffrey | DOE | NNSA | SNL |
| Guerra, Franciso M. | DOE | NNSA | LANL |
| Guess, Shannon | DOE | NNSA | SNL |
| Guffee, Ray M. | DOE | NNSA | LANL |
| Gust, Kurt | DOD | ACOE | ERDC |
| Guthrie, George | DOE | OFE | NETL |
| Guthrie, William | DOC | NIST | |
| Gutierrez, Sidney | DOE | NNSA | SNL |
| Gwinn, Kenneth | DOE | NNSA | SNL |
| Haaser, Constance | EPA | HQ | |
| Haddad, Robert | DOC | NOAA | NOS/ORR |
| Haenny, Lesley M. | DOI | BOEMRE | |
| Hail, Jr., James W. | DOI | BOEMRE | |
| Hale, Arthur | DOE | NNSA | SNL |
| Hall, Joan L. | DOI | BOEMRE | |
| Hammond, Stephen | DOI | USGS | |
| Hanson, Renn A. | DOC | NOAA | NOS/ORR |
| Hartman, Roger | DOE | NNSA | SNL |
| Hasenkampf, Mark J | DOI | BOEMRE | |
| Hassan, Basil | DOE | NNSA | SNL |
| Hauser, William | DOI | BOEMRE | |
| Havstad, Mark | DOE | NNSA | LLNL |
| Hayes, David | DOI | OS | |

Case 2:10-md-02179-CJB-DPC Document 12858-4 Filed 05/08/14 Page 107 of 161
Case 2:10-md-02179-CJB-SS Document 13928-9 Filed 05/08/14 Page 107 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Hazen, Terry | DOE | Off of Sci | LBNL |
| Hebert, Michael J. | DOI | BOEMRE | |
| Hedemann, Mark | DOE | NNSA | SNL |
| Heinzerling, Lisa | EPA | | |
| Helton, Douglas R. | DOC | NOAA | NOS/ORR |
| Henry, Jr., Charles B. | DOC | NOAA | NOS/ORR |
| Herbst, Lars | DOI | BOEMRE | |
| Herdt, Mary L. | DOI | BOEMRE | |
| Hermes, Robert E. (Robb) | DOE | NNSA | LANL |
| Hetrick, David | DOE | Off of Sci | ORNL |
| Hickerson, Emma Louise | DOC | NOAA | NOS/ONMS |
| Hickman, Steve | DOE | Off of Sci | ORNL |
| Hickman, Steve | DOI | USGS | |
| Hill, Franklin | EPA | Region 4 | |
| Hill, Marianne | DOE | NNSA | SNL |
| Hillman, Paul B. | DOC | NOAA | NMFS/AKFSC |
| Hines, Karl V. | DOI | USGS | |
| Hitchcock, Shane | EPA | Region 4 | |
| Hixson, Rachel S. | DOE | NNSA | LANL |
| Hoefen, Todd M. | DOI | USGS | |
| Hofer, John | DOE | NNSA | SNL |
| Hohimer, John | DOE | NNSA | SNL |
| Holcomb, David | DOE | NNSA | SNL |
| Holder, Ken | DOD | ACOE | MVN |
| Hollweg, Terill Anne | DOC | NOAA | NMFS/OHC |
| Holz, Theresa | EPA | Region 5 | |
| Hom, Tom | DOC | NOAA | NMFS/NWFSC |
| Homer, David | EPA | | |
| Honeycutt, Larry B. | DOE | NNSA | LANL |
| Hooks, Craig | EPA | HQ | |
| Horschel, Daniel | DOE | NNSA | SNL |
| Hoshman, Russell | DOI | BOEMRE | |
| Hostetter, Earl Brian | DOC | NOAA | NMFS/OHC |
| Houck, Nathan | DHS | USCG | |
| Hoverson, Mark D. | DOE | NNSA | LANL |
| Howell, Ruth R. | DOC | NOAA | NMFS/NWFSC |
| Hruby, Jill | DOE | NNSA | SNL |
| Hsieh, Paul | DOI | USGS | |
| Huber, Cynthia | DOE | NNSA | SNL |
| Hubard, Carrie W. | DOC | NOAA | NMFS/OPR |
| Hudson, Scott | EPA | CINC | |
| Hughes, Alyssa | EPA | Region 4 | |
| Hughes, R.G. | FRTG | | RG Hughes & Assoc. |
| Humphrey, Alan | EPA | Region 2 | |
| Hundley, Michael F. | DOE | NNSA | LANL |
| Hunter, Bradley J. | DOI | BOEMRE | |
| Hunter, James F. | DOE | NNSA | LANL |

Case 2:10-md-02179-CJB-DPCS Document 12628-9 Filed 05/18/14 Page 108 of 161
Case 2:10-md-02179-CJB-SS Document 3920-4 Filed 05/06/11 Page 10 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Hunter, Tom | DOE | NNSA | SNL |
| Hurst, Kathleen | DOE | NNSA | SNL |
| Hurtle, Kenneth P. | DOE | NNSA | LANL |
| Hutchinson, Michael P. | DOI | BOEMRE | |
| Huyser, Matt | EPA | Region 4 | |
| Idar, Deanne J. | DOE | NNSA | LANL |
| Iliff, John W. | DOC | NOAA | NMFS/OHC |
| Imohiosen, Charles | EPA | HQ | |
| Irizarry, Gilberto | EPA | HQ | |
| Izon, David | DOI | BOEMRE | |
| Jackson, Lisa | EPA | OA | |
| Jager, Doug | EPA | Region 4 | |
| James, Michael R. | DOE | NNSA | LANL |
| Jarvis, Jesse | DOD | ACOE | ERDC |
| Jean, Brian A. | DOE | NNSA | LANL |
| Jeansonne, James H. | DOC | NOAA | NOS/ORR |
| Jennings, Barbara | DOE | NNSA | SNL |
| Jennings, Kimberly | EPA | HQ | |
| Johns, Russell C. | DOE | NNSA | LANL |
| Johnson, Bonnie Laborde | DOI | BOEMRE | |
| Jones, Elizabeth I. | DOC | NOAA | NOS/ORR |
| Jones, James | EPA | HQ | |
| Jones, Kathy | EPA | HQ | |
| Jones, Nancy | EPA | Region 6 | |
| Jones, Robert | DOC | NOAA | NOS/ORR |
| Jones, Timothy Todd | DOC | NOAA | NMFS/PIFSC |
| Jonesi, Gary | EPA | OECA | |
| Josey, Justin L | DOI | BOEMRE | |
| Josey, Randall E. | DOI | BOEMRE | |
| Julius, Brian | DOC | NOAA | NOS/ORR |
| Justen, Michael E. | DOC | NOAA | NMFS/OMB |
| Justice, James | EPA | Region 5 | |
| Kadeli, Lek | EPA | HQ | |
| Kallio, Jeffrey | DOE | NNSA | SNL |
| Kampschmidt, Kerry | DOE | NNSA | SNL |
| Kaneshige, Michael | DOE | NNSA | SNL |
| Kanninen, Daniel | EPA | HQ | |
| Kapernick, Richard J. | DOE | NNSA | LANL |
| Kaplan, Paul | DOE | NNSA | SNL |
| Karl, Kevin J. | DOI | BOEMRE | |
| Karrie, Joan | EPA | HQ | |
| Kassim, Kassim Y. | DOI | BOEMRE | |
| Katz, Jonathan | SA | | SA |
| Keenan, Patrick | DOD | Navy | |
| Keese, David | DOE | NNSA | SNL |
| Keith, Dwain A. | DOE | NNSA | LANL |
| Kelic, Andjelka | DOE | NNSA | SNL |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Kelley, Karen Corzine | DOE | NNSA | LANL |
| Kelly, Brian | EPA | Region 5 | |
| Kelly, Jack | EPA | Region 3 | |
| Kendall, Jr., James J. | DOI | BOEMRE | |
| Kennedy, David M. | DOC | NOAA | NOS/OOCRM |
| Kennedy, Emily K | DOI | BOEMRE | |
| Kern, John C. | DOC | NOAA | NMFS/OHC |
| Kern, Tim | DOI | USGS | |
| Kiene, William E. | DOC | NOAA | NOS/ONMS |
| Kihara, Keith H. | DOE | NNSA | LANL |
| Kilgore, Jack | DOD | ACOE | ERDC |
| Kitsch, Susan | DOE | NNSA | SNL |
| Kleban, Stephen | DOE | NNSA | SNL |
| Knapp, Bret E. | DOE | NNSA | LANL |
| Knoy, Jim | EPA | HQ | |
| Kocher, III, August J. | DOI | BOEMRE | |
| Kokaly, Raymond F. | DOI | USGS | |
| Kornreich, Drew Edward | DOE | NNSA | LANL |
| Kovak, Brian | EPA | Region 2 | |
| Krauss, Elizabeth | DOE | NNSA | SNL |
| Kropka, Jamie | DOE | NNSA | SNL |
| Kruse, III, Bernard J. | DOI | BOEMRE | |
| Kuester, Scott E. | DOC | NOAA | OMAO/CPC |
| Kurelja, Lindsay | DOC | NOAA | OMAO/Ship Oregon II |
| Kurtz, Jan | EPA | GSL | |
| Labiche, Lance C | DOI | BOEMRE | |
| Labson, Victor F. | DOI | USGS | |
| Lambert, Nicole S. | DOC | NOAA | NOS/ORR |
| Lamkin, John T. | DOC | NOAA | NMFS/SEFSC |
| Lan, Christine M. | DOI | BOEMRE | |
| Lana, Renata Isabelle | DOC | NOAA | NOS/NCCOS |
| Lane, Jone | DOE | NNSA | SNL |
| Lane, Leticia | EPA | Region 6 | |
| Lankford, Jeffrey | DOC | NOAA | NOS/ORR |
| Lansing, Michael A. | DOE | NNSA | LANL |
| Lartigue, Julien Richard | DOC | NOAA | OAR/LCI |
| Lasheras, Juan | FRTG | UC SD | FRTG |
| Lauenstein, Gunnar | DOC | NOAA | NOS/NCCOS |
| Leach, Sarah | DOD | ACOE | ERDC |
| LeBoeuf, Nicole R. | DOC | NOAA | NMFS/OAA |
| Leclaire, Jr., Rene J. | DOE | NNSA | LANL |
| Lee, Alvin | DOD | ACOE | |
| Lehman, Stephen | DOC | NOAA | NOS/ORR |
| Lehr, William J. | DOC | NOAA | NOS/ORR |
| Leibman, Christopher P. | DOE | NNSA | LANL |
| Leifer, Ira | FRTG | UC SB | FRTG |
| Leonova, Larisa | EPA | Region 5 | |

Case 2:10-md-02179-CJB-DPS Document 12859-9 Filed 05/18/14 Page 110 of 161
Case 2:10-md-02179-CJB-SS Document 12820-4 Filed 05/06/14 Page 12 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Letellier, Bruce | DOE | NNSA | LANL |
| Levine, Edwin A. | DOC | NOAA | NOS/ORR |
| Lindsey, Debbie | EPA | | |
| Lins, Lawrence | EPA | Region 5 | |
| Littiken, Craig | DOD | ACOE | SAM |
| Livo, Keith E. | DOI | USGS | |
| Lomadofkie, Roberta | DOE | NNSA | SNL |
| Long, Roy | DOE | OFE | NETL |
| Loose, Verne | DOE | NNSA | SNL |
| Lopez, Aaron A. | DOE | NNSA | LANL |
| Lopez, Antoinette | DOE | NNSA | SNL |
| Lopez, Rafael | DOC | NOAA | NMFS/OHC |
| Lorentz, Warren | DOD | ACOE | ERDC |
| Lotufo, Guilherme | DOD | ACOE | ERDC |
| Lubchenco, Jane | DOC | NOAA | USEC/ADMIN |
| Lucero, Barbara | DOE | NNSA | SNL |
| Lumsden, Beth | DOC | NOAA | NMFS/OAA |
| Lynch, Mary-Kay | EPA | HQ | |
| MacFadyen, Amoreena | DOC | NOAA | NOS/ORR |
| Macfarlan, Daphne | DOC | NOAA | NMFS/OHC |
| Mack, David | DOI | USGS | |
| Maclay, Donald M. | DOI | BOEMRE | |
| Maddox, Donald | EPA | HQ | |
| Mahoney, Lenna | DOE | Off of Sci | PNNL |
| Majumdar, Arun | DOE | ARPA-E | |
| Malbrue, Mark K. | DOI | BOEMRE | |
| Manning, Nicole M. | DOC | NOAA | OMAO/Ship Ronald H. |
| Mansuri, Layla | EPA | Region 6 | |
| Marchand, Deborah | DOE | NNSA | SNL |
| Margolis, Alan | EPA | HQ | |
| Marot, Marci | DOI | USGS | |
| Martin, William | DOD | ACOE | ERDC |
| Martinez, Amanda M. | DOE | NNSA | LANL |
| Martinez, Maria | EPA | Region 4 | Air Quality Analysis |
| Martinez, Stephen P. | DOI | BOEMRE | |
| Martz, Roger L. | DOE | NNSA | LANL |
| Mase, Blair E. | DOC | NOAA | NMFS/SEFSC |
| Mason, Ann | DOI | NPS | |
| Matlock, Dennis | EPA | Region 3 | |
| Matthews, Jason R. | DOI | BOEMRE | |
| Matthiessen, R. Craig | EPA | HQ | |
| Matzke, James (Jim) L. | DOE | NNSA | LANL |
| Maupin, Ryan D. | DOE | NNSA | LANL |
| McCarroll, John | DOI | BOEMRE | |
| McCarthy, Gina | EPA | HQ | |
| McCay, Debbie French | DOC | NOAA | NOS |
| McCorkhill, Michael | EPA | Region 6 | |

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/18/14 Page 111 of 161
Case 2:10-md-02179-CJB-SS Document 2928-4 Filed 05/06/11 Page 13 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| McCumber, David E. | DOE | NNSA | LANL |
| McCune, Timothy | DOC | NOAA | NMFS/OHC |
| McDermon, John C. | DOE | NNSA | LANL |
| McGuire, Jim | EPA | Region 4 | |
| McGuire, Marti J. | DOC | NOAA | NMFS/OHC |
| McIntosh, David | EPA | Region 6 | |
| McKean, Deborah | EPA | Region 8 | |
| McLaughlin, Donald | EPA | Region 3 | |
| McLean, Philip J. | DOI | BOEMRE | |
| Mcnutt, Juli Anna | DOC | NOAA | NMFS/OHC |
| McNutt, Marcia | DOI | USGS | |
| McPherson, Timothy N. | DOE | NNSA | LANL |
| Mcquilliams, Jully S. | DOI | BOEMRE | |
| McShane, David W. | DOC | NOAA | NWS/SR |
| Meadows, Dwayne W. | DOC | NOAA | NMFS/OPR |
| Mearns, Alan J. | DOC | NOAA | NOS/ORR |
| Medina, Monica Du Plessis | DOC | NOAA | USEC |
| Meehan, Sean R. | DOC | NOAA | NMFS/OHC |
| Meeker, Gregory P. | DOI | USGS | |
| Megrey, Bernard | DOC | NOAA | NMFS/AKFSC |
| Meiburg, Stan | EPA | Region 4 | |
| Mendez, Jacob | DOE | NNSA | LANL |
| Merewether, Raymond | DOE | NNSA | SNL |
| Merritt, Stacie M | DOI | BOEMRE | |
| Mersen, John | DOE | NNSA | SNL |
| Merten, Amy A. | DOC | NOAA | NOS/ORR |
| Meyer, P.A. | DOE | Off of Sci | PNNL |
| Meyer, Thomas G | DOI | BOEMRE | |
| Michel, Jaqueline | DOC | NOAA | NOS |
| Micke, Fredrick | EPA | Region 5 | |
| Mielke, Angela M. | DOE | NNSA | LANL |
| Milbury, James C. | DOC | NOAA | NMFS/SWR |
| Miller, Jim | EPA | Region 4 | Finance Section |
| Miller, Kevin | EPA | HQ | |
| Miller, Mark W. | DOC | NOAA | NOS/ORR |
| Miller, Wayne | DOE | NNSA | LLNL |
| Mindel, Howard | DOD | ACOE | SAD |
| Minello, Thomas J. | DOC | NOAA | NMFS/SEFSC |
| Miner, Michael D. | DOI | BOEMRE | |
| Miselis, Jenifer | DOI | USGS | |
| Mitchell, Michael | DOE | NNSA | SNL |
| Mjoness, Mark | EPA | HQ | |
| Mohaghegh, Shahab | DOE | OFE | NETL |
| Moisan, Paul Francis | DOC | NOAA | NESDIS/NODC |
| Mollot, Darren | DOE | OFE | |
| Montone, Mike | DOD | ACOE | SAD |
| Mooney, Walter | DOI | USGS | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Moore, David | DOE | NNSA | SNL |
| Moore, David C. | DOI | BOEMRE | |
| Moore, David M. | DOI | BOEMRE | |
| Moore, Gary | EPA | Region 6 | |
| Moore, Joel | DOI | BOEMRE | |
| Moore, Thomas | DOC | NOAA | NMFS |
| Moran, Kathryn | DOE | NNSA | SNL |
| Moran, Mark P. | DOC | NOAA | NESDIS/NESDIS |
| Moridis, George | DOE | Off of Sci | LBNL |
| Morreale, Bryan | DOE | OFE | NETL |
| Morris, DeAnna Lee | DOC | NOAA | NMFS/AKFSC |
| Morrow, Charles | DOE | NNSA | SNL |
| Morton, Sean A. | DOC | NOAA | NOS/ONMS |
| Moser, Cathy Lou | DOI | BOEMRE | |
| Mouton, Marcus S. | DOI | BOEMRE | |
| Mouton, Steven | DOI | BOEMRE | |
| Muhasky, Jerry | DOC | NOAA | NOS/ORR |
| Mujica, Joaquin | DOD | ACOE | MVN |
| Mulino, Maureen M. | DOI | BOEMRE | |
| Mullen, Evelyn | DOE | NNSA | LANL |
| Mullin, Joseph | DOI | BOEMRE | |
| Munther, Sahawneh | DOD | ACOE | SAM |
| Murakawa, Shawn K.K. | DOC | NOAA | NMFS/PIFSC |
| Murawski, Steven A. | DOC | NOAA | NMFS/OAA |
| Myers, Craig | EPA | Region 8 | |
| Nafe, Michael | DOE | NNSA | SNL |
| Nalipinski, Mike | EPA | Region 1 | |
| Nannen, Michelle | DOI | BOEMRE | |
| Napolitano, Janet | DHS | OS | |
| Napp, Jeffrey | DOC | NOAA | NMFS/AKFSC |
| Naranjo, Javier E. | DOI | BOEMRE | |
| Neal, Eric A | DOI | BOEMRE | |
| Neal, Robert G. | DOI | BOEMRE | |
| Neidigk, Stephen | DOE | NNSA | SNL |
| Nelson, Jennifer | DOE | NNSA | SNL |
| Nelson, Phil | DOI | USGS | |
| Neu, Mary P. | DOE | NNSA | LANL |
| Newman, Stephen | DOD | ACOE | ERDC |
| Newton, Jonathan | EPA | HQ | |
| Nicolary, Nancy | DOE | NNSA | SNL |
| Nichols, Nick | EPA | | |
| Nichols, Tonya | EPA | CINC | |
| Nygren, Andrea | DOI | BOEMRE | |
| O'Connor, Sharon | DOE | NNSA | SNL |
| O'Gorman, Christian | DOE | NNSA | SNL |
| O'Neill, Sheila | DOE | NNSA | SNL |
| O'Sullivan, Donald | DOE | NNSA | LANL |

Case 2:10-md-02179-CJB-DPC Document 12830-9 Filed 05/08/14 Page 113 of 161
Case 2:10-md-02179-CJB-SS Document 3930-4 Filed 05/06/11 Page 15 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Obrey, Stephen J. | DOE | NNSA | LANL |
| Ochoa, Shenney | DOE | NNSA | SNL |
| Odom, Michael | DHS | USCG | |
| Oh, Peter | EPA | HQ | |
| Okhuysen, Brett S. | DOE | NNSA | LANL |
| Oldenburg, Curt | DOE | Off of Sci | LBNL |
| Olinger, Miles W. | DOE | NNSA | LANL |
| Oliver, John | DOC | NOAA | NMFS/OAA |
| Olson, Kathryn | DOE | NNSA | SNL |
| Onishi, Yasuo | DOE | Off of Sci | PNNL |
| Oster, Seth | EPA | HQ | |
| Osterman, Mark C | DOI | BOEMRE | |
| Outlaw, Jarvis L | DOI | BOEMRE | |
| Owens, Steve | EPA | RTP | |
| Pacheco, Larry W. | DOE | NNSA | LANL |
| Page, Stephen | EPA | RTP | |
| Pan, Lehua | DOE | Off of Sci | LBNL |
| Pannala, Sreekanth | DOE | Off of Sci | ORNL |
| Pardi, Nicholas W. | DOI | BOEMRE | |
| Parker, Alan | DOE | Off of Sci | ORNL |
| Parker, Stephen | DOE | NNSA | SNL |
| Parrish, David | EPA | Region 6 | |
| Parsons, Arthur Rost | DOC | NOSAA | NESDIS/NODC |
| Parsons, Roger L. | DOC | NOAA | NOS/OCS |
| Pashayev, Rakhshan | DOI | BOEMRE | |
| Passell, Howard | DOE | NNSA | SNL |
| Paterno, Steve | DOD | ACOE | MVN |
| Patton, Frank Keith | DOI | BOEMRE | |
| Pavia, Robert | DOC | NOAA | NOS/ORR |
| Pawar, Rajesh | DOE | NNSA | LANL |
| Pawlak, Brian T. | DOC | NOAA | NMFS/OHC |
| Payne, Deboray | DOE | NNSA | SNL |
| Payton, Debra L. | DOC | NOAA | NOS/ORR |
| Pearson, Janice | EPA | Region 8 | |
| Pechewlys, Charles | DOE | NNSA | SNL |
| Pelowitz, Denise B. | DOE | NNSA | LANL |
| Penn, Tony Martin | DOC | NOAA | NOS/ORR |
| Perfect, Scott A. | DOE | NNSA | LLNL |
| Perry, Dale | EPA | HQ | |
| Petersen, Chris | EPA | Region 6 | |
| Peterson, Ami | DOE | NNSA | SNL |
| Peterson, Eugene J. | DOE | NNSA | LANL |
| Petrae, Gary | DOC | NOAA | NOS/ORR |
| Petras, Elizabeth J. | DOC | NOAA | NMFSWR |
| Petrole, MaryAnn | EPA | HQ | |
| Peuler, Elizabeth A. | DOI | BOEMRE | |
| Pfeifle, Tom | DOE | NNSA | SNL |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Pflieger, Frances Lynn | DOC | NOAA | NMFS/OMB |
| Pfund, David | DOE | Off of Sci | PNNL |
| Pica, Joseph | DOC | NOAA | OMAO/Ship Okeanos Expl |
| Pilch, Mary | DOE | NNSA | SNL |
| Pilie', Clay M. | DOI | BOEMRE | |
| Pizza, Jen Jo | DOC | NOAA | NOS/OOCRM |
| Pless, Daniel | DOE | NNSA | SNL |
| Plumlee, Geoffrey S, | DOI | USGS | |
| Plummer, Jean | DOE | NNSA | SNL |
| Pohler, Craig A | DOI | BOEMRE | |
| Polito, Joseph | DOE | NNSA | SNL |
| Ponwith, Bonnie J. | DOC | NOAA | NMFS/SEFSC |
| Possollo, Antonio | DOC | NIST | Yes |
| Powell, Dennis R. | DOE | NNSA | LANL |
| Powers, Jane S. | DOI | BOEMRE | |
| Powers, Michael H. | DOI | USGS | |
| Powers, Timothy J. | DOI | BOEMRE | |
| Pranger, Steve | DOD | ACOE | ERDC |
| Precht, William F. | DOC | NOAA | NOS/ONMS |
| Prendergast, Michael T. | DOI | BOEMRE | |
| Pruess, Karsten | DOE | Off of Sci | LBNL |
| Purdue, Alexander W. | DOE | NNSA | LANL |
| Quimby, Debbie | DOD | ACOE | ERDC |
| Quinlan, John A. | DOC | NOAA | NMFS/SEFSC |
| Quinones, Edwin | EPA | Region 6 | |
| Ragon, Derek | EPA | Region 6 | |
| Ranney, Robert N. | DOI | BOEMRE | |
| Rapp, John Michael | DOC | NOAA | NMFS/OHC |
| Rasmussen, Richard | DOE | NNSA | LANL |
| Ratzel, Arthur C. | DOE | NNSA | SNL |
| Rauenzahn, Rick M. | DOE | NNSA | LANL |
| Rauscher, Jon | EPA | Region 6 | |
| Reagan, Matthew T. | DOE | Off of Sci | LBNL |
| Rector, David | DOE | Off of Sci | PNNL |
| Redmond, James | DOE | NNSA | SNL |
| Redondo, Antonio | DOE | NNSA | LANL |
| Rees, Brian G. | DOE | NNSA | LANL |
| Rees, Jr., William S. | DOE | NNSA | LANL |
| Regan, Amy H. | DOE | NNSA | LANL |
| Rehfeldt, Kenneth | DOE | NNSA | LANL |
| Reich, Chris | DOI | USGS | |
| Reid, Robert S. | DOE | NNSA | LANL |
| Reisner, Gary C. | DOC | NOAA | NMFS/OMB |
| Renninger, Steven | EPA | CINC | |
| Reynolds, Charles | DOD | ACOE | ERDC |
| Rhame, Kenneth | EPA | Region 4 | |
| Rice, Glen A. | DOC | NOAA | NOS/OCS |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Rice, Steven | DOE | NNSA | SNL |
| Richman, Lance | EPA | Region 9 | |
| Ricks, Robert | DOC | NOAA | NWS/SR |
| Riley, James | FRTG | U. Wash. | FRTG |
| Rinaudo, Jr, Martin H. | DOI | BOEMRE | |
| Risenhoover, Alan | DOC | NOAA | NMFS/OSF |
| Ritschel, Dennis P. | DOE | NNSA | LANL |
| Rivera-Perez, Felix A. | DOC | NOAA | OMAO/Ship Okeanos Expl |
| Roberts, Lisa E. | DOC | NOAA | NMFS/SWR |
| Robins, Derek | DOD | Navy | |
| Robinson, Allen | DOE | NNSA | SNL |
| Robinson, Blossom J. | DOI | BOEMRE | |
| Robinson, Bruce A. | DOE | NNSA | LANL |
| Rodi, John L. | DOI | BOEMRE | |
| Rodriguez, Laverne | DOE | NNSA | LANL |
| Rogers, Bryan E. | DOI | BOEMRE | |
| Rolfe, John Jason | DOC | NOAA | NOS/ORR |
| Rolfe, Kevin | DOE | NNSA | SNL |
| Romero, Christopher | DOE | NNSA | LANL |
| Rose-Dullaghan, Jeni L. | DOI | BOEMRE | |
| Rowles, Teresa K. | DOC | NOAA | NMFS/OPR |
| Ruddy, Joseph Zane | DOC | NOAA | NMFS/SWR |
| Ruiz, Carlos | DOD | ACOE | ERDC |
| Rumney, Jean T. | DOI | BOEMRE | |
| Runge, Roberta | EPA | HQ | |
| Russell, Chris | EPA | | |
| Russo, Edmond | DOD | ACOE | ERDC |
| Rutherford, Nicolle R. | DOC | NOAA | NOS/ORR |
| Sadasivan, Pratap | DOE | NNSA | LANL |
| Salazar, Ken | DOI | OS | |
| Saltzstein, Sylvia | DOE | NNSA | SNL |
| Sams, Neal | DOE | OFE | NETL |
| Sattler, F. David | DOE | NNSA | LANL |
| Saucier, Michael | DOI | BOEMRE | |
| Savas, Omer | FRTG | UC Berkeley | FRTG |
| Sawabini, Anne | DOC | NOAA | NOS/ORR |
| Schaeffer, Blake | EPA | LAB | |
| Schexnaildre, Scott J | DOI | BOEMRE | |
| Schillig, Josef B. | DOE | NNSA | LANL |
| Schilling, Fred | DOD | ACOE | MVN |
| Schlieger, Brian | EPA | Region 5 | |
| Schmahl, George P. | DOC | NOAA | NOS/ONMS |
| Schraad, Mark W. | DOE | NNSA | LANL |
| Schroeder, Paul | DOD | ACOE | ERDC |
| Schumann, Jean | EPA | HQ | |
| Scillo, Nicole A. | DOC | NOAA | NOS/ORR |
| Sears, Janet K. | DOC | NOAA | NMFS/NWR |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Seestrom, Susan J. | DOE | NNSA | LANL |
| Segura, Daisy | DOE | NNSA | SNL |
| Selle, Tony | EPA | Region 8 | |
| Shaddix, Christopher | DOE | NNSA | SNL |
| Shaffer, Franklin | DOE | OFE | NETL |
| Shahin, Bea | DOD | ACOE | ERDC |
| Shapiro, Michael | EPA | HQ | |
| Sharma, Raj | EPA | Region 3 | |
| Sharpe, Rob | DOE | NNSA | LLNL |
| Shaum, Ray | DOE | NNSA | SNL |
| Shaw, Nena | EPA | HQ | |
| Sheets, Kari Lynn | DOC | NOAA | NWS/OST |
| Shenot, Jeffrey A. | DOC | NOAA | NMFS/OHC |
| Shigenaka, Gary | DOC | NOAA | NOS/ORR |
| Shirah, Donald | DOE | NNSA | SNL |
| Shorr, Benjamin David | DOC | NOAA | NOS/ORR |
| Shugard, Andy | DOE | NNSA | SNL |
| Silva, Peter | EPA | HQ | |
| Silverman, Noah Lawrence | DOC | NOAA | NWS/SR |
| Silzer, Stefan | EPA | HQ | |
| Simecek-Beatty, Debra | DOC | NOAA | NOS/ORR |
| Simmons, Theodore | DOE | NNSA | SNL |
| Simon, Galen R. | DOI | BOEMRE | |
| Simpson, William M. (Mike) | DOE | NNSA | LANL |
| Sims, Brian | DOE | NNSA | SNL |
| Sims, Jr., James Rae | DOE | NNSA | LANL |
| Sinah, Dipen N. | DOE | NNSA | LANL |
| Singleton, Michael | DOI | BOEMRE | |
| Sipes, Bridget | DOE | NNSA | SNL |
| Sirois, Scott M. | DOC | NOAA | OMAO/CPC |
| Skelley, Suzanne | DOC | NOAA | NOS/ASTADM |
| Slagle, Raymond C. | DOC | NOAA | OMA/CPC |
| Slanders, Mike | DOE | OFE | |
| Slater, Joshua J. | DOC | NOAA | OMAO/Ship Nancy Foster |
| Slitor, Douglas L. | DOI | BOEMRE | |
| Slocum, Alexander | SA | | SA |
| Smith, Art | EPA | Region 4 | |
| Smith, Braeton | DOE | NNSA | SNL |
| Smith, Christopher | DOI | USGS | |
| Smith, David L. | DOD | ACOE | ERDC |
| Smith, Donna | DOE | NNSA | SNL |
| Smith, Elliott S. | DOI | BOEMRE | |
| Smith, Heather | DOD | ACOE | ERDC |
| Smith, Mark E. | DOE | NNSA | LANL |
| Smith, Terry | EPA | HQ | |
| Smith, Thomas D. | DOI | BOEMRE | |
| Smith, Vernon | DOC | NOAA | NOS/ONMS |

Case 2:10-md-02179-CJB-DPC Document 12929-4 Filed 05/13/14 Page 117 of 161
Case 2:10-md-02179-CJB-SS Document 3829-4 Filed 05/06/11 Page 19 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Snyder, Lillian | DOE | NNSA | SNL |
| Soderberg, Jon | DOD | ACOE | HQ |
| Sogge, Mark K. | DOI | USGS | |
| Sonich-Mullin, Cynthia | EPA | CINC | |
| Sood, Avneet | DOE | NNSA | LANL |
| Sosinski, David | DOE | NNSA | LANL |
| Spadaccini, Christopher M. | DOE | NNSA | LLNL |
| Sprenger, Mark | EPA | Region 2 | |
| Spurlin, Steve | EPA | Region 4 | |
| Stalcup, Dana | EPA | HQ | |
| Stamber, Kevin | DOE | NNSA | SNL |
| Stanford, Anthony R. | DOE | NNSA | LANL |
| Stanislaus, Mathy | EPA | OSWER | |
| Starfield, Lawrence | EPA | Region 6 | |
| Stark, Peter C. | DOE | NNSA | LANL |
| Starkel, Bill | DOI | FWS | |
| Starkss, Shirley | DOE | NNSA | SNL |
| Staves, Jim | EPA | Region 6 | |
| Stearns, John H. | DOE | NNSA | LANL |
| Steele, Philip | DOC | NOAA | NMFS/SR |
| Steevens, Jeff | DOD | ACOE | ERDC |
| Steffek, Timothy J. | DOI | BOEMRE | |
| Stein, John E. | DOC | NOAA | NMFS/NWFSC |
| Stephens, Scott | DOE | NNSA | SNL |
| Sterling, Kevin | DOI | BOEMRE | |
| Stewart, Mark | DOE | Off of Sci | PNNL |
| Stilman, Terry | EPA | Region 4 | |
| Stone, Charles Mike | DOE | NNSA | SNL |
| Stout, Jordan H. | DOC | NOAA | NOS/ORR |
| Streett, Davida Z. | DOC | NOAA | NESDIS/OSPD |
| Stroschein, Thomas | DOD | Navy | |
| Stroud, Fred | EPA | LV | |
| Stroupe, Wayne | DOD | ACOE | ERDC |
| Stuart, Bryan | DOE | NNSA | SNL |
| Stulen, Rick | DOE | NNSA | SNL |
| Summa, Deborah A. | DOE | NNSA | LANL |
| Sutter, Frederick | DOC | NOAA | NMFS/SR |
| Swart, Brycen Gorrindo | DOC | NOAA | NMFS/SWR |
| Swartz-Larson, Darrin | EPA | Region 6 | |
| Swayze, Gregg A. | DOI | USGS | |
| Sylvander, Brendan A. | DOC | NOAA | NMFS/NWFSC |
| Symons, Lisa | DOC | NOAA | NOS/ONMS |
| Tatro, Majorie | DOE | NNSA | SNL |
| Taylor, Antoinette | DOE | NNSA | LANL |
| Taylor, Gerald | DOI | BOEMRE | |
| Taylor, Matt | EPA | Region 4 | |
| Taylor, Tammy P. | DOE | NNSA | LANL |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Tebeest, Randall J. | DOC | NOAA | OMAO/AOC |
| Ten Cate, James A. | DOE | NNSA | LANL |
| Theel, Heather | DOD | ACOE | ERDC |
| Thibodeaux, Guy | DOI | BOEMRE | |
| Thomas, Brett | EPA | Region 4 | |
| Thomas, Craig | EPA | Region 5 | |
| Thompson, Janis | EPA | Region 7 | |
| Thompson, Kyle | DOE | NNSA | SNL |
| Thompson, Peter G. | DOC | NOAA | NMFS/SEFSC |
| Thoms, Sharon | EPA | Region 4 | |
| Thorn, David L. | DOE | NNSA | LANL |
| Thorp, Donald T. | DOE | NNSA | LANL |
| Tieszen, Sheldon | DOE | NNSA | SNL |
| Tilton, IV, Edward L | DOI | BOEMRE | |
| Todd, Brandi | EPA | Region 6 | |
| Tolbert, Michael J. | DOI | BOEMRE | |
| Tomkins, Christopher David | DOE | NNSA | LANL |
| Tortorici, Cathryn E. | DOC | NOAA | NMFS/SR |
| Towle, Mike | EPA | Region 3 | |
| Tran, Hy | DOE | NNSA | SNL |
| Triebsch, George F. | DOI | BOEMRE | |
| Trocquet, David J. | DOI | BOEMRE | |
| Trosclair, Troy A. | DOI | BOEMRE | |
| Trujillo, Robert A. | DOE | NNSA | LANL |
| Tulis, Dana | EPA | HQ | |
| Turek, James G. | DOC | NOAA | NMFS/OHC |
| Turner, Kevin | EPA | Reguin 5 | |
| Tyner, Lee | EPA | HQ | |
| Ullock, Dean | EPA | | |
| Umlauf, Gretchen R. | DOC | NOAA | NMFS/SWR |
| Vaidya, Rajendra U. (Raj) | DOE | NNSA | LANL |
| Valdoz, Salli | DOE | NNSA | SNL |
| Valley, Michael | DOE | NNSA | SNL |
| Vanderboom, Eric | EPA | Region 1 | |
| Vandiver, Lisa Elizabeth | DOC | NOAA | NMFS/OHC |
| Vansyoc, Kelley G. | DOE | NNSA | LANL |
| Vaargas, Vanessa | DOE | NNSA | SNL |
| Venosa, Albert | EPA | CINC | |
| Verma, Mahendra K | DOI | USGS | |
| Vilijoen, Milena | DOC | NOAA | NMFS/OHC |
| Villa, Catherine | EPA | Region 10 | |
| Virden, Jud | DOE | Off of Sci | PNNL |
| Waddell, Steven K. | DOI | BOEMRE | |
| Wagner, Christine | EPA | Region 3 | |
| Wainberg, Daniel | EPA | Region 1 | |
| Walden, Ted | EPA | Region 4 | |
| Waldon, Margaret (Maggie) | EPA | Region 9 | |

Case 2:10-md-02179-CJB-JPSS Document 12629-4 Filed 05/08/14 Page 119 of 161
Case 2:10-md-02179-CJB-SS Document 3920-4 Filed 05/06/11 Page 21 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Walker, Lynda | DOE | NNSA | SNL |
| Walker, Sam | DOC | NOAA | NOS/ASTADM |
| Wallace, Fred | DOD | ACOE | MVN |
| Wallace, Jennifer Marie-Macal | DOC | NOAA | NMFS/OHC |
| Wallace, Terry  C. | DOE | NNSA | LANL |
| Walsh, Edward | EPA | HQ | |
| Wanninkhof, Richard H. | DOC | NOAA | OAR/AOML |
| Wapman, Derek | DOE | NNSA | LLNL |
| Ward, William (Bill) C. | DOE | NNSA | LANL |
| Warner, Bruce | DOE | NNSA | LLNL |
| Warthen, Barry J. | DOE | NNSA | LANL |
| Watabayashi, Glen Y. | DOC | NOAA | NOS/ORR |
| Waters, Laurie S. | DOE | NNSA | LANL |
| Watson, Scott A. | DOE | NNSA | LANL |
| Webb, Stephen | DOE | NNSA | SNL |
| Weber, Tom | DOC | NOAA | NOS |
| Webster, James | EPA | Region 4 | |
| Webster, Susan | EPA | Region 6 | |
| Weddington, Anna | DOE | NNSA | SNL |
| Weisgraber, Todd H. | DOE | NNSA | LLNL |
| Wellman, Gerald | DOE | NNSA | SNL |
| Wells, Beric | DOE | Off of Sci | PNNL |
| Wereley, Steve | FRTG | Purdue Univ. | FRTG |
| Werndli, Stephen Michael | DOC | NOAA | NOS/ONMS |
| Werner, John V. | DOC | NOAA | NWS/SR |
| Wesley, David | DOC | NOAA | NOS/ORR |
| Westerholm, David G. | DOC | NOAA | NOS/ORR |
| Wetzel, Nicholas | DOI | BOEMRE | |
| Whelan, Ann | EPA | Region 5 | |
| Whitney, John W. | DOC | NOAA | NOS/ORR |
| Williams, Carrol S. | DOI | BOEMRE | |
| Williams, Darryl | DOI | BOEMRE | |
| Williams, David | DOE | NNSA | SNL |
| Williams, Don | EPA | | |
| Williams, T. Scott | DOI | BOEMRE | |
| Williamson, Carter | EPA | Region 4 | |
| Williamson, Larry D. | DOI | BOEMRE | |
| Williamson, Warren W. | DOI | BOEMRE | |
| Willis, Renee | EPA | Region 4 | |
| Willis, Zdenka S. | DOC | NOAA | NOS/ASTADM |
| Wilson, Amy G. | DOI | BOEMRE | |
| Wilson, Gregory | EPA | OEM | |
| Wilson, Max | DOD | ACOE | HQ |
| Winandy, David B. | DOC | NOAA | NOS/MBO |
| Winner, William G. | DOC | NOAA | NMFS/SWR |
| Wittkamp, Carol | DOD | ACOE | MVN |
| Wolfe, Stephen | EPA | Region 5 | |

Case 2:10-md-02179-CJB-DPC Document 12859-9 Filed 05/18/14 Page 120 of 161
Case 2:10-md-02179-CJB-SS Document 13928-4 Filed 05/06/14 Page 22 of 22
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Woodka, Janet | EPA | HQ | |
| Wright, Dave | EPA | Region 2 | |
| Wright, Harold R.  (Rusty) | DOI | BOEMRE | |
| Wu, Ben | DOE | NNSA | SNL |
| Wyatt, Doug | DOE | OFE | NETL |
| Wynn, Renee | EPA | HQ | |
| Yam, Frank C. | DOI | BOEMRE | |
| Yamamoto, Bob | DOE | NNSA | LLNL |
| Yapa, Poojitha | FRTG | Clarkson U | FRTG |
| Yarberry, Nancy | EPA | Region 6 | |
| Yarbro, Stephen L. | DOE | NNSA | LANL |
| Yellowhorse, Larry | DOE | NNSA | SNL |
| Yender, Ruth | DOC | NOAA | NOS/ORR |
| Ylitalo, Gina M. | DOC | NOAA | NMFS/NWFSC |
| Yokuda, Satoru | DOE | Off of Sci | PNNL |
| Yost, Sally | DOD | ACOE | ERDC |
| Young, Cathy | EPA | Region 1 | |
| Young, Damon | DOD | ACOE | SAM |
| Yozell, Sally J. | DOC | NOAA | USEC |
| Yuhas, Gary | DOE | NNSA | SNL |
| Zabilansky, Leonard | DOD | ACOE | ERDC |
| Zarba, Christopher | EPA | HQ | |
| Zenone, Vince | EPA | Region 3 | |
| Zepper, John | DOE | NNSA | SNL |
| Zerbee, Jonetta J. | DOE | NNSA | LANL |
| Zimmerman, Roger J. | DOC | NOAA | NMFS/SEFSC |
| Zollinger, Michael S. (Mike) | DOE | NNSA | LANL |
| Zumbro, Martha V. | DOE | NNSA | LANL |

Case 2:10-md-02179-CJB-DPC Document 12852-5 Filed 05/06/14 Page 121 of 161
Case 2:10-md-02179-CJB-SS Document 3926-5 Filed 09/06/11 Page 1 of 8
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Abrams, Karen | DOC | NOAA | NMFS/OHC | BP Withdrew (7/28/2011 Nomellini Email) |
| Adams, Eric | N/A | N/A | MIT | Third party contractor |
| Ahmed, Zed | DHS | USCG | | US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All DOI Incident Commanders or Agency Leads at all ICPs including UAC | DOI | | | BP Withdrew (7/28/2011 Nomellini Email) |
| All EPA Incident Commanders or Agency Leads at the ICPS and the UAC | EPA | | | To the extent they have responsive information, these individuals will be included. |
| All federal government personnel who acted as Incident Commanders (OSCs) and Deputy Incident Commanders (Deputy OSCs) at all ICPs including UAC | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All federal government personnel who acted as Section Chiefs and Deputy Section Chiefs (including Planning, Operations, Logistics, Communications, Finance, Administraton) at all Command Posts, including UAC | | | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All federal government personnel who acted as Unit Leads and Branch Directors | | | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All federal government personnel who worked as Environmental Unit Leads, Environmental Unit Deputies, and Assistant Environmental Unit Leads at all ICPs, to include UAC and the GCIMT. | | | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All federal government personnel who worked in the Environmental Units and/or any dispersant group at any ICP, including UAC | | | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Joint Analysis Group ("JAG") members | DOC/EPA | Various | N/A | See entries under individual member names |
| OSAT-1 and OSAT-2 members | DHS | USCG | | See entries under individual member names |
| USCG members on duty in the Command Center, 8th Dist., 7/19-22/2010 | DHS | USCG | | USCG has produced all relevant Search and Rescue records through a reasonable search |
| USCG SERT Team Members | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| NOAA SSC Team Leads and SSC Deputies at all the ICPs, including UAC and the GCIMT. | DOC | NOAA | | To the extent they have responsive information, these individuals will be included. |
| All NOAA Representatives to UAC | DOC | NOAA | | To the extent they have responsive information, these individuals will be included. |
| Marine Safety Investigators at Morgan City Sector on duty 4/19-22/2010 or participated in interviews re the Incident. | DHS | USCG | | The interviews have been produced. Further searches of these custodians inappropriate pursuant to 43 U.S.C. § 6308. |

Case 2:10-md-02179-CJB-DPC Document 12852-5 Filed 05/18/14 Page 122 of 161
Case 2:10-md-02179-CJB-SS Document 3928-5 Filed 09/06/11 Page 2 of 8
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|------|--------|--------|--------|-------------------------------|
| Allen, Thad | DHS | USCG | | US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Amendola, Kimberly B. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Andrews, Curtis | DHS | USCG | | US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Appel, James Phillip | DOC | NOAA | NMFS/OAA | BP Withdrew (7/28/2011 Nomellini Email) |
| Ates, Harun | N/A | N/A | University of Tulsa | Third party contractor |
| Austin, Jennifer K. | DOC | NOAA | USEC | BP Withdrew (7/28/2011 Nomellini Email) |
| Bahar, Asnel | N/A | N/A | University of Tulsa | Third party contractor |
| Baker, Kyle P. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Baran, Janet M. | DOC | NOAA | USEC | BP Withdrew (7/28/2011 Nomellini Email) |
| Baringer, Molly O. | DOC | NOAA | OAR/AOML | BP Withdrew (7/28/2011 Nomellini Email) |
| Barr, Debora | DOC | NOAA | NOS | Will be captured by search of centralized ICC email collection. |
| Beaverson, Christopher | DOC | NOAA | OAR | BP Withdrew (7/28/2011 Nomellini Email) |
| Bejarano, Adriana | DOC | NOAA | Contractor | BP Withdrew (7/28/2011 Nomellini Email) |
| Belskis, Lisa A.C. | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Blackburn, Jason E. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Boda, Kenneth | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Boufadel, Michel | N/A | N/A | Temple Univ. | Third party contractor |
| Bowen, Andy | N/A | N/A | WHOI | Third party contractor |
| Brackett, Douglas Howe | DOC | NOAA | NMFS/OAA | BP Withdrew (7/28/2011 Nomellini Email) |
| Brandt, Havard | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Brannon, Rick | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Breaux, Mr. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Brown, Callan | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Brown, Susan M. | DOC | NOAA | NMFS/OHC | BP Withdrew (7/28/2011 Nomellini Email) |
| Browner, Carol | WH | | | Order of Magistrate Judge Shushan (Doc. No. 3377 |
| Bruce, Lyle | N/A | N/A | LG Bruce Consulting | BP Withdrew (7/28/2011 Nomellini Email) |
| Buchwalter, Jim | N/A | N/A | Gemini Solutions | Third party contractor |
| Bullman, Jack | DOT | NASA | SVS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Burnett, Paul | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Burns, Kathryn | N/A | N/A | Austral. Inst. Marine Sci. | Third party contractor |
| Calvert, Ray | N/A | N/A | Gemini Solutions | Third party contractor |
| Camilli, Richard | N/A | N/A | WHOI | Third party contractor |
| Camlin, Theo | N/A | N/A | O'Brien's Group | Third party contractor |
| Carlson, John K. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Chamberlain, Paul | DOC | NOAA | NOS | BP Withdrew (7/28/2011 Nomellini Email) |
| Chen, Robert | N/A | N/A | U Mass, Boston | Third party contractor |
| Chiampi , Rebecca K. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Clark, Jennifer | DOC | NOAA | OMAO/Ship Rainier | No information relevant to Event, Source Control, or Quantification |
| Clark, Kate | DOC | NOAA | NOS | Not reasonably expected to have responsive information |
| Close, Michael T. | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Coe, Cindy | DOL | OSHA | Region 6 | BP Withdrew (7/28/2011 Nomellini Email) |
| Comer, Amy Marie | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Conillon, Peter | N/A | N/A | U Rhode Island | Third party contractor |

Case 2:10-md-02179-CJB-DPC Document 12852-5 Filed 05/13/14 Page 123 of 161
Case 2:10-md-02179-CJB-SS Document 3928-5 Filed 09/06/11 Page 3 of 8
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Cook, Kevin | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Coolbaugh, Tom | N/A | N/A | Exxon Mobil | Third party contractor |
| Cost, Daniel | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Costanzo, Don | N/A | N/A | O'Brien's Group | Third party contractor |
| Court, Richard L. | N/A | N/A | | No employee of NASA, EPA, NOAA, or Coast Guard |
| Cozen, Pete | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Crone, Timothy | N/A | N/A | Lamont-Doherty | BP Withdrew (Gasaway Ltr 8/22/2011) |
| Crout, Richard | DOC | NOAA | NWS/OOS | BP Withdrew (7/28/2011 Nomellini Email) |
| Czarniak, Andrew | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Dahl, Jeff | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Damanque, Bryan | DOI | BOEMRE | | Believed to be a misspelling of Bryan Domangue. |
| Davenport, Guy | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Daves, Nancy K. | DOC | NOAA | NMFS/OAA | Not reasonably expected to have responsive information |
| Dawicki, Shelley M. | DOC | NOAA | NMFS/NEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Decker, Cynthia J. | DOC | NOAA | OAR/SABS | BP Withdrew (7/28/2011 Nomellini Email) |
| DeBosier, Toni | N/A | N/A | LA DNR | Third party |
| DeJoseph, Bonnie | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| DeMarignac, Jean | DOC | NOAA | NOS/ONMS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Desfosse, Lisa L. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Diel, William | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Dilorio, Daniela | N/A | N/A | University of Georgia | Third party contractor |
| Drew, Charity | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Dudek, Charles | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Dunsford, Sarah | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Durham, Christina Louise | DOC | NOAA | USEC/OLA | BP Withdrew (7/28/2011 Nomellini Email) |
| Dutton, Ken | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Earwaker, Karen Louise | DOC | NOAA | NOS/COOP&SVC | BP withdrew (Gasaway Ltr 8/22/2011) |
| Ellis, Mike | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Engleby, Laura K. | DOC | NOAA | NFMS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Enguchi, Tomo | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Epperly, Sheryan | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Fanelli, Colleen M. | DOC | NOAA | NOS/COOP&SVC | BP withdrew (Gasaway Ltr 8/22/2011) |
| Ferguson, Marie | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Foret, John D. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Fougeres, Erin M. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Frady, Teri L. | DOC | NOAA | NMFS/NEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Fraker, Mark | N/A | N/A | TerraMar Envtl | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Franklin, Abagail | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Frick, Amanda L. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Frutchey, Karen Patricia | DOC | NOAA | NMFS/PIR | BP Withdrew (7/28/2011 Nomellini Email) |
| Gallagher, Michael S. | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Gardner, Betsy | DOC | NOAA | | Not reasonably expected to have responsive information |
| Garrett, Ehpraim Spencer | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |

Case 2:10-md-02179-CJB-DCS Document 12852-5 Filed 05/08/14 Page 124 of 161
Case 2:10-md-02179-CJB-SS Document 3952-5 Filed 09/06/11 Page 4 of 8
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Garron, Mendy Sue | DOC | NOAA | NMFS/NER | BP Withdrew (7/28/2011 Nomellini Email) |
| Gautier, Peter W. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Gerhart, Susan D. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Gifford, Kevin Vern | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Gitschlag, Gregg R. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Golden, Keith | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Goodman, Ron | N/A | N/A | Innovative Ventures | Third party contractor |
| Gould, Austin | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Gutierrez, Alexis Theresa | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Hall, Lanet Leigh (Lanni) | DOC | NOAA | NMFS/NER | BP Withdrew (7/28/2011 Nomellini Email) |
| Halter-Coll, Heather | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Hanisko, David | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Hansen, Kurt | DOI | USGS | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hanzalik, James | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Harrell | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hauser, Olivia | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Haynie, William | N/A | N/A | ABS | BP Withdrew (Gasaway Ltr 8/22/2011) |
| Hearl, Frank | HHS | CDC/NIOSH | | BP Withdrew (7/28/2011 Nomellini Email) |
| Heberling, Sarah | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Hemmick, Paul | DOC | NOAA | NOS | See Himmelhoch Ltr 9/6/2011 |
| Hetrick, David | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Higgins, Joe | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hoffman, Peter | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hoffman, Robert S. (Bob) | DOC | NOAA | NMFS/SWR | BP Withdrew (7/28/2011 Nomellini Email) |
| Holliman, Stephen | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Holmes, Guillermo | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hope, Henry Richard | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Horn, Calusa S. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Horstman, Stacey L. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Hughes, Joseph "Chip" | HHS | NIEHS | | BP Withdrew (7/28/2011 Nomellini Email) |
| Hutley, Tedd | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Jabolonski, Holly D. | DOC | NOAA | OMAO/CPC | BP Withdrew (7/28/2011 Nomellini Email) |
| Jaeger, Drew | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Jernaes, Stein | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Johnson, Eric | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Johnston, Michelle Anne | DOC | NOAA | NOS/ONMS | See Himmelhoch Ltr 9/6/2011 |
| Kanuza, Scott | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Kathey, Scott | DOC | NOAA | NOS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Kelkar, Mohan | N/A | N/A | University of Tulsa | Third party contractor |
| Kelley, Janes Bryant | DOC | NOAA | OMAO/DS | See Himmelhoch Ltr 9/6/2011 |
| Kenney, Gary | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Khelifa, Ali | N/A | N/A | Environment Canada | Third party contractor |
| King, Chad E. | DOC | NOAA | NOS/ONMS | See Himmelhoch Ltr 9/6/2011 |

Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Kliewer, Colin | DOC | NOAA | NMFS/OHC | BP Withdrew (7/28/2011 Nomellini Email) |
| Konkel, Wolfgang | N/A | N/A | ExxonMobil | Third party contractor |
| Kunicki, Paul | DOC | NOAA | NMFS/SWR | BP Withdrew (7/28/2011 Nomellini Email) |
| Lambert, Debra M. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Lambert, Pat | N/A | N/A | Environment Canada | Third party contractor |
| Landry, Mary | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Lecky, Joey Hensley | DOC | NOAA | NOS/ONMS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Lee, Ken | DOD | ACOE | | Third party contributor |
| Levett, Bryce | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Levine, Michael | DOC | NOAA | NOS | Not reasonably expected to have responsive information |
| Li, Z. | N/A | N/A | Fish & Oceans Canada | Third party contractor |
| Libby, Kathy B. | DOC | NOAA | NMFS/NEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Lindgren, Lance | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Linegar, Kirt | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Little, Patrick | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Lizedski, Simon | N/A | N/A | | The United States cannot identify this individual |
| Long, Kristen Jane | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Lovett, Hilda | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Lowery, Tony | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Lugo, Lauren | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Lundberg-Littlefield, Naomi | DOC | NOAA | NMFS/OAA | BP Withdrew (7/28/2011 Nomellini Email) |
| Lundin, Tim | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Majumday, Arun | DOE | ARPA-E | | Believed to be a misspelling of Arun Majumdar |
| Mann, Steve | N/A | N/A | ExxonMobil | BP Withdrew (Gasaway Ltr 8/22/2011) |
| Marot, Marci | DOI | USGS | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Martin, Buzz | N/A | N/A | TX General Land Office | Third party |
| McCracken, William | N/A | N/A | August Compliance Intl. | Third party |
| McElroy, Amy | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| McFarland, Barry | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| McNulty, Sara A. | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Merchant, Zeita | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Meyer, Cynthia | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Meyers, Stephen F. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Miller, David P. | DOC | NOAA | USEC/PCA | BP Withdrew (7/28/2011 Nomellini Email) |
| Miller, Jerry | WH | EOP | OSTP | Order of Magistrate Judge Shushan (Doc. No. 3377 |
| Mitchell, Karen | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Moline, Karl I. | DOC | NOAA | NMFS/OST | BP Withdrew (7/28/2011 Nomellini Email) |
| Moreno, Paula Teixeira | DOC | NOAA | NFMS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Nance, James M. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Nedwed, Tim | N/A | N/A | Exxon Mobil | BP Withdrew (Gasaway Ltr 8/22/2011) |
| Neffenger, Peter V. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Nelson, Robert | N/A | N/A | WHOI | Third party contractor |
| Niu, H. | N/A | N/A | Fish & Oceans Canada | Third party contractor |

Case 2:10-md-02179-CJB-DPC Document 12852-5 Filed 05/13/14 Page 126 of 161
Case 2:10-md-02179-CJB-SS Document 3928-5 Filed 09/06/11 Page 6 of 8
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|------|--------|--------|--------|-------------------------------|
| Noble, Brandi | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Norberg, Jack Brent | DOC | NOAA | NMFS/NWR | BP Withdrew (7/28/2011 Nomellini Email) |
| Norton, Daniel | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Norton, Shelley L. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| O'Brien, Michael | N/A | N/A | ITOF | Third party |
| O'Brien, Sean | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Overton, Ed | N/A | N/A | Loisianna State Univ | Third party contractor |
| Padgett, Dr. | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Paradis, J. Scott | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Pease, Victoria L. | DOC | NOAA | NMFS/SWFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Pickett, Mark H. | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Podolak, Paul | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Poulin, Steven | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Powell, Jessica Rose | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Prestcott, Brian | DOC | NOAA | NOS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Proie, Andrea | DOC | NOAA | NOS | See Himmelhoch Ltr 9/6/2011 |
| Qualkebush, Darin | DOI | USGS | | The United States cannot identify this individual |
| Rasmussen, Olav | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Reddy, Christopher | N/A | N/A | WHOI | Third Party |
| Reece, Karla M. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Reed, Adam | DOC | NOAA | NOS | See Himmelhoch Ltr 9/6/2011 |
| Reyer, Tony | DOC | NOAA | NOS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Richards, Paul M. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Rilling, Gene Christopher | DOC | NOAA | NMFS/OST | BP Withdrew (7/28/2011 Nomellini Email) |
| Robb, Kevin | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Roletto, Janette | DOC | NOAA | NOS/ONMS | Not reasonably expected to have responsive information |
| Ropp, Patrick | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Royster, Julia E. | DOC | NOAA | NMFS/OHC | BP Withdrew (7/28/2011 Nomellini Email) |
| Ryder, Cheryl E. | DOC | NOAA | NMFS/NWR | BP Withdrew (7/28/2011 Nomellini Email) |
| Salbosa, Lasha | DOC | NOAA | NOS/ONMS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Sallis, Angela | DOC | NOAA | | Not reasonably expected to have responsive information |
| Sardi, Kate | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Sasso, Christopher R. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Schroeder, Barbara | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Schwartz, Sol H. | N/A | N/A | Mason & Hanger-Silas | Third party contractor |
| Seewald, Jeff | N/A | N/A | WHOI | Third party contractor |
| Seminoff, Jeffrey Aleksandr | DOC | NOAA | NMFS/SWFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Sexton-Mccarthy, Cheryl L. (Cheri) | DOC | NOAA | NMFS/OAA | BP Withdrew (7/28/2011 Nomellini Email) |
| Shepard, Mark | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Shortland, Rebecca Rachel | DOC | NOAA | NOS/ONMS | See Himmelhoch Ltr 9/6/2011 |
| Shotts, Kelly M. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Silva, George | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Sivathasan, Kuhan | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |

Case 2:10-md-02179-CJB-DPC Document 13892-5 Filed 05/08/14 Page 127 of 161
Case 2:10-md-02179-CJB-SS Document 3928-5 Filed 09/06/11 Page 7 of 8
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|------|--------|--------|--------|-------------------------------|
| Smith, Carl | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Somma, Dan | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Spradlin, Trevor R. | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Stacy, Brian | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Stanton, Ed | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Stroh, Lincoln D. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Summers, Tammy | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Svekovsky, Jan | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Swift, Rob | N/A | N/A | U New Hampshire | Third party contractor |
| Swimmer, Yonat | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Sylva, Sean | N/A | N/A | WHOI | Third party contractor |
| Taylor. Jaclyn C. | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Teas, Wendy G. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Techet, Alexandra | N/A | N/A | MIT | Third party contractor |
| Tepper, Allison | HHS | NIOSH | Hazard Eval. | BP Withdrew (7/28/2011 Nomellini Email) |
| The Captain of the Port, Morgan City, Louisiana between April 19 - 22, 2010 | DHS | USCG | | Collected through reasonable search. |
| The Captain of the USCG *Cutter Zephyr* between April 19 - 22, 2010 | DHS | USCG | | Collected through reasonable search. |
| Tolstoy, Maya | N/A | N/A | Lamont–Doherty | Third party |
| Touhy-Sheen, Liz | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Tucci, Andrew | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Tucker, Steven | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Tunstall, Capt. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Turk, Teresa  A. | DOC | NOAA | NMFS/OST | BP Withdrew (7/28/2011 Nomellini Email) |
| Turner, Daniel | DOC | NOAA | NOS/ONMS | See Himmelhoch Ltr 9/6/2011 |
| Turner, Philip | EPA | | | BP Withdrew (7/28/2011 Nomellini Email) |
| Underkoffler, Karen Elaine | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Vaccaro, Christopher | DOC | NOAA | USEC/PCA | BP Withdrew (7/28/2011 Nomellini Email) |
| Valette-Silver, Nathalie J. | DOC | NOAA | OAR/OER | BP Withdrew (7/28/2011 Nomellini Email) |
| Wade, Terry | N/A | N/A | TX A&M University | Third party contractor |
| Wagner, John | DOC | NOAA | NOS | See Himmelhoch Ltr 9/6/2011 |
| Walker, Calvin C. | DOC | NOAA | NMFS/OFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Wang, John | DOC | NOAA | NMFS | See Himmelhoch Ltr 9/6/2011 |
| Wang, Xiomong | N/A | N/A | Florida State University | Third party contractor |
| Watson, James | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Weber, Tom | N/A | N/A | U of New Hampshire | Third party contributor |
| Whaley, Janet | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Whitcomb, Louis | N/A | N/A | Johns Hopkins University | Third party contractor |
| Whitmore, Willie | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Wilhelm, Rachel | DOC | NOAA | USEC | BP Withdrew (7/28/2011 Nomellini Email) |
| Wilk, Barbara | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Wilkin, Sarah | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |

Case 2:10-md-02179-CJB-DPC Document 12852-5 Filed 05/13/14 Page 128 of 161
Case 2:10-md-02179-CJB-SS Document 3928-5 Filed 09/06/11 Page 8 of 8
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Williams, Phil | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Wilson, Steven | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Wingo, Richard Dean | DOL | OSHA | Region 4 | BP Withdrew (7/28/2011 Nomellini Email) |
| Wood, Michelle | DOC | NOAA | OAR | BP Withdrew (7/28/2011 Nomellini Email) |
| Yoerger, Dana | N/A | N/A | WHOI | Third Party |
| Zeile, Fred Carl | DOC | NOAA | NESDIS/NODC | Not reasonably expected to have responsive information |
| Zukunft, Paul | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |

Case 2:10-md-02179-CJB-DPC Document 12852-6 Filed 05/08/14 Page 129 of 161
Case 2:10-md-02179-CJB-SS Document 3826-6 Filed 09/06/11 Page 1 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 6 -- Army Corps Search Terms

| Party | No | Dates | Search Terms |
|---|---|---|---|
| BP | 47, 48 | 4/20/2010-1/31/2011 | ("senate\.gov" OR "house\.gov" OR "%eop\.gov" OR ("Executive Office" AND "President") OR ("house" AND "representatives") OR ("congress%" AND "Committ%")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") OR ("clos%" AND "fish%") OR ("Gulf" and "Tiger Team")) |
| BP | 52 | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos%" AND "fish%") OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") AND ("%.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "nytimes" OR "washpost" OR "wsj" OR "Washington Post" OR "Wall Street Journal" OR "Associated Press" OR " AP" OR "Reuters" OR "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| BP | 57 | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat%")) AND ("2010" OR "2011") |
| BP | 62, 180-181 | 4/20/2010-1/31/2011 | ("Chemical Safety Board" OR "CSB" OR "Marine Board of Investigation" OR "Joint Investigation Team" OR "JIT" OR "MBI" OR "Incident Specific Preparedness Review" OR "ISPR" OR "National Commission" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") |
| BP | 67 | 4/20/2010-9/19/2010 | (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| BP | 68-69 | 4/20/2010-9/19/2010 | ["Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill")]  AND [within ["oil" | "hydrocarbons"]] AND [within ["collect%" OR "cap%" OR "seal" OR "relief well" OR "recover%" OR "contain% OR "cofferdam" OR "top hat" OR "capping stack" OR "top kill" OR "junk shot" OR "well kill"]] AND [with ["approv%" OR "reject%" OR "deny" OR "allow" OR "grant" OR "submit%" OR "deci%" OR "consider%" OR "propose%" OR "identify%" OR "study" OR "inspect%" OR "evaluat%" OR "present%" OR "report" OR "ppt" OR "powerpoint"] OR ["method" AND "post"] OR ["method" AND "potential"]] |
| BP | 70 | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |

Case 2:10-md-02179-CJB-DPC Document 12852-6 Filed 05/13/14 Page 130 of 161
Case 2:10-md-02179-CJB-SS Document 3928-6 Filed 09/06/11 Page 2 of 3
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 6 -- Army Corps Search Terms

| Party | No | Dates | Search Terms |
|-------|-----|-------|--------------|
| BP | 73, 78-85 | 4/20/2010-9/19/2010 | ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow" OR "flowmeter" OR "low\-resolution" OR "high resolution" OR "veloci%" OR "BOPD%" OR "BPD%" OR "bbl%" OR "flow%" OR "mbd%" OR "wcd%" OR "worst case discharge" OR "leak%" OR "kink" OR "restrict%" OR "NEAR((gal%,min%),2)" OR "NEAR((gal%,day),2)" OR "emanate%" OR "orifice" OR "FEA" OR "Suttles" OR "Utsler" OR "Hayward" OR "McKay" OR "Dudley" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel%" OR "Bonn Agreement" OR "collect%" OR "flare%" OR "flow" OR "flow rate" OR "flowrate" OR "FRTG" OR "FRTT" OR "mass balance" OR "McNutt" OR "MMCFD" OR "nodal" OR "oil rate" OR "oil on water" OR "outflow" OR "surface expression" OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "skim%" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "spinner" OR "top hat" OR "Q4000" OR "CDP" OR "riser" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover%" OR "relief" OR "contain%" OR "collect%" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two\-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "sedimentation" OR "multi\-phase" OR "multiphase" OR "calculate%" OR "non\-hydrocarbon" OR "non\-oil" OR ("remote%" AND "operat%" AND "vehicle")) |
| BP | 74 | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt" |
| BP | 75 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "cap%" AND ("install%" OR "shut" OR "close" OR "integrity" OR "testing") |
| BP | 76 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy%" or "study" or "evaluat%" OR "deci%" or "terminat%" or "prolong") |
| BP | 86 | 4/20/2010-9/19/2010 | "DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical"OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance"OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" OR "fingerprint%" OR "tar%")) |

Case 2:10-md-02179-CJB-DPC Document 12852-6 Filed 05/13/14 Page 131 of 161
Case 2:10-md-02179-CJB-SS Document 3926 Filed 09/06/11 Page 3 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 6 -- Army Corps Search Terms

| Party | No | Dates | Search Terms |
|-------|-----|-------|--------------|
| BP | 123-137 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%") AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%" OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic" OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR "benefit") |

Case 2:10-md-02179-CJB-DPC Document 12852-97 Filed 05/13/14 Page 132 of 161
Case 2:10-md-02179-CJB-SS Document 3928-7 Filed 09/06/11 Page 13 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 7 -- Coast Guard Search Terms

| Party | No | Dates | Search Terms |
|-------|-----|-------|--------------|
| BP | 4 | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon") AND ("Enforcement Action" OR "E-101" OR "E-102" OR "E-103" OR "E-104" OR "E-105" OR "E-106" OR "E-107" OR "E-108" OR "Incident" OR "NEPA" OR "OSHA" OR "Occupational Safety and Health" OR "Assessment" OR "Inspect%" OR "Health" OR "Safety" OR "Environ%") |
| BP | 5, 6 | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH") AND ("INC" OR "Incident of Non compliance" OR "Incident of Noncompliance" OR "Enforcement Action" OR "Audit" OR "Inspec*" OR "Infraction" or "Violation" or "Corrective Action" OR "American Bureau of Shipping" OR "ABS" OR "Blowout Preventer" OR "BOP" OR "Blind Shear" OR "Deadman Switch" OR "Solenoid" OR "Cameron" OR OR "Wellbore Valve" OR "Uncontrolled Flow" OR "Formation Kick" OR "Subsea Stack" OR "Control Pods" OR "Hydraulic Ram" OR "Transducer" OR "Annular" OR "Riser" OR "Drill string" OR "redundant" OR "Fail-Safe" OR "drilling fluid" OR "drilling mud" OR Cement" OR "Casing" OR "Drill Pipe" OR "Well Integrity" OR "Gate valve") |
| BP | 47, 48 | 4/20/2010-1/31/2011 | ("senate\.gov" OR "house\.gov" OR "%eop\.gov" OR ("Executive Office" AND "President") OR ("house" AND "representatives") OR ("congress%" AND "Committ%")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") OR ("clos%" AND "fish%") OR ("Gulf and "Tiger Team")) |
| BP | 52 | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos%" AND "fish%") OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") AND ("%.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "nytimes" OR "washpost" OR "wsj" OR "Washington Post" OR "Wall Street Journal" OR "Associated Press" OR " AP" OR "Reuters" OR "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| BP | 54 | 4/20/2010-1/31/2011 | ("MOEX" OR "MOECO" OR "Mistui" OR "Transocean" OR "BP" OR "British Petroleum" OR "Anadarko" or "Cameron" or "Triton" or "Halliburton" or "Weatherford" or "Drillquip" or "GMBH" OR "Swaco") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "DWH") |
| BP | 55-56, 180-181 | 4/20/2010-3/17/2011 | ("Macondo: The Gulf Oil%" OR "Chief Counsel" OR "national commission" OR "Presidential Commission" OR "Bartlit") AND ("Report" OR "Amount and Fate" OR "Fate of the Oil" OR "statement" OR "Presentation") AND ("Deepwater Horizon" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") |
| BP | 57 | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat%")) AND ("2010" OR "2011") |
| BP | 62 | 4/20/2010-1/31/2011 | ("Chemical Safety Board" OR "Incident Specific Preparedness Review" OR "National Commission" OR "CSB" OR "ISPR" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR Mississippi Canyon Block 252") |
| BP | 63-65 | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "Macondo" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") AND ("Rescue" OR "Search" OR "SAR" OR "Firefighting" OR "Fire" OR "explo%" OR "Emergency" OR "Ballast" OR ("foam w12 "fire-resistant")) |

Case 2:10-md-02179-CJB-DPC Document 12852-97 Filed 05/13/14 Page 133 of 161
Case 2:10-md-02179-CJB-SS Document 3928-7 Filed 09/06/11 Page 2 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 7 -- Coast Guard Search Terms

| Party | No | Dates | Search Terms |
|---|---|---|---|
| BP | 67 | 4/20/2010-9/19/2010 | (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| BP | 68-69, 71-72 | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH" "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill") OR ("Gulf and "Tiger Team")) AND ("oil" OR "hydrocarbons") AND ("collect%" OR "cap" OR "capp%" OR "seal" OR "relief well" OR "recover" OR "contain" OR "cofferdam" OR "top hat" OR "capping stack" OR "top kill" OR "junk shot" or "well kill") AND ("approv%" OR "reject%" OR "deny" OR "allow" OR "grant" OR "submit%" OR "deci%" OR "consider%" OR "propose%" OR "identify%" OR ("method" AND "post" OR "potential") OR "study" OR "inspect%" OR "evaluat%" OR "present%" OR "report" OR "ppt" OR "powerpoint") |
| BP | 70 | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |
| BP | 73, 78-85 | 4/20/2010-1/31/2011 | ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow" OR "flowmeter" OR "low\-resolution" OR "high resolution" OR "veloci%" OR "BOPD%" OR "BPD%" OR "bbl%" OR "flow%" OR "mbd%" OR "wcd%" OR "worst case discharge" OR "leak%" OR "kink" OR "restrict%" OR "NEAR((gal%,min%),2)" OR "NEAR((gal%,day),2)" OR "emanate%" OR "orifice" OR "FEA" OR "Suttles" OR "Utsler" OR "Hayward" OR "McKay" OR "Dudley" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel%" OR "Bonn Agreement" OR "collect%" OR "flare%" OR "flow" OR "flow rate" OR "flowrate" OR "FRTG" OR "FRTT" OR "mass balance" OR "McNutt" OR "MMCFD" OR "nodal" OR "oil rate" OR "oil on water" OR "outflow" OR "surface expression" OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "skim%" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "spinner" OR "top hat" OR "Q4000" OR "CDP" OR "riser" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover%" OR "relief" OR "contain%" OR "collect%" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two\-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "sedimentation" OR "multi\-phase" OR "multiphase" OR "calculate%" OR "non\-hydrocarbon" OR "non\-oil" OR ("remote%" AND "operat%" AND "vehicle") OR "burn") |
| BP | 74 | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer"+D5 OR "BOP on BOP" OR "top kill attempt" |
| BP | 75 | 4/20/2010-1/31/2011 | ("DWH OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "cap%" AND ("install%" OR "shut" OR "close" OR "integrity" OR |
| BP | 76 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy%" or "study" or "evaluat%" OR "deci%" or "terminat%" or "prolong") |

Case 2:10-md-02179-CJB-DPC Document 12852-97 Filed 05/13/14 Page 134 of 161
Case 2:10-md-02179-CJB-SS Document 3928-7 Filed 09/06/11 Page 3 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 7 -- Coast Guard Search Terms

| Party | No | Dates | Search Terms |
|-------|-----|-------|--------------|
| BP | 86 | 4/20/2010-9/19/2010 | "DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical"OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" OR "fingerprint%" OR "tar%")) |
| BP | 123-137 | 4/20/2010-1/31/2011 | ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%") AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%" OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic" OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR "benefit") |
| BP | 187 | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "MC252" OR "Macondo") AND ("Marshall Islands") |
| APC | 1 | 4/20/2010-1/31/2011 | ("AE&P" OR "AEP" OR "APC" OR "operat*" OR "owner" OR "lessee" OR "person in charge" OR "vessel" OR "facility" OR "negligen*" OR "fail*" OR "care*" OR "violat*" OR "authori*") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "Deepwater Horizon" OR "DWH") |
| APC | 19 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("source" adj "control") |

Case 2:10-md-02179-CJB-DPC Document 12852-8 Filed 05/08/14 Page 135 of 161
Case 2:10-md-02179-CJB-SS Document 3928-8 Filed 09/06/11 Page 1 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 8 -- NOAA Search Terms

| Party | No | Dates | Search Term |
|---|---|---|---|
| BP | 2, 3, 8, 20 | 4/20/2005-4/20/2010 | (("MC252" OR "Mississippi Canyon Block 252" OR "Macondo") AND Appl*) AND ("MMS" OR "Minerals Management Service" OR "deepwater" OR "GOM" OR "Gulf of Mexico" OR "NEPA" OR "ESA" OR "SEIS" OR "EFH" OR "FONSI" OR "Explore" OR "drill" OR "review" OR "approv*" OR "disapprov*" OR ("explor*" AND "plan")) |
| BP | 21 | 4/20/2005-4/20/2010 | (("response" AND "plan") OR "OSRP") AND ("GOM" OR "Gulf of Mexico" OR "BP" OR "British Petroleum") |
| BP | 22 | 4/20/2005-4/20/2010 | ("review" OR "study" OR "assess*" OR "explor*") AND ("NEPA" OR "National Environmental Policy Act" OR "regulat*" OR "practice" OR "implement*") AND ("MC252" OR "Mississippi Canyon Block 252" OR "Macondo") |
| BP | 23 | 4/20/2005-4/20/2010 | ("appl*" OR "require*") AND ("oil spill response plan" OR "oil spill" OR "OSRP") AND ("OPA" OR "Oil Pollution Act" OR "regulat*" OR "NRCP" OR "National Contingency Plan") AND (adeq* OR "review" OR recommend* or "practice") |
| BP | 25 | 4/20/2005-4/20/2010 | ("Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR "St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR "One Gulf" OR "Contingency Plan" OR "Regional Plan" OR "Spill Plan" OR "Response Plan") AND ("prepar*" or "review*" or "approv*") |
| BP | 26 | 4/20/2005-4/20/2010 | ("Area Committee*" OR "AC") AND "oil spill response" AND ("Gulf of Mexico" OR "GOM" OR "Florida" OR "Alabama" OR "Mississippi" OR "Louisiana" OR "Texas" OR "New Orleans" OR "St. Petersburg") |
| BP | 47, 48 | 4/20/2010-1/31/2011 | ("senate.gov" OR "house.gov" OR "*eop.gov" OR ("Executive Office" AND "President") OR ("house" AND "representatives") OR ("congress*" AND "Committ*")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH" OR ("clos*" AND "fish*") OR ("Gulf" and "Tiger Team")) |
| BP | 52 | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos*" AND "fish*") OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") AND ("*.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "nytimes" OR "washpost" OR "wsj" OR "Washington Post" OR "Wall Street Journal" OR "Associated Press" OR " AP" OR "Reuters" OR "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| BP | 54 | 4/20/2010-1/31/2011 | ("MOEX" OR "MOECO" OR "Mistui" OR "Transocean" OR "BP" OR "British Petroleum" OR "Anadarko" or "Cameron" or "Triton" or "Halliburton" or "Weatherford" or "Drillquip" or "GMBH" OR "Swaco") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "DWH") |
| BP | 55-56, 180-181 | 4/20/2010-3/17/2011 | ("Macondo: The Gulf Oil*" OR "Chief Counsel" OR "national commission" OR "Presidential Commission" OR "Bartlit") AND ("Report" OR "Amount and Fate" OR "Fate of the Oil" OR "statement" OR "Presentation") AND ("Deepwater Horizon" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") |
| BP | 57 | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat*")) AND ("2010" OR "2011") |
| BP | 62, 180-181 | 4/20/2010-3/17/2011 | ("Chemical Safety Board" OR "CSB" OR "Marine Board of Investigation" OR "Joint Investigation Team" OR "JIT" OR "MBI" OR "Incident Specific Preparedness Review" OR "ISPR" OR "National Commission" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") |

Case 2:10-md-02179-CJB-DPC Document 12852-8 Filed 05/13/14 Page 136 of 161
Case 2:10-md-02179-CJB-SS Document 3928-8 Filed 09/06/11 Page 2 of 3
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 8 -- NOAA Search Terms

| Party | No | Dates | Search Term |
|-------|-----|-------|-------------|
| BP | 67 | 4/20/2010-9/19/2010 | (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| BP | 68-69, 71-72 | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH" "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill") OR ("Gulf" and "Tiger Team")) AND ("oil" OR "hydrocarbons") AND ("collect*" OR "cap*" OR "seal" OR "relief well" OR "recover" OR "contain" OR "cofferdam" OR "top hat" OR "capping stack" OR "top kill" OR "junk shot" or "well kill") AND ("approv*" OR "reject*" OR "deny" OR "allow" OR "grant" OR "submit*" OR "deci*" OR "consider*" OR "propose" OR "identify*" OR ("method" AND "post" OR "potential") OR "study" OR "inspect*" OR "evaluat*" OR "present*" OR "report" OR "ppt" OR "powerpoint") |
| BP | 70 | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |
| BP | 73, 78-85 | 4/20/2010-9/19/2010 | ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow" OR "flowmeter" OR "low-resolution" OR "high resolution" OR "veloci*" OR "BOPD*" OR "BPD*" OR "bbl*" OR "flow*" OR "mbd*" OR "wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "restrict*" OR "NEAR((gal*,min*),2)" OR "NEAR((gal*,day),2)" OR "emanate*" OR "orifice" OR "FEA" OR "Suttles" OR "Utsler" OR "Hayward" OR "McKay" OR "Dudley" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel*" OR "Bonn Agreement" OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "FRTG" OR "FRTT" OR "mass balance" OR "McNutt" OR "MMCFD" OR "nodal" OR "oil rate" OR "oil on water" OR "outflow" OR "surface expression" OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "skim*" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "spinner" OR "top hat" OR "Q4000" OR "CDP" OR "riser" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover*" OR "relief" OR "contain*" OR "collect*" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "sedimentation" OR "multi-phase" OR "multiphase" OR "calculate*" OR "non-hydrocarbon" OR "non-oil" OR ("remote*" AND "operat*" AND "vehicle")) |
| BP | 74 | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt" |
| BP | 75 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "cap*" AND ("install*" OR "shut" OR "close" OR "integrity" OR "testing") |
| BP | 76 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy*" or "study" or "evaluat*" OR "deci*" or "terminat*" or "prolong") |
| BP | 86 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" OR "fingerprint*" OR "tar")) |

Case 2:10-md-02179-CJB-DPC Document 12852-8 Filed 05/13/14 Page 137 of 161
Case 2:10-md-02179-CJB-SS Document 3926-8 Filed 09/06/11 Page 3 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 8 -- NOAA Search Terms

| Party | No | Dates | Search Term |
|---|---|---|---|
| BP | 123-137 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500*" OR "9527*" OR "dispersant" OR "brat*") AND ("permit*" OR "limit*" OR "control" OR "decision" OR "quantit*" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl*" OR "deci*" OR "direct*" OR "analy*" OR "identi*" OR "addendum" OR "use" OR "respons*" OR "alternative" OR "determin*" OR "guideline" OR "metric*" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict*" OR "injur*" OR "toxic" OR "SMART" OR "waiv*" OR "approv*" OR "measure" OR "assess" OR "shore" OR "coast*" OR "land" OR "inventor*" OR "deny" OR "deploy*" OR "benefit") |
| APC | 1 | 4/20/2010-1/31/2011 | ("AE&P" OR "AEP" OR "APC" OR "operat*" OR "owner" OR "lessee" OR "person in charge" OR "vessel" OR "facility" OR "negligen*" OR "fail*" OR "care*" OR "violat*" OR "authori*") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "Deepwater Horizon" OR "DWH") |

Case 2:10-md-02179-CJB-DPC Document 12852-9 Filed 05/08/14 Page 138 of 161
Case 2:10-md-02179-CJB-SS Document 3928-9 Filed 09/06/11 Page 1 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 9 -- EPA Search Terms

| Requestor | Request | Dates | Search Terms |
|---|---|---|---|
| BP | 21 | 4/20/2005-4/20/2010 | [OSRP OR ((Response) AND (Plan))] AND [BP OR (British Petroleum) OR GOM OR (Gulf of Mexico)] |
| BP | 22 | 4/20/2005-4/20/2010 | [Assess* OR Explor* OR Review OR Study] AND [Implement* OR (National Environmental Policy Act) OR NEPA OR Practice OR Regulate*] AND [Macondo OR MC252 OR (Mississippi Canyon Block 252)] |
| BP | 23 | 4/20/2005-4/20/2010 | [appl* OR Require*] AND [(Oil Spill) OR (Oil Spill Response Plan) OR OSRP] AND [(National Contingency Plan) OR NRCP OR (Oil Pollution Act) OR OPA OR Regulat*] AND [adeq* OR Practice OR recommend* OR Review] |
| BP | 24 | 4/20/2005-4/20/2010 | [ACP OR (Area Contingency Plan) OR CERCLA OR (Clean Water Act) OR CWA OR (National Contingency Plan) OR NCP OR (O 14) OR (O 414) OR (O 415) OR (O 428) OR (O 429) OR (O 452) OR (O 459) OR (O 460) OR (O 49) OR (O 553) OR (Oil Pollution Act) OR (Oil Spill Response Plan) OR OPA OR OSRP OR (Site Specific DC 133) OR (Site Specific DC 177) OR (Site Specific MC 252) OR (Site Specific MP 255) OR (Site Specific Seg 11015) OR (Site Specific Seg 4879 HIPS)] AND [barrel* OR bbl* OR Bopd* OR Bpd* OR Cleanup OR collect* OR (Damage Assessment) OR Damages OR Fee OR Fine OR flare* OR Flow OR (Flow Rate) OR flow* OR Flowmeter OR Flowrate OR kink OR leak* OR Liability OR (mass balance) OR Mbd* OR gal* w/2 min* OR gal* w/2 day* OR Obligation OR (oil on water) OR (oil rate) OR outflow OR Payment OR Penalty OR plume OR ((remote*) AND (operat*) AND (vehicle)) OR reservoir OR (Responsible Party) OR Restitution OR riser OR ROV OR sheen OR skim* OR spill OR spinner OR stbpd OR Velocimetry OR Velocity OR volume OR Wcd* OR (worst case discharge)] |
| BP | 25 | 4/20/2005-4/20/2010 | [Alabama OR (Corpus Christi) OR Florida OR Galveston OR GOM OR (Gulf of Mexico) OR Houston OR Louisiana OR Mississippi OR Mobile OR (Morgan City) OR (New Orleans) OR (Port Arthur) OR (St. Petersburg) OR Texas] AND [ACP OR (Area Contingency Plan) OR (Contingency Plan) OR (One Gulf) OR (Regional Plan) OR (Response Plan) OR (Spill Plan)] AND [Approv* OR Prepar* OR Review*] |
| BP | 26 | 4/20/2005-4/20/2010 | [AC OR Area Committee*] AND [(Oil Spill Response)] AND [(control* burn) OR Alabama OR berm OR dispersant OR dispersants OR Florida OR GOM OR (Gulf of Mexico) OR Louisiana OR Mississippi OR (New Orleans) OR (St. Petersburg) OR Texas] |
| BP | 47-48 | 4/20/2010-1/31/2011 | [*eop.gov OR *house.gov OR *senate.gov OR ((congress*) AND (Committ*)) OR ((Executive Office) AND (President)) OR ((house) AND (representatives))] AND [Anadarko OR BP OR (British Petroleum) OR Cameron OR ((clos*) AND (fish*)) OR (Deep water) OR deepwater OR Drillquip OR DWH OR GMBH OR (Gulf) AND (Tiger Team)) OR Halliburton OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR MOEX OR plume OR seafood OR Transocean OR Triton OR Weatherford] |
| BP | 52 | 4/20/2010-1/31/2011 | [Anadarko OR Cameron OR ((clos*) AND (fish*)) OR (Deepwater Horizon) OR Drillquip OR DWH OR GMBH OR ((Gulf) AND (Tiger Team)) OR ((Gulf of Mexico) AND (spill)) OR (Gulf oil) OR Halliburton OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR Triton OR Weatherford] AND [*tv.com OR ABC OR AP OR (Associated Press) OR blog OR CBS OR CNN OR journalist OR media OR NBC OR (New York Times) OR news OR newspaper OR nytimes OR press OR reporter OR Reuters OR TV OR (Wall Street Journal) OR (Washington Post) OR washpost OR website OR wsj] |
| BP | 54 | 4/20/2010-1/31/2011 | [Anadarko OR BP OR (British Petroleum) OR Cameron OR Drillquip OR GMBH OR Halliburton OR Mitsui OR MOECO OR MOEX OR Swaco OR Transocean OR Triton OR Weatherford] AND [(Deepwater Horizon) OR DWH OR Macondo OR MC252 OR (Mississippi Canyon Block 252)] |

Case 2:10-md-02179-CJB-DPC Document 12852-9 Filed 05/13/14 Page 139 of 161
Case 2:10-md-02179-CJB-SS Document 3928-9 Filed 09/06/11 Page 2 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 9 -- EPA Search Terms

| Requestor | Request | Dates | Search Terms |
|-----------|---------|-------|--------------|
| BP | 55-56 | 4/20/2010-3/17/2011 | [Bartlit OR (Chief Counsel) OR (Macondo: The Gulf Oil*) OR (national commission) OR (Presidential Commission)] AND [(Amount AND Fate) OR (Fate of the Oil) OR Presentation OR Report OR statement] AND (Deepwater Horizon) OR DWH OR MC252 OR (Mississippi Canyon Block 252) |
| BP | 62 | 4/20/2010-3/17/2011 | [(Chemical Safety Board) OR CSB OR (Incident Specific Preparedness Review) OR ISPR OR JIT OR (Joint Investigation Team) OR (Marine Board of Investigation) OR MBI OR (National Commission) OR (Presidential Commission)] AND [(Deep water Horizon) OR (Deepwater Horizon) OR DWH OR MC252 OR (Mississippi Canyon Block 252)] |
| BP | 73, 78-85 | 4/20/2010-9/19/2010 | [BP OR (Deep water Horizon) OR (Deepwater Horizon) OR DWH OR GOM OR ((Gulf AND (Spill)) OR (Gulf of Mexico) OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR Transocean] AND [*BOPD* OR *BPD* OR *mbd* OR *wcd* OR ((Admiral) AND (Allen)) OR ((Admiral) AND (Landry)) OR Amount OR (sedimentation) OR ASTM OR AVIRIS OR b/d OR barrel* OR Bbl OR bbl* OR bbl/d OR (Bonn Agreement) OR Bopd OR Bpd OR Burn OR calculate* OR Capture OR CDP OR collect* OR contain* OR (dispersed oil) OR Dudley OR emanat* OR Emulsify OR Evaporate OR FEA OR flare* OR Flow OR (Flow Rate) OR flow* OR Flowmeter OR Flowrate OR FPSO OR FRTG OR FRTT OR gal* w/2 day OR gal* w/2 min* OR gal*/day OR gal*/min* OR GOR OR Hayward OR Helix OR (high resolution) OR high-resolution OR Hydrate OR ICS209 OR Image OR Kink OR leak* OR (low resolution) OR low-resolution OR (mass balance) OR Mbd OR McKay OR McNutt OR MMCFD OR multi-phase OR Multiphase OR NOAA OR Nodal OR non-hydrocarbon OR non-oil OR Oceanic OR (oil budget) OR (oil on water) OR (oil rate) OR Orifice OR Outflow OR Particle OR Plume OR Q4000 OR recover* OR Relief OR ((remote*) AND (operat*) AND (vehicle)) OR reservoir OR response OR restrict* OR Riser OR RITT OR ROV OR Sheen OR skim* OR Spill OR spinner OR Stbpd OR (stocktank barrel) OR (stock tank barrel) OR (surface expression) OR Suttles OR (tar ball) OR (Toisa Pisces) OR (top hat) OR (two-phase flow) OR (two phase flow) OR Utsler OR veloci* OR volume OR (water column) OR (worst case discharge)] |

Case 2:10-md-02179-CJB-DPC Document 12852-9 Filed 05/13/14 Page 140 of 161
Case 2:10-md-02179-CJB-SS Document 3928-9 Filed 09/06/11 Page 3 of 3
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 9 -- EPA Search Terms

| Requestor | Request | Dates | Search Terms |
|---|---|---|---|
| BP | 86 | 4/20/2010-9/19/2010 | [BP OR (Deepwater Horizon) OR DWH OR GOM OR ((Gulf) AND (Spill)) OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR Transocean] AND [analysis w/20 (multi phase)) OR (analysis w/20 bubble) OR (analysis w/20 Celsius) OR (analysis w/20 discharge) OR (analysis w/20 Fahrenheit) OR (analysis w/20 flash) OR (analysis w/20 gas) OR (analysis w/20 MC252) OR (analysis w/20 methane) OR (analysis w/20 multi-phase) OR (analysis w/20 multiphase) OR (analysis w/20 oil) OR (analysis w/20 property) OR (analysis w/20 substance) OR (analysis w/20 temperature) OR (analysis w/20 viscosity) OR (analysis w/20 wellhead) OR (chemical w/20 (multi phase)) OR (chemical w/20 bubble) OR (chemical w/20 Celsius) OR (chemical w/20 discharge) OR (chemical w/20 Fahrenheit) OR (chemical w/20 flash) OR (chemical w/20 gas) OR (chemical w/20 MC252) OR (chemical w/20 methane) OR (chemical w/20 multi-phase) OR (chemical w/20 multiphase) OR (chemical w/20 oil) OR (chemical w/20 property) OR (chemical w/20 substance) OR (chemical w/20 temperature) OR (chemical w/20 viscosity) OR (chemical w/20 wellhead) OR fingerprint* OR (physical w/20 (multi phase)) OR (physical w/20 bubble) OR (physical w/20 Celsius) OR (physical w/20 discharge) OR (physical w/20 Fahrenheit) OR (physical w/20 flash) OR (physical w/20 gas) OR (physical w/20 MC252) OR (physical w/20 methane) OR (physical w/20 multi-phase) OR (physical w/20 multiphase) OR (physical w/20 oil) OR (physical w/20 property) OR (physical w/20 substance) OR (physical w/20 temperature) OR (physical w/20 viscosity) OR (physical w/20 wellhead) OR (properties w/20 (multi phase)) OR (properties w/20 bubble) OR (properties w/20 Celsius) OR (properties w/20 discharge) OR (properties w/20 Fahrenheit) OR (properties w/20 flash) OR (properties w/20 gas) OR (properties w/20 MC252) OR (properties w/20 methane) OR (properties w/20 multi-phase) OR (properties w/20 multiphase) OR (properties w/20 oil) OR (properties w/20 property) OR (properties w/20 substance) OR (properties w/20 temperature) OR (properties w/20 viscosity) OR (properties w/20 wellhead) OR tar*] |
| BP | 127-137 | 4/20/2010-1/31/2011 | [9500* OR 9527* OR brat* OR corexit OR dispersant] AND [addendum OR alternative OR amount OR analy* OR appl* OR Approv* OR assess OR benefit* OR coast* OR control OR deci* OR decision OR deny OR deploy* OR determin* OR direct* OR (dispersed oil) OR effect* OR fate OR guideline OR harm OR identi* OR injur* OR inventor* OR land OR limit* OR measure OR metric* OR permit* OR predict* OR quantit* OR respons* OR shore OR SMART OR subsea OR surface OR toxic OR use OR volume OR waiv*] |
| APC/AEP | 1-13,17-21; 1-11 | 4/20/2010-1/31/2011 | [(AE w/1 P) OR Authori* OR Care* OR Facility OR Fail* OR Lessee OR Negligen* OR Operat* OR Owner OR (Person In Charge) OR Vessel OR Violat*] AND [(Deep water Horizon) OR (Deepwater Horizon) OR DWH OR Macondo OR MC252 OR (Mississippi Canyon Block 252)] |
| APC | 19 | 4/20/2010-1/31/2011 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("source" adj "control") |
| BP | 73, 78-85 | 4/20/2010-1/31/2011 | [BP OR (Deep water Horizon) OR (Deepwater Horizon) OR DWH OR GOM OR (Gulf) AND (Spill) OR (Gulf of Mexico) OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR Transocean] and [burn] |

Case 2:10-md-02179-CJB-DPC Document 12853-10 Filed 05/13/14 Page 141 of 161
Case 2:10-md-02179-CJB-SS Document 3928-10 Filed 09/06/11 Page 41 of 161
MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 10 -- Interior Search Terms

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 2, 3, 8, 20 | YES | NO | 4/20/2005-4/20/2010 | ("N9349" OR "R4937" OR "608174116900" OR "608174116901"OR "Well 001 G32306 MC252" OR "MC252 Well #001" OR "MC252" OR "Mississippi Canyon Block 252" OR "Macondo") AND ("APD" OR "Appl*" OR ("Expl*" AND "Plan") OR "EP" OR "DOCD" or "Development Operations Coordination Document") |
| BP | 4 | YES | NO | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon") AND ("Enforcement Action" OR "E-101" OR "E-102" OR "E-103" OR "E-104" OR "E-105" OR "E-106" OR "E-107" OR "E-108" OR "Incident" OR "NEPA" OR "OSHA" OR "Occupational Safety and Health" OR "Assessment" OR "Inspect*" OR "Health" OR "Safety" OR "Environ*") |
| BP | 5, 6 | YES | NO | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH") AND ("INC" OR "Incident of Non compliance" OR "Incident of Noncompliance" OR "Enforcement Action" OR "Audit" OR "Inspec*" OR "Infraction" or "Violation" or "Corrective Action" OR "American Bureau of Shipping" OR "ABS" OR "Blowout Preventer" OR "BOP" OR "Blind Shear" OR "Deadman Switch" OR "Solenoid" OR "Cameron" OR "Wellbore Valve" OR "Uncontrolled Flow" OR "Formation Kick" OR "Subsea Stack" OR "Control Pods" OR "Hydraulic Ram" OR "Transducer" OR "Annular" OR "Riser" OR "Drill string" OR "redundant" OR "Fail-Safe" OR "drilling fluid" OR "drilling mud" OR "Cement" OR "Casing" OR "Drill Pipe" OR "Well Integrity" OR "Gate valve") |
| BP | 7 | YES | NO | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH") AND (("BOP" OR "Blowout Preventer") AND "Certif*") |
| BP | 10 | YES | NO | 4/20/2000-4/20/2010 | ("DWOP" OR "Deepwater Operating Plan" OR "APD" OR ("Appl*" AND "Drill" OR "Modify" OR "By-Pass") OR "RPD" OR "APM" OR "ABP" OR "RBP" OR "NTL" OR "Notice to Lessees" OR "archaeo*" OR "archeo*" OR "biological opinion" OR "biological assessment" OR "Exploration Plan" OR "NMFS" OR "National Marine Fisheries Service" OR "Environmental Review") AND ("Standard Operating Procedures" OR "Guideline" OR "Policies" OR "Policy" OR "SOP" OR "Proced*" OR "Evaluat*") |
| BP | 11 | YES | NO | 4/20/2005-4/20/2010 | ("Audit" OR "Offshore Incident Report*" OR "Accident Investigation" OR "Well control" OR "Safety Training" OR "Contain*" OR "Control" OR "Response Plan" OR "OSRP" OR "discharge" OR "Blowout" OR "Contingency" OR "Spill") AND ("Standard Operating Procedures" OR "Guideline*" OR "Policies" OR "Policy" OR "Certification" OR "Proced*" OR "Evaluat*") |
| BP | 14 | YES | NO | 4/20/2005-4/20/2010 | "OIR" OR "District Safety" OR "Incident Report" OR "Panel Report" OR "Panel Investigation" OR ("INC" w/10 "incident") OR "Incident of Noncompliance" OR "Incident of Non-compliance" OR "2005 Report" OR "2006 Report" OR "2007 Report" or "2008 Report" OR "2009 Report" OR "2010 Report" |
| BP | 15 | YES | NO | 4/20/2005-4/20/2010 | "SEMS" OR "Safety and Environmental Management System" OR (("Safety" OR "Environment*") AND "Manage*") |
| BP | 16, 18 | YES | NO | 4/20/2005-4/20/2010 | ("SAFE" w/10 "Awar*") OR "Safety Awards for Excellence" OR "National Safe Award" OR "Safety Index" OR ("Safety" w/10 "Risk Analysis" OR "Worst Case" OR "Calculat*")) |
| BP | 17 | YES | NO | 4/20/2005-4/20/2010 | ("APR" w/10 "review") OR "Annual Performance Review" OR (("OCS" OR "GOM" OR "Gulf of Mexico") AND (("Perform*" OR "Measure") OR ("Performance Measure* Data"))) |
| BP | 19 | YES | NO | 4/20/2005-4/20/2010 | ("GOM" OR "Gulf of Mexico") AND ("Notice of Production" OR "First Production" OR "Production Status" OR "OGAR Repor*" OR "Flow Rate" OR **BOPD*" OR **BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR  "gal*/min*" OR "gal*/day" OR "emanat*" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mbd" OR "outflow" OR "spill" OR "volume" OR "stbpd" OR "well depth") |
| BP | 21 | YES | NO | 4/20/2005-4/20/2010 | ("O-414" OR "O-49" OR "O-415" OR "O-452" OR "O-459" OR "O-460" OR "O-428" OR "O-429" OR "O-14" OR "O-553" OR "Site Specific Seg# 4879 HIPS" OR "Site Specific Seg # 11015" OR "Site Specific MP 255" OR "Site Specific DC 177" OR "site Specific DC 133" OR  "Site Specific MC 252" OR (("British Petroleum" OR "BP") AND ("Respon* Plan" OR "Spill Response" OR "Contain*" OR "Cleanup" OR "Incident Command" OR "Contingency" OR "OSRP" OR "oil spill"))) |

Case 2:10-md-02179-CJB-DPC Document 12938-10 Filed 05/18/14 Page 142 of 161
Case 2:10-md-02179-CJB-SS Document 3928-10 Filed 09/06/11 Page 2 of 161
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 10 -- Interior Search Terms

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 22 | YES | NO | 4/20/2005-4/20/2010 | ("N9349" OR "R4937" OR "608174116900" OR "608174116901" OR "Well 001 G32306 MC252" OR "MC252" OR "Mississippi Canyon" OR "Macondo") AND ("NEPA" OR "Categorical Exclusion" OR "CATEX" OR "Environmental Assessment" OR "Environmental Impact Statement" OR "EA" OR "EIS" OR "Record of Decision" OR "ROD" OR "Finding of No Significant Impact" OR "FONSI" OR "Notice of Intent" OR "NOI" OR "Notice of Availability" OR "Endangered Species" OR "ESA" OR "Marine Mammal" OR "MMPA" OR "Air Permit") |
| BP | 23 | YES | NO | 4/20/2005-4/20/2010 | ("NTL 2006 G21" OR "NTL 2007 N04" OR "NTL 2007 G12" OR "NTL 2008 N05" OR "CTCAC" OR "STCZAC" OR "Oil Pollution Act" OR "OPA" OR "Energy Policy Act" OR "EPAct" OR "NEPA" OR "Environmental Policy Act" OR "Marine Mammals Protection Act" OR "MMPA" OR "Clean Water Act" OR "CERCLA" OR "OSRP" OR "enforce" OR "violat*") AND ("Clean up" OR "Discharge" OR "Well Control" OR "Blowout" OR "Oil Spill Response Plan" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "gal*/min*" OR "gal*/day" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mass balance" OR "mbd" OR "oil rate" OR "oil on water" OR "outflow" OR "reservoir" OR "ROV" OR "sheen" OR "spill" OR "volume" OR "stbpd" OR "NRCP" OR "National Contingency Plan" OR "stpobp") |
| BP | 24 | YES | NO | 4/20/2005-1/31/2011 | ("O-414" or "O-49" OR "O-415" OR "O-452" OR "O-459" OR "O-460" OR "O-428" OR "O-429" OR "O-14" OR "O-553" OR "Site Specific Seg# 4879 HIPS" OR "Site Specific Seg # 11015" OR "Site Specific MP 255" OR "Site Specific DC 177" OR "Site Specific DC 133" OR "Site Specific MC 252" OR "Oil Pollution Act" OR "OPA" OR "Oil Spill Response Plan" OR "OSRP" OR "Area Contingency Plan" OR "ACP" OR "NCP" OR "National Contingency Plan" OR "Clean Water Act" OR "CWA" OR "CERCLA") AND ("Responsible Party" OR "Cleanup" OR "Damages" OR "Liability" OR "Obligation" OR "Fine" OR "Restitution" OR "Payment" OR "Fee" OR "Penalty" OR "Damage Assessment" OR "spinner" OR "flowmeter" OR "velocimetry" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "gal*/min*" OR "gal*/day" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd"  OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mass balance" OR "mbd" OR "oil rate" OR "oil on water" OR "outflow" OR "plume" OR ("remote*" AND "operat*" AND "vehicle") OR "reservoir" OR "riser" OR "ROV" OR "sheen" OR "skim*" OR "spill" OR "velocity" OR "volume" OR "stbpd") |
| BP | 25 | YES | NO | 4/20/2005-4/20/2010 | ("CTCAC" OR "STCZAC" OR "Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR "St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR "One Gulf") AND ("prepar*" or "review" or "approv*") |
| BP | 26 | YES | NO | 4/20/2005-1/31/2011 | ("CTCAC" OR "STCZAC" OR "Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR "St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR "Area of Potential Affect" OR "Loss of Well Control" OR "Blowout" OR "Spill" OR "Emergency Response" OR "Cleanup" OR "Skimmers" OR "Command Center" OR "On Scene Commander" OR "Rescue" OR "Boom" OR "In Situ" OR "Dispersant" OR "Dispersants" OR "control* burn" OR "berm") |
| BP | 27 | YES | NO | 4/20/2005-4/20/2010 | ("Well Design and Construction" OR "Well Design guidelines" OR "Casing Calculations" OR "Isolating Potential Flow Zones during Well Construction" OR "Permit" OR "Appl*" OR "standard" OR "procedure" OR "policies" OR "SOP" OR "practice" OR "guideline" OR "direction" OR "report" or "analy*") AND ("GOM" OR "Gulf of Mexico") AND ("Long String" OR "Liner" OR ("Tie Back" w/10 "Casing")) |

Case 2:10-md-02179-CJB-DPC Document 12858-10 Filed 05/13/14 Page 143 of 161
Case 2:10-md-02179-CJB-SS Document 3923-10 Filed 09/06/11 Page 3 of 5
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 10 -- Interior Search Terms

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|-------|-----|------|------|------------|--------------|
| BP | 28-36, 38-40 | YES | NO | 4/20/2005-4/20/2010 | (("Gulf of Mexico" OR "GOM") AND ("DWOP" OR "Deepwater Operating Plan" OR "APD" OR ("Appl*" AND "drill") OR ("Appl*" AND "modify") OR ("Appl*" AND "by-pass") OR "RPD" OR "APM" OR "ABP" OR "RBP" OR "AST" OR "RST" OR "standard" OR "procedures" OR "policies" OR "SOP" OR "practice" OR "guideline" OR "direction" OR "instruct" OR "report" OR "analy*")) AND ("LDS" OR "Lock Down Sleeve" OR "P&A" OR "Barrier" OR ("spacer" w/3 "drilling") OR ("spacer" w/3 "mud") OR ("spacer" w/3 "riser") OR ("spacer" w/3 "negative") OR ("spacer" w/3 "calculations") OR "Flow*" OR "Well Design" OR "TA" OR "abandon*" OR "Pressure Test" OR "Casing Test" OR "Negative Test" OR "Cement*" OR "Cap*" OR "Plug*" OR "Centralize*" OR "Centering" OR "CBL" OR "Casing Bond Log" OR "Permeable Zone" OR "Wellbore Annulus" OR "Isolation Scanner" OR "Pulse Echo" OR "Accoustic" OR "Sonic" OR ("Casing" AND ("Design" OR "Program")) OR "Tubular" OR "Gas Flow Potential" OR "Gas Flow Cement" OR "Absolute Open Flow" OR "Plastic Viscosity" OR "Turbulent Flow" OR "Unloading" OR "Open\-hole" OR "GOR" OR "spinner" OR "velocimetry" OR "BOPD*" OR "BPD*" OR "bbl*" OR  "mbd*" OR "wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR ("gal*" w/2 "min*") OR ("gal*" w/2 "day") OR "barrel*" OR "collect*" OR "mass balance" OR "oil rate" OR "oil on water" OR "outflow" OR "plume" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "Drilling Flui*" OR "Drilling Mud" OR "Borehold" OR "Hydrostatic Pressure" OR "Formation Fluid" OR "Formation Damage" OR "Drill String" OR "Polymer" OR "Bentonite" OR "Water-Based Mud" OR "Viscosity" OR "Thixotropic" OR "Permeability" OR "Mud Filtrate" OR "Well Control " OR "Blowout" OR "Wild Well" OR (("gusher" OR "BOP" OR "release" OR "leak") AND ("response" OR "contain" OR "OSRP" OR "seal*" OR "cap*")) OR "blind shear" OR "deadman switch" OR "solenoid" OR "Cameron" OR "hydraulic ram" OR "wellbore valve" OR "uncontrolled flow" OR "formation kick" OR "subsea stack" OR "control pods" OR "transducer" OR "annular" OR "riser" OR "drill string" OR "drill pipe" OR "fail-safe" OR "gate valve") |
| BP | 42-45 | YES | NO | 4/20/2005-9/19/2010 | ("Transocean" OR "TOI" OR "TO Rig" OR "TO MODU" OR "TO Vessel" OR "Halliburton") AND ("Audit" OR "Inspection" OR "INC" OR "Incident of Non-compliance" OR "Incidence of noncompliance" OR "Enforcement Action" OR "Engineering Review" OR "Examination" OR "Classification" OR "Surve*" OR "Certificat*" OR "SEMS" OR "Safety Environmental Management System" OR "Admonis*" OR "Violation" OR "Finding" OR "Suspension" OR "Shutdown" OR "Warning" OR "Notice" OR "Corrective Action" OR "Citation" OR "Train*" OR "Educ*" OR "Penalt*" OR "Fine" OR "Disciplinary Action" OR "Terminat*" OR "Suspect" OR "Reprimand" OR "Puni*" OR "IG" OR "Liab*" OR "investigat*" OR "compl*" OR "violat*" OR "test*" OR "Blowout Preventer" OR "BOP" OR "blind shear" OR "deadman switch" OR "solenoid" OR "Cameron" OR "wellbore valve" OR "uncontrolled flow" OR "formation kick" OR "subsea stack" OR "control pods" OR "hydraulic ram" OR "transducer" OR "annular" OR "riser" OR "drill string" OR "fail-safe" OR "drilling fluid" OR "drilling mud" OR "cement" OR "casing" OR "drill pipe" OR "well integrity" OR "gate valve") |
| BP | 47, 48 | YES | NO | 4/20/2010-1/31/2011 | (("*senate.gov" OR "*house.gov" OR ("house" AND "representatives")) OR ("congress*" AND "Committ*") OR "*eop.gov" OR ("Executive Office" AND "President")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR ("clos*" and "fish*") OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH" OR ("Gulf" and "Tiger Team")) |
| BP | 52 | YES | NO | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos*" AND "fish*") OR "Anadarko" OR "Cameron" OR "Triton" or "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH" OR ("Gulf" and "Tiger Team")) AND ("*.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "nytimes" OR "washpost" OR "Washington Post" OR "Wall Street Journal" OR "wsj" OR "Associated Press" OR "AP" OR "Reuters" OR "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| BP | 54 | YES | YES | 4/20/2010-1/31/2011 | ("MOEX" OR "MOECO" OR "Mitsui" OR "Transocean" OR "BP" OR "British Petroleum" OR "Anadarko" or "Cameron" or "Triton" or "Halliburton" or "Weatherford" or "Drillquip" or "GMBH" OR "Swaco") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "DWH") |

Case 2:10-md-02179-CJB-DPC Document 12958-10 Filed 05/18/14 Page 144 of 161
Case 2:10-md-02179-CJB-SS Document 3923-10 Filed 09/06/11 Page 4 of 5
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 10 -- Interior Search Terms

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 55, 56 | YES | YES | 4/20/2010-3/17/2011 | ("Macondo: The Gulf Oil*" OR "Chief Counsel" OR "national commission" OR "Presidential Commission" OR "Bartlit") AND ("Report" OR "Amount and Fate" OR "Fate of the Oil" OR "statement" OR "Presentation") AND ("Deepwater Horizon" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") |
| BP | 57 | YES | YES | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat*")) AND ("2010" OR "2011") |
| BP | 62 | YES | YES | 4/20/2010-1/31/2011 | ("Chemical Safety Board" OR "Incident Specific Preparedness Review" OR "National Commission" OR "CSB" OR "ISPR" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") |
| BP | 67 | YES | YES | 4/20/2010-9/19/2010 | (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| BP | 68, 69, 71, 72 | YES | YES | 4/20/2010-1/31/11 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill") OR ("Gulf" and "Tiger Team")) AND ("oil" OR "hydrocarbons") AND ("collect*" OR "cap*" OR "seal" OR "relief well" OR "recover*" OR "contain*" OR "cofferdam" OR "top hat" OR "capping stack" OR "top kill" OR "junk shot" or "well kill") AND ("approv*" OR "reject*" OR "deny" OR "allow" OR "grant" OR "submit*" OR "deci*" OR "consider*" OR "propose*" OR "identify*" OR ("method" AND "post" OR "potential") OR "study" OR "inspect*" OR "evaluat*" OR "present*" OR "report" OR "ppt" OR "powerpoint") |
| BP | 70 | YES | YES | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |
| BP | 73, 78-85 | YES | YES | 4/20/2010-1/31/2011 | ("MC252" OR "Deepwater Horizon"OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow*" OR "low-resolution" OR "low resolution" OR "high-resolution" OR "high resolution" OR "veloci*" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "restrict*" OR "gal*/min*" OR "gal*/day" OR "emanat*" OR "orifice" OR "FEA" OR "suttles" OR "utsler" OR "hayward" OR "mckay" OR "dudley" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bonn Agreement" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "FRTG" OR "FRTT" OR "mass balance" OR "mbd" OR "McNutt" OR "MMCFD" OR "NOAA" OR "nodal" OR "oceanic" OR "oil rate" OR "oil on water" OR "outflow" OR "surface expression" OR ("remote*" AND "operat*" AND "vehicle") OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "burn" OR "skim*" OR "spill" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "top hat" OR "Q4000" OR "CDP" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover*" OR "relief" OR "contain*" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "and sedimentation" OR "multi-phase" OR "multiphase" OR "calculate*" OR "non-hydrocarbon" OR "non-oil") |
| BP | 74 | YES | YES | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt" |
| BP | 75 | YES | YES | 4/20/2010-1/31/2011 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "TO" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "TO" OR "GOM" OR "Gulf of Mexico") AND "cap*" AND ("install*" OR "shut" OR "close" OR "integrity" OR "testing") |
| BP | 76 | YES | YES | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "TO" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "TO" OR "GOM" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy*" or "study" or "evaluat*" OR "deci*" or "terminat*" or "prolong") |

Case 2:10-md-02179-CJB-DPC Document 12858-9 Filed 05/18/14 Page 145 of 161
Case 2:10-md-02179-CJB-SS Document 3928-10 Filed 09/06/11 Page 5 of 5
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 10 -- Interior Search Terms

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 86 | YES | YES | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") w/20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" or "fingerprint*" OR "tar*")) |
| BP | 123-137 | YES | YES | 4/20/2010-9/19/2010 | ("corexit" OR "9500*" OR "9527*" OR "dispersant" OR "brat*") AND ("permit*" OR "limit*" OR "control" OR "decision" OR "quantit*" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl*" OR "deci*" OR "direct*" OR "analy*" OR "identi*" OR "addendum" OR "use" OR "respons*" OR "alternative" OR "determin*" OR "guideline" OR "metric*" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict*" OR "injur*" OR "toxic" OR "SMART" OR "waiv*" OR "approv*" OR "measure" OR "assess" OR "shore" OR "coast*" OR "land" OR "inventor*" OR "deny" OR "deploy*" OR "benefit*") |
| BP | 187 | YES | NO | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "Macondo") AND ("Marshall Islands") |
| BP | 188 | YES | NO | 1/1/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "Macondo") AND ("International" AND "Maritime" AND "Organization") |
| BP | 189 | YES | NO | 4/20/2005-4/20/2010 | ("Certificate of Compliance" OR "COC") AND ("oil" OR "MODU" OR "Mobile Oil Drilling Units") AND ("examin*" OR "regul*" OR "polic*" OR "guid*") |
| BP | 207 | YES | NO | 4/20/2005-4/20/2010 | ("Gulf of Mexico" OR "GOM") AND ("formation integrity" OR "leak off") AND ("procedur*" OR "guide*" OR "polic*" OR "practices" OR "regulation*" OR "investigat*" OR "stud*" OR "analy*" OR "audit*") |
| APC | APC 39 | YES | NO | 4/20/2005-4/20/2010 | ("BOEM*" OR "MMS") AND ("American Petroleum Institute" OR "API") AND ("safe*" OR "BMP" OR "cement*" OR "well" OR "manage*") AND ("Outer Continental" OR "OCS" OR "GOM" OR ("Gulf" AND "Mexico")) |
| APC | | YES | NO | 4/20/2010-1/31/2011 | ("AE&P" OR "operat*" OR "owner" OR "lessee" OR "person in charge" OR "vessel" OR "facility" OR "negligen*" OR "fail*" OR "care*" OR "violat*" OR "authori*") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "Deepwater Horizon" OR "DWH") |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 11 -- Navy Search Terms

| Custodian | Dates | Search Terms |
|---|---|---|
| Buckingham, Richard | 4/20/2010- 1/31/2011 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500*" OR "9527*" OR "dispersant") AND ("permit*" OR "limit*" OR "control" OR "decision" OR "quantit*" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl*" OR "deci*" OR "brat*" OR "direct*" OR "analy*" OR "identi*" OR "addendum" OR "use" OR "respons*" OR "alternative" OR "determin*" OR "guideline" OR "metric*" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict*" OR "injur*" OR "toxic" OR "SMART") |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Robert Gasaway
To Call Writer Directly:
Sender's Direct Dial Number
robert.gasaway@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200
Dir. Fax: Sender's Dir Fax No.

August 22, 2011

**BY ELECTRONIC MAIL**

Sarah Himmelhoch
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Re:     MDL 2179 -- Search Criteria

Dear Sarah:

The Court has urged the parties to attempt to finalize search terms in connection with Phase II. To that end, we request that you please incorporate the search term changes set forth in the attached spreadsheet.

In addition, with respect to certain search criteria contained in my July 17 letter, which you responded to in your letter of July 19, there are several points I would like to address in more detail:

1.     Please confirm that you will re-run the searches from my letter of July 17 that you agreed to revise in your letter of July 19, as discussed in Point 3 of your August 4 e-mail to Mark Nomellini.

2.     BP respectfully requests that the United States search the records of the Coast Guard and the EPA for documents and materials responsive to RFPs 21-26. The Coast Guard and EPA are just as likely as, if not more likely than, BOEM and NOAA, to have unique documents and materials responsive to these RFPs.

RFP 26 calls for "documents referring or relating to the preparation for an oil spill response by the Area Committees in the areas affected by the Incident" and RFP 25 calls for "documents referring or relating to the preparation, review, or approval of Area Contingency Plans for areas affected by the Incident . . . ." The Coast Guard and EPA (not BOEM or NOAA) are given the responsibility of directing, supervising, reviewing, and approving the Area Committee's efforts to prepare Area Contingency Plans and to make other preparations for an oil

Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai      Washington, D.C.

# KIRKLAND & ELLIS LLP

August 22, 2011
Page 2

spill response. *See* 33 U.S.C. § 1321(j)(4); 40 C.F.R. § 300.105(c)(4), 300.120(b), (c), (e); Executive Order 12777, 56 F.R. 54757, 54759-60 (Oct. 22, 1991). The Coast Guard and EPA (not BOEM or NOAA) also co-chair the Regional Response Teams, which "provide[] guidance" to the Area Committees in their response planning activities, particularly the preparation of Area Contingency Plans. *See* 40 C.F.R. § 300.115(a)(2), (b)(1), (c), (g), (i); Executive Order 12777, 56 F.R. at 54758. In short, the Coast Guard and EPA should have significant, unique, and important documents responsive to RFPs 26 and 25.

RFP 24 calls for "documents that constitute, contain, describe or refer to any guideline, policy, or practice for use in determining the adequacy of the conduct or actions of a Responsible Party in connection with the requirements of the Oil Pollution Act of 1990 related to the response to an incident for which that Act creates legal obligations." The Coast Guard and EPA are given the authority and responsibility under the Oil Pollution Act (and related regulations and executive orders) to direct both the planning and implementation of response activities. *See supra* at p. 1; *see also* 33 U.S.C. § 1321(c), (d)(2)(k), (j)(4); 40 C.F.R. § 300.120. BP seeks these agencies' guidelines, policies or practices for use in determining the adequacy of a Responsible Party's conduct or actions.

RFP 23 calls for "documents referring or relating to the application and requirements of the Oil Pollution Act of 1990 or any other federal law, or any regulations or practices to implement that Act or any such law, in determining the adequacy of an oil spill response plan," and RFP 21 calls for "documents referring or relating to the preparation, review or approval of BP's Oil Spill Response Plan for the Gulf of Mexico Region . . . ." 33 U.S.C. § 1321(j)(5)(d)(1) requires OSRPs to be "consistent with the requirements of . . . Area Contingency Plans." Given the intersection of OSRPs and Area Contingency Plans, it is likely that the Coast Guard and EPA (who have central roles in the Area Committees and creation of Area Contingency Plans) will have unique documents responsive to RFPs 23 and 21. *See, e.g.,* 40 §§ C.F.R. 300.205(g); 300.210(c)(3)(I); 300.211.

Finally, RFP 22 calls for "documents referring or relating to review, studies, or assessments required by [NEPA] or by regulations or practices to implement that Act" in connection with exploration of the MC252 well. Were EPA or Coast Guard involved in any NEPA discussions, consultations, or review in connection with the exploration of the MC252 well? If you can confirm that they were not, we will agree to limit RFP 22 searches to BOEM and NOAA. Otherwise, we maintain our request that EPA and the Coast Guard be included in the search to the extent either of those entities was involved in the NEPA-related review process.

3.     Please add "OR burn" to RFPs 73, and 78-85, and "OR control* burn" to RFP 26. Documents relating to in-situ burn are relevant to Phase II. The amount of oil burned is relevant

# KIRKLAND & ELLIS LLP

August 22, 2011
Page 3

to various models that can be or might be used to quantify the amount of oil released from the well early in the spill. And the amount of oil burned depends on a variety of factors that are or may be uncovered or discussed in documents possessed by the government, including but not limited to area of burns, type of fire boom used, duration of burns, burn rates, and burning process employed by the Unified Command. The United States has included "in situ" in the search terms it used for RFP 26. "In situ burn" and "controlled burn" are used interchangeably.

    4.    "Dispersant" OR "Dispersants" OR "control* burn" OR berm should be added to RFP 26. Similar to controlled burns, dispersants are relevant to Phase II. The amount of oil eliminated by the use of dispersants (subsurface and surface) is relevant to various models that can be or might be used to quantify the amount of oil released from the well early in the spill. And the amount of oil eliminated by dispersants depends on a variety of factors that are or may be uncovered or discussed in documents possessed by the government, including but not limited to amount of dispersants approved and used, efficacy and effect of dispersants in general, and timing of dispersant use.

    You have stated the dispersant topic "is covered by later searches." Respectfully, RFP 26 is designed to elicit documents created, reviewed, or discussed by Area Committees in planning for oil spills *before* the incident at issue in this litigation. The applicable date range for RFP 26 is 4/20/2005-4/20/2010. The documents that will be discovered here are different from the documents sought in RFPs 127-137, which are date limited from 4/20/2010 to 9/19/2010, and focus on the actual implementation of the response at issue (as opposed to pre-response planning documents).

    5.    Please delete all terms through "corexit" in RFPs 123-137 (which focus on dispersants). You have stated that the proposed revision would be "too broad a search without some terms limiting [the search] to the actual response in question." Respectfully, this objection does not take into account the fact that RFPs 123-137 are date-limited to the time period of the DWH response (4/20/10 to 9/19/2010). If NOAA, BOEM, USGS, CG, EPA,[1] or the Army Corps of Engineers were preparing, reviewing, discussing, or transmitting documents concerning Corexit (the specific dispersant used in the DWH response) during this short time period, it is likely that such documents would be responsive regardless of whether they specifically included the limiting words adopted by the United States. Use of the United States' limiting words

---

[1] In the chart in the body of your July 19 letter, EPA is not listed as one of the agencies to be searched for documents responsive to RFPs 127-137. I assume this is merely a typographical error, since EPA is listed as one of the agencies to be searched (in connection with RFPs 123-137) in the longer chart you append to the letter. Please confirm, however, that you will be searching EPA for documents responsive to RFPs 123-137.

# KIRKLAND & ELLIS LLP

August 22, 2011
Page 4

unnecessarily risks exclusion of important documents discussing Corexit during the short time frame of the DWH response.

      6.      Please confirm that Department of Interior and Department of Energy files will be searched with regard to RFP Nos. 62, 68-69 and 71-72.

      Finally, I am copying Corey Maze and Anthony Irpino because, depending on the Phase II discovery search criteria used by the United States, we will ask the States and the PSC to run some or all of the same searches.

## United States Custodians

      We appreciate the additional responses you provided regarding custodians in your most recent letter, which contained the remaining MDL 2179 custodians. For ease of review, we have maintained the format and content topical order you adopted in the letter, separating the custodians into categories for the purpose of clarifying their status.

a.      BP Has Withdrawn Request

      We agree with your understanding that BP has withdrawn the discovery request for the following custodians:

Richard Bullman, NASA;

William Haynie, American Bureau of Shipping;

Steve Mann, ExxonMobil; and

Tim Nedwed, ExxonMobil.

      As we stated in our August 9, 2011 letter, notwithstanding the removal of any custodian from this list, we reserve the right to seek discovery of the relevant custodian's documents and files should further information suggest it is appropriate.

b.      Court Has Denied These Custodians Without Prejudice

      In your letter, you assert that the United States will not search the files of the following custodians:

Carol Browner, EOP; and

# KIRKLAND & ELLIS LLP

August 22, 2011
Page 5

Jerry Miller, OSTP, EOP.

     In Magistrate Judge Shushan's Order (Rec. Doc. No. 3377, the "Order") BP's request for limited document discovery of certain EOP employees was denied. The Order, however, maintained BP's right to re-urge its discovery request, and BP reserves its right to seek such discovery.

c.     Custodians Allegedly Outside United States Custody or Control

     <u>DNV Custodians</u>

     BP reserves its rights with respect to DNV custodians.

     <u>Timothy Crone</u>

     BP reserves its rights with respect to Mr. Crone's documents.

d.     Individuals with No Responsive Information

     In your recent letter, you state that based on "an employee survey, review of time records, knowledge of the NOAA litigation team, and consultation with the supervisors" the United States has no reason to believe that the following NOAA custodians have any electronically stored information or paper documents related to Quantification, Source Control, the Event, or communications with Congress, or the EOP.

Jean de Marignac, NOS, NOAA;

Lt. Paul Hemmick, OMAO, NOAA;

Scott Kathey, NOS, NOAA;

Jim Kelley, OMAO, NOAA;

Michael Levine, NOS, NOAA;

Brian Prestcott, OMAO, NOAA;

Andrea Proie, OMAO, NOAA;

Adam Reed, NOS, NOAA; and

# KIRKLAND & ELLIS LLP

August 22, 2011
Page 6

Jan Roletto, NOS, NOAA.

We have conducted targeted searches in documents already collected by BP, both internally and through third party subpoenas, and affirm our discovery request for Lt. Paul Hemmick, Jim Kelley, Michael Levine, Andrea Proie, and Adam Reed. These document searches included the names of the respective custodians in conjunction with certain search terms for Quantification, Source Control, and the Event. However, from the list above, we withdraw our current discovery request for Jean de Marignac, Scott Kathey, Brian Prescott, and Jan Roletto. BP reserves its right to seek discovery from the files of these custodians should further information suggest it is appropriate.

Your letter also referenced certain custodians that "did not retain any information" on account that "they left it on the vessel or location where they performed their Deepwater Horizon related work." Furthermore, you stated that these custodians indicated that they did not have laptops with them at the time. Such custodians are:

Karen Earwaker, NOS, NOAA; and

Colleen Fanelli, NOS, NOAA.

Again, we have conducted targeted searches in documents already collected by BP, both internally and through third party subpoenas, and withdraw our current discovery request for Ms. Earwaker's and Ms. Fanelli's documents and custodial files. BP reserves its right to seek discovery from the files of these custodians should further information suggest it is appropriate.

For the following custodians, you stated, to the extent such custodians performed work on laptops assigned during the response, the laptops were connected to Coast Guard servers and any information continued therein is part of the Coast Guard archive. You added that the Coast Guard "anticipates beginning to search" the archive on August 22, 2011. The relevant custodians are as follows:

Becky Shortland, NOS, NOAA; and

John Wang, NOS, NOAA.

The Coast Guard has made progress with the archive and you were correct to respond that the archive includes more that just hard copy documents. Nonetheless, we are not certain about your statement that the archive will be searchable by August 22. It is our understanding that Coast Guard has contracted with a vendor to run document verification and quality controls to essentially "clean up" the electronic data and paper documents currently uploaded to the

# KIRKLAND & ELLIS LLP

August 22, 2011
Page 7

archive. The vendor is scheduled to provide a sample test run to the Coast Guard on August 22. The test sample does not include all of the documents currently in the archive, rather just a sample of those documents. Thus, the amount of data included in this test sample is uncertain. Of the nineteen servers that were used in the response, fourteen have been sent to Mandeville for processing into the archive. The other five servers are still in use by the Coast Guard. Twelve of the fourteen servers in Mandeville, Louisiana have been uploaded. Many of the laptops are on site in Mandeville, but approximately only thirty percent have been uploaded to date.

Is it possible to confirm whether Ms. Shortland's and/or Mr. Wang's laptops are included in the thirty percent that has been uploaded to date? If so, is it possible to confirm whether each of their data has been included in the sample test run that is scheduled to be presented to the Coast Guard on August 22?

Under this "no responsive information" subsection, your letter also identified Ms. Jennifer Clark, a former NOAA oceanographer, who received calls about the Deepwater Horizon incident, but claims "was never a contractor to NOAA during that time." We refine our request to discovery of any communications the United States may have had with Ms. Clark.

In your letter, you listed several NOAA personnel that work on ERMA during the Deepwater Horizon response. You state that such personnel served as "software support for individuals handling data that was being stored in ERMA" and that NOAA reports that it has no reason to believe that these individuals "generated information that would be responsive." The custodians that you identified as working on ERMA in such capacity are as follows:

Michelle Johnston, NOS, NOAA;

Chad King, NOS, NOAA;

Joey Lecky, NOS, NOAA;

Tony Reyer, NOS, NOAA;

Lasha Salbosa, NOS, NOAA;

Daniel Turner, NOS, NOAA; and

John Wagner, NOS, NOAA.

ERMA (Emergency Response Mapping Application) is a system developed out of federal funds for storing geographic information. ERMA contains dynamic mapping applications,

# KIRKLAND & ELLIS LLP

August 22, 2011
Page 8

which are publically available, and additional geographic maps (e.g., flight lines, etc.) that are available to responders with NOAA sponsored access. At this time, based on our current knowledge of ERMA and the information obtained through preliminary document searches, we affirm our discovery request for Michelle Johnston, Chad King, Daniel Turner, and John Wagner. However, we withdraw our discovery request for Joey Leckey, Tony Reyer, and Lasha Salbosa; again, we reserve the right to seek discovery from these custodians should further information suggest it is appropriate.

e.      Outstanding

You indicated that you would provide an update on the custodians listed below; please let us know if we have missed it:

Richard L. Court, NASA;

Col. Alvin Lee, Army Corps of Engineers; and

Ken Lee, Army Corps of Engineers.

f.      Relevant Records Are Being Searched

Lastly, with respect to custodians, you mention that the United States is searching the ICC records, where "all of Lt. Commander Deborah Barr's potentially responsive information is likely to reside," and that no further search appears to be necessary.

We have been informed that the ICC records are part of the Coast Guard archive, in Mandeville. As we explained above, the archive currently consists of electronic data from twelve out of nineteen servers and approximately thirty percent of laptops used in the Deepwater Horizon response. If such ICC records are hard copy, and already in Mandeville, approximately fifty percent have been reviewed, and approximately fifty percent of such reviewed documents have been scanned into the archive.

Please feel free to contact me to discuss this letter further.

## KIRKLAND & ELLIS LLP

August 22, 2011
Page 9

Sincerely,

Robert Gasaway

Cc:  Corey Maze
     Anthony Irpino



**U.S. Department of Justice**

Environment and Natural Resource Division

*P.O. Box 7611*
*Washington, DC 20044*
*202-514-0180*
*Sarah.Himmelhoch@usdoj.gov*

August 3, 2011

**BY ELECTRONIC MAIL**

Robert R. Gasaway
Kirkland & Ellis, LLP
655 15th Street, NW
Washington, DC 20005
robert.gasaway@kirkland.com

       Re:    MDL 2179 – Production of Email from DOI

Dear Rob:

    As you may recall, during a recent status conference, I mentioned to Magistrate Judge Shushan and the assembled masses that the Department of the Interior ("DOI") has encountered a problem with searching one repository of potentially responsive information. I write to more fully explain the problem and our proposed solution. I invite you review the information contained in this letter and then contact me with any questions or concerns.

    In addition to the emails that are maintained and used in ordinary business in the active and in house archives at the Department, DOI also has an email archiving system that is operated by a vendor called "Autonomy." The archive was established in 2001 and captures all email sent or received by employees in certain bureaus, including the Bureau of Ocean Energy Management, Regulation and Enforcement ("BOEMRE") and the Secretary's Office. (This email archive does not collect from the U.S. Geological Survey, Fish and Wildlife Service, or National Park Service).

    DOI can retrieve email from the archive by paying Autonomy to search for and produce the email based on simple search terms such as author, recipient, and date range. In this case, DOI used the archive to retrieve the email of the four BOEMRE employees who were deposed last month. However, the search technology of the email archive is out-dated and cannot support a search using a complex string, such as the search terms the parties have been using in the MDL. As a result, for the four custodians, DOI had to: (1) retrieve all of the email sent or received by the four deponents within the agreed-upon date range; (2) ingest all of the email into the document review platform of the Department of Justice's contractor; and (3) then run the

Himmelhoch to Gasaway
August 3, 2011
Page 2

agreed-upon search terms to locate the potentially relevant email.  The total cost for this was $26,000, including $2,000 for retrieval and $24,000 for ingestion and hosting.

After lengthy efforts to negotiate a solution for the remaining 130 custodians, DOI has reluctantly concluded that replicating this process for the remaining 130 agreed-upon custodians is unreasonably burdensome.   As a threshold matter, Autonomy has indicated that it would likely take 6-12 months to provide all of the email for the 130 custodians.  That is because the server associated with the archive is not able to process and transmit more than one gigabyte of email per day.  Moreover, capturing and processing the email by this method would likely cost Interior approximately $840,000.  That cost estimate is based on the initial fee to Autonomy of $65,000[1] to retrieve all of the email and then approximately $775,000 to the Department of Justice's contractor to ingest, cull, and host the emails in the review platform.  As an alternative, Autonomy has proposed installing a more powerful server and deploying a tool that could filter the email based on the agreed-upon search terms for an estimated cost of $400,000. That option would likely take 3-6 months to implement.

Both of these options present an unreasonable burden to Interior.  Indeed, under these scenarios Interior would be devoting between one and two-thirds of the money remaining in its budget for document discovery in the MDL to collect, ingest and host the email.  Moreover, even under the best case scenario production could not be completed in less than 6 months.

By contrast, the IT division at BOEMRE can accomplish the collection of in house emails at a fraction of the cost and far more quickly, resulting in a faster turn-around for production.  Interior proposes, therefore, to produce email for the 130 custodians from the BOEMRE email server and any internal archives that may have been created.  For post-spill emails, we do not believe this proposal will have much significance because, since the implementation of the litigation hold in early May 2010, employees have been instructed to maintain all Deepwater Horizon related emails in the active email environment or in in-house archives.  For pre-spill emails, the United States believes this search will result in the identification and production of the most relevant emails.  We acknowledge, however, that for pre-spill emails the collection in-house is likely to be less complete than the Autonomy archive.  We believe, however, that the difference is not significant enough to warrant the expenditure of $850,000 to capture the difference.

---

[1] The Investigations and Review Unit (IRU) in BOEMRE has a license to search the archive directly.  Theoretically, Interior could avoid the search fee to Autonomy by having the IRU conduct the search, but it is unlikely IRU has the staff to do this and it would fully occupy their search capability for 6-12 months.

Himmelhoch to Gasaway
August 3, 2011
Page 3

       I look forward to hearing from you once you have had an opportunity to review this information.

                               Sincerely,

                               /s/ Sarah D. Himmelhoch

                               Sarah D. Himmelhoch
                               Senior Litigation Counsel for E-Discovery

cc:     Liaison Counsel

Case 2:10-md-02179-CJB-DPC Document 12858-9-4 Filed 05/18/14 Page 159 of 161
Case 2:10-md-02179-CJB-SS Document 3808-4 Filed 09/06/11 Page 1 of 2
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Production Dates

| No. | Total Pages | Date | General Description of Contents |
|---|---|---|---|
| 1 | 53 | 2/4/2011 | Communications related to BOP testing |
| 2 | 34,130 | 5/23/2011 | Responses to Congressional and FOIA requests made to DOI |
| | | | |
| 3 | 22,299 | 6/3/2011 | USCG inspection reports; NOAA FOIA responses; DOI IG; DOI Executive Secretariat |
| 4 | 78,223 | 6/10/2011 | FOIA responses from NOAA, EPA, USGC, and the Oil Spill Commission |
| 5 | 5,011 | 6/17/2011 | Exported data from TIMS, Oil Spill Commission documents, congressional and FOIA materials from the U.S. Navy, documents from the Lawrence Berkeley National Lab |
| 6 | 51863 | 6/24/2011 | FOIA responses from USGC; ORNL and PNNL documents |
| 7 | 49,820 | 7/1/2011 | BOEMRE custodian Patton |
| 8 | 25,028 | 7/5/2011 | BOEMRE custodian Patton |
| 9 | 31,040 | 7/9/2011 | BOEMRE custodians Patton, Neal and Neal |
| 10 | 6,092 | 7/11/2011 | BOEMRE custodian Neal |
| 11 | 1 | 7/12/2011 | BOEMRE custodian Patton |
| 12 | 1,160,269 | 7/15/2011 | USCG Documents; OSC; BOEMRE custodian Saucier; Documents from the TIMS database; Bankston Witness Statements |
| 13 | 34808 | 7/18/2011 | BOEMRE custodian Saucier |
| 14 | 1,293 | 7/21/2011 | BOMRE custodian Saucier |
| 15 | 1 | 6/17/2011 | TIMS database (replacement) |
| 16 | 31,227 | 7/27/2011 | USCG and NOAA FOIA responses; NIC documents; MSLE activity reports |
| 17 | 161,304 | 7/29/2011 | OSC; SNL |
| 18 | 968,020 | 7/29/2011 | OSC; SNL |
| 19 | 99,497 | 8/1/2011 | BOEMRE custodian Trocquet |
| 20 | 723,042 | 8/5/2011 | US Coast Guard, some Oil Spill Commission materials, NOAA FOIA responses, material from the NOAA Plume Team collection, and Operator Safety Index reports for 2005 through 2010 |
| 21 | 256,779 | 8/8/2011 | USGS Mass Balance team documents, some BOEMRE documents including MODU leases and permits and accident investigation reports. |
| 22 | 240 | 8/8/2011 | USGS Mass Balance team documents, some BOEMRE documents including MODU leases and permits and accident investigation reports. |
| 23 | 683,456 | 8/10/2011 | NOAA Plume Team; OSC |
| 24 | 1,778,312 | 8/12/2011 | BOEMRE custodian Wetzel; OSC |
| 25 | 2,002,512 | 8/15/2011 | NOAA Plume Team; OSC |
| 26 | 1,792,265 | 8/17/2011 | OSC |
| 27 | 2,173,456 | 8/18/2011 | OSC |
| 28 | 963,530 | 8/18/2011 | DOE Oil Spill Commission, NOAA Plume Team and some NOAA custodial files |
| 29 | 1,098,876 | 8/19/2011 | OSC; BOEMRE custodian Herbst |
| 30 | 693,608 | 8/22/2011 | NOAA Plume Team; BOEMRE custodians Trosclair, Herbst |
| 31 | 307,868 | 8/22/2011 | OSC; BOEMRE custodians Herbst, Bisso |
| 32 | 136,264 | 8/24/2011 | OSC; BOEMRE custodian Bostros; MMS 131 Forms |
| 33 | 1,627,645 | 8/25/2011 | LBNL Documents |
| 34 | 1,436 | 8/26/2011 | BOEMRE Policy Documents |

Case 2:10-md-02179-CJB-DPC Document 12858-4 Filed 05/18/14 Page 160 of 161
Case 2:10-md-02179-CJB-SS Document 12858-4 Filed 05/06/11 Page 2 of 2
MDL 2179

Report on US Response to Discovery as of 9/6/2011
Production Dates

| No. | Total Pages | Date | General Description of Contents |
|---|---|---|---|
| 35 | 386,138 | 8/29/2011 | DOE Oil Spill Commission, the US Coast Guard and documents from DOI; BOEMRE custodians Lars Herbst, Troy Trosclair, Lynard Carter, Amy Wilson, Brad Hunter, David Moore, Galen Simon, Guy Thibodeaux, Larry Williamson, Michael Hebert, Mark Malbrue, Robert Ranney, Martin Rinaudo, Elliot Smith, Kassim Kassim, Stephen Martinez, Mark Osterman, Jarvis Outlaw, Craig Pohler; and 6 small Access databases with Performance Measures calculations from BOEMRE. |
| 36 | 137,725 | 8/30/2011 | USCG; BOEMRE Custodians R. Josey, B. Fortier, A. Bates, R. Hoshman, S. Mouton, C. Pilie, T. Broussa, K. Bouziga, M. Deleon, M. Mouton, A. Campbell, O. Carrillo, P. Couvillion, K. Fin, R. Fowler and J. Hail |
| 37 | 83,009 | 8/31/2011 | EPA documents responsive to RFPs 80, 81, 83, 84, 85, 131, 136 and 137 |
| 38 | 21,086 | 8/31/2011 | OSC; BOEMRE custodian Breedin; EPA custodians Bove, Dietrich, Dreisch, Easter, Eskelsen, Fine, Brooks, Matthiessen, Gray, Irizarry, Jonesi, Knoy, Wilson, McMichael, Perry, Melchianno, Siciliano, Tyner, Nguyen, Margolis, Schulson, Osborne, OSWER EOC, Redden, Savitch, Venosa, Robinson and Zimmerman |
| | 17,627,226 | | |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 15 -- Privilege Log Dates

| Date | Log Title |
| --- | --- |
| 7/20/2011 | United States' 1st Privilege Log |
| 8/18/2011 | United States' 2d Privilege Log |
| 9/2/2011 | United States' 3d Privilege Log |