UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 ……………………………………………….... | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

# APPENDIX A[1]

## to

## MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES

**[Rec. Doc. 12858-1]**

---

[1] This appendix, which is referred to on page 10 of the United States' Memorandum in Support, was inadvertently not attached to Rec. Doc. 12858-1 filed on May 13, 2014.

## BP Exploration & Production Inc.

| COMPANY OFFICERS/DIRECTORS | OFFICER/DIRECTOR ADDRESS | SOURCE |
|---|---|---|
| Brenda Pennington, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| D.B. Pinkert, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| Denise Robertson, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| Richard Lynn Morrison, President | 501 WestLake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report |
| Donette Dewar, Vice President | 501 Westlake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report |
| W.T. Mangan, Tax Officer | 501 Westlake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report, Delaware Sec. of State 2013 Annual Report, Florida Sec. of State Foreign Profit Corporation 2013 Annual Report |
| Michael C. Mroz, Treasurer | 30 South Wacker Driver, Chicago, IL 60606 | Texas Sec. of State 2013 Annual Report |
| Steven Bray, Secretary | 501 Westlake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report, Florida Sec. of State Foreign Profit Corporation 2013 Annual Report |
| James H. Dupree, President | 200 Westlake Park Blvd, Houston, TX 77079 | Florida Sec. of State Foreign Profit Corporation 2013 Annual Report |

1

## BP Corporation North America Inc.

| COMPANY OFFICERS/DIRECTORS | OFFICER/DIRECTOR ADDRESS | SOURCE |
|---|---|---|
| R.A. Malone, President | 501 Westlake Park Boulevard, Houston, TX 77079 | Indiana Sec. of State 2013 Annual Report |
| S.R. Sawada, Secretary | 501 Westlake Park Boulevard, Houston, TX 77079 | Indiana Sec. of State 2013 Annual Report |
| W.T. Mangan, Other | 501 Westlake Park Boulevard, Houston, TX 77079 | Indiana Sec. of State 2013 Annual Report |

## BP Corporation North America Inc.

| COMPANY OFFICERS/DIRECTORS | OFFICER/DIRECTOR ADDRESS | SOURCE |
|---|---|---|
| R.A. Malone, President | 501 Westlake Park Boulevard, Houston, TX 77079 | Indiana Sec. of State 2012 Annual Report |
| S.R. Sawada, Secretary | 501 Westlake Park Boulevard, Houston, TX 77079 | Indiana Sec. of State 2012 Annual Report |
| W.T. Mangan, Other | 501 Westlake Park Boulevard, Houston, TX 77079 | Indiana Sec. of State 2012 Annual Report |

2

## BP America Production Company

| COMPANY OFFICERS/DIRECTORS | OFFICER/DIRECTOR ADDRESS | SOURCE |
|---|---|---|
| Tim Harrington, President | 501 Westlake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report |
| Donette Dewar, Vice President | 501 Westlake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report |
| W.T. Mangan, Tax Officer | 501 Westlake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report |
| Michael C. Mroz, Treasurer | 501 Westlake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report |
| Mary Jane Stricker, Secretary | 501 Westlake Park Boulevard, Houston, TX 77079 | Texas Sec. of State 2013 Annual Report |
| Brenda Pennington, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| Denise Robertson, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |

## BP America Production Company

| COMPANY OFFICERS/DIRECTORS | OFFICER/DIRECTOR ADDRESS | SOURCE |
|---|---|---|
| Brenda Pennington, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2012 Annual Report |
| Denise Robertson, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2012 Annual Report |
| W.T. Mangan, Tax Officer | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2012 Annual Report |

3

## BP America Inc.

| COMPANY OFFICERS/DIRECTORS | OFFICER/DIRECTOR ADDRESS | SOURCE |
|---|---|---|
| K.D. Heulitt, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| R.J. Pillari, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| P.D. Wessells, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| W.T. Mangan, Tax Officer | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |

## BP America Inc.

| COMPANY OFFICERS/DIRECTORS | OFFICER/DIRECTOR ADDRESS | SOURCE |
|---|---|---|
| K.D. Heulitt, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2012 Annual Report |
| R.J. Pillari, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2012 Annual Report |
| P.D. Wessells, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2012 Annual Report |
| W.T. Mangan, Tax Officer | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2012 Annual Report |

## BP Company North America Inc.

| COMPANY OFFICERS/DIRECTORS | OFFICER/DIRECTOR ADDRESS | SOURCE |
|---|---|---|
| Brenda Pennington, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| Denise Robertson, Director | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |
| W.T. Mangan, Tax Officer | 501 Westlake Park Boulevard, Houston, TX 77079 | Delaware Sec. of State 2013 Annual Report |

5

Respectfully Submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | MICHAEL MCNULTY |
| Admiralty and Aviation | Senior Litigation Counsel |
| STEPHEN G. FLYNN | NANCY FLICKINGER |
| Assistant Director | Senior Attorney |
| SHARON SHUTLER | RICHARD GLADSTEIN |
| MALINDA LAWRENCE | PATRICK CASEY |
| LAURA MAYBERRY | Senior Counsel |
| Trial Attorneys | A. NATHANIEL CHAKERES |
| | JUDY HARVEY |
| | RACHEL KING |
| R. MICHAEL UNDERHILL, T.A. | ERICA PENCAK |
| Attorney in Charge, West Coast Office | ABIGAIL ANDRE |
| | RACHEL HANKEY |
| | BRANDON ROBERS |
| | Trial Attorneys |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  May 14, 2014.                                              /s/  Steven O'Rourke
                                                                                                U.S. Department of Justice