UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 10-2179 |
| | SECTION "J" |
| THIS PLEADING APPLIES TO: | JUDGE: CARL BARBIER |
| David Leon Brooks v. Tidewater Marine, L.L.C., et al. | MAGISTRATE: SALLY SHUSHAN |
| Civil Action Nos.: 2:11-cv-00365 and 10-md-2179 | |

## SUGGESTION OF DEATH PURSUANT TO F.R.C.P. RULE 25(a)(1)

Josina Brooks Regan and Monty Brooks, sole surviving heirs of the decedent, suggest upon the record, pursuant to F.R.C.P. Rule 25(a)(1), the death of the Plaintiff, David Brooks, during the pendency of this action. Please see attached death certificate of David Brooks (Exhibit "A").

Respectfully submitted,
**JACK W. HARANG, APLC**
/s/ *Jack W. Harang*
Jack W. Harang (LA Bar #15083)
228 Saint Charles Avenue, Suite 501
New Orleans, Louisiana 70130
Telephone: 504.581.7050
Facsimile: 866.441.6281
Email: jack@jharang.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **Suggestion Of Death Pursuant To F.R.C.P. Rule 25(a)(1)** has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with the Court's Pretrial Order No. 12 on this 14th day of May 2014.

*/s/Jack W. Harang*
**JACK W. HARANG**

## CERTIFICATE OF CONFERENCE

Plaintiff has discussed this notice with Defendants and agreed to **Suggestion of Death Pursuant to F.R.C.P. Rule 25(a)(1).**

*/s/Jack W. Harang*
**JACK W. HARANG**