# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:** 3116157
**STATE FILE NUMBER:** 2013-016-03828

#### DECEDENT

| Field | Value |
|---|---|
| Decedent's Name | BROOKS, DAVID LEON |
| Date of Birth | 11/15/1955 |
| Date of Death | 04/01/2013 |
| Time of Death | 10:45 PM |
| Place of Birth | BOISE, ID UNITED STATES |
| Sex | MALE |
| Social Security Number | 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 |
| Age | 58 YEARS |
| Decedent's Alias Name(s) | |
| Residence of Decedent | 323 PATTERSON STREET - APT/STE 932, LAFAYETTE, LA 70501 UNITED STATES |
| Within City Limits? | YES |
| Parish/County | LAFAYETTE |

#### PERSONAL

| Field | Value |
|---|---|
| Ever in U.S. Armed Forces? | YES |
| Occupation | COOK |
| Industry of Occupation | FISHING INDUSTRY |
| Marital Status | NEVER MARRIED |
| Name of Surviving Spouse | |
| Father's Name | BROOKS, ARTHUR |
| Father's Place of Birth | BOISE, ID UNITED STATES |
| Mother's Name | LYNN, JENNIFER |
| Mother's Place of Birth | SIOUX FALLS, IA UNITED STATES |
| Informant's Name | REGAN, JOSINA |
| Relationship to Decedent | SISTER |
| Informant's Address | 2858 SUNSET STRIP, MOUNTAIN HOME, ID 83647 UNITED STATES |
| Education | HIGH SCHOOL GRADUATE, OR GED COMPLETED |
| Of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| Race | WHITE |

#### DEATH INFO

| Field | Value |
|---|---|
| Place of Death | OTHER: MORGAN CITY JAIL |
| Facility Name | |
| Facility Address | 723 MYRTLE STREET, MORGAN CITY, LA 70380 UNITED STATES |
| Parish/County | ST. MARY |

#### DISPOSITION

| Field | Value |
|---|---|
| Method of Disposition | CREMATION |
| Place of Disposition | LAFAYETTE CREMATORY |
| Place of Disposition (City, State, Country) | LAFAYETTE, LA UNITED STATES |
| Date of Disposition | 04/15/2013 |

#### FUNERAL FACILITY

| Field | Value |
|---|---|
| Funeral Facility Name | TWIN CITY FUNERAL HOME, INC. |
| Address of Funeral Facility | 412 FOURTH ST., MORGAN CITY, LA 70380 UNITED STATES |
| Name of Funeral Director | SMILIE, JOHN MICHAEL |
| License Number | UT568 |
| Coroner Notified? | Y |
| Signature of Funeral Director | e-sign |
| Date | 8/3/2013 |

#### MEDICAL INFO

| Field | Value |
|---|---|
| Manner of Death | NATURAL |
| If Female? | NOT APPLICABLE |
| Did Tobacco Usage Contribute to Death? | UNKNOWN |

#### CAUSE OF DEATH

PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate Interval Onset to Death |
|---|---|---|
| Immediate Cause | a. SEVERE CORONARY ARTERY DISEASE | UNK |
| | b. | |
| | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| Was an Autopsy Performed? | YES |
| Findings Used in Determining Cause? | YES |

#### INJURY INFORMATION

| Place of Injury | Date of Injury | Time of Injury | Injury at Work | If Transportation Injury, Specify |
|---|---|---|---|---|
| | | | | |

Location of Injury:
Parish/County:
Describe How Injury Occurred:

#### CERTIFIER

I CERTIFY THIS CORONER CASE BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| Signature of Certifier | e-sign |
| Date | 8/3/2013 |
| Certifier Name | METZ JR, FRANCIS H |
| Certifier Title | CORONER |
| Certifier Address | 201 EVERETT, MORGAN CITY, LA 70380 UNITED STATES |
| Burial Transit Permit | 34774 |
| Parish of Issue | ORLEANS |
| Date of Issue | 04/15/2013 |
| Date Filed with Registrar | 8/3/2013 |

#### REGISTRAR

Signature of Registrar: DARLENE W. SMITH (e-sign)
Issued By: Fonseca, Debbie L
Issued On: 9/3/2013 12:57:27 PM

*003116157*

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA – R.S. 40:32, ET SEQ.

Darlene W Smith
STATE REGISTRAR

**PLAINTIFF'S EXHIBIT A**

WARNING: It is illegal to alter or counterfeit this copy