## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.  14-CV-00121** |
| | * | |
| **ANDRY LERNER, L.L.C.,** | * | **JUDGE ELDON E. FALLON** |
| **ANDRY LAW GROUP, L.L.C.,** | * | |
| **JONATHAN B. ANDRY, AND** | * | **MAGISTRATE JUDGE** |
| **CHRISTINA E. MANCUSO** | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## MOTION TO DISMISS COMPLAINT FOR LEGAL MALPRACTICE PURSUANT TO F.R.Civ.P. 12(b)(6)

Now into Court, through undersigned counsel, come defendants Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso to move this Court for an order under F.R.Civ.P. 12(b)(6) to dismiss the Complaint for Legal Malpractice [R. 1] filed by plaintiff Howell Construction, Inc., because it fails to state a cause of action against these defendants for which relief can be granted.  A memorandum in support of this Rule 12(b)(6) motion accompanies this motion in accord with LR 7.4.

Wherefore, for the reasons set forth in the accompanying memorandum in support, defendants Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso move this Court for an Order, granting their Rule 12(b)(6) motion and dismissing plaintiff Howell Construction, Inc.'s Complaint for Legal Malpractice for failing to state a cause of action against these defendants for which relief can be granted.

Respectfully Submitted:

*s/ E. Phelps Gay*

**E. PHELPS GAY – BAR # 5992**
**epgay@christovich.com**
**KEVIN R. TULLY -Bar #1627**
**krtully@christovich.com**
**H. CARTER MARSHALL - Bar #28136**
**hcmarshall@christovich.com**
**Christovich & Kearney, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana  70130
Telephone:  504-561-5700
**Attorneys for Andry Lerner, L.L.C., Andry Law**
**Group, L.L.C., Jonathan B. Andry, and**
**Christina E. Mancuso**

# C E R T I F I C A T E

This is to certify that on the 18th day of March 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of the filing will be sent via CM/ECF to counsel for plaintiff, Robert H. Matthews, Matthews & Warriner, L.L.C., 230 Oliver Street, New Orleans, Louisiana 70114; and Jean-Paul Layrisson, Scandurro & Layrisson, L.L.C., 607 St. Charles Avenue, New Orleans, Louisiana 70130.

*s/ E. Phelps Gay*
**E. PHELPS GAY**
**KEVIN R. TULLY**
**H. CARTER MARSHALL**