UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 14-CV-00121** |
| | * | |
| **ANDRY LERNER, L.L.C.,** | * | **JUDGE ELDON E. FALLON** |
| **ANDRY LAW GROUP, L.L.C.,** | * | |
| **JONATHAN B. ANDRY, AND** | * | **MAGISTRATE JUDGE** |
| **CHRISTINA E. MANCUSO** | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF SUBMISSION

Please take notice that defendants Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso will submit their F.R.Civ.P. 12(b)(6) Motion to Dismiss Howell Construction, Inc.'s Complaint for Legal Malpractice for Failing to State a Cause of Action to the Honorable Eldon F. Fallon, Judge, on 9 April 2014 at 9:00 a.m. at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 in accord with LR 7.2.

Respectfully Submitted:

s/ *E. Phelps Gay*
**E. PHELPS GAY – BAR # 5992**
**epgay@christovich.com**
**KEVIN R. TULLY -Bar #1627**
**krtully@christovich.com**
**H. CARTER MARSHALL - Bar #28136**
**hcmarshall@christovich.com**
**Christovich & Kearney, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana  70130
Telephone:  504-561-5700
**Attorneys for Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso**

# C E R T I F I C A T E

This is to certify that on the 18th day of March 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of the filing will be sent via CM/ECF to counsel for plaintiff, Robert H. Matthews, Matthews & Warriner, L.L.C., 230 Oliver Street, New Orleans, Louisiana 70114; and Jean-Paul Layrisson, Scandurro & Layrisson, L.L.C., 607 St. Charles Avenue, New Orleans, Louisiana 70130.

s/ *E. Phelps Gay*
**E. PHELPS GAY**
**KEVIN R. TULLY**
**H. CARTER MARSHALL**

2