## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HOWELL CONSTRUCTION, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.  14-CV-00121** |
| | * | |
| **ANDRY LERNER, L.L.C.,** | * | **JUDGE ELDON E. FALLON** |
| **ANDRY LAW GROUP, L.L.C.,** | * | |
| **JONATHAN B. ANDRY, AND** | * | **MAGISTRATE JUDGE** |
| **CHRISTINA E. MANCUSO** | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

### REQUEST FOR ORAL ARGUMENT

Now into Court, through undersigned counsel, come defendants Andry Lerner, L.L.C., Andry Law Group, L.L.C., Jonathan B. Andry, and Christina E. Mancuso and in accordance with LR 78.1 request oral argument on their Motion to Dismiss Complaint for Legal Malpractice Pursuant to F.R.Civ.P. 12(b)(6).

Respectfully Submitted:

*s/ E. Phelps Gay*

**E. PHELPS GAY – BAR # 5992**
**epgay@christovich.com**
**KEVIN R. TULLY -Bar #1627**
**krtully@christovich.com**
**H. CARTER MARSHALL - Bar #28136**
**hcmarshall@christovich.com**
**Christovich & Kearney, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana  70130
Telephone:  504-561-5700
**Attorneys for Andry Lerner, L.L.C., Andry Law**
**Group, L.L.C., Jonathan B. Andry, and**
**Christina E. Mancuso**

# C E R T I F I C A T E

This is to certify that on the 18th day of March 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of the filing will be sent via CM/ECF to counsel for plaintiff, Robert H. Matthews, Matthews & Warriner, L.L.C., 230 Oliver Street, New Orleans, Louisiana 70114; and Jean-Paul Layrisson, Scandurro & Layrisson, L.L.C., 607 St. Charles Avenue, New Orleans, Louisiana 70130.

*s/ E. Phelps Gay*
**E. PHELPS GAY**
**KEVIN R. TULLY**
**H. CARTER MARSHALL**