

48452624

Dec 17 2012
11:03AM

**PLAINTIFF STEERING COMMITTEE**
*IN RE: DEEPWATER HORIZON,* **MDL No. 2179**
**935 Gravier Street, Suite 2000**
**New Orleans, Louisiana 70112**
**Toll Free: (855) 359-2327**
**E-Mail: classcounseloffice@mdl2179psc.com**

December 13, 2012

This is a communication to you from the MDL 2179 Plaintiffs' Steering Committee ("PSC").

Court records reflect that you have submitted a Short Form Joinder, Claim-in-Limitation, lawsuit or other claim with the U.S. District Court in connection with the BP Oil Spill.

This letter is to advise you that, in general, **you must make "Presentment" under the Oil Pollution Act for your Short Form Joinder, lawsuit or other claim to be valid.**

Because BP will likely take the position that the Statute of Limitations will run on **April 20, 2013**, and because it can take up to 90 days for the claim to be presented before the statute runs, you should, out of an abundance of caution, make presentment **before January 20, 2013**.

Presentment generally requires: **(i)** a demand for a "sum certain" (total dollar amount claimed), with **(ii)** a written description of the claim, and **(iii)** supporting documentation of the losses.[1]  Presentment can be made to BP's new Claims Program, at:

> P.O. Box 330919
> Houston, Texas 77233-0919
> Phone: (855) 687-2631
> Fax: (866) 542-4785
> E-Mail: bpclaimsprogram@bp.com
> Website: www.bp.com/claims

If you are submitting settlement claims to the DWH Court-Supervised Settlement Program, you do not have to separately present those claims.   You should, however, out of an abundance of caution, make separate presentment of any Expressly Reserved Claims, such as those for "Moratorium" losses or "private" oyster leases.

If you have submitted a claim to the GCCF, are an Economic Class Member, and received a *Final Offer* from the GCCF, you do not need to make further presentment.[2]  However, BP will likely take the position that you have <u>not</u> satisfied the OPA presentment requirements by having made any other (*i.e.* "Emergency" "Interim" "Quick-Pay" or denied) GCCF Claim.

For more detailed or individualized advice, **you should consult with your attorney if represented, or with an attorney of your choice.**

Additional Information / Updates:
Official PSC Website: http://www.bpmdl2179.com
PSC / Class Counsel Office: (855) 359-2327 or classcounseloffice@mdl2179psc.com
Official Court Website: http://www.laed.uscourts.gov/OilSpill/OilSpill.htm
Official Settlement Program Website: http://www.deepwaterhorizonsettlements.com

---

[1] *See generally,* 33 U.S.C. §§2701(3) and 2713.

[2] *See* Rec. Doc. No. 7130-1, filed in *In re: Deepwater Horizon,* USDC for the Eastern District of Louisiana, MDL No. 2179, Civil Action No. 2:10-md-2179.

*This communication should not be construed as any type of "admission" or concession by the PSC (or any plaintiff) with respect to any statute of limitation deadline or the requirements of presentment.  Plaintiffs, their counsel, and the PSC will undoubtedly take valid legal and factual positions on these issues contrary to those which may be advanced by BP.  The above represents what is, in the PSC's opinion, the safest course of action, under the circumstances.  Please consult your own attorney for additional or more particularized advice.*