# ANDRY LERNER LLC
ATTORNEYS AT LAW

610 Baronne Street · New Orleans, LA 70113
Office: 504-525-5535
Toll Free: 866-404-7777

---

Jonathan B. Andry*  
Glen Lerner**

*Licensed Louisiana Attorney  
**Licensed Nevada Attorney

January 29, 2013

**VIA CERTIFIED MAIL –**
**RETURN RECEIPT REQUESTED**
**NO. 7012 2210 0000 8749 7925**

Ms. Bridget Reesnes  
Howell Construction Inc.  
P.O. Box 578  
Belle Chasse, LA 70037

      RE:    Oil Spill by the Oil Rig "Deep Water" Horizon" in the Gulf of Mexico, on April 20, 2012/In the United States District Court for the Eastern District of Louisiana – Multi-District Litigation ("MDL") No. 2179  
            **Business Claim: Howell Construction Inc.**  
            **Individual Claim: Bridget Reesnes**

Dear Ms. Reesnes:

      Please allow this letter to serve as formal notice that due to the significant increase in revenue by Howell Construction Inc. in 2010, **Andry Lerner, LLC is closing our economic file regarding your business and individual claims for damages suffered as a result of the Deepwater Horizon Oil Spill and does not and will not be representing you or Howell Construction Inc. for damages in this matter.**

      Since we are no longer representing you or Howell Construction Inc. in these matters, we will not do anything further in connection with these claims under the Economic and Property Damages Settlement. Additionally, we will not be filing a lawsuit on behalf of you or Howell Construction Inc.

      I am encouraging you to seek the opinion of another attorney as soon as possible, so that he/she may evaluate any claims that you or Howell Construction Inc. may have as a result for damages caused by the Deepwater Horizon Oil Spill.

      Should you seek the opinion of another attorney, please be advised of the following strict deadlines. Please be advised that under the Oil Pollution Act, any action in Court to receive damages must be filed within three (3) years after the date on which the injury and its connection

ANDRY LERNER LLC

with the oil discharge in question were reasonably discoverable with the exercise of due care. Additionally, under the Oil Pollution Act, you must "present" your claim 90 days before this three year deadline, or you most likely be forever barred from brining the lawsuit at a later date.

With kindest regards, I am

Sincerely,

Christina E. Mancuso

CEM/byk