IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |
| This document relates to all actions and 12-970 | | |

**JOINT DESIGNATIONS OF RECORD ON APPEAL**
<u>**IN FIFTH CIRCUIT CASE NO. 14-30400**</u>

*Counsel Listed on the Final Page*

## MDL 2179 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 5988 | 03/08/2012 | ORDER granting [5987] Joint Motion, creating transition process, and appointing claims administrator and transition coordinator. Signed by Judge Carl Barbier on 3/8/2012. (Reference: ALL CASES)(blg) (Entered: 03/08/2012) |
| 2:10-md-2179 | 5989 | 03/08/2012 | EXPARTE/CONSENT MOTION to Appoint Court-Designated Neutral by Plaintiff. (Attachments: # (1) Proposed Order To Appoint Neutral)(Reference: All Cases)(Herman, Stephen) (Entered: 03/08/2012) |
| 2:10-md-2179 | 6269 | 04/18/2012 | MOTION for Conditional and Preliminary Certification of Economic and Property Damage Class for Settlement Purposes, MOTION for Appointment of Class Representative, and MOTION for Appointment of Class Counsel by Interim Class Counsel, and the Plaintiffs' Steering Committee. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A - Class Definition, # (3) Exhibit A-1 (Gulf Coast Area), # (4) Exhibit A-2 (Specified Waters))(Reference: All Cases (including No. 12-970))(Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6271 | 04/18/2012 | EXPARTE/CONSENT MOTION for Leave to File Memorandum in Support of [6269] Motion for Conditional and Preliminary Certification of Economic and Property Damages Settlement *in Excess of Page Limitations* by Interim Class Counsel. (Attachments: # (1) Proposed Order)(Reference: All Cases (including No. 12-970))(Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6272 | 04/18/2012 | MOTION for Certification of a Rule 23(B)(3) Class for Purposes of Settlement by Plaintiffs. (Attachments: # (1) Memorandum in Support)(Reference: B3 Cases (including No. 12-968))(Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6274 | 04/18/2012 | ORDER granting [6271] Motion for Leave to File Memorandum in Support of [6269] Motion for Conditional and Preliminary Certification of Economic and Property Damages Settlement in Excess of Page Limitations. Signed by Judge Carl Barbier on 4/18/2012. (Reference: ALL CASES, 12-970)(blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and BP Exploration & Production Inc., BP America Production Company re [6266] Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval*. (Attachments: # (1) Exhibit DWH Economic and Property Damages Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation Framework for Business Economic Loss Claims), # (11) Exhibit 4D (Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) |

2

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for Real Property Sales), # (31) Exhibit 13B (Appendix A Real Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A (BP Corporation North America Inc. Guarantee), # (43) Exhibit 24B (BP PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference: 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6348 | 04/24/2012 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP American Production Company re [6269] MOTION to Certify Class *for Settlement Purposes*. (Reference: All Cases; 12-970)(Haycraft, Don) Modified on 4/25/2012 (blg) (Entered: 04/24/2012) |
| 2:10-md-2179 | 6349 | 04/24/2012 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP American Production Company re [6272] MOTION to Certify Class *for Settlement Purposes*. (Reference: 10-2179; 12-968)(Haycraft, Don) Modified on 4/25/2012 (blg) (Entered: 04/24/2012) |
| 2:10-md-2179 | 6395 | 05/01/2012 | TRANSCRIPT of Hearing on Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes and for preliminary approval of the proposed class action settlements respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement held on April 25, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/30/2012. (Reference: ALL CASES, 12-968, 12-970)(clu, ) Modified docket text on 5/2/2012 (jtd) (Entered: 05/01/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6412 | 05/02/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. (Reference: No. 12-970 (and "B1" Bundle Cases))(Herman, Stephen) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6414 | 05/02/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E)(Reference: ALL CASES, and 12-970)(Haycraft, Don) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6418 | 05/02/2012 | ORDER re Rec. Doc. [6266], [6269], [6276] and [6414], preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. Signed by Judge Carl Barbier on 5/2/2012.(Reference: Actions in B1 Pleading Bundle, VoO Contract Claims, and 12-970)(blg) (Entered: 05/02/2012) |

5

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6453 | 05/07/2012 | ANSWER to [6412] Amended Complaint *for Private Economic Losses and Property Damages* by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. (Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/8/2012 (blg) (Entered: 05/07/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6796 | 06/26/2012 | ORDER: [Appointment of Appeal Panelist Pool], Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal Panelist Pool to serve on any appeals, regardless of the amount of the claim: Texas: Robert A. Black, Louisiana: Vincent Fornias, Thomas Foutz, Donald C. Massey, James R. Nieset, Emile Rolfs, Thomas M. Usdin, E. Gregory Voorhies, Mississippi: Alex A. Alston, Donald C. Dornan, Jr., Britt Singletary, Alabama: Reggie Copeland, Jr., Charles J. Fleming, R. Bernard Harwood, Jr., Rodney A. Max, Benjamin T. Rowe, Florida: Thomas F. Condon, Nicholas P. Geeker, Robert N. Heath, Rodney A. Max, Guy Spicola. This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan that he or she is available and able to serve in accordance with the Court's appointment. The appointment to and service on the Appeal Panel is subject to oversight by the Court, which shall retain jurisdiction over the Appeal Panel. Signed by Judge Carl Barbier on 6/26/12.(Reference: all cases)(sek, ) (Entered: 06/26/2012) |
| 2:10-md-2179 | 7104 | 08/13/2012 | MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT by Plaintiffs. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Expert Report - Klonoff, # (4) Affidavit Issacharoff, # (5) Affidavit Herman, # (6) Affidavits: Rice - Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * VoO Charter Dispute Cases, 12-970)(sek, ) (Entered: 08/13/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7110 | 08/13/2012 | NOTICE by Class Counsel, BP Exploration & Production Inc., and BP America Production Company *of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr.*. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/14/2012 (gec, ) (Entered 08/13/2012) |
| 2:10-md-2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19 (Part 1), # (21) Exhibit 19 (Part 2), # (22) Exhibit 20, # (23) Exhibit 21, # (24) Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ) (Entered: 08/14/2012) |
| 2:10-md-2179 | 7726 | 10/22/2012 | NOTICE *of Filing of the Supplemental Declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John Coffee; Meade Monger; David Odom and John Perry, Jr.*by Class Counsel, BP Exploration & Production Inc., and BP America Production Company. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ) (Entered: 10/22/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re [7114] MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 . (Attachments: # (1) Exhibit A revision (re Seafood Program), # (2) Exhibit C (Summary of Objections), # (3) Exhibit D (in globo) (GCCF Winding Down), # (4) Affidavit Klonoff - Supplemental Report, # (5) Affidavit Greenwald, # (6) Exhibit Haycraft Ltr (VoO Offset), # (7) Exhibit BP Submission (VoO Offset), # (8) Exhibit Cantor Ltr (VoO Offset), # (9) Exhibit Ltr to Wilson (Customer Mix), # (10) Exhibit Citizen Article, # (11) Exhibit Palmer Orders)(Reference: B1 Cases; VoO Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7731 | 10/22/2012 | *Reply in Support of BP Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012* by BP Defendants. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7900 | 11/08/2012 | Minute Order. FINAL FAIRNESS HEARING held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. [7114], see also Rec. Docs. [7104], [7110]); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. [7112], see also Rec. Docs. [7116], [7113]). The Court took both Motions for Final Approval (Rec. Docs. [7114], [7112]) UNDER ADVISEMENT. (Court Reporter Cathy Pepper.) (Reference: 10md2179)(sek, ) (Entered: 11/15/2012) |

9

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2013. (Reference: 12CA0968; 12CA0970)(clu, ) (Entered: 11/15/2012) |
| 2:10-md-2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. and All Actions)(sek, ) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8139 | 12/21/2012 | ORDER AND JUDGMENT Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12.(Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. and All Actions)(sek, ) (Entered: 12/21/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 10185 | 05/20/2013 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determinations: 1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations. 2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order. Signed by Judge Carl Barbier on 5/20/13. (Attachments: # (1) Rules Governing Discretionary Court Review of Appeal Determinations)(Reference: 12-970)(sek, ) (Entered: 05/20/2013) |
| 2:10-md-2179 | 10415 | 06/17/2013 | MOTION to Amend/Correct May 20, 2013 Order and Rules re [10185] by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 6/18/2013 (gec, ) (Entered: 06/17/2013) |
| 2:10-md-2179 | 10759 | 07/16/2013 | ORDERED that BP's Motion to Amend May 20, 2013 Order and Rules (Rec. Doc. [10415]) is DENIED. Signed by Judge Carl Barbier on 7/16/13. (Reference: 12-970)(sek, ) (Entered: 07/16/2013) |
| 2:10-md-2179 | 11566 | 10/03/2013 | ORDER: Interim Order suspending the issuance of any final determination notices or any payments with respect to BEL claims in which the Claims Administrator determines that the matching of revenues and expenses is an issue. Signed by Judge Carl Barbier on 10/3/13. (Reference: 12-970 & all cases)(sek, ) (Entered 10/03/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11580 | 10/03/2013 | ORDER of USCA as to [8271] Notice of Appeal. We REMAND this case to the district court for the limited purpose of allowing the district court to determine whether appellants are members of the class in this case after which the record, along with the district court's ruling, should be returned to the Clerk of this court so that the appeal may proceed. If either party wants to appeal the district court's order on remand, the clerk will establish an appropriate expedited briefing schedule. Thereafter the clerk will route that appeal to this motion panel. All other pending motions are DENIED without prejudice. USCA Judges: King, Davis and Elrod. (Reference: 12-968, 12-970)(gec, ) (Entered: 10/03/2013) |
| 2:10-md-2179 | 11697 | 10/18/2013 | PRELIMINARY INJUNCTION Related to BEL Claims. Signed by Judge Carl Barbier.(Reference: ALL CASES and 12-970)(gec, ) (Entered: 10/18/2013) |
| 2:10-md-2179 | 11790 | 11/05/2013 | ORDER: Clarifying Preliminary Injunction (Rec. Doc. [11697]) Regarding Claims Currently in the Appeals Process. Signed by Judge Carl Barbier on 11/5/13.(Reference: All Cases and 12-970)(sek, ) (Entered: 11/05/2013) |
| 2:10-md-2179 | 11928 | 12/05/2013 | ORDER: Amending Preliminary Injunction Related to BEL Claims. Signed by Judge Carl Barbier on 12/5/13.(Reference: 12-970)(sek, ) (Entered: 12/05/2013) |
| 2:10-md-2179 | 12055 | 12/24/2013 | ORDER Responding to Remand of Business Economic Loss Issues. Signed by Judge Carl Barbier.(Reference: All Cases and 12-970) (gec, ) (Main Document 12055 replaced on 1/2/2014) (gec, ) (Entered: 12/24/2013) |
| 2:10-md-2179 | 12103 | 01/08/2014 | MOTION to Confirm Arbitration Award and Order Payment by Movant Rocon, Inc. (Attachments: # (1) Memorandum in Support, # (2) Supplement List of Exhibits, # (3) Exhibit 1, # (4) Exhibit 2, # (5) Exhibit 3, # (6) Exhibit 4, # (7) Exhibit 5, # (8) Exhibit 6, # (9) Exhibit 7, # (10) Exhibit 8, # (11) Exhibit 9, # (12) Exhibit 10, # (13) Exhibit 11, # (14) Exhibit 12, # (15) Exhibit 13, # (16) Supplement Proof of Service)(Reference: 12-970 and All Actions)(Saad, Elias) Modified on 1/9/2014 (gec, ) (Entered: 01/08/2014) |

12

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 12556 | 03/20/2014 | MOTION to Confirm Arbitration Award and Order Payment by Plaintiff/Claimant 100089377 (Claimant 377). (Attachments: # (1) Memorandum in Support, # (2) Index of Exhibits, # (3) Exhibit 1, # (4) Exhibit 2, # (5) Exhibit 3, # (6) Exhibit 4, # (7) Exhibit 5, # (8) Exhibit 6, # (9) Exhibit 7, # (10) Exhibit 8, # (11) Exhibit 9, # (12) Exhibit 10, # (13) Exhibit 11, # (14) Exhibit 12, # (15) Exhibit 13, # (16) Exhibit 14, # (17) Exhibit 15, # (18) Exhibit 16, # (19) Exhibit 17, # (20) Exhibit 18, # (21) Proof of Service)(Reference: 12-970)(Saad, Elias) Modified filer on 3/20/2014 (sek) (Entered: 03/20/2014) |
| 2:10-md-2179 | 12559 | 03/20/2014 | Request/Statement of Oral Argument by Claimant 100089377 regarding [12556] MOTION Motion to Confirm Arbitration Award and Order Payment. (Reference: 12-970)(Saad, Elias) Modified on 3/21/2014 (gec) (Entered: 03/20/2014) |
| 2:10-md-2179 | 12572 | 03/21/2014 | Request/Statement of Oral Argument by Claimant Rocon, Inc. regarding [12103] MOTION to Confirm Arbitration Award and Order Payment. (Reference: 12-970)(Saad, Elias) Modified on 3/24/2014 (gec) (Entered 03/21/2014) |
| 2:10-md-2179 | 12594 | 03/26/2014 | ORDER Regarding Motions to Confirm Arbitration Award & Order Payment (Rec. doc. [12556]) & Enforce "Full & Final Releases & Covenants Not to Sue" (Rec. doc. [12577]). Signed by Judge Carl Barbier on 3/26/14. (Reference: 12-970 and All Actions)(sek) (Entered: 03/26/2014) |
| 2:10-md-2179 | 12598 | 03/27/2014 | ORDER denying Rocon, Inc's Motion to Confirm Arbitration Award and Order Payment Rec. doc. [12103]; ORDERED that claimants 100033737,100149024, 100096648, 100037938, 100106725, 100148856, 100161855, 100157880 and 100139232's Motions to Enforce Settlement Release and to Otherwise Modify/Lift Injunctions (Rec. docs. [12384], [12391],[12420], and [12435] are denied. Signed by Judge Carl Barbier on 3/26/14. (Reference: all cases)(sek) (Entered: 03/27/2014) |

13

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 12582 | 03/20/2014 | USCA JUDGMENT issued as mandate on 3/18/2014 as to Notices of Appeal [4987], [4988], [5063], [5065], [5081], [5084], [5085], [5086], [5087], [5089], [5539]. It is ordered and adjudged that the judgment of the District Court is affirmed. USCA judges: Jones, Barksdale, and Southwick. (Reference: 10-1758)(gec) (Entered 03/20/2014) |
| 2:10-md-2179 | 12693 | 04/22/2014 | NOTICE OF APPEAL by Rocon, Inc. as to [12598] Order on Motion to Confirm Arbitration Award and Order Payment Rec. doc. [12103]. (Filing fee $ 505, receipt number 053L-4425525.) (Attachments: # (1) Proof of Service)(Reference: 12-970)(Saad, Elias) Modified on 4/23/2014 (gec) (Entered: 04/22/2014) |
| 2:10-md-2179 | 12694 | 04/22/2014 | NOTICE OF APPEAL by Claimant 100089377 as to [12594] Order on Motion to Confirm Arbitration Award and Order Payment Rec. doc. [12556]. (Filing fee $ 505, receipt number 053L-4425566.) (Attachments: # (1) Proof of Service)(Reference: 12-970)(Saad, Elias) Modified on 4/23/2014 (gec) (Entered: 04/22/2014) |

## No. 2:12-cv-970 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:12-cv-970 | 1 | 04/16/2012 | CLASS ACTION COMPLAINT for Private Economic Losses and Property Damages against BP America Production Company, BP Exploration & Production Inc., BP p.l.c. (Filing fee $ 350 receipt number 053L-3473878) filed by Corliss Gallo, Kathleen Irwin, Fort Morgan Realty, Inc, Bon Secour Fisheries, Inc., Phuong Nguyen, William Sellers, LFBP 1, LLC , Ronald Lundy, Lake Eugenie Land & Development, Inc., John Tesvich, Michael Guidry, Maurice Phillips, Panama City Beach Dolphin Tours & More, LLC, Kip Plaisance, Zekes Charter Fleet, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Herman, Stephen) Modified on 4/17/2012 (gec, ) (Entered: 04/16/2012) [Amended and filed as Rec. Doc. 6412 in MDL 2179] |

May 16, 2014                                    Respectfully submitted,


   /s/ E.J. Saad                     

E.J. Saad
Matthew Andrews
E.J. SAAD LAW FIRM
6207 Cottage Hill Road Suite G
Mobile, AL 36609
Telephone: (251) 660-0888
Facsimile: (251) 660-0777
ejsaad@ejsaadlaw.com
mandrews@ejsaadlaw.com

   /s/ Frederick T. Kuykendall, III  

Frederick T. Kuykendall, III
KUYKENDALL & ASSOCIATES, LLC
P.O. Box 2129
Fairhope, AL 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151
ftkuykendall@yahoo.com

   /s/ James M. Garner         

James M. Garner
Martha Y. Curtis
Kevin M. McGone
OF COUNSEL:
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA  70112
Phone: (504) 299-2133
Facsimile: (504) 299-2333
jgarner@SHERGARNER.com
mcurtis@SHERGARNER.com
kmcglone@SHERGARNER.com


*Attorneys for Benny Whitehead, Inc.*
_____

                                        _/s/_ Don K. Haycraft _____

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft |
| J. Andrew Langan, P.C. | Devin C. Reid |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS LLP |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone: (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile: (312) 862-2200 | Facsimile: (504) 556-4108 |
| richard.godfrey@kirkland.com | dkhaycraft@liskow.com |
| andrew.langan@kirkland.com | dcreid@liskow.com |

Jeffrey Bossert Clark
Dominic E. Draye
Thomas P. Weir
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
dominic.draye@kirkland.com
tom.weir@kirkland.com

                        ***Attorneys-in-Charge for Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 16th day of May, 2014.

/s/ Don K. Haycraft