UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-968; *Plaisance, et al., individually and/on behalf of the Medical Benefits Settlement Class, v. BP Exploration & Production, Inc., et al.* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Policy Statement by the Medical Class Settlement Claims Administrator (Rec. doc. 12862)]**

The Court has reviewed the memorandum from Garretson Resolution Group, the Medical Benefits Claims Administrator, regarding classification of Chronic Physical Conditions first diagnosed after April 16, 2012. If any party objects to the policy statement they/it shall notify Judge Shushan of the objection no later than **May 21, 2014**. If there is an objection, the Court will take it up based on the record filed by the Claims Administrator with the policy statement (Rec. doc. 12862- Exhibits A-E). No further submissions or briefing will be accepted.

New Orleans, Louisiana, this 15th day of May, 2014.

CARL J. BARBIER
United States District Judge