UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO: 10-2179 |
| THIS DOCUMENT APPLIES TO CASE NO. 12-311 | SECTION: J(1) |

### ORDER

Considering the foregoing *Motion to Seal Exhibit* **(Rec. Doc. 12854)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court seal Exhibit "V" to LIU's *Reply in Support of Motions for Partial Summary Judgment* **(Rec. Doc. 12853)**.

New Orleans, Louisiana, this 15th day of May, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE