# MIKE JOSEPH MCCULLOUGH

213 North College Rd, Lafayette, LA 70506 | P 337-233-6066 | C 337-739-6789 | mike@settlementoptions.org

SETTLEMENT PLANNER WITH OVER 18 YEARS EXPERIENCE
- In 1996 began career as office manager for the Law firm of Toce & Daiy;
- In 2000 founded Cornerstone Settlements and became a fulltime settlement planner;
- In 2005 began affiliation with The James Street Group as a settlement planner;
- In 2014 began affiliation with The Settlement Alliance as a settlement planner;
- Specialize in settlement planning for claimants in physical injury, products liability, economic loss, punitive damage and commercial claims;
- Worked with over 250 attorneys in Louisiana, Texas and across the country; and
- Placed structured settlements and trust products for individual claimants and mass tort claims including: Green T. Lindon Elementary overspray litigation, Ford, GM (pre & post Chapter 11) and Toyota recall litigation, Tire Delamination cases, BP Deepwater Horizon (while with James Street Group), BP explosion in Texas City, Asbestos and Paxil.

PROFESSIONAL EXPERIENCE

| | | | |
|---|---|---|---|
| Cornerstone Settlements | Settlement Planner | | 2000 – Present |
| The Settlement Alliance | Settlement Planner | | February 2014 – Present |
| The James Street Group | Settlement Planner | | 2005-2014 |
| Structured Financial Associates | Settlement Planner | | 2000-2005 |
| Toce & Daiy | Office Manager | | 1996-2000 |

PROFESSIONAL LICENSING

Licensed Life Agent
- Resident License – Louisiana; Non-Residence Licenses – California, Colorado, Connecticut, Delaware, Illinois, Massachusetts, Nebraska, New Jersey, New York, Pennsylvania, Texas, Virginia, Washington
- The settlement Alliance is licensed to place structured settlement business in all 50 states

EDUCATION

University of Louisiana
**Bachelor of Science, Business Administration Finance**                                         **1993**

SPEAKING ENGAGEMENTS,PROFESSIONAL AFFILIATIONS, PUBLICATIONS AND SPONSORSHIPS
- 2013 Bayou Corn Sink Hole (Claimants) – Presenter structured settlement options to victims and tax consequences of claims;
- 2012 Paxil Settlement Conference (Claimants) – Presenter Structured Settlement and Trust options;
- 2009 Rotary Club of Lafayette – Key Note Speaker regarding Structured Installments sales ;
- 2005 BP Texas City Explosion (Claimants) – Presenter structured settlement options;
- Member NSSTA – National Structured Settlement Trade Association;
- Member SSA – Society of Settlement Planners;
- LaPorole; Published article, 2009, "Personal Responsibility"; and
- LAJ Diamond Sponsor, TTLA Sponsor, AAJ Sponsor.



EXHIBIT
A