**Corporate Profile**



# THE SETTLEMENT ALLIANCE

### About The Settlement Alliance

The Settlement Alliance provides comprehensive financial planning and related services to attorneys and their clients nationwide. Our settlement planners draw from decades of collective industry experience and utilize strategic partnerships to create customized solutions that deliver long-term financial stability.

### Our Experience

The Settlement Alliance brings together the most respected and knowledgeable professionals in the settlement planning industry. In fact, our team members were once the backbone of The James Street Group, the former leader in plaintiff-only settlement planning. Collectivley, our firm brings together decades of experince which has resulted in settlement plan completions exceeding $8 billion dollars.

### Our Services

- Structured Settlements
- Attorney Fee Deferral Analysis
- Trust Planning & Administration
- Lien Resolution
- Medicare Set-Asides
- Mass Tort Settlement Coordination & Claims Management
- Qualified Settlement Fund (468 Trust) Administration
- Government Benefit Consultation
- Special Needs Planning

### Our Commitment

At The Settlement Alliance, we are focused on building long-standing relationships with attorneys and their clients. Our commitment to service has enabled our company to obtain business from hundreds of leading law firms across the country on an annual basis. The attorneys that partner with our firm understand that our settlement planners always have their clients' best interests at heart. Our team is committed to providing service for many years down the road and we expect everyone we do business with to be a client for life.



EXHIBIT B

☎ (800) 464-2500
✉ info@settlement-alliance.com
🌐 www.Settlement-Alliance.com