UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 10-2179<br><br>SECTION "J" |
| THIS PLEADING APPLIES TO: | JUDGE: CARL BARBIER |
| David Leon Brooks<br>v. Tidewater Marine, L.L.C., et al.<br><br>Civil Action Nos.:<br>2:11-cv-00365 and 10-md-2179 | MAGISTRATE: SALLY SHUSHAN |

### UNOPPOSED MOTION TO SUBSTITUE PARTIES PURSUANT TO F.R.C.P. RULE 25(a)(1)

**TO THE HONORABLE JUDGE OF SAID COURT**:

**NOW INTO COURT,** through undersigned counsel come Josina Brooks Regan and Monty Brooks, sole surviving heirs of the deceased Plaintiff, David Brooks, and further pursuant to the Suggestion of Death filed herein (Rec. Doc. 12861) move to be substituted as Plaintiffs herein.

Counsel for the Plaintiffs has contacted counsel for the Defendants, and they have no objection to the granting of this Motion.

Respectfully submitted,

**JACK W. HARANG, APLC**
*/s/ Jack W. Harang*
Jack W. Harang (LA Bar #15083)
228 Saint Charles Avenue, Suite 501
New Orleans, Louisiana  70130
Telephone:  504.581.7050
Facsimile:  866.441.6281
Email:  jack@jharang.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **Unopposed Motion to Substitute Parties to F.R.C.P. Rule 25(a)(1)** has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with the Court's Pretrial Order No. 12 on this 19th day of May 2014.

/s/Jack W. Harang
**JACK W. HARANG**

## CERTIFICATE OF CONFERENCE

Plaintiff has discussed this notice with Defendants and agreed to **Unopposed Motion to Substitute Parties Pursuant to F.R.C.P. Rule 25(a)(1).**

/s/Jack W. Harang
**JACK W. HARANG**