UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 10-2179 <br><br> SECTION "J" |
| THIS PLEADING APPLIES TO: | JUDGE: CARL BARBIER |
| David Leon Brooks v. Tidewater Marine, L.L.C., et al. | MAGISTRATE: SALLY SHUSHAN |
| Civil Action Nos.: 2:11-cv-00365 and 10-md-2179 | |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUE PARTIES PURSUANT TO F.R.C.P. RULE 25(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** through undersigned counsel come Josina Brooks Regan and Monty Brooks, who in support of their unopposed motion to be substituted as party plaintiffs on behalf of their deceased sibling, David Leon Brooks, states as follows:

Their deceased sibling, David Leon Brooks, originally filed this Complaint on March 1, 2011; he died on April 6, 2013 in Morgan City, Louisiana all as can be seen in the Suggestion of Death and death certificate (Rec. Doc. 12861) filed on May 14, 2014.

Counsel for the defendants have been contacted and have no objection to the granting of this motion.

        Respectfully submitted,
        **JACK W. HARANG, APLC**
        /s/ *Jack W. Harang*
        Jack W. Harang (LA Bar #15083)
        228 Saint Charles Avenue, Suite 501
        New Orleans, Louisiana 70130
        Telephone: 504.581.7050
        Facsimile: 866.441.6281

Email: jack@jharang.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing **Memorandum in Support of Unopposed Motion to Substitute Parties to F.R.C.P. Rule 25(a)(1)** has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with the Court's Pretrial Order No. 12 on this 19th day of May 2014.

*/s/Jack W. Harang*
**JACK W. HARANG**

## CERTIFICATE OF CONFERENCE

Plaintiff has discussed this notice with Defendants and agreed to **Memorandum in Support of Unopposed Motion to Substitute Parties Pursuant to F.R.C.P. Rule 25(a)(1).**

*/s/Jack W. Harang*
**JACK W. HARANG**