UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 10-2179 <br><br> SECTION "J" |
| THIS PLEADING APPLIES TO: | JUDGE: CARL BARBIER |
| David Leon Brooks <br> v. Tidewater Marine, L.L.C., et al. | MAGISTRATE: SALLY SHUSHAN |
| Civil Action Nos.: <br> 2:11-cv-00365 and 10-md-2179 | |

### ORDER

Considering the foregoing:

Let Josina Brooks Regan and Monty Brooks be substituted for David Brooks as parties' plaintiffs in this matter.

New Orleans, Louisiana, this 19th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE