# Exhibit C

**U.S. Department of Justice**
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

August 23, 2012

BY FEDERAL EXPRESS

Connie Salcido Delgado
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071

Thomas Nelson
Kirkland & Ellis, LLP
300 N LaSalle Dr
Chicago, IL 60654

Paul Savoy
Beck, Redden & Secrest LLP
1221 McKinney, Suite 4500
Houston, TX 77010

Carolyn R. Raines
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

Sean O'Brien
Sutherland
1275 Pennsylvania Avenue NW
Washington, D.C. 20004

James Roy
MDL 2179 PSC
935 Gravier Street, Suite 2000
New Orleans, Louisiana 70112

Attorney General Luther Strange
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL 36130

Alan M. Weigel
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York NY 101740208

Mary Rose Alexander, Esq.
c/o Cheryl Leith
Latham & Watkins
South Wacker Drive, Suite 5800
Chicago, IL 60606

John C. Funderburk, Esq.
Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Houston, TX 77002

Michael G. Lemoine, Esq.
Jones Walker
600 Jefferson Street, Suite 1600
Lafayette, LA 70501

Theodore E. Tsekerides, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis Barrow, Esq.
Ware, Jackson, Lee & Chambers, LLP
2929 Allen Parkway, 42$_{nd}$ Floor
Houston, TX 77019

Ellizabeth Bryce Petersen
Kanner & Whiteley LLC
701 Camp Street
New Orleans LA 70130-3504

Edward Flanders
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Dear Counsel:

Enclosed please find a disk (GOV448 to GOV452) with the US government responses to BP's request for production.

GOV448 has documents related to the DOE Recollection review (natives with slip sheets) and material from Los Alamos custodian Burns. GOV449 has Executive Office communications from Burns.

GOV450 has documents from various agencies that were previously privileged and are now being produced in redacted form as well as documents from 30(b)(6) custodian Sogge. The Sogge material includes slip sheets for files that were corrupt and could not be replaced.

GOV451 has some additional documents from 30(b)(6) custodian Possolo.

GOV452 has a document from the US Coast Guard.

The bates ranges for these productions will be sent as email attachments.

The media was encrypted using TrueCrypt. Instructions for decrypting the media will be forwarded by email.

Please feel free to contact me if you have any questions.

Sincerely,

/s/ Sarah D. Himmelhoch

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
202-514-0180

cc: Liaison Counsel