# Exhibit D

**U.S. Department of Justice**
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

September 10, 2013

BY FEDERAL EXPRESS

Connie Salcido Delgado
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071

Paul Savoy
Beck, Redden & Secrest LLP
1221 McKinney, Suite 4500
Houston, TX 77010

Sean O'Brien
Sutherland
1275 Pennsylvania Avenue NW
Washington, D.C. 20004

Attorney General Luther Strange
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL 36130

Mary Rose Alexander, Esq.
c/o Cheryl Leith
Latham & Watkins
South Wacker Drive, Suite 5800
Chicago, IL 60606

Michael G. Lemoine, Esq.
Jones Walker
600 Jefferson Street, Suite 1600
Lafayette, LA 70501

Dennis Barrow, Esq.
Ware, Jackson, Lee & Chambers, LLP
2929 Allen Parkway, 42nd Floor
Houston, TX 77019

Edward Flanders
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Thomas Nelson
Kirkland & Ellis, LLP
300 N LaSalle Dr
Chicago, IL 60654

Carolyn R. Raines
Godwin Lewis
1201 Elm St, Suite 1700
Dallas TX 75270-2041

James Roy
MDL 2179 PSC
935 Gravier Street, Suite 2000
New Orleans, Louisiana 70112

Alan M. Weigel
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York NY 101740208

John C. Funderburk, Esq.
Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Houston, TX 77002

Sylvia E. Simson, Esq.
Quinn, Emanuel, Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Ellizabeth Bryce Petersen
Kanner & Whiteley LLC
701 Camp Street
New Orleans LA 70130-3504

Dear Counsel:

Enclosed please find a disk (GOV636)  with the US government responses to BP's request for production.

GOV636 has documents that had been withheld for privilege but are now being released in redacted form.  **NOTE: These documents are HIGHLY CONFIDENTIAL – May Contain CUI – See PTO#50.**  Sources include the Secretary of Energy, Los Alamos Natl Lab, Lawrence Livermore Natl Lab and Sandia Natl Lab.

The bates ranges for this production will be sent as an email attachment.

The media was encrypted using TrueCrypt. Instructions for decrypting the media will be forwarded by email.


Please feel free to contact me if you have any questions.



Sincerely,

/s/ Sarah D. Himmelhoch

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
202-514-0180


cc: Liaison Counsel