UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Re:  Issues addressed at telephone conference on Thursday, May 15, 2014]**

1.  <u>U. S. Fact Witness Depositions</u>.

The U.S. shall produce Dr. Jane Lubchenco and Dr. Jacqueline Michel for their depositions.  The deposition of Dr. Michel shall be limited to her work as the leader for Shoreline Cleanup Assessment Technique ("SCAT").  She shall not be examined on her work in support of NOAA's NRD Assessment.

**The U.S. is not required to produce Admiral Paul Zukunft, Rear Admiral Steven Poulin, or Dr. Robert Haddad**.

2.  <u>BPXP Fact Witnesses Depositions</u>.

There are sixteen persons at issue.

Category A.  Rule 30(b)(6) witnesses.  BPXP provided deposition dates for the following. It has not determined if they will be called to testify at trial as fact witnesses.  It does not object to them being deposed about their personal knowledge on the same date as their corporate representative depositions.  **BPXP may not pull these witnesses down without the consent of the U.S**.  **BPXP's request for limits on the deposition of Richard Morrison is denied,** but the U.S. is cautioned not to repeat questions he was asked during his deposition in earlier Phases**.**

1.  Richard Morrison

    2. Laura Folse

    3. Mile Utsler

    4. Brian Smith

    5. David Bucknall

Category B.  The following persons were disclosed by BPXP pursuant to Rule 26 and it does not yet know if they will be called to testify at trial as fact witnesses.  It reports that it will provide deposition dates for these witnesses by Tuesday, May 20, 2014.  **BPXP shall provide deposition dates for these witnesses.  It may not pull these witnesses down without the consent of the U.S.**

    6. Mike Robertson

    7. Dr. Richard Heron

    8. Danny Wallace

    9. Tom Zimmer

    10. Iris Cross

    11. Dr. Elliot Taylor

Category C.  BPXP objects to producing the following witnesses.  **It shall provide deposition dates for Duane Wilson and Nick Bamfield.  It may not pull them down without the consent of the U.S.  It is not required to produce Jared Hogue for deposition.**

    12. Duane Wilson.

    13. Nick Bamfield

    14. Jared Hogue

Category D.  BPXP requests that the Court defer ruling on these two persons until May 22, 2014.  **This request is granted**.

      15. Brenda Pennington

      16. Denise Robertson.

3. <u>Depositions - Custodial File Production</u>.

Fact and Rule 30(b)(6) depositions commence on June 9, 2014 and conclude on July 18, 2014. There is not sufficient time for custodial file production for all BPXP witnesses. **By Friday, May 23, 2014, the U.S. shall identify two fact or Rule 30(b)(6) witnesses for custodial file production. The parties shall endeavor to schedule their depositions near the end of the deposition schedule. BP shall produce the custodial files for these persons one week before their depositions. The U.S. is to provide proposed search terms for the custodial file production, understanding that time is <u>extremely</u> limited.**

4. <u>Depositions - Number of Experts to be Deposed</u>.

The U.S. and BPXP may each provide up to 12 reports (affirmative, response or rebuttal collectively), all of whom will be subject to deposition. The U.S. and BPXP can anticipate that each of them will be limited to 1ess than 12 experts at the Penalty Phase trial.

The U.S. and Anadarko may each provide from up to 2 experts (affirmative, response or rebuttal collectively), all of whom will be subject to deposition and able to testify at the Penalty Phase trial.[1]

5. <u>Motions to Compel (Rec. doc. 12858 and 12859)</u>.

The U.S. and BPXP shall file their oppositions to the motions to compel by **Tuesday, May 20, 2014**. The parties will not be permitted to submit replies. The May 8 and May 13, 2014 letters from Sarah Himmelhoch contain the opposition of the U.S. to BPXP's request for an order requiring the U.S. to designate representatives to testify on BPXP's Rule 30(b)(6) topic nos. 1, 2(a), 4, 5 and 6. The U.S. is not required to file a further opposition.

---

[1] Subject to <u>Daubert</u> challenge rulings.

6. Appeal.

    The deadline for any appeal of this order is **Friday, May 23, 2014**.

    New Orleans, Louisiana, this 19th day of May, 2014.

                                        **SALLY SHUSHAN**
                                        **United States Magistrate Judge**