IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:<br>Oil Spill by the Oil Rig "Deepwater Horizon"<br>in the Gulf of Mexico on April 20, 2010<br><br>SNODGRASS BROTHERS, INC.<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC.<br>and BP AMERICA PRODUCTION COMPANY;<br>DEEPWATER HORIZON COURT<br>SUPERVISED SETTLEMENT PROGRAM;<br>and PATRICK A. JUNEAU,<br>In His Official Capacity As Claims Administrator<br>Of The Deepwater Horizon Court Supervised<br>Settlement Program Administering The<br>Deepwater Horizon Economic and Property<br>Damages Settlement Agreement<br>And In His Official Capacity As Trustee<br>Of The Deepwater Horizon Economic<br>and Property Damages Settlement Trust | * MDL NO. 2179<br>* SECTION J<br>* HONORABLE CARL J. BARBIER<br>* MAGISTRATE JUDGE SHUSHAN<br>*<br>*<br>*<br>*<br>* THIS DOCUMENT RELATES TO<br>* Case No.  2:13-cv-06190-CJB-SS<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**ORDER
ON COMPLAINANT SNODGRASS BROTHERS, INC.'S
MOTION TO SET AMENDED MOTION
TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT
FOR SUBMISSION AND HEARING ON THE NEXT MOTION DAY**

After considering Complainant's request for submission and hearing, the Court orders that **COMPLAINANT'S AMENDED MOTION TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT** be set on the next motion day for submission and hearing.

Specifically, the Court orders that the above referenced **COMPLAINANT'S AMENDED MOTION TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT** be set for submission and hearing on _____, 2014.

SIGNED: _____, 2014.

_____
UNITED STATES DISTRICT JUDGE