UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER**

**[Regarding BP's Motion On Email Journaling And Third-Party-Contractor-Hosted Data (Rec. Doc. 12890)]**

On May 16, 2014, BP submitted a letter motion to the Court for an order permitting (i) all parties to resume standard business practices with respect to email journaling for emails created after July 1, 2013; and (ii) each party to migrate data hosted by third party contractors previously engaged by a party in the *DWH* response in a forensically-sound manner to media stored by the party. Rec. Doc. 12890. The parties have indicated that BP's motion is unopposed.

THEREFORE IT IS ORDERED that (1) BP's motion for an order permitting it to return to standard business practices with respect to email journaling for emails created after July 1, 2013 (Rec. Doc. 12890) is GRANTED; (2) BP and all Parties are not required to preserve email journals for emails created after July 1, 2013 with the exception of journals containing emails of individuals still actively involved in response efforts; (3) each party may migrate data hosted by third party contractors previously engaged by a party in the *DWH* response in a forensically-sound manner to media stored by the party; and (4) third party contractors previously engaged by a party in the *DWH* response may repurpose the original media upon which *DWH*-related data

was created so long as a copy of the data is forensically-migrated to the party and the contractor retains a backup copy of the data.

New Orleans, Louisiana, this 20th day of May, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**