UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion to Approve Mike Joseph McCollough as Court Approved Structured Settlement Broker (Rec. doc. 12873)]**

The above motion is DENIED without prejudice. The motion should be re-filed with proof that Mr. McCollough meets all of the eligibility criteria as set forth in the Court's previous order regarding approval of qualifying criteria for the appointment of structured settlement brokers (Rec. doc. 11404).

New Orleans, Louisiana, this 20th day of May, 2014.

_____
SALLY SHUSHAN
United States Magistrate Judge