UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: 2179 |
| PERTAINS TO: | * * * | JUDGE: CARL J. BARBIER (J) |
| NO. 13-1650 | * * | MAGISTRATE: SALLY SHUSHAN (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, A.B. DOCK SERVICES, INC. ("Plaintiff"), who desires that Wyman E. Bankston (La. Bar No. 30384) and the law firm of Bankston Duhon, LLC be enrolled as counsel of record for Plaintiff.

RESPECTFULLY SUBMITTED:

**BANKSTON DUHON LLC**

/s/ *Wyman E. Bankston*
WYMAN E. BANKSTON (BAR NO. 30384)
13922 Florida Boulevard
Post Office Box 305
Livingston, Louisiana 70754-0305
Telephone: (225) 435-4980
Facsimile: (225) 435-4978
*Attorneys for Plaintiff, A.B. Dock Services, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing *Motion to Enroll as Counsel of Record* shall be served on All Counsel by electronically uploading the same to the Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of May, 2014.

/s/ *Wyman E. Bankston*
WYMAN E. BANKSTON