# EXHIBIT 3

## United States' Opposition to BP's
## Motion to Compel Penalty Phase Discovery

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 …………………………………………... | | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**UNITED STATES' FIRST SUPPLEMENTAL RESPONSE TO
DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS
TO THE UNITED STATES OF AMERICA
RELATING TO THE CLEAN WATER ACT PENALTY PHASE**

The United States of America by its undersigned Counsel, and pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure, as well as the instructions of Magistrate Judge Shushan, hereby submits the following objections and supplemental responses to Defendants' First Set of Discovery Requests to the United States of America Relating to the Clean Water Act Penalty Phase.

**I.     GENERAL RESPONSES**

The following responses are applicable to all of the United States' responses to these requests for production and are incorporated into each specific response below:

1.     Where the United States responds that it will produce documents in response to the requests, the United States will produce such documents on a rolling basis with such reasonable speed as the United States can locate and process them, without sacrificing critical operations of the responding agency or a meaningful review for responsiveness, privilege, and confidentiality.

2.     Where the United States indicates it will respond to a request for production, it will conduct a good faith search consistent with the search terms and custodians or collections agreed to after meeting and conferring with BP. The United States is not offering or promising to search

1

for and produce every document or piece of information that may exist in the possession, custody, or control of any of its hundreds of thousands employees and agents where any such items are not included within the results of the to be agreed upon search criteria.

3.    The United States' decision, now or in the future, to provide information or documents notwithstanding the objectionable nature of any of the definitions or instructions, or the requests themselves, should not be construed as: (a) a stipulation that the material is relevant or admissible, (b) a waiver of the United States' objections asserted in response to specific requests, or (c) an agreement that requests for similar information will be treated in a similar manner.

4.    The United States reserves the right to modify, amend, or supplement its responses, which are made based on the current status of its knowledge, understanding, belief, and searches for documents. The investigation of facts and information relating to these requests is continuing, and, therefore, these responses are not intended as an admission or a representation that additional information or documents do not exist.  This point is particularly true with respect to the "other matters" that Defendants contend the Court should consider in establishing the penalty each company should pay.  The United States has only a very limited information regarding Defendants contentions on these matters and therefore the responses set forth below do not include rebuttal evidence that will be provided in response to contentions that have not yet been fully disclosed.

5.    For purposes of conducting a privilege review, the United States will rely in part upon searches and other automated categorization of potentially privileged information such that certain information will be produced without having been reviewed by an attorney. For instance, the United States will conduct searches to identify communications involving counsel or referencing discussions of counsel and other documents containing words or phrases signifying potentially privileged status. Electronically stored information that does not fall within these

2

searches may be produced without further review, depending on the information provided by the originating agency. Given the large volume of information responsive to these requests, the United States believes reliance upon such electronic search tools constitutes reasonable steps to protect privileged information within the meaning of Pretrial Order 14 and Federal Rule of Evidence 502(b). The United States expressly states its intent to rely upon the claw-back procedures of Pretrial Order 14 as necessary and appropriate.

6.      For purposes of its responses to these requests for production, and in accordance with the practice in Phases 1 and 2, the United States will not search for or produce any documents generated or collected during the course of its criminal investigations or investigations conducted by the various Offices of Inspector General for purposes of its response to this request and will not identify any such documents withheld from its response on any privilege log.

7.      In collecting documents in response to discovery requests served in Phases 1 and 2, the United States objected to requests that called for information that was not relevant to those Phases of this Litigation.  The United States generally did not, however, intentionally withhold documents on the basis of that objection.  In particular, as described for the Court on several occasions, except for certain document requests for which the United States did not use search terms, the United States' procedure in responding to the Phase 1 and Phase 2 discovery requests was as follows: (a) apply the agreed upon search terms against the agreed upon custodian's electronically stored information; (b) process the electronically stored information; (c) apply search terms to the information to identify material unlikely to be privileged; (d) release without further review the documents that did not respond to the privilege search terms; (e) review the documents that were responsive to the privilege search terms; (f) release the non-privileged, relevant documents; (g) log as required the privileged documents; and (h) segregate from further

review the completely irrelevant documents.  As a result, any documents withheld from the United States' Phase 1 and Phase 2 productions were either identified as privileged or determined to be entirely irrelevant.  The United States is aware that a small number of reviewers may not have marked a document for production if it was only relevant to later phases even if it was non-privileged.  The United States will undertake a review of the collection of documents in this category using a combination of search terms and/or computer assisted review, and human review to identify any documents responsive to these requests and, to the extent such are identified, produce those relevant to Phase 3 as part of its document production in this Phase.  As with all document reviews, while the United States cannot guarantee perfection, it will make a reasonable effort to identify and release such documents.

**SUPPLEMENTAL RESPONSE**:  In meet and confer discussions, BP requested clarification as to how the United States was identifying materials responsive to Phase 3 discovery requests that were inadvertently excluded from production on relevance (as opposed to privilege grounds).  The United States used the following search strings to identify potentially responsive information within the category of documents that were excluded on the grounds of relevance from

1. (great* OR more OR increas* OR high* OR large*) w/5 ((human OR people OR observ* OR volunteer* OR boat* OR vessel* OR responder* OR call*) w/15 (turtle* or dolphin* OR "marine mammal*" OR "Kemp's ridley" OR loggherhead* OR whale* OR cetacean* OR strand* OR carcass*))

2. (greater OR increas* OR high* OR more OR large* OR heightened) w/5 ((aware* OR sight* OR observ* OR find* OR document* OR report* OR record* OR attention OR recogn* OR detect*) w/15 (turtle* or dolphin* or "marine mammal" or "Kemp's ridley" OR kemp* OR loggherhead* OR whale* OR cetacean* OR "trand* OR carcass*))

3. Wildlife w/5 reconnaissance

4. (observ* OR "searcher*") w/5 bias

5. "Mississippi River" AND diversion

4

6.      "Fish Kill*"

7.      (MC252" OR oil* OR tar*) AND (effect* OR impact* OR injur* OR recover* OR health*
        OR damag* OR clean* OR remov* OR monitor* OR treat* OR survey* OR "set-aside*"
        OR STR) AND (shore OR intratidal OR nearshore OR intertidal OR beach* OR marsh*
        OR wetland* OR Barataria OR "Middle Ground" OR Middleground OR Jimmy)

8.      "natural seep*"

9.      (BP OR Anadarko OR "Deepwater Horizon" OR DWH OR RP) w/10 (effective* OR
        efficient* OR prompt* OR quick* OR competent OR commend* OR excellent OR great
        OR good OR "well done" OR nice*)

10.     ("Deepwater Horizon" OR "Deep water Horizon" OR MC252 OR DWH OR "Mississippi
        Canyon Block 252") AND (OSAT OR "Operational Science Advisory" OR Coordinator
        OR "OSC Report" OR (operation* w/5 (advis* w/5 team OR ((residual OR remnant) w/5
        oil))))

11.     (Amount* OR quantif* OR quantit* OR volume* OR bopd OR bpd OR barrel* OR
        pound* OR ton* OR measur*) w/15 ((oil* OR hydrocarbon*) w/15 (contain* OR collect*
        OR dispers* OR burn* OR skim* or remov* or clean*))

12.     (Corexit OR 9500* OR 9527* OR dispers*) w/15 (approv OR authoriz* OR permit* OR
        permission OR limit* OR forbid OR prevent* OR halt* OR stop*)

13.     (shore* w/5 oil*) AND (monitor* OR clean* OR "human health" OR Impact)

14.     "Texas City" OR Endicott OR Grangemouth OR Prudhoe

15.     (offshore w/5 drill*) AND econom*

16.     shore* w/5 ("land loss" OR erosion)

17.     "human health" w/5 impact

In addition, while conducting the review of documents responsive to these search terms, the United
States relied upon a program known as "Equivio" to find near duplicates that may not have been
responsive to the search terms and included those documents in its review.  The United States has
already begun production of responsive non-privileged documents and will complete the
production of these documents as close as practicable to May 27, 2014.

8.      The United States recognizes that certain documents responsive to these requests were identified on the United States' privilege logs as withheld pursuant to the assertion of the deliberative process privilege and were not subject to re-review under the procedures established during Phase 2.  On or before the deadline for completing document production, the United States will review this category of documents to (1) identify those responsive to the discovery requests set forth below; (2) determine whether the United States is willing to withdraw its assertion of the privilege; (3) produce those documents over which the United States no longer asserts the deliberative process privilege; and (4) provide supporting declarations for any remaining deliberative process privilege claims on documents responsive to the discovery requests set forth below.

**SUPPLEMENTAL RESPONSE**:  The United States has already begun production of documents from this category that it has determined are not privileged or over which the United States no longer wishes to assert the privilege in light of the significant issues at stake in this litigation.  The United States has notified the Court and the Defendants that it will require an extension of time beyond May 27, 2014 to complete the privilege log and declarations supporting its assertion of deliberative process and has requested a deadline of June 17, 2014.  BP has agreed to consider this proposal.

## II.      GENERAL OBJECTION

The United States objects to all of these discovery requests because Defendants have exceeded the limits on discovery imposed by the Court.  In their requests for production and interrogatories, as indicated in response to specific requests below, Defendants have posed compound requests that, when properly counted, exceed the limits on interrogatories and requests for production.  Similarly, by propounding numerous compound requests for admission, which are

identified below, Defendants have exceeded the limit on requests for admission.  The United States

objects to the undue burden that this excess of discovery imposes upon it.

## II.    REQUESTS FOR PRODUCTION

1.      Except to the extent such data has already been provided to Defendants, all data collected as part of, or in connection with, the *Deepwater Horizon* Natural Resource Damages Assessment including but not limited to all analytical data, unstructured data, raw data, unverified data, field notes, photographs, videos, survey responses, cooperative data, and independent data.

**OBJECTIONS**:  The United States objects to this request for production of documents to

because it seeks survey responses and all field notes (regardless of whether they constitute data),

which are outside the discovery permitted by the Court in its oral rulings on March 21, 2013.

Specifically, in the hearing the following exchange occurred between BP's counsel and the Court:

> MS. KARIS: Fair enough.  So in addition to not having the underlying data, part of what BP is requesting is the analysis of some of that data that has been conducted by the United States.
> THE COURT: The problem with that is, as I understand it, a lot of this analysis is very preliminary and scientists talking to each other. I don't think you're entitled to that. You may be entitled to data, but I don't think you're entitled to that. . . . .

Tr. of Hearing at 78 (Mar. 21, 2014).  The United States will not search for or produce survey

responses and will not produce field notes other than those identified in Exhibit 1.

In addition, the United States objects to the portion of this request that seeks unverified

data.  Data verification protocols are standard at all laboratories used by the natural resource

trustees and are often developed for non-laboratory data as well.  The normal scientific process

employs verified data, not unverified data, and therefore the laboratories do not have procedures

for producing unverified data.  Departing here from the normal process of producing verified data

would be both burdensome and disruptive.  Given the less reliable nature of unverified data and its

limited usability for scientific analysis, the burden of producing unverified data greatly outweighs

any benefits of doing so.  Moreover, the large majority of data in the possession of the natural

resource trustees is verified data.

The United States also objects to this request for production because it seeks data that is not relevant to Defendants' contentions in this litigation.  For instance, as part of the Natural Resources Damage Assessment the United States is gathering data that relates to the overall value of the natural resource damages claim or other similar issues. Such data is not relevant to the seriousness of the Defendants' violations or the Defendants' contention that the Gulf has recovered from the millions of barrels of oil that they discharged into the waters of the United States.  The United States will not search for or produce such data.

During the meet and confer discussions, Andarko and BP have taken the position that this request for production requires the United States to produce to Anadarko data that has already been produced to BP.  The United States objects to such production as unduly burdensome because Andarko and BP have acknowledged to the Court that they are coordinating their presentation of the penalty factor for which this data is sought.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005."  Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

**RESPONSE**:  Subject to, and without waiving, the foregoing objection, the United States responds as follows:

Attached as Exhibit 1 to this discovery response is a list of the data and samples collected in the Natural Resource Damage Assessment that identifies whether it has been produced and, if not, whether it will be produced before close of document production and if not whether it will be

produced before the deadline for initial expert reports.

The United States is also in the process of meeting and conferring with BP regarding the production of raw data subject to a protective order that will restrict the use of unprocessed data to circumstances in which such use will be scientifically appropriate. Upon entry of such an order, the United States will produce raw data that will not be fully processed before the deadline for disclosure of expert opinions on August 15, 2014, except that data that is subject to a data sharing agreement that expressly limits the information to be exchanged to processed data.

**SUPPLEMENTAL RESPONSE**: Subject to and without waiving its objections, the United States further responds as follows:

After numerous meet and confer discussions, the United States has updated Exhibit 1 to reflect additional information and data sets requested by BP. In addition, BP provided a list of datasets which it contended were missing from Exhibit 1. Exhibit 3 to these discovery requests is a chart that provides the United States' response with respect to each of the data sets.

2. All documents, including but not limited to photos, aerial imagery, videos, or graphics, referring or relating to the areal extent, location, duration, thickness, and volume of Oil-Related Materials and/or Dispersants present at the surface of the water (including to a depth of one meter below the surface), including but not limited to all documents from the United States Department of Homeland Security sources.

**OBJECTIONS:** The United States objects to this request for production for the reasons set forth in its Clean Water Act – Penalty Phase: Motion of the United States to Limit Evidence About the "Seriousness" Factor (Doc. No. 12373) ("Seriousness Motion"), its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the United States' Clean Water Act – Penalty Phase Rule 26(f) Report of the United States (Doc. No. 12351) ("US 26(f) Report"). Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1. The United States

will limit its response to aerial photographs and aerial imagery and will not produce other analyses or ancillary documentation.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005."  Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

The United States also objects to this request because it specifically seeks data from the Department of Homeland Security.  The United States has not identified any responsive aerial imagery within the possession of the Department of Homeland Security (other than materials in the Coast Guard's centralized archive that were subject to the searches discussed below). In meet and confer discussions, BP suggested that it requested records from Homeland Security because it was seeking aerial imagery and photographs from the National Geospatial Intelligence Agency.  The National Geospatial Intelligence Agency is not part of the Department of Homeland Security. Moreover, inquiry of the Coast Guard and the National Oceanic and Atmospheric Administration ("NOAA") indicates that all of the aerial photography from the National Geospatial Intelligence Agency that was used in the response has been declassified and provided to NOAA for use in its oil spill tracker website.  Accordingly, it would be unduly burdensome to search the files of the National Geospatial Intelligence Agency in response to this request and the United States will not do so.

Moreover, the United States is not aware of any classified aerial images or photographs that are responsive to this request, but objects to any search for such images as disproportionately burdensome in light of the fact that the classified nature of any such documents would prevent

their disclosure and therefore any search for such documents would be futile.

By seeking "all documents" related to the aerial extent of the oil spill, this request seeks privileged materials including materials protected by attorney-client privilege, the deliberative process privilege, and the work product doctrine.  Therefore, the United States further objects to the request on these grounds will identify any documents withheld solely on the basis of privilege to the extent and in the manner required by PTO 14.[1]

In addition, the United States objects to this request as duplicative of information already requested and received in response to discovery served in Phase 1 and 2.  Specifically, in response to BP's requests for production 86, the United States searched for records that contained the following search string:

> "DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" OR "fingerprint%" OR "tar%"))

*See* Doc. No. 3928-6 at 2, 3928-7 at 3, 3928-8 at 2, 3928-9 at 3, 3928-10 at 5.  The United States also searched for and produced non-privileged documents responsive to the following search string:

> ("Chemical Safety Board" OR "CSB" OR "Marine Board of Investigation" OR "Joint Investigation Team" OR "JIT" OR "MBI" OR "Incident Specific Preparedness Review" OR "ISPR" OR "National Commission" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252")

*See* Doc. No. 3928-6 at 3, 3928-7 at 1, 3928-8 at 1, 3928-9 at 2, 3928-10 at 4.  In response to BP's requests for production 73 and 78-85, the United States searched for records that contained the

---

[1] All references to PTOs include any amendments to the referenced PTO.

following search string:

> ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR
> "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR
> "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("dispersed oil")[2]

*See* Doc. No. 3928-6 at 2, 3928-7 at 2, 3928-8 at 2, 3928-9 at 1-2, 3928-10 at 2.  Further, in

response to BP's requests for production 123-137, the United States searched agreed locations and

custodians for and produced all non-privileged documents responsive to the following search

string:

> ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR
> "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block
> 252") AND ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%")
> AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR
> "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR
> "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%"
> OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR
> "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic"
> OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR
> "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR
> "benefit")

Doc. No. 3928-6 at 3, 3928-7 at 3, 3928-8 at 3, 3928-9 at 3, 3928-10 at 5, 3928-11 at 1.

In addition, the United States produced all non-privileged records within the files of the

National Commission on the BP/Deepwater Horizon Oil Spill. These searches constitute a

reasonable search for information responsive to this request for production and therefore the

United States will restrict its response to aerial photographs and imagery and will not produce any

further other documents relating to the aerial extent of the Spill.

The United States also objects to this request for production because it seeks information

publicly available that is equally accessible to the Defendants as to the United States.  In particular,

the United States objects to the Defendants' demand that the United States purchase copies of the

---

[2] Irrelevant elements of the search string have been omitted from all quoted search strings.

satellite imagery from commercial vendors for the Defendants.  In accordance with the general principles of discovery, the party seeking discovery cannot shift the costs of its own case preparation to another party.  Therefore, the United States will not collect and produce satellite images purchased from third party providers when such a production would violate the terms of use of the United States' purchase or acquisition of images or imagery.

     **RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

     The United States incorporates by reference its responses to the previously served requests for production 73-86 and 123-137.

     In addition, the United States responds that it has identified only four sources of aerial imagery:  (1) AVIRIS imagery developed during cooperative assessment work with BP; (2) imagery developed by Ocean Imaging, which BP already has in its possession; (3) publicly available satellite data; and (4) data housed in the "photologger database" to which BP has access. All of the processed AVIRIS imagery has been provided to BP and the Trustees will continue to provide the processed data as it is completed.

     With respect to publicly available satellite data, some data is available at the following sites free of charge: https://earth.esa.int/web/guest/missions/3rd-party-missions/current-missions/terraaqua-modis; http://reverb.echo.nasa.gov; https://earth.esa.int/web/guest/data-access/online-archives; http://www.class.ncdc.noaa.gov/saa/products/search?datatype_family=AVHRR.  Further, the United States refers defendants to EPA's BP Spill website at http://www.epa.gov/bpspill/ and to its Airborne Spectral Photometric Environmental Collection Technology (ASPECT) imagery data, which is publicly available at:

http://www.epaaspect.net/googleearth/dhorizon_April_2010/main/kml/dhorizon_apr2010_main.kml.

The following sources also provide additional aerial imagery data, although they provide such data for fees subject to commercial licensing agreements: http://gs.mdacorporation.com/, http://www.astrium-geo.com/terrasar-x/, http://www.e-geos.it/index.html, http://global.jaxa.jp/, https://earth.esa.int/.

The United States is continuing its investigation to confirm that there is no unique, responsive, non-classified satellite imagery in the possession of the National Aeronautics and Space Administration.  If any such imagery is identified, the United States will produce it.

With respect to photographs, the United States has identified some photographs collected in a consolidated archive by the National Oceanic and Atmospheric Administration (NOAA), which the United States will produce before the deadline for completion of document production.

**SUPPLEMENTAL RESPONSE**:  Subject to and without waiving its objections the United States further responds as follows:

During meet and confer discussions, BP requested that the United States confirm that the Alabama National Guard and U.S. U.S. Customs and Border Protection did not have any unique aerial photography in their possession.  The United States consulted with CPB and determined that it did take videos of the spill that were turned directly over to the BP Operations/Logistics Deputy Planner in or around late May 2010.  The United States will not re-produce data already provided directly to a BP employee.   The United States did identify a small number of documents arguably responsive to this request for production in the custody of two individual CPB custodians and will produce those documents from the custodial files of Ricardo Appleby and William Sutherland. These documents bear the Bates prefix "US_PP_CPB."

14

Similarly, the United States asked the Alabama National Guard to identify any unique aerial imagery related to the Defendants' violations in its possession.  The Alabama National Guard provided a folder of photographs which will be provided as close to May 27, 2014 as practicable.

Further, the United States has consulted with the National Aeronautics and Space Administration and confirmed that all aerial photography generated by that agency was incorporated into the AVIRIS data already available to BP.

3.      All documents referring or relating to the observation, collection, recovery, restoration, or rehabilitation of Wildlife during, or as part of, any Response Activities.

**OBJECTIONS:**  The United States objects to this request for production for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.  The United States will produce data on the requested subjects, but not analysis, opinion, or other discussion of these topics.

The United States further objects to this request for production because by seeking "all documents referring or relating to" the listed activities it seeks privileged materials including materials protected by the attorney-client, the work product, and other privileges and protections. The United States will identify any documents withheld solely on the basis of privilege as required and to the extent required by PTO 14 and it amendments.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005."  Because this request seeks information specific to the Defendants' violations, the United States objects to searching for

any records created on or before April 20, 2010.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States directs BP to the documents produced in Phase 1 and Phase 2, especially the information such as agency daily reports setting forth observations regarding the effects on wildlife and fisheries.  In particular, attached to this response as Attachment 2 is an inventory of the daily briefing books for the National Incident Commander, which provide a good summary of the information responsive to this request.

NOAA has provided data to BP for marine mammals as required by a negotiated data-sharing plan.  That data is identified by category in Exhibit 1.

A turtle data-sharing plan has been negotiated for necropsy and histopathology results; however the plan has not yet been signed.  Once the plan has been executed, the data will be sent to BP within the time frames specified in Exhibit 1.  In addition, BP already has data stemming from cooperative turtle work.

To the United States' knowledge, there was no collection of oysters in the response beyond that for the human health assessment.  NOAA Status and Trends routinely collected oysters pursuant to their own mission, and the United States will investigate whether this organization collected oysters during the Response.

Moreover, the inventory of birds collected as part of the Response Activities and Natural Resources Damage Assessment is available on the internet at http://www.fws.gov/home/dhoilspill/pdfs/ConsolidatedWildlifeTable042011.pdf.  The United States will provide the underlying data summarized on that sheet before the deadline for production of documents.

16

During meet and confer discussions BP requested that the United States apply certain search terms to the custodial files of Bob Haddad, NOAA; Kevin Reynolds, U.S. Fish & Wildlife Service; Barbara Schroeder, NOAA; Teri Rowles, NOAA; and Lori Schwacke, NOAA.  The United States will not search the files of Dr. Bob Haddad and Dr. Kevin Reynolds because their role with respect to these issues was as part of the Natural Resources Damage Assessment. Therefore, there is no reasonable likelihood of finding information that is responsive to this request and still within the limits imposed by the Court as described in the objections to request for production 1.

Further, collection from each of the identified custodians, but especially Drs. Haddad and Reynolds, would be unduly burdensome because of the likelihood that the responsive documents would be privileged.  Each of the identified individuals' have been assigned primarily if not exclusively to work on the Natural Resources Damage Assessment and, therefore, much of their materials are likely to be privileged.

The United States will not agree to search the files of Teri Rowles because she was a custodian whose files were searched in Phase 1 and Phase 2 and to re-collect from this custodian would be burdensome, particularly in the available.

With respect to the remaining two custodians, Ms. Schroeder and Ms. Schwacke, the United States will search their primary work computers and work email box and any known archives for the time period April 20, 2010- January 31, 2011. The United States objects to extending the search beyond that date because these two individuals were working almost exclusively on Natural Resource Damages Assessment after January 31, 2011 and, therefore, the burden of privilege review for the later time period outweighs the likelihood that some additional information may be discovered.  The United States will use a modified version of the search terms

proposed by Ms. Karis in her letter of April 25, 2014, but will need to test and modify the terms

before deciding on the final terms.  The United States will advise BP of the final search terms once

they have been developed.  In addition to any refinements need to prevent over collection of

irrelevant material, the United States anticipates modifying BP's proposed search terms in several

respects:

a.   BP's proposed search strings contained no terms that would limit the searches to
     information related to the Gulf of Mexico, relevant animals, and observations during the
     response.  In accordance with the Court's limitation on discovery related to the Natural
     Resources Damage Assessment, the United States has added such limiting phrases.

b.   The United States has combined some of the search strings to reduce duplication.

c.   BP also proposed a search string for "("stranding" NEAR5 "rates")".  The United States
     declines to implement this search string because data relating to the stranding rates is
     captured in the data to be produced as identified in Exhibit 1.  Collecting documents
     relating to discussion of these rates goes beyond the Court's limitation to the production of
     data rather than analysis in this Phase of the Litigation.

     Once it has completed the searches, the United States reserves the right to (1) exclude

documents that are responsive to the search terms but not actually responsive to the request;

(2) assert privilege over documents that are responsive to the search terms; (3) modify the search

terms to address the syntax rules of the particular software being used to conduct the search so

long as the search terms to not substantively alter the search terms; and (4) to modify the search

terms to address patterns of over-collection identified during the collection.  The United States will

notify BP of any changes made to the search terms during collection.  The United States also notes

that it may need to seek an extension of time to produce responsive documents, depending on how

rapidly the search proceeds and the volume of materials responsive to the search terms.

     **SUPPLEMENTAL RESPONSE**:  With respect to the custodians Ms. Schroeder and Ms.

Schwacke, the United States has collected all information in their custodial files related to the

Deepwater Horizon incident for the period April 20, 2010 to January 31, 2011 and will produce the

documents responsive to this request from those custodial files.  In addition, the United States has

confirmed that NOAA Status and Trends did collect oyster data, which will be produced before the

deadline for production of documents.

In addition, while reviewing the collection of photographs identified by NOAA in response

to request for production 2 above, the United States located the custodial records of several

individuals involved in wildlife observation at several different locations, including Venice,

Mobile, and Houma. The United States will produce the non-privileged contents of those custodial

files as close to May 27, 2014 as practicable.

4.      All documents referring or relating to any Mississippi River Diversions attempted,
undertaken, discussed, or considered in connection with the *Deepwater Horizon* Incident and Spill,
including all documents related to the effects or potential effects of any such Mississippi River
Diversions.

**OBJECTIONS**:  The United States objects to this request for production for the reasons

set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in

support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects

to this request as overbroad in light of the Court's ruling cited in the United States' objections to

Request for Production 1.  The United States also objects to this request for production as calling

for information that is not reasonably calculated to lead to the discovery of admissible evidence in

this Phase of the litigation.  The Mississippi River Diversions were not performed by the

Defendants and, therefore, cannot constitute efforts by the Defendants to mitigate the effects of

their violations.   In light of these objections, the United States will not conduct any new searches

for documents responsive to this request.

By calling for all documents "referring or relating to any Mississippi River Diversions" this

request also seeks information protected by the attorney-client, work product, or other privilege or

protection.  The United States will identify any documents withheld solely on the grounds of

privilege to the extent and as required by PTO 14.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005." Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

**RESPONSE:** Subject to, and without waiving, its objections, the United States responds as follows:

Some documents responsive to this request for production were collected as part of the document production efforts for Phase 1 and Phase 2 but were not produced because the United States asserted a privilege. *See supra* General Responses. The United States will review those documents already produce any documents that are responsive to this request and for which the United States no longer asserts a privilege.

**SUPPLEMENTAL RESPONSE**: Subject to and without waiving its objections, the United States has conducted a search of the primary work computer, assigned share drive space, email box and email archives of the following custodians in the Army Corps of Engineers' ERDC who were identified by the Agency as the individuals most likely to have responsive information in ERDC's possession:

1. Ben Brown
2. Gary Brown
3. Ian Floyd
4. Phu Luong
5. Robert McAdory
6. Tate McAlpin
7. Cassandra Ross
8. Gaurav Savant
9. Jennifer Tate

10. Mary Cialone
11. Sung-Chan Kim
12. Tahirih Lackey
13. Chris Massey
14. Ty Wamsley
15. Zeki Demirbilek

These reported that they complied with the Army Corps of Engineers' direction to establish

Deepwater Horizon specific folders at the onset of their work on the response.  Accordingly, the

United States has collected the information contained in those folders and will produce the non-

privileged contents of those folders as close to May 27, 2014 as practicable.

In addition, the New Orleans District of the Army Corps of Engineers participated in the

permitting decisions.  The District Office received and responded to a FOIA request seeking "all

documents, materials, studies, and/or correspondence regarding the operations of any and all

freshwater diversions, including but not limited to, the Davis Pond diversion and the Caenarvon

diversions, in response to the Deepwater Horizon Oil Rig explosion."  The United States will

produce the documents provided in response to that FOIA request as close to May 27, 2014 as

practicable.

5.      All documents referring or relating to any Fish Kills that resulted from (or were at
any time suspected to have resulted from) the *Deepwater Horizon* Incident and Spill, including
without limitation from Oil-Related Materials, Dispersants, and/or any Response Activities.

**OBJECTIONS AND**:  The United States objects to this request for production for the

reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply

in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States

objects to this request as overbroad in light of the Court's ruling cited in the United States'

objections to Request for Production 1.

The United States further objects to this request as overly broad with respect to time

because instruction 2 below states that "Unless otherwise specified, respond to all requests for

21

production by searching for documents created on or after April 20, 2005." Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

By seeking "all documents" related to Fish Kills, this request seeks privileged materials including materials protected by attorney-client privilege, the deliberative process privilege, and the work product doctrine. Therefore, the United States further objects to the request on these grounds.

In addition, the United States objects to the portion of this request that seeks unverified data. Data verification protocols are standard at all laboratories used by the natural resource trustees and are often developed for non-laboratory data as well. The normal scientific process employs verified data, not unverified data, and therefore the laboratories do not have procedures for producing unverified data. Departing here from the normal process of producing verified data would be both burdensome and disruptive. Given the less reliable nature of unverified data and its limited usability for scientific analysis, the burden of producing unverified data greatly outweighs any benefits of doing so. Moreover, the large majority of data in the possession of the natural resource trustees is verified data. Accordingly, except in accordance with any agreement reached pursuant to the discussions referenced in response to request for production 1 above, the United States will not produce any raw or unverified data.

**RESPONSE**: Subject to, and without waiving its objections, the United States responds as follows:

The United States incorporates by reference its responses to requests for production 1 and 2 above. Further, the United States directs the Defendants to EPA's BP Spill website at

http://www.epa.gov/bpspill/, including but not necessarily limited to-

~~http://www2.epa.gov/home/report-spills-and-environmental-violations~~http://www.nrc.uscg.mil/ (due to the identification of security vulnerabilities, the NRC website – http://nrc.uscg.mil/ – has been taken offline and is being rebuilt; an interim NRC website is available at https://cgmix.uscg.mil/NRC).

During meet and confer discussions, BP requested that the United States determine "whether it has any other data or non-privileged documents related to fish kills."  *See* Karis, Letter to Himmelhoch at 5 (Apr. 24, 2014).  As set forth in the objections above, this request goes beyond the limitation the Court imposed upon discovery into the Natural Resources Damage Assessment other than pure data.  While the United States conducts large quantities of basic scientific inquiry as part of the mission of several federal agencies that could potentially fall within this category of information related to fish populations in the Gulf of Mexico, a search for and collection of all that basic science would be overly broad and unduly burdensome.

In addition, the United States notes that there was a 2010 cooperative Fish Kill plan that resulted in a draft report that was never finalized.  This data is addressed in Exhibit 1.

6.      All documents referring or relating to the impact, lack of impact, and/or recovery of the Shoreline Environment from Oil-Related Materials, Dispersants, and/or any Response Activity.

**OBJECTIONS**:  The United States incorporates by reference its objections to requests for production 1 and 2 above.

In meet and confer discussions, BP has requested that the United States conduct the following searches for documents created between April 20, 2010 and the present:

In the Coast Guard Archive: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

NOAA Custodian Frank Csulak: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

NOAA Custodian Toni Debosier: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

Custodian Jacqui Michel: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

Custodian Mark Hester: (("MC252" OR "oil*" OR "tar*") AND ("effect*" OR "impact*" OR "injur*" OR "recover*" OR "health*" OR "damag*" OR "clean*" OR "remov*" OR "monitor*" OR "treat*" OR "survey*" OR "set-aside*" OR "STR") AND ("shore" OR "intratidal" OR "nearshore" OR "intertidal" OR "beach*" OR "marsh*"OR "wetland*" OR "Barataria" OR "Middle Ground" OR "Middleground" OR "Jimmy"))

The United States objects to running this additional search in the files of Jacquie Michel. As discussed during the April 16, 2014, Dr. Michel is an expert working on the United States' Natural Resources Damage Assessment. The United States also objects to the searches for the other NOAA custodians because they are equally likely to intrude upon the Natural Resources Damage Assessment work. Any search of these files is unduly burdensome because it exceeds the limitation on discovery into Natural Resources Damage Assessment work other than data as set forth in the United States' objections to request for production 1.

The United States objects to running this search in the Coast Guard archives because it is essentially a search for information regarding harm and human health effects, which exceeds the

limit on discovery of analyses as opposed to data imposed by the Court and discussed above. Accordingly, the United States will not agree to these additional search strings.

**RESPONSE**:  Subject to and without waiving its objections, the United States responds as follows:

The United States incorporates by reference its response to requests for production 1 and 2 above.  In addition, BP already has access to the SCAT survey data generated as part of the response.  Accordingly, BP already has sufficient information responsive to this request and the United States will not conduct any further searches or productions of documents responsive to this request for production.

**SUPPLEMENTAL RESPONSE**:  Subject to and without waiving its foregoing objections, the United States further responds as follows:

The United States has confirmed with the United States Coast Guard, EPA, and NOAA that the data collected by the SCAT teams was collected and stored on BP's servers and is, therefore, already in the possession of BP.  In addition, the United States has inquired of the EPA, NOAA, and the Department of the Interior as to whether these agencies have maintained any repositories of environmental data and/or wildlife observations collected during the response.  EPA has identified no such repositories other than those that are publicly available on its website.  The Department of the Interior notified Defendants of the existence of the Cassini server in response to discovery requests served in Phases 1 and 2.  The United States offered defendants access to that server, but no party accepted the United States' offer.

NOAA identified several repositories:

a.      The National Oceanographic Data Center maintains some response data, all of which is available online and accessible at http://www.nodc.noaa.gov/deepwaterhorizon/

b.      The National Geophysical Data Center maintains data related to the response, most of which has already been provided to BP through noaanrda.org or other data sources. NGDC did identify approximately .75 terabytes of sonar data that has not yet been made available to BP.  This data will be produced to BP as close to May 27, 2014 as practicable.

c.      NOAA's Seattle offices maintained an FTP server that was used to share response data with, among others, BP during the response.  The GIS data on that site may not yet have been provided to BP and therefore is being copied for production as close to May 27, 2014 as practicable.

7.      All documents referring or relating to any release or spill of oil in the Area of Response since April 2010 other than Oil-Related Materials resulting from the *Deepwater Horizon* Incident and Spill.

**OBJECTIONS**:  The United States objects to this request for production as overly broad. As the Defendants have defined it, the "Area of Response" comprises areas outside the jurisdiction of the United States, including apparently Mexican land areas.  The United States will restrict its response to this request for production of documents to spills under the jurisdiction of the United States for purposes of monitoring or response.

By seeking "all documents" relating to the release or spill of oil, this request is indubitably broad enough to encompass information protected by the attorney work product, attorney-client, or other privilege or protection.  The United States will identify documents withheld solely on the basis of privilege to the extent and in the manner required by PTO 14.

The United States further objects to this request for production because it seeks information not reasonably calculated to lead to the discovery of evidence relevant to this Phase of the litigation.  The focus of the Penalty Phase is on the seriousness of the *Defendants'* violation of the

Clean Water Act, not the conduct or seriousness of any violations by any other party. Accordingly, the United States will limit its search to find information sufficient to identify the date, location, and amount of oil spills reported to or observed by the Department of the Interior, EPA, or the Coast Guard in the period April 22, 2010-December 31, 2013.

Further, with respect to information related to natural seeps, the United States objects to this request because it seeks information beyond the limitation set by the Court in the March 25, 2014 hearing, as set forth in the United States' objections to request for production 1 above. In particular, the United States objects to collecting and producing the underlying work papers for the studies discussed in its response below and will not do such collection or production.

In meet and confer discussions, BP has requested that the United States conduct a search within the Coast Guard's central archives for the period April 20, 2010 to the present:

> In the Coast Guard Archive: (("Gulf" OR "GOM") AND ("oil*" OR "hydrocarbon*") AND ("spill*" OR "discharge*" or "releas*")) NOT ("BP"))

The United States objects to running this additional search because it is not reasonably calculated to lead to the discovery of admissible evidence. This request for production seeks information regarding oil spills *other* than that caused by the Defendants' violations. The Coast Guard's centralized archive is an archive of documents determined to be relevant to the Defendants' violations. The information the United States has agreed to produce provides sufficient information to Defendants. For these reasons, the United States will not conduct the proposed search.

**RESPONSE**: Subject to, and without waiving its objections, the United States responds as follows:

Spills of one barrel or more must be reported to the Department of the Interior's Bureau of Safety and Environmental Enforcement ("BSEE"). Reports of these spills are made through eWell

(an electronic submissions portal) and are maintained in TIMS.  In response to discovery conducted by BP in Phase 1 and 2, the United States produced the information contained within the TIMS database up to January 31, 2011.  For spills after that date, BSEE will run an "Accident Pollution Summary Report" and/or a "Spill Volume Report" in TIMS GOM to obtain the required data for the time period February 1, 2011 to December 31, 2013.  The United States will produce the search results on or before the deadline for completing document production.

The Coast Guard also maintains a database intended to track information related to spills reported or observed by the Coast Guard: the Marine Information for Safety and Law Enforcement (MISLE) database.  The Coast Guard will query that database for any spills of oil reported or observed in the Gulf of Mexico between April 22, 2010 and December 31, 2013.  The United States will produce the search results on or before the deadline for completing document production.

In addition, the National Response Center receives reports regarding spills and may have received reports regarding spills of oil in the Gulf of Mexico since April 22, 2010.  Data regarding any such reports can be found at http://www2.epa.gov/home/report-spills-and-environmental-violations.

With respect to natural seeps, NOAA was a part of two cruises with *Oceanos*, one in 2011 and one in 2012, both of which collected data potentially relevant to understanding locations of some seeps and flux rates from the seeps.  The objective of the August 2011 cruise was to determine if NOAA could detect and measure flux from seeps using a multi-beam system.  The objective of the February to March 2012 cruise was to determine if NOAA could detect and measure flux from seeps using both a multi-beam system and video analysis.  Most (if not all) of the data from these cruises has been available to the public through live video and audio streaming,

and from datasets on the web at:

http://www.ncddc.noaa.gov/website/google_maps/OE/mapsOE.htm

http://oceanexplorer.noaa.gov/okeanos/explorations/ex1105/welcome.html

http://oceanexplorer.noaa.gov/okeanos/explorations/ex1202/welcome.html

In addition, DOI's Bureau of Ocean Energy Management ("BOEM") uses geophysical data from lessees, observations from cruises it conducts with NOAA, and information from its oil slick database to map potential oil and gas seepage areas in the GOM.  To date, BOEM has identified more than 28,000 areas of potential oil and gas seepage in the GOM, with most of the areas indicating gas seepage.  The seep location maps developed by BOEM are located at:

http://www.boem.gov/Oil-and-Gas-Energy-Program/Mapping-and-Data/Map-Gallery/Seismic-Water-Bottom-Anomalies-Map-Gallery.aspx.

In addition, the BOEM Environmental Studies Program ("ESP") studies and characterizes the chemosynthetic biological communities that use the seeped hydrocarbons as an energy source. BOEM uses this data to: 1) protect chemosynthetic communities that are known to exist near seepage sites through lease stipulations, and 2) calculate the value of individual lease blocks (areas with seepage have a higher value).  The ESP studies are located at:

http://www.data.boem.gov/homepg/data_center/other/espis/espismaster.asp?appid=1.

Further, the Lawrence Berkeley National Laboratory has undertaken studies (paid for at least in part by BP) examining how microbes in the water and sediment from the Gulf of Mexico degrade hydrocarbon and how similar are bacteria that degrade oil from the spill to those that degrade oil that naturally seeps up through the sea floor in nearby areas.  The Laboratory has published several papers on this research, all of which are publicly available:

1.      Deep-sea oil plume enriches indigenous oil-degrading bacteria. (2010) *Science* 330:204-

208.

2.  Deep-sea bacteria enriched by oil and dispersant from the Deepwater Horizon spill. (2012). *Environ. Microbiol*. 14:2405-2416

3.  Metagenome, metatranscriptome and single-cell sequencing reveal microbial response to Deepwater Horizon oil spill. (2012). *ISME Journal* 6:1715–1727

4.  Distribution of hydrocarbons released during the 2010 MC252 oil spill in deep offshore waters. (2013). *Environmental Pollution.* 173:224-30

5.  Succession of hydrocarbon-degrading bacteria in the aftermath of the Deepwater Horizon Oil Spill in the Gulf of Mexico (2013, August 12) Environ. Sci. & Technol.  (DOI: 10.1021/es401676y)

6.  New Insights into Microbial Responses to Oil Spills from the Deepwater Horizon Incident. (2011) SIM News, May/June (Invited Feature)

7.  New Insights into Microbial Responses to Oil Spills from the Deepwater Horizon Incident. (2011) SIM News, May/June (Invited Feature)

8.  Microbial response to the MC-252 oil and Corexit 9500 in the Gulf of Mexico. (2012). Front. Microbiol. 3:357-357

9.  Microbial gene functions enriched in the Deepwater Horizon deep-sea oil plume. (2011) ISME Journal 6:451-460

10. Hydrocarbon-degrading bacteria and the bacterial community response in Gulf of Mexico beach sands impacted by the Deepwater Horizon oil spill. (2011) Appl. Environ. Microbiol. **77**:7962-7974

     8.      All documents commending, praising, or otherwise noting the efforts of BPXP (including contractors and other entities assisting BPXP) and the Unified Command to respond to, or otherwise mitigate, minimize, or prevent any environmental, economic, human health, or other effects of the *Deepwater Horizon* Spill.

     **OBJECTIONS:**  The United States objects to this request for production because by

seeking "all documents" that "otherwise not[e]" the Defendants' efforts it seeks materials protected

by attorney-client, the work product, or other privileges or protection.

     The United States also objects to this request for production as duplicative of requests

made and responded to in Phases 1 and 2.  Specifically, the United States has already produced to

BP the vast majority of documents contained within the paper Spill Archive maintained by BP and the Coast Guard during the response and will complete that production as the scanning of those records is completed.  Similarly, many of the broad search strings run in response to BP and other parties' Phase 1 and 2 requests would result in the collection of responsive documents, including the following search string run in response to requests for production 73, 78-85:

> ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response")

Doc. No. 3928-6 at 2, 3928-7 at 2, 3928-8 at 2, 3928-9 at 2, 3928-10 at 4.  Similarly, in response to BP's requests for production 54, the United States searched the agreed upon locations and custodial files for and produced non-privileged documents responsive to the following search string:

> ("BP" OR "British Petroleum") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "DWH")

Doc. No. 3928-7 at 1, 3928-8 at 1, 3928-9 at 3, 3928-10 at 3.

These searches and BP's access to the Spill Archive constitute a reasonable inquiry in response to this request for production and therefore the United States will not search for or produce any additional documents responsive to this request.

During meet and confer discussions, BP has requested the following additional search for the extended time period April 20, 2010 to the present:

> In the Coast Guard Archive and in the files of custodian Jacqui Michel: (("BP" OR "Deepwater Horizon" OR "DWH" OR "RP") NEAR10 ("effective*" OR "efficient*" OR "prompt*" OR "quick*" OR "competent" OR "commend*" OR "excellent" OR "great" OR "good" OR "well done" OR "nice*"))

The United States objects to running this additional search in the files of Jacquie Michel. As discussed during the April 16, 2014, Dr. Michel is an expert working on the United States' Natural Resources Damage Assessment and any search of her files is unduly burdensome because

it exceeds the limitation on discovery into Natural Resources Damage Assessment work other than data as set forth in the United States' objections to request for production 1.  Moreover, given the substantial percentage of Dr. Michel's work that is privileged, the burden of the privilege review of responsive documents would be significant in the short time period available for document production.

The United States objects to running this search in the Coast Guard archives because it is essentially duplicative of a search already run in response to Phase 1 and 2 discovery requests. The United States has already searched for all documents that contain the words "BP" and "response."  Such a broad search is substantially likely to have captured all documents that are responsive to BP's proposed search and the duplication of this search would impose on the United States outweighs any benefit from the marginal chance of identifying unique new information relevant to this Phase of the Litigation.  For these reasons, the United States declines to run the additional searches requested by BP.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States incorporates by reference its responses to previously served requests for production 54, 73, and 78-85.

**SUPPLEMENTAL RESPONSE**:  Subject to and without waiving its objections, the United States has agreed to undertake a search for the following terms in the Coast Guard archive and the custodial file of Dr. Michel for the period February 1, 2011 through December 31, 2013:

(("BP" OR "Deepwater Horizon") NEAR10 ("effective*" OR "efficient*" OR "prompt*" OR "quick*" OR "competent" OR "commend*" OR "excellent" OR "great" OR "well done" OR "nice*"))

9.      All documents analyzing, evaluating, assessing, or discussing the nature, extent and degree of success of any efforts by Anadarko and any offers of assistance by Anadarko to assist

after the Incident, including to minimize or mitigate the effects of the discharge with respect to the Incident and Spill.

**OBJECTIONS AND RESPONSE**:  The United States incorporates by reference its objections and response to request for production 8 above.

**SUPPLEMENTAL RESPONSE**:  Subject to and without waiving its objections, the United States has agreed to undertake a search for the following terms in the Coast Guard archive for the period April 20, 2010 through December 31, 2013:

(Anadarko) W/15 (offer! or assist! or help! or participat! or respon! or minimiz! or mitigat! or clean! or control! or remov! or contain! or stop! or relief! or equip!))

10.     All documents referring or relating to the "BP Deepwater Horizon Oil Spill: Incident Specific Preparedness Review (ISPR);" the "On Scene Coordinator Report *Deepwater Horizon* Oil Spill;" and the reports and other work of the Operational Science Advisory Team, such as the "Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring" (OSAT-1 Report), the "Summary Report for Fate and Effects of Remnant Oil in the Beach Environment" (OSAT-2 Report), the "Investigation of Recurring Residual Oil in Discrete Shoreline Areas in the Eastern Area of Responsibility" (the OSAT-3 Report), including but not limited to drafts, notes, communications, and outlines.

**OBJECTION**:  The United States objects to this request for production because by seeking "all documents referring or relating to" the referenced documents it seeks materials protected by attorney-client, work product, other privilege or protection.  The United States will identify any documents withheld solely on the bases of these privileges as required and to the extent required by PTO 14.

The United States objects to this request as duplicative of discovery served in Phase 1 and 2 of this litigation.  Specifically, in response to requests for production 62 and 180-181 the United States searched the agreed upon locations and custodial files for and produced non-privileged documents responsive to the following search string:

("Incident Specific Preparedness Review" OR "ISPR" OR "National Commission" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252")

33

Doc. No. 3928-6 at 1, 3928-7 at 1, 3928-8 at 1, 3928-9 at 1, 3928-10 at 4.

The United States further objects to this request as overly broad with respect to time because instruction 2 below states that "Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005." Because this request seeks information specific to the Defendants' violations, the United States objects to searching for any records created on or before April 20, 2010.

Further, the United States objects to this request as seeking information that is not reasonably calculated to lead to the discovery of evidence relevant to this phase of this litigation. The Coast Guard does have internal records generated after the completion of the ISPR that discuss implementation of the recommendations in the ISPR in future oil spill responses. These documents are not relevant to the penalty factors in this litigation and, therefore, the United States will not search for or collect post-ISPR documents discussing implementation of recommendations for future responses.

In addition, the United States objects to this request for production as seeking information already in the possession of BP and as unreasonably cumulative or duplicative. BP employees or contractors participated in the development of the reports included in the document request.

During the meet and confer discussions, BP requested that the United States run the following search strings for the time period April 20, 2010 and October 2013:

USCG Custodian Roger Rufe: (("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("ISPR" OR "Incident Specific Preparedness" OR "interview*" OR "response statistics"))

USCG Custodian Carlton Moore: (("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND ("ISPR" OR "Incident Specific Preparedness" OR "interview*" OR "response statistics"))

USCG Custodian Kenneth Boda: (("Deepwater Horizon" OR "Deep water

> Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") AND
> ("OSAT" OR "Operational Science Advisory" OR ("remnant" NEAR "oil") OR
> ("residu*" NEAR "oil") OR ("toxic*" NEAR "oil"))

The United States objects to the request to search the custodial files of Roger and Rufe and Carlton Moore because, at the time they performed the work on the ISPR, they were retired Coast Guard personnel and, therefore, their records are not within the control of the United States.

The United States also objects to these additional searches because the ISPR was completed on March 18, 2011 and therefore, searching these custodian files after that date is unlikely to find unique information relevant to this stage and is far more likely to intrude upon privileged internal discussions of how and whether to implement the recommendations of the ISPR for future oil spill responses.

Further, the United States and BP agreed upon search terms designed to identify the information relevant to the preparation of the ISPR as part of the earlier discovery.  Had BP wanted these additional search terms related to the report it could and should have requested these search terms at that time.  For all these reasons, the United States will not perform the requested searches.

**RESPONSE:**  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States will search the electronically stored information in the centralized response archive of the Coast Guard for records created between April 20, 2010 and October 2013. The United States proposes using the following search string:

> ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR
> "Mississippi Canyon Block 252") AND ("OSAT" or "Coordinator" OR "OSC
> Report" OR ("operation%" NEAR5 ("advis%" NEAR5 "team")) OR ("residual"
> NEAR5 "oil") OR ("remnant" NEAR5 "oil")

The United States will produce the non-privileged documents responsive to this search

string on a rolling basis as soon as the United States and the Defendants have agreed upon the

search terms to be used, those search terms have been tested and determined to be acceptable, and

the searches have been completed.  The United States also directs the Defendants to

http://www.uscg.mil/foia/docs/dwh/bpdwh.pdf.

      11.     All documents referring or relating to any analysis, assessment, evaluation, or study of the amount of Oil-Related Materials that was contained, collected, dispersed, burned, removed, or cleaned up in connection with Response Activities and/or any natural processes, including but not limited to documents relating to the preparation and publication of the "Oil Budget Calculator, Deepwater Horizon, Technical Documentation," and its appendices, dated November 2010, such as drafts, interview notes, communications, and outlines.

      **OBJECTIONS:**  The United States objects to this request for production for the reasons

set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in

support of the Seriousness Motion, and the US 26(f) Report.  The United States also incorporates

by reference its objections to request for production 1.

      The United States further objects to this request for production because by seeking "all

documents referring or relating to" the amount of oil it seeks privileged materials including

materials protected by the attorney-client, work product, and other privileges and protections.  The

United States will identify any documents withheld solely on the basis of privilege as required and

to the extent required by PTO 14.

      In addition, the face of this discovery requests suggests that BP is using discovery for the

Penalty Phase as a stalking horse to conduct discovery related to claims in other cases pending in

the MDL, thereby attempting to skirt the greater restriction on third party discovery. Any such

attempt is improper and therefore objectionable.

      Further, the United States objects to this request as duplicative of information already

requested and received in response to discovery served in Phase 1 and 2.  Specifically, in response

to BP's requests for production 73 and 78-85, the United States searched for records that contained

the following search string:

> ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("dispersed oil" OR "oil budget")[3]

*See* Doc. No. 3928-6 at 2, 3928-7 at 2, 3928-8 at 2, 3928-9 at 1-2, 3928-10 at 2. Further, in response to BP's requests for production 123-137, the United States searched agreed locations and custodians for and produced all non-privileged documents responsive to the following search string:

> ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%") AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%" OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic" OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR "benefit")

Doc. No. 3928-6 at 3, 3928-7 at 3, 3928-8 at 3, 3928-9 at 3, 3928-10 at 5, 3928-11 at 1. In addition, the United States produced all non-privileged records within the files of the National Commission on the BP/Deepwater Horizon Oil Spill.

These searches constitute a reasonable search for information responsive to this request for production. Accordingly, the United States will not search for or produce any additional documents responsive to this request.

In addition, the United States objects to this request for production as seeking information already in the possession of BP and as unreasonably cumulative or duplicative. BP employees or

---

[3] Irrelevant elements of the search string have been omitted.

contractors participated in the development of the Oil Budget Calculator.

In meet and confer discussions, BP has requested that the United States conduct searches described below for documents created between April 20, 2010 and the present:

> In the Coast Guard Archive: (("Amount*" OR "quantif*" OR "quantit*" OR "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR "collect*" OR "dispers*" OR "burn*" OR "skim*" or "remov*" or "clean*"))

> In the Coast Guard Archive: ("OBC" OR "Oil Budget") AND ("Draft*" OR "outlin*" OR "interview*" OR "note*"))

> NOAA Custodian Bill Lehr: (("Amount*" OR "quantif*" OR "quantit*" OR "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" OR "clean*"))

> USGS Custodian Sky Bristol: (("Amount*" OR "quantif*" OR "quantit*" OR "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" OR "clean*"))

> NIST Custodian Antonio Possolo: (("Amount*" OR "quantif*" OR "quantit*" OR "volume*" OR "bopd" OR "bpd" OR "barrel*" OR "pound*" OR "ton*" OR "measur*") NEAR15 ("oil*" OR "hydrocarbon*") NEAR15 ("contain*" OR "collect*" OR "dispers*" OR "burn*" OR "skim*" OR "remov*" or "clean*"))

The United States objects to conducting these additional searches for several reasons.  First, extending the time period from January 31, 2011 to the present.  As stated repeatedly during the face to face meeting regarding these discovery requests, the United States has conducted a reasonable inquiry of the individuals involved in working on the budget calculator and confirmed that the only work performed on the oil budget calculator after January 31, 2011 was software programming designed to make the calculator a tool that could be universally used to calculate oil budgets in future spills.  As such, searches for documents created after January 31, 2011 are not reasonably calculated to lead to the discovery of relevant information in this Phase of the Litigation.

Second, the custodian files that BP wants the United States to searches were each part of the earlier collection of documents from Phases 1 and 2.  These searches included strings that were sufficient to identify documents related to the oil budget calculator, the search strings included the terms "oil budget" and "dispersed oil" and "skim*" and "burn."  Accordingly, the search BP is requesting is duplicative of the searches already conducted.  Had BP wanted to include these additional terms, it was free to negotiate that in the Phase 2 discovery period, as none of these terms are uniquely related to the Penalty Phase.

Third, BP's proposed search strings are in no way limited to restrict the search to information related to the Defendants' violations or even to the Gulf of Mexico.  As such, these proposed searches are facially overbroad.  Accordingly, the United States will not agree to conduct these additional searches.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States incorporates by reference its responses to previously served requests for production 73, 78-85, and 123-127, as well as the Rule 30(b)(6) testimony of Mark Miller.

12.      All documents referring or relating to the use or potential use of Corexit 9500, Corexit 9527, or other dispersant in connection with the Response Activities, including but not limited to all communications between or among the United States Coast Guard, the Unified Command, the Environmental Protection Agency, National Oceanic and Atmospheric Administration, and any other federal, state, or other governmental department, agency, entity, or body, or any representative or employee thereof, regarding the use (or limitations on use), safety, and/or effectiveness of Dispersants in connection with Response Activities.

**OBJECTIONS:**  The United States has already searched the Coast Guard central archive and the agreed upon EPA custodians (including Lisa Jackson) for the search string:

> ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%") AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR

"subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR
"direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%"
OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR
"dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic"
OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR
"shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR
"benefit")

The United States conducted this search for the time period April 20, 2010 through January 31,

2011.  No dispersants were applied during the response after that date.  Accordingly, this request

for production is duplicative of searches already performed and responded to in Phase 1 and 2.

      In meet and confer discussions, BP has requested additional searches for the period April

20, 2010 to the present:

In the Coast Guard Archive: (("Corexit" OR "9500*" OR "9527*" OR "dispers*")
NEAR15 ("approv" OR "authoriz*" OR "permit*" OR "permission" OR "limit*"
OR "forbid" OR "prevent*" OR "halt*" OR "stop*"))

EPA Custodian Lisa Jackson: (("Corexit" OR "9500*" OR "9527*" OR "dispers*")
NEAR15 ("approv" OR "authoriz*" OR "permit*" OR "permission" OR "limit*"
OR "forbid" OR "prevent*" OR "halt*" OR "stop*"))

The United States objects to these additional searches and the extended time period for several

reasons.  First, extending the search to the present is unlikely to identify additional non-privileged

responsive documents because dispersant application ceased before January 31, 2011 and because

Administrator Jackson left EPA in December 2012. What this extended search is likely to intrude

upon are analyses of the effects of dispersants being conducted as part of the development of the

United States' as yet unfiled claims to recover natural resources damages.  Second, the search is

duplicative of a search string already run.  Specifically, by including words used in the prior search

string, such as permit and approve, the search string raises the significant likelihood of collecting

duplicate documents and increasing the logistical challenges to completing, de-duplicating and

reviewing documents in the short time available for the production of documents.   Third, by

including such terms as "permit" and "deny" in the search strings negotiated in Phases 1 and 2, BP was clearly contemplating the collection of documents related to the discussions within the Unified Command regarding the approval and/or disapproval of the use of dispersants.  Had BP wanted to expand the words used to identify such documents, the time to do so was during the negotiation of the earlier search string.  The burden on the United States of essentially re-doing an already completed search outweighs any benefit to the marginal chance of identifying unique new information relevant to this Phase of the Litigation.  For these reasons, the United States declines to run the additional searches requested by BP.

**RESPONSE**:  The United States incorporates by reference its objections and responses to previously served requests for production 73, 78-85, and 123-127 and the foregoing requests for production 1 and 2.

**SUPPLEMENTAL RESPONSE**:  Subject to and without waiving its objections, the United States has searched the custodial files of Mace Barron, an EPA custodian and Rule 30(b)(6) designee who participated  in analyzing the toxicity of dispersants, and has updated the custodial file search for Robin Conmy, another Rule 30(b)(6) designee on this topic.  To locate responsive information, the United States used the following search string:

> "Deepwater" OR "DWH" OR "Macondo" OR "Mississippi Canyon" OR "MC252" OR "Block 252" OR "GOM" OR "dispersant" OR "Corexit" OR "BP" OR "British Petroleum" OR "Moex" OR "Transocean" OR "Anadarko" OR "AEP" OR "APC" OR "AE&P" OR "GMBH" OR "Swaco" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Cameron" OR "Drillquip"

The United States will produce non-privileged documents responsive to this search string as close as practicable to May 27, 2014.

13.     All documents referring or relating to any analysis, evaluation, determination, or study of shoreline oiling, impact (including but not limited to any impact on the environment, human health, and Gulf Coast communities), monitoring, and cleanup in connection with the *Deepwater Horizon* Spill and/or Response Activities, including but not limited to documents

relating to whether cleanup completion standards had been satisfied.

**OBJECTIONS**:  The United States hereby incorporates by reference its objections and response to Requests for Production 1, 2, and 6. In addition the United States objects to this request for production because it seeks information protected from disclosure pursuant to the Public Health Service Act, 42 U.S.C. 241(d) and any certificates issued pursuant to that Act.  The United States, through the National Institute of Environmental Health Sciences is currently engaged in a large study of the human health impacts of the Incident, but this study has not yet been completed.  Except as explicitly set forth below, the United States will not search for or produce records from that study because of the privacy obligations imposed by the Act and because the study is not yet complete.

The United States further objects to this request for production of documents because it seeks discovery of individual medical records generated or possessed by the United States in the course of the response because the intrusion into individual patients' privacy outweighs the marginal benefit to be derived from such documents given the issues that are relevant to this phase of the litigation.

The United States also objects to this request for production on the grounds that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.  As the Court noted in the March 21, 2014 hearing when it limited discovery on the seriousness penalty factor, detailed information regarding human health and environmental impacts is not necessary to determine whether the Defendants' violations were serious and, therefore, the burden of collecting and producing this information outweighs the benefit in this case.  In fact, the face of this discovery requests suggests that BP is using discovery for the Penalty Phase as a stalking horse to conduct discovery related to claims in other cases pending in the MDL, thereby attempting to skirt

the greater restriction on third party discovery. Any such attempt is improper and therefore objectionable.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

In addition to the data that will be produced as described in response to request for production 1, the United States will conduct a search of the Department of Labor's Occupational Safety and Health Administration's ("OSHA") centralized repository for Deepwater Horizon records and will produce daily reports compiled by OSHA during the initial stages of the response that summarize the monitoring of human health effects of the spill.  In addition, OSHA maintains information regarding its participation in the response on its website:

https://www.osha.gov/oilspills/index.html.

The United States also refers defendants to EPA's BP Spill website at

http://www.epa.gov/bpspill/, including but not necessarily limited to

http://www.epa.gov/bpspill/qanda.html.

In addition, the National Institute of Environmental Health Sciences has published some preliminary observations regarding the human health effects of the spill and the United States will conduct a reasonable search for the information that has been made public regarding this study. These documents will be produced on or before the deadline for producing documents to be instituted by the Court.

14.     All documents referring or relating to the economic impact of a Clean Water Act penalty on BPXP or on any other BP entity.

**OBJECTIONS:**  The United States objects to this request for production because by seeking "all documents" referring to a penalty factor at issue in this litigation, the request for production necessarily calls for the production of documents and information protected by the

work product, attorney-client, or other protections or privileges.  The United States will identify documents withheld solely on the grounds of privilege or protection in accordance and to the extent required by PTO 14.

The United States also objects to this request for production because it calls for information already in the possession of BP.  BP possesses far more information than the United States regarding its financial position and the effect of any penalty within the statutory maximum penalty upon its operations.

The United States further objects to this request because it may call for the disclosure of information developed in the course of settlement negotiations and therefore protected under PTO 1 or PTO 38.  Any such analyses were solely for settlement purposes and the United States will not search for, produce, or log any such analyses.

Finally, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of its evidence regarding the impact of the penalty on BP will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

**RESPONSES:**  Subject to and without waiving its objections, the United States responds as follows:

Based upon a reasonable inquiry of the agencies involved in this litigation (the Environmental Protection Agency, the Department of the Interior, the National Oceanic and Atmospheric Administration, the Department of Transportation, the Department of Homeland Security including the Coast Guard, the Department of Energy, and the Department of Labor), the United States has identified no further responsive non-privileged documents except those received from the Defendants during Phase 1 and Phase 2 discovery.  The United States is aware of the

44

following document, which is commercially available for a fee:  "BP plc – What to Expect Ahead

of the 'Macondo' Trial?"  Morgan Stanley Research Europe (January 19, 2012)"

     15.     All documents supporting your contentions against BPXP with respect to the
"history of prior violations" under the Clean Water Act.

**OBJECTIONS:**  The United States objects to this request for production because by

seeking "all documents" referring to a penalty factor at issue in this litigation, the request for

production necessarily calls for the production of documents and information protected from

production under the work product, attorney-client, or other protections or privileges.  The United

States will identify documents withheld solely on the grounds of privilege or protection in

accordance and to the extent required by PTO 14.

     The United States also objects to this request for production because it calls for information

already in the possession of BP regarding BP's own failure to comply with environmental and

health and safety requirements.

     The United States further objects to this request because it may call for the disclosure of

information developed in the course of settlement negotiations and therefore protected under PTO

1 and its amendments or PTO 38.  Any such analyses were solely for settlement purposes and the

United States will not search for, produce, or log any such analyses.

     The United States objects to this request for production as calling for the premature

disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of

its evidence regarding BP's prior violations will be presented through expert testimony that will be

disclosed in accordance with the schedule to be established by the Court.

     In addition, as ordered by the Court during the March 21, 2014 hearing, the United States'

assertions regarding the "prior violations" penalty factor will be limited to evidence related to the

events that occurred at Texas City, Grangemouth, Prudhoe Bay, and Endicott.  These violations

were already the subject of discovery during Phase 1, including expert discovery.  Any discovery

BP required relating to these violations could have and should have been conducted at that time.

      **RESPONSES**:  Subject to and without waiving the foregoing objections, the United States

responds as follows:

      To date, the United States has not identified any documents, other than work being

performed by potential testifying experts, that are responsive to this request other than those

documents exchanged by the parties in Phase 1 and 2 of this litigation, including but not limited to

the expert report of Dr. Bea and the documents cited therein.

      **SUPPLEMENTAL RESPONSE**:  Subject to and without waiving its foregoing objections

the United States further responds as follows:

      The United States will produce the administrative record for the suspension of government

contracting imposed upon BP as a result of its history of violations, which contains additional

information supporting the United States' contention that BP's history of violations establishes that

the Court should impose a civil penalty at or near the statutory maximum.

      16.    All documents supporting your contentions against BPXP and/or Anadarko with
respect to the "other matters as justice may require" factor under the Clean Water Act.

      **OBJECTIONS:**  The United States objects to this request for production because by

seeking "all documents" referring to a penalty factor at issue in this litigation, the request for

production necessarily calls for the production of documents and information protected from

production under the work product, attorney-client, or other protections or privileges.  The United

States will identify documents withheld solely on the grounds of privilege or protection in

accordance and to the extent required by PTO 14.

      As stated in the United States' March 3, 2014 filing:

      This factor is a catch-all for any facts that might not fit into the other seven factors

(*i.e.,* labels), and we reserve the right to argue that any given evidence already in the record, subject to a stipulation, or to be adduced in the Penalty Phase, falls into this category; but that is just legal argument. As for *new evidence*, we do not currently have any specific new evidence to offer on this topic, other than to the extent that the new factual "Topics" set out in the chart above count under this factor. Specifically, evidence about prior incidents, as described under "culpability" above, might fit into this category (as well as arguably fitting into "prior violations") so we incorporate that discussion here. To the extent any specific events and dates are required; we believe those are due on March 12 along with any prior violations. We also reserve the right to present evidence to counter BP's contention about the economic value it brings to the Gulf in terms of jobs, *etc*., which may fall under this factor.

First Response of the United States to Order [Re: Preparation for Discovery in the Penalty Phase] at 12-13 (Mar. 3, 2014). Accordingly, the evidence the United States will submit regarding this penalty factor will be information responsive to assertions and claims that the Defendants are making and on which the Defendants will, therefore, bear the burden of proof. Accordingly, at this time, Defendants possess far more information than the United States regarding these factors.

Finally, the United States objects to this request for production as calling for the premature disclosure of expert opinions. The United States anticipates that its evidence responding to the "other matters" that the Defendants have identified will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

**RESPONSE**: Subject to, and without waiving, its objections the United States responds as follows:

The United States has not, to date, identified any non-privileged documents other than those already produced in Phase 1 and 2 or identified in these discovery responses that it intends to rely upon in responding to the Defendants' "other matters." To the extent that such documents are identified as the United States receives more information regarding the Defendants' contentions, the United States will supplement this discovery response in accordance with and to the extent required by Federal Rule of Civil Procedure 26(e).

47

**SUPPLEMENTAL RESPONSE**:  Subject to and without waiving the foregoing objections, the United States further responds as follows:

The United States will produce, with the Bates prefix BSEE, documents demonstrating BP's other violations of statutes and regulations governing its drilling activities in the Gulf of Mexico.  These documents may support the United States' contentions in response to BP's claim that the Court must compare BP's violations in this case to other environmental incidents.  In addition, the United States may rely upon the documents identified in response to request for production 20 to respond to Defendants' allegations regarding their economic contributions to the local, regional, and national economies.  Further, the United States will produce information relating to the Defendants' own royalty payments related to exploration and production in the Gulf of Mexico as close to May 27, 2014 as practicable.  These documents, too, may go to the Defendants' claims regarding their importance in the economy, as well as other factors as justice may require.

17.     All studies, evaluations, analyses or discussions of the impact of imposing penalties on non-culpable NOIs in oil and gas drilling operations, including but not limited to how imposition of such penalties would or might affect or relate to safety.

**OBJECTIONS**:  By seeking all "discussions" regarding the impact of imposing penalties, this request is objectionable because it necessarily calls for information protected by the attorney-client, work product or other protection or privilege.  Other than discussions related to inquiries necessary to respond to this request for production or to respond to the Defendants' contentions as part of this litigation, the United States is not aware at this time of any such privileged information, but reserves the right to assert privilege over any documents construed as responsive to this request that are protected from disclosure.

48

**RESPONSE**:  Subject to and without waiving its objections the United States responds as follows:

The relevant agencies – EPA, NOAA, DOI, the Coast Guard, and the Department of Labor – have not identified any non-privileged information responsive to this request, particularly because the statutory and regulatory penalty authority of these agencies make no distinction between so-called "non-operating investors" and other violators.

18.     All documents reflecting policies, memoranda, or other guidance regarding the amount of penalties to impose or seek against non-culpable NOIs.

**OBJECTIONS**:  The United States objects to this request for production as overly broad because it requests information regarding all penalties, regardless of whether they relate to process safety, human health, or environmental protection.  Penalties unrelated to these subject areas are not relevant to this Phase of the litigation and the United States has limited its inquiry to such penalty policies.

**RESPONSE**:  Subject to and without waiving its objections the United States responds as follows:

The relevant agencies – EPA, NOAA, DOI, the Coast Guard, and the Department of Labor – have identified several polices that would apply to the settlement of claims related to the violation of environmental, safety, or process safety requirements related to deep water drilling. These penalty policies, written by the Coast Guard, DOI, and EPA, are publicly available and appear on the agencies' websites.  The United States has identified no policies that specifically discuss so-called "non-operating investors", which is not remarkable since the agencies do not use this purported status to distinguish between violators.

19.     All documents reflecting the total royalties paid per annum to the United States from offshore leasing, and activities authorized thereunder, under the Outer Continental Shelf Lands Act and discussing any benefit from such royalties.

49

**OBJECTIONS**:  The United States objects to this request for production on the grounds that it seeks information not reasonably calculated to lead to the discovery of admissible evidence. The request seeks information regarding all offshore drilling and is not restricted to the Defendants' own activities or even to drilling in the Gulf of Mexico.  Moreover, by requesting all documents, the Defendants have rendered this request for production overly broad and may have included documents subject to the attorney-client, work product, or other privileges and protections.  Since the Defendants are simply seeking the total royalties per annum, the United States will restrict its search to identify sufficient documentation to provide those royalties for the time period 2008-2013.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds that reports listing total royalties paid per fiscal year to the United States from offshore leasing are available at the following link for Fiscal Years 2003 – 2013:

http://statistics.onrr.gov/ReportTool.aspx.

20.     All studies, analysis, assessments, memoranda or guidance regarding the impacts on the national, regional, or local economies, national security or energy independence associated with offshore drilling.

**OBJECTIONS**:  The United States objects to this request for production on the grounds that it seeks information not reasonably calculated to lead to the discovery of admissible evidence. The request seeks information regarding all offshore drilling and is not restricted to the Defendants' own activities or even to drilling in the Gulf of Mexico.  Moreover, by seeking information regarding the analysis of "national security" issues, this request seeks information that may exist on classified servers or be subject to protection from disclosure.  The United States will not search for or produce any such information.  In light of all of these objections, the United States has confined its search to the following agencies:  Department of Labor, Department of

50

Commerce, Department of the Interior, and the Department of Energy.  Moreover, the United

States has confined its search to final reports discussing offshore oil development in the Gulf of

Mexico.

      **RESPONSE**: Subject to and without waiving the foregoing objections, the United States

responds as follows:

      The United States has determined that the Department of Energy's Energy Information

Administration provides publicly available reports responsive to this request, including the

following:

1.    Gulf of Mexico Fact Sheet (providing production data as of 2012) at:
   http://www.eia.gov/special/gulf_of_mexico/

2.    March 31, 2014:  Report finding that the five states and the Gulf of Mexico produce more
   than 80% of U.S. crude oil at:   http://www.eia.gov/todayinenergy/detail.cfm?id=15631

3.    June 2013:  2013 Outlook for Gulf of Mexico Hurricane-Related Production Outages at:
   http://www.eia.gov/forecasts/steo/special/pdf/2013_sp_04.pdf

4.    February 8, 2012:  Tight oil, Gulf of Mexico deepwater drive projected increases in U.S.
   crude oil production at: http://www.eia.gov/todayinenergy/detail.cfm?id=4910#

5.    February 14, 2013: Short-Term Energy Outlook Supplement: Key drivers for EIA's
   short-term U.S. crude oil production  outlook at:
   http://www.eia.gov/forecasts/steo/special/pdf/2013_sp_02.pdf

6.    June 2012:  2012 Outlook for Hurricane-Related Production Outages in the Gulf of Mexico
   at: http://www.eia.gov/forecasts/steo/special/pdf/2012_sp_01.pdf

7.    June 2011:  2011 Outlook for Hurricane-Related Production Outages in the Gulf of Mexico
   at: http://www.eia.gov/forecasts/steo/special/pdf/2011_sp_02.pdf

8.    June 2010:  Short-Term Energy Outlook Supplement:
   2010 Outlook for Hurricane-Related Production  Outages in the Gulf of Mexico at:
   http://www.eia.gov/forecasts/steo/special/pdf/2010_sp_03.pdf

9.    2010:  Short-Term Energy Outlook Supplement: Outlook for Non-OPEC Supply in 2010-
   2011 at: http://www.eia.gov/forecasts/steo/special/pdf/2010_sp_01.pdf

10.    June 2009:  Short-term Energy Outlook Supplement:  The 2009 Outlook for Hurricane

Production Outages in the Gulf of Mexico at: http://www.eia.gov/forecasts/steo/special/pdf/2009_sp_03.pdf

11.     March 31, 2009:  Impact of Limitations on Access to Oil and Natural Gas Resources in the Federal Outer Continental Shelf at: http://www.eia.gov/oiaf/aeo/otheranalysis/aeo_2009analysispapers/aongr.html

12.     March 13, 2009:  Regulations Related to the Outer Continental Shelf Moratoria and Implications of Not Renewing the Moratoria at: http://www.eia.gov/oiaf/aeo/otheranalysis/aeo_2009analysispapers/ocsm.html

13.     June 2008: Short-Term Energy Outlook Supplement:  The 2008 Outlook for Hurricane Production Outages in the Gulf of Mexico at: http://www.eia.gov/forecasts/steo/special/pdf/2008_sp_03.pdf

14.     February 2008:  Short-Term Energy Outlook Supplement: Outlook for Non-OPEC Oil Supply Growth in 2008-2009 at: http://www.eia.gov/forecasts/steo/special/pdf/2008-non-opec-oil-supply.pdf

15.     June 2007:  Short-Term Energy Outlook Supplement:   The 2007 Outlook for Hurricane Impacts on Gulf of Mexico Crude Oil and Natural Gas Production at: http://www.eia.gov/forecasts/steo/special/pdf/2007_hurricanes.pdf

16.     June 23, 2007:  Overview of the Federal Offshore Royalty Relief Program at: http://www.eia.gov/naturalgas/archive/ngoffshore.pdf

17.     June 7, 2006:  The Impact of Tropical Cyclones on Gulf of Mexico Crude Oil and Natural Gas Production at:  http://www.eia.gov/naturalgas/archive/hurricanes.pdf

18.     August 1, 2005:  Overview of U.S. Legislation and Regulations Affecting Offshore Natural Gas and Oil Activity at:  http://www.eia.gov/naturalgas/archive/offshore.pdf

DOI's BOEM analyzes the impacts of offshore drilling on the economy and energy

independence.  BOEM's work in these areas is for the purpose of finalizing public documents

related to offshore oil and gas development.  BOEM's public documents can be found on public

websites as follows:

1.     For the 5-Year Leasing Program: http://www.boem.gov/Five-Year-Program-2012-2017

2.     For the Programmatic Environmental Impact Statement (NEPA) associated with the 5-Year Leasing Program: http://www.boem.gov/5-Year/2012-2017/PEIS.aspx

3.     For BOEM's Economics Division: http://www.boem.gov/Economics-Division/

4.    For BOEM's regional office's NEPA analyses: http://www.boem.gov/nepaprocess/

5.    For BOEM's Environmental Studies Program, which has conducted research for more than 30 years to garner a baseline understanding of the environment and to improve our understanding of the impacts of offshore energy development: http://www.data.boem.gov/homepg/data_center/other/espis/espismaster.asp?appid=1

Further, BOEM and BSEE also include general analyses of these topics in the preambles to

rulemaking, which are found in the Federal Register.

Further, the Department of Labor's Bureau of Labor Statistics has some publicly available

reports on gulf coast employment by sector.  These reports can be found at:

1.    April 2010: Fact Sheet – Oil and Gas Well Drilling: Employment in the Oil and Gas Well Drilling Industry at: http://www.bls.gov/cew/oil_gas_drilling.htm

2.    June 2010: Fact Sheet - Gulf Coast Leisure and Hospitality Employment and Wages at: http://www.bls.gov/cew/gulf_coast_leisure_hospitality.htm

3.    October 2010: Occupational Employment (OES) Highlights: Gulf Coast Occupational Employment and Wages at http://www.bls.gov/oes/highlight_gulf.pdf

4.    August 2012: Gulf Coast unemployment trends, 2000 to 2010: hurricanes, recessions, oil spills at http://www.bls.gov/opub/mlr/2012/08/art2full.pdf

5.    Quarterly Census of Employment and Wages: Gulf Oil Spill and QCEW at http://www.bls.gov/cew/gulf_oil_spill_fact_sheet.htm

6.    Current Employment Statistics – CES (National): Effects of the Gulf Oil Spill on Employment Estimates at http://www.bls.gov/ces/cesgulffaq.htm

7.    2010 National Census of Fatal Occupational Injuries in 2010 at http://www.bls.gov/news.release/archives/cfoi_08252011.htm

8.    2010 Workplace Fatalities in Louisiana at http://www.bls.gov/ro6/fax/cfoi_la.htm

**SUPPLEMENTAL RESPONSE:**  Subject to and without waiving its objections, the

United States responds that the Department of Energy's Office of Policy Analysis, Office of Policy

and International Affairs has identified four internal reports that are responsive to this request for

production.  These documents have been collected and will be produced on or before the deadline

for production of documents.

53

In addition, the Department of Commerce's National Technical Information Service identified two additional studies that are responsive to this request for production:  Potential Budgetary Effects of Immediately Opening Most Federal lands to Oil and Gas Leasing, 2012 and Outer Continental Shelf Moratoria on Oil and Gas Development, Hagerty, C.L., 2011.  These reports, too, will be produced before the document production deadline.

21.     All documents identified in the responses to the Interrogatories set forth below.

**OBJECTIONS:**  The United States incorporates by reference its objections to each of the interrogatories set forth below.

**RESPONSE**:  Subject to and without waiving its objections, the United States responds as follows:

The United States will produce the documents identified in response to the interrogatories, to the extent not previously produced, on or before the deadline for producing documents.

## III.   <u>INTERROGATORIES</u>

1.     Identify and describe all preliminary and/or final results of testing of toxicity of Oil-Related Materials and/or Dispersants, resulting from the *Deepwater Horizon* Spill and/or Response Activities, to Organisms and all persons with knowledge of, and documents related to such testing.

**OBJECTIONS:**  The United States objects to this ~~request for production~~interrogatory for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

In addition, the United States objects to this request as duplicative of information requested in Request for Production 1.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States

54

responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs BP to the data being produced in response to request for production 1 as well as the information produced to BP during the Phase 1 and 2 discovery periods.

2.      Identify and describe all background rates of land loss and erosion on shorelines in the Gulf Coast states and all persons with knowledge of, and all documents related to, such rates of land loss and erosion.

**OBJECTIONS:**  The United States objects to this ~~request for production~~interrogatory for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

Further, the United States objects to this interrogatory as improper and unduly burdensome because it seeks to require the United States to prepare and provide an index of documents on a very broad topic and to identify all persons, regardless of whether they are employed by the United States, with knowledge of this same very broad topic.

The United States further objects to this interrogatory because it seeks information not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation in light of the Court's limitations imposed during the March 21, 2014 hearing.  The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other activities have also impacted the environment of the Gulf of Mexico.  This interrogatory on its face is a stalking horse intended to provide Defendants a preview of the Natural Resource Damages claims not yet brought by the United States.

Further, the United States objects to this Interrogatory as vague in that "background" is not

defined as to time.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

EPA maintains a publicly available database that tracks status and trends of wetlands, which can be found at:  www.water.epa.gov.  In addition, information regarding the status of wetlands in the Gulf of Mexico is provided at www.healthygulf.org by the Gulf Restoration Network.

3.      Identify and describe all studies, reports, assessments, and analyses, including without limitation those conducted by government agencies, non-governmental organizations, academic or research institutions, and private consultants, that the United States will or may rely upon regarding actual or potential environmental harms resulting from the *Deepwater Horizon* Incident and Spill.

**OBJECTIONS:**  The United States objects to this ~~request for production~~interrogatory for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

In addition, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As the United States has already disclosed, the United States anticipates that its evidence regarding the actual and potential environmental harm caused by the Defendants' violation will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

The United States also objects to this Interrogatory as overly broad because it is not limited to studies that the United States will rely upon in the Penalty Phase of discovery.  The United States will confine its response to those studies that may be used in this Phase of the litigation.

56

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

4.      Identify and describe any human health impact, including but not limited to any potential or future health impact, that resulted from the *Deepwater Horizon* Spill and/or Response Activities and all persons with knowledge of, and all documents related to, any such human health impact(s).

**OBJECTIONS:**  The United States objects to this ~~request for production~~interrogatory for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

In addition, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As the United States has already disclosed, the United States anticipates that its evidence regarding the potential and actual human health harm caused by the Defendants' violation will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

In addition the United States objects to this interrogatory because it seeks information protected from disclosure pursuant to the Public Health Service Act, 42 U.S.C. 241(d) and any certificates issued pursuant to that Act.  The United States, through the National Institute of

Environmental Health Sciences is currently engaged in a large study of the human health impacts of the Incident, but this study has not yet been completed.  Except as explicitly set forth below, the United States will not search for or produce records from that study because of the privacy obligations imposed by the Act and because the study is not yet complete.

The United States further objects to this request for production of documents because it seeks discovery of individual medical records generated in the course of the response because the intrusion into individual patients' privacy outweighs the marginal benefit to be derived from such documents given the issues that are relevant to this phase of the litigation.

The United States also objects to this interrogatory on the grounds that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.  As the Court noted in the March 21, 2014 hearing when it limited discovery on the seriousness factor, detailed information regarding human health and environmental impacts is not necessary to determine whether the Defendants' violations were serious and, therefore, the burden of collecting and producing this information outweighs the benefit in this case.  In fact, the face of this discovery requests suggests that BP is using discovery for the Penalty Phase as a stalking horse to conduct discovery related to claims in other cases pending in the MDL or to the United States' as yet unfiled natural resources damages claim. Any such attempt is improper and therefore objectionable.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs BP to the data being produced in response to requests for production 1 and 13.  In addition, the United States will identify the studies and other materials considered by its expert witnesses in accordance with and

to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders

entered by this Court.  To the extent non-privileged responsive documents are identified, are not

publicly available, and come within the United States' possession, custody, or control before the

deadline for disclosure of expert reports, the United States will produce such responsive

documents.

     5.      Identify and describe in detail any and all sampling, monitoring, testing, and analysis that demonstrate exposure to Oil-Related Materials and/or Dispersants, resulting from the *Deepwater Horizon* Spill and/or Response Activities, at levels sufficient to cause any impact on human health, and identify all documents related to that sampling, monitoring, testing, and analysis.

     **OBJECTIONS:**  The United States objects to this ~~request for production~~interrogatory for

the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its

reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States

objects to this request as overbroad in light of the Court's ruling cited in the United States'

objections to Request for Production 1.

     **RESPONSE:**  Subject to and without waiving the foregoing objections, the United States

responds as follows:

     Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs BP to the data

being produced in response to request for production 1 and 13, as well as the information produced

in response to discovery in Phases 1 and 2.  The United States will identify the studies and other

materials considered by its expert witnesses in accordance with and to the extent required by the

Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the

extent non-privileged responsive documents are identified, are not publicly available, and come

within the United States' possession, custody, or control before the deadline for disclosure of

expert reports, the United States will produce such responsive documents.

6.      Identify and describe any analyses, studies, assessments, or evaluations regarding the nature, extent, or degree of effectiveness of the efforts to respond to, or otherwise mitigate, minimize, or prevent any environmental, human health, economic, or other effects of, the *Deepwater Horizon* Spill, including any statements commending response efforts or determinations that any aspect of the response was effective or successful.  As part of your response, identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect, the analyses, studies, assessments, evaluations, or determinations.

**OBJECTIONS:**  The United States objects to this ~~request for production~~interrogatory for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

Further, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that its evidence regarding the Defendants' efforts to mitigate the effects of their violations will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

Moreover, the United States objects to this interrogatory as premature because the Defendants have not yet disclosed their contentions regarding their efforts to mitigate the effects of their violations and, therefore, the United States cannot yet identify the evidence it will use to rebut those contentions.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States intends to rely upon the information exchanged in Phases 1 and 2, as well as the data produced in response to requests for production 1, 8, 10, and 13 as part of its response to Defendants' contentions regarding their efforts to mitigate their violations, as well as

additional information identified by its experts as relevant to the Defendants' contentions.

In addition, the United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

**SUPPLEMENTAL RESPONSE:**  Subject to and without waiving the foregoing objections, the United States provides the following supplemental response:

The following publically-available documents or portions of the following publically-available documents may contain analyses, studies, assessments, or evaluations regarding the nature, extent, or degree of effectiveness of the efforts to respond to, or otherwise mitigate, minimize, or prevent any environmental, human health, economic, or other effects of, the *Deepwater Horizon* Spill:

- o On Scene Coordinator Report Deepwater Horizon Oil Spill (FOSC REPORT) (Ex. 9105);

- o Incident Specific Preparedness Review, January 2011, available at www.uscg.mil/foia/docs/dwh/bpdwh.pdf;

- o Operational Science Advisory Team reports, various dates, available at http://www.restorethegulf.gov/news/transcripts-docs;

- o America's Gulf Coast: A Long Term Recovery Plan after the Deepwater Horizon Oil Spill (BP-HZN-2179MDL01871492);

- o National Incident Commander Deepwater Horizon Strategy Implementation,

Version 5.0 (Ex. 9123); and

o King, Bradley and John Gibbens (NIOSH), Health Hazard Evaluation of Deepwater Horizon Response Workers: Health Hazard Evaluation Report, HETA 201-0115&2010-0129-3138 (August 2011), available at http://www.cdc.gov/niosh/topics/oilspillresponse/gulfspillhhe.html.

Additionally, the United States has agreed to search for documents using the agreed upon "commending" search string in the Coast Guard archive for the time period April 20, 2010 through December 31, 2013 and in Dr. Jacquline Michel's custodial files for the period April 20, 2010 through January 31, 2011, and produce the non-privileged documents captured by the search:

((BP OR RP) W/10 (effective* OR efficient* OR prompt* OR quick* OR competent OR commend* OR excellent OR great OR "well done" OR nice*))

7.      Identify and describe any way in which the United States contends that BPXP or any other entity did not effectively respond to, or otherwise mitigate, minimize, or prevent environmental, human health, economic or other effects of, the *Deepwater Horizon* Spill, and the bases for any such contention.  As part of your response, identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect, the bases for your contention.

**OBJECTIONS:**  The United States objects to this ~~request for production~~interrogatory for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

Further, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that its evidence regarding the Defendants' efforts to mitigate the effects of their violations will be presented through expert testimony that will be disclosed in accordance with the schedule to be

established by the Court.

Moreover, the United States objects to this interrogatory as premature because the Defendants have not yet disclosed their contentions regarding their efforts to mitigate the effects of their violations and, therefore, the United States cannot yet identify the evidence it will use to rebut those contentions.

The United States further objects to this interrogatory because it seeks information not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation. The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other activities have also impacted the environment of the Gulf of Mexico.  If interpreted to call for discovery into the detailed environmental impact of Defendants' violations, this interrogatory is a stalking horse intended to provide Defendants a preview of the natural resource damages claims not yet brought by the United States.

The United States further objects to this interrogatory because it implies that the Defendants' compliance with the orders and directives of the Unified Command are relevant to their efforts to mitigate the effect of their violations.  Activities required by law cannot constitute be credited in considering the "mitigation" penalty factor and, therefore, to the extent this discovery is sought for purposes of offering evidence on the "mitigation" penalty factor, it seeks discovery not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The harm caused by the Defendants' violations was preventable. With respect to BP, had Defendants not been negligent (or in BP's case, grossly negligent) in the drilling of the Macondo well.  For specific citations to the Phase 1 and 2 record, the United States' directs the Defendants to

the various Plaintiffs' Phase 1 and 2 proposed findings of fact and conclusions of law regarding BP's gross negligence.  With respect to Anadarko, for reasons presented in the United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability and that will be presented in the United States proffer under the schedule set by the Court in the Penalty Phase, defendant Anadarko not only neglected many warning signs of brewing trouble concerning the Macondo Well but also declined to use its authorities under the Operating Agreement to foster safe and professional design, construction, drilling and testing of the Macondo Well.

In addition, the United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

**SUPPLEMENTAL RESPONSE:**  Subject to and without waiving the foregoing objections, the United States incorporates its Response and Supplemental Response to Interrogatory No. 6, which identify publically-available documents or portions of publically-available documents that may contain analyses, studies, assessments, or evaluations regarding the nature, extent, or degree of effectiveness of the efforts to respond to, or otherwise mitigate, minimize, or prevent any environmental, human health, economic, or other effects of, the *Deepwater Horizon* Spill.   The United States further incorporates its Response and Supplemental Response to Interrogatory No. 8, which identify limitations on mitigation and prevention of harm. The United States will supplement this response, which calls for the United States' rebuttal

64

contentions to Defendants' contentions regarding effectiveness of the response and mitigation efforts, after Defendants disclose their contentions regarding their efforts to mitigate the effects of their violations.

8.      Identify and describe any decisions or actions by BPXP, the Unified Command, or other agency or entity that limited or constrained efforts to respond to, or otherwise mitigate, minimize, or prevent, environmental, human health, economic or other effects of, the *Deepwater Horizon* Spill.  As part of your response, identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect on, such decisions and actions.

**OBJECTIONS AND RESPONSE:**  The United States objects to this ~~request for production~~interrogatory for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report. Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

The United States also objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that its evidence regarding the Defendants' efforts to mitigate the effects of their violations will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

Moreover, the United States objects to this interrogatory as premature because the Defendants have not yet disclosed their contentions regarding their efforts to mitigate the effects of their violations and, therefore, the United States cannot yet identify the evidence it will use to rebut those contentions.

The United States further objects to this interrogatory because it seeks information not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation. The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other

activities have also impacted the environment of the Gulf of Mexico.  If interpreted to call for discovery into the detailed environmental impact of Defendants' violations or the removal actions, this interrogatory is a stalking horse intended to provide Defendants a preview of the natural resource damages claims not yet brought by the United States.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

For the reasons presented by the United States and its co-plaintiffs in Phase 2, BP's actions during the response (particularly its criminal misrepresentations regarding the flow rate) had an impact on the response.  For specific citations to the Phase 1 and 2 record the United States' directs the Defendants to the various Plaintiffs' Phase 1 and 2 proposed findings of fact and conclusions of law.

In addition, certain removal actions have inherent or unavoidable adverse consequences.  For instance, deployed boom can be pushed ashore by wind and wave and smother marsh ecosystems.  Similarly, the use of dispersants or diversions of freshwater to prevent the oil from reaching the shoreline may have had adverse impacts on particular natural resources.

In addition, the United States will identify the studies and other materials considered by its expert witnesses in accordance with and to the extent required by the Federal Rules of Civil Procedure, as well as the schedule and orders entered by this Court.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

**SUPPLEMENTAL RESPONSE:**  Subject to and without waiving the foregoing objections, the United States provides the following supplemental response:

RADM Landry expressed concern during the response about the pace at which BP was standing up forward operating bases and the pace at which BP was deploying resources to forward locations (Landry Dep. at 389:15-392:13). RADM Landry also expressed concern to BP about its desire to use a Coast Guard search and rescue helicopter to retrieve samples that were taken for the testing of subsea dispersants.  (Landry Dep. at 393:10-23).  In addition, EPA expressed concern during the response regarding BP not being fully responsive regarding certain dispersant safety issues.  *See* http://www.epa.gov/bpspill/dispersants/Rainey-letter-052610.pdf, and that BP was not fully prepared to adequately test the effects of subsea dispersants when such dispersant use was initially being tested.  Robyn Conmy is a person knowledgeable about issues with the testing of subsea dispersants.

9.      Describe in detail the nature, extent, and degree of success of any offer or effort by Anadarko to minimize or mitigate the effects of the discharge from the Incident and Oil Spill, including Anadarko's participation in source control efforts.

**OBJECTIONS AND RESPONSE:**  The United States incorporates by reference its objections and response to interrogatory 6 above.

10.     Identify the total amount of Oil-Related Materials that you contend were contained, collected, dispersed, burned, and cleaned up as a result of the Response Activities, as well as the amount of Oil-Related Materials that were removed through natural processes, including the portions of the total volume attributable to each process (for example, through the use of skimming, boom, dispersants, *in situ* burning, shoreline cleanup, and natural processes), and a detailed description of how you performed these analyses.  As part of your response, please identify the persons most knowledgeable about, and all statements, documents, and other materials that describe or reflect, the analyses.

**OBJECTIONS**:  The United States objects to this ~~request for production~~interrogatory for the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States objects to this request as overbroad in light of the Court's ruling cited in the United States' objections to Request for Production 1.

67

In addition, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As the United States has already disclosed, the United States anticipates that its evidence regarding the actual and potential environmental harm caused by the Defendants' violation will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

The United States further objects to this interrogatory because it seeks information not reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation. The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other activities have also impacted the environment of the Gulf of Mexico.  If interpreted to call for discovery into the detailed environmental impact of Defendants' violations or the removal actions, this interrogatory is a stalking horse intended to provide Defendants a preview of the natural resource damages claims not yet brought by the United States.

**RESPONSE**:  Subject to, and without waiving its objections, the United States responds as follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs Defendants to the documents produced in response to previously served requests for production 73, 78-85, and 123-127, as well as the Rule 30(b)(6) testimony Mark Miller.

**SUPPLEMENTAL RESPONSE:** Subject to and without waiving the foregoing objections, the United States provides the following supplemental response:

As stipulated in 810,000 barrels of "Collected Oil" were collected during the spill. "Collected Oil" is oil that flowed from the subsurface reservoir, through the well, through the blow-out preventer, and never came into contact with any ambient sea water, and was not released to the environment in any way (other than via flaring approved by the FOSC).  See Stipulation

Mooting BP's Motion for Partial Summary Judgment Against the United States, Rec. Doc. 8620
(Feb. 19, 2013).

11.      Identify and describe in detail all bases for any contention by the United States that
use of Corexit 9500 and/or Corexit 9527 during the Response was ineffective or had any
counterproductive or harmful effects on the environment or human health.  As part of your
response, please identify the persons most knowledgeable about, and all statements, documents,
and other materials that describe or reflect, the alleged ineffectiveness or counterproductive or
harmful effects of Corexit 9500 and/or Corexit 9527.

**OBJECTIONS**:  The United States objects to this ~~request for production~~interrogatory for
the reasons set forth in its Seriousness Motion, its brief in support of the Seriousness Motion, its
reply in support of the Seriousness Motion, and the US 26(f) Report.  Moreover, the United States
objects to this request as overbroad in light of the Court's ruling cited in the United States'
objections to Request for Production 1.

In addition, the United States objects to this request for production as calling for the
premature disclosure of expert opinions.  As the United States has already disclosed, the United
States anticipates that its evidence regarding the actual and potential environmental harm caused
by the Defendants' violation will be presented through expert testimony that will be disclosed in
accordance with the schedule to be established by the Court.

The United States further objects to this interrogatory because it seeks information not
reasonably calculated to lead to the discovery of admissible evidence in this Phase of the litigation.
The focus of the penalty phase is the seriousness of the Defendants' violations, not whether other
activities have also impacted the environment of the Gulf of Mexico.  If interpreted to call for
discovery into the detailed environmental impact of Defendants' violations or the removal actions,
this interrogatory is a stalking horse intended to provide Defendants a preview of the natural
resource damages claims not yet brought by the United States.

**RESPONSE**:  Subject to, and without waiving its objections, the United States responds as

69

follows:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs the Defendants

to the documents produced in response to previously served requests for production 73, 78-85, and

123-127 and the foregoing requests for production 1 and 2.

**SUPPLEMENTAL RESPONSE:**  Subject to and without waiving the foregoing

objections, the United States provides the following supplemental response:

Pursuant to Federal Rule of Civil Procedure 33(d), the United States directs Defendants to

the Rule 30(b)(6) testimony that will be provided in response to Topic 3, including but not limited

to the testimony of Mace Baron and Robyn Conmy.

12.     Identify and describe any Response Activities that were not conducted at the
direction and under the oversight of the Unified Command, and for any such activity, describe the
activity in detail, the persons or entities involved, the outcome or result of the activity, the cost
associated with the activity (including any amounts paid by BPXP), and the reasons why such
activity was not conducted at the direction and under the oversight of the Unified Command.

**OBJECTIONS:**  The United States objects to this interrogatory because it is premised on a

misreading of the law.  The Clean Water Act, the Oil Pollution Act, and the National Contingency

Plan do not refer to "Response Activities."  Instead, these laws and regulations guide what are

appropriate "removal actions" the cost of which can be recovered from responsible parties.

The United States also objects to the breadth of this interrogatory because it seeks

information about actions taken by parties other than the Defendants.  The question of whether

activities undertaken by parties other than the Defendants constitute removal activities under the

Clean Water Act, the Oil Pollution Act, or the National Contingency Plan is irrelevant to this

Phase of the litigation.  In fact, this interrogatory is, on its face, and attempt to obtain early

discovery of an issue that will arise in the Natural Resource Damage Assessment.

The United States further objects to this interrogatory because it implies that the

70

Defendants' compliance with the orders and directives of the Unified Command are relevant to their efforts to mitigate the effect of their violations.  Activities required by law cannot constitute efforts to mitigate and, therefore, to the extent this discovery is sought for purposes of offering evidence on the "mitigation" penalty factor, it seeks discovery not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

Any and all federal, state, local and private "removal actions" that were monitored and directed through authorization provided in an Incident Action Plan, a National Incident Commander directive or a Unified Command directive constitute documented "removal actions." BP and other third parties may have performed activities which could be termed "Response Activities" but are not documented "removal actions." Some of these activities may also constitute "removal actions" under the National Contingency Plan.

BP provided funding directly to certain local governments and/or entities outside of the Unified Command structure.  The United States is not fully aware of the activities or resources that were funded by these expenditures.  The United States lacks sufficient knowledge or information with regard to activities that were not authorized in an Incident Action Plan, a National Incident Commander directive or a Unified Command directive to answer this very broad interrogatory. Nevertheless, pursuant to Federal Rule of Civil Procedure 33(d), the United States directs BP to the information produced to BP during the Phase 1 and 2 discovery periods.

**SUPPLEMENTAL RESPONSE:**  Subject to and without waiving the foregoing objections, the United States provides the following supplemental response:

The United States has previously presented BP with certain other costs incurred by the

71

United States resulting from the Incident that were not funded through the Oil Spill Liability Trust Fund, *See* May 13, 2011 Letter from Perrelli to Haycraft, et al., Re: Repayment of Certain Federal Expenditures Resulting from the Oil Spill at Deepwater Horizon and the Macondo Well, and such costs have accrued interest and may have increased. BP has declined to pay those costs.

13.     Identify and describe the bases for any assertion by the United States that "the economic impact of the penalty on the violator" factor should increase the amount of any Clean Water Act penalty to be paid by BPXP and documents you intend to rely on to support such a contention.

**OBJECTIONS**:  The United States objects to this interrogatory because it is premised on an incorrect reading of the law.  As previously stated in the United States' briefs to the Court, the appropriate methodology for determining the civil penalty to be imposed upon BP for its extremely serious violations will be determined by the "top-down" approach in which the Court will only mitigate downward from the statutory maximum where the facts demonstrate cause to do so. Therefore, the United States does not assert that ~~BP's substantial history of serious violations~~the economic impact of the penalty on BP should "increase" the amount of the penalty.  Rather, the United States contends that, given BP's substantial ~~history of violations~~financial resources, this penalty factor gives no grounds for departing from the statutory maximum.

The United States also objects to this ~~request for production~~interrogatory because it calls for information already in the possession of BP.  BP possesses far more information than the United States regarding its financial position and the effect of any penalty within the statutory maximum penalty upon its operations.

Further, the United States objects to this interrogatory as improper and unduly burdensome because it seeks to require the United States to prepare and provide an index of documents on a very broad topic.

The United States further objects to this request because it may call for the disclosure of

information developed in the course of settlement negotiations and therefore protected under PTO 1 or PTO 38.  Any such analyses were solely for settlement purposes and the United States will not search for, produce, or log any such analyses.

Finally, the United States objects to this request for production as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of its evidence regarding the impact of the penalty on BP will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court..

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

As set forth in the United States United States' United States' Clean Water Act – Penalty Phase Rule 26 Report of the United States (Rec. Doc. 12351) and the United States' Memorandum in Support of Plaintiff United States' Motion In Limine to Permit Relevant Evidence Concerning BP p.l.c. and Other BP Affiliates (Rec. Doc. 12355-1), ~~Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents (Doc. 12460) and the United States' Memorandum in Support of Motion for Discovery Regarding the Financial Information and Activities of Subsidiaries and Affiliates as Relevant to the Economic Impact of a Clean Water Act Civil Penalty on Anadarko Petroleum Corporation~~, the United States anticipates providing testimony of expert witnesses responding to BP's contentions regarding the impact that the statutory maximum penalty, or any amount under that would have a significant impact on BP's business operations.  Based on this expert testimony, the United States will demonstrate that BP has provided no basis for departing from the statutory maximum penalty because of the assets available to BP to pay the penalty imposed by the Court.  In the unlikely event that the Court determines that the penalty will be determined using another methodology, the

United States will contend that the financial resources of BPXP, particularly in light of its ability to marshal the resources of the entire BP Group, militates for a penalty at or near the statutory maximum to ensure that the penalty has a proportionally deterrent effect.

14.     Identify and describe the bases for any assertion by the United States that the "history of prior violations" factor should increase the amount of any Clean Water Act penalty to be paid by BPXP and documents you intend to rely on to support such a contention.

**OBJECTIONS**:  The United States objects to this interrogatory because it is premised on an incorrect reading of the law.  As previously stated in the United States' briefs filed in this Court, the appropriate methodology for determining the civil penalty to be imposed upon BP for its extremely serious violations will be determined by the "top-down" approach in which the Court will only mitigate downward from the statutory maximum where the facts demonstrate cause to do so.  Therefore, the United States does not assert that BP's substantial history of serious violations should "increase" the amount of the penalty.  Rather, the United States contends that, given BP's substantial history of violations this penalty factor gives no grounds for departing from the statutory maximum.

Further, the United States objects to this interrogatory as improper and unduly burdensome because it seeks to require the United States to prepare and provide an index of documents on a very broad topic.

The United States also objects to this interrogatory because it calls for information already in the possession of BP regarding BP's own failure to comply with environmental and health and safety requirements.

The United States further objects to this interrogatory because it may call for the disclosure of information developed in the course of settlement negotiations and therefore protected under PTO 1 and its amendments or PTO 38.  Any such analyses were solely for settlement purposes and

74

the United States will not search for, produce, or log any such analyses.

The United States objects to this interrogatory as calling for the premature disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of its evidence regarding BP's prior violations will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

In addition, as ordered by the Court during the March 21, 2014 hearing, the United States' assertions regarding the "prior violations" penalty factor will be limited to evidence related to the events that occurred at Texas City, Grangemouth, Prudhoe Bay, and Endicott.  These violations were already the subject of discovery during Phase 1, including expert discovery.  Any discovery BP required relating to these violations could have and should have been conducted at that time.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

As ordered by the Court during the March 21, 2014, the United States' assertions regarding the "prior violations" penalty factor will be limited to the events that occurred at Texas City, Grangemouth, Prudhoe Bay, and Endicott Island.  As set forth in the United States' United States' Clean Water Act – Penalty Phase Rule 26 Report of the United States (Rec. Doc. 12351), Memorandum in Support of Plaintiff United States' Motion In Limine  to Permit Relevant Evidence Concerning BP p.l.c. and Other BP Affiliates (Rec. Doc. 12355-1), and the United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents (Rec. Doc. 12460), ~~Memorandum in Support of Motion for Discovery Regarding the Financial Information and Activities of Subsidiaries and Affiliates as Relevant to the Economic Impact of a Clean Water Act Civil Penalty on Anadarko Petroleum Corporation~~, the United States anticipates providing testimony of expert witnesses

regarding the nature of those violations and evidence that BP has failed to learn the lessons of its

past.  Through this expert testimony, the United States will demonstrate that BP's history of

violations provides no basis for departing from the statutory maximum penalty.  In the unlikely

event that the Court determines that the penalty will be determined using another methodology, the

United States will contend that this history of past violations warrants a penalty at the statutory

maximum, *inter alia*, to deter and punish BP.

      15.     Identify and describe the bases for any assertion by the United States that the "other matters as justice may require" factor should increase the amount of any Clean Water Act penalty to be paid by BPXP and documents you intend to rely on to support such a contention.

      **OBJECTIONS:**  As stated in the United States' March 3, 2014 filing:

> This factor is a catch-all for any facts that might not fit into the other seven factors (*i.e.,* labels), and we reserve the right to argue that any given evidence already in the record, subject to a stipulation, or to be adduced in the Penalty Phase, falls into this category; but that is just legal argument. As for *new evidence*, we do not currently have any specific new evidence to offer on this topic, other than to the extent that the new factual "Topics" set out in the chart above count under this factor. Specifically, evidence about prior incidents, as described under "culpability" above, might fit into this category (as well as arguably fitting into "prior violations") so we incorporate that discussion here. To the extent any specific events and dates are required; we believe those are due on March 12 along with any prior violations. We also reserve the right to present evidence to counter BP's contention about the economic value it brings to the Gulf in terms of jobs, *etc*., which may fall under this factor.

First Response of the United States to Order [Re: Preparation for Discovery in the Penalty Phase]

at 12-13 (Mar. 3, 2014). Accordingly, the evidence the United States will submit regarding this

penalty factor will be information responsive to assertions and claims that the Defendants are

making and on which the Defendants will bear the burden of proof.  For this reason, at this time,

Defendants possess far more information than the United States regarding these "other matters".

      Finally, the United States objects to this interrogatory as calling for the premature

disclosure of expert opinions.  As previously disclosed, the United States anticipates that much of

its evidence responding to the "other matters" that the Defendants have identified will be presented through expert testimony that will be disclosed in accordance with the schedule to be established by the Court.

**RESPONSE**:  Subject to, and without waiving, its objections the United States responds as follows:

The United States has not, to date, identified any non-privileged documents other than those already produced in Phase 1 or 2, or on the docket in this MDL that it intends to rely upon in responding to the Defendants' "other matters."  To the extent that such documents are identified as the United States receives more information regarding the Defendants' contentions, the United States will supplement this discovery response in accordance and to the extent required by Federal Rule of Civil Procedure 26(e).

Further, the United States anticipates that some of its evidence rebutting the Defendants' assertions as to the "other matters" they have identified will be offered in the form of expert testimony, which will be disclosed in accordance with this Court's orders.  To the extent non-privileged responsive documents are identified, are not publicly available, and come within the United States' possession, custody, or control before the deadline for disclosure of expert reports, the United States will produce such responsive documents.

The United States reserves the right to reference BP's prior violations not referenced in response to the "prior violations" factor to the extent necessary to respond to BP's contention that "justice requires that a penalty here be compared to and calibrated with penalties sought and obtained against other companies, both in relation to this case and other environmental incidents." *See* BP Exploration and Production Inc.'s Submission in Response to the Court's February 21, 2014 Order Regarding Preparation for Discovery in the Penalty Phase at Exhibit 11 (Mar. 3, 2014).  The

United States will produce documents upon which it may rely, to the extent identified prior to the submission of expert reports, as part of its production in this phase.

16.    At such point, if any, as you believe you may offer evidence regarding prior violations by Anadarko which are not included in the stipulations agreed to with Anadarko on this factor ("additional prior violations"), describe in detail each additional prior violation that you contend should be considered under Section 311 of the Clean Water Act for assessment of a penalty against Anadarko.

**OBJECTIONS**:  The United States objects to this Interrogatory because the Court has ordered that there shall be no further discovery regarding Anadarko's prior violations in light of the stipulations.

**RESPONSE**:  Subject to, and without waiving, the foregoing objections, the United States responds as follows:

The United States does not currently intend to offer evidence regarding violations other than those identified in the stipulation reached between Anadarko and the United States.  The United States reserves the right to reference prior violations to the extent necessary to respond to as yet unidentified contentions by Anadarko pursuant to the "other factors" it contends that this Court should consider.

17.    Identify and describe the bases for your denial of any Request for Admission propounded in connection with this action.

**OBJECTIONS:**  The United States objects to this interrogatory as compound and exceeding the allotted number of permissible discovery requests.  *See, e.g., Safeco of America v. Rawstron*, 181 F.R.D. 441, 446 (C.D. Cal. 1998) (holding that when a set of interrogatories requires a response for each request for admission that is not fully admitted, there should be "a strong presumption that each underlying request for admission constitutes a separately countable subpart . . . .").  As that court held:

an interrogatory that asks the responding party to state facts, identify witnesses, or

identify documents supporting the denial of each request for admission contained in a set of requests for admissions usually should be construed as containing a subpart for each request for admission contained in the set.

*Id.* at 446; s*ee also Estate of Manship v. United States*, 232 FRD 552, 557 (M.D. La. 2005) ("While an interrogatory seeking the basis for the denial of several requests for admission may be viewed as a single interrogatory where each of the requests for admission concerns the same subject area, that rule does not apply to Interrogatory No. 5, where the plaintiffs have requested information regarding thirty-five (35) requests for admission involving different subject areas. Under such circumstances, Interrogatory No. 5 cannot be considered a single interrogatory." (citing *Safeco*)).

**RESPONSE**:  Subject to, and without waiving, the foregoing objection, the United States responds as follows:

In accordance with the requirements of Federal Rule of Civil Procedure 36(a)(4), the United States has stated the basis for any denial of the requests for admission below.  Accordingly, the United States hereby incorporates by reference its responses to the following requests for admission.

# IV.   REQUESTS FOR ADMISSION

### A.    Requests for Admission Propounded by BPXP.

1.    Admit that coastal land subsidence, habitat conversion and fragmentation, decreasing water quality, invasive species, contamination from agricultural run-off, population growth, and/or other anthropogenic effects have diminished the natural resources of the northern Gulf of Mexico coastal ecosystem.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

79

The United States also objects to this request for admission as vague particularly the phrase "and/or other anthropogenic effects", which implies that all the items in the list must be read as anthropogenic even though some may not be.  Further the request does not identify which anthropogenic effects are subject to the request for admission.

**RESPONSE:**  Subject to and without waiving its objections, the United States responds as follows:

The United States admits that coastal land subsidence, habitat conversion and fragmentation, decreasing water quality, invasive species, contamination from agricultural run-off, population growth, and other anthropogenic effects can and have had various effects on components in the Gulf of Mexico's ecosystem, including detrimental effects.  The United States denies the request in all other respects.

2.       Admit that oil and polycyclic aromatic hydrocarbons ("PAHs") exist naturally in the Gulf of Mexico and are released through natural seeps in the seafloor.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

**RESPONSE:**  Subject to and without waiving its objections, the United States responds as follows:

The United States admits that oil and polycyclic aromatic hydrocarbons exist naturally in the deposits underlying the Gulf of Mexico and that there are some natural seeps from those deposits into the Gulf of Mexico at a rate significantly smaller than the rate at which oil was discharged from BP/Anadarko's well for eighty-seven days.

3.       Admit that microbes exist in the Gulf of Mexico that consume oil discharged from

natural seeps and that these microbes consumed MC252 oil discharged during the *Deepwater Horizon* Spill.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States objects to this request for admission as vague because the word "consume" can have several different meanings.  Miriam Webster's Collegiate Dictionary provides no fewer than four definitions for the word, more than one of which could be applicable in this circumstance – such as "to do away with completely" or "to eat or drink esp[ecially] in great quantities."

**RESPONSE:**  Subject to and without waiving its objections, the United States responds as follows:

The United States admit that there are microbes that break down components of crude oil and that some of these microbes are found in the waters of the Gulf of Mexico.  The United States further admits that some microbes in the Gulf of Mexico broke down some oil discharged from the Defendants' leaking well, but this admission implies nothing about the extent and rate at which this break down occurred.

4.      Admit that background rates of wetland loss in Louisiana are greater than the rate of wetland loss that is or may be attributable to the *Deepwater Horizon* Spill.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects to this request for admission as vague because the term "background rate" is not defined as to time.  Without specifying the time period under consideration as the "background", the United States cannot identify what the comparator for the effect of the Defendants' violations.

**RESPONSE**: Subject to and without waiving the foregoing objections the United States responds as follows:

After reasonable inquiry, the United States cannot admit or deny this request at this time because it has not yet completed its assessment of the damages caused by the spill from BP/Anadarko's well and therefore cannot yet quantify the rate of wetland loss that is or may be attributable to the spill from BP/Anadarko's well.

5.     Admit that 2011 was the most productive year for Brown Pelican nesting in the northern Gulf of Mexico since Hurricane Katrina in 2005.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects on the grounds that request for admission 5 is vague and ambiguous. "Productive" could refer to the number of nests, the number of eggs, the number of live chicks, or the number of chicks surviving for one year, and the extent of the "northern Gulf of Mexico" is uncertain. In addition, the request could be seeking information about the time period from 2005 to 2011, or from 2005 to the present day.

The United States further objects on the grounds that this request for admission asks for information regarding the United States' ongoing Natural Resources Damage assessment.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States

82

responds as follows:

The United States admits that the sources previously cited by BP in support of this assertion (Exhibit 2 to BP's March 3 submission to the Court, at 24) exist and discuss Brown Pelicans. The United States admits that nest-count data collected from 2010 to 2013 by NRDA Trustees from discrete coastal colonies of brown pelicans in Louisiana, Mississippi, Alabama, and on the Florida panhandle showed that 2011 had the highest number of nests of any year between 2010 and 2013.  Despite a reasonable inquiry, the United States cannot further admit or deny this fact because it has not completed the natural resource damage assessment which is addressing, among other things, the effect of the Defendants' violations on bird populations.

6.      Admit that shorelines characterized as heavily oiled decreased from a maximum of 360 km (224 miles) to 22.4 km (14 miles) by one year after the Incident, and to 6.4 km (4 miles) by two years after the Incident.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States further objects on the grounds that this request for admission is vague and ambiguous. The phrase "characterized as heavily oiled" does not indicate by whom it was characterized or for what purpose it was characterized, e.g., for Response purposes or for NRDA purposes. The adjective "heavily" could refer to a range of concentrations or thicknesses of oil.

The United States further objects on the grounds that this request for admission incorrectly implies that there is a linear, downward progression in the number of miles of shoreline segments that are "heavily oiled", e.g., sometimes segments of shoreline change from "lightly oiled" to

"heavily oiled" by virtue of shifting tides, uncovered mats, storms, etc., resulting in an increase in

the number of miles that of shoreline segments that are "heavily oiled."

     **RESPONSE:**  Subject to and without waiving the foregoing objections, the United States

responds as follows:

     The United States admits that the sources previously cited by BP in support of this

assertion (Exhibit 2 to BP's March 3 submission to the Court, at 10) exist and state that, based

upon the criteria used for the SCAT studies, that at some point in the first year 22.4 km of

shorelines were "heavily oiled" and that at some point in the second year 6.4 km of shoreline were

"heavily oiled." After reasonable inquiry, the United States cannot admit or deny the remainder of

this request for admission using other standards for determining heavy oiling because the natural

resource damage assessment is not yet complete.

     7.     Admit that the decision to build sand barrier berms to attempt to mitigate the effects
of the *Deepwater Horizon* Incident was not an appropriate removal action under the Oil Pollution
Act, 33 U.S.C. §§ 2701 *et seq*.

     **OBJECTIONS:**  The United States objects to this request for admission as vague because

the term "appropriate removal action" is not defined and the citation provided is to the entire Oil

Pollution Act.

     The United States further objects to this request for admission because it seeks an

admission not related to this Phase of the Litigation.  This request for admission on its face is a

stalking horse to seek admissions related to the United States' as yet unfiled natural resources

damages claim.

     **RESPONSE:**  Subject to and without waiving the foregoing objections, the United States

responds as follows:

     The United States denies this request for admission.  The Oil Pollution Act at 33 U.S.C. §

2701(30) defines a removal action as the "containment and removal of oil . . . or the taking of other actions as may be necessary to minimize or mitigate damage to the public health or welfare . . . ." As Rear Admiral James A. Watson, the Federal On-Scene Coordinator, stated in his directive to BP of June 4, 2010:

> Under current circumstances, I have determined that the Approved Barrier Island Project is a removal action that will achieve the containment and removal of oil and an action necessary to minimize or mitigate damage to the public health and welfare in areas affected by the BP Deepwater Horizon oil discharge, and the expense of this project is an appropriate removal cost under the Oil Pollution Act of 1990. I have further determined that construction of the Approved Barrier Island Project should occur on the most expeditious schedule possible. I understand the State of Louisiana is prepared to undertake this project and BP will make available funding, consistent with the obligation of responsible parties to receive and pay removal costs. The National Incident Commander has concluded that the cost to complete the Approved Barrier Island Project is $360 million, and I concur.

*See* HCE152-005072.  Accordingly, the United States denies this request in all respects.

8.      Admit that the decision to open the Mississippi River Diversions in 2010 to attempt to mitigate the effects of the *Deepwater Horizon* Incident was not an appropriate removal action under the Oil Pollution Act, 33 U.S.C. §§ 2701 *et seq.*

**OBJECTIONS:**  The United States objects to this request for admission as vague because the term "appropriate removal action" is not defined and the citation provided is to the entire Oil Pollution Act.

The United States further objects to this request for admission because it seeks an admission not related to this Phase of the Litigation.  This request for admission on its face is a stalking horse to seek admissions related to the United States' as yet unfiled natural resources damages claim.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the Mississippi River Diversions undertaken by the State of

Louisiana were not part of the daily Incident Action Plans that summarize the removal activities

undertaken by the Unified Command under the direction of the Federal On-Scene Coordinator, but

denies that these actions could not and did not constitute "containment and removal of oil . . . or

the taking of other actions as may be necessary to minimize or mitigate damage to the public

health or welfare . . . ." as defined in 33 U.S.C. § 2701(30).

9.      Admit that based on monitoring as of September 13, 2013, the Environmental
Protection Agency had not seen onshore levels of pollutants resulting from the *Deepwater Horizon*
Spill and/or Response Activities that are of concern for long-term health effects.

**OBJECTIONS:**  The United States objects to this request on the grounds that it is vague

and ambiguous. "Pollutants" could mean pollutants in air, water, soil, waste, or food, or any

combination of those. "Of concern" could mean any of several widely varying degrees of interest,

and could refer to medical, psychological, or other types of concern. "Health effects" could refer to

the health of the environmental or to human health, or both. In addition, "health effects" could

mean health effects in the general population of the Gulf coast, or in response workers, or in some

other group.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States

responds as follows:

The United States admits that based on monitoring of particulate matter, hydrogen sulfide,

volatile organic compounds, polycyclic aromatic hydrocarbons, 2-butoxyethanol, and dipropylene

glycol monobutyl ether conducted by the EPA, as of October 6, 2010 the EPA had not seen

onshore levels of those air pollutants resulting from the *Deepwater Horizon* Spill or Response

Activities that were of significant concern for long-term human health effects in the general

population. The United States denies the request in all other respects because it mischaracterizes

the statement that EPA made.

10.     Admit that the Unified Command directed all efforts to respond to, or otherwise mitigate, minimize, or prevent the effects of, the *Deepwater Horizon* Spill, including the use of skimming, boom, controlled *in situ* burns, dispersants, and the Shoreline Cleanup Assessment Technique during the Response.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  The request for admission seeks admissions regarding thousands of unspecified activities taken over a time span of more than four years.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States further objects to this request for admission because it implies that the Defendants' compliance with the orders and directives of the Unified Command are relevant to their efforts to mitigate the effect of their violations.  Activities required by law cannot be credited as efforts to mitigate the Defendants' violations and, therefore, to the extent this discovery is sought for purposes of offering evidence on the "mitigation" penalty factor, it seeks discovery not reasonably calculated to lead to the discovery of admissible evidence.

The United States also objects to this request for admission because it is premised on the incorrect assertion that the response is complete.  Though the response has transitioned to a different phase, the Coast Guard has made it clear that the response is still ongoing and, therefore, this request for admission is premature.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the actions relating to the response that were set forth in each daily Incident Action Plan were directed by the Unified Command and otherwise denies this request because actions taken by parties other than the United Command can meet the definition of

87

removal actions that are legally appropriate, and the costs of which are recoverable, under the Oil

Pollution Act, the Clean Water Act, and the National Contingency Plan.

11.      Admit that the use of controlled *in situ* burning, coupled with dispersant
applications, during the Response significantly reduced the amount of oil that might otherwise
have impacted near-shore habitats and environmentally sensitive areas.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and

therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be

admitted to be separately stated.  In addition, the compound nature of this request for admission

renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects to this request for admission as vague because

"significantly" is a relative term and no comparator is offered.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States

responds as follows:

The United States admits that the use of *in situ* burning and dispersants reduced the

quantity of visible oil that reached the shorelines during the active response period, but after

reasonable inquiry is unable to admit or deny the remainder of this request for admission because

the ongoing natural resource damage assessment is still evaluating the impact of these removal

activities on environmentally sensitive areas, including without limitation the waters of the Gulf of

Mexico not near the shorelines.

12.      Admit that the use of Dispersants during the Response prevented millions of gallons
of oil from impacting sensitive shorelines of Gulf States.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and

therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be

admitted to be separately stated.  In addition, the compound nature of this request for admission

renders the number of requests for admission in excess of the number permitted by the Court.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the use of dispersants reduced the quantity of visible oil that reached the shorelines during the active response period, but after reasonable inquiry is unable to admit or deny the remainder of this request for admission because the ongoing natural resource damage assessment is still evaluating the impact of dispersants and dispersed oil on the sensitive shorelines of Gulf States.

13.     Admit that the Response effectively mitigated the environmental and other effects of the *Deepwater Horizon* Spill.

**OBJECTIONS:**  The United States objects to this request for admission as compound, and therefore, in violation of Federal Rule of Civil Procedure 36(a)(2) which requires each matter to be admitted to be separately stated.  In addition, the compound nature of this request for admission renders the number of requests for admission in excess of the number permitted by the Court.

The United States also objects to this request for admission as vague because it provides no standard by which "effectiveness" is to be measured.

**RESPONSE**:  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the removal actions taken under the direction of the Federal On-Scene Coordinator assisted in containing and collecting the oil discharged from BP/Anadarko's leaking well but after reasonable inquiry is unable to admit or deny that these actions "effectively mitigated the environmental and other effects of the *Deepwater Horizon* Spill" because these effects are still being evaluated pursuant to the ongoing Natural Resources Damage Assessment.

14.     Admit that all applications of dispersants during the Response occurred under the guidance of Environmental Protection Agency and with the direct approval of the Federal On-Scene Coordinator.

**OBJECTIONS:**  The United States objects to this request for admission on the grounds that it is compound and not "separately stated" as required by Rule 36(a)(2) of the Federal Rules of Civil Procedure. It seeks admissions with respect to the EPA and with respect to the Federal On-Scene Coordinator.

The United States objects to this request for admission on the grounds that it is vague and ambiguous. The term "guidance" could mean any of a wide range of activities. The term "direct" in "direct approval" could refer to the number of steps in the chain of command or the method of communication.

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that the Regional Response Team (RRT) and National Response Team (NRT), which included the Environmental Protection Agency, was consulted and concurred on the application of dispersants during the Response. The United States further admits that all applications of dispersants during the Response occurred under the authorization of the Federal On-Scene Coordinator. The United States denies the request in all other respects because certain dispersant applications in the initial phases of the response may have occurred without specific consultation with EPA.

15.     Admit that BPXP was proactive and placed no limits on what was needed to make the Response successful.

**OBJECTIONS:**  The United States objects to this request for admission as so broad and vague as to be unanswerable.  The success of the response can be measured in a variety of ways, and this request for admission does not specify how the success of the response is to be measured for purposes of this request.  Moreover, the request does not identify what actions by BPXP were purportedly "proactive" – i.e. in anticipation of future problems, needs, or changes.  Further the

request for admission is compound in violation of Federal Rule of Civil Procedure 36(a)(2).

**RESPONSE:**  Subject to and without waiving the foregoing objections, the United States responds as follows:

The United States admits that BP carried out the actions specified in the daily incident action plans and has not to date identified any significant failure by BP to comply with the requirements imposed by the Unified Command, except those that have already resulted in a criminal conviction.  The United States denies this request for admission in all other respects, especially because the term "Response" as defined by BP could be construed to include the activities undertaken as part of the Natural Resources Damage Assessment and BP has placed limits on its contributions to the Assessment.

**B.      Requests for Admission Propounded by Anadarko.**

16.      Admit that the Minerals Management Service (now Bureau of Safety and Environmental Enforcement) has not imposed any penalties, under the Outer Continental Shelf Lands Act, against any non-culpable non-operating lessees on the Outer Continental Shelf for violations by the designated operators of offshore oil drilling regulations.

**OBJECTIONS:**  The United States objects to this request for admission as calling for information that is not relevant to any issue in the penalty phase of this litigation.  The imposition of a civil penalty is a case and fact specific matter and the imposition or non-imposition of a civil penalty on other entities has no bearing on the appropriate penalty to be imposed upon a party that is liable for one of the largest environmental disasters in the Nation's history.

Further, the United States objects to this request to the extent it seeks to create a category of violators not recognized under OCSLA – the "non-culpable non-operating lessees."  Neither OCSLA nor the Clean Water Act distinguishes between such parties when establishing the penalties to be imposed for violation of these statutes.

**RESPONSE**:  Subject to and without waiving its objections, the United States responds as

follows:

In its tracking systems, DOI does not identify whether the violators fined under the Outer

Continental Shelf Lands Act are designated operators or "non-operating investors."  Therefore, in

order to determine whether DOI has imposed any penalties, under the Outer Continental Shelf

Lands Act, against any non-culpable non-operating lessees on the Outer Continental Shelf for

violations by the designated operators of offshore oil drilling regulations the Department would be

required to investigate the case file of every single penalty imposed under the statute since its

enactment, a manifestly unreasonable inquiry.  For this reason, based on a *reasonable* inquiry, the

United States cannot admit or deny this request.

## V.    DEFINITIONS

1.      "Anadarko" means Anadarko Petroleum Corporation, which was named a
defendant in the Complaint, and any other affiliate or subsidiary of Anadarko Petroleum
Corporation, including but not limited to Anadarko E&P Company LP (n/k/a Anadarko
Onshore United States, LLC), if, and to the extent that, the United States claims that
information regarding such affiliate or subsidiary is relevant to the United States' claim for
Clean Water Act penalties against Anadarko Petroleum Corporation.

2.      "Area of Response" shall mean the geographical area in and around where
Response Activities took place, including without limitation the Gulf of Mexico and contiguous
water bodies and adjacent states, provinces, or other sub-national geographic units.

3.      "Communication" or "communications," whether or not capitalized, shall mean any
transmission of information by one or more persons to one or more persons by any means
including without limitation telephone conversations, letters, telegrams, teletypes, telexes,
telecopies, e-mail, computer linkups, written memoranda, and face-to-face conversations;
"communication" includes all documents and electronically stored information ("ESI") containing,
summarizing, or memorializing any communication.

4.      "*Deepwater Horizon* Incident" or "Incident," whether or not capitalized, shall mean
the events leading to (i) the loss of life and injuries on the *Deepwater Horizon* rig on or about April
20, 2010, and (ii) the eventual sinking of the rig on April 22, 2010, including the blowout,
explosions, and fire.

**OBJECTION**:  The United States objects to this definition as vague and factually

inaccurate.  By omitting any reference to the Defendants' MC252 well, this definition suggests that

the Incident occurred entirely at the surface and involved only the *Deepwater Horizon* and not the well.

5.     "*Deepwater Horizon* Natural Resource Damages Assessment" shall mean the assessment of natural resources conducted pursuant to Section 1006 of the Oil Pollution Act, 33 U.S.C. §2706, and the Oil Pollution Act Regulations, 15 C.F.R. §§990 *et. seq.*, and in connection with the *Deepwater Horizon* Incident and Spill.

6.     "*Deepwater Horizon* Oil Spill," the "Oil Spill," or the "Spill," whether or not capitalized, means the discharge of hydrocarbons that occurred in connection with the *Deepwater Horizon* Incident.

7.     "Dispersants," whether or not capitalized, shall mean (i) dispersants, (ii) dispersant constituents, (iii) derivatives of any of the foregoing from biological, chemical, photochemical or other processes, or (iv) any aggregation, mixture, or combination of any of the foregoing with any other material including without limitation organic matter, inorganic matter, sediments, biological exudates, sand and water.

8.     "Document" or "documents," whether or not capitalized, shall have the full meaning ascribed to it by Federal Rule of Civil Procedure 34(a), including ESI, and includes the original and any identical or non-identical copy, regardless of origin or location, of any writing or record of any type or description, including but not limited to all writings; records; contracts; agreements; communications (intra- or inter-company); correspondence; memoranda; letters;  facsimiles; electronic mail (e-mail); minutes, recordings, transcripts, and summaries of meetings, or recordings of meetings, speeches, presentations, conversations, or telephone calls (whether recorded in writing, mechanically, or electronically); handwritten and typewritten notes of any kind; statements; reports; voice recordings; desk calendars; diaries; logs; drafts; studies; analyses; schedules; forecasts; surveys; invoices; receipts; data of any kind; computer data; working copies of computer programs; computer codes; computer printouts; financial statements; balance sheets; profit and loss statements; statements of earnings; statements of net worth; credit reports; statements of operations; audit reports; financial summaries; statements of lists of assets; work papers; pictures; photographs; videos; computer animations; drawings; computer cards; tapes; discs; printouts and records of all types; instruction manuals; policy manuals and statements; books; pamphlets; cancelled checks; check stubs; and any writing, notes, or information of any kind from any other device or medium by which information or intelligence of any type is transmitted, recorded, or preserved, or from which intelligence or information can be perceived.

**OBJECTION:** The United States objects to this definition to the extent BP seeks to require production of information that is exempt from preservation pursuant to Pre-Trial Order 22 or any other Pre-Trial Order entered in this case.

9.     "Environment" or "Environmental," except when used as or in a proper noun, shall refer to (i) air, surface and subsurface water, beaches, land and sediments, and the organic and

inorganic constituents of the foregoing, (ii) Organisms (as defined below), (iii) natural resources, (iv) ecosystems, (v) niches and other habitats, and (vi) combinations or assemblages of any of the foregoing, in each case in or near the Gulf of Mexico or in or near any other location that may have been affected by Oil-Related Materials (as defined below) regardless whether in a natural state or modified by human activity.

10.    "Fish Kill" shall mean any accumulation of dead fish in a localized area that is significant and sudden as compared to historical or baseline patterns and conditions.

11.    "Identify," whether or not capitalized, when used with respect to: (a) an individual, shall mean to provide the individual's full name, job title, and employer during the period referred to, and current or last-known address and telephone number and business address and telephone number (designating which); (b) any entity other than an individual, shall mean to provide the entity's full name and current or last-known address (designating which); and (c) a document, shall mean to provide the date, title, subject matter, author(s), recipient(s), and Bates number(s).

13.    "Including" or "includes," whether or not capitalized, shall mean "including but not limited to" or "including without limitation."

14.    "MC252 Well" shall mean the exploratory well that was being drilled by the *Deepwater Horizon* in the Macondo Prospect of Mississippi Canyon 252 in the outer continental shelf of the Gulf of Mexico, approximately 130 miles southeast of New Orleans, Louisiana.

15.    "Mississippi River Diversion" shall mean any controlled increase or decrease in the rate of discharge from the Mississippi River, including without limitation through operation of the Bayou Lamoque Diversion, the Davis Pond Diversion, the Violet Siphon, the Caernarvon Diversion, the Whites Ditch Siphon, the Naomi Siphon, the West Point A la Hache Siphon, or the Ostrica Lock.

16.    "Non-Operating Investor" or "NOI" means any person or entity that holds an ownership interest in a lease or facility related to offshore gas or oil exploration, drilling or production operations but is not the designated operator for purposes of activities under that lease or on that facility.

17.    "Oil-Related Materials" shall mean any of the following from the *Deepwater Horizon* Oil Spill or response thereto: (i) oil, (ii) polycyclic aromatic hydrocarbons ("PAHs"), (iii) hydrocarbons, (iv) other oil or gas constituents, and (v) well drilling and closure materials, including without limitation drilling muds and fluids and materials injected into the well-head. Oil-Related Materials also shall include (i) derivatives of any of the foregoing from biological, chemical, photochemical, burning or other processes, (ii) any aggregation, mixture or combination of any of the foregoing with any other material including without limitation organic matter, inorganic matter, sediments, biological exudates, sand and water; or (iii) any combination of the foregoing.

18.    "Organisms" shall refer to any and all members of the six kingdoms of life including animals, plants, fungi, protists, archaea, and bacteria.

19.    "Person," whether or not capitalized, shall mean any individual as well as any entity, including any proprietorship, partnership, corporation, firm, committee, government agency or subdivision or consultant, or any other organization.

20.    "Relating to" or "related to," whether or not capitalized, when referring to any given subject matter, shall mean any document that constitutes, comprises, involves, contains, embodies, reflects, identifies, states, mentions, alludes to, refers directly or indirectly to, or is in any way relevant to the particular subject matter identified.

**OBJECTION:** The United States objects to this instruction as rendering all of the requests

for production using these terms overbroad and unduly burdensome.  The United States will

produce documents that contain substantive information that is either relevant to a penalty factor or

reasonably calculated to lead to the discovery of admissible evidence relevant to a penalty factor.

To the extent this definition seeks to impose an obligation to produce additional information, the

United States objects.

21.    "Response Activities," "*Deepwater Horizon* Response," or the "Response," whether or not capitalized, shall mean any and all activities performed to respond to, or otherwise mitigate, minimize, or prevent any environmental, human health, economic, or other effects of, the *Deepwater Horizon* Spill.

**OBJECTION:**  The United States objects to this definition as rendering all requests using

the term overly broad. By including every activity, no matter how minor, that was performed

during the lengthy response to the millions of gallons of oil spilled from BP/Anadarko's well, BP's

requests seek information of marginal relevance which will be costly to collect, review, and

produce.

22.    "Shoreline Environment" shall mean the water, sediments, organisms, natural resources, ecosystems, niches, and other habitats, or any combination of the foregoing, of any oceanic shore or intertidal zone in or near the Gulf of Mexico, including without limitation any beach or marsh environment in or near the Gulf of Mexico.

23.    "Unified Command" shall mean the structure, organization, and team established to oversee and manage the response to the *Deepwater Horizon* Oil Spill following the Incident.

**OBJECTION**:  Unified Command is a term of art within the Incident Command Structure

created for responses to oil spills pursuant to the National Contingency Plan.  The Coast Guard

defines Unified Command as:

> [a]n Incident Command System application used when more than one agency has
> incident jurisdiction or when incidents cross political jurisdictions. Agencies work
> together through the designated members of the UC, often the senior persons from
> agencies and/or disciplines participating in the UC, to establish a common set of
> objectives and strategies and a single Incident Action Plan.

*See* Department of Homeland Security, National Incident Management System (2008).

http://www.fema.gov/pdf/emergency/nims/NIMS_core.pdf

24.     "United States" shall mean the United States of America, including its departments,
agencies, and instrumentalities, any employees, agents or assigns of these departments, agencies,
and instrumentalities, and any person who possesses information or documents within the custody
and control of these departments, agencies, and instrumentalities.

**OBJECTION:** The United States objects to this instruction as rendering all of the requests

for production overly broad. The inclusion of all federal agencies, regardless of their level of

involvement in the events giving rise to this action, would require the search of hundreds of

separate information technology systems and offices with little concomitant benefit.  For purposes

of the penalty phase of the Clean Water Act Claims, the United States will interpret these

discovery requests as applying to the following agencies and information within their possession,

custody, or control: the Department of the Interior, the United States Coast Guard, the

Environmental Protection Agency, and the National Oceanic and Atmospheric Administration.

25.     "Wildlife" shall mean all non-domesticated vertebrate animals, including without
limitation birds, mammals, amphibians, and reptiles, but not including fish.

26.     "You," "your," and "yours," whether or not capitalized, shall mean the United
States.

**OBJECTION**:  The United States incorporates by reference its objection to definition 24

("United States").

96

## VI.    <u>INSTRUCTIONS</u>

1.      The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

2.      Unless otherwise specified, respond to all requests for production by searching for documents created on or after April 20, 2005.

3.      Produce all documents in the order in which they appear in your files.  Documents that, in their original condition, are stapled, clipped, or otherwise fastened together shall be produced in this same condition.

**OBJECTION:** The United States objects to this instruction to the extent it seeks to impose

obligations beyond those set forth in Pre-Trial Order 16. Paper documents will be scanned and

produced as required by the Order, except for paper documents collected from the Incident

Command Posts and Forward Operating Bases established during the response. The scanning and

processing of these huge collections of documents would be made unreasonably more expensive

by replicating the parent child relationships within these scanned documents. The United States

will preserve the original documents in their parent-child relationships (as they were found at the

time the documents reached the documentation unit). To the extent, reasonable clarification on the

relationships between documents from the Incident Command Posts and Forward Operating Bases

is required the United States will provide such clarification.

In addition, the United States objects to this instruction to the extent it seeks to require the

United States to re-collect and re-produce collections of documents already conducted. For

instance, several of BP's requests for production seek documents collected and produced to

Congress, members of the media, citizens, or other entities. The United States will produce non-

privileged information from these collections in the format set forth in Pretrial Order 16 except that

the United States will not go back to the original files to obtain metadata fields that were not

captured at the time of the production to Congress, members of the media, citizens, or other

97

entities.

Electronically stored information will be produced with the metadata fields specified in Pretrial Order 16 (where those metadata fields exist), except that the United States objects to producing the "custodian" metadata field for e-mails.  The custodians of emails can be identified from the face of the email by examining the sender and recipient fields, all of which the United States will produce.  Because of the need to collect and compile emails for production simultaneously in several different locations, it is not practicable to both de-duplicate email collections and preserve the custodial information.  De-duplication of emails can result in substantial reductions in the volume of documents, thereby decreasing the burden of review, production, and subsequent hosting of the document collection.  Because the utility of the custodian field is marginal at best for emails and because the burden of preserving the custodial information for emails is so much greater than that utility, the United States objects to the requirement to produce the "custodian" metadata field for emails.

4.      Produce all documents within your possession, custody, or control including all documents in the possession, custody, or control of any United States government employee, agent, representative, consultant, attorney, accountant, advisor, or other person(s) directly or indirectly connected with you or subject to your control, or any government department, agency, or any other government subdivision.

**OBJECTION:** The United States objects to this instruction because it seeks to impose an obligation to produce documents that the United States does not have the legal authority to obtain upon demand. *See, e.g.*, *Enron Corp. Savings Plan v. Hewitt Assocs., LLC,* 258 F.R.D. 149, 164 (S.D. Tex. 2009).  Except as otherwise indicated in response to a particular discovery request, the United States will only produce documents within the possession, custody, or control of the following executive branch agencies: Environmental Protection Agency, the Department of the Interior, the National Oceanic and Atmospheric Administration, the Department of Transportation,

the Department of Homeland Security including the Coast Guard, the Department of Energy, and the Department of Labor.

5.      If any responsive document has been lost, destroyed, removed from, or is no longer in your possession, custody, or control for any reason, please identify the document, its last known location, and the circumstances surrounding its loss, destruction, or removal.

**OBJECTION:** The United States objects to this instruction as unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. The United States has made reasonable good faith efforts to preserve all potentially relevant information. BP's discovery requests, however, are broad and call for many documents that were created long before this litigation was reasonably anticipated. It would be unduly burdensome for the United States to identify every document that may at one time have existed and been responsive to BP's request but no longer exists and to investigate the fate of each such document. To the extent BP identifies particular documents of material relevance to the claims or defenses in this action that the United States has not produced, the United States will respond to reasonable requests to investigate the fate of such documents.

6.      If you contend that any responsive document is protected from disclosure pursuant to any privilege or work-product doctrine, please specifically set forth the privilege being asserted and any factual or legal basis for its assertion.  Also set forth the date and title of the document, its subject matter generally, its author(s) and recipient(s), and its Bates number(s).

**OBJECTION:** The United States objects to this instruction to the extent it seeks to impose obligations beyond those set forth in Pre-trial Order 14, which governs the treatment of privileged materials. Further, to the extent necessary, the United States will seek agreement to reasonable modifications to the schedule and format of privilege log as required by Pre-trial Order 14 in light of the large quantity of information sought in these discovery requests.

7.      Each paragraph is to be construed independently and not by or with reference to any other paragraph for purposes of limiting the scope of any particular request.

99

8.      If no documents responsive to a particular request exist, or if such documents exist but are not in your possession, custody, or control, then your response to that request shall so state.

**OBJECTION**: The United States objects to this instruction because it inconsistent with the

requirements of Federal Rules of Civil Procedure 26 and 34, which require the United States to

respond to document requests by providing those documents, information, or things that are within

the United States' possession, custody, or control.  This instruction improperly seeks to convert a

request for production into an interrogatory requiring a narrative response regarding information

not within the possession, custody, or control of the United States.

9.      Defendants reserve the right to revise and/or supplement these discovery requests to reflect future scope limitations.

**OBJECTION**:  The United States objects to the reservation of a non-existent right to serve

additional discovery in this Phase of the Litigation.  The Court has ordered limits on discovery and

the deadlines for the service of written discovery requests have passed.

10.      Pursuant to the Federal Rules of Civil Procedure, these requests are continuing and you must revise or supplement your responses and production whenever new or additional responsive information becomes known.

**OBJECTION**: The United States objects to this instruction because it inconsistent with the

requirements of Federal Rule of Civil Procedure 26(e)(1)(A), which requires supplementation of a

response "in a timely manner if the party learns that in some material respect the . . . response is

incomplete or incorrect, and if the additional or corrective information has not otherwise been

made known to [the defendant] during the discovery process or in writing . . . ."  The United States

will comply with the requirements of Rule 26(e)(1)(A).

Respectfully submitted,

BRIAN HAUCK                                 ROBERT G. DREHER
Deputy Assistant Attorney General           Acting Assistant Attorney General
Civil Division                              Environment & Natural Resources Division
PETER FROST                                 MICHAEL MCNULTY
Director, Torts Branch, Civil Division      SARAH HIMMELHOCH
Admiralty and Aviation                      Senior Litigation Counsel
SHARON SHUTLER                              NANCY FLICKINGER
MALINDA LAWRENCE                            Senior Attorney
LAURA MAYBERRY                              PATRICK CASEY
Trial Attorneys                             RICHARD GLADSTEIN
R. MICHAEL UNDERHILL, T.A                   DANIEL S. SMITH
Attorney in Charge, West Coast Office       Senior Counsel
                                            ABIGAIL ANDRE
                                            A. NATHANIEL CHAKERES
                                            ANNA CROSS
                                            RACHEL HANKEY
                                            JUDY HARVEY
                                            RACHEL KING
                                            ERICA PENCAK
                                            BRANDON ROBERS
                                            GORDON YOUNG
                                            Trial Attorneys

                                            /s/ Sarah D. Himmelhoch
                                            STEVEN O'ROURKE
                                            Senior Attorney
                                            Environmental Enforcement Section
                                            U.S. Department of Justice
                                            P.O. Box 7611
                                            Washington, D.C. 20044
                                            Telephone:  202-514-2779
                                            Facsimile:  202-514-2583
                                            E-mail:  steve.o'rourke@usdoj.gov
                                            KENNETH A. POLITE, JR.
                                            United States Attorney
                                            Eastern District of Louisiana
                                            SHARON D. SMITH
                                            Assistant United States Attorney
                                            Eastern District of Louisiana

**CERTIFICATE OF SERVICE**


I hereby certify that the foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.


/s/ Sarah D. Himmelhoch

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| **Chemistry** | Procedure for Obtaining Source Oil Samples from Discoverer Enterprise Drillship -- Source Oil/Product Sampling | 49 | Datasheets | Yes | Bef. 4/18/14 | nooa.nrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | nooa.nrda.org |
| | Work Plan for Obtaining Near Shore Spatial Extent of On-Water Oil Samples & 1st Addendum to Work Plan for Obtaining Near Shore Spatial Extent of On-Water Oil Samples & 2nd Addendum to Work Plan for Obtaining Near Shore Spatial Extent of On-Water Oil Samples -- Forensic Oil | 98, 99, 100 | Datasheets | Yes | Bef. 4/18/14 | nooa.nrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | nooa.nrda.org |
| | Holding Time Study for Environmental Samples in Frozen Archives: Laboratory Analysis Plan (version 2.0, August 2011) & Addendum to the Holding Time Study for Environmental Samples in Frozen Archives (version 3.0, November 2013) | 239 | Analytical Chemistry | Yes | Bef. 5/27/14 | nooa.nrda.org |
| | | | Report (Tissues) | Yes | Bef. 4/18/14 | nooa.nrda.org |
| | | | Report (Sediments) | Yes | Bef. 8/15/14 | nooa.nrda.org |
| | No Formal Workplan/Natural Resource Damage Assessment Work Plan for Preassessment of Injury to Osprey from The Deepwater Horizon (MC252) Oil Spill (Bird Study #9); Osprey Rapid Assessment Plan 2 November 2010 | N/A | Analytical Chemistry | Yes | Bef. 4/18/14 | nooa.nrda.org |
| | No Formal Workplan/Fall 2012 Cofferdam Leak Investigation | | Analytical Chemistry | Yes | Bef. 4/18/14 | N/A |
| | No Formal Workplan/Chemistry -- Baseline -- 2010 | | Analytical Chemistry | No | Bef. 5/27/14 | noaa.nrda.org |
| | No Formal Workplan/Stranded Oil Post-Hurricane Isaac, LA, OCT 2012 | | Analytical Chemistry | Yes | 5/19/2014 | noaa.nrda.org |

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | No Formal Workplan/Stranded Oil Post-Tropical Storm Lee, LA, SEP 2011 | | Analytical Chemistry | Yes | 5/19/2014 | noaa.nrda.org |
| | No Formal Workplan/Swift Energy Oil Spill Feb 2013 | | Analytical Chemistry | Yes | 5/19/2014 | noaa.nrda.org |
| | No Formal Workplan/Tar Mat Forensic Sampling 2013 | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | No Formal Workplan/Tar Mat Forensic Sampling 2013 | | Analytical Chemistry | No | Bef. 5/27/14 | noaa.nrda.org |
| **Deepwater Benthic** | Deepwater ROV Sampling to Assess Potential Impacts to Hardbottom Coral Communities and Associates from the Deepwater Horizon Oil Spill - HC3 -- Hard Ground Coral (Hardbottom Plan, Holiday Chouest 3) | 311 | Shipboard hard drive | Yes | Bef. 4/18/14 | Hard Drive |
| | | | Hard Ground Coral Cruise Report | Yes | Bef. 4/18/14 | Email |
| | | | Sediment trap collection | Yes | N/A | N/A |
| | | | Hard Ground Coral Data Report | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Analytical Chemistry (Alpha, CAS) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Narrative of sites visited on HC3 cruise | Yes | Bef. 8/15/14 | noaa.nrda.org |
| | | | Coral imaging and photo mosaics analysis | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Meiofauna evaluation (USGS Demopoulos Lab) | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Macrofauna evaluation (USGS Demopoulos Lab) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Analysis of time lapse photos (WHOI - Tim Shank) | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Genetic Species ID (Temple University - Eric Cordes) | Yes | Bef. 4/18/14 | noaa.nrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | Results of coral histopathology (Histopathology) (George Mason University - Esther Peters) | No | Bef. 8/15/14 | noaa.nrda.org |
| | Sediment Trap Sample Analysis Plan - HC3, NF, HSW1 + other WHOI | N/A | Analytical Chemistry | N/A | Bef. 8/15/14 | noaa.nrda.org |
| | | | Sediment trap larval counts/taxa (WHOI - Tim Shank) | No | Bef. 5/27/14 | noaa.nrda.org |
| | Mesophotic Reef Follow-Up Cruise Plan -- Mesophotic Reefs (Holiday Chouest 2) | 188 | Shipboard hard drive | Yes | Bef. 4/18/14 | Hard Drive |
| | | | Mesophotic Reef Cruise Report | Yes | Bef. 4/18/14 | Email |
| | | | Analytical Chemistry (Sediment Cores, Alpha) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Mesophotic Reef Data Report | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Coral imaging analysis (NOAA NCOS - Etnoyer Lab) | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Transect Analysis for Fish Abundance (USGS - Ken Sulak) | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Analysis of rotary camera photos (FSU - Ian MacDonald) | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Water Column Profile Information (CTD cast interpretations/DO sags, etc.) | No | Bef. 8/15/14 | noaa.nrda.org |
| | | | Archive (NOAA NCOS - Etnoyer Lab) | N/A | N/A | N/A |
| | | | Coral Identification (ULL, Scott France) | N/A | N/A | N/A |
| | | | Voucher (USGS/Demopoulos) | N/A | N/A | N/A |
| | | | Non-NRDA samples collected on cruise (FSU, Melissa Rohal - genetics, morphology) | N/A | N/A | N/A |
| | Assessment of Impacts from the | 324 | Shipboard Hard Drive | Yes | Bef. | Hard Drive |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | Deepwater Horizon Oil Spill on Red Crabs -- Red Crab (BP: Benthic Megafauna) (Pisces 11) | | | | 4/18/14 | |
| | | | Red Crab Cruise Report | Yes | Bef. 4/18/14 | Email |
| | | | Red Crab Access Database | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Analytical Chemistry (Alpha and CAS) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Biometrics (shipboard study) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Egg morphometry analysis/ Reproduction (NOAA Alaska Fisheries Sci Cent) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Histology (NOAA NWFSC) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Deepwater Sediment Sampling to Assess Potential Post-Spill Benthic Impacts from the Deepwater Horizon Oil Spill -- Soft-Bottom Sediment Plan (Sarah Bordelon 9) | 158 | Soft-Bottom Sediment Cruise Report | Yes | Bef. 4/18/14 | Email |
| | | | Shipboard Hard drive | Yes | Bef. 4/18/14 | Hard Drive |
| | | | Macrofauna (Texas A&M Corpus Christi - Montagna) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Grain Size, TIC/TOC (Texas A&M Corpus Christi - Montagna) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Meiofauna (University of Nevada Reno) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Harpacticoids (University of Nevada Reno) | No | Bef. 5/27/14 | noaa.nrda.org |
| | | | Lawrence Berkeley National Lab | N/A | N/A | N/A |
| | | | Analytical Chemistry (Alpha, CAS) | Yes | Bef. 4/18/14 | noaa.nrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | AUV Reconnaissance Survey II of Hard-Ground Megafaunal Communities in the Vicinity of the Deepwater Horizon Spill Site -- AUV Reconnaissance Survey II of Potential Hard-Ground Megafaunal Communities | 196 | Observation/Instrument data | Yes | Bef. 4/18/14 | Hard Drive |
| | Time Lapse Camera and Sediment Trap Retrieval and Redeployment Plan - HSW3 -- Deep Benthic Camera Trap (HOS Sweetwater 01) | 187 | Sample Collection from sediment traps (No analysis) | Yes | Bef. 4/18/14 | N/A |
| | | | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Observation/Instrument data | Yes | Bef. 4/18/14 | Hard Drive |
| | Reconnaissance Survey of Hard-Ground Megafauna Communities in the Vicinity of the Deepwater Horizon Spill Site -- Hard-Ground Megafauna Survey (Tow Camera Cruise) | 134 | Observation/Instrument Data | Yes | Bef. 4/18/14 | Hard Drive |
| | Quantifying the Distribution, Abundance and Biodiversity of Benthic Megafauna and Mesopelagic/Bathypelagic Megaplankton in the Vicinity of the MC252 Spill (and Analysis of and Addendum) -- Megafauna, Megaplankton Quantification Plan | 203, 237, 250 | Observations/Data | Yes | N/A | BP |
| | Natural Hydrocarbon Seeps Cruise 1 Plan -- Natural Hydrocarbon Seeps Plan (Holiday Chouest 01, Sarah Bordelon 10, Wes Bordelon 09) | 204 | Observations/Data | Yes | N/A | BP |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Natural Hydrocarbon Seeps Cruise 2 Plan -- Natural Hydrocarbon Seeps Plan - Round 2 (Holiday Chouest 04, Meg Skansi 09, Sarah Bordelon 12) | 208 | Observations/Data | Yes | N/A | BP |
| | NRDA Tier 1 Proposal SPMD Detection of DWHOS Hydrocarbons in Water Column Immediately Over NEGOM Shelf-Edge Pinnacle Reefs -- NRDA Tier 1 for Deepwater Corals SPMD (Nancy Foster) | 64 | Analytical Chemistry (Alpha and CAS) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Mississippi Canyon 252 Incident NRDA Tier 1 for Deepwater Communities - NF - - NRDA Tier 1 for Deepwater Corals (Nancy Foster) | 65,66 | Analytical Chemistry (Alpha, CAS) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | 65,66 | Archive (NOAA NCOS - Etnoyer Lab) | N/A | N/A | N/A |
| | | 65,66 | Species Identification (Scott France, ULL) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | 65,66 | Genetic Species ID (Temple University - Eric Cordes) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | 65,66 | Fish Abundance (USGS - Ken Sulak) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | 65,66 | Sediment trap collection | Yes | N/A | N/A |
| | NRDA Tier 1 for Deepwater Communities-Addendum Plan for Coral Aging -- NRDA Tier 1 for Deepwater Corals Ageing Addendum | 278 | Coral Aging Analysis | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Offshore and Deepwater Softbottom Sediment and Benthic Community Structure Survey -- Sediment Profile Imaging | 173 | Imaging Data | Yes | N/A | BP |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | Offshore and Deepwater Softbottom Sediment and Benthic Community Structure Survey—Addendum (Cruise Leg 2) -- Sediment Profile Imaging II | 243 | Imaging Data | Yes | N/A | BP |
| | No Formal Workplan/Atlantis Cruise Dec 4-15 2010 | N/A | Shipboard data | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Genetic Species Identification (Temple, Cordes) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | No Formal Workplan/Cape Hatteras Cruise SEP 20-OCT 3 2010 | N/A | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | No Formal Workplan/Ron Brown Cruise OCT 16-NOV 3 2010 | N/A | Shipboard data | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Analytical Chemistry (Alpha, CAS) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Genetic Species Identification (Temple, Cordes) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | No Formal Workplan/DeepwaterBenthic--Red Crab Samples--SEP 2010 - Analytical Chemistry | N/A | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | No Formal Workplan/ UCSB Sediment Traps - Analytical Chemistry | N/A | Analytical Chemistry (Alpha) | Yes | Bef. 5/27/14 | noaa.nrda.org |
| | No Formal Workplan/ USF Offshore Sediment Sampling - Analytical Chemistry | N/A | Analytical Chemistry (Alpha) | Yes | Bef. 5/27/14 | noaa.nrda.org |

The table above is headed:

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests |
|---|

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | March-April 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan; July-September 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan | 184, 234 | HOS Sweetwater Sediment Cruises (2 cruises) | N/A | N/A | N/A |
| | 2014 Workplans | N/A | Raw tapes of historical mesophotic imagery | No | Bef. 5/27/14 | Hard Drive |
| **Fish** | Investigative Plan for Fish and Invertebrate Kills in the Northern Gulf of Mexico -- Fish Kill Investigation Plan | 55 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Pre-Assessment Plan for the Collection of Data to Determine Potential Exposure and Injuries of Threatened Gulf Sturgeon -- Gulf Sturgeon Plan | 54 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Assessment of the Impacts of the Deep Water Horizon Oil Spill on Blue Crab Early Life History Stages Phase I: Megalopae Sample Collection; Assessment of the Impacts of the Deep Water Horizon Oil Spill on Blue Crab Early Life History Stages Phase I: Megalopae Sample Collection -- Blue Crab Megalopae Plan | 54 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Histology of adult crabs | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Ichthyoplankton/Invertebrates sorting and identification | N/A | N/A | N/A |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Nearshore Ephemeral Data Collections: Submerged Oil Characterization Across Multiple Habitats Deepwater Horizon Oil Spill (DWHOS) -- Submerged Oil Characterization Plan 2010 | 51 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | Nearshore Water Column Injury Ephemeral Data Collections: Submerged Oil Reconnaissance Plan Deepwater Horizon Oil Spill (DWHOS) -- Submerged Oil Collection Plan | 50 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Raw field data (photos, gps, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Submerged Oil Characterization Across Multiple Habitats for Assessment of Persistent Exposures in Nearshore Sediments Deepwater Horizon Oil Spill (DWHOS) -- Submerged Oil Characterization Plan 2011 - MESSh | 230 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Assessment Plan for Marsh Edges and Sandy Shorelines; Assessment Plan for Marsh Edges and Sandy Shorelines: Addendum for Chemical Analysis of Blue Crab Samples -- Marsh Edge Sandy Shore Biota | 172, 321 | Sample Processing & biomass | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Assessment Plan for Marsh Edges and Sandy Shorelines: Addendum for Chemical Analysis of Blue Crab Samples | 172, 321 | Blue_Crab Addendum (Chemistry) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Taxonomy (BP Task) | NA | NA | BP |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Fish--Preassessment--Late JUN 2010 | N/A | Analytical Chemistry | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Tagging of Atlantic Bluefin Tuna for Evaluation of Habitat Utilization of Gulf of Mexico Spawning Grounds Using Telemetry Data -- Bluefin Tuna | 261 | Tracking | Yes | Bef. 4/18/14 | GulfTOPP.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | Telemetry | | | | | |
| | Investigative Plan to Monitor and Assess the Potential for Impacts of the Deepwater Horizon Oil Spill on Whale Sharks in the Northern Gulf of Mexico using Satellite Tag Technology -- Whale Shark Tagging | 60, 61 | Tracking | Yes | Bef. 4/18/14 | GulfTOPP.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| **Human Use** | Mississippi Canyon 252 Oil Spill First Work Plan for the Collection of Data Related to Beach Usage Along the Coast of the Gulf of Mexico, plus three amendments | 285, 290, 344, 373 | N/A | N/A | Bef. 4/18/14 | Hard Drive |
| **Marine Mammal** | Aerial Surveys for Assessing Marine Mammals and Sea Turtles in the Region of the Mississippi Canyon 252 Incident & Amended Aerial Surveys for Assessing Marine Mammals and Sea Turtles in the Region of the Mississippi Canyon 252 Incident -- Helicopter and Twin Otter Aerial Surveys | 69, 70 | Field Data (datasheets,photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Edited aerial survey databases (by PI Lance Garrison) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Report from Lance Garrison | No | Bef. 8/15/14 | noaa.nrda.org |
| | Assessing Changes in Population Size and Spatial Distribution of Marine Mammals and Turtles in the Northern | 71, 253 | Field Data (datasheets, GPS, survey databases) | Yes | Bef. 4/18/14 | noaa.nrda.org |

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Gulf of Mexico; & Assessing Changes in Population Size and Spatial Distribution of Marine Mammals and Turtles in the Northern Gulf of Mexico-Addendum | | Edited aerial survey database (by PI Lance Garrison) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Investigation of Marine Mammal Morbidity and Mortality through Active Surveillance for Strandings -- Investigation of Marine Mammal Morbidity and Mortality through Active Surveillance for Strandings | 167 | Field Data (datasheets, photos, GPS, logbooks, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | Work Plan for the Collection of Data to Determine the Impacts of the Deepwater Horizon Mississippi Canyon 252 Incident on Endangered and Protected Marine Mammals in the Northern Gulf & Addendum: Collection of Data to Determine the Impacts of the Deepwater Horizon Mississippi Canyon 252 Incident on Endangered and Protected Marine Mammals in the Northern Gulf -- Endangered and Protected Marine Mammals in the Northern Gulf (Gordon Gunter cruise) | 67, 68 | Field Data (datasheets, instruments, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Analytical Chemistry (Alpha - VOCs & PAHs for Aqueous samples) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | Analytical Chemistry (Alpha PAHs of Tissues) | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | noaa.nrda.org |
| | | | NOAA SWFSC (Keller) - Blubber Hormone | N/A | N/A | N/A |
| | Assessing Potential Sublethal and Chronic Health Impacts from the Mississippi Canyon 252 on Coastal and Estuarine Bottlenose Dolphins -- Dolphin Health Assessment [2011 and 2012] | 113 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Chicago Zoological Society (Wells) - Satellite Tracking | Yes | Bef. 4/18/14 | DropBox |
| | | | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: Barataria Bay | Yes | Bef. 4/18/14 | noaanrda.org |

| | | | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: Mississippi Sound | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Cornell (Talcott & Place) - Hematology, Serum Chemistry, Fibrinogen, & Endocrinology | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | University of Connecticut - Immune Function | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NOAA NOS/CCEHBR (McFee) - Tooth Aging | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NOAA NWFSC (Ylitalo) - PAH Metabolites | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NOAA SWFSC (Keller) - Blubber Hormone | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry (PAHs, POPs, DOSS at NWFSC) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | IsoForensics - Isotope Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NCSU (Harms) - EKG Analysis | Yes | N/A | noaanrda.org |
| | | | National Marine Mammal Foundation (Smith) - Diagnostic Ultrasound | Yes | Bef. 4/18/14 | mailed data |
| | | | WHOI (Stegeman) - CYP Analysis | No | N/A | noaanrda.org |
| | | | Hollings Marine Laboratory - Genomics Lab (Van Dolah) - Genomics (Microarray) | No | N/A | noaanrda.org |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | | | University of Georgia (Saliki) - Morbillivirus Serology | Yes | N/A | noaanrda.org |
| | | | Mystic Aquarium (Webb) - Brucella Serology | Yes | N/A | noaanrda.org |
| | | | University of Miami (Cray) - Haptoglobin & Serum Amyloid Analysis | Yes | N/A | noaanrda.org |
| | | | Hollings Marine Lab (John Ramsdell) - Biotoxins | Yes | N/A | noaanrda.org |
| | | | Viral Electron Microscopy (MN) | Yes | N/A | noaanrda.org |
| | | | University of Illinois (Colegrove) - Buffycoat PCR | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | National Wildlife Health Center, Wisconsin (Ip) - Avian Flu Parasitology | No | N/A | N/A |
| | Assessing Potential Sublethal and Chronic Health Impacts from the Mississippi Canyon 252 Oil Spill on Coastal and Estuarine Bottlenose Dolphins: Addendum -- 2013 Dolphin Health Assessment | 301 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Audubon & CZS - ECG Analysis | Yes | Bef. 4/18/14 | hand delivered |
| | | | Chicago Zoological Society (Wells) - Satellite Tracking | Yes | Bef. 4/18/14 | email |
| | | | Cornell (Talcott) - Hematology, Serum Chemistry, Fibrinogen, & Urinalysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Cornell (Place) - Endocrinology | No | Bef. 5/27/14 | noaanrda.org |
| | | | Cornell (Franklin) - Blood Cultures | Yes | Bef. 4/18/14 | noaanrda.org |

**Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests**

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | | | University of Connecticut (DeGuise) - Immune Function & Cytokine Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | National Marine Mammal Foundation (Smith) - Diagnostic Ultrasound | Yes | Bef. 4/18/14 | mailed data |
| | | | NOAA SWFSC (Keller) - Blubber Hormone | No | Bef. 8/15/14 | noaanrda.org |
| | | | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | No | Bef. 8/15/14 | noaanrda.org |
| | | | Comparison Animal Dental Services (Hermann) - Dental Exam | Yes | Bef. 4/18/14 | mailed data |
| | | | Analytical Chemistry (POPs at NWFSC) | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | NOAA NOS/CCEHBR (McFee) - Tooth Aging | No | Bef. 5/27/14 | noaanrda.org |
| | | | IsoForensics - Isotope Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Hollings Marine Laboratory - Genomics Lab (Van Dolah) - Genomics (Microarray) | No | NA | noaanrda.org |
| | | | University of Illinois (Colegrove) - PCR & Histopathology | No | NA | noaanrda.org |
| | | | University of Georgia (Saliki) - Morbillivirus Serology | No | NA | noaanrda.org |
| | | | Hollings Marine Lab (Wu) - Brucella PCR Analysis & Morbillivirus PCR | No | NA | noaanrda.org |
| | | | University of Illinois (Maddox) - Swab Cultures | No | NA | noaanrda.org |

Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | Hollings Marine Lab (John Ramsdell) - Biotoxins | No | NA | noaanrda.org |
| | Proposed Data Collection Plan to Assess Injury to Louisiana and Mississippi Estuarine Dolphin Stocks & Addendum; Proposed Data Collection Plan to Assess Injury to Louisiana and Mississippi Estuarine Dolphin Stock & Second Addendum; Proposed Data Collection to Assess Injury to Estuarine Dolphin Stocks & Proposed Data Collection Plan to Assess Injury to Louisiana and Mississippi Estuarine Dolphin Stocks: Third Addendum; & Proposed Data Collection Plan to Assess Injury to Louisiana and Mississippi Estuarine Dolphin Stocks: Fourth Addendum -- Dolphin Photo-ID and Biopsy Plan | 78, 79, 111, 208, 365 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: Barataria Bay | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: Mississippi Sound | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | National Ocean Service/Hollings Marine Laboratory (Speakman) - Finbase Database: St. Joe Bay | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NOAA NWFSC (Ylitalo) - Blubber PAHs & POPs: Tier 1 | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NOAA NWFSC (Ylitalo) - Blubber PAHs & POPs: Tier 2 | No | Bef. 5/27/14 | noaanrda.org |
| | | | NOAA SWFSC (Keller) - Blubber Hormone: Tier 1 | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NOAA SWFSC (Keller) - Blubber Hormone: Tier 2 | No | Bef. 5/27/14 | noaanrda.org |
| | | | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | IsoForensics - Isotope Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | WHOI (Stegeman) - CYP Analysis | No | N/A | noaanrda.org |
| | | | Hollings Marine Laboratory - Genomics Lab (Van Dolah) - Genomics | No | N/A | noaanrda.org |

| | | | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Satellite Tracking of Sperm Whales in the Gulf of Mexico in 2011, a Follow-up to the Deepwater Horizon Oil Spill -- Sperm Whale Tracking [see also analysis addendum plan 282 below] | 181 | Field Data (daily reports, instruments, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Oregon State University Marine Mammal Institute (Mate) - Telemetry | Yes | Bef. 4/18/14 | GulfTOPP.org |
| | | | Oregon State University Marine Mammal Institute (Mate) - Tracking Report | Yes | Bef. 4/18/14 | noaanrda.org |
| | Unscheduled HARP Recovery February Mission Plan: February 14, 2011; Dry Tortugas MARU and HARP Recovery February Mission Plan: February 24, 2011; MARU & HARPS Recovery February 20 – March 9 Mission Plan: February 10, 2012; Northern Gulf of Mexico HARP Servicing Cruise September and December 2011 Mission Plan; MC252 Deepwater Horizon Oil Spill Northern Gulf of Mexico MARU Recovery Mission Plan April 2011; & MC252 Deepwater Horizon Oil Spill Northern Gulf of Mexico MARU Recovery Mission Plan November 2011 - - HARP & MARU Recovery [through 2012] | 180, 183, 211, 265, 276, 300 | Scripps (John Hildebrand) - Acoustics (hard drive) | Yes | NA | BP |
| | | | Scripps (John Hildebrand) - Draft reports | Yes | Bef. 4/18/14 | email |
| | | | Scripps (John Hildebrand) - Final Draft Report | Yes | NA | BP |
| | | | Scripps (John Hildebrand) - Final Report | No | NA | BP |
| | | | Cornell (Chris Clark) - Acoustics Data | Yes | NA | BP |
| | | | Cornell (Chris Clark) - Draft Reports | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Cornell (Chris Clark) - Draft Final Report | Yes | NA | BP |
| | | | Cornell (Chris Clark) - Final Report | No | NA | BP |
| | No Workplan; Studies include NRDA Non-cooperative Dolphin Stranding; MammalTurtle-Preassessment-StrandDolp--2010/2011; MammalTurtle-Stranded Dolphin--2012; MammalTurtle-Opportunistic Dolphin Samples 2011 -- No Formal | N/A | Level A Data | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Level A Validation tracking spreadsheets | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Photographs | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | Radiography images (Sophie Dennison) | Yes | Bef. | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | Workplan/Stranding Data | | | | 5/27/14 | |
| | | | Analytical Chemistry (NWFSC and Alpha PAHs of Tissues/Swabs) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry Reports (USCG swab results) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Gross Necropsy Reports (from network) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | WHOI (Stegeman) - CYP Analysis | No | Bef. 8/15/14 | noaanrda.org |
| | | | University of Illinois (Colegrove) - PCR & Histopathology | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | IsoForensics - Isotope Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Cornell - CBC/Clinical Chemistry of Blood Samples | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | University of Georgia (Athens Diagnostic Lab) - Virology/Moribillivirus PCR, sequencing, and serology reports | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | University of Illinois (Colegrove) - Brucella PCR Analysis & Morbillivirus PCR | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Mystic Aquarium (Webb) - Brucella Serology | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | National Veterinary Services Laboratories (NVSL) - Brucella culture | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Micrim Labs Inc. - Microbology | Yes | Bef. | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | | | 4/18/14 | |
| | | | University of Miami - MRSA test results | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Hollings Marine Lab (John Ramsdell) - Biotoxins | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | D.Houser - Hearing test results of rehab animal | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NOAA NOS/CCEHBR (McFee) - Tooth Aging | Yes | Bef. 4/18/14 | noaanrda.org |
| | Historical Stranding Data - No Formal Workplan | NA | Historical Stranding Data (non-NRDA) | N/A | | noaanrda.org |
| | Genetic Analysis of Stock Structure, Species Identification and Sex Determination for Marine Mammal Biopsies and Strandings -- Genetic Analysis for MM Biopsies and Strandings | 131 | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | Addendum to Satellite Tracking of Sperm Whales in the Gulf of Mexico in 2011, a Follow-up to the Deepwater Horizon Oil Spill: Analysis Plan for Years 2010 /2011 -- Sperm Whale Tracking Addendum - Analysis Plan [see also collection plan 181 above] | 282 | Oregon State University Marine Mammal Institute (Mate) - Telemetry | No | Bef. 8/15/14 | GulfTOPP.org |
| | | | Oregon State University Marine Mammal Institute (Mate) - Final Report for 2010-2011 Tracking | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | NIST Hollings Marine Lab | NA | NA | N/A |
| | | | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Oregon State University Marine Mammal Institute (Mate) - Tissue samples | No | Bef. 8/15/14 | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Post-Release Monitoring/Tracking of Injured, Stranded, or Entrapped and Released Cetaceans in the Oil Spill Impact Area | 80 | Post Release Monitoring/Tracking of Cetaceans | N/A | N/A | N/A |
| | No Addendum Workplan in place for evaluation of 2012 & 2013 data (samples and telemetry) -- Sperm Whale Tracking 2012 | N/A | Oregon State University Marine Mammal Institute (Mate) - 2012-2013 Tracking | No | Aft 8/15/14 | noaanrda.org |
| | | | NIST Hollings Marine Lab | N/A | N/A | N/A |
| | | | NOAA SEFSC Marine Mammals Molecular Genetics Lab (Rosel) - Genetic Analysis | No | Aft 8/15/14 | noaanrda.org |
| | Marine Mammal Data Subject to Marine Mammal Data Sharing Agreement (Information for marine mammals (including all species of dolphins and whales) collected or observed in the Gulf of Mexico from the Texas/Louisiana border through Franklin County, Florida beginning February 1, 2010 through present. | N/A | All photographs and film radiographs relating to marine mammals received by NOAA through December 31, 2013 | | Bef. 5/27/14 | |
| | | N/A | All Level A data from validated Level A reports completed during period 1/1/14 – 3/31/14 and associated validation tracking information | | Bef. 8/15/14 | |
| | | N/A | All Level A data from Level A reports received but not validated during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | | | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | |
| | | N/A | All gross necropsy reports and histopathology reports relating to stranded marine mammals received by NOAA during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | |
| | | N/A | All laboratory results relating to stranded marine mammals received by NOAA during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | |
| | | N/A | All photographs and radiographs relating to stranded marine mammals received by NOAA during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | |
| Nearshore | Work Plan for Sediment and Water Collection and Analyses for Baseline NRDA Purposes in Louisiana -- Nearshore Sediment and Water Baseline | 95 | Datasheets (observations | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | Pre-Assessment Phase Water Sampling for NRDA Purposes in Louisiana & Addendum to the Pre-Assessment Phase Water Sampling Plan: Pre-Assessment Phase Sediment Sampling for NRDA Purposes in Louisiana -- Nearshore Sediment and Water Preassessment Sampling | 96, 97 | Datasheets (observations) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 96, 97 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| Oyster | Mississippi Canyon 252 Spill Oyster Sampling Plan Phase I – High Priority Sites | 58, 59, 179 | Analytical Chemistry (CAS, Alpha) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Enumeration and Biomass (Quadrat Abundance) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Gonadal Index, disease (UNO) | Yes | Bef. 4/18/14 | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | Larval Manual Counts (FL State FWRI Molluscan Lab) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Larvae QPCR (FL State FWRI Molluscan Lab) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Spill Oyster Sampling Plan Phase I – High Priority Sites Amendment 2 | 58, 59, 179 | Side Scan Sonar Mapping Data | Yes | Bef. 4/18/14 | Hard Drive |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Spill Oyster Sampling Transition Plan Summary -- Oyster Transition Plan (2010 phase) | 132 | Analytical Chemistry (CAS, Alpha) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Enumeration and Biomass (Quadrat Abundance) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Larval Manual Counts (FL State FWRI Molluscan Lab) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Larvae QPCR (FL State FWRI Molluscan Lab) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Gonadal Index, disease (UNO) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Spill Oyster Sampling Transition Plan Summary Amendment 1; Amendment 2: Sediment Sample Analysis -- Oyster Transition Plan (2011 phase) | 193, 306 | Analytical Chemistry (CAS, Alpha) | Yes | Bef. 4/18/14 | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | | | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Gonadal Index, disease (UNO) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Spill Spring 2011 Oyster Recruitment Sampling Plan and Amendments 1 and 2 | 210, 258, 272 | Analytical Chemistry (CAS, Alpha) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Gonadal Index, disease (UNO) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Biofouling assessment (DISL) | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Oyster Sampling Plan 2011 Oyster Quadrat and Sediment Sampling - Chemistry Analysis | 245, 347 | Analytical Chemistry (Alpha, CAS) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Biofouling assessment (DISL) | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | 2012 Oyster Recruitment Monitoring Plan | 334 | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Gonadal Index, disease (DISL) | Yes | Bef. | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | | | 4/18/14 | |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Spill Oyster Sampling Plan 2012 Intertidal Oyster Quadrat Sampling | 298 | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Shell Height (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | 2012 Oyster Quadrat Abundance Monitoring | 333 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Spill 2013 Nearshore Oyster Sampling Plan | 345 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Shell Height (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Condition Index (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | 2013 Oyster Recruitment Monitoring Plan | 348 | Settlement Plate Abundance (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Gonadal Index (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | Mississippi Canyon 252 Spill Oyster Monitoring 2013 Oyster Quadrat Abundance Monitoring Plan -- Oyster-- Quadrat Abundance Monitoring Plan--2013 | 335 | Enumeration and biomass (Quadrat abundance) (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Shell Height (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Condition Index (DISL) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | No Formal Workplan/TBD -- Mussel Watch Preassessment MAY 2010 | N/A | Histology (Rutgers) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry (TDI B&B Lab) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | No Formal Workplan/TBD-- Mussel Watch 2 Preassessment NOV 2010 | N/A | Histology (Rutgers) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry (TDI B&B Lab) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | No Formal Workplan/TBD (Baseline Commercial Oyster Beds) | N/A | Analytical Chemistry (TDI) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |

|  | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests |
|---|

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | Mississippi Canyon 252 Spill 2013 Oyster Resource Mapping Plan -- Oyster Resource Mapping Plan 2013-14 | 362 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Spatial Mapping | No | Bef. 8/15/14 | Hard Drive |
| | Mississippi Canyon 252 Spill 2014 Oyster Dredging and Recruitment Study | N/A | Raw field data (datasheets, photos, gps, etc.) | No | Bef. 8/15/14 | noaanrda.org |
| | | | Settlement Plate Abundance (DISL) | No | Bef. 8/15/14 | noaanrda.org |
| | | | Gonadal Index (DISL) | No | Bef. 8/15/14 | noaanrda.org |
| Shallow Water Coral | Shallow Coral Tier 1 Plan & Addendum to Shallow Coral Tier 1 Plan -- Tier 1 Work Plan | 62, 63 | Datasheets (Observations) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry (SPMDs and Sediments) | Yes | Bef. 4/18/14 | noaanrda.org |
| Shoreline | Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico -- Coastal Wetland Vegetation Plan - Fall 2010 | 94 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico -- Coastal Wetland Vegetation Plan - Spring 2011 | 94 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to | 94, 189 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |

127

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Coastal Wetland Vegetation in the Gulf of Mexico; (2) Addendum for the States of Mississippi and Alabama | | Analytical Chemistry | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Fall 2012; (2) Addendum for the States of Mississippi and Alabama -- Coastal Wetland Vegetation Plan - Fall 2012 | 338, 189 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Fall 2013; (2) Addendum for the States of Mississippi and Alabama; (3) Amendment #1 to the Addendum -- Coastal Wetland Vegetation Plan - Fall 2013 | 360, 367, 189 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Vegetation & Soil Core Analysis | No | Bef. 5/27/14 | noaanrda.org |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Sampling and Monitoring Marsh Response Cleanup Areas -- CWV-Marsh Response Cleanup Areas-February 2011 | 248 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | noaanrda.org |

| colspan=8: Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests |
|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Sampling and Monitoring Marsh Response Cleanup Areas -- CWV-Marsh Response Cleanup Areas-Spring 2011 | 248 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Vegetation & Soil Core Analysis | Yes | Bef. 4/18/14 | noaanrda.org |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico: Protocol for Sampling and Monitoring Marsh Response Cleanup Areas -- CWV-Marsh Response Cleanup Areas-Fall 2011 | 248 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | Vegetation & Soil Core Analysis | Yes | Yes | noaanrda.org |
| | Shoreline/Vegetation Rapid Shoreline Oiling Survey NRDA Pre-Assessment Data Collection Plan | 87 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | Work Plan for MC252 Oil Impacts to Marsh Fiddler Crabs and Periwinkles along the Gulf of Mexico | 254 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Addendum to the Sampling and Monitoring Plan for the Assessment of MC252 Oil Impacts to Coastal Wetland Vegetation in the Gulf of Mexico -- RTK Topographic Plans (2010-2011, 2013) | 299, 332 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Mississippi Canyon 252 Spill Light Detection and Ranging (LIDAR) Data Acquisition | 275 | LiDAR data | Yes | Bef. 4/18/14 | Hard Drive |
| | | | LiDAR Processing Reports | Yes | Bef. 4/18/14 | CDs |
| | Shoreline/Vegetation NRDA Pre-assessment Data Collection Plan | 86 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Baseline Sediment and Water Collection Analyses for NRDA Purposes in Florida Keys | 106 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 5/27/14 | noaanrda.org |
| | Indian River Lagoon Water and Sediment Baseline Sampling Plan June 11, 2010 | 228 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 5/27/14 | noaanrda.org |
| | Northeast Florida Water and Sediment NRDA Baseline Sampling Plan June 21, 2010 | 227 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | Southeast Florida Water and Sediment Baseline Sampling Plan | 103 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Oil Spill Submerged Aquatic Vegetation Tier 1 Pre-Assessment Plan Pre-Impact Baseline Characterization | 105 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Pre-Impact Sampling Plan for West Coast of Florida: Hernando County through Collier County | 104 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |

| for title | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests** | | | | | | |
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| **Submerged Aquatic Vegetation** | Mississippi Canyon 252 Oil Spill Submerged Aquatic Vegetation Tier 1 Pre-Assessment Plan Pre-Impact Baseline Characterization | 90 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 90 | Tier 1 Core Analysis Results | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 90 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Oil Spill Submerged Aquatic Vegetation Tier 2 Pre-Assessment Post Spill Exposure Characterization Plan | 92 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 92 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 92 | PEMD Analytical Results | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252 Oil Spill Submerged Aquatic Vegetation Tier 3 Injury Assessment Data Collection Plan | 215 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 215 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Sampling and Analysis Plan for Jean Lafitte National Historic Park and Preserve Submerged Aquatic Vegetation Natural Resource Damage Assessment | 91 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 91 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Natural Resource Damage Assessment Work Plan for Assessing Potential Impacts to Fresh and Brackish Water Submerged Aquatic Vegetation Communities from the Deepwater Horizon (MC 252) Oil Spill | 159 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 159 | Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Mississippi Canyon 252/Deepwater Horizon Scope of Work for Emergency Restoration Project: Response Impacts | 202, 363 | Response Impacts to SAV; Raw field data (datasheets, photos, gps, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
| | to Seagrasses within Alabama, Florida, Louisiana, and Mississippi Coastal Waters & Mississippi Canyon 252 Oil Spill First Amendment to the Emergency Restoration Plan for Response Impacts to Seagrasses in Northern Gulf of Mexico | | | | | |
| Toxicity | No Workplan | N/A | Toxicity Studies Database first 61 studies | Yes | Bef. 4/18/14 | Dropbox |
| | | N/A | Toxicity Studies Database remaining studies | No | Aft. 8/15/14 | TBD |
| Turtle | Assessment Plan for Juvenile Sea Turtles in Sargassum Communities Potentially Exposed to MC 252 Discharge & 2011 Addendum to the Assessment Plan for Juvenile Sea Turtles in Sargassum Communities Potentially Exposed to MC 252 Discharge -- Sargassum Workplan | 84, 217 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry (Alpha - PAHs for Tissues & Net samples) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Assessment Plan for Sargassum Communities and Associated Fauna in the Northern Gulf of Mexico; Assessment Plan for Sargassum Communities and Associated Fauna in the Northern Gulf of Mexico: Addendum for Field work to support Sargassum mapping; & Second Addendum to Assessment Plan for Sargassum Communities and Associated Fauna in the Northern Gulf of Mexico: Sargassum | 151, 263, 274 | Field Data (datasheets, instruments, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Cruise Report (Dauphin Island Sea Lab ROV Quarterly Reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry (Alpha) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Ichthyoplankton/Invertebrates sorting and identification - (U of Southern Miss GCR - Frank Hernandez) | No | Bef. 5/27/14 | noaanrda.org |
| | | | CDOM absorption (U of South FL Marine Sci Opt Oceanography - Hu) | NA | NA | N/A |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | Sample Processing Plan for Remotely Operated Underwater Vehicle (ROV) Data, Bongo Net Samples and Neuston Net Samples -- Sargassum Fish and Invertebrate Assessment Plan | | Chlorophyll, particulate absorption (U of South FL Marine Sci Opt Oceanography - Hu) | NA | NA | N/A |
| | | | Chlorophyll, weight (U of South FL Marine Sci Opt Oceanography - Hu) | NA | NA | N/A |
| | Preassessment Plan to Determine Potential Exposure and Injuries of Sea Turtles West of the Mississippi Delta Utilizing Entanglement Netting Surveys & Addendum to Plan to Determine Potential Exposure and Injuries of Sea Turtles West of the Mississippi Delta Utilizing Entanglement Netting Surveys -- Sea Turtle Entanglement Netting | 74, 212 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | SEATURTLE.org |
| | | | Analytical Chemistry (Alpha PAH analysis of Oil) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Nearshore Cetacean & Sea Turtle Prey Item Sampling Plan & Nearshore Cetacean & Sea Turtle Prey Item Sampling Plan: Addendum to Update Target Species List -- Nearshore Prey Item Plan | 191, 302 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry (NWFSC - PAHs for Tissues) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Analytical Chemistry (CAS - PAHs & PCBs for Tissues) | No | Aft 8/15/14 | noaanrda.org |
| | Mississippi Canyon 252 Pre Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles -- Loggerhead Sea Turtle Nesting Plan 2010 | 72 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | SEATURTLE.org |
| | Mississippi Canyon 252 Pre Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles & Addendum to | 72, 130 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |

The table above is titled: **Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests**

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
| | the Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Loggerhead Sea Turtle Nests -- Loggerhead Sea Turtle Nesting Plan 2011 | | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | SEATURTLE.org |
| | Mississippi Canyon 252 Pre Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles & Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Loggerhead Sea Turtle Nests – 2012 Field Season | 72, 319 | Field Data (datasheets, photos, GPS, etc.) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | SEATURTLE.org |
| | Mississippi Canyon 252 Incident Pre Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles -- Kemp's Ridley Sea Turtle Nesting Plan | 73 | Field Data (datasheets) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 73 | Telemetry (Satellite Tracking) | Yes | Bef. 4/18/14 | SEATURTLE.org |
| | Sargassum Injury Assessment Plan: Sargassum mapping using remote sensing -- Sargassum Mapping | 281 | Sargassum Mapping Using Remote Sensing | No | Aft 8/15/14 | noaanrda.org |
| | Post-release monitoring/tracking of turtles injured, stranded, or entrapped in the oil spill impact area | 229 | Post-release monitoring/tracking of turtles injured, stranded, or entrapped in the oil spill impact area | N/A | N/A | N/A |
| | Nearshore MMST Prey Item Collection (LDWF 2010-2011) | N/A | Analytical Chemistry (CAS - PAHs for Tissues) | Yes | Bef. 4/18/14 | noaanrda.org |

134

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Post-Mortem Sea Turtle Tissue Analysis [2010 - 2011] | N/A | Analytical Chemistry (NWFSC DOSS & PAH analysis of Bile, Liver, Enteric Contents, etc.) | No | N/A | noaanrda.org |
| | | | Individual Necropsy Records (Stacy Lab - Stacy) | No | N/A | noaanrda.org |
| | | | Necropsy Summary Report (summary report for DOJ) (Stacy Lab - Stacy) | Yes | N/A | noaanrda.org |
| | MammalTurtle-Opportunistic MS Turtle Swabbing-2011 | N/A | Analytical Chemistry | N/A | N/A | N/A |
| | Sea Turtle Stranding and Salvage Network 2010 | N/A | Necropsy Report (Stacy Lab Stacy) | No | N/A | noaanrda.org |
| | | | Necropsy Summary Report (summary report for DOJ) (Stacy Lab Stacy) | No | N/A | noaanrda.org |
| | | | Analytical Chemistry | No | N/A | noaanrda.org |
| | Proposed Sea Turtle Data Sharing Agreement -- If finalized by early May (Information about sea turtles collected or observed in the Gulf of Mexico from Texas through Cape Sable, Florida since April 20, 2010) | N/A | All medical records received by NOAA for the 404 sea turtles taken to rehabilitation facilities for treatment as part of the response to the Deepwater Horizon Oil Spill, including all clinical medical documentation of evaluation, care, treatment and release at the facilities and the results of all clinical hematology, chemistry and other diagnostic or treatment procedures | | Bef. 5/27/14 | |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | All medical records created by a NOAA rehabilitation facility or received from a non-NOAA rehabilitation facility through December 31, 2013, relating to the rehabilitation or treatment of stranded sea turtles received since the response to the Deepwater Horizon Oil Spill ended, including, but not limited to, all clinical medical documentation of evaluation, care, treatment and release at the facilities and the results of all clinical hematology, chemistry and other diagnostic or treatment procedures | | Bef. 5/27/14 | |
| | | | All pathology consultation reports (approximately 1,787 reports) completed or received by NOAA as of December 31, 2013 for stranded sea turtles and associated medical records including gross necropsy reports and histopathology reports received through December 31, 2013 and all additional postmortem examinations (such as gross necropsy reports) received or completed by NOAA as of December 2013 | | Bef. 5/27/14 | |
| | | | All laboratory results received by NOAA through December 31, 2013 relating to sea turtles | | Bef. 5/27/14 | |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | | | A portion of the photographs received by NOAA through December 31, 2014 (the remainder of the photographs to be provided to BP by July 15, 2014) | | Bef. 5/27/14 | |
| | | | A portion of the approximately 8,110 Sea Turtle Stranding and Salvage Network Stranding Reports received by NOAA through December 31, 2013 for stranded sea turtles. The remainder of the reports to be provided to BP on a rolling basis by July15, 2014 | | Bef. 5/27/14 | |
| | | | Any photographs received by NOAA through December 31, 2013 that were not provided to BP by 5/27 | | Bef. 8/15/14 | |
| | | | Any medical records received from non-NOAA rehabilitation facilities by NOAA through December 31, 2013 that were not provided to BP by 5/27 | | Bef. 8/15/14 | |
| | | | Any pathology consultation reports received from non-NOAA facilities and additional post mortem examinations received through December 31, 2013 that were not provided to BP by 5/27 | | Bef. 8/15/14 | |
| | | | Any laboratory results received by NOAA through December 31, 2013 that were not provided to BP by 5/27 | | Bef. 8/15/14 | |

**Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests**

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | Any Sea Turtle Stranding and Salvage Network Stranding Reports received by NOAA through December 31, 2013 for stranded sea turtles that were not provided to BP by 5/27 | | Bef. 8/15/14 | |
| | | | All medical records created by a NOAA rehabilitation facility or received from a non- NOAA rehabilitation facility concerning treatment of stranded sea turtles during period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | |
| | | | Pathology consultation reports completed or received by NOAA for stranded sea turtles during the period 1/1/14 – 3/31/14, associated medical records and all additional post mortem examinations received or completed during the same period | | Bef. 8/15/14 | |
| | | | Laboratory results for stranded sea turtles received by NOAA during the period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | |
| | | | Photographs and radiographs received by NOAA during the period 1/1/14 – 3/31/14 | | Bef. 8/15/14 | |
| Water Column | NRDA Plankton Processing Plan - Analysis of Zooplankton Samples (247); Addendum to Plankton Processing (295); Addendum to: NRDA Plankton Processing Plan - Analysis of Zooplankton Samples (309) -- Plankton Processing Plan 2011-12, plus Addenda | 247, 295, 309 | Zooplankton - Tier 1A | No | Bef. 5/27/14 | Hard Drive |
| | | | Zooplankton -- Other Tiers | No | Aft 8/15/14 | Hard Drive |
| | | | Ichthyoplankton - Tier 1A | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Ichthyoplankton - Tier 1B | No | Bef. 5/27/14 | noaanrda.org |

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | | | Ichthyoplankton - Tier 1 C/D/E | No | Bef. 5/27/14 | noaanrda.org |
| | | | Ichthyoplankton - Tier 2,3,4 | No | Aft 8/15/14 | noaanrda.org |
| | | | Decapods - Tier 1A | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Decapods - Tier 1B (BB6) | No | Bef. 5/27/14 | noaanrda.org |
| | | | Decapods - Tier 1B (NS9) | No | Bef. 5/27/14 | noaanrda.org |
| | | | Decapods - Tier 1 C/D/E | No | Bef. 5/27/14 | noaanrda.org |
| | | | Decapods - Tier 2,3,4 | No | Aft 8/15/14 | noaanrda.org |
| | NRDA Offshore Fish and Nekton Sample Processing Plan (297); Small Pelagics Addendum to the NRDA Nekton Processing Plan - Analysis of Nekton Samples (322) -- Nekton Processing Plan 2012 | 297, 322 | Lab recounts of PC8 and PC9 cruises | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Spring 2011 MOC10 | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Pisces 10 | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | McArthur II Epipelagic | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | Summer 2011 MOC10 | No | Bef. 8/15/14 | noaanrda.org |
| | | | Pisces12 | No | Aft 8/15/14 | noaanrda.org |
| | | | Winter 2011 MOC10 | No | Aft 8/15/14 | noaanrda.org |
| | | | Pisces 8 and Pisces 9 | No | Aft 8/15/14 | noaanrda.org |
| | Image Data Processing Plan: Holocam, | 279, 293, 354, | Holocam Data set | Yes | Bef. | Hard drive |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | DAVPR, VPRII (279); Addendum to Image Data Processing Plan: Holocam, DAVPR, VPRII (354); Image Data Processing Plan: ISIIS (292); Image Data Processing Plan: SIPPER (293) -- Image Data Processing Plan | 292 | | | 4/18/14 | |
| | | | DAVPR (WS4) Dataset | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | DAVPR (all other cruises) | No | Bef. 5/27/14 | noaanrda.org |
| | | | VPRII Dataset | No | Bef. 5/27/14 | noaanrda.org |
| | | | SIPPER | Yes | Bef. 4/18/14 | Hard drive |
| | | | Processed ISIIS | No | No | Hard drive |
| | NRDA Biological Acoustics Data Processing Plan (323) -- Acoustics Processing Plan | 323 | Acoustics Preliminary Assessment (presentation on how processing was done) | Yes | Bef. 5/27/14 | noaanrda.org |
| | | | Raw Acoustic Data | Yes | Bef. 4/18/14 | Hard Drive |
| | | | Processed Acoustic data: includes Pisces 12, Meg Skansi, McArthur 7, Gordon Gunter SEAMAP | No | Aft. 8/15/14 | noaanrda.org |
| | NRDA CTD Processing Plan (289); Addendum to: NRDA CTD Processing Plan - Processing of Towed CTD Data (312); Addendum #2 to: NRDA CTD Processing Plan - Density Check (329) -- 2010 Data | 289, 312, 329 | Date Shared include-- 55 Cruises | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Towed data not shared includes: 6 cruises -- (HD 1, 2, 5, Endeavor, Walton Smith 2 and Arctic) | No | Bef. 5/27/14 | noaanrda.org |
| | NRDA CTD Processing Plan (289); Addendum to: NRDA CTD Processing Plan - Processing of Towed CTD Data | 289, 312, 329 | Data shared include: 4 cruises (Pisces 8,9,10,12) | Yes | Bef. 4/18/14 | noaanrda.org |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | | | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | |
| | (312); Addendum #2 to: NRDA CTD Processing Plan - Density Check (329) -- 2011 Data | | Data not shared includes 25 cruises | No | No | noaanrda.org |
| | Draft Workplan --LiDAR Processing Plan | DRAFT | Processed LiDAR | Yes | Bef. 4/18/14 | noaanrda.org |
| | Draft Workplan -- ADCP | 42, 185, 192, 264, 303, 304, 305 | ADCP ocean current measurement and maintenance plans (there was a mooring deployment; followed by series of maintenance cruises Sept 2010, Dec 2010, Feb 2011, June 2011 | No | Bef. 4/18/14 | noaanrda.org |
| | Water Column Injury Ephemeral Data Collections Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan- American Diver 1 and Ocean Veritas 9 (36); Amended Water Column Injury Ephemeral Data Collections Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan- American Diver 1 (37) -- American Diver 1 Plankton/Water Jul-Aug 2010 (has a separate amendment in LOSCO | 36, 37 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw Instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Winter 2011 Plankton Imaging Sampling Cruise Plan: Arctic (163) -- Arctic DAVPR Winter 2011 | 163 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw Instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, DAVPR metadata) | Yes | Bef. 4/18/14 | noaanrda.org |

| 8: Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests |
|---|

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | Water Column Injury Ephemeral Data Collections: Cruise 3 Surface Water Sampling Plan for Dispersant Treated Oil Deepwater Horizon Oil Spill (DWHOS) (34) -- Bunny Bordelon Plankton/Dispersant May/June 2010 | 34 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files (including CDOM fluorescence and FLOWCAM oil droplet size), station logs | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Spring 2011 Epipelagic Plankton Bongo/Neuston Sampling Cruise Plan (197); Addendum to:NRDA Spring 2011 Epipelagic Plankton Bongo/Neuston Sampling Cruise Plan (207) -- Bunny Bordelon Bongo/Neuston Spring 2011 | 197, 207 | Raw field data (daily reports, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Summer 2011 Epipelagic Plankton Bongo & Neuston Sampling Cruise Plan (223); Addendum to: NRDA Summer 2011 Epipelagic Plankton Bongo & Neuston Sampling Cruise Plan (259) | 223, 259 | Raw field data (daily reports, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | Field Plan for Cooperative Research Cruise to Document Biotic Effects of the Deepwater Horizon Oil Spill (20) -- Cooperative Research Cruise | 20 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | N/A | Entrix Plankton Cruises (2) | N/A | N/A | BP |
| | Proposal for NRDA Data Collection for Deepwater Horizon Oil Spill NOAA Vessel Gordon Gunter (19) -- Gordon Gunter Water/Sipper May 2010 | 19 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (Daily Logs, GPS data) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA SEAMAP Plankton Sampling Plan | 22 | Analytical Chemistry | Yes | Bef. | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | and Fall 2010 Cruise Plan (22) -- Gordon Gunter SEAMAP | | | | 4/18/14 | |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (Daily Logs, GPS data) | Yes | Bef. 4/18/14 | noaanrda.org |
| | July-September 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan (234); Addendum to July-September 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan (262) -- Hos Sweetwater 4 + 6 (July-Sept 2011) | 234, 262 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Field Plan for Water-Column Profiling to Measure Dissolved-Phase Aromatic Hydrocarbons and Free Oil Droplets as a Function of Depth and Location Relative to the Subsurface Oil Release (30); Proposal to Extend NRDA Cruise "Field Plan for Water-Column Profiling to Measure Dissolved-Phase Aromatic Hydrocarbons and Free Oil Droplets as a Function of Depth and Location Relative to the Subsurface Oil Release" (31) -- Jack Fitz 1 May 2010 | 30, 31 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (log form, sample summary, timeline and sample log) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan Specialty Diver 1 - September 2010 SIPPER Cruise (26) -- Specialty Diver 1 SIPPER | 26 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |

143

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Water Column Injury Ephemeral Data Collections Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan- American Diver 2 (38) -- American Diver 2 Jul-Aug 2010 | 38 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw Instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA UV Radiation Sampling Plan: October 2010 Cruise Plan (135) -- 25 ft Parker UV | 135 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw Instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | Water Column Injury Ephemeral Data Collections: Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan – Hos Davis 1 (39) -- Hos Davis 1 (Aug 2010) | 39 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Status Reports | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | Water Column Injury Ephemeral Data Collections: Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan – Hos Davis 2 (40) -- Hos Davis 2 Water/DAVPR (Aug 25-Sept 2010) | 40 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (daily updates, photos) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Water Column Injury Ephemeral Data Collections: Deepwater Horizon Oil Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan – Hos Davis 3 (41); Water Column Injury Ephemeral Data Collections: Deepwater Horizon Oil | 41, 109 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | Spill (DWHOS) Plan for Adaptive Water Column NOAA-NRDA Sampling (PAWNNS) Cruise Plan – Hos Davis 3 Addendum (109) -- Hos Davis 3 September 2010 | | Raw field data (daily updates, photos) | Yes | Bef. 4/18/14 | noaanrda.org |
| | March-April 2011 HOS Sweetwater ROV Sediment and Bottom-Water Sampling Cruise Plan (184) -- HOS Sweetwater 2 March-April 2011 | 184 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Water Column Injury Ephemeral Data Collections: Cruise 2: Surface Water Sampling Plan Deepwater Horizon Oil Spill (DWHOS) (32); Amended Water Column Injury Ephemeral Data Collections: Cruise 2: Surface Water Sampling Plan Deepwater Horizon Oil Spill (DWHOS) (33) -- Jack Fitz 2 May 2010 + amendment | 32, 33 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (log form, daily summary reports, entrix site coordinates) | Yes | Bef. 4/18/14 | noaanrda.org |
| | Water Column Injury Ephemeral Data Collections: NRDA Cruise 4-Jack Fitz 3 Water Sampling Plan Deepwater Horizon Oil Spill (DWHOS) (35) -- Jack Fitz 3 June 2010 | 35 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (log form, daily summary reports, entrix site coordinates) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA July 2011 McArthur II Epipelagic Plankton Bongo & Neuston Sampling | 233 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |

145

| | | | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | Cruise Plan (233) -- McArthur II Bongo/Neuston July 2011 | | Raw field data (photos, metadata, tracklines) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Summer 2011 Plankton Imaging Sampling Cruise Plan -- McArthur II ISIIS Summer 2011 | 218 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, tracklines) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Late-Summer 2011 McArthur II Small Pelagics Sampling Plan --McArthur II Small Pelagic Fishes Sep-Oct 2011 | 244 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, tracklines) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA 10-meter MOCNESS Spring 2011 Plankton Sampling Cruise Plan (194); Addendum: NRDA 10-meter MOCNESS Spring 2011 Plankton Sampling Cruise Plan (246) -- Meg Skansi MOC10 Spring 2011 | 194, 246 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA 10-meter MOCNESS Summer 2011 Plankton Sampling Cruise Plan: Meg Skansi (222) -- Meg Skansi MOC10 Summer 2011 | 222 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA 10-meter MOCNESS Winter 2011 Plankton Sampling Cruise Plan: Meg Skansi (166) -- Meg Skansi MOC10 Winter 2011 | 166 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA 1-meter MOCNESS Spring 2011 Plankton Sampling Cruise Plan (198); Addendum to: NRDA 1-meter MOCNESS Spring 2011 Plankton Sampling Cruise Plan (231) -Nick Skansi MOC1 Spring 2011 | 198, 231 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | NRDA 1-meter MOCNESS Summer 2011 Plankton Sampling Cruise Plan: Nick Skansi (225) -- Nick Skansi MOC1 Summer 2011 | 225 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA 1-meter MOCNESS Winter 2011 Plankton Sampling Cruise Plan: Nick Skansi (162) -- Nick Skansi MOC1 Winter 2011 | 162 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | MC252 Deepwater Horizon Oil Spill Water Column Data Collection: NOAA/BP-ENTRIX NRDA Cooperative Deep Tow Cruise 1 "November" Hos Davis 4 Cruise Plan (140) -- NRDA Cooperative Deep Tow Cruise December 2010 | 140 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | MC252 Deepwater Horizon Oil Spill Water Column Data Collection: NOAA/BP-ENTRIX NRDA Cooperative Deep Tow Cruise 2 "December" Cruise Plan (150) -- NRDA Cooperative Deep Tow Cruise November 2010 | 150 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Spring 2011 Plankton Imaging Sampling Cruise Plan -- Oceanus VPRII Spring 2011 | 169, 195 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plankton Sampling Plan & Winter 2011 Cruise Plan (165) -- Oregon II Bongo-Neuston Winter 2011 | 165 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata, cruise daily reports) | Yes | Bef. 4/18/14 | noaanrda.org |

| | | | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Deepwater Horizon Oil Spill (DWHOS) NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan (145) -- Pisces 8 - Fish Trawl December 2010 | 145 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan, Spring 2011 (190); Addendum to: NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan, Spring 2011 (200) -- Pisces 9 - Fish Trawl Spring 2011 | 190, 200 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan Summer 2011 (226) -- Pisces 10, Legs 1 and 2 - Fish Trawl Summer 2011 | 226 | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw Instrument Files | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Offshore Deep Meso- and Bathypelagic Fish Sampling Plan September 2011 (251) -- Pisces 12, Legs 1 & 2 - Fish Trawl September 2011 | 251 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan: Walton Smith 2 (24) - Walton Smith 2 DAVPR Fall 2010 | 24 | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Spring 2011 Water Column Processes Cruise Plan: Walton Smith 4 (201) -- Walton Smith Ecosystem Processes Spring 2011 | 201 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan: Walton Smith 1 (23) -- Walton Smith 1 Plankton September | 23 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | 2010 | | | | 4/18/14 | |
| | | | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan: Walton Smith 3 (25) -- Walton Smith 3 Plankton Sep-Oct 2010 | 25 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instrument files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data (photos, metadata) | Yes | Bef. 4/18/14 | noaanrda.org |
| | No Formal Workplan/Weatherbird II Cruise 1 | NA | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | No Formal Workplan/Delaware Cruise 02 | NA | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | No Formal Workplan/Endeavor Cruise 01 | NA | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) --Brooks McCall Cruise 1 - May 8 - 11 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 2 - May 15-17 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 3 - May 19-21 2010(NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. | noaanrda.org |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | | | | | 4/18/14 | |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) - brooks McCall Cruise 4 - May 23-25 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 5 - May 30 - Jun 1 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 6 - Jun 5-7 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 7 - Jun 11-13 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 8 - Jun 17-19 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |

**Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests**

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 9 - Jun 22-26 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 11 - Jul 4-8 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Brooks McCall Cruise 12 - Jul 10-14 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Henry Bigelow 1 - Jul 28 - Aug 11 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Henry Bigelow 2 Aug 12-23 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | (43) -- Ocean Veritas 1 May 26-30 2010 (NRDA/Response Cooperative) | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 4 Jun 13-17 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 5 Jun 19-23 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 6 Jun 25-29 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 7 Jun 29 - Jul 5 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 9 Jul 13-17 2010 | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. | noaanrda.org |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | **Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests** | | | | | |
| | (NRDA/Response Cooperative) | | | | 4/18/14 | |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Ocean Veritas 11 Jul 26-29 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Pisces 3 Aug 5-14 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Pisces 4 Aug 18 - Sep 2 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Pisces 5 Sep 8-17 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Pisces 6 Sep 25 - Oct 4 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Seward Johnson 1 Jul 09 - Aug 7 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Thomas Jefferson 2 Jun 3-10 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| | NRDA Plan for Samples of Opportunity in Support of the Water Column Injury (43) -- Thomas Jefferson 3 Jun 15 - Jul 2 2010 (NRDA/Response Cooperative) | 43 | Analytical Chemistry | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 43 | Raw instruments files | Yes | Bef. 4/18/14 | noaanrda.org |
| | | 43 | Raw field data | Yes | Bef. 4/18/14 | noaanrda.org |
| **Aerial Imagery** | Assessment Plan Concerning Aerial Imagery in the Northern Gulf of Mexico | N/A | N/A | Yes | Bef. 8/15/14 | |
| | Assessment of Coastal Marshes and Shoreline Impacted by the Deepwater Horizon Oil Spill Using Aviris Hyperspectral Remote Sensing Data | N/A | N/A | No | Bef. 8/15/14 | |
| | Assessment Plan: Estimating offshore surface oil volumes of select portions of the Deepwater Horizon Oil Spill Using AVIRIS Imaging Spectorscopy Data | N/A | N/A | No | Aft 8/15/14 | |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| **Bird** | Summary Evaluation of Data of Carcasses Collected During Wildlife Operations End of Season Nesting Colony Searches in 2010 | N/A | N/A | No | Bef. 4/18/14 | |
| | Estimating Mortality of Birds Using Beached Bird Surveys in the Gulf of Mexico Near the Mississippi Canyon 252 Oil Spill (Bird Study # 1A) | 1A | N/A | Yes | Bef. 4/18/14 | |
| | Detection Probability (Searcher Efficiency) (Bird Study #1B) | 1B | N/A | Yes | Bef. 4/18/14 | |
| | Beach Carcass Persistence Study (Bird Study # 1C) | 1C | N/A | Yes | Bef. 4/18/14 | |
| | Using Radio Telemetry to Determine the Fates of Bird Carcasses Drifting in the Northern Gulf of Mexico (Bird Study #1D) | 1D | N/A | Yes | Bef. 4/18/14 | |
| | Aerial Surveys and Photographic Census for Birds in the Vicinity of the Deepwater Horizon MC 252 Oil Spill (Bird Study #2) - 2010/2011 | 2 | N/A | Yes | Bef. 4/18/14 | |
| | Assessment Plan for Bird Colony Aerial Photography - 2011 (Bird Study #2) | 2 | N/A | Yes | Bef. 4/18/14 | |
| | Assessment Plan for Bird Colony Aerial Photography - 2012 (Bird Study #2) | 2 | N/A | Yes | Bef. 4/18/14 | |
| | Analysis of Colony Photographic Census Data collected under the Preassessment Plan for Bird Colony Aerial Photography - Comparison of 2010, 2011, 2012 Data | 2 | N/A | Yes | Bef. 4/18/14 | |

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | Addendum: Assessment Plan for Bird Colony Aerial photography and Analysis of Colony Photographic Census Data - 2013 | 3 | N/A | Yes | Bef. 4/18/14 | |
| | Estimating Secretive Marsh Bird Mortality Deepwater Horizon (MSC 252) Oil Spill (Bird Study #3) - BRI | 3 | N/A | Yes | Bef. 4/18/14 | |
| | Modification #1: Marsh Bird Helicopter Survey Methodology | 3 | N/A | Yes | Bef. 4/18/14 | |
| | Estimating Oiling and Mortality of Breeding Colonial Waterbirds from the Deepwater Horizon (MC 252) Oil Spill (Bird Study #4) and Amendments 1 and 2 | 4 | N/A | Yes | Bef. 4/18/14 | |
| | Estimating Shorebird Oiling Mortality Deepwater Horizon (Mississippi Canyon 252) Oil Spill, with Supplement and Amendment | 5 | N/A | Yes | Bef. 4/18/14 | |
| | Estimating Oiling Rates Among Pelagic Birds Using Ship Based Surveys in the Vicinity of the Deepwater Horizon (MSC 252) Oil Spill (Bird Study #6) | 6 | N/A | No | Bef. 4/18/14 | |
| | Determining Injury to the Piping Plover (Charadrius melodus) from the Deepwater Horizon (MC252) Oil Spill (Bird Study #7) and Addendum | 7 | N/A | No | Bef. 4/18/14 | |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Assessment Plan to Analyze Beach-Nesting Shorebird Data collected under the Work Plan for Deepwater Horizon (MC252) Gulf Coast Breeding, Beach-Nesting Bird Population Surveys (BS#8) - 2010 Breeding Shorebird Data | 8 | N/A | No | Bef. 4/18/14 | |
| | Assessment Plan to Analyze Beach-Nesting Shorebird Data collected under the Work Plan for Deepwater Horizon (MC252) Gulf Coast Breeding, Beach-Nesting Bird Population Surveys (BS#8) - 2011 Breeding Shorebird Data | 8 | N/A | No | Bef. 4/18/14 | |
| | Preassessment of Injury to Ospreys from the Deepwater Horizon (MC252) Oil Spill (Bird Study #9) | 9 | N/A | Yes | Bef. 4/18/14 | |
| | Preassessment of Injury to Bald Eagles from the Deepwater Horizon (MC 252) Oil Spill (Bird Study #9 Part 2) | 9.2 | N/A | No | Bef. 4/18/14 | |
| | Addendum to Deepwater Horizon (MC 252) Osprey Rapid Assessment: Proposed Osprey Fledgling Rates - Gulf Islands National Seashore (Bird Study #9 Part 3) | 9.3 | N/A | Yes | Bef. 4/18/14 | |
| | Estimating Wintering Waterfowl Oiling and Mortality (Bird Study #10) | 10 | N/A | No | Bef. 4/18/14 | |
| | Assessing Potential MC252 Impacts on Fresh and Brackish Water Submerged Aquatic Vegetation Communities (Bird Study #10B) | 10B | N/A | Yes | Bef. 4/18/14 | |

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Estimating Carcass Detection in Priority Waterfowl Habitats Impacted by the DWH (MC 252) Oil Spill: Time Critical NRDA Feasibility Study (Bird Study #11) | 11 | N/A | No | Bef. 4/18/14 | |
| | Determining Oiling Rates and Mortality of Wintering Open-Water Waterbirds from the Deepwater Horizon (MC 252) Oil Spill (Bird Study #12) | 12 | N/A | No | Bef. 4/18/14 | |
| | Determining Physiological Injury to Oiled Birds from the Deepwater Horizon (MC 252) Oil Spill (BS #13) and Addendum | 13 | N/A | No | Bef. 4/18/14 | |
| | Assessing Bird Mortality using Data from Response Operations and Boat-based NRDA Surveys in the Northern Gulf of Mexico (BS #19) Objective 1 - Response and Wildlife Ops Evaluation | 19 | N/A | No | Bef. 4/18/14 | |
| | Assessing Bird Mortality using Data from Response Operations and Boat-based NRDA Surveys in the Northern Gulf of Mexico (BS #19) Objective 2 - Searcher Efficiency and Carcass Persistence | 19 | N/A | No | Bef. 4/18/14 | |
| | Laboratory Avian Toxicology Studies to Determine the Effects of the DWH/MC 252 Oil Spill on Bird Viability (Bird Study #20) | 20 | N/A | No | Aft 8/15/14 | |
| | UV Scoping Study | N/A | N/A | No | Bef 5/27/2014 | |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| **Mammal** | Assessment Plan to Determine Potential Injuries to Beach Mice due to Habitat Impacts from Response Activities Associated with the Deepwater Horizon Oil Spill Events | 15 | N/A | No | Bef. 4/18/14 | |
| | Proposed Data Collection Plan to Assess Injury to West Indian Manatees from the Deepwater Horizon Oil Spill Outside of Florida & Addendum to Proposed Data Collection Plan to Assess Injury to West Indian Manatees from the Deepwater Horizon Oil Spill Outside of Florida -- Manatee Surveys Outside Florida | 82, 83 | Field Data (flight logs, datasheets, photos, GPS, etc.) | Yes | N/A | |
| | Proposed Data Collection Plan to Assess Injury to Florida Manatees from the Deepwater Horizon Oil Spill & Addendum: Proposed Data Collection Plan to Assess Injury to Florida Manatees from the Deepwater Horizon Oil Spill -- Manatee Surveys Florida | 81, 143 | Field Data (flight logs, datasheets, photos, GPS, etc.) | Yes | N/A | |
| | Manatee Movements in the Northern Gulf of Mexico and the Potential for Exposure to the Deepwater Horizon Oil Spill | N/A | N/A | No | Bef. 4/18/14 | |
| **Sturgeon** | Mississippi Canyon 252 Pre-Assessment Plan for the Collection of Data to Determine Potential Exposure and Injuries of Threatened Gulf Sturgeon | 16 | N/A | Yes | Bef. 4/18/14 | |

| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
|---|---|---|---|---|---|---|
| | Mississippi Canyon 252 Year 2 Assessment Plan for the Collection of Data to Determine Potential Exposure and Injuries of Threatened Gulf Sturgeon 2011-2012 | 16 | N/A | No | Bef. 4/18/14 | |
| | Laboratory Studies for Mississippi Canyon 252: Phase II Plan for Determining Potential Exposure and Injuries of Threatened Gulf Sturgeon | N/A | N/A | No | Bef. 8/15/14 | |
| Submerged Aquatic Vegetation | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Sampling and Analysis Plan for Jean Lafitte National Historic Park and Preserve Submerged Aquatic Vegetation Natural Resource Damage Assessment - Fall 2010 Surveys | N/A | N/A | Awaiting BP | Bef. 4/18/14 | |
| | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Sampling and Analysis Plan for Jean Lafitte National Historic Park and Preserve Submerged Aquatic Vegetation Natural Resource Damage Assessment - Spring and Fall 2011 Surveys | N/A | N/A | Awaiting BP | Bef. 4/18/14 | |
| | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Sampling and Analysis Plan for Jean Lafitte National Historic Park and Preserve Submerged Aquatic Vegetation Natural Resource Damage Assessment - Spring and Fall 2012 Surveys | N/A | N/A | Awaiting BP | Bef. 5/27/14 | |

The table header title: **Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests**

| | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | |
|---|---|---|---|---|---|---|
| **Workgroup** | **Workplan Name** | **Work Plan No** | **Workplan Details** | **Analyzed?** | **Delivery Date** | **Delivery Comments** |
| | Deepwater Horizon/Mississippi Canyon 252 Oil Spill Plan for Assessing Recovery of Submerged Aquatic Vegetation Propeller Scars at Gulf Islands National Seashore | N/A | N/A | Yes | Bef. 4/18/14 | |
| | Addendum: 2013 Plan for Assessing Recovery of Submerged Aquatic Vegetation Propeller Scars at Gulf Islands National Seashore | N/A | N/A | Yes | Bef. 4/18/14 | |
| | Assessing Submerged Oil Mats by Remote Sensing Survey and Diver Characterization at Gulf Islands National Seashore | N/A | N/A | Yes | Aft 8/15/14 | |
| **Turtle** | Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles | 17 | N/A | Underway | Bef. 5/27/14 | |
| | Addendum to Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and Their Nests | 17 | N/A | Underway | Bef. 5/27/14 | |
| | Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and Their Nests - 2013 Field Work Plan | 17 | N/A | No | Bef. 5/27/14 | |
| | Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles | 17 | N/A | Underway | Bef. 5/27/14 | |

161

| | | | Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Addendum to Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Loggerhead Sea Turtle Nests | 17 | N/A | Underway | Bef. 5/27/14 | |
| | Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Loggerhead Sea Turtle Nests - 2012 Field Season | 17 | N/A | Underway | Bef. 5/27/14 | |
| | Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Sea Turtles and Their Nests - 2013 Field Season | 17 | N/A | No | Bef. 5/27/14 | |
| | Analytical Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley and Loggerhead Sea Turtles and Their Nests: Sample Analysis Plan for Years 2010/2011 | 221 | Loggerhead and Kemp's Ridley Sample Analysis Plan for 2010/2011+D233 | N/A | N/A | |

| Exhibit 1 to United States' First Supplemental Responses to Defendants' Penalty Phase Discovery Requests | | | | | | |
|---|---|---|---|---|---|---|
| Workgroup | Workplan Name | Work Plan No | Workplan Details | Analyzed? | Delivery Date | Delivery Comments |
| | Addendum to Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and their Nests; Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and Their Nests - 2012 Field Season; & Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley Turtles and Their Nests - 2013 Field Season | 174, 325, 350 | Kemp's Ridley Sea Turtle Nesting Plan Addenda [DOI LEAD] | N/A | N/A | |
| | Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Loggerhead Turtles and their Nests - 2013 Field Season | 353 | Loggerhead Sea Turtle Nesting Plan 2013 | | | |
| | Analytical Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley and Loggerhead Sea Turtles and their Nests: Sample Analysis Plan for Years 2010/2011 | 17 | N/A | Underway | Bef. 8/15/14 | |
| | Analytical Addendum: Assessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemp's Ridley and Loggerhead Sea Turtles and their Nests: 2012 Sample Analysis Plan | 17 | N/A | Underway | Bef. 8/15/14 | |

MDL 2179:  US Response to Defendants' Penalty Phase Discovery
Exhibit 2:  List of NIC Briefing Books Previously Produced

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EPA017 | 36347 | 36379 |
| EPA017 | 37058 | 37081 |
| EPA017 | 39250 | 39282 |
| EPA017 | 39286 | 39306 |
| HCG037 | 2438 | 2478 |
| HCG043 | 3020 | 3054 |
| HCG043 | 3055 | 3065 |
| HCG043 | 3736 | 3771 |
| HCG043 | 3821 | 3908 |
| HCG043 | 3915 | 3954 |
| HCG043 | 4378 | 4409 |
| HCG043 | 4410 | 4438 |
| HCG043 | 4439 | 4471 |
| HCG043 | 4472 | 4502 |
| HCG043 | 4503 | 4536 |
| HCG043 | 4537 | 4571 |
| HCG043 | 4572 | 4604 |
| HCG043 | 4605 | 4634 |
| HCG043 | 4713 | 4747 |
| HCG043 | 4748 | 4782 |
| HCG043 | 4783 | 4810 |
| HCG043 | 4811 | 4838 |
| HCG043 | 4839 | 4866 |
| HCG043 | 4867 | 4893 |
| HCG043 | 4903 | 4929 |
| HCG043 | 4939 | 4965 |
| HCG043 | 4966 | 4991 |
| HCG043 | 4992 | 5018 |
| HCG043 | 5019 | 5042 |
| HCG043 | 5053 | 5080 |
| HCG043 | 5081 | 5108 |
| HCG043 | 5109 | 5134 |
| HCG043 | 5135 | 5161 |
| HCG043 | 5172 | 5196 |
| HCG043 | 5205 | 5223 |
| HCG043 | 5224 | 5251 |
| HCG043 | 5252 | 5278 |
| HCG043 | 5279 | 5303 |
| HCG043 | 5304 | 5333 |
| HCG043 | 5334 | 5366 |
| HCG043 | 5480 | 5480 |
| HCG043 | 5481 | 5481 |
| HCG043 | 5482 | 5482 |
| HCG043 | 5483 | 5483 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5484 | 5484 |
| HCG043 | 5485 | 5485 |
| HCG043 | 5486 | 5486 |
| HCG043 | 5487 | 5487 |
| HCG043 | 5488 | 5488 |
| HCG043 | 5489 | 5489 |
| HCG043 | 5490 | 5490 |
| HCG043 | 5491 | 5491 |
| HCG043 | 5492 | 5492 |
| HCG043 | 5493 | 5493 |
| HCG043 | 5494 | 5494 |
| HCG043 | 5495 | 5495 |
| HCG043 | 5496 | 5496 |
| HCG043 | 5497 | 5497 |
| HCG043 | 5498 | 5498 |
| HCG043 | 5499 | 5499 |
| HCG043 | 5500 | 5500 |
| HCG043 | 5501 | 5501 |
| HCG043 | 5502 | 5502 |
| HCG043 | 5503 | 5503 |
| HCG043 | 5504 | 5504 |
| HCG043 | 5505 | 5505 |
| HCG043 | 5506 | 5506 |
| HCG043 | 5507 | 5507 |
| HCG043 | 5508 | 5508 |
| HCG043 | 5509 | 5509 |
| HCG043 | 5510 | 5510 |
| HCG043 | 5511 | 5511 |
| HCG043 | 5512 | 5512 |
| HCG043 | 5513 | 5513 |
| HCG043 | 5514 | 5514 |
| HCG043 | 5515 | 5515 |
| HCG043 | 5516 | 5516 |
| HCG043 | 5517 | 5517 |
| HCG043 | 5518 | 5518 |
| HCG043 | 5519 | 5519 |
| HCG043 | 5520 | 5520 |
| HCG043 | 5521 | 5521 |
| HCG043 | 5522 | 5522 |
| HCG043 | 5523 | 5523 |
| HCG043 | 5524 | 5524 |
| HCG043 | 5525 | 5525 |
| HCG043 | 5526 | 5526 |
| HCG043 | 5527 | 5527 |
| HCG043 | 5528 | 5528 |
| HCG043 | 5529 | 5529 |
| HCG043 | 5530 | 5530 |
| HCG043 | 5531 | 5531 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5532 | 5532 |
| HCG043 | 5533 | 5533 |
| HCG043 | 5534 | 5534 |
| HCG043 | 5535 | 5535 |
| HCG043 | 5536 | 5536 |
| HCG043 | 5537 | 5537 |
| HCG043 | 5538 | 5538 |
| HCG043 | 5539 | 5539 |
| HCG043 | 5540 | 5540 |
| HCG043 | 5541 | 5541 |
| HCG043 | 5542 | 5542 |
| HCG043 | 5543 | 5543 |
| HCG043 | 5544 | 5544 |
| HCG043 | 5545 | 5545 |
| HCG043 | 5546 | 5546 |
| HCG043 | 5547 | 5547 |
| HCG043 | 5548 | 5548 |
| HCG043 | 5549 | 5549 |
| HCG043 | 5550 | 5550 |
| HCG043 | 5551 | 5551 |
| HCG043 | 5552 | 5552 |
| HCG043 | 5553 | 5553 |
| HCG043 | 5554 | 5554 |
| HCG043 | 5555 | 5555 |
| HCG043 | 5556 | 5556 |
| HCG043 | 5557 | 5557 |
| HCG043 | 5558 | 5573 |
| HCG043 | 5574 | 5574 |
| HCG043 | 5575 | 5575 |
| HCG043 | 5576 | 5576 |
| HCG043 | 5577 | 5577 |
| HCG043 | 5578 | 5578 |
| HCG043 | 5579 | 5579 |
| HCG043 | 5580 | 5580 |
| HCG043 | 5581 | 5581 |
| HCG043 | 5582 | 5582 |
| HCG043 | 5583 | 5583 |
| HCG043 | 5584 | 5584 |
| HCG043 | 5585 | 5585 |
| HCG043 | 5586 | 5586 |
| HCG043 | 5587 | 5587 |
| HCG043 | 5588 | 5588 |
| HCG043 | 5589 | 5589 |
| HCG043 | 5590 | 5590 |
| HCG043 | 5591 | 5591 |
| HCG043 | 5592 | 5592 |
| HCG043 | 5593 | 5593 |
| HCG043 | 5594 | 5594 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5595 | 5595 |
| HCG043 | 5596 | 5596 |
| HCG043 | 5597 | 5597 |
| HCG043 | 5598 | 5598 |
| HCG043 | 5599 | 5599 |
| HCG043 | 5600 | 5600 |
| HCG043 | 5601 | 5601 |
| HCG043 | 5602 | 5602 |
| HCG043 | 5603 | 5603 |
| HCG043 | 5604 | 5604 |
| HCG043 | 5605 | 5605 |
| HCG043 | 5606 | 5606 |
| HCG043 | 5607 | 5607 |
| HCG043 | 5608 | 5608 |
| HCG043 | 5609 | 5609 |
| HCG043 | 5610 | 5610 |
| HCG043 | 5611 | 5611 |
| HCG043 | 5612 | 5612 |
| HCG043 | 5613 | 5613 |
| HCG043 | 5614 | 5614 |
| HCG043 | 5615 | 5615 |
| HCG043 | 5616 | 5616 |
| HCG043 | 5617 | 5617 |
| HCG043 | 5618 | 5618 |
| HCG043 | 5619 | 5619 |
| HCG043 | 5620 | 5620 |
| HCG043 | 5621 | 5621 |
| HCG043 | 5622 | 5622 |
| HCG043 | 5623 | 5623 |
| HCG043 | 5624 | 5624 |
| HCG043 | 5625 | 5625 |
| HCG043 | 5626 | 5626 |
| HCG043 | 5627 | 5627 |
| HCG043 | 5628 | 5628 |
| HCG043 | 5629 | 5629 |
| HCG043 | 5630 | 5630 |
| HCG043 | 5631 | 5631 |
| HCG043 | 5632 | 5632 |
| HCG043 | 5633 | 5633 |
| HCG043 | 5634 | 5634 |
| HCG043 | 5635 | 5635 |
| HCG043 | 5636 | 5636 |
| HCG043 | 5637 | 5637 |
| HCG043 | 5638 | 5638 |
| HCG043 | 5639 | 5639 |
| HCG043 | 5640 | 5640 |
| HCG043 | 5641 | 5641 |
| HCG043 | 5642 | 5642 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5643 | 5643 |
| HCG043 | 5644 | 5644 |
| HCG043 | 5645 | 5645 |
| HCG043 | 5646 | 5646 |
| HCG043 | 5647 | 5647 |
| HCG043 | 5648 | 5648 |
| HCG043 | 5649 | 5649 |
| HCG043 | 5650 | 5650 |
| HCG043 | 5651 | 5651 |
| HCG043 | 5652 | 5652 |
| HCG043 | 5653 | 5653 |
| HCG043 | 5654 | 5654 |
| HCG043 | 5655 | 5655 |
| HCG043 | 5656 | 5656 |
| HCG043 | 5657 | 5657 |
| HCG043 | 5658 | 5658 |
| HCG043 | 5659 | 5659 |
| HCG043 | 5660 | 5660 |
| HCG043 | 5661 | 5661 |
| HCG043 | 5662 | 5662 |
| HCG043 | 5663 | 5663 |
| HCG043 | 5664 | 5664 |
| HCG043 | 5665 | 5665 |
| HCG043 | 5666 | 5666 |
| HCG043 | 5667 | 5667 |
| HCG043 | 5668 | 5668 |
| HCG043 | 5669 | 5669 |
| HCG043 | 5670 | 5670 |
| HCG043 | 5671 | 5671 |
| HCG043 | 5672 | 5672 |
| HCG043 | 5673 | 5673 |
| HCG043 | 5674 | 5674 |
| HCG043 | 5675 | 5675 |
| HCG043 | 5676 | 5676 |
| HCG043 | 5677 | 5677 |
| HCG043 | 5678 | 5678 |
| HCG043 | 5679 | 5679 |
| HCG043 | 5680 | 5680 |
| HCG043 | 5681 | 5720 |
| HCG043 | 5721 | 5721 |
| HCG043 | 5723 | 5723 |
| HCG043 | 5724 | 5724 |
| HCG043 | 5725 | 5725 |
| HCG043 | 5726 | 5726 |
| HCG043 | 5727 | 5727 |
| HCG043 | 5728 | 5728 |
| HCG043 | 5729 | 5729 |
| HCG043 | 5730 | 5730 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 5731 | 5731 |
| HCG043 | 5732 | 5732 |
| HCG043 | 5733 | 5733 |
| HCG043 | 5734 | 5734 |
| HCG043 | 5735 | 5735 |
| HCG043 | 5736 | 5736 |
| HCG043 | 5737 | 5737 |
| HCG043 | 5738 | 5738 |
| HCG043 | 5739 | 5739 |
| HCG043 | 5741 | 5741 |
| HCG043 | 5742 | 5742 |
| HCG043 | 5743 | 5743 |
| HCG043 | 5745 | 5745 |
| HCG043 | 5746 | 5746 |
| HCG043 | 5747 | 5747 |
| HCG043 | 5748 | 5748 |
| HCG043 | 5749 | 5749 |
| HCG043 | 5750 | 5750 |
| HCG043 | 5751 | 5751 |
| HCG043 | 5752 | 5752 |
| HCG043 | 5753 | 5753 |
| HCG043 | 5754 | 5754 |
| HCG043 | 5755 | 5755 |
| HCG043 | 5756 | 5756 |
| HCG043 | 5757 | 5757 |
| HCG043 | 5758 | 5758 |
| HCG043 | 5759 | 5759 |
| HCG043 | 5760 | 5760 |
| HCG043 | 5761 | 5761 |
| HCG043 | 5762 | 5762 |
| HCG043 | 5763 | 5763 |
| HCG043 | 5764 | 5764 |
| HCG043 | 6876 | 6906 |
| HCG043 | 6907 | 6938 |
| HCG043 | 6939 | 6960 |
| HCG043 | 7235 | 7273 |
| HCG043 | 7274 | 7323 |
| HCG043 | 7324 | 7362 |
| HCG043 | 7363 | 7399 |
| HCG043 | 7400 | 7447 |
| HCG043 | 7448 | 7473 |
| HCG043 | 7474 | 7497 |
| HCG043 | 7498 | 7519 |
| HCG043 | 7520 | 7543 |
| HCG043 | 7544 | 7569 |
| HCG043 | 7570 | 7596 |
| HCG043 | 7597 | 7644 |
| HCG043 | 7645 | 7683 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 7684 | 7692 |
| HCG043 | 7808 | 7846 |
| HCG043 | 7847 | 7893 |
| HCG043 | 7894 | 7946 |
| HCG043 | 7947 | 7995 |
| HCG043 | 7996 | 8037 |
| HCG043 | 8038 | 8077 |
| HCG043 | 8078 | 8115 |
| HCG043 | 8116 | 8140 |
| HCG043 | 8141 | 8165 |
| HCG043 | 8166 | 8193 |
| HCG043 | 8194 | 8223 |
| HCG043 | 8224 | 8247 |
| HCG043 | 8248 | 8270 |
| HCG043 | 8271 | 8293 |
| HCG043 | 8294 | 8318 |
| HCG043 | 8319 | 8328 |
| HCG043 | 8329 | 8352 |
| HCG043 | 8457 | 8545 |
| HCG043 | 8546 | 8588 |
| HCG043 | 8589 | 8628 |
| HCG043 | 8637 | 8724 |
| HCG043 | 8898 | 8983 |
| HCG043 | 9192 | 9223 |
| HCG043 | 9224 | 9242 |
| HCG043 | 9243 | 9290 |
| HCG043 | 9291 | 9326 |
| HCG043 | 9327 | 9353 |
| HCG043 | 9403 | 9443 |
| HCG043 | 9444 | 9453 |
| HCG043 | 9454 | 9462 |
| HCG043 | 9463 | 9471 |
| HCG043 | 9472 | 9516 |
| HCG043 | 9517 | 9554 |
| HCG043 | 9612 | 9653 |
| HCG043 | 9672 | 9719 |
| HCG043 | 9720 | 9761 |
| HCG043 | 9762 | 9801 |
| HCG043 | 9812 | 9851 |
| HCG043 | 9870 | 9914 |
| HCG043 | 9915 | 9957 |
| HCG043 | 9958 | 10000 |
| HCG043 | 10001 | 10043 |
| HCG043 | 10134 | 10178 |
| HCG043 | 10179 | 10204 |
| HCG043 | 10205 | 10227 |
| HCG043 | 10228 | 10272 |
| HCG043 | 10273 | 10317 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 10318 | 10362 |
| HCG043 | 10453 | 10494 |
| HCG043 | 10505 | 10545 |
| HCG043 | 10556 | 10596 |
| HCG043 | 10607 | 10647 |
| HCG043 | 10708 | 10753 |
| HCG043 | 10754 | 10790 |
| HCG043 | 10811 | 10858 |
| HCG043 | 10969 | 11022 |
| HCG043 | 11023 | 11060 |
| HCG043 | 11085 | 11130 |
| HCG043 | 11143 | 11176 |
| HCG043 | 11201 | 11247 |
| HCG043 | 11259 | 11292 |
| HCG043 | 11315 | 11364 |
| HCG043 | 11452 | 11504 |
| HCG043 | 11514 | 11546 |
| HCG043 | 11565 | 11613 |
| HCG043 | 11614 | 11646 |
| HCG043 | 11674 | 11715 |
| HCG043 | 11734 | 11776 |
| HCG043 | 11787 | 11819 |
| HCG043 | 11840 | 11878 |
| HCG043 | 11909 | 11945 |
| HCG043 | 11956 | 11989 |
| HCG043 | 12010 | 12048 |
| HCG043 | 12059 | 12093 |
| HCG043 | 12114 | 12153 |
| HCG043 | 12166 | 12197 |
| HCG043 | 12218 | 12257 |
| HCG043 | 12270 | 12302 |
| HCG043 | 12325 | 12362 |
| HCG043 | 12409 | 12439 |
| HCG043 | 12449 | 12496 |
| HCG043 | 12505 | 12524 |
| HCG043 | 12545 | 12582 |
| HCG043 | 12583 | 12610 |
| HCG043 | 12611 | 12636 |
| HCG043 | 12653 | 12674 |
| HCG043 | 12683 | 12718 |
| HCG043 | 12727 | 12749 |
| HCG043 | 12802 | 12837 |
| HCG043 | 12865 | 12905 |
| HCG043 | 12957 | 12994 |
| HCG043 | 12995 | 13018 |
| HCG043 | 13046 | 13085 |
| HCG043 | 13123 | 13167 |
| HCG043 | 13186 | 13227 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 13259 | 13279 |
| HCG043 | 13280 | 13295 |
| HCG043 | 13296 | 13305 |
| HCG043 | 13306 | 13323 |
| HCG043 | 13324 | 13348 |
| HCG043 | 13349 | 13374 |
| HCG043 | 13375 | 13394 |
| HCG043 | 13395 | 13417 |
| HCG043 | 13418 | 13443 |
| HCG043 | 13444 | 13468 |
| HCG043 | 13469 | 13491 |
| HCG043 | 13492 | 13522 |
| HCG043 | 13523 | 13546 |
| HCG043 | 13547 | 13571 |
| HCG043 | 13572 | 13599 |
| HCG043 | 13600 | 13626 |
| HCG043 | 13627 | 13651 |
| HCG043 | 13652 | 13665 |
| HCG043 | 13666 | 13687 |
| HCG043 | 13688 | 13704 |
| HCG043 | 13705 | 13718 |
| HCG043 | 13719 | 13736 |
| HCG043 | 13737 | 13754 |
| HCG043 | 13755 | 13772 |
| HCG043 | 13773 | 13787 |
| HCG043 | 13788 | 13803 |
| HCG043 | 13804 | 13819 |
| HCG043 | 13820 | 13836 |
| HCG043 | 13837 | 13853 |
| HCG043 | 13854 | 13876 |
| HCG043 | 13877 | 13895 |
| HCG043 | 13896 | 13917 |
| HCG043 | 13918 | 13938 |
| HCG043 | 14332 | 14373 |
| HCG043 | 14374 | 14421 |
| HCG043 | 14422 | 14475 |
| HCG043 | 14476 | 14521 |
| HCG043 | 14522 | 14555 |
| HCG043 | 14556 | 14590 |
| HCG043 | 14591 | 14627 |
| HCG043 | 14628 | 14667 |
| HCG043 | 14668 | 14708 |
| HCG043 | 14709 | 14747 |
| HCG043 | 14748 | 14786 |
| HCG043 | 14787 | 14824 |
| HCG043 | 14825 | 14869 |
| HCG043 | 14870 | 14917 |
| HCG043 | 14918 | 14962 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 14963 | 15004 |
| HCG043 | 15005 | 15050 |
| HCG043 | 15051 | 15096 |
| HCG043 | 15097 | 15140 |
| HCG043 | 15141 | 15174 |
| HCG043 | 15175 | 15208 |
| HCG043 | 15209 | 15239 |
| HCG043 | 15240 | 15276 |
| HCG043 | 15277 | 15310 |
| HCG043 | 15311 | 15344 |
| HCG043 | 15345 | 15384 |
| HCG043 | 15385 | 15428 |
| HCG043 | 15429 | 15461 |
| HCG043 | 15462 | 15508 |
| HCG043 | 15509 | 15550 |
| HCG043 | 15551 | 15592 |
| HCG043 | 16514 | 16602 |
| HCG043 | 16776 | 16839 |
| HCG043 | 16840 | 16902 |
| HCG043 | 16903 | 16962 |
| HCG043 | 16963 | 17003 |
| HCG043 | 17121 | 17190 |
| HCG043 | 17191 | 17207 |
| HCG043 | 17208 | 17228 |
| HCG043 | 17229 | 17248 |
| HCG043 | 17249 | 17269 |
| HCG043 | 17270 | 17357 |
| HCG043 | 17358 | 17381 |
| HCG043 | 17382 | 17405 |
| HCG043 | 17406 | 17429 |
| HCG043 | 17430 | 17453 |
| HCG043 | 17454 | 17477 |
| HCG043 | 17478 | 17501 |
| HCG043 | 17502 | 17525 |
| HCG043 | 17526 | 17546 |
| HCG043 | 17547 | 17613 |
| HCG043 | 17614 | 17676 |
| HCG043 | 17677 | 17696 |
| HCG043 | 17697 | 17718 |
| HCG043 | 17719 | 17740 |
| HCG043 | 17741 | 17761 |
| HCG043 | 17762 | 17777 |
| HCG043 | 17778 | 17797 |
| HCG043 | 17798 | 17817 |
| HCG043 | 17818 | 17837 |
| HCG043 | 17838 | 17857 |
| HCG043 | 17858 | 17878 |
| HCG043 | 17879 | 17899 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG043 | 17900 | 17920 |
| HCG043 | 17921 | 17941 |
| HCG043 | 17942 | 17967 |
| HCG043 | 17968 | 17988 |
| HCG043 | 17989 | 18007 |
| HCG043 | 18008 | 18028 |
| HCG030 | 1781 | 1781 |
| HCG060 | 47 | 47 |
| HCG060 | 48 | 48 |
| HCG060 | 51 | 51 |
| HCG060 | 53 | 53 |
| HCG060 | 55 | 55 |
| HCG060 | 56 | 56 |
| HCG060 | 57 | 57 |
| HCG060 | 59 | 59 |
| HCG060 | 60 | 60 |
| HCG060 | 63 | 63 |
| HCG060 | 64 | 64 |
| HCG060 | 65 | 65 |
| HCG060 | 66 | 66 |
| HCG060 | 67 | 67 |
| HCG060 | 68 | 68 |
| HCG060 | 69 | 69 |
| HCG060 | 70 | 70 |
| HCG060 | 71 | 71 |
| HCG060 | 72 | 72 |
| HCG060 | 73 | 73 |
| HCG060 | 74 | 74 |
| HCG060 | 75 | 75 |
| HCG060 | 76 | 76 |
| HCG060 | 77 | 77 |
| HCG060 | 78 | 78 |
| HCG060 | 79 | 79 |
| HCG060 | 80 | 80 |
| HCG060 | 81 | 81 |
| HCG060 | 82 | 82 |
| HCG060 | 83 | 83 |
| HCG060 | 84 | 84 |
| HCG060 | 85 | 85 |
| HCG060 | 86 | 86 |
| HCG060 | 87 | 87 |
| HCG060 | 88 | 88 |
| HCG060 | 154 | 239 |
| HCG060 | 240 | 325 |
| HCG060 | 403 | 423 |
| SNL014 | 7054 | 7054 |
| SNL073 | 8627 | 8627 |
| SNL073 | 13391 | 13391 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL074 | 8627 | 8627 |
| SNL074 | 13391 | 13391 |
| SNL102 | 12490 | 12490 |
| HCG013 | 18346 | 18351 |
| HCG013 | 18352 | 18360 |
| HCG016 | 135 | 169 |
| HCG016 | 178 | 213 |
| HCG016 | 1156 | 1243 |
| HCG016 | 1244 | 1283 |
| HCG016 | 5582 | 5613 |
| HCG016 | 5614 | 5642 |
| HCG016 | 5643 | 5675 |
| HCG016 | 5676 | 5706 |
| HCG016 | 5707 | 5740 |
| HCG016 | 5741 | 5775 |
| HCG016 | 5776 | 5808 |
| HCG016 | 5809 | 5838 |
| HCG016 | 5917 | 5951 |
| HCG016 | 5952 | 5986 |
| HCG016 | 5987 | 6014 |
| HCG016 | 6015 | 6042 |
| HCG016 | 6043 | 6070 |
| HCG016 | 6071 | 6097 |
| HCG016 | 6107 | 6133 |
| HCG016 | 6143 | 6169 |
| HCG016 | 6170 | 6195 |
| HCG016 | 6196 | 6222 |
| HCG016 | 6223 | 6246 |
| HCG016 | 6257 | 6284 |
| HCG016 | 6285 | 6312 |
| HCG016 | 6313 | 6338 |
| HCG016 | 6339 | 6365 |
| HCG016 | 6376 | 6400 |
| HCG016 | 6409 | 6427 |
| HCG016 | 6428 | 6455 |
| HCG016 | 6456 | 6480 |
| HCG016 | 6481 | 6510 |
| HCG016 | 7519 | 7519 |
| HCG016 | 7520 | 7520 |
| HCG016 | 7521 | 7521 |
| HCG017 | 1694 | 1724 |
| HCG017 | 1725 | 1756 |
| HCG017 | 1757 | 1778 |
| HCG017 | 5560 | 5609 |
| HCG017 | 5610 | 5648 |
| HCG017 | 5649 | 5685 |
| HCG017 | 5686 | 5733 |
| HCG017 | 5734 | 5759 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG017 | 5760 | 5783 |
| HCG017 | 5784 | 5805 |
| HCG017 | 5806 | 5829 |
| HCG017 | 5830 | 5855 |
| HCG017 | 5856 | 5882 |
| HCG017 | 5883 | 5930 |
| HCG017 | 5931 | 5969 |
| HCG017 | 5970 | 6008 |
| HCG017 | 6067 | 6105 |
| HCG017 | 6106 | 6152 |
| HCG017 | 6153 | 6205 |
| HCG017 | 6206 | 6254 |
| HCG017 | 6255 | 6296 |
| HCG017 | 6297 | 6336 |
| HCG017 | 6337 | 6374 |
| HCG017 | 6375 | 6399 |
| HCG017 | 6400 | 6427 |
| HCG017 | 6428 | 6457 |
| HCG017 | 6458 | 6481 |
| HCG017 | 6482 | 6504 |
| HCG017 | 6505 | 6527 |
| HCG017 | 6528 | 6552 |
| HCG017 | 6607 | 6695 |
| HCG017 | 6696 | 6735 |
| HCG017 | 6806 | 6891 |
| HCG017 | 6985 | 7003 |
| HCG017 | 7004 | 7051 |
| HCG017 | 7052 | 7087 |
| HCG017 | 7088 | 7114 |
| HCG017 | 7186 | 7226 |
| HCG017 | 7236 | 7280 |
| HCG017 | 7281 | 7318 |
| HCG017 | 7347 | 7388 |
| HCG017 | 7398 | 7445 |
| HCG017 | 7446 | 7485 |
| HCG017 | 7495 | 7539 |
| HCG017 | 7540 | 7582 |
| HCG017 | 7613 | 7657 |
| HCG017 | 7658 | 7683 |
| HCG017 | 7684 | 7706 |
| HCG017 | 7707 | 7751 |
| HCG017 | 7782 | 7823 |
| HCG017 | 7824 | 7864 |
| HCG017 | 7895 | 7940 |
| HCG017 | 7941 | 7977 |
| HCG017 | 7988 | 8035 |
| HCG017 | 8086 | 8139 |
| HCG017 | 8140 | 8177 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG017 | 8190 | 8235 |
| HCG017 | 8236 | 8269 |
| HCG017 | 8282 | 8328 |
| HCG017 | 8329 | 8362 |
| HCG017 | 8374 | 8423 |
| HCG017 | 8463 | 8515 |
| HCG017 | 8516 | 8548 |
| HCG017 | 8558 | 8606 |
| HCG017 | 8607 | 8639 |
| HCG017 | 8649 | 8690 |
| HCG017 | 8709 | 8751 |
| HCG017 | 8752 | 8784 |
| HCG017 | 8795 | 8833 |
| HCG017 | 8854 | 8890 |
| HCG017 | 8891 | 8924 |
| HCG017 | 8935 | 8973 |
| HCG017 | 8974 | 9008 |
| HCG017 | 9019 | 9058 |
| HCG017 | 9059 | 9090 |
| HCG018 | 1 | 40 |
| HCG018 | 41 | 73 |
| HCG018 | 85 | 122 |
| HCG018 | 141 | 171 |
| HCG018 | 181 | 228 |
| HCG018 | 229 | 248 |
| HCG018 | 259 | 296 |
| HCG018 | 297 | 324 |
| HCG018 | 325 | 350 |
| HCG018 | 367 | 402 |
| HCG018 | 411 | 433 |
| HCG018 | 460 | 495 |
| HCG018 | 523 | 563 |
| HCG018 | 606 | 643 |
| HCG018 | 644 | 667 |
| HCG018 | 686 | 725 |
| HCG018 | 754 | 798 |
| HCG018 | 808 | 849 |
| HCG018 | 939 | 959 |
| HCG018 | 960 | 980 |
| HCG018 | 981 | 996 |
| HCG018 | 998 | 1007 |
| HCG018 | 1008 | 1017 |
| HCG018 | 1018 | 1035 |
| HCG018 | 1036 | 1053 |
| HCG018 | 1054 | 1078 |
| HCG018 | 1079 | 1104 |
| HCG018 | 1105 | 1130 |
| HCG018 | 1131 | 1150 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG018 | 1151 | 1170 |
| HCG018 | 1171 | 1190 |
| HCG018 | 1191 | 1213 |
| HCG018 | 1214 | 1239 |
| HCG018 | 1240 | 1264 |
| HCG018 | 1265 | 1287 |
| HCG018 | 1288 | 1318 |
| HCG018 | 1319 | 1342 |
| HCG018 | 1343 | 1367 |
| HCG018 | 1368 | 1395 |
| HCG018 | 1396 | 1422 |
| HCG018 | 1423 | 1447 |
| HCG018 | 1448 | 1461 |
| HCG018 | 1462 | 1483 |
| HCG018 | 1484 | 1505 |
| HCG018 | 1506 | 1522 |
| HCG018 | 1523 | 1539 |
| HCG018 | 1540 | 1553 |
| HCG018 | 1554 | 1567 |
| HCG018 | 1568 | 1585 |
| HCG018 | 1586 | 1603 |
| HCG018 | 1604 | 1619 |
| HCG018 | 1620 | 1635 |
| HCG018 | 1636 | 1652 |
| HCG018 | 1653 | 1669 |
| HCG018 | 1670 | 1692 |
| HCG018 | 1693 | 1711 |
| HCG018 | 1712 | 1733 |
| HCG018 | 1734 | 1754 |
| HCG018 | 1939 | 1986 |
| HCG018 | 1987 | 2040 |
| HCG018 | 2041 | 2086 |
| HCG018 | 2087 | 2120 |
| HCG018 | 2121 | 2155 |
| HCG018 | 2156 | 2192 |
| HCG018 | 2193 | 2232 |
| HCG018 | 2233 | 2273 |
| HCG018 | 2274 | 2312 |
| HCG018 | 2313 | 2350 |
| HCG018 | 2351 | 2395 |
| HCG018 | 2396 | 2443 |
| HCG018 | 2444 | 2488 |
| HCG018 | 2489 | 2530 |
| HCG018 | 2531 | 2576 |
| HCG018 | 2577 | 2622 |
| HCG018 | 2623 | 2666 |
| HCG018 | 2667 | 2700 |
| HCG018 | 2701 | 2734 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG018 | 2735 | 2765 |
| HCG018 | 2766 | 2802 |
| HCG018 | 2803 | 2836 |
| HCG018 | 2837 | 2870 |
| HCG018 | 2871 | 2910 |
| HCG018 | 2911 | 2943 |
| HCG018 | 2944 | 2990 |
| HCG018 | 2991 | 3032 |
| HCG018 | 3430 | 3518 |
| HCG018 | 3521 | 3584 |
| HCG018 | 3667 | 3752 |
| HCG018 | 3768 | 3784 |
| HCG018 | 3785 | 3805 |
| HCG018 | 3806 | 3825 |
| HCG018 | 3826 | 3846 |
| HCG018 | 3847 | 3923 |
| HCG018 | 3924 | 4011 |
| HCG018 | 4012 | 4035 |
| HCG018 | 4036 | 4059 |
| HCG018 | 4060 | 4083 |
| HCG018 | 4084 | 4104 |
| HCG018 | 4105 | 4171 |
| HCG018 | 4172 | 4191 |
| HCG018 | 4192 | 4213 |
| HCG018 | 4214 | 4234 |
| HCG018 | 4235 | 4250 |
| HCG018 | 4251 | 4270 |
| HCG018 | 4271 | 4290 |
| HCG018 | 4291 | 4311 |
| HCG018 | 4312 | 4332 |
| HCG018 | 4333 | 4358 |
| HCG018 | 4359 | 4377 |
| HCG018 | 4380 | 4400 |
| OSE116 | 1902 | 1902 |
| OSE116 | 1903 | 1903 |
| OSE116 | 2065 | 2065 |
| OSE116 | 2111 | 2111 |
| OSE116 | 2366 | 2366 |
| OSE116 | 2408 | 2408 |
| OSE116 | 2645 | 2645 |
| OSE116 | 2691 | 2691 |
| OSE116 | 2830 | 2830 |
| OSE116 | 2878 | 2878 |
| OSE116 | 2974 | 2974 |
| OSE116 | 3029 | 3029 |
| OSE116 | 3137 | 3137 |
| OSE116 | 3229 | 3229 |
| OSE116 | 3291 | 3291 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE116 | 3325 | 3325 |
| OSE116 | 3393 | 3393 |
| OSE116 | 3487 | 3487 |
| OSE116 | 3533 | 3533 |
| OSE116 | 3576 | 3576 |
| OSE116 | 3671 | 3671 |
| OSE116 | 3771 | 3771 |
| OSE116 | 3821 | 3821 |
| OSE116 | 3855 | 3855 |
| OSE116 | 3923 | 3923 |
| OSE116 | 4074 | 4074 |
| OSE116 | 4127 | 4127 |
| OSE116 | 4165 | 4165 |
| OSE116 | 4235 | 4235 |
| OSE116 | 4333 | 4333 |
| OSE116 | 4382 | 4382 |
| OSE116 | 4419 | 4419 |
| OSE116 | 4488 | 4488 |
| OSE116 | 4572 | 4572 |
| OSE116 | 4612 | 4612 |
| OSE116 | 4692 | 4692 |
| OSE116 | 4734 | 4734 |
| OSE116 | 4820 | 4820 |
| OSE116 | 4856 | 4856 |
| OSE116 | 4898 | 4898 |
| OSE116 | 4993 | 4993 |
| OSE116 | 5071 | 5071 |
| OSE116 | 5116 | 5116 |
| OSE116 | 5143 | 5143 |
| OSE116 | 5221 | 5221 |
| OSE116 | 5295 | 5295 |
| OSE116 | 5331 | 5331 |
| OSE116 | 5375 | 5375 |
| OSE116 | 5463 | 5463 |
| OSE116 | 5541 | 5541 |
| OSE137 | 1193 | 1193 |
| OSE137 | 1194 | 1194 |
| OSE137 | 1356 | 1356 |
| OSE137 | 1402 | 1402 |
| OSE137 | 1657 | 1657 |
| OSE137 | 1699 | 1699 |
| OSE137 | 1936 | 1936 |
| OSE137 | 1982 | 1982 |
| OSE137 | 2121 | 2121 |
| OSE137 | 2169 | 2169 |
| OSE137 | 2265 | 2265 |
| OSE137 | 2320 | 2320 |
| OSE137 | 2428 | 2428 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE137 | 2520 | 2520 |
| OSE137 | 2582 | 2582 |
| OSE137 | 2616 | 2616 |
| OSE137 | 2684 | 2684 |
| OSE137 | 2778 | 2778 |
| OSE137 | 2824 | 2824 |
| OSE137 | 2867 | 2867 |
| OSE137 | 2962 | 2962 |
| OSE137 | 3062 | 3062 |
| OSE137 | 3112 | 3112 |
| OSE137 | 3146 | 3146 |
| OSE137 | 3214 | 3214 |
| OSE137 | 3365 | 3365 |
| OSE137 | 3418 | 3418 |
| OSE137 | 3456 | 3456 |
| OSE137 | 3526 | 3526 |
| OSE137 | 3624 | 3624 |
| OSE137 | 3673 | 3673 |
| OSE137 | 3710 | 3710 |
| OSE137 | 3779 | 3779 |
| OSE137 | 3863 | 3863 |
| OSE137 | 3903 | 3903 |
| OSE137 | 3944 | 3944 |
| OSE137 | 4025 | 4025 |
| OSE137 | 4111 | 4111 |
| OSE137 | 4147 | 4147 |
| OSE137 | 4189 | 4189 |
| OSE137 | 4284 | 4284 |
| OSE137 | 4362 | 4362 |
| OSE137 | 4407 | 4407 |
| OSE137 | 4434 | 4434 |
| OSE137 | 4512 | 4512 |
| OSE137 | 4586 | 4586 |
| OSE137 | 4622 | 4622 |
| OSE137 | 4666 | 4666 |
| OSE137 | 4754 | 4754 |
| OSE137 | 4832 | 4832 |
| OSE137 | 4871 | 4871 |
| OSE137 | 4905 | 4905 |
| OSE137 | 4973 | 4973 |
| OSE137 | 5053 | 5053 |
| OSE137 | 5095 | 5095 |
| OSE137 | 5129 | 5129 |
| OSE137 | 5197 | 5197 |
| OSE138 | 5 | 5 |
| OSE138 | 44 | 44 |
| OSE138 | 75 | 75 |
| OSE138 | 137 | 137 |

181

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE138 | 213 | 213 |
| OSE138 | 250 | 250 |
| OSE138 | 276 | 276 |
| OSE138 | 352 | 352 |
| OSE138 | 390 | 390 |
| OSE138 | 464 | 464 |
| OSE138 | 498 | 498 |
| OSE138 | 574 | 574 |
| OSE138 | 608 | 608 |
| OSE138 | 752 | 752 |
| OSE248 | 1893 | 1893 |
| OSE248 | 1894 | 1894 |
| OSE248 | 2056 | 2056 |
| OSE248 | 2102 | 2102 |
| OSE248 | 2357 | 2357 |
| OSE248 | 2636 | 2636 |
| OSE248 | 2682 | 2682 |
| OSE248 | 2821 | 2821 |
| OSE248 | 2869 | 2869 |
| OSE248 | 2965 | 2965 |
| OSE248 | 3020 | 3020 |
| OSE248 | 3128 | 3128 |
| OSE248 | 3220 | 3220 |
| OSE248 | 3282 | 3282 |
| OSE248 | 3316 | 3316 |
| OSE248 | 3384 | 3384 |
| OSE248 | 3478 | 3478 |
| OSE248 | 3524 | 3524 |
| OSE248 | 3567 | 3567 |
| OSE248 | 3662 | 3662 |
| OSE248 | 3762 | 3762 |
| OSE248 | 3812 | 3812 |
| OSE248 | 3846 | 3846 |
| OSE248 | 3914 | 3914 |
| OSE248 | 4065 | 4065 |
| OSE248 | 4118 | 4118 |
| OSE248 | 4156 | 4156 |
| OSE248 | 4226 | 4226 |
| OSE248 | 4324 | 4324 |
| OSE248 | 4373 | 4373 |
| OSE248 | 4410 | 4410 |
| OSE248 | 4479 | 4479 |
| OSE248 | 4563 | 4563 |
| OSE248 | 4603 | 4603 |
| OSE248 | 4644 | 4644 |
| OSE248 | 4725 | 4725 |
| OSE248 | 4811 | 4811 |
| OSE248 | 4847 | 4847 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE248 | 4889 | 4889 |
| OSE248 | 4984 | 4984 |
| OSE248 | 5062 | 5062 |
| OSE248 | 5107 | 5107 |
| OSE248 | 5134 | 5134 |
| OSE248 | 5212 | 5212 |
| OSE248 | 5286 | 5286 |
| OSE248 | 5322 | 5322 |
| OSE248 | 5366 | 5366 |
| OSE248 | 5454 | 5454 |
| OSE248 | 5532 | 5532 |
| OSE470 | 4411 | 4411 |
| OSE470 | 4412 | 4412 |
| OSE470 | 4576 | 4576 |
| OSE470 | 4622 | 4622 |
| OSE470 | 4879 | 4879 |
| OSE470 | 4921 | 4921 |
| OSE470 | 5159 | 5159 |
| OSE470 | 5205 | 5205 |
| OSE470 | 5345 | 5345 |
| OSE470 | 5393 | 5393 |
| OSE470 | 5490 | 5490 |
| OSE681 | 3801 | 3801 |
| OSE681 | 3802 | 3802 |
| OSE681 | 3966 | 3966 |
| OSE681 | 4012 | 4012 |
| OSE681 | 4269 | 4269 |
| OSE681 | 4311 | 4311 |
| OSE681 | 4549 | 4549 |
| OSE681 | 4595 | 4595 |
| OSE681 | 4735 | 4735 |
| OSE681 | 4783 | 4783 |
| OSE681 | 4880 | 4880 |
| OSE681 | 4935 | 4935 |
| OSE681 | 5044 | 5044 |
| OSE681 | 5137 | 5137 |
| OSE681 | 5199 | 5199 |
| OSE681 | 5233 | 5233 |
| OSE681 | 5302 | 5302 |
| OSE681 | 5397 | 5397 |
| OSE681 | 5443 | 5443 |
| OSE681 | 5487 | 5487 |
| OSE681 | 5583 | 5583 |
| OSE681 | 5684 | 5684 |
| OSE681 | 5735 | 5735 |
| OSE681 | 5770 | 5770 |
| OSE681 | 5839 | 5839 |
| OSE681 | 5991 | 5991 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE681 | 6045 | 6045 |
| OSE681 | 6083 | 6083 |
| OSE681 | 6154 | 6154 |
| OSE681 | 6253 | 6253 |
| OSE681 | 6303 | 6303 |
| OSE681 | 6340 | 6340 |
| OSE681 | 6410 | 6410 |
| OSE681 | 6495 | 6495 |
| OSE681 | 6536 | 6536 |
| OSE681 | 6577 | 6577 |
| OSE681 | 6659 | 6659 |
| OSE681 | 6746 | 6746 |
| OSE681 | 6782 | 6782 |
| OSE681 | 6824 | 6824 |
| OSE682 | 96 | 96 |
| OSE682 | 175 | 175 |
| OSE682 | 190 | 197 |
| OSE682 | 221 | 221 |
| OSE682 | 249 | 249 |
| OSE682 | 328 | 328 |
| OSE682 | 403 | 403 |
| OSE682 | 440 | 440 |
| OSE682 | 485 | 485 |
| OSE682 | 574 | 574 |
| OSE682 | 653 | 653 |
| OSE682 | 693 | 693 |
| OSE682 | 718 | 718 |
| OSE682 | 727 | 727 |
| OSE682 | 786 | 786 |
| OSE682 | 796 | 796 |
| OSE682 | 877 | 877 |
| OSE682 | 919 | 919 |
| OSE682 | 944 | 944 |
| OSE682 | 953 | 953 |
| OSE682 | 1012 | 1012 |
| OSE682 | 1022 | 1022 |
| OSE682 | 1086 | 1090 |
| OSE682 | 1103 | 1103 |
| OSE682 | 1126 | 1130 |
| OSE682 | 1143 | 1143 |
| OSE682 | 1174 | 1174 |
| OSE682 | 1227 | 1227 |
| OSE682 | 1237 | 1237 |
| OSE682 | 1314 | 1314 |
| OSE682 | 1352 | 1352 |
| OSE682 | 1378 | 1378 |
| OSE682 | 1455 | 1455 |
| OSE682 | 1456 | 1459 |

184

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE682 | 1493 | 1493 |
| OSE682 | 1531 | 1534 |
| OSE682 | 1568 | 1568 |
| OSE682 | 1593 | 1593 |
| OSE682 | 1602 | 1602 |
| OSE682 | 1679 | 1679 |
| OSE682 | 1713 | 1713 |
| OSE682 | 1858 | 1858 |
| OSE019 | 31388 | 31388 |
| OSE117 | 39 | 39 |
| OSE117 | 73 | 73 |
| OSE117 | 141 | 141 |
| OSE117 | 221 | 221 |
| OSE117 | 263 | 263 |
| OSE117 | 297 | 297 |
| OSE117 | 365 | 365 |
| OSE117 | 445 | 445 |
| OSE117 | 484 | 484 |
| OSE117 | 515 | 515 |
| OSE117 | 577 | 577 |
| OSE117 | 653 | 653 |
| OSE117 | 690 | 690 |
| OSE117 | 792 | 792 |
| OSE117 | 830 | 830 |
| OSE117 | 904 | 904 |
| OSE117 | 938 | 938 |
| OSE117 | 1014 | 1014 |
| OSE117 | 1048 | 1048 |
| OSE117 | 1192 | 1192 |
| OSE471 | 54 | 54 |
| OSE471 | 163 | 163 |
| OSE471 | 256 | 256 |
| OSE471 | 318 | 318 |
| OSE471 | 352 | 352 |
| OSE471 | 421 | 421 |
| OSE471 | 516 | 516 |
| OSE471 | 562 | 562 |
| OSE471 | 702 | 702 |
| OSE471 | 803 | 803 |
| OSE471 | 854 | 854 |
| OSE471 | 889 | 889 |
| OSE471 | 958 | 958 |
| OSE471 | 1110 | 1110 |
| OSE471 | 1164 | 1164 |
| OSE471 | 1202 | 1202 |
| OSE471 | 1273 | 1273 |
| OSE471 | 1372 | 1372 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE471 | 1422 | 1422 |
| OSE471 | 1459 | 1459 |
| OSE471 | 1529 | 1529 |
| OSE471 | 1614 | 1614 |
| OSE471 | 1655 | 1655 |
| OSE471 | 1736 | 1736 |
| OSE471 | 1778 | 1778 |
| OSE471 | 1865 | 1865 |
| OSE471 | 1901 | 1901 |
| OSE471 | 1943 | 1943 |
| OSE471 | 2039 | 2039 |
| OSE471 | 2118 | 2118 |
| OSE471 | 2164 | 2164 |
| OSE471 | 2192 | 2192 |
| OSE471 | 2271 | 2271 |
| OSE471 | 2346 | 2346 |
| OSE471 | 2383 | 2383 |
| OSE471 | 2428 | 2428 |
| OSE471 | 2517 | 2517 |
| OSE471 | 2596 | 2596 |
| OSE471 | 2636 | 2636 |
| OSE471 | 2670 | 2670 |
| OSE471 | 2739 | 2739 |
| OSE471 | 2820 | 2820 |
| OSE471 | 2896 | 2896 |
| OSE471 | 2965 | 2965 |
| OSE471 | 3046 | 3046 |
| OSE471 | 3086 | 3086 |
| OSE471 | 3117 | 3117 |
| OSE471 | 3180 | 3180 |
| OSE471 | 3257 | 3257 |
| OSE471 | 3295 | 3295 |
| OSE471 | 3321 | 3321 |
| OSE471 | 3436 | 3436 |
| OSE471 | 3511 | 3511 |
| OSE471 | 3545 | 3545 |
| OSE471 | 3622 | 3622 |
| OSE471 | 3656 | 3656 |
| OSE471 | 3801 | 3801 |
| OSE249 | 11 | 11 |
| OSE249 | 45 | 45 |
| OSE249 | 113 | 113 |
| OSE249 | 193 | 193 |
| OSE249 | 235 | 235 |
| OSE249 | 269 | 269 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE249 | 337 | 337 |
| OSE249 | 417 | 417 |
| OSE249 | 456 | 456 |
| OSE249 | 487 | 487 |
| OSE249 | 549 | 549 |
| OSE249 | 625 | 625 |
| OSE249 | 662 | 662 |
| OSE249 | 688 | 688 |
| OSE249 | 764 | 764 |
| OSE249 | 802 | 802 |
| OSE249 | 876 | 876 |
| OSE249 | 910 | 910 |
| OSE249 | 986 | 986 |
| OSE249 | 1020 | 1020 |
| OSE249 | 1164 | 1164 |
| C1M001 | 7 | 26 |
| C1R001 | 89 | 131 |
| C1R001 | 149 | 188 |
| C1R001 | 218 | 259 |
| C1R001 | 295 | 332 |
| C1R001 | 345 | 385 |
| C1R001 | 415 | 459 |
| C1R001 | 491 | 530 |
| C1R001 | 533 | 577 |
| C1R001 | 585 | 622 |
| C1R001 | 654 | 694 |
| C1R001 | 727 | 768 |
| C1R001 | 771 | 793 |
| C1R001 | 810 | 835 |
| C1R001 | 847 | 870 |
| C1R001 | 901 | 924 |
| C1R001 | 958 | 984 |
| C1R001 | 1032 | 1057 |
| C1T001 | 1847 | 1880 |
| EPC023 | 89021 | 89054 |
| EPC023 | 92950 | 92983 |
| EPC023 | 127260 | 127293 |
| EPC023 | 217768 | 217801 |
| EPC023 | 217959 | 217992 |
| EPC023 | 282622 | 282655 |
| EPC023 | 282788 | 282821 |
| OSE020 | 10366 | 10366 |
| OSE020 | 50726 | 50726 |
| LAL076 | 10671 | 10684 |
| LAL076 | 16866 | 16866 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| LAL076 | 16914 | 16914 |
| LAL183 | 15905 | 15905 |
| LAL183 | 15922 | 15922 |
| LAL183 | 15970 | 15970 |
| LAL183 | 15987 | 15987 |
| C1M003 | 342 | 361 |
| EPE006 | 9848 | 9869 |
| EPE033 | 3351 | 3372 |
| EPE065 | 5161 | 5182 |
| EPE065 | 6401 | 6422 |
| EPE075 | 6816 | 6837 |
| C3E014 | 180 | 189 |
| C3E020 | 2 | 20 |
| IGS672 | 49934 | 49966 |
| IGS672 | 50492 | 50523 |
| HSE004 | 130 | 137 |
| LAL076 | 10657 | 10670 |
| LAL179 | 66187 | 66207 |
| LAL179 | 66208 | 66228 |
| LAL180 | 1868 | 1895 |
| LAL180 | 1896 | 1923 |
| LAL180 | 1935 | 1959 |
| LAL180 | 1960 | 1984 |
| LAL180 | 1998 | 2017 |
| LAL180 | 2018 | 2037 |
| LAL180 | 2046 | 2059 |
| LAL180 | 2060 | 2073 |
| LAL180 | 2099 | 2112 |
| LAL180 | 2123 | 2140 |
| LAL180 | 2141 | 2158 |
| LAL180 | 2186 | 2201 |
| LAL180 | 2212 | 2234 |
| LAL180 | 2235 | 2257 |
| LAL180 | 2269 | 2290 |
| LAL180 | 2291 | 2312 |
| LAL180 | 2890 | 2910 |
| LAL180 | 2911 | 2931 |
| LAL180 | 6817 | 6833 |
| LAL180 | 7196 | 7228 |
| LAL180 | 7229 | 7261 |
| LAL180 | 7325 | 7358 |
| LAL184 | 1507 | 1525 |
| LAL184 | 1547 | 1565 |
| LAL186 | 1475 | 1475 |
| LAL186 | 1491 | 1491 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| LAL186 | 3665 | 3678 |
| LAL186 | 4008 | 4021 |
| LAL186 | 4968 | 4995 |
| LAL186 | 6444 | 6462 |
| LAL186 | 6761 | 6782 |
| LAL186 | 6815 | 6837 |
| LAL186 | 7077 | 7110 |
| LAL186 | 7136 | 7151 |
| LAL186 | 7423 | 7440 |
| LAL186 | 8379 | 8398 |
| LAL186 | 10061 | 10085 |
| LAL186 | 10386 | 10418 |
| LAL186 | 14872 | 14903 |
| LAL186 | 21490 | 21506 |
| LAL241 | 30052 | 30068 |
| LAL241 | 42799 | 42817 |
| EPF012 | 510 | 542 |
| EPF012 | 855 | 888 |
| EPF012 | 1024 | 1046 |
| EPF012 | 1092 | 1133 |
| EPF012 | 1341 | 1381 |
| EPF012 | 1492 | 1532 |
| EPF012 | 2551 | 2592 |
| EPF118 | 55 | 92 |
| EPF118 | 116 | 148 |
| EPF129 | 75 | 115 |
| EPF129 | 502 | 539 |
| EPF129 | 579 | 612 |
| EPF129 | 1043 | 1068 |
| EPF129 | 1099 | 1140 |
| EPF129 | 1219 | 1251 |
| EPF129 | 1323 | 1345 |
| EPF129 | 1350 | 1390 |
| EPF129 | 1684 | 1721 |
| EPF129 | 1937 | 1978 |
| EPF133 | 263 | 304 |
| EPF133 | 395 | 432 |
| EPF139 | 554 | 587 |
| EPF139 | 792 | 832 |
| EPF139 | 837 | 878 |
| EPF139 | 1147 | 1184 |
| EPF139 | 1427 | 1449 |
| EPF139 | 1768 | 1793 |
| EPF139 | 1815 | 1855 |
| EPF139 | 1982 | 2014 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EPF139 | 2213 | 2250 |
| EPF139 | 2259 | 2300 |
| N2Y003 | 103 | 126 |
| S1I006 | 638 | 658 |
| HCG188 | 63501 | 63514 |
| HCG188 | 63515 | 63530 |
| HCG188 | 63604 | 63617 |
| HCG188 | 63618 | 63635 |
| HCG188 | 63636 | 63650 |
| HCG188 | 63651 | 63684 |
| HCG188 | 63685 | 63719 |
| HCG188 | 63720 | 63756 |
| HCG188 | 63757 | 63790 |
| HCG188 | 63791 | 63821 |
| HCG188 | 63822 | 63858 |
| HCG188 | 63859 | 63892 |
| HCG188 | 85760 | 85773 |
| HCG188 | 85774 | 85789 |
| HCG188 | 85837 | 85850 |
| HCG188 | 85851 | 85868 |
| HCG188 | 85869 | 85883 |
| HCG188 | 85884 | 85920 |
| HCG188 | 96325 | 96356 |
| HCG189 | 10586 | 10630 |
| HCG189 | 10648 | 10678 |
| HCG189 | 10764 | 10788 |
| HCG189 | 10790 | 10835 |
| HCG189 | 10967 | 10990 |
| HCG189 | 10992 | 11033 |
| HCG189 | 11078 | 11125 |
| HCG189 | 11129 | 11156 |
| HCG190 | 24104 | 24137 |
| HCG190 | 24199 | 24232 |
| HCG190 | 24233 | 24263 |
| HCG190 | 24264 | 24300 |
| HCG190 | 24301 | 24334 |
| HCG190 | 58578 | 58596 |
| HCG190 | 58681 | 58699 |
| HCG190 | 59497 | 59530 |
| HCG190 | 60129 | 60162 |
| HCG190 | 61184 | 61217 |
| HCG190 | 61218 | 61252 |
| HCG190 | 61338 | 61359 |
| HCG190 | 61512 | 61529 |
| HCG190 | 61761 | 61794 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG190 | 61795 | 61829 |
| HCG190 | 61915 | 61936 |
| HCG190 | 62089 | 62106 |
| HCG190 | 69569 | 69586 |
| HCG190 | 70033 | 70050 |
| HCG190 | 71866 | 71881 |
| HCG190 | 72772 | 72787 |
| HCG190 | 73183 | 73203 |
| HCG190 | 74156 | 74176 |
| HCG190 | 95591 | 95608 |
| HCG190 | 95611 | 95628 |
| HCG190 | 95831 | 95864 |
| HCG190 | 96522 | 96558 |
| HCG190 | 96680 | 96693 |
| HCG190 | 96695 | 96725 |
| HCG190 | 96827 | 96840 |
| HCG190 | 96854 | 96884 |
| HCG190 | 97091 | 97106 |
| HCG190 | 97210 | 97224 |
| HCG190 | 97690 | 97724 |
| HCG190 | 97726 | 97759 |
| HCG190 | 97761 | 97795 |
| HCG190 | 97798 | 97815 |
| HCG190 | 98013 | 98026 |
| HCG190 | 98044 | 98057 |
| HCG190 | 98059 | 98092 |
| HCG190 | 98274 | 98295 |
| HCG190 | 98510 | 98543 |
| HCG190 | 98545 | 98581 |
| HCG190 | 98886 | 98922 |
| HCG190 | 138386 | 138405 |
| HCG190 | 138586 | 138607 |
| HCG190 | 138638 | 138658 |
| HCG190 | 146314 | 146329 |
| HCG190 | 146461 | 146480 |
| HCG190 | 147414 | 147435 |
| HCG191 | 9610 | 9631 |
| HCG191 | 74151 | 74166 |
| HCG191 | 74184 | 74217 |
| HCG191 | 74319 | 74352 |
| HCG191 | 74356 | 74371 |
| HCG191 | 74477 | 74513 |
| HCG191 | 74612 | 74629 |
| HCG191 | 74719 | 74732 |
| HCG191 | 74748 | 74778 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG191 | 74888 | 74921 |
| HCG191 | 74974 | 74987 |
| HCG191 | 75415 | 75451 |
| HCG191 | 75516 | 75550 |
| HCG191 | 75661 | 75694 |
| HCG191 | 75920 | 75953 |
| HCG191 | 76314 | 76348 |
| HCG191 | 76512 | 76525 |
| HCG191 | 78947 | 78968 |
| HCG191 | 78977 | 79010 |
| HCG191 | 79040 | 79053 |
| HCG191 | 79055 | 79085 |
| HCG191 | 79352 | 79367 |
| HCG191 | 79369 | 79402 |
| HCG191 | 79436 | 79450 |
| HCG191 | 79460 | 79496 |
| HCG191 | 79554 | 79571 |
| HCG192 | 31191 | 31191 |
| HCG192 | 43998 | 44032 |
| HCG192 | 45131 | 45144 |
| HCG192 | 45720 | 45741 |
| HCG192 | 46960 | 46977 |
| HCG192 | 47343 | 47357 |
| HCG192 | 47368 | 47404 |
| HCG192 | 47583 | 47598 |
| HCG192 | 47602 | 47635 |
| HCG192 | 51397 | 51430 |
| HCG192 | 52213 | 52230 |
| HCG192 | 52232 | 52268 |
| HCG192 | 52293 | 52327 |
| HCG192 | 52361 | 52394 |
| HCG192 | 52441 | 52461 |
| HCG192 | 52468 | 52488 |
| HCG192 | 52502 | 52523 |
| HCG192 | 52574 | 52593 |
| HCG192 | 52614 | 52632 |
| HCG192 | 52641 | 52656 |
| HCG192 | 52660 | 52676 |
| HCG192 | 52752 | 52770 |
| HCG192 | 52792 | 52823 |
| HCG192 | 52854 | 52884 |
| HCG192 | 52886 | 52886 |
| HCG192 | 53043 | 53090 |
| HCG192 | 53308 | 53308 |
| HCG192 | 53753 | 53786 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG192 | 53788 | 53821 |
| HCG192 | 55153 | 55189 |
| HCG192 | 55223 | 55261 |
| HCG192 | 59665 | 59682 |
| HCG192 | 60201 | 60214 |
| HCG192 | 60314 | 60350 |
| HCG192 | 60353 | 60367 |
| HCG192 | 60781 | 60802 |
| HCG192 | 62510 | 62543 |
| HCG192 | 62550 | 62565 |
| HCG192 | 67609 | 67627 |
| HCG192 | 68065 | 68096 |
| HCG192 | 71508 | 71544 |
| HCG192 | 71782 | 71816 |
| HCG193 | 4487 | 4522 |
| HCG193 | 4971 | 4984 |
| HCG193 | 7978 | 8011 |
| HCG193 | 8023 | 8044 |
| HCG193 | 8214 | 8244 |
| HCG193 | 8247 | 8260 |
| HCG193 | 8515 | 8532 |
| HCG193 | 8809 | 8845 |
| HCG193 | 8997 | 9011 |
| HCG193 | 18285 | 18318 |
| HCG193 | 18320 | 18354 |
| HCG193 | 18365 | 18382 |
| HCG193 | 18384 | 18420 |
| HCG193 | 18496 | 18509 |
| HCG193 | 18544 | 18577 |
| HCG193 | 18580 | 18601 |
| HCG193 | 18659 | 18689 |
| HCG193 | 18692 | 18705 |
| HCG193 | 19104 | 19121 |
| HCG193 | 19130 | 19166 |
| HCG193 | 19169 | 19183 |
| HCG193 | 19218 | 19251 |
| HCG193 | 19254 | 19269 |
| HCG193 | 60287 | 60320 |
| HCG193 | 61175 | 61208 |
| HCG193 | 61447 | 61477 |
| HCG193 | 62002 | 62019 |
| HCG193 | 62101 | 62137 |
| HCG193 | 62206 | 62240 |
| HCG193 | 62452 | 62465 |
| HCG193 | 73470 | 73483 |
| HCG193 | 102880 | 102916 |
| HCG193 | 103861 | 103895 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG194 | 3722 | 3739 |
| HCG194 | 3749 | 3785 |
| HCG194 | 3912 | 3946 |
| HCG194 | 4058 | 4091 |
| HCG194 | 4707 | 4727 |
| HCG194 | 5127 | 5144 |
| HCG194 | 5859 | 5895 |
| HCG194 | 6329 | 6362 |
| HCG194 | 6517 | 6530 |
| HCG194 | 7696 | 7711 |
| HCG194 | 7716 | 7749 |
| HCG194 | 9775 | 9775 |
| HCG194 | 19339 | 19354 |
| HCG194 | 19442 | 19475 |
| HCG194 | 20127 | 20141 |
| HCG194 | 20166 | 20202 |
| HCG194 | 20504 | 20521 |
| HCG194 | 20840 | 20853 |
| HCG194 | 20857 | 20887 |
| HCG194 | 21285 | 21306 |
| HCG194 | 21310 | 21343 |
| HCG194 | 21567 | 21580 |
| HCG194 | 32439 | 32439 |
| IGS606 | 37788 | 37811 |
| IGS606 | 44663 | 44683 |
| IGS606 | 47094 | 47118 |
| IGS738 | 1825 | 1849 |
| SNL001 | 2538 | 2558 |
| SNL001 | 2771 | 2791 |
| SNL001 | 3447 | 3469 |
| SNL001 | 3528 | 3544 |
| SNL001 | 3547 | 3569 |
| SNL001 | 3573 | 3594 |
| SNL001 | 4244 | 4262 |
| SNL001 | 12583 | 12599 |
| SNL004 | 1133 | 1177 |
| SNL004 | 1685 | 1685 |
| SNL004 | 1701 | 1701 |
| SNL004 | 3473 | 3489 |
| SNL005 | 7436 | 7467 |
| SNL006 | 809 | 834 |
| SNL006 | 7564 | 7580 |
| SNL006 | 8928 | 8972 |
| SNL006 | 9361 | 9361 |
| SNL006 | 9378 | 9378 |
| SNL009 | 3812 | 3856 |
| SNL011 | 190 | 212 |
| SNL011 | 395 | 416 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL011 | 879 | 897 |
| SNL011 | 1009 | 1031 |
| SNL011 | 1084 | 1100 |
| SNL011 | 1469 | 1484 |
| SNL011 | 1488 | 1521 |
| SNL011 | 1919 | 1936 |
| SNL011 | 2477 | 2490 |
| SNL011 | 2621 | 2634 |
| SNL011 | 2997 | 3016 |
| SNL011 | 3773 | 3813 |
| SNL011 | 3907 | 3931 |
| SNL011 | 4524 | 4556 |
| SNL011 | 4690 | 4710 |
| SNL011 | 4712 | 4732 |
| SNL011 | 4871 | 4891 |
| SNL011 | 5083 | 5104 |
| SNL011 | 5119 | 5140 |
| SNL011 | 5663 | 5683 |
| SNL011 | 5777 | 5796 |
| SNL011 | 12059 | 12079 |
| SNL011 | 12081 | 12101 |
| SNL011 | 24642 | 24642 |
| SNL011 | 24659 | 24659 |
| SNL013 | 7453 | 7471 |
| SNL015 | 5959 | 5979 |
| SNL016 | 406 | 431 |
| SNL016 | 1469 | 1491 |
| SNL016 | 1527 | 1548 |
| SNL016 | 1993 | 2009 |
| SNL016 | 2065 | 2080 |
| SNL016 | 2084 | 2117 |
| SNL016 | 2477 | 2494 |
| SNL016 | 2987 | 3000 |
| SNL016 | 3054 | 3067 |
| SNL016 | 3144 | 3163 |
| SNL016 | 3531 | 3571 |
| SNL016 | 3575 | 3615 |
| SNL016 | 3640 | 3664 |
| SNL016 | 3863 | 3895 |
| SNL016 | 3969 | 3989 |
| SNL016 | 4078 | 4098 |
| SNL016 | 5027 | 5047 |
| SNL016 | 5492 | 5512 |
| SNL016 | 5604 | 5623 |
| SNL016 | 5917 | 5942 |
| SNL016 | 6707 | 6723 |
| SNL016 | 6809 | 6842 |
| SNL018 | 3930 | 3955 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL018 | 3959 | 3984 |
| SNL018 | 6895 | 6917 |
| SNL018 | 8041 | 8063 |
| SNL018 | 8142 | 8158 |
| SNL018 | 8161 | 8177 |
| SNL018 | 8631 | 8646 |
| SNL018 | 8650 | 8683 |
| SNL018 | 8686 | 8719 |
| SNL018 | 9477 | 9490 |
| SNL018 | 9852 | 9871 |
| SNL018 | 11152 | 11192 |
| SNL018 | 11194 | 11234 |
| SNL018 | 11259 | 11283 |
| SNL019 | 181 | 201 |
| SNL019 | 203 | 223 |
| SNL019 | 508 | 539 |
| SNL035 | 1180 | 1202 |
| SNL035 | 1998 | 2016 |
| SNL035 | 2815 | 2846 |
| SNL035 | 5332 | 5354 |
| SNL035 | 5357 | 5379 |
| SNL035 | 6084 | 6115 |
| SNL060 | 4244 | 4262 |
| SNL060 | 12575 | 12591 |
| SNL068 | 1891 | 1935 |
| SNL068 | 2434 | 2434 |
| SNL068 | 2450 | 2450 |
| SNL068 | 4196 | 4212 |
| SNL070 | 7378 | 7409 |
| SNL071 | 807 | 832 |
| SNL071 | 7538 | 7554 |
| SNL071 | 8902 | 8946 |
| SNL071 | 9335 | 9335 |
| SNL071 | 9351 | 9351 |
| SNL073 | 6870 | 6886 |
| SNL074 | 6870 | 6886 |
| SNL076 | 3811 | 3855 |
| SNL083 | 6743 | 6756 |
| SNL083 | 6817 | 6839 |
| SNL083 | 7461 | 7494 |
| SNL083 | 8330 | 8348 |
| SNL091 | 188 | 210 |
| SNL091 | 391 | 412 |
| SNL091 | 873 | 891 |
| SNL091 | 1003 | 1025 |
| SNL091 | 1078 | 1094 |
| SNL091 | 1459 | 1474 |
| SNL091 | 1478 | 1511 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL091 | 1906 | 1923 |
| SNL091 | 2458 | 2471 |
| SNL091 | 2600 | 2613 |
| SNL091 | 2973 | 2992 |
| SNL091 | 3748 | 3788 |
| SNL091 | 3792 | 3832 |
| SNL091 | 3880 | 3904 |
| SNL091 | 4493 | 4525 |
| SNL091 | 4659 | 4679 |
| SNL091 | 4681 | 4701 |
| SNL091 | 4839 | 4859 |
| SNL091 | 5049 | 5070 |
| SNL091 | 5085 | 5106 |
| SNL091 | 5626 | 5646 |
| SNL091 | 5737 | 5756 |
| SNL091 | 10891 | 10911 |
| SNL091 | 10913 | 10933 |
| SNL091 | 12184 | 12215 |
| SNL091 | 20017 | 20033 |
| SNL091 | 22395 | 22439 |
| SNL091 | 23368 | 23368 |
| SNL091 | 23384 | 23384 |
| SNL102 | 1916 | 1938 |
| SNL102 | 4065 | 4084 |
| SNL104 | 403 | 428 |
| SNL104 | 1463 | 1485 |
| SNL104 | 1519 | 1540 |
| SNL104 | 1983 | 1999 |
| SNL104 | 2055 | 2070 |
| SNL104 | 2074 | 2107 |
| SNL104 | 2466 | 2483 |
| SNL104 | 2970 | 2983 |
| SNL104 | 3037 | 3050 |
| SNL104 | 3127 | 3146 |
| SNL104 | 3623 | 3647 |
| SNL104 | 3846 | 3878 |
| SNL104 | 3952 | 3972 |
| SNL104 | 4060 | 4080 |
| SNL104 | 4462 | 4483 |
| SNL104 | 5007 | 5027 |
| SNL104 | 5472 | 5492 |
| SNL104 | 5582 | 5601 |
| SNL104 | 5890 | 5915 |
| SNL104 | 6678 | 6694 |
| SNL104 | 6779 | 6812 |
| SNL107 | 9027 | 9052 |
| SNL107 | 9056 | 9081 |
| SNL107 | 11985 | 12007 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL108 | 1111 | 1133 |
| SNL108 | 1212 | 1228 |
| SNL108 | 1231 | 1247 |
| SNL108 | 1698 | 1713 |
| SNL108 | 1717 | 1750 |
| SNL108 | 1753 | 1786 |
| SNL108 | 2532 | 2545 |
| SNL108 | 2907 | 2926 |
| SNL108 | 4207 | 4247 |
| SNL108 | 4314 | 4338 |
| SNL108 | 4757 | 4777 |
| SNL108 | 4779 | 4799 |
| SNL108 | 5083 | 5114 |
| SNL111 | 36936 | 36956 |
| SNL111 | 37665 | 37697 |
| SNL111 | 39140 | 39171 |
| SNL111 | 41550 | 41566 |
| SNL111 | 42372 | 42403 |
| SNL117 | 27033 | 27077 |
| SNL133 | 4940 | 4956 |
| IMT058 | 20571 | 20611 |
| IMT058 | 20705 | 20746 |
| IMT058 | 21791 | 21828 |
| IMT058 | 22105 | 22145 |
| IMT058 | 22449 | 22471 |
| IMT058 | 22656 | 22681 |
| IMT058 | 25591 | 25630 |
| IMT058 | 26100 | 26136 |
| IMT058 | 27160 | 27191 |
| IMT058 | 27829 | 27862 |
| IMT058 | 28215 | 28246 |
| IMT058 | 28849 | 28881 |
| LAL178 | 2118 | 2138 |
| LAL178 | 2341 | 2361 |
| LAL179 | 66072 | 66093 |
| LAL179 | 66107 | 66128 |
| LAL179 | 66130 | 66151 |
| LAL179 | 66152 | 66173 |
| LAL180 | 2453 | 2473 |
| LAL186 | 9611 | 9632 |
| LAL186 | 10638 | 10659 |
| LAL186 | 10720 | 10740 |
| LAL186 | 10933 | 10953 |
| LAL186 | 11860 | 11880 |
| OSE248 | 4227 | 4275 |
| OSE470 | 5206 | 5251 |
| OSE471 | 2272 | 2308 |
| OSE471 | 2429 | 2472 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE471 | 3657 | 3690 |
| OSE479 | 4158 | 4195 |
| OSE479 | 5223 | 5276 |
| OSE479 | 5644 | 5686 |
| OSE479 | 5802 | 5841 |
| OSE480 | 95798 | 95831 |
| OSE480 | 95832 | 95866 |
| OSE480 | 95867 | 95903 |
| OSE480 | 96288 | 96333 |
| OSE681 | 4784 | 4831 |
| OSE681 | 6385 | 6396 |
| OSE681 | 6411 | 6452 |
| OSE682 | 575 | 613 |
| OSE682 | 1023 | 1062 |
| C2L001 | 2334 | 2351 |
| C2L001 | 2463 | 2488 |
| C2X004 | 959 | 972 |
| C2X004 | 1504 | 1523 |
| HCG210 | 19263 | 19284 |
| HCG218 | 3251 | 3292 |
| HCG218 | 11471 | 11529 |
| HCG222 | 33618 | 33636 |
| HCG222 | 34724 | 34737 |
| HCG222 | 34738 | 34754 |
| HCG222 | 34755 | 34770 |
| HCG222 | 34885 | 34900 |
| HCG222 | 34901 | 34914 |
| HCG222 | 34915 | 34932 |
| HCG222 | 34933 | 34947 |
| HCG222 | 34948 | 34981 |
| HCG222 | 34982 | 35016 |
| HCG222 | 35017 | 35053 |
| HCG222 | 35054 | 35084 |
| HCG222 | 35085 | 35121 |
| HCG222 | 35122 | 35155 |
| HCG225 | 16375 | 16406 |
| HCG229 | 10951 | 10995 |
| HCG229 | 11129 | 11153 |
| HCG229 | 11155 | 11200 |
| HCG229 | 11332 | 11355 |
| HCG229 | 11357 | 11398 |
| HCG241 | 14 | 32 |
| HCG241 | 852 | 885 |
| HCG241 | 2924 | 2945 |
| HCG241 | 10169 | 10178 |
| HCG241 | 10179 | 10196 |
| HCG241 | 14568 | 14583 |
| HCG241 | 14754 | 14774 |

199

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG245 | 15655 | 15672 |
| HCG245 | 15675 | 15692 |
| HCG245 | 17841 | 17857 |
| HCG245 | 17910 | 17923 |
| HCG245 | 18166 | 18179 |
| HCG245 | 18193 | 18223 |
| HCG245 | 18620 | 18634 |
| HCG245 | 20037 | 20071 |
| HCG245 | 20332 | 20345 |
| HCG245 | 20418 | 20431 |
| HCG245 | 20648 | 20669 |
| HCG245 | 20894 | 20927 |
| HCG245 | 20929 | 20965 |
| HCG245 | 21272 | 21308 |
| HCG248 | 11435 | 11456 |
| HCG261 | 8205 | 8238 |
| HCG261 | 14984 | 15017 |
| HCG262 | 1947 | 1964 |
| HCG262 | 1966 | 2002 |
| HCG262 | 2052 | 2086 |
| HCG262 | 2661 | 2679 |
| HCG262 | 2696 | 2711 |
| HCG262 | 2949 | 2980 |
| HCG262 | 3056 | 3086 |
| HCG262 | 3088 | 3088 |
| HCG262 | 3249 | 3296 |
| HCG262 | 3554 | 3554 |
| HCG262 | 4077 | 4110 |
| HCG262 | 6834 | 6870 |
| HCG264 | 5862 | 5880 |
| HCG264 | 6172 | 6181 |
| HCG264 | 6663 | 6694 |
| HCG266 | 13938 | 13973 |
| HCG267 | 3018 | 3039 |
| HCG267 | 3234 | 3250 |
| HCG267 | 3391 | 3421 |
| HCG267 | 3797 | 3814 |
| HCG267 | 4216 | 4252 |
| HCG268 | 8569 | 8584 |
| HCG271 | 1252 | 1282 |
| HCG275 | 6324 | 6360 |
| HCG275 | 6732 | 6747 |
| HCG275 | 6749 | 6782 |
| HCG275 | 8824 | 8860 |
| HCG276 | 4329 | 4362 |
| HCG276 | 5310 | 5340 |
| HCG276 | 5787 | 5820 |
| HCG294 | 16998 | 16998 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG294 | 17008 | 17008 |
| IGS667 | 2067 | 2111 |
| IGS672 | 20281 | 20301 |
| IGS672 | 50051 | 50080 |
| IGS672 | 50285 | 50319 |
| IGS672 | 50752 | 50771 |
| IGS672 | 50819 | 50846 |
| IGS673 | 15381 | 15425 |
| IGS678 | 21775 | 21795 |
| LAL179 | 66323 | 66343 |
| LAL180 | 3007 | 3026 |
| LAL180 | 6509 | 6553 |
| LAL186 | 10444 | 10464 |
| LAL186 | 10492 | 10512 |
| LAL186 | 11365 | 11385 |
| LAL186 | 11458 | 11477 |
| OSE117 | 1152 | 1174 |
| OSE117 | 1263 | 1303 |
| OSE117 | 1313 | 1350 |
| OSE117 | 1351 | 1374 |
| OSE117 | 1487 | 1528 |
| PCG028 | 9560 | 9588 |
| PCG033 | 35399 | 35419 |
| PCG034 | 5771 | 5815 |
| PCG034 | 5816 | 5826 |
| PCG034 | 5827 | 5889 |
| PCG034 | 5890 | 5954 |
| PCG034 | 5955 | 6018 |
| PCG034 | 6019 | 6034 |
| PCG034 | 6035 | 6105 |
| PCG034 | 6106 | 6183 |
| PCG034 | 6184 | 6251 |
| PCG034 | 6252 | 6257 |
| PCG034 | 6259 | 6344 |
| PCG034 | 6345 | 6374 |
| PCG034 | 6375 | 6399 |
| PCG034 | 6400 | 6430 |
| PCG034 | 6431 | 6439 |
| PCG034 | 6440 | 6445 |
| PCG034 | 6446 | 6470 |
| PCG034 | 6471 | 6491 |
| PCG034 | 6514 | 6531 |
| PCG034 | 6532 | 6552 |
| PCG034 | 6553 | 6569 |
| PCG034 | 6570 | 6581 |
| PCG034 | 6582 | 6611 |
| PCG034 | 6612 | 6625 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| PCG034 | 6626 | 6646 |
| PCG034 | 6657 | 6661 |
| PCG034 | 6662 | 6679 |
| PCG034 | 6680 | 6704 |
| PCG034 | 6705 | 6728 |
| PCG034 | 6729 | 6752 |
| PCG034 | 6753 | 6772 |
| PCG034 | 6773 | 6796 |
| PCG034 | 6797 | 6817 |
| PCG034 | 6818 | 6838 |
| PCG034 | 6839 | 6870 |
| PCG034 | 6871 | 6915 |
| PCG034 | 6916 | 6976 |
| PCG034 | 6977 | 6986 |
| PCG034 | 6987 | 7005 |
| PCG034 | 7006 | 7030 |
| PCG034 | 7031 | 7057 |
| PCG034 | 7058 | 7077 |
| PCG034 | 7078 | 7097 |
| PCG034 | 7098 | 7119 |
| PCG034 | 7120 | 7135 |
| PCG034 | 7136 | 7149 |
| PCG034 | 7150 | 7179 |
| PCG034 | 7180 | 7194 |
| PCG034 | 7195 | 7210 |
| PCG034 | 7211 | 7226 |
| PCG034 | 7227 | 7243 |
| PCG034 | 7244 | 7260 |
| PCG034 | 7261 | 7286 |
| PCG034 | 7287 | 7313 |
| PCG034 | 7324 | 7377 |
| PCG034 | 7378 | 7403 |
| PCG034 | 7404 | 7431 |
| PCG034 | 7432 | 7454 |
| PCG034 | 7455 | 7485 |
| PCG034 | 7486 | 7510 |
| PCG034 | 7511 | 7544 |
| PCG034 | 7545 | 7572 |
| PCG034 | 7573 | 7599 |
| PCG034 | 7600 | 7624 |
| PCG034 | 7625 | 7649 |
| PCG034 | 7650 | 7703 |
| PCG034 | 7704 | 7735 |
| PCG034 | 7736 | 7758 |
| PCG034 | 7759 | 7786 |
| PCG034 | 7788 | 7810 |
| PCG034 | 7811 | 7834 |
| PCG034 | 7835 | 7856 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| PCG034 | 7857 | 7883 |
| PCG034 | 7884 | 7909 |
| PCG034 | 7910 | 7934 |
| PCG034 | 7960 | 7985 |
| PCG034 | 7988 | 8017 |
| PCG034 | 8029 | 8052 |
| PCG034 | 8053 | 8078 |
| PCG034 | 8079 | 8097 |
| PCG034 | 8111 | 8151 |
| PCG034 | 8166 | 8203 |
| PCG034 | 8204 | 8240 |
| PCG034 | 8247 | 8260 |
| PCG034 | 8261 | 8301 |
| PCG034 | 8302 | 8343 |
| PCG034 | 8344 | 8383 |
| PCG034 | 8384 | 8418 |
| PCG034 | 8419 | 8465 |
| PCG034 | 8466 | 8498 |
| PCG034 | 8499 | 8535 |
| PCG034 | 8536 | 8574 |
| PCG034 | 8575 | 8612 |
| PCG034 | 8613 | 8646 |
| PCG034 | 8647 | 8715 |
| PCG034 | 8716 | 8748 |
| PCG034 | 8749 | 8778 |
| PCG034 | 8779 | 8811 |
| PCG034 | 8812 | 8840 |
| PCG034 | 8841 | 8872 |
| PCG034 | 8873 | 8905 |
| PCG034 | 8906 | 8944 |
| PCG034 | 8945 | 8963 |
| PCG034 | 8964 | 9001 |
| PCG045 | 10430 | 10462 |
| PCG049 | 35123 | 35147 |
| PCG049 | 35148 | 35157 |
| PCG049 | 35158 | 35195 |
| PCG050 | 27940 | 27960 |
| C2O001 | 417 | 458 |
| C2O001 | 3435 | 3458 |
| C2O002 | 339 | 366 |
| C2O002 | 368 | 381 |
| C2O002 | 394 | 427 |
| C2O003 | 445 | 477 |
| C2O005 | 693 | 726 |
| C2O005 | 1888 | 1921 |
| C2R001 | 164 | 203 |
| C2R001 | 430 | 474 |
| C2T001 | 6366 | 6389 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C2T001 | 6567 | 6606 |
| C2T001 | 6833 | 6856 |
| HCG213 | 57394 | 57463 |
| HCG220 | 2690 | 2728 |
| HCG229 | 11013 | 11043 |
| HCG229 | 11443 | 11490 |
| HCG229 | 11494 | 11521 |
| HCG245 | 16765 | 16798 |
| HCG245 | 17646 | 17682 |
| HCG245 | 17873 | 17889 |
| HCG245 | 17939 | 17969 |
| HCG245 | 18495 | 18510 |
| HCG245 | 19676 | 19685 |
| HCG245 | 19687 | 19721 |
| HCG245 | 19873 | 19888 |
| HCG245 | 20081 | 20098 |
| HCG245 | 20433 | 20466 |
| HCG254 | 20610 | 20623 |
| HCG254 | 20743 | 20759 |
| HCG254 | 21316 | 21352 |
| HCG254 | 21888 | 21921 |
| HCG254 | 22581 | 22594 |
| HCG255 | 1143 | 1156 |
| HCG255 | 1564 | 1579 |
| HCG255 | 1602 | 1616 |
| HCG259 | 11307 | 11307 |
| HCG262 | 2041 | 2050 |
| HCG262 | 2240 | 2260 |
| HCG262 | 2289 | 2309 |
| HCG262 | 2369 | 2390 |
| HCG262 | 2544 | 2563 |
| HCG262 | 2742 | 2758 |
| HCG262 | 2886 | 2904 |
| HCG262 | 3340 | 3362 |
| HCG262 | 4112 | 4145 |
| HCG262 | 7027 | 7065 |
| HCG267 | 2970 | 3003 |
| HCG268 | 7389 | 7422 |
| HCG268 | 8533 | 8566 |
| HCG271 | 2636 | 2649 |
| HCG271 | 8634 | 8649 |
| HCG291 | 397 | 412 |
| HCG291 | 472 | 487 |
| HCG291 | 501 | 534 |
| HCG291 | 537 | 552 |
| HCG291 | 3908 | 3929 |
| HCG291 | 3939 | 3960 |
| HCG291 | 6561 | 6594 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG291 | 8272 | 8305 |
| HCG291 | 8308 | 8323 |
| HCG291 | 8325 | 8358 |
| HCG291 | 11627 | 11648 |
| HCG299 | 4892 | 4892 |
| HCG299 | 16658 | 16679 |
| HCG338 | 6832 | 6847 |
| HCG338 | 6921 | 6934 |
| HCG338 | 6953 | 6967 |
| HCG338 | 6968 | 7001 |
| HCG338 | 7037 | 7073 |
| HCG338 | 7074 | 7107 |
| HCG338 | 7139 | 7175 |
| HCG338 | 7176 | 7209 |
| HCG339 | 3990 | 4005 |
| HCG339 | 4053 | 4066 |
| HCG339 | 4085 | 4099 |
| HCG339 | 4100 | 4136 |
| HCG341 | 6384 | 6428 |
| HCG341 | 6790 | 6831 |
| HCG341 | 6927 | 6954 |
| HCG346 | 9419 | 9452 |
| HCG346 | 9514 | 9547 |
| HCG346 | 9548 | 9578 |
| HCG347 | 4054 | 4088 |
| HCG347 | 4597 | 4630 |
| HCG347 | 4631 | 4665 |
| HCG347 | 4751 | 4772 |
| HCG347 | 4925 | 4942 |
| HCG347 | 12435 | 12452 |
| HCG347 | 12955 | 12972 |
| HCG347 | 14789 | 14804 |
| HCG347 | 16090 | 16110 |
| HCG347 | 17060 | 17080 |
| HCG348 | 20555 | 20572 |
| HCG348 | 20795 | 20828 |
| HCG349 | 144 | 174 |
| HCG349 | 292 | 322 |
| HCG349 | 647 | 661 |
| HCG349 | 1163 | 1196 |
| HCG349 | 1198 | 1232 |
| HCG349 | 1450 | 1463 |
| HCG349 | 1481 | 1494 |
| HCG349 | 1982 | 2018 |
| HCG350 | 4500 | 4519 |
| HCG350 | 4700 | 4721 |
| HCG350 | 4752 | 4772 |
| HCG350 | 11682 | 11697 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG354 | 3733 | 3766 |
| HCG354 | 4080 | 4093 |
| HCG354 | 4225 | 4258 |
| HCG354 | 4284 | 4297 |
| HCG354 | 5066 | 5099 |
| HCG354 | 5460 | 5494 |
| HCG354 | 7728 | 7758 |
| HCG354 | 8000 | 8015 |
| HCG354 | 8084 | 8098 |
| HCG354 | 8108 | 8144 |
| HCG357 | 653 | 653 |
| HCG358 | 2368 | 2388 |
| HCG358 | 2390 | 2410 |
| HCG358 | 2424 | 2445 |
| HCG358 | 2534 | 2552 |
| HCG358 | 2580 | 2596 |
| HCG358 | 2672 | 2690 |
| HCG358 | 2774 | 2804 |
| HCG358 | 2963 | 3010 |
| HCG358 | 3228 | 3228 |
| HCG358 | 3665 | 3698 |
| HCG358 | 3700 | 3733 |
| HCG358 | 4986 | 5024 |
| HCG359 | 3922 | 3953 |
| HCG361 | 6627 | 6644 |
| HCG361 | 6646 | 6679 |
| HCG361 | 6682 | 6697 |
| HCG366 | 355 | 355 |
| C1R002 | 14 | 39 |
| C1R002 | 117 | 157 |
| C1R002 | 266 | 307 |
| C1R002 | 348 | 387 |
| C1R002 | 561 | 583 |
| C1R002 | 584 | 624 |
| C1R002 | 634 | 671 |
| C2O008 | 547 | 571 |
| C2R004 | 276 | 305 |
| C2R004 | 306 | 329 |
| C2R004 | 330 | 352 |
| C2U003 | 299 | 339 |
| C2U003 | 353 | 394 |
| C2U003 | 413 | 457 |
| C2U003 | 525 | 547 |
| C2U003 | 782 | 805 |
| C2U003 | 863 | 888 |
| C2U003 | 982 | 1027 |
| C2U003 | 1071 | 1095 |
| C2U004 | 176 | 197 |

206

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C2U004 | 274 | 314 |
| C2U004 | 346 | 383 |
| C2U004 | 461 | 475 |
| C2X005 | 636 | 669 |
| C3E001 | 1 | 23 |
| C3E001 | 24 | 48 |
| C3E001 | 232 | 255 |
| C3E001 | 259 | 276 |
| C3E001 | 277 | 301 |
| C3E001 | 353 | 366 |
| C3E001 | 470 | 492 |
| HCG254 | 20245 | 20260 |
| HCG254 | 20278 | 20311 |
| HCG254 | 20504 | 20521 |
| HCG254 | 20800 | 20833 |
| HCG254 | 21417 | 21451 |
| HCG254 | 21603 | 21636 |
| HCG254 | 21983 | 21998 |
| HCG291 | 414 | 447 |
| HCG338 | 6818 | 6831 |
| HCG338 | 6935 | 6952 |
| HCG338 | 7002 | 7036 |
| HCG338 | 7108 | 7138 |
| HCG339 | 3976 | 3989 |
| HCG339 | 4067 | 4084 |
| HCG339 | 14541 | 14572 |
| HCG341 | 6446 | 6476 |
| HCG341 | 6562 | 6586 |
| HCG341 | 6588 | 6633 |
| HCG341 | 6765 | 6788 |
| HCG341 | 6876 | 6923 |
| HCG346 | 9579 | 9615 |
| HCG346 | 9616 | 9649 |
| HCG347 | 1292 | 1310 |
| HCG347 | 1395 | 1413 |
| HCG347 | 2271 | 2304 |
| HCG347 | 2961 | 2994 |
| HCG347 | 4020 | 4053 |
| HCG347 | 4174 | 4195 |
| HCG347 | 4348 | 4365 |
| HCG347 | 15695 | 15710 |
| HCG348 | 20575 | 20592 |
| HCG349 | 2 | 38 |
| HCG349 | 129 | 142 |
| HCG349 | 276 | 289 |
| HCG349 | 528 | 543 |
| HCG349 | 1127 | 1161 |
| HCG349 | 1235 | 1252 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG349 | 1496 | 1529 |
| HCG349 | 1711 | 1732 |
| HCG349 | 1947 | 1980 |
| HCG349 | 2323 | 2359 |
| HCG350 | 11829 | 11848 |
| HCG350 | 12679 | 12700 |
| HCG350 | 22248 | 22269 |
| HCG354 | 3700 | 3715 |
| HCG354 | 3859 | 3895 |
| HCG354 | 3994 | 4011 |
| HCG354 | 4109 | 4139 |
| HCG354 | 4655 | 4691 |
| HCG354 | 4730 | 4764 |
| HCG354 | 4858 | 4891 |
| HCG354 | 5656 | 5669 |
| HCG354 | 7620 | 7641 |
| HCG354 | 7650 | 7683 |
| HCG354 | 7713 | 7726 |
| HCG354 | 8017 | 8050 |
| HCG354 | 8202 | 8219 |
| HCG358 | 1590 | 1623 |
| HCG358 | 2213 | 2230 |
| HCG358 | 2232 | 2268 |
| HCG358 | 2494 | 2513 |
| HCG358 | 2561 | 2576 |
| HCG358 | 2712 | 2743 |
| HCG358 | 2806 | 2806 |
| HCG358 | 4922 | 4958 |
| HCG359 | 3643 | 3661 |
| HCG360 | 8071 | 8106 |
| HCG367 | 3796 | 3796 |
| LAL076 | 10741 | 10757 |
| N1A014 | 1123 | 1143 |
| N5M004 | 1217 | 1240 |
| N5M004 | 1273 | 1313 |
| N5M004 | 1693 | 1703 |
| N5M004 | 1986 | 2018 |
| OSE017 | 19655 | 19676 |
| OSE017 | 19677 | 19697 |
| OSE017 | 19698 | 19718 |
| OSE020 | 10145 | 10166 |
| OSE020 | 10167 | 10187 |
| OSE020 | 10188 | 10208 |
| OSE020 | 50584 | 50605 |
| OSE020 | 50606 | 50626 |
| OSE020 | 50627 | 50647 |
| S1I004 | 4551 | 4573 |
| SNL001 | 3472 | 3495 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL001 | 3613 | 3635 |
| SNL006 | 2423 | 2443 |
| SNL011 | 6639 | 6655 |
| SNL011 | 12238 | 12258 |
| SNL011 | 12269 | 12289 |
| SNL011 | 12590 | 12610 |
| SNL011 | 12630 | 12650 |
| SNL011 | 12659 | 12679 |
| SNL011 | 12731 | 12751 |
| SNL011 | 12759 | 12779 |
| SNL011 | 13142 | 13160 |
| SNL013 | 3667 | 3690 |
| SNL013 | 3732 | 3748 |
| SNL013 | 3751 | 3773 |
| SNL013 | 4335 | 4358 |
| SNL013 | 4590 | 4612 |
| SNL013 | 4895 | 4917 |
| SNL013 | 5407 | 5430 |
| SNL013 | 7331 | 7347 |
| SNL013 | 7350 | 7372 |
| SNL014 | 2256 | 2274 |
| SNL014 | 2397 | 2417 |
| SNL014 | 2423 | 2443 |
| SNL014 | 2757 | 2777 |
| SNL014 | 2791 | 2811 |
| SNL014 | 8517 | 8533 |
| SNL015 | 577 | 593 |
| SNL015 | 6079 | 6099 |
| SNL015 | 6110 | 6130 |
| SNL015 | 6431 | 6451 |
| SNL015 | 6471 | 6491 |
| SNL015 | 6499 | 6519 |
| SNL015 | 6671 | 6691 |
| SNL015 | 6699 | 6719 |
| SNL016 | 561 | 583 |
| SNL016 | 1179 | 1202 |
| SNL016 | 5954 | 5976 |
| SNL016 | 6369 | 6392 |
| SNL016 | 9280 | 9300 |
| SNL018 | 4303 | 4325 |
| SNL018 | 4328 | 4350 |
| SNL018 | 5861 | 5884 |
| SNL018 | 5888 | 5911 |
| SNL018 | 5915 | 5938 |
| SNL019 | 126 | 142 |
| SNL019 | 230 | 250 |
| SNL019 | 252 | 272 |
| SNL019 | 291 | 311 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL019 | 316 | 336 |
| SNL019 | 339 | 359 |
| SNL019 | 369 | 389 |
| SNL019 | 393 | 413 |
| SNL019 | 473 | 491 |
| SNL035 | 1142 | 1158 |
| SNL035 | 1161 | 1177 |
| SNL035 | 5256 | 5272 |
| SNL035 | 5275 | 5291 |
| SNL035 | 5294 | 5310 |
| SNL035 | 5313 | 5329 |
| SNL060 | 2538 | 2558 |
| SNL060 | 2771 | 2791 |
| SNL060 | 3447 | 3469 |
| SNL060 | 3472 | 3495 |
| SNL060 | 3547 | 3569 |
| SNL060 | 3613 | 3635 |
| SNL060 | 3639 | 3664 |
| SNL071 | 2408 | 2428 |
| SNL083 | 6596 | 6618 |
| SNL083 | 6621 | 6644 |
| SNL083 | 6798 | 6814 |
| SNL083 | 6914 | 6936 |
| SNL091 | 6588 | 6604 |
| SNL091 | 11068 | 11088 |
| SNL091 | 11099 | 11119 |
| SNL091 | 11420 | 11440 |
| SNL091 | 11460 | 11480 |
| SNL091 | 11489 | 11509 |
| SNL091 | 11561 | 11581 |
| SNL091 | 11589 | 11609 |
| SNL091 | 11968 | 11986 |
| SNL102 | 1832 | 1855 |
| SNL102 | 1897 | 1913 |
| SNL102 | 2469 | 2491 |
| SNL102 | 2494 | 2517 |
| SNL102 | 2748 | 2770 |
| SNL102 | 3050 | 3072 |
| SNL102 | 3556 | 3579 |
| SNL102 | 5462 | 5478 |
| SNL102 | 5481 | 5503 |
| SNL102 | 5584 | 5602 |
| SNL102 | 8254 | 8272 |
| SNL102 | 8393 | 8413 |
| SNL102 | 8419 | 8439 |
| SNL102 | 8752 | 8772 |
| SNL102 | 8786 | 8806 |
| SNL102 | 13953 | 13969 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| SNL103 | 574 | 590 |
| SNL103 | 4960 | 4980 |
| SNL103 | 4991 | 5011 |
| SNL103 | 5312 | 5332 |
| SNL103 | 5352 | 5372 |
| SNL103 | 5380 | 5400 |
| SNL103 | 5552 | 5572 |
| SNL103 | 5580 | 5600 |
| SNL104 | 556 | 578 |
| SNL104 | 1174 | 1197 |
| SNL104 | 5927 | 5949 |
| SNL104 | 6342 | 6365 |
| SNL104 | 9238 | 9258 |
| SNL107 | 9396 | 9418 |
| SNL107 | 9421 | 9443 |
| SNL107 | 10954 | 10977 |
| SNL107 | 10981 | 11004 |
| SNL107 | 11008 | 11031 |
| SNL108 | 4702 | 4718 |
| SNL108 | 4806 | 4826 |
| SNL108 | 4828 | 4848 |
| SNL108 | 4867 | 4887 |
| SNL108 | 4892 | 4912 |
| SNL108 | 4915 | 4935 |
| SNL108 | 4945 | 4965 |
| SNL108 | 4969 | 4989 |
| SNL108 | 5048 | 5066 |
| SNL111 | 37483 | 37499 |
| SNL111 | 37502 | 37518 |
| SNL111 | 37521 | 37543 |
| SNL111 | 41569 | 41585 |
| SNL111 | 41588 | 41604 |
| SNL111 | 41607 | 41623 |
| SNL111 | 41626 | 41648 |
| SNL111 | 41651 | 41673 |
| C2K001 | 4182 | 4227 |
| C2L001 | 343 | 370 |
| C2L001 | 2131 | 2153 |
| C2L001 | 2182 | 2212 |
| C2L001 | 2285 | 2309 |
| C2L001 | 2312 | 2331 |
| C2L004 | 319 | 335 |
| C2L006 | 925 | 950 |
| C2L010 | 163 | 209 |
| C2L010 | 305 | 344 |
| C2L010 | 493 | 538 |
| C2L010 | 644 | 687 |
| C2L010 | 759 | 798 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C2L010 | 811 | 852 |
| C2O009 | 748 | 777 |
| C2Q002 | 22 | 66 |
| C2R004 | 375 | 388 |
| C2R004 | 422 | 437 |
| C2R004 | 472 | 492 |
| C2R004 | 801 | 860 |
| C2R004 | 861 | 891 |
| C3E004 | 82 | 106 |
| N1A009 | 2577 | 2597 |
| OSE019 | 31584 | 31605 |
| OSE019 | 31606 | 31626 |
| OSE019 | 31627 | 31647 |
| PCG051 | 45673 | 45679 |
| PCG051 | 45680 | 45727 |
| PCG051 | 45728 | 45787 |
| PCG051 | 45788 | 45875 |
| PCG051 | 45876 | 45906 |
| PCG051 | 45907 | 45938 |
| PCG051 | 45939 | 45943 |
| PCG051 | 45944 | 45965 |
| PCG051 | 45966 | 45986 |
| PCG051 | 45987 | 46019 |
| PCG051 | 46020 | 46040 |
| PCG051 | 46041 | 46056 |
| PCG051 | 46057 | 46091 |
| PCG051 | 46092 | 46133 |
| PCG051 | 46134 | 46147 |
| PCG051 | 46148 | 46155 |
| PCG051 | 46156 | 46163 |
| PCG051 | 46164 | 46171 |
| PCG051 | 46172 | 46179 |
| PCG051 | 46180 | 46187 |
| PCG051 | 46548 | 46552 |
| PCG052 | 27589 | 27602 |
| S2N021 | 381 | 398 |
| C2O001 | 3288 | 3309 |
| C2O005 | 410 | 458 |
| C2O005 | 1808 | 1851 |
| C2O005 | 1853 | 1886 |
| C2O005 | 1923 | 1953 |
| C2Q001 | 515 | 559 |
| C2T001 | 6393 | 6414 |
| C2T001 | 6417 | 6447 |
| C2T001 | 6490 | 6534 |
| C2K001 | 4032 | 4056 |
| C2K001 | 4061 | 4085 |
| C2K001 | 4237 | 4257 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C2L001 | 2378 | 2402 |
| C2L001 | 2432 | 2459 |
| C2L004 | 338 | 351 |
| C2L004 | 354 | 369 |
| C2L006 | 953 | 974 |
| C2L010 | 98 | 122 |
| C2L010 | 211 | 259 |
| C2L010 | 261 | 303 |
| C2L010 | 406 | 421 |
| C2L010 | 447 | 491 |
| C2L010 | 689 | 722 |
| C2L010 | 724 | 757 |
| C2L010 | 854 | 892 |
| C2O008 | 622 | 640 |
| C2O008 | 747 | 771 |
| C2O009 | 969 | 993 |
| C2O012 | 1820 | 1860 |
| C2O012 | 1893 | 1914 |
| C2R004 | 173 | 222 |
| C2R004 | 353 | 374 |
| C2R004 | 389 | 406 |
| C2R004 | 438 | 471 |
| C2R004 | 892 | 913 |
| C2U003 | 478 | 517 |
| C2U003 | 674 | 699 |
| C2U003 | 1180 | 1204 |
| C2U004 | 59 | 74 |
| C2U004 | 104 | 121 |
| C2U004 | 144 | 174 |
| C2U004 | 398 | 442 |
| C2U004 | 485 | 518 |
| C3E001 | 302 | 327 |
| C3E020 | 40 | 84 |
| C3E020 | 182 | 225 |
| C3E020 | 357 | 395 |
| EET009 | 28 | 67 |
| EET009 | 83 | 125 |
| EET009 | 129 | 153 |
| EET009 | 161 | 188 |
| EET009 | 253 | 297 |
| EET009 | 336 | 368 |
| EET009 | 387 | 425 |
| EET009 | 480 | 504 |
| EET009 | 508 | 531 |
| EET009 | 534 | 572 |
| EET009 | 1133 | 1168 |
| EET009 | 1184 | 1217 |
| EET009 | 1237 | 1276 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EET009 | 1352 | 1401 |
| EET009 | 1404 | 1433 |
| EET009 | 1453 | 1484 |
| EET012 | 6 | 30 |
| NVY008 | 7930 | 7979 |
| C2O001 | 206 | 223 |
| C2O001 | 3312 | 3328 |
| C2O001 | 3364 | 3379 |
| C2O002 | 462 | 501 |
| C2O003 | 292 | 336 |
| C2O005 | 102 | 123 |
| C2O005 | 184 | 221 |
| C2O005 | 223 | 269 |
| C2O005 | 271 | 320 |
| C2O005 | 460 | 492 |
| C2O005 | 655 | 691 |
| C2O005 | 1380 | 1424 |
| C2O005 | 1426 | 1470 |
| C2O005 | 1472 | 1519 |
| C2O005 | 1955 | 1992 |
| C2O005 | 2102 | 2141 |
| C2O005 | 2225 | 2266 |
| C2O005 | 2268 | 2309 |
| C2R001 | 294 | 335 |
| C2L001 | 135 | 158 |
| C2L001 | 396 | 423 |
| C2L001 | 424 | 447 |
| C2L001 | 537 | 573 |
| C2L001 | 574 | 596 |
| C2L001 | 597 | 619 |
| C2L001 | 676 | 696 |
| C2L001 | 3129 | 3147 |
| C2L001 | 3311 | 3337 |
| C2L001 | 820 | 829 |
| C2L001 | 996 | 1016 |
| C2L001 | 2156 | 2178 |
| C2L001 | 2244 | 2270 |
| C2L001 | 2273 | 2282 |
| C2L001 | 2406 | 2429 |
| C2L010 | 125 | 161 |
| C2L010 | 347 | 365 |
| C2L010 | 368 | 390 |
| C2O008 | 5140 | 5163 |
| C2O008 | 5261 | 5300 |
| LAL076 | 10493 | 10515 |
| LAL076 | 10518 | 10541 |
| LAL076 | 10542 | 10565 |
| LAL076 | 10758 | 10774 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| LAL076 | 10921 | 10941 |
| LAL076 | 10942 | 10962 |
| LAL076 | 10963 | 10983 |
| LAL076 | 10984 | 11004 |
| LAL076 | 11005 | 11025 |
| LAL076 | 11109 | 11131 |
| LAL180 | 1811 | 1834 |
| LAL180 | 1835 | 1858 |
| LAL180 | 2531 | 2549 |
| LAL180 | 2627 | 2647 |
| LAL180 | 2679 | 2699 |
| LAL180 | 2709 | 2729 |
| LAL180 | 2739 | 2759 |
| LAL180 | 2859 | 2879 |
| LAL180 | 3061 | 3083 |
| LAL180 | 3166 | 3174 |
| LAL186 | 5535 | 5558 |
| C2K001 | 4086 | 4109 |
| C2K001 | 4138 | 4164 |
| C2L002 | 5625 | 5670 |
| C2L004 | 379 | 406 |
| C2L004 | 409 | 432 |
| C2L006 | 895 | 922 |
| C2L006 | 978 | 1002 |
| C2O008 | 521 | 543 |
| C2O008 | 575 | 601 |
| C2O008 | 703 | 743 |
| C2O008 | 774 | 796 |
| C2O008 | 849 | 871 |
| C2O008 | 1333 | 1366 |
| C2O008 | 1556 | 1587 |
| C2U003 | 249 | 286 |
| C2U003 | 607 | 628 |
| C2U003 | 737 | 763 |
| C2U003 | 828 | 851 |
| C2U003 | 925 | 952 |
| LAL076 | 11086 | 11108 |
| LAL180 | 2512 | 2530 |
| LAL180 | 2606 | 2626 |
| LAL180 | 2771 | 2791 |
| LAL180 | 2793 | 2813 |
| LAL180 | 2815 | 2835 |
| LAL180 | 2838 | 2858 |
| LAL180 | 3038 | 3060 |
| LAL186 | 4222 | 4244 |
| LAL186 | 14134 | 14154 |
| LAL186 | 14178 | 14198 |
| LAL186 | 14486 | 14506 |

215

| Bates Prefix | First Page | Last Page |
|---|---|---|
| LAL186 | 14586 | 14606 |
| LAL186 | 14716 | 14736 |
| LAL186 | 15199 | 15217 |
| HCG247 | 7909 | 7928 |
| HCG247 | 8116 | 8137 |
| HCG247 | 8364 | 8384 |
| HCG247 | 19426 | 19441 |
| HCG247 | 19760 | 19779 |
| HCG247 | 20735 | 20756 |
| IGS627 | 3083 | 3100 |
| IMV690 | 37541 | 37562 |
| IMV690 | 37563 | 37604 |
| IMV690 | 37615 | 37659 |
| NVY008 | 7980 | 8004 |
| NVY008 | 8058 | 8082 |
| HCG380 | 3507 | 3536 |
| HCG381 | 503 | 529 |
| HCG381 | 658 | 693 |
| HCG381 | 696 | 718 |
| HCG381 | 769 | 794 |
| HCG381 | 797 | 835 |
| HCG381 | 888 | 925 |
| HCG381 | 1039 | 1064 |
| HCG381 | 1066 | 1103 |
| HCG381 | 1203 | 1241 |
| HCG381 | 1244 | 1269 |
| HCG381 | 1319 | 1359 |
| HCG381 | 1438 | 1479 |
| HCG381 | 1483 | 1520 |
| HCG381 | 1609 | 1648 |
| HCG381 | 1706 | 1742 |
| HCG381 | 1816 | 1856 |
| HCG381 | 2236 | 2268 |
| HCG381 | 2271 | 2303 |
| HCG381 | 2564 | 2597 |
| HCG381 | 2600 | 2629 |
| HCG381 | 2654 | 2686 |
| HCG381 | 2844 | 2852 |
| HCG381 | 2870 | 2901 |
| HCG381 | 2970 | 3004 |
| HCG381 | 3299 | 3326 |
| HCG381 | 3653 | 3674 |
| HCG383 | 2112 | 2128 |
| HCG383 | 3759 | 3777 |
| HCG383 | 3942 | 3962 |
| HCG383 | 4478 | 4493 |
| HCG383 | 4600 | 4619 |
| HCG383 | 4819 | 4839 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG383 | 5121 | 5140 |
| HCG383 | 5446 | 5466 |
| HCG383 | 5514 | 5539 |
| HCG383 | 6604 | 6627 |
| HCG383 | 7557 | 7580 |
| HCG383 | 7834 | 7853 |
| HCG383 | 8238 | 8259 |
| HCG383 | 8660 | 8680 |
| HCG383 | 8901 | 8922 |
| HCG383 | 8924 | 8957 |
| HCG383 | 9085 | 9101 |
| HCG383 | 9104 | 9137 |
| HCG383 | 9204 | 9234 |
| HCG383 | 9391 | 9408 |
| HCG383 | 9418 | 9455 |
| HCG383 | 9763 | 9777 |
| HCG383 | 9787 | 9823 |
| HCG383 | 10091 | 10112 |
| HCG383 | 10124 | 10165 |
| HCG383 | 10558 | 10582 |
| HCG383 | 10585 | 10631 |
| HCG383 | 11199 | 11212 |
| HCG383 | 12268 | 12287 |
| HCG383 | 12298 | 12336 |
| HCG383 | 12834 | 12859 |
| HCG383 | 12862 | 12902 |
| HCG383 | 14091 | 14115 |
| HCG383 | 14121 | 14160 |
| HCG383 | 14862 | 14879 |
| HCG383 | 14881 | 14917 |
| HCG383 | 15207 | 15216 |
| HCG383 | 15218 | 15252 |
| HCG383 | 15617 | 15632 |
| HCG383 | 15634 | 15667 |
| HCG383 | 16384 | 16404 |
| HCG383 | 17206 | 17238 |
| HCG383 | 17382 | 17414 |
| HCG383 | 18252 | 18272 |
| HCG384 | 8139 | 8164 |
| HCG384 | 10327 | 10351 |
| HCG384 | 10625 | 10649 |
| HCG384 | 12182 | 12213 |
| HCG386 | 14876 | 14898 |
| HCG387 | 1 | 9 |
| HCG387 | 95 | 100 |
| HCG387 | 15263 | 15293 |
| HCG387 | 16585 | 16585 |
| HCG390 | 7240 | 7241 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG404 | 7605 | 7626 |
| HCG413 | 2831 | 2857 |
| HCG413 | 2973 | 2998 |
| HCG413 | 3001 | 3032 |
| HCG413 | 3045 | 3071 |
| HCG413 | 3076 | 3102 |
| HCG413 | 3190 | 3216 |
| HCG413 | 3478 | 3512 |
| HCG413 | 3837 | 3871 |
| HCG413 | 12292 | 12338 |
| HCG414 | 7534 | 7550 |
| HCG414 | 7574 | 7590 |
| HCG414 | 7613 | 7628 |
| HCG414 | 7630 | 7663 |
| HCG414 | 7666 | 7681 |
| HCG414 | 7690 | 7712 |
| HCG414 | 7714 | 7755 |
| HCG414 | 10829 | 10852 |
| HCG414 | 11401 | 11425 |
| HCG414 | 11449 | 11494 |
| HCG414 | 11871 | 11898 |
| HCG414 | 11980 | 12004 |
| HCG415 | 222 | 258 |
| HCG415 | 309 | 349 |
| HCG415 | 438 | 475 |
| HCG415 | 516 | 560 |
| HCG415 | 600 | 642 |
| HCG419 | 16715 | 16737 |
| HCG420 | 4707 | 4707 |
| HCG422 | 1604 | 1620 |
| HCG422 | 1854 | 1873 |
| HCG422 | 1900 | 1931 |
| HCG423 | 3238 | 3265 |
| HCG423 | 3417 | 3441 |
| HCG424 | 720 | 745 |
| HCG424 | 921 | 945 |
| HCG424 | 3023 | 3056 |
| HCG424 | 3332 | 3379 |
| HCG424 | 3393 | 3420 |
| HCG424 | 3681 | 3725 |
| HCG424 | 3726 | 3756 |
| HCG424 | 3757 | 3788 |
| HCG424 | 3789 | 3827 |
| HCG424 | 3828 | 3874 |
| HCG424 | 4096 | 4123 |
| HCG424 | 4124 | 4150 |
| HCG424 | 4159 | 4174 |
| HCG424 | 4231 | 4250 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG424 | 5000 | 5034 |
| HCG425 | 98 | 140 |
| HCG425 | 906 | 919 |
| HCG425 | 2444 | 2481 |
| HCG425 | 3425 | 3458 |
| HCG425 | 4515 | 4540 |
| HCG425 | 4582 | 4597 |
| HCG425 | 4826 | 4847 |
| HCG425 | 4848 | 4868 |
| HCG425 | 5405 | 5425 |
| HCG425 | 5451 | 5483 |
| HCG425 | 5688 | 5708 |
| HCG425 | 5713 | 5726 |
| HCG425 | 5841 | 5860 |
| HCG425 | 6027 | 6051 |
| HCG425 | 6333 | 6366 |
| HCG425 | 6410 | 6451 |
| HCG425 | 6455 | 6471 |
| HCG425 | 6519 | 6552 |
| HCG425 | 6553 | 6574 |
| HCG425 | 6655 | 6675 |
| HCG425 | 6704 | 6723 |
| HCG425 | 6891 | 6935 |
| HCG425 | 6936 | 6961 |
| HCG425 | 6962 | 7006 |
| HCG425 | 7668 | 7701 |
| HCG425 | 8085 | 8125 |
| HCG425 | 8382 | 8401 |
| HCG425 | 8402 | 8447 |
| HCG425 | 8454 | 8476 |
| HCG425 | 8517 | 8532 |
| HCG425 | 8533 | 8575 |
| HCG425 | 8839 | 8857 |
| HCG425 | 10645 | 10662 |
| HCG425 | 10728 | 10753 |
| HCG425 | 10820 | 10829 |
| HCG425 | 11311 | 11357 |
| HCG425 | 11449 | 11464 |
| HCG425 | 11490 | 11513 |
| HCG426 | 475 | 527 |
| HCG426 | 1568 | 1589 |
| HCG426 | 1638 | 1667 |
| HCG426 | 2068 | 2084 |
| HCG426 | 2878 | 2903 |
| HCG426 | 3671 | 3708 |
| HCG426 | 3885 | 3913 |
| HCG426 | 4565 | 4586 |
| HCG426 | 5758 | 5783 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG426 | 5864 | 5884 |
| HCG426 | 5885 | 5902 |
| HCG426 | 6032 | 6065 |
| HCG426 | 6066 | 6104 |
| HCG426 | 6777 | 6821 |
| HCG426 | 6853 | 6870 |
| HCG426 | 6940 | 6966 |
| HCG426 | 8027 | 8059 |
| HCG427 | 448 | 468 |
| HCG427 | 491 | 518 |
| HCG427 | 777 | 793 |
| HCG427 | 1048 | 1080 |
| HCG427 | 1428 | 1452 |
| HCG427 | 1880 | 1910 |
| HCG427 | 2089 | 2115 |
| HCG427 | 2473 | 2494 |
| HCG427 | 3574 | 3613 |
| HCG427 | 4853 | 4890 |
| HCG427 | 4891 | 4923 |
| HCG427 | 5103 | 5139 |
| HCG427 | 5201 | 5227 |
| HCG427 | 5265 | 5297 |
| HCG427 | 5320 | 5357 |
| HCG427 | 5502 | 5543 |
| HCG427 | 5624 | 5663 |
| HCG427 | 5675 | 5698 |
| HCG427 | 5751 | 5778 |
| HCG427 | 6088 | 6103 |
| HCG427 | 6108 | 6143 |
| HCG427 | 6176 | 6199 |
| HCG427 | 6498 | 6583 |
| HCG427 | 7236 | 7285 |
| HCG427 | 7297 | 7315 |
| HCG427 | 7332 | 7371 |
| HCG428 | 889 | 930 |
| HCG428 | 963 | 1004 |
| HCG428 | 1328 | 1350 |
| HCG428 | 1676 | 1703 |
| HCG428 | 1760 | 1798 |
| HCG428 | 1802 | 1836 |
| HCG428 | 2616 | 2645 |
| HCG428 | 3289 | 3334 |
| HCG428 | 3341 | 3426 |
| HCG428 | 3440 | 3480 |
| HCG428 | 3945 | 3975 |
| HCG428 | 3999 | 4021 |
| HCG428 | 4033 | 4056 |
| HCG428 | 4072 | 4109 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG428 | 4220 | 4246 |
| HCG428 | 4248 | 4283 |
| HCG428 | 4315 | 4339 |
| HCG428 | 4563 | 4650 |
| HCG428 | 4668 | 4691 |
| HCG428 | 4782 | 4829 |
| HCG428 | 4909 | 4931 |
| HCG428 | 5471 | 5514 |
| HCG428 | 5549 | 5573 |
| HCG428 | 5583 | 5606 |
| HCG428 | 5757 | 5791 |
| HCG428 | 5850 | 5876 |
| HCG428 | 6221 | 6241 |
| HCG429 | 1 | 15 |
| HCG429 | 414 | 499 |
| HCG429 | 1132 | 1159 |
| HCG429 | 1299 | 1338 |
| HCG429 | 1538 | 1574 |
| HCG429 | 1575 | 1610 |
| HCG429 | 1969 | 2008 |
| HCG429 | 2149 | 2189 |
| HCG429 | 2202 | 2239 |
| HCG429 | 2326 | 2353 |
| HCG429 | 2406 | 2426 |
| HCG429 | 2427 | 2464 |
| HCG429 | 2675 | 2744 |
| HCG429 | 2749 | 2783 |
| HCG429 | 2784 | 2818 |
| HCG429 | 2819 | 2855 |
| HCG429 | 3327 | 3354 |
| HCG429 | 3581 | 3626 |
| HCG429 | 4079 | 4126 |
| HCG429 | 4157 | 4194 |
| HCG429 | 4195 | 4228 |
| HCG429 | 4232 | 4256 |
| HCG429 | 4286 | 4318 |
| HCG429 | 4504 | 4536 |
| HCG429 | 4706 | 4750 |
| HCG429 | 4779 | 4802 |
| HCG429 | 5247 | 5280 |
| HCG429 | 5305 | 5346 |
| HCG429 | 5368 | 5406 |
| HCG429 | 5637 | 5678 |
| HCG429 | 5737 | 5757 |
| HCG429 | 5775 | 5806 |
| HCG429 | 5816 | 5860 |
| HCG429 | 6030 | 6069 |
| HCG429 | 6103 | 6113 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG429 | 6727 | 6747 |
| HCG429 | 7009 | 7032 |
| HCG430 | 339 | 370 |
| HCG430 | 1570 | 1603 |
| HCG430 | 1767 | 1808 |
| HCG430 | 1856 | 1872 |
| HCG430 | 2761 | 2779 |
| HCG430 | 2826 | 2994 |
| HCG430 | 3014 | 3062 |
| HCG430 | 3070 | 3096 |
| HCG430 | 3391 | 3417 |
| HCG430 | 3604 | 3644 |
| HCG430 | 4308 | 4337 |
| HCG430 | 4574 | 4607 |
| HCG430 | 4869 | 4905 |
| HCG431 | 3725 | 3764 |
| HCG431 | 4258 | 4258 |
| HCG431 | 4287 | 4287 |
| HCG431 | 4288 | 4288 |
| HCG433 | 3806 | 3817 |
| HCG434 | 10354 | 10354 |
| HCG434 | 10378 | 10378 |
| HCG434 | 11121 | 11121 |
| HCG434 | 11129 | 11129 |
| HCG434 | 11138 | 11138 |
| HCG434 | 11139 | 11139 |
| HCG434 | 11182 | 11182 |
| HCG434 | 11848 | 11848 |
| HCG434 | 11995 | 11995 |
| HCG434 | 11998 | 11998 |
| HCG434 | 12126 | 12126 |
| HCG434 | 12142 | 12142 |
| HCG434 | 12148 | 12148 |
| HCG434 | 12157 | 12157 |
| HCG434 | 12164 | 12164 |
| HCG434 | 12366 | 12366 |
| HCG434 | 12390 | 12390 |
| HCG434 | 12525 | 12525 |
| HCG434 | 12526 | 12526 |
| HCG434 | 12564 | 12564 |
| HCG434 | 12650 | 12650 |
| HCG434 | 12690 | 12690 |
| HCG434 | 12701 | 12701 |
| HCG434 | 12726 | 12726 |
| HCG434 | 12738 | 12738 |
| HCG434 | 12777 | 12777 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG434 | 12811 | 12811 |
| HCG434 | 12814 | 12814 |
| HCG434 | 12913 | 12913 |
| HCG434 | 13057 | 13057 |
| HCG434 | 13265 | 13265 |
| HCG434 | 13272 | 13272 |
| HCG434 | 13338 | 13338 |
| HCG434 | 13401 | 13401 |
| HCG434 | 13472 | 13472 |
| HCG434 | 13480 | 13480 |
| HCG434 | 13499 | 13499 |
| HCG434 | 13848 | 13848 |
| HCG434 | 13862 | 13862 |
| HCG434 | 14181 | 14181 |
| HCG434 | 14323 | 14323 |
| HCG434 | 14350 | 14350 |
| HCG434 | 14512 | 14512 |
| HCG434 | 15376 | 15376 |
| HCG434 | 15377 | 15377 |
| HCG434 | 15572 | 15572 |
| HCG434 | 15611 | 15611 |
| HCG434 | 15622 | 15622 |
| HCG434 | 15624 | 15624 |
| HCG434 | 15625 | 15625 |
| HCG434 | 15637 | 15637 |
| HCG434 | 15640 | 15640 |
| HCG434 | 15682 | 15682 |
| HCG434 | 15752 | 15752 |
| HCG434 | 15815 | 15815 |
| HCG435 | 4 | 4 |
| HCG435 | 18 | 18 |
| HCG435 | 42 | 42 |
| HCG435 | 54 | 54 |
| HCG435 | 59 | 59 |
| HCG435 | 65 | 65 |
| HCG435 | 113 | 113 |
| HCG435 | 861 | 861 |
| HCG435 | 862 | 862 |
| HCG435 | 869 | 869 |
| HCG435 | 877 | 877 |
| HCG435 | 881 | 881 |
| HCG435 | 1036 | 1036 |
| HCG435 | 1058 | 1058 |
| HCG435 | 1077 | 1077 |
| HCG435 | 1153 | 1153 |

223

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG435 | 1161 | 1161 |
| HCG435 | 1208 | 1209 |
| HCG435 | 1317 | 1317 |
| HCG435 | 1347 | 1347 |
| HCG435 | 1348 | 1348 |
| HCG435 | 1366 | 1366 |
| HCG435 | 1367 | 1367 |
| HCG435 | 1425 | 1425 |
| HCG435 | 1434 | 1434 |
| HCG435 | 1457 | 1457 |
| HCG435 | 1471 | 1471 |
| HCG435 | 1501 | 1516 |
| HCG435 | 1530 | 1530 |
| HCG435 | 1600 | 1600 |
| HCG435 | 1601 | 1601 |
| HCG435 | 1778 | 1778 |
| HCG435 | 1840 | 1840 |
| HCG435 | 2045 | 2045 |
| HCG435 | 2047 | 2047 |
| HCG435 | 2108 | 2108 |
| HCG435 | 2109 | 2109 |
| HCG435 | 2474 | 2474 |
| HCG435 | 2496 | 2496 |
| HCG435 | 2513 | 2513 |
| HCG435 | 2514 | 2514 |
| HCG435 | 2527 | 2527 |
| HCG435 | 2775 | 2775 |
| HCG435 | 2788 | 2789 |
| HCG435 | 2934 | 2934 |
| HCG435 | 3072 | 3072 |
| HCG435 | 3126 | 3126 |
| HCG435 | 3278 | 3278 |
| HCG435 | 3303 | 3303 |
| HCG435 | 3318 | 3318 |
| HCG435 | 3428 | 3428 |
| HCG435 | 3445 | 3445 |
| HCG435 | 3478 | 3478 |
| HCG435 | 3495 | 3495 |
| HCG435 | 3565 | 3565 |
| HCG435 | 3574 | 3574 |
| HCG435 | 3692 | 3692 |
| HCG435 | 3840 | 3840 |
| HCG435 | 3987 | 3987 |
| HCG435 | 4104 | 4104 |
| HCG435 | 5937 | 5946 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG437 | 26855 | 26882 |
| HCG437 | 26925 | 26969 |
| HCG437 | 27288 | 27329 |
| HCG437 | 27334 | 27358 |
| HCG437 | 27615 | 27638 |
| HCG437 | 27647 | 27694 |
| HCG437 | 27772 | 27817 |
| HCG437 | 27900 | 27927 |
| HCG437 | 28194 | 28224 |
| HCG437 | 28746 | 28787 |
| HCG437 | 28898 | 28931 |
| HCG437 | 29664 | 29681 |
| HCG437 | 30487 | 30506 |
| HCG437 | 36927 | 36946 |
| HCG437 | 36977 | 36996 |
| HCG437 | 37310 | 37337 |
| HCG438 | 9 | 41 |
| HCG438 | 514 | 535 |
| HCG438 | 540 | 571 |
| HCG438 | 2335 | 2372 |
| HCG438 | 2376 | 2409 |
| HCG438 | 14176 | 14198 |
| HCG438 | 19557 | 19598 |
| HCG438 | 19709 | 19730 |
| HCG438 | 19857 | 19875 |
| HCG438 | 21364 | 21401 |
| HCG438 | 24870 | 24908 |
| HCG438 | 25423 | 25463 |
| HCG439 | 9901 | 9928 |
| HCG439 | 28462 | 28503 |
| HCG439 | 29874 | 29913 |
| HCG439 | 33437 | 33477 |
| HCG439 | 43575 | 43597 |
| HCG439 | 43618 | 43640 |
| HCG440 | 421 | 466 |
| HCG440 | 517 | 541 |
| HCG440 | 2629 | 2658 |
| HCG440 | 5003 | 5036 |
| HCG440 | 6389 | 6420 |
| HCG440 | 10453 | 10494 |
| HCG440 | 10975 | 11005 |
| HCG440 | 11012 | 11056 |
| HCG440 | 11417 | 11464 |
| HCG440 | 11468 | 11512 |
| HCG440 | 12205 | 12227 |
| HCG440 | 12232 | 12255 |
| HCG440 | 12970 | 13003 |
| HCG440 | 13133 | 13162 |

| Bates Prefix | First Page | Last Page |
| --- | --- | --- |
| HCG440 | 13215 | 13247 |
| HCG440 | 13273 | 13305 |
| HCG440 | 13622 | 13655 |
| HCG440 | 16510 | 16525 |
| HCG440 | 19711 | 19733 |
| HCG440 | 22360 | 22384 |
| HCG441 | 655 | 673 |
| HCG441 | 4263 | 4279 |
| HCG441 | 5881 | 5901 |
| HCG441 | 9862 | 9903 |
| HCG441 | 9987 | 10018 |
| HCG441 | 10466 | 10488 |
| HCG441 | 11607 | 11607 |
| HCG441 | 12495 | 12536 |
| HCG441 | 12678 | 12715 |
| HCG441 | 13706 | 13730 |
| HCG441 | 13754 | 13799 |
| HCG441 | 13868 | 13881 |
| HCG441 | 13960 | 13990 |
| HCG441 | 17337 | 17368 |
| HCG441 | 21022 | 21037 |
| HCG441 | 21220 | 21240 |
| HCG441 | 22276 | 22292 |
| HCG441 | 23662 | 23662 |
| HCG441 | 23890 | 23910 |
| HCG442 | 29 | 49 |
| HCG442 | 476 | 491 |
| HCG442 | 814 | 858 |
| HCG442 | 860 | 909 |
| HCG442 | 4756 | 4787 |
| HCG442 | 6758 | 6773 |
| HCG442 | 9538 | 9577 |
| HCG442 | 11611 | 11638 |
| HCG442 | 12386 | 12416 |
| HCG442 | 13215 | 13235 |
| HCG442 | 14073 | 14093 |
| HCG442 | 17012 | 17030 |
| HCG442 | 19052 | 19083 |
| HCG442 | 19770 | 19796 |
| HCG442 | 21794 | 21839 |
| HCG443 | 11855 | 11882 |
| HCG443 | 18702 | 18740 |
| HCG443 | 18743 | 18768 |
| HCG443 | 20056 | 20097 |
| HCG443 | 20253 | 20280 |
| HCG444 | 950 | 992 |
| HCG444 | 1245 | 1261 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG444 | 1715 | 1739 |
| HCG444 | 2477 | 2496 |
| HCG444 | 3175 | 3175 |
| HCG444 | 3719 | 3743 |
| HCG444 | 7895 | 7947 |
| HCG444 | 12746 | 12768 |
| HCG444 | 12795 | 12815 |
| HCG444 | 25305 | 25338 |
| C2L001 | 1829 | 1848 |
| C2O001 | 173 | 203 |
| C2O001 | 3331 | 3344 |
| C2O001 | 3382 | 3401 |
| C2O003 | 376 | 410 |
| C2O005 | 1521 | 1565 |
| C2O005 | 1610 | 1655 |
| C3E015 | 392 | 412 |
| C3E015 | 592 | 612 |
| C3E015 | 751 | 768 |
| C3E015 | 789 | 814 |
| C3E015 | 829 | 853 |
| C3E015 | 876 | 889 |
| C3E015 | 914 | 930 |
| C3E015 | 951 | 972 |
| C3E015 | 1001 | 1014 |
| C3E015 | 1035 | 1054 |
| C3E015 | 1202 | 1225 |
| C3E015 | 1324 | 1351 |
| C3E015 | 1396 | 1418 |
| C3E015 | 1439 | 1463 |
| C3E016 | 293 | 309 |
| C3E016 | 312 | 325 |
| C3E016 | 328 | 343 |
| C3E017 | 92 | 119 |
| C3E017 | 122 | 147 |
| C3E020 | 23 | 38 |
| C3E020 | 86 | 131 |
| C3E020 | 133 | 180 |
| C3E020 | 227 | 260 |
| C3E020 | 314 | 355 |
| DEO069 | 2310 | 2356 |
| DEO069 | 2495 | 2541 |
| DEO069 | 2900 | 2944 |
| DEO069 | 4081 | 4119 |
| DEO069 | 6051 | 6093 |
| DEO069 | 6848 | 6895 |
| HCG445 | 34563 | 34590 |
| HCG445 | 34904 | 34941 |
| HCG445 | 35128 | 35161 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG445 | 39388 | 39414 |
| HCG446 | 1289 | 1330 |
| HCG446 | 2103 | 2147 |
| HCG446 | 4020 | 4057 |
| HCG446 | 4546 | 4586 |
| HCG446 | 6136 | 6166 |
| HCG446 | 6254 | 6296 |
| HCG446 | 6649 | 6690 |
| HCG446 | 6779 | 6788 |
| HCG446 | 7258 | 7294 |
| HCG446 | 8268 | 8307 |
| HCG446 | 8409 | 8442 |
| HCG446 | 8586 | 8606 |
| HCG446 | 8742 | 8773 |
| HCG446 | 9646 | 9681 |
| HCG446 | 9988 | 10028 |
| HCG446 | 10139 | 10186 |
| HCG446 | 10325 | 10363 |
| HCG446 | 10366 | 10391 |
| HCG446 | 10539 | 10586 |
| HCG447 | 161 | 184 |
| HCG447 | 902 | 927 |
| HCG447 | 3828 | 3873 |
| LAL180 | 3120 | 3145 |
| LAL180 | 7546 | 7586 |
| LAL180 | 7691 | 7731 |
| N1JX016 | 1392 | 1409 |
| N5M004 | 1165 | 1190 |
| N5M004 | 1365 | 1406 |
| N5M004 | 1447 | 1486 |
| N9R002 | 728 | 767 |
| NVY003 | 1568 | 1593 |
| NVY003 | 1594 | 1614 |
| NVY003 | 2264 | 2302 |
| NVY003 | 2303 | 2352 |
| NVY003 | 2392 | 2428 |
| NVY003 | 2479 | 2500 |
| NVY003 | 2501 | 2539 |
| NVY003 | 2540 | 2586 |
| NVY003 | 2640 | 2688 |
| NVY003 | 2689 | 2728 |
| NVY003 | 2729 | 2753 |
| NVY003 | 2859 | 2883 |
| NVY003 | 2996 | 3035 |
| NVY003 | 3075 | 3111 |
| NVY003 | 3256 | 3285 |
| NVY003 | 3389 | 3421 |
| NVY003 | 3535 | 3570 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| NVY003 | 3760 | 3784 |
| NVY003 | 3808 | 3838 |
| NVY003 | 3890 | 3914 |
| NVY003 | 3915 | 3928 |
| NVY003 | 3929 | 3950 |
| NVY003 | 3951 | 3967 |
| NVY003 | 3968 | 3981 |
| NVY003 | 3982 | 3997 |
| NVY003 | 3998 | 4014 |
| NVY003 | 4015 | 4031 |
| NVY003 | 4032 | 4054 |
| NVY003 | 4055 | 4073 |
| NVY003 | 4157 | 4198 |
| NVY003 | 4199 | 4240 |
| NVY003 | 4241 | 4286 |
| NVY003 | 4287 | 4320 |
| NVY003 | 4321 | 4354 |
| NVY003 | 4355 | 4385 |
| NVY003 | 4386 | 4419 |
| NVY003 | 4420 | 4459 |
| NVY003 | 4460 | 4497 |
| OSE116 | 2409 | 2450 |
| OSE116 | 4613 | 4652 |
| OSE117 | 1116 | 1151 |
| OSE231 | 21996 | 22049 |
| OSE231 | 22050 | 22086 |
| OSE231 | 22087 | 22128 |
| OSE231 | 22129 | 22170 |
| OSE248 | 3663 | 3712 |
| OSE249 | 1356 | 1395 |
| OSE249 | 1405 | 1449 |
| OSE471 | 2897 | 2930 |
| OSE471 | 3118 | 3148 |
| OSE471 | 3437 | 3473 |
| OSE471 | 3802 | 3841 |
| OSE479 | 4385 | 4428 |
| OSE479 | 4429 | 4470 |
| OSE479 | 4513 | 4554 |
| OSE479 | 4555 | 4596 |
| OSE681 | 4104 | 4148 |
| OSE681 | 4478 | 4518 |
| SNL107 | 10256 | 10283 |
| C2L001 | 2216 | 2240 |
| C2N005 | 1464 | 1484 |
| C2N005 | 1972 | 1992 |
| C3E014 | 1123 | 1150 |
| C3E014 | 1171 | 1195 |
| C3E014 | 1227 | 1243 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C3E014 | 1360 | 1383 |
| C3E014 | 1588 | 1607 |
| C3E014 | 1857 | 1880 |
| HCG160 | 6001 | 6024 |
| HCG160 | 6112 | 6135 |
| HCG214 | 6831 | 6893 |
| HCG215 | 16350 | 16438 |
| HCG215 | 16440 | 16440 |
| HCG215 | 16602 | 16672 |
| HCG215 | 16706 | 16753 |
| HCG215 | 17620 | 17650 |
| HCG215 | 18380 | 18410 |
| HCG215 | 18775 | 18841 |
| HCG215 | 18843 | 18843 |
| HCG215 | 18914 | 18914 |
| HCG324 | 14895 | 14917 |
| HCG324 | 17001 | 17032 |
| HCG325 | 4886 | 4895 |
| HCG325 | 4896 | 4930 |
| HCG325 | 4941 | 4972 |
| HCG325 | 5012 | 5031 |
| HCG325 | 5052 | 5073 |
| HCG325 | 11102 | 11126 |
| HCG325 | 11127 | 11146 |
| HCG325 | 11147 | 11169 |
| HCG325 | 11170 | 11195 |
| HCG325 | 11196 | 11220 |
| HCG325 | 11221 | 11251 |
| HCG325 | 11252 | 11275 |
| HCG325 | 11276 | 11300 |
| HCG325 | 11301 | 11328 |
| HCG325 | 11329 | 11350 |
| HCG325 | 11351 | 11396 |
| HCG325 | 11710 | 11735 |
| HCG325 | 11736 | 11758 |
| HCG325 | 11759 | 11806 |
| HCG325 | 11807 | 11860 |
| HCG325 | 11861 | 11906 |
| HCG325 | 11907 | 11946 |
| HCG325 | 11947 | 11987 |
| HCG325 | 11988 | 12025 |
| HCG325 | 12026 | 12070 |
| HCG325 | 12071 | 12118 |
| HCG325 | 12119 | 12163 |
| HCG325 | 12164 | 12209 |
| HCG325 | 12210 | 12253 |
| HCG325 | 12254 | 12293 |
| HCG325 | 12294 | 12335 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG326 | 15268 | 15309 |
| HCG326 | 15313 | 15340 |
| HCG326 | 19318 | 19337 |
| HCG326 | 19338 | 19362 |
| HCG327 | 1613 | 1662 |
| HCG327 | 1663 | 1699 |
| HCG327 | 1700 | 1721 |
| HCG327 | 1722 | 1745 |
| HCG327 | 1746 | 1792 |
| HCG327 | 1793 | 1845 |
| HCG327 | 1846 | 1887 |
| HCG327 | 1888 | 1915 |
| HCG327 | 1916 | 1945 |
| HCG327 | 1946 | 1969 |
| HCG327 | 1970 | 1992 |
| HCG327 | 1993 | 2015 |
| HCG327 | 2016 | 2040 |
| HCG327 | 2041 | 2083 |
| HCG327 | 2084 | 2123 |
| HCG327 | 5508 | 5540 |
| HCG327 | 5753 | 5788 |
| HCG327 | 5829 | 5853 |
| HCG327 | 5854 | 5898 |
| HCG327 | 5951 | 5977 |
| HCG327 | 6052 | 6091 |
| HCG327 | 6216 | 6243 |
| HCG327 | 8221 | 8262 |
| HCG327 | 8378 | 8408 |
| HCG327 | 9093 | 9116 |
| HCG327 | 9117 | 9158 |
| HCG327 | 9175 | 9202 |
| HCG327 | 9209 | 9234 |
| HCG327 | 9366 | 9391 |
| HCG327 | 9392 | 9436 |
| HCG327 | 9657 | 9695 |
| HCG327 | 9696 | 9733 |
| HCG327 | 9984 | 10025 |
| HCG327 | 11696 | 11735 |
| HCG327 | 11736 | 11773 |
| HCG327 | 11786 | 11811 |
| HCG327 | 11812 | 11832 |
| HCG327 | 11932 | 11969 |
| HCG327 | 12329 | 12369 |
| HCG327 | 12370 | 12410 |
| HCG327 | 12541 | 12589 |
| HCG327 | 12602 | 12626 |
| HCG327 | 12719 | 12737 |
| HCG327 | 13091 | 13178 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG327 | 13349 | 13376 |
| HCG327 | 13384 | 13432 |
| HCG327 | 13433 | 13462 |
| HCG327 | 13643 | 13663 |
| HCG327 | 15506 | 15547 |
| HCG327 | 15618 | 15658 |
| HCG327 | 16372 | 16397 |
| HCG327 | 18489 | 18527 |
| HCG327 | 18558 | 18580 |
| HCG327 | 18618 | 18658 |
| HCG327 | 18695 | 18732 |
| HCG327 | 18807 | 18848 |
| HCG327 | 23224 | 23246 |
| HCG327 | 23345 | 23384 |
| HCG327 | 23583 | 23612 |
| HCG327 | 23616 | 23645 |
| HCG327 | 23659 | 23711 |
| HCG327 | 23713 | 23765 |
| HCG327 | 23893 | 23917 |
| HCG327 | 23942 | 23987 |
| HCG327 | 23991 | 24015 |
| HCG327 | 24017 | 24062 |
| HCG327 | 24090 | 24112 |
| HCG327 | 24144 | 24166 |
| HCG327 | 24169 | 24202 |
| HCG327 | 24205 | 24238 |
| HCG327 | 24269 | 24302 |
| HCG327 | 24319 | 24352 |
| HCG328 | 3 | 36 |
| HCG328 | 39 | 72 |
| HCG328 | 77 | 88 |
| HCG328 | 106 | 149 |
| HCG328 | 153 | 172 |
| HCG328 | 174 | 217 |
| HCG328 | 346 | 385 |
| HCG328 | 388 | 404 |
| HCG328 | 414 | 436 |
| HCG328 | 438 | 482 |
| HCG328 | 542 | 563 |
| HCG328 | 565 | 606 |
| HCG328 | 609 | 630 |
| HCG328 | 662 | 680 |
| HCG328 | 682 | 723 |
| HCG328 | 727 | 745 |
| HCG328 | 747 | 791 |
| HCG328 | 831 | 853 |
| HCG328 | 889 | 914 |
| HCG328 | 916 | 961 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG328 | 963 | 1008 |
| HCG328 | 1038 | 1062 |
| HCG328 | 1064 | 1111 |
| HCG328 | 1113 | 1160 |
| HCG328 | 1190 | 1212 |
| HCG328 | 1214 | 1258 |
| HCG328 | 1274 | 1319 |
| HCG328 | 1349 | 1372 |
| HCG328 | 1374 | 1415 |
| HCG328 | 1420 | 1443 |
| HCG328 | 1445 | 1486 |
| HCG328 | 1527 | 1557 |
| HCG328 | 1559 | 1603 |
| HCG328 | 1607 | 1637 |
| HCG328 | 1639 | 1683 |
| HCG328 | 1685 | 1729 |
| HCG328 | 1745 | 1769 |
| HCG328 | 1771 | 1816 |
| HCG328 | 1821 | 1845 |
| HCG328 | 1902 | 1949 |
| HCG328 | 1951 | 1998 |
| HCG328 | 2002 | 2029 |
| HCG328 | 2069 | 2095 |
| HCG328 | 2097 | 2150 |
| HCG328 | 2176 | 2200 |
| HCG328 | 2260 | 2306 |
| HCG328 | 2310 | 2334 |
| HCG328 | 2336 | 2382 |
| HCG328 | 2386 | 2410 |
| HCG328 | 2460 | 2509 |
| HCG328 | 2513 | 2540 |
| HCG328 | 2542 | 2591 |
| HCG328 | 2596 | 2623 |
| HCG328 | 2678 | 2730 |
| HCG328 | 2733 | 2762 |
| HCG328 | 2764 | 2816 |
| HCG328 | 2820 | 2849 |
| HCG328 | 2907 | 2955 |
| HCG328 | 2959 | 2982 |
| HCG328 | 2986 | 3009 |
| HCG328 | 3024 | 3065 |
| HCG328 | 3067 | 3108 |
| HCG328 | 3111 | 3138 |
| HCG328 | 3142 | 3169 |
| HCG328 | 3184 | 3206 |
| HCG328 | 3208 | 3250 |
| HCG328 | 3264 | 3287 |
| HCG328 | 3289 | 3327 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG328 | 3329 | 3367 |
| HCG328 | 3371 | 3394 |
| HCG328 | 3445 | 3466 |
| HCG328 | 3468 | 3504 |
| HCG328 | 3506 | 3542 |
| HCG328 | 3545 | 3566 |
| HCG328 | 3605 | 3643 |
| HCG328 | 3646 | 3669 |
| HCG328 | 3684 | 3706 |
| HCG328 | 3708 | 3747 |
| HCG328 | 3770 | 3794 |
| HCG328 | 3796 | 3835 |
| HCG328 | 3839 | 3863 |
| HCG328 | 3865 | 3904 |
| HCG328 | 3906 | 3946 |
| HCG328 | 3950 | 3975 |
| HCG328 | 4213 | 4251 |
| HCG328 | 4254 | 4273 |
| HCG328 | 4275 | 4312 |
| HCG328 | 4361 | 4369 |
| HCG328 | 4383 | 4413 |
| HCG328 | 4444 | 4465 |
| HCG328 | 4504 | 4543 |
| HCG328 | 4570 | 4614 |
| HCG328 | 4628 | 4668 |
| HCG328 | 4700 | 4737 |
| HCG328 | 4740 | 4781 |
| HCG328 | 4809 | 4850 |
| HCG328 | 4865 | 4905 |
| HCG328 | 4908 | 4948 |
| HCG328 | 4975 | 5019 |
| HCG328 | 5022 | 5066 |
| HCG328 | 5069 | 5113 |
| HCG328 | 5145 | 5154 |
| HCG328 | 5157 | 5193 |
| HCG328 | 5196 | 5229 |
| HCG328 | 5688 | 5729 |
| HCG328 | 6273 | 6299 |
| HCG328 | 6795 | 6830 |
| HCG328 | 9108 | 9133 |
| HCG328 | 10044 | 10063 |
| HCG328 | 10065 | 10085 |
| HCG328 | 10781 | 10826 |
| HCG328 | 10828 | 10873 |
| HCG328 | 10875 | 10924 |
| HCG328 | 10926 | 10972 |
| HCG328 | 10974 | 11026 |
| HCG328 | 11028 | 11075 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG328 | 11077 | 11130 |
| HCG328 | 11132 | 11176 |
| HCG328 | 11178 | 11226 |
| HCG328 | 11230 | 11254 |
| HCG328 | 11258 | 11282 |
| HCG328 | 11286 | 11313 |
| HCG328 | 11317 | 11341 |
| HCG328 | 11345 | 11374 |
| HCG328 | 11378 | 11404 |
| HCG328 | 11408 | 11431 |
| HCG328 | 11435 | 11462 |
| HCG328 | 11717 | 11739 |
| HCG328 | 11769 | 11808 |
| HCG328 | 12182 | 12203 |
| HCG328 | 12262 | 12287 |
| HCG328 | 12919 | 12952 |
| HCG328 | 12959 | 12990 |
| HCG328 | 12993 | 13001 |
| HCG328 | 13053 | 13085 |
| HCG328 | 13087 | 13119 |
| HCG328 | 13122 | 13151 |
| HCG328 | 13224 | 13253 |
| HCG328 | 13276 | 13308 |
| HCG328 | 13409 | 13442 |
| HCG328 | 13492 | 13523 |
| HCG328 | 13561 | 13595 |
| HCG328 | 13597 | 13629 |
| HCG328 | 13667 | 13697 |
| HCG328 | 13713 | 13734 |
| HCG328 | 13795 | 13814 |
| HCG328 | 13817 | 13844 |
| HCG328 | 15035 | 15072 |
| HCG328 | 15074 | 15121 |
| HCG328 | 15125 | 15151 |
| HCG328 | 15255 | 15280 |
| HCG328 | 15343 | 15378 |
| HCG328 | 15381 | 15403 |
| HCG328 | 15429 | 15469 |
| HCG328 | 15487 | 15524 |
| HCG328 | 15610 | 15654 |
| HCG328 | 15702 | 15741 |
| HCG328 | 15757 | 15798 |
| HCG328 | 15826 | 15866 |
| HCG328 | 15884 | 15921 |
| HCG328 | 15937 | 15981 |
| HCG328 | 16048 | 16087 |
| HCG328 | 16090 | 16132 |
| HCG328 | 16135 | 16176 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG328 | 16179 | 16215 |
| HCG328 | 16218 | 16258 |
| HCG328 | 16316 | 16349 |
| HCG328 | 16367 | 16404 |
| HCG328 | 16407 | 16416 |
| HCG328 | 16468 | 16477 |
| HCG329 | 162 | 192 |
| HCG329 | 194 | 224 |
| HCG329 | 292 | 329 |
| HCG329 | 476 | 520 |
| HCG329 | 1706 | 1748 |
| HCG329 | 1774 | 1812 |
| HCG329 | 1816 | 1839 |
| HCG329 | 1841 | 1877 |
| HCG329 | 1880 | 1901 |
| HCG329 | 1928 | 1950 |
| HCG329 | 1965 | 1989 |
| HCG329 | 1991 | 2030 |
| HCG329 | 2032 | 2069 |
| HCG329 | 2073 | 2098 |
| HCG329 | 2114 | 2161 |
| HCG329 | 2166 | 2192 |
| HCG329 | 2234 | 2271 |
| HCG329 | 2274 | 2297 |
| HCG329 | 2312 | 2337 |
| HCG329 | 2340 | 2362 |
| HCG329 | 2365 | 2400 |
| HCG329 | 2441 | 2481 |
| HCG329 | 2484 | 2506 |
| HCG329 | 2564 | 2605 |
| HCG329 | 2609 | 2649 |
| HCG329 | 2694 | 2735 |
| HCG329 | 2750 | 2789 |
| HCG329 | 2806 | 2848 |
| HCG329 | 2851 | 2895 |
| HCG329 | 2936 | 2972 |
| HCG329 | 2989 | 2998 |
| HCG329 | 3001 | 3041 |
| HCG329 | 3060 | 3097 |
| HCG329 | 3100 | 3133 |
| HCG329 | 3166 | 3199 |
| HCG329 | 3215 | 3244 |
| HCG329 | 3260 | 3292 |
| HCG329 | 3306 | 3338 |
| HCG329 | 3362 | 3370 |
| HCG329 | 11865 | 11892 |
| HCG329 | 12275 | 12316 |
| HCG329 | 12320 | 12347 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG329 | 12426 | 12470 |
| HCG329 | 12853 | 12875 |
| HCG329 | 12910 | 12947 |
| HCG329 | 12965 | 13004 |
| HCG329 | 13361 | 13408 |
| HCG329 | 13412 | 13436 |
| HCG329 | 13678 | 13687 |
| HCG329 | 13718 | 13743 |
| HCG329 | 13757 | 13775 |
| HCG329 | 13788 | 13809 |
| HCG329 | 13826 | 13848 |
| HCG329 | 13885 | 13910 |
| HCG329 | 13937 | 13959 |
| HCG329 | 13997 | 14021 |
| HCG329 | 15582 | 15605 |
| HCG329 | 15811 | 15834 |
| HCG329 | 16999 | 17040 |
| HCG329 | 17045 | 17068 |
| HCG329 | 17072 | 17102 |
| HCG329 | 17206 | 17253 |
| HCG329 | 17257 | 17281 |
| HCG329 | 17762 | 17806 |
| HCG329 | 17824 | 17854 |
| HCG329 | 17914 | 17938 |
| HCG329 | 17940 | 17985 |
| HCG329 | 18030 | 18053 |
| HCG329 | 18055 | 18096 |
| HCG329 | 18120 | 18167 |
| HCG329 | 18171 | 18198 |
| HCG329 | 18811 | 18833 |
| HCG329 | 18918 | 18957 |
| HCG329 | 19201 | 19240 |
| HCG329 | 19256 | 19297 |
| HCG329 | 19328 | 19365 |
| HCG329 | 19382 | 19409 |
| HCG329 | 19435 | 19454 |
| HCG329 | 19605 | 19635 |
| HCG329 | 19673 | 19705 |
| HCG329 | 19765 | 19796 |
| HCG330 | 6606 | 6650 |
| HCG330 | 6725 | 6767 |
| HCG330 | 6769 | 6809 |
| HCG330 | 6812 | 6848 |
| HCG330 | 6890 | 6927 |
| HCG330 | 6945 | 6977 |
| HCG330 | 7259 | 7288 |
| HCG330 | 7313 | 7346 |
| HCG330 | 7452 | 7473 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG330 | 7478 | 7501 |
| HCG330 | 7503 | 7544 |
| HCG330 | 7567 | 7597 |
| HCG330 | 7599 | 7643 |
| HCG330 | 7645 | 7689 |
| HCG330 | 7691 | 7736 |
| HCG330 | 7808 | 7861 |
| HCG330 | 7898 | 7922 |
| HCG330 | 7924 | 7970 |
| HCG330 | 7993 | 8042 |
| HCG330 | 8119 | 8164 |
| HCG330 | 8167 | 8191 |
| HCG330 | 8232 | 8280 |
| HCG330 | 8284 | 8307 |
| HCG330 | 8333 | 8360 |
| HCG330 | 8384 | 8409 |
| HCG330 | 8441 | 8488 |
| HCG330 | 8491 | 8529 |
| HCG330 | 8542 | 8589 |
| HCG330 | 8604 | 8648 |
| HCG330 | 8652 | 8676 |
| HCG330 | 8678 | 8725 |
| HCG330 | 8728 | 8755 |
| HCG330 | 8759 | 8785 |
| HCG330 | 8789 | 8816 |
| HCG330 | 8818 | 8870 |
| HCG330 | 8873 | 8902 |
| HCG330 | 8904 | 8946 |
| HCG330 | 9292 | 9316 |
| HCG330 | 9318 | 9357 |
| HCG330 | 9388 | 9411 |
| HCG330 | 9413 | 9436 |
| HCG330 | 9438 | 9463 |
| HCG330 | 9478 | 9498 |
| HCG330 | 9576 | 9596 |
| HCG330 | 9691 | 9711 |
| HCG330 | 9723 | 9743 |
| HCG330 | 9776 | 9796 |
| HCG330 | 9812 | 9832 |
| HCG330 | 9865 | 9896 |
| HCG330 | 10099 | 10186 |
| HCG330 | 10902 | 10941 |
| HCG330 | 10990 | 11027 |
| HCG330 | 11097 | 11138 |
| HCG330 | 11141 | 11163 |
| HCG330 | 11213 | 11254 |
| HCG330 | 11357 | 11398 |
| HCG330 | 11458 | 11502 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG330 | 11522 | 11541 |
| HCG330 | 11602 | 11629 |
| HCG330 | 11675 | 11724 |
| HCG330 | 11938 | 11964 |
| HCG330 | 11977 | 12030 |
| HCG330 | 12078 | 12124 |
| HCG330 | 12156 | 12180 |
| HCG330 | 12196 | 12241 |
| HCG330 | 12269 | 12293 |
| HCG330 | 12331 | 12354 |
| HCG330 | 12431 | 12478 |
| HCG330 | 12553 | 12580 |
| HCG330 | 12644 | 12666 |
| HCG330 | 12700 | 12723 |
| HCG330 | 12784 | 12811 |
| HCG330 | 12814 | 12855 |
| HCG330 | 12883 | 12912 |
| HCG330 | 12915 | 12967 |
| HCG330 | 13149 | 13197 |
| HCG330 | 13199 | 13222 |
| HCG330 | 13440 | 13478 |
| HCG330 | 13481 | 13520 |
| HCG330 | 13524 | 13547 |
| HCG330 | 13622 | 13646 |
| HCG330 | 13699 | 13735 |
| HCG330 | 13806 | 13858 |
| HCG330 | 13862 | 13891 |
| HCG330 | 14026 | 14061 |
| HCG330 | 14063 | 14088 |
| HCG330 | 14217 | 14241 |
| HCG330 | 14279 | 14324 |
| HCG330 | 14350 | 14388 |
| HCG330 | 14392 | 14415 |
| HCG330 | 14464 | 14512 |
| HCG330 | 14597 | 14638 |
| HCG330 | 14642 | 14669 |
| HCG330 | 15106 | 15145 |
| HCG330 | 15172 | 15211 |
| HCG330 | 15228 | 15265 |
| HCG330 | 15280 | 15327 |
| HCG330 | 15347 | 15384 |
| HCG330 | 15387 | 15410 |
| HCG330 | 15427 | 15465 |
| HCG330 | 15482 | 15517 |
| HCG330 | 15894 | 15934 |
| HCG330 | 15952 | 15989 |
| HCG330 | 16014 | 16053 |
| HCG330 | 16088 | 16132 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG330 | 16148 | 16189 |
| HCG330 | 16223 | 16268 |
| HCG330 | 17247 | 17285 |
| HCG330 | 17301 | 17341 |
| HCG330 | 17490 | 17524 |
| HCG330 | 17530 | 17557 |
| HCG330 | 17582 | 17615 |
| HCG330 | 17617 | 17648 |
| HCG330 | 17651 | 17678 |
| HCG330 | 17680 | 17705 |
| HCG330 | 17755 | 17788 |
| HCG330 | 17790 | 17817 |
| HCG330 | 17883 | 17915 |
| HCG330 | 17917 | 17943 |
| HCG330 | 18017 | 18047 |
| HCG330 | 18049 | 18073 |
| HCG331 | 3 | 22 |
| HCG331 | 25 | 43 |
| HCG331 | 98 | 130 |
| HCG331 | 132 | 158 |
| HCG331 | 161 | 188 |
| HCG331 | 191 | 218 |
| HCG331 | 239 | 260 |
| HCG331 | 300 | 329 |
| HCG331 | 332 | 355 |
| HCG331 | 517 | 533 |
| HCG331 | 562 | 595 |
| HCG331 | 606 | 633 |
| HCG331 | 668 | 707 |
| HCG331 | 808 | 832 |
| HCG331 | 1025 | 1074 |
| HCG331 | 1362 | 1378 |
| HCG331 | 1455 | 1496 |
| HCG331 | 1556 | 1556 |
| HCG331 | 1971 | 2005 |
| HCG331 | 2316 | 2337 |
| HCG331 | 2339 | 2380 |
| HCG331 | 2398 | 2420 |
| HCG331 | 2839 | 2870 |
| HCG331 | 3263 | 3282 |
| HCG331 | 3350 | 3388 |
| HCG331 | 3417 | 3454 |
| HCG331 | 3458 | 3481 |
| HCG331 | 3527 | 3553 |
| HCG331 | 3555 | 3602 |
| HCG331 | 3652 | 3692 |
| HCG331 | 3738 | 3782 |
| HCG331 | 3812 | 3849 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG331 | 3880 | 3902 |
| HCG331 | 4216 | 4256 |
| HCG331 | 4296 | 4333 |
| HCG331 | 4384 | 4425 |
| HCG331 | 4429 | 4470 |
| HCG331 | 4473 | 4512 |
| HCG331 | 5308 | 5352 |
| HCG331 | 5366 | 5408 |
| HCG331 | 5424 | 5463 |
| HCG331 | 5538 | 5574 |
| HCG331 | 5589 | 5629 |
| HCG331 | 5632 | 5669 |
| HCG331 | 5738 | 5764 |
| HCG331 | 5766 | 5819 |
| HCG331 | 5908 | 5932 |
| HCG331 | 5934 | 5979 |
| HCG331 | 6061 | 6085 |
| HCG331 | 6087 | 6133 |
| HCG331 | 6149 | 6198 |
| HCG331 | 6202 | 6226 |
| HCG331 | 6231 | 6258 |
| HCG331 | 6301 | 6330 |
| HCG331 | 6332 | 6384 |
| HCG331 | 6462 | 6485 |
| HCG331 | 6560 | 6608 |
| HCG331 | 6654 | 6677 |
| HCG331 | 6679 | 6717 |
| HCG331 | 6719 | 6761 |
| HCG331 | 6839 | 6880 |
| HCG331 | 6884 | 6911 |
| HCG331 | 6940 | 6962 |
| HCG331 | 7009 | 7030 |
| HCG331 | 7032 | 7068 |
| HCG331 | 7107 | 7147 |
| HCG331 | 7162 | 7201 |
| HCG331 | 7205 | 7230 |
| HCG331 | 7232 | 7269 |
| HCG331 | 7272 | 7304 |
| HCG331 | 7536 | 7569 |
| HCG331 | 7611 | 7640 |
| HCG331 | 7701 | 7733 |
| HCG331 | 7736 | 7768 |
| HCG331 | 7771 | 7779 |
| HCG331 | 7827 | 7856 |
| HCG331 | 7968 | 8001 |
| HCG331 | 8004 | 8038 |
| HCG331 | 8123 | 8154 |
| HCG331 | 8273 | 8303 |

241

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG331 | 9253 | 9286 |
| HCG331 | 10014 | 10044 |
| HCG331 | 10220 | 10239 |
| HCG331 | 10704 | 10730 |
| HCG331 | 10888 | 10926 |
| HCG331 | 10937 | 10956 |
| HCG331 | 10961 | 11004 |
| HCG331 | 11614 | 11646 |
| HCG331 | 11728 | 11762 |
| HCG331 | 11851 | 11888 |
| HCG331 | 12085 | 12106 |
| HCG331 | 12170 | 12199 |
| HCG331 | 12812 | 12820 |
| HCG331 | 12823 | 12842 |
| HCG331 | 12869 | 12896 |
| HCG331 | 12979 | 13000 |
| HCG331 | 13305 | 13345 |
| HCG331 | 13348 | 13373 |
| HCG331 | 13434 | 13471 |
| HCG331 | 13474 | 13490 |
| HCG331 | 13506 | 13547 |
| HCG331 | 13550 | 13572 |
| HCG331 | 13595 | 13636 |
| HCG331 | 13651 | 13692 |
| HCG331 | 13696 | 13721 |
| HCG331 | 13749 | 13773 |
| HCG331 | 13845 | 13882 |
| HCG331 | 13885 | 13908 |
| HCG331 | 13952 | 13991 |
| HCG331 | 13994 | 14032 |
| HCG331 | 14036 | 14060 |
| HCG332 | 8767 | 8792 |
| HCG332 | 8920 | 8944 |
| HCG332 | 8946 | 8993 |
| HCG332 | 9020 | 9065 |
| HCG332 | 9091 | 9135 |
| HCG332 | 9170 | 9200 |
| HCG332 | 9240 | 9262 |
| HCG332 | 9264 | 9308 |
| HCG332 | 9310 | 9354 |
| HCG332 | 9357 | 9384 |
| HCG332 | 9386 | 9427 |
| HCG332 | 9432 | 9455 |
| HCG332 | 9481 | 9528 |
| HCG332 | 9567 | 9620 |
| HCG332 | 9624 | 9650 |
| HCG332 | 9688 | 9740 |
| HCG332 | 9743 | 9772 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG332 | 9786 | 9835 |
| HCG332 | 9846 | 9870 |
| HCG332 | 9872 | 9918 |
| HCG332 | 9950 | 9973 |
| HCG332 | 9975 | 10023 |
| HCG332 | 10026 | 10053 |
| HCG332 | 10055 | 10097 |
| HCG332 | 10123 | 10170 |
| HCG332 | 10196 | 10234 |
| HCG332 | 10238 | 10275 |
| HCG332 | 10289 | 10311 |
| HCG332 | 10314 | 10353 |
| HCG332 | 10356 | 10397 |
| HCG332 | 10401 | 10441 |
| HCG332 | 10509 | 10548 |
| HCG332 | 10551 | 10595 |
| HCG332 | 10622 | 10654 |
| HCG332 | 10656 | 10687 |
| HCG332 | 10690 | 10724 |
| HCG332 | 10726 | 10758 |
| HCG332 | 10796 | 10826 |
| HCG332 | 10860 | 10879 |
| HCG332 | 10882 | 10909 |
| HCG332 | 11130 | 11152 |
| HCG332 | 11750 | 11797 |
| HCG332 | 11800 | 11841 |
| HCG332 | 11910 | 11952 |
| HCG332 | 11954 | 11996 |
| HCG332 | 12000 | 12025 |
| HCG332 | 12027 | 12064 |
| HCG332 | 12129 | 12153 |
| HCG332 | 12155 | 12194 |
| HCG332 | 12208 | 12230 |
| HCG332 | 12257 | 12278 |
| HCG332 | 12280 | 12316 |
| HCG332 | 12355 | 12393 |
| HCG332 | 12397 | 12420 |
| HCG332 | 12518 | 12544 |
| HCG332 | 12546 | 12593 |
| HCG332 | 12637 | 12674 |
| HCG332 | 12677 | 12700 |
| HCG332 | 12728 | 12750 |
| HCG332 | 12753 | 12788 |
| HCG332 | 12791 | 12813 |
| HCG332 | 12867 | 12892 |
| HCG332 | 12909 | 12949 |
| HCG332 | 12953 | 12993 |
| HCG332 | 13032 | 13076 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG332 | 13093 | 13135 |
| HCG332 | 13156 | 13196 |
| HCG332 | 13199 | 13235 |
| HCG332 | 13292 | 13321 |
| HCG332 | 13348 | 13381 |
| HCG332 | 13398 | 13431 |
| HCG332 | 13506 | 13543 |
| HCG332 | 13559 | 13591 |
| HCG332 | 13615 | 13623 |
| HCG332 | 13640 | 13672 |
| HCG332 | 13676 | 13684 |
| HCG332 | 13701 | 13733 |
| HCG332 | 13748 | 13782 |
| HCG332 | 13838 | 13871 |
| HCG332 | 13884 | 13913 |
| HCG332 | 13990 | 14031 |
| HCG332 | 14060 | 14104 |
| HCG332 | 14128 | 14167 |
| HCG332 | 14184 | 14226 |
| HCG332 | 14247 | 14269 |
| HCG332 | 14271 | 14313 |
| HCG332 | 14442 | 14465 |
| HCG332 | 14467 | 14505 |
| HCG332 | 14569 | 14590 |
| HCG332 | 14592 | 14628 |
| HCG332 | 14658 | 14699 |
| HCG332 | 14703 | 14744 |
| HCG332 | 14776 | 14820 |
| HCG332 | 14851 | 14890 |
| HCG332 | 14894 | 14919 |
| HCG332 | 14922 | 14961 |
| HCG332 | 14964 | 15003 |
| HCG332 | 15006 | 15045 |
| HCG332 | 15048 | 15087 |
| HCG332 | 15115 | 15156 |
| HCG332 | 15160 | 15201 |
| HCG332 | 15230 | 15266 |
| HCG332 | 15711 | 15753 |
| HCG332 | 15825 | 15857 |
| HCG332 | 18971 | 19008 |
| HCG332 | 19011 | 19055 |
| HCG332 | 19121 | 19158 |
| HCG332 | 19173 | 19214 |
| HCG333 | 247 | 287 |
| HCG333 | 3047 | 3087 |
| HCG333 | 3816 | 3855 |
| HCG333 | 4429 | 4462 |
| HCG333 | 4479 | 4512 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG333 | 4536 | 4565 |
| HCG333 | 4680 | 4723 |
| HCG333 | 4747 | 4755 |
| HCG333 | 4758 | 4789 |
| HCG333 | 4794 | 4826 |
| HCG333 | 4846 | 4865 |
| HCG333 | 5022 | 5061 |
| HCG333 | 5505 | 5523 |
| HCG333 | 5525 | 5566 |
| HCG333 | 5643 | 5665 |
| HCG333 | 6011 | 6051 |
| HCG333 | 6066 | 6103 |
| HCG333 | 6106 | 6129 |
| HCG333 | 6243 | 6280 |
| HCG333 | 6329 | 6353 |
| HCG333 | 6355 | 6394 |
| HCG333 | 6432 | 6454 |
| HCG333 | 6456 | 6495 |
| HCG333 | 6498 | 6521 |
| HCG333 | 6523 | 6561 |
| HCG333 | 6639 | 6684 |
| HCG333 | 6698 | 6736 |
| HCG333 | 7020 | 7044 |
| HCG333 | 7107 | 7130 |
| HCG333 | 7132 | 7170 |
| HCG333 | 7244 | 7269 |
| HCG333 | 7271 | 7316 |
| HCG333 | 7349 | 7371 |
| HCG333 | 7398 | 7439 |
| HCG333 | 7482 | 7503 |
| HCG333 | 7505 | 7541 |
| HCG333 | 7651 | 7677 |
| HCG333 | 8078 | 8101 |
| HCG333 | 8325 | 8362 |
| HCG333 | 8469 | 8488 |
| HCG333 | 8695 | 8719 |
| HCG333 | 8729 | 8776 |
| HCG333 | 9020 | 9061 |
| HCG333 | 9218 | 9242 |
| HCG333 | 9364 | 9386 |
| HCG333 | 9388 | 9429 |
| HCG333 | 9518 | 9534 |
| HCG333 | 9536 | 9573 |
| HCG333 | 9628 | 9644 |
| HCG333 | 9646 | 9685 |
| HCG333 | 9871 | 9906 |
| HCG333 | 11975 | 12008 |
| HCG333 | 12015 | 12047 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG333 | 13699 | 13719 |
| HCG333 | 14158 | 14203 |
| HCG333 | 14207 | 14231 |
| HCG333 | 14271 | 14300 |
| HCG333 | 14339 | 14391 |
| HCG333 | 14395 | 14417 |
| HCG333 | 14435 | 14477 |
| HCG333 | 14548 | 14596 |
| HCG333 | 17148 | 17178 |
| HCG333 | 17240 | 17264 |
| HCG333 | 17272 | 17296 |
| HCG334 | 688 | 714 |
| HCG334 | 739 | 792 |
| HCG334 | 10402 | 10434 |
| HCG334 | 10437 | 10445 |
| HCG334 | 10448 | 10480 |
| HCG334 | 10551 | 10584 |
| HCG334 | 10977 | 11009 |
| HCG334 | 11023 | 11052 |
| HCG334 | 11079 | 11113 |
| HCG334 | 11127 | 11158 |
| HCG334 | 11161 | 11170 |
| HCG334 | 11173 | 11205 |
| HCG334 | 11208 | 11238 |
| HCG334 | 11263 | 11282 |
| HCG334 | 11309 | 11336 |
| IMS875 | 10761 | 10805 |
| IMS875 | 10812 | 10833 |
| IMS875 | 10834 | 10875 |
| IMT058 | 20443 | 20480 |
| IMT058 | 21019 | 21063 |
| IMT058 | 21354 | 21393 |
| IMT058 | 22473 | 22508 |
| IMT058 | 22683 | 22721 |
| IMT058 | 22821 | 22844 |
| IMT058 | 22847 | 22884 |
| IMT058 | 23502 | 23528 |
| IMT058 | 23530 | 23577 |
| IMT058 | 24051 | 24076 |
| IMT058 | 24082 | 24119 |
| IMT058 | 24650 | 24674 |
| IMT058 | 24680 | 24719 |
| IMT058 | 25014 | 25036 |
| IMT058 | 25041 | 25080 |
| IMT058 | 25810 | 25851 |
| IMT058 | 26233 | 26273 |
| IMT058 | 26518 | 26562 |
| IMT058 | 26704 | 26741 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| IMT058 | 26979 | 27012 |
| IMT058 | 27286 | 27318 |
| IMT058 | 27470 | 27502 |
| IMT058 | 28005 | 28035 |
| IMT058 | 28114 | 28133 |
| IMT058 | 28147 | 28179 |
| IMT058 | 28427 | 28461 |
| IMT058 | 28594 | 28627 |
| IMT058 | 28737 | 28766 |
| IMT058 | 28973 | 29015 |
| IMT058 | 29517 | 29538 |
| IMT058 | 29721 | 29748 |
| IMT081 | 8247 | 8267 |
| N10Q049 | 972 | 1009 |
| N1A014 | 1007 | 1023 |
| N4T003 | 1895 | 1925 |
| N5M004 | 353 | 387 |
| N5M004 | 874 | 893 |
| N5M004 | 1407 | 1446 |
| N5M004 | 1540 | 1584 |
| N5M004 | 1926 | 1958 |
| N5M004 | 2079 | 2112 |
| N8U081 | 1635 | 1656 |
| NVY001 | 4195 | 4244 |
| S2N022 | 1120 | 1136 |
| S2P004 | 149 | 168 |
| S2P004 | 268 | 292 |
| S2P005 | 125 | 170 |
| S2P005 | 175 | 199 |
| S3D007 | 973 | 993 |
| S3H005 | 178 | 194 |
| C2N001 | 400 | 420 |
| C2N003 | 7429 | 7449 |
| C2N003 | 11244 | 11264 |
| C2N004 | 1628 | 1648 |
| C2N005 | 2078 | 2098 |
| C2N005 | 2314 | 2334 |
| C2O010 | 1423 | 1446 |
| C2O011 | 256 | 298 |
| C2O011 | 301 | 334 |
| C2O012 | 1863 | 1890 |
| HCG195 | 666 | 686 |
| C2K001 | 614 | 633 |
| C2K001 | 2734 | 2750 |
| C2K001 | 4596 | 4616 |
| C2K001 | 4765 | 4810 |
| C2K001 | 4827 | 4851 |
| C2K001 | 4942 | 4966 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| C2L001 | 2776 | 2796 |
| C2L001 | 3033 | 3057 |
| C2L002 | 5273 | 5297 |
| C2L002 | 5481 | 5497 |
| C2L002 | 5591 | 5617 |
| C2N004 | 5578 | 5598 |
| C2S004 | 715 | 741 |
| C2Z001 | 1522 | 1542 |
| C3E015 | 521 | 544 |
| EET009 | 788 | 821 |
| HCG195 | 21556 | 21576 |
| LAL179 | 66280 | 66300 |
| LAL179 | 66302 | 66322 |
| LAL180 | 2987 | 3006 |
| LAL180 | 7608 | 7648 |
| LAL180 | 7650 | 7690 |
| LAL186 | 9932 | 9972 |
| LAL186 | 9987 | 10027 |
| LAL186 | 24738 | 24782 |
| LAL241 | 30006 | 30050 |
| OSE016 | 23271 | 23287 |
| OSE016 | 23288 | 23308 |
| OSE016 | 23309 | 23329 |
| OSE016 | 23330 | 23348 |
| OSE017 | 19288 | 19325 |
| OSE017 | 19326 | 19346 |
| OSE017 | 19348 | 19369 |
| OSE017 | 19370 | 19390 |
| OSE017 | 19392 | 19392 |
| OSE017 | 19393 | 19416 |
| OSE017 | 19437 | 19460 |
| OSE017 | 19461 | 19481 |
| OSE017 | 19482 | 19507 |
| OSE017 | 19509 | 19528 |
| OSE017 | 19529 | 19548 |
| OSE017 | 19549 | 19569 |
| OSE017 | 19575 | 19591 |
| OSE017 | 19592 | 19612 |
| OSE017 | 19613 | 19633 |
| OSE017 | 19634 | 19652 |
| OSE019 | 31278 | 31315 |
| OSE019 | 31316 | 31336 |
| OSE019 | 31344 | 31365 |
| OSE019 | 31366 | 31386 |
| OSE019 | 31389 | 31412 |
| OSE019 | 31433 | 31456 |
| OSE019 | 31457 | 31477 |
| OSE019 | 31478 | 31503 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| OSE019 | 31505 | 31521 |
| OSE019 | 31522 | 31542 |
| OSE019 | 31543 | 31563 |
| OSE019 | 31564 | 31582 |
| OSE019 | 31694 | 31713 |
| OSE019 | 31715 | 31735 |
| OSE019 | 31741 | 31760 |
| OSE020 | 10215 | 10231 |
| OSE020 | 10274 | 10292 |
| OSE020 | 10294 | 10317 |
| OSE020 | 10318 | 10338 |
| OSE020 | 10339 | 10364 |
| OSE020 | 10367 | 10390 |
| OSE020 | 10411 | 10432 |
| OSE020 | 10433 | 10453 |
| OSE020 | 10508 | 10545 |
| OSE020 | 10546 | 10566 |
| OSE020 | 16130 | 16149 |
| OSE020 | 16151 | 16171 |
| OSE020 | 16177 | 16196 |
| OSE020 | 22006 | 22022 |
| OSE020 | 22023 | 22043 |
| OSE020 | 22044 | 22064 |
| OSE020 | 49291 | 49307 |
| OSE020 | 49308 | 49328 |
| OSE020 | 49329 | 49349 |
| OSE020 | 49350 | 49368 |
| OSE020 | 50727 | 50750 |
| OSE020 | 50771 | 50792 |
| OSE020 | 50793 | 50813 |
| OSE020 | 50863 | 50900 |
| OSE020 | 50901 | 50921 |
| OSE020 | 50945 | 50964 |
| HCG479 | 15304 | 15362 |
| HCG466 | 11645 | 11678 |
| HCG466 | 13426 | 13446 |
| HCG466 | 13731 | 13751 |
| HCG466 | 17162 | 17177 |
| HCG466 | 20648 | 20681 |
| HCG467 | 5835 | 5851 |
| HCG471 | 29547 | 29568 |
| HCG476 | 27074 | 27074 |
| HCG476 | 27232 | 27302 |
| HCG476 | 27333 | 27380 |
| HCG476 | 28201 | 28231 |
| HCG476 | 28952 | 28982 |
| HCG476 | 30126 | 30192 |
| HCG476 | 30194 | 30194 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG476 | 30266 | 30266 |
| HCG506 | 14879 | 14912 |
| HCG506 | 15884 | 15900 |
| HCG506 | 16111 | 16124 |
| HCG506 | 16410 | 16425 |
| HCG506 | 17763 | 17797 |
| HCG506 | 18082 | 18095 |
| HCG506 | 18484 | 18517 |
| HCG506 | 18520 | 18556 |
| HCG508 | 7161 | 7180 |
| HCG508 | 7290 | 7311 |
| HCG508 | 7513 | 7533 |
| HCG508 | 17977 | 17992 |
| HCG508 | 18321 | 18340 |
| HCG508 | 19368 | 19389 |
| HCG515 | 17911 | 17944 |
| HCG515 | 18155 | 18191 |
| HCG515 | 18322 | 18355 |
| HCG515 | 18639 | 18654 |
| HCG516 | 1314 | 1329 |
| HCG520 | 8443 | 8443 |
| HCG522 | 4892 | 4925 |
| HCG522 | 7795 | 7828 |
| HCG523 | 2014 | 2032 |
| HCG523 | 2169 | 2200 |
| HCG523 | 2265 | 2265 |
| HCG523 | 2570 | 2570 |
| HCG523 | 3125 | 3158 |
| HCG523 | 3160 | 3193 |
| HCG523 | 5759 | 5795 |
| HCG523 | 5871 | 5909 |
| HCG525 | 4797 | 4815 |
| HCG525 | 5117 | 5126 |
| HCG525 | 5507 | 5538 |
| HCG532 | 4238 | 4253 |
| HCG536 | 5540 | 5540 |
| HCG536 | 5554 | 5554 |
| HCG538 | 5549 | 5549 |
| HCG556 | 5926 | 5926 |
| HCG561 | 10541 | 10562 |
| HCG589 | 9642 | 9690 |
| HCG589 | 12479 | 12520 |
| HCG590 | 52 | 92 |
| HCG590 | 4776 | 4803 |
| HCG590 | 5223 | 5245 |
| HCG590 | 5348 | 5387 |
| HCG590 | 5589 | 5618 |
| HCG590 | 5622 | 5651 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG590 | 5667 | 5719 |
| HCG590 | 5721 | 5773 |
| HCG590 | 5899 | 5923 |
| HCG590 | 5948 | 5993 |
| HCG590 | 5997 | 6021 |
| HCG590 | 6024 | 6069 |
| HCG590 | 6097 | 6119 |
| HCG590 | 6151 | 6173 |
| HCG590 | 6176 | 6209 |
| HCG590 | 6212 | 6245 |
| HCG590 | 6276 | 6309 |
| HCG590 | 6326 | 6359 |
| HCG590 | 6362 | 6395 |
| HCG590 | 6398 | 6431 |
| HCG590 | 6467 | 6486 |
| HCG590 | 6489 | 6532 |
| HCG590 | 6644 | 6683 |
| HCG590 | 6686 | 6702 |
| HCG590 | 6713 | 6735 |
| HCG590 | 6737 | 6781 |
| HCG590 | 6785 | 6803 |
| HCG590 | 6806 | 6850 |
| HCG590 | 6854 | 6876 |
| HCG590 | 6912 | 6937 |
| HCG590 | 6940 | 6985 |
| HCG590 | 6987 | 7032 |
| HCG590 | 7061 | 7085 |
| HCG590 | 7088 | 7135 |
| HCG590 | 7164 | 7209 |
| HCG590 | 7249 | 7273 |
| HCG590 | 7302 | 7349 |
| HCG590 | 7388 | 7434 |
| HCG590 | 7438 | 7462 |
| HCG590 | 7490 | 7539 |
| HCG590 | 7543 | 7570 |
| HCG590 | 7613 | 7665 |
| HCG590 | 7669 | 7698 |
| HCG590 | 7755 | 7803 |
| HCG590 | 7807 | 7830 |
| HCG590 | 7834 | 7857 |
| HCG590 | 7872 | 7913 |
| HCG590 | 7939 | 7962 |
| HCG590 | 7964 | 8002 |
| HCG590 | 8005 | 8043 |
| HCG590 | 8047 | 8070 |
| HCG590 | 8108 | 8129 |
| HCG590 | 8131 | 8167 |
| HCG590 | 8169 | 8205 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG590 | 8208 | 8229 |
| HCG590 | 8243 | 8281 |
| HCG590 | 8284 | 8307 |
| HCG590 | 8322 | 8344 |
| HCG590 | 8346 | 8385 |
| HCG590 | 8389 | 8413 |
| HCG590 | 8416 | 8455 |
| HCG590 | 8458 | 8498 |
| HCG590 | 8502 | 8527 |
| HCG590 | 8808 | 8838 |
| HCG590 | 8859 | 8880 |
| HCG590 | 8906 | 8945 |
| HCG590 | 8963 | 9003 |
| HCG590 | 9020 | 9057 |
| HCG590 | 9060 | 9101 |
| HCG590 | 9129 | 9170 |
| HCG590 | 9185 | 9225 |
| HCG590 | 9228 | 9268 |
| HCG590 | 9295 | 9339 |
| HCG590 | 9342 | 9386 |
| HCG590 | 9389 | 9433 |
| HCG590 | 9477 | 9513 |
| HCG590 | 9516 | 9549 |
| HCG590 | 12547 | 12572 |
| HCG590 | 13348 | 13367 |
| HCG590 | 13369 | 13389 |
| HCG590 | 13917 | 13962 |
| HCG590 | 13964 | 14013 |
| HCG590 | 14015 | 14061 |
| HCG590 | 14063 | 14115 |
| HCG590 | 14117 | 14164 |
| HCG590 | 14166 | 14219 |
| HCG590 | 14221 | 14265 |
| HCG590 | 14267 | 14315 |
| HCG590 | 14319 | 14343 |
| HCG590 | 14346 | 14370 |
| HCG590 | 14374 | 14401 |
| HCG590 | 14405 | 14434 |
| HCG590 | 14438 | 14464 |
| HCG590 | 14468 | 14491 |
| HCG590 | 14494 | 14521 |
| HCG591 | 3 | 25 |
| HCG591 | 43 | 82 |
| HCG591 | 342 | 363 |
| HCG591 | 3488 | 3518 |
| HCG591 | 3520 | 3550 |
| HCG591 | 4690 | 4732 |
| HCG591 | 4736 | 4760 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG591 | 4763 | 4802 |
| HCG591 | 4804 | 4841 |
| HCG591 | 4845 | 4870 |
| HCG591 | 4872 | 4919 |
| HCG591 | 4924 | 4950 |
| HCG591 | 4954 | 4991 |
| HCG591 | 4994 | 5017 |
| HCG591 | 5032 | 5057 |
| HCG591 | 5060 | 5082 |
| HCG591 | 5085 | 5120 |
| HCG591 | 5123 | 5145 |
| HCG591 | 5149 | 5189 |
| HCG591 | 5192 | 5231 |
| HCG591 | 5235 | 5277 |
| HCG591 | 5280 | 5324 |
| HCG591 | 5365 | 5405 |
| HCG591 | 5480 | 5512 |
| HCG591 | 13306 | 13333 |
| HCG591 | 13645 | 13686 |
| HCG591 | 13689 | 13716 |
| HCG591 | 13958 | 13980 |
| HCG593 | 26 | 72 |
| HCG593 | 104 | 128 |
| HCG593 | 144 | 189 |
| HCG593 | 217 | 241 |
| HCG593 | 278 | 301 |
| HCG593 | 379 | 426 |
| HCG593 | 501 | 528 |
| HCG593 | 593 | 615 |
| HCG593 | 650 | 673 |
| HCG593 | 734 | 761 |
| HCG593 | 765 | 806 |
| HCG593 | 834 | 863 |
| HCG593 | 867 | 919 |
| HCG593 | 1089 | 1137 |
| HCG593 | 1139 | 1162 |
| HCG593 | 1383 | 1421 |
| HCG593 | 1425 | 1464 |
| HCG593 | 1468 | 1491 |
| HCG593 | 1567 | 1591 |
| HCG593 | 1754 | 1806 |
| HCG593 | 1810 | 1839 |
| HCG593 | 1976 | 2011 |
| HCG593 | 2013 | 2038 |
| HCG593 | 2167 | 2191 |
| HCG593 | 2229 | 2274 |
| HCG593 | 2300 | 2338 |
| HCG593 | 2341 | 2364 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG593 | 2413 | 2461 |
| HCG593 | 2546 | 2587 |
| HCG593 | 2590 | 2617 |
| HCG593 | 3052 | 3091 |
| HCG593 | 3118 | 3157 |
| HCG593 | 3174 | 3211 |
| HCG593 | 3226 | 3273 |
| HCG593 | 3293 | 3330 |
| HCG593 | 3333 | 3356 |
| HCG593 | 3374 | 3412 |
| HCG593 | 3430 | 3465 |
| HCG593 | 3843 | 3883 |
| HCG593 | 3902 | 3939 |
| HCG593 | 3965 | 4004 |
| HCG593 | 4040 | 4084 |
| HCG593 | 4100 | 4141 |
| HCG593 | 4175 | 4220 |
| HCG593 | 5212 | 5250 |
| HCG593 | 5267 | 5307 |
| HCG593 | 5460 | 5494 |
| HCG593 | 5500 | 5527 |
| HCG593 | 5556 | 5589 |
| HCG593 | 5591 | 5622 |
| HCG593 | 5625 | 5652 |
| HCG593 | 5654 | 5679 |
| HCG593 | 5729 | 5762 |
| HCG593 | 5765 | 5792 |
| HCG593 | 5858 | 5890 |
| HCG593 | 5892 | 5918 |
| HCG593 | 5993 | 6023 |
| HCG593 | 6025 | 6049 |
| HCG593 | 6205 | 6224 |
| HCG593 | 6227 | 6245 |
| HCG593 | 6284 | 6316 |
| HCG593 | 6318 | 6344 |
| HCG593 | 6347 | 6374 |
| HCG593 | 6377 | 6404 |
| HCG593 | 6425 | 6446 |
| HCG593 | 6480 | 6509 |
| HCG593 | 6512 | 6535 |
| HCG593 | 6686 | 6719 |
| HCG593 | 6721 | 6748 |
| HCG593 | 6811 | 6835 |
| HCG593 | 7008 | 7057 |
| HCG593 | 7237 | 7253 |
| HCG593 | 7306 | 7347 |
| HCG593 | 7403 | 7403 |
| HCG593 | 7477 | 7477 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG593 | 7776 | 7810 |
| HCG593 | 7983 | 8005 |
| HCG593 | 8375 | 8406 |
| HCG593 | 8756 | 8775 |
| HCG593 | 8909 | 8931 |
| HCG593 | 10048 | 10074 |
| HCG593 | 10077 | 10130 |
| HCG593 | 10169 | 10193 |
| HCG593 | 10196 | 10241 |
| HCG593 | 10258 | 10287 |
| HCG593 | 10290 | 10342 |
| HCG593 | 10431 | 10473 |
| HCG593 | 10515 | 10537 |
| HCG593 | 10543 | 10582 |
| HCG593 | 10586 | 10611 |
| HCG593 | 10614 | 10651 |
| HCG593 | 10792 | 10824 |
| HCG593 | 10855 | 10884 |
| HCG593 | 10908 | 10941 |
| HCG593 | 10944 | 10978 |
| HCG593 | 11750 | 11783 |
| HCG594 | 97 | 97 |
| HCG594 | 691 | 725 |
| HCG594 | 1396 | 1417 |
| HCG594 | 1644 | 1681 |
| HCG594 | 1708 | 1731 |
| HCG594 | 1733 | 1772 |
| HCG594 | 1775 | 1799 |
| HCG594 | 1877 | 1901 |
| HCG594 | 1903 | 1950 |
| HCG594 | 2392 | 2414 |
| HCG594 | 2983 | 3030 |
| HCG594 | 3033 | 3074 |
| HCG594 | 3116 | 3158 |
| HCG594 | 3288 | 3311 |
| HCG594 | 3339 | 3361 |
| HCG594 | 3400 | 3425 |
| HCG594 | 3428 | 3468 |
| HCG594 | 3484 | 3526 |
| HCG594 | 3551 | 3587 |
| HCG595 | 39 | 68 |
| HCG595 | 85 | 126 |
| HCG595 | 221 | 263 |
| HCG595 | 286 | 308 |
| HCG595 | 311 | 353 |
| HCG595 | 485 | 508 |
| HCG595 | 510 | 548 |
| HCG595 | 612 | 633 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG595 | 635 | 671 |
| HCG595 | 701 | 742 |
| HCG595 | 746 | 787 |
| HCG595 | 819 | 863 |
| HCG595 | 894 | 933 |
| HCG595 | 936 | 975 |
| HCG595 | 978 | 1017 |
| HCG595 | 1020 | 1059 |
| HCG595 | 1062 | 1101 |
| HCG595 | 1129 | 1170 |
| HCG595 | 1174 | 1215 |
| HCG595 | 1244 | 1280 |
| HCG595 | 1467 | 1509 |
| HCG595 | 1565 | 1597 |
| HCG595 | 7840 | 7885 |
| HCG595 | 7941 | 7965 |
| HCG595 | 8141 | 8167 |
| HCG595 | 8403 | 8426 |
| HCG595 | 8686 | 8705 |
| HCG595 | 8826 | 8850 |
| HCG595 | 9214 | 9238 |
| HCG596 | 1945 | 1977 |
| HCG596 | 3545 | 3565 |
| HCG596 | 5744 | 5774 |
| HCG596 | 5831 | 5855 |
| HCG596 | 5863 | 5887 |
| HCG621 | 3 | 3 |
| HCG621 | 17 | 17 |
| HCG475 | 2839 | 2925 |
| HCG479 | 6740 | 6781 |
| HCG483 | 2551 | 2584 |
| HCG483 | 2585 | 2619 |
| HCG486 | 2111 | 2142 |
| HCG552 | 7879 | 7912 |
| HCG552 | 9718 | 9739 |
| HCG552 | 9752 | 9773 |
| HCG552 | 12067 | 12100 |
| HCG589 | 3037 | 3060 |
| HCG589 | 10334 | 10363 |
| PCG054 | 7531 | 7535 |
| PCG054 | 19742 | 19758 |
| PCG054 | 19759 | 19789 |
| PCG054 | 19790 | 19844 |
| PCG054 | 19845 | 19854 |
| PCG054 | 19855 | 19890 |
| PCG054 | 19891 | 19900 |
| PCG054 | 19901 | 19910 |
| PCG054 | 19911 | 19952 |

| Bates Prefix | First Page | Last Page |
| --- | --- | --- |
| PCG054 | 19953 | 19976 |
| PCG054 | 19977 | 19986 |
| PCG054 | 19987 | 20008 |
| PCG054 | 20009 | 20031 |
| PCG054 | 20032 | 20049 |
| PCG054 | 20051 | 20098 |
| PCG054 | 20099 | 20110 |
| PCG054 | 20111 | 20144 |
| PCG054 | 20145 | 20164 |
| PCG054 | 20165 | 20205 |
| PCG054 | 20206 | 20245 |
| PCG054 | 20246 | 20289 |
| PCG054 | 20290 | 20299 |
| PCG054 | 20300 | 20337 |
| PCG054 | 20338 | 20355 |
| PCG054 | 20356 | 20389 |
| PCG054 | 20390 | 20422 |
| PCG054 | 20423 | 20446 |
| PCG054 | 20447 | 20480 |
| PCG054 | 20481 | 20515 |
| PCG054 | 20516 | 20563 |
| HCG638 | 41014 | 41035 |
| HCG654 | 615 | 663 |
| HCG654 | 667 | 715 |
| HCG654 | 719 | 760 |
| HCG654 | 765 | 792 |
| HCG654 | 819 | 857 |
| HCG654 | 862 | 885 |
| HCG654 | 888 | 924 |
| HCG654 | 928 | 949 |
| HCG890 | 4997 | 5030 |
| HCG891 | 3971 | 3971 |
| HCG891 | 4038 | 4038 |
| HCG838 | 3343 | 3384 |
| C2L002 | 5355 | 5378 |
| C3E001 | 328 | 352 |
| C3E015 | 1142 | 1166 |
| HCF024 | 521 | 548 |
| HCF025 | 353 | 375 |
| HCF061 | 294 | 294 |
| HCF061 | 5086 | 5102 |
| HCF061 | 5336 | 5355 |
| HCF061 | 5382 | 5413 |
| HCF062 | 157 | 157 |
| HCF063 | 1275 | 1275 |
| HCF063 | 2337 | 2353 |
| HCF063 | 2587 | 2606 |
| HCF063 | 2633 | 2664 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCF066 | 7 | 48 |
| HCF066 | 52 | 70 |
| HCF066 | 206 | 227 |
| HCF066 | 232 | 273 |
| HCF066 | 5857 | 5901 |
| HCF066 | 5908 | 5930 |
| HCF066 | 6115 | 6160 |
| HCF066 | 6164 | 6189 |
| HCF066 | 6785 | 6829 |
| HCF066 | 6832 | 6854 |
| HCF066 | 6963 | 6993 |
| HCF066 | 6995 | 7039 |
| HCF066 | 7041 | 7085 |
| HCF066 | 7250 | 7273 |
| HCF066 | 7275 | 7316 |
| HCF066 | 9025 | 9052 |
| HCF066 | 9056 | 9103 |
| HCF066 | 9407 | 9431 |
| HCF066 | 9436 | 9481 |
| HCF066 | 10609 | 10635 |
| HCF066 | 10637 | 10690 |
| HCF066 | 11294 | 11339 |
| HCF066 | 11342 | 11366 |
| HCF066 | 11480 | 11526 |
| HCF066 | 11531 | 11555 |
| HCF066 | 11631 | 11680 |
| HCF066 | 11686 | 11713 |
| HCF066 | 12335 | 12387 |
| HCF066 | 12390 | 12419 |
| HCF066 | 12526 | 12574 |
| HCF066 | 12580 | 12603 |
| HCF066 | 12730 | 12771 |
| HCF066 | 12774 | 12801 |
| HCF068 | 399 | 412 |
| HCF068 | 414 | 457 |
| HCF068 | 466 | 483 |
| HCF068 | 497 | 530 |
| HCF068 | 532 | 565 |
| HCF068 | 568 | 584 |
| HCF068 | 602 | 632 |
| HCF068 | 646 | 683 |
| HCF068 | 686 | 703 |
| HCF068 | 719 | 752 |
| HCF068 | 761 | 797 |
| HCF068 | 834 | 867 |
| HCF068 | 902 | 941 |
| HCF068 | 952 | 993 |
| HCF068 | 1009 | 1046 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCF068 | 1080 | 1098 |
| HCF068 | 1100 | 1141 |
| HCF068 | 1177 | 1218 |
| HCF068 | 1241 | 1285 |
| HCF068 | 1342 | 1387 |
| HCF068 | 1403 | 1450 |
| HCF068 | 1464 | 1508 |
| HCF068 | 1537 | 1581 |
| HCF068 | 1584 | 1606 |
| HCF068 | 1666 | 1707 |
| HCF068 | 1745 | 1790 |
| HCF068 | 1805 | 1852 |
| HCF068 | 1866 | 1919 |
| HCF068 | 1979 | 2024 |
| HCF068 | 2071 | 2117 |
| HCF068 | 2168 | 2195 |
| HCF068 | 2197 | 2246 |
| HCF068 | 2285 | 2337 |
| HCF068 | 2340 | 2369 |
| HCF068 | 2412 | 2435 |
| HCF068 | 2437 | 2485 |
| HCF068 | 2498 | 2539 |
| HCF068 | 2587 | 2609 |
| HCF068 | 2611 | 2653 |
| HCF068 | 2667 | 2690 |
| HCF068 | 2692 | 2730 |
| HCF068 | 2769 | 2792 |
| HCF068 | 2794 | 2832 |
| HCF068 | 2859 | 2895 |
| HCF068 | 2898 | 2919 |
| HCF068 | 3026 | 3065 |
| HCF068 | 3068 | 3090 |
| HCF068 | 3176 | 3200 |
| HCF068 | 3202 | 3241 |
| HCF068 | 3243 | 3280 |
| HCF068 | 3284 | 3309 |
| HCF068 | 3388 | 3414 |
| HCF068 | 3416 | 3463 |
| HCF068 | 3514 | 3537 |
| HCF068 | 3540 | 3577 |
| HCF068 | 3662 | 3687 |
| HCF068 | 3690 | 3728 |
| HCF068 | 3767 | 3789 |
| HCF068 | 3792 | 3827 |
| HCF068 | 3851 | 3891 |
| HCF068 | 3957 | 3994 |
| HCF068 | 4009 | 4048 |
| HCF068 | 4088 | 4132 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCF068 | 4173 | 4214 |
| HCF068 | 4242 | 4279 |
| HCF068 | 4296 | 4336 |
| HCF068 | 4415 | 4456 |
| HCF068 | 4498 | 4537 |
| HCF068 | 4577 | 4619 |
| HCF068 | 4674 | 4711 |
| HCF068 | 4714 | 4758 |
| HCF068 | 4949 | 4970 |
| HCF068 | 4992 | 5005 |
| HCF068 | 5024 | 5039 |
| HCF068 | 5042 | 5056 |
| HCF068 | 5113 | 5128 |
| HCF068 | 5139 | 5155 |
| HCF068 | 5184 | 5206 |
| HCF068 | 5217 | 5233 |
| HCF068 | 5248 | 5269 |
| HCF068 | 5295 | 5317 |
| HCF068 | 5329 | 5354 |
| HCF068 | 5357 | 5381 |
| HCF068 | 5392 | 5422 |
| HCF068 | 5427 | 5450 |
| HCF068 | 5477 | 5501 |
| HCF068 | 5517 | 5544 |
| HCF068 | 5548 | 5574 |
| HCF068 | 5577 | 5601 |
| HCF068 | 5604 | 5631 |
| HCF068 | 7146 | 7191 |
| HCF068 | 21942 | 21966 |
| HCF069 | 27 | 76 |
| HCF069 | 80 | 113 |
| HCF069 | 125 | 140 |
| HCF069 | 141 | 156 |
| HCF087 | 17692 | 17725 |
| HCF108 | 352 | 385 |
| HCF108 | 1218 | 1251 |
| HCF111 | 1076 | 1119 |
| HCF111 | 3303 | 3323 |
| HCF111 | 3335 | 3355 |
| HCF111 | 3362 | 3378 |
| HCF111 | 3380 | 3400 |
| HCF111 | 3407 | 3427 |
| HCF111 | 3429 | 3447 |
| HCF111 | 3449 | 3464 |
| HCF111 | 3484 | 3503 |
| HCF111 | 3515 | 3534 |
| HCF111 | 3536 | 3556 |
| HCF111 | 3563 | 3588 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCF111 | 3596 | 3619 |
| HCF111 | 3621 | 3644 |
| HCF111 | 3652 | 3671 |
| HCF111 | 3692 | 3712 |
| HCF111 | 3717 | 3737 |
| HCF111 | 5153 | 5240 |
| HCF111 | 5262 | 5309 |
| HCF111 | 6334 | 6365 |
| HCF111 | 16970 | 16970 |
| HCE780 | 1125 | 1169 |
| HCE781 | 998 | 1027 |
| HCE781 | 1058 | 1085 |
| HCE781 | 1104 | 1128 |
| HCE781 | 1190 | 1217 |
| HCE781 | 1227 | 1251 |
| HCE789 | 371 | 398 |
| HCF013 | 547 | 588 |
| HCF013 | 2379 | 2412 |
| HCF083 | 3608 | 3630 |
| LAL076 | 11047 | 11063 |
| LAL180 | 2944 | 2960 |
| LAL180 | 2961 | 2977 |
| LAL186 | 11802 | 11818 |
| HCG677 | 6993 | 7024 |
| HCG683 | 1587 | 1632 |
| HCG684 | 956 | 979 |
| HCG684 | 7279 | 7315 |
| HCG684 | 7327 | 7351 |
| HCG686 | 3941 | 3979 |
| HCG686 | 3982 | 4007 |
| HCG688 | 2609 | 2646 |
| HCG688 | 3532 | 3561 |
| HCG689 | 4129 | 4166 |
| HCG691 | 4054 | 4096 |
| HCG694 | 3241 | 3258 |
| HCG695 | 2339 | 2369 |
| HCG695 | 2386 | 2430 |
| HCG695 | 3652 | 3676 |
| HCG695 | 3717 | 3763 |
| HCG695 | 4028 | 4055 |
| HCG695 | 4326 | 4375 |
| HCG695 | 4900 | 4923 |
| HCG695 | 6253 | 6289 |
| HCG695 | 6891 | 6925 |
| HCG695 | 7204 | 7238 |
| HCG695 | 7307 | 7340 |
| HCG695 | 8040 | 8053 |
| HCG696 | 431 | 452 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG696 | 455 | 496 |
| HCG696 | 2306 | 2353 |
| HCG696 | 2356 | 2403 |
| HCG696 | 2502 | 2532 |
| HCG696 | 2536 | 2566 |
| HCG696 | 2568 | 2612 |
| HCG696 | 2654 | 2698 |
| HCG696 | 2836 | 2860 |
| HCG696 | 2864 | 2911 |
| HCG696 | 3034 | 3058 |
| HCG696 | 3062 | 3086 |
| HCG696 | 3157 | 3181 |
| HCG696 | 3183 | 3228 |
| HCG696 | 3323 | 3347 |
| HCG696 | 3364 | 3409 |
| HCG696 | 3446 | 3470 |
| HCG696 | 3475 | 3499 |
| HCG696 | 3504 | 3549 |
| HCG696 | 3554 | 3599 |
| HCG696 | 3818 | 3841 |
| HCG696 | 3846 | 3869 |
| HCG696 | 3873 | 3914 |
| HCG696 | 3925 | 3966 |
| HCG696 | 4227 | 4254 |
| HCG696 | 4258 | 4285 |
| HCG696 | 4754 | 4780 |
| HCG696 | 4784 | 4810 |
| HCG696 | 5146 | 5173 |
| HCG696 | 5177 | 5204 |
| HCG696 | 5215 | 5264 |
| HCG696 | 5322 | 5371 |
| HCG696 | 5675 | 5699 |
| HCG696 | 5703 | 5727 |
| HCG696 | 5729 | 5775 |
| HCG696 | 5778 | 5824 |
| HCG700 | 6611 | 6648 |
| HCG700 | 6793 | 6834 |
| HCG700 | 7967 | 7988 |
| HCG700 | 8096 | 8117 |
| HCG700 | 9110 | 9154 |
| HCG701 | 3210 | 3234 |
| HCG701 | 3258 | 3303 |
| HCG702 | 73 | 118 |
| HCG702 | 130 | 178 |
| HCG702 | 16453 | 16491 |
| HCG702 | 16494 | 16519 |
| HCG702 | 16522 | 16530 |
| HCG702 | 16568 | 16593 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG809 | 2811 | 2831 |
| HCG809 | 2931 | 2963 |
| HCG809 | 3638 | 3671 |
| HCG809 | 3751 | 3766 |
| HCG809 | 3854 | 3888 |
| HCG809 | 3891 | 3900 |
| HCG809 | 4102 | 4138 |
| HCG809 | 4141 | 4158 |
| HCG809 | 4423 | 4447 |
| HCG809 | 4458 | 4497 |
| HCG809 | 4652 | 4692 |
| HCG809 | 4704 | 4729 |
| HCG809 | 5401 | 5414 |
| HCG809 | 5590 | 5623 |
| HCG809 | 5626 | 5647 |
| HCG809 | 6036 | 6052 |
| HCG809 | 6288 | 6318 |
| HCG809 | 6321 | 6334 |
| HCG809 | 9104 | 9120 |
| HCG809 | 9125 | 9164 |
| HCG809 | 9391 | 9428 |
| HCG809 | 9435 | 9451 |
| HCG809 | 9741 | 9782 |
| HCG809 | 9785 | 9807 |
| HCG809 | 10603 | 10644 |
| HCG809 | 10677 | 10698 |
| HCG809 | 12656 | 12665 |
| HCG809 | 12667 | 12701 |
| HCG841 | 3633 | 3656 |
| HCG841 | 6361 | 6384 |
| HCG883 | 1379 | 1417 |
| HCG883 | 1420 | 1445 |
| HCG885 | 6301 | 6338 |
| HCG889 | 14696 | 14735 |
| HCG896 | 5139 | 5165 |
| HCG896 | 5754 | 5785 |
| HCG923 | 64 | 88 |
| HCG923 | 112 | 157 |
| HCG924 | 186 | 223 |
| HCG327 | 22274 | 22301 |
| HCG381 | 538 | 585 |
| HCG381 | 2903 | 2933 |
| HCG381 | 2935 | 2967 |
| HCG381 | 3352 | 3371 |
| HCG383 | 11214 | 11257 |
| HCG387 | 3394 | 3481 |
| HCG388 | 16958 | 16998 |
| HCG393 | 16536 | 16574 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG393 | 17112 | 17134 |
| HCG393 | 17136 | 17172 |
| HCG393 | 17409 | 17432 |
| HCG393 | 21103 | 21142 |
| HCG393 | 21327 | 21364 |
| HCG393 | 31180 | 31207 |
| HCG394 | 9030 | 9030 |
| HCG394 | 14979 | 15023 |
| HCG394 | 15231 | 15268 |
| HCG394 | 15784 | 15819 |
| HCG394 | 15953 | 15994 |
| HCG394 | 16000 | 16047 |
| HCG394 | 16158 | 16198 |
| HCG394 | 17046 | 17086 |
| HCG394 | 17921 | 17947 |
| HCG394 | 18480 | 18517 |
| HCG394 | 18969 | 19006 |
| HCG394 | 19192 | 19230 |
| HCG394 | 19379 | 19418 |
| HCG394 | 19492 | 19515 |
| HCG402 | 19624 | 19656 |
| HCG402 | 24020 | 24036 |
| HCG402 | 24038 | 24068 |
| HCG403 | 3356 | 3443 |
| HCG403 | 3505 | 3523 |
| HCG403 | 3524 | 3566 |
| HCG403 | 3571 | 3630 |
| HCG403 | 3639 | 3692 |
| HCG403 | 3708 | 3732 |
| HCG403 | 3768 | 3831 |
| HCG403 | 3933 | 4021 |
| HCG403 | 4116 | 4146 |
| HCG403 | 4197 | 4216 |
| HCG403 | 4220 | 4263 |
| HCG403 | 4264 | 4304 |
| HCG403 | 4311 | 4355 |
| HCG403 | 4400 | 4446 |
| HCG403 | 4451 | 4517 |
| HCG403 | 4522 | 4584 |
| HCG403 | 4595 | 4642 |
| HCG403 | 4720 | 4782 |
| HCG403 | 4804 | 4830 |
| HCG403 | 7305 | 7324 |
| HCG403 | 7327 | 7357 |
| HCG403 | 7360 | 7392 |
| HCG403 | 9386 | 9430 |
| HCG403 | 14593 | 14635 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG403 | 15459 | 15506 |
| HCG403 | 16062 | 16078 |
| HCG403 | 16111 | 16127 |
| HCG403 | 16186 | 16230 |
| HCG403 | 16762 | 16815 |
| HCG403 | 23656 | 23744 |
| HCG403 | 23774 | 23844 |
| HCG636 | 31462 | 31492 |
| HCG679 | 587 | 602 |
| HCG690 | 204 | 233 |
| HCG690 | 236 | 265 |
| HCG694 | 3651 | 3684 |
| HCG694 | 5551 | 5576 |
| HCG695 | 7951 | 7984 |
| HCG696 | 12 | 55 |
| HCG696 | 166 | 185 |
| HCG696 | 620 | 638 |
| HCG696 | 674 | 715 |
| HCG696 | 838 | 853 |
| HCG696 | 933 | 966 |
| HCG696 | 1010 | 1025 |
| HCG696 | 1034 | 1067 |
| HCG696 | 1129 | 1165 |
| HCG696 | 1496 | 1518 |
| HCG696 | 1847 | 1891 |
| HCG696 | 2071 | 2096 |
| HCG696 | 2099 | 2144 |
| HCG696 | 4287 | 4334 |
| HCG696 | 4337 | 4384 |
| HCG696 | 4812 | 4865 |
| HCG696 | 4868 | 4921 |
| HCG700 | 7668 | 7709 |
| HCG700 | 8718 | 8763 |
| HCG701 | 3689 | 3734 |
| HCG706 | 1167 | 1203 |
| HCG707 | 75 | 75 |
| HCG707 | 146 | 146 |
| HCG707 | 1972 | 2014 |
| HCG708 | 1281 | 1305 |
| HCG708 | 1309 | 1333 |
| HCG708 | 1351 | 1375 |
| HCG708 | 1467 | 1492 |
| HCG708 | 1494 | 1531 |
| HCG708 | 1584 | 1610 |
| HCG708 | 1612 | 1659 |
| HCG708 | 1677 | 1703 |
| HCG708 | 1706 | 1753 |
| HCG708 | 1757 | 1782 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG708 | 1786 | 1811 |
| HCG708 | 1814 | 1851 |
| HCG708 | 2059 | 2094 |
| HCG708 | 2097 | 2119 |
| HCG708 | 2122 | 2157 |
| HCG708 | 2160 | 2195 |
| HCG708 | 2198 | 2220 |
| HCG708 | 2595 | 2632 |
| HCG708 | 2807 | 2849 |
| HCG708 | 4693 | 4730 |
| HCG708 | 5298 | 5335 |
| HCG708 | 5343 | 5380 |
| HCG709 | 8122 | 8122 |
| HCG709 | 8193 | 8193 |
| HCG709 | 8207 | 8255 |
| HCG709 | 8317 | 8358 |
| HCG709 | 8365 | 8392 |
| HCG709 | 8874 | 8901 |
| HCG709 | 8916 | 8939 |
| HCG709 | 10242 | 10280 |
| HCG709 | 10284 | 10307 |
| HCG709 | 10428 | 10464 |
| HCG709 | 10467 | 10488 |
| HCG709 | 10491 | 10512 |
| HCG709 | 10514 | 10550 |
| HCG709 | 10552 | 10588 |
| HCG709 | 10594 | 10615 |
| HCG709 | 12250 | 12273 |
| HCG809 | 4880 | 4918 |
| HCG809 | 4928 | 4947 |
| HCG809 | 5710 | 5753 |
| HCG809 | 6000 | 6033 |
| HCG809 | 7498 | 7535 |
| HCG809 | 7570 | 7587 |
| HCG809 | 7755 | 7791 |
| HCG809 | 7794 | 7808 |
| HCG809 | 8158 | 8191 |
| HCG809 | 8211 | 8226 |
| HCG809 | 8658 | 8691 |
| HCG809 | 8697 | 8712 |
| HCG809 | 10168 | 10209 |
| HCG809 | 10217 | 10235 |
| HCG809 | 11090 | 11112 |
| HCG809 | 11114 | 11158 |
| HCG809 | 12738 | 12756 |
| HCG879 | 1709 | 1732 |
| HCG886 | 13189 | 13226 |
| HCG887 | 3549 | 3582 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG904 | 1227 | 1264 |
| HCG905 | 57 | 84 |
| HCE161 | 3601 | 3658 |
| HCG290 | 19182 | 19215 |
| HCG290 | 19217 | 19250 |
| HCG290 | 19253 | 19268 |
| HCG371 | 23810 | 23810 |
| HCG372 | 12895 | 12895 |
| HCG372 | 17000 | 17000 |
| HCG372 | 17840 | 17872 |
| N10Q062 | 7 | 28 |
| N5M004 | 271 | 308 |
| N5M004 | 1323 | 1364 |
| N5M004 | 2113 | 2144 |
| N5M004 | 2282 | 2304 |
| N9R001 | 483 | 505 |
| HCE139 | 1446 | 1495 |
| HCE139 | 1741 | 1768 |
| HCE140 | 2946 | 2946 |
| HCE143 | 6397 | 6413 |
| HCE144 | 298 | 314 |
| HCE146 | 2051 | 2089 |
| HCE146 | 2092 | 2117 |
| HCG206 | 102 | 118 |
| HCG335 | 13510 | 13526 |
| C3E014 | 219 | 238 |
| C3E014 | 241 | 258 |
| HCG205 | 1131 | 1146 |
| HCG205 | 3126 | 3159 |
| HCG205 | 3797 | 3830 |
| HCG205 | 3923 | 3967 |
| HCG205 | 5036 | 5069 |
| HCG205 | 5071 | 5104 |
| HCG205 | 5106 | 5121 |
| HCG205 | 7122 | 7142 |
| HCG205 | 11186 | 11219 |
| HCG205 | 11222 | 11237 |
| HCG205 | 14278 | 14298 |
| HCG205 | 14692 | 14725 |
| HCG205 | 20433 | 20466 |
| HCG206 | 131 | 164 |
| HCG206 | 910 | 925 |
| HCG206 | 958 | 991 |
| HCG334 | 14997 | 15030 |
| HCG334 | 15316 | 15331 |
| HCG334 | 15332 | 15365 |
| HCG334 | 15366 | 15399 |
| HCG334 | 15822 | 15837 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG334 | 15838 | 15871 |
| HCG334 | 15872 | 15905 |
| HCG334 | 16605 | 16638 |
| HCG334 | 16639 | 16672 |
| HCG334 | 17310 | 17343 |
| HCG334 | 17366 | 17399 |
| HCG334 | 18868 | 18901 |
| HCG334 | 18903 | 18936 |
| HCG334 | 18938 | 18971 |
| HCG334 | 18973 | 18988 |
| HCG334 | 18990 | 19023 |
| HCG334 | 19026 | 19041 |
| HCG334 | 21325 | 21345 |
| HCG334 | 24622 | 24637 |
| HCG334 | 24639 | 24672 |
| HCG334 | 24715 | 24730 |
| HCG334 | 24758 | 24791 |
| HCG334 | 24794 | 24809 |
| HCG334 | 25012 | 25045 |
| HCG334 | 25047 | 25080 |
| HCG334 | 25083 | 25098 |
| HCG335 | 1614 | 1647 |
| HCG335 | 1964 | 1984 |
| HCG335 | 2016 | 2049 |
| HCG335 | 2395 | 2428 |
| HCG335 | 6414 | 6447 |
| HCG335 | 7617 | 7650 |
| HCG335 | 7695 | 7728 |
| HCG335 | 7730 | 7745 |
| HCG335 | 9048 | 9081 |
| HCG335 | 9797 | 9830 |
| HCG335 | 9929 | 9944 |
| HCG335 | 9946 | 9979 |
| HCG335 | 13545 | 13578 |
| HCG335 | 14285 | 14300 |
| HCG335 | 14329 | 14362 |
| HCG592 | 4 | 29 |
| HCG592 | 44 | 68 |
| HCG592 | 685 | 708 |
| HCG592 | 924 | 947 |
| HCG592 | 2160 | 2201 |
| HCG592 | 2206 | 2229 |
| HCG592 | 2233 | 2263 |
| HCG592 | 2367 | 2414 |
| HCG592 | 2417 | 2441 |
| HCG592 | 3393 | 3432 |
| HCG592 | 3596 | 3635 |
| HCG592 | 3651 | 3692 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| HCG592 | 3727 | 3754 |
| HCG592 | 3952 | 3982 |
| HCG592 | 4021 | 4053 |
| HCG592 | 4080 | 4111 |
| HCG592 | 10341 | 10417 |
| HCG592 | 10419 | 10506 |
| HCG592 | 10571 | 10571 |
| HCG592 | 11218 | 11257 |
| HCG592 | 11311 | 11348 |
| HCG592 | 11420 | 11461 |
| HCG592 | 11464 | 11486 |
| HCG592 | 11537 | 11578 |
| HCG592 | 11681 | 11722 |
| HCG592 | 11782 | 11826 |
| HCG592 | 11846 | 11865 |
| HCG592 | 11914 | 11941 |
| HCG592 | 11989 | 12038 |
| HCG592 | 12255 | 12281 |
| HCG592 | 12294 | 12347 |
| HSE012 | 2505 | 2542 |
| HSE012 | 3733 | 3774 |
| HSE012 | 8790 | 8828 |
| HSE012 | 9483 | 9523 |
| HSE012 | 9645 | 9682 |
| HSE012 | 9779 | 9818 |
| HSE012 | 10031 | 10072 |
| HSE012 | 10219 | 10259 |
| HSE012 | 14948 | 14969 |
| HSE012 | 18038 | 18062 |
| C3E014 | 121 | 143 |
| C3E014 | 147 | 177 |
| C3E014 | 192 | 216 |
| EET173 | 20455 | 20479 |
| EET173 | 20533 | 20557 |
| EPE108 | 11048 | 11069 |
| EPE110 | 6714 | 6759 |
| EPF223 | 11279 | 11320 |
| EPF223 | 11550 | 11591 |
| EPF224 | 25125 | 25161 |
| EPF224 | 25427 | 25460 |
| EPF224 | 25461 | 25483 |
| EPF224 | 25569 | 25596 |
| EPF224 | 25621 | 25648 |
| EPF224 | 25658 | 25697 |
| EPF224 | 25698 | 25724 |
| EPF224 | 26378 | 26410 |
| EPF224 | 26643 | 26682 |
| EPF224 | 26688 | 26706 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EPF224 | 26755 | 26778 |
| EPF224 | 26797 | 26839 |
| EPF224 | 26888 | 26928 |
| EPF224 | 26960 | 26999 |
| EPF224 | 27043 | 27073 |
| EPF224 | 27074 | 27111 |
| EPF224 | 27225 | 27245 |
| EPF224 | 27264 | 27302 |
| EPF224 | 27303 | 27324 |
| EPF224 | 27362 | 27386 |
| EPF224 | 27387 | 27424 |
| EPF224 | 27434 | 27456 |
| EPF224 | 27463 | 27507 |
| EPF224 | 27642 | 27675 |
| EPF224 | 27730 | 27776 |
| EPF224 | 27787 | 27806 |
| EPF224 | 27962 | 27984 |
| EPF224 | 27985 | 28008 |
| EPF225 | 1 | 39 |
| EPF225 | 271 | 296 |
| EPF225 | 329 | 366 |
| EPF225 | 817 | 864 |
| EPF225 | 926 | 959 |
| EPF225 | 960 | 969 |
| EPF225 | 970 | 1006 |
| EPF225 | 1333 | 1374 |
| EPF225 | 1419 | 1442 |
| EPF225 | 1613 | 1630 |
| EPF225 | 1774 | 1823 |
| EPF225 | 1834 | 1882 |
| EPF228 | 625 | 645 |
| EPF228 | 12266 | 12301 |
| EPF228 | 12336 | 12355 |
| EPF229 | 1408 | 1428 |
| EPF229 | 1523 | 1543 |
| EPF229 | 1689 | 1712 |
| EPF229 | 3529 | 3565 |
| EPF229 | 4055 | 4075 |
| C2O014 | 3021 | 3052 |
| EPF224 | 25785 | 25814 |
| EPF224 | 26627 | 26642 |
| EPF225 | 456 | 490 |
| EPF225 | 1229 | 1244 |
| EPF228 | 11977 | 11993 |
| EPF228 | 13199 | 13231 |
| EPF228 | 13843 | 13862 |
| EPF229 | 1429 | 1462 |
| N9G038 | 1990 | 2010 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| EPE108 | 13459 | 13473 |
| EPF225 | 542 | 555 |
| HCG195 | 13590 | 13610 |
| N1A014 | 1294 | 1325 |
| EPF222 | 9040 | 9071 |
| EPF222 | 9081 | 9108 |
| EPF222 | 9179 | 9209 |
| N9G038 | 2160 | 2180 |
| N9G038 | 2318 | 2334 |
| HSE012 | 3933 | 3977 |
| HSE012 | 4368 | 4413 |
| HSE012 | 7891 | 7930 |
| HSE012 | 8667 | 8704 |
| HSE012 | 9921 | 9965 |
| HSE012 | 11114 | 11141 |
| HSE012 | 12462 | 12485 |
| HSE012 | 13030 | 13057 |
| HSE012 | 13465 | 13492 |
| HSE012 | 14764 | 14791 |
| HSE012 | 21963 | 21997 |
| HCP002 | 151 | 172 |
| HCP002 | 191 | 218 |
| CGX001 | 1876 | 1898 |
| CGX001 | 31007 | 31031 |
| CGX001 | 31034 | 31059 |
| CGX001 | 31062 | 31081 |
| CGX001 | 31084 | 31097 |
| CGX001 | 31100 | 31116 |
| CGX001 | 31119 | 31132 |
| CGX001 | 31135 | 31150 |
| CGX001 | 31153 | 31168 |
| CGX001 | 31171 | 31193 |
| CGX001 | 31197 | 31215 |
| CGX001 | 31218 | 31239 |
| CGX001 | 31426 | 31475 |
| CGX001 | 31477 | 31518 |
| CGX001 | 31520 | 31562 |
| CGX001 | 31564 | 31602 |
| CGX001 | 31604 | 31643 |
| CGX001 | 31647 | 31670 |
| CGX001 | 31673 | 31700 |
| CGX001 | 31703 | 31726 |
| CGX001 | 31729 | 31753 |
| CGX001 | 31874 | 31913 |
| CGX001 | 31915 | 31955 |
| CGX001 | 31957 | 32000 |
| CGX001 | 32002 | 32035 |
| CGX001 | 32037 | 32070 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| CGX001 | 32072 | 32102 |
| CGX001 | 32104 | 32141 |
| CGX001 | 32143 | 32179 |
| CGX001 | 32181 | 32214 |
| CGX001 | 32216 | 32249 |
| CGX001 | 32251 | 32290 |
| CGX001 | 32292 | 32333 |
| CGX001 | 35167 | 35184 |
| CGX001 | 36637 | 36673 |
| CGX001 | 36675 | 36714 |
| CGX001 | 36716 | 36753 |
| CGX001 | 36756 | 36777 |
| CGX001 | 36780 | 36802 |
| CGX001 | 36805 | 36829 |
| CGX001 | 36832 | 36857 |
| CGX001 | 37231 | 37247 |
| CGX001 | 37796 | 37820 |
| CGX001 | 37823 | 37848 |
| CGX001 | 37897 | 37912 |
| CGX001 | 37914 | 37947 |
| CGX001 | 37949 | 37983 |
| CGX001 | 37985 | 38021 |
| CGX001 | 40240 | 40284 |
| CGX001 | 40287 | 40328 |
| CGX001 | 40524 | 40556 |
| CGX002 | 611 | 658 |
| CGX003 | 1510 | 1532 |
| CGX003 | 1535 | 1560 |
| CGX003 | 1563 | 1593 |
| CGX003 | 1596 | 1623 |
| CGX003 | 1626 | 1652 |
| CGX003 | 1657 | 1672 |
| CGX003 | 1674 | 1689 |
| CGX003 | 1693 | 1711 |
| CGX003 | 1727 | 1779 |
| CGX003 | 1781 | 1822 |
| CGX003 | 1824 | 1866 |
| CGX003 | 1868 | 1907 |
| CGX003 | 1909 | 1948 |
| CGX003 | 1951 | 1980 |
| CGX003 | 1983 | 2010 |
| CGX003 | 2013 | 2037 |
| CGX003 | 2105 | 2152 |
| CGX003 | 2154 | 2207 |
| CGX003 | 21129 | 21174 |
| CGX003 | 21936 | 21981 |
| CGX003 | 21983 | 22024 |
| PCG100 | 888 | 913 |

| Bates Prefix | First Page | Last Page |
|---|---|---|
| PCG100 | 2247 | 2289 |
| PCG101 | 59 | 76 |
| IGS684 | 782 | 805 |
| HCG195 | 4676 | 4709 |
| HCG195 | 10473 | 10506 |
| HCG195 | 21794 | 21827 |

| | | Exhibit 3 to United States' First Supplemental Response to Defendants' Penalty Phase Discovery Requests United States Response to BP's May 12, 2014 Table "Data Not Listed on US Exhibit 1 to RFP 1" | | | |
|---|---|---|---|---|---|
| Row | Resources | DOJ Exhibit 1 Reference | Work Plan Name | Missing Data | Comments (for BP) |
| 1 | Bird | Claim 4.6 from 2012 DOI Interim Partial Claim; Assessment Plan: Avian Injury Quantification Technical Support | Assessment Plan: Avian Injury Quantification Technical Support | All data. | No data were produced under this Work Plan. The Work Plan is one for modeling activities and not for data generation. |
| 2 | Deepwater Benthic | Exhibit 1 - Page 5, Trustee Work Plan 65, 66 | NRDA Tier 1 for Deepwater Communities, July 2, 2010 | Biology identification for benthic community analysis (Demopoulos). | NOAA has no results for this Work Plan-listed analysis. Sample size and sampling methodology was insufficient to complete the intended analysis. |
| 3 | Deepwater Benthic | Exhibit 1 - Page 5, Trustee Work Plan 65, 66 | NRDA Tier 1 for Deepwater Communities, July 2, 2010 | Invertebrate biology identification. | NOAA provided genetic identification of invertebrate specimens via noaanrda.org for this workplan. NOAA will provide Additional data from PI Etnoyer on coral identification prior to 5/27/2014. |
| 4 | Deepwater Benthic | Exhibit 1 - Page 3, Trustee Work Plan 188 | Mesophotic Reef Follow-Up Cruise Plan, August 1, 2012 | All lab analysis of graduate student sample collection. | These samples are not in NOAA possession. NOAA has not received any data from these samples and is not aware of any analysis that has been done on them. |
| 5 | Deepwater Benthic | Exhibit 1 - Page 5 Trustee Work Plan N/A | No Work Plan | Red Crab Samples SEP 2010 Analytical Chemistry: cruise report from Harriet Perry with Topher Lewis. | NOAA will post received summary documentation on the cruise prior to May 27, 2014 at noaanrda.org. However, NOAA notes that the cruise was funded by BP through a Gulf of Mexico Research Initiatives proposal. |
| 6 | Fish | Exhibit 1 - Page 6, Trustee Work Plan 54 | Assessment of the Impacts of the Deep Water Horizon Oil Spill on Blue Crab Early Life History Stages Phase II: Sample Sorting and Identification | Ichthyoplankton/Invertebrate sorting and biology identification (USM GCRL and MDEQ). | Mississippi-State-led plan (MDEQ). NOAA only provided chemistry support for limited samples for Phase I workplan. Chemistry results and adult crab histology are shared on noaanrda.org. |
| 7 | Fish | Work Plan Not Included in Exhibit 1 | Assessment of the Impacts of the Deep Water Horizon Oil Spill on Blue Crab Early Life History Stages Phase II: Sample Sorting and Identification | All data on crab megalopae species exhibiting oil droplets. | NOAA was not involved with the Phase II Work Plan. |
| 8 | Fish | Work Plan Not Included in Exhibit 1 | Assessment of the Impacts of the Deep Water Horizon Oil Spill on Blue Crab Early Life History Stages Phase II: Sample Sorting and Identification | All data on oily droplets in megalopae species. | NOAA was not involved with the Phase II Work Plan. |
| 9 | Marine Mammal | Exhibit 1 - Page 9-10, Work Plan 113 | Assessing Potential Sublethal and Chronic Health Impacts from the Mississippi Canyon 252 on Coastal and Estuarine Bottlenose Dolphins Dolphin Health Assessment [2011 and 2012] | Lab analysis results from National Wildlife Health Center - Avian Flu Parasitology if analysis processed from archive. Completed EKG analysis from NCSU (Harms). Analytical results from Hollings Marine Lab - Biotoxins, completed mid-April 2014. | Samples for Avian Flu parasitology have not been put in for analysis. If analysis does occur, data will be shared through noaanrda.org. The EKG reports will be posted to noaanrda.org by 5/27/14. Biotoxin data will be reported by PI mid-Summer and will be shared through noaanrda.org when available. |

| | | Exhibit 3 to United States' First Supplemental Response to Defendants' Penalty Phase Discovery Requests United States Response to BP's May 12, 2014 Table "Data Not Listed on US Exhibit 1 to RFP 1" | | | |
|---|---|---|---|---|---|
| Row | Resources | DOJ Exhibit 1 Reference | Work Plan Name | Missing Data | Comments (for BP) |
| 10 | Marine Mammal | Exhibit 1 - Page 10-11, Work Plan 301 | Assessing Potential Sublethal and Chronic Health Impacts from the Mississippi Canyon 252 Oil Spill on Coastal and Estuarine Bottlenose Dolphins: Addendum 2013 Dolphin Health Assessment | 2013 Field Data. Telemetry data from continued tracking of satellite-linked tags. | As noted on Exhibit 1, page 10, line 7, 2013 field data are available on noaanrda.org. BP received telemetry data for the 2013 Dolphin Health Assessment from Randy Wells (Chicago Zoological Society), as noted on Exhibit 1, page 10, line 9. NOAA has requested an update from the PI as to whether additional tracking data are expected from DH 2013 (i.e., whether the tags are still transmitting). |
| 11 | Marine Mammal | Exhibit 1 - Page 13, Trustee Work Plan NA | No Work Plan | Level A data validation tracking spreadsheets for NRDA Non-Cooperative Dolphin Stranding study. | Spreadsheets containing all Level A data validation tracking information for strandings associated with these three studies have been provided to BP, along with all Level A data, pursuant to the |
| 12 | Marine Mammal | Exhibit 1 - Page 13, Trustee Work Plan NA | No Work Plan | Level A data validation tracking spreadsheets for Marine Mammal/Turtle Stranded Dolphin 2010-2012 studies. | Marine Mammal Data Sharing Agreement. Level A data validation tracking information, however, exists only for strandings where the Level A data have been validated. BP can confirm existence of Level A data validation tracking information by checking the |
| 13 | Marine Mammal | Exhibit 1 - Page 13, Trustee Work Plan NA | No Work Plan | Level A data validation tracking spreadsheets for Marine Mammal/Turtle Opportunistic Dolphin Samples (2011) study. | validation tracking spreadsheets provided pursuant to the Marine Mammal Data Sharing Agreement. |
| 14 | Marine Mammal | Exhibit 1 - Page 13, Trustee Work Plan N/A | No Work Plan | Background data from strandings not in the Gulf of Mexico. | The Level A marine mammal stranding data maintained by NOAA are publicly available upon request. Stranding data can be requested by contacting the National Marine Fisheries Service Regional Stranding Coordinator for the area of interest. A map of the regions and contact information for the regional stranding coordinators are listed here: http://www.nmfs.noaa.gov/pr/health/coordinators.htm |
| 15 | National Park | N/A - Invoices - NPS Invoices Containing Subcontractor Invoices from Weston Solutions Contract No. B2000105600 / GS10F0117J for Services to "Conduct NRDA pre- assess data collection at sites exposed to oil from Mississippi Canyon 252 incident" (Start date: 06/28/2010) | No Work Plan | All data for National Park data collections: including sample collection analysis, field observations of flora or fauna, or any other data collected. | NOAA has already shared all NOAA-held observational files (Jean Lafitte NHP - 2011 SAV plan) and chemistry results (Jean Lafitte NHP and various NPS sites) through noaanrda.org. |
| 16 | Oyster | N/A - Funding Request - Funded for 2012 Through NPFC Phase I Claim & Data Analysis From Second Interim Partial Claim | No Work Plan | All data from oyster reproductive study. | All NPFC -funded oyster studies (recruitment and abundance for 2011) have been completed and data shared under their original Work Plan titles, as shown in Exhibit 1, page 18, line 17 through page 19, line 2. |
| 17 | Shoreline | N/A - Funding Request - Funded for 2010- 2011 Data Through NPFC Phase I Claim & Second IPC | No Work Plan | All data for Faunal Observation Field Sampling (2011 & 2012). | NOAA is unclear on the request. All field observations from the Fall 2011 faunal study have been previously shared (Exh. 1, page 21, line 10) and are available on noaanrda.org. No faunal observation field sampling took place in 2012. |

| | | | Exhibit 3 to United States' First Supplemental Response to Defendants' Penalty Phase Discovery Requests<br>United States Response to BP's May 12, 2014 Table "Data Not Listed on US Exhibit 1 to RFP 1" | | |
|---|---|---|---|---|---|
| Row | Resources | DOJ Exhibit 1 Reference | Work Plan Name | Missing Data | Comments (for BP) |
| 18 | Shoreline | N/A - Funding Request - NOAA 2013 IPC Funding Request | No Work Plan | All 2009-2013 flood data, including raw data, cooperative data, public data, and historical agency data. | NOAA will provide the source and scope of tide gage data obtained for shoreline inundation analysis, as well as copies of any non-publicly available data via noaanrda.org. |
| 19 | Water Column | Exhibit 1 - Page 31,Trustee Work Plan 23 | Deepwater Horizon Oil Spill (DWHOS) NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan, Walton Smith 1, November 15, 2010 | Analytical results from water samples to enumerate phytoplankton and to quantify nutrients, total suspended solids, organic carbon, and chlorophyll that were sent to LSU. | These analyses were never performed, as a cooperative processing plan was never prepared by NOAA and BP. |
| 20 | Water Column | Exhibit 1 - Page 32, Trustee Work Plan 25 | Deepwater Horizon Oil Spill (DWHOS) NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan -- Walton Smith 3 | Analytical results from the remaining 15% of the water hydrocarbon data and 241/532 water samples to enumerate phytoplankton and to quantify nutrients, total suspended solids, organic carbon, and chlorophyll that were sent to LSU. | All analytical results for hydrocarbon chemistry (SHC / PAH and VOA) for all samples analyzed are available on noaanrda.org: 115 out of 118 samples for SHC/PAH are available; 167 out of 226 for PIANO are available. Some sample collected were not analyzed for hydrocarbon chemistry. NOAA has no results for phytoplankton, nutrients, TSS, OC, and chlorophyll from LSU. |
| 21 | Water Column | Exhibit 1 - Page 27, Trustee Work Plan 26 | Deepwater Horizon Oil Spill (DWHOS) NRDA Plankton Sampling Plan & Fall 2010 Cruise Plan -- Specialty Diver 1 – September 2010 SIPPER Cruise | Analytical chemistry results. | All 65 analytical chemistry results for samples analyzed for SHC/PAH and PIANO are available in noaanrda.org. |
| 22 | Water Column | Exhibit 1 - Page 27, Trustee Work Plan 135 | NRDA UV radiation - 25 foot Parker UV Radiometer (Fall 2010) study. Data was sent to LSU. | Analytical results from water samples for chlorophyll, nutrients, total suspended particulates, total organic carbon, and dissolved organic carbon analyses. Data was sent to LSU. | Neither a cooperative nor an independent processing plan was ever prepared by NOAA and/or BP for this plan; therefore, these analyses were never performed. |
| 23 | Water Column | Exhibit 1 - Page 31 ,Trustee Work Plan 201 | Walton Smith Ecosystem Processes Spring 2011 | Analytical results for water samples for total suspended solids, dissolved organic carbon, and nutrients; whole-water plankton sampling and chlorophyll data; microbial uptake rate measurements | |
| 24 | Water Column Data | N/A - Funding Request - Funded by Second Interim Partial Claim (2013) | No Work Plan | All data for Food Web Stable Isotopes Sample Processing. | |
| 25 | Water Column Data | N/A - Funding Request - Funded by Second Interim Partial Claim (2013) | No Work Plan | Chlorophyll, phytoplankton, microzooplankton FlowCAM sample processing results. | |