EXHIBIT 4

United States' Opposition to BP's
Motion to Compel Penalty Phase Discovery

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL        )   MDL NO. 2179

BY THE OIL RIG           )

"DEEPWATER HORIZON" IN )   SECTION "J"

THE GULF OF MEXICO, ON )

APRIL 20, 2010          )   JUDGE BARBIER

                         )   MAG. JUDGE SHUSHAN


***************** 

VOLUME 1

*****************


        Deposition of William Joseph Lehr, Ph.D.,
taken at the Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 17th day of January, 2013.

2

```
 1          A P P E A R A N C E S
 2
 3
 4   APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
       Mr. Scott Summy
 5     Ms. Irma I. Espino
       BARON & BUDD
 6     3102 Oak Lawn Avenue, Suite 1100
       Dallas, Texas 75219-4281
 7
 8   APPEARING FOR BP, INC.:
       Ms. Maureen F. Browne
 9     COVINGTON & BURLING
       1201 Pennsylvania Avenue, Northwest
10     Washington, D.C. 20004-2401
11     Ms. Ebony Sunala Johnson
       KIRKLAND & ELLIS
12     655 Fifteenth Street, NW
       Washington, D.C. 20005-5793
13
14   APPEARING FOR TRANSOCEAN:
       Mr. James A. Orr
15     SUTHERLAND ASBILL & BRENNAN
       999 Peachtree Street, NE
16     Atlanta, Georgia 30309-3996
17
       APPEARING FOR ANADARKO PETROLEUM COMPANY:
18     Mr. Warren Anthony Fitch
       BINGHAM MCCUTCHEN
19     2020 K Street, Northwest
       Washington, D.C. 20006-1806
20
21   APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
       Ms. Abigayle C. Farris
22     STONE PIGMAN WALTHER WITTMAN
       546 Carondelet Street
23     New Orleans, Louisiana 70130-3588
24
25
```

4

```
 1   APPEARING FOR NATIONAL OCEANIC & ATMOSPHERIC
       ADMINISTRATION:
 2     Mr. Chauncey Kelly
       Office of General Counsel
 3     NATIONAL OCEANIC & ATMOSPHERIC
       ADMINISTRATION
 4     1315 East-West Highway
       SSMC 3, Room 15107
 5     Silver Spring, Maryland 20910-3282
 6     Ms. Laurie J. Lee
       U.S. DEPARTMENT OF COMMERCE
 7     NATIONAL OCEANIC & ATMOSPHERIC
       ADMINISTRATION
 8     501 West Ocean Boulevard, Suite 4470
       Long Beach, California 90802-4213
 9
10   ALSO PRESENT:
       Mr. James Deel, Videographer
11     Mr. Ray Aguirre, Case Manager
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
 1   APPEARING FOR M-I SWACO:
       Mr. Robert Sean Brennan, Jr.
 2     MORGAN, LEWIS & BOCKIUS, LLP
       1111 Pennsylvania Avenue, NW
 3     Washington, D.C. 20004
 4
       APPEARING FOR HALLIBURTON:
 5     Mr. Jerry C. von Sternberg
       GODWIN LEWIS
 6     1331 Lamar, Suite 1665
       Houston, Texas 77010-3133
 7
       Ms. Joni J. Ogle
 8     GODWIN LEWIS
       Renaissance Tower
 9     1201 Elm Street, Suite 1700
       Dallas, Texas 75270-2041
10
11   APPEARING FOR THE UNITED STATES:
       Mr. Thomas A. Benson
12     U.S. DEPARTMENT OF JUSTICE
       ENVIRONMENT & NATURAL RESOURCES DIVISION
13     Ben Franklin Station
       Post Office Box 7611
14     Washington, D.C. 20044-7611
       601 D Street, N.W.
15     Washington, D.C. 20004
16     Mr. Brandon Robers
       U.S. DEPARTMENT OF JUSTICE
17     ENVIRONMENT & NATURAL RESOURCES DIVISION
       Post Office Box 7611
18     Ben Franklin Station
       Washington, D.C. 20044-7611
19     ENRD Mailroom
       601 D Street, N.W.
20     Washington, D.C. 20004
21
22   APPEARING FOR THE STATE OF LOUISIANA:
       Mr. David A. Pote
23     Attorneys for Louisiana Attorney General
       KANNER & WHITELEY
       701 Camp Street
24     New Orleans, Louisiana 70130-3504
25
```

5

```
 1              INDEX
 2   VIDEOTAPED ORAL DEPOSITION OF
       WILLIAM JOSEPH LEHR, PH.D.
 3       JANUARY 17, 2013
            VOLUME 1
 4
 5   Appearances.................................... 2
 6
 7   Direct Examination-Ms. Browne................ 14
 8   Changes and Signature...................... 360
 9   Reporter's Certificate..................... 362
10
11            EXHIBIT INDEX
12   Ex. No.     Description         Marked
13   10726  Case 2:10-md-02179-CJB-SS,
            Document 8123-1,
14          Filed 12/21/12, ORDER, [Working
            Group Conference on Tuesday,
15          December 18, 2012] and Phase Two
            Trial Preparation Timeline; 12
16          pages                    17
17   10727  Sept 16, 2010 E-mail string
            between Michelle Farmer and Bill
18          Lehr, Subject: Oil Spill
            Commission Hearing Invitation-Lehr,
19          marked as CONFIDENTIAL; Bates Nos.
            NOA020-006211 - NOA020-006212   33
20
21   10728  May 24, 2010 E-mail string among
            Bill Lehr, Steven Wereley and
22          others, Subjects: Videos and
            UPDATE, marked as CONFIDENTIAL;
23          Bates Nos. NOA021-000773 -
            NOA021-000776           90
24
25
```

2 (Pages 2 to 5)

**6**

```
 1   10729  June 9, 2010 E-mail from Bill Lehr
 2          to savas@newton.berkeley.edu,
            Subject: Tomorrow, marked as
            CONFIDENTIAL; Bates Nos.
 3          NOA025-000261 - NOA025-000262    93
 4   10730  June 7 and 9, 2010 E-mail string
 5          among Bill Lehr, Juan Lasheras and
            others, Subjects: Sen Boxer and
            draft conclusions, marked as
 6          CONFIDENTIAL; Bates Nos.
            NOA021-000848 - NOA021-000852    96
 7
 8   10731  Nov 15 and 16, 2010 E-mail string
            among Bill Lehr, Lois Schiffer and
 9          others, Subject: Deepwater Flow
            Rate White Paper, marked as
            CONFIDENTIAL; Bates Nos.
10          NOA019-000146 - NOA019-000149    99
11   10732  May 27 and 28, 2010 E-mail string
            among Marcia McNutt, Bill Lehr and
12          others, Subjects: Suggested
            rewording and access to Deepwater
13          ftp website, marked as
            CONFIDENTIAL; Bates Nos.
14          NOA016-000156 - NOA016-000159   105
15   10733  June 7, 2010 E-mail string among
16          Bill Lehr, Franklin Shaffer and
            others, Subject: Sample conclusion
            template, marked as CONFIDENTIAL;
17          Bates Nos. NOA016-000307 -
            NOA016-000309   146
18
19   10734  May 22 - 24, 2010 E-mail string
            among Marcia McNutt, David Rainey
20          and others, Subject: ROV Video
            Data from Skandi Neptune, marked
            as CONFIDENTIAL; Bates Nos.
21          NOA023-002056 - NOA023-002063   150
22
23
24
25
```

**7**

```
 1   10735  May 31, June 1 and 2, 2010 E-mail
            string among Marcia McNutt,
 2          Franklin Shaffer and others,
            Subjects: Need unaltered original
 3          20100514224719234@H14_Ch1-H264h
            and Data requested, with
 4          Attachments, marked as
            CONFIDENTIAL; Bates Nos.
 5          NOA016-001584 - NOA016-001588   152
 6   10736  June 8, 2010 E-mail string between
 7          Mark Sogge and Bill Lehr, Subject:
            Feedback on video source, timing,
            etc., marked as CONFIDENTIAL;
 8          Bates Nos. NOA016-000160 -
            NOA016-000161   155
 9
10   10737  May 22, 2010 E-mail string among
            David Moore, David Rainey and
11          others, Subject: FRTG meeting notes
            and due outs, marked as
            CONFIDENTIAL; Bates Nos.
12          NOA016-000086 - NOA016-000088   158
13   10738  Aug 9 and 13, 2010 E-mail string
            among David Rainey, Bill Lehr and
14          others, Subject: Thanks for your
            help, marked as CONFIDENTIAL;
15          Bates Nos. NOA020-005982 -
            NOA020-005983   160
16
17   10739  May 7, 2010 E-mail string between
            Poojitha Yapa and Bill Lehr,
18          Subject: Comments from Don
            Blancher - Re: CDOG and the Gulf
            Oil Spill; Bates No.
19          NOA017-000497   170
20   10740  Review of "Deepwater Horizon
            Release Estimate of Rate by PIV,"
21          25 June 2010 Draft, marked as
            CONFIDENTIAL; Bates Nos.
22          NOA007-000037 - NOA007-000039   173
23   10741  June 9, 2010 E-mail string between
            Marcia McNutt and Bill Lehr,
24          Subject: News on Flow Rate, marked
            as CONFIDENTIAL; Bates Nos.
25          NOA021-000503 - NOA021-000504   174
```

**8**

```
 1   10742  May 29 - 31, 2010 E-mail string
 2          among Marcia McNutt, Bill Lehr and
            others, Subject: Pending
 3          developments, marked as
            CONFIDENTIAL; Bates Nos.
            NOA020-003533 - NOA020-003541   177
 4
 5   10743  June 7, 2010 E-mail string among
            Steven Wereley, Bill Lehr and
 6          others, Subject: Video Clip Loaded
            to NOAA ftp site; Bates Nos.
            NOA016-000932 - NOA016-000933   180
 7
 8   10744  Document titled AGENDA AND GROUND
            RULES FOR 1000 PDT MEETING,
 9          RECOMMENDATIONS REGARDING
            CONSENSUS ESTIMATE, TIMELINE,
            marked as CONFIDENTIAL; Bates No.
10          NOA006-000043   181
11   10745  May 22, 2010 E-mail from Bill Lehr
            to Ira Leifer, James Riley and
12          others, Subject: 2nd meeting
            agenda, marked as CONFIDENTIAL;
13          Bates No. NPT013-000579   182
14   10746  Feb 26, 2011 E-mail string between
            Ira Leifer and Franklin Shaffer,
15          Subject: Report Release; Bates
            Nos. UCSB00298768 - UCSB00298769   184
16
17   10747  June 3 and 6, 2010 E-mail string
            among Steven Wereley, Pedro Espina
18          and others, Subject: UNCERTAINTY:
            second report, marked as
19          CONFIDENTIAL; Bates Nos.
            NOA020-003589 - NOA020-003590   193
20   10748  Sept 13, 2010 E-mail string between
21          Jed Borghei and Bill Lehr, Subject:
            flow rate, marked as CONFIDENTIAL;
            Bates No. NOA020-006157   208
22
23   10749  Oct 17, 2010 E-mail string between
            Marcia McNutt and Bill Lehr,
24          Subject: Apples to apples...,
            marked as CONFIDENTIAL; Bates Nos.
            NOA020-007022 - NOA020-007023   214
25
```

**9**

```
 1   10750  Sept 15, 2011 E-mail from Ira
            Leifer to Bill Lehr, Subject:
 2          Update from Germany; Bates No.
            UCSB00333282   232
 3
 4   10751  April 25 and Aug 31, 2010 E-mail
            string among Bill Lehr, Jed
 5          Borghei and others, Subject: Leak
            rate guestimate; Bates Nos.
            NOA017-002798 - NOA017-002799   249
 6
 7   10752  April 26 and May 15, 2010 E-mail
            string among Bill Lehr, Charlie
 8          Henry and others, Subject: Oil
            volume estimates, with
 9          Attachments, marked as
            CONFIDENTIAL; Bates Nos.
            N9G039-006052 - N9G039-006053   260
10
11   10753  March 26, 2010 E-mail from Bill
            Lehr to pdy@clarkson.edu, Subject:
12          CDOG calculation; Bates No.
            NOA017-002527   286
     10754  April 26, 2010 E-mail string among
13          Charlie Henry, Bill Lehr and
14          others, Subject: Oil
            volume estimates, with
15          Attachments, marked as
16          CONFIDENTIAL; Bates Nos.
            S2O001-006823 - S2O001-006825   290
17   10755  Xerox copy of Mr. Rainey's
            handwritten notebook dated
18          4-22-10, marked as
            CONFIDENTIAL; Bates Nos.
19          BP-HZN-2179MDL02211668 -
            BP-HZN-2179MDL02211736   294
20
21   10756  May 12 and 13, 2010 E-mail string
            among Bill Lehr, Justin Kenney and
22          others, Subjects: Can you check my
            logic. PA is looking for a clear
23          explanation and Followup, marked
            as CONFIDENTIAL; Bates Nos.
            NOA017-000050 - NOA017-000051   307
24
25
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

10

10757   May 22 and 23, 2010 E-mail string between Paul Bommer and Bill Lehr, Subjects: Bio and Conference call Sunday 1000 hrs PDT, with Attachments, marked as CONFIDENTIAL; Bates Nos. NOA021-000204 - NOA021-000205     316

10758   June 11 and 15, 2010 E-mail string among Bill Lehr, Steven Wereley and others, Subjects: Press queries and Seattle and U.S. Scientific Team Draws on New Data, Multiple Scientific Methodologies to Reach Updated Estimate of Oil Flows from BP's Well, marked as CONFIDENTIAL; Bates Nos. NOA020-006485 - NOA020-006490     317

10759   June 7 and 8, 2010 E-mail string among Bill Lehr, Vic Hines and others, Subject: Draft News Release: Plume Team Results, marked as CONFIDENTIAL; Bates Nos. NOA021-000835 - NOA021-000837     322

10760   May 20, 2010 E-mail from Bill Lehr to James Robinson, Subject: BP material, with Attachments, marked as CONFIDENTIAL, two pages; Bates Nos. BP-HZN-2179MDL01913886 - BP-HZN-2179MDL01913898     326

10761   May 24 and 25, 2010 E-mail string among David Kennedy, Bill Lehr and others, Subject: BP America response, with Attachments, marked as CONFIDENTIAL, four pages; Bates Nos. NOA020-003416 - NOA020-003435     336

10762   Document titled National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, THE AMOUNT AND FATE OF THE OIL ---Draft--- Staff Working Paper No. 3, marked as CONFIDENTIAL; Bates Nos. BP-HZN-2179MDL04179313 - BP-HZN-2179MDL04179341     347

12

8898   E-mail chain, top e-mail from Mr. Fritz to Mr. Rainey, dated Apr 28, 2010; Bates Nos. BP-HZN-2179MDL01828333 - BP-HZN-2179MDL01828344     299

9005   National Incident Command, Interagency Solutions Group, Flow Rate Technical Group, Assessment Of Flow Rate Estimates for the Deepwater Horizon/Macondo Well Oil Spill; 135 pages     23

9013   "Review of flow rate estimates of the Deepwater Horizon oil spill"; eight pages     191

9081   Re: Conference call scheduling - BP pipe from Mr. Bommer to Mr. Lehr, dated 5/20/2010; Bates Nos. N8P004-000001 - N8P004-000003     312

9182   Oil Budget Calculator, Deepwater Horizon, Technical Documentation, November 2010, A Report by: The Federal Interagency Solutions Group, Oil Budget Calculator Science and Engineering Team; 215 pages     29

9183   Plume Team - FRTG, Deepwater Horizon Release Estimate of Rate by PIV dated July 21, 2010; 216 pages     26

9188   Article titled: From the UW News Archives Prior to 2011; 2010-06-03 UW engineers help U.S. government estimate seepage rate of Gulf Oil Spill; three pages     195

9189   June 7, 2010 E-mail from Ira Leifer to Bill Lehr, Subject: Sample conclusion template, with Attachments; Bates No. UCSD00006612     197

11

10763   Oct 7, 2010 E-mail string between Jed Borghei and Bill Lehr, Subject: Working Paper No. 3, marked as CONFIDENTIAL; Bates Nos. NOA020-006744 - NOA020-006746     348

PREVIOUS EXHIBITS REFERENCED

Ex. No.   Description                Page

8662   Sept. 20, 2010 E-mail string among Sky Bristol, Mark Sogge and others, Subject: Oil Budget Calculator Report, marked as CONFIDENTIAL; Bates Nos. IGS648-013687 - IGS648-013692     202

8886   Notes from NRT Call Saturday April 24, 2010 at 1000; Bates No. N9G032-000822     261

8887   E-mail chain, top e-mail from Mr. Wright to Mr. Breaux, dated 4/24/2010; Bates Nos. ZAN014-060313 - ZAN014-060315     264

8891   E-mail from Mr. Henry to Mr. Jarvis, et al., dated May 26, 2010; Bates Nos. S2O006-000342 - S2O006-000344     257

8893   Draft "cap the well"; Bates No. HCI096-000092     304

8897A   E-mail from Mr. Henry to Mr. Graettinger, dated April 28, 2010; Bates No. S2O006-001254     269

8897B   E-mail from Mr. Lehr to Mr. Henry, et al., dated 26 Apr 2010; Bates No. S2O006-001255     269

8897C   Estimation of the Oil Released from Deepwater Horizon Incident (26 April 2010, 1200hrs PDT); Bates No. S2O006-001256     270

13

9610   Interview Summary Form of Debbie Payton, Glen Watabayashi and Bill Lehr, dated 8/30/2010; Bates Nos. OSE232-007234 - OSE232-007239     241

9611   April 15, 2010 E-mail string among Bill Lehr, Debbie Payton and others, Subjects: Surface oil estimation and Surface oil estimation Assumptions and reliability for calculations on oil spill surface volume, marked as CONFIDENTIAL; Bates Nos. N6N109-000062     243

9612   April 25, 2010 E-mail string among Debbie Payton, Chris Barker and others, Subject: Leak rate guestimate; Bates Nos. NOA01-002505 - NOA01-002506     302

9613   April 26, 2010 E-mail from Bill Lehr to Doug Helton, Subject: Words; Bates No. NOA017-002526     266

9615   April 28, 2010 E-mail from Charlie Henry to George Graettinger, Subject: Oil volume estimates, with Attachments and Exhibit 8897B, April 26, 2010 E-mail from Bill Lehr to Charlie Henry, Subject: Oil volume estimates, with Attachments and Exhibit 8897C, Estimation of the Oil Released from Deepwater Horizon Incident (26 April 2010, 1200hrs PDT), marked as CONFIDENTIAL; Bates Nos. S2O006-001255 - S2O006-001256     292

11215   E-mail dated 22 May 2010 Hill to MC252_Email_Retention Subject: FW: FW: Contact at NOAA; Bates Nos. BP-HZN-2179MDL04799867 - BP-HZN-2179MDL04799868     212

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

14

1        MS. BROWNE:  Are we ready?
2        THE COURT REPORTER:  Yes, ma'am.
3        THE VIDEOGRAPHER:  Please stand by.
4    This is the deposition of Bill Lehr in
5    regard to the oil spill of the Oil Rig DEEPWATER
6    HORIZON in the Gulf of Mexico on April 20th,
7    2010.  Today's date is January 17th, 2013.  The
8    time is 8:37 a.m.  We are on the record.
9        WILLIAM JOSEPH LEHR, PH.D.,
10   was called as a witness by BP, Inc., and, being
11   first duly sworn, testified as follows:
12       DIRECT EXAMINATION
13   QUESTIONS BY MS. BROWNE:
14       Q.  Good morning, Dr. Lehr.  My name is
15   Maureen Brown.  We met before you were sworn.
16   I'm going to be asking you a few questions today.
17       Before we get started, could you please
18   state your full name for the record?
19       A.  William Joseph Lehr.
20       Q.  And what's your date of birth, Dr. Lehr?
21       A.  February 18th, 1948.
22       Q.  And what is your current business
23   address?
24       A.  7600 Sand Point Way Northeast in Seattle,
25   Washington, 98115.

15

1        Q.  Dr. Lehr, what is your date of -- I'm
2    sorry.  You already told me that.
3        A.  I'm as old as I look.
4        Q.  You don't look a day over 20.
5        Have you ever been deposed before?
6        A.  No.
7        Q.  Let's go over a few ground rules for
8    today.  Mr. Fontana is going to be taking down
9    everything you say, so you'll need to give an
10   oral answer to my questions.  Is that understood?
11       A.  Yes.
12       Q.  If at any time you don't understand a
13   question I've asked, you can ask me to repeat it.
14   Is that understood?
15       A.  Sure.
16       Q.  If you don't hear what I've said, please
17   ask me to repeat the question.  Is that
18   understood?
19       A.  I will do that.
20       Q.  Is there any reason that you cannot give
21   full and complete answers today?
22       A.  No.
23       Q.  Are you taking any mec -- medication that
24   might impair your judgment in giving full and
25   complete answers today?

16

1        A.  I'm taking medication may affect
2    my -- I might get -- sometimes get drowsy on it,
3    but that will not affect my ability to give an
4    answer.
5        Q.  If at any time you feel that you are
6    unable to go forward for -- for the reason that
7    you're too drowsy to continue, will you please
8    let us know?
9        A.  I will do that.
10       Q.  Thank you.  Also, as we said, Mr. Fontana
11   is going to be taking down what we say, my
12   questions, your answers, so we need to be careful
13   not to talk over one another.  So, please, I
14   would ask that you wait until I complete my
15   question, even if you can anticipate what I'm
16   going to say, so that he can take down what I say
17   and then you can give a complete answer.  Okay?
18       A.  I will -- I'll do my best.
19       Q.  Thank you.  Also, if at some point you
20   realize a question -- or pardon me, an answer you
21   gave to a question I asked was not appropriate or
22   correct, would you please correct that for me?
23       A.  Okay.
24       Q.  Thank you.  And you're -- do you -- are
25   you under the understanding that you're here

17

1    today to testify as a fact witness in this
2    matter?
3        MR. BENSON:  Object to the form.
4        A.  I don't know what a fact witness is from
5    a regular witness.
6        Q.  (By Ms. Browne) Okay.  I'm going to show
7    you what we're going to mark as Exhibit 10726.
8    It's Tab No. 1 in your binder.
9        A.  In -- in Volume 1?
10       Q.  Yes, sir.
11       (Exhibit No. 10726 marked.)
12       Q.  (By Ms. Browne) And, specifically, I'd
13   like to direct your attention to -- to Page 5 of
14   Tab 1.
15       MR. BENSON:  It's back here.
16       A.  Page 5 of Tab 1?  I'm still on 10.
17       MR. BENSON:  Right here.
18       THE WITNESS:  Oh, okay.
19       Q.  (By Ms. Browne) There's a listing of
20   witnesses, and in about the middle of the page,
21   under "Week - January 14-18," you'll note it
22   says:  "U.S. (Fact) Bill Lehr Quantification 2
23   days N.O." -- which stands for New Orleans --
24   "January 17-18."  Do you see that?
25       A.  Yes.

5 (Pages 14 to 17)

18

1    Q.  And do you understand that you're here to
2  testify today and tomorrow on -- in this matter?
3    A.  Yes.
4    Q.  Okay.  Did you speak with anyone in
5  preparation for your deposition?
6    A.  I spoke with the attorneys from the
7  Department of Justice and NOAA.
8    Q.  Which attorneys for the Department of
9  Justice did you speak with?
10    A.  These folks that are right here.
11    Q.  Okay.  And how many times did you meet
12  the attorneys from the Department of Justice?
13    A.  I met with them on one day in Seattle,
14  and then I've been here since Monday and met with
15  them each day.
16    Q.  For approximately how many hours would
17  you say you've prepared for this deposition?
18    A.  Meeting with the attorneys, maybe 20
19  hours.
20    Q.  In addition to meeting with the
21  attorneys, did you review any documents in
22  preparation for the deposition?
23    A.  On my own, I briefly read through some of
24  my Reports that I'd -- in a -- a Contributing
25  Author or -- or Lead Author.

19

1    Q.  Do you recall which Reports those were
2  that you reviewed on your own?
3    A.  They would have been the two major
4  Reports on the -- the -- the Plume Team Final
5  Report, and the Oil Budget Calculator.  Then some
6  of the papers that -- that I wrote related to
7  DEEPWATER HORIZON.
8    Q.  When you say "papers you wrote related to
9  DEEPWATER HORIZON," are -- are those published
10  papers?
11    A.  Yes.
12    Q.  Did you review any unpublished materials
13  related to DEEPWATER HORIZON in addition to the
14  ones we've just discussed?
15      MR. BENSON:  And let me just caution
16  the witness not to divulge anything that was done
17  with Counsel.
18    A.  I looked at some E-mails.
19    Q.  (By Mr. Browne)  Okay.  Do you recall
20  which E-mails you've looked at?
21    A.  No.
22    Q.  Okay.  Other than the attorneys from the
23  Department of Justice, did you meet with anybody
24  else in preparation for your deposition?
25    A.  No.

20

1    Q.  Did you communicate with anyone, either
2  orally or in writing, in preparation for this
3  deposition, other than the attorneys for the
4  Department of Justice?
5    A.  You mean did I tell people I was going to
6  be deposed --
7    Q.  Yes, sir.
8    A.  -- certainly my -- my -- my Supervisors
9  and -- and my colleagues knew that, yes.
10    Q.  Did you discuss the substance of the
11  deposition, either in writing or orally, with
12  anyone other than the Department of Justice
13  attorneys?
14    A.  Not that I can recall.
15    Q.  Okay.  So you did not talk with any of
16  the FRTG Team Members?
17    A.  I talked with them -- I did talk with
18  some of the FRTG Members at a -- I -- I'd gone to
19  a meeting in -- in Berkeley, and we discussed
20  material related to the -- what we had done, but
21  it -- not related to being deposed.
22    Q.  When was the Berkeley meeting?
23    A.  It was in November, if I recall right.
24    Q.  And what was the subject matter of the
25  Berkeley meeting?

21

1    A.  It was a Well Blowout Modeling Meeting,
2  organized by a -- I think Texas A&M and MIT at
3  Berkeley.
4    Q.  And which -- which FRTG Members did you
5  speak with at the Berkeley meeting?
6    A.  I spoke with Dr. Ira Leifer and Dr. Omer
7  Savas.
8    Q.  Did you speak with anyone at NOAA in
9  preparation for your deposition?
10    A.  I spoke with Mister -- Mister -- Mark
11  Miller, and just in him giving advice to listen
12  to -- to the DOJ attorneys who were very good at
13  prepping him, but we didn't get into any of the
14  substance of the -- of the questions.
15    Q.  Did you bring any documents with you
16  today?
17    A.  I did not.
18    Q.  Did you bring any notes with you today?
19    A.  I did not.
20    Q.  Okay.  So today we're going to talk about
21  a few documents.  And -- and for clarification's
22  sake and for ease of reference, I want to point
23  those out to you now so that we're all onboard.
24      Behind Tab 2, if you would --
25    A.  I -- I might add as a notice, I did -- I

6  (Pages 18 to 21)

22

1      did send some E-mails related to the --
2          I'm just -- you said to correct you.
3      Q.  (Nodding.)
4      A.  -- to Dr. Antonio Possolo, and I did
5  receive an E-mail from Mark Sogge, but there
6  was -- it was not on the substance of any of the
7  questions.  It was just the fact that we were
8  being -- that I was being deposed.  Antonio had
9  been deposed earlier.
10     Q.  And -- and what did Dr. Possolo tell you
11  about his deposition?
12     A.  Dr. Possolo said that he was glad that
13  he'd been able to -- he felt that he -- he'd done
14  well.
15     Q.  Okay.  Anything else?
16     A.  No, on -- nothing on this -- he sug --
17  he -- he -- he -- he suggested that we could
18  contact him, but then Mark suggested that we do
19  not, in a subsequent E-mail, so I didn't.
20     Q.  And the Mark who suggested you should not
21  is Mark --
22     A.  Is Sogge.
23     Q.  -- Miller?
24     A.  Sogge.
25     Q.  Oh, Sogge.

23

1      A.  M-h'm.
2      Q.  And so could you tell me, please, the
3  substance of your exchange with Mr. Sogge?
4      A.  That was the -- the E-mail that came to
5  us.  He says, "It would be best if we didn't
6  share any of our information."
7      Q.  Did he tell you why it would be best you
8  didn't share information?
9      A.  So it -- not specifically, that I recall.
10     Q.  What was your impression as to why he
11  thought it best that you not share information?
12     A.  Then we could all answer as
13  independently, we wouldn't have to -- we wouldn't
14  contaminate others' testimony.
15     Q.  Okay.  All right.  Turn for me, if you
16  will, to the document behind Tab No. 2.  This is
17  a -- a -- a document that's been previously
18  marked as Exhibit 9005.
19     A.  M-h'm.
20     Q.  The title of this document is:
21  "Assessment of Flow Rate Estimates for the
22  Deepwater Horizon/Macondo Well Oil Spill."  Do
23  you recognize this document, Doctor?
24     A.  Yes.
25     Q.  From time to time, I'm going to refer to

24

1  this document as either the "FRTG Report" or the
2  "Final Report."  If I do that, will you
3  understand that I'm referring to the document
4  that's behind Tab No. 2, previously marked as
5  Exhibit 9005?
6      A.  Sure.
7      Q.  Okay.  Tab No. 2, or Exhibit 9005,
8  contains a bunch of Appendices, if you will.
9  Tab -- behind Tab 2 -- A is the
10  "Hsieh...Reservoir Depletion Report."  Do you see
11  that?
12     A.  Yes.
13     Q.  And behind Tab B, is "Appendix B," the
14  "Labson...Mass Balance Team Report."  Do you see
15  that?
16     A.  Yes.
17     Q.  Okay.  Tab C is the "Camilli...Woods Hole
18  Oceanographic Institution Acoustics Analysis
19  Report."  Do you see that?
20     A.  Yes.
21     Q.  Okay.  And Tab -- behind Tab D is the
22  "Plume Calculation Team...Particle Image
23  Velocimetry Report."  I'm going to sometimes
24  refer to this Tab, Tab D, as the "Summary Plume
25  Team Report."  Will you know what I mean when I

25

1  call the document behind Tab D --
2      A.  Yes.
3      Q.  -- "Summary Team" -- pardon me, "Summary
4  Plume Team Report"?
5      A.  Yes.
6      Q.  Thank you.  And then behind Tab E is the
7  "Reservoir Modeling...Report."  Do you see that?
8      A.  Yes.
9      Q.  And then behind Tab F is the
10  "Guthrie...Nodal Analysis Team Report."  Do you
11  see that?
12     A.  Yes.
13     Q.  You said earlier, in response to one of
14  my questions, that you reviewed some of the
15  Reports in preparation for your deposition.  Is
16  this FRTG Report one of the Reports that you
17  reviewed in preparation for your deposition?
18     A.  This is not one of the Reports that I
19  looked at in getting -- on my own, my
20  preparation.
21     Q.  Have you ever reviewed the FRTG Report
22  prior to today?
23     A.  I have reviewed the -- the -- when it was
24  being written.  I was -- as one of the -- the
25  authors, but I reviewed the section on the Plume

7 (Pages 22 to 25)

26

1   Team only.
2       Q. Okay. Have you ever reviewed any of the
3   Appendices, other than the Plume Team Report,
4   prior to today?
5       A. No.
6       Q. Okay. If you'll turn to Tab No. 3,
7   please. This Report was previously marked as
8   Exhibit 9183.
9       A. 91 -- there -- I'm -- I'm going to be
10  careful on this -- on the Plume Team -- on -- on
11  the -- I -- I didn't review the works of the
12  other groups, but there may be some -- I -- I'm
13  not sure on this Report. There was some summary
14  data that -- that I might have reviewed, so I'm
15  going to be careful that -- that you understand
16  that's what I'm meaning.
17      Q. Thank you.
18      A. Didn't review, for example, Guthrie's
19  Analysis, or anything like that.
20      Q. Thank you for that clarification.
21      A. Okay.
22      Q. So behind Tab No. 3 --
23      A. Okay.
24      Q. -- is the -- a document entitled:
25  "Deepwater Horizon Release Estimate of Rate by

27

1   PIV, July 21, 2010"?
2       A. M-h'm.
3       Q. I'm going to sometimes refer to this as
4   the "Full Plume Team Report" or the "Plume Team
5   Report"?
6       A. Okay.
7       Q. Will you understand what I mean when I --
8       A. Sure.
9       Q. -- say that?
10      A. (Nodding).
11      Q. This Report includes -- also includes a
12  bunch of Appendices. There's the "NIST
13  Statistical Analysis by Possolo and Espina." Do
14  you recall that?
15      A. Yes.
16      Q. And there's -- Appendix 2 is the
17  "Reservoir Fluid Study" by Dr. Bommer. Do you
18  recall that --
19      A. Yes.
20      Q. -- that Appendix?
21      A. Yes.
22      Q. Appendix 3 is the "Description of
23  Underwater Oil and Gas Release Behavior" by
24  Dr. Yapa?
25      A. Yes.

28

1       Q. Appendix 4 is the "...Gulf of Mexico Oil
2   Spill Estimate by Savas"?
3       A. M-h'm.
4       Q. And Appendix 5 is the "Gulf...Spill PIV
5   Analysis" by Dr. Wereley. Do you recall
6   reviewing that?
7       A. Yes.
8       Q. And Appendix 6 is the "Riser Pipe Flow
9   Estimate" by Dr. Leifer. Do you recall reviewing
10  that?
11      A. Yes.
12      Q. Appendix 7 is the "Estimate of Maximum
13  Oil Leak Rate from the BP Deepwater Horizon by
14  the National Energy Technology Laboratory." Do
15  you recall reviewing that?
16      A. I reviewed part of it.
17      Q. All right. I'll get back to that.
18          Appendix 8 is the "Flow Rate Estimation
19  from Feature Tracking by" University of
20  Washington and UCSD. Do you recall reviewing
21  that?
22      A. Yes.
23      Q. Appendix 9 is the "Plume Team
24  Biographies." Did you ever review those?
25      A. I reviewed them when I was putting the

29

1   Report together, yes.
2       Q. And Appendix 10 is the "Expedited Peer
3   Review Report." Did you ever review that,
4   Dr. Lehr?
5       A. When I was putting the Report together.
6       Q. The other Appendices, with the exception
7   of Appendix 7, which you said you only reviewed
8   in part, did you review those Appendices in
9   preparation for your deposition today?
10          MR. BENSON: Objection to the extent
11  it calls for privileged information.
12      A. I reviewed some of them in part.
13      Q. (By Ms. Browne) Okay. Did you -- at any
14  time prior to your -- your preparation for your
15  deposition, have you reviewed the Full Plume --
16  Plume Team Report?
17      A. Yeah, when we put the Report together.
18      Q. Behind Tab 4 is a document previously
19  marked as Exhibit 9182 --
20      A. M-h'm.
21      Q. -- entitled "Oil Budget Calculator
22  Deepwater Horizon." Do you see that document?
23      A. Yes.
24      Q. I will sometimes refer to this as the
25  "OBC." If I call that the "OBC," will you know

30

1   what I mean?
2       A.  Yes.
3       Q.  Have you called it the "OBC" before?
4       A.  No, we didn't call it the OBC, though.
5       Q.  You're missing out.
6           All right.  Doctor, throughout the
7   deposition, we'll probably be looking at some of
8   your E-mails, or general E-mail com --
9   correspondence.  You have an E-mail account at
10  NOAA; is that right?
11      A.  Yes.
12      Q.  Did you have an E-mail account at NOAA
13  during the period that you were working on the
14  Plume Team?
15      A.  Yes.
16      Q.  And did you use that E-mail account to
17  send and receive correspondence related to your
18  work on the Plume Team?
19      A.  Yes.
20      Q.  Did you use that E-mail account to send
21  and receive correspondence related to the
22  DEEPWATER HORIZON event generally?
23      A.  Yes.
24      Q.  And did you use that -- that E-mail
25  account to -- to send correspondence to others in

31

1   furtherance of your work as a Plume Team Member?
2       A.  Yes.
3       Q.  Other than your NOAA E-mail account, did
4   you use any personal accounts while you were
5   performing work on behalf of the Plume Team?
6           MR. BENSON:  Object to the form.
7       A.  I'm not certain.  I don't think so.
8       Q.  (By Ms. Browne) Okay.  Did you receive
9   any E-mails during the DEEPWATER HORIZON incident
10  or during your work as a Member of the Plume Team
11  on a personal E-mail account?
12          MR. BENSON:  Object to the form.
13      A.  None that I recall.
14      Q.  (By Ms. Browne) Okay.  Did you search
15  your personal E-mail account in order to collect
16  documents in this matter?
17      A.  No.
18      Q.  Did anyone ever ask you to search your
19  personal E-mail accounts for documents related to
20  work you did in the context of the DEEPWATER
21  HORIZON incident?
22      A.  I can't recall that.
23      Q.  Did you take steps to preserve your --
24  any E-mails or documents concerning your -- your
25  work on the DEEPWATER HORIZON incident?

32

1       A.  Yes.
2       Q.  Did you take steps to preserve documents
3   and E-mails related to NOAA's work generally on
4   the DEEPWATER HORIZON incident?
5           MR. BENSON:  Object to the form.
6       A.  Yes.
7       Q.  (By Ms. Browne) Okay.
8       A.  Ones that would come to me from -- from
9   NOAA personnel or --
10      Q.  That -- did you --
11      A.  I guess I -- I should clarify the
12  question.  I -- I didn't preserve all of NOAA's
13  documents because obviously they wouldn't have
14  come to me.
15      Q.  Sure.  Do you know whether your
16  colleagues took steps to preserve any documents
17  or E-mails they had in their possession regarding
18  the DEEPWATER HORIZON incident?
19          MR. BENSON:  Object to the form.
20      A.  We received instructions to -- to
21  preserve -- to do what -- I think you -- the term
22  is litigation hold.
23      Q.  (By Ms. Browne) Okay.  When you were
24  asked to produce -- let me ask you this:  You
25  were asked to preserve.  You've told me that.  At

33

1   some point were you asked to actually produce
2   those documents that you had preserved?
3       A.  Yes.
4       Q.  And did you do that?
5       A.  Yes.
6       Q.  Behind Tab No. 5, if you would, is a
7   document we're going to mark as 10727.
8           (Exhibit No. 10727 marked.)
9       Q.  (By Ms. Browne) This is an E-mail
10  exchange dated September 16th, 2010 between you
11  and Michelle Farmer at the Oil Spill Commission.
12  Do you see that, Doctor?
13      A.  Yes.
14      Q.  And I'd like to direct your attention to
15  the E-mail -- the -- the -- from you, actually,
16  to Ms. Farmer.  Do -- and -- and that is your
17  E-mail address at NOAA; is that correct?
18      A.  At "bill.lehr@noaa.gov" is correct.
19      Q.  Okay.  Do you recall sending this
20  information to Ms. Farmer?
21      A.  I don't recall sending it, but I -- I'm
22  sure I would have sent something to them for
23  the -- and they -- they -- I remember them
24  requesting a -- a resumé.
25      Q.  Okay.  And you agree with me that this

9  (Pages 30 to 33)

34

1  E-mail response that you sent to Ms. Farmer
2  contains your biographical information?
3      A. (Reviewing document.)  Yeah, it's a
4  condensed biography, yes.
5      Q. Was it accurate at the time that it was
6  sent?
7      A. I hope so.  (Reviewing document.)  Yeah.
8  I think so.
9      Q. Is there anything that should be added to
10 this summary of your biographical information to
11 bring it current?
12     A. I'm having to be deposed.  I don't know
13 if you want to add that.  I think this is -- this
14 would be for the purposes of the DEEPWATER
15 HORIZON.
16     Q. Okay.  You received your Ph.D. from
17 Washington State University; is that correct?
18     A. That's correct.
19     Q. And when was that?
20     A. In 1976.
21     Q. Did you issue any publications when you
22 were a doctoral student?
23     A. Yes, I did.  There was a publication in
24 the "Journal of Mathematical Physics" that my --
25 that I and my Advisor had published.

35

1      Q. Any other publications other than the one
2  that you just mentioned from the "Journal of
3  Mathematical Physics"?
4      A. From my -- from the -- when I was a
5  student?
6      Q. Yes, sir.
7      A. No.
8      Q. The journal article that you've just
9  referenced, did that have anything to do with
10 flow rate estimation?
11     A. Only if it had something -- only if the
12 quantum theory has something to do with flow
13 rate.
14     Q. You tell me, Doctor.  Does --
15     A. No.
16     Q. Okay.  Have you -- have you ever
17 published at all on the issue of flow rate
18 estimation?
19         MR. BENSON:  Object to the form.
20     A. On -- on anything that involves flow
21 rate?  I -- I -- could you clarify what -- any --
22 anything on fluid flow, is that what you're
23 asking or --
24     Q. (By Ms. Browne) Let -- let's start with
25 that.  When you say "fluid flow," what do you

36

1  mean?
2      A. Okay.  Because we have published -- I
3  have published papers involving releases of
4  liquefied natural gas.  We've -- I've done
5  modeling which has been written in reports, which
6  are reviewed, on estimating leaks from pipes
7  related to hazard spills of liquids that would
8  then evaporate into the air and cause toxic air
9  hazards.
10         I'm trying to think of what else.  I've
11 published on -- on spread rates of oil.  I don't
12 know if that's considered -- un -- under -- under
13 the category you're looking at.  So related to
14 just the flowing of fluids, that's -- I think is
15 what you wanted, not the behavior of them.  Is
16 that -- am I understanding that correctly?
17     Q. At the moment, yes.
18     A. Okay.
19     Q. Your --
20     A. There may be some others, but I'm trying
21 to remember them.
22     Q. Sure.  Your publication on modeling of
23 leaks from pipes following a hazardous spill and
24 that -- that related to evaporation, that would
25 cause a toxic air hazard, were any of those

37

1  hazardous spills oil spills?
2          MR. BENSON:  Object to the form.
3      A. No.  Those related to chemicals that
4  would be more volatile and pure -- pure
5  chemicals.
6      Q. (By Ms. Browne) Okay.  Your publication
7  on spread rates of oil, when did you publish on
8  spread rates of oil?
9          MR. BENSON:  Object to the form.
10     A. I published several over periods of time.
11     Q. (By Ms. Browne) Okay.  What period?
12     A. It would have been starting probably
13 around 1980, and then the last one's probably
14 sometime in the '90s, or something.
15     Q. Do you recall specifically any of the
16 publications or -- that -- that you authored
17 regarding spread rates of oil?
18     A. The -- we did some experimental oil
19 spills in -- when I was at the University of
20 Petroleum and Minerals, and we developed some new
21 formulas for the spread rate there, and that was
22 published in I -- I think the journal was
23 "Marine Pollution Bulletin," but it may have been
24 another one.
25         I presented some spread formulas and

10  (Pages 34 to 37)

38

1   analysis at the Canadian Oil Spill Conference,
2   the Arctic and Marine Oil Pollution -- AMOP
3   Conference, and that's a peer-reviewed
4   conference.
5       There prob -- there may be some others,
6   but that's what I can remember right now.
7       Q.  Do you have any publications related
8   to -- or -- or pertaining to the field of mass
9   balance calculations?
10      A.  Yes.
11      Q.  And the -- the paper you just referenced
12  from AMOP, is that one of them?
13      A.  No, that would -- the one I was
14  referencing was the spread one.
15      Q.  Okay.
16      A.  There -- I was the lead developer of the
17  fate and behavior model that's used by the U.S.
18  Coast Guard and NOAA in terms of that mass
19  balance that you were discussing or mentioning,
20  and that paper -- that was published -- an
21  article on the most recent model was published in
22  the "Environmental Modeling and Science," I think
23  was the journal.
24      Q.  When was that?
25      A.  It would have been about, I guess, ten

39

1   years ago, maybe.  And then we also had a -- a --
2   a -- short article related to that in terms of
3   the hazard from benzene, and that, I think, was
4   in the "Journal of Hazardous Materials."
5       Q.  When was the "Hazards of Benzene"
6   publication?
7       A.  I -- I can't remember the exact dates,
8   really.  It -- it would have been some -- perhaps
9   in the '90s, but I -- I wouldn't -- it -- it
10  could have been before or after that.
11      Q.  You mentioned that you authored or was --
12  you were the lead developer of the fate and
13  behavior model that is used by the Coast Guard
14  and NOAA in terms of mass balance.  Do you recall
15  telling me that?
16      A.  Yes.
17      Q.  Is there a name for that fate and
18  behavior model?
19      A.  Yeah.  ADIOS2.
20      Q.  Is that A-D-I-O-S?
21      A.  Yes.
22      THE COURT REPORTER:  Thank you.
23      Q.  (By Ms. Browne) What does that stand for,
24  Doctor?
25      A.  Automated Data Inquiry For Oil Spills.

40

1       Q.  How long has the ADIOS model been
2   operational?
3       A.  At least ten years, I think.  Somewhere
4   around there.
5       Q.  Have you published in the field of
6   mass -- mass balance as it relates to deepwater
7   oil spills?
8       MR. BENSON:  Object to the form.
9       A.  There -- there may be a paper out there
10  involving -- there was a -- a vessel that sank
11  off the coast of Europe, and we did some
12  calculations on that, but I don't know if that --
13  I can't remember if we published it or not.
14      Q.  (By Ms. Browne) Have you ever published
15  any articles or papers regarding Particle Image
16  Velocimetry?
17      A.  No.
18      Q.  When I ref -- use the term "PIV" to refer
19  to Particle Image Velocimetry, do you understand
20  what I mean?
21      A.  Well, people have different meanings of
22  this.  I have -- I know what I understand by the
23  term.
24      Q.  Okay.  What is your understanding of the
25  term "PIV"?

41

1       A.  PIV is a method of -- of -- that stands
2   for -- for using images to develop a velocity
3   field on a -- a fluid flow, and it was developed
4   by Professor Adrian, who's now at Arizona State
5   University?  And the -- the "P" part -- the "P"
6   stands for particles that were inserted into the
7   fluid, but it can also be used in a generic sense
8   of any image velocimetry.  And that's where I --
9   that's the -- the -- definition that I use.
10      Q.  In the -- the generic one is the one you
11  use?
12      A.  The generic definition.
13      Q.  Okay.  Other than your publications on
14  the ADIOS model, have you written or published at
15  all on the -- the other -- fate and transport of
16  oil?
17      A.  Yes.  The -- some of the -- the papers
18  that were related to when I was at the University
19  of Petroleum Minerals would have been on that,
20  and they would have preceded the ADIOS model.
21      Q.  Did you do any work on Oil Spill Response
22  while you were a doctoral candidate?
23      A.  No.  That was a doctoral candidate --
24      Q.  Yeah.
25      A.  -- no.

11 (Pages 38 to 41)

42

```
 1      Q.  After you received your doctorate, where
 2  did you work?
 3      A.  I worked at the University of Petroleum
 4  and Minerals in Bahrain, Saudi Arabia, in the
 5  Mathematics Department and then subsequently had
 6  a joint appointment with the Research Institute
 7  there in their environmental section.
 8          After that, I also worked for a year at
 9  NASA's Jet Propulsion Laboratories in their
10  navigation section, and for the past 25 years,
11  I've worked at what is now called the Emergency
12  Response Division of NOAA in Seattle.
13          I've had joint assignments at the World
14  Maritime University, through NOAA.
15      Q.  Okay.  For how long were you associated
16  with the Math Department at the University of
17  Petroleum and Minerals?
18      A.  Ten years.
19      Q.  Okay.  And while you were with the Math
20  Department, did you do any work related to Oil
21  Spill Response?
22      A.  Yes.
23      Q.  And what did you do?
24      A.  We developed some trajectory models, we
25  developed the fate and behavior models, and we
```

43

```
 1  responded to certain -- to a few spills in the
 2  region for the -- the University Research
 3  Institute did this work for the Aramco Oil
 4  Company.
 5      Q.  Did you begin working on the ADIOS
 6  modeling while you were at the University of
 7  Petroleum and Minerals?
 8      A.  No.  I developed an -- an alter -- there
 9  was a model before ADIOS.
10      Q.  And what was that?
11      A.  It was called Gulf Slick.  It was -- it
12  was Gulf Slick 1 and, I think, Gulf Slick 2.
13      Q.  While you were -- let me back up.
14          You were with -- I think you said you
15  were the Math Department for ten years, and then
16  you had your joint appointment?
17      A.  I had a joint appointment with the
18  Research Institute, and I don't remember -- it
19  was several years.  Perhaps four or six,
20  something like that.
21      Q.  Okay.  So for a total of 14 to 16 years?
22      A.  No.  I was there for ten years, but
23  ten -- I was the full ten years in the Math
24  Department, and either four or six years,
25  something like that, in the Environmental --
```

44

```
 1      Q.  Okay.
 2      A.  -- section.
 3      Q.  All right.  And during the time that you
 4  were at the University of Petroleum and Minerals,
 5  did you do any work related to flow rate
 6  calculation?
 7      A.  The -- the only thing that would be close
 8  to that, I think, is there was some sand dune
 9  drift calculations we did.
10      Q.  And could you describe that to me, sand
11  dune drift calc --
12      A.  Modeling -- modeling the drifting of sand
13  dunes.  It was a big issue in Saudi Arabia.
14      Q.  And while you were at the University of
15  Petroleum and Minerals, did you do any work
16  related to Particle Image Velocimetry?
17      A.  No.
18      Q.  While you were at the NASA Jet Propulsion
19  Lab, what were your responsibilities?
20      A.  I was in the Optical Navigation section,
21  and we working on the Voyager 2 mission to the
22  outer planets to help to navigate the spacecraft.
23      Q.  How long were you at the Jet Propulsion
24  Lab?
25      A.  A little less than a year.
```

45

```
 1      Q.  While at the Jet Propulsion Laboratory,
 2  did you do any work on spill response?
 3      A.  No.
 4      Q.  Did you do any work related to the
 5  calculation of oil spills?
 6      A.  No.
 7      Q.  And while you were at the Jet Propulsion
 8  Lab, did you do any work related to the
 9  calculation of flow rate?
10      A.  No.
11      Q.  Okay.  You note in the document behind
12  Tab No. 5 that you were an Adjunct Professor at
13  the World Maritime University?
14      A.  Yes.
15      Q.  Do you -- are you currently an Adjunct
16  Professor at the World Maritime University?
17      A.  No.
18      Q.  What were your duties as an Adjunct
19  Professor at the World Maritime University?
20      A.  We were teaching them modeling for
21  emergency response in term -- terms of oil and
22  chemical releases.
23      Q.  Did you teach any classes --
24      A.  Yes.
25      Q.  -- specifically?
```

12 (Pages 42 to 45)

46

1  A.  Yes.
2  Q.  What --
3  A.  That was the -- they -- they -- they have
4  a different structure there.  It's not a -- it's
5  not like you would take five classes or
6  something.  You -- we would -- they'd give us a
7  block of time, and then we would work with the
8  students.  These were students that were from
9  their -- mostly Third World countries that came
10 there from their, oftentimes, Port Authorities,
11 and then we would give them some intense training
12 in our -- going through our -- our particular
13 methods that we'd used -- for example, at -- at
14 NOAA -- for modeling of oil spills or chemical
15 rel -- releases.
16     And they would do that as part of a
17 Master's Program.
18 Q.  And when were you an Adjunct Professor at
19 the World Maritime University?
20 A.  Oh, boy.  It would have been -- it would
21 have been at least ten years ago.  Again, I don't
22 remember the exact date, and I did it twice.
23 Q.  And what was the period of time for --
24 each time you were an Adjunct Professor, what was
25 the time frame --

47

1  A.  It would be --
2  Q.  -- for that?
3  A.  It seems like it was like a two-week
4  intense session, something like that.
5  Q.  You also note that you were an Oil Spill
6  Consultant for UNESCO.  Do you see that?
7  A.  Yes.
8  Q.  And what were your responsibility as a --
9  responsibilities as an Oil Spill Consultant for
10 UNESCO?
11 A.  I put together -- we put together a
12 workshop on advising on the best ways to model
13 oil spills.
14 Q.  Was anything published coming out of the
15 workshop that --
16 A.  The --
17 Q.  -- you just discussed?
18 A.  There was a UNESCO Report.
19 Q.  When was that?
20 A.  Oh, boy.  I don't remember the year.  It
21 would have been '80s.  I think sometime around
22 there.
23 Q.  Other than putting together the --
24 working at the workshop and putting together this
25 publication, did -- did you do any other work as

48

1  the Consultant for UNESCO?
2  A.  We've -- I've been -- yes.  I've been
3  offered as a NOAA Representative.  I worked with
4  the -- there's a UN UNESCO Center in -- in
5  Bahrain, that I've gone over there periodically
6  and put on training courses for the Responders in
7  the region.  And I've worked with at -- there was
8  other -- a bunch on the Red Sea, the -- sort of
9  the same thing.
10 Q.  The publication that came out of that
11 workshop we talked about a minute ago, is that
12 publicly available?
13 A.  I would assume so.  But other than doing
14 the workshop, and then they had a UN person who'd
15 then assemble it all for us; so I -- beyond that,
16 I don't know what happened to it.  I don't have a
17 copy.
18 Q.  What, if any, part of that report did you
19 author?
20 A.  It would have been related to the oil
21 spreading work that we had done.
22 Q.  Are you still involved as an Oil Spill
23 Consultant for UNESCO?
24 A.  Only through the -- the -- the sense that
25 they will contact me as a NOAA person

49

1  occasionally, and, you know, if -- if we -- we --
2  I think I went over there last, maybe, two years
3  ago or something like that, two or three years
4  ago, to do some training.
5  Q.  Is that that one you just talked about in
6  Bahrain, where you --
7  A.  Yeah, it's in Bahrain, is where do the
8  training mostly.
9  Q.  And since the one report that came after
10 or in conjunction with that workshop, have you
11 published anything else in the context or coming
12 out of your role as a Consultant at UNESCO?
13 A.  Not that I can recall.
14 Q.  Why did you leave the Jet Propulsion Lab?
15 A.  To take the position up at NOAA.
16 Q.  What was your initial position at NOAA?
17 A.  Oceanographer.
18 Q.  Do you recall what year you started
19 there?
20 A.  1987, I believe.  I -- I -- I'd been to
21 NOAA before as part of a sabbatical from the
22 university.  Then I -- but I started there as an
23 employee in 1987.
24 Q.  When you spent time there on
25 sabbatical -- and when I say "there," I mean

13  (Pages 46 to 49)

50

1  NOAA -- what -- what did you do?
2      A. Worked on -- on oil spill modeling.
3      Q. Was that using Gulf Slick 1 or 2?
4      A. No.  I was actually working on trying to
5  develop a -- some new model and study what NOAA
6  was doing.
7      Q. Did any of the work that you did while
8  spending the sabbatical time at NOAA lead to the
9  development of the ADIOS modeling?
10     A. I can't recall.  It may have.
11     Q. Did anything concrete come out of the
12 modeling work that you did while you were
13 spending the sabbatical time at NOAA?
14         MR. BENSON:  Objection.
15     I'm not sure I understand the question.
16     Q. (By Ms. Browne) So, for example, some
17 improvement that could be implemented, some
18 implemen -- implementation of a fate and
19 transport modeling sort of over and above the
20 Gulf Slick 1 and 2 that we already talked to but,
21 obviously, before ADIOS.
22         MR. BENSON:  Object to the form.
23     A. There was some subsequent publications
24 that were -- that I -- I co-authored with some of
25 my colleagues from back at the university, and so

51

1  perhaps that work would have contributed to it.
2      Q. (By Ms. Browne) The publications you just
3  referenced, were those in journals?
4      A. Yeah.
5      Q. Do you recall which ones?
6      A. Not right off the top of my head, no.  I
7  wasn't the lead author.
8      Q. As an Oceanographer at NOAA in 1987, what
9  were your job duties?
10     A. Spill response and developing spill
11 model -- response models.
12     Q. Was your -- at one point, you were a
13 Spill Response Group Leader at NOAA; is that
14 correct?
15     A. That's correct.
16     Q. What was the period of time you were a
17 Spill Response Group Leader?
18     A. I don't remember the exact years.
19     Q. Okay.  Was that within the Office of
20 Response and Restoration?
21     A. Yes.
22     Q. What were your job duties as the Spill
23 Response Group Leader?
24     A. To direct the team that would be
25 providing the scientific response in case of a

52

1  spill incident.
2      Q. You're currently the Senior Scientist at
3  NOAA; is that right?
4      A. I'm one of two Senior Scientists in the
5  Emergency Response Division.
6      Q. Who's the other Senior Scientist in the
7  Emergency Response Division?
8      A. Dr. Alan Mearns.
9      Q. I'm sorry?
10     A. Dr. Alan Mearns, M-e-a-r-n-s.
11         THE COURT REPORTER:  Thanks.
12     Q. (By Ms. Browne) And what are your job
13 duties as the -- as one of the Senior Scientists
14 in the ERD?
15     A. I provide guidance overall in the
16 research strategy that the Division would use in
17 terms of developing our new spill model,
18 specifically on the physical side.  Dr. Mearns is
19 a biologist, and he would provide it on the
20 biological side.
21     Q. How have your job duties at NOAA evolved
22 over your 30 years there?
23     A. 25.
24     Q. 25.
25     A. I'm as old as I look, but not quite that

53

1  old.
2      Q. (Nodding.)
3      A. I started out as a Member of the Team
4  when I first got there, of course.  And as the
5  Senior Scientist, I'd have more responsibilities
6  than I would have had as the -- I lead the
7  Modeling Projects that I wouldn't have done when
8  I first started.
9      Q. What do you mean "lead Modeling
10 Projects"?
11     A. Well, currently I'm leading a project,
12 for example, to develop ADIOS3, which will
13 replace ADIOS2, and involves in -- bringing in
14 Scientists from multiple agencies to develop the
15 model.
16     Q. Prior to your work on the DEEPWATER
17 HORIZON, while you've been at NOAA, have you
18 worked on any other deepwater spill responses?
19         MR. BENSON:  Object to the form.
20     A. Yeah.  I guess you have to define what
21 "deepwater" is.  I've worked on releases that
22 have been subsurface.
23     Q. (By Ms. Browne) How far down?
24     A. I don't remember the precise depths.
25     Q. Anything as deep as a mile into the --

14  (Pages 50 to 53)

54

1      A.  Nothing as deep as DEEPWATER.  It's a --
2  it was unique experience for me.
3      Q.  You also note in your bio summary, if I
4  can call it that --
5      A.  M-h'm.
6      Q.  -- that you've served as a Reviewer for
7  or -- or guest editor for a few publications?
8      A.  Yes.
9      Q.  It's in the second paragraph here.
10        Do you see that?
11      A.  Yes.
12      Q.  And first in your role as the -- the
13  editor for the Spill Science and Technology and
14  Journal of Haz -- is that -- is that two, by the
15  way, Spill Science and Technology and Journal of
16  Hazardous Materials?
17      A.  Those -- those are two separate
18  journals --
19      Q.  Okay.
20      A.  -- yes.
21      Q.  So Spill Science and Technology as the
22  guest editor, have you edited any papers related
23  to spill estimation from a deepwater spill?
24      A.  No.
25      Q.  What types of papers did you edit as the

55

1  guest editor?
2      A.  We have special issue on Langmuir
3  circulation, which I'm -- the oceanographers
4  would understand, but -- and then we had a spe --
5        THE COURT REPORTER:  What's the name
6  of that, Doctor?
7        THE WITNESS:  Langmuir,
8  L-a-n-g-m-u-i-r.
9        THE COURT REPORTER:  That's what I
10  had, thanks.
11        THE WITNESS:  Okay.  I'm -- I'm a
12  lousy at spelling, too, so --
13        THE COURT REPORTER:  Me, too.
14      A.  And the -- so we had a special issue on
15  that.  We had a special issue on liquefied
16  natural gas spills.  And then we did a special
17  issue on, I think if I recall right, on long-term
18  fate of oil.
19      Q.  (By Ms. Browne) On the long-term fate of
20  oil?
21      A.  Yeah.  I do be --
22      Q.  What was --
23      A.  Excuse me.  I don't -- I'm sorry to go --
24      Q.  What were you going to say, Doctor?
25      A.  No, I -- I was interrupting you, so I --

56

1  and you warned me not to do that, so I'm
2  apologizing.
3      Q.  On -- on the -- the publication related
4  to long-term fate of oil, what was the term?
5        MR. BENSON:  Object to the form.
6      A.  What -- what do you mean?
7      Q.  (By Ms. Browne) Well, was it a -- can --
8  why don't you describe for me when -- when --
9  what the paper was about.
10      A.  Well, it wasn't a paper.  This was a
11  special issue.  We had held a workshop in
12  cooperation with, at that time, what was called
13  Mineral Management Services where we brought in
14  some experts to try and expand the timeframe on
15  ADIOS2, our fate and behavior model which only
16  makes predictions for five days.
17        And so we wanted to look at processes
18  that would go beyond five days and might go out
19  as long as a month.  And so we brought in experts
20  on things such as bioremediation -- or
21  biodegradation and photooxidation that are a
22  longer term process.
23      Q.  When was this, the special issue we're
24  talking about?
25      A.  I'm sorry, I'm very bad at the dates.  I

57

1  don't remember.
2      Q.  1980s?  1990s?
3      A.  It would have been either '90s or in the
4  early 2000s.
5      Q.  And then you also served as a guest
6  editor -- well, any other -- while you were the
7  guest editor for the Spill Science and Technology
8  journal, anything else related to deepwater oil
9  spills?
10      A.  Well, none of these related to -- to
11  DEEPWATER HORIZON.  They were -- these were
12  related to just oil spills.  The -- the Langmuir
13  circulation was related to -- well, that's a
14  phys -- that's a specific oceanography process,
15  and we looked at it in terms of how it would
16  affect oil spill behavior.
17      Q.  Okay.  Anything else while you were a
18  guest editor of the journal for Spill Science and
19  Technology related to oil spills?
20      A.  Well, there was the -- the -- the --
21  there was the one on the Langmuir and then the
22  one on the -- well, no, excuse me.  The -- the
23  J -- the -- the L -- the LNG was in Journal of
24  Hazardous Material.  So we had the Langmuir, and
25  the long-term, I believe, was Spill Science and

15 (Pages 54 to 57)

58

1  Technology.
2      Q.  All right.  And in your role with the
3  Journal of Hazardous Materials, are there any
4  other articles or publications related to oil
5  spills, aside from what we've just discussed that
6  you worked on?
7          MR. BENSON:  Object to the form.
8      A.  I'd have to look at my publication list,
9  which I haven't looked at for some time.  There
10  may be some.
11      Q.  (By Ms. Browne) Is -- is your publication
12  list publicly available?
13          MR. BENSON:  Object to the form.
14      A.  I don't know why it wouldn't be, but I
15  don't -- I haven't assembled it because I'm not
16  looking for jobs.
17      Q.  (By Ms. Browne) Right.
18      A.  But there's -- all the publications would
19  be out there and be available.
20      Q.  Is your CV accessible from the NOAA
21  website?
22      A.  It may be.  I don't know whether it is or
23  not.
24      Q.  I wasn't able to find it.  That's why I
25  asked.

59

1      A.  Oh, okay.
2      Q.  Okay.  You also note that you were "a
3  reviewer for the National Academy of Sciences in
4  the study on emulsified fuel spills."
5          Do you see that?
6      A.  Yes.
7      Q.  What's an "emulsified fuel spill"?
8      A.  It's a mixture of -- in this case it
9  was -- was called oil emulsion was the -- the
10  name of the product, and it's a mixture of very
11  tar-like material with water in it and a
12  surfactant to keep it fluid, and they use it as a
13  substitute for -- for fuel oils for -- for
14  burning in power plants and such.
15      Q.  Did any of your work as a Reviewer for
16  the National Academy of Science in the study on
17  emulsified fuel spills relate to flow rate
18  calculation?
19      A.  No.
20      Q.  What about mass balance calculations, did
21  it re -- did it relate at all to mass balance
22  calculation?
23          MR. BENSON:  Object to the form.
24      A.  In the general sense, yes, it would.
25      Q.  (By Ms. Browne) How so?

60

1      A.  We were studying the -- fate of the
2  oil emulsion as it separated if it was spilled
3  separated into the -- from the -- the -- the tar
4  material separating from it.
5      Q.  Okay.  You also note you were the
6  Co-Chair of the International Oil Weathering
7  Committee; is that right?
8      A.  Yes.
9      Q.  What were your role as the Co-Chair of
10  the International Oil Weathering Committee?
11      A.  We gathered together experts in the field
12  of oil fate and behavior, and would have meetings
13  usually in connection with the Canadian AMOP
14  Conference.
15      Q.  Okay.
16      A.  It's the results of the Committee were
17  also published in a conference proceeding in, I
18  believe, London.  And I know you're going to ask
19  me the year, and I'm not going to remember.
20      Q.  Do you remember a decade?
21      A.  It would have been in the -- probably the
22  '80s, but it could be the '90s, too.  I don't
23  remember.
24      Q.  You -- you also note in the first
25  sentence of that second paragraph that you are "a

61

1  world recognized expert in the field of hazardous
2  chemical spill modeling and remote sensing of oil
3  spills."
4          Did I read that correctly?
5      A.  Yes.
6      Q.  What is "remote sensing of oil spills"?
7      A.  It's an -- it involves detecting of oil
8  spills by instruments that receive the signals
9  through the electromagnetic spectrum.  So this
10  could be systems involving, say, radar, if you're
11  going to, you know, the long end, down to visible
12  light on the short end.  And it can involve
13  platforms of either air -- small aircraft all the
14  way up to satellites.
15      Q.  Is any of your expertise in remote
16  sensing of oil spills related to the acoustic
17  sensing of oil spills?
18      A.  No.
19      Q.  Have you used Doppler technology to -- to
20  measure or detect an oil spill?
21          MR. BENSON:  Object to the form.
22      A.  I've reviewed people who -- work who --
23  who have done it, but I have not personally used
24  it.
25      Q.  (By Ms. Browne) And you also mention your

16  (Pages 58 to 61)

62

1    expertise in hazardous chemical spill modeling,
2    correct?
3        A. Yes.
4        Q. And what -- can you give me an example
5    or -- or tell me which hazardous chemicals you're
6    referencing there?
7        A. Yeah. Our Division, in cooperation with
8    the Project with EPA, we have a -- a -- it's
9    called the CAMEO Program which lists -- I'm not
10   sure exact number, but it's in the hundreds of --
11   of hazardous chemicals, that could be released in
12   the case of a -- an incident. A typical incident
13   might be, for example, a rail car derailment, and
14   you would get a release of a hazardous chemical.
15   It -- it could be either a toxic hazard or a fire
16   hazard or an explosive hazard.
17       And my role there was to develop the --
18   the source strength models, to -- to predict how
19   fast the material would evaporate, or if it
20   exploded, what would be the overpressure, or if
21   there was a fire, what would be the thermal
22   radiation for -- methods -- thermal radiation
23   hazard.
24       And that method is used by -- by fire
25   departments throughout the country, and it's been

63

1    adopted by several countries around the world in
2    their emergency response and is used by Lawrence
3    Livermore Laboratory in their work, as well.
4    It's been reviewed by the Department of Energy to
5    certify as acceptable for them to use.
6        Q. Do you have any publications related to
7    your work on remote sensing of oil spills?
8        A. Yes.
9        Q. Can you tell me about them, please?
10       A. Oh, again, I published that in my list.
11   The one that comes to mind is there's a -- one
12   which I was a joint author on looking at -- well,
13   there's some recent ones related to deepwater
14   that you might be interested in, that Dr. Leifer
15   was the Lead Author.
16       And then there was another one by -- and
17   I'm going to apologize for this, but the fellow's
18   name is Dr. Jan, and I cannot even pronounce his
19   last name, let alone spell it for you
20   correctly -- who used a system the -- that
21   detected oil from a -- what was called a
22   multispectral scanner that we deployed over the
23   incident.
24       And I'm sorry, Jan. I apologize to you,
25   Jan, but I can't remember how to spell your last

64

1    name.
2        Q. Is Jan J-a-n?
3        A. Yes.
4        Q. Do you know that?
5        And where is Dr. Jan located, or where
6    was he located when you were part of --
7        A. He has -- his own company is out of
8    California. He has a company called Ocean
9    Imaging.
10       Q. The DEEPWATER HORIZON article with
11   Dr. Leifer that you just mentioned, what year was
12   that published?
13       A. This year.
14       THE COURT REPORTER: Five minutes.
15       Q. (By Ms. Browne) Other than what we've
16   just discussed, are there any other publications
17   that you can recall that you would consider
18   relevant to your work in the DEEPWATER HORIZON
19   incident?
20       MR. BENSON: Object to the form.
21       A. There's been a -- a couple of the papers
22   that were presented at the Canadian Oil Spill
23   Conference, the AMOP. There's been at least, I
24   believe, three.
25       Q. (By Ms. Browne) When?

65

1        A. That would have been 2010, 2011, and
2    2012, and then I presented at the International
3    Oil Spill Conference.
4        Q. When was that?
5        A. That would have been 2011.
6        Q. All right. Where was it?
7        A. In Portland, Oregon.
8        Q. Other than the AMOP presentations and
9    this one at the International Oil Spill, do you
10   have any other publications that you would
11   consider relevant to your work in the DEEPWATER
12   HORIZON incident?
13       MR. BENSON: Object to the form.
14       A. It -- it would depend on how -- I mean,
15   I -- I have pap -- papers that are relevant to
16   it, but it wouldn't be specifically dealing with
17   this type of an incident, but I -- you know, I've
18   got papers in terms, like, say, for example, oil
19   fate and behavior, which obviously, in the
20   general sense, have relevance to it.
21       MS. BROWNE: Okay. Why don't we
22   take a break.
23       THE VIDEOGRAPHER: The time is
24   9:34 a.m., and we're off the record.
25       (Recess from 9:34 a.m. to 9:46 a.m.)

17 (Pages 62 to 65)

66

1      MS. BROWNE:  Okay.  Are we ready?
2      THE COURT REPORTER:  Yes, ma'am.
3      THE VIDEOGRAPHER:  Please stand by.
4   The time is 9:46 a.m., and we're back on
5   the record.
6   Q.  (By Ms. Browne) Dr. Lehr, in response to
7   one of my earlier questions regarding Exhibit
8   9183, which is the document behind Tab 3, the
9   Full Plume Team Report --
10  A.  The Full Plume Team --
11  Q.  (Tendering.)
12  A.  Thank you.
13  Q.  -- you -- you mentioned that you read
14  part of Appendix 7.  Do you recall saying that in
15  response to one of my questions?  That's the
16  Shaffer --
17  A.  Yes.
18  Q.  -- Appendix.
19  A.  Yes.
20  Q.  Do you recall which parts of Appendix 7
21  you reviewed?
22  A.  At -- at the time that these were being
23  published, I didn't -- I wasn't necessarily
24  reviewing them, but, subsequent, yeah, I read the
25  part that talked about the -- the -- what I would

67

1   call his new manual method for PIV, the
2   calculation that Mr. Shaffer did.  There are some
3   other methods discussing -- other methods to
4   estimate the flow that I didn't necessarily
5   review.
6   Q.  Why not?
7   A.  Because they weren't related to PIV.
8   Q.  You were only interested in the methods
9   used that were related to PIV?
10  A.  For the purposes of this Report, this was
11  the estimate related to PIV.
12  Q.  Okay.
13  A.  And I define PIV in the general sense.
14  Q.  Correct.  And for the record, Appendix 7,
15  it starts, if you want to take a look at it -- it
16  starts at Page 107 of the Full Plume Team Report.
17  A.  M-h'm.  I have it here.
18  Q.  And at -- at Page 108, there's an
19  identification of three analysis approaches.  Do
20  you see that --
21  A.  Yes.
22  Q.  -- at the top of the page?
23  A.  Yes.
24  Q.  Analysis 1 is the "Feature Tracking
25  Velocimetry."  Analysis No. 2 is "...estimated

68

1   oil leak rates by analyzing the velocity profile
2   and trajectory profile..."
3   A.  M-h'm.
4   Q.  Do you see that?
5   A.  Yes.
6   Q.  And then analysis approach No. 3 is
7   "...estimated oil leaks...by simulating the
8   trajectory of a buoyant oil leak...using" CFD,
9   "computational fluid dynamics..."  Do you see
10  that?
11  A.  That's correct.
12  Q.  And of these -- did you review all three
13  of these analyses?
14  A.  No.  It would have been the first one.
15  Q.  Okay.  At any time have you -- have you
16  reviewed Appendix 7 as to analysis approach
17  No. 2?
18      MR. BENSON:  Object to the form.
19  A.  I may have.  I -- I can't remember.
20  Q.  (By Ms. Browne) Okay.  And --
21  A.  I'm -- I'm familiar with what the
22  technique is, but I -- I don't know if I reviewed
23  it as it was written in here or not.  I can't
24  remember.
25  Q.  Do you recall ever -- ever reviewing the

69

1   information in Appendix 7 related to Analysis
2   Approach No. 3, the CFD approach?
3      MR. BENSON:  Object to the form.
4   A.  Not that I -- I can't -- I -- I don't
5   recall doing that, no.
6   Q.  (By Ms. Browne) Okay.  Prior to your work
7   on the DEEPWATER HORIZON incident, did you have
8   any expertise in regard -- pardon me -- any
9   expertise regarding multiphase flow?
10     MR. BENSON:  Object to the form.
11  A.  Yes.
12  Q.  (By Ms. Browne) How so?
13  A.  As part of the work on the CAMEO source
14  strength that we talked about earlier, I had to
15  develop the -- models that were used to
16  calculate the flow -- the two-phase flow out of
17  pipes.
18  Q.  Which models are those, Doctor?
19  A.  They're part of the ALOHA model.  It's --
20  that's their subcomponents of the ALOHA model.
21  It's A-L-O-H-A.
22     THE COURT REPORTER:  (Nodding.)
23  A.  And I hope you don't -- aren't going to
24  ask me what that acronym stands for, because I
25  don't remember it exactly, but it's our model

18  (Pages 66 to 69)

70

1   that then computes the -- takes -- computes the
2   release and then computes the expected footprint
3   for the air hazard and fire hazard or
4   overpressure hazard.
5       Q. (By Ms. Browne) Is the ALOHA model a NOAA
6   model?
7       A. It's a NOAA EPA model.
8       Q. Is that commercially available?
9       A. It's free up on the Web. Compliments of
10  your -- your tax dollars at work.
11      Q. You're welcome.
12         And any other model to calculate
13  multiphase flow other than the ALOHA model that
14  you've got expertise in?
15         MR. BENSON: Object to the form.
16      A. The -- the work on the LNG could be
17  conceivably -- fall into that category.
18      Q. (By Ms. Browne) And how is that?
19      A. Because you look at the rapid phase
20  transitions that occur when LNG, for example,
21  come in contact with water.
22      Q. Okay.
23      A. And you have a two-phase overpressure.
24      Q. Prior to DEEPWATER HORIZON, did you have
25  any expertise in reservoir modeling?

71

1       A. Very limited.
2       Q. What expertise or work experience did you
3   have with reservoir modeling prior to the
4   DEEPWATER HORIZON incident?
5          MR. BENSON: Object to the form.
6       A. When I was at the Research Institute,
7   there was a Group that was doing reservoir
8   simulation, and I helped them a little bit in
9   working on some of the models, but I would be --
10  I would not claim to be an expert in reservoir
11  simulation.
12      Q. (By Ms. Browne) Which models did you work
13  with?
14      A. These were proprietary models that were
15  being developed for the -- to be used in -- in
16  the Persian Gulf area there.
17      Q. Prior to the DEEPWATER HORIZON incident,
18  did you have any experience in reservoir
19  analysis?
20         MR. BENSON: Object to the form.
21      A. No, other than what I just told you.
22      Q. (By Ms. Browne) Prior to the DEEPWATER
23  HORIZON incident, did you have any experience in
24  reservoir engineering?
25         MR. BENSON: Object to the form.

72

1       A. No.
2       Q. (By Ms. Browne) Prior to the DEEPWATER
3   HORIZON incident, did you have any experience in
4   hydraulics as it relates to oil wells?
5          MR. BENSON: Object --
6       A. As it relates to oil?
7          MR. BENSON: Object to the form.
8        Go ahead.
9       Q. (By Ms. Browne) Yes.
10      A. No.
11      Q. Prior to the DEEPWATER HORIZON incident,
12  and other than the modeling work we just
13  discussed, did you have any other experience in
14  well modeling?
15         MR. BENSON: Object to the form.
16      A. Not directly. There were some -- I've
17  done some -- some help and some assistance in --
18  people in terms of modeling, not necessarily oil
19  reservoirs, but perhaps, you know, aquifers and
20  such, but nothing that was ever published.
21      Q. (By Ms. Browne) Prior to the DEEPWATER
22  HORIZON incident, did you have any experience in
23  Nodal Analysis?
24         MR. BENSON: Object to the form.
25      A. No.

73

1       Q. (By Ms. Browne) Okay.
2       A. Other than the -- if you mean by that
3   calculating an impedance and such for the flow
4   that we did, that would be connected to the work
5   with the ALOHA model, but not in the sense of
6   what you would see in Petroleum Engineering
7   people designing pipelines.
8       Q. Prior to your experience with the
9   DEEPWATER HORIZON incident, did you have any
10  experience working on fluid properties of oil?
11         MR. BENSON: Object to the form.
12      A. Yes.
13      Q. (By Ms. Browne) What experience is that?
14      A. In the fate and behavior of the oil, you
15  have to examine the fluid properties.
16      Q. Why?
17      A. For things such as the spreading, for
18  calculating the dispersion, calculating the
19  emulsion, changing such things as viscosity and
20  density.
21      Q. And in part of your work related to fate
22  and behavior and understanding the fluid
23  properties of oil, in addition to viscosity and
24  density, did you have any expertise or -- or,
25  pardon me, experience, working with gas and oil

19  (Pages 70 to 73)

74

1    ratios?
2           MR. BENSON:  Object to the form.
3       A.  Indirectly, in terms of we needed to know
4    what -- the ratios of dissolved gases, for
5    example, in terms of like in -- in some of the
6    calculations, but not in terms of the -- looking
7    at it in terms of GORs and reservoirs.
8       Q.  (By Ms. Browne) Prior to DEEPWATER
9    HORIZON, had you ever had any experience with
10   equations of state?
11      A.  Yes.
12      Q.  Can you tell me about that experience
13   with equations of state, please?
14      A.  Well, we're coming back.  If -- the
15   equations of state is -- I'm going to ask you to
16   clarify what you are referring to.  Are you
17   referring to equations of state as applied, for
18   example, in the reservoir or equations of --
19      Q.  Yes.
20      A.  Okay.  That would have been -- I would
21   have been involved with that -- related to that,
22   as I discussed before, about the reservoir work.
23   Now, there's also equations of state that we
24   would apply to the oil spill itself, and that
25   would be something that I've done with the oil

75

1    fate and behavior.
2       Q.  Since the DEEPWATER HORIZON incident,
3    have you done any work in reservoir engineering?
4           MR. BENSON:  Object to the form.
5       A.  No, not as I would define the term.
6       Q.  (By Ms. Browne) How do you define the
7    term?
8       A.  As what -- what -- what would be done by
9    a person who was, you know, a professional in
10   that field.
11      Q.  What are the types of tasks that you
12   understand a Reservoir Engineer in the Petroleum
13   field to -- to do?
14      A.  They would calculate the nature of the --
15   of -- for the flow rate of -- of a reservoir, for
16   example, or for pipelines, depending upon their
17   specialty.
18      Q.  Since the DEEPWATER HORIZON incident,
19   have you had an occasion to do any Hydraulics
20   Analysis?
21          MR. BENSON:  Object to the form.
22      A.  Not that I can recall.
23      Q.  (By Ms. Browne) Since the DEEPWATER
24   HORIZON incident, have you had an occasion to do
25   any reservoir analysis?

76

1           MR. BENSON:  Object to the form.
2       A.  No.
3       Q.  (By Ms. Browne) Since the DEEPWATER
4    incident, have you had any occasion to do any
5    Nodal Analysis?
6           MR. BENSON:  Object to the form.
7       A.  No.
8       Q.  (By Ms. Browne) Since the DEEPWATER
9    HORIZON incident, have you had any occasion to
10   work on any oil well modeling?
11      A.  Oil well modeling?
12          MR. BENSON:  Object to the form.
13      A.  No.
14      Q.  (By Ms. Browne) Any other types of well
15   modeling?
16      A.  No.
17      Q.  And since the DEEPWATER HORIZON incident,
18   have you had occasion to do any work related to
19   the fluid properties of oil and gas?
20      A.  Yes.
21      Q.  In what context?
22      A.  In developing the ADIOS3 fate and
23   behavior modeling.
24      Q.  You are one of the authors of the Oil
25   Budget Calculator, correct?

77

1       A.  That's correct.
2       Q.  And which parts of the Oil Budget
3    Calculator were yours?  And we can take a look at
4    the document, Exhibit 4.  It was previously
5    marked as 9182.
6           THE COURT REPORTER:  Exhibit 4 or
7    Tab 4?
8       Q.  (By Ms. Browne) I beg your pardon.  Thank
9    you.  Tab 4.
10      A.  Tab 4.
11      Q.  Exhibit 9182.
12      A.  Right.  (Reviewing document.)  Okay.  So
13   would you please -- I -- I'm sorry.  What was the
14   question?
15      Q.  Sure.  So my question was:  Are -- are
16   you able, as we sit here, to tell me which parts
17   of the Oil Budget Calculator you personally
18   authored?
19      A.  Well, personally authored?
20      Q.  Yes, sir.
21      A.  The "EXECUTIVE SUMMARY," the
22   "INTRODUCTION," the "PURPOSE AND...DESCRIPTION,"
23   "PREVIOUS EXPERIENCE," "LEAK RATE AND
24   SUBSURFACE...BEHAVIOR," but not including --
25   "DISSOLUTION" is not, no.

20  (Pages 74 to 77)

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**