# Exhibits E1 - E2
# Filed Under Seal