**Exhibits F1 - F8
Filed Under Seal**