# Exhibits G1 - G13
# Filed Under Seal