# Exhibits M1 - M2
# Filed Under Seal