# Exhibit N
# Filed Under Seal