**Exhibits O1 - O2**
**Filed Under Seal**