# Exhibits P1 - P3
# Filed Under Seal