**Exhibits S1 - S14
Filed Under Seal**