# EXHIBIT DD

## Cookie information

We use cookies to provide you with the best experience on our website. If you continue to use the site without changing your settings, we'll assume that you are happy to accept all cookies on the BP website. Blocking certain cookies can reduce the functionality of the site. Remember you can change your settings at any time by referring to the help menu on your internet browser.

▸ More information on our cookies

Continue ▸



BP: GBp 509.1 ▴ (+2.0) USD 51.36 ▴ (+0.06) *

BP Global  |  BP Worldwide

‹ Gulf of Mexico restoration › Claims information

‹ **Gulf of Mexico restoration**

Restoring the environment

Restoring the economy

Claims information

   Spanish language site

   Vietnamese language site

   Government claims

   Contacts

Back to work in the Gulf of Mexico

Supporting long-term research

Investigations and legal proceedings

Deepwater Horizon accident and response

Contacts

# Claims information

## BP is meeting its commitment to Gulf Coast communities by paying legitimate claims stemming from the Deepwater Horizon accident

### Gulf Claims Fraud Hotline

BP has launched the Gulf Claims Fraud Hotline to help protect the integrity of the claims processes relating to the Deepwater Horizon oil spill. Anyone with knowledge of fraud or corruption should report it by dialling, toll-free, 1-855-NO-2-FRAUD (1-855-662-3728). All reports can be made anonymously.

BP began paying compensation for legitimate claims for damages within weeks of the Deepwater Horizon accident.

### Public Report - data as of 30 April 2014

| Payments | Amount paid |
|---|---:|
| Total paid – Individual and business claims | $11,120,057,487 |
| Total paid – Government | $1,473,971,916 |
| Total paid – Other[1] | $331,174,233 |
| Total payments | $12,925,203,636 |
| [1]Includes payments for tourism, seafood marketing and testing, behavioral health and 2010 contributions | |

▸ Claims and government payments public report (pdf, 53KB)

### BP Claims Program for individuals and businesses

Effective 4 June 2012, the BP Claims Program will accept claims under the Oil Pollution Act of 1990 (OPA). The Program is open to claimants who wish to file a claim for economic and property damages related to the Deepwater Horizon incident of 20 April 2010, and fall into one of three categories:

- Individuals and businesses that are not class members, as defined in the MDL No. 2179 Economic and Property Damage Class Action Settlement Agreement.

- Individuals and businesses that are class members but have validly exercised their legal right to timely opt out of the class settlement.

- Individuals and businesses that are class members but wish to pursue claims that are Expressly Reserved to them pursuant to the agreement, to the extent such claims may fall within OPA.

Under OPA, claims may be filed with the BP Claims Program for interim, short-term damages representing less than the full amount to which the claimant may ultimately be entitled.

Any claims under OPA that are denied or not resolved within 90 days after the date of submission to the BP Claims Program may be presented to the US Coast Guard Stop 7100 (ca), 4200 Wilson Boulevard, Suite 1000, Arlington, Virginia 20598-7100 for consideration. The NPFC may be contacted at 1-800-280-7118.

### Economic and property damage settlement

BP and the Plaintiffs' Steering Committee entered into the Economic and Property Damage Class Action Settlement Agreement on 18 April 2012. On 21 December 2012, the US District Court for the Eastern District of Louisiana approved this settlement agreement. More information about the class definition and the Court-Supervised Settlement Program that will implement the settlement agreement is available at www.deepwaterhorizonsettlements.com

‣ Investigations and legal proceeding

### Attorney representation

If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise. An Attorney Consent Form allowing us to communicate directly with you is available in the related downloads found below.

### BP Claim Forms



Claim Form (pdf, 475.0KB)

Claim Form (Spanish) (pdf, 487.0KB)

Claim Form (Vietnamese) (pdf, 345.0KB)

40% Claim Form (pdf, 364.0KB)

40% Claim Form (Spanish) (pdf, 332.0KB)

40% Claim Form (Vietnamese) (pdf, 187.0KB)

The 40% claim form may be used by individuals and businesses that received a 60% payment in the Transition Process and are outside of the Settlement Class or have opted out of the Settlement Class, but still wish to submit a claim for the remaining 40% payment from the BP Claims Program in exchange for a signed full and final release for all claims related to the 20 April 2010 Deepwater Horizon incident and subsequent oil spill.

If you need information or a claim form in another language, please call 1-855-687-2631.

### BP Claims Program

Claim forms may be submitted as follows:

BP Claims Program
501 Westlake Park Blvd.
Houston, TX 77079

**By Email**: Scanned forms can be sent to bpclaimsprogram@bp.com

Claims forms must be signed by hand. Electronic signatures will not be accepted. The BP Claims Program can be reached by phone at 1-855-687-2631 (toll-free, multilingual).

Để biết thông tin bằng tiếng Việt vui lòng nhấp vào đây hoặc gọi số 1-855-687-2631 (số điện thoại miễn phí, đa ngôn ngữ) hoặc TTY: 1-800-3454039

Se puede comunicar con el Programa de Demandas de BP por teléfono al 1-855-687-2631 (línea gratuita, multilingüe).

## Further information and contact details

### Court Supervised Settlement Program

Economic & Property Damages: 1-866-992-6174
Medical: 1-877-545-5111
Economic TTY: 1-888-584-7624
Medical TTY: 1-800-877-8973

‣ Court-Supervised Settlement Program

‣ Economic and Property Damages Settlement

‣ Medical Claims Administration

## Related downloads



Attorney Consent Form (pdf, 85.0KB)

## BP Frequently Asked Questions

 FAQs (pdf, 190.0KB)

 FAQs (Spanish) (pdf, 142.0KB)

 FAQs (Vietnamese) (pdf, 299.0KB)

 Print this page     Share this page     RSS



### Press releases

‣ BP Introduces 'To Go' Convenience Store Makeover Kit Designed to Enhance Consumer Site Experience
15 May

‣ Glasgow 2014 spectators encouraged to support travel carbon project and boost city woodlands
15 May

‣ Ticketholders Encouraged to Limit Environmental Impact for the 2014 Fifa World Cup™ Final
01 May

### Useful tools

Share

Print

RSS

Sign up for BP News

### Downloads

‣ BP Annual Report and Form 20-F 2013
(pdf, 8368KB)

‣ First quarter 2014 results
(pdf, 458KB)

‣ BP Statistical Review of World Energy 2013
(pdf, 9851KB)

‣ BP Sustainability Review 2013
(pdf, 5727KB)

### Contact us

Do you have questions about our website, our products or any of our services?

Get in touch ›

Back to top

* Market data delayed by 20 minutes. Delivered by Investis. Disclaimer

Sitemap | Legal Notice | Privacy Statement   © 1996-2014 BP p.l.c.