**2.** Significant event – Gulf of Mexico oil spill – continued

reimbursement asset during the period to 31 December 2013. The net increase in the provision of $1,542 million for the full year relates principally to business economic loss claims processed by the DHCSSP subsequent to finalization of the *BP Annual Report and Form 20-F 2012* that have been paid as well as increases in the provision for claims administration costs. The amount of the reimbursement asset at 31 December 2013 is equal to the amount of provisions and payables recognized at that date that will be covered by the trust fund – see below.

|  | | | $ million |
|  | | | Cumulative since the |
|  | 2013 | 2012 | incident |
|---|---|---|---|
| At 1 January | **6,442** | 9,875 | – |
| Increase in provision for items covered by the trust fund | **1,921** | 1,985 | 20,511 |
| Derecognition of provision for items that cannot be reliably estimated | **(379)** | (794) | (1,173) |
| Amounts paid directly by the trust fund | **(3,085)** | (4,624) | (14,439) |
| At 31 December | **4,899** | 6,442 | 4,899 |
| Of which – current | **2,457** | 4,178 | 2,457 |
| – non-current | **2,442** | 2,264 | 2,442 |

Any increases in estimated future expenditure that will be covered by the trust fund (up to an aggregate of $20 billion) have no net income statement effect as a reimbursement asset is also recognized, as described above. As at 31 December 2013, the cumulative charges, and the associated reimbursement asset recognized, amounted to $19,338 million. Thus, a further $662 million could be charged in subsequent periods for items covered by the trust fund with no net impact on the income statement. Additional liabilities in excess of this amount regarding claims under the Oil Pollution Act of 1990 (OPA 90), claims that are currently administered by the DHCSSP, or otherwise, including the various claims described in Legal proceedings on page 257, would be expensed to the income statement. Information on those items that currently cannot be estimated reliably is provided under Provisions and contingent liabilities below.

Under the terms of the EPD Settlement Agreement with the PSC, several QSFs were established in 2012. These QSFs each relate to specific elements of the agreement, have been and will continue to be funded through payments from the Trust, and are available to make payments to claimants in accordance with those elements of the agreement.

As at 31 December 2013, the aggregate cash balances in the Trust and the QSFs amounted to $6.7 billion, including $1.2 billion remaining in the seafood compensation fund which has yet to be distributed and $0.9 billion held for natural resource damage early restoration. Should the cash balances in the trust fund not be sufficient, payments in respect of legitimate claims and other costs will be made directly by BP.

The EPD Settlement Agreement with the PSC provides for a court-supervised settlement programme which commenced operation on 4 June 2012. See Provisions below for further information on the current status of the EPD Settlement Agreement. In addition, a separate BP claims programme began processing claims from claimants not in the Economic and Property Damages class as determined by the EPD Settlement Agreement or who have requested to opt out of that settlement. Payments made to claimants through the BP claims programme are paid directly from the Trust. A separate claims administrator has been appointed to pay medical claims and to implement other aspects of the Medical Benefits Class Action Settlement. For further information on the PSC settlements, see Legal proceedings on page 257.

**Other payables**

BP reached an agreement with the US government in 2012, which was approved by the court in 2013, to resolve all federal criminal claims arising from the incident. Under the agreement, BP will pay $4 billion over a period of five years. At 31 December 2013, the remaining payable was $3,525 million, of which $565 million falls due in 2014.

BP also reached a settlement with the US Securities and Exchange Commission (SEC) in 2012, resolving the SEC's Gulf of Mexico oil spill-related civil claims. As part of the settlement, BP agreed to a civil penalty of $525 million. At 31 December 2013 the remaining payable, due in 2014, was $175 million plus accrued interest.

The amounts described above were reclassified from provisions to other payables upon court approval of the agreement with the US government and settlement with the SEC.

**Provisions and contingent liabilities**

Provisions

BP has recorded provisions relating to the Gulf of Mexico oil spill in relation to environmental expenditure, spill response costs, litigation and claims, and Clean Water Act penalties that can be measured reliably at this time.

Movements in each class of provision during the year and cumulatively since the incident are presented in the tables below.

|  | | | | | $ million |
|  | | | | | 2013 |
|  | Environmental | Spill response | Litigation and claims | Clean Water Act | Total |
|---|---|---|---|---|---|
| At 1 January | 1,862 | 345 | 9,483 | 3,510 | 15,200 |
| Increase (decrease) in provision – items not covered by the trust fund | (24) | (66) | 408 | – | 318 |
| – items covered by the trust fund | 24 | – | 1,897 | – | 1,921 |
| Derecognition of provision for items that cannot be reliably estimated[a] | – | – | (379) | – | (379) |
| Reclassification of amounts between categories of provision | 47 | (47) | – | – | – |
| Unwinding of discount | 1 | – | – | – | 1 |
| Change in discount rate | (5) | – | – | – | (5) |
| Reclassified to other payables – items covered by the trust fund | – | – | (84) | – | (84) |
| – items not covered by the trust fund | – | – | (3,849) | – | (3,849) |
| Utilization – paid by BP | (60) | (143) | (523) | – | (726) |
| – paid by the trust fund | (255) | – | (2,796) | – | (3,051) |
| At 31 December | 1,590 | 89 | 4,157 | 3,510 | 9,346 |
| Of which – current | 389 | 84 | 2,478 | – | 2,951 |
| – non-current | 1,201 | 5 | 1,679 | 3,510 | 6,395 |
| Of which – payable from the trust fund | 1,253 | – | 3,595 | – | 4,848 |

[a] Relates to items covered by the trust fund.

CONFIDENTIAL

BP-HZN-2179MDL07816992

## 2. Significant event – Gulf of Mexico oil spill – continued

| | | | | | $ million |
|---|---|---|---|---|---|
| | | | | Cumulative since the incident | |
| | Environmental | Spill response | Litigation and claims | Clean Water Act | Total |
| Increase in provision – items not covered by the trust fund | 544 | 11,456 | 8,529 | 3,510 | 24,039 |
| – items covered by the trust fund | 2,353 | 56 | 18,102 | – | 20,511 |
| Derecognition of provision for items that cannot be reliably estimated[b] | – | – | (1,173) | – | (1,173) |
| Reclassification of amounts between categories of provision | 47 | (47) | – | – | – |
| Unwinding of discount | 12 | – | 6 | – | 18 |
| Change in discount rate | 17 | – | – | – | 17 |
| Reclassified to other payables – items covered by the trust fund | – | – | (84) | – | (84) |
| – items not covered by the trust fund | – | – | (4,199) | – | (4,199) |
| Utilization – paid by BP | (237) | (11,367) | (3,773) | – | (15,377) |
| – paid by the trust fund | (1,146) | (9) | (13,251) | – | (14,406) |
| At 31 December 2013 | 1,590 | 89 | 4,157 | 3,510 | 9,346 |

[a] Relates to items covered by the trust fund.

*Environmental*
The environmental provision includes $320 million for BP's commitment to fund the Gulf of Mexico Research Initiative, which is a 10-year research programme to study the impact of the incident on the marine and shoreline environment of the Gulf of Mexico. In addition, BP faces claims under the Oil Pollution Act of 1990 (OPA 90) for natural resource damages. These damages include, among other things, the reasonable costs of assessing the injury to natural resources. During 2011, BP entered a framework agreement with natural resource trustees for the United States and five Gulf-coast states, providing for up to $1 billion to be spent on early restoration projects to address natural resource injuries resulting from the oil spill, to be funded from the $20-billion trust fund. In 2012, work began on the initial set of early restoration projects identified under this framework. At 31 December 2013 the amount provided for natural resource damage assessment costs and early restoration projects was $1,224 million. Until the size, location and duration of the impact is assessed, it is not possible to estimate reliably either the amounts or timing of the remaining natural resource damages claims other than the assessment and early restoration costs noted above, therefore no additional amounts have been provided for these items and they are disclosed as a contingent liability.

*Spill response*
The spill response provision relates primarily to ongoing shoreline operational activity.

*Litigation and claims*
The litigation and claims provision includes amounts that can be estimated reliably for the future cost of settling claims by individuals and businesses for damage to real or personal property, lost profits or impairment of earning capacity and loss of subsistence use of natural resources ('Individual and Business Claims'), and claims by state and local government entities for removal costs, damage to real or personal property, loss of government revenue and increased public services costs ('State and Local Claims'), under OPA 90 and other legislation, except as described under Contingent liabilities below. Claims administration costs and legal costs have also been provided for. The timing of payment of litigation and claims provisions classified as non-current is dependent on on-going legal activity and is therefore uncertain.

BP has provided for its best estimate of the cost associated with the PSC settlement agreements with the exception of the cost of business economic loss claims. As part of its monitoring of payments made by the DHCSSP, BP identified multiple business economic loss claim determinations that appeared to result from an interpretation of the EPD Settlement Agreement by the claims administrator that BP believes was incorrect.

Between March 2013 and March 2014, there were various rulings from both the federal District Court in New Orleans (the District Court) and a panel of the US Court of Appeals for the Fifth Circuit (the business economic loss panel) on matters relating to the interpretation of the EPD Settlement Agreement, in particular on the issue of matching revenue and expenses as well as causation requirements of the EPD Settlement Agreement.

As reported in *BP Annual Report and Form 20-F 2012*, the estimated cost of the PSC settlement for Individual and Business Claims was $7.7 billion at 31 December 2012. This estimate increased during the year to $9.6 billion to reflect all claims processed by the DHCSSP which eligibility notices had been issued and increases in claims administration costs. As a result of the District Court's preliminary injunction issued on 18 October 2013 that, amongst other things, required the claims administrator to temporarily suspend payments of business economic loss claims other than those claims supported by sufficiently matched accrual-basis accounting or any other business economic loss claim for which the claims administrator determines that the matching of revenue and expenses is not an issue, the provision for $0.4 billion of claims for which eligibility notices had been issued but had not yet been paid was derecognized as BP considered and continues to consider that no reliable estimate can be made for these claims. At 31 December 2013, the total costs of the PSC settlement that BP considers can be reliably estimated is therefore $9.2 billion.

On 5 December 2013, the District Court amended its earlier preliminary injunction and temporarily suspended the issuance of final determination notices and payments of business economic loss claims, until the business economic loss issues have been resolved. On 24 December 2013, the District Court ruled on the issues in relation to the matching of revenue and expenses and causation that were remanded to it by the business economic loss panel. Regarding matching, the District Court reversed its earlier decision and ruled that the claims administrator, in administering business economic loss claims, must match revenue with the variable expenses incurred by claimants in conducting their business, even where the revenues and expenses were recorded at different times. The District Court assigned to the claims administrator the development of more detailed matching requirements. On 12 February 2014, the claims administrator issued a draft policy addressing the matching of revenue and expenses for business economic loss claims. The parties have made written submissions on the draft policy and the claims administrator will issue a final policy to which BP and the PSC have the right to object and seek review by the District Court. Regarding causation, the District Court ruled that the EPD Settlement Agreement contained no causation requirement beyond the revenue and related tests set out in an exhibit to that agreement. BP appealed the District Court's ruling on causation to the business economic loss panel and moved for a permanent injunction that would prevent the claims administrator from making awards to claimants whose alleged injuries are not traceable to the spill. On 3 March 2014, the business economic loss panel affirmed the District Court's ruling on causation and denied BP's motion for a permanent injunction. BP is considering its appeal options, including a potential petition that all the active judges of the Fifth Circuit review the 3 March decision. Under the terms of the business economic loss panel's ruling, the injunction temporarily suspending issuance of final determination notices and payments of business economic loss claims will be lifted when the matter is transferred back to the District Court; the timing of this would be affected by the status of any such petition by BP.

CONFIDENTIAL

BP-HZN-2179MDL07816993

**2.** Significant event – Gulf of Mexico oil spill – continued

In addition to the proceedings in relation to the interpretation of the EPD Settlement Agreement, following the District Court's final order and judgment approving the EPD Settlement in January 2013, groups of purported members of the Economic and Property Damages Settlement Class (the Appellants) appealed from the District Court's approval of that settlement to a different panel of the Fifth Circuit. On 10 January 2014, that other panel of the Fifth Circuit affirmed the District Court's approval of the EPD Settlement but left to the business economic loss panel of the Fifth Circuit the question of how to interpret the EPD Settlement Agreement, including the meaning of the causation requirements of that agreement (see above). BP and several Appellants have filed petitions requesting that all the active judges of the Fifth Circuit review the decision to uphold approval of the EPD Settlement. See Legal proceedings on page 257 for full details on the settlements with the PSC and related matters.

Until the uncertainties described below are resolved, management is unable to estimate reliably the value and volume of future business economic loss claims and whether and to what extent received or processed but unpaid business economic loss claims will be paid. Firstly, the inherent uncertainty as to the interpretation of the EPD Settlement Agreement in respect of matching and causation issues will continue until the more detailed matching requirements are finalized by the claims administrator and are implemented by the DHCSSP; the issue of causation and the requirements for class membership under the EPD Settlement Agreement are resolved on appeal; and the impact of any new policies and procedures in response to these issues on the value and volume of business economic loss claims becomes clear. Furthermore, the Fifth Circuit has yet to decide whether to grant the petitions seeking review of its decision affirming approval of the EPD Settlement and, if granted, whether to alter its decision in that appeal. Secondly, uncertainty arises from the lack of sufficient claims data under the DHCSSP from which to extrapolate any reliable trends – the number of business economic loss claims received and the average amounts paid in respect of such claims prior to the District Court's injunction were higher than previously assumed by BP. This inability to extrapolate any reliable trends may or may not continue once the uncertainties concerning the interpretation of the EPD Settlement Agreement described above have been resolved. Thirdly, there is uncertainty as to the ultimate deadline for filing business economic loss claims, which is dependent on the date on which all relevant appeals are concluded. Management believes, therefore, that no reliable estimate can currently be made of any business economic loss claims not yet received, processed and paid by the DHCSSP. A provision for business economic loss claims will be established when a reliable estimate can be made of the liability.

The total cost of the PSC settlement is likely to be significantly higher than the amount recognized to date of $9.2 billion because the current estimate does not reflect business economic loss claims not yet received, processed and paid. The DHCSSP has issued eligibility notices, disputed by BP, in respect of business economic loss claims of $1,019 million which have not yet been paid. Furthermore, a significant number of business economic loss claims have been received but have not yet been processed, and further claims are likely to be received.

The provision recognized for litigation and claims includes an estimate for State and Local Claims. Although the provision recognized is BP's current reliable best estimate of the amount required to settle these obligations, significant uncertainty exists in relation to the outcome of any litigation proceedings and the amount of claims that will become payable by BP. See Legal proceedings on page 257 and Contingent liabilities below for further details.

*Clean Water Act penalties*

A charge for potential Clean Water Act Section 311 penalties was first included in BP's second-quarter 2010 interim financial statements. At the time that charge was taken, the latest estimate from the intra-agency Flow Rate Technical Group created by the National Incident Commander in charge of the spill response was between 35,000 and 60,000 barrels per day. The mid-point of that range, 47,500 barrels per day, was used for the purposes of calculating the charge. For the purposes of calculating the amount of the oil flow that was discharged into the Gulf of Mexico, the amount of oil that had been or was projected to be captured in vessels on the surface was subtracted from the total estimated flow up until when the well was capped on 15 July 2010. The result of this calculation was an estimate that approximately 3.2 million barrels of oil had been discharged into the Gulf. This estimate of 3.2 million barrels was calculated using a total flow of 47,500 barrels per day multiplied by the 85 days from 22 April 2010 to 15 July 2010 less an estimate of the amount captured on the surface (approximately 850,000 barrels).

This estimated discharge volume was then multiplied by $1,100 per barrel – the maximum amount the statute allows in the absence of gross negligence or wilful misconduct – for the purposes of estimating a potential penalty. This resulted in a provision of $3,510 million for potential penalties under Section 311.

BP intends to argue for a penalty lower than $1,100 per barrel. The actual penalty a court may impose could be lower than $1,100 per barrel if it were determined that such a lower penalty was appropriate based on the factors a court is directed to consider in assessing a penalty. In particular, in determining the amount of a civil penalty, Section 311 directs a court to consider a number of enumerated factors, including "the seriousness of the violation or violations, the economic benefit to the violator, if any, resulting from the violation, the degree of culpability involved, any other penalty for the same incident, any history of prior violations, the nature, extent, and degree of success of any efforts of the violator to minimize or mitigate the effects of the discharge, the economic impact of the penalty on the violator, and any other matters as justice may require". Civil penalties above $1,100 per barrel up to a statutory maximum of $4,300 per barrel of oil discharged would only be imposed if alleged gross negligence or wilful misconduct were proven. The $1,100 per-barrel rate has been utilized for the purposes of calculating the provision after considering and weighing all possible outcomes and in light of: (i) the company's conclusion that it did not act with gross negligence or engage in wilful misconduct; and (ii) the uncertainty as to whether a court would assess a penalty below the $1,100 statutory maximum.

On 2 August 2010, the United States Department of Energy and the Flow Rate Technical Group had issued an estimate that 4.9 million barrels of oil had flowed from the Macondo well, and 4.05 million barrels had been discharged into the Gulf (the difference being the amount of oil captured by vessels on the surface as part of BP's well containment efforts).

It was and remains BP's view, based on the analysis of available data by its experts, that the 2 August 2010 Government estimate is not reliable. BP believes that the 2 August 2010 discharge estimate is overstated by at least 20%. If the flow rate were 20% lower than the 2 August 2010 estimate, then the amount of oil that flowed from the Macondo well would be approximately 3.9 million barrels and the amount discharged into the Gulf would be approximately 3.1 million barrels (using a current estimate of barrels captured by vessels on the surface of 810,000 in line with the stipulation entered with the US government – see Legal proceedings), which is not materially different from the amount we used for our original estimate at the end of the second quarter 2010.

For the purposes of calculating a provision for fines and penalties under Section 311 of the Clean Water Act, BP has continued to use an estimate of 3.2 million barrels of oil discharged to the Gulf of Mexico and a penalty of $1,100 per barrel, as its current best estimate, as defined in paragraphs 36-40 of IAS 37 'Provisions, Contingent Liabilities and Contingent Assets', of the amounts which may be used in calculating the penalty under Section 311 of the Clean Water Act and as a result, the provision at the end of the year was $3,510 million.

The amount and timing of the amount to be paid ultimately is subject to significant uncertainty since it will depend on what is determined by the court in the federal multi-district litigation proceedings in New Orleans (MDL 2179) as to negligence, gross negligence or wilful misconduct, the volume of oil spilled and the application of statutory penalty factors. The trial court could issue its decision on the first two phases of the trial (which considered the issues of negligence or gross negligence in phase one, and source control efforts and the volume of oil spilled in phase two) at any time and has not yet scheduled a hearing on the subsequent phase regarding the application of statutory penalty factors. The court has wide discretion in its determination as to whether a defendant's conduct involved negligence or gross negligence as well as in its determinations on the volume of oil spilled and the application of statutory penalty factors.

CONFIDENTIAL

BP-HZN-2179MDL07816994

**2. Significant event – Gulf of Mexico oil spill – continued**

See Legal proceedings on page 257 for further details on all litigation and claims activity.

Provision movements

The total amount recognized as an increase in provisions during the year was $2,239 million, including $1,921 million for items covered by the trust fund and $318 million for other items (2012 $6,868 million, including $1,985 million for items covered by the trust fund and $4,883 million for other items). In addition, $379 million (2012 $794 million) was derecognized relating to items that will be covered by the trust fund but which can no longer be reliably estimated. After deducting amounts utilized during the year totalling $3,777 million, including payments from the trust fund of $3,051 million and payments made directly by BP of $726 million (2012 $5,864 million, including payments from the trust fund of $4,624 million and payments made directly by BP of $1,240 million), and after reclassifications and adjustments for discounting, the remaining provision as at 31 December 2013 was $9,346 million (2012 $15,200 million).

The total amounts that will ultimately be paid by BP in relation to all obligations relating to the incident are subject to significant uncertainty and the ultimate exposure and cost to BP will be dependent on many factors. Furthermore, significant uncertainty exists in relation to the amount of claims that will become payable by BP, the amount of fines that will ultimately be levied on BP (including any determination of BP's culpability based on any findings of negligence, gross negligence or wilful misconduct), the outcome of litigation and arbitration proceedings, and any costs arising from any longer-term environmental consequences of the oil spill, which will also impact upon the ultimate cost for BP. The amount and timing of any amounts payable could also be impacted by any further settlements which may or may not occur. Although the provision recognized is the current best reliable estimate of expenditures required to settle certain present obligations at the end of the reporting period, there are future expenditures for which it is not possible to measure the obligation reliably.

Contingent liabilities

BP has provided for its best estimate of amounts expected to be paid from the trust fund that can be measured reliably. This includes certain amounts expected to be paid pursuant to the Oil Pollution Act of 1990 (OPA 90). It is not possible, at this time, to measure reliably other obligations arising from the incident that are under the terms of the trust fund, namely any obligation in relation to natural resource damages claims or associated legal costs (except for the estimated costs of the assessment phase and costs relating to early restoration agreements under the $1-billion framework agreement referred to above), claims asserted in civil litigation including any further litigation through excluded parties from the PSC settlement including as set out in Legal proceedings, the cost of business economic loss claims under the PSC settlement not yet received, processed and paid by the DHCSSP, any further obligation that may arise from state and local government submissions under OPA 90 and any obligation in relation to other potential private or governmental litigation, nor is it practicable to estimate their magnitude or possible timing of payment. Therefore, no amounts have been provided for these obligations as at 31 December 2013.

Natural resource damages resulting from the oil spill are currently being assessed. BP and the federal and state trustees are collecting extensive data in order to assess the extent of damage to wildlife, shoreline, near shore and deepwater habitats, and recreational uses, among other things. The study data will inform an assessment of injury to the Gulf Coast natural resources and the development of a restoration plan to address the identified injuries.

Detailed analysis and interpretation continue on the data that have been collected. Any early restoration projects undertaken pursuant to the $1-billion framework agreement could mitigate the total damages resulting from the incident. Accordingly, until the size, location and duration of the impact is assessed, it is not possible to estimate reliably either the amounts or timing of the remaining natural resource damages claims, therefore no such amounts have been provided as at 31 December 2013.

As described under Provisions above, BP has identified multiple business economic loss claim determinations under the PSC settlement that appeared to result from an interpretation of the EPD Settlement Agreement by the claims administrator that BP believes was incorrect. Uncertainty as to the interpretation of the EPD Settlement Agreement will continue until the effects of the implementation of new policies and procedures are known, the issue of causation and the requirements for class membership under the EPD Settlement Agreement are resolved on appeal and the courts have ruled on the appeals in relation to the final order and judgment approving the EPD Settlement. Therefore the potential cost of business economic loss claims not yet received, processed and paid is not provided for and is disclosed as a contingent liability. A significant number of business economic loss claims have been received but have not yet been processed and paid, and further claims are likely to be received.

As described above in Provisions, a provision has been made for State and Local claims that can be measured reliably. In January 2013, the States of Alabama, Mississippi and Florida submitted or asserted claims to BP under OPA 90 for alleged losses including economic losses and property damage as a result of the Gulf of Mexico oil spill. BP is evaluating these claims. The States of Louisiana and Texas have also asserted similar claims. The amounts claimed, certain of which include punitive damages or other multipliers, are very substantial. However BP considers these claims unsubstantiated and the methodologies used to calculate these claims to be seriously flawed, not supported by OPA 90, not supported by documentation, and to substantially overstate the claims. Similar claims have also been submitted by various local government entities and a foreign government under OPA 90, and more claims are expected to be submitted. The amounts alleged in the submissions for these State and Local Claims total approximately $35 billion. BP will defend vigorously against these claims if adjudicated at trial.

Proceedings relating to securities class actions (MDL 2185) pending in federal court in Texas, including a purported class action on behalf of purchasers of American Depository Shares under US federal securities law, are continuing. A jury trial is scheduled to begin in October 2014. No reliable estimate can be made of the amounts that may be payable in relation to these proceedings, if any, so no provision has been recognized at 31 December 2013.

In addition to the State and Local claims and securities class actions described above, BP is named as a defendant in approximately 2,950 other civil lawsuits brought by individuals, corporations and government entities in US federal and state courts, as well as certain foreign jurisdictions, resulting from the Deepwater Horizon accident, the Gulf of Mexico oil spill, and the spill response efforts. Further actions are likely to be brought. Among other claims, these lawsuits assert claims for personal injury or wrongful death in connection with the accident and the spill response, commercial and economic injury, damage to real and personal property, breach of contract and violations of statutes, including, but not limited, to alleged violations of US securities and environmental statutes. Until further fact and expert disclosures occur, court rulings clarify the issues in dispute, liability and damage trial activity nears or progresses, or other actions such as further possible settlements occur, it is not possible given these uncertainties to arrive at a range of outcomes or a reliable estimate of the liabilities that may accrue to BP in connection with or as a result of these lawsuits. Therefore no amounts have been provided for these items as at 31 December 2013. See Legal proceedings on page 257 for further information.

For those items not covered by the trust fund it is not possible to measure reliably any obligation in relation to other litigation or potential fines and penalties except, subject to certain assumptions detailed above, for those relating to the Clean Water Act. There are a number of federal and state environmental and other provisions of law, other than the Clean Water Act, under which one or more governmental agencies could seek civil fines and penalties from BP. For example, a complaint filed by the United States sought to reserve the ability to seek penalties and other relief under a number of other laws. Given the unsubstantiated nature of certain claims that may be asserted, it is not possible at this time to determine whether and to what extent any such claims would be successful or what penalties or fines would be assessed. Therefore no amounts have been provided for these items.

CONFIDENTIAL

BP-HZN-2179MDL07816995

Financial statements

## 2. Significant event – Gulf of Mexico oil spill – continued

Under the settlement agreements with Anadarko and MOEX, and with Cameron International, the designer and manufacturer of the Deepwater Horizon blowout preventer, with M-I L.L.C. (M-I), the mud contractor, and with Weatherford, the designer and manufacturer of the float collar used on the Macondo well, BP has agreed to indemnify Anadarko, MOEX, Cameron, M-I and Weatherford for certain claims arising from the accident. It is therefore possible that BP may face claims under these indemnities, but it is not currently possible to reliably measure any obligation in relation to such claims and therefore no amount has been provided as at 31 December 2013.

The magnitude and timing of all possible obligations in relation to the Gulf of Mexico oil spill continue to be subject to a very high degree of uncertainty as described further in Risk factors on page 51. Any such possible obligations are therefore contingent liabilities and, at present, it is not practicable to estimate their magnitude or possible timing of payment. Furthermore, other material unanticipated obligations may arise in future in relation to the incident.

### Impact upon the group income statement
The amount of the provision recognized during the year can be reconciled to the charge to the income statement as follows:

| | | | | $ million |
| | | | | Cumulative since |
| | **2013** | 2012 | 2011 | the incident |
|---|---|---|---|---|
| Net increase in provision | **2,239** | 6,868 | 5,183 | 44,551 |
| Derecognition of provision for items that cannot be reliably estimated | **(379)** | (794) | – | (1,173) |
| Change in discount rate relating to provisions | **(5)** | – | 17 | 17 |
| Costs charged directly to the income statement | **136** | 257 | 512 | 4,244 |
| Trust fund liability – discounted | **–** | – | – | 19,580 |
| Change in discounting relating to trust fund liability | **–** | – | 43 | 283 |
| Recognition of reimbursement asset, net | **(1,542)** | (1,191) | (4,038) | (19,338) |
| Settlements credited to the income statement | **(19)** | (145) | (5,517) | (5,681) |
| (Profit) loss before interest and taxation | **430** | 4,995 | (3,800) | 42,483 |
| Finance costs | **39** | 19 | 58 | 193 |
| (Profit) loss before taxation | **469** | 5,014 | (3,742) | 42,676 |

The group income statement for 2013 includes a pre-tax charge of $469 million (2012 pre-tax charge of $5,014 million) in relation to the Gulf of Mexico oil spill. The costs charged in 2013 relate primarily to the ongoing costs of operating the Gulf Coast Restoration Organization (GCRO) and increases in legal costs. Finance costs of $39 million (2012 $19 million) reflect the unwinding of the discount on payables and provisions. The cumulative amount charged to the income statement to date comprises spill response costs arising in the aftermath of the incident, GCRO operating costs, amounts charged upon initial recognition of the trust obligation, litigation, claims, environmental and legal costs not paid through the Trust, estimated obligations for future costs that can be estimated reliably at this time and rights and obligations relating to the trust fund, net of settlements agreed with the co-owners of the Macondo well and other third parties.

The total amount recognized in the income statement is analysed in the table below.

| | | | | $ million |
| | | | | Cumulative since |
| | **2013** | 2012 | 2011 | the incident |
|---|---|---|---|---|
| Trust fund liability – discounted | **–** | – | – | 19,580 |
| Change in discounting relating to trust fund liability | **–** | – | 43 | 283 |
| Recognition of reimbursement asset | **(1,542)** | (1,191) | (4,038) | (19,338) |
| Other | **–** | – | – | 8 |
| Total (credit) charge relating to the trust fund | **(1,542)** | (1,191) | (3,995) | 533 |
| Environmental – amount provided | **47** | 801 | 1,167 | 2,944 |
| – change in discount rate relating to provisions | **(5)** | – | 17 | 17 |
| – costs charged directly to the income statement | **–** | – | – | 70 |
| Total (credit) charge relating to environmental | **42** | 801 | 1,184 | 3,031 |
| Spill response – amount provided | **(113)** | 109 | 586 | 11,465 |
| – costs charged directly to the income statement | **–** | 9 | 85 | 2,839 |
| Total (credit) charge relating to spill response | **(113)** | 118 | 671 | 14,304 |
| Litigation and claims – amount provided, net of provision derecognized | **1,926** | 5,164 | 3,430 | 25,459 |
| – costs charged directly to the income statement | **–** | – | – | 184 |
| Total charge relating to litigation and claims | **1,926** | 5,164 | 3,430 | 25,643 |
| Clean Water Act penalties – amount provided | **–** | – | – | 3,510 |
| Other costs charged directly to the income statement | **136** | 248 | 427 | 1,143 |
| Settlements credited to the income statement | **(19)** | (145) | (5,517) | (5,681) |
| (Profit) loss before interest and taxation | **430** | 4,995 | (3,800) | 42,483 |
| Finance costs | **39** | 19 | 58 | 193 |
| (Profit) loss before taxation | **469** | 5,014 | (3,742) | 42,676 |

The total amounts that will ultimately be paid by BP in relation to all obligations relating to the incident are subject to significant uncertainty as described under Provisions and contingent liabilities above.

CONFIDENTIAL

BP-HZN-2179MDL07816996

### 3. Business combinations

BP undertook a number of minor business combinations in 2013 and 2012 for a total consideration of $67 million and $116 million in cash respectively.

In 2011, BP undertook a number of business combinations with total consideration paid in cash amounting to $11.3 billion, offset by cash acquired of $0.4 billion. The fair value of contingent consideration payable amounted to $0.1 billion. BP acquired from Reliance Industries Limited (Reliance) a 30% interest in 21 oil and gas production-sharing agreements (PSAs) operated by Reliance in India for $7,026 million. In addition, we completed the final part of the transaction with Devon Energy (Devon) for the acquisition of Devon's equity stake in a number of assets in Brazil for consideration of $3.6 billion and BP's Alternative Energy business acquired Companhia Nacional de Açúcar e Álcool (CNAA) in Brazil for consideration of $0.7 billion. There were a number of other individually insignificant business combinations.

### 4. Non-current assets held for sale

There were no assets or associated liabilities classified as held for sale as at 31 December 2013. The disposal of the assets and associated liabilities classified as held for sale at 31 December 2012 completed during 2013.

Impairment losses amounting to $186 million (2012 $2,594 million) were recognized relating to certain assets that were classified as held for sale at 31 December 2012, of which $137 million related to the Carson refinery and associated assets. See Note 5 for further information.

Non-current assets classified as held for sale are not depreciated. It is estimated that the benefit arising from the absence of depreciation for the assets held for sale at 31 December 2012 until their disposal in 2013 amounted to approximately $201 million (2012 $435 million). In addition, profits of approximately $738 million (2012 $731 million) were not recognized as a result of the discontinuance of equity accounting for our interest in TNK-BP.

**Non-current assets held for sale at 31 December 2012**
At 31 December 2012 assets classified as held for sale included property, plant and equipment of $3,663 million, investments in associates of $12,322 million and inventories of $2,377 million.

Within the Upstream segment, BP's interests in the BP-operated Maclure, Harding and Devenick fields and non-operated interests in the Brae complex of fields and the Braemar field in the central North Sea were classified as held for sale. In the Downstream segment, the Texas City refinery and related assets, and the southern part of the US West Coast fuels value chain, including the Carson refinery, were classified as held for sale at 31 December 2012. BP's investment in TNK-BP was classified as an asset held for sale at 31 December 2012. All of the assets classified as held for sale at 31 December 2012 were sold during 2013. See Notes 5 and 6 for further information.

### 5. Disposals and impairment

The following amounts were recognized in the income statement in respect of disposals and impairments.

| | | | $ million |
| --- | --- | --- | --- |
| | **2013** | 2012 | 2011 |
| Gains on sale of businesses and fixed assets | | | |
| Upstream | **371** | 6,504 | 3,477 |
| Downstream | **214** | 152 | 319 |
| TNK-BP | **12,500** | – | – |
| Other businesses and corporate | **30** | 41 | 336 |
| | **13,115** | 6,697 | 4,132 |

| | | | $ million |
| --- | --- | --- | --- |
| | **2013** | 2012 | 2011 |
| Losses on sale of businesses and fixed assets | | | |
| Upstream | **144** | 109 | 49 |
| Downstream | **78** | 195 | 52 |
| Other businesses and corporate | **8** | 6 | 3 |
| | **230** | 310 | 104 |
| Impairment losses | | | |
| Upstream | **1,255** | 3,046 | 1,443 |
| Downstream | **484** | 2,892 | 599 |
| Other businesses and corporate | **218** | 320 | 58 |
| | **1,957** | 6,258 | 2,100 |
| Impairment reversals | | | |
| Upstream | **(226)** | (289) | (146) |
| Downstream | **–** | (1) | – |
| Other businesses and corporate | **–** | (3) | – |
| | **(226)** | (293) | (146) |
| Impairment and losses on sale of businesses and fixed assets | **1,961** | 6,275 | 2,058 |

CONFIDENTIAL                    BP-HZN-2179MDL07816997

**5.** Disposals and impairment – continued

Disposals

As part of the response to the consequences of the Gulf of Mexico oil spill in 2010, the group announced plans to deliver up to $38 billion of disposal proceeds by the end of 2013. This target was reached during 2012; as at 31 December 2012, BP had announced disposals of $38 billion, and in addition, the sale of our 50% investment in TNK-BP. During 2013 the group announced that it expects to divest a further $10 billion of assets before the end of 2015.

| | | | $ million |
|---|---|---|---|
| | 2013 | 2012 | 2011 |
| Proceeds from disposals of fixed assets | 18,115 | 9,992 | 3,504 |
| Proceeds from disposals of businesses, net of cash disposed | 3,884 | 1,606 | (663) |
| | 21,999 | 11,598 | 2,841 |
| By segment | | | |
| Upstream | 1,288 | 10,667 | 1,080 |
| Downstream | 3,991 | 637 | 830 |
| TNK-BP | 16,646 | – | – |
| Other businesses and corporate | 74 | 294 | 931 |
| | 21,999 | 11,598 | 2,841 |

Proceeds from disposals for 2012 included a deposit of $632 million received in respect of the disposal in 2013 of interests in a number of central North Sea oil and gas fields. Disposal proceeds for 2011 included the repayment of a deposit of $3,530 million received in 2010 in advance of the expected sale of our interest in Pan American Energy LLC, which did not complete.

At 31 December 2013, deferred consideration relating to disposals amounted to $23 million receivable within one year (2012 $24 million and 2011 $117 million) and $1,374 million receivable after one year (2012 $1,433 million and 2011 $1,524 million). In addition, contingent consideration relating to the disposals of the Devenick field and the Texas City refinery amounted to $953 million at 31 December 2013 – see Notes 20 and 26 for further information.

Upstream

In 2013, the major disposal transaction in the segment was the sale of our interests in the BP-operated Maclure, Harding and Devenick fields and non-operated interests in the Brae complex of fields and the Braemar field in the central North Sea to TAQA. In addition, we sold our interests in the Yacheng field in China to Kuwait Foreign Petroleum Exploration Company, as well as other interests in the North Sea and the US.

In 2012, the major disposal transactions were the sale of our interests in the Marlin, Horn Mountain, Holstein, Ram Powell and Diana Hoover fields in the Gulf of Mexico to Plains Exploration and Production Company, the sale of our interests in the Hugoton and Jayhawk gas production and processing assets in Kansas, and our interest in the Jonah and Pinedale upstream operations in Wyoming, to LINN Energy, LLC, and the sale of our interests in our Canadian natural gas liquids (NGL) business to Plains Midstream Canada ULC. In addition, we sold a number of interests in the North Sea, including the disposal of our Southern Gas Assets to Perenco UK Ltd.

In 2011, the major disposal transactions were the sale of our interests in Colombia to Ecopetrol and Talisman, the sale of our upstream and midstream assets in Vietnam and our investments in equity-accounted entities in Venezuela to TNK-BP, and the sale of our assets in Pakistan to United Energy Group. In addition, we completed the disposal of half of the 3.29% interest in the Azeri-Chirag-Gunashli development in Azerbaijan to SOCAR and a number of interests in the Gulf of Mexico to Marubeni Group.

Downstream

In 2013, gains resulted from the disposal of our global LPG business and closing adjustments on the sales of the Texas City and Carson refineries with their associated marketing and logistics assets. Losses principally resulted from the disposal of a number of assets, principally in our global fuels portfolio.

In 2012, gains on disposal resulted from the disposal of our interests in purified terephthalic acid production in Malaysia to Reliance Global Holdings Pte. Ltd., retail churn in the US and a number of other assets in the segment. Losses resulted from the ongoing costs associated with our US refinery divestments and the disposal of a number of assets in the segment portfolio.

In 2011, gains on disposal resulted from our disposal of the fuels marketing business in Namibia, Malawi, Zambia and Tanzania to Puma Energy, certain non-strategic pipelines and terminals in the US and other assets in the segment. Losses resulted from the disposal of a number of assets in the segment portfolio.

TNK-BP

In 2013, BP disposed of its 50% interest in TNK-BP. See Note 6 for further information.

Other businesses and corporate

In 2011, we disposed of our aluminium business in the US which resulted in a gain.

CONFIDENTIAL

BP-HZN-2179MDL07816998

**5.** Disposals and impairment – continued

Summarized financial information relating to the sale of businesses is shown in the table below. The principal transactions categorized as business disposals in 2013 were the sales of the Texas City and Carson refineries with their associated marketing and logistics assets. Information relating to sales of fixed assets is excluded from the table.

|  | 2013 | 2012 | 2011 |
|---|---|---|---|
| | | | $ million |
| Non-current assets | 2,124 | 610 | 2,085 |
| Current assets | 2,371 | 570 | 1,008 |
| Non-current liabilities | (94) | (263) | (212) |
| Current liabilities | (62) | (232) | (611) |
| Total carrying amount of net assets disposed | 4,339 | 685 | 2,270 |
| Recycling of foreign exchange on disposal | 23 | (15) | 8 |
| Costs on disposal[a] | 13 | 39 | 17 |
| | 4,375 | 709 | 2,295 |
| Profit on sale of businesses[b] | 69 | 675 | 2,232 |
| Total consideration | 4,444 | 1,384 | 4,527 |
| Consideration received (receivable)[c] | (414) | 76 | 116 |
| Proceeds from the sale of businesses related to completed transactions | 4,030 | 1,460 | 4,643 |
| Deposits received (repaid) related to assets classified as held for sale[d] | – | 146 | (3,530) |
| Disposals completed in relation to which deposits had been received in prior year | (146) | – | (1,776) |
| Proceeds from the sale of businesses[e] | 3,884 | 1,606 | (663) |

[a] 2013 includes pension and other post-retirement benefit plan curtailment gains of $109 million.
[b] In 2011 a $278-million gain was not recognized in the income statement as it represented an unrealized gain on the sale of business assets in Vietnam to our former associate TNK-BP.
[c] Consideration received from prior year business disposals or to be received from current year disposals. 2013 includes contingent consideration of $475 million relating to the disposal of the Texas City refinery.
[d] 2011 relates to the repayment of a deposit received in advance of $3,530 million following the termination of the sale agreement in respect of the expected sale of our interest in Pan American Energy LLC.
[e] Substantially all of the consideration received was in the form of cash and cash equivalents. Proceeds are stated net of cash and cash equivalents disposed of $42 million (2012 $4 million and 2011 $14 million).

### Impairment

#### Upstream

During 2013, the Upstream segment recognized impairment losses of $1,255 million. The main elements were impairment losses of $251 million and $159 million relating to the Browse project in Australia and the Mad Dog Phase 2 project in the Gulf of Mexico respectively, resulting from the selection of alternative development scenarios for both projects; write-downs of a number of assets in the North Sea, caused by increases in expected decommissioning costs, amounting to $253 million in aggregate; a $134-million write-down of pipelines in the North Sea due to cost increases; a $122-million write-down to fair value less costs to sell based on expected proceeds resulting from a decision to divest our interest in the Polvo field in Brazil; and other impairment losses amounting to $335 million in total that were not individually significant. These impairment losses were partly offset by reversals of impairment of certain of our interests in Alaska, the Gulf of Mexico, and the North Sea amounting to $226 million in total, triggered by reductions in expected decommissioning costs, partly as a result of an increase in the discount rate for provisions.

During 2012, the Upstream segment recognized impairment losses of $3,046 million. The main elements were a $1,082-million write-down of our interests in the Fayetteville and Woodford shale gas assets in the US, due to reserves revisions, lower values being attributed to recent market transactions and a fall in the gas price; a $999-million impairment loss relating to the decision to suspend the Liberty project in Alaska; a $706-million aggregate write-down of a number of assets, primarily in the Gulf of Mexico and North Sea, caused by increases in the decommissioning provision resulting from continued review of the expected decommissioning costs; a $144-million write-down of certain gas storage assets in Europe due to changes to the European gas market; and other impairment losses amounting to $116 million in total that were not individually significant. These impairment losses were partly offset by reversals of impairment of certain of our interests in the Gulf of Mexico amounting to $222 million, triggered by a decision to divest assets; and other reversals of impairment amounting to $67 million in total that were not individually significant.

During 2011, the Upstream segment recognized impairment losses of $1,443 million. The main elements were a $555-million impairment loss relating to a number of our interests in the Gulf of Mexico, caused by an increase in the decommissioning provision as a result of further assessments of the regulations relating to idle infrastructure and a decrease in our assumption of the discount rate for provisions; the $393-million write-down of our interest in the Fayetteville shale gas asset in the US, triggered by a decrease in value by reference to a sale transaction by a partner of its interest in the same asset; and the $153-million write-down of our interest in the proposed Denali gas pipeline in Alaska, resulting from a decision not to proceed with the project. There were several other impairment losses amounting to $342 million in total that were not individually significant. These impairment losses were partly offset by reversals of impairment of certain of our interests in the Gulf of Mexico and Egypt amounting to $146 million in total, triggered by an increase in our assumption of long-term oil prices.

#### Downstream

During 2013, the Downstream segment recognized impairment losses of $484 million which mainly relates to impairments of certain refineries in the US and elsewhere in our global fuels portfolio.

During 2012, the Downstream segment recognized impairment losses of $2,892 million largely related to assets held for sale for which sales prices had been agreed, see Note 4 for further information. This impairment loss included $1,552 million relating to the Texas City refinery and associated assets and $1,042 million relating to the Carson refinery and associated assets.

During 2011, the Downstream segment recognized impairment losses of $599 million, of which $398 million related to assets classified as held for sale. Other impairment losses, related to retail churn in Europe and other minor asset disposals, amounted to $201 million in total.

#### Other businesses and corporate

Impairment losses totalling $218 million, $320 million and $58 million were recognized in 2013, 2012 and 2011 respectively related to various assets in the Alternative Energy business. The amount for 2013 is principally in respect of our US wind business. The amount for 2012 includes $258 million in respect of the decision not to proceed with an investment in a biofuels production facility under development in the US.

CONFIDENTIAL

BP-HZN-2179MDL07816999

Financial statements

## 6. Disposal of TNK-BP and investment in Rosneft

### Disposal of TNK-BP

BP announced on 22 November 2012 that it, Rosneft and Rosneftegaz – the Russian state-owned parent company of Rosneft – had signed definitive and binding sale and purchase agreements (SPAs) for the sale of BP's 50% interest in TNK-BP to Rosneft, and for BP's further investment in Rosneft. The transaction would consist of three tranches:

- BP to sell its 50% shareholding in TNK-BP to Rosneft for cash consideration of $25.4 billion (which included a dividend of $0.7 billion received from TNK-BP in December 2012) and Rosneft shares representing a 3.04% stake in Rosneft.
- BP would use $4.8 billion of the cash consideration to acquire a further 5.66% stake in Rosneft from the Russian government at a price of $8 per share (representing a premium of 12% to the Rosneft share price on the bid date of 18 October 2012).
- BP would use $8.3 billion of the cash consideration to acquire a further 9.8% stake in Rosneft from a Rosneft subsidiary at a price of $8 per share.

The net result of the overall transaction was that BP would receive $12.3 billion in cash (including $0.7 billion of TNK-BP dividends received by BP in December 2012) and acquire an 18.5% shareholding in Rosneft. Combined with BP's existing 1.25% shareholding, this would result in BP owning 19.75% of Rosneft.

On completion, the transactions between BP, Rosneft and the Rosneft subsidiary were instead settled on a net basis, so that BP received the 9.80% stake in Rosneft directly rather than receiving and immediately paying $8.3 billion in cash; however, the net result was the same.

BP accounts for its investment in Rosneft as an associate, and so equity accounts for its share of Rosneft's earnings, production and reserves. See Note 18 for more information on BP's investment in Rosneft.

The gain on disposal of BP's investment in TNK-BP, recognized in the TNK-BP segment in 2013, was $12.5 billion as shown in the table below.

|  | $ million |
|---|---|
| Agreed cash disposal proceeds | 25,425 |
| Amount settled net in Rosneft shares (9.80% stake) | (8,309) |
| TNK-BP dividend received by BP in December 2012 | (709) |
| Interest on cash proceeds | 239 |
| Disposal proceeds received in cash | 16,646 |
| Shares in Rosneft received (9.80% and 3.04% stake) | 10,755 |
| Consideration received | 27,401 |
| Less: carrying value of investment in TNK-BP | (12,393) |
|  | 15,008 |
| Deferral of gain | (2,959) |
| Gain on existing 1.25% investment in Rosneft | 523 |
| Other | (72) |
| Gain on disposal of investment in TNK-BP | 12,500 |

Disposal proceeds of $4.9 billion were used to purchase the 5.66% stake in Rosneft from Rosneftegaz ($4.8 billion described above plus $0.1 billion of interest). The net cash inflow relating to the transaction included in net cash flow from investing activities in the cash flow statement was $11.8 billion.

Part of the gain arising on the disposal, amounting to $3.0 billion, was deferred due to BP selling its investment in TNK-BP to Rosneft, which in turn is now accounted for by BP as an associate. The deferred gain will be released to BP's income statement over time as the TNK-BP assets are depreciated or amortized.

### Investment in Rosneft

BP's investment in Rosneft is included in the group balance sheet within investments in associates, as described in Note 1. The investment is measured at cost less the deferred gain described above, plus post-acquisition changes in BP's share of Rosneft's net assets. The amount recognized as BP's initial investment in Rosneft was determined as shown in the table below.

|  | $ million |
|---|---|
| Shares in Rosneft received | 10,755 |
| Shares purchased from Rosneftegaz | 4,871 |
| Value of agreements to purchase Rosneft shares accounted for as derivatives (see Note 26) | (726) |
| Deferred gain | (2,959) |
| Amount included in capital expenditure | 11,941 |
| Value of existing 1.25% investment in Rosneft | 1,006 |
| Investment in Rosneft on completion | 12,947 |

The exercise to determine BP's share of the fair value of Rosneft's identifiable net assets and the consequent impact recognized via equity accounting in BP's income statement has been completed and the results are reflected in these financial statements.

CONFIDENTIAL

BP-HZN-2179MDL07817000

## 7. Segmental analysis

The group's organizational structure reflects the various activities in which BP is engaged. At 31 December 2013, BP had three reportable segments: Upstream, Downstream and Rosneft.

Upstream's activities include oil and natural gas exploration, field development and production; midstream transportation, storage and processing; and the marketing and trading of natural gas, including liquefied natural gas (LNG), together with power and natural gas liquids (NGLs).

Downstream's activities include the refining, manufacturing, marketing, transportation, and supply and trading of crude oil, petroleum, petrochemicals products and related services to wholesale and retail customers.

During 2013, BP completed transactions for the sale of BP's interest in TNK-BP to Rosneft, and for BP's further investment in Rosneft. BP's interest in Rosneft is accounted for using the equity method and is reported as a separate operating segment, reflecting the way in which the investment is managed.

Other businesses and corporate comprises the Alternative Energy business, the group's shipping and treasury functions, and corporate activities worldwide. The Alternative Energy business is an operating segment which is reported within Other businesses and corporate as it does not meet the materiality thresholds for separate segment reporting.

The Gulf Coast Restoration Organization (GCRO), which manages all aspects of our response to the 2010 Gulf of Mexico incident, reports directly to the group chief executive and is overseen by a board committee, however it is not an operating segment.

The accounting policies of the operating segments are the same as the group's accounting policies described in Note 1. However, IFRS requires that the measure of profit or loss disclosed for each operating segment is the measure that is provided regularly to the chief operating decision maker for the purposes of performance assessment and resource allocation. For BP, this measure of profit or loss is replacement cost profit or loss before interest and tax which reflects the replacement cost of supplies by excluding from profit or loss inventory holding gains and losses[a]. Replacement cost profit or loss for the group is not a recognized measure under IFRS.

Sales between segments are made at prices that approximate market prices, taking into account the volumes involved. Segment revenues and segment results include transactions between business segments. These transactions and any unrealized profits and losses are eliminated on consolidation, unless unrealized losses provide evidence of an impairment of the asset transferred. Sales to external customers by region are based on the location of the seller. The UK region includes the UK-based international activities of Downstream.

All surpluses and deficits recognized on the group balance sheet in respect of pension and other post-retirement benefit plans are allocated to Other businesses and corporate. However, the periodic expense relating to these plans is allocated to the other operating segments based upon the business in which the employees work.

Certain financial information is provided separately for the US as this is an individually material country for BP, and for the UK as this is BP's country of domicile.

[a] Inventory holding gains and losses represent the difference between the cost of sales calculated using the average cost to BP of supplies acquired during the period and the cost of sales calculated on the first-in first-out (FIFO) method after adjusting for any changes in provisions where the net realizable value of the inventory is lower than its cost. Under the FIFO method, which we use for IFRS reporting, the cost of inventory charged to the income statement is based on its historic cost of purchase, or manufacture, rather than its replacement cost. In volatile energy markets, this can have a significant distorting effect on reported income. The amounts disclosed represent the difference between the charge (to the income statement) for inventory on a FIFO basis (after adjusting for any related movements in net realizable value provisions) and the charge that would have arisen if an average cost of supplies was used for the period. For this purpose, the average cost of supplies during the period is principally calculated on a monthly basis by dividing the total cost of inventory acquired in the period by the number of barrels acquired. The amounts disclosed are not separately reflected in the financial statements as a gain or loss. No adjustment is made in respect of the cost of inventories held as part of a trading position and certain other temporary inventory positions.

CONFIDENTIAL

BP-HZN-2179MDL07817001

**7.** Segmental analysis – continued

| | | | | | | | | $ million |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2013 |
| By segment | Upstream | Downstream | Rosneft | TNK-BP | Other businesses and corporate | Gulf of Mexico oil spill response | Consolidation adjustment and eliminations | Total group |
| Segment revenues | | | | | | | | |
| Sales and other operating revenues | 70,374 | 351,195 | – | – | 1,805 | – | (44,238) | 379,136 |
| Less: sales and other operating revenues between segments | (42,327) | (1,045) | – | – | (866) | – | 44,238 | – |
| Third party sales and other operating revenues | 28,047 | 350,150 | – | – | 939 | – | – | 379,136 |
| Equity-accounted earnings | 1,027 | 195 | 2,058 | – | (91) | – | – | 3,189 |
| Interest income | 76 | 93 | – | – | 113 | – | – | 282 |
| Segment results | | | | | | | | |
| Replacement cost profit (loss) before interest and taxation | 16,657 | 2,919 | 2,153 | 12,500 | (2,319) | (430) | 579 | 32,059 |
| Inventory holding gains (losses)[a] | 4 | (194) | (100) | – | – | – | – | (290) |
| Profit (loss) before interest and taxation | 16,661 | 2,725 | 2,053 | 12,500 | (2,319) | (430) | 579 | 31,769 |
| Finance costs | | | | | | | | (1,068) |
| Net finance expense relating to pensions and other post-retirement benefits | | | | | | | | (480) |
| Profit before taxation | | | | | | | | 30,221 |
| Other income statement items | | | | | | | | |
| Depreciation, depletion and amortization | | | | | | | | |
| US | 3,538 | 747 | – | – | 181 | – | – | 4,466 |
| Non-US | 7,514 | 1,343 | – | – | 187 | – | – | 9,044 |
| Impairment losses | 1,255 | 484 | – | – | 218 | – | – | 1,957 |
| Impairment reversals | (226) | – | – | – | – | – | – | (226) |
| Fair value (gain) loss on embedded derivatives | (459) | – | – | – | – | – | – | (459) |
| Charges for provisions, net of write-back of unused provisions, including change in discount rate | 161 | 270 | – | – | 295 | 1,855 | – | 2,581 |
| Segment assets | | | | | | | | |
| Equity-accounted investments | 7,780 | 3,302 | 13,681 | – | 1,072 | – | – | 25,835 |
| Additions to non-current assets | 19,499 | 4,449 | 11,941 | – | 1,027 | – | – | 36,916 |
| Additions to other investments | | | | | | | | 41 |
| Element of acquisitions not related to non-current assets | | | | | | | | 39 |
| Additions to decommissioning asset | | | | | | | | (384) |
| Capital expenditure and acquisitions | 19,115 | 4,506 | 11,941 | – | 1,050 | – | – | 36,612 |

[a] See explanation of inventory holding gains and losses on page 149.

CONFIDENTIAL

BP-HZN-2179MDL07817002

**7.** Segmental analysis – continued

|  |  |  |  |  |  |  | $ million |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 2012 |
| By segment | Upstream | Downstream | TNK-BP | Other businesses and corporate | Gulf of Mexico oil spill response | Consolidation adjustment and eliminations | Total group |
| **Segment revenues** |  |  |  |  |  |  |  |
| Sales and other operating revenues | 72,225 | 346,391 | – | 1,985 | – | (44,836) | 375,765 |
| Less: sales and other operating revenues between |  |  |  |  |  |  |  |
| segments | (42,572) | (1,365) | – | (899) | – | 44,836 | – |
| Third party sales and other operating revenues | 29,653 | 345,026 | – | 1,086 | – | – | 375,765 |
| Equity-accounted earnings | 915 | 101 | 2,986 | (67) | – | – | 3,935 |
| Interest income | 107 | 108 | – | 104 | – | – | 319 |
| **Segment results** |  |  |  |  |  |  |  |
| Replacement cost profit (loss) before interest and taxation | 22,491 | 2,864 | 3,373 | (2,794) | (4,995) | (576) | 20,363 |
| Inventory holding gains (losses)[a] | (104) | (487) | (3) | – | – | – | (594) |
| Profit (loss) before interest and taxation | 22,387 | 2,377 | 3,370 | (2,794) | (4,995) | (576) | 19,769 |
| Finance costs |  |  |  |  |  |  | (1,072) |
| Net finance expense relating to pensions and other post-retirement benefits |  |  |  |  |  |  | (566) |
| Profit before taxation |  |  |  |  |  |  | 18,131 |
| **Other income statement items** |  |  |  |  |  |  |  |
| Depreciation, depletion and amortization |  |  |  |  |  |  |  |
| US | 3,437 | 586 | – | 213 | – | – | 4,236 |
| Non-US | 6,918 | 1,343 | – | 190 | – | – | 8,451 |
| Impairment losses | 3,046 | 2,892 | – | 320 | – | – | 6,258 |
| Impairment reversals | (289) | (1) | – | (3) | – | – | (293) |
| Fair value (gain) loss on embedded derivatives | (347) | – | – | – | – | – | (347) |
| Charges for provisions, net of write-back of unused provisions, including change in discount rate | 897 | 141 | – | 505 | 6,074 | – | 7,617 |
| **Segment assets** |  |  |  |  |  |  |  |
| Equity-accounted investments | 7,329 | 3,212 | – | 1,071 | – | – | 11,612 |
| Additions to non-current assets | 22,603 | 5,246 | – | 1,419 | – | – | 29,268 |
| Additions to other investments |  |  |  |  |  |  | 33 |
| Element of acquisitions not related to non-current assets |  |  |  |  |  |  | (72) |
| Additions to decommissioning asset |  |  |  |  |  |  | (4,025) |
| Capital expenditure and acquisitions | 18,520 | 5,249 | – | 1,435 | – | – | 25,204 |

[a] See explanation of inventory holding gains and losses on page 149.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817003

**7.** Segmental analysis – continued

| | | | | | | | $ million |
|---|---|---|---|---|---|---|---|
| | | | | | | | 2011 |
| By segment | Upstream | Downstream | TNK-BP | Other businesses and corporate | Gulf of Mexico oil spill response | Consolidation adjustment and eliminations | Total group |
| **Segment revenues** | | | | | | | |
| Sales and other operating revenues | 75,754 | 344,033 | – | 2,957 | – | (47,031) | 375,713 |
| Less: sales and other operating revenues between segments | (44,766) | (1,396) | – | (869) | – | 47,031 | – |
| Third party sales and other operating revenues | 30,988 | 342,637 | – | 2,088 | – | – | 375,713 |
| Equity-accounted earnings | 1,150 | 381 | 4,185 | (33) | – | – | 5,683 |
| Interest income | (10) | 108 | – | 146 | – | – | 244 |
| **Segment results** | | | | | | | |
| Replacement cost profit (loss) before interest and taxation | 26,358 | 5,470 | 4,134 | (2,468) | 3,800 | (113) | 37,181 |
| Inventory holding gains (losses)[a] | 81 | 2,487 | 51 | 15 | – | – | 2,634 |
| Profit (loss) before interest and taxation | 26,439 | 7,957 | 4,185 | (2,453) | 3,800 | (113) | 39,815 |
| Finance costs | | | | | | | (1,187) |
| Net finance expense relating to pensions and other post-retirement benefits | | | | | | | (400) |
| Profit before taxation | | | | | | | 38,228 |
| **Other income statement items** | | | | | | | |
| Depreciation, depletion and amortization | | | | | | | |
| US | 3,201 | 860 | – | 151 | – | – | 4,212 |
| Non-US | 5,540 | 1,431 | – | 174 | – | – | 7,145 |
| Impairment losses | 1,443 | 599 | – | 58 | – | – | 2,100 |
| Impairment reversals | (146) | – | – | – | – | – | (146) |
| Fair value (gain) loss on embedded derivatives | (191) | – | – | 123 | – | – | (68) |
| Charges for provisions, net of write-back of unused provisions, including change in discount rate | 213 | 373 | – | 942 | 5,200 | – | 6,728 |
| **Segment assets** | | | | | | | |
| Equity-accounted investments | 7,301 | 3,256 | 10,013 | 1,024 | – | – | 21,594 |
| Additions to non-current assets | 34,813 | 4,281 | – | 1,864 | – | – | 40,958 |
| Additions to other investments | | | | | | | 27 |
| Element of acquisitions not related to non-current assets | | | | | | | (1,089) |
| Additions to decommissioning asset | | | | | | | (7,937) |
| Capital expenditure and acquisitions | 25,821 | 4,285 | – | 1,853 | – | – | 31,959 |

a See explanation of inventory holding gains and losses on page 149.

CONFIDENTIAL

BP-HZN-2179MDL07817004

**7.** Segmental analysis – continued

| | | | $ million |
|---|---|---|---|
| | | | 2013 |
| By geographical area | US | Non-US | Total |
| **Revenues** | | | |
| Third party sales and other operating revenues[a] | 128,764 | 250,372 | 379,136 |
| **Other income statement items** | | | |
| Production and similar taxes | 1,112 | 5,935 | 7,047 |
| **Results** | | | |
| Replacement cost profit before interest and taxation | 3,114 | 28,945 | 32,059 |
| **Non-current assets** | | | |
| Other non-current assets[b c] | 70,228 | 124,439 | 194,667 |
| Other investments | | | 1,565 |
| Loans | | | 763 |
| Trade and other receivables | | | 5,985 |
| Derivative financial instruments | | | 3,509 |
| Deferred tax assets | | | 985 |
| Defined benefit pension plan surpluses | | | 1,376 |
| Total non-current assets | | | 208,850 |
| Capital expenditure and acquisitions | 9,176 | 27,436 | 36,612 |

[a] Non-US region includes UK $82,381 million.
[b] Non-US region includes UK $18,967 million.
[c] Excluding financial instruments, deferred tax assets and defined benefit pension plan surpluses

| | | | $ million |
|---|---|---|---|
| | | | 2012 |
| By geographical area | US | Non-US | Total |
| **Revenues** | | | |
| Third party sales and other operating revenues[a] | 130,940 | 244,825 | 375,765 |
| **Other income statement items** | | | |
| Production and similar taxes | 1,472 | 6,686 | 8,158 |
| **Results** | | | |
| Replacement cost profit before interest and taxation | 180 | 20,183 | 20,363 |
| **Non-current assets** | | | |
| Other non-current assets[b c] | 66,751 | 107,844 | 174,595 |
| Other investments | | | 2,704 |
| Loans | | | 642 |
| Trade and other receivables | | | 5,961 |
| Derivative financial instruments | | | 4,294 |
| Deferred tax assets | | | 874 |
| Defined benefit pension plan surpluses | | | 12 |
| Total non-current assets | | | 189,082 |
| Capital expenditure and acquisitions | 10,541 | 14,663 | 25,204 |

[a] Non-US region includes UK $75,364 million.
[b] Non-US region includes UK $17,545 million.
[c] Excluding financial instruments, deferred tax assets and defined benefit pension plan surpluses.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817005

**7.** Segmental analysis – continued

| | | | $ million |
|---|---|---|---|
| | | | 2011 |
| By geographical area | US | Non-US | Total |
| Revenues | | | |
| Third party sales and other operating revenues[a] | 131,488 | 244,225 | 375,713 |
| Other income statement items | | | |
| Production and similar taxes | 1,854 | 6,426 | 8,280 |
| Results | | | |
| Replacement cost profit before interest and taxation | 10,202 | 26,979 | 37,181 |
| Non-current assets | | | |
| Other non-current assets[b][c] | 66,523 | 113,323 | 179,846 |
| Other investments | | | 2,635 |
| Loans | | | 824 |
| Trade and other receivables | | | 5,738 |
| Derivative financial instruments | | | 5,038 |
| Deferred tax assets | | | 611 |
| Defined benefit pension plan surpluses | | | 17 |
| Total non-current assets | | | 194,709 |
| Capital expenditure and acquisitions | 8,931 | 23,028 | 31,959 |

[a] Non-US region includes UK $75,816 million.
[b] Non-US region includes UK $18,363 million.
[c] Excluding financial instruments, deferred tax assets and defined benefit pension plan surpluses

**8.** Income statement analysis

| | | | $ million |
|---|---|---|---|
| | 2013 | 2012 | 2011 |
| Interest and other income | | | |
| Interest income | 282 | 319 | 244 |
| Other income[a] | 495 | 1,358 | 444 |
| | 777 | 1,677 | 688 |
| Currency exchange losses (gains) charged (credited) to the income statement[b] | 180 | 106 | (69) |
| Expenditure on research and development | 707 | 674 | 636 |
| Finance costs | | | |
| Interest payable | 1,082 | 1,234 | 1,151 |
| Capitalized at 2% (2012 2.25% and 2011 2.63%)[c] | (238) | (390) | (349) |
| Unwinding of discount on provisions[d] | 147 | 140 | 244 |
| Unwinding of discount on other payables[d] | 77 | 88 | 141 |
| | 1,068 | 1,072 | 1,187 |

[a] 2012 includes $709 million of dividends received from TNK-BP. See Note 6 for further information.
[b] Excludes exchange gains and losses arising on financial instruments measured at fair value through profit or loss.
[c] Tax relief on capitalized interest is approximately $62 million (2012 $93 million and 2011 $107 million)
[d] Unwinding of discount on provisions relating to the Gulf of Mexico oil spill was $1 million (2012 $7 million and 2011 $6 million) and unwinding of discount on other payables relating to the Gulf of Mexico oil spill was $38 million (2012 $12 million and 2011 $52 million). See Note 2 for further information on the financial impacts of the Gulf of Mexico oil spill.

**9.** Operating leases

In the case of an operating lease entered into by BP as the operator of a joint operation, the amounts shown in the tables below represent the net operating lease expense and net future minimum lease payments. These net amounts are after deducting amounts reimbursed, or to be reimbursed, by joint operators, whether the joint operators have co-signed the lease or not. Where BP is not the operator of a joint operation, BP's share of the lease expense and future minimum lease payments is included in the amounts shown, whether BP has co-signed the lease or not.

The table below shows the expense for the year in respect of operating leases.

| | | | $ million |
|---|---|---|---|
| | 2013 | 2012 | 2011 |
| Minimum lease payments | 5,961 | 5,257 | 4,868 |
| Contingent rentals | (50) | (79) | (97) |
| Sub-lease rentals | (88) | (228) | (153) |
| | 5,823 | 4,950 | 4,618 |

CONFIDENTIAL

BP-HZN-2179MDL07817006

## 9. Operating leases – continued

The future minimum lease payments at 31 December 2013, before deducting related rental income from operating sub-leases of $223 million (2012 $271 million), are shown in the table below. This does not include future contingent rentals. Where the lease rentals are dependent on a variable factor, the future minimum lease payments are based on the factor as at inception of the lease.

| | $ million | |
|---|---|---|
| Future minimum lease payments | **2013** | 2012 |
| Payable within | | |
| 1 year | **5,188** | 4,533 |
| 2 to 5 years | **10,408** | 9,735 |
| Thereafter | **3,590** | 4,195 |
| | **19,186** | 18,463 |

The group enters into operating leases of ships, plant and machinery, commercial vehicles and land and buildings. Typical durations of the leases are as follows:

| | Years |
|---|---|
| Ships | up to 15 |
| Plant and machinery | up to 10 |
| Commercial vehicles | up to 15 |
| Land and buildings | up to 40 |

The group has entered into a number of structured operating leases for ships and in most cases the lease rental payments vary with market interest rates. The variable portion of the lease payments above or below the amount based on the market interest rate prevailing at inception of the lease is treated as contingent rental expense. The group also routinely enters into bareboat charters, time-charters and voyage-charters for ships on standard industry terms.

The most significant items of plant and machinery hired under operating leases are drilling rigs used in the Upstream segment. At 31 December 2013, the future minimum lease payments relating to drilling rigs amounted to $8,776 million (2012 $8,527 million).

Commercial vehicles hired under operating leases are primarily railcars. Retail service station sites and office accommodation are the main items in the land and buildings category.

The terms and conditions of these operating leases do not impose any significant financial restrictions on the group. Some of the leases of ships and buildings allow for renewals at BP's option, and some of the group's operating leases contain escalation clauses.

## 10. Exploration for and evaluation of oil and natural gas resources

The following financial information represents the amounts included within the group totals relating to activity associated with the exploration for and evaluation of oil and natural gas resources. All such activity is recorded within the Upstream segment.

| | | $ million | |
|---|---|---|---|
| | **2013** | 2012 | 2011 |
| Exploration and evaluation costs | | | |
| Exploration expenditure written off[a] | **2,710** | 745 | 1,024 |
| Other exploration costs | **731** | 730 | 496 |
| Exploration expense for the year | **3,441** | 1,475 | 1,520 |
| Impairment losses | **253** | – | 7 |
| Impairment reversals | **–** | (42) | – |
| Intangible assets – exploration and appraisal expenditure | **20,865** | 23,434 | 20,433 |
| Liabilities | **212** | 287 | 306 |
| Net assets | **20,653** | 23,147 | 20,127 |
| Capital expenditure | **4,464** | 5,176 | 8,926 |
| Net cash used in operating activities | **731** | 730 | 496 |
| Net cash used in investing activities | **4,275** | 5,010 | 8,571 |

[a] 2013 included an $845-million write-off relating to the value ascribed to block BM-CAL-13 offshore Brazil as a result of the Pitanga exploration well not encountering commercial quantities of oil or gas and a $257-million write-off of costs relating to the Risha concession in Jordan as our exploration activities did not establish the technical basis for a development project in the concession. For further information see Upstream – Exploration on page 28.

The carrying amount, by location, of exploration and appraisal expenditure capitalized as intangible assets at 31 December 2013 is shown in the table below.

| Carrying amount | Location |
|---|---|
| $1-2 billion | Angola; US – North America gas |
| $2-3 billion | Canada; Egypt; India |
| $3-4 billion | Brazil |
| $4-5 billion | US – Gulf of Mexico |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817007

## 11. Taxation
### Tax on profit

| | 2013 | 2012 | 2011 |
|---|---|---|---|
| | | | $ million |
| Current tax | | | |
| Charge for the year | **5,724** | 6,664 | 7,500 |
| Adjustment in respect of prior years | **61** | 252 | 111 |
| | **5,785** | 6,916 | 7,611 |
| Deferred tax | | | |
| Origination and reversal of temporary differences in the current year | **529** | 67 | 5,523 |
| Adjustment in respect of prior years | **149** | (103) | (515) |
| | **678** | (36) | 5,008 |
| Tax charge on profit | **6,463** | 6,880 | 12,619 |

In 2013, the total tax charge recognized within other comprehensive income was $1,374 million (2012 $270 million credit and 2011 $1,490 million credit), and the total tax credit recognized directly in equity was $33 million (2012 $6 million credit and 2011 $7 million credit). See Note 32 for further information.

### Reconciliation of the effective tax rate
The following table provides a reconciliation of the UK statutory corporation tax rate to the effective tax rate of the group on profit before taxation. With effect from 1 April 2013 the UK statutory corporation tax rate reduced from 24% to 23% on profits arising from activities outside the North Sea.

| | 2013 | 2012 | 2011 |
|---|---|---|---|
| | | | $ million |
| Profit before taxation | **30,221** | 18,131 | 38,228 |
| Tax charge on profit | **6,463** | 6,880 | 12,619 |
| Effective tax rate | **21%** | 38% | 33% |

| | 2013 | 2012 | 2011 |
|---|---|---|---|
| | | | % of profit before taxation |
| UK statutory corporation tax rate | **23** | 24 | 26 |
| Increase (decrease) resulting from | | | |
| UK supplementary and overseas taxes at higher or lower rates[a] | **4** | 12 | 14 |
| Tax reported in equity-accounted entities | **(2)** | (5) | (3) |
| Adjustments in respect of prior years | **1** | 1 | (1) |
| Movement in deferred tax not recognized | **2** | 2 | – |
| Tax incentives for investment | **(2)** | (2) | (1) |
| Gulf of Mexico oil spill non-deductible costs | **–** | 8 | – |
| Permanent differences relating to disposals[b] | **(8)** | – | (2) |
| Foreign exchange | **2** | (1) | 1 |
| Other | **1** | (1) | (1) |
| Effective tax rate | **21** | 38 | 33 |

[a] Jurisdictions which contribute significantly to this item are Angola, with an applicable statutory tax rate of 50%, the UK, currently with an applicable statutory tax rate of 62% for North Sea activities, and Trinidad and Tobago, with an applicable statutory tax rate of 55%.

[b] For 2013, this relates to the non-taxable gain on disposal of our investment in TNK-BP; for 2011, this mainly relates to the sale of our Upstream interests in Columbia.

CONFIDENTIAL

BP-HZN-2179MDL07817008

## 11. Taxation – continued
### Deferred tax

| | | | | | $ million |
|---|---|---|---|---|---|
| | Income statement | | | Balance sheet | |
| | **2013** | 2012 | 2011 | **2013** | 2012 |
| Deferred tax liability | | | | | |
| Depreciation | **(474)** | (75) | 4,774 | **31,551** | 32,065 |
| Pension plan surpluses | **(691)** | – | – | **284** | – |
| Other taxable temporary differences | **(199)** | (2,239) | 141 | **3,653** | 3,671 |
| | **(1,364)** | (2,314) | 4,915 | **35,488** | 35,736 |
| Deferred tax asset | | | | | |
| Pension plan and other post-retirement benefit plan deficits | **787** | (33) | 224 | **(2,026)** | (3,421) |
| Decommissioning, environmental and other provisions | **1,385** | 1,872 | (1,443) | **(11,301)** | (12,705) |
| Derivative financial instruments | **30** | (7) | 24 | **(579)** | (281) |
| Tax credits | **(174)** | 1,802 | (401) | **(888)** | (714) |
| Loss carry forward | **(343)** | (911) | (223) | **(2,585)** | (2,214) |
| Other deductible temporary differences | **357** | (445) | 1,912 | **(1,655)** | (2,032) |
| | **2,042** | 2,278 | 93 | **(19,034)** | (21,367) |
| Net deferred tax charge (credit) and net deferred tax liability | **678** | (36) | 5,008 | **16,454** | 14,369 |
| Of which – deferred tax liabilities | | | | **17,439** | 15,243 |
|  – deferred tax assets | | | | **985** | 874 |

| | | $ million |
|---|---|---|
| Analysis of movements during the year in the net deferred tax liability | **2013** | 2012 |
| At 1 January | **14,369** | 14,609 |
| Exchange adjustments | **43** | (27) |
| Charge (credit) for the year on profit | **678** | (36) |
| Charge (credit) for the year in other comprehensive income | **1,397** | (272) |
| Charge (credit) for the year in equity | **(33)** | 4 |
| Acquisitions | **–** | 11 |
| Reclassified as assets/liabilities held for sale | **–** | 48 |
| Deletions | **–** | 32 |
| At 31 December | **16,454** | 14,369 |

A summary of temporary differences, unused tax credits and unused tax losses for which deferred tax has not been recognized is shown in the table below.

| | | $ billion |
|---|---|---|
| At 31 December | **2013** | 2012 |
| Unused tax losses[a] | **1.8** | 0.9 |
| Unused tax credits | **18.0** | 18.3 |
| of which – arising in the UK[b] | **16.3** | 16.0 |
|  – arising in the US[c] | **1.7** | 2.3 |
| Other deductible temporary differences[d] | **11.2** | 7.0 |
| Other taxable temporary differences associated with investments in subsidiaries and equity-accounted entities | **0.5** | 0.5 |

[a] Substantially all the tax losses have no fixed expiry date.
[b] The UK tax credits arise predominantly in overseas branches of UK entities based in jurisdictions with high tax rates. No deferred tax asset has been recognized on these tax credits as they are unlikely to have value in the future; UK taxes on these overseas branches are largely mitigated by double tax relief on the overseas tax. These tax credits have no fixed expiry date.
[c] The US tax credits expire 10 years after generation and will all expire in the period 2015-2021.
[d] Other deductible temporary differences of $0.7 billion are expected to expire in the period 2014-2020, the remainder do not have an expiry date.

| | | | $ billion |
|---|---|---|---|
| Benefit of previously unrecognized deferred tax on current year tax charge | **2013** | 2012 | 2011 |
| Current tax benefit relating to the utilization of previously unrecognized tax losses | **–** | – | 0.1 |
| Current tax benefit relating to the utilization of previously unrecognized tax credits | **0.2** | 0.4 | 0.1 |
| Deferred tax benefit relating to the recognition of previously unrecognized tax credits | **0.2** | 0.1 | – |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817009

## 12. Dividends

The quarterly dividend expected to be paid on 28 March 2014 in respect of the fourth quarter 2013 is 9.5 cents per ordinary share ($0.57 per American Depositary Share (ADS)). The corresponding amount in sterling will be announced on 17 March 2014. A scrip dividend alternative is available, allowing shareholders to elect to receive their dividend in the form of new ordinary shares and ADS holders in the form of new ADSs.

| | Pence per share | | | Cents per share | | | $ million | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2013** | 2012 | 2011 | **2013** | 2012 | 2011 | **2013** | 2012 | 2011 |
| Dividends announced and paid in cash | | | | | | | | | |
| Preference shares | | | | | | | **2** | 2 | 2 |
| Ordinary shares | | | | | | | | | |
| March | **6.0013** | 5.0958 | 4.3372 | **9.0** | 8.0 | 7.0 | **1,621** | 1,211 | 808 |
| June | **5.8342** | 5.1498 | 4.2809 | **9.0** | 8.0 | 7.0 | **1,399** | 1,448 | 794 |
| September | **5.7630** | 5.0171 | 4.3160 | **9.0** | 8.0 | 7.0 | **1,245** | 1,417 | 1,224 |
| December | **5.8008** | 5.5890 | 4.4694 | **9.5** | 9.0 | 7.0 | **1,174** | 1,216 | 1,244 |
| | **23.3993** | 20.8517 | 17.4035 | **36.5** | 33.0 | 28.0 | **5,441** | 5,294 | 4,072 |
| Dividend announced, payable in March 2014 | | | | **9.5** | | | **1,733** | | |

The details of the scrip dividends issued are shown in the table below.

| | **2013** | 2012 | 2011 |
|---|---|---|---|
| Number of shares issued (thousand) | **202,124** | 138,406 | 165,601 |
| Value of shares issued ($ million) | **1,470** | 982 | 1,219 |

The financial statements for the year ended 31 December 2013 do not reflect the dividend announced on 4 February 2014 and expected to be paid in March 2014; this will be treated as an appropriation of profit in the year ended 31 December 2014.

## 13. Earnings per ordinary share

| | Cents per share | | |
|---|---|---|---|
| | **2013** | 2012 | 2011 |
| Basic earnings per share | **123.87** | 57.89 | 133.35 |
| Diluted earnings per share | **123.12** | 57.50 | 131.74 |

Basic earnings per ordinary share amounts are calculated by dividing the profit for the year attributable to ordinary shareholders by the weighted average number of ordinary shares outstanding during the year. The average number of shares outstanding excludes treasury shares and the shares held by the Employee Share Ownership Plan trusts (ESOPs) and includes certain shares that will be issuable in the future under employee share-based payment plans.

For the diluted earnings per share calculation, the weighted average number of shares outstanding during the year is adjusted for the dilutive effect of shares that are potentially issuable in connection with employee share-based payment plans using the treasury stock method.

| | $ million | | |
|---|---|---|---|
| | **2013** | 2012 | 2011 |
| Profit attributable to BP shareholders | **23,451** | 11,017 | 25,212 |
| Less: dividend requirements on preference shares | **2** | 2 | 2 |
| Profit for the year attributable to BP ordinary shareholders | **23,449** | 11,015 | 25,210 |

| | Shares thousand | | |
|---|---|---|---|
| | **2013** | 2012 | 2011 |
| Basic weighted average number of ordinary shares | **18,931,021** | 19,027,929 | 18,904,812 |
| Potential dilutive effect of ordinary shares issuable under employee share-based payment plans | **115,152** | 129,959 | 231,388 |
| | **19,046,173** | 19,157,888 | 19,136,200 |

The number of ordinary shares outstanding at 31 December 2013, excluding treasury shares and the shares held by the ESOPs, and including certain shares that will be issuable in the future under employee share-based payment plans was 18,611,489,958. Between 31 December 2013 and 18 February 2014, the latest practicable date before the completion of these financial statements, there was a net decrease of 171,061,543 in the number of ordinary shares outstanding as a result of share issues in relation to employee share-based payment plans. During the same period, the group repurchased 195 million of its own ordinary shares as part of the share repurchase programme announced on 22 March 2013.

**Employee share-based payment plans**
The group operates share and share option plans for directors and certain employees to obtain ordinary shares and ADSs in the company. Information on these plans for directors is shown in the Directors remuneration report on page 81.

CONFIDENTIAL

BP-HZN-2179MDL07817010

**13.** Earnings per ordinary share – continued

The following table shows the number of shares potentially issuable under employee share option plans, including the number of options outstanding, the number of options exercisable at the end of each year, and the corresponding weighted average exercise prices. The dilutive effect of the employee share option plans at 31 December included in the diluted earnings per share is also shown.

| Share options | 2013 | | 2012 | |
| | Number of options[a][b] thousand | Weighted average exercise price $ | Number of options[a][b] thousand | Weighted average exercise price $ |
|---|---|---|---|---|
| Outstanding | 286,725 | 7.71 | 324,096 | 7.62 |
| Exercisable | 127,290 | 10.01 | 159,419 | 9.33 |
| Dilutive effect | 23,169 | n/a | 16,435 | n/a |

[a] Numbers of options shown are ordinary share equivalents (one ADS is equivalent to six ordinary shares).
[b] At 31 December 2013, the quoted market price of one BP ordinary share was $8.10 (2012 $6.94).

In addition, the group operates a number of equity-settled employee share plans under which share units are granted to the group's senior leaders and certain other employees. These plans typically have a three-year performance or restricted period during which the units accrue net notional dividends which are treated as having been reinvested. Leaving employment will normally preclude the conversion of units into shares, but special arrangements apply for participants that leave for qualifying reasons. The number of shares that are expected to vest each year under employee share plans are shown in the table below. The dilutive effect of the employee share plans at 31 December included in the diluted earnings per share is also shown.

| Shares | 2013 | 2012 |
| Vesting | Number of shares[a] thousand | Number of shares[a] thousand |
|---|---|---|
| Within one year | 35,442 | 29,138 |
| 1 to 2 years | 120,056 | 67,593 |
| 2 to 3 years | 115,387 | 120,621 |
| 3 to 4 years | 14,231 | 25,066 |
| 4 to 5 years | 123 | 233 |
| | 285,239 | 242,651 |
| Dilutive effect | 95,014 | 95,683 |

[a] Numbers of shares shown are ordinary share equivalents (one ADS is equivalent to six ordinary shares).

There has been a net decrease of 32,378,757 in the number of potential ordinary shares in relation to employee share-based payment plans between 31 December 2013 and 18 February 2014.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817011

## 14. Property, plant and equipment

$ million

| | Land and land improvements | Buildings | Oil and gas properties | Plant, machinery and office equipment | Fixtures, fittings and office equipment | Transportation | Oil depots, storage tanks and service stations | Total |
|---|---|---|---|---|---|---|---|---|
| **Cost** | | | | | | | | |
| At 1 January 2013 | 3,279 | 2,812 | 171,772 | 45,200 | 3,346 | 13,436 | 9,059 | 248,904 |
| Exchange adjustments | (4) | (26) | – | (235) | 5 | (55) | (36) | (351) |
| Additions | 120 | 286 | 14,272 | 4,386 | 299 | 51 | 625 | 20,039 |
| Acquisitions | – | – | – | 8 | – | – | – | 8 |
| Transfers | – | – | 4,365 | – | – | – | – | 4,365 |
| Deletions | (20) | (45) | (2,718) | (447) | (474) | (118) | (257) | (4,079) |
| At 31 December 2013 | 3,375 | 3,027 | 187,691 | 48,912 | 3,176 | 13,314 | 9,391 | 268,886 |
| **Depreciation** | | | | | | | | |
| At 1 January 2013 | 514 | 1,023 | 87,965 | 18,628 | 2,119 | 8,409 | 4,915 | 123,573 |
| Exchange adjustments | (6) | (1) | – | (61) | 7 | (28) | (7) | (96) |
| Charge for the year | 37 | 129 | 10,334 | 1,616 | 278 | 347 | 502 | 13,243 |
| Impairment losses | 10 | 20 | 611 | 525 | – | 160 | 35 | 1,361 |
| Impairment reversals | – | – | (209) | – | – | (17) | – | (226) |
| Transfers | – | – | 365 | – | – | – | – | 365 |
| Deletions | (5) | (30) | (2,003) | (330) | (434) | (38) | (184) | (3,024) |
| At 31 December 2013 | 550 | 1,141 | 97,063 | 20,378 | 1,970 | 8,833 | 5,261 | 135,196 |
| Net book amount at 31 December 2013 | 2,825 | 1,886 | 90,628 | 28,534 | 1,206 | 4,481 | 4,130 | 133,690 |
| **Cost** | | | | | | | | |
| At 1 January 2012 | 3,169 | 2,942 | 176,988 | 41,319 | 3,140 | 12,753 | 8,611 | 248,922 |
| Exchange adjustments | 86 | 14 | – | 320 | 28 | 8 | 272 | 728 |
| Additions | 120 | 387 | 16,303 | 4,481 | 314 | 902 | 533 | 23,040 |
| Acquisitions | – | – | 44 | 2 | – | 15 | – | 61 |
| Transfers | – | – | 1,306 | – | – | – | – | 1,306 |
| Reclassified as assets held for sale | – | – | (19,410) | (143) | – | (172) | (2) | (19,727) |
| Deletions | (96) | (531) | (3,459) | (779) | (136) | (70) | (355) | (5,426) |
| At 31 December 2012 | 3,279 | 2,812 | 171,772 | 45,200 | 3,346 | 13,436 | 9,059 | 248,904 |
| **Depreciation** | | | | | | | | |
| At 1 January 2012 | 511 | 1,411 | 91,994 | 16,915 | 1,940 | 8,149 | 4,571 | 125,491 |
| Exchange adjustments | 8 | 13 | – | 228 | 25 | 6 | 151 | 431 |
| Charge for the year | 33 | 123 | 9,659 | 1,442 | 289 | 320 | 504 | 12,370 |
| Impairment losses | 8 | – | 2,765 | 493 | – | 70 | 7 | 3,343 |
| Impairment reversals | – | – | (221) | – | – | – | (1) | (222) |
| Reclassified as assets held for sale | – | – | (13,774) | (36) | – | (126) | (2) | (13,938) |
| Deletions | (46) | (524) | (2,458) | (414) | (135) | (10) | (315) | (3,902) |
| At 31 December 2012 | 514 | 1,023 | 87,965 | 18,628 | 2,119 | 8,409 | 4,915 | 123,573 |
| Net book amount at 31 December 2012 | 2,765 | 1,789 | 83,807 | 26,572 | 1,227 | 5,027 | 4,144 | 125,331 |
| Net book amount at 1 January 2012 | 2,658 | 1,531 | 84,994 | 24,404 | 1,200 | 4,604 | 4,040 | 123,431 |
| Assets held under finance leases at net book amount included above | | | | | | | | |
| At 31 December 2013 | – | 7 | 187 | 265 | – | 4 | – | 463 |
| At 31 December 2012 | – | 9 | 157 | 254 | – | 9 | – | 429 |
| Assets under construction included above | | | | | | | | |
| At 31 December 2013 | | | | | | | | 27,900 |
| At 31 December 2012 | | | | | | | | 29,203 |

CONFIDENTIAL

BP-HZN-2179MDL07817012

## 15. Goodwill and impairment review of goodwill

| | 2013 | 2012 |
|---|---|---|
| | | $ million |
| Cost | | |
| At 1 January | 12,804 | 14,041 |
| Exchange adjustments | 46 | 160 |
| Acquisitions | 44 | 25 |
| Reclassified as assets held for sale | – | (1,327) |
| Deletions | (43) | (95) |
| At 31 December | 12,851 | 12,804 |
| Impairment losses | | |
| At 1 January | 614 | 1,612 |
| Impairment losses for the year | 56 | – |
| Reclassified as assets held for sale | – | (977) |
| Deletions | – | (21) |
| At 31 December | 670 | 614 |
| Net book amount at 31 December | 12,181 | 12,190 |
| Net book amount at 1 January | 12,190 | 12,429 |

### Impairment review of goodwill

| Goodwill at 31 December | 2013 | 2012 |
|---|---|---|
| | | $ million |
| Upstream | 7,812 | 7,862 |
| Downstream | 4,277 | 4,168 |
| Other businesses and corporate | 92 | 160 |
| | 12,181 | 12,190 |

Goodwill acquired through business combinations has been allocated to groups of cash-generating units that are expected to benefit from the synergies of the acquisition. For Upstream, goodwill is allocated to all oil and gas assets in aggregate at the segment level. For Downstream, goodwill has been allocated to the Rhine fuels value chain (FVC), Lubricants and Other.

In assessing whether goodwill has been impaired, the carrying amount of the cash-generating unit (CGU) or groups of CGUs (including goodwill) is compared with the recoverable amount of the CGU or groups of CGUs. The recoverable amount is the higher of fair value less costs to sell and value in use. In the absence of readily available information about the fair value of a cash-generating unit, the recoverable amount is deemed to be the value in use for the purposes of performing an impairment test of goodwill, unless this would lead to an impairment loss. If goodwill would be impaired using value in use as the recoverable amount, a fair value less costs to sell assessment would be performed as this may lead to a higher recoverable amount.

The group calculates the value in use using a discounted cash flow model. The future cash flows are adjusted for risks specific to the cash-generating unit and are discounted using a pre-tax discount rate. The discount rate is derived from the group's post-tax weighted average cost of capital and is adjusted where applicable to take into account any specific risks relating to the country where the cash-generating unit is located. The rate to be applied to each country is reassessed each year. Discount rates of 12% and 14% have been used for goodwill impairment calculations performed in 2013 (2012 12% and 14%).

The business segment plans, which are approved on an annual basis by senior management, are the primary source of information for the determination of value in use. They contain forecasts for oil and natural gas production, refinery throughputs, sales volumes for various types of refined products (e.g. gasoline and lubricants), revenues, costs and capital expenditure. As an initial step in the preparation of these plans, various environmental assumptions, such as oil prices, natural gas prices, refining margins, refined product margins and cost inflation rates, are set by senior management. These environmental assumptions take account of existing prices, global supply-demand equilibrium for oil and natural gas, other macroeconomic factors and historical trends and variability.

### Upstream

| | 2013 | 2012 |
|---|---|---|
| | | $ million |
| Goodwill | 7,812 | 7,862 |
| Excess of recoverable amount over carrying amount | 6,811 | 25,871 |

The table above shows the carrying amount of the goodwill for the segment and the excess of the recoverable amount, based upon a value in use calculation, over the carrying amount (the headroom).

The value in use is based on the cash flows expected to be generated by the projected oil or natural gas production profiles up to the expected dates of cessation of production of each producing field, based on current estimates of reserves. As the production profile and related cash flows can be estimated from BP's past experience, management believes that the cash flows generated over the estimated life of field is the appropriate basis upon which to assess goodwill and individual assets for impairment. The date of cessation of production depends on the interaction of a number of variables, such as the recoverable quantities of hydrocarbons, the production profile of the hydrocarbons, the cost of the development of the infrastructure necessary to recover the hydrocarbons, the production costs, the contractual duration of the production concession and the selling price of the hydrocarbons produced. As each producing field has specific reservoir characteristics and economic circumstances, the cash flows of the fields are computed using appropriate individual economic models and key assumptions agreed by BP's management. Capital expenditure, operating costs and expected hydrocarbon production profiles up to 2023 are derived from the business segment plan. Estimated production volumes and cash flows up to the date of cessation of production on a field-by-field basis are developed to be consistent with this. The production profiles used are consistent with the reserve volumes approved as part of BP's centrally controlled process for the estimation of proved and probable reserves and total resources.

CONFIDENTIAL

BP-HZN-2179MDL07817013

Financial statements

## 15. Goodwill and impairment review of goodwill – continued

Intangible assets are deemed to have a recoverable amount equal to their carrying amount. Consistent with prior years, the 2013 review for impairment was carried out during the fourth quarter.

The Brent oil price and Henry Hub natural gas price assumptions used in the impairment review of goodwill are shown in the table below.

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2013 2019 and thereafter |
|---|---|---|---|---|---|---|
| Brent oil price ($/bbl) | 108 | 102 | 97 | 93 | 90 | 90 |
| Henry Hub natural gas price ($/mmBtu) | 3.86 | 4.02 | 4.10 | 4.17 | 4.27 | 6.50 |

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2012 2018 and thereafter |
|---|---|---|---|---|---|---|
| Brent oil price ($/bbl) | 105 | 100 | 96 | 93 | 91 | 90 |
| Henry Hub natural gas price ($/mmBtu) | 3.96 | 4.25 | 4.42 | 4.61 | 4.82 | 6.50 |

Key assumptions for oil and gas prices for the first five years were derived from forward price curves in the fourth quarter. Prices in 2019 and beyond were determined using long-term views of global supply and demand, building upon past experience of the industry and using information from external sources. These prices were adjusted to arrive at appropriate consistent price assumptions for different qualities of oil and gas, or where appropriate, contracted oil and gas prices were applied.

The key assumptions required for the value-in-use estimation are the oil and natural gas prices, production volumes and the discount rate. The sensitivity of the headroom to changes in the key assumptions was estimated. Due to the non-linear relationship of different variables, the calculations were performed using a number of simplifying assumptions, including assuming a change to the variable being tested only, therefore a detailed calculation at any given price may produce a different result.

It is estimated that if the oil price assumption for all future years was approximately equal to the current assumption for 2019 and beyond, this would cause the recoverable amount to be equal to the carrying amount of goodwill and related non-current assets of the segment. It is estimated that if the price assumption for natural gas was around 24% lower than the current assumption for 2019 and beyond the headroom would be reduced to zero.

Estimated production volumes are based on detailed data for each field and take into account development plans agreed by management as part of the long-term planning process. The average production for the purposes of goodwill impairment testing over the next 15 years is 597mmboe per year (2012 576mmboe per year). It is estimated that if this production volume were to be reduced by around 2% for the whole period, this would cause the recoverable amount to be equal to the carrying amount of goodwill and related non-current assets of the segment.

It is estimated that if the discount rate was approximately 14% for the entire portfolio this would cause the recoverable amount to be equal to the carrying amount of goodwill and related non-current assets of the segment.

### Downstream

| | | | 2013 | | | | | 2012 | $ million |
|---|---|---|---|---|---|---|---|---|---|
| | Rhine FVC | Lubricants | Other | Total | Rhine FVC | Lubricants | Other | Total | |
| Goodwill | 643 | 3,518 | 116 | 4,277 | 627 | 3,441 | 100 | 4,168 | |
| Excess of recoverable amount over carrying amount | 2,759 | n/a | n/a | n/a | 2,411 | n/a | n/a | n/a | |

Cash flows for each cash-generating unit are derived from the business segment plans, which cover a period of two to five years. To determine the value in use for each of the cash-generating units, cash flows for a period of 10 years are discounted and aggregated with a terminal value.

#### Rhine FVC
The key assumptions to which the calculation of value in use for the Rhine FVC is most sensitive are refinery gross margins, throughput volumes and discount rate. Gross margin assumptions used in the Rhine FVC plan are consistent with those used to develop the regional Refining Marker Margin (RMM). The average values assigned to the regional RMM and refinery throughput volume over the plan period are $12.35 per barrel and 250mmbbl per year (2012 $12.30 per barrel and 246mmbbl per year). These values reflect past experience and are consistent with external sources. Cash flows beyond the five-year plan period are extrapolated using a nominal 4% growth rate (2012 4%).

No reasonably possible change in the discount rate would cause the Rhine FVC unit's carrying amount to exceed its recoverable amount. It is estimated that if the refinery margin assumption was $1.9 per barrel lower than the current assumption, the recoverable amount would equal the carrying amount. It is also estimated that if the refinery throughput volume assumption was 32mmbbl per year lower than the current assumption, the recoverable amount would equal the carrying amount.

#### Lubricants
In certain circumstances IAS 36 allows the use of the most recent detailed calculations of the recoverable amount performed in an earlier period as the basis for the current year's goodwill impairment test. The most recent detailed calculation of the Lubricants unit's recoverable amount was performed in 2009 and this was used as the basis for the tests in 2010-2012 as the criteria of IAS 36 were met in each of those years. IAS 36 does not specify for how many years such an approach is appropriate and management determined that a re-performance of the test was appropriate in 2013 given the passage of time since 2009. There was no significant change in the outcome of this test compared to that in 2009.

The key assumptions to which the calculation of the value in use for the Lubricants unit is most sensitive are operating margins, sales volumes, and discount rate. Operating margin and sales volumes assumptions used in the detailed impairment review of goodwill calculation are consistent with the assumptions used in the Lubricant unit's business plan and values assigned to these key assumptions reflect past experience. No reasonably possible change in any of these key assumptions would cause the unit's carrying amount to exceed its recoverable amount. Cash flows beyond the plan period are extrapolated using a 3% growth rate (2009 3%).

CONFIDENTIAL

BP-HZN-2179MDL07817014

## 16. Intangible assets

| | | 2013 | | | 2012 | |
|---|---|---|---|---|---|---|
| | Exploration and appraisal expenditure | Other intangibles | Total | Exploration and appraisal expenditure | Other intangibles | Total |
| Cost | | | | | | |
| At 1 January | 24,511 | 3,739 | 28,250 | 21,216 | 3,500 | 24,716 |
| Exchange adjustments | – | (5) | (5) | – | 50 | 50 |
| Acquisitions | – | – | – | (68) | 80 | 12 |
| Additions | 4,464 | 336 | 4,800 | 5,244 | 343 | 5,587 |
| Transfers | (4,365) | – | (4,365) | (1,306) | – | (1,306) |
| Reclassified as assets held for sale | – | – | – | (67) | (26) | (93) |
| Deletions | (2,868) | (134) | (3,002) | (508) | (208) | (716) |
| At 31 December | 21,742 | 3,936 | 25,678 | 24,511 | 3,739 | 28,250 |
| Amortization | | | | | | |
| At 1 January | 1,077 | 2,541 | 3,618 | 783 | 2,280 | 3,063 |
| Exchange adjustments | – | (2) | (2) | – | 25 | 25 |
| Charge for the year | 2,710 | 267 | 2,977 | 745 | 317 | 1,062 |
| Impairment losses | 253 | 85 | 338 | – | 126 | 126 |
| Impairment reversals | – | – | – | (42) | – | (42) |
| Transfers | (365) | – | (365) | – | – | – |
| Reclassified as assets held for sale | – | – | – | – | (21) | (21) |
| Deletions | (2,798) | (129) | (2,927) | (409) | (186) | (595) |
| At 31 December | 877 | 2,762 | 3,639 | 1,077 | 2,541 | 3,618 |
| Net book amount at 31 December | 20,865 | 1,174 | 22,039 | 23,434 | 1,198 | 24,632 |
| Net book amount at 1 January | 23,434 | 1,198 | 24,632 | 20,433 | 1,220 | 21,653 |

$ million

## 17. Investments in joint ventures

The significant joint ventures of the BP group at 31 December 2013 are shown in Note 38. Summarized financial information for the group's share of joint ventures is shown below. Balance sheet information shown below excludes data relating to joint ventures classified as assets held for sale as at the end of the period. Income statement information shown below includes data relating to joint ventures reclassified as assets held for sale during the period up until the date of reclassification. The group does not have any individually material joint ventures.

The following table provides aggregated summarized financial information relating to the group's share of joint ventures.

| | 2013 | 2012 | 2011 |
|---|---|---|---|
| Sales and other operating revenues | 12,507 | 12,507 | 11,993 |
| Profit before interest and taxation | 1,076 | 778 | 1,315 |
| Finance costs | 130 | 113 | 115 |
| Profit before taxation | 946 | 665 | 1,200 |
| Taxation | 499 | 405 | 433 |
| Profit for the year | 447 | 260 | 767 |
| Other comprehensive income | 38 | (52) | – |
| Total comprehensive income | 485 | 208 | 767 |
| Non-current assets | 11,576 | 11,147 | |
| Current assets | 3,095 | 2,931 | |
| Total assets | 14,671 | 14,078 | |
| Current liabilities | 2,276 | 2,350 | |
| Non-current liabilities | 3,499 | 3,379 | |
| Total liabilities | 5,775 | 5,729 | |
| | 8,896 | 8,349 | |
| Group investment in joint ventures | | | |
| Group share of net assets (as above) | 8,896 | 8,349 | |
| Loans made by group companies to joint ventures | 303 | 265 | |
| | 9,199 | 8,614 | |

$ million

BP Annual Report and Form 20-F 2013    163

Financial statements

BP-HZN-2179MDL07817015

## 17. Investments in joint ventures – continued

Transactions between the group and its joint ventures are summarized below.

$ million

| Sales to joint ventures | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| Product | Sales | Amount receivable at 31 December | Sales | Amount receivable at 31 December | Sales | Amount receivable at 31 December |
| LNG, crude oil and oil products, natural gas, employee services | 4,125 | 342 | 4,272 | 379 | 3,196 | 423 |

$ million

| Purchases from joint ventures | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| Product | Purchases | Amount payable at 31 December | Purchases | Amount payable at 31 December | Purchases | Amount payable at 31 December |
| LNG, crude oil and oil products, natural gas, refinery operating costs, plant processing fees | 503 | 51 | 1,107 | 116 | 1,165 | 62 |

The terms of the outstanding balances receivable from joint ventures are typically 30 to 45 days. The balances are unsecured and will be settled in cash. There are no significant provisions for doubtful debts relating to these balances and no significant expense recognized in the income statement in respect of bad or doubtful debts. Dividends receivable are not included in the table above.

BP has commitments amounting to $21 million (2012 $53 million) in relation to contracts with joint ventures for the purchase of LNG, crude oil and oil products, refinery operating costs and storage and handling services. See Note 36 for further information on capital commitments relating to BP's investments in joint ventures.

## 18. Investments in associates

The following table provides aggregated financial information for the group's associates as it relates to the amounts recognized in the group income statement and on the group balance sheet.

$ million

| | Earnings from associates – after interest and tax | | | Investments in associates | | |
|---|---|---|---|---|---|---|
| | 2013 | 2012 | 2011 | 2013 | 2012 | 2011 |
| Rosneft | 2,058 | – | – | 13,681 | – | – |
| TNK-BP | – | 2,986 | 4,185 | – | – | 10,013 |
| Other associates | 684 | 689 | 731 | 2,955 | 2,998 | 3,278 |
| | 2,742 | 3,675 | 4,916 | 16,636 | 2,998 | 13,291 |

The associate that is material to the group at 31 December 2013 is Rosneft (2012 TNK-BP). In 2013, BP concluded transactions to sell its 50% interest in TNK-BP to Rosneft and to increase BP's investment in Rosneft. BP and Rosneft announced heads of terms for this transaction on 22 October 2012, after which our investment in TNK-BP was classified as an asset held for sale and therefore equity accounting ceased. See below and Note 6 for further information. Other significant associates of the BP group at 31 December 2013 are shown in Note 38.

At 31 December 2013, and since the transaction described in Note 6 concluded on 21 March 2013, BP owned 19.75% of the voting shares of OJSC Oil Company Rosneft (Rosneft), a Russian oil and gas company. Rosneft shares are listed on the MICEX stock exchange in Moscow and its global depository receipts are listed on the London Stock Exchange. The Russian federal government, through its investment company OJSC Rosneftegaz, owned 69.5% of the voting shares of Rosneft at 31 December 2013.

BP uses the equity method of accounting for its investment in Rosneft because in management's judgement BP has significant influence over Rosneft, see Note 1 – Interests in other entities – significant estimate or judgement for further information.

CONFIDENTIAL

BP-HZN-2179MDL07817016

## 18. Investments in associates – continued

The following table provides summarized financial information at 100% share relating to each of the group's material associates.

|  | | | $ million |
|---|---|---|---|
|  | | | Gross amount |
|  | **2013** | 2012 | 2011 |
|  | **Rosneft** | TNK-BP[a] | TNK-BP |
| Sales and other operating revenues | **122,866** | 49,350 | 60,200 |
| Profit before interest and taxation | **14,106** | 8,810 | 11,984 |
| Finance costs | **1,337** | 168 | 264 |
| Profit before taxation | **12,769** | 8,642 | 11,720 |
| Taxation | **2,137** | 1,958 | 2,666 |
| Non-controlling interests | **213** | 712 | 684 |
| Profit for the year | **10,419** | 5,972 | 8,370 |
| Other comprehensive income | **(441)** | 26 | (77) |
| Total comprehensive income | **9,978** | 5,998 | 8,293 |
| Non-current assets | **149,149** | | |
| Current assets | **48,775** | | |
| Total assets | **197,924** | | |
| Current liabilities | **43,175** | | |
| Non-current liabilities | **83,458** | | |
| Total liabilities | **126,633** | | |
| Non-controlling interests | **2,020** | | |
|  | **69,271** | | |

[a] BP ceased equity accounting for TNK-BP on 22 October 2012. See Note 6 for further information.

The group received dividends of $456 million from Rosneft in 2013, net of withholding tax (2012 dividends of $709 million from TNK-BP and 2011 dividends of $3,747 million from TNK-BP).

Summarized financial information for the group's share of associates is shown below. Balance sheet information shown below does not include data relating to associates classified as assets held for sale as at the end of the period. Income statement and other comprehensive income information shown below includes data relating to associates classified as assets held for sale during the period prior to their classification as assets held for sale.

|  | | | | | | | | | $ million |
|---|---|---|---|---|---|---|---|---|---|
|  | | | | | | | | | BP share |
|  | | 2013 | | | | 2012 | | | 2011 |
|  | **Rosneft[a]** | **Other** | **Total** | TNK-BP[b] | Other | Total | TNK-BP | Other | Total |
| Sales and other operating revenues | **24,266** | **7,967** | **32,233** | 24,675 | 11,965 | 36,640 | 30,100 | 12,145 | 42,245 |
| Profit before interest and taxation | **2,786** | **908** | **3,694** | 4,405 | 906 | 5,311 | 5,992 | 958 | 6,950 |
| Finance costs | **264** | **11** | **275** | 84 | 16 | 100 | 132 | 13 | 145 |
| Profit before taxation | **2,522** | **897** | **3,419** | 4,321 | 890 | 5,211 | 5,860 | 945 | 6,805 |
| Taxation | **422** | **213** | **635** | 979 | 201 | 1,180 | 1,333 | 214 | 1,547 |
| Non-controlling interests | **42** | **–** | **42** | 356 | – | 356 | 342 | – | 342 |
| Profit for the year | **2,058** | **684** | **2,742** | 2,986 | 689 | 3,675 | 4,185 | 731 | 4,916 |
| Other comprehensive income | **(87)** | **2** | **(85)** | 13 | (6) | 7 | (39) | – | (39) |
| Total comprehensive income | **1,971** | **686** | **2,657** | 2,999 | 683 | 3,682 | 4,146 | 731 | 4,877 |
| Non-current assets | **29,457** | **3,148** | **32,605** | – | 3,270 | 3,270 | | | |
| Current assets | **9,633** | **2,477** | **12,110** | – | 2,399 | 2,399 | | | |
| Total assets | **39,090** | **5,625** | **44,715** | – | 5,669 | 5,669 | | | |
| Current liabilities | **8,527** | **2,114** | **10,641** | – | 2,126 | 2,126 | | | |
| Non-current liabilities | **16,483** | **1,053** | **17,536** | – | 1,290 | 1,290 | | | |
| Total liabilities | **25,010** | **3,167** | **28,177** | – | 3,416 | 3,416 | | | |
| Non-controlling interests | **399** | **–** | **399** | – | – | – | | | |
|  | **13,681** | **2,458** | **16,139** | – | 2,253 | 2,253 | | | |
| Group investment in associates | | | | | | | | | |
| Group share of net assets (as above) | **13,681** | **2,458** | **16,139** | – | 2,253 | 2,253 | | | |
| Loans made by group companies to associates | **–** | **497** | **497** | – | 745 | 745 | | | |
|  | **13,681** | **2,955** | **16,636** | – | 2,998 | 2,998 | | | |

[a] The fair value of BP's 19.75% stake in Rosneft was $15,937 million at 31 December 2013 based on the quoted market share price of $7.62 per share.
[b] BP ceased equity accounting for TNK-BP on 22 October 2012. See Note 6 for further information.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817017

**18.** Investments in associates – continued

Transactions between the group and its associates are summarized below.

| | | | | | $ million |
|---|---|---|---|---|---|
| Sales to associates | | **2013** | | 2012 | 2011 |
| Product | **Sales** | **Amount receivable at 31 December** | Sales | Amount receivable at 31 December | Sales |
| LNG, crude oil and oil products, natural gas, employee services | **5,170** | **783** | 3,771 | 401 | 3,855 | 393 |

Note: Sales to associates — last two columns are "2011 Sales" = 3,855 and "2011 Amount receivable at 31 December" = 393.

| | | | | | $ million |
|---|---|---|---|---|---|
| Purchases from associates | | **2013** | | 2012 | 2011 |
| Product | **Purchases** | **Amount payable at 31 December** | Purchases | Amount payable at 31 December | Purchases | Amount payable at 31 December |
| Crude oil and oil products, natural gas, transportation tariff | **21,205** | **3,470** | 9,135 | 932 | 8,159 | 815 |

The terms of the outstanding balances receivable from associates are typically 30 to 45 days. The balances are unsecured and will be settled in cash. There are no significant provisions for doubtful debts relating to these balances and no significant expense recognized in the income statement in respect of bad or doubtful debts. Dividends receivable are not included in the table above.

The majority of the purchases from associates are crude oil and oil products purchased from Rosneft. BP has commitments amounting to $6,077 million (2012 $595 million) in relation to contracts with its associates for the purchase of crude oil and oil products, transportation and storage. See Note 36 for further information on capital commitments relating to BP's investments in associates.

**19.** Financial instruments and financial risk factors

The accounting classification of each category of financial instruments, and their carrying amounts, are set out below.

| | | | | | | | $ million |
|---|---|---|---|---|---|---|---|
| At 31 December 2013 | Note | Loans and receivables | Available-for-sale financial assets | Held-to-maturity investments | At fair value through profit or loss | Derivative hedging instruments | Financial liabilities measured at amortized cost | Total carrying amount |
| Financial assets | | | | | | | | |
| Other investments – equity shares | 20 | – | 291 | – | – | – | – | 291 |
| – other | 20 | – | 1,167 | – | 574 | – | – | 1,741 |
| Loans | | 979 | – | – | – | – | – | 979 |
| Trade and other receivables | 22 | 39,630 | – | – | – | – | – | 39,630 |
| Derivative financial instruments | 26 | – | – | – | 5,189 | 995 | – | 6,184 |
| Cash and cash equivalents | 23 | 19,153 | 2,267 | 1,100 | – | – | – | 22,520 |
| Financial liabilities | | | | | | | | |
| Trade and other payables | 25 | – | – | – | – | – | (48,072) | (48,072) |
| Derivative financial instruments | 26 | – | – | – | (4,159) | (388) | – | (4,547) |
| Accruals | | – | – | – | – | – | (9,507) | (9,507) |
| Finance debt | 27 | – | – | – | – | – | (48,192) | (48,192) |
| | | 59,762 | 3,725 | 1,100 | 1,604 | 607 | (105,771) | (38,973) |
| At 31 December 2012 | | | | | | | | |
| Financial assets | | | | | | | | |
| Other investments – equity shares | 20 | – | 1,433 | – | – | – | – | 1,433 |
| – other | 20 | – | 1,005 | – | 585 | – | – | 1,590 |
| Loans | | 889 | – | – | – | – | – | 889 |
| Trade and other receivables | 22 | 35,962 | – | – | – | – | – | 35,962 |
| Derivative financial instruments | 26 | – | – | – | 5,342 | 3,459 | – | 8,801 |
| Cash and cash equivalents | 23 | 15,128 | 4,507 | – | – | – | – | 19,635 |
| Financial liabilities | | | | | | | | |
| Trade and other payables | 25 | – | – | – | – | – | (44,405) | (44,405) |
| Derivative financial instruments | 26 | – | – | – | (5,093) | (288) | – | (5,381) |
| Accruals | | – | – | – | – | – | (7,366) | (7,366) |
| Finance debt | 27 | – | – | – | – | – | (48,168) | (48,168) |
| | | 51,979 | 6,945 | – | 834 | 3,171 | (99,939) | (37,010) |

The fair value of finance debt is shown in Note 27. For all other financial instruments, the carrying amount is either the fair value, or approximates the fair value.

**Financial risk factors**

The group is exposed to a number of different financial risks arising from natural business exposures as well as its use of financial instruments including: market risks relating to commodity prices, foreign currency exchange rates, interest rates and equity prices; credit risk; and liquidity risk.

CONFIDENTIAL

BP-HZN-2179MDL07817018

**19.** Financial instruments and financial risk factors – continued

The group financial risk committee (GFRC) advises the group chief financial officer (CFO) who oversees the management of these risks. The GFRC is chaired by the CFO and consists of a group of senior managers including the group treasurer and the heads of the group finance, tax and the integrated supply and trading functions. The purpose of the committee is to advise on financial risks and the appropriate financial risk governance framework for the group. The committee provides assurance to the CFO and the group chief executive (GCE), and via the GCE to the board, that the group's financial risk-taking activity is governed by appropriate policies and procedures and that financial risks are identified, measured and managed in accordance with group policies and group risk appetite.

The group's trading activities in the oil, natural gas and power markets are managed within the integrated supply and trading function, while the activities in the financial markets are managed by the treasury function, working under the compliance and control structure of the integrated supply and trading function. All derivative activity is carried out by specialist teams that have the appropriate skills, experience and supervision. These teams are subject to close financial and management control.

The integrated supply and trading function maintains formal governance processes that provide oversight of market risk associated with trading activity. A policy and risk committee monitors and validates limits and risk exposures, reviews incidents and validates risk-related policies, methodologies and procedures. A commitments committee approves value-at-risk delegations, the trading of new products, instruments and strategies and material commitments.

In addition, the integrated supply and trading function undertakes derivative activity for risk management purposes under a separate control framework as described more fully below.

(a) Market risk
Market risk is the risk or uncertainty arising from possible market price movements and their impact on the future performance of a business. The primary commodity price risks that the group is exposed to include oil, natural gas and power prices that could adversely affect the value of the group's financial assets, liabilities or expected future cash flows. The group enters into derivatives in a well-established entrepreneurial trading operation. In addition, the group has developed a control framework aimed at managing the volatility inherent in certain of its natural business exposures. In accordance with the control framework the group enters into various transactions using derivatives for risk management purposes.

The major components of market risk are commodity price risk, foreign currency exchange risk, interest rate risk and equity price risk, each of which is discussed below.

(i) Commodity price risk
The group's integrated supply and trading function uses conventional financial and commodity instruments and physical cargoes available in the related commodity markets. Oil and natural gas swaps, options and futures are used to mitigate price risk. Power trading is undertaken using a combination of over-the-counter forward contracts and other derivative contracts, including options and futures. This activity is on both a standalone basis and in conjunction with gas derivatives in relation to gas-generated power margin. In addition, NGLs are traded around certain US inventory locations using over-the-counter forward contracts in conjunction with over-the-counter swaps, options and physical inventories.

The group measures market risk exposure arising from its trading positions using value-at-risk techniques. These techniques make a statistical assessment of the market risk arising from possible future changes in market prices over a one-day holding period. The value-at-risk measure is supplemented by stress testing. Value-at-risk limits are in place for each trading activity and for the group's trading activity in total. The board has delegated a limit of $100 million value at risk in support of this trading activity.

In addition, the group has embedded derivatives relating to certain natural gas contracts. The net fair value of these contracts was a liability of $652 million at 31 December 2013 (2012 liability of $1,112 million). For these embedded derivatives the sensitivity of the net fair value to an immediate 10% favourable or adverse change in each key assumption is less than $100 million in each case.

(ii) Foreign currency exchange risk
Where the group enters into foreign currency exchange contracts for entrepreneurial trading purposes the activity is controlled using trading value-at-risk techniques as explained above.

Since BP has global operations, fluctuations in foreign currency exchange rates can have a significant effect on the group's reported results. The effects of most exchange rate fluctuations are absorbed in business operating results through changing cost competitiveness, lags in market adjustment to movements in rates and translation differences accounted for on specific transactions. For this reason, the total effect of exchange rate fluctuations is not identifiable separately in the group's reported results. The main underlying economic currency of the group's cash flows is the US dollar. This is because BP's major product, oil, is priced internationally in US dollars. BP's foreign currency exchange management policy is to limit economic and material transactional exposures arising from currency movements against the US dollar. The group co-ordinates the handling of foreign currency exchange risks centrally, by netting off naturally-occurring opposite exposures wherever possible, and then managing any material residual foreign currency exchange risks.

The group manages these exposures by constantly reviewing the foreign currency economic value at risk and aims to manage such risk to keep the 12-month foreign currency value at risk below $400 million. At no point over the past three years did the value at risk exceed the maximum risk limit. The most significant exposures relate to capital expenditure commitments and other UK and European operational requirements, for which a hedging programme is in place and hedge accounting is claimed as outlined in Note 26.

For highly probable forecast capital expenditures the group locks in the US dollar cost of non-US dollar supplies by using currency forwards and futures. The main exposures are sterling, euro, Norwegian krone, Australian dollar and Korean won. At 31 December 2013 the most significant open contracts in place were for $723 million sterling (2012 $853 million sterling).

For other UK, European and Australian operational requirements the group uses cylinders (purchased call and sold put options) and currency forwards to manage the estimated exposures on a 12-month rolling basis. At 31 December 2013, the open positions relating to cylinders consisted of receive sterling, pay US dollar cylinders for $2,770 million (2012 $2,886 million); receive euro, pay US dollar cylinders for $962 million (2012 $1,636 million); receive Australian dollar, pay US dollar cylinders for $401 million (2012 $522 million).

In addition, most of the group's borrowings are in US dollars or are hedged with respect to the US dollar. At 31 December 2013, the total foreign currency net borrowings not swapped into US dollars amounted to $665 million (2012 $364 million).

(iii) Interest rate risk
Where the group enters into money market contracts for entrepreneurial trading purposes the activity is controlled using value-at-risk techniques as described above.

CONFIDENTIAL

BP-HZN-2179MDL07817019

Financial statements

**19.** Financial instruments and financial risk factors – continued

BP is also exposed to interest rate risk from the possibility that changes in interest rates will affect future cash flows or the fair values of its financial instruments, principally finance debt. While the group issues debt in a variety of currencies based on market opportunities, it uses derivatives to swap the debt to a floating rate exposure, mainly to US dollar floating, but in certain defined circumstances maintains a US dollar fixed rate exposure for a proportion of debt. The proportion of floating rate debt net of interest rate swaps at 31 December 2013 was 65% of total finance debt outstanding (2012 65%). The weighted average interest rate on finance debt at 31 December 2013 was 2% (2012 2%) and the weighted average maturity of fixed rate debt was four years (2012 four years).

The group's earnings are sensitive to changes in interest rates on the floating rate element of the group's finance debt. If the interest rates applicable to floating rate instruments were to have increased by one percentage point on 1 January 2014, it is estimated that the group's finance costs for 2014 would increase by approximately $312 million (2012 $311 million increase in 2013).

(iv) Equity price risk
The group holds equity investments, typically for strategic purposes, that are classified as non-current available-for-sale financial assets and are measured initially at fair value with changes in fair value recognized in other comprehensive income.

At 31 December 2013 the group had no significant exposure to the price of quoted equity instruments. At 31 December 2012, an increase or decrease of 10% in quoted equity prices would have resulted in an immediate credit or charge to other comprehensive income of $1,502 million. At 31 December 2012, 82% of the carrying amount of non-current available-for-sale equity financial assets represented the group's 1.25% stake in Rosneft, thus the group's exposure was concentrated on changes in the share price of this equity in particular. The sensitivity analysis at 31 December 2012 includes the impact of a change in the share price on the valuation of the contracts to acquire Rosneft shares accounted for as cash flow hedge derivatives.

(b) Credit risk
Credit risk is the risk that a customer or counterparty to a financial instrument will fail to perform or fail to pay amounts due causing financial loss to the group and arises from cash and cash equivalents, derivative financial instruments and deposits with financial institutions and principally from credit exposures to customers relating to outstanding receivables. Credit exposure also exists in relation to guarantees issued by group companies under which amounts outstanding at 31 December 2013 were $199 million (2012 $237 million) in respect of liabilities of joint ventures and associates and $305 million (2012 $717 million) in respect of liabilities of other third parties.

The group has a credit policy, approved by the CFO, that is designed to ensure that consistent processes are in place throughout the group to measure and control credit risk. Credit risk is considered as part of the risk-reward balance of doing business. On entering into any business contract the extent to which the arrangement exposes the group to credit risk is considered. Key requirements of the policy include segregation of credit approval authorities from any sales, marketing or trading teams authorized to incur credit risk; the establishment of credit systems and processes to ensure that all counterparty exposure is rated and that all counterparty exposure and limits can be monitored and reported; and the timely identification and reporting of any non-approved credit exposures and credit losses. While each segment of the group is typically responsible for its own credit risk management and reporting consistent with group policy, the treasury function holds group-wide credit risk authority and oversight responsibility for exposure to banks and financial institutions.

The maximum credit exposure associated with financial assets is equal to the carrying amount. The group does not aim to remove credit risk entirely but expects to experience a certain level of credit losses. As at 31 December 2013, the group had in place credit enhancements designed to mitigate approximately $13 billion of credit risk (2012 $12 billion). Reports are regularly prepared and presented to the GFRC that cover the group's overall credit exposure and expected loss trends, exposure by segment, and overall quality of the portfolio.

For the contracts comprising derivative financial instruments in an asset position at 31 December 2013 it is estimated that over 80% (2012 over 70%, excluding the contracts with Rosneft accounted for as derivatives) of the unmitigated credit exposure is to counterparties of investment grade credit quality.

For cash and cash equivalents, the treasury function dynamically manages bank deposit limits to ensure cash is well-diversified and to reduce concentration risks. At 31 December 2013, 92% of the cash and cash equivalents balance was deposited with financial institutions rated at least A- by Standard & Poor's and Fitch, and A3 by Moody's. Of the total cash and cash equivalents held at year end, collateral of $5,450 million was held by third-party custodians in tri-partite repurchase agreements, which would only be released to BP in the event of repayment default by the borrower.

Trade and other receivables of the group are analysed in the table below. By comparing the BP credit ratings to the equivalent external credit ratings, it is estimated that approximately 70-80% (2012 approximately 70-80%) of the unmitigated trade receivables portfolio exposure is of investment grade credit quality. Current assets, including trade and other receivables, in Egypt amount to $2.3 billion (see page 241), of which over one third relates to trade receivables which are not impaired but are past the original due date. Management is working with the counterparties to continue to collect these amounts.

| | | $ million |
| --- | ---: | ---: |
| Trade and other receivables at 31 December | 2013 | 2012 |
| Neither impaired nor past due | **37,201** | 33,053 |
| Impaired (net of provision) | **27** | 80 |
| Not impaired and past due in the following periods | | |
| within 30 days | **1,054** | 1,337 |
| 31 to 60 days | **249** | 286 |
| 61 to 90 days | **216** | 225 |
| over 90 days | **883** | 981 |
| | **39,630** | 35,962 |

Movements in the impairment provision for trade receivables are shown in Note 24.

**Financial instruments subject to offsetting, enforceable master netting arrangements and similar agreements**
The following table shows the gross amounts of recognized financial assets and liabilities (i.e. before offsetting) and the amounts offset in the balance sheet. Financial assets and liabilities are only offset when the group currently has a legally enforceable right to set off the recognized amounts and the group intends to either settle on a net basis or realize the asset and settle the liability simultaneously. A right of set off is the group's legal right to settle an amount payable to a creditor by applying against it an amount receivable from the same counterparty. The relevant legal jurisdiction and laws applicable to the relationships between the parties need to be considered when assessing whether a current legally enforceable right to set off exists.

CONFIDENTIAL

BP-HZN-2179MDL07817020

**19. Financial instruments and financial risk factors – continued**

Furthermore, amounts which cannot be offset under IFRS, but which could be settled net under the terms of master netting agreements if certain conditions arise, and collateral received or pledged, are also shown in the table to show the total net exposure of the group.

$ million

| | Gross amounts of recognized financial assets (liabilities) | Amounts set off | Net amounts presented on the balance sheet | Related amounts not set off in the balance sheet | | Net amount |
|---|---|---|---|---|---|---|
| | | | | Master netting arrangements | Cash collateral (received) pledged | |
| At 31 December 2013 | | | | | | |
| Derivative assets | **7,271** | **(1,563)** | **5,708** | **(344)** | **(231)** | **5,133** |
| Derivative liabilities | **(5,457)** | **1,563** | **(3,894)** | **344** | **–** | **(3,550)** |
| Trade receivables | **11,034** | **(7,744)** | **3,290** | **(1,287)** | **(264)** | **1,739** |
| Trade payables | **(10,619)** | **7,744** | **(2,875)** | **1,287** | **–** | **(1,588)** |
| At 31 December 2012 | | | | | | |
| Derivative assets | 9,291 | (1,870) | 7,421 | (754) | (175) | 6,492 |
| Derivative liabilities | (6,117) | 1,870 | (4,247) | 754 | – | (3,493) |
| Trade receivables | 8,829 | (6,368) | 2,461 | (578) | (176) | 1,707 |
| Trade payables | (9,330) | 6,368 | (2,962) | 578 | – | (2,384) |

**(c) Liquidity risk**
Liquidity risk is the risk that suitable sources of funding for the group's business activities may not be available. The group's liquidity is managed centrally with operating units forecasting their cash and currency requirements to the central treasury function. Unless restricted by local regulations, subsidiaries pool their cash surpluses to treasury, which will then arrange to fund other subsidiaries' requirements, or invest any net surplus in the market or arrange for necessary external borrowings, while managing the group's overall net currency positions.

The group has in place a European Debt Issuance Programme (DIP) under which the group may raise up to $30 billion of debt for maturities of one month or longer. At 31 December 2013, the amount drawn down against the DIP was $13,854 million (2012 $14,043 million). Since 5 February 2013, the group has had a US shelf registration with a limit of $30 billion. This was converted from an unlimited shelf registration following the approval in December 2012 of the settlement with the US Securities and Exchange Commission in respect of Gulf of Mexico oil spill related claims. Amounts drawn down since conversion total $6.9 billion. In addition, the group has an Australian Note Issuance Programme of A$5 billion, and as at 31 December 2013 the amount drawn down was A$800 million (2012 A$500 million).

The group's long-term credit ratings are A (positive outlook) from Standard & Poor's, and A2 (stable outlook) from Moody's Investor Services, both remaining unchanged during 2013.

During 2013, $8.6 billion of long-term taxable bonds were issued with terms ranging from 18 months to 10 years. Commercial paper is issued at competitive rates to meet short-term borrowing requirements as and when needed.

As a further liquidity measure, the group continues to maintain suitable levels of cash and cash equivalents, amounting to $22.5 billion at 31 December 2013, primarily invested with highly rated banks or money market funds and readily accessible at immediate and short notice (2012 $19.6 billion). At 31 December 2013, the group had substantial amounts of undrawn borrowing facilities available, consisting of $7,375 million of standby facilities, of which $6,975 million is available to draw and repay until the first half of 2018, and $400 million is available to draw and repay until April 2016. These facilities were renegotiated during 2013 with 26 international banks, and borrowings under them would be at pre-agreed rates.

The group also has committed letter of credit (LC) facilities totalling $7,475 million with a number of banks, allowing LCs to be issued for a maximum one-year duration. There were also uncommitted secured LC facilities in place at 31 December 2013 for $2,410 million, which are secured against inventories or receivables when utilized. The facilities only terminate by either party giving a stipulated termination notice to the other.

The amounts shown for finance debt in the table below include future minimum lease payments with respect to finance leases. The table also shows the timing of cash outflows relating to trade and other payables and accruals.

$ million

| | 2013 | | | | 2012 | | | |
|---|---|---|---|---|---|---|---|---|
| | Trade and other payables | Accruals | Finance debt | Interest relating to finance debt | Trade and other payables | Accruals | Finance debt | Interest relating to finance debt |
| Within one year | **43,790** | **8,960** | **7,381** | **885** | 42,512 | 6,875 | 9,401[a] | 893 |
| 1 to 2 years | **1,007** | **207** | **6,630** | **752** | 903 | 136 | 5,906 | 755 |
| 2 to 3 years | **822** | **66** | **6,720** | **621** | 434 | 80 | 5,902 | 634 |
| 3 to 4 years | **761** | **73** | **5,828** | **498** | 373 | 52 | 6,024 | 510 |
| 4 to 5 years | **1,405** | **37** | **5,279** | **388** | 71 | 83 | 5,797 | 388 |
| 5 to 10 years | **207** | **113** | **15,933** | **809** | 79 | 84 | 14,790 | 885 |
| Over 10 years | **80** | **51** | **421** | **119** | 33 | 56 | 348 | 50 |
| | **48,072** | **9,507** | **48,192** | **4,072** | 44,405 | 7,366 | 48,168 | 4,115 |

[a] In addition, current finance debt on the group balance sheet at 31 December 2012 included $632 million in respect of cash deposits received for disposals which completed in 2013.

The group manages liquidity risk associated with derivative contracts, other than derivative hedging instruments, based on the expected maturities of both derivative assets and liabilities as indicated in Note 26. Management does not currently anticipate any cash flows that could be of a significantly different amount, or could occur earlier than the expected maturity analysis provided.

The table below shows cash outflows for derivative hedging instruments based upon contractual payment dates. The amounts reflect the maturity profile of the fair value liability where the instruments will be settled net, and the gross settlement amount where the pay leg of a derivative will be settled separately from the receive leg, as in the case of cross-currency swaps hedging non-US dollar finance debt. The swaps are with high investment-grade counterparties and therefore the settlement-day risk exposure is considered to be negligible. Not shown in the table are the gross

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817021

**19.** Financial instruments and financial risk factors – continued

settlement amounts (inflows) for the receive leg of derivatives that are settled separately from the pay leg, which amount to $12,222 million at 31 December 2013 (2012 $8,620 million) to be received on the same day as the related cash outflows.

| | $ million | |
|---|---|---|
| | 2013 | 2012 |
| Within one year | 1,095 | 1,356 |
| 1 to 2 years | 293 | 1,107 |
| 2 to 3 years | 2,959 | 295 |
| 3 to 4 years | 2,577 | 1,261 |
| 4 to 5 years | 1,505 | 2,577 |
| 5 to 10 years | 3,835 | 1,903 |
| | 12,264 | 8,499 |

## 20. Other investments

| | | | | $ million |
|---|---|---|---|---|
| | 2013 | | 2012 | |
| | Current | Non-current | Current | Non-current |
| Equity investments – listed | – | 3 | – | 1,182 |
| – unlisted | – | 288 | – | 251 |
| Repurchased gas pre-paid bonds | 276 | 408 | 303 | 686 |
| Contingent consideration | 186 | 292 | – | – |
| Other | 5 | 574 | 16 | 585 |
| | 467 | 1,565 | 319 | 2,704 |

At 31 December 2012 the group's 1.25% stake in Rosneft was the most significant listed investment, with a fair value of $1,179 million.

BP entered into long-term gas supply contracts which are backed by gas pre-paid bonds. In 2010, BP was unsuccessful in the remarketing of these bonds and repurchased them. The outstanding bonds associated with these long-term gas supply contracts held by BP are recorded within other investments, with the related liability recorded within other payables on the balance sheet. The fair value of the gas pre-paid bonds is the same as the carrying amount, as the bonds are based on floating rate interest with weekly market re-set, and as such are in level 1 of the fair value hierarchy.

At 31 December 2013 the group had contingent consideration receivable in respect of the disposal of the Devenick field, classified as an available-for-sale financial asset.

Other non-current investments at 31 December 2013 include $574 million relating to life insurance policies (2012 $585 million). The life insurance policies have been designated as financial assets at fair value through profit and loss and their valuation methodology is in level 3 of the fair value hierarchy. Fair value losses of $4 million were recognized in the income statement (2012 $70 million gain and 2011 $21 million gain).

## 21. Inventories

| | $ million | |
|---|---|---|
| | 2013 | 2012 |
| Crude oil | 10,190 | 9,123 |
| Natural gas | 235 | 187 |
| Refined petroleum and petrochemical products | 15,427 | 15,465 |
| | 25,852 | 24,775 |
| Supplies | 2,735 | 2,428 |
| | 28,587 | 27,203 |
| Trading inventories | 644 | 1,000 |
| | 29,231 | 28,203 |
| Cost of inventories expensed in the income statement | 298,351 | 292,774 |

The inventory valuation at 31 December 2013 is stated net of a provision of $322 million (2012 $124 million) to write inventories down to their net realizable value. The net charge to the income statement in the year in respect of inventory net realizable value provisions was $195 million (2012 $28 million credit).

Trading inventories are valued using quoted benchmark bid prices adjusted as appropriate for location and quality differentials. As such they are predominantly categorized within level 2 of the fair value hierarchy.

Inventories with a carrying amount of $227 million (2012 $64 million) have been pledged as security for certain of the group's liabilities at 31 December 2013.

CONFIDENTIAL

BP-HZN-2179MDL07817022

## 22. Trade and other receivables

| | | | | $ million |
|---|---|---|---|---|
| | **2013** | | 2012 | |
| | **Current** | **Non-current** | Current | Non-current |
| Financial assets | | | | |
| Trade receivables | **28,868** | **183** | 26,485 | 151 |
| Amounts receivable from joint ventures and associates | **1,213** | **47** | 871 | 102 |
| Other receivables | **6,594** | **2,725** | 5,683 | 2,670 |
| | **36,675** | **2,955** | 33,039 | 2,923 |
| Non-financial assets | | | | |
| Gulf of Mexico oil spill trust fund reimbursement asset[a] | **2,457** | **2,442** | 4,178 | 2,264 |
| Other receivables | **699** | **588** | 394 | 774 |
| | **3,156** | **3,030** | 4,572 | 3,038 |
| | **39,831** | **5,985** | 37,611 | 5,961 |

[a] See Note 2 for further information.

Trade and other receivables are predominantly non-interest bearing. See Note 19 for further information.

Receivables with a carrying amount of $236 million (2012 $12 million) have been pledged as security for certain of the group's liabilities at 31 December 2013.

## 23. Cash and cash equivalents

| | | $ million |
|---|---|---|
| | **2013** | 2012 |
| Cash at bank and in hand | **6,907** | 5,885 |
| Term bank deposits | **12,246** | 9,243 |
| Cash equivalents | **3,367** | 4,507 |
| | **22,520** | 19,635 |

Cash and cash equivalents comprise cash in hand; current balances with banks and similar institutions; term deposits of three months or less with banks and similar institutions; money market funds and commercial paper. The carrying amounts of cash at bank and in hand and term bank deposits approximate their fair values. Substantially all of the other cash equivalents are categorized within level 1 of the fair value hierarchy.

Cash and cash equivalents at 31 December 2013 includes $1,626 million (2012 $1,544 million) that is restricted. Included in restricted cash at 31 December 2012 was $709 million relating to the dividend received from TNK-BP in December 2012 which remained restricted until completion of the sale of BP's interest in TNK-BP to Rosneft, which occurred in the first quarter of 2013. See Note 6 for further information. The remaining restricted cash balances relate largely to amounts required to cover initial margin on trading exchanges.

## 24. Valuation and qualifying accounts

| | | | | | | $ million |
|---|---|---|---|---|---|---|
| | **2013** | | 2012 | | 2011 | |
| | **Accounts receivable** | **Fixed asset investments** | Accounts receivable | Fixed asset investments | Accounts receivable | Fixed asset investments |
| At 1 January | **489** | **349** | 332 | 643 | 428 | 540 |
| Charged to costs and expenses | **82** | **4** | 240 | 196 | 115 | 111 |
| Charged to other accounts[a] | **(4)** | **4** | 7 | 18 | (16) | (3) |
| Deductions | **(224)** | **(189)** | (90) | (508) | (195) | (5) |
| At 31 December | **343** | **168** | 489 | 349 | 332 | 643 |

[a] Principally currency transactions.

Valuation and qualifying accounts comprise impairment provisions for accounts receivable and fixed asset investments, and are deducted in the balance sheet from the assets to which they apply.

## 25. Trade and other payables

| | | | | $ million |
|---|---|---|---|---|
| | **2013** | | 2012 | |
| | **Current** | **Non-current** | Current | Non-current |
| Financial liabilities | | | | |
| Trade payables | **28,926** | **–** | 29,920 | – |
| Amounts payable to joint ventures and associates | **3,576** | **47** | 1,105 | 102 |
| Other payables | **11,288** | **4,235** | 11,487 | 1,791 |
| | **43,790** | **4,282** | 42,512 | 1,893 |
| Non-financial liabilities | | | | |
| Other payables | **3,369** | **474** | 4,161 | 399 |
| | **47,159** | **4,756** | 46,673 | 2,292 |

Trade and other payables are predominantly non-interest bearing. See Note 19 for further information.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817023

**26.** Derivative financial instruments

In the normal course of business the group enters into derivative financial instruments (derivatives) to manage its normal business exposures in relation to commodity prices, foreign currency exchange rates and interest rates, including management of the balance between floating rate and fixed rate debt, consistent with risk management policies and objectives. An outline of the group's financial risks and the objectives and policies pursued in relation to those risks is set out in Note 19. Additionally, the group has a well-established entrepreneurial trading operation that is undertaken in conjunction with these activities using a similar range of contracts.

The fair values of derivative financial instruments at 31 December are set out below.

| | | | | $ million |
|---|---|---|---|---|
| | **2013** | | 2012 | |
| | **Fair value asset** | **Fair value liability** | Fair value asset | Fair value liability |
| Derivatives held for trading | | | | |
| Currency derivatives | **192** | **(111)** | 175 | (189) |
| Oil price derivatives | **810** | **(806)** | 841 | (707) |
| Natural gas price derivatives | **2,840** | **(2,029)** | 3,536 | (2,496) |
| Power price derivatives | **871** | **(560)** | 719 | (589) |
| Other derivatives | **475** | **–** | 71 | **–** |
| | **5,188** | **(3,506)** | 5,342 | (3,981) |
| Embedded derivatives | | | | |
| Commodity price contracts | **1** | **(653)** | – | (1,112) |
| | **1** | **(653)** | – | (1,112) |
| Cash flow hedges | | | | |
| Equity price derivatives | **–** | **–** | 1,339 | – |
| Currency forwards, futures and cylinders | **129** | **(30)** | 51 | (41) |
| Cross-currency interest rate swaps | **–** | **(69)** | 1 | – |
| | **129** | **(99)** | 1,391 | (41) |
| Fair value hedges | | | | |
| Currency forwards, futures and swaps | **340** | **(154)** | 875 | (247) |
| Interest rate swaps | **526** | **(135)** | 1,193 | – |
| | **866** | **(289)** | 2,068 | (247) |
| | **6,184** | **(4,547)** | 8,801 | (5,381) |
| Of which – current | **2,675** | **(2,322)** | 4,507 | (2,658) |
| – non-current | **3,509** | **(2,225)** | 4,294 | (2,723) |

Exchange traded derivatives are valued using closing prices provided by the exchange as at the balance sheet date. These derivatives are categorized within level 1 of the fair value hierarchy. Over-the-counter (OTC) financial swaps and physical commodity sale and purchase contracts are generally valued using readily available information in the public markets and quotations provided by brokers and price index developers. These quotes are corroborated with market data and are categorized within level 2 of the fair value hierarchy.

In certain less liquid markets, or for longer-term contracts, forward prices are not as readily available. In these circumstances, OTC financial swaps and physical commodity sale and purchase contracts are valued using internally developed methodologies that consider historical relationships between various commodities, and that result in management's best estimate of fair value. These contracts are categorized within level 3 of the fair value hierarchy.

Financial OTC and physical commodity options are valued using industry standard models that consider various assumptions, including quoted forward prices for commodities, time value, volatility factors, and contractual prices for the underlying instruments, as well as other relevant economic factors. The degree to which these inputs are observable in the forward markets determines whether the option is categorized within level 2 or level 3 of the fair value hierarchy.

**Derivatives held for trading**
The group maintains active trading positions in a variety of derivatives. The contracts may be entered into for risk management purposes, to satisfy supply requirements or for entrepreneurial trading. Certain contracts are classified as held for trading, regardless of their original business objective, and are recognized at fair value with changes in fair value recognized in the income statement. Trading activities are undertaken by using a range of contract types in combination to create incremental gains by arbitraging prices between markets, locations and time periods. The net of these exposures is monitored using market value-at-risk techniques as described in Note 19.

CONFIDENTIAL

BP-HZN-2179MDL07817024

## 26. Derivative financial instruments – continued

The following tables show further information on the fair value of derivatives and other financial instruments held for trading purposes.

Derivative assets held for trading have the following fair values and maturities.

| | | | | | | | $ million |
| | | | | | | | 2013 |
| | Less than 1 year | 1-2 years | 2-3 years | 3-4 years | 4-5 years | Over 5 years | Total |
|---|---|---|---|---|---|---|---|
| Currency derivatives | **143** | **–** | **21** | **–** | **–** | **28** | **192** |
| Oil price derivatives | **694** | **78** | **23** | **13** | **2** | **–** | **810** |
| Natural gas price derivatives | **1,034** | **526** | **334** | **192** | **154** | **600** | **2,840** |
| Power price derivatives | **528** | **202** | **81** | **22** | **8** | **30** | **871** |
| Other derivatives | **102** | **–** | **93** | **147** | **66** | **67** | **475** |
| | **2,501** | **806** | **552** | **374** | **230** | **725** | **5,188** |

| | | | | | | | $ million |
| | | | | | | | 2012 |
| | Less than 1 year | 1-2 years | 2-3 years | 3-4 years | 4-5 years | Over 5 years | Total |
|---|---|---|---|---|---|---|---|
| Currency derivatives | 169 | 6 | – | – | – | – | 175 |
| Oil price derivatives | 656 | 109 | 38 | 21 | 12 | 5 | 841 |
| Natural gas price derivatives | 1,532 | 711 | 418 | 259 | 144 | 472 | 3,536 |
| Power price derivatives | 327 | 188 | 114 | 62 | 19 | 9 | 719 |
| Other derivatives | 71 | – | – | – | – | – | 71 |
| | 2,755 | 1,014 | 570 | 342 | 175 | 486 | 5,342 |

At 31 December 2013 the group had contingent consideration receivable in respect of a business disposal. The sale agreement contained an embedded derivative – the whole agreement has, consequently, been designated at fair value through profit or loss and shown within other derivatives held for trading, and falls within level 3 of the fair value hierarchy. The valuation depends on refinery throughput and future margins. At 31 December 2012, other derivatives related to the anticipated transaction with Rosneft – see Cash flow hedges below for further information.

Derivative liabilities held for trading have the following fair values and maturities.

| | | | | | | | $ million |
| | | | | | | | 2013 |
| | Less than 1 year | 1-2 years | 2-3 years | 3-4 years | 4-5 years | Over 5 years | Total |
|---|---|---|---|---|---|---|---|
| Currency derivatives | **(111)** | **–** | **–** | **–** | **–** | **–** | **(111)** |
| Oil price derivatives | **(620)** | **(100)** | **(42)** | **(31)** | **(13)** | **–** | **(806)** |
| Natural gas price derivatives | **(778)** | **(319)** | **(157)** | **(110)** | **(102)** | **(563)** | **(2,029)** |
| Power price derivatives | **(400)** | **(99)** | **(48)** | **(13)** | **–** | **–** | **(560)** |
| | **(1,909)** | **(518)** | **(247)** | **(154)** | **(115)** | **(563)** | **(3,506)** |

| | | | | | | | $ million |
| | | | | | | | 2012 |
| | Less than 1 year | 1-2 years | 2-3 years | 3-4 years | 4-5 years | Over 5 years | Total |
|---|---|---|---|---|---|---|---|
| Currency derivatives | (189) | – | – | – | – | – | (189) |
| Oil price derivatives | (580) | (77) | (27) | (12) | (8) | (3) | (707) |
| Natural gas price derivatives | (1,199) | (440) | (241) | (135) | (78) | (403) | (2,496) |
| Power price derivatives | (341) | (133) | (59) | (21) | (10) | (25) | (589) |
| | (2,309) | (650) | (327) | (168) | (96) | (431) | (3,981) |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817025

## 26. Derivative financial instruments – continued

The following table shows the fair value of derivative assets and derivative liabilities held for trading, analysed by maturity period and by methodology of fair value estimation. This information is presented on a gross basis, that is, before netting by counterparty.

|  | | | | | | | $ million |
|  | | | | | | | 2013 |
|  | Less than 1 year | 1-2 years | 2-3 years | 3-4 years | 4-5 years | Over 5 years | Total |
|---|---|---|---|---|---|---|---|
| Fair value of derivative assets | | | | | | | |
| Level 1 | 100 | – | – | – | – | – | 100 |
| Level 2 | 3,118 | 981 | 399 | 83 | 20 | 30 | 4,631 |
| Level 3 | 389 | 183 | 252 | 291 | 210 | 695 | 2,020 |
|  | 3,607 | 1,164 | 651 | 374 | 230 | 725 | 6,751 |
| Less: netting by counterparty | (1,106) | (358) | (99) | – | – | – | (1,563) |
|  | 2,501 | 806 | 552 | 374 | 230 | 725 | 5,188 |
| Fair value of derivative liabilities | | | | | | | |
| Level 1 | (87) | – | – | – | – | – | (87) |
| Level 2 | (2,790) | (733) | (215) | (36) | (15) | (31) | (3,820) |
| Level 3 | (138) | (143) | (131) | (118) | (100) | (532) | (1,162) |
|  | (3,015) | (876) | (346) | (154) | (115) | (563) | (5,069) |
| Less: netting by counterparty | 1,106 | 358 | 99 | – | – | – | 1,563 |
|  | (1,909) | (518) | (247) | (154) | (115) | (563) | (3,506) |
| Net fair value | 592 | 288 | 305 | 220 | 115 | 162 | 1,682 |

|  | | | | | | | $ million |
|  | | | | | | | 2012 |
|  | Less than 1 year | 1-2 years | 2-3 years | 3-4 years | 4-5 years | Over 5 years | Total |
|---|---|---|---|---|---|---|---|
| Fair value of derivative assets | | | | | | | |
| Level 1 | 187 | 6 | – | – | – | – | 193 |
| Level 2 | 3,766 | 1,088 | 520 | 216 | 46 | 10 | 5,646 |
| Level 3 | 302 | 184 | 137 | 136 | 136 | 478 | 1,373 |
|  | 4,255 | 1,278 | 657 | 352 | 182 | 488 | 7,212 |
| Less: netting by counterparty | (1,500) | (264) | (87) | (10) | (7) | (2) | (1,870) |
|  | 2,755 | 1,014 | 570 | 342 | 175 | 486 | 5,342 |
| Fair value of derivative liabilities | | | | | | | |
| Level 1 | (189) | – | – | – | – | – | (189) |
| Level 2 | (3,476) | (810) | (315) | (78) | (19) | (28) | (4,726) |
| Level 3 | (144) | (104) | (99) | (100) | (84) | (405) | (936) |
|  | (3,809) | (914) | (414) | (178) | (103) | (433) | (5,851) |
| Less: netting by counterparty | 1,500 | 264 | 87 | 10 | 7 | 2 | 1,870 |
|  | (2,309) | (650) | (327) | (168) | (96) | (431) | (3,981) |
| Net fair value | 446 | 364 | 243 | 174 | 79 | 55 | 1,361 |

### Level 3 derivatives

The following table shows the changes during the year in the net fair value of derivatives held for trading purposes within level 3 of the fair value hierarchy.

|  | Oil price | Natural gas price | Power price | Other | $ million Total |
|---|---|---|---|---|---|
| Net fair value of contracts at 1 January 2013 | 105 | 304 | (43) | 71 | 437 |
| Gains (losses) recognized in the income statement | (47) | 62 | 81 | – | 96 |
| Purchases | 110 | 1 | – | – | 111 |
| New contracts | – | – | – | 475 | 475 |
| Settlements | (143) | (52) | 10 | (71) | (256) |
| Transfers out of level 3 | (43) | (1) | 36 | – | (8) |
| Exchange adjustments | – | (1) | 2 | – | 1 |
| Net fair value of contracts at 31 December 2013 | (18) | 313 | 86 | 475 | 856 |

CONFIDENTIAL

BP-HZN-2179MDL07817026

## 26. Derivative financial instruments – continued

| | Oil price | Natural gas price | Power price | Other | $ million Total |
|---|---|---|---|---|---|
| Net fair value of contracts at 1 January 2012 | 162 | 408 | 13 | – | 583 |
| Gains (losses) recognized in the income statement | 30 | 4 | (4) | – | 30 |
| New contracts | – | – | – | 71 | 71 |
| Settlements | (87) | (56) | – | – | (143) |
| Transfers into level 3 | – | (19) | – | – | (19) |
| Transfers out of level 3 | – | (33) | (51) | – | (84) |
| Exchange adjustments | – | – | (1) | – | (1) |
| Net fair value of contracts at 31 December 2012 | 105 | 304 | (43) | 71 | 437 |

US natural gas price derivatives are valued using observable market data for maturities up to 60 months in basis locations that trade at a premium or discount to the NYMEX Henry Hub price, and using internally developed price curves based on economic forecasts for periods beyond that time. At 31 December 2013, the US natural gas derivatives in level 3 of the fair value hierarchy had a net fair value of $351 million. Of this amount, $71 million (asset of $598 million and liability of $527 million) depends on level 3 inputs, with the remainder valued using level 2 inputs. The significant unobservable inputs for fair value measurements categorized within level 3 of the fair value hierarchy for the year ended 31 December 2013 are presented below.

| | Unobservable inputs | Range $/mmBtu | Weighted average $/mmBtu |
|---|---|---|---|
| Natural gas price contracts | Long-dated market price | 3.15-6.71 | 4.63 |

If the natural gas prices after 2018 were 10% higher (lower), this would result in a decrease (increase) in derivative assets of $82 million and decrease (increase) in derivative liabilities of $78 million, and a net decrease (increase) in profit before tax of $4 million.

### Derivative gains and losses
Gains and losses relating to derivative contracts are included within sales and other operating revenues and within purchases in the income statement depending upon the nature of the activity and type of contract involved. The contract types treated in this way include futures, options, swaps and certain forward sales and forward purchases contracts, and relate to both currency and commodity trading activities. Gains or losses arise on contracts entered into for risk management purposes, optimization activity and entrepreneurial trading. They also arise on certain contracts that are for normal procurement or sales activity for the group but that are required to be fair valued under accounting standards. Also included within sales and other operating revenues are gains and losses on inventory held for trading purposes. The total amount relating to all these items (excluding gains and losses on realized physical derivative contracts that have been reflected gross in the income statement within sales and purchases) was a gain of $587 million (2012 $411 million net loss and 2011 $216 million net gain[a]).

[a] The comparative amounts for 2012 and 2011 have been amended and now reflect only the margin on derivative contracts that have been reflected net within the income statement.

### Embedded derivatives
The group is a party to contracts containing embedded derivatives, the majority of which relate to certain natural gas contracts. Prior to the development of an active gas trading market, UK gas contracts were priced using a basket of available price indices, primarily relating to oil products, power and inflation. After the development of an active UK gas market, certain contracts were entered into or renegotiated using pricing formulae not directly related to gas prices, for example, oil product and power prices. In these circumstances, pricing formulae have been determined to be derivatives, embedded within the overall contractual arrangements that are not clearly and closely related to the underlying commodity. The resulting fair value relating to these contracts is recognized on the balance sheet with gains or losses recognized in the income statement.

Key information on the natural gas contracts is given below.

| At 31 December | 2013 | 2012 |
|---|---|---|
| Remaining contract terms | 1 year and 5 months to 4 years and 9 months | 2 years and 5 months to 5 years and 9 months |
| Contractual/notional amount | 153 million therms | 117 million therms |

The commodity price embedded derivatives relate to natural gas contracts and are categorized in levels 2 and 3 of the fair value hierarchy. The contracts in level 2 are valued using inputs that include price curves for each of the different products that are built up from active market pricing data. Where necessary, the price curves are extrapolated to the expiry of the contracts (the last of which is in 2018) using all available external pricing information; additionally, where limited data exists for certain products, prices are interpolated using historic and long-term pricing relationships. These valuations are categorized in level 3. Transfers from level 3 to level 2 occur when the valuation no longer depends significantly on extrapolated or interpolated data. Valuations use observable market data for maturities up to 36 months, and internally developed price curves based on economic forecasts for periods beyond that time.

The following table shows the changes during the year in the net fair value of embedded derivatives, within level 3 of the fair value hierarchy.

| | Commodity price 2013 | $ million Commodity price 2012 |
|---|---|---|
| Net fair value of contracts at 1 January | (1,112) | (1,417) |
| Settlements | 316 | 375 |
| Gains (losses) recognized in the income statement | 142 | (6) |
| Transfers out of level 3 | 258 | – |
| Exchange adjustments | 17 | (64) |
| Net fair value of contracts at 31 December | (379) | (1,112) |

CONFIDENTIAL

BP-HZN-2179MDL07817027

Financial statements

**26.** Derivative financial instruments – continued

The fair value gain (loss) on embedded derivatives is shown below.

| | 2013 | 2012 | 2011 |
|---|---|---|---|
| | | | $ million |
| Commodity price embedded derivatives | **459** | 347 | 190 |
| Other embedded derivatives | **–** | – | (122) |
| Fair value gain (loss) | **459** | 347 | 68 |

**Cash flow hedges**

At 31 December 2013, the group held currency forwards and futures contracts and cylinders that were being used to hedge the foreign currency risk of highly probable forecast transactions. Note 19 outlines the management of risk aspects for currency risk. For cash flow hedges the group only claims hedge accounting for the intrinsic value on the currency with any fair value attributable to time value taken immediately to the income statement. The pre-tax amount reclassified from equity and recognized in the income statement in production and manufacturing expenses was a loss of $4 million (2012 $62 million loss and 2011 $195 million gain). The amount reclassified from equity and recognized in the carrying amount of non-financial assets was a loss of $17 million (2012 $19 million loss and 2011 $13 million gain). The amounts remaining in equity at 31 December 2013 in relation to these cash flow hedges consist of deferred gains of $85 million maturing in 2014, deferred losses of $23 million maturing in 2015 and deferred gains of $10 million maturing in 2016 and beyond.

At 31 December 2012, BP had entered into three agreements to sell its 50% interest in TNK-BP and acquire 18.5% of Rosneft, as described in Note 6. During the period from signing until completion on 21 March 2013, these agreements represented derivative financial instruments that were required to be measured at fair value. BP designated two of the agreements, for the acquisition of a 5.66% shareholding in Rosneft from Rosneftegaz, and for the acquisition of a 9.80% shareholding from Rosneft, as hedging instruments in a cash flow hedge, and so changes in the fair values of these agreements were recognized in other comprehensive income. The third agreement, under which BP sold its 50% interest in TNK-BP in exchange for cash and a 3.04% shareholding in Rosneft, was also a derivative financial instrument, but its fair value could not be reliably measured. An asset of $1,410 million related to these agreements was recognized on the balance sheet at 31 December 2012, of which $1,339 million related to the fair value of the cash flow hedge derivatives. The derivatives measured at fair value at 31 December 2012 were categorized in level 3 of the fair value hierarchy using inputs that included the quoted Rosneft share price. During 2013, a charge of $2,061 million was recognized in other comprehensive income in relation to these agreements and $4 million was recognized in the income statement. The resulting cumulative charge of $651 million recognized in other comprehensive income would only be recognized in the income statement if the investment in Rosneft were either sold or impaired. The cash flow hedge derivatives were valued using the quoted Rosneft share price at the time the deal completed, of $7.60 per share.

**Fair value hedges**

At 31 December 2013, the group held interest rate and cross-currency interest rate swap contracts as fair value hedges of the interest rate risk on fixed rate debt issued by the group. The effectiveness of each hedge relationship is quantitatively assessed and demonstrated to continue to be highly effective. The loss on the hedging derivative instruments recognized in the income statement in 2013 was $1,240 million (2012 $536 million gain and 2011 $328 million gain) offset by a gain on the fair value of the finance debt of $1,228 million (2012 $537 million loss and 2011 $327 million loss).

The interest rate and cross-currency interest rate swaps mature within one to 10 years, with an average maturity of four to five years (2012 four to five years) and are used to convert sterling, euro, Swiss franc, Australian dollar, Canadian dollar and Hong Kong dollar denominated borrowings primarily into US dollar floating rate debt. Note 19 outlines the group's approach to interest rate and currency risk management.

**27.** Finance debt

| | | 2013 | | | | 2012 |
|---|---|---|---|---|---|---|
| | | | | | | $ million |
| | Current | Non-current | Total | Current | Non-current | Total |
| Borrowings | **7,340** | **40,317** | **47,657** | 9,372 | 38,412 | 47,784 |
| Net obligations under finance leases | **41** | **494** | **535** | 29 | 355 | 384 |
| | **7,381** | **40,811** | **48,192** | 9,401 | 38,767 | 48,168 |
| Disposal deposits | **–** | **–** | **–** | 632 | – | 632 |
| | **7,381** | **40,811** | **48,192** | 10,033 | 38,767 | 48,800 |

The main elements of current borrowings are the current portion of long-term borrowings that are due to be repaid in the next 12 months of $6,230 million (2012 $6,240 million) and issued commercial paper of $1,050 million (2012 $3,028 million). Finance debt does not include accrued interest, which is reported within other payables.

Deposits for disposal transactions of $632 million were included in current finance debt at 31 December 2012. This unsecured debt was extinguished on completion of the transactions in 2013. There were no deposits for disposal transactions included within finance debt at 31 December 2013.

At 31 December 2013, $141 million (2012 $142 million) of finance debt was secured by the pledging of assets. The remainder of finance debt was unsecured.

CONFIDENTIAL

BP-HZN-2179MDL07817028

## 27. Finance debt – continued

The following table shows, by major currency, the group's finance debt at 31 December and the weighted average interest rates achieved at those dates through a combination of borrowings and derivative financial instruments entered into to manage interest rate and currency exposures. The disposal deposits noted above are excluded from this analysis.

| | | Fixed rate debt | | Floating rate debt | | Total |
|---|---|---|---|---|---|---|
| | Weighted average interest rate % | Weighted average time for which rate is fixed Years | Amount $ million | Weighted average interest rate % | Amount $ million | Amount $ million |
| | | | | | | **2013** |
| US dollar | **3** | **4** | **16,405** | **1** | **29,740** | **46,145** |
| Euro | **5** | **30** | **157** | **2** | **1,396** | **1,553** |
| Other currencies | **4** | **7** | **454** | **2** | **40** | **494** |
| | | | **17,016** | | **31,176** | **48,192** |
| | | | | | | 2012 |
| US dollar | 3 | 4 | 16,744 | 1 | 26,208 | 42,952 |
| Euro | 5 | 2 | 20 | 1 | 4,854 | 4,874 |
| Other currencies | 4 | 11 | 255 | 3 | 87 | 342 |
| | | | 17,019 | | 31,149 | 48,168 |

The euro debt not swapped to US dollar is naturally hedged with respect to the foreign currency risk by holding equivalent euro cash and cash equivalent amounts.

**Fair values**

The estimated fair value of finance debt is shown in the table below together with the carrying amount as reflected in the balance sheet.

Long-term borrowings in the table below include the portion of debt that matures in the 12 months from 31 December 2013, whereas in the balance sheet the amount is reported within current finance debt. The disposal deposits noted above are excluded from this analysis.

The carrying amount of the group's short-term borrowings, comprising mainly commercial paper, approximates their fair value. The fair values of the group's long-term borrowings are principally determined using quoted prices in active markets (and so fall within level 1 of the fair value hierarchy) or, where quoted prices are not available, quoted prices for similar instruments in active markets. The fair value of the group's finance lease obligations is estimated using discounted cash flow analyses based on the group's current incremental borrowing rates for similar types and maturities of borrowing.

| | | | | $ million |
|---|---|---|---|---|
| | | 2013 | | 2012 |
| | Fair value | Carrying amount | Fair value | Carrying amount |
| Short-term borrowings | **1,110** | **1,110** | 3,131 | 3,131 |
| Long-term borrowings | **47,398** | **46,547** | 45,969 | 44,653 |
| Net obligations under finance leases | **654** | **535** | 520 | 384 |
| Total finance debt | **49,162** | **48,192** | 49,620 | 48,168 |

## 28. Capital disclosures and analysis of changes in net debt

The group defines capital as total equity. The group's approach to managing capital is set out in its financial framework which BP continues to refine to support the pursuit of value growth for shareholders, whilst maintaining a secure financial base. We intend to maintain a net debt ratio within the 10-20% gearing range, and continue to hold a significant liquidity buffer while uncertainties remain.

The group monitors capital on the basis of the net debt ratio, that is, the ratio of net debt to net debt plus equity. Net debt is calculated as gross finance debt, as shown in the balance sheet, plus the fair value of associated derivative financial instruments that are used to hedge foreign exchange and interest rate risks relating to finance debt, for which hedge accounting is applied, less cash and cash equivalents. Net debt and net debt ratio are non-GAAP measures. BP believes these measures provide useful information to investors. Net debt enables investors to see the economic effect of gross debt, related hedges and cash and cash equivalents in total. The net debt ratio enables investors to see how significant net debt is relative to equity from shareholders. The derivatives are reported on the balance sheet within the headings 'Derivative financial instruments'. All components of equity are included in the denominator of the calculation. At 31 December 2013, the net debt ratio was 16.2% (2012 18.7%).

During 2013, the company repurchased 753 million shares for a total amount of $5.5 billion, including fees and stamp duty, as part of its share buyback programme announced on 22 March 2013. During 2012, the company did not repurchase any of its own shares, other than as needed to satisfy the requirements of certain employee share-based payment plans.

| | | $ million |
|---|---|---|
| At 31 December | 2013 | 2012 |
| Gross debt | **48,192** | 48,800 |
| Fair value (asset) liability of hedges related to finance debt | **(477)** | (1,700) |
| | **47,715** | 47,100 |
| Less: cash and cash equivalents | **22,520** | 19,635 |
| Net debt | **25,195** | 27,465 |
| Equity | **130,407** | 119,752 |
| Net debt ratio | **16.2%** | 18.7% |

CONFIDENTIAL

BP-HZN-2179MDL07817029

## 28. Capital disclosures and analysis of changes in net debt – continued

An analysis of changes in net debt is provided below.

| | | 2013 | | | 2012 | |
|---|---|---|---|---|---|---|
| | | Cash and cash | | Finance | Cash and cash | |
| Movement in net debt | Finance debt[a] | equivalents | Net debt | debt[a] | equivalents | Net debt |
| At 1 January | (47,100) | 19,635 | (27,465) | (43,075) | 14,177 | (28,898) |
| Exchange adjustments | (219) | 40 | (179) | (75) | 64 | (11) |
| Net cash flow | (836) | 2,845 | 2,009 | (3,244) | 5,394 | 2,150 |
| Movement in finance debt relating to investing activities[b] | 632 | – | 632 | (602) | – | (602) |
| Other movements | (192) | – | (192) | (104) | – | (104) |
| At 31 December | (47,715) | 22,520 | (25,195) | (47,100) | 19,635 | (27,465) |

[a] Including the fair value of associated derivative financial instruments.
[b] See Note 27 for further information.

## 29. Provisions

| | | | | | | | $ million |
|---|---|---|---|---|---|---|---|
| | Decommissioning | Environmental | Spill response | Litigation and claims | Clean Water Act penalties | Other | Total |
| At 1 January 2013 | 17,374 | 3,631 | 345 | 10,251 | 3,510 | 2,872 | 37,983 |
| Exchange adjustments | (37) | (7) | – | 5 | – | 14 | (25) |
| New or increased provisions | 2,092 | 472 | (66) | 2,466 | – | 464 | 5,428 |
| Derecognition of provisions for items that cannot be reliably estimated | – | – | – | (379) | – | – | (379) |
| Write-back of unused provisions | (2) | (52) | – | (38) | – | (210) | (302) |
| Transfer between categories of provision | – | 47 | (47) | – | – | – | – |
| Unwinding of discount | 110 | 11 | – | 10 | – | 16 | 147 |
| Change in discount rate | (1,602) | (41) | – | (20) | – | (13) | (1,676) |
| Utilization | (500) | (695) | (143) | (3,451) | – | (230) | (5,019) |
| Reclassified to other payables | – | – | – | (3,933) | – | – | (3,933) |
| Deletions | (230) | (1) | – | – | – | – | (264) |
| At 31 December 2013 | 17,205 | 3,365 | 89 | 4,911 | 3,510 | 2,880 | 31,960 |
| Of which – current | 866 | 769 | 84 | 2,725 | – | 601 | 5,045 |
| – non-current | 16,339 | 2,596 | 5 | 2,186 | 3,510 | 2,279 | 26,915 |
| Of which – Gulf of Mexico oil spill | – | 1,590 | 89 | 4,157 | 3,510 | – | 9,346 |

Further information on the financial impacts of the Gulf of Mexico oil spill is provided in Note 2.

The group makes full provision for the future cost of decommissioning oil and natural gas wells, facilities and related pipelines on a discounted basis upon installation. The provision for the costs of decommissioning these wells, production facilities and pipelines at the end of their economic lives has been estimated using existing technology, at current prices or future assumptions, depending on the expected timing of the activity, and discounted using a real discount rate of 1% (2012 0.5%). The amount provided in the year for new or increased decommissioning provisions was $2,092 million (2012 $3,766 million). The weighted average period over which these costs are generally expected to be incurred is estimated to be approximately 20 years. While the provision is based on the best estimate of future costs and the economic lives of the facilities and pipelines, there is uncertainty regarding both the amount and timing of these costs.

Provisions for environmental remediation are made when a clean-up is probable and the amount of the obligation can be estimated reliably. Generally, this coincides with commitment to a formal plan of action or, if earlier, on divestment or on closure of inactive sites. The provision for environmental liabilities has been estimated using existing technology, at current prices and discounted using a real discount rate of 1% (2012 0.5%). The weighted average period over which these costs are generally expected to be incurred is estimated to be approximately five years. The extent and cost of future remediation programmes are inherently difficult to estimate; they depend on the scale of any possible contamination, the timing and extent of corrective actions, and also the group's share of the liability.

The litigation category includes provisions for matters related to, for example, commercial disputes, product liability, and allegations of exposures of third parties to toxic substances. Included within the other category at 31 December 2013 are provisions for deferred employee compensation of $602 million (2012 $618 million). These provisions are discounted using either a nominal discount rate of 3.25% (2012 2.5%) or a real discount rate of 1% (2012 0.5%), as appropriate.

## 30. Pensions and other post-retirement benefits

Most group companies have pension plans, the forms and benefits of which vary with conditions and practices in the countries concerned. Pension benefits may be provided through defined contribution plans (money purchase schemes) or defined benefit plans (final salary and other types of schemes with committed pension payments). For defined contribution plans, retirement benefits are determined by the value of funds arising from contributions paid in respect of each employee. For defined benefit plans, retirement benefits are based on such factors as the employees' pensionable salary and length of service. Defined benefit plans may be funded or unfunded. The assets of funded plans are generally held in separately administered trusts.

In particular, the primary pension arrangement in the UK is a funded final salary pension plan under which retired employees draw the majority of their benefit as an annuity. This pension plan is governed by a trustee board composed of four member-nominated and four company-nominated representatives, an independent chairman, an independent director and a chief executive officer appointed by the chairman. The trustee board is required by law to act in the best interests of the plan participants and is responsible for setting certain policies, such as investment policies of the plan.

CONFIDENTIAL

BP-HZN-2179MDL07817030

**30.** Pensions and other post-retirement benefits – continued

The UK plan is closed to new joiners but remains open to ongoing accrual for current members. New joiners in the UK are eligible for membership of a defined contribution plan.

In the US, a range of retirement arrangements is provided. This includes a funded final salary pension plan for certain heritage employees and a cash balance arrangement for new joiners. Retired US employees typically take their pension benefit in the form of a lump sum payment. The plan's assets are overseen by a fiduciary investment committee composed of seven company employees appointed by the appointing officer, who is the president of BP Corporation North America Inc. The investment committee is required by law to act in the best interests of the plan participants and is responsible for setting certain policies, such as the investment policies, of the plan. US employees are also eligible to participate in a defined contribution (401k) plan in which employee contributions are matched with company contributions.

The level of contributions to funded defined benefit plans is the amount needed to provide adequate funds to meet pension obligations as they fall due. During 2013, contributions of $597 million (2012 $884 million and 2011 $429 million) and $386 million (2012 $153 million and 2011 $777 million) were made to the UK plan and US plans respectively. In addition, contributions of $289 million (2012 $238 million and 2011 $223 million) were made to other funded defined benefit plans. The aggregate level of contributions in 2014 is expected to be approximately $1,250 million, and includes contributions in all countries that we expect to be required to make by law or under contractual agreements as well as an allowance for discretionary funding.

For the primary UK plan there is an agreement between the group and the trustee under which contributions are determined annually based on the funding level of the plan. Under this agreement a proportion of any deficit and the service cost is funded in the following year. Contributions in the US are determined by legislation and are supplemented by discretionary contributions.

Certain group companies, principally in the US, provide post-retirement healthcare and life insurance benefits to retired employees and their dependants. The entitlement to these benefits is usually based on the employee remaining in service until retirement age and completion of a minimum period of service.

The obligation and cost of providing pensions and other post-retirement benefits is assessed annually using the projected unit credit method. The date of the most recent actuarial review was 31 December 2013. The group's principal plans are subject to a formal actuarial valuation every three years in the UK, with valuations being required more frequently in many other countries. The most recent formal actuarial valuation of the UK pension plans was as at 31 December 2011.

The material financial assumptions used to estimate the benefit obligations of the various plans are set out below. The assumptions are reviewed by management at the end of each year, and are used to evaluate accrued pension and other post-retirement benefits at 31 December and pension expense for the following year.

| | | | | | | | | | % |
|---|---|---|---|---|---|---|---|---|---|
| Financial assumptions used to determine benefit obligation | | UK | | | US | | | Other | |
| | 2013 | 2012 | 2011 | 2013 | 2012 | 2011 | 2013 | 2012 | 2011 |
| Discount rate for pension plan liabilities | **4.6** | 4.4 | 4.8 | **4.3** | 3.2 | 4.3 | **3.9** | 3.6 | 4.7 |
| Discount rate for other post-retirement benefit plan liabilities | **n/a** | n/a | n/a | **4.5** | 3.7 | 4.5 | **n/a** | n/a | n/a |
| Rate of increase in salaries | **5.1** | 4.9 | 5.1 | **3.9** | 4.2 | 3.7 | **3.7** | 3.7 | 3.7 |
| Rate of increase for pensions in payment | **3.3** | 3.1 | 3.2 | **–** | – | – | **1.7** | 1.7 | 1.7 |
| Rate of increase in deferred pensions | **3.3** | 3.1 | 3.2 | **–** | – | – | **1.3** | 1.2 | 1.2 |
| Inflation for pension plan liabilities | **3.3** | 3.1 | 3.2 | **2.1** | 2.4 | 1.9 | **2.2** | 2.2 | 2.2 |

| Financial assumptions used to determine benefit expense | | UK | | | US | | | Other | |
|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2012 | 2011 | 2013 | 2012 | 2011 | 2013 | 2012 | 2011 |
| Discount rate for pension plan service cost | **4.4** | 4.8 | 5.5 | **3.2** | 4.3 | 4.7 | **3.6** | 4.7 | 5.3 |
| Discount rate for pension plan other finance expense | **4.4** | 4.8 | 5.5 | **3.2** | 4.3 | 4.7 | **3.6** | 4.7 | 5.3 |
| Discount rate for other post-retirement benefit plan service cost | **n/a** | n/a | n/a | **3.7** | 4.5 | 5.3 | **n/a** | n/a | n/a |
| Inflation for pension plan service cost | **3.1** | 3.2 | 3.5 | **2.4** | 1.9 | 2.3 | **2.2** | 2.2 | 2.3 |

Our discount rate assumptions are based on third-party AA corporate bond indices and for our largest plans in the UK, US and Germany we use yields that reflect the maturity profile of the expected benefit payments. The inflation rate assumptions for our UK and US plans are based on the difference between the yields on index-linked and fixed-interest long-term government bonds. In other countries we use either this approach, or the central bank inflation target, or advice from the local actuary depending on the information that is available to us. The inflation assumptions are used to determine the rate of increase for pensions in payment and the rate of increase in deferred pensions where there is such an increase.

Our assumptions for the rate of increase in salaries are based on our inflation assumption plus an allowance for expected long-term real salary growth. These include allowance for promotion-related salary growth, of between 0.3% and 1.0% depending on country.

In addition to the financial assumptions, we regularly review the demographic and mortality assumptions. The mortality assumptions reflect best practice in the countries in which we provide pensions, and have been chosen with regard to the latest available published tables adjusted where appropriate to reflect the experience of the group and an extrapolation of past longevity improvements into the future. BP's most substantial pension liabilities are in the UK, the US and Germany where our mortality assumptions are as follows:

| | | | | | | | | | Years |
|---|---|---|---|---|---|---|---|---|---|
| Mortality assumptions | | UK | | | US | | | Germany[a] | |
| | 2013 | 2012 | 2011 | 2013 | 2012 | 2011 | 2013 | 2012 | 2011 |
| Life expectancy at age 60 for a male currently aged 60 | **27.8** | 27.7 | 27.6 | **24.9** | 24.9 | 24.8 | **23.3** | 23.1 | 23.0 |
| Life expectancy at age 60 for a male currently aged 40 | **30.7** | 30.6 | 30.5 | **26.4** | 26.3 | 26.3 | **26.1** | 26.0 | 25.8 |
| Life expectancy at age 60 for a female currently aged 60 | **29.5** | 29.4 | 29.3 | **26.5** | 26.4 | 26.4 | **27.8** | 27.7 | 27.5 |
| Life expectancy at age 60 for a female currently aged 40 | **32.2** | 32.1 | 32.0 | **27.3** | 27.3 | 27.3 | **30.5** | 30.3 | 30.2 |

[a] Minor amendments have been made to comparative amounts.

Financial statements

BP-HZN-2179MDL07817031

**30. Pensions and other post-retirement benefits – continued**

Our assumption for future US healthcare cost trend rate for the first year after the reporting date reflects the rate of actual cost increases seen in recent years. The ultimate trend rate reflects our long-term expectations of the level at which cost inflation will stabilize based on past healthcare cost inflation seen over a longer period of time. The assumed future US healthcare cost trend rate assumptions are as follows:

| | | | % |
|---|---|---|---|
| | **2013** | 2012 | 2011 |
| First year's US healthcare cost trend rate | **7.3** | 7.3 | 7.6 |
| Ultimate US healthcare cost trend rate | **5.0** | 5.0 | 5.0 |
| Year in which ultimate trend rate is reached | **2021** | 2020 | 2020 |

Pension plan assets are generally held in trusts. The primary objective of the trusts is to accumulate pools of assets sufficient to meet the obligations of the various plans. The assets of the trusts are invested in a manner consistent with fiduciary obligations and principles that reflect current practices in portfolio management.

A significant proportion of the assets are held in equities, owing to a higher expected level of return over the long term with an acceptable level of risk. In order to provide reasonable assurance that no single security or type of security has an unwarranted impact on the total portfolio, the investment portfolios are highly diversified.

The current long-term asset allocation policy for the major plans is as follows:

| | | | % |
|---|---|---|---|
| Asset category | UK | US | Other |
| Total equity | **70** | **60** | **17-65** |
| Bonds/cash | **23** | **40** | **25-78** |
| Property/real estate | **7** | **–** | **0-10** |

The group's main pension plans do not invest directly in either securities or property/real estate of the company or of any subsidiary. Some of the group's pension plans use derivative financial instruments as part of their asset mix to manage the level of risk.

For the primary UK pension plan there is an agreement with the trustee to reduce the proportion of plan assets held as equities and increase the proportion held as bonds at certain market trigger points, over time, with a view to better matching the pension liabilities. During 2013 the first trigger point was reached. There is a similar agreement in place in the US where trigger points were reached in 2011 and 2013.

BP's main plans in the UK and US do not currently follow a liability driven investment ('LDI') approach, a form of investing designed to match the movement in pension plan assets with the movement in projected benefit obligations over time.

CONFIDENTIAL

BP-HZN-2179MDL07817032

**30.** Pensions and other post-retirement benefits – continued

The fair values of the various categories of assets held by the defined benefit plans at 31 December are presented in the table below, including the effects of derivative financial instruments. Movements in the fair value of plan assets during the year are shown in detail in the table on page 182.

$ million

| | UK pension plans[a] | US pension plans[b] | US other post-retirement benefit plans | Other plans | Total |
|---|---|---|---|---|---|
| Fair value of pension plan assets | | | | | |
| At 31 December 2013 | | | | | |
| Listed equities – developed markets | **17,341** | **3,260** | **–** | **913** | **21,514** |
| – emerging markets | **2,290** | **308** | **–** | **84** | **2,682** |
| Private equity | **2,907** | **1,432** | **–** | **6** | **4,345** |
| Government issued nominal bonds | **549** | **1,259** | **–** | **1,258** | **3,066** |
| Index-linked bonds | **787** | **–** | **–** | **69** | **856** |
| Corporate bonds | **4,427** | **1,323** | **–** | **982** | **6,732** |
| Property | **2,200** | **6** | **–** | **134** | **2,340** |
| Cash | **855** | **135** | **–** | **278** | **1,268** |
| Other | **160** | **55** | **–** | **113** | **328** |
| | **31,516** | **7,778** | **–** | **3,837** | **43,131** |
| At 31 December 2012 | | | | | |
| Listed equities – developed markets | 15,659 | 3,622 | – | 844 | 20,125 |
| – emerging markets | 1,074 | 341 | – | 89 | 1,504 |
| Private equity | 2,879 | 1,468 | – | 7 | 4,354 |
| Government issued nominal bonds | 544 | 904 | – | 1,042 | 2,490 |
| Index-linked bonds | 491 | – | – | 78 | 569 |
| Corporate bonds | 3,850 | 1,255 | – | 766 | 5,871 |
| Property | 1,783 | 5 | – | 139 | 1,927 |
| Cash | 1,000 | 86 | 1 | 321 | 1,408 |
| Other | 66 | 105 | – | 247 | 418 |
| | 27,346 | 7,786 | 1 | 3,533 | 38,666 |
| At 31 December 2011 | | | | | |
| Listed equities – developed markets | 13,622 | 3,328 | – | 754 | 17,704 |
| – emerging markets | 890 | 299 | – | 69 | 1,258 |
| Private equity | 2,690 | 1,407 | – | 8 | 4,105 |
| Government issued nominal bonds | 513 | 733 | – | 993 | 2,239 |
| Index-linked bonds | 390 | – | – | 123 | 513 |
| Corporate bonds | 3,238 | 1,289 | – | 724 | 5,251 |
| Property | 1,710 | 4 | – | 117 | 1,831 |
| Cash | 470 | 88 | 4 | 326 | 888 |
| Other | 64 | 56 | – | 172 | 292 |
| | 23,587 | 7,204 | 4 | 3,286 | 34,081 |

[a] Bonds held by the UK pension fund are typically denominated in sterling. Property held by the UK pension fund is in the United Kingdom.
[b] Bonds held by the US pension fund are typically denominated in US dollars.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817033

**30.** Pensions and other post-retirement benefits – continued

$ million

| | | | | | 2013 |
|---|---|---|---|---|---|
| | UK pension plans | US pension plans | US other post-retirement benefit plans | Other plans | Total |
| *Analysis of the amount charged to profit before interest and taxation* | | | | | |
| Current service cost[a] | 497 | 358 | 49 | 177 | 1,081 |
| Past service cost[b] | (22) | (49) | – | 27 | (44) |
| Settlement | – | – | – | (1) | (1) |
| Operating charge relating to defined benefit plans | 475 | 309 | 49 | 203 | 1,036 |
| Payments to defined contribution plans | 24 | 223 | – | 53 | 300 |
| Total operating charge | 499 | 532 | 49 | 256 | 1,336 |
| Interest income on plan assets | (1,139) | (240) | – | (130) | (1,509) |
| Interest on plan liabilities | 1,221 | 305 | 101 | 362 | 1,989 |
| Other finance expense | 82 | 65 | 101 | 232 | 480 |
| *Analysis of the amount recognized in other comprehensive income* | | | | | |
| Actual asset return less interest income on plan assets[a] | 2,671 | 730 | – | 114 | 3,515 |
| Change in financial assumptions underlying the present value of the plan liabilities | 60 | 1,054 | 106 | 283 | 1,503 |
| Change in demographic assumptions underlying the present value of the plan liabilities | – | 14 | – | (65) | (51) |
| Experience gains and losses arising on the plan liabilities | 41 | (205) | (44) | 5 | (203) |
| Remeasurements recognized in other comprehensive income | 2,772 | 1,593 | 62 | 337 | 4,764 |
| *Movements in benefit obligation during the year* | | | | | |
| Benefit obligation at 1 January | 29,259 | 10,029 | 2,845 | 10,148 | 52,281 |
| Exchange adjustments | 705 | – | – | 132 | 837 |
| Operating charge relating to defined benefit plans | 475 | 309 | 49 | 203 | 1,036 |
| Interest cost | 1,221 | 305 | 101 | 362 | 1,989 |
| Contributions by plan participants[c] | 37 | – | – | 13 | 50 |
| Benefit payments (funded plans)[d] | (1,087) | (1,364) | (1) | (192) | (2,644) |
| Benefit payments (unfunded plans)[d] | (4) | (52) | (233) | (395) | (684) |
| Disposals | (9) | – | (61) | (13) | (83) |
| Remeasurements | (101) | (863) | (62) | (223) | (1,249) |
| Benefit obligation at 31 December[a] [e] | 30,496 | 8,364 | 2,638 | 10,035 | 51,533 |
| *Movements in fair value of plan assets during the year* | | | | | |
| Fair value of plan assets at 1 January | 27,346 | 7,786 | 1 | 3,533 | 38,666 |
| Exchange adjustments | 822 | – | – | (37) | 785 |
| Interest income on plan assets[a] | 1,139 | 240 | – | 130 | 1,509 |
| Contributions by plan participants[c] | 37 | – | – | 13 | 50 |
| Contributions by employers (funded plans) | 597 | 386 | – | 289 | 1,272 |
| Benefit payments (funded plans)[d] | (1,087) | (1,364) | (1) | (192) | (2,644) |
| Disposals | (9) | – | – | (13) | (22) |
| Remeasurements[f] | 2,671 | 730 | – | 114 | 3,515 |
| Fair value of plan assets at 31 December | 31,516 | 7,778 | – | 3,837 | 43,131 |
| Surplus (deficit) at 31 December | 1,020 | (586) | (2,638) | (6,198) | (8,402) |
| Represented by | | | | | |
| Asset recognized | 1,291 | 6 | – | 79 | 1,376 |
| Liability recognized | (271) | (592) | (2,638) | (6,277) | (9,778) |
| | 1,020 | (586) | (2,638) | (6,198) | (8,402) |
| The surplus (deficit) may be analysed between funded and unfunded plans as follows | | | | | |
| Funded | 1,285 | (5) | – | (320) | 960 |
| Unfunded | (265) | (581) | (2,638) | (5,878) | (9,362) |
| | 1,020 | (586) | (2,638) | (6,198) | (8,402) |
| The defined benefit obligation may be analysed between funded and unfunded plans as follows | | | | | |
| Funded | (30,231) | (7,783) | – | (4,157) | (42,171) |
| Unfunded | (265) | (581) | (2,638) | (5,878) | (9,362) |
| | (30,496) | (8,364) | (2,638) | (10,035) | (51,533) |

[a] The costs of managing the plan's investments are treated as being part of the return on plan assets, the costs of administering our pension plan benefits are generally included in current service cost and the costs of administering our other post-retirement benefit plans are included in the benefit obligation.

[b] Past service costs include a credit of $73 million as the result of a curtailment in the pension arrangements of a number of employees in the UK and US following divestment transactions. A charge of $29 million for special termination benefits represents the increased liability arising as a result of early retirements occurring as part of restructuring programmes.

[c] Most of the contributions made by plan participants into UK pension plans were made under salary sacrifice.

[d] The benefit payments amount shown above comprises $3,269 million benefits plus $59 million of plan expenses incurred in the administration of the benefit.

[e] The benefit obligation for other plans includes $4,874 million for the German plan, which is largely unfunded.

[f] The actual return on plan assets is made up of the sum of the interest income on plan assets and the remeasurment of plan assets as disclosed above

CONFIDENTIAL

BP-HZN-2179MDL07817034

## 30. Pensions and other post-retirement benefits – continued

$ million
2012

| | UK pension plans | US pension plans | US other post retirement benefit plans | Other plans | Total |
|---|---|---|---|---|---|
| Analysis of the amount charged to profit before interest and taxation | | | | | |
| Current service cost[a] | 477 | 328 | 51 | 151 | 1,007 |
| Past service cost[b] | (1) | 20 | – | 82 | 101 |
| Settlement | – | – | – | 1 | 1 |
| Operating charge relating to defined benefit plans | 476 | 348 | 51 | 234 | 1,109 |
| Payments to defined contribution plans | 14 | 223 | – | 44 | 281 |
| Total operating charge | 490 | 571 | 51 | 278 | 1,390 |
| Interest income on plan assets | (1,146) | (304) | – | (154) | (1,604) |
| Interest on plan liabilities | 1,249 | 382 | 134 | 405 | 2,170 |
| Other finance expense | 103 | 78 | 134 | 251 | 566 |
| Analysis of the amount recognized in other comprehensive income | | | | | |
| Actual asset return less interest income on plan assets[a] | 1,523 | 718 | – | 173 | 2,414 |
| Change in financial assumptions underlying the present value of the plan liabilities | (1,446) | (1,427) | 187 | (1,093) | (3,779) |
| Change in demographic assumptions underlying the present value of the plan liabilities | – | – | 52 | (37) | 15 |
| Experience gains and losses arising on the plan liabilities | (116) | 68 | (48) | (126) | (222) |
| Remeasurements recognized in other comprehensive income | (39) | (641) | 191 | (1,083) | (1,572) |
| Movements in benefit obligation during the year | | | | | |
| Benefit obligation at 1 January | 25,675 | 8,617 | 3,061 | 8,801 | 46,154 |
| Exchange adjustments | 1,313 | – | – | 254 | 1,567 |
| Operating charge relating to defined benefit plans | 476 | 348 | 51 | 234 | 1,109 |
| Interest cost | 1,249 | 382 | 134 | 405 | 2,170 |
| Contributions by plan participants[c] | 39 | – | – | 14 | 53 |
| Benefit payments (funded plans)[d] | (1,038) | (593) | (3) | (230) | (1,864) |
| Benefit payments (unfunded plans)[d] | (7) | (84) | (207) | (394) | (692) |
| Disposals | (10) | – | – | (192) | (202) |
| Remeasurements | 1,562 | 1,359 | (191) | 1,256 | 3,986 |
| Benefit obligation at 31 December[a] [e] | 29,259 | 10,029 | 2,845 | 10,148 | 52,281 |
| Movements in fair value of plan assets during the year | | | | | |
| Fair value of plan assets at 1 January | 23,587 | 7,204 | 4 | 3,286 | 34,081 |
| Exchange adjustments | 1,215 | – | – | 88 | 1,303 |
| Interest income on plan assets[a] | 1,146 | 304 | – | 154 | 1,604 |
| Contributions by plan participants[c] | 39 | – | – | 14 | 53 |
| Contributions by employers (funded plans) | 884 | 153 | – | 238 | 1,275 |
| Benefit payments (funded plans)[d] | (1,038) | (593) | (3) | (230) | (1,864) |
| Disposals | (10) | – | – | (190) | (200) |
| Remeasurements[f] | 1,523 | 718 | – | 173 | 2,414 |
| Fair value of plan assets at 31 December | 27,346 | 7,786 | 1 | 3,533 | 38,666 |
| Deficit at 31 December | (1,913) | (2,243) | (2,844) | (6,615) | (13,615) |
| Represented by | | | | | |
| Asset recognized | – | – | – | 12 | 12 |
| Liability recognized | (1,913) | (2,243) | (2,844) | (6,627) | (13,627) |
| | (1,913) | (2,243) | (2,844) | (6,615) | (13,615) |
| The surplus (deficit) may be analysed between funded and unfunded plans as follows | | | | | |
| Funded | (1,688) | (1,599) | (43) | (539) | (3,869) |
| Unfunded | (225) | (644) | (2,801) | (6,076) | (9,746) |
| | (1,913) | (2,243) | (2,844) | (6,615) | (13,615) |
| The defined benefit obligation may be analysed between funded and unfunded plans as follows | | | | | |
| Funded | (29,034) | (9,385) | (44) | (4,072) | (42,535) |
| Unfunded | (225) | (644) | (2,801) | (6,076) | (9,746) |
| | (29,259) | (10,029) | (2,845) | (10,148) | (52,281) |

[a] The costs of managing the plan's investments are treated as being part of the return on plan assets, the costs of administering our pension plan benefits are generally included in current service cost and the costs of administering our other post-retirement benefit plans are included in the benefit obligation.
[b] Past service costs are charges for special termination benefits representing the increased liability arising as a result of early retirements occurring as part of restructuring programmes.
[c] Most of the contributions made by plan participants into UK pension plans were made under salary sacrifice.
[d] The benefit payments amount shown above comprises $2,501 million benefits plus $55 million of plan expenses incurred in the administration of the benefit.
[e] The benefit obligation for other plans includes $4,785 million for the German plan, which is largely unfunded.
[f] The actual return on plan assets is made up of the sum of the interest income on plan assets and the remeasurement of plan assets as disclosed above.

CONFIDENTIAL

BP-HZN-2179MDL07817035

**30.** Pensions and other post-retirement benefits – continued

|  | UK pension plans | US pension plans | US other post retirement benefit plans | Other plans | $ million 2011 Total |
|---|---|---|---|---|---|
| Analysis of the amount charged to profit before interest and taxation |  |  |  |  |  |
| Current service cost[a] | 383 | 280 | 53 | 135 | 851 |
| Past service cost | 3 | 184 | – | 43 | 230 |
| Settlement | – | – | – | 4 | 4 |
| Operating charge relating to defined benefit plans | 386 | 464 | 53 | 182 | 1,085 |
| Payments to defined contribution plans | 5 | 199 | – | 41 | 245 |
| Total operating charge | 391 | 663 | 53 | 223 | 1,330 |
| Analysis of the amount credited (charged) to other finance expense |  |  |  |  |  |
| Interest income on plan assets | (1,361) | (304) | – | (178) | (1,843) |
| Interest on plan liabilities | 1,263 | 369 | 163 | 448 | 2,243 |
| Other finance (income) expense | (98) | 65 | 163 | 270 | 400 |
| Analysis of the amount recognized in other comprehensive income |  |  |  |  |  |
| Actual asset return less interest income on plan assets[a] | (1,552) | 224 | (1) | (54) | (1,383) |
| Change in financial assumptions underlying the present value of the plan liabilities | (2,251) | (468) | (63) | (636) | (3,418) |
| Change in demographic assumptions underlying the present value of the plan liabilities | (429) | (44) | 102 | (6) | (377) |
| Experience gains and losses arising on the plan liabilities | (84) | (102) | 89 | (26) | (123) |
| Remeasurements recognized in other comprehensive income | (4,316) | (390) | 127 | (722) | (5,301) |

[a] The costs of managing the plan's investments are treated as being part of the return on plan assets, the costs of administering our pension plan benefits are generally included in current service cost and the costs of administering our other post-retirement benefit plans are included in the benefit obligation.

At 31 December 2013, reimbursement balances due from or to other companies in respect of pensions amounted to $399 million reimbursement assets (2012 $381 million) and $15 million reimbursement liabilities (2012 $15 million). These balances are not included as part of the pension surpluses and deficits, but are reflected within other receivables and other payables in the group balance sheet.

Sensitivity analysis
The discount rate, inflation, salary growth, US healthcare cost trend rate and the mortality assumptions all have a significant effect on the amounts reported. A one-percentage point change, in isolation, in certain assumptions as at 31 December 2013 for the group's plans would have had the effects shown in the table below. The effects shown for the expense in 2014 comprise the total of current service cost and net finance income or expense.

|  | $ million One percentage point | |
|---|---|---|
|  | Increase | Decrease |
| Discount rate[a] |  |  |
| Effect on pension and other post-retirement benefit expense in 2014 | (474) | 481 |
| Effect on pension and other post-retirement benefit obligation at 31 December 2013 | (6,918) | 9,059 |
| Inflation rate |  |  |
| Effect on pension and other post-retirement benefit expense in 2014 | 521 | (397) |
| Effect on pension and other post-retirement benefit obligation at 31 December 2013 | 7,120 | (5,658) |
| Salary growth |  |  |
| Effect on pension and other post-retirement benefit expense in 2014 | 142 | (123) |
| Effect on pension and other post-retirement benefit obligation at 31 December 2013 | 1,300 | (1,158) |
| US healthcare cost trend rate |  |  |
| Effect on US other post-retirement benefit expense in 2014 | 16 | (13) |
| Effect on US other post-retirement obligation at 31 December 2013 | 278 | (233) |

[a] The amounts presented reflect that the discount rate is used to determine the asset interest income as well as the interest cost on the obligation.

One additional year of longevity in the mortality assumptions would have the effects shown in the table below. The effect shown for the expense in 2014 comprises the total of current service cost and net finance income or expense.

|  | UK pension plans | US pension plans | US other post-retirement benefit plans | German pension plans | $ million |
|---|---|---|---|---|---|
| One additional year's longevity |  |  |  |  |  |
| Effect on pension and other post-retirement benefit expense in 2014 | 52 | 5 | 3 | 9 |  |
| Effect on pension and other post-retirement benefit obligation at 31 December 2013 | 927 | 95 | 46 | 213 |  |

CONFIDENTIAL

BP-HZN-2179MDL07817036

## 30. Pensions and other post-retirement benefits – continued

**Estimated future benefit payments and the weighted average duration of defined benefit obligations**
The expected benefit payments, which reflect expected future service, as appropriate, but exclude plan expenses, up until 2023 and the weighted average duration of the defined benefit obligations at the end of the reporting period are as follows:

| | | | | | $ million |
|---|---|---|---|---|---|
| Estimated future benefit payments | UK pension plans | US pension plans | US other post-retirement benefit plans | Other plans | Total |
| 2014 | 1,153 | 690 | 174 | 596 | 2,613 |
| 2015 | 1,201 | 715 | 177 | 585 | 2,678 |
| 2016 | 1,265 | 726 | 178 | 582 | 2,751 |
| 2017 | 1,281 | 733 | 178 | 570 | 2,762 |
| 2018 | 1,361 | 735 | 178 | 560 | 2,834 |
| 2019-2023 | 7,282 | 3,533 | 874 | 2,651 | 14,340 |
| | | | | | years |
| Weighted average duration | 17.6 | 8.3 | 10.5 | 13.2 | |

## 31. Called-up share capital

The allotted, called up and fully paid share capital at 31 December was as follows:

| | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| Issued | Shares thousand | $ million | Shares thousand | $ million | Shares thousand | $ million |
| 8% cumulative first preference shares of £1 each[a] | 7,233 | 12 | 7,233 | 12 | 7,233 | 12 |
| 9% cumulative second preference shares of £1 each[a] | 5,473 | 9 | 5,473 | 9 | 5,473 | 9 |
| | | 21 | | 21 | | 21 |
| Ordinary shares of 25 cents each | | | | | | |
| At 1 January | 20,959,159 | 5,240 | 20,813,410 | 5,203 | 20,647,160 | 5,162 |
| Issue of new shares for the scrip dividend programme | 202,124 | 51 | 138,406 | 35 | 165,601 | 41 |
| Issue of new shares for employee share-based payment plans[b] | 18,203 | 5 | 7,343 | 2 | 649 | – |
| Repurchase of ordinary share capital[c] | (752,854) | (188) | – | – | – | – |
| At 31 December | 20,426,632 | 5,108 | 20,959,159 | 5,240 | 20,813,410 | 5,203 |
| | | 5,129 | | 5,261 | | 5,224 |

[a] The nominal amount of 8% cumulative first preference shares and 9% cumulative second preference shares that can be in issue at any time shall not exceed £10,000,000 for each class of preference shares.
[b] The nominal value of new shares issued for the employee share plans in 2011 amounted to $162,000. Consideration received relating to the issue of new shares for employee share plans amounted to $116 million (2012 $47 million and 2011 $4 million).
[c] Purchased for a total consideration of $5,493 million, including transaction costs of $30 million. All shares purchased were for cancellation. The repurchased shares represented 3.6% of ordinary share capital.

Voting on substantive resolutions tabled at a general meeting is on a poll. On a poll, shareholders present in person or by proxy have two votes for every £5 in nominal amount of the first and second preference shares held and one vote for every ordinary share held. On a show-of-hands vote on other resolutions (procedural matters) at a general meeting, shareholders present in person or by proxy have one vote each.

In the event of the winding up of the company, preference shareholders would be entitled to a sum equal to the capital paid up on the preference shares, plus an amount in respect of accrued and unpaid dividends and a premium equal to the higher of (i) 10% of the capital paid up on the preference shares and (ii) the excess of the average market price of such shares on the London Stock Exchange during the previous six months over par value.

During 2013 the company repurchased 753 million ordinary shares at a cost of $5,463 million as part of the share repurchase programme announced on 22 March 2013. The number of shares in issue is reduced when shares are repurchased, but is not reduced in respect of the year-end commitment to repurchase shares subsequent to the end of the year, for which an amount of $1,430 million has been accrued at 31 December 2013 (2012 nil).

**Treasury shares**

| | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| | Shares thousand | Nominal value $ million | Shares thousand | Nominal value $ million | Shares thousand | Nominal value $ million |
| At 1 January | 1,823,408 | 455 | 1,837,508 | 459 | 1,850,699 | 462 |
| Shares re-issued for employee share-based payment plans | (35,469) | (8) | (14,100) | (4) | (13,191) | (3) |
| At 31 December | 1,787,939 | 447 | 1,823,408 | 455 | 1,837,508 | 459 |

For each year presented, the balance at 1 January represents the maximum number of shares held in treasury during the year, representing 8.7% (2012 8.8% and 2011 9.0%) of the called-up ordinary share capital of the company.

During 2013, the movement in treasury shares represented less than 0.2% (2012 less than 0.1% and 2011 less than 0.1%) of the ordinary share capital of the company.

CONFIDENTIAL

BP-HZN-2179MDL07817037

## 32. Capital and reserves

| | Share capital | Share premium account | Capital redemption reserve | Merger reserve | Total share capital and capital reserves |
|---|---|---|---|---|---|
| At 1 January 2013 | 5,261 | 9,974 | 1,072 | 27,206 | 43,513 |
| Profit for the year | | | | | |
| Items that may be reclassified subsequently to profit or loss | | | | | |
| Currency translation differences (including recycling) | – | – | – | – | – |
| Available-for-sale investments (including recycling) | – | – | – | – | – |
| Cash flow hedges (including recycling) | – | – | – | – | – |
| Share of items relating to equity-accounted entities, net of tax | – | – | – | – | – |
| Other | – | – | – | – | – |
| Items that will not be reclassified to profit or loss | | | | | |
| Remeasurements of the net pension and other post-retirement benefit liability or asset | – | – | – | – | – |
| Share of items relating to equity-accounted entities, net of tax | – | – | – | – | – |
| Total comprehensive income | – | – | – | – | – |
| Dividends | 51 | (51) | – | – | – |
| Repurchases of ordinary share capital | (188) | – | 188 | – | – |
| Share-based payments, net of tax[a] | 5 | 138 | – | – | 143 |
| Share of equity-accounted entities' changes in equity, net of tax | – | – | – | – | – |
| Transactions involving non-controlling interests | – | – | – | – | – |
| At 31 December 2013 | 5,129 | 10,061 | 1,260 | 27,206 | 43,656 |

| | Share capital | Share premium account | Capital redemption reserve | Merger reserve | Total share capital and capital reserves |
|---|---|---|---|---|---|
| At 1 January 2012 | 5,224 | 9,952 | 1,072 | 27,206 | 43,454 |
| Profit for the year | – | – | – | – | – |
| Items that may be reclassified subsequently to profit or loss | | | | | |
| Currency translation differences (including recycling) | – | – | – | – | – |
| Available-for-sale investments (including recycling) | – | – | – | – | – |
| Cash flow hedges (including recycling) | – | – | – | – | – |
| Share of items relating to equity-accounted entities, net of tax | – | – | – | – | – |
| Other | – | – | – | – | – |
| Items that will not be reclassified to profit or loss | | | | | |
| Remeasurements of the net pension and other post-retirement benefit liability or asset | – | – | – | – | – |
| Share of items relating to equity-accounted entities, net of tax | – | – | – | – | – |
| Total comprehensive income | – | – | – | – | – |
| Dividends | 35 | (35) | – | – | – |
| Share-based payments, net of tax[a] | 2 | 57 | – | – | 59 |
| Transactions involving non-controlling interests | – | – | – | – | – |
| At 31 December 2012 | 5,261 | 9,974 | 1,072 | 27,206 | 43,513 |

| | Share capital | Share premium account | Capital redemption reserve | Merger reserve | Total share capital and capital reserves |
|---|---|---|---|---|---|
| At 1 January 2011 | 5,183 | 9,987 | 1,072 | 27,206 | 43,448 |
| Profit for the year | – | – | – | – | – |
| Items that may be reclassified subsequently to profit or loss | | | | | |
| Currency translation differences (including recycling) | – | – | – | – | – |
| Available-for-sale investments (including recycling) | – | – | – | – | – |
| Cash flow hedges (including recycling) | – | – | – | – | – |
| Share of items relating to equity-accounted entities, net of tax | – | – | – | – | – |
| Items that will not be reclassified to profit or loss | | | | | |
| Remeasurements of the net pension and other post-retirement benefit liability or asset | – | – | – | – | – |
| Total comprehensive income | – | – | – | – | – |
| Dividends | 41 | (41) | – | – | – |
| Share-based payments, net of tax[a] | – | 6 | – | – | 6 |
| Transactions involving non-controlling interests | – | – | – | – | – |
| At 31 December 2011 | 5,224 | 9,952 | 1,072 | 27,206 | 43,454 |

a Includes new share issues and movements in own shares and treasury shares where these relate to employee share-based payment plans.

CONFIDENTIAL

BP-HZN-2179MDL07817038

$ million

| Own shares | Treasury shares | Total own shares and treasury shares | Foreign currency translation reserve | Available-for-sale investments | Cash flow hedges | Total fair value reserves | Share-based payment reserve | Profit and loss account | BP shareholders' equity | Non-controlling interests | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (280) | (20,774) | (21,054) | 5,128 | 685 | 1,090 | 1,775 | 1,608 | 87,576 | 118,546 | 1,206 | 119,752 |
| – | – | – | – | – | – | – | – | 23,451 | 23,451 | 307 | 23,758 |
| – | – | – | (1,603) | – | – | – | – | – | (1,603) | (15) | (1,618) |
| – | – | – | – | (685) | – | (685) | – | – | (685) | – | (685) |
| – | – | – | – | – | (1,785) | (1,785) | – | – | (1,785) | – | (1,785) |
| – | – | – | – | – | – | – | – | (24) | (24) | – | (24) |
| – | – | – | – | – | – | – | – | (25) | (25) | – | (25) |
| – | – | – | – | – | – | – | – | 3,243 | 3,243 | – | 3,243 |
| – | – | – | – | – | – | – | – | 2 | 2 | – | 2 |
| – | – | – | (1,603) | (685) | (1,785) | (2,470) | – | 26,647 | 22,574 | 292 | 22,866 |
| – | – | – | – | – | – | – | – | (5,441) | (5,441) | (469) | (5,910) |
| – | – | – | – | – | – | – | – | (6,923) | (6,923) | – | (6,923) |
| (321) | 404 | 83 | – | – | – | – | 97 | 150 | 473 | – | 473 |
| – | – | – | – | – | – | – | – | 73 | 73 | – | 73 |
| – | – | – | – | – | – | – | – | – | – | 76 | 76 |
| (601) | (20,370) | (20,971) | 3,525 | – | (695) | (695) | 1,705 | 102,082 | 129,302 | 1,105 | 130,407 |

| Own shares | Treasury shares | Total own shares and treasury shares | Foreign currency translation reserve | Available-for-sale investments | Cash flow hedges | Total fair value reserves | Share-based payment reserve | Profit and loss account | BP shareholders' equity | Non-controlling interests | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (388) | (20,935) | (21,323) | 4,509 | 389 | (122) | 267 | 1,582 | 83,079 | 111,568 | 1,017 | 112,585 |
| – | – | – | – | – | – | – | – | 11,017 | 11,017 | 234 | 11,251 |
| – | – | – | 619 | – | (5) | (5) | – | – | 614 | 2 | 616 |
| – | – | – | – | 296 | – | 296 | – | – | 296 | – | 296 |
| – | – | – | – | – | 1,217 | 1,217 | – | – | 1,217 | – | 1,217 |
| – | – | – | – | – | – | – | – | (39) | (39) | – | (39) |
| – | – | – | – | – | – | – | – | 23 | 23 | – | 23 |
| – | – | – | – | – | – | – | – | (1,134) | (1,134) | 2 | (1,132) |
| – | – | – | – | – | – | – | – | (6) | (6) | – | (6) |
| – | – | – | 619 | 296 | 1,212 | 1,508 | – | 9,861 | 11,988 | 238 | 12,226 |
| – | – | – | – | – | – | – | – | (5,294) | (5,294) | (82) | (5,376) |
| 108 | 161 | 269 | – | – | – | – | 26 | (70) | 284 | – | 284 |
| – | – | – | – | – | – | – | – | – | – | 33 | 33 |
| (280) | (20,774) | (21,054) | 5,128 | 685 | 1,090 | 1,775 | 1,608 | 87,576 | 118,546 | 1,206 | 119,752 |

| Own shares | Treasury shares | Total own shares and treasury shares | Foreign currency translation reserve | Available-for-sale investments | Cash flow hedges | Total fair value reserves | Share-based payment reserve | Profit and loss account | BP shareholders' equity | Non-controlling interests | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (126) | (21,085) | (21,211) | 5,036 | 463 | 6 | 469 | 1,586 | 65,754 | 95,082 | 904 | 95,986 |
| – | – | – | – | – | – | – | – | 25,212 | 25,212 | 397 | 25,609 |
| – | – | – | (527) | – | (1) | (1) | – | – | (528) | (10) | (538) |
| – | – | – | – | (74) | – | (74) | – | – | (74) | – | (74) |
| – | – | – | – | – | (127) | (127) | – | – | (127) | – | (127) |
| – | – | – | – | – | – | – | – | (39) | (39) | – | (39) |
| – | – | – | – | – | – | – | – | (3,831) | (3,831) | (3) | (3,834) |
| – | – | – | (527) | (74) | (128) | (202) | – | 21,342 | 20,613 | 384 | 20,997 |
| – | – | – | – | – | – | – | – | (4,072) | (4,072) | (245) | (4,317) |
| (262) | 150 | (112) | – | – | – | – | (4) | 102 | (8) | – | (8) |
| – | – | – | – | – | – | – | – | (47) | (47) | (26) | (73) |
| (388) | (20,935) | (21,323) | 4,509 | 389 | (122) | 267 | 1,582 | 83,079 | 111,568 | 1,017 | 112,585 |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817039

## 32. Capital and reserves – continued

**Share capital**
The balance on the share capital account represents the aggregate nominal value of all ordinary and preference shares in issue, including treasury shares.

**Share premium account**
The balance on the share premium account represents the amounts received in excess of the nominal value of the ordinary and preference shares.

**Capital redemption reserve**
The balance on the capital redemption reserve represents the aggregate nominal value of all the ordinary shares repurchased and cancelled.

**Merger reserve**
The balance on the merger reserve represents the fair value of the consideration given in excess of the nominal value of the ordinary shares issued in an acquisition made by the issue of shares.

**Own shares**
Own shares represent BP shares held in Employee Share Ownership Plans (ESOPs) to meet the future requirements of the employee share-based payment plans. The ESOPs have waived their rights to dividends on shares held for future awards and are funded by the group. Until such time as the company's own shares held by the ESOPs vest unconditionally to employees, the amount paid for those shares is shown as a reduction in shareholders' equity. Assets and liabilities of the ESOPs are recognized as assets and liabilities of the group.

At 31 December 2013, the ESOPs held 32,748,354 shares (2012 22,428,179 shares and 2011 27,784,503 shares) for potential future awards, which had a market value of $253 million (2012 $154 million and 2011 $197 million). At 31 December 2013, a further 12,856,914 ordinary share equivalents (2012 18,673,926 ordinary share equivalents) were held by the group in the form of ADSs to meet the requirements of employee share-based payment plans in the US.

**Treasury shares**
Treasury shares represent BP shares repurchased and available for re-issue.

**Foreign currency translation reserve**
The foreign currency translation reserve records exchange differences arising from the translation of the financial statements of foreign operations. Upon disposal of foreign operations, the related accumulated exchange differences are recycled to the income statement.

**Available-for-sale investments**
This reserve records the changes in fair value of available-for-sale investments except for impairment losses, foreign exchange gains or losses, or changes arising from revised estimates of future cash flows. On disposal or impairment of the investments, the cumulative changes in fair value are recycled to the income statement.

**Cash flow hedges**
This reserve records the portion of the gain or loss on a hedging instrument in a cash flow hedge that is determined to be an effective hedge. For further information see Note 1.

**Share-based payment reserve**
This reserve represents cumulative amounts charged to profit in respect of employee share-based payment plans where the scheme has not yet been settled by means of an award of shares to an individual.

**Profit and loss account**
The balance held on this reserve is the accumulated retained profits of the group.

CONFIDENTIAL

BP-HZN-2179MDL07817040

**32.** Capital and reserves – continued

The pre-tax amounts of each component of other comprehensive income, and the related amounts of tax, are shown in the table below.

| | | | $ million |
|---|---|---|---|
| | | | 2013 |
| | Pre-tax | Tax | Net of tax |
| Items that may be reclassified subsequently to profit or loss | | | |
| Currency translation differences (including recycling) | **(1,586)** | **(32)** | **(1,618)** |
| Available-for-sale investments (including recycling) | **(695)** | **10** | **(685)** |
| Cash flow hedges (including recycling) | **(1,979)** | **194** | **(1,785)** |
| Share of items relating to equity-accounted entities, net of tax | **(24)** | **–** | **(24)** |
| Other | **–** | **(25)** | **(25)** |
| Items that will not be reclassified to profit or loss | | | |
| Remeasurements of the net pension and other post-retirement benefit liability or asset | **4,764** | **(1,521)** | **3,243** |
| Share of items relating to equity-accounted entities, net of tax | **2** | **–** | **2** |
| Other comprehensive income | **482** | **(1,374)** | **(892)** |

| | | | $ million |
|---|---|---|---|
| | | | 2012 |
| | Pre-tax | Tax | Net of tax |
| Items that may be reclassified subsequently to profit or loss | | | |
| Currency translation differences (including recycling) | 470 | 146 | 616 |
| Available-for-sale investments (including recycling) | 305 | (9) | 296 |
| Cash flow hedges (including recycling) | 1,547 | (330) | 1,217 |
| Share of items relating to equity-accounted entities, net of tax | (39) | – | (39) |
| Other | – | 23 | 23 |
| Items that will not be reclassified to profit or loss | | | |
| Remeasurements of the net pension and other post-retirement benefit liability or asset | (1,572) | 440 | (1,132) |
| Share of items relating to equity-accounted entities, net of tax | (6) | – | (6) |
| Other comprehensive income | 705 | 270 | 975 |

| | | | $ million |
|---|---|---|---|
| | | | 2011 |
| | Pre-tax | Tax | Net of tax |
| Items that may be reclassified subsequently to profit or loss | | | |
| Currency translation differences (including recycling) | (524) | (14) | (538) |
| Available-for-sale investments (including recycling) | (74) | – | (74) |
| Cash flow hedges (including recycling) | (164) | 37 | (127) |
| Share of items relating to equity-accounted entities, net of tax | (39) | – | (39) |
| Items that will not be reclassified to profit or loss | | | |
| Remeasurements of the net pension and other post-retirement benefit liability or asset | (5,301) | 1,467 | (3,834) |
| Other comprehensive income | (6,102) | 1,490 | (4,612) |

**33.** Employee costs and numbers

| | | | $ million |
|---|---|---|---|
| Employee costs | 2013 | 2012 | 2011 |
| Wages and salaries[a b] | **10,161** | 9,910 | 9,333 |
| Social security costs | **958** | 908 | 854 |
| Share-based payments[c] | **719** | 674 | 584 |
| Pension and other post-retirement benefit costs | **1,816** | 1,956 | 1,730 |
| | **13,654** | 13,448 | 12,501 |

| | | | |
|---|---|---|---|
| Number of employees at 31 December[d] | 2013 | 2012 | 2011 |
| Upstream | **24,700** | 24,200 | 22,400 |
| Downstream[e] | **48,000** | 51,800 | 51,500 |
| Other businesses and corporate[f] | **11,100** | 10,300 | 10,100 |
| Gulf Coast Restoration Organization | **100** | 100 | 100 |
| | **83,900** | 86,400 | 84,100 |

| | | | |
|---|---|---|---|
| By geographical area | | | |
| US | **19,600** | 23,400 | 22,900 |
| Non-US[e] | **64,300** | 63,000 | 61,200 |
| | **83,900** | 86,400 | 84,100 |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817041

## 33. Employee costs and numbers – continued

| | 2013 | | | 2012 | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|
| Average number of employees[a] | US | Non-US | Total | US | Non-US | Total | US | Non-US | Total |
| Upstream | **9,400** | **15,100** | **24,500** | 9,300 | 14,100 | 23,400 | 8,500 | 13,400 | 21,900 |
| Downstream | **9,300** | **39,800** | **49,100** | 12,000 | 39,900 | 51,900 | 12,300 | 39,700 | 52,000 |
| Other businesses and corporate | **1,900** | **9,000** | **10,900** | 1,900 | 8,700 | 10,600 | 1,700 | 6,500 | 8,200 |
| Gulf Coast Restoration Organization | **100** | **–** | **100** | 100 | – | 100 | 100 | – | 100 |
| | **20,700** | **63,900** | **84,600** | 23,300 | 62,700 | 86,000 | 22,600 | 59,600 | 82,200 |

[a] Includes termination payments of $212 million (2012 $77 million and 2011 $126 million).
[b] Wages and salaries for 2012 and 2011 have been amended.
[c] The group provides certain employees with shares and share options as part of their remuneration packages. The majority of these share based payment arrangements are equity settled.
[d] Reported to the nearest 100.
[e] Includes 14,100 (2012 14,700 and 2011 14,600) service station staff.
[f] Includes 4,300 (2012 3,600 and 2011 4,000) agricultural, operational and seasonal workers in Brazil.

## 34. Remuneration of directors and senior management

### Remuneration of directors

| | | | $ million |
|---|---|---|---|
| | 2013 | 2012 | 2011 |
| Total for all directors | | | |
| Emoluments | **16** | 12 | 10 |
| Gains made on exercise of share options | **–** | – | – |
| Amounts awarded under incentive schemes | **2** | 3 | 1 |
| Total | **18** | 15 | 11 |

**Emoluments**
These amounts comprise fees and benefits paid to the non-executive chairman and the non-executive directors and, for executive directors, salary and benefits earned during the relevant financial year, plus cash bonuses awarded for the year. There was no compensation for loss of office in 2013 (2012 nil and 2011 nil).

**Pension contributions**
During 2013 two executive directors participated in a non-contributory pension scheme established for UK employees. Two US executive directors participated in the US BP Retirement Accumulation Plan during 2013.

**Office facilities for former chairmen and deputy chairmen**
It is customary for the company to make available to former chairmen and deputy chairmen, who were previously employed executives, the use of office and basic secretarial facilities following their retirement. The cost involved in doing so is not significant.

**Further information**
Full details of individual directors' remuneration are given in the Directors' remuneration report on page 81.

### Remuneration of directors and senior management

| | | | $ million |
|---|---|---|---|
| Total for all senior management | 2013 | 2012[a] | 2011[a] |
| Total for all senior management | | | |
| Short-term employee benefits | **36** | 29 | 34 |
| Pensions and other post-retirement benefits | **3** | 3 | 3 |
| Share-based payments | **43** | 37 | 28 |
| Total | **82** | 69 | 65 |

[a] Prior year comparatives have been amended to include the portion of bonuses that were deferred and will be settled in shares in the future.

Senior management, in addition to executive and non-executive directors, includes other senior managers who are members of the executive management team.

**Short-term employee benefits**
In addition to fees and benefits paid to the non-executive chairman and non-executive directors, these amounts comprise, for executive directors and senior managers, salary and benefits earned during the year, plus cash bonuses awarded for the year. Deferred annual bonus awards, to be settled in shares, are included in share-based payments. Short-term employee benefits includes compensation for loss of office of $3 million (2012 nil and 2011 $9 million).

**Pensions and other post-retirement benefits**
The amounts represent the estimated cost to the group of providing defined benefit pensions and other post-retirement benefits to senior management in respect of the current year of service measured in accordance with IAS 19 'Employee Benefits'.

**Share-based payments**
This is the cost to the group of senior management's participation in share-based payment plans, as measured by the fair value of options and shares granted accounted for in accordance with IFRS 2 'Share-based Payments'. The main plans in which senior management have participated are the EDIP, DAB, ACBD, SVP and RSP.

CONFIDENTIAL

BP-HZN-2179MDL07817042

## 35. Contingent liabilities

**Contingent liabilities related to the Gulf of Mexico oil spill**
Details of contingent liabilities related to the Gulf of Mexico oil spill are set out in Note 2.

**Contingent liabilities not related to the Gulf of Mexico oil spill**
There were contingent liabilities at 31 December 2013 in respect of guarantees and indemnities entered into as part of the ordinary course of the group's business. No material losses are likely to arise from such contingent liabilities. Further information is included in Note 19.

Lawsuits arising out of the Exxon Valdez oil spill in Prince William Sound, Alaska, in March 1989 were filed against Exxon (now ExxonMobil), Alyeska Pipeline Service Company (Alyeska), which operates the oil terminal at Valdez, and the other oil companies that own Alyeska. Alyeska initially responded to the spill until the response was taken over by Exxon. BP owns a 46.9% interest (reduced during 2001 from 50% by a sale of 3.1% to Phillips) in Alyeska through a subsidiary of BP America Inc. and briefly indirectly owned a further 20% interest in Alyeska following BP's combination with Atlantic Richfield Company (Atlantic Richfield). Alyeska and its owners have settled all the claims against them under these lawsuits. Exxon has indicated that it may file a claim for contribution against Alyeska for a portion of the costs and damages that Exxon has incurred. BP will defend any such claims vigorously. It is not possible to estimate any financial effect.

In the normal course of the group's business, legal proceedings are pending or may be brought against BP group entities arising out of current and past operations, including matters related to commercial disputes, product liability, antitrust, commodities trading, premises-liability claims, consumer protection, general environmental claims and allegations of exposures of third parties to toxic substances, such as lead pigment in paint, asbestos and other chemicals. BP believes that the impact of these legal proceedings on the group's results of operations, liquidity or financial position will not be material.

With respect to lead pigment in paint in particular, Atlantic Richfield, a subsidiary of BP, has been named as a co-defendant in numerous lawsuits brought in the US alleging injury to persons and property. Although it is not possible to predict the outcome of the legal proceedings, Atlantic Richfield believes it has valid defences that render the incurrence of a liability remote; however, the amounts claimed and the costs of implementing the remedies sought in the various cases could be substantial. The majority of the lawsuits have been abandoned or dismissed against Atlantic Richfield. No lawsuit against Atlantic Richfield has been settled nor has Atlantic Richfield been subject to a final adverse judgment in any proceeding. Atlantic Richfield intends to defend such actions vigorously.

The group files tax returns in many jurisdictions throughout the world. Various tax authorities are currently examining the group's tax returns. Tax returns contain matters that could be subject to differing interpretations of applicable tax laws and regulations and the resolution of tax positions through negotiations with relevant tax authorities, or through litigation, can take several years to complete. While it is difficult to predict the ultimate outcome in some cases, the group does not anticipate that there will be any material impact upon the group's results of operations, financial position or liquidity.

The group is subject to numerous national and local environmental laws and regulations concerning its products, operations and other activities. These laws and regulations may require the group to take future action to remediate the effects on the environment of prior disposal or release of chemicals or petroleum substances by the group or other parties. Such contingencies may exist for various sites including refineries, chemical plants, oil fields, service stations, terminals and waste disposal sites. In addition, the group may have obligations relating to prior asset sales or closed facilities. The ultimate requirement for remediation and its cost are inherently difficult to estimate. However, the estimated cost of known environmental obligations has been provided in these accounts in accordance with the group's accounting policies. While the amounts of future costs that are not provided for could be significant and could be material to the group's results of operations in the period in which they are recognized, it is not possible to estimate the amounts involved. BP does not expect these costs to have a material effect on the group's financial position or liquidity.

The group also has obligations to decommission oil and natural gas production facilities and related pipelines. Provision is made for the estimated costs of these activities, however there is uncertainty regarding both the amount and timing of these costs, given the long-term nature of these obligations. BP believes that the impact of any reasonably foreseeable changes to these provisions on the group's results of operations, financial position or liquidity will not be material. If oil and natural gas production facilities and pipelines are sold to third parties and the subsequent owner is unable to meet their decommissioning obligations, judgement must be used to determine whether BP is then responsible for decommissioning, and if so the extent of that responsibility.

The group generally restricts its purchase of insurance to situations where this is required for legal or contractual reasons. This is because external insurance is not considered an economic means of financing losses for the group. Losses will therefore be borne as they arise rather than being spread over time through insurance premiums with attendant transaction costs. The position is reviewed periodically.

## 36. Capital commitments

Authorized future capital expenditure for property, plant and equipment by group companies for which contracts had been signed at 31 December 2013 amounted to $13,705 million (2012 $14,894 million). BP's share of capital commitments of joint ventures amounted to $317 million (2012 $293 million).

CONFIDENTIAL

BP-HZN-2179MDL07817043

## 37. Auditor's remuneration

| | | | $ million |
|---|---|---|---|
| Fees – EY | **2013** | 2012 | 2011 |
| The audit of the company annual accounts[a] | **26** | 26 | 26 |
| The audit of accounts of any subsidiaries of the company | **13** | 13 | 15 |
| Total audit | **39** | 39 | 41 |
| Audit-related assurance services[b] | **8** | 7 | 6 |
| Total audit and audit-related assurance services | **47** | 46 | 47 |
| Taxation compliance services | **1** | 2 | 1 |
| Taxation advisory services | **1** | 2 | 1 |
| Services relating to corporate finance transactions | **2** | 2 | 4 |
| Other assurance services | **1** | 1 | 1 |
| Total non-audit or non-audit-related assurance services | **5** | 7 | 7 |
| Services relating to BP pension plans[c] | **1** | 1 | 1 |
| | **53** | 54 | 55 |

[a] Fees in respect of the audit of the accounts of BP p.l.c. including the group's consolidated financial statements.
[b] Includes interim reviews and reporting on internal financial controls and non-statutory audit services.
[c] The pension plan services include tax compliance services of $240,000 (2012 $50,000 and 2011 $108,000).

2013 includes $3 million of additional fees for 2012, and 2012 includes $2 million of additional fees for 2011. Auditors' remuneration is included in the income statement within distribution and administration expenses.

The tax services relate to income tax and indirect tax compliance, employee tax services and tax advisory services.

The audit committee has established pre-approval policies and procedures for the engagement of Ernst & Young to render audit and certain assurance and tax services. The audit fees payable to Ernst & Young are reviewed by the audit committee in the context of other global companies for cost-effectiveness. Ernst & Young performed further assurance and tax services that were not prohibited by regulatory or other professional requirements and were pre-approved by the committee. Ernst & Young is engaged for these services when its expertise and experience of BP are important. Most of this work is of an audit nature. Tax services were awarded either through a full competitive tender process or following an assessment of the expertise of Ernst & Young compared with that of other potential service providers. These services are for a fixed term.

Under SEC regulations, the remuneration of the auditor of $53 million (2012 $54 million and 2011 $55 million) is required to be presented as follows: audit $39 million (2012 $39 million and 2011 $41 million); other audit-related services $8 million (2012 $7 million and 2011 $6 million); tax $2 million (2012 $4 million and 2011 $2 million); and all other fees $4 million (2012 $4 million and 2011 $6 million).

CONFIDENTIAL

BP-HZN-2179MDL07817044

## 38. Subsidiaries, joint arrangements and associates

The more important subsidiaries, joint arrangements and associates of the group at 31 December 2013 and the group percentage of ordinary share capital or joint arrangement interest (to nearest whole number) are set out below. Those held directly by the parent company are marked with an asterisk (*), the percentage owned being that of the group unless otherwise indicated. The group has interests in a number of joint arrangements, but none of these are individually material to the group. A complete list of investments in subsidiaries, joint arrangements and associates will be attached to the parent company's annual return made to the Registrar of Companies.

| Subsidiaries | % | Country of incorporation | Principal activities |
|---|---|---|---|
| **International** | | | |
| *BP Corporate Holdings | 100 | England & Wales | Investment holding |
| BP Exploration Operating Company | 100 | England & Wales | Exploration and production |
| *BP Global Investments | 100 | England & Wales | Investment holding |
| *BP International | 100 | England & Wales | Integrated oil operations |
| BP Oil International | 100 | England & Wales | Integrated oil operations |
| *Burmah Castrol | 100 | Scotland | Lubricants |
| **Algeria** | | | |
| BP Amoco Exploration (In Amenas) | 100 | Scotland | Exploration and production |
| **Angola** | | | |
| BP Exploration (Angola) | 100 | England & Wales | Exploration and production |
| **Australia** | | | |
| BP Australia Capital Markets | 100 | Australia | Finance |
| BP Finance Australia | 100 | Australia | Finance |
| **Azerbaijan** | | | |
| BP Exploration (Caspian Sea) | 100 | England & Wales | Exploration and production |
| **Brazil** | | | |
| BP Energy do Brazil | 100 | Brazil | Exploration and production |
| **India** | | | |
| BP Exploration (Alpha) | 100 | England & Wales | Exploration and production |
| **New Zealand** | | | |
| BP Oil New Zealand | 100 | New Zealand | Marketing |
| **Norway** | | | |
| BP Norge | 100 | Norway | Exploration and production |
| **UK** | | | |
| BP Capital Markets | 100 | England & Wales | Finance |
| **US** | | | |
| *BP Holdings North America | 100 | England & Wales | Investment holding |
| Atlantic Richfield Company | 100 | US | |
| BP America | 100 | US | |
| BP America Production Company | 100 | US | |
| BP Company North America | 100 | US | Exploration and production, refining and marketing |
| BP Corporation North America | 100 | US | pipelines and petrochemicals |
| BP Exploration & Production | 100 | US | |
| BP Exploration (Alaska) | 100 | US | |
| BP Products North America | 100 | US | |
| Standard Oil Company | 100 | US | |
| BP Capital Markets America | 100 | US | Finance |

| Associates | % | Country of incorporation | Principal activities |
|---|---|---|---|
| **Russia** | | | |
| Rosneft | 20 | Russia | Integrated oil operations |

CONFIDENTIAL

BP-HZN-2179MDL07817045

## 39. Condensed consolidating information on certain US subsidiaries

BP p.l.c. fully and unconditionally guarantees the payment obligations of its 100%-owned subsidiary BP Exploration (Alaska) Inc. under the BP Prudhoe Bay Royalty Trust. The following financial information for BP p.l.c., BP Exploration (Alaska) Inc. and all other subsidiaries on a condensed consolidating basis is intended to provide investors with meaningful and comparable financial information about BP p.l.c. and its subsidiary issuers of registered securities and is provided pursuant to Rule 3-10 of Regulation S-X in lieu of the separate financial statements of each subsidiary issuer of public debt securities. Investments include the investments in subsidiaries recorded under the equity method for the purposes of the condensed consolidating financial information. Equity accounted income of subsidiaries is the group's share of profit related to such investments. The eliminations and reclassifications column includes the necessary amounts to eliminate the intercompany balances and transactions between BP p.l.c., BP Exploration (Alaska) Inc. and other subsidiaries. The financial information presented in the following tables for BP Exploration (Alaska) Inc. for all years includes equity income arising from subsidiaries of BP Exploration (Alaska) Inc. some of which operate outside of Alaska and excludes the BP group's midstream operations in Alaska that are reported through different legal entities and that are included within the 'other subsidiaries' column in these tables. BP p.l.c. also fully and unconditionally guarantees securities issued by BP Capital Markets p.l.c. and BP Capital Markets America Inc. These companies are 100%-owned finance subsidiaries of BP p.l.c.

Income statement

|  |  |  |  |  | $ million |
| --- | --- | --- | --- | --- | --- |
| **For the year ended 31 December** |  |  |  |  | **2013** |
|  | Issuer | Guarantor |  |  |  |
|  | BP Exploration (Alaska) Inc. | BP p.l.c. | Other subsidiaries | Eliminations and reclassifications | BP group |
| Sales and other operating revenues | 5,397 | – | 379,136 | (5,397) | 379,136 |
| Earnings from joint ventures – after interest and tax | – | – | 447 | – | 447 |
| Earnings from associates – after interest and tax | – | – | 2,742 | – | 2,742 |
| Equity-accounted income of subsidiaries – after interest and tax | – | 24,693 | – | (24,693) | – |
| Interest and other income | 7 | 118 | 841 | (189) | 777 |
| Gains on sale of businesses and fixed assets | – | – | 13,115 | – | 13,115 |
| Total revenues and other income | 5,404 | 24,811 | 396,281 | (30,279) | 396,217 |
| Purchases | 861 | – | 302,887 | (5,397) | 298,351 |
| Production and manufacturing expenses | 1,473 | – | 26,054 | – | 27,527 |
| Production and similar taxes | 1,010 | – | 6,037 | – | 7,047 |
| Depreciation, depletion and amortization | 616 | – | 12,894 | – | 13,510 |
| Impairment and losses on sale of businesses and fixed assets | (68) | – | 2,029 | – | 1,961 |
| Exploration expense | – | – | 3,441 | – | 3,441 |
| Distribution and administration expenses | 108 | 1,234 | 11,728 | – | 13,070 |
| Fair value gain on embedded derivatives | – | – | (459) | – | (459) |
| Profit before interest and taxation | 1,404 | 23,577 | 31,670 | (24,882) | 31,769 |
| Finance costs | 42 | 43 | 1,172 | (189) | 1,068 |
| Net finance (income) expense relating to pensions and other post-retirement benefits | – | 81 | 399 | – | 480 |
| Profit before taxation | 1,362 | 23,453 | 30,099 | (24,693) | 30,221 |
| Taxation | 522 | 2 | 5,939 | – | 6,463 |
| Profit for the year | 840 | 23,451 | 24,160 | (24,693) | 23,758 |
| Attributable to |  |  |  |  |  |
| BP shareholders | 840 | 23,451 | 23,853 | (24,693) | 23,451 |
| Non-controlling interests | – | – | 307 | – | 307 |
|  | 840 | 23,451 | 24,160 | (24,693) | 23,758 |

Statement of comprehensive income

|  |  |  |  |  | $ million |
| --- | --- | --- | --- | --- | --- |
| **For the year ended 31 December** |  |  |  |  | **2013** |
|  | Issuer | Guarantor |  |  |  |
|  | BP Exploration (Alaska) Inc. | BP p.l.c. | Other subsidiaries | Eliminations and reclassifications | BP group |
| Profit for the year | 840 | 23,451 | 24,160 | (24,693) | 23,758 |
| Other comprehensive income | – | 2,819 | (3,711) | – | (892) |
| Total comprehensive income | 840 | 26,270 | 20,449 | (24,693) | 22,866 |
| Attributable to |  |  |  |  |  |
| BP shareholders | 840 | 26,270 | 20,157 | (24,693) | 22,574 |
| Non-controlling interests | – | – | 292 | – | 292 |
|  | 840 | 26,270 | 20,449 | (24,693) | 22,866 |

CONFIDENTIAL

BP-HZN-2179MDL07817046

**39.** Condensed consolidating information on certain US subsidiaries – continued

Income statement continued

| | | | | | $ million |
|---|---|---|---|---|---|
| For the year ended 31 December | | | | | 2012 |
| | Issuer | Guarantor | | | |
| | BP Exploration (Alaska) Inc | BP p l c | Other subsidiaries | Eliminations and reclassifications | BP group |
| Sales and other operating revenues | 5,501 | – | 375,765 | (5,501) | 375,765 |
| Earnings from joint ventures – after interest and tax | – | – | 260 | – | 260 |
| Earnings from associates – after interest and tax | – | – | 3,675 | – | 3,675 |
| Equity-accounted income of subsidiaries – after interest and tax | (59) | 12,649 | – | (12,590) | – |
| Interest and other income | 12 | 187 | 1,764 | (286) | 1,677 |
| Gains on sale of businesses and fixed assets | 3,580 | – | 6,697 | (3,580) | 6,697 |
| Total revenues and other income | 9,034 | 12,836 | 388,161 | (21,957) | 388,074 |
| Purchases | 777 | – | 297,498 | (5,501) | 292,774 |
| Production and manufacturing expenses | 1,475 | – | 32,451 | – | 33,926 |
| Production and similar taxes | 1,374 | – | 6,784 | – | 8,158 |
| Depreciation, depletion and amortization | 457 | – | 12,230 | – | 12,687 |
| Impairment and losses on sale of businesses and fixed assets | 957 | – | 5,318 | – | 6,275 |
| Exploration expense | – | – | 1,475 | – | 1,475 |
| Distribution and administration expenses | 35 | 1,766 | 11,641 | (85) | 13,357 |
| Fair value gain on embedded derivatives | – | – | (347) | – | (347) |
| Profit before interest and taxation | 3,959 | 11,070 | 21,111 | (16,371) | 19,769 |
| Finance costs | 48 | 43 | 1,182 | (201) | 1,072 |
| Net finance expense relating to pensions and other post-retirement benefits | – | 103 | 463 | – | 566 |
| Profit before taxation | 3,911 | 10,924 | 19,466 | (16,170) | 18,131 |
| Taxation | 203 | (93) | 6,770 | – | 6,880 |
| Profit for the year | 3,708 | 11,017 | 12,696 | (16,170) | 11,251 |
| Attributable to | | | | | |
| BP shareholders | 3,708 | 11,017 | 12,462 | (16,170) | 11,017 |
| Non-controlling interests | – | – | 234 | – | 234 |
| | 3,708 | 11,017 | 12,696 | (16,170) | 11,251 |

Statement of comprehensive income continued

| | | | | | $ million |
|---|---|---|---|---|---|
| For the year ended 31 December | | | | | 2012 |
| | Issuer | Guarantor | | | |
| | BP Exploration (Alaska) Inc | BP p l c | Other subsidiaries | Eliminations and reclassifications | BP group |
| Profit for the year | 3,708 | 11,017 | 12,696 | (16,170) | 11,251 |
| Other comprehensive income | – | (232) | 1,207 | – | 975 |
| Total comprehensive income | 3,708 | 10,785 | 13,903 | (16,170) | 12,226 |
| Attributable to | | | | | |
| BP shareholders | 3,708 | 10,785 | 13,665 | (16,170) | 11,988 |
| Non-controlling interests | – | – | 238 | – | 238 |
| | 3,708 | 10,785 | 13,903 | (16,170) | 12,226 |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817047

**39.** Condensed consolidating information on certain US subsidiaries – continued

**Income statement** continued

| | | | | | $ million |
|---|---|---|---|---|---|
| For the year ended 31 December | | | | | 2011 |
| | Issuer | Guarantor | | | |
| | BP Exploration (Alaska) Inc | BP p l c | Other subsidiaries | Eliminations and reclassifications | BP group |
| Sales and other operating revenues | 6,159 | – | 375,713 | (6,159) | 375,713 |
| Earnings from joint ventures – after interest and tax | – | – | 767 | – | 767 |
| Earnings from associates – after interest and tax | – | – | 4,916 | – | 4,916 |
| Equity-accounted income of subsidiaries – after interest and tax | 313 | 26,019 | – | (26,332) | – |
| Interest and other income | 10 | 242 | 756 | (320) | 688 |
| Gains on sale of businesses and fixed assets | – | 1 | 4,131 | – | 4,132 |
| Total revenues and other income | 6,482 | 26,262 | 386,283 | (32,811) | 386,216 |
| Purchases | 978 | – | 290,314 | (6,159) | 285,133 |
| Production and manufacturing expenses | 1,280 | – | 22,883 | – | 24,163 |
| Production and similar taxes | 1,684 | – | 6,596 | – | 8,280 |
| Depreciation, depletion and amortization | 335 | – | 11,022 | – | 11,357 |
| Impairment and losses on sale of businesses and fixed assets | – | – | 2,058 | – | 2,058 |
| Exploration expense | 4 | – | 1,516 | – | 1,520 |
| Distribution and administration expenses | 27 | 1,048 | 12,992 | (109) | 13,958 |
| Fair value gain on embedded derivatives | – | – | (68) | – | (68) |
| Profit before interest and taxation | 2,174 | 25,214 | 38,970 | (26,543) | 39,815 |
| Finance costs | 32 | 47 | 1,319 | (211) | 1,187 |
| Net finance (income) expense relating to pensions and other post-retirement benefits | – | (94) | 494 | – | 400 |
| Profit before taxation | 2,142 | 25,261 | 37,157 | (26,332) | 38,228 |
| Taxation | 729 | 49 | 11,841 | – | 12,619 |
| Profit for the year | 1,413 | 25,212 | 25,316 | (26,332) | 25,609 |
| Attributable to | | | | | |
| BP shareholders | 1,413 | 25,212 | 24,919 | (26,332) | 25,212 |
| Non-controlling interests | – | – | 397 | – | 397 |
| | 1,413 | 25,212 | 25,316 | (26,332) | 25,609 |

**Statement of comprehensive income** continued

| | | | | | $ million |
|---|---|---|---|---|---|
| For the year ended 31 December | | | | | 2011 |
| | Issuer | Guarantor | | | |
| | BP Exploration (Alaska) Inc | BP p l c | Other subsidiaries | Eliminations and reclassifications | BP group |
| Profit for the year | 1,413 | 25,212 | 25,316 | (26,332) | 25,609 |
| Other comprehensive income | – | (3,674) | (938) | – | (4,612) |
| Total comprehensive income | 1,413 | 21,538 | 24,378 | (26,332) | 20,997 |
| Attributable to | | | | | |
| BP shareholders | 1,413 | 21,538 | 23,994 | (26,332) | 20,613 |
| Non-controlling interests | – | – | 384 | – | 384 |
| | 1,413 | 21,538 | 24,378 | (26,332) | 20,997 |

CONFIDENTIAL

BP-HZN-2179MDL07817048

**39.** Condensed consolidating information on certain US subsidiaries – continued

Balance sheet

$ million

| At 31 December | | | | | 2013 |
| | Issuer | Guarantor | | | |
| | BP Exploration (Alaska) Inc. | BP p.l.c. | Other subsidiaries | Eliminations and reclassifications | BP group |
|---|---|---|---|---|---|
| **Non-current assets** | | | | | |
| Property, plant and equipment | 8,546 | – | 125,144 | – | 133,690 |
| Goodwill | – | – | 12,181 | – | 12,181 |
| Intangible assets | 417 | – | 21,622 | – | 22,039 |
| Investments in joint ventures | – | – | 9,199 | – | 9,199 |
| Investments in associates | – | 2 | 16,634 | – | 16,636 |
| Other investments | – | – | 1,565 | – | 1,565 |
| Subsidiaries – equity-accounted basis | – | 142,143 | – | (142,143) | – |
| Fixed assets | 8,963 | 142,145 | 186,345 | (142,143) | 195,310 |
| Loans | – | – | 5,356 | (4,593) | 763 |
| Trade and other receivables | – | – | 5,985 | – | 5,985 |
| Derivative financial instruments | – | – | 3,509 | – | 3,509 |
| Prepayments | 22 | – | 900 | – | 922 |
| Deferred tax assets | – | – | 985 | – | 985 |
| Defined benefit pension plan surpluses | – | 1,020 | 356 | – | 1,376 |
| | 8,985 | 143,165 | 203,436 | (146,736) | 208,850 |
| **Current assets** | | | | | |
| Loans | – | – | 216 | – | 216 |
| Inventories | 152 | – | 29,079 | – | 29,231 |
| Trade and other receivables | 9,593 | 21,550 | 42,363 | (33,675) | 39,831 |
| Derivative financial instruments | – | – | 2,675 | – | 2,675 |
| Prepayments | 18 | – | 1,370 | – | 1,388 |
| Current tax receivable | – | – | 512 | – | 512 |
| Other investments | – | – | 467 | – | 467 |
| Cash and cash equivalents | – | 6 | 22,514 | – | 22,520 |
| | 9,763 | 21,556 | 99,196 | (33,675) | 96,840 |
| Assets classified as held for sale | – | – | – | – | – |
| | 9,763 | 21,556 | 99,196 | (33,675) | 96,840 |
| Total assets | 18,748 | 164,721 | 302,632 | (180,411) | 305,690 |
| **Current liabilities** | | | | | |
| Trade and other payables | 889 | 2,727 | 77,218 | (33,675) | 47,159 |
| Derivative financial instruments | – | – | 2,322 | – | 2,322 |
| Accruals | 171 | 1,540 | 7,249 | – | 8,960 |
| Finance debt | – | – | 7,381 | – | 7,381 |
| Current tax payable | 166 | – | 1,779 | – | 1,945 |
| Provisions | 1 | – | 5,044 | – | 5,045 |
| | 1,227 | 4,267 | 100,993 | (33,675) | 72,812 |
| Liabilities directly associated with assets classified as held for sale | – | – | – | – | – |
| | 1,227 | 4,267 | 100,993 | (33,675) | 72,812 |
| **Non-current liabilities** | | | | | |
| Other payables | 9 | 4,584 | 4,756 | (4,593) | 4,756 |
| Derivative financial instruments | – | – | 2,225 | – | 2,225 |
| Accruals | – | 58 | 489 | – | 547 |
| Finance debt | – | – | 40,811 | – | 40,811 |
| Deferred tax liabilities | 1,659 | – | 15,780 | – | 17,439 |
| Provisions | 1,942 | – | 24,973 | – | 26,915 |
| Defined benefit pension plan and other post-retirement benefit plan deficits | – | – | 9,778 | – | 9,778 |
| | 3,610 | 4,642 | 98,812 | (4,593) | 102,471 |
| Total liabilities | 4,837 | 4,642 | 199,805 | (38,268) | 175,283 |
| Net assets | 13,911 | 155,812 | 102,827 | (142,143) | 130,407 |
| **Equity** | | | | | |
| BP shareholders' equity | 13,911 | 155,812 | 101,722 | (142,143) | 129,302 |
| Non-controlling interests | – | – | 1,105 | – | 1,105 |
| | 13,911 | 155,812 | 102,827 | (142,143) | 130,407 |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817049

**39.** Condensed consolidating information on certain US subsidiaries – continued

Balance sheet continued

|  |  |  |  |  | $ million |
|---|---|---|---|---|---|
| At 31 December |  |  |  |  | 2012 |
|  | Issuer | Guarantor |  |  |  |
|  | BP Exploration (Alaska) Inc. | BP p.l.c. | Other subsidiaries | Eliminations and reclassifications | BP group |
| **Non-current assets** |  |  |  |  |  |
| Property, plant and equipment | 8,343 | – | 116,988 | – | 125,331 |
| Goodwill | – | – | 12,190 | – | 12,190 |
| Intangible assets | 379 | – | 24,253 | – | 24,632 |
| Investments in joint ventures | – | – | 8,614 | – | 8,614 |
| Investments in associates | – | 2 | 2,996 | – | 2,998 |
| Other investments | – | – | 2,704 | – | 2,704 |
| Subsidiaries – equity-accounted basis | – | 136,553 | – | (136,553) |  |
| Fixed assets | 8,722 | 136,555 | 167,745 | (136,553) | 176,469 |
| Loans | – | – | 4,924 | (4,282) | 642 |
| Trade and other receivables | – | – | 5,961 | – | 5,961 |
| Derivative financial instruments | – | – | 4,294 | – | 4,294 |
| Prepayments | 34 | – | 796 | – | 830 |
| Deferred tax assets | – | – | 874 | – | 874 |
| Defined benefit pension plan surpluses | – | – | 12 | – | 12 |
|  | 8,756 | 136,555 | 184,606 | (140,835) | 189,082 |
| **Current assets** |  |  |  |  |  |
| Loans | – | – | 247 | – | 247 |
| Inventories | 174 | – | 28,029 | – | 28,203 |
| Trade and other receivables | 11,835 | 17,496 | 43,008 | (34,728) | 37,611 |
| Derivative financial instruments | – | – | 4,507 | – | 4,507 |
| Prepayments | 15 | – | 1,076 | – | 1,091 |
| Current tax receivable | – | – | 456 | – | 456 |
| Other investments | – | – | 319 | – | 319 |
| Cash and cash equivalents | – | 9 | 19,626 | – | 19,635 |
|  | 12,024 | 17,505 | 97,268 | (34,728) | 92,069 |
| Assets classified as held for sale | – | – | 19,315 | – | 19,315 |
|  | 12,024 | 17,505 | 116,583 | (34,728) | 111,384 |
| Total assets | 20,780 | 154,060 | 301,189 | (175,563) | 300,466 |
| Current liabilities |  |  |  |  |  |
| Trade and other payables | 3,914 | 2,577 | 74,910 | (34,728) | 46,673 |
| Derivative financial instruments | – | – | 2,658 | – | 2,658 |
| Accruals | 140 | 27 | 6,708 | – | 6,875 |
| Finance debt | – | – | 10,033 | – | 10,033 |
| Current tax payable | 145 | – | 2,358 | – | 2,503 |
| Provisions | 1 | – | 7,586 | – | 7,587 |
|  | 4,200 | 2,604 | 104,253 | (34,728) | 76,329 |
| Liabilities directly associated with assets classified as held for sale | – | – | 846 | – | 846 |
|  | 4,200 | 2,604 | 105,099 | (34,728) | 77,175 |
| **Non-current liabilities** |  |  |  |  |  |
| Other payables | 8 | 4,449 | 2,117 | (4,282) | 2,292 |
| Derivative financial instruments | – | – | 2,723 | – | 2,723 |
| Accruals | – | 38 | 453 | – | 491 |
| Finance debt | – | – | 38,767 | – | 38,767 |
| Deferred tax liabilities | 1,654 | – | 13,589 | – | 15,243 |
| Provisions | 1,887 | – | 28,509 | – | 30,396 |
| Defined benefit pension plan and other post-retirement benefit plan deficits | – | 1,913 | 11,714 | – | 13,627 |
|  | 3,549 | 6,400 | 97,872 | (4,282) | 103,539 |
| Total liabilities | 7,749 | 9,004 | 202,971 | (39,010) | 180,714 |
| Net assets | 13,031 | 145,056 | 98,218 | (136,553) | 119,752 |
| Equity |  |  |  |  |  |
| BP shareholders' equity | 13,031 | 145,056 | 97,012 | (136,553) | 118,546 |
| Non-controlling interests | – | – | 1,206 | – | 1,206 |
|  | 13,031 | 145,056 | 98,218 | (136,553) | 119,752 |

CONFIDENTIAL

BP-HZN-2179MDL07817050

**39.** Condensed consolidating information on certain US subsidiaries – continued

Cash flow statement

$ million

| For the year ended 31 December | Issuer | Guarantor | | | 2013 |
| | BP Exploration (Alaska) Inc. | BP p.l.c. | Other subsidiaries | Eliminations and reclassifications | BP group |
|---|---|---|---|---|---|
| Net cash provided by operating activities | **746** | **11,488** | **25,094** | **(16,228)** | **21,100** |
| Net cash used in investing activities | **(746)** | **(690)** | **(6,419)** | **–** | **(7,855)** |
| Net cash used in financing activities | **–** | **(10,801)** | **(15,827)** | **16,228** | **(10,400)** |
| Currency translation differences relating to cash and cash equivalents | **–** | **–** | **40** | **–** | **40** |
| Increase (decrease) in cash and cash equivalents | **–** | **(3)** | **2,888** | **–** | **2,885** |
| Cash and cash equivalents at beginning of year | **–** | **9** | **19,626** | **–** | **19,635** |
| Cash and cash equivalents at end of year | **–** | **6** | **22,514** | **–** | **22,520** |

$ million

| For the year ended 31 December | Issuer | Guarantor | | | 2012 |
| | BP Exploration (Alaska) Inc. | BP p.l.c. | Other subsidiaries | Eliminations and reclassifications | BP group |
|---|---|---|---|---|---|
| Net cash provided by operating activities | 681 | 12,381 | 20,932 | (13,515) | 20,479 |
| Net cash used in investing activities | (680) | (7,060) | (5,335) | – | (13,075) |
| Net cash used in financing activities | – | (5,312) | (10,213) | 13,515 | (2,010) |
| Currency translation differences relating to cash and cash equivalents | – | – | 64 | – | 64 |
| Increase in cash and cash equivalents | 1 | 9 | 5,448 | – | 5,458 |
| Cash and cash equivalents at beginning of year | (1) | – | 14,178 | – | 14,177 |
| Cash and cash equivalents at end of year | – | 9 | 19,626 | – | 19,635 |

$ million

| For the year ended 31 December | Issuer | Guarantor | | | 2011 |
| | BP Exploration (Alaska) Inc. | BP p.l.c. | Other subsidiaries | Eliminations and reclassifications | BP group |
|---|---|---|---|---|---|
| Net cash provided by operating activities | 661 | 8,321 | 25,178 | (11,942) | 22,218 |
| Net cash used in investing activities | (661) | (3,710) | (22,382) | – | (26,753) |
| Net cash (used in) provided by financing activities | – | (4,615) | (6,850) | 11,942 | 477 |
| Currency translation differences relating to cash and cash equivalents | – | – | (493) | – | (493) |
| Decrease in cash and cash equivalents | – | (4) | (4,547) | – | (4,551) |
| Cash and cash equivalents at beginning of year | (1) | 4 | 18,725 | – | 18,728 |
| Cash and cash equivalents at end of year | (1) | – | 14,178 | – | 14,177 |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817051

# Supplementary information on oil and natural gas (unaudited)

2013 reserves and production information for equity-accounted entities includes BP's share of TNK-BP from 1 January to 20 March, and Rosneft for the period 21 March to 31 December. For the period 22 October 2012 to 31 December 2012, and throughout all of 2013, financial information for equity-accounted entities does not include any information for TNK-BP, as equity accounting ceased on 22 October 2012. Comparative information for 2012 and 2011 has been restated to reflect the adoption of IFRS 11 'Joint Arrangements'. For further information see Financial statements – Note 1.

The regional analysis presented below is on a continent basis, with separate disclosure for countries that contain 15% or more of the total proved reserves (for subsidiaries plus equity-accounted entities), in accordance with SEC and FASB requirements.

### Oil and gas reserves – certain definitions
Unless the context indicates otherwise, the following terms have the meanings shown below:

### Proved oil and gas reserves
Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible – from a given date forward, from known reservoirs, and under existing economic conditions, operating methods, and government regulations – prior to the time at which contracts providing the right to operate expire, unless evidence indicates that renewal is reasonably certain, regardless of whether deterministic or probabilistic methods are used for the estimation. The project to extract the hydrocarbons must have commenced or the operator must be reasonably certain that it will commence the project within a reasonable time.

  (i)   The area of the reservoir considered as proved includes:
        (A)  The area identified by drilling and limited by fluid contacts, if any; and
        (B)  Adjacent undrilled portions of the reservoir that can, with reasonable certainty, be judged to be continuous with it and to contain economically producible oil or gas on the basis of available geoscience and engineering data.
  (ii)  In the absence of data on fluid contacts, proved quantities in a reservoir are limited by the lowest known hydrocarbons (LKH) as seen in a well penetration unless geoscience, engineering, or performance data and reliable technology establishes a lower contact with reasonable certainty.
  (iii) Where direct observation from well penetrations has defined a highest known oil (HKO) elevation and the potential exists for an associated gas cap, proved oil reserves may be assigned in the structurally higher portions of the reservoir only if geoscience, engineering, or performance data and reliable technology establish the higher contact with reasonable certainty.
  (iv)  Reserves which can be produced economically through application of improved recovery techniques (including, but not limited to, fluid injection) are included in the proved classification when:
        (A)  Successful testing by a pilot project in an area of the reservoir with properties no more favourable than in the reservoir as a whole, the operation of an installed programme in the reservoir or an analogous reservoir, or other evidence using reliable technology establishes the reasonable certainty of the engineering analysis on which the project or programme was based; and
        (B)  The project has been approved for development by all necessary parties and entities, including governmental entities.
  (v)   Existing economic conditions include prices and costs at which economic producibility from a reservoir is to be determined. The price shall be the average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, excluding escalations based upon future conditions.

### Undeveloped oil and gas reserves
Undeveloped oil and gas reserves are reserves of any category that are expected to be recovered from new wells on undrilled acreage, or from existing wells where a relatively major expenditure is required for recompletion.

  (i)   Reserves on undrilled acreage shall be limited to those directly offsetting development spacing areas that are reasonably certain of production when drilled, unless evidence using reliable technology exists that establishes reasonable certainty of economic producibility at greater distances.
  (ii)  Undrilled locations can be classified as having undeveloped reserves only if a development plan has been adopted indicating that they are scheduled to be drilled within five years, unless the specific circumstances, justify a longer time.
  (iii) Under no circumstances shall estimates for undeveloped reserves be attributable to any acreage for which an application of fluid injection or other improved recovery technique is contemplated, unless such techniques have been proved effective by actual projects in the same reservoir or an analogous reservoir, or by other evidence using reliable technology establishing reasonable certainty.

### Developed oil and gas reserves
Developed oil and gas reserves are reserves of any category that can be recovered:

  (i)   Through existing wells with existing equipment and operating methods or in which the cost of the required equipment is relatively minor compared to the cost of a new well; and
  (ii)  Through installed extraction equipment and infrastructure operational at the time of the reserves estimate if the extraction is by means not involving a well.

For details on BP's proved reserves and production compliance and governance processes, see page 245.

CONFIDENTIAL

BP-HZN-2179MDL07817052

## Oil and natural gas exploration and production activities

$ million

|  | Europe | | North America | | South America | Africa | Asia | | Australasia | 2013 Total |
|---|---|---|---|---|---|---|---|---|---|---|
|  | UK | Rest of Europe | US | Rest of North America |  |  | Russia | Rest of Asia |  |  |
| **Subsidiaries[a]** | | | | | | | | | | |
| **Capitalized costs at 31 December[b]** | | | | | | | | | | |
| Gross capitalized costs | | | | | | | | | | |
| Proved properties | 29,314 | 10,040 | 75,313 | 2,501 | 8,809 | 35,720 | – | 20,726 | 4,681 | 187,104 |
| Unproved properties | 316 | 195 | 6,816 | 2,408 | 3,366 | 5,079 | – | 2,756 | 805 | 21,741 |
|  | 29,630 | 10,235 | 82,129 | 4,909 | 12,175 | 40,799 | – | 23,482 | 5,486 | 208,845 |
| Accumulated depreciation | 18,707 | 3,650 | 38,236 | 193 | 5,063 | 20,082 | – | 10,069 | 1,962 | 97,962 |
| Net capitalized costs | 10,923 | 6,585 | 43,893 | 4,716 | 7,112 | 20,717 | – | 13,413 | 3,524 | 110,883 |
| **Costs incurred for the year ended 31 December[b]** | | | | | | | | | | |
| Acquisition of properties | | | | | | | | | | |
| Proved | – | – | 1 | – | 7 | – | – | – | – | 8 |
| Unproved | – | – | 158 | – | 284 | 30 | – | 7 | – | 479 |
|  | – | – | 159 | – | 291 | 30 | – | 7 | – | 487 |
| Exploration and appraisal costs[c] | 178 | 14 | 1,291 | 194 | 951 | 883 | – | 1,090 | 210 | 4,811 |
| Development | 1,942 | 455 | 4,877 | 569 | 683 | 2,755 | – | 2,082 | 189 | 13,552 |
| Total costs | 2,120 | 469 | 6,327 | 763 | 1,925 | 3,668 | – | 3,179 | 399 | 18,850 |
| **Results of operations for the year ended 31 December** | | | | | | | | | | |
| Sales and other operating revenues[d] | | | | | | | | | | |
| Third parties | 1,129 | 183 | 934 | 5 | 2,413 | 3,195 | – | 1,005 | 1,784 | 10,648 |
| Sales between businesses | 1,661 | 1,280 | 14,047 | 12 | 1,154 | 6,518 | – | 11,432 | 941 | 37,045 |
|  | 2,790 | 1,463 | 14,981 | 17 | 3,567 | 9,713 | – | 12,437 | 2,725 | 47,693 |
| Exploration expenditure | 280 | 17 | 437 | 28 | 1,477 | 387 | – | 768 | 47 | 3,441 |
| Production costs | 1,102 | 430 | 3,691 | 42 | 892 | 1,623 | – | 1,091 | 187 | 9,058 |
| Production taxes | (35) | – | 1,112 | – | 184 | – | – | 5,660 | 126 | 7,047 |
| Other costs (income)[e] | (1,731) | 86 | 3,241 | 55 | 322 | 89 | 65 | 84 | 351 | 2,562 |
| Depreciation, depletion and amortization | 504 | 490 | 3,268 | – | 559 | 3,132 | – | 2,174 | 207 | 10,334 |
| Impairments and (gains) losses on sale of businesses and fixed assets | 118 | 15 | (80) | – | 129 | 29 | – | (16) | 230 | 425 |
|  | 238 | 1,038 | 11,669 | 125 | 3,563 | 5,260 | 65 | 9,761 | 1,148 | 32,867 |
| Profit (loss) before taxation[f] | 2,552 | 425 | 3,312 | (108) | 4 | 4,453 | (65) | 2,676 | 1,577 | 14,826 |
| Allocable taxes | 554 | 475 | 1,204 | (26) | 642 | 1,925 | (2) | 682 | 641 | 6,095 |
| Results of operations | 1,998 | (50) | 2,108 | (82) | (638) | 2,528 | (63) | 1,994 | 936 | 8,731 |
| **Upstream, Rosneft and TNK-BP segments replacement cost profit before interest and tax** | | | | | | | | | | |
| Exploration and production activities – subsidiaries (as above) | 2,552 | 425 | 3,312 | (108) | 4 | 4,453 | (65) | 2,676 | 1,577 | 14,826 |
| Midstream activities – subsidiaries[g] | 244 | (40) | 296 | (14) | 153 | (154) | (4) | (29) | 347 | 799 |
| TNK-BP – gain on sale | – | – | – | – | – | – | 12,500 | – | – | 12,500 |
| Equity-accounted entities[h] | – | 28 | 17 | – | 405 | 24 | 2,158 | 553 | – | 3,185 |
| Total replacement cost profit before interest and tax | 2,796 | 413 | 3,625 | (122) | 562 | 4,323 | 14,589 | 3,200 | 1,924 | 31,310 |

[a] These tables contain information relating to oil and natural gas exploration and production activities of subsidiaries, which includes our share of oil and natural gas exploration and production activities of joint operations. They do not include any costs relating to the Gulf of Mexico oil spill. Midstream activities relating to the management and ownership of crude oil and natural gas pipelines, processing and export terminals and LNG processing facilities and transportation are excluded. In addition, our midstream activities of marketing and trading of natural gas, power and NGLs in the US, Canada, UK and Europe are excluded. The most significant midstream pipeline interests include the Trans-Alaska Pipeline System, the Forties Pipeline System, the Central Area Transmission System pipeline, the South Caucasus Pipeline and the Baku-Tbilisi-Ceyhan pipeline. Major LNG activities are located in Trinidad, Indonesia, Australia and Angola.
[b] Decommissioning assets are included in capitalized costs at 31 December but are excluded from costs incurred for the year.
[c] Includes exploration and appraisal drilling expenditures, which are capitalized within intangible assets, and geological and geophysical exploration costs, which are charged to income as incurred.
[d] Presented net of transportation costs, purchases and sales taxes.
[e] Includes property taxes, other government take and the fair value gain on embedded derivatives of $459 million. The UK region includes a $1,055 million gain offset by corresponding charges primarily in the US, relating to the group self-insurance programme.
[f] Excludes the unwinding of the discount on provisions and payables amounting to $141 million which is included in finance costs in the group income statement.
[g] Midstream and other activities excludes inventory holding gains and losses.
[h] The profits of equity-accounted entities are included after interest and tax.

CONFIDENTIAL

BP-HZN-2179MDL07817053

Financial statements

Oil and natural gas exploration and production activities – continued

$ million

| | Europe | | North America | | South America | Africa | Asia | | Australasia | 2013 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia[a] | Rest of Asia | | |
| **Equity-accounted entities (BP share)[b]** | | | | | | | | | | |
| **Capitalized costs at 31 December[c]** | | | | | | | | | | |
| Gross capitalized costs | | | | | | | | | | |
| Proved properties | – | – | – | – | 7,648 | – | 18,942 | 4,239 | – | 30,829 |
| Unproved properties | – | – | – | – | 29 | – | 638 | 21 | – | 688 |
| | – | – | – | – | 7,677 | – | 19,580 | 4,260 | – | 31,517 |
| Accumulated depreciation | – | – | – | – | 3,282 | – | 1,077 | 4,061 | – | 8,420 |
| Net capitalized costs | – | – | – | – | 4,395 | – | 18,503 | 199 | – | 23,097 |
| | | | | | | | | | | |
| **Costs incurred for the year ended 31 December[d]** | | | | | | | | | | |
| Acquisition of properties | | | | | | | | | | |
| Proved | – | – | – | – | – | – | 1,816 | – | – | 1,816 |
| Unproved | – | – | – | – | – | – | 657 | – | – | 657 |
| | – | – | – | – | – | – | 2,473 | – | – | 2,473 |
| Exploration and appraisal costs[e] | – | – | – | – | 8 | – | 133 | 12 | – | 153 |
| Development | – | – | – | – | 714 | – | 1,860 | 538 | – | 3,112 |
| Total costs | – | – | – | – | 722 | – | 4,466 | 550 | – | 5,738 |
| | | | | | | | | | | |
| **Results of operations for the year ended 31 December** | | | | | | | | | | |
| Sales and other operating revenues[f] | | | | | | | | | | |
| Third parties | – | – | – | – | 2,294 | – | 435 | 4,770 | – | 7,499 |
| Sales between businesses | – | – | – | – | – | – | 9,679 | 14 | – | 9,693 |
| | – | – | – | – | 2,294 | – | 10,114 | 4,784 | – | 17,192 |
| Exploration expenditure | – | – | – | – | – | – | 126 | 1 | – | 127 |
| Production costs | – | – | – | – | 586 | – | 1,177 | 404 | – | 2,167 |
| Production taxes | – | – | – | – | 630 | – | 4,511 | 3,645 | – | 8,786 |
| Other costs (income) | – | – | – | – | 6 | – | 94 | (1) | – | 99 |
| Depreciation, depletion and amortization | – | – | – | – | 317 | – | 1,232 | 544 | – | 2,093 |
| Impairments and losses on sale of businesses and fixed assets | – | – | – | – | – | – | 37 | – | – | 37 |
| | – | – | – | – | 1,539 | – | 7,177 | 4,593 | – | 13,309 |
| Profit (loss) before taxation | – | – | – | – | 755 | – | 2,937 | 191 | – | 3,883 |
| Allocable taxes | – | – | – | – | 460 | – | 367 | 40 | – | 867 |
| Results of operations | – | – | – | – | 295 | – | 2,570 | 151 | – | 3,016 |
| | | | | | | | | | | |
| Exploration and production activities – equity-accounted entities after tax (as above) | – | – | – | – | 295 | – | 2,570 | 151 | – | 3,016 |
| Midstream and other activities after tax[g] | – | 28 | 17 | – | 110 | 24 | (412) | 402 | – | 169 |
| Total replacement cost profit after interest and tax | – | 28 | 17 | – | 405 | 24 | 2,158 | 553 | – | 3,185 |

[a] Amounts reported for Russia in this table include BP's share of Rosneft's worldwide activities, including insignificant amounts outside Russia.

[b] These tables contain information relating to oil and natural gas exploration and production activities of equity-accounted entities. They do not include amounts relating to assets held for sale. Midstream activities relating to the management and ownership of crude oil and natural gas pipelines, processing and export terminals and LNG processing facilities and transportation as well as downstream activities of TNK-BP and Rosneft are excluded. The amounts reported for equity-accounted entities exclude the corresponding amounts for their equity-accounted entities.

[c] Decommissioning assets are included in capitalized costs at 31 December but are excluded from costs incurred for the year.

[d] The amounts shown reflect BP's share of equity-accounted entities' costs incurred, and not the cost incurred by BP in respect of its interest in equity-accounted entities.

[e] Includes exploration and appraisal drilling expenditures, which are capitalized within intangible assets, and geological and geophysical exploration costs, which are charged to income as incurred.

[f] Presented net of transportation costs and sales taxes.

[g] Includes interest, non-controlling interest and the net results of equity-accounted entities, and excludes inventory holding gains and losses.

CONFIDENTIAL

BP-HZN-2179MDL07817054

Oil and natural gas exploration and production activities – continued

$ million
2012

| | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries**[a] | | | | | | | | | | |
| **Capitalized costs at 31 December**[b, j] | | | | | | | | | | |
| Gross capitalized costs | | | | | | | | | | |
|   Proved properties | 28,370 | 9,421 | 70,133 | 1,928 | 8,153 | 32,755 | – | 16,757 | 3,676 | 171,193 |
|   Unproved properties | 400 | 199 | 7,084 | 2,244 | 3,590 | 4,524 | – | 4,920 | 1,540 | 24,501 |
| | 28,770 | 9,620 | 77,217 | 4,172 | 11,743 | 37,279 | – | 21,677 | 5,216 | 195,694 |
| Accumulated depreciation | 19,002 | 3,161 | 35,459 | 197 | 4,444 | 16,901 | – | 8,360 | 1,517 | 89,041 |
| Net capitalized costs | 9,768 | 6,459 | 41,758 | 3,975 | 7,299 | 20,378 | – | 13,317 | 3,699 | 106,653 |
| **Costs incurred for the year ended 31 December**[b] | | | | | | | | | | |
| Acquisition of properties[c, k] | | | | | | | | | | |
|   Proved | – | – | 256 | – | 51 | – | – | – | – | 307 |
|   Unproved | – | – | 1,111 | – | 27 | 239 | – | (68) | – | 1,309 |
| | – | – | 1,367 | – | 78 | 239 | – | (68) | – | 1,616 |
| Exploration and appraisal costs[d] | 173 | 47 | 1,069 | 230 | 758 | 1,024 | – | 814 | 241 | 4,356 |
| Development | 1,907 | 784 | 3,866 | 611 | 581 | 2,992 | – | 1,591 | 221 | 12,553 |
| Total costs | 2,080 | 831 | 6,302 | 841 | 1,417 | 4,255 | – | 2,337 | 462 | 18,525 |
| **Results of operations for the year ended 31 December** | | | | | | | | | | |
| Sales and other operating revenues[e] | | | | | | | | | | |
|   Third parties | 1,595 | 76 | 453 | 10 | 2,026 | 3,424 | – | 1,299 | 1,749 | 10,632 |
|   Sales between businesses | 2,975 | 783 | 15,713 | 10 | 984 | 5,633 | – | 11,345 | 915 | 38,358 |
| | 4,570 | 859 | 16,166 | 20 | 3,010 | 9,057 | – | 12,644 | 2,664 | 48,990 |
| Exploration expenditure | 105 | 29 | 649 | 4 | 120 | 310 | – | 126 | 132 | 1,475 |
| Production costs | 1,310 | 348 | 3,854 | 71 | 812 | 1,323 | – | 1,076 | 191 | 8,985 |
| Production taxes | 92 | – | 1,472 | – | 162 | – | – | 6,291 | 141 | 8,158 |
| Other costs (income)[f] | (1,474) | 78 | 3,505 | 63 | 109 | 221 | (330) | 84 | 264 | 2,520 |
| Depreciation, depletion and amortization | 1,102 | 145 | 3,187 | 10 | 606 | 2,281 | – | 2,116 | 211 | 9,658 |
| Impairments and (gains) losses on sale of businesses and fixed assets | 373 | 83 | (3,576) | 98 | 6 | 24 | – | (2) | (5) | (2,999) |
| | 1,508 | 683 | 9,091 | 246 | 1,815 | 4,159 | (330) | 9,691 | 934 | 27,797 |
| Profit (loss) before taxation[g] | 3,062 | 176 | 7,075 | (226) | 1,195 | 4,898 | 330 | 2,953 | 1,730 | 21,193 |
| Allocable taxes | 1,121 | (313) | 2,762 | (67) | 804 | 2,371 | (13) | 663 | 755 | 8,083 |
| Results of operations | 1,941 | 489 | 4,313 | (159) | 391 | 2,527 | 343 | 2,290 | 975 | 13,110 |
| **Upstream segment and TNK-BP segment replacement cost profit before interest and tax** | | | | | | | | | | |
| Exploration and production activities – subsidiaries (as above) | 3,062 | 176 | 7,075 | (226) | 1,195 | 4,898 | 330 | 2,953 | 1,730 | 21,193 |
| Midstream activities – subsidiaries[h] | (250) | (114) | (173) | 774 | 163 | (46) | 11 | 32 | 370 | 767 |
| Equity-accounted entities[i] | – | 35 | 16 | – | 160 | 48 | 3,005 | 640 | – | 3,904 |
| Total replacement cost profit before interest and tax | 2,812 | 97 | 6,918 | 548 | 1,518 | 4,900 | 3,346 | 3,625 | 2,100 | 25,864 |

[a] These tables contain information relating to oil and natural gas exploration and production activities of subsidiaries. They do not include any costs relating to the Gulf of Mexico oil spill or assets held for sale. Midstream activities relating to the management and ownership of crude oil and natural gas pipelines, processing and export terminals and LNG processing facilities and transportation are excluded. In addition, our midstream activities of marketing and trading of natural gas, power and NGLs in the US, Canada, UK and Europe are excluded. The most significant midstream pipeline interests include the Trans-Alaska Pipeline System, the Forties Pipeline System, the Central Area Transmission System pipeline, the South Caucasus Pipeline and the Baku-Tbilisi-Ceyhan pipeline. Major LNG activities are located in Trinidad, Indonesia and Australia and BP is also investing in the LNG business in Angola.
[b] Decommissioning assets are included in capitalized costs at 31 December but are excluded from costs incurred for the year.
[c] Includes costs capitalized as a result of asset exchanges.
[d] Includes exploration and appraisal drilling expenditures, which are capitalized within intangible assets, and geological and geophysical exploration costs, which are charged to income as incurred.
[e] Presented net of transportation costs, purchases and sales taxes.
[f] Includes property taxes, other government take and fair value gain on embedded derivatives of $347 million. The UK region includes a $1,161 million gain offset by corresponding charges primarily in the US, relating to the group self-insurance programme. The Russia region, for which equity accounting ceased on 22 October 2012, includes a net non-operating gain of $351 million including dividend income of $709 million partly offset by a settlement charge of $375 million.
[g] Excludes the unwinding of the discount on provisions and payables amounting to $173 million which is included in finance costs in the group income statement.
[h] Midstream and other activities exclude inventory holding gains and losses.
[i] The profits of equity-accounted entities are included after interest and tax and the results exclude balances associated with assets held for sale.
[j] Excludes balances associated with assets held for sale.
[k] Excludes goodwill associated with business combinations.

CONFIDENTIAL

BP-HZN-2179MDL07817055

Financial statements

Oil and natural gas exploration and production activities – continued

|  | | | | | | | | | $ million |
|---|---|---|---|---|---|---|---|---|---|
|  | | | | | | | | | 2012 |
|  | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|  | UK | Rest of Europe | US | Rest of North America | | | Russia[a] | Rest of Asia | | |
| **Equity-accounted entities (BP share)[b]** | | | | | | | | | | |
| **Capitalized costs at 31 December[c]** | | | | | | | | | | |
| Gross capitalized costs | | | | | | | | | | |
| Proved properties | – | – | – | – | 6,958 | – | – | 4,036 | – | 10,994 |
| Unproved properties | – | – | – | – | 21 | – | – | 16 | – | 37 |
| | – | – | – | – | 6,979 | – | – | 4,052 | – | 11,031 |
| Accumulated depreciation | – | – | – | – | 2,965 | – | – | 3,648 | – | 6,613 |
| Net capitalized costs | – | – | – | – | 4,014 | – | – | 404 | – | 4,418 |
| | | | | | | | | | | |
| **Costs incurred for the year ended 31 December[c]** | | | | | | | | | | |
| Acquisition of properties[d] | | | | | | | | | | |
| Proved | – | – | – | – | – | – | 4 | – | – | 4 |
| Unproved | – | – | – | – | 439 | – | 15 | – | – | 454 |
| | – | – | – | – | 439 | – | 19 | – | – | 458 |
| Exploration and appraisal costs[e] | – | – | – | – | 31 | – | 195 | 7 | – | 233 |
| Development | – | – | – | – | 599 | – | 1,560 | 556 | – | 2,715 |
| Total costs | – | – | – | – | 1,069 | – | 1,774 | 563 | – | 3,406 |
| | | | | | | | | | | |
| **Results of operations for the year ended 31 December** | | | | | | | | | | |
| Sales and other operating revenues[f] | | | | | | | | | | |
| Third parties | – | – | – | – | 2,267 | – | 6,472 | 4,245 | – | 12,984 |
| Sales between businesses | – | – | – | – | – | – | 3,639 | 21 | – | 3,660 |
| | – | – | – | – | 2,267 | – | 10,111 | 4,266 | – | 16,644 |
| Exploration expenditure | – | – | – | – | 31 | – | 93 | 1 | – | 125 |
| Production costs | – | – | – | – | 555 | – | 1,605 | 295 | – | 2,455 |
| Production taxes | – | – | – | – | 959 | – | 4,400 | 3,245 | – | 8,604 |
| Other costs (income) | – | – | – | – | (11) | – | (24) | (2) | – | (37) |
| Depreciation, depletion and amortization | – | – | – | – | 328 | – | 786 | 538 | – | 1,652 |
| Impairments and losses on sale of businesses and fixed assets | – | – | – | – | – | – | (27) | – | – | (27) |
| | – | – | – | – | 1,862 | – | 6,833 | 4,077 | – | 12,772 |
| Profit (loss) before taxation | – | – | – | – | 405 | – | 3,278 | 189 | – | 3,872 |
| Allocable taxes | – | – | – | – | 294 | – | 536 | 54 | – | 884 |
| Results of operations | – | – | – | – | 111 | – | 2,742 | 135 | – | 2,988 |
| | | | | | | | | | | |
| Exploration and production activities – equity-accounted entities after tax (as above) | – | – | – | – | 111 | – | 2,742 | 135 | – | 2,988 |
| Midstream and other activities after tax[g] | – | 35 | 16 | – | 49 | 48 | 263 | 505 | – | 916 |
| Total replacement cost profit after interest and tax | – | 35 | 16 | – | 160 | 48 | 3,005 | 640 | – | 3,904 |

[a] The Russia region includes BP's equity accounted share of TNK-BP's earnings. For 2012, equity accounted earnings are included until 21 October 2012 only, after which our investment was classified as an asset held for sale and therefore equity accounting ceased. The amounts shown exclude BP's share of costs incurred and results of operations for the period 22 October to 31 December 2012.
[b] These tables contain information relating to oil and natural gas exploration and production activities of equity-accounted entities. They do not include amounts relating to assets held for sale. Midstream activities relating to the management and ownership of crude oil and natural gas pipelines, processing and export terminals and LNG processing facilities and transportation as well as downstream activities of TNK-BP are excluded. The amounts reported for equity-accounted entities exclude the corresponding amounts for their equity-accounted entities.
[c] Decommissioning assets are included in capitalized costs at 31 December but are excluded from costs incurred for the year. Capitalized costs exclude balances associated with assets held for sale.
[d] Includes costs capitalized as a result of asset exchanges.
[e] Includes exploration and appraisal drilling expenditures, which are capitalized within intangible assets, and geological and geophysical exploration costs, which are charged to income as incurred.
[f] Presented net of transportation costs and sales taxes.
[g] Includes interest, non-controlling interest and the net results of equity-accounted entities, and excludes inventory holding gains and losses.

CONFIDENTIAL

BP-HZN-2179MDL07817056

Oil and natural gas exploration and production activities – continued

$ million
2011

| | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |

**Subsidiaries[a]**
**Capitalized costs at 31 December[b,j]**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross capitalized costs | | | | | | | | | | |
| Proved properties | 37,491 | 8,994 | 73,626 | 1,296 | 7,471 | 29,358 | – | 14,833 | 3,370 | 176,439 |
| Unproved properties | 368 | 180 | 6,198 | 2,017 | 2,986 | 3,689 | – | 4,495 | 1,279 | 21,212 |
| | 37,859 | 9,174 | 79,824 | 3,313 | 10,457 | 33,047 | – | 19,328 | 4,649 | 197,651 |
| Accumulated depreciation | 26,953 | 3,715 | 36,009 | 139 | 3,839 | 14,595 | – | 6,235 | 1,294 | 92,779 |
| Net capitalized costs | 10,906 | 5,459 | 43,815 | 3,174 | 6,618 | 18,452 | – | 13,093 | 3,355 | 104,872 |

**Costs incurred for the year ended 31 December[b,j]**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Acquisition of properties[c,k] | | | | | | | | | | |
| Proved | – | – | 1,178 | 8 | 237 | – | – | 1,733 | – | 3,156 |
| Unproved | – | 1 | 418 | – | 2,592 | 679 | – | 3,008 | – | 6,698 |
| | – | 1 | 1,596 | 8 | 2,829 | 679 | – | 4,741 | – | 9,854 |
| Exploration and appraisal costs[d] | 211 | 1 | 566 | 132 | 271 | 490 | 6 | 511 | 225 | 2,413 |
| Development | 1,361 | 889 | 3,016 | 227 | 405 | 2,933 | – | 1,340 | 251 | 10,422 |
| Total costs | 1,572 | 891 | 5,178 | 367 | 3,505 | 4,102 | 6 | 6,592 | 476 | 22,689 |

**Results of operations for the year ended 31 December**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales and other operating revenues[e] | | | | | | | | | | |
| Third parties | 1,997 | – | 751 | 25 | 2,263 | 3,353 | – | 1,450 | 1,611 | 11,450 |
| Sales between businesses | 3,495 | 1,273 | 19,089 | 20 | 1,409 | 4,858 | – | 10,811 | 967 | 41,922 |
| | 5,492 | 1,273 | 19,840 | 45 | 3,672 | 8,211 | – | 12,261 | 2,578 | 53,372 |
| Exploration expenditure | 37 | 1 | 1,065 | 9 | 35 | 163 | 6 | 134 | 70 | 1,520 |
| Production costs | 1,372 | 230 | 3,402 | 66 | 503 | 1,146 | 4 | 787 | 194 | 7,704 |
| Production taxes | 72 | – | 1,854 | – | 278 | – | – | 5,956 | 147 | 8,307 |
| Other costs (income)[f] | (1,357) | 101 | 4,688 | 62 | 935 | 215 | 72 | 118 | 257 | 5,091 |
| Depreciation, depletion and amortization | 874 | 199 | 2,980 | 6 | 523 | 1,668 | – | 1,692 | 172 | 8,114 |
| Impairments and (gains) losses on sale of businesses and fixed assets | 26 | (64) | (492) | 15 | (1,085) | 18 | (1) | (537) | – | (2,120) |
| | 1,024 | 467 | 13,497 | 158 | 1,189 | 3,210 | 81 | 8,150 | 840 | 28,616 |
| Profit (loss) before taxation[g] | 4,468 | 806 | 6,343 | (113) | 2,483 | 5,001 | (81) | 4,111 | 1,738 | 24,756 |
| Allocable taxes | 2,483 | 384 | 2,152 | (159) | 1,205 | 2,184 | (21) | 1,001 | 677 | 9,906 |
| Results of operations | 1,985 | 422 | 4,191 | 46 | 1,278 | 2,817 | (60) | 3,110 | 1,061 | 14,850 |

**Upstream segment and TNK-BP segment replacement cost profit before interest and tax**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Exploration and production activities – subsidiaries (as above) | 4,468 | 806 | 6,343 | (113) | 2,483 | 5,001 | (81) | 4,111 | 1,738 | 24,756 |
| Midstream activities – subsidiaries[h] | (118) | 29 | (157) | 299 | 78 | (4) | (1) | 42 | 284 | 452 |
| Equity-accounted entities[i] | – | 12 | 10 | – | 525 | 69 | 4,095 | 573 | – | 5,284 |
| Total replacement cost profit before interest and tax | 4,350 | 847 | 6,196 | 186 | 3,086 | 5,066 | 4,013 | 4,726 | 2,022 | 30,492 |

[a] These tables contain information relating to oil and natural gas exploration and production activities of subsidiaries. They do not include any costs relating to the Gulf of Mexico oil spill. Midstream activities relating to the management and ownership of crude oil and natural gas pipelines, processing and export terminals and LNG processing facilities and transportation are excluded. In addition, our midstream activities of marketing and trading of natural gas, power and NGLs in the US, Canada, UK and Europe are excluded. The most significant midstream pipeline interests include the Trans-Alaska Pipeline System, the Forties Pipeline System, the Central Area Transmission System pipeline, the South Caucasus Pipeline and the Baku-Tbilisi-Ceyhan pipeline. Major LNG activities are located in Trinidad, Indonesia and Australia and BP is also investing in the LNG business in Angola.

[b] Decommissioning assets are included in capitalized costs at 31 December but are excluded from costs incurred for the year.

[c] Includes costs capitalized as a result of asset exchanges.

[d] Includes exploration and appraisal drilling expenditures, which are capitalized within intangible assets, and geological and geophysical exploration costs, which are charged to income as incurred.

[e] Presented net of transportation costs, purchases and sales taxes.

[f] Includes property taxes, other government take and the fair value gain on embedded derivatives of $191 million. The UK region includes a $1,442 million gain offset by corresponding charges primarily in the US, relating to the group self-insurance programme. The South America region includes a charge of $700 million associated with the termination of the agreement to sell our 60% interest in Pan American Energy LLC to Bridas Corporation.

[g] Excludes the unwinding of the discount on provisions and payables amounting to $267 million which is included in finance costs in the group income statement.

[h] Midstream activities exclude inventory holding gains and losses.

[i] The profits of equity-accounted entities are included after interest and tax.

[j] Excludes balances associated with assets held for sale.

[k] Excludes goodwill associated with business combinations.

CONFIDENTIAL

BP-HZN-2179MDL07817057

Financial statements

Oil and natural gas exploration and production activities – continued

|  | Europe | | North America | | South America | Africa | Asia | | Australasia | $ million 2011 Total |
|---|---|---|---|---|---|---|---|---|---|---|
|  | UK | Rest of Europe | US | Rest of North America |  |  | Russia | Rest of Asia |  |  |

**Equity-accounted entities (BP share)[a]**
**Capitalized costs at 31 December[b]**

| Gross capitalized costs |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Proved properties | – | – | – | – | 6,562 | – | 16,214 | 3,571 | – | 26,347 |
| Unproved properties | – | – | – | – | 19 | – | 652 | 9 | – | 680 |
|  | – | – | – | – | 6,581 | – | 16,866 | 3,580 | – | 27,027 |
| Accumulated depreciation | – | – | – | – | 2,644 | – | 6,978 | 3,017 | – | 12,639 |
| Net capitalized costs | – | – | – | – | 3,937 | – | 9,888 | 563 | – | 14,388 |

**Costs incurred for the year ended 31 December[b]**

| Acquisition of properties[c] |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Proved | – | – | – | – | – | – | – | 46 | – | 46 |
| Unproved | – | – | – | – | 6 | – | 37 | – | – | 43 |
|  | – | – | – | – | 6 | – | 37 | 46 | – | 89 |
| Exploration and appraisal costs[d] | – | – | – | – | 2 | – | 167 | 9 | – | 178 |
| Development | – | – | – | – | 587 | – | 1,862 | 435 | – | 2,884 |
| Total costs | – | – | – | – | 595 | – | 2,066 | 490 | – | 3,151 |

**Results of operations for the year ended 31 December**

| Sales and other operating revenues[e] |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Third parties | – | – | – | – | 2,381 | – | 7,380 | 3,828 | – | 13,589 |
| Sales between businesses | – | – | – | – | – | – | 5,149 | 23 | – | 5,172 |
|  | – | – | – | – | 2,381 | – | 12,529 | 3,851 | – | 18,761 |
| Exploration expenditure | – | – | – | – | 10 | – | 72 | 1 | – | 83 |
| Production costs | – | – | – | – | 459 | – | 1,846 | 212 | – | 2,517 |
| Production taxes | – | – | – | – | 1,098 | – | 5,000 | 3,125 | – | 9,223 |
| Other costs (income) | – | – | – | – | (239) | – | 2 | (1) | – | (238) |
| Depreciation, depletion and amortization | – | – | – | – | 329 | – | 988 | 431 | – | 1,748 |
| Impairments and (gains) losses on sale of businesses and fixed assets | – | – | – | – | – | – | – | – | – | – |
|  | – | – | – | – | 1,657 | – | 7,908 | 3,768 | – | 13,333 |
| Profit (loss) before taxation | – | – | – | – | 724 | – | 4,621 | 83 | – | 5,428 |
| Allocable taxes | – | – | – | – | 294 | – | 806 | 19 | – | 1,119 |
| Results of operations | – | – | – | – | 430 | – | 3,815 | 64 | – | 4,309 |

| Exploration and production activities – equity-accounted entities after tax (as above) | – | – | – | – | 430 | – | 3,815 | 64 | – | 4,309 |
|---|---|---|---|---|---|---|---|---|---|---|
| Midstream and other activities after tax[f] | – | 12 | 10 | – | 95 | 69 | 280 | 509 | – | 975 |
| Total replacement cost profit after interest and tax | – | 12 | 10 | – | 525 | 69 | 4,095 | 573 | – | 5,284 |

[a] These tables contain information relating to oil and natural gas exploration and production activities of equity-accounted entities. They do not include amounts relating to assets held for sale. Midstream activities relating to the management and ownership of crude oil and natural gas pipelines, processing and export terminals and LNG processing facilities and transportation as well as downstream activities of TNK-BP are excluded. The amounts reported for equity-accounted entities exclude the corresponding amounts for their equity-accounted entities.
[b] Decommissioning assets are included in capitalized costs at 31 December but are excluded from costs incurred for the year.
[c] Includes costs capitalized as a result of asset exchanges.
[d] Includes exploration and appraisal drilling expenditures, which are capitalized within intangible assets, and geological and geophysical exploration costs, which are charged to income as incurred.
[e] Presented net of transportation costs and sales taxes.
[f] Includes interest, non-controlling interest and the net results of equity-accounted entities, and excludes inventory holding gains and losses

CONFIDENTIAL

BP-HZN-2179MDL07817058

## Movements in estimated net proved reserves

million barrels

| Crude oil[a] | Europe | | North America | | South America | Africa | Asia | | Australasia | 2013 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US[b] | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | 242 | 170 | 1,443 | – | 22 | 312 | – | 268 | 52 | 2,509 |
| Undeveloped | 431 | 79 | 989 | – | 32 | 255 | – | 137 | 45 | 1,968 |
| | 673 | 249 | 2,432 | – | 54 | 567 | – | 405 | 97 | 4,477 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | (78) | (19) | (141) | – | 30 | 26 | – | 65 | (12) | (129) |
| Improved recovery | 12 | – | 52 | – | 1 | 2 | – | 65 | – | 132 |
| Purchases of reserves-in-place | – | – | – | – | – | – | – | – | – | – |
| Discoveries and extensions | – | – | 4 | – | – | – | – | 39 | 3 | 46 |
| Production[c] | (22) | (12) | (132) | – | (11) | (80) | – | (52) | (9) | (318) |
| Sales of reserves-in-place | (36) | – | (11) | – | – | – | – | – | – | (47) |
| | (124) | (31) | (228) | – | 20 | (52) | – | 117 | (18) | (316) |
| At 31 December 2013[d] | | | | | | | | | | |
| Developed | 169 | 163 | 1,297 | – | 29 | 320 | – | 320 | 57 | 2,355 |
| Undeveloped | 380 | 55 | 907 | – | 45 | 195 | – | 202 | 22 | 1,806 |
| | 549 | 218 | 2,204 | – | 74 | 515 | – | 522 | 79 | 4,161 |
| **Equity-accounted entities (BP share)[e]** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | – | – | – | – | 339 | 12 | 2,492 | 198 | – | 3,041 |
| Undeveloped | – | – | – | – | 351 | 11 | 1,962 | 13 | – | 2,337 |
| | – | – | – | – | 690 | 23 | 4,454 | 211 | – | 5,378 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | 1 | (21) | (3) | 384 | 1 | – | 362 |
| Improved recovery | – | – | – | – | 27 | – | – | – | – | 27 |
| Purchases of reserves-in-place | – | – | – | – | 34 | – | 4,579 | – | – | 4,613 |
| Discoveries and extensions | – | – | – | – | 12 | – | 228 | – | – | 240 |
| Production | – | – | – | – | (27) | – | (303) | (85) | – | (415) |
| Sales of reserves-in-place | – | – | – | – | (85) | – | (4,399) | – | – | (4,484) |
| | – | – | – | 1 | (60) | (3) | 489 | (84) | – | 343 |
| At 31 December 2013[f] [g] | | | | | | | | | | |
| Developed | – | – | – | – | 316 | 10 | 3,064 | 120 | – | 3,510 |
| Undeveloped | – | – | – | 1 | 314 | 10 | 1,879 | 7 | – | 2,211 |
| | – | – | – | 1 | 630 | 20 | 4,943 | 127 | – | 5,721 |
| **Total subsidiaries and equity-accounted entities (BP share)** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | 242 | 170 | 1,443 | – | 361 | 324 | 2,492 | 466 | 52 | 5,550 |
| Undeveloped | 431 | 79 | 989 | – | 383 | 266 | 1,962 | 150 | 45 | 4,305 |
| | 673 | 249 | 2,432 | – | 744 | 590 | 4,454 | 616 | 97 | 9,855 |
| At 31 December 2013 | | | | | | | | | | |
| Developed | 169 | 163 | 1,297 | – | 345 | 330 | 3,064 | 440 | 57 | 5,865 |
| Undeveloped | 380 | 55 | 907 | 1 | 359 | 205 | 1,879 | 209 | 22 | 4,017 |
| | 549 | 218 | 2,204 | 1 | 704 | 535 | 4,943 | 649 | 79 | 9,882 |

[a] Crude oil includes NGLs and condensate. Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.

[b] Proved reserves in the Prudhoe Bay field in Alaska include an estimated 72 million barrels upon which a net profits royalty will be payable over the life of the field under the terms of the BP Prudhoe Bay Royalty Trust.

[c] Excludes NGLs from processing plants in which an interest is held of 5,500 barrels per day.

[d] Includes 551 million barrels of NGLs. Also includes 21 million barrels of crude oil in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.

[e] Volumes of equity-accounted entities include volumes of equity-accounted investments of those entities.

[f] Includes 131 million barrels of NGLs. Also includes 23 million barrels of crude oil in respect of the 0.47% non-controlling interest in Rosneft.

[g] Total proved liquid reserves held as part of our equity interest in Rosneft is 4,975 million barrels, comprising less than 1 mmboe in Vietnam and Canada, 32 million barrels in Venezuela and 4,943 million barrels in Russia.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817059

Movements in estimated net proved reserves – continued

billion cubic feet

Natural gas[a]

| | Europe | | North America | | South America | Africa | Asia | | Australasia | 2013 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | 1,038 | 340 | 8,245 | 4 | 3,588 | 1,139 | – | 926 | 3,282 | 18,562 |
| Undeveloped | 666 | 141 | 2,986 | – | 6,250 | 1,923 | – | 413 | 2,323 | 14,702 |
| | 1,704 | 481 | 11,231 | 4 | 9,838 | 3,062 | – | 1,339 | 5,605 | 33,264 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | (62) | (47) | (1,166) | 10 | 62 | (138) | – | 2,148 | (140) | 667 |
| Improved recovery | 49 | – | 630 | – | 144 | 28 | – | 94 | – | 945 |
| Purchases of reserves-in-place | 9 | – | – | – | – | – | – | – | – | 9 |
| Discoveries and extensions | – | – | 39 | – | – | 55 | – | 1,875 | 511 | 2,480 |
| Production[b] | (66) | (31) | (635) | (4) | (819) | (239) | – | (199) | (289) | (2,282) |
| Sales of reserves-in-place | (677) | – | (152) | – | – | – | – | (67) | – | (896) |
| | (747) | (78) | (1,284) | 6 | (613) | (294) | – | 3,851 | 82 | 923 |
| At 31 December 2013[c] | | | | | | | | | | |
| Developed | 643 | 364 | 7,122 | 10 | 3,109 | 961 | – | 1,519 | 3,932 | 17,660 |
| Undeveloped | 314 | 39 | 2,825 | – | 6,116 | 1,807 | – | 3,671 | 1,755 | 16,527 |
| | 957 | 403 | 9,947 | 10 | 9,225 | 2,768 | – | 5,190 | 5,687 | 34,187 |
| **Equity-accounted entities (BP share)[d]** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | – | – | – | – | 1,276 | 175 | 2,617 | 128 | – | 4,196 |
| Undeveloped | – | – | – | – | 904 | 164 | 1,759 | 18 | – | 2,845 |
| | – | – | – | – | 2,180 | 339 | 4,376 | 146 | – | 7,041 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | 1 | 3 | 29 | 685 | 1 | – | 719 |
| Improved recovery | – | – | – | – | 64 | – | – | 3 | – | 67 |
| Purchases of reserves-in-place | – | – | – | – | 14 | – | 8,871 | 33 | – | 8,918 |
| Discoveries and extensions | – | – | – | – | 51 | – | 254 | – | – | 305 |
| Production[b] | – | – | – | – | (163) | (3) | (292) | (23) | – | (481) |
| Sales of reserves-in-place | – | – | – | – | (38) | – | (4,669) | (74) | – | (4,781) |
| | – | – | – | 1 | (69) | 26 | 4,849 | (60) | – | 4,747 |
| At 31 December 2013[e] [f] | | | | | | | | | | |
| Developed | – | – | – | – | 1,364 | 230 | 4,171 | 72 | – | 5,837 |
| Undeveloped | – | – | – | 1 | 747 | 135 | 5,054 | 14 | – | 5,951 |
| | – | – | – | 1 | 2,111 | 365 | 9,225 | 86 | – | 11,788 |
| **Total subsidiaries and equity-accounted entities (BP share)** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | 1,038 | 340 | 8,245 | 4 | 4,864 | 1,314 | 2,617 | 1,054 | 3,282 | 22,758 |
| Undeveloped | 666 | 141 | 2,986 | – | 7,154 | 2,087 | 1,759 | 431 | 2,323 | 17,547 |
| | 1,704 | 481 | 11,231 | 4 | 12,018 | 3,401 | 4,376 | 1,485 | 5,605 | 40,305 |
| At 31 December 2013 | | | | | | | | | | |
| Developed | 643 | 364 | 7,122 | 10 | 4,473 | 1,191 | 4,171 | 1,591 | 3,932 | 23,497 |
| Undeveloped | 314 | 39 | 2,825 | 1 | 6,863 | 1,942 | 5,054 | 3,685 | 1,755 | 22,478 |
| | 957 | 403 | 9,947 | 11 | 11,336 | 3,133 | 9,225 | 5,276 | 5,687 | 45,975 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] Includes 180 billion cubic feet of natural gas consumed in operations, 149 billion cubic feet in subsidiaries, 31 billion cubic feet in equity-accounted entities
[c] Includes 2,685 billion cubic feet of natural gas in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[d] Volumes of equity-accounted entities include volumes of equity-accounted investments of those entities.
[e] Includes 41 billion cubic feet of natural gas in respect of the 0.44% non-controlling interest in Rosneft.
[f] Total proved gas reserves held as part of our equity interest in Rosneft is 9,271 billion cubic feet, comprising 1 billion cubic feet in Canada, 14 billion cubic feet in Venezuela, 31 billion cubic feet in Vietnam and 9,225 billion cubic feet in Russia.

CONFIDENTIAL

BP-HZN-2179MDL07817060

Movements in estimated net proved reserves – continued

| | | million barrels |
|---|---|---|
| Bitumen[a] | | 2013 |
| | Rest of North America | Total |
| Subsidiaries | | |
| At 1 January 2013 | | |
| Developed | – | – |
| Undeveloped | 195 | 195 |
| | 195 | 195 |
| Changes attributable to | | |
| Revisions of previous estimates | (7) | (7) |
| Improved recovery | – | – |
| Purchases of reserves-in-place | – | – |
| Discoveries and extensions | – | – |
| Production | – | – |
| Sales of reserves-in-place | – | – |
| | (7) | (7) |
| At 31 December 2013 | | |
| Developed | – | – |
| Undeveloped | 188 | 188 |
| | 188 | 188 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817061

Movements in estimated net proved reserves – continued

| Total hydrocarbons[a] | Europe | | North America | | South America | Africa | Asia | | Australasia | million barrels of oil equivalent[b] 2013 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US[c] | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | 421 | 229 | 2,865 | 1 | 640 | 508 | – | 427 | 618 | 5,709 |
| Undeveloped | 546 | 103 | 1,504 | 195 | 1,110 | 587 | – | 209 | 445 | 4,699 |
| | 967 | 332 | 4,369 | 196 | 1,750 | 1,095 | – | 636 | 1,063 | 10,408 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | (89) | (27) | (342) | (5) | 41 | 3 | – | 435 | (36) | (20) |
| Improved recovery | 20 | – | 161 | – | 25 | 7 | – | 81 | – | 294 |
| Purchases of reserves-in-place | 2 | – | – | – | – | – | – | – | – | 2 |
| Discoveries and extensions | – | – | 10 | – | – | 9 | – | 363 | 91 | 473 |
| Production[d][e] | (34) | (18) | (241) | (1) | (152) | (121) | – | (86) | (59) | (712) |
| Sales of reserves-in-place | (152) | – | (38) | – | – | – | – | (12) | – | (202) |
| | (253) | (45) | (450) | (6) | (86) | (102) | – | 781 | (4) | (165) |
| At 31 December 2013[f] | | | | | | | | | | |
| Developed | 280 | 225 | 2,525 | 2 | 564 | 486 | – | 582 | 735 | 5,399 |
| Undeveloped | 434 | 62 | 1,394 | 188 | 1,100 | 507 | – | 835 | 324 | 4,844 |
| | 714 | 287 | 3,919 | 190 | 1,664 | 993 | – | 1,417 | 1,059 | 10,243 |
| **Equity-accounted entities (BP share)[g]** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | – | – | – | – | 559 | 43 | 2,943 | 220 | – | 3,765 |
| Undeveloped | – | – | – | – | 508 | 39 | 2,265 | 15 | – | 2,827 |
| | – | – | – | – | 1,067 | 82 | 5,208 | 235 | – | 6,592 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | 1 | (20) | 2 | 502 | 1 | – | 486 |
| Improved recovery | – | – | – | – | 38 | – | – | 1 | – | 39 |
| Purchases of reserves-in-place | – | – | – | – | 36 | – | 6,108 | 6 | – | 6,150 |
| Discoveries and extensions | – | – | – | – | 20 | – | 272 | – | – | 292 |
| Production[e] | – | – | – | – | (55) | (1) | (353) | (88) | – | (497) |
| Sales of reserves-in-place | – | – | – | – | (92) | – | (5,204) | (13) | – | (5,309) |
| | – | – | – | 1 | (73) | 1 | 1,325 | (93) | – | 1,161 |
| At 31 December 2013[h][i] | | | | | | | | | | |
| Developed | – | – | – | – | 552 | 50 | 3,782 | 133 | – | 4,517 |
| Undeveloped | – | – | – | 1 | 442 | 33 | 2,751 | 9 | – | 3,236 |
| | – | – | – | 1 | 994 | 83 | 6,533 | 142 | – | 7,753 |
| **Total subsidiaries and equity-accounted entities (BP share)** | | | | | | | | | | |
| At 1 January 2013 | | | | | | | | | | |
| Developed | 421 | 229 | 2,865 | 1 | 1,199 | 551 | 2,943 | 647 | 618 | 9,474 |
| Undeveloped | 546 | 103 | 1,504 | 195 | 1,618 | 626 | 2,265 | 224 | 445 | 7,526 |
| | 967 | 332 | 4,369 | 196 | 2,817 | 1,177 | 5,208 | 871 | 1,063 | 17,000 |
| At 31 December 2013 | | | | | | | | | | |
| Developed | 280 | 225 | 2,525 | 2 | 1,116 | 536 | 3,782 | 715 | 735 | 9,916 |
| Undeveloped | 434 | 62 | 1,394 | 189 | 1,542 | 540 | 2,751 | 844 | 324 | 8,080 |
| | 714 | 287 | 3,919 | 191 | 2,658 | 1,076 | 6,533 | 1,559 | 1,059 | 17,996 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] 5.8 billion cubic feet of natural gas = 1 million barrels of oil equivalent.
[c] Proved reserves in the Prudhoe Bay field in Alaska include an estimated 72 million barrels of oil equivalent upon which a net profits royalty will be payable, over the life of the field under the terms of the BP Prudhoe Bay Royalty Trust.
[d] Excludes NGLs from processing plants in which an interest is held of 5,500 barrels of oil equivalent per day.
[e] Includes 31 million barrels of oil equivalent of natural gas consumed in operations, 26 million barrels of oil equivalent in subsidiaries, 5 million barrels of oil equivalent in equity-accounted entities.
[f] Includes 551 million barrels of NGLs. Also includes 484 million barrels of oil equivalent in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[g] Volumes of equity-accounted entities include volumes of equity-accounted investments of those entities.
[h] Includes 131 million barrels of NGLs. Also includes 30 million barrels of oil equivalent in respect of the non-controlling interest in Rosneft.
[i] Total proved reserves held as part of our equity interest in Rosneft is 6,574 million barrels of oil equivalent, comprising 1 million barrels of oil equivalent in Canada, 34 million barrels of oil equivalent in Venezuela, 5 million barrels of oil equivalent in Vietnam and 6,533 million barrels of oil equivalent in Russia.

CONFIDENTIAL

BP-HZN-2179MDL07817062

Movements in estimated net proved reserves – continued

million barrels

| Crude oil[a] | Europe | | North America | | South America | Africa | Asia | | Australasia | 2012 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US[b] | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| **At 1 January 2012** | | | | | | | | | | |
| Developed | 288 | 69 | 1,685 | – | 27 | 311 | – | 177 | 59 | 2,616 |
| Undeveloped | 445 | 230 | 1,173 | – | 48 | 315 | – | 279 | 47 | 2,537 |
| | 733 | 299 | 2,858 | – | 75 | 626 | – | 456 | 106 | 5,153 |
| **Changes attributable to** | | | | | | | | | | |
| Revisions of previous estimates | (30) | (25) | (280) | – | (11) | (1) | – | (2) | – | (349) |
| Improved recovery | 3 | – | 140 | – | – | 13 | – | 2 | – | 158 |
| Purchases of reserves-in-place | 4 | – | 21 | – | – | – | – | – | – | 25 |
| Discoveries and extensions | – | 1 | 23 | – | – | 2 | – | – | – | 26 |
| Production[c] | (31) | (8) | (142) | – | (10) | (73) | – | (51) | (9) | (324) |
| Sales of reserves-in-place | (6) | (18) | (188) | – | – | – | – | – | – | (212) |
| | (60) | (50) | (426) | – | (21) | (59) | – | (51) | (9) | (676) |
| **At 31 December 2012**[d][h] | | | | | | | | | | |
| Developed | 242 | 170 | 1,443 | – | 22 | 312 | – | 268 | 52 | 2,509 |
| Undeveloped | 431 | 79 | 989 | – | 32 | 255 | – | 137 | 45 | 1,968 |
| | 673 | 249 | 2,432 | – | 54 | 567 | – | 405 | 97 | 4,477 |
| **Equity-accounted entities (BP share)**[e] | | | | | | | | | | |
| **At 1 January 2012** | | | | | | | | | | |
| Developed | – | – | – | – | 349 | – | 2,596 | 256 | – | 3,201 |
| Undeveloped | – | – | – | – | 348 | 14 | 1,613 | 58 | – | 2,033 |
| | – | – | – | – | 697 | 14 | 4,209 | 314 | – | 5,234 |
| **Changes attributable to** | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | – | (2) | 9 | 462 | (23) | – | 446 |
| Improved recovery | – | – | – | – | 24 | – | 47 | – | – | 71 |
| Purchases of reserves-in-place | – | – | – | – | – | – | – | – | – | – |
| Discoveries and extensions | – | – | – | – | – | – | 67 | – | – | 67 |
| Production | – | – | – | – | (29) | – | (316) | (80) | – | (425) |
| Sales of reserves-in-place | – | – | – | – | – | – | (15) | – | – | (15) |
| | – | – | – | – | (7) | 9 | 245 | (103) | – | 144 |
| **At 31 December 2012**[f][g][i] | | | | | | | | | | |
| Developed | – | – | – | – | 339 | 12 | 2,492 | 198 | – | 3,041 |
| Undeveloped | – | – | – | – | 351 | 11 | 1,962 | 13 | – | 2,337 |
| | – | – | – | – | 690 | 23 | 4,454 | 211 | – | 5,378 |
| **Total subsidiaries and equity-accounted entities (BP share)** | | | | | | | | | | |
| **At 1 January 2012** | | | | | | | | | | |
| Developed | 288 | 69 | 1,685 | – | 376 | 311 | 2,596 | 433 | 59 | 5,817 |
| Undeveloped | 445 | 230 | 1,173 | – | 396 | 329 | 1,613 | 337 | 47 | 4,570 |
| | 733 | 299 | 2,858 | – | 772 | 640 | 4,209 | 770 | 106 | 10,387 |
| **At 31 December 2012** | | | | | | | | | | |
| Developed | 242 | 170 | 1,443 | – | 361 | 324 | 2,492 | 466 | 52 | 5,550 |
| Undeveloped | 431 | 79 | 989 | – | 383 | 266 | 1,962 | 150 | 45 | 4,305 |
| | 673 | 249 | 2,432 | – | 744 | 590 | 4,454 | 616 | 97 | 9,855 |

[a] Crude oil includes NGLs and condensate. Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] Proved reserves in the Prudhoe Bay field in Alaska include an estimated 76 million barrels upon which a net profits royalty will be payable over the life of the field under the terms of the BP Prudhoe Bay Royalty Trust.
[c] Excludes NGLs from processing plants in which an interest is held of 13,500 barrels per day.
[d] Includes 591 million barrels of NGLs. Also includes 14 million barrels of crude oil in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[e] Volumes of equity-accounted entities include volumes of equity-accounted investments of those entities.
[f] Includes 103 million barrels of NGLs. Also includes 328 million barrels of crude oil in respect of the 7.35% non-controlling interest in TNK-BP.
[g] Total proved liquid reserves held as part of our equity interest in TNK-BP is 4,540 million barrels, comprising 87 million barrels in Venezuela and 4,454 million barrels in Russia.
[h] Includes assets held for sale of 39 million barrels.
[i] Includes assets held for sale of 4,540 million barrels.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817063

Movements in estimated net proved reserves – continued

| Natural gas[a] | Europe | | North America | | South America | Africa | Asia | | Australasia | 2012 — billion cubic feet — Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| At 1 January 2012 | | | | | | | | | | |
| Developed | 1,411 | 43 | 9,721 | 28 | 2,869 | 1,224 | – | 1,034 | 3,570 | 19,900 |
| Undeveloped | 909 | 450 | 3,831 | – | 6,529 | 2,033 | – | 364 | 2,365 | 16,481 |
| | 2,320 | 493 | 13,552 | 28 | 9,398 | 3,257 | – | 1,398 | 5,935 | 36,381 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | (18) | (13) | (1,853) | (19) | (116) | (14) | – | 38 | (41) | (2,036) |
| Improved recovery | 95 | – | 885 | – | 756 | 69 | – | 156 | – | 1,961 |
| Purchases of reserves-in-place | 17 | (1) | 232 | – | – | – | – | – | – | 248 |
| Discoveries and extensions | – | 7 | 225 | – | 598 | 1 | – | – | – | 831 |
| Production[b] | (164) | (5) | (661) | (5) | (775) | (251) | – | (253) | (289) | (2,403) |
| Sales of reserves-in-place | (546) | – | (1,149) | – | (23) | – | – | – | – | (1,718) |
| | (616) | (12) | (2,321) | (24) | 440 | (195) | – | (59) | (330) | (3,117) |
| At 31 December 2012[c g] | | | | | | | | | | |
| Developed | 1,038 | 340 | 8,245 | 4 | 3,588 | 1,139 | – | 926 | 3,282 | 18,562 |
| Undeveloped | 666 | 141 | 2,986 | – | 6,250 | 1,923 | – | 413 | 2,323 | 14,702 |
| | 1,704 | 481 | 11,231 | 4 | 9,838 | 3,062 | – | 1,339 | 5,605 | 33,264 |
| **Equity-accounted entities (BP share)[d]** | | | | | | | | | | |
| At 1 January 2012 | | | | | | | | | | |
| Developed | – | – | – | – | 1,144 | – | 2,119 | 104 | – | 3,367 |
| Undeveloped | – | – | – | – | 1,006 | 195 | 659 | 51 | – | 1,911 |
| | – | – | – | – | 2,150 | 195 | 2,778 | 155 | – | 5,278 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | – | 86 | 144 | 569 | 25 | – | 824 |
| Improved recovery | – | – | – | – | 110 | – | – | 1 | – | 111 |
| Purchases of reserves-in-place | – | – | – | – | – | – | – | – | – | – |
| Discoveries and extensions | – | – | – | – | 3 | – | 1,310 | – | – | 1,313 |
| Production[b] | – | – | – | – | (169) | – | (280) | (35) | – | (484) |
| Sales of reserves-in-place | – | – | – | – | – | – | (1) | – | – | (1) |
| | – | – | – | – | 30 | 144 | 1,598 | (9) | – | 1,763 |
| At 31 December 2012[e f h] | | | | | | | | | | |
| Developed | – | – | – | – | 1,276 | 175 | 2,617 | 128 | – | 4,196 |
| Undeveloped | – | – | – | – | 904 | 164 | 1,759 | 18 | – | 2,845 |
| | – | – | – | – | 2,180 | 339 | 4,376 | 146 | – | 7,041 |
| **Total subsidiaries and equity-accounted entities (BP share)** | | | | | | | | | | |
| At 1 January 2012 | | | | | | | | | | |
| Developed | 1,411 | 43 | 9,721 | 28 | 4,013 | 1,224 | 2,119 | 1,138 | 3,570 | 23,267 |
| Undeveloped | 909 | 450 | 3,831 | – | 7,535 | 2,228 | 659 | 415 | 2,365 | 18,392 |
| | 2,320 | 493 | 13,552 | 28 | 11,548 | 3,452 | 2,778 | 1,553 | 5,935 | 41,659 |
| At 31 December 2012 | | | | | | | | | | |
| Developed | 1,038 | 340 | 8,245 | 4 | 4,864 | 1,314 | 2,617 | 1,054 | 3,282 | 22,758 |
| Undeveloped | 666 | 141 | 2,986 | – | 7,154 | 2,087 | 1,759 | 431 | 2,323 | 17,547 |
| | 1,704 | 481 | 11,231 | 4 | 12,018 | 3,401 | 4,376 | 1,485 | 5,605 | 40,305 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] Includes 190 billion cubic feet of natural gas consumed in operations, 145 billion cubic feet in subsidiaries, 45 billion cubic feet in equity-accounted entities and excludes 9 billion cubic feet of produced non-hydrocarbon components that meet regulatory requirements for sales.
[c] Includes 2,890 billion cubic feet of natural gas in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[d] Volumes of equity-accounted entities include volumes of natural gas in respect of the 6.17% non-controlling interest in TNK-BP.
[e] Includes 270 billion cubic feet of natural gas in respect of the 6.17% non-controlling interest in TNK-BP.
[f] Total proved gas reserves held as part of our equity interest in TNK-BP is 4,492 billion cubic feet, comprising 38 billion cubic feet in Venezuela, 78 billion cubic feet in Vietnam and 4,376 billion cubic feet in Russia.
[g] Includes assets held for sale of 590 billion cubic feet.
[h] Includes assets held for sale of 4,492 billion cubic feet.

CONFIDENTIAL

BP-HZN-2179MDL07817064

Movements in estimated net proved reserves – continued

| | million barrels |
|---|---|
| Bitumen[a] | 2012 |
| | Rest of North America | Total |
| **Subsidiaries** | | |
| At 1 January 2012 | | |
| Developed | – | – |
| Undeveloped | 178 | 178 |
| | 178 | 178 |
| Changes attributable to | | |
| Revisions of previous estimates | 17 | 17 |
| Improved recovery | – | – |
| Purchases of reserves-in-place | – | – |
| Discoveries and extensions | – | – |
| Production | – | – |
| Sales of reserves-in-place | – | – |
| | 17 | 17 |
| At 31 December 2012 | | |
| Developed | – | – |
| Undeveloped | 195 | 195 |
| | 195 | 195 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817065

Movements in estimated net proved reserves – continued

million barrels of oil equivalent[b]

| Total hydrocarbons[f] | Europe | | North America | | South America | Africa | Asia | | Australasia | 2012 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US[c] | Rest of North America | | | Russia | Rest of Asia | | Total |
| **Subsidiaries** | | | | | | | | | | |
| At 1 January 2012 | | | | | | | | | | |
| Developed | 531 | 76 | 3,362 | 5 | 522 | 522 | – | 355 | 675 | 6,048 |
| Undeveloped | 602 | 308 | 1,833 | 178 | 1,173 | 665 | – | 342 | 455 | 5,556 |
| | 1,133 | 384 | 5,195 | 183 | 1,695 | 1,187 | – | 697 | 1,130 | 11,604 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | (33) | (27) | (600) | 14 | (31) | (3) | – | 5 | (8) | (683) |
| Improved recovery | 19 | – | 293 | – | 130 | 25 | – | 29 | – | 496 |
| Purchases of reserves-in-place | 7 | – | 61 | – | – | – | – | – | – | 68 |
| Discoveries and extensions | – | 2 | 62 | – | 103 | 2 | – | – | – | 169 |
| Production[d][e] | (59) | (9) | (256) | (1) | (143) | (116) | – | (95) | (59) | (738) |
| Sales of reserves-in-place | (100) | (18) | (386) | – | (4) | – | – | – | – | (508) |
| | (166) | (52) | (826) | 13 | 55 | (92) | – | (61) | (67) | (1,196) |
| At 31 December 2012[f][i] | | | | | | | | | | |
| Developed | 421 | 229 | 2,865 | 1 | 640 | 508 | – | 427 | 618 | 5,709 |
| Undeveloped | 546 | 103 | 1,504 | 195 | 1,110 | 587 | – | 209 | 445 | 4,699 |
| | 967 | 332 | 4,369 | 196 | 1,750 | 1,095 | – | 636 | 1,063 | 10,408 |
| **Equity-accounted entities (BP share)[g]** | | | | | | | | | | |
| At 1 January 2012 | | | | | | | | | | |
| Developed | – | – | – | – | 546 | – | 2,961 | 274 | – | 3,781 |
| Undeveloped | – | – | – | – | 522 | 48 | 1,727 | 66 | – | 2,363 |
| | – | – | – | – | 1,068 | 48 | 4,688 | 340 | – | 6,144 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | – | 13 | 34 | 560 | (19) | – | 588 |
| Improved recovery | – | – | – | – | 43 | – | 47 | – | – | 90 |
| Purchases of reserves-in-place | – | – | – | – | – | – | – | – | – | – |
| Discoveries and extensions | – | – | – | – | 1 | – | 292 | – | – | 293 |
| Production[d][e] | – | – | – | – | (58) | – | (364) | (86) | – | (508) |
| Sales of reserves-in-place | – | – | – | – | – | – | (15) | – | – | (15) |
| | – | – | – | – | (1) | 34 | 520 | (105) | – | 448 |
| At 31 December 2012[h][i][k] | | | | | | | | | | |
| Developed | – | – | – | – | 559 | 43 | 2,943 | 220 | – | 3,765 |
| Undeveloped | – | – | – | – | 508 | 39 | 2,265 | 15 | – | 2,827 |
| | – | – | – | – | 1,067 | 82 | 5,208 | 235 | – | 6,592 |
| **Total subsidiaries and equity-accounted entities (BP share)** | | | | | | | | | | |
| At 1 January 2012 | | | | | | | | | | |
| Developed | 531 | 76 | 3,362 | 5 | 1,068 | 522 | 2,961 | 629 | 675 | 9,829 |
| Undeveloped | 602 | 308 | 1,833 | 178 | 1,695 | 713 | 1,727 | 408 | 455 | 7,919 |
| | 1,133 | 384 | 5,195 | 183 | 2,763 | 1,235 | 4,688 | 1,037 | 1,130 | 17,748 |
| At 31 December 2012 | | | | | | | | | | |
| Developed | 421 | 229 | 2,865 | 1 | 1,199 | 551 | 2,943 | 647 | 618 | 9,474 |
| Undeveloped | 546 | 103 | 1,504 | 195 | 1,618 | 626 | 2,265 | 224 | 445 | 7,526 |
| | 967 | 332 | 4,369 | 196 | 2,817 | 1,177 | 5,208 | 871 | 1,063 | 17,000 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] 5.8 billion cubic feet of natural gas = 1 million barrels of oil equivalent.
[c] Proved reserves in the Prudhoe Bay field in Alaska include an estimated 76 million barrels of oil equivalent upon which a net profits royalty will be payable, over the life of the field under the terms of the BP Prudhoe Bay Royalty Trust.
[d] Excludes NGLs from processing plants in which an interest is held of 13,500 barrels of oil equivalent per day.
[e] Includes 33 million barrels of oil equivalent of natural gas consumed in operations, 25 million barrels of oil equivalent in subsidiaries, 8 million barrels of oil equivalent in equity-accounted entities and excludes 2 million barrels of oil equivalent of produced non-hydrocarbon components that meet regulatory requirements for sales.
[f] Includes 591 million barrels of NGLs. Also includes 512 million barrels of oil equivalent in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[g] Volumes of equity-accounted entities include volumes of equity-accounted investments of those entities.
[h] Includes 103 million barrels of NGLs. Also includes 374 million barrels of oil equivalent in respect of the non-controlling interest in TNK-BP.
[i] Total proved reserves held as part of our equity interest in TNK-BP is 5,315 million barrels of oil equivalent, comprising 93 million barrels of oil equivalent in Venezuela, 14 million barrels of oil equivalent in Vietnam and 5,208 million barrels of oil equivalent in Russia.
[j] Includes assets held for sale of 140 million barrels of oil equivalent.
[k] Includes assets held for sale of 5,315 million barrels of oil equivalent.

CONFIDENTIAL

BP-HZN-2179MDL07817066

Movements in estimated net proved reserves – continued

million barrels

| Crude oil[a] | Europe | | North America | | South America | Africa | Asia | | Australasia | 2011 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US[b] | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | 364 | 77 | 1,729 | – | 44 | 371 | – | 269 | 48 | 2,902 |
| Undeveloped | 431 | 221 | 1,190 | – | 58 | 374 | – | 325 | 58 | 2,657 |
| | 795 | 298 | 2,919 | – | 102 | 745 | – | 594 | 106 | 5,559 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | (1) | 5 | 27 | – | 6 | (68) | – | (131) | 3 | (159) |
| Improved recovery | 14 | 8 | 97 | – | 1 | 10 | – | 70 | 6 | 206 |
| Purchases of reserves-in-place | – | – | 10 | – | 7 | – | – | 4 | – | 21 |
| Discoveries and extensions | – | – | 1 | – | 1 | 19 | – | – | – | 21 |
| Production[c] | (41) | (12) | (162) | – | (13) | (68) | – | (50) | (9) | (355) |
| Sales of reserves-in-place | (34) | – | (34) | – | (29) | (12) | – | (31) | – | (140) |
| | (62) | 1 | (61) | – | (27) | (119) | – | (138) | – | (406) |
| At 31 December 2011[d] | | | | | | | | | | |
| Developed | 288 | 69 | 1,685 | – | 27 | 311 | – | 177 | 59 | 2,616 |
| Undeveloped | 445 | 230 | 1,173 | – | 48 | 315 | – | 279 | 47 | 2,537 |
| | 733 | 299 | 2,858 | – | 75 | 626 | – | 456 | 106 | 5,153 |
| **Equity-accounted entities (BP share)[e]** | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | – | – | – | – | 408 | – | 2,388 | 370 | – | 3,166 |
| Undeveloped | – | – | – | – | 407 | 12 | 1,362 | 24 | – | 1,805 |
| | – | – | – | – | 815 | 12 | 3,750 | 394 | – | 4,971 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | – | (12) | 2 | 677 | (5) | – | 662 |
| Improved recovery | – | – | – | – | 70 | – | 73 | – | – | 143 |
| Purchases of reserves-in-place | – | – | – | – | 98 | – | – | 1 | – | 99 |
| Discoveries and extensions | – | – | – | – | – | – | 25 | – | – | 25 |
| Production | – | – | – | – | (30) | – | (316) | (76) | – | (422) |
| Sales of reserves-in-place | – | – | – | – | (244) | – | – | – | – | (244) |
| | – | – | – | – | (118) | 2 | 459 | (80) | – | 263 |
| At 31 December 2011[f] [g] | | | | | | | | | | |
| Developed | – | – | – | – | 349 | – | 2,596 | 256 | – | 3,201 |
| Undeveloped | – | – | – | – | 348 | 14 | 1,613 | 58 | – | 2,033 |
| | – | – | – | – | 697 | 14 | 4,209 | 314 | – | 5,234 |
| Total subsidiaries and equity-accounted entities (BP share) | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | 364 | 77 | 1,729 | – | 452 | 371 | 2,388 | 639 | 48 | 6,068 |
| Undeveloped | 431 | 221 | 1,190 | – | 465 | 386 | 1,362 | 349 | 58 | 4,462 |
| | 795 | 298 | 2,919 | – | 917 | 757 | 3,750 | 988 | 106 | 10,530 |
| At 31 December 2011 | | | | | | | | | | |
| Developed | 288 | 69 | 1,685 | – | 376 | 311 | 2,596 | 433 | 59 | 5,817 |
| Undeveloped | 445 | 230 | 1,173 | – | 396 | 329 | 1,613 | 337 | 47 | 4,570 |
| | 733 | 299 | 2,858 | – | 772 | 640 | 4,209 | 770 | 106 | 10,387 |

[a] Crude oil includes NGLs and condensate. Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] Proved reserves in the Prudhoe Bay field in Alaska include an estimated 82 million barrels upon which a net profits royalty will be payable over the life of the field under the terms of the BP Prudhoe Bay Royalty Trust.
[c] Excludes NGLs from processing plants in which an interest is held of 26 thousand barrels per day.
[d] Includes 616 million barrels of NGLs. Also includes 20 million barrels of crude oil in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[e] Volumes of equity-accounted entities include volumes of equity-accounted investments of those entities.
[f] Includes 19 million barrels of NGLs. Also includes 310 million barrels of crude oil in respect of the 7.37% non-controlling interest in TNK-BP.
[g] Total proved liquid reserves held as part of our equity interest in TNK-BP is 4,305 million barrels, comprising 95 million barrels in Venezuela, one million barrels in Vietnam and 4,209 million barrels in Russia. In 2011, BP aligned its reporting with TNK-BP by moving to a life of field reporting basis. Reasonable certainty of licence renewals is demonstrated by evidence of Russian subsoil law, track record of renewals within the industry and track record of success in obtaining renewals by TNK-BP. This has resulted in an increase in proved liquid reserves of 221 million barrels.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817067

Movements in estimated net proved reserves – continued

billion cubic feet

| Natural gas[a] | Europe | | North America | | South America | Africa | Asia | | Australasia | 2011 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | 1,416 | 40 | 9,495 | 58 | 3,575 | 1,329 | – | 1,290 | 3,563 | 20,766 |
| Undeveloped | 829 | 430 | 4,248 | – | 6,575 | 2,351 | – | 268 | 2,342 | 17,043 |
| | 2,245 | 470 | 13,743 | 58 | 10,150 | 3,680 | – | 1,558 | 5,905 | 37,809 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | 169 | 30 | – | (9) | 202 | (206) | – | 69 | 299 | 554 |
| Improved recovery | 56 | 1 | 597 | – | 84 | 15 | – | 28 | 22 | 803 |
| Purchases of reserves-in-place | 8 | – | 93 | 7 | – | – | – | 310 | – | 418 |
| Discoveries and extensions | – | – | 219 | – | 47 | – | – | – | – | 266 |
| Production[b] | (146) | (8) | (737) | (5) | (811) | (232) | – | (244) | (291) | (2,474) |
| Sales of reserves-in-place | (12) | – | (363) | (23) | (274) | – | – | (323) | – | (995) |
| | 75 | 23 | (191) | (30) | (752) | (423) | – | (160) | 30 | (1,428) |
| At 31 December 2011[c] | | | | | | | | | | |
| Developed | 1,411 | 43 | 9,721 | 28 | 2,869 | 1,224 | – | 1,034 | 3,570 | 19,900 |
| Undeveloped | 909 | 450 | 3,831 | – | 6,529 | 2,033 | – | 364 | 2,365 | 16,481 |
| | 2,320 | 493 | 13,552 | 28 | 9,398 | 3,257 | – | 1,398 | 5,935 | 36,381 |
| **Equity-accounted entities (BP share)[d]** | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | – | – | – | – | 1,075 | – | 1,900 | 71 | – | 3,046 |
| Undeveloped | – | – | – | – | 1,192 | 175 | 459 | 19 | – | 1,845 |
| | – | – | – | – | 2,267 | 175 | 2,359 | 90 | – | 4,891 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | – | (75) | 20 | 683 | (3) | – | 625 |
| Improved recovery | – | – | – | – | 190 | – | – | 12 | – | 202 |
| Purchases of reserves-in-place | – | – | – | – | 31 | – | – | 76 | – | 107 |
| Discoveries and extensions | – | – | – | – | – | – | – | – | – | – |
| Production[b] | – | – | – | – | (167) | – | (264) | (20) | – | (451) |
| Sales of reserves-in-place | – | – | – | – | (96) | – | – | – | – | (96) |
| | – | – | – | – | (117) | 20 | 419 | 65 | – | 387 |
| At 31 December 2011[e][f] | | | | | | | | | | |
| Developed | – | – | – | – | 1,144 | – | 2,119 | 104 | – | 3,367 |
| Undeveloped | – | – | – | – | 1,006 | 195 | 659 | 51 | – | 1,911 |
| | – | – | – | – | 2,150 | 195 | 2,778 | 155 | – | 5,278 |
| **Total subsidiaries and equity-accounted entities (BP share)** | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | 1,416 | 40 | 9,495 | 58 | 4,650 | 1,329 | 1,900 | 1,361 | 3,563 | 23,812 |
| Undeveloped | 829 | 430 | 4,248 | – | 7,767 | 2,526 | 459 | 287 | 2,342 | 18,888 |
| | 2,245 | 470 | 13,743 | 58 | 12,417 | 3,855 | 2,359 | 1,648 | 5,905 | 42,700 |
| At 31 December 2011 | | | | | | | | | | |
| Developed | 1,411 | 43 | 9,721 | 28 | 4,013 | 1,224 | 2,119 | 1,138 | 3,570 | 23,267 |
| Undeveloped | 909 | 450 | 3,831 | – | 7,535 | 2,228 | 659 | 415 | 2,365 | 18,392 |
| | 2,320 | 493 | 13,552 | 28 | 11,548 | 3,452 | 2,778 | 1,553 | 5,935 | 41,659 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] Includes 196 billion cubic feet of natural gas consumed in operations, 155 billion cubic feet in subsidiaries, 41 billion cubic feet in equity-accounted entities and excludes 14 billion cubic feet of produced non-hydrocarbon components which meet regulatory requirements for sales.
[c] Includes 2,759 billion cubic feet of natural gas in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[d] Volumes of equity-accounted entities include volumes of equity-accounted investments of those entities.
[e] Includes 174 billion cubic feet of natural gas in respect of the 6.27% non-controlling interest in TNK-BP.
[f] Total proved gas reserves held as part of our equity interest in TNK-BP is 2,881 billion cubic feet, comprising 30 billion cubic feet in Venezuela, 73 billion cubic feet in Vietnam and 2,778 billion cubic feet in Russia. In 2011, BP aligned its reporting with TNK-BP by moving to a life of field reporting basis. Reasonable certainty of licence renewals is demonstrated by evidence of Russian subsoil law, track record of renewals within the industry and track record of success in obtaining renewals by TNK-BP. This has resulted in an increase in proved gas reserves of 185 billion cubic feet.

CONFIDENTIAL

BP-HZN-2179MDL07817068

Movements in estimated net proved reserves – continued

|  | million barrels | |
|---|---|---|
|  | 2011 | |
| Bitumen[a] | Rest of North America | Total |
| Subsidiaries | | |
| At 1 January 2011 | | |
| Developed | – | – |
| Undeveloped | 179 | 179 |
|  | 179 | 179 |
| Changes attributable to | | |
| Revisions of previous estimates | (1) | (1) |
| Improved recovery | – | – |
| Purchases of reserves-in-place | – | – |
| Discoveries and extensions | – | – |
| Production | – | – |
| Sales of reserves-in-place | – | – |
|  | (1) | (1) |
| At 31 December 2011 | | |
| Developed | – | – |
| Undeveloped | 178 | 178 |
|  | 178 | 178 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817069

Movements in estimated net proved reserves – continued

million barrels of oil equivalent[b]

2011

| Total hydrocarbons[a] | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US[c] | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | 608 | 84 | 3,366 | 10 | 660 | 600 | – | 491 | 662 | 6,481 |
| Undeveloped | 574 | 295 | 1,923 | 179 | 1,192 | 779 | – | 371 | 462 | 5,775 |
| | 1,182 | 379 | 5,289 | 189 | 1,852 | 1,379 | – | 862 | 1,124 | 12,256 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | 28 | 10 | 27 | (3) | 41 | (103) | – | (119) | 55 | (64) |
| Improved recovery | 24 | 8 | 200 | – | 15 | 12 | – | 75 | 10 | 344 |
| Purchases of reserves-in-place | 1 | – | 26 | 2 | 7 | – | – | 58 | – | 94 |
| Discoveries and extensions | – | – | 39 | – | 9 | 19 | – | – | – | 67 |
| Production[d][e] | (66) | (13) | (289) | (1) | (153) | (108) | – | (92) | (59) | (781) |
| Sales of reserves-in-place | (36) | – | (97) | (4) | (76) | (12) | – | (87) | – | (312) |
| | (49) | 5 | (94) | (6) | (157) | (192) | – | (165) | 6 | (652) |
| At 31 December 2011[f] | | | | | | | | | | |
| Developed | 531 | 76 | 3,362 | 5 | 522 | 522 | – | 355 | 675 | 6,048 |
| Undeveloped | 602 | 308 | 1,833 | 178 | 1,173 | 665 | – | 342 | 455 | 5,556 |
| | 1,133 | 384 | 5,195 | 183 | 1,695 | 1,187 | – | 697 | 1,130 | 11,604 |
| **Equity-accounted entities (BP share)[g]** | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | – | – | – | – | 593 | – | 2,716 | 382 | – | 3,691 |
| Undeveloped | – | – | – | – | 613 | 43 | 1,441 | 27 | – | 2,124 |
| | – | – | – | – | 1,206 | 43 | 4,157 | 409 | – | 5,815 |
| Changes attributable to | | | | | | | | | | |
| Revisions of previous estimates | – | – | – | – | (25) | 5 | 795 | (5) | – | 770 |
| Improved recovery | – | – | – | – | 103 | – | 73 | 2 | – | 178 |
| Purchases of reserves-in-place | – | – | – | – | 103 | – | – | 14 | – | 117 |
| Discoveries and extensions | – | – | – | – | – | – | 25 | – | – | 25 |
| Production[d][e] | – | – | – | – | (59) | – | (362) | (80) | – | (501) |
| Sales of reserves-in-place | – | – | – | – | (260) | – | – | – | – | (260) |
| | – | – | – | – | (138) | 5 | 531 | (69) | – | 329 |
| At 31 December 2011[h][i] | | | | | | | | | | |
| Developed | – | – | – | – | 546 | – | 2,961 | 274 | – | 3,781 |
| Undeveloped | – | – | – | – | 522 | 48 | 1,727 | 66 | – | 2,363 |
| | – | – | – | – | 1,068 | 48 | 4,688 | 340 | – | 6,144 |
| **Total subsidiaries and equity-accounted entities (BP share)** | | | | | | | | | | |
| At 1 January 2011 | | | | | | | | | | |
| Developed | 608 | 84 | 3,366 | 10 | 1,253 | 600 | 2,716 | 873 | 662 | 10,172 |
| Undeveloped | 574 | 295 | 1,923 | 179 | 1,805 | 822 | 1,441 | 398 | 462 | 7,899 |
| | 1,182 | 379 | 5,289 | 189 | 3,058 | 1,422 | 4,157 | 1,271 | 1,124 | 18,071 |
| At 31 December 2011 | | | | | | | | | | |
| Developed | 531 | 76 | 3,362 | 5 | 1,068 | 522 | 2,961 | 629 | 675 | 9,829 |
| Undeveloped | 602 | 308 | 1,833 | 178 | 1,695 | 713 | 1,727 | 408 | 455 | 7,919 |
| | 1,133 | 384 | 5,195 | 183 | 2,763 | 1,235 | 4,688 | 1,037 | 1,130 | 17,748 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.

[b] 5.8 billion cubic feet of natural gas = 1 million barrels of oil equivalent.

[c] Proved reserves in the Prudhoe Bay field in Alaska include an estimated 82 million barrels of oil equivalent upon which a net profits royalty will be payable over the life of the field under the terms of the BP Prudhoe Bay Royalty Trust.

[d] Excludes NGLs from processing plants in which an interest is held of 26 thousand barrels of oil equivalent a day.

[e] Includes 34 million barrels of oil equivalent of natural gas consumed in operations, 27 million barrels of oil equivalent in subsidiaries, seven million barrels of oil equivalent in equity-accounted entities and excludes two million barrels of oil equivalent of produced non-hydrocarbon components which meet regulatory requirements for sales.

[f] Includes 616 million barrels of NGLs. Also includes 496 million barrels of oil equivalent in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.

[g] Volumes of equity-accounted entities include volumes of equity-accounted investments of those entities.

[h] Includes 159 million barrels of NGLs. Also includes 340 million barrels of oil equivalent in respect of the non-controlling interest in TNK-BP.

[i] Total proved reserves held as part of our equity interest in TNK-BP is 4,802 million barrels of oil equivalent, comprising 100 million barrels of oil equivalent in Venezuela, 14 million barrels of oil equivalent in Vietnam and 4,688 million barrels of oil equivalent in Russia. In 2011, BP aligned its reporting with TNK-BP by moving to a life of field reporting basis. Reasonable certainty of licence renewals is demonstrated by evidence of Russian subsoil law, track record of renewals within the industry and track record of success in obtaining renewals by TNK-BP. This has resulted in an increase in proved reserves of 253 million barrels of oil equivalent.

CONFIDENTIAL

BP-HZN-2179MDL07817070

Standardized measure of discounted future net cash flows and changes therein relating to proved oil and gas reserves

The following tables set out the standardized measure of discounted future net cash flows, and changes therein, relating to crude oil and natural gas production from the group's estimated proved reserves. This information is prepared in compliance with FASB Oil and Gas Disclosures requirements.

Future net cash flows have been prepared on the basis of certain assumptions which may or may not be realized. These include the timing of future production, the estimation of crude oil and natural gas reserves and the application of average crude oil and natural gas prices and exchange rates from the previous 12 months. Furthermore, both proved reserves estimates and production forecasts are subject to revision as further technical information becomes available and economic conditions change. BP cautions against relying on the information presented because of the highly arbitrary nature of the assumptions on which it is based and its lack of comparability with the historical cost information presented in the financial statements.

$ million

| | Europe | | North America | | South America | Africa | Asia | | Australasia | 2013 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| **At 31 December 2013** | | | | | | | | | | |
| Subsidiaries | | | | | | | | | | |
| Future cash inflows[a] | 66,200 | 26,300 | 234,500 | 9,400 | 40,000 | 67,500 | – | 89,000 | 57,600 | 590,500 |
| Future production cost[b] | 21,900 | 11,200 | 99,000 | 4,600 | 11,600 | 17,800 | – | 35,000 | 20,000 | 221,100 |
| Future development cost[b] | 6,500 | 2,000 | 27,700 | 2,000 | 7,600 | 10,900 | – | 23,700 | 6,900 | 87,300 |
| Future taxation[c] | 23,900 | 8,000 | 37,000 | 400 | 11,100 | 14,300 | – | 6,200 | 8,100 | 109,000 |
| Future net cash flows | 13,900 | 5,100 | 70,800 | 2,400 | 9,700 | 24,500 | – | 24,100 | 22,600 | 173,100 |
| 10% annual discount[d] | 6,800 | 2,200 | 34,300 | 1,900 | 4,200 | 9,300 | – | 13,300 | 12,800 | 84,800 |
| Standardized measure of discounted future net cash flows[e] | 7,100 | 2,900 | 36,500 | 500 | 5,500 | 15,200 | – | 10,800 | 9,800 | 88,300 |
| Equity-accounted entities (BP share)[f] | | | | | | | | | | |
| Future cash inflows[a] | – | – | – | – | 45,800 | – | 255,600 | 14,300 | – | 315,700 |
| Future production cost[b] | – | – | – | – | 22,500 | – | 139,000 | 11,800 | – | 173,300 |
| Future development cost[b] | – | – | – | – | 6,000 | – | 19,700 | 2,100 | – | 27,800 |
| Future taxation[c] | – | – | – | – | 5,900 | – | 15,200 | 100 | – | 21,200 |
| Future net cash flows | – | – | – | – | 11,400 | – | 81,700 | 300 | – | 93,400 |
| 10% annual discount[d] | – | – | – | – | 6,900 | – | 48,700 | 100 | – | 55,700 |
| Standardized measure of discounted future net cash flows[a] [h] | – | – | – | – | 4,500 | – | 33,000 | 200 | – | 37,700 |
| Total subsidiaries and equity-accounted entities | | | | | | | | | | |
| Standardized measure of discounted future net cash flows | 7,100 | 2,900 | 36,500 | 500 | 10,000 | 15,200 | 33,000 | 11,000 | 9,800 | 126,000 |

The following are the principal sources of change in the standardized measure of discounted future net cash flows:

$ million

| | Subsidiaries | Equity-accounted entities (BP share) | Total subsidiaries and equity-accounted entities |
|---|---|---|---|
| Sales and transfers of oil and gas produced, net of production costs | (30,600) | (7,900) | (38,500) |
| Development costs for the current year as estimated in previous year | 14,000 | 3,200 | 17,200 |
| Extensions, discoveries and improved recovery, less related costs | 1,900 | 2,000 | 3,900 |
| Net changes in prices and production cost | (1,800) | (100) | (1,900) |
| Revisions of previous reserves estimates | (3,100) | (400) | (3,500) |
| Net change in taxation | 12,900 | 3,400 | 16,300 |
| Future development costs | (4,100) | (2,100) | (6,200) |
| Net change in purchase and sales of reserves-in-place | (3,500) | 9,000 | 5,500 |
| Addition of 10% annual discount | 9,300 | 2,800 | 12,100 |
| Total change in the standardized measure during the year[i] | (5,000) | 9,900 | 4,900 |

[a] The marker prices used were Brent $108.02/bbl, Henry Hub $3.66/mmBtu.
[b] Production costs, which include production taxes, and development costs relating to future production of proved reserves are based on the continuation of existing economic conditions. Future decommissioning costs are included.
[c] Taxation is computed using appropriate year-end statutory corporate income tax rates.
[d] Future net cash flows from oil and natural gas production are discounted at 10% regardless of the group assessment of the risk associated with its producing activities.
[e] Non-controlling interest in BP Trinidad and Tobago LLC amounted to $1,700 million.
[f] The standardized measure of discounted future net cash flows of equity-accounted entities includes standardized measure of discounted future net cash flows of equity-accounted investments of those entities.
[g] Non-controlling interest in Rosneft amounted to $200 million in Russia.
[h] No equity-accounted future cash flows in Africa because proved reserves are received as a result of contractual arrangements, with no associated costs.
[i] Total change in the standardized measure during the year includes the effect of exchange rate movements.

Financial statements

CONFIDENTIAL
BP-HZN-2179MDL07817071

Standardized measure of discounted future net cash flows and changes therein relating to proved oil and gas reserve – continued

|  | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|---|---|---|---|---|---|---|---|---|---|---|
|  | UK | Rest of Europe | US | Rest of North America |  |  | Russia | Rest of Asia |  | $ million 2012 |
| **At 31 December 2012** | | | | | | | | | | |
| Subsidiaries | | | | | | | | | | |
| Future cash inflows[a] | 88,000 | 30,800 | 261,100 | 9,500 | 30,400 | 75,800 | – | 54,200 | 54,300 | 604,100 |
| Future production cost[b] | 24,600 | 10,400 | 117,000 | 4,600 | 10,700 | 17,200 | – | 14,000 | 19,000 | 217,500 |
| Future development cost[b] | 7,400 | 2,400 | 29,600 | 2,400 | 7,700 | 13,000 | – | 10,900 | 3,700 | 77,100 |
| Future taxation[c] | 35,200 | 11,700 | 40,700 | 400 | 6,300 | 17,500 | – | 6,900 | 8,400 | 127,100 |
| Future net cash flows | 20,800 | 6,300 | 73,800 | 2,100 | 5,700 | 28,100 | – | 22,400 | 23,200 | 182,400 |
| 10% annual discount[d] | 10,900 | 2,400 | 40,100 | 2,000 | 2,700 | 10,900 | – | 8,300 | 11,800 | 89,100 |
| Standardized measure of discounted future net cash flows[e] | 9,900 | 3,900 | 33,700 | 100 | 3,000 | 17,200 | – | 14,100 | 11,400 | 93,300 |
| Equity-accounted entities (BP share)[f] | | | | | | | | | | |
| Future cash inflows[a] | – | – | – | – | 49,400 | – | 203,600 | 24,400 | – | 277,400 |
| Future production cost[b] | – | – | – | – | 24,800 | – | 133,400 | 21,000 | – | 179,200 |
| Future development cost[b] | – | – | – | – | 5,500 | – | 16,600 | 1,900 | – | 24,000 |
| Future taxation[c] | – | – | – | – | 6,600 | – | 10,100 | 200 | – | 16,900 |
| Future net cash flows | – | – | – | – | 12,500 | – | 43,500 | 1,300 | – | 57,300 |
| 10% annual discount[d] | – | – | – | – | 7,600 | – | 21,600 | 300 | – | 29,500 |
| Standardized measure of discounted future net cash flows[g][h] | – | – | – | – | 4,900 | – | 21,900 | 1,000 | – | 27,800 |
| Total subsidiaries and equity-accounted entities | | | | | | | | | | |
| Standardized measure of discounted future net cash flows[i] | 9,900 | 3,900 | 33,700 | 100 | 7,900 | 17,200 | 21,900 | 15,100 | 11,400 | 121,100 |

The following are the principal sources of change in the standardized measure of discounted future net cash flows:

|  | Subsidiaries | Equity-accounted entities (BP share) | $ million Total subsidiaries and equity-accounted entities |
|---|---|---|---|
| Sales and transfers of oil and gas produced, net of production costs | (34,600) | (8,300) | (42,900) |
| Development costs for the current year as estimated in previous year | 14,400 | 3,100 | 17,500 |
| Extensions, discoveries and improved recovery, less related costs | 8,000 | 1,200 | 9,200 |
| Net changes in prices and production cost | (15,300) | 2,900 | (12,400) |
| Revisions of previous reserves estimates | (16,000) | (1,000) | (17,000) |
| Net change in taxation | 23,200 | 300 | 23,500 |
| Future development costs | (7,700) | (500) | (8,200) |
| Net change in purchase and sales of reserves-in-place | (6,800) | (100) | (6,900) |
| Addition of 10% annual discount | 11,600 | 2,800 | 14,400 |
| Total change in the standardized measure during the year[j] | (23,200) | 400 | (22,800) |

[a] The marker prices used were Brent $111.13/bbl, Henry Hub $2.75/mmBtu.
[b] Production costs, which include production taxes, and development costs relating to future production of proved reserves are based on the continuation of existing economic conditions. Future decommissioning costs are included.
[c] Taxation is computed using appropriate year-end statutory corporate income tax rates.
[d] Future net cash flows from oil and natural gas production are discounted at 10% regardless of the group assessment of the risk associated with its producing activities.
[e] Non-controlling interest in BP Trinidad and Tobago LLC amounted to $900 million.
[f] The standardized measure of discounted future net cash flows of equity-accounted entities includes standardized measure of discounted future net cash flows of equity-accounted investments of those entities.
[g] Non-controlling interest in TNK BP amounted to $1,600 million in Russia.
[h] No equity-accounted future cash flows in Africa because proved reserves are received as a result of contractual arrangements, with no associated costs.
[i] Includes future net cash flows for assets held for sale at 31 December 2012.
[j] Total change in the standardized measure during the year includes the effect of exchange rate movements.

CONFIDENTIAL

BP-HZN-2179MDL07817072

Standardized measure of discounted future net cash flows and changes therein relating to proved oil and gas reserve – continued

| | | | | | | | | | $ million |
| | | | | | | | | | 2011 |
| | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| At 31 December 2011 | | | | | | | | | | |
| Subsidiaries | | | | | | | | | | |
| Future cash inflows[a] | 97,900 | 36,400 | 332,900 | 9,200 | 39,100 | 82,100 | – | 59,200 | 53,900 | 710,700 |
| Future production cost[b] | 30,500 | 10,900 | 140,700 | 3,200 | 10,500 | 16,800 | – | 16,000 | 15,600 | 244,200 |
| Future development cost[b] | 8,500 | 2,700 | 32,300 | 1,900 | 7,600 | 13,200 | – | 9,600 | 3,200 | 79,000 |
| Future taxation[c] | 37,100 | 15,200 | 57,000 | 900 | 11,400 | 19,800 | – | 8,100 | 9,000 | 158,500 |
| Future net cash flows | 21,800 | 7,600 | 102,900 | 3,200 | 9,600 | 32,300 | – | 25,500 | 26,100 | 229,000 |
| 10% annual discount[d] | 11,200 | 3,100 | 55,500 | 2,800 | 4,100 | 12,500 | – | 9,800 | 13,500 | 112,500 |
| Standardized measure of discounted future net cash flows[e] | 10,600 | 4,500 | 47,400 | 400 | 5,500 | 19,800 | – | 15,700 | 12,600 | 116,500 |
| Equity-accounted entities (BP share)[f] | | | | | | | | | | |
| Future cash inflows[a] | – | – | – | – | 46,700 | – | 188,900 | 34,200 | – | 269,800 |
| Future production cost[b] | – | – | – | – | 21,500 | – | 123,800 | 30,100 | – | 175,400 |
| Future development cost[b] | – | – | – | – | 5,000 | – | 15,600 | 2,400 | – | 23,000 |
| Future taxation[c] | – | – | – | – | 5,900 | – | 9,600 | 200 | – | 15,700 |
| Future net cash flows | – | – | – | – | 14,300 | – | 39,900 | 1,500 | – | 55,700 |
| 10% annual discount[d] | – | – | – | – | 8,700 | – | 19,000 | 600 | – | 28,300 |
| Standardized measure of discounted future net cash flows[g] [h] | – | – | – | – | 5,600 | – | 20,900 | 900 | – | 27,400 |
| Total subsidiaries and equity-accounted entities | | | | | | | | | | |
| Standardized measure of discounted future net cash flows | 10,600 | 4,500 | 47,400 | 400 | 11,100 | 19,800 | 20,900 | 16,600 | 12,600 | 143,900 |

The following are the principal sources of change in the standardized measure of discounted future net cash flows:

| | | | $ million |
| | Subsidiaries | Equity-accounted entities (BP share) | Total subsidiaries and equity-accounted entities |
| Sales and transfers of oil and gas produced, net of production costs | (30,900) | (5,700) | (36,600) |
| Development costs for the current year as estimated in previous year | 13,200 | 2,500 | 15,700 |
| Extensions, discoveries and improved recovery, less related costs | 6,600 | 2,800 | 9,400 |
| Net changes in prices and production cost | 75,100 | 15,700 | 90,800 |
| Revisions of previous reserves estimates | (21,900) | 2,000 | (19,900) |
| Net change in taxation | (18,200) | (1,400) | (19,600) |
| Future development costs | (11,000) | (2,500) | (13,500) |
| Net change in purchase and sales of reserves-in-place | (6,500) | (2,700) | (9,200) |
| Addition of 10% annual discount | 10,000 | 1,500 | 11,500 |
| Total change in the standardized measure during the year[i] | 16,400 | 12,200 | 28,600 |

[a] The market prices used were Brent $110.96/bbl, Henry Hub $4.12/mmBtu.
[b] Production costs, which include production taxes, and development costs relating to future production of proved reserves are based on the continuation of existing economic conditions. Future decommissioning costs are included.
[c] Taxation is computed using appropriate year-end statutory corporate income tax rates.
[d] Future net cash flows from oil and natural gas production are discounted at 10% regardless of the group assessment of the risk associated with its producing activities.
[e] Non-controlling interest in BP Trinidad and Tobago LLC amounted to $1,600 million.
[f] The standardized measure of discounted future net cash flows of equity-accounted entities includes standardized measure of discounted future net cash flows of equity-accounted investments of those entities.
[g] Non-controlling interest in TNK-BP amounted to $1,600 million in Russia.
[h] No equity-accounted future cash flows in Africa because proved reserves are received as a result of contractual arrangements, with no associated costs.
[i] Total change in the standardized measure during the year includes the effect of exchange rate movements.

CONFIDENTIAL

BP-HZN-2179MDL07817073

## Operational and statistical information

The following tables present operational and statistical information related to production, drilling, productive wells and acreage. Figures include amounts attributable to assets held for sale.

### Crude oil and natural gas production
The following table shows crude oil and natural gas production for the years ended 31 December 2013, 2012 and 2011.

#### Production for the year[a]

| | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| Crude oil[b] | | | | | | | | | | thousand barrels per day |
| **2013** | **61** | **34** | **363** | **–** | **30** | **225** | **–** | **141** | **25** | **879** |
| 2012 | 86 | 23 | 390 | 1 | 28 | 202 | – | 139 | 27 | 896 |
| 2011 | 113 | 32 | 453 | 2 | 39 | 190 | – | 138 | 25 | 992 |
| Natural gas[c] | | | | | | | | | | million cubic feet per day |
| **2013** | **157** | **80** | **1,539** | **11** | **2,221** | **561** | **–** | **494** | **780** | **5,845** |
| 2012 | 414 | 8 | 1,651 | 13 | 2,097 | 590 | – | 633 | 787 | 6,193 |
| 2011 | 355 | 13 | 1,843 | 14 | 2,197 | 558 | – | 618 | 795 | 6,336 |
| **Equity-accounted entities (BP share)** | | | | | | | | | | |
| Crude oil[b] | | | | | | | | | | thousand barrels per day |
| **2013** | **–** | **–** | **–** | **–** | **73** | **–** | **829** | **232** | **–** | **1,134** |
| 2012 | – | – | – | – | 80 | – | 863 | 217 | – | 1,160 |
| 2011 | – | – | – | – | 90 | – | 865 | 210 | – | 1,165 |
| Natural gas[c] | | | | | | | | | | million cubic feet per day |
| **2013** | **–** | **–** | **–** | **–** | **386** | **8** | **780** | **41** | **–** | **1,216** |
| 2012 | – | – | – | – | 394 | – | 734 | 72 | – | 1,200 |
| 2011 | – | – | – | – | 392 | – | 699 | 34 | – | 1,125 |

[a] Production excludes royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] Crude oil includes natural gas liquids and condensate.
[c] Natural gas production excludes gas consumed in operations.

Because of rounding, some totals may not exactly agree with the sum of their component parts.

### Productive oil and gas wells and acreage
The following tables show the number of gross and net productive oil and natural gas wells and total gross and net developed and undeveloped oil and natural gas acreage in which the group and its equity-accounted entities had interests as at 31 December 2013. A 'gross' well or acre is one in which a whole or fractional working interest is owned, while the number of 'net' wells or acres is the sum of the whole or fractional working interests in gross wells or acres. Productive wells are producing wells and wells capable of production. Developed acreage is the acreage within the boundary of a field, on which development wells have been drilled, which could produce the reserves; while undeveloped acres are those on which wells have not been drilled or completed to a point that would permit the production of commercial quantities, whether or not such acres contain proved reserves.

| | | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| **Number of productive wells at 31 December 2013** | | | | | | | | | | | |
| Oil wells[a] | – gross | 115 | 63 | 2,456 | 55 | 4,681 | 608 | 41,541 | 2,166 | 13 | 51,698 |
| | – net | 71 | 25 | 975 | 28 | 2,583 | 441 | 7,779 | 439 | 2 | 12,343 |
| Gas wells[b] | – gross | 68 | 6 | 21,445 | 364 | 688 | 135 | 72 | 761 | 74 | 23,613 |
| | – net | 29 | 1 | 9,367 | 179 | 239 | 52 | 14 | 280 | 14 | 10,175 |
| **Oil and natural gas acreage at 31 December 2013** | | | | | | | | | | | Thousands of acres |
| Developed | – gross | 128 | 39 | 6,340 | 223 | 1,634 | 621 | 4,380 | 1,982 | 162 | 15,509 |
| | – net | 71 | 16 | 3,334 | 109 | 453 | 221 | 831 | 355 | 35 | 5,425 |
| Undeveloped[c] | – gross | 1,118 | 1,196 | 6,669 | 9,710 | 29,100 | 26,538 | 257,896 | 20,141 | 16,021 | 368,389 |
| | – net | 672 | 403 | 4,585 | 7,638 | 12,943 | 17,142 | 50,285 | 7,258 | 11,254 | 112,180 |

[a] Includes approximately 7,639 gross (1,491 net) multiple completion wells (more than one formation producing into the same well bore).
[b] Includes approximately 2,859 gross (1,350 net) multiple completion wells. If one of the multiple completions in a well is an oil completion, the well is classified as an oil well.
[c] Undeveloped acreage includes leases and concessions.

CONFIDENTIAL

BP-HZN-2179MDL07817074

Operational and statistical information – continued

**Net oil and gas wells completed or abandoned**
The following table shows the number of net productive and dry exploratory and development oil and natural gas wells completed or abandoned in the years indicated by the group and its equity-accounted entities. Productive wells include wells in which hydrocarbons were encountered and the drilling or completion of which, in the case of exploratory wells, has been suspended pending further drilling or evaluation. A dry well is one found to be incapable of producing hydrocarbons in sufficient quantities to justify completion.

| | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia[a] | Rest of Asia | | |
| **2013** | | | | | | | | | | |
| Exploratory | | | | | | | | | | |
| Productive | **1.0** | **–** | **12.7** | **–** | **4.5** | **1.5** | **4.0** | **3.5** | **–** | **27.2** |
| Dry | **–** | **–** | **1.1** | **–** | **1.4** | **0.6** | **–** | **0.9** | **0.5** | **4.5** |
| Development | | | | | | | | | | |
| Productive | **1.0** | **1.2** | **285.7** | **–** | **94.6** | **12.6** | **395.0** | **58.0** | **0.2** | **848.3** |
| Dry | **–** | **0.2** | **0.4** | **–** | **2.7** | **0.2** | **–** | **0.7** | **0.4** | **4.6** |
| **2012** | | | | | | | | | | |
| Exploratory | | | | | | | | | | |
| Productive | – | 0.3 | 17.1 | – | 5.8 | 2.3 | 14.7 | – | – | 40.2 |
| Dry | 0.2 | – | 0.6 | – | 1.0 | 0.5 | 5.0 | – | – | 7.3 |
| Development | | | | | | | | | | |
| Productive | 1.6 | – | 317.8 | – | 78.9 | 17.7 | 552.5 | 43.1 | – | 1,011.6 |
| Dry | – | – | – | – | – | 1.0 | – | 9.5 | – | 10.5 |
| **2011** | | | | | | | | | | |
| Exploratory | | | | | | | | | | |
| Productive | 0.4 | – | 34.1 | – | 4.4 | 2.1 | 16.7 | 1.0 | 0.2 | 58.9 |
| Dry | – | – | 2.1 | – | 0.2 | – | 7.2 | 0.3 | 0.3 | 10.1 |
| Development | | | | | | | | | | |
| Productive | 1.7 | – | 199.4 | – | 101.3 | 16.0 | 582.0 | 45.1 | – | 945.5 |
| Dry | – | – | 0.2 | – | 3.0 | 2.7 | – | 0.4 | – | 6.3 |

[a] Information for 2011 and 2012 includes BP's share of TNK-BP which was sold to Rosneft on 21 March 2013.

**Drilling and production activities in progress**
The following table shows the number of exploratory and development oil and natural gas wells in the process of being drilled by the group and its equity-accounted entities as of 31 December 2013. Suspended development wells and long-term suspended exploratory wells are also included in the table.

| | Europe | | North America | | South America | Africa | Asia | | Australasia | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia | Rest of Asia | | |
| **At 31 December 2013** | | | | | | | | | | |
| Exploratory | | | | | | | | | | |
| Gross | **2.0** | **–** | **32.0** | **3.0** | **6.0** | **10.0** | **–** | **4.0** | **–** | **57.0** |
| Net | **0.8** | **–** | **9.2** | **1.5** | **2.2** | **5.2** | **–** | **0.8** | **–** | **19.7** |
| Development | | | | | | | | | | |
| Gross | **6.0** | **3.0** | **780.0** | **55.0** | **33.0** | **20.0** | **100.0** | **58.0** | **10.0** | **1,065.0** |
| Net | **4.0** | **1.1** | **169.1** | **27.5** | **16.6** | **6.1** | **19.8** | **20.7** | **1.4** | **266.3** |

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817075

# Parent company financial statements of BP p.l.c.

## Independent auditor's report to the members of BP p.l.c.

We have audited the parent company financial statements of BP p.l.c. for the year ended 31 December 2013 which comprise the company balance sheet, the company cash flow statement, the company statement of total recognized gains and losses and the related notes 1 to 13. The financial reporting framework that has been applied in their preparation is applicable law and United Kingdom Accounting Standards (United Kingdom Generally Accepted Accounting Practice).

This report is made solely to the company's members, as a body, in accordance with Chapter 3 of Part 16 of the Companies Act 2006. Our audit work has been undertaken so that we might state to the company's members those matters we are required to state to them in an auditor's report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the company and the company's members as a body, for our audit work, for this report, or for the opinions we have formed.

### Respective responsibilities of directors and auditor

As explained more fully in the Statement of directors' responsibilities set out on page 116, the directors are responsible for the preparation of the parent company financial statements and for being satisfied that they give a true and fair view. Our responsibility is to audit and express an opinion on the parent company financial statements in accordance with applicable law and International Standards on Auditing (UK and Ireland). Those standards require us to comply with the Auditing Practices Board's Ethical Standards for Auditors.

### Scope of the audit of the financial statements

An audit involves obtaining evidence about the amounts and disclosures in the financial statements sufficient to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or error. This includes an assessment of: whether the accounting policies are appropriate to the parent company's circumstances and have been consistently applied and adequately disclosed; the reasonableness of significant accounting estimates made by the directors; and the overall presentation of the financial statements. In addition, we read all the financial and non-financial information in the Annual Report and Accounts to identify material inconsistencies with the audited financial statements and to identify any information that is apparently materially incorrect based on, or materially inconsistent with, the knowledge acquired by us in the course of performing the audit. If we become aware of any apparent material misstatements or inconsistencies we consider the implications for our report.

### Opinion on financial statements

In our opinion the parent company financial statements:
- give a true and fair view of the state of the company's affairs as at 31 December 2013;
- have been properly prepared in accordance with United Kingdom Generally Accepted Accounting Practice; and
- have been prepared in accordance with the requirements of the Companies Act 2006.

### Opinion on other matters prescribed by the Companies Act 2006

In our opinion:
- the part of the Directors' remuneration report to be audited has been properly prepared in accordance with the Companies Act 2006; and
- the information given in the Strategic report and the Directors' report for the financial year for which the financial statements are prepared is consistent with the parent company financial statements.

### Matters on which we are required to report by exception

We have nothing to report in respect of the following matters where the Companies Act 2006 requires us to report to you if, in our opinion:
- adequate accounting records have not been kept by the parent company, or returns adequate for our audit have not been received from branches not visited by us; or
- the parent company financial statements and the part of the Directors' remuneration report to be audited are not in agreement with the accounting records and returns; or
- certain disclosures of directors' remuneration specified by law are not made; or
- we have not received all the information and explanations we require for our audit.

### Other matter

We have reported separately on the group financial statements of BP p.l.c. for the year ended 31 December 2013. That report includes an emphasis of matter on the significant uncertainty over provisions and contingencies related to the Gulf of Mexico oil spill.


**Ernst & Young LLP**
John C. Flaherty (Senior Statutory Auditor)
for and on behalf of Ernst & Young LLP, Statutory Auditor
London
6 March 2014

1. The maintenance and integrity of the BP p.l.c. website are the responsibility of the directors; the work carried out by the auditors does not involve consideration of these matters and, accordingly, the auditors accept no responsibility for any changes that may have occurred to the financial statements since they were initially presented on the website.
2. Legislation in the United Kingdom governing the preparation and dissemination of financial statements may differ from legislation in other jurisdictions.

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

CONFIDENTIAL

BP-HZN-2179MDL07817076

# Company balance sheet

At 31 December

$ million

| | Note | 2013 | 2012 |
|---|---|---|---|
| Fixed assets | | | |
| Investments | | | |
| Subsidiary undertakings | 3 | **134,125** | 133,420 |
| Associated undertakings | 3 | **2** | 2 |
| Total fixed assets | | **134,127** | 133,422 |
| Current assets | | | |
| Debtors – amounts falling due within one year | 4 | **21,550** | 17,496 |
| Deferred taxation | 2 | **41** | – |
| Cash at bank and in hand | | **6** | 9 |
| | | **21,597** | 17,505 |
| Creditors – amounts falling due within one year | 5 | **4,267** | 2,604 |
| Net current assets | | **17,330** | 14,901 |
| Total assets less current liabilities | | **151,457** | 148,323 |
| Creditors – amounts falling due after more than one year | 5 | **4,642** | 4,487 |
| Net assets excluding pension plan surplus (deficit) | | **146,815** | 143,836 |
| Defined benefit pension plan surplus (deficit) | 6 | **979** | (1,913) |
| Net assets | | **147,794** | 141,923 |
| Represented by | | | |
| Capital and reserves | | | |
| Called-up share capital | 7 | **5,129** | 5,261 |
| Share premium account | 8 | **10,061** | 9,974 |
| Capital redemption reserve | 8 | **1,260** | 1,072 |
| Merger reserve | 8 | **26,509** | 26,509 |
| Own shares | 8 | **(601)** | (280) |
| Treasury shares | 8 | **(20,370)** | (20,774) |
| Share-based payment reserve | 8 | **1,661** | 1,604 |
| Profit and loss account | 8 | **124,145** | 118,557 |
| | | **147,794** | 141,923 |

The financial statements on pages 225-234 were approved and signed by the group chief executive on 6 March 2014 having been duly authorized to do so by the board of directors:

R W Dudley Group Chief Executive

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817077

## Company cash flow statement

| For the year ended 31 December | | | $ million |
| --- | --- | --- | --- |
| | Note | 2013 | 2012 |
| Net cash outflow from operating activities | 9 | (4,813) | (1,272) |
| Servicing of finance and returns on investments | | | |
| Interest received | | 116 | 183 |
| Interest paid | | (43) | (43) |
| Dividends received | | 16,228 | 13,515 |
| Net cash inflow from servicing of finance and returns on investments | | 16,301 | 13,655 |
| Tax paid | | (2) | (2) |
| Capital expenditure and financial investment | | | |
| Payments for fixed assets – investments | | (690) | (7,060) |
| Net cash outflow for capital expenditure and financial investment | | (690) | (7,060) |
| Equity dividends paid | | (5,441) | (5,294) |
| Net cash inflow before financing | | 5,355 | 27 |
| Financing | | | |
| Other share-based payment movements | | 135 | (18) |
| Repurchases of ordinary share capital | | (5,493) | – |
| Net cash outflow from financing | | (5,358) | (18) |
| (Decrease) increase in cash | 9 | (3) | 9 |

## Company statement of total recognized gains and losses

| For the year ended 31 December | | | $ million |
| --- | --- | --- | --- |
| | Note | 2013 | 2012 |
| Profit for the year | | 15,691 | 12,322 |
| Currency translation differences | | 47 | (98) |
| Actuarial gain (loss) relating to pensions | 6 | 2,108 | (573) |
| Tax on actuarial gain (loss) relating to pensions | 2 | (41) | – |
| Total recognized gains and losses relating to the year | | 17,805 | 11,651 |

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

CONFIDENTIAL

BP-HZN-2179MDL07817078

# Notes on the financial statements

## 1. Accounting policies

**Accounting standards**
These accounts are prepared on a going concern basis and in accordance with the Companies Act 2006 and applicable UK accounting standards.

**Accounting convention**
The financial statements are prepared under the historical cost convention.

**Foreign currency transactions**
Functional currency is the currency of the primary economic environment in which an entity operates and is normally the currency in which the entity primarily generates and expends cash. Transactions in foreign currencies are initially recorded in the functional currency by applying the rate of exchange ruling at the date of the transaction. Monetary assets and liabilities denominated in foreign currencies are retranslated into the functional currency at the rate of exchange ruling at the balance sheet date. Any resulting exchange differences are included in profit for the year. Exchange adjustments arising when the opening net assets and the profits for the year retained by non-US dollar functional currency branches are translated into US dollars are taken to a separate component of equity and reported in the statement of total recognized gains and losses.

**Investments**
Investments in subsidiaries and associated undertakings are recorded at cost. The company assesses investments for impairment whenever events or changes in circumstances indicate that the carrying value of an investment may not be recoverable. If any such indication of impairment exists, the company makes an estimate of its recoverable amount. Where the carrying amount of an investment exceeds its recoverable amount, the investment is considered impaired and is written down to its recoverable amount.

**Share-based payments**
Equity-settled transactions
The cost of equity-settled transactions with employees of the company and other members of the group is measured by reference to the fair value at the date at which equity instruments are granted and is recognized as an expense over the vesting period, which ends on the date on which the employees become fully entitled to the award. Fair value is determined by using an appropriate valuation model. In valuing equity-settled transactions, no account is taken of any vesting conditions, other than conditions linked to the price of the shares of the company (market conditions). Non-vesting conditions, such as the condition that employees contribute to a savings-related plan, are taken into account in the grant-date fair value, and failure to meet a non-vesting condition, where this is within the control of the employee, is treated as a cancellation.

Cash-settled transactions
The cost of cash-settled transactions is measured at fair value and recognized as an expense over the vesting period, with a corresponding liability for the cumulative expense recognized on the balance sheet.

**Pensions**
The cost of providing benefits under the defined benefit plans is determined separately for each plan using the projected unit credit method, which attributes entitlement to benefits to the current period (to determine current service cost) and to the current and prior periods (to determine the present value of the defined benefit obligation). Past service costs and settlement costs are recognized immediately when the company becomes committed to a change in pension plan design, or when a curtailment or settlement event occurs.

The interest element of the defined benefit cost represents the change in present value of scheme obligations resulting from the passage of time, and is determined by applying the discount rate to the opening present value of the benefit obligation, taking into account material changes in the obligation during the year. The expected return on plan assets is based on an assessment made at the beginning of the year of long-term market returns on plan assets, adjusted for the effect on the fair value of plan assets of contributions received and benefits paid during the year. The difference between the expected return on plan assets and the interest cost is recognized in the income statement as other finance income or expense.

Actuarial gains and losses are recognized in full within the statement of total recognized gains and losses in the period in which they occur.

The defined benefit pension plan surplus or deficit in the balance sheet comprises the total for each plan of the present value of the defined benefit obligation (using a discount rate based on high quality corporate bonds), less the fair value of plan assets out of which the obligations are to be settled directly. Fair value is based on market price information and, in the case of quoted securities, is the published bid price. The surplus or deficit, net of taxation thereon, is presented separately above the total for net assets on the face of the balance sheet.

The BP Pension Fund is operated in a way that does not allow the individual participating employing companies in the pension fund to identify their share of the underlying assets and liabilities of the fund, and hence the company recognizes the full defined benefit pension plan surplus or deficit in its balance sheet.

**Deferred taxation**
Deferred tax is recognized in respect of all timing differences that have originated but not reversed at the balance sheet date where transactions or events have occurred at that date that will result in an obligation to pay more, or a right to pay less, tax in the future.

Deferred tax assets are recognized only to the extent that it is considered more likely than not that there will be suitable taxable profits from which the underlying timing differences can be deducted.

Deferred tax is measured on an undiscounted basis at the tax rates that are expected to apply in the periods in which timing differences reverse, based on tax rates and laws enacted or substantively enacted at the balance sheet date.

**Use of estimates**
The preparation of accounts in conformity with generally accepted accounting practice requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the accounts and the reported amounts of revenues and expenses during the reporting period. Actual outcomes could differ from these estimates.

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817079

## 2. Taxation

| | $ million | |
|---|---|---|
| Tax charge included in the statement of total recognized gains and losses | **2013** | 2012 |
| Deferred tax | | |
| Origination and reversal of timing differences in the current year | **–** | – |
| This comprises: | | |
| Actuarial gain relating to pensions and other post-retirement benefits | **41** | – |
| Other taxable timing differences | **(41)** | – |
| Deferred tax | | |
| Deferred tax liability | | |
| Pensions | **41** | – |
| Deferred tax asset | | |
| Other taxable timing differences | **41** | – |
| Net deferred tax liability (asset) | **–** | – |
| Analysis of movements during the year | | |
| At 1 January | **–** | – |
| Credit for the year on ordinary activities | **(41)** | – |
| Charge for the year in the statement of total recognized gains and losses | **41** | – |
| At 31 December | **–** | – |

At 31 December 2013, deferred tax assets of $72 million on other timing differences (2012 $82 million on other timing differences and $97 million on pensions) were not recognized as it is not considered more likely than not that suitable taxable profits will be available in the company from which the future reversal of the underlying timing differences can be deducted. It is anticipated that the reversal of these timing differences will benefit other group companies in the future.

## 3. Fixed assets – investments

| | | $ million | | |
|---|---|---|---|---|
| | Subsidiary undertakings | Associated undertakings | | |
| | Shares | Shares | Loans | Total |
| Cost | | | | |
| At 1 January 2013 | **133,494** | **2** | **2** | **133,498** |
| Additions | **705** | **–** | **–** | **705** |
| At 31 December 2013 | **134,199** | **2** | **2** | **134,203** |
| Amounts provided | | | | |
| At 1 January 2013 | **74** | **–** | **2** | **76** |
| At 31 December 2013 | **74** | **–** | **2** | **76** |
| Cost | | | | |
| At 1 January 2012 | 126,434 | 2 | 2 | 126,438 |
| Additions | 7,060 | – | – | 7,060 |
| At 31 December 2012 | 133,494 | 2 | 2 | 133,498 |
| Amounts provided | | | | |
| At 1 January 2012 | 74 | – | 2 | 76 |
| At 31 December 2012 | 74 | – | 2 | 76 |
| Net book amount | | | | |
| At 31 December 2013 | **134,125** | **2** | **–** | **134,127** |
| At 31 December 2012 | 133,420 | 2 | – | 133,422 |

The more important subsidiary undertakings of the company at 31 December 2013 and the percentage holding of ordinary share capital (to the nearest whole number) are set out below. A complete list of investments in subsidiary undertakings, joint ventures and associated undertakings will be attached to the company's annual return made to the Registrar of Companies.

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

CONFIDENTIAL

BP-HZN-2179MDL07817080

## 3. Fixed assets – investments – continued

| Subsidiary undertakings | % | Country of incorporation | Principal activities |
|---|---|---|---|
| International | | | |
| BP Corporate Holdings | 100 | England & Wales | Investment holding |
| BP Global Investments | 100 | England & Wales | Investment holding |
| BP International | 100 | England & Wales | Integrated oil operations |
| BP Shipping | 100 | England & Wales | Shipping |
| Burmah Castrol | 100 | Scotland | Lubricants |
| South Africa | | | |
| BP Southern Africa | 75 | South Africa | Refining and marketing |
| US | | | |
| BP Holdings North America | 100 | England & Wales | Investment holding |

The carrying value of BP International in the accounts of the company at 31 December 2013 was $62.63 billion (2012 $62.63 billion).

## 4. Debtors

| | 2013 | 2012 |
|---|---|---|
| | Within 1 year | Within 1 year |
| Group undertakings | 21,550 | 17,496 |
| | 21,550 | 17,496 |

$ million

The carrying amounts of debtors approximate their fair value.

## 5. Creditors

$ million

| | 2013 | | 2012 | |
|---|---|---|---|---|
| | Within 1 year | After 1 year | Within 1 year | After 1year |
| Group undertakings | 2,526 | 4,584 | 2,376 | 4,274 |
| Accruals and deferred income | 1,540 | 58 | 27 | 38 |
| Other creditors | 201 | – | 201 | 175 |
| | 4,267 | 4,642 | 2,604 | 4,487 |

The carrying amounts of creditors approximate their fair value.

Amounts falling due after one year include $4,236 million payable to a group undertaking. This amount is subject to interest payable quarterly at LIBOR plus 55 basis points.

Other creditors includes an amount of $175 million payable in respect of the settlement with the US Securities and Exchange Commission described in Note 2 of the consolidated financial statements.

The maturity profile of the financial liabilities included in the balance sheet at 31 December is shown in the table below. These amounts are included within Creditors – amounts falling due after more than one year, and are denominated in US dollars.

| | 2013 | 2012 |
|---|---|---|
| Due within | | |
| 1 to 2 years | 372 | 230 |
| 2 to 5 years | 22 | 17 |
| More than 5 years | 4,248 | 4,240 |
| | 4,642 | 4,487 |

$ million

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817081

## 6. Pensions

The primary pension arrangement in the UK is a funded final salary pension plan under which retired employees draw the majority of their benefit as an annuity. The UK plan is closed to new joiners but remains open to ongoing accrual for current members. New joiners in the UK are eligible for membership of a defined contribution plan.

The obligation and cost of providing the pension benefits is assessed annually using the projected unit credit method. The date of the most recent actuarial review was 31 December 2013. The principal plans are subject to a formal actuarial valuation every three years in the UK. The most recent formal actuarial valuation of the main UK pension plan was as at 31 December 2011.

The material financial assumptions used for estimating the benefit obligations of the plans are set out below. The assumptions are reviewed by management at the end of each year, and are used to evaluate accrued pension and other post-retirement benefits at 31 December and pension expense for the following year.

| Financial assumptions used to determine benefit obligation | | | % |
| --- | --- | --- | --- |
| | **2013** | 2012 | 2011 |
| Expected long-term rate of return | **6.9** | 6.9 | 7.0 |
| Discount rate for pension plan liabilities | **4.6** | 4.4 | 4.8 |
| Rate of increase in salaries | **5.1** | 4.9 | 5.1 |
| Rate of increase for pensions in payment | **3.3** | 3.1 | 3.2 |
| Rate of increase in deferred pensions | **3.3** | 3.1 | 3.2 |
| Inflation for pension plan liabilities | **3.3** | 3.1 | 3.2 |

| Financial assumptions used to determine benefit expense | | | % |
| --- | --- | --- | --- |
| | **2013** | 2012 | 2011 |
| Discount rate for pension plan service costs | **4.4** | 4.8 | 5.5 |
| Discount rate for pension plan other finance expense | **4.4** | 4.8 | 5.5 |
| Inflation for pension plan service costs | **3.1** | 3.2 | 3.5 |

Our discount rate assumption is based on third-party AA corporate bond indices and we use yields that reflect the maturity profile of the expected benefit payments. The inflation rate assumption is based on the difference between the yields on index-linked and fixed-interest long-term government bonds. The inflation assumptions are used to determine the rate of increase for pensions in payment and the rate of increase in deferred pensions.

Our assumption for the rate of increase in salaries is based on our inflation assumption plus an allowance for expected long-term real salary growth. This includes allowance for promotion-related salary growth of 0.7%.

In addition to the financial assumptions, we regularly review the demographic and mortality assumptions. The mortality assumptions reflect best practice in the UK, and have been chosen with regard to the latest available published tables adjusted where appropriate to reflect the experience of the group and an extrapolation of past longevity improvements into the future.

| Mortality assumptions | | | |
| --- | --- | --- | --- |
| | **2013** | 2012 | 2011 |
| Life expectancy at age 60 for a male currently aged 60 | **27.8** | 27.7 | 27.6 |
| Life expectancy at age 60 for a male currently aged 40 | **30.7** | 30.6 | 30.5 |
| Life expectancy at age 60 for a female currently aged 60 | **29.5** | 29.4 | 29.3 |
| Life expectancy at age 60 for a female currently aged 40 | **32.2** | 32.1 | 32.0 |

The fair values of the various categories of asset held by the pension plan at 31 December are set out below.

| | | | | | | $ million |
| --- | --- | --- | --- | --- | --- | --- |
| | **2013** | | 2012 | | 2011 | |
| | **Expected long-term rate of return %** | **Market value $ million** | Expected long term rate of return % | Market value $ million | Expected long term rate of return % | Market value $ million |
| Listed equity – developed | **8.0** | **17,341** | 8.0 | 15,659 | 8.0 | 13,622 |
| – emerging | **8.0** | **2,290** | 8.0 | 1,074 | 8.0 | 890 |
| Private equity | **8.0** | **2,907** | 8.0 | 2,879 | 8.0 | 2,690 |
| Government issued nominal bonds[a] | **3.8** | **549** | 2.8 | 544 | 3.0 | 513 |
| Index-linked bonds[a] | **3.6** | **787** | 2.6 | 491 | 2.8 | 390 |
| Corporate bonds[a] | **4.6** | **4,427** | 4.2 | 3,850 | 4.9 | 3,238 |
| Property[b] | **6.5** | **2,200** | 6.5 | 1,783 | 6.5 | 1,710 |
| Cash | **0.8** | **855** | 0.9 | 1,000 | 1.7 | 470 |
| Other | **0.8** | **160** | 0.9 | 66 | 1.7 | 64 |
| | **6.9** | **31,516** | 6.9 | 27,346 | 7.0 | 23,587 |
| Present value of plan liabilities | | **30,496** | | 29,259 | | 25,675 |
| Surplus (deficit) in the plan | | **1,020** | | (1,913) | | (2,088) |

[a] Bonds held are typically denominated in sterling.
[b] Property held is all located in the United Kingdom.

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

CONFIDENTIAL

BP-HZN-2179MDL07817082

## 6. Pensions – continued

| | 2013 | 2012 |
|---|---|---|
| | | $ million |

### Analysis of the amount charged to operating profit

| | 2013 | 2012 |
|---|---|---|
| Current service cost[a] | 497 | 477 |
| Settlement, curtailment and special termination benefits | (22) | (1) |
| Payments to defined contribution plans | 24 | 14 |
| Total operating charge[c] | 499 | 490 |

### Analysis of the amount credited (charged) to other finance income

| | 2013 | 2012 |
|---|---|---|
| Expected return on pension plan assets | 1,803 | 1,680 |
| Interest on pension plan liabilities | (1,221) | (1,249) |
| Other finance income | 582 | 431 |

### Analysis of the amount recognized in the statement of total recognized gains and losses

| | 2013 | 2012 |
|---|---|---|
| Actual return less expected return on pension plan assets | 2,007 | 989 |
| Change in assumptions underlying the present value of the plan liabilities | 60 | (1,446) |
| Experience gains and losses arising on the plan liabilities | 41 | (116) |
| Actuarial gain (loss) recognized in statement of total recognized gains and losses | 2,108 | (573) |

| | 2013 | 2012 |
|---|---|---|
| | | $ million |

### Movements in benefit obligation during the year

| | 2013 | 2012 |
|---|---|---|
| Benefit obligation at 1 January | 29,259 | 25,675 |
| Exchange adjustment | 705 | 1,313 |
| Current service cost[a] | 497 | 477 |
| Interest cost | 1,221 | 1,249 |
| Curtailments | (24) | (8) |
| Disposals | (9) | (10) |
| Special termination benefits[b] | 2 | 7 |
| Contributions by plan participants[e] | 37 | 39 |
| Benefit payments (funded plans)[c] | (1,087) | (1,038) |
| Benefit payments (unfunded plans)[c] | (4) | (7) |
| Actuarial (gain) loss on obligation | (101) | 1,562 |
| Benefit obligation at 31 December | 30,496 | 29,259 |

### Movements in fair value of plan assets during the year

| | 2013 | 2012 |
|---|---|---|
| Fair value of plan assets at 1 January | 27,346 | 23,587 |
| Exchange adjustment | 822 | 1,215 |
| Expected return on plan assets[a][d] | 1,803 | 1,680 |
| Contributions by plan participants[e] | 37 | 39 |
| Contributions by employers (funded plans) | 597 | 884 |
| Disposals | (9) | (10) |
| Benefit payments (funded plans)[c] | (1,087) | (1,038) |
| Actuarial gain on plan assets[d] | 2,007 | 989 |
| Fair value of plan assets at 31 December[f] | 31,516 | 27,346 |
| Surplus (deficit) at 31 December | 1,020 | (1,913) |

[a] The costs of managing the fund's investments are treated as being part of the investment return, the costs of administering our pensions plan benefits are included in current service cost.
[b] The charge for special termination benefits represents the increased liability arising as a result of early retirements occurring as part of restructuring programmes.
[c] The benefit payments amount shown above comprises $1,073 million benefits plus $18 million of plan expenses incurred in the administration of the benefit.
[d] The actual return on plan assets is made up of the sum of the expected return on plan assets and the actuarial gain on plan assets as disclosed above.
[e] The contributions by plan participants are mostly comprised of contributions made under salary sacrifice arrangements.
[f] Reflects $31,362 million of assets held in the BP Pension Fund (2012 $27,219 million) and $114 million held in the BP Global Pension Trust (2012 $94 million), with $40 million representing the
  company's share of Merchant Navy Officers Pension Fund (2012 $32 million).

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

Financial statements

CONFIDENTIAL

BP-HZN-2179MDL07817083

## 6. Pensions – continued

| | | $ million |
|---|---|---|
| | **2013** | 2012 |
| **Reconciliation of plan surplus (deficit) to balance sheet** | | |
| Surplus (deficit) at 31 December | **1,020** | (1,913) |
| Deferred tax | **(41)** | – |
| | **979** | (1,913) |
| **Represented by** | | |
| Asset recognized on balance sheet | **1,238** | – |
| Liability recognized on balance sheet | **(259)** | (1,913) |
| | **979** | (1,913) |

The aggregate level of employer contributions into the BP Pension Fund in 2014 is expected to be $485 million.

| | | | | | $ million |
|---|---|---|---|---|---|
| | **2013** | 2012 | 2011 | 2010 | 2009 |
| **History of surplus (deficit) and of experience gains and losses** | | | | | |
| Benefit obligation at 31 December | **30,496** | 29,259 | 25,675 | 20,742 | 19,882 |
| Fair value of plan assets at 31 December | **31,516** | 27,346 | 23,587 | 22,612 | 20,953 |
| Surplus (deficit) | **1,020** | (1,913) | (2,088) | 1,870 | 1,071 |
| Experience gains and losses on plan liabilities | | | | | |
| Amount ($ million) | **41** | (116) | (84) | 12 | (146) |
| Percentage of benefit obligation | **0%** | 0% | 0% | 0% | (1%) |
| Actual return less expected return on pension plan assets | | | | | |
| Amount ($ million) | **2,007** | 989 | (1,976) | 1,479 | 1,634 |
| Percentage of plan assets | **6%** | 4% | (8%) | 7% | 8% |
| Actuarial gain (loss) recognized in statement of total recognized gains and losses | | | | | |
| Amount ($ million) | **2,108** | (573) | (4,770) | 457 | (585) |
| Percentage of benefit obligation | **7%** | 2% | (19%) | 2% | (3%) |
| Cumulative amount recognized in statement of total recognized gains and losses | **(4,470)** | (6,578) | (6,005) | (1,235) | (1,692) |

## 7. Called-up share capital

The allotted, called-up and fully paid share capital at 31 December was as follows:

| | **2013** | | 2012 | |
|---|---|---|---|---|
| Issued | **Shares (thousand)** | **$ million** | Shares (thousand) | $ million |
| 8% cumulative first preference shares of £1 each[a] | **7,233** | **12** | 7,233 | 12 |
| 9% cumulative second preference shares of £1 each[a] | **5,473** | **9** | 5,473 | 9 |
| | | **21** | | 21 |
| Ordinary shares of 25 cents each | | | | |
| At 1 January | **20,959,159** | **5,240** | 20,813,410 | 5,203 |
| Issue of new shares for the scrip dividend programme | **202,124** | **51** | 138,406 | 35 |
| Issue of new shares for employee share-based payment plans[b] | **18,203** | **5** | 7,343 | 2 |
| Repurchase of ordinary share capital[c] | **(752,854)** | **(188)** | – | – |
| 31 December | **20,426,632** | **5,108** | 20,959,159 | 5,240 |
| | | **5,129** | | 5,261 |

[a] The nominal amount of 8% cumulative first preference shares and 9% cumulative second preference shares that can be in issue at any time shall not exceed £10,000,000 for each class of preference shares
[b] Consideration received relating to the issue of new shares for employee share plans amounted to $116 million (2012 $47 million).
[c] Purchased for a total consideration of $5,493 million, including transaction costs of $30 million. All shares purchased were for cancellation. The repurchased shares represented 3.6% of ordinary share capital.

Voting on substantive resolutions tabled at a general meeting is on a poll. On a poll, shareholders present in person or by proxy have two votes for every £5 in nominal amount of the first and second preference shares held and one vote for every ordinary share held. On a show-of-hands vote on other resolutions (procedural matters) at a general meeting, shareholders present in person or by proxy have one vote each.

In the event of the winding up of the company, preference shareholders would be entitled to a sum equal to the capital paid up on the preference shares plus an amount in respect of accrued and unpaid dividends and a premium equal to the higher of (i) 10% of the capital paid up on the preference shares and (ii) the excess of the average market price of such shares on the London Stock Exchange during the previous six months over par value.

During 2013 the company repurchased 753 million ordinary shares at a cost of $5,463 million as part of the share repurchase programme announced on 22 March 2013. The number of shares in issue is reduced when shares are repurchased, but is not reduced in respect of the year-end commitment to repurchase shares subsequent to the end of the year, for which an amount of $1,430 million has been accrued at 31 December 2013 (2012 nil).

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

CONFIDENTIAL

BP-HZN-2179MDL07817084

## 8. Capital and reserves

$ million

| | Share capital | Share premium account | Capital redemption reserve | Merger reserve | Own shares | Treasury shares | Share-based payment reserve | Profit and loss account | Total |
|---|---|---|---|---|---|---|---|---|---|
| At 1 January 2013 | 5,261 | 9,974 | 1,072 | 26,509 | (280) | (20,774) | 1,604 | 118,557 | 141,923 |
| Currency translation differences | – | – | – | – | – | – | – | 47 | 47 |
| Actuarial gain on pensions (net of tax) | – | – | – | – | – | – | – | 2,067 | 2,067 |
| Share-based payments | 5 | 138 | – | – | (321) | 404 | 57 | 147 | 430 |
| Repurchases of ordinary share capital | (188) | – | 188 | – | – | – | – | (6,923) | (6,923) |
| Profit for the year | – | – | – | – | – | – | – | 15,691 | 15,691 |
| Dividends | 51 | (51) | – | – | – | – | – | (5,441) | (5,441) |
| At 31 December 2013 | 5,129 | 10,061 | 1,260 | 26,509 | (601) | (20,370) | 1,661 | 124,145 | 147,794 |

$ million

| | Share capital | Share premium account | Capital redemption reserve | Merger reserve | Own shares | Treasury shares | Share-based payment reserve | Profit and loss account | Total |
|---|---|---|---|---|---|---|---|---|---|
| At 1 January 2012 | 5,224 | 9,952 | 1,072 | 26,509 | (388) | (20,935) | 1,574 | 112,285 | 135,293 |
| Currency translation differences | – | – | – | – | – | – | – | (98) | (98) |
| Actuarial loss on pensions (net of tax) | – | – | – | – | – | – | – | (573) | (573) |
| Share-based payments | 2 | 57 | – | – | 108 | 161 | 30 | (85) | 273 |
| Profit for the year | – | – | – | – | – | – | – | 12,322 | 12,322 |
| Dividends | 35 | (35) | – | – | – | – | – | (5,294) | (5,294) |
| At 31 December 2012 | 5,261 | 9,974 | 1,072 | 26,509 | (280) | (20,774) | 1,604 | 118,557 | 141,923 |

As a consolidated income statement is presented for the group, a separate income statement for the parent company is not required to be published.

The profit and loss account reserve includes $24,107 million (2012 $24,107 million), the distribution of which is limited by statutory or other restrictions.

The accounts for the year ended 31 December 2013 do not reflect the dividend announced on 4 February 2014 and payable in March 2014; this will be treated as an appropriation of profit in the year ended 31 December 2014.

## 9. Cash flow

### Notes on cash flow statement

$ million

| | 2013 | 2012 |
|---|---|---|
| **Reconciliation of net cash flow to movement of funds** | | |
| (Decrease) increase in cash | (3) | 9 |
| Movement of funds | (3) | 9 |
| Net cash at 1 January | 9 | – |
| Net cash at 31 December | 6 | 9 |

$ million

| | 2013 | 2012 |
|---|---|---|
| Notes on cash flow statement | | |
| (a) Reconciliation of operating profit to net cash outflow from operating activities | | |
| Operating profit | 15,112 | 11,936 |
| Net operating charge for pensions and other post-retirement benefits, less contributions | (127) | (414) |
| Dividends, interest and other income | (16,414) | (13,758) |
| Share-based payments | 297 | 350 |
| (Increase) decrease in debtors | (4,054) | 240 |
| Increase in creditors | 373 | 374 |
| Net cash outflow from operating activities | (4,813) | (1,272) |

$ million

| | At 1 January 2013 | Cash flow | At 31 December 2013 |
|---|---|---|---|
| (b) Analysis of movements of funds | | | |
| Cash at bank | 9 | (3) | 6 |

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

CONFIDENTIAL

BP-HZN-2179MDL07817085

Financial statements

## 10. Contingent liabilities

The company has issued guarantees under which the maximum aggregate liabilities at 31 December 2013 were $47,042 million (2012 $45,400 million), the majority of which relate to finance debt of subsidiaries. The company has also issued uncapped indemnities and guarantees, including a guarantee of subsidiaries' liabilities under the PSC agreement relating to the Gulf of Mexico oil spill (see Note 2 to the consolidated financial statements), and in relation to potential losses arising from environmental incidents involving ships leased and operated by a subsidiary.

## 11. Share-based payments

**Effect of share-based payment transactions on the company's result and financial position**

| | | $ million |
|---|---|---|
| | **2013** | 2012 |
| Total expense recognized for equity-settled share-based payment transactions | **709** | 669 |
| Total expense recognized for cash-settled share-based payment transactions | **10** | 5 |
| Total expense recognized for share-based payment transactions | **719** | 674 |
| Closing balance of liability for cash-settled share-based payment transactions | **17** | 12 |
| Total intrinsic value for vested cash-settled share-based payments | **2** | – |

Additional information on the company's share-based payment plans is provided in Note 13 to the consolidated financial statements.

## 12. Auditor's remuneration

Note 37 to the consolidated financial statements provides details of the remuneration of the company's auditor on a group basis.

## 13. Directors' remuneration

| | | $ million |
|---|---|---|
| Remuneration of directors | **2013** | 2012 |
| Total for all directors | | |
| Emoluments | **16** | 12 |
| Gains made on the exercise of share options | **–** | – |
| Amounts awarded under incentive schemes | **2** | 3 |

**Emoluments**
These amounts comprise fees and benefits paid to the non-executive chairman and the non-executive directors and, for executive directors, salary and benefits earned during the relevant financial year, plus cash bonuses awarded for the year. There was no compensation for loss of office in 2013 (2012 nil).

**Pension contributions**
During 2013, two executive directors participated in a non-contributory pension scheme established for UK employees. Two US executive directors participated in the US BP Retirement Accumulation Plan during 2013.

**Office facilities for former chairmen and deputy chairmen**
It is customary for the company to make available to former chairmen and deputy chairmen, who were previously employed executives, the use of office and basic secretarial facilities following their retirement. The cost involved in doing so is not significant.

**Further information**
Full details of individual directors' remuneration are given in the Directors' remuneration report on page 81.

The parent company financial statements of BP p.l.c. on pages 224-234 do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

CONFIDENTIAL

BP-HZN-2179MDL07817086

# Additional disclosures

| | |
|---|---|
| 236 | Selected financial information |
| 239 | Upstream analysis by region |
| 242 | Downstream analysis by region |
| 245 | Oil and gas disclosures for the group |
| 252 | Environmental expenditure |
| 252 | Contractual obligations |
| 253 | Regulation of the group's business |
| 257 | Legal proceedings |
| 267 | Further note on certain activities |
| 268 | Material contracts |
| 268 | Property, plant and equipment |
| 268 | Related-party transactions |
| 269 | Exhibits |
| 269 | Certain definitions |
| 271 | Directors' report information |
| 271 | Cautionary statement |

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817087

## Selected financial information

This information, insofar as it relates to 2013, has been extracted or derived from the audited consolidated financial statements of the BP group presented on page 115. Note 1 to the financial statements includes details on the basis of preparation of these financial statements. The selected information should be read in conjunction with the audited financial statements and related notes elsewhere herein. Comparative financial information for 2009-12 has been restated to reflect the adoption of amendments to IAS 19 'Employee Benefits'. Financial information for 2011 and 2012 has also been restated to reflect the adoption of IFRS 11 'Joint Arrangements'. For further information see Financial statements – Note 1.

| | | | | $ million except per share amounts | |
| --- | ---: | ---: | ---: | ---: | ---: |
| | **2013** | 2012 | 2011 | 2010 | 2009 |
| **Income statement data** | | | | | |
| Sales and other operating revenues | **379,136** | 375,765 | 375,713 | 297,107 | 239,272 |
| Underlying replacement cost profit before interest and taxationᵃ | **22,776** | 26,454 | 33,601 | 31,704 | 22,673 |
| Net favourable (unfavourable) impact of non-operating items and fair value accounting effectsᵃ | **9,283** | (6,091) | 3,580 | (37,190) | (169) |
| Replacement cost profit (loss) before interest and taxationᵃ | **32,059** | 20,363 | 37,181 | (5,486) | 22,504 |
| Inventory holding gains (losses)ᵇ | **(290)** | (594) | 2,634 | 1,784 | 3,922 |
| Profit (loss) before interest and taxation | **31,769** | 19,769 | 39,815 | (3,702) | 26,426 |
| Finance costs and net finance expense relating to pensions and other post-retirement benefits | **(1,548)** | (1,638) | (1,587) | (1,605) | (1,609) |
| Taxation | **(6,463)** | (6,880) | (12,619) | 1,638 | (8,273) |
| Profit (loss) for the year | **23,758** | 11,251 | 25,609 | (3,669) | 16,544 |
| Profit (loss) for the year attributable to BP shareholders | **23,451** | 11,017 | 25,212 | (4,064) | 16,363 |
| Inventory holding (gains) lossesᵇ, net of taxation | **230** | 411 | (1,800) | (1,195) | (2,623) |
| Replacement cost profit (loss) for the year attributable to BP shareholdersᵃ | **23,681** | 11,428 | 23,412 | (5,259) | 13,740 |
| Non-operating items and fair value accounting effectsᵃ, net of taxation | **(10,253)** | 5,643 | (2,242) | 25,436 | 622 |
| Underlying replacement cost profit for the year attributable to BP shareholdersᵃ | **13,428** | 17,071 | 21,170 | 20,177 | 14,362 |
| **Per ordinary share – cents** | | | | | |
| Profit (loss) for the year attributable to BP shareholders | | | | | |
| Basic | **123.87** | 57.89 | 133.35 | (21.64) | 87.34 |
| Diluted | **123.12** | 57.50 | 131.74 | (21.64) | 86.40 |
| Replacement cost profit (loss) for the year attributable to BP shareholders | **125.08** | 60.05 | 123.83 | (28.01) | 73.34 |
| Underlying replacement cost profit for the year attributable to BP shareholders | **70.92** | 89.70 | 111.97 | 107.39 | 76.66 |
| Dividends paid per share – cents | **36.50** | 33.00 | 28.00 | 14.00 | 56.00 |
| – pence | **23.399** | 20.852 | 17.404 | 8.679 | 36.417 |
| Capital expenditure and acquisitionsᶜ | **36,612** | 25,204 | 31,959 | 23,016 | 20,309 |
| Acquisitions and asset exchanges | **71** | 200 | 11,283 | 3,406 | 308 |
| Organic capital expenditureᵈ | **24,600** | 23,950 | 19,580 | 18,218 | 20,001 |
| **Balance sheet data (at 31 December)** | | | | | |
| Total assets | **305,690** | 300,466 | 292,907 | 272,262 | 235,968 |
| Net assets | **130,407** | 119,752 | 112,585 | 95,891 | 102,113 |
| Share capital | **5,129** | 5,261 | 5,224 | 5,183 | 5,179 |
| BP shareholders' equity | **129,302** | 118,546 | 111,568 | 94,987 | 101,613 |
| Finance debt due after more than one year | **40,811** | 38,767 | 35,169 | 30,710 | 25,518 |
| Net debt to net debt plus equityᵉ | **16.2%** | 18.7% | 20.4% | 21.2% | 20.4% |
| **Ordinary share dataᶠ** | | | | | Shares million |
| Basic weighted average number of shares | **18,931** | 19,028 | 18,905 | 18,786 | 18,732 |
| Diluted weighted average number of shares | **19,046** | 19,158 | 19,136 | 18,998 | 18,936 |

ᵃ RC profit or loss for the group, underlying RC profit or loss and fair value accounting effects are not recognized GAAP measures. For further information, see pages 237 and 238 and Certain definitions on page 269.
ᵇ See Certain definitions and also see Financial statements – Note 7 for an analysis of inventory holding gains and losses by segment.
ᶜ Includes asset exchanges. All capital expenditure and acquisitions during the past five years have been financed from cash flow from operations, disposal proceeds and external financing.
ᵈ Organic capital expenditure excludes acquisitions and asset exchanges, and: in 2013 $11,941 million relating to our investment in Rosneft; in 2012 $1,054 million associated with deepening our US natural gas and North Sea asset bases; in 2011 $1,096 million associated with deepening our US natural gas bases; in 2010 $900 million relating to the formation of a partnership with Value Creation Inc. to develop the Terre de Grace oil sands acreage and $492 million for the purchase of additional interests in the Valhall and Hod fields in the North Sea.
ᵉ Net debt and the ratio of net debt to net debt plus equity are not recognized GAAP measures. We believe these numbers are useful information to investors. Further information on net debt is given in Financial statements – Note 28.
ᶠ The number of ordinary shares shown has been used to calculate the per share amounts.

CONFIDENTIAL

BP-HZN-2179MDL07817088

## Non-operating items

Non-operating items are charges and credits arising in consolidated entities and in TNK-BP and Rosneft that are included in the financial statements and that BP discloses separately because it considers such disclosures to be meaningful and relevant to investors. They are items that management considers not to be part of underlying business operations and are disclosed in order to enable investors to understand better and evaluate the group's reported financial performance. An analysis of non-operating items is shown in the table below.

| | | | $ million |
|---|---|---|---|
| | 2013 | 2012 | 2011 |
| Upstream | | | |
| Impairment and gain (loss) on sale of businesses and fixed assets | (802) | 3,638 | 2,131 |
| Environmental and other provisions | (20) | (48) | (27) |
| Restructuring, integration and rationalization costs | – | – | – |
| Fair value gain (loss) on embedded derivatives | 459 | 347 | 191 |
| Other[a] | (1,001) | (748) | (1,165) |
| | (1,364) | 3,189 | 1,130 |
| Downstream | | | |
| Impairment and gain (loss) on sale of businesses and fixed assets | (348) | (2,934) | (332) |
| Environmental and other provisions | (134) | (171) | (221) |
| Restructuring, integration and rationalization costs | (15) | (32) | (4) |
| Fair value gain (loss) on embedded derivatives | – | – | – |
| Other | (38) | (35) | (45) |
| | (535) | (3,172) | (602) |
| TNK-BP | | | |
| Impairment and gain (loss) on sale of businesses and fixed assets | 12,500 | (55) | – |
| Environmental and other provisions | – | (83) | – |
| Restructuring, integration and rationalization costs | – | – | – |
| Fair value gain (loss) on embedded derivatives | – | – | – |
| Other[b] | – | 384 | – |
| | 12,500 | 246 | – |
| Rosneft | | | |
| Impairment and gain (loss) on sale of businesses and fixed assets | (35) | – | – |
| Environmental and other provisions | (10) | – | – |
| Restructuring, integration and rationalization costs | – | – | – |
| Fair value gain (loss) on embedded derivatives | – | – | – |
| Other | – | – | – |
| | (45) | – | – |
| Other businesses and corporate | | | |
| Impairment and gain (loss) on sale of businesses and fixed assets | (196) | (282) | 275 |
| Environmental and other provisions | (241) | (261) | (220) |
| Restructuring, integration and rationalization costs | (3) | (15) | (39) |
| Fair value gain (loss) on embedded derivatives[c] | – | – | (123) |
| Other[d] | 19 | (240) | (715) |
| | (421) | (798) | (822) |
| Gulf of Mexico oil spill response | (430) | (4,995) | 3,800 |
| Total before interest and taxation | 9,705 | (5,530) | 3,506 |
| Finance costs[e] | (39) | (19) | (58) |
| Taxation (charge)[f] | 867 | 251 | (1,253) |
| Total after taxation | 10,533 | (5,298) | 2,195 |

[a] 2013 included $845 million relating to the value ascribed to block BM-CAL-13 offshore Brazil, following the acquisition of upstream assets from Devon Energy in 2011, which was written off as a result of the Pitanga exploration well not encountering commercial quantities of oil or gas. 2012 included a charge of $370 million relating to onerous gas marketing and trading contracts and $308 million relating to exploration expense associated with our US natural gas assets (2011 $395 million). 2011 included a charge of $700 million associated with the termination of the agreement to sell our 60% interest in Pan American Energy LLC to Bridas Corporation.

[b] 2012 included dividend income from TNK-BP of $709 million and a charge of $325 million to settle disputes with AAR.

[c] Relates to an embedded derivative arising from a financing arrangement.

[d] 2012 included charges of $244 million relating to our exit from the solar business (2011 $717 million).

[e] Finance costs relate to the Gulf of Mexico oil spill. See Financial statements – Note 2 for further details.

[f] For the Gulf of Mexico oil spill and certain impairment losses, disposal gains and fair value gains and losses on embedded derivatives, tax is based on statutory rates, except for non-deductible items. For other items reported for consolidated subsidiaries, tax is calculated using the group's discrete quarterly effective tax rate (adjusted for the items noted above, equity-accounted earnings and certain deferred tax adjustments relating to changes in UK taxation). Non-operating items reported within the equity-accounted earnings of TNK-BP and Rosneft are reported net of tax.

CONFIDENTIAL

BP-HZN-2179MDL07817089

Additional disclosures

## Non-GAAP information on fair value accounting effects

The impacts of fair value accounting effects, relative to management's internal measure of performance, and a reconciliation to GAAP information is also set out below. Further information on fair value accounting effects is provided on page 269.

| | | | $ million |
|---|---|---|---|
| | **2013** | 2012 | 2011 |
| Upstream | | | |
| Unrecognized gains (losses) brought forward from previous period | **(404)** | (538) | (527) |
| Unrecognized (gains) losses carried forward | **160** | 404 | 538 |
| Favourable (unfavourable) impact relative to management's measure of performance | **(244)** | (134) | 11 |
| Downstream[a] | | | |
| Unrecognized gains (losses) brought forward from previous period | **501** | 74 | 137 |
| Unrecognized (gains) losses carried forward | **(679)** | (501) | (74) |
| Favourable (unfavourable) impact relative to management's measure of performance | **(178)** | (427) | 63 |
| | **(422)** | (561) | 74 |
| Taxation credit (charge)[b] | **142** | 216 | (27) |
| | **(280)** | (345) | 47 |
| **By region** | | | |
| Upstream | | | |
| US | **(269)** | (67) | 15 |
| Non-US | **25** | (67) | (4) |
| | **(244)** | (134) | 11 |
| Downstream[a] | | | |
| US | **(211)** | (441) | – |
| Non-US | **33** | 14 | 63 |
| | **(178)** | (427) | 63 |

[a] Fair value accounting effects arise solely in the fuels business.
[b] Tax is calculated using the group's discrete quarterly effective tax rate (adjusted for the Gulf of Mexico oil spill, equity-accounted earnings, certain impairment losses, disposal gains and fair value gains and losses on embedded derivatives and certain deferred tax adjustments relating to changes in UK taxation).

## Reconciliation of non-GAAP information

| | | | $ million |
|---|---|---|---|
| | **2013** | 2012 | 2011 |
| Upstream | | | |
| Replacement cost profit before interest and tax adjusted for fair value accounting effects | **16,901** | 22,625 | 26,347 |
| Impact of fair value accounting effects | **(244)** | (134) | 11 |
| Replacement cost profit before interest and tax | **16,657** | 22,491 | 26,358 |
| Downstream | | | |
| Replacement cost profit before interest and tax adjusted for fair value accounting effects | **3,097** | 3,291 | 5,407 |
| Impact of fair value accounting effects | **(178)** | (427) | 63 |
| Replacement cost profit before interest and tax | **2,919** | 2,864 | 5,470 |
| Total group | | | |
| Profit before interest and tax adjusted for fair value accounting effects | **32,191** | 20,330 | 39,741 |
| Impact of fair value accounting effects | **(422)** | (561) | 74 |
| Profit before interest and tax | **31,769** | 19,769 | 39,815 |

CONFIDENTIAL

BP-HZN-2179MDL07817090

# Upstream analysis by region

The following discussion reviews operations in our upstream business by geographical area, and lists associated significant events for 2013. BP's percentage working interest in oil and gas assets is shown in parentheses. Working interest is the cost-bearing ownership share of an oil or gas lease. Consequently, the percentages disclosed for certain agreements do not necessarily reflect the percentage interests in reserves and production.

In addition to exploration, development and production activities, our upstream business also includes midstream and LNG activities. Midstream activities involve the ownership and management of crude oil and natural gas pipelines, processing facilities and export terminals, LNG processing facilities and transportation, and our natural gas liquids (NGLs) extraction business.

Our LNG supply activities are located in Abu Dhabi, Angola, Australia, Indonesia and Trinidad. We market around 25% of our LNG production using BP LNG shipping and contractual rights to access import terminal capacity in the liquid markets of the US (via Cove Point), the UK (via the Isle of Grain), Spain (in Bilbao) and Italy (in Rovigo), with the remainder marketed directly to customers. LNG is supplied to customers in multiple markets including Japan, South Korea, China, the Dominican Republic, Argentina, Brazil and Mexico.

## Europe

In Europe, BP is active in the UK North Sea and the Norwegian Sea. Our activities in the North Sea include a focus on maximizing recovery from existing producing fields and selected new field developments.

- In January production from the new facilities at the Valhall field in the southern part of the Norwegian North Sea commenced and has now ramped up to 70 mboe/d. Production from Skarv, which started up in December 2012, has now ramped up to 160 mboe/d.
- In March BP and its partners, ConocoPhillips, Chevron and Shell, announced the decision to proceed with a two-year appraisal programme to evaluate a potential third phase of the Clair field, west of the Shetland Islands. By the end of 2013, two appraisal wells had been completed and we are currently drilling a third.
- In April we completed the sale of our interest in the Sean (BP 50%) field in the North Sea to SSE plc for $288 million.
- In June we completed the sales of our interests in the Harding (BP 70%), Maclure (BP 37.04%), Braes (BP 27.7%), Braemar (BP 52%) and Devenick (BP 88.7%) fields in the North Sea to TAQA Bratani Ltd for $1,058 million plus future payments which, depending on oil price and production, are currently expected to exceed $180 million after tax.
- In June BP announced that it had been awarded two licences in the Barents Sea as part of Norway's 22nd offshore licensing round.
- In August the Clair Ridge platform jackets (the steel support structure) were installed, a major milestone in the project.
- In September BP announced that more than $1.5 billion in contracts had been awarded to UK-based companies to provide services and equipment for the major redevelopment of the Schiehallion and Loyal oil fields to the west of Shetland. The project to redevelop the fields, which are operated by BP on behalf of its partners, involves two main elements: a new floating production, storage and offloading vessel (FPSO) and a major upgrade of the subsea infrastructure that will lie on the seabed.
- In October the UK government announced a temporary management scheme to allow the restart of production from the Rhum gas field in the central North Sea, which has been suspended since November 2010 following the imposition of EU sanctions on Iran. The field is owned by BP (50%) and the Iranian Oil Company (IOC) under a joint operating agreement dating back to the early 1970s. BP intends to recommence operations at Rhum in the future in accordance with the temporary management scheme, under which the UK government will assume control of the IOC's share of Rhum for a period of up to five years. Revenue from the IOC's share will be placed in a blocked account. See Further note on certain activities on page 267 for further information.
- In December BP was awarded 14 licences in the 27th UK Offshore Oil and Gas Licensing Round, subject to final government approval.

In the UK sector of the North Sea, BP operates the Forties Pipeline System (FPS) (BP 100%), an integrated oil and NGLs transportation and processing system that handles production from more than 80 fields in the central North Sea. The system has a capacity of more than 675mboe/d, with average throughput in 2013 of 421mboe/d. BP also operates and has a 36% interest in the Central Area Transmission System (CATS), a 400-kilometre natural gas pipeline system in the central UK sector of the North Sea. The pipeline has a transportation capacity of 293mboe/d to a natural gas terminal at Teesside in north-east England. Average throughput in 2013 was 52mboe/d. CATS offers natural gas transportation and processing services. In addition, BP operates the Sullom Voe oil and gas terminal in Shetland.

## North America

Our upstream activities in North America take place in four main areas: deepwater Gulf of Mexico, Lower 48 states, Alaska and Canada. For further information on BP's activities in connection with its responsibilities following the Deepwater Horizon oil spill, see page 38.

BP has around 620 lease blocks in the deepwater Gulf of Mexico, more than any other company, and operates four production hubs.

- In 2013 BP started up an additional three rigs in the Gulf of Mexico, and by the end of the year had ten rigs in operation.
- In April the Atlantis North expansion Phase 1 major project (BP 56%) started up.
- In April we completed the sale of our interest in the Freedom (BP 31.5%) field in the Gulf of Mexico to Ecopetrol America.
- In April the decision was taken not to move forward with the existing plan for the Mad Dog Phase 2 project in the deepwater Gulf of Mexico as market conditions and industry cost inflation made the project less attractive than previously modelled. This decision resulted in an impairment of $159 million. BP and its partners reviewed alternative development concepts and the current concept being considered is a single production host designed for future flexibility to capture additional potential resource.
- In December BP announced it had made a significant oil discovery at its Gila prospect (BP 80%), which it co-owns with ConocoPhillips, in the deepwater Gulf of Mexico.
- In February 2014 the Shell-operated Mars B major project (BP 28.5%) and the BP-operated Na Kika Phase 3 project (BP 50%) started up.

For information on the temporary suspension and mandatory debarment notices issued by the US Environmental Protection Agency (EPA) in November 2012 and February 2013 and related proceedings, see Legal proceedings on page 257.

The US onshore business operates in the Lower 48 states producing natural gas, NGLs and condensate across nine states, including production from tight gas, coalbed methane (CBM) and shale gas assets.

During 2013 BP participated in the drilling of several hundred wells as a non-operating partner in the Eagle Ford shale, Anadarko basin and Fayetteville shale. In the Eagle Ford shale BP, together with the operating partner, continued to expand its position, with around 450,000 gross acres at the end of 2013 and nine rigs operating. Production from the liquids-rich Anadarko basin is from over 1,000,000 gross acres, with around 12 rigs operating, and at Fayetteville there is an average of eight rigs running over the 145,000 gross acreage position.

In March 2014 we announced plans to establish a separate BP business to manage our onshore oil and gas assets in the US Lower 48, with the goal of building a stronger, more competitive and sustainable business. We expect the separate organization to be operational in early 2015.

For further information on the use of hydraulic fracturing in our shale gas assets see page 45. BP's onshore US crude oil and product pipelines and related transportation assets are included in the Downstream segment (see page 31).

In Alaska, we operate 13 North Slope oilfields (including Prudhoe Bay, Endicott, Northstar and Milne Point) and four North Slope pipelines, and own significant interests in six other producing fields.

- Development of the Point Thomson initial production facility project continued throughout 2013. Engineering design is substantially complete, construction of field infrastructure is in progress and fabrication of the four main process modules has commenced. Overall, the project is on track. BP holds a 32% working interest in the Point Thomson field, and ExxonMobil is the operator.

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817091

- In June BP announced plans to add $1 billion of new investment over five years beginning 2015 in the Alaska North Slope fields by adding two additional drilling rigs, one each in 2015 and 2016. Changes in the state's oil tax statute helped to enable this increased investment. In addition, BP secured support from the other working interest owners at Prudhoe Bay to begin evaluating an additional $3 billion of new development opportunities, including facility expansions, a new well pad, and expansion of two existing well pads.
- BP continued to work jointly with ExxonMobil, ConocoPhillips and TransCanada throughout 2013 to advance the Alaska LNG project. In February 2013 a lead concept for the project was announced, consisting of a North Slope gas treatment plant, an 800-mile (approximately) pipeline to tidewater and a three-train liquefaction facility, with an estimated capacity of 3bcf/d (15-18 million tonnes per annum). An initial summer field season to collect data that will support filing of necessary regulatory permits was completed. In October selection of the lead site for the liquefaction facility was announced as Nikiski, Alaska, located on the south-central Alaskan coast. In January 2014 BP, ExxonMobil, ConocoPhillips and TransCanada signed a heads of agreement (HOA) with the State of Alaska enabling state participation in the $45 – $65 billion Alaska LNG project. The HOA sets out guiding principles for the parties to negotiate project-enabling contracts once enabling legislation is passed and provides a road map for state equity ownership in the project.

Also in Alaska, BP owns a 48.4% interest in the Trans-Alaska Pipeline System (TAPS). The TAPS transports crude oil from Prudhoe Bay on the Alaska North Slope to the port of Valdez in south-east Alaska.

- In April 2012 the two non-controlling owners of TAPS, Koch (3.08%) and Unocal (1.37%) gave notice to BP, ExxonMobil (21.1%) and ConocoPhillips (29.1%) of their intention to withdraw as an owner of TAPS. The transfer of Koch's interest to the remaining owners (BP, ExxonMobil and ConocoPhillips) was agreed and approved by regulatory authorities, and closed in July with an effective date of August 2012. The remaining owners and Unocal have not yet reached agreement regarding the terms for the transfer of Unocal's interest in TAPS and are currently engaged in litigation.
- In September 2012 BP, ExxonMobil and ConocoPhillips entered into two settlement agreements on the pooling of costs on TAPS. In July the Federal Energy Regulatory Commission (FERC) issued an order approving the two settlement agreements, and implementing cost pooling between TAPS owners under the terms of the settlement agreements.

In Canada, BP is currently focused on oil sands development and intends to use in situ steam-assisted gravity drainage (SAGD) technology, which uses the injection of steam into the reservoir to warm the bitumen so that it can flow to the surface through producing wells. We hold interests in three oil sands leases through the Sunrise Oil Sands and Terre de Grace partnerships and the Pike Oil Sands joint operation. In addition, we have significant exploration interests in the Canadian Beaufort Sea. The award of four offshore leases in Nova Scotia that were successfully bid for in 2012 was completed in 2013.

- Phase 1 of the Sunrise Oil Sands SAGD development, in which we have a 50% non-operated interest, is under construction and is expected to commence operations in late 2014. The production capacity of Sunrise Phase 1 is expected to be 60mb/d of bitumen.
- A major seismic programme on the Nova Scotia exploration leases is planned for the summer of 2014. The focus of the seismic programme will be to shoot 3D seismic on the 14,000km² lease area in depths ranging from 100 metres to 3,500 metres.

## South America

In South America, BP has upstream activities in Brazil, Argentina, Bolivia, Chile, Uruguay and Trinidad & Tobago.

In Brazil, BP has interests in 24 exploration and production concessions, six of which are operated by BP, across six basins. Five of these concessions are subject to government and regulatory approvals.

- In March BP announced the completion of a successful flow test of the Itaipu-1A well, offshore Brazil. This activity was part of the ongoing appraisal programme and indicates that commercially viable flow rates can be achieved from the BP-operated Itaipu discovery, located in the deepwater sector of the Campos basin.

- In May BP and its partners announced they had been named winning bidders in eight deepwater blocks offshore Brazil in the Brazilian National Petroleum Agency's 11th bid round. BP will be operator of two of these blocks. Six of the blocks are in the Foz de Amazonas basin, with the remaining two in the Potiguar and Barreirinhas basins.
- In July BP announced the completion of an agreement with Petróleo Brasileiro S.A. (Petrobras) to farm in to five deepwater exploration and production blocks, subject to government and regulatory approvals. The blocks are in the deepwater Potiguar basin located in the Brazilian equatorial margin and in total cover an area of 3,837km².
- In December BP confirmed the Pitu oil discovery, operated by Petrobras, on block BM-POT-17 in the frontier deepwater of the Potiguar basin. BP's farm-in to a 40% interest in this block is subject to final regulatory approvals.
- In December BP announced the Pitanga exploration well on block BM-CAL-13 in the Camamu-Almada basin offshore Brazil had encountered oil shows but no commercial quantities of oil or gas. This result will cause BP to relinquish the block and triggered a write-off of $216 million related to the costs of drilling the well, as well as a write-off of $845 million associated with the value allocated to this block as part of the accounting related to the acquisition of Devon Energy's interest in the block announced in 2010.
- In January 2014 we completed the sale of our interest in the Polvo oil field (BP 60%) in Brazil to HRT Oil & Gas Ltda for $135 million.

In Argentina, Bolivia and Chile, BP conducts activity through Pan American Energy LLC (PAE), an equity-accounted joint venture with Bridas Corporation, in which BP has a 60% interest.

In Uruguay, BP has interests in three offshore deepwater exploration blocks: blocks 11 and 12 in the Pelotas basin and block 6 in the Punta del Este basin, together covering an area of almost 26,000km². The PSAs provide that BP will hold a 100% interest in the blocks and the Uruguayan state oil company, ANCAP, will have a right to participate in up to 30% of any discoveries. BP is preparing to undertake its commitment to acquire over 13,000km² of 3D seismic data and 3,000km of 2D seismic data during the first exploration period which ends in December 2015.

In Trinidad & Tobago, BP holds licences covering 1,806,000 acres offshore of the east and north-east coast. Facilities include 13 offshore platforms and one onshore processing facility. Production is comprised of oil, gas and associated liquids.

BP has a shareholding in Atlantic LNG (ALNG), an LNG liquefaction plant, in Trinidad & Tobago that averages 39% across four LNG trains[a] with a combined capacity of 21 million tonnes per annum. BP sells gas to each of the LNG trains, supplying 100% of the gas for train 1, 50% for train 2, 75% for train 3 and around 67% of the gas for train 4. All of the LNG from Atlantic train 1 and most of the LNG from trains 2 and 3 is sold to third parties in the US and Europe under long-term contracts. BP's equity LNG entitlement from trains 2, 3 and 4 is marketed via BP's LNG marketing and trading function to markets in the US, UK, Spain and South America.

## Africa

BP's upstream activities in Africa are located in Angola, Algeria, Libya, Morocco, Egypt and Namibia.

BP is present in nine major deepwater licences offshore Angola and is operator in four of these.

- Production from the Plutão, Saturno, Vénus and Marte (PSVM) development area in Block 31, offshore Angola, which started production in late 2012, continued to increase as planned, reaching a maximum rate of just over 150mb/d in 2013.
- In October we had an oil and gas discovery in the pre-salt play of Angola in Block 20 (BP 30%), operated by Cobalt International Energy, Inc. This was followed by a successful drill-stem test in December.

[a] An LNG train is a processing facility used to liquefy and purify natural gas in the formation of LNG

CONFIDENTIAL

In addition, BP has a 13.6% share in the Angola LNG project, which is expected to receive approximately 1bcf of associated gas per day from offshore producing blocks and to produce 5.2 million tonnes per annum of LNG (gross), as well as related gas liquids products. The Angola LNG project exported its first cargo of LNG in June.

In Algeria, BP is a partner with Sonatrach and Statoil in the In Salah (BP 33.15%) and In Amenas (BP 45.89%) projects, which supply gas to the domestic and European markets. In addition, BP has an appraisal and exploitation agreement with Sonatrach in the Bourarhat Sud block, located to the south-west of In Amenas. In the exploration phase this asset is BP-operated. The Bourarhat licence has been extended until September 2014 and BP is currently assessing its options to appraise and potentially develop this asset. BP's total assets in Algeria at 31 December 2013 were $3,413 million ($324 million current and $3,089 million non-current).

• In January a terrorist attack occurred at the In Amenas joint operation site. Following the incident, BP had a staged reduction of non-essential workers out of Algeria as a precautionary and temporary measure. Trains 1 and 2 have been restored to full production but Train 3 remains out of service. In March, the decision was taken to suspend activity at Bourarhat while options to appraise and potentially develop this asset are assessed. Ramp-down of activity was largely completed in October.

In Libya, BP is in partnership with the Libyan Investment Authority (LIA) to explore acreage in the onshore Ghadames and offshore Sirt basins, covered under the exploration and production-sharing agreement (EPSA) ratified in December 2007 (BP 85%). BP's total assets in Libya at 31 December 2013 were $472 million ($72 million current and $400 million non-current).

• Planning and preparation work towards our offshore exploration drilling programme is continuing. With respect to the onshore exploration drilling programme, a security review in June concluded that this could not be safely and securely delivered by BP at this time. Alternative approaches are being considered.

In Morocco, BP entered into three farm-out agreements with Kosmos Energy covering three blocks in the Agadir Basin, offshore Morocco. Under the terms of the agreements, one of which is still subject to government approval, BP will acquire a non-operating interest in each of the Essaouira Offshore (BP 45%), Foum Assaka Offshore (BP 26.325%) and Tarhazoute Offshore (BP 45%) blocks.

In Egypt, BP and its partners currently produce 15% of Egypt's oil production and more than 30% of its gas production. BP's total assets in Egypt at 31 December 2013 were $7,638 million, of which $2,299 million were current (see Financial statements – Note 19) and $5,339 million were non-current.

• In July the Egyptian army chief removed the country's then-incumbent president, Mohamed Morsi, from power and suspended the Egyptian Constitution. Adly Mansour, Chief Justice of the Supreme Constitutional Court of Egypt was declared interim president. The political and economic situation remains challenging despite aid being pledged from neighbouring Gulf states. Our production and operations continue and we are engaged with the government in managing our operations.
• In September BP announced a significant gas discovery in the East Nile Delta with the Salamat well, the deepest well ever drilled in the Nile Delta. Salamat is the first well to be drilled in the BP-operated North Damietta (BP 100%) offshore concession awarded in 2010.

In Namibia, BP is a non-operating partner in one deepwater block, which is currently in the exploration phase. This block was accessed in 2012. In December BP decided to withdraw from four deepwater blocks by not exercising an option to increase its interest in Luderitz Basin licence 0047, offshore Namibia.

## Asia

In Asia, BP has activities in Western Indonesia, China, Azerbaijan, Oman, Abu Dhabi, India and Iraq.

In Western Indonesia, BP is involved in two of Indonesia's three LNG centres. BP's first operated LNG plant, Tangguh (BP 37.16%), is located in Papua Barat. The asset comprises 14 producing wells, two offshore platforms, two pipelines and an LNG plant with two production trains and has a total capacity of 7.6 million tonnes of LNG per annum. Plans for a third train remain on track, with commissioning expected to occur in 2019. Tangguh supplies LNG to customers in China, South Korea, Mexico and Japan through a combination of long, medium- and short-term contracts.

BP also participates in Indonesia's LNG exports through its interest in Virginia Indonesia Company LLC (VICO), the operator of Sanga-Sanga PSA (BP 38%) supplying gas to the Bontang LNG plant in Kalimantan. Sanga-Sanga currently delivers around 13% of the total gas feed to Bontang, Indonesia's largest LNG export facility and one of the world's largest LNG plants with a capacity of 22 million tonnes per annum of LNG and output of more than 18 million tonnes of LNG.

BP also participates in the Sanga-Sanga CBM PSA (BP 38%), as well as one other CBM PSA, Tanjung IV (BP 44%), in the Barito basin of Central Kalimantan. BP completed its exit from the Kapuas I, II and III PSAs in May by transfer of its working interest to its respective partner in each PSA.

In China, BP's upstream activities in the country include deepwater exploration in the South China Sea's Block 42/05 (BP 40.82%), Block 43/11 (BP 40.82%) and Block 54/11 (BP 100%).

• In July BP announced that it had signed a PSA with CNOOC for Block 54/11 in the South China Sea. The new block is close to BP's two other existing deepwater interests.
• In December we completed the sale of our interests in the Yacheng offshore gas field (BP 34.3%) in China for $308 million (subject to post-closing adjustments).

In China, BP also has a 30% equity stake in the 7 million tonnes per annum capacity Guangdong LNG regasification and pipeline project in south-east China, making it the first foreign partner in China's LNG import business. The terminal is also supplied under a long-term contract with Australia's North West Shelf venture described below.

In Azerbaijan, BP invests more than any other foreign investor, operates two PSAs, Azeri-Chirag-Gunashli (ACG) (BP 35.8%) and Shah Deniz (BP 25.5%), and also holds other exploration leases.

• In 2012 further EU and US regulations concerning restrictive measures against Iran were issued. The Shah Deniz joint operation and its gas marketing and pipeline entities, in which Naftiran Intertrade Co. Ltd (NICO) has an interest, are excluded from the main operative provisions of the EU regulations as well as from the application of the new US sanctions, and fall within the exception for certain natural gas projects under Section 603 of the US Iran Threat Reduction and Syria Human Rights Act of 2012. Shah Deniz continues to operate in full compliance with EU and US law. For further information see Further note on certain activities on page 267.
• In June the Shah Deniz consortium announced that it had selected the Trans Adriatic Pipeline (TAP) to deliver gas volumes from the Shah Deniz Stage 2 project to customers in Italy, Greece, Bulgaria and Turkey. In September, the consortium announced that it had concluded the Shah Deniz Stage 2 gas sales process with the completion of major sales agreements with European gas purchasers totalling 10bcma over 25 years. This adds to existing agreements to sell 6bcma of gas in Turkey. The agreements come in to force following the final investment decision (FID) on the project, which occurred in December. The upstream part of the Shah Deniz Stage 2 project entails drilling and completion of 26 subsea wells, construction of two bridge-linked platforms and new processing and compression facilities at the onshore terminal. The FID also triggers plans to expand the South Caucasus Pipeline (SCP) through Azerbaijan and Georgia, to construct the Trans Antolian Gas Pipeline (TANAP) across Turkey and to construct the TAP across Greece, Albania and into Italy.
• Additionally, the State Oil Company of Azerbaijan Republic (SOCAR) and the Shah Deniz partners also agreed terms for extending the Shah Deniz PSA to 2048, and, coincident with the FID, BP agreed to purchase a 3.3% equity in Shah Deniz and SCP from Statoil, subject to conditions that are expected to be satisfied in 2014.
• In January 2014 the West Chirag platform came online. This completes the Chirag oil project sanctioned in 2010.

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817093

- BP, as operator, holds a 30.1% interest in and manages the Baku-Tbilisi-Ceyhan (BTC) oil pipeline. The 1,768-kilometre pipeline transports oil from the BP-operated ACG oilfield and gas condensate from the Shah Deniz gas field in the Caspian Sea, along with other third-party oil, to the eastern Mediterranean port of Ceyhan. The BTC pipeline has a capacity of 1mmboe/d with average throughput in 2013 of 681mboe/d.

BP is technical operator of, and currently holds a 25.5% interest in, the 693-kilometre South Caucasus Pipeline, which takes gas from Azerbaijan through Georgia to the Turkish border and has a capacity of 134mboe/d with average throughput in 2013 of 82mboe/d. In addition, BP operates the Western Export Route Pipeline between Azerbaijan and the Black Sea coast of Georgia (as operator of Azerbaijan International Operating Company).

BP currently has appraisal programmes and development activities in Oman.

In December BP and the Sultanate of Oman government signed a gas sales agreement and an amended exploration and production sharing agreement (EPSA) for the development of the Khazzan field in Block 61 with BP as operator. In February 2014 the Sultan of Oman issued a royal decree approving the amended EPSA. The Sultanate of Oman government acquired a 40% stake in Block 61 in February 2014 through Makarim Gas Development LLC, a wholly-owned subsidiary of the state-owned Oman Oil Company Exploration & Production (OOCEP). Construction work is expected to begin in 2014 with gas production expected to start in 2017.

In Jordan BP has decided to withdraw from the Risha concession, which resulted in a write-off of $121 million related to the costs of exploration drilling activities, as well as a $257-million write-off for costs relating to the concession.

In Abu Dhabi, during 2013 we had equity interests of 9.5% and 14.67% in onshore and offshore concessions respectively. The Abu Dhabi onshore concession expired in January 2014 with a consequent production impact of approximately 140mboe/d.

Also in Abu Dhabi, we have a 10% equity shareholding in the Abu Dhabi Gas Liquefaction Company, which in 2013 supplied 5.4 million tonnes of LNG (281 bcfe regasified).

In India, BP has a 30% interest in six oil and gas PSAs operated by Reliance Industries Limited (RIL), a 50% interest in one operated PSA, and is a partner with RIL in a 50:50 joint operation for the sourcing and marketing of gas in India.

- In May RIL and its partners BP and NIKO Resources Ltd announced a significant gas and condensate discovery in the KG D6 block off the eastern coast of India.
- In August RIL and BP announced a new gas condensate discovery in the deepwater block CYD5 (BP 30%) situated in the Cauvery basin, off the east coast of India. This is the second discovery in the block.
- In August the government approved the Field Development Plan (FDP) for the R-Series project in the KG D6 block and has reviewed the appraisal plan for the KG D6 discovery.
- Following approval by the relevant authorities in 2012, a number of activities are being progressed to arrest the decline in production rates and to extend the life of the block KG D6 producing fields. These include new work-over wells and the installation of additional compression and water handling capacity.
- In January 2014 the Government of India issued notification of new guidelines for pricing of domestic gas, which will be formula driven, effective from 1 April 2014.

In Iraq, BP holds a 38% working interest and is the lead contractor in the Rumaila technical service contract. Rumaila is one of the world's largest oilfields and was discovered by BP, as part of a consortium, in 1953 and comprises five producing reservoirs.

## Australasia

In Australasia, we are active in Australia and Eastern Indonesia.

In Australia, BP is one of seven partners in the North West Shelf (NWS) venture, which has been producing LNG, pipeline gas, condensate, LPG and oil since the 1980s. Six partners (including BP) hold an equal 16.67% interest in the gas infrastructure and an equal 15.78% interest in the gas and condensate reserves, with a seventh partner owning the remaining

5.32%. BP also has a 16.67% interest in some of the NWS oil reserves and related infrastructure. The NWS venture is currently the principal supplier to the domestic market in Western Australia and one of the largest LNG export projects in Asia with five LNG trains in operation. BP's net share of the capacity of NWS LNG trains 1-5 is 2.7 million tonnes per annum of LNG.

BP also holds a 5.375% interest in the Jansz-Io field and 12.5% interests in the Geryon, Orthrus and Maenad fields which are part of the Greater Gorgon project.

BP holds a 70% interest in four deepwater offshore exploration blocks in the Ceduna Sub Basin (this follows the farm-down of 30% of our interest in the four blocks to Statoil in April). BP, as operator, expects to drill four deepwater wells beginning in 2016 in this frontier exploration basin, located within the Great Australian Bight off the coast of southern Australia.

BP is also one of five partners in the Browse LNG venture (operated by Woodside) and holds a 17% interest.

- In September the Browse joint operation partners decided to change the concept from an onshore LNG plant at James Price Point to an offshore floating LNG concept resulting in an impairment of $251 million. The proposed development remains subject to regulatory, joint operation and internal BP approvals.
- In September gas production commenced at the Woodside-operated North Rankin Phase 2 compression platform, designed to extend the life of the North West Shelf production to 2040.

In Eastern Indonesia, BP has 100% interests in two deepwater PSAs: West Aru I and II. The PSAs are located 200 kilometres west of the Aru island group. A seismic campaign covering 5,000km² in the West Aru PSAs was completed in September. In addition, BP owns a 32% interest in the Chevron-operated West Papua I and III PSAs, located 120 kilometres to the south of our Tangguh LNG plant (BP 37.16% and operator).

BP received approval from the government of the Republic of Indonesia in November to transfer its 100% interest in the North Arafura PSA, located on the coast of the Arafura Sea, 480 kilometres south east of the Tangguh LNG plant.

# Downstream analysis by region

The downstream business includes our global fuels, lubricants and petrochemicals businesses. We have significant operations in Europe, North America and Asia, and also manufacture and market our products across Australasia, Southern Africa and Central and South America.

We made significant progress in our plans to reshape the US fuels business, build new capability and improve technology in 2013.

Our downstream business operations are detailed below by geographical area with associated significant events for 2013.

## North America

BP is active in North America through our refineries, terminals, pipelines, retail sites, lubricants, aviation and petrochemical plants.

- To improve production, increase capacity or reduce unit cost we built and reconfigured major units at three refineries.
  - Whiting refinery – commissioning of all major units of the Whiting refinery modernization project was completed in December 2013. As part of the project, we built or reconfigured almost every process unit, including crude distillation and coking units as well as hydro-treating sulphur recovery and coking capacity. The upgrade increases the refinery's heavy oil processing capability, enabling processing of up to 80% of heavy, sour crude. Whiting's Midwest location provides advantaged access to heavy Canadian crudes and access to three major geographic crude sources.
  - Toledo refinery – BP-Husky Refining LLC successfully started up a new naphtha reformer in March 2013. It is intended to improve the plant's efficiency and competitiveness and reduce refinery air emissions.
  - Cherry Point refinery – We completed a state-of-the-art diesel hydrotreater and hydrogen plant in May 2013. The units enhance our ability to meet regulations calling for lower sulphur diesel fuel.

CONFIDENTIAL

BP-HZN-2179MDL07817094

- We continued to reshape our US fuels business by completing the sales of the Texas City and Carson, California refineries, as well as related logistics and marketing assets.
- Our Decatur petrochemicals paraxylene/PTA plant will be the principal supplier for a new adjacent 432,000 ton PET resin facility of Indorama Polymers Group, announced in August 2013.

## Europe

- We announced two new proprietary petrochemicals technologies, *SaaBre* and *Hummingbird*. Both technologies are expected to deliver significant reductions in variable manufacturing costs and simplify the global manufacturing process.
  - *SaaBre* significantly reduces the cost of production of acetic acid from syngas and avoids the need to purify carbon monoxide or purchase methanol. *SaaBre* technology could also be used to produce methanol and ethanol.
  - *Hummingbird* simplifies the process of converting ethanol to ethylene, a key component for the manufacture of plastics. *Hummingbird* could open the way for the production of biopolymers from bioethanol.
- We have completed the sale of six out of eight countries of our global LPG marketing business, which sells bulk and bottled LPG products (UK, Benelux, Austria, Poland, Turkey and South Africa). Sales of the remaining businesses in Portugal and China are expected to be completed in 2014.

- Our lubricants business announced a co-operation agreement with Honda Motor Europe to be the recommended lubricants supplier for Honda's European franchise car dealer network.

## Africa

- We announced our intention to invest more than $500 million in southern Africa over the next five years. Around half of this investment will be used to upgrade refinery infrastructure at SAPREF, BP's joint operation with Shell located in Durban. In addition, BP will invest in Pick n Pay™ retail network in South Africa and in building and upgrading our fuel terminals to a world-class standard in Mozambique and South Africa.

## Asia

- Construction of our third PTA plant at Zhuhai in Guangdong province of China progressed, with completion expected in late 2014.
- In December 2013 we agreed to purchase all interests held by our partners, Mitsui Chemicals, Inc. and Mitsui & Co. Ltd. in PT Amoco Mitsui PTA Indonesia which produces and markets PTA in the Republic of Indonesia. This transaction completed on 28 February 2014 and is consistent with our strategy of growing our PTA business in our chosen markets.
- We launched the gasoline additive, *Ultimate*, in China. The aim is to create new market opportunities to capture more of the passenger car market in China.

## Downstream plant capacity

The following table summarizes the BP group's interests in refineries and average daily crude distillation capacities as at 31 December 2013.

| | | | | thousand barrels per day | |
| | | | | Crude distillation capacities[a] | |
| Geographical area | Refinery | Fuels value chain | Group interest[b] % | Total | BP share |
|---|---|---|---|---|---|
| **US** | | | | | |
| Washington | Cherry Point | US North West | 100.0 | 234 | 234 |
| Indiana | Whiting | US East of Rockies | 100.0 | 428 | 428 |
| Ohio | Toledo | US East of Rockies | 50.0 | 160 | 80 |
| | | | | 822 | 742 |
| **Europe** | | | | | |
| Germany | Bayernoil[c] | Rhine | 22.5 | 217 | 49 |
| | Gelsenkirchen | Rhine | 50.0 | 265 | 132 |
| | Karlsruhe[c] | Rhine | 12.0 | 322 | 39 |
| | Lingen | Rhine | 100.0 | 95 | 95 |
| | Schwedt[c] | Rhine | 18.8 | 239 | 45 |
| Netherlands | Rotterdam | Rhine | 100.0 | 377 | 377 |
| Spain | Castellón | Iberia | 100.0 | 110 | 110 |
| | | | | 1,625 | 847 |
| **Rest of world** | | | | | |
| Australia | Bulwer | Australia New Zealand | 100.0 | 102 | 102 |
| | Kwinana | Australia New Zealand | 100.0 | 146 | 146 |
| New Zealand | Whangarei[c] | Australia New Zealand | 23.7 | 118 | 28 |
| South Africa | Durban[c] | Southern Africa | 50.0 | 180 | 90 |
| | | | | 546 | 366 |
| Total BP share of capacity at 31 December 2013 | | | | | 1,955 |

[a] Crude distillation capacity is gross rated capacity, which is defined as the highest average sustained unit rate for a consecutive 30-day period.
[b] BP share of equity, which is not necessarily the same as BP share of processing entitlements.
[c] Indicates refineries not operated by BP.

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817095

## Petrochemicals production capacity[a][b]

The following table summarizes the BP group's share of petrochemicals production capacities as at 31 December 2013.

| Geographical area | Site | Product | Group interest % | BP share of capacity thousand tonnes per annum[c] |
|---|---|---|---|---|
| **US** | | | | |
| | Cooper River | Purified terephthalic acid (PTA) | 100.0 | 1,300 |
| | Decatur[d] | PTA | 100.0 | 1,000 |
| | | Paraxylene (PX) | 100.0 | 1,100 |
| | Texas City | Acetic acid | 100.0[e] | 600[e] |
| | | PX | 100.0 | 1,300 |
| | | Metaxylene | 100.0 | 100 |
| | | | | 5,400 |
| **Europe** | | | | |
| UK | Hull[d] | Acetic acid | 100.0 | 500 |
| | | Acetic anhydride | 100.0 | 200 |
| Belgium | Geel | PTA | 100.0 | 1,300 |
| | | PX | 100.0 | 700 |
| Germany | Gelsenkirchen[f] | Olefins and derivatives | 50.0 to 61.0 | 1,800[b][g] |
| | Mülheim[f] | Solvents | 50.0 | 100[b] |
| | | | | 4,600 |
| **Rest of world** | | | | |
| China | Caojing | Olefins and derivatives | 50.0 | 3,300[b] |
| | Chongqing | Acetic acid | 51.0 | 200[b] |
| | | Esters | 51.0 | 100[b] |
| | Nanjing | Acetic acid | 50.0 | 300[b] |
| | Zhuhai | PTA | 85.0 | 1,800[b] |
| Indonesia | Merak | PTA | 50.0 | 300[b] |
| South Korea | Ulsan | Acetic acid | 51.0 | 300[b] |
| | | Vinyl acetate monomer | 34.0 | 100[b] |
| Malaysia | Kertih | Acetic acid | 70.0 | 400[b] |
| Taiwan | Kaohsiung | PTA | 61.4 | 900[b] |
| | Taichung | PTA | 61.4 | 500[b] |
| | Mai Liao | Acetic acid | 50.0 | 200[b] |
| | | | | 8,400 |
| **Total BP share of capacity at 31 December 2013** | | | | 18,400 |

[a] Petrochemicals production capacity is the proven maximum sustainable daily rate (MSDR) multiplied by the number of days in the respective period, where MSDR is the highest average daily rate ever achieved over a sustained period.
[b] Includes BP share of equity-accounted entities, as indicated.
[c] Capacities are shown to the nearest hundred thousand tonnes per annum.
[c] These sites have capacity under 100,000 tonnes per annum for a speciality product (e.g. naphthalene dicarboxylate and ethylidene diacetate).
[d] Group interest is quoted at 100%, reflecting the capacity entitlement, which is marketed by BP.
[f] Due to the integrated nature of these plants with our Gelsenkirchen refinery, the income and expenditure of these plants is managed and reported through the fuels business.
[g] Group interest varies by product.
[g] BP Zhuhai Chemical Company Ltd is a subsidiary of BP, the capacity of which is shown above at 100%.

CONFIDENTIAL

BP-HZN-2179MDL07817096

# Oil and gas disclosures for the group

## Resource progression

BP manages its hydrocarbon resources in three major categories: prospect inventory, contingent resources and proved reserves. When a discovery is made, volumes usually transfer from the prospect inventory to the contingent resources category. The contingent resources move through various sub-categories as their technical and commercial maturity increases through appraisal activity.

At the point of final investment decision, most proved reserves will be categorized as proved undeveloped (PUD). Volumes will subsequently be recategorized from PUD to proved developed (PD) as a consequence of development activity. When part of a well's proved reserves depends on a later phase of activity, only that portion of proved reserves associated with existing, available facilities and infrastructure moves to PD. The first PD bookings will typically occur at the point of first oil or gas production. Major development projects typically take one to five years from the time of initial booking of PUD to the start of production. Changes to proved reserves bookings may be made due to analysis of new or existing data concerning production, reservoir performance, commercial factors and additional reservoir development activity.

Volumes can also be added or removed from our portfolio through acquisition or divestment of properties and projects. When we dispose of an interest in a property or project, the volumes associated with our adopted plan of development for which we have a final investment decision will be removed from our proved reserves upon completion. When we acquire an interest in a property or project, the volumes associated with the existing development and any committed projects will be added to our proved reserves if BP has made a final investment decision and they satisfy the SEC's criteria for attribution of proved status. Following the acquisition, additional volumes may be progressed to proved reserves from contingent resources.

Contingent resources in a field will only be recategorized as proved reserves when all the criteria for attribution of proved status have been met and the proved reserves are included in the business plan and scheduled for development, typically within five years. BP will only book proved reserves where development is scheduled to commence after more than five years, if these proved reserves satisfy the SEC's criteria for attribution of proved status and BP management has reasonable certainty that these proved reserves will be produced.

At the end of 2013 BP had material volumes of proved undeveloped reserves held for more than five years in Trinidad and the Gulf of Mexico. These are part of ongoing development activities for which BP has a historical track record of completing comparable projects in these countries. We have no proved undeveloped reserves held for more than five years in our onshore US developments.

In each case the volumes are being progressed as part of an adopted development plan where there are physical limits to the development timing such as infrastructure limitations, contractual limits including gas delivery commitments, late life compression and the complex nature of working in remote locations.

Over the past five years, BP has annually progressed on average 19% of our proved undeveloped reserves (accounting for disposals) into proved developed reserves. This equates to a turnover time of about five years. We expect the turnover time to remain at or below five years and anticipate the volume of proved undeveloped reserves held for more than five years to remain about the same.

In 2013 we progressed 985mmboe of proved undeveloped reserves (532mmboe for our subsidiaries alone) into proved developed reserves through ongoing investment in our subsidiaries' and equity-accounted entities' upstream development activities. Total development expenditure in Upstream, excluding midstream activities, was $16,664 million in 2013 ($13,552 million for subsidiaries and $3,112 million for equity-accounted entities). The major areas with progressed volumes in 2013 were Angola, Australia, Azerbaijan, Iraq, Norway, Russia, Trinidad and the US. Revisions of previous estimates for proved undeveloped reserves are due to changes relating to field performance or well results. The following tables describe the changes to our proved undeveloped reserves position through the year for our subsidiaries and equity-accounted entities and for our subsidiaries alone.

| Subsidiaries and equity-accounted assets | volumes in mmboe |
|---|---|
| Proved undeveloped reserves at 1 January 2013 | 7,526 |
| Revisions of previous estimates | 466 |
| Improved recovery | 333 |
| Discoveries and extensions | 765 |
| Purchases | 2,447 |
| Sales | (2,472) |
| Total in year proved undeveloped reserves changes | 9,065 |
| Progressed to proved developed reserves | (985) |
| Proved undeveloped reserves at 31 December 2013 | 8,080 |

| Subsidiaries only | volumes in mmboe |
|---|---|
| Proved undeveloped reserves at 1 January 2013 | 4,699 |
| Revisions of previous estimates | (20) |
| Improved recovery | 294 |
| Discoveries and extensions | 473 |
| Purchases | – |
| Sales | (70) |
| Total in year proved undeveloped reserves changes | 5,376 |
| Progressed to proved developed reserves | (532) |
| Proved undeveloped reserves at 31 December 2013 | 4,844 |

BP bases its proved reserves estimates on the requirement of reasonable certainty with rigorous technical and commercial assessments based on conventional industry practice and regulatory requirements. BP only applies technologies that have been field tested and have been demonstrated to provide reasonably certain results with consistency and repeatability in the formation being evaluated or in an analogous formation. BP applies high-resolution seismic data for the identification of reservoir extent and fluid contacts only where there is an overwhelming track record of success in its local application. In certain deepwater fields BP has booked proved reserves before production flow tests are conducted, in part because of the significant safety, cost and environmental implications of conducting these tests. The industry has made substantial technological improvements in understanding, measuring and delineating reservoir properties without the need for flow tests. To determine reasonable certainty of commercial recovery, BP employs a general method of reserves assessment that relies on the integration of three types of data:

1. Well data used to assess the local characteristics and conditions of reservoirs and fluids.

2. Field scale seismic data to allow the interpolation and extrapolation of these characteristics outside the immediate area of the local well control.

3. Data from relevant analogous fields. Well data includes appraisal wells or sidetrack holes, full logging suites, core data and fluid samples. BP considers the integration of this data in certain cases to be superior to a flow test in providing understanding of overall reservoir performance. The collection of data from logs, cores, wireline formation testers, pressures and fluid samples calibrated to each other and to the seismic data can allow reservoir properties to be determined over a greater volume than the localized volume of investigation associated with a short-term flow test. There is a strong track record of proved reserves recorded using these methods, validated by actual production levels.

## Governance

BP's centrally controlled process for proved reserves estimation approval forms part of a holistic and integrated system of internal control. It consists of the following elements:

• Accountabilities of certain officers of the group to ensure that there is review and approval of proved reserves bookings independent of the operating business and that there are effective controls in the approval process and verification that the proved reserves estimates and the related financial impacts are reported in a timely manner.

• Capital allocation processes, whereby delegated authority is exercised to commit to capital projects that are consistent with the delivery of

CONFIDENTIAL

BP-HZN-2179MDL07817097

Additional disclosures

the group's business plan. A formal review process exists to ensure that both technical and commercial criteria are met prior to the commitment of capital to projects.
- Group audit, whose role is to consider whether the group's system of internal control is adequately designed and operating effectively to respond appropriately to the risks that are significant to BP.
- Approval hierarchy, whereby proved reserves changes above certain threshold volumes require central authorization and periodic reviews. The frequency of review is determined according to field size and ensures that more than 80% of the BP proved reserves base undergoes central review every two years, and more than 90% is reviewed centrally every four years.

BP's vice president of segment reserves is the petroleum engineer primarily responsible for overseeing the preparation of the reserves estimate. He has more than 30 years of diversified industry experience with the past nine spent managing the governance and compliance of BP's reserves estimation. He is a past member of the Society of Petroleum Engineers Oil and Gas Reserves Committee, a sitting member of the American Association of Petroleum Geologists Committee on Resource Evaluation and chair of the bureau of the United Nations Economic Commission for Europe Expert Group on Resource Classification.

No specific portion of compensation bonuses for executive directors and senior management is directly related to proved reserves targets. Additions to proved reserves is one of several indicators by which the performance of the Upstream segment is assessed by the remuneration committee for the purposes of determining compensation bonuses for the executive directors. Other indicators include a number of financial and operational measures.

BP's variable pay programme for the other senior managers in the Upstream segment is based on individual performance contracts. Individual performance contracts are based on agreed items from the business performance plan, one of which, if chosen, could relate to proved reserves.

## Compliance

International Financial Reporting Standards (IFRS) do not provide specific guidance on reserves disclosures. BP estimates proved reserves in accordance with SEC Rule 4-10 (a) of Regulation S-X and relevant Compliance and Disclosure Interpretations (C&DI) and Staff Accounting Bulletins as issued by the SEC staff.

By their nature, there is always some risk involved in the ultimate development and production of proved reserves including, but not limited to: final regulatory approval; the installation of new or additional infrastructure, as well as changes in oil and gas prices; changes in operating and development costs; and the continued availability of additional development capital. All the group's proved reserves held in subsidiaries and equity-accounted entities with the exception of those proved reserves held by our Russian equity-accounted entity, Rosneft are estimated by the group's petroleum engineers.

DeGolyer & MacNaughton (D&M), an independent petroleum engineering consulting firm, has estimated the net proved crude oil, condensate, natural gas liquids (NGLs) and natural gas reserves, as of 31 December 2013, of certain properties owned by Rosneft. The properties evaluated by D&M account for 100% of Rosneft's net proved reserves as of 31 December 2013. The net proved reserves estimates prepared by D&M were prepared in accordance with the reserves definitions of Rule 4-10(a)(1)-(32) of Regulation S-X. All reserves estimates involve some degree of uncertainty. BP has filed D&M's independent report on its reserves estimates as an exhibit to this document.

Our proved reserves are associated with both concessions (tax and royalty arrangements) and agreements where the group is exposed to the upstream risks and rewards of ownership, but where our entitlement to the hydrocarbons is calculated using a more complex formula, such as with PSAs. In a concession, the consortium of which we are a part is entitled to the proved reserves that can be produced over the licence period, which may be the life of the field. In a PSA, we are entitled to recover volumes that equate to costs incurred to develop and produce the proved reserves and an agreed share of the remaining volumes or the economic equivalent. As part of our entitlement is driven by the monetary

amount of costs to be recovered, price fluctuations will have an impact on both production volumes and reserves.

We disclose our share of proved reserves held in equity-accounted entities (joint ventures and associates), although we do not control these entities or the assets held by such entities.

## BP's estimated net proved reserves and proved reserves replacement

Eighty-three per cent of our total proved reserves of subsidiaries at 31 December 2013 were held through joint operations (82% in 2012), and 31% of the proved reserves were held through such joint operations where we were not the operator (31% in 2012).

Estimated net proved reserves of liquids at 31 December 2013[a b c]

| | | | million barrels |
|---|---|---|---|
| | Developed | Undeveloped | Total |
| UK | 169 | 380 | 549 |
| Rest of Europe | 163 | 55 | 218 |
| US | 1,297 | 907 | 2,204[d] |
| Rest of North America | – | 188 | 188 |
| South America | 29 | 45 | 74[e] |
| Africa | 320 | 195 | 515 |
| Rest of Asia | 320 | 202 | 522 |
| Australasia | 57 | 22 | 79 |
| Subsidiaries | 2,355 | 1,994 | 4,349 |
| Equity-accounted entities | 3,510 | 2,211 | 5,721[f] |
| Total | 5,865 | 4,205 | 10,070 |

Estimated net proved reserves of natural gas at 31 December 2013[a b]

| | | | billion cubic feet |
|---|---|---|---|
| | Developed | Undeveloped | Total |
| UK | 643 | 314 | 957 |
| Rest of Europe | 364 | 39 | 403 |
| US | 7,122 | 2,825 | 9,947 |
| Rest of North America | 10 | – | 10 |
| South America | 3,109 | 6,116 | 9,225[g] |
| Africa | 961 | 1,807 | 2,768 |
| Rest of Asia | 1,519 | 3,671 | 5,190 |
| Australasia | 3,932 | 1,755 | 5,687 |
| Subsidiaries | 17,660 | 16,527 | 34,187 |
| Equity-accounted entities | 5,837 | 5,951 | 11,788[h] |
| Total | 23,497 | 22,478 | 45,975 |

Net proved reserves on an oil equivalent basis

| | | million barrels of oil equivalent | |
|---|---|---|---|
| | Developed | Undeveloped | Total |
| Subsidiaries | 5,399 | 4,844 | 10,243 |
| Equity-accounted entities | 4,517 | 3,236 | 7,753 |
| Total | 9,916 | 8,080 | 17,996 |

[a] Proved reserves exclude royalties due to others, whether payable in cash or in kind, where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently, and include non-controlling interests in consolidated operations. We disclose our share of reserves held in joint ventures and associates that are accounted for by the equity method although we do not control these entities or the assets held by such entities.
[b] The 2013 market prices used were Brent $108.02/bbl (2012 $111.13/bbl and 2011 $110.96/bbl) and Henry Hub $3.66/mmBtu (2012 $2.75/mmBtu and 2011 $4.12/mmBtu).
[c] Liquids include crude oil, condensate, natural gas liquids and bitumen.
[d] Proved reserves in the Prudhoe Bay field in Alaska include an estimated 77 million barrels on which a net profits royalty will be payable over the life of the field under the terms of the BP Prudhoe Bay Royalty Trust.
[e] Includes 21 million barrels of crude oil in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[f] Includes 23 million barrels of crude oil in respect of the 0.47% non-controlling interest in Rosneft held assets in Russia.
[g] Includes 2,685 billion cubic feet of natural gas in respect of the 30% non-controlling interest in BP Trinidad and Tobago LLC.
[h] Includes 41 billion cubic feet of natural gas in respect of the 0.44% non-controlling interest in Rosneft held assets in Russia.

CONFIDENTIAL

BP-HZN-2179MDL07817098

## Proved reserves replacement

Total hydrocarbon proved reserves, on an oil equivalent basis including equity-accounted entities, comprised 17,996mmboe (10,243mmboe for subsidiaries and 7,753mmboe for equity-accounted entities) at 31 December 2013, an increase of 6% (decrease of 2% for subsidiaries and increase of 18% for equity-accounted entities) compared with the 31 December 2012 reserves of 17,000mmboe (10,408mmboe for subsidiaries and 6,592mmboe for equity-accounted entities). Natural gas represented about 44% (58% for subsidiaries and 26% for equity-accounted entities) of these reserves. The change includes a net increase from acquisitions and disposals of 641mmboe (200mmboe net decrease for subsidiaries and 841mmboe net increase for equity-accounted entities). Net divestments in our subsidiaries occurred in the UK, the US, China and Canada. We had sales and purchases as a consequence of our divestment of TNK-BP and acquisition of Rosneft.

The proved reserves replacement ratio is the extent to which production is replaced by proved reserves additions. This ratio is expressed in oil equivalent terms and includes changes resulting from revisions to previous estimates, improved recovery, and extensions and discoveries. For 2013, the proved reserves replacement ratio excluding acquisitions and disposals was 129% (77% in 2012 and 103% in 2011) for subsidiaries and equity-accounted entities, 105% for subsidiaries alone and 164% for equity-accounted entities alone. Including the net growth in our Russian portfolio as a result of the change in our holdings, but excluding other acquisitions and disposals, the reserves replacement ratio on a combined basis was 199%. The net growth in our Russian portfolio relates only to equity-accounted entities (the transaction we completed during the year resulted in the disposal of our interest in TNK-BP and the acquisition of an interest in Rosneft). Therefore the split of this ratio between subsidiaries and equity-accounted entities is as follows. For subsidiaries alone it is

105%, the same amount as disclosed above. For equity-accounted entities alone it is 334%. BP reported its share of production and reserves for TNK-BP until the transaction completed on 21 March 2013, and this is reflected in the equity-accounted entities and group ratios disclosed above.

In 2013 net additions to the group's proved reserves (excluding production and sales and purchases of reserves-in-place) amounted to 1,564mmboe (747mmboe for subsidiaries and 817mmboe for equity-accounted entities), through revisions to previous estimates, improved recovery from, and extensions to, existing fields and discoveries of new fields. The subsidiary additions through improved recovery from, and extensions to, existing fields and discoveries of new fields were in existing developments where they represented a mixture of proved developed and proved undeveloped reserves. Volumes added in 2013 principally resulted from the application of conventional technologies. The principal proved reserves additions in our subsidiaries were in Angola, Azerbaijan, Indonesia, Iraq, Oman, India and Trinidad. We had material proved reserves reductions in the UK and the US due to changes in activity and performance updates. The principal reserves additions in our equity-accounted entities were in Argentina and Russia.

Fifteen per cent of our proved reserves are associated with PSAs. The countries in which we operated under PSAs in 2013 were Algeria, Angola, Azerbaijan, Egypt, India, Indonesia, Oman and a non-material volume in Trinidad. In addition, the technical service contract (TSC) governing our investment in the Rumaila field in Iraq functions as a PSA.

The Abu Dhabi onshore concession expired in January 2014 with a consequent reduction in production of approximately 140mboe/d. The group holds no other licences due to expire within the next three years that would have a significant impact on BP's reserves or production.

For further information on our reserves see page 207.

### BP's net production by major field – liquids

| | | thousand barrels per day | | |
| | | BP net share of production[a] | | |
| | Field or area | 2013 | 2012 | 2011 |
|---|---|---|---|---|
| **Subsidiaries** | | | | |
| UK[b] | ETAP[c] | 22 | 11 | 22 |
| | Foinaven (BP-operated) | 17 | 14 | 26 |
| | Other | 22 | 61 | 65 |
| Total UK | | 61 | 86 | 113 |
| Norway[b] | Various | 34 | 23 | 32 |
| Total Rest of Europe | | 34 | 23 | 32 |
| Total Europe | | 96 | 109 | 145 |
| Alaska[b] | Greater Prudhoe Bay (BP-operated) | 73 | 77 | 78 |
| | Kuparuk | 36 | 36 | 39 |
| | Milne Point (BP-operated) | 16 | 15 | 19 |
| | Other | 12 | 11 | 17 |
| Total Alaska | | 137 | 139 | 153 |
| Lower 48 onshore[b] | Various | 56 | 60 | 69 |
| Gulf of Mexico deepwater[c] | Great White | 23 | 19 | 9 |
| | Thunder Horse (BP-operated) | 27 | 49 | 77 |
| | Atlantis (BP-operated) | 40 | 23 | 34 |
| | Mad Dog (BP-operated) | 18 | 9 | 8 |
| | Mars | 14 | 15 | 19 |
| | Na Kika (BP-operated) | 28 | 21 | 14 |
| | Horn Mountain (BP-operated) | – | 6 | 8 |
| | King (BP-operated) | – | 14 | 15 |
| | Other | 20 | 35 | 47 |
| Total Gulf of Mexico deepwater | | 170 | 191 | 231 |
| Total US | | 363 | 390 | 453 |
| Canada[b] | Various (BP-operated) | – | 1 | 2 |
| Total Rest of North America | | – | 1 | 2 |
| Total North America | | 363 | 391 | 455 |

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817099

**BP's net production by major field – liquids — continued**

| | | thousand barrels per day | | |
| | | BP net share of production[a] | | |
| | Field or area | 2013 | 2012 | 2011 |
|---|---|---|---|---|
| **Subsidiaries** | | | | |
| Colombia[b] | Various (BP-operated) | – | – | 1 |
| Trinidad & Tobago | Various (BP-operated) | 23 | 21 | 31 |
| Brazil[b] | Polvo | 7 | 7 | 7 |
| Total South America | | 30 | 28 | 39 |
| Angola | Greater Plutonio (BP-operated) | 59 | 59 | 51 |
| | Kizomba C Dev | 9 | 9 | 21 |
| | Dalia | 11 | 11 | 12 |
| | Girassol FPSO | 11 | 11 | 12 |
| | Pazflor | 32 | 29 | 5 |
| | PSVM | 24 | 1 | – |
| | Other | 34 | 29 | 22 |
| Total Angola | | 180 | 149 | 123 |
| Egypt | Gupco | 29 | 32 | 34 |
| | Other | 9 | 9 | 11 |
| Total Egypt | | 38 | 41 | 45 |
| Algeria[b] | Various | 7 | 12 | 22 |
| Total Africa | | 225 | 202 | 190 |
| Azerbaijan[c] | Azeri-Chirag-Gunashli (BP-operated) | 83 | 82 | 86 |
| | Other | 13 | 10 | 8 |
| Total Azerbaijan | | 96 | 92 | 94 |
| Western Indonesia | Various | 1 | 1 | 2 |
| Iraq | Rumaila | 39 | 39 | 31 |
| Other | Various | 5 | 7 | 11 |
| Total Rest of Asia[b] | | 141 | 139 | 138 |
| Total Asia | | 141 | 139 | 138 |
| Australia | Various | 23 | 24 | 23 |
| Other | Various | 2 | 3 | 2 |
| Total Australasia | | 25 | 27 | 25 |
| Total subsidiaries[d] | | 879 | 896 | 992 |
| **Equity-accounted entities (BP share)** | | | | |
| TNK-BP (Russia, Venezuela, Vietnam)[b][e] | Various | 187 | 877 | 871 |
| Rosneft (Russia, Canada, Venezuela, Vietnam)[b][f] | Various | 650 | – | – |
| Abu Dhabi[g] | Various | 231 | 216 | 209 |
| Argentina | Various | 63 | 65 | 74 |
| Bolivia | Various | 2 | 1 | – |
| Venezuela[c] | Various | – | – | 10 |
| Other | Various | 1 | 1 | 1 |
| Total equity-accounted entities | | 1,134 | 1,160 | 1,165 |
| Total subsidiaries and equity-accounted entities | | 2,013 | 2,056 | 2,157 |

[a] Production excludes royalties due to others whether payable in cash or in kind where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.

[b] In 2013, BP divested its interests in TNK-BP, its interests in the Harding, Devenick, Maclure, Braes and Braemar fields in the North Sea and its interests in the US onshore Moxa upstream operation in Wyoming. It also acquired an interest in Rosneft. In 2012, BP divested its interests in the Gulf of Mexico Marlin, Dorado, King, Horn Mountain, Holstein, Ram Powell and Diana Hoover assets, a portion of its interest in the Gulf of Mexico Mad Dog asset, its interests in the US onshore Jonah and Pinedale upstream operation in Wyoming, and associated gas gathering system, its interests in the Canadian natural gas liquid business, its interests in the Alba and Britannia fields in the UK North Sea, its interests in the Draugen field in the Norwegian Sea, and TNK-BP disposed of its interests in OJSC Novosibirskneftegaz, with interests in Novosibirsk region, Omsk region, and Irkutsk region, and its interests in OJSC Severneneftegaz, with interests in Novosibirsk region. BP also increased its interest in the US onshore Eagle Ford Shale in south Texas, its interests in certain UK North Sea assets, and in certain US Alaska assets. In 2011, BP sold its holdings in Venezuela and Vietnam to TNK-BP. It also made acquisitions in India through a joint arrangement with Reliance, Brazil and additional volumes in the Gulf of Mexico and UK North Sea. BP divested its holdings in Pompano along with other interests in the Gulf of Mexico, Tuscaloosa and interests in South Texas in the US onshore, a portion of our interest in the Azeri-Chirag-Gunashli development in Azerbaijan, Wytch Farm in the UK, our interests in the REB field in Algeria, and the remainder of our interests in Colombia and Pakistan.

[c] Volumes relate to six BP-operated fields within ETAP. BP has no interests in the remaining three ETAP fields, which are operated by Shell.

[d] Includes 5.5 net mboe/d of NGLs from processing plants in which BP has an interest (2012 13.5mboe/d and 2011 28mboe/d).

[e] Estimated production for 2013 represents BP's share of TNK-BP's estimated production from 1 January to 20 March, averaged over the full year.

[f] 2013 reflects production for the period 21 March to 31 December, averaged over the full year.

[g] In 2013 BP held interests, through associates, in onshore and offshore concessions in Abu Dhabi, of which the onshore concession expired in 2014 and the offshore concession expires in 2018.

Because of rounding, some totals may not agree exactly with the sum of their component parts.

CONFIDENTIAL

BP-HZN-2179MDL07817100

BP's net production by major field – natural gas

| | Field or area | million cubic feet per day | | |
|---|---|---|---|---|
| | | BP net share of production[a] | | |
| | | 2013 | 2012 | 2011 |
| Subsidiaries | | | | |
| UK[b] | Bruce/Rhum (BP-operated) | 25 | 15 | 20 |
| | Other | 132 | 399 | 335 |
| Total UK | | 157 | 414 | 355 |
| Norway | Various | 80 | 8 | 13 |
| Total Rest of Europe | | 80 | 8 | 13 |
| Total Europe | | 237 | 422 | 368 |
| Lower 48 onshore[b] | San Juan (BP-operated) | 529 | 561 | 603 |
| | Jonah (BP-operated) | – | 69 | 145 |
| | Anadarko | 129 | 142 | 141 |
| | Arkoma Central | 107 | 118 | 136 |
| | Wamsutter (BP-operated) | 159 | 141 | 122 |
| | Arkoma East | 115 | 112 | 115 |
| | Arkoma West | 110 | 98 | 109 |
| | Other | 255 | 258 | 274 |
| Total Lower 48 onshore | | 1,404 | 1,499 | 1,645 |
| Gulf of Mexico deepwater[c] | Various | 114 | 134 | 176 |
| Alaska | Various | 21 | 18 | 22 |
| Total US | | 1,539 | 1,651 | 1,843 |
| Canada[b] | Various | 11 | 13 | 14 |
| Total Rest of North America | | 11 | 13 | 14 |
| Total North America | | 1,551 | 1,664 | 1,857 |
| Trinidad & Tobago | Mango (BP-operated) | 119 | 181 | 308 |
| | Cashima/NEQB (BP-operated) | 138 | 305 | 570 |
| | Kapok (BP-operated) | 358 | 360 | 464 |
| | Cannonball (BP-operated) | 27 | 56 | 99 |
| | Amherstia (BP-operated) | 257 | 324 | 296 |
| | Serrette (BP-operated) | 527 | 367 | 35 |
| | Savonette (BP-operated) | 545 | 320 | 327 |
| | Immortelle (BP-operated) | 200 | 95 | 68 |
| | Other (BP-operated) | 50 | 89 | 26 |
| Total Trinidad | | 2,221 | 2,097 | 2,193 |
| Colombia[b] | Various | – | – | 4 |
| Total South America | | 2,221 | 2,097 | 2,197 |
| Egypt | Temsah | 30 | 34 | 74 |
| | Ha'py (BP-operated) | 72 | 88 | 99 |
| | Taurt (BP-operated) | 50 | 67 | 61 |
| | Denis | 99 | 138 | 77 |
| | Other | 193 | 143 | 133 |
| Total Egypt | | 444 | 470 | 444 |
| Algeria | Various | 117 | 120 | 114 |
| Total Africa | | 561 | 590 | 558 |
| Pakistan[b] | Various (BP-operated) | – | – | 73 |
| Azerbaijan | Various (BP-operated) | 203 | 158 | 140 |
| Western Indonesia | Sanga-Sanga | 55 | 59 | 59 |
| India[b] | D1 D3 | 117 | 253 | 121 |
| | D26 | 38 | 59 | 25 |
| | Other | 1 | 1 | – |
| Total India | | 156 | 313 | 146 |
| Vietnam[b] | Various (BP-operated) | – | – | 69 |
| China[b] | Yacheng | 34 | 54 | 70 |
| Oman | | 22 | 14 | 20 |
| Sharjah | Various (BP-operated) | 25 | 35 | 41 |
| Total Rest of Asia | | 494 | 633 | 618 |
| Total Asia | | 494 | 633 | 618 |

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817101

BP's net production by major field – natural gas – continued

| | | million cubic feet per day | | |
| | | BP net share of production[a] | | |
| | Field or area | 2013 | 2012 | 2011 |
|---|---|---|---|---|
| **Subsidiaries** | | | | |
| Australia | Perseus/Athena | **139** | 141 | 170 |
| | Goodwyn | **57** | 73 | 72 |
| | Angel | **89** | 110 | 126 |
| | Other | **146** | 111 | 87 |
| Total Australia | | **431** | 435 | 455 |
| Eastern Indonesia | Tangguh (BP-operated) | **349** | 352 | 340 |
| Total Australasia | | **780** | 787 | 795 |
| Total subsidiaries[c] | | **5,845** | 6,193 | 6,393 |
| **Equity-accounted entities (BP share)** | | | | |
| TNK-BP (Russia, Venezuela, Vietnam)[b][d] | Various | **184** | 785 | 710 |
| Rosneft (Russia, Canada, Venezuela, Vietnam)[b][e] | Various | **617** | – | – |
| Angola | ALNG | **8** | – | – |
| Argentina | Various | **329** | 355 | 371 |
| Bolivia | Various | **55** | 34 | 14 |
| Venezuela[a] | Various | **–** | – | 4 |
| Western Indonesia | Various | **22** | 26 | 26 |
| Total equity-accounted entities[c] | | **1,216** | 1,200 | 1,125 |
| Total subsidiaries and equity-accounted entities | | **7,060** | 7,393 | 7,518 |

[a] Production excludes royalties due to others whether payable in cash or in kind where the royalty owner has a direct interest in the underlying production and the option and ability to make lifting and sales arrangements independently.
[b] In 2013, BP divested its interests in TNK-BP, its interests in the Harding, Devenick, Maclure, Braes, Braemar and Sean fields in the North Sea, its interests in the US onshore Moxa upstream operation in Wyoming and its interests in the Yacheng gas field in the South China Sea. It also acquired an interest in Rosneft. In 2012, BP divested its interests in the US Hugoton basin including the Jayhawk NGL plant, its interests in the Gulf of Mexico Marlin, Dorado, King, Horn Mountain, Holstein, Ram Powell and Diana Hoover assets, a portion of its interest in the Gulf of Mexico Mad Dog asset, its interests in the US onshore Jonah and Pinedale upstream operation in Wyoming, its interests in the Sunray and Hemphill gas processing plants in Texas, and associated gas gathering system, its interests in the UK North Sea southern gas fields including associated pipeline infrastructure and the Dimlington terminal (including the integrated Easington terminal), and its interests in the Alba and Britannia fields in the UK North Sea. BP also increased its interest in the US onshore Eagle Ford Shale in South Texas, and its interests in certain UK North Sea assets. In 2011, BP sold its holdings in Venezuela and Vietnam to TNK-BP. It also made acquisitions in India through a joint operation with Reliance, in the Eagle Ford shale in North America and additional volumes in the Gulf of Mexico. BP divested its holdings in Pompano along with other interests in the Gulf of Mexico, Tuscaloosa and interests in south Texas in the US onshore, Wytch Farm in the UK, minor volumes in Canada and the remainder of our interests in Colombia and Pakistan.
[c] Natural gas production volumes exclude gas consumed in operations within the lease boundaries of the producing field, but the related reserves are included in the group's reserves.
[d] Estimated production for 2013 represents BP's share of TNK-BP's estimated production from 1 January to 20 March, averaged over the full year.
[e] 2013 reflects production for the period 21 March to 31 December, averaged over the full year.

Because of rounding, some totals may not agree exactly with the sum of their component parts.

CONFIDENTIAL

BP-HZN-2179MDL07817102

The following tables provide additional data and disclosures in relation to our oil and gas operations.

Average sales price per unit of production[a]

$ per unit of production

| | Europe | | North America | | South America | Africa | Asia | | Australasia | Total group average |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia[b] | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| *2013* | | | | | | | | | | |
| **Liquids[c]** | **105.86** | **102.72** | **91.88** | **–** | **87.16** | **104.27** | **–** | **108.24** | **100.41** | **99.24** |
| **Gas** | **9.43** | **10.18** | **3.07** | **–** | **4.66** | **5.75** | **–** | **4.99** | **10.55** | **5.35** |
| *2012* | | | | | | | | | | |
| Liquids[c] | 109.64 | 106.93 | 96.35 | – | 84.53 | 106.39 | – | 109.69 | 103.12 | 102.10 |
| Gas | 8.62 | 9.43 | 2.32 | – | 3.53 | 6.05 | – | 5.08 | 10.08 | 4.75 |
| *2011* | | | | | | | | | | |
| Liquids[c] | 106.89 | 107.83 | 96.34 | – | 86.60 | 104.37 | – | 111.10 | 101.22 | 101.29 |
| Gas | 7.91 | 13.15 | 3.34 | – | 3.60 | 5.24 | – | 4.73 | 9.13 | 4.69 |
| **Equity-accounted entities[d]** | | | | | | | | | | |
| *2013* | | | | | | | | | | |
| **Liquids[c]** | **–** | **–** | **–** | **–** | **75.45** | **–** | **95.28** | **11.58** | **–** | **63.65** |
| **Gas** | **–** | **–** | **–** | **–** | **4.05** | **–** | **2.47** | **13.21** | **–** | **3.26** |
| *2012* | | | | | | | | | | |
| Liquids[c] | – | – | – | – | 79.08 | – | 83.85 | 10.15 | – | 69.41 |
| Gas | – | – | – | – | 2.35 | – | 2.35 | 5.08 | – | 2.52 |
| *2011* | | | | | | | | | | |
| Liquids[c] | – | – | – | – | 73.51 | – | 84.39 | 8.11 | – | 71.35 |
| Gas | – | – | – | – | 2.31 | – | 2.23 | 12.21 | – | 2.40 |

[a] Units of production are barrels for liquids and thousands of cubic feet for gas. Realizations include transfers between businesses.
[b] Amounts reported for Russia in 2013 include BP's share of Rosneft's worldwide activities, including insignificant amounts outside Russia.
[c] Crude oil, condensate and natural gas liquids.
[d] It is common for equity-accounted entities' agreements to include pricing clauses that require selling a significant portion of the entitled production to local governments or markets at discounted prices.

Average production cost per unit of production[a]

$ per unit of production

| | Europe | | North America | | South America | Africa | Asia | | Australasia | Total group average |
|---|---|---|---|---|---|---|---|---|---|---|
| | UK | Rest of Europe | US | Rest of North America | | | Russia[b] | Rest of Asia | | |
| **Subsidiaries** | | | | | | | | | | |
| 2013 | **34.10** | **24.48** | **16.11** | **–** | **5.92** | **13.84** | **–** | **13.20** | **3.21** | **13.16** |
| 2012 | 22.77 | 39.10 | 15.60 | – | 5.69 | 11.89 | – | 11.85 | 3.23 | 12.50 |
| 2011 | 21.59 | 18.23 | 12.09 | – | 3.20 | 10.82 | – | 8.65 | 3.05 | 10.08 |
| Equity-accounted entities | | | | | | | | | | |
| 2013 | – | – | – | – | **12.16** | – | **4.36** | **4.19** | – | **5.28** |
| 2012 | – | – | – | – | 11.33 | – | 5.72 | 2.88 | – | 5.76 |
| 2011 | – | – | – | – | 9.04 | – | 5.68 | 2.70 | – | 5.58 |

[a] Units of production are barrels for liquids and thousands of cubic feet for gas. Amounts do not include ad valorem and severance taxes.
[b] Amounts reported for Russia in 2013 include BP's share of Rosneft's worldwide activities, including insignificant amounts outside Russia.

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817103

# Environmental expenditure

| | 2013 | 2012 | 2011 |
|---|---|---|---|
| | | | $ million |
| Environmental expenditure relating to the Gulf of Mexico oil spill | **(66)** | 919 | 1,838 |
| Operating expenditure | **657** | 742 | 704 |
| Capital expenditure | **1,091** | 1,207 | 819 |
| Clean-ups | **42** | 47 | 53 |
| Additions to environmental remediation provision | **472** | 549 | 512 |
| Additions to decommissioning provision | **2,092** | 3,766 | 4,595 |

## Environmental expenditure relating to the Gulf of Mexico oil spill

The environmental expenditure credit of $66 million relating to the Gulf of Mexico oil spill arises primarily from the write-back of a spill response provision. For full details of all environmental activities in relation to the Gulf of Mexico oil spill, see Financial statements – Note 2.

## Other environmental expenditure

Operating and capital expenditure on the prevention, control, abatement or elimination of air, water and solid waste pollution is often not incurred as a separately identifiable transaction. Instead, it forms part of a larger transaction that includes, for example, normal maintenance expenditure. The figures for environmental operating and capital expenditure in the table are therefore estimates, based on the definitions and guidelines of the American Petroleum Institute.

Environmental operating expenditure of $657 million in 2013 was lower than in 2012 and 2011. This is primarily due to the divestment of the Texas City and Carson refineries during 2013.

Capital expenditure in 2013 was lower than in 2012 principally due to reduced levels of construction activity at our Whiting refinery in 2013 as compared to 2012. All of the major new units associated with the Whiting refinery modernization project were progressively commissioned during 2013 with the final major unit being brought onstream in December. Similar levels of operating and capital expenditures are expected in the foreseeable future.

In addition to operating and capital expenditures, we also establish provisions for future environmental remediation. Expenditure against such provisions normally occurs in subsequent periods and is not included in environmental operating expenditure reported for such periods.

Provisions for environmental remediation are made when a clean-up is probable and the amount of the obligation can be reliably estimated.

Generally, this coincides with the commitment to a formal plan of action or, if earlier, on divestment or on closure of inactive sites.

The extent and cost of future environmental restoration, remediation and abatement programmes are inherently difficult to estimate. They often depend on the extent of contamination, and the associated impact and timing of the corrective actions required, technological feasibility and BP's share of liability. Though the costs of future programmes could be significant and may be material to the results of operations in the period in which they are recognized, it is not expected that such costs will be material to the group's overall results of operations or financial position.

Additions to our environmental remediation provision decreased in 2013 largely due to scope reassessments of the remediation plans of a number of our sites in the US and Canada. The charge for environmental remediation provisions in 2013 included $13 million in respect of provisions for new sites (2012 $19 million and 2011 $12 million).

In addition, we make provisions on installation of our oil- and gas-producing assets and related pipelines to meet the cost of eventual decommissioning. On installation of an oil or natural gas production facility a provision is established that represents the discounted value of the expected future cost of decommissioning the asset.

In 2013 additions to the decommissioning provision were less than in 2012, and were driven by detailed reviews of expected future costs, and to a lesser extent increases to the asset base. The additions in 2011 and 2012 were driven by changes in estimation and detailed reviews of expected future costs. The majority of these additions related to our sites in Trinidad, the Gulf of Mexico, Alaska, Angola and the North Sea.

In 2011 and 2012, the Gulf of Mexico was impacted by the Bureau of Ocean Energy Management, Regulation and Enforcement's (BOEMRE) Notice to Lessees (NTL) 2010-G05, issued in October 2010, which requires that idle infrastructure on active leases be decommissioned earlier than previously was required and establishes guidelines to determine the future utility of idle infrastructure on active leases.

We undertake periodic reviews of existing provisions. These reviews take account of revised cost assumptions, changes in decommissioning requirements and any technological developments.

Provisions for environmental remediation and decommissioning are usually established on a discounted basis, as required by IAS 37 'Provisions, Contingent Liabilities and Contingent Assets'.

Further details of decommissioning and environmental provisions appear in the financial statements – Note 29.

## Contractual obligations

The following table summarizes the group's principal contractual obligations at 31 December 2013, distinguishing between those for which a liability is recognized on the balance sheet and those for which no liability is recognized. Further information on borrowings is given in Financial statements – Note 27 and more information on operating leases is given in Financial statements – Note 9.

| | | | | | | | $ million |
|---|---|---|---|---|---|---|---|
| | | | | | | Payments due by period | |
| Expected payments by period under contractual obligations | Total | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 and thereafter |
| **Balance sheet obligations** | | | | | | | |
| Borrowings[a] | 51,393 | 8,186 | 7,307 | 7,275 | 6,263 | 5,607 | 16,755 |
| Finance lease future minimum lease payments[b] | 871 | 80 | 75 | 66 | 63 | 60 | 527 |
| Decommissioning liabilities[c] | 20,850 | 988 | 731 | 699 | 568 | 865 | 16,999 |
| Environmental liabilities[c] | 3,546 | 861 | 1,277 | 281 | 267 | 186 | 674 |
| Pensions and other post-retirement benefits[d] | 24,145 | 1,916 | 1,904 | 1,894 | 1,633 | 1,325 | 15,473 |
| | 100,805 | 12,031 | 11,294 | 10,215 | 8,794 | 8,043 | 50,428 |
| **Off-balance sheet obligations** | | | | | | | |
| Operating lease future minimum lease payments[e] | 19,186 | 5,188 | 3,790 | 2,871 | 2,117 | 1,630 | 3,590 |
| Unconditional purchase obligations[f] | 232,757 | 116,856 | 25,387 | 16,193 | 12,275 | 10,687 | 51,359 |
| | 251,943 | 122,044 | 29,177 | 19,064 | 14,392 | 12,317 | 54,949 |
| Total | 352,748 | 134,075 | 40,471 | 29,279 | 23,186 | 20,360 | 105,377 |

[a] Expected payments include interest totalling $3,736 million ($846 million in 2014, $717 million in 2015, $588 million in 2016, $468 million in 2017, $360 million in 2018 and $757 million thereafter).

CONFIDENTIAL

BP-HZN-2179MDL07817104

e Expected payments include interest totalling $336 million ($39 million in 2014, $35 million in 2015, $33 million in 2016, $30 million in 2017, $28 million in 2018 and $171 million thereafter).

c The amounts are undiscounted. Environmental liabilities include those relating to the Gulf of Mexico oil spill, including liabilities for spill response costs.

d Represents the expected future contributions to funded pension plans and payments by the group for unfunded pension plans and the expected future payments for other post-retirement benefits.

e The future minimum lease payments are before deducting related rental income from operating sub-leases. In the case of an operating lease entered into solely by BP as the operator of a joint operation, the amounts shown in the table represent the net future minimum lease payments, after deducting amounts reimbursed, or to be reimbursed, by joint operation partners. Where BP is not the operator of a joint operation BP's share of the future minimum lease payments are included in the amounts shown, whether BP has co-signed the lease or not. Where operating lease costs are incurred in relation to the hire of equipment used in connection with a capital project, some or all of the cost may be capitalized as part of the capital cost of the project.

f Represents any agreement to purchase goods or services that is enforceable and legally binding and that specifies all significant terms. The amounts shown include arrangements to secure long-term access to supplies of crude oil, natural gas, feedstocks and pipeline systems. In addition, the amounts shown for 2014 include purchase commitments existing at 31 December 2013 entered into principally to meet the group's short-term manufacturing and marketing requirements. The price risk associated with these crude oil, natural gas and power contracts is discussed in Financial statements – Note 19.

The following table summarizes the nature of the group's unconditional purchase obligations.

| | | | | | | | $ million |
|---|---|---|---|---|---|---|---|
| | | | | | | | Payments due by period |
| Unconditional purchase obligations | Total | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 and thereafter |
| Crude oil and oil products | 133,774 | 84,558 | 13,854 | 9,026 | 6,533 | 5,281 | 14,522 |
| Natural gas | 37,005 | 23,417 | 5,612 | 2,751 | 1,768 | 1,309 | 2,148 |
| Chemicals and other refinery feedstocks | 17,005 | 3,976 | 3,190 | 2,590 | 2,306 | 2,248 | 2,695 |
| Power | 3,208 | 2,067 | 794 | 250 | 97 | — | — |
| Utilities | 796 | 200 | 168 | 108 | 83 | 73 | 164 |
| Transportation | 22,727 | 1,589 | 1,084 | 965 | 1,041 | 1,031 | 17,017 |
| Use of facilities and services | 18,242 | 1,049 | 685 | 503 | 447 | 745 | 14,813 |
| Total | 232,757 | 116,856 | 25,387 | 16,193 | 12,275 | 10,687 | 51,359 |

The information above contains forward-looking statements, which by their nature involve risk and uncertainty because they relate to events and depend on circumstances that will or may occur in the future and are outside the control of BP. You are urged to read the cautionary statement on page 271 and Risk factors on page 51, which describe the risks and uncertainties that may cause actual results and developments to differ materially from those expressed or implied by these forward-looking statements.

# Regulation of the group's business

BP's activities, including its oil and gas exploration and production, pipelines and transportation, refining and marketing, petrochemicals production, trading, alternative energy and shipping activities, are conducted in many different countries and are subject to a broad range of EU, US, international, regional and local legislation and regulations, including legislation that implements international conventions and protocols. These cover virtually all aspects of BP's activities and include matters such as licence acquisition, production rates, royalties, environmental, health and safety protection, fuel specifications and transportation, trading, pricing, anti-trust, export, taxes and foreign exchange.

The terms and conditions of the leases, licences and contracts under which our oil and gas interests are held vary from country to country. These leases, licences and contracts are generally granted by or entered into with a government entity or state-owned or controlled company and are sometimes entered into with private property owners. Arrangements with governmental or state entities usually take the form of licences or production-sharing agreements (PSAs), although arrangements with the US government can be by lease. Arrangements with private property owners are usually in the form of leases.

Licences (or concessions) give the holder the right to explore for and exploit a commercial discovery. Under a licence, the holder bears the risk of exploration, development and production activities and provides the financing for these operations. In principle, the licence holder is entitled to all production, minus any royalties that are payable in kind. A licence holder is generally required to pay production taxes or royalties, which may be in cash or in kind. Less typically, BP may explore for and exploit hydrocarbons under a service agreement with the host entity in exchange for reimbursement of costs and/or a fee paid in cash rather than production.

PSAs entered into with a government entity or state-owned or controlled company generally require BP to provide all the financing and bear the risk of exploration and production activities in exchange for a share of the production remaining after royalties, if any.

In certain countries, separate licences are required for exploration and production activities and, in certain cases, production activities are limited to only a portion of the area covered by the original exploration licence. Both exploration and production licences are generally for a specified period of time. In the US, leases from the US government typically remain in effect for a specified term, but may be extended

beyond that term as long as there is production in paying quantities. The term of BP's licences and the extent to which these licences may be renewed vary from country to country.

Frequently, BP conducts its exploration and production activities in joint arrangements or co-ownership arrangements with other international oil companies, state-owned or controlled companies and/or private companies. These joint arrangements may be incorporated or unincorporated arrangements, while the co-ownerships are typically unincorporated. Whether incorporated or unincorporated, relevant agreements set out each party's level of participation or ownership interest in the joint arrangement or co-ownership. Conventionally, all costs, benefits, rights, obligations, liabilities and risks incurred in carrying out joint-arrangement or co-ownership operations under a lease or licence are shared among the joint-arrangement or co-owning parties according to these agreed ownership interests. Ownership of joint-arrangement or co-owned property and hydrocarbons (with the joint arrangement or co-ownership) is entitled to is also shared in these proportions. To the extent that any liabilities arise, whether to governments or third parties, or as between the joint arrangement parties or co-owners themselves, each joint arrangement party or co-owner will generally be liable to meet these in proportion to its ownership interest. In many upstream operations, a party (known as the operator) will be appointed (pursuant to a joint operating agreement (JOA)) to carry out day-to-day operations on behalf of the joint arrangement or co-ownership. The operator is typically one of the joint arrangement parties or a co-owner and will carry out its duties either through its own staff, or by contracting out various elements to third-party contractors or service providers. BP acts as operator on behalf of joint arrangements and co-ownerships in a number of countries where we have exploration and production activities.

Frequently, work (including drilling and related activities) will be contracted out to third-party service providers who have the relevant expertise and equipment not available within the joint arrangement or the co-owning operator's organization. The relevant contract will specify the work to be done and the remuneration to be paid and typically will set out how major risks will be allocated between the joint arrangement or co-ownership and the service provider. Generally, the joint arrangement or co-owner and the contractor would respectively allocate responsibility for and provide reciprocal indemnities to each other for harm caused to their respective staff and property. Depending on the service to be provided, an oil and gas industry service contract may also contain provisions allocating risks and liabilities associated with pollution and environmental damage, damage to a well or hydrocarbon reservoir and for claims from third

CONFIDENTIAL

BP-HZN-2179MDL07817105

Additional disclosures

parties or other losses. The allocation of those risks vary among contracts and are determined through negotiation between the parties.

In general, BP is required to pay income tax on income generated from production activities (whether under a licence or PSAs). In addition, depending on the area, BP's production activities may be subject to a range of other taxes, levies and assessments, including special petroleum taxes and revenue taxes. The taxes imposed on oil and gas production profits and activities may be substantially higher than those imposed on other activities, for example in Abu Dhabi, Angola, Egypt, Norway, the UK, the US, Russia and Trinidad & Tobago.

## Environmental regulation

BP has operations in around 80 countries and is subject to a wide variety of environmental regulations concerning its products, operations and activities. Current and proposed fuel and product specifications, emission controls, climate change programmes and regulation of unconventional gas extraction under a number of environmental laws may have a significant effect on the production, sale and profitability of many of BP's products.

There are also numerous laws that require BP to remediate and restore areas affected by the release of hazardous substances or hydrocarbons associated with our operations. These laws may apply to sites that BP currently owns or operates, sites that it previously owned or operated, or sites used for the disposal of its and other parties' waste. Provisions for environmental restoration and remediation are made when a clean-up is probable and the amount of BP's legal obligation can be reliably estimated. The cost of future environmental remediation obligations is often inherently difficult to estimate.

Uncertainties can include the extent of contamination, the appropriate corrective actions, technological feasibility and BP's share of liability. See Financial statements – Note 29 for the amounts provided in respect of environmental remediation and decommissioning.

A number of pending or anticipated governmental proceedings against certain BP group companies under environmental laws could result in monetary or other sanctions. We are also subject to environmental claims for personal injury and property damage alleging the release of, or exposure to, hazardous substances. The costs associated with such future environmental remediation obligations, governmental proceedings and claims could be significant and may be material to the results of operations in the period in which they are recognized. We cannot accurately predict the effects of future developments on the group, such as stricter environmental laws or enforcement policies, or future events at our facilities, and there can be no assurance that material liabilities and costs will not be incurred in the future. For a discussion of the group's environmental expenditure see page 252.

A significant proportion of our fixed assets are located in the US and the EU. US and EU environmental, health and safety legislation significantly affect BP's exploration and production, refining and marketing, transportation and shipping operations. Significant legislation and regulation in the US and the EU affecting our businesses and profitability includes the following:

United States

- The Clean Air Act (CAA) regulates air emissions, permitting, fuel specifications and other aspects of our production, distribution and marketing activities. Stricter limits on sulphur in fuels will affect us in future, as will actions on greenhouse gas (GHG) emissions and other air pollutants. Additionally, states may have separate, stricter air emission laws in addition to the CAA.
- The Energy Policy Act of 2005 and the Energy Independence and Security Act of 2007 affect our US fuel markets by, among other things, imposing renewable fuel mandates and imposing GHG emissions thresholds for certain renewable fuels. States such as California also impose additional fuel carbon standards.
- The Clean Water Act regulates wastewater and other effluent discharges from BP's facilities, and BP is required to obtain discharge permits, install control equipment and implement operational controls and preventative measures.
- The Resource Conservation and Recovery Act regulates the generation, storage, transportation and disposal of wastes associated

with our operations and can require corrective action at locations where such wastes have been disposed of or released.
- The Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) can, in certain circumstances, impose the entire cost of investigation and remediation on a party who owned or operated a site contaminated with a hazardous substance, or arranged for disposal of a hazardous substance at a site. BP has incurred, or is likely to incur, liability under the CERCLA or similar state laws, including costs attributed to insolvent or unidentified parties. BP is also subject to claims for remediation costs under other federal and state laws, and to claims for natural resource damages under the CERCLA, the Oil Pollution Act of 1990 (OPA 90) (discussed below) and other federal and state laws. CERCLA also requires hazardous substance release notification.
- The Toxic Substances Control Act regulates BP's import, export and sale of new chemical products.
- The Occupational Safety and Health Act imposes workplace safety and health requirements on BP operations along with significant process safety management obligations.
- In May 2012, the US adopted the UN Global Harmonization System for hazard classification and labelling of chemicals and products, with the modification of the Occupational Safety & Health Administration Hazard Communication Standard. Manufacturers are required to reclassify both Substance and Mixture safety and data sheets (SDS) by 1 June 2015 and to have trained employees on the new label elements (pictograms) and SDS format by 1 December 2013. BP completed the training for its employees by the 1 December 2013 deadline.
- The Emergency Planning and Community Right-to-Know Act requires emergency planning and hazardous substance release notification as well as public disclosure of our chemical usage and emissions.
- The US Department of Transportation (DOT) regulates the transport of BP's petroleum products such as crude oil, gasoline, petrochemicals and other hydrocarbon liquids.
- The Maritime Transportation Security Act (MTSA), the DOT Hazardous Materials (HAZMAT) and the Chemical Facility Anti-Terrorism Standard (CFATS) regulations impose security compliance regulations on around 50 BP facilities. These regulations require security vulnerability assessments, security risk mitigation plans and security upgrades, increasing our cost of operations.

OPA 90 is implemented through regulations issued by the US Environmental Protection Agency (EPA), the US Coast Guard, the DOT, the Occupational Safety and Health Administration, the Bureau of Safety and Environmental Enforcement and various states. Alaska and the west coast states currently have the most demanding state requirements.

As a consequence of the Deepwater Horizon incident BP has become subject to claims under OPA 90 and other laws and has established a $20-billion trust fund for legitimate state and local government response claims, final judgments and settlement claims, legitimate state and local response costs, natural resource damages and related costs and legitimate individual and business claims (see Gulf of Mexico oil spill on page 38). BP is also subject to natural resource damages claims, claims for civil penalties under the Clean Water Act, and numerous civil lawsuits by individuals, businesses and governmental entities. The ultimate costs for these claims cannot be determined at this time. For further disclosures relating to the consequences of the 2010 Deepwater Horizon oil spill, see Legal proceedings on page 257.

BP has also been in discussions with the EPA regarding alleged CAA violations at the Toledo refinery and the EPA has alleged certain CAA violations at the Cherry Point refinery and the Carson refinery (which BP sold to Tesoro Corporation on 1 June 2013).

European Union

- The 2008 EU Climate and Energy Package, includes the EU Emissions Trading System (EU ETS) Directive and the Renewable Energy Directive (see Greenhouse gas regulation on page 44). In January 2014, the European Commission proposed a new Climate and Energy Package for the period up to 2030. Under the third trading period of the EU ETS – 'Phase III' – which started on 1 January 2013, the EU ETS

CONFIDENTIAL

BP-HZN-2179MDL07817106

has been expanded to include, among others, the petrochemical sector. Installations in sectors at risk of "carbon leakage" (i.e. production transfers out of the EU ETS trading area) are partially compensated with free allocation of emission allowances based on benchmarks used to calculate the number of free emissions per installation. There is no free allocation for electricity generation and production installations; instead these allowances are auctioned off to market participants.

- The Energy Efficiency Directive (EED) was adopted in 2012. It requires EU Member States to implement an indicative 2020 energy saving target and apply a framework of measures as part of a national energy efficiency programme. Such measures include mandatory industrial energy efficiency surveys, to obtain data on both new plants and the replacement of large plants.
- The Industrial Emissions Directive (IED) provides the framework for granting permits for major industrial sites. It imposes emission limit values, based on the use of Best Available Techniques (BAT), for discharges to air and water. The emission limit values are informed by the sector specific and cross-sector BAT Reference Documents (BREFs), which are reviewed periodically. The outcome of the review of several BREFs relevant to our major sites is expected in 2014. The IED transposition and output from the BREF revisions may result in requirements for further emission reductions at our EU sites.
- The European Commission's Air Policy Review and the related work on revisions to the Gothenburg Protocol and National Emissions Ceiling Directive (NECD) may lead to national ceilings for emissions of a variety of air pollutants in order to achieve EU-wide health and environmental improvement targets. Along with the proposed Directive on medium combustion plants, this may result in requirements for further emission reductions at BP's EU sites.
- The implementation of the Water Framework Directive and the Environmental Quality Directive may mean that BP has to take further steps to manage water discharges from its refineries and chemical plants in the EU.
- The EU regulation on ozone depleting substances (ODS), which implements the Montreal Protocol (Protocol) on ODS requires BP to reduce the use of ODS and phase out use of certain ODSs. BP continues to replace ODS in refrigerants and/or equipment, in the EU and elsewhere, in accordance with the Protocol and related legislation. Methyl bromide (an ODS) is a minor by-product in the production of purified terephthalic acid in our petrochemicals operations. The progressive phase-out of methyl bromide uses may result in future pressure to reduce our emissions of methyl bromide. In addition, the impending adoption of a revised regulation to phase out the use of fluorinated gases, including hydrofluorocarbons (HFCs) may have an impact on some of BP's operations.
- The EU Fuel Quality Directive affects our production and marketing of transport fuels. Revisions adopted in 2009 mandate reductions in the life cycle GHG emissions per unit of energy and tighter environmental fuel quality standards for petrol and diesel.
- The EU Registration, Evaluation and Authorization of Chemicals (REACH) Regulation requires registration of chemical substances, manufactured in, or imported into, the EU in quantities greater than 1 tonne per annum per legal entity, together with the submission of relevant hazard and risk data. REACH affects our refining, petrochemicals, exploration and production, biofuels, lubricants and other manufacturing or trading/import operations. Having completed registration of all the substances that we were required to submit by the regulatory deadlines of 1 December 2010 (>1,000 tonnes per annum/legal entity) and 31 May 2013 (100-1,000 tonnes per annum/legal entity), we are now preparing registration dossiers for substances manufactured or imported in amounts in the range 1-100 tonnes per annum/legal entity that are due to be submitted before 31 May 2018. Some substances registered previously, including substances supplied to us by third parties for our use, are now subject to thorough evaluation and/or potential authorization/restriction procedures by the European Chemicals Agency and EU Member state authorities. Legislation similar to REACH is in place in Turkey, which requires the registration of manufactured and imported chemicals.

- In addition, Europe has adopted the UN Global Harmonization System for hazard classification and labelling of chemicals and products, which has been fully implemented in a number of countries outside the EU, through the Classification Labelling and Packaging (CLP) Regulation. This requires BP to assess the hazards of all of our chemicals and products against new criteria and will result in significant changes to warning labels and material safety data sheets. All our European Material Safety Data Sheets are being updated to include both REACH and CLP information. We have also notified the European Chemicals Agency of hazard classifications for our manufactured and imported chemicals, for inclusion in a publicly available inventory of hazardous chemicals. CLP will also apply to mixtures (e.g. lubricants) by 2015. Activities covered by both CLP and REACH are subject to enforcement activity by national regulatory authorities. Several BP entities were already subject to inspections. All observations made were minor in nature, and were readily rectified to the satisfaction of the authorities.
- The EU Commission has issued the Offshore Safety Directive which is now required to be transposed into national legislation by Member States, including the UK. Its purpose is to introduce a harmonized regime aimed at reducing the potential environmental, health and safety impacts of the offshore oil and gas industry throughout EU waters. Implementation into UK legislation will involve alignment of the regime currently operating in the UK.

## Environmental maritime regulations

BP's shipping operations are subject to extensive national and international regulations governing liability, operations, training, spill prevention and insurance. These include:

- In US waters, OPA 90 imposes liability and spill prevention and planning requirements governing, among others, tankers, barges and offshore facilities. It also mandates a levy on imported and domestically produced oil to fund oil spill responses. Some states, including Alaska, Washington, Oregon and California, impose additional liability for oil spills. Outside US territorial waters, BP shipping tankers are subject to international liability, spill response and preparedness regulations under the UN's International Maritime Organization, including the International Convention on Civil Liability for Oil Pollution, the International Convention for the Prevention of Pollution from Ships (MARPOL) Convention, the International Convention on Oil Pollution, Preparedness, Response and Co-operation and the International Convention on Civil Liability for Bunker Oil Pollution Damage. In April 2010, the Hazardous and Noxious Substance (HNS) Protocol 2010, was adopted to address issues that have inhibited ratification of the International Convention on Liability and Compensation for Damage in Connection with the Carriage of Hazardous and Noxious Substances by Sea 1996 (the HNS Convention). As at 9 January 2014, there were 14 contracting states to the HNS Convention but it had not yet entered into force.
- In April 2008, the International Maritime Organization (IMO) approved amendments to Annex VI of the MARPOL to reduce the sulphur content in marine fuels. Since 1 January 2012 the global limit on sulphur content in marine fuels may not exceed 3.50%. This global limit will be further reduced to 0.5% in 2020, provided there is enough fuel available. Annex VI also provides for stricter sulphur emission restrictions on ships in SOx Emission Control Areas (SECAs). EU ports and inland waterways and the North Sea and Baltic Sea have been covered by SECAs since 2010 imposing a sulphur content limit of 0.1%. These restrictions require the use of compliant heavy fuel oil (HFO) or distillate, or the installation of abatement technologies on ships. These restrictions are expected to place additional costs on refineries producing marine fuel, including costs to dispose of sulphur, as well as increased GHG emissions and energy costs for additional refining.

To meet its financial responsibility requirements, BP shipping maintains marine liability pollution insurance in respect of its operated ships to a maximum limit of $1 billion for each occurrence through mutual insurance associations (P&I Clubs) but there can be no assurance that a spill will necessarily be adequately covered by insurance or that liabilities will not exceed insurance recoveries.

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817107

## Greenhouse gas regulation

Increasing concerns about climate change have led to a number of international climate agreements and negotiations continue on defining the scope and nature of the commitments to be entered into by those subject to the next phase of international climate change regulation.

At the UN summit in Cancun in December 2010, the parties to the UN Framework Convention on Climate Change (UNFCCC) entered into a formal agreement on a package of measures to 2020. The Cancun Agreement seeks deep cuts in global greenhouse gas (GHG) emissions required to hold the increase in global temperature to below 2°C. Signatories formally committed to carbon reduction targets or actions by 2020. Around 85 countries, including 69 developed economies (the EU counted as 28 countries) and 16 developing countries, have made such commitments currently. An additional 39 developing countries have submitted pledges related to sectoral goals. Supporting those climate efforts, principles were agreed for monitoring, verifying and reporting emissions reductions; the Green Climate Fund was established to help developing countries limit and adapt to climate change; and measures were agreed to protect forests and transfer low-carbon technology to poorer nations. In November 2011, parties to the UNFCCC conference in Durban (COP17) agreed to several measures. One was a 'roadmap' for negotiating a legal framework for action on climate change by 2015 that would involve all countries by 2020 and would close the 'ambition gap' between existing GHG reduction pledges and what is required to achieve the goal of limiting global temperature rise to 2°C. Another was a second commitment period for the Kyoto Protocol, to begin immediately after the first period. An amendment was subsequently adopted at the 2012 conference of parties (COP18) in Doha establishing a second commitment period to run until the end of 2020. However, it will not include the US, Canada, Japan and Russia and thus covers only about 15% of global emissions. The 2013 Warsaw meeting (COP19) agreed to continue these processes with a view to agreeing to post-2015 and post-2020 targets or frameworks.

Aspects of these international concerns and agreements are reflected in national and regional measures seeking to limit GHG emissions. Additional, more stringent, measures can be expected in the future. These measures could increase BP's production costs for certain products, increase demand for competing energy alternatives or products with lower-carbon intensity, and affect the sales and specifications of many of BP's products. Current measures and developments potentially affecting BP's businesses include the following:

- The European Union (EU) has agreed to an overall GHG reduction target of 20% by 2020. To meet this, a 'Climate and Energy Package' of regulatory measures has been adopted including: national reduction targets for emissions not covered by the EU ETS; binding national renewable energy targets to double usage of renewable energy sources in the EU including at least a 10% share of renewable energy in the transport sector; a legal framework to promote carbon capture and storage (CCS); and a revised EU ETS Phase 3. EU ETS revisions include a GHG reduction of 21% from 2005 levels, a significant increase in allowance auctioning, an expansion in the scope of the EU ETS to encompass more industrial sectors and gases and no free allocation for electricity generation or production but benchmarked free allocation for energy-intensive and trade-exposed industrial sectors. Finally, EU energy efficiency policy is currently implemented via national energy efficiency action plans and the Energy Efficiency Directive adopted in 2012. The EU recently started discussions on a new framework for its energy and climate policies over the 2030 time horizon which will succeed the current framework once adopted.
- Article 7a of the revised EU Fuel Quality Directive requires fuel suppliers to reduce the life cycle GHG emissions per unit of fuel and energy supplied in certain transport markets.
- Australia has committed to reduce its GHG emissions by at least 5% below 2000 levels by 2020. In accordance with the Clean Energy Act 2011, Australia's carbon price took effect on 1 July 2012 with a fixed price of $23 Australian dollars per tonne. The fixed price phase is scheduled to transition into a market-based price (emissions trading scheme) by 1 July 2016. BP refineries and its share of the North West Shelf Project are covered entities within the Clean Energy Act 2011 and are liable for carbon dioxide-equivalent emissions. With Australia's change of federal government in September 2013, there is significant

uncertainty that exists in relation to the future of the Carbon Pricing Mechanism provided for under the Clean Energy Act 2011. BP Australia continues to monitor this situation.
- New Zealand has agreed to cut GHG emissions by at least 5% below 1990 levels by 2020, with additional reduction conditioned on a comprehensive global agreement for emissions reductions coming into force. New Zealand's emission trading scheme (NZ ETS) commenced on 1 July 2010 for transport fuels, industrial processes and stationary energy. New Zealand also employs a portfolio of mandatory and voluntary complementary measures aimed at GHG reductions. New Zealand made its recent commitments for GHG reduction under the UN Framework Convention rather than the Kyoto Protocol.
- In the US, with the potential for passing comprehensive climate legislation remaining very unlikely, the US Environmental Protection Agency (EPA) continues to pursue regulatory measures to address GHGs under the Clean Air Act (CAA).
  - In late 2009, the EPA released a GHG endangerment finding to establish its authority to regulate GHG emissions under the CAA.
  - Subsequent to this, the EPA finalized regulations imposing light duty vehicle emissions standards for GHGs.
  - The EPA finalized the initial GHG mandatory reporting rule (GHGMRR) in 2009 and continues to make amendments to the rule. Reports under the GHGMRR are due annually. The majority of BP's US businesses are affected by the GHGMRR and submitted their GHG emissions reports to the EPA under the GHGMRR on or before the required deadlines. In addition to direct emissions from affected facilities, producers and importers/exporters of petroleum products, certain natural gas liquids and GHGs are required to report product volumes and notional GHG emissions as if these products were fully combusted. The EPA has released direct emissions data since 2011, and in 2013 released aggregated site product emissions data. Certain confidential business information protections remain for both direct and product emissions data reported.
  - The EPA finalized permitting requirements for new or modified large GHG emission sources in 2010, with initial regulations taking effect in January 2011, the second phase taking effect on 1 July 2011 and the third phase finalized on 29 June 2012.
  - In a legal settlement with environmental advocacy groups, the EPA committed to propose a GHG New Source Performance Standards (NSPS) for GHG emissions from refineries by December 2011 and to finalize the NSPS by November 2012. These deadlines were not met and the new refinery NSPS deadlines were not proposed by the administration when the electric generating unit (EGU) GHG EGU NSPS deadlines were announced in a Climate Policy Directive in June 2013.
  - Legal challenges to the EPA's efforts to regulate GHG emissions through the CAA continue, including before the US Supreme Court in the 2013-2014 term, along with active political debate with the final content and scope of GHG regulation in the US remaining uncertain.
- A number of additional state and regional initiatives in the US will affect our operations. Of particular significance, California implemented a low-carbon fuel standard in 2010 and is seeking to reduce GHG emissions to 1990 levels by 2020 and to reduce the carbon intensity of transport fuel sold in the state. Legal challenges resulted in a pause for 2014 carbon intensity targets at the 2013 level. Whilst these legal challenges continue, the preliminary injunction stopping implementation was lifted and implementation of the programme continues. The California cap and trade programme started in January 2012 with the first auctions of carbon allowances held in November 2012 and obligations commencing in 2013.
- Canada has established an action plan to reduce emissions to 17% below 2005 levels by 2020 and the national government continues to seek a co-ordinated approach with the US on environmental and energy objectives. Additionally, Canada's highest emitting province, Alberta, has been running a market mechanism to reduce GHG emissions since 2007. Controversy, partially driven by perceived GHG intensity regarding Canadian oil sand produced crude, continues with some jurisdictions contemplating policies to restrict or penalize the use of such crude.

CONFIDENTIAL

BP-HZN-2179MDL07817108

- China has committed to reducing carbon intensity of GDP 40-45% below 2005 levels by 2020 and increasing the share of non-fossil fuels in total energy consumption from 7.5% in 2005 to 15% by 2020. The country's 12th (2011-2015) Development Programme has set the target to reduce carbon intensity by 17% within five years, and this national target has been deconstructed into provincial ones for local actions. Four emission trading pilots have begun in the cities of Beijing, Shenzhen and Shanghai and in Guangdong province. Additional emission trading schemes have been approved for Tianjin and Chongqing cities as well as Hubei province. As part of the country's energy saving programme, the government also requires any operating entity with annual energy consumption of 10 thousand tonnes of coal equivalent (7ktoe/a) to have an energy saving target for the next five years. A number of BP joint venture companies in China will be required to participate in these initiatives.

For information on the steps BP is taking in relation to climate change issues and in relation to GHG regulation and for details of BP's GHG reporting see Environment and society on page 45.

## Legal proceedings

### Proceedings relating to the Deepwater Horizon oil spill

BP's potential liabilities resulting from threatened, pending and potential future claims, lawsuits and enforcement actions relating to the 20 April 2010 explosions and fire on the semi-submersible rig Deepwater Horizon and resulting oil spill (the Incident), together with the potential cost of implementing remedies sought in the various proceedings, cannot be fully estimated at this time but they have had and could continue to have a material adverse impact on the group's business, competitive position, financial performance, cash flows, prospects, liquidity, shareholder returns and/or implementation of its strategic agenda, particularly in the US. The potential liabilities may continue to have a material adverse effect on the group's results and financial condition. See Financial statements – Note 2 to the financial statements for information regarding the financial impact of the Incident.

BP p.l.c., BP Exploration & Production Inc. (BPXP) and various other BP entities (collectively referred to as BP) are among the companies named as defendants in approximately 2,950 pending civil lawsuits relating to the Incident and further actions are likely to be brought. BPXP was lease operator of Mississippi Canyon, Block 252 in the Gulf of Mexico (Macondo), where the Deepwater Horizon was deployed at the time of the Incident. The other working interest owners at the time of the Incident were Anadarko Petroleum Company (Anadarko) and MOEX Offshore 2007 LLC (MOEX). The Deepwater Horizon, which was owned and operated by certain affiliates of Transocean Ltd. (Transocean), sank on 22 April 2010. The pending lawsuits and/or claims arising from the Incident have generally been brought in US federal and state courts. The plaintiffs include individuals, corporations, insurers, and governmental entities and many of the lawsuits purport to be class actions. The lawsuits assert, among others, claims under the Oil Pollution Act of 1990 (OPA 90), claims for personal injury in connection with the Incident itself and the response to it, wrongful death, commercial and economic injury, breach of contract and violations of statutes. Many of the lawsuits assert claims which are excluded from the Economic and Property Damages Settlement Agreement (discussed below), including claims for recovery for losses allegedly resulting from the 2010 federal deepwater drilling moratoria and/or the related permitting process. The lawsuits seek various remedies including compensation to injured workers, recovery for commercial losses and property damage, compensation for personal injuries and medical monitoring, claims for environmental damage, remediation costs, claims for unpaid wages, injunctive and declaratory relief, treble damages and punitive damages. Purported classes of claimants include residents of the states of Louisiana, Mississippi, Alabama, Florida and Texas; property owners and rental agents, fishermen and persons dependent on the fishing industry, charter boat owners and deck hands, marina owners, gasoline distributors, shipping interests, restaurant and hotel owners, cruise lines and others who are property and/or business owners alleged to have suffered economic loss; and response workers and residents claiming injuries due to exposure to the components of oil and/or chemical dispersants. Among other claims arising from the spill response efforts, lawsuits have been filed claiming

that additional payments are due by BP under certain Master Vessel Charter Agreements entered into in the course of the Vessels of Opportunity Program implemented as part of the response to the Incident. Proposed class action and individual lawsuits have also been filed in US state and federal courts, as well as one suit in Canada, against BP entities and/or various current and former officers and directors alleging, among other things, shareholder derivative claims, securities fraud claims, violations of the Employee Retirement Income Security Act (ERISA) and contractual and quasi-contractual claims related to the cancellation of the dividend on 16 June 2010.

In August 2010, many of the lawsuits pending in federal court were consolidated by the Federal Judicial Panel on Multi-district Litigation into two multi-district litigation proceedings, one in federal district court in Houston for the securities, derivative and ERISA cases (MDL 2185) and another in federal district court in New Orleans for the remaining cases (MDL 2179).

Presentation of evidence in the first trial phase (Phase 1) of a Trial of Liability, Limitation, Exoneration and Fault Allocation in MDL 2179 concluded on 17 April 2013, and the parties completed post-trial briefing in respect of Phase 1 on 12 July 2013. The second trial phase (Phase 2), which addressed source control efforts and the amount of oil that was spilled into the Gulf as a result of the Incident, completed on 18 October 2013, and post-trial briefing in respect of Phase 2 is substantially complete. In a further trial phase, which is yet to be scheduled, the district court will determine the amount of civil penalties arising under the Clean Water Act based on the court's rulings as to the presence of negligence, gross negligence or wilful misconduct in Phases 1 and 2, the court's rulings as to quantification of discharge in Phase 2 and the application of the penalty factors under the Clean Water Act. For further information. see MDL 2179 and related matters – Trial phases below.

On 3 March 2012, BP announced an agreement in principle with the Plaintiffs' Steering Committee (PSC) in MDL 2179 to settle the substantial majority of legitimate private economic and property damages claims and exposure-based medical claims stemming from the Incident. See MDL 2179 and related matters – PSC settlements below.

On 1 June 2010, the US Department of Justice (the DoJ) announced that it was conducting an investigation into the Incident encompassing possible violations of US civil or criminal laws, and subsequently created a unified task force of federal agencies to investigate the Incident. On 15 November 2012, BP announced that it reached agreement with the US government, subject to court approval, to resolve all federal criminal charges and all claims by the US Securities and Exchange Commission (the SEC) against BP arising from the Deepwater Horizon accident, oil spill and response. See Settlements with the DoJ and SEC below.

#### MDL 2179 and related matters

*DoJ Action; liability limitation-, contribution- and indemnity-related proceedings; and Trial of Liability, Limitation, Exoneration and Fault Allocation*

On 13 May 2010, Transocean and certain affiliates filed a complaint under admiralty law in federal court in Texas seeking exoneration from or limitation of liability as managing owners and operators of the Deepwater Horizon. That action (the Limitation Action) was consolidated with MDL 2179 on 24 August 2010.

The United States filed a civil complaint in MDL 2179 against BPXP and others on 15 December 2010 (the DoJ Action). The complaint seeks a declaration of liability under OPA 90 and civil penalties under the Clean Water Act and sets forth a purported reservation of rights on behalf of the US to amend the complaint or file additional complaints seeking various remedies under various US federal laws and statutes. See Financial statements – Note 2.

On 18 February 2011, Transocean filed a third-party complaint against BP, the US government, and other corporations involved in the Incident, naming those entities as formal parties in the Limitation Action. On 20 April 2011, Transocean filed claims in the Limitation Action alleging that BP had breached BP America Production Company's contract with Transocean Holdings LLC by BP not agreeing to indemnify Transocean against liability related to the Incident and by not paying certain invoices. Transocean also asserted claims against BP under state law, maritime law, and OPA 90 for contribution.

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817109

On 20 April 2011, BP filed claims against Cameron International Corporation (Cameron), Halliburton Energy Services, Inc. (Halliburton), and Transocean in the DoJ Action, seeking contribution for any assessments against BP under OPA 90 based on those entities' fault. On 20 June 2011, Cameron and Halliburton moved to dismiss BP's claims against them in the DoJ Action. BP's claim against Cameron has been resolved pursuant to settlement (described below), but Halliburton's motion remains pending.

On 20 April 2011, BP asserted claims against Cameron, Halliburton and Transocean in the Limitation Action. BP's claims against Transocean include breach of contract, unseaworthiness of the Deepwater Horizon vessel, negligence (or gross negligence and/or gross fault as may be established at trial based upon the evidence), contribution and subrogation for costs (including those arising from litigation claims) resulting from the Incident, as well as a declaratory claim that Transocean is wholly or partly at fault for the Incident and responsible for its proportionate share of the costs and damages. BP asserted claims against Halliburton for fraud and fraudulent concealment based on Halliburton's misrepresentations to BP concerning, among other things, the stability testing on the foamed cement used at the Macondo well; for negligence (or, if established by the evidence at trial, gross negligence) based on Halliburton's performance of its professional services, including cementing and mud logging services; and for contribution and subrogation for amounts that BP has paid in responding to the Incident, as well as in OPA 90 assessments and in payments to the plaintiffs. BP filed a similar complaint against Halliburton in federal court in the Southern District of Texas, Houston Division, and the action was transferred to MDL 2179 on 4 May 2011.

On 20 April 2011, Halliburton filed claims in the Limitation Action seeking indemnification from BP for claims brought against Halliburton in that action. Halliburton also asserted a claim for negligence, gross negligence and wilful misconduct against BP and others. On 30 November 2011, Halliburton filed a motion for summary judgment in MDL 2179. On 21 December 2011, BP filed a cross-motion for partial summary judgment seeking an order that BP has no contractual obligation to indemnify Halliburton for fines, penalties or punitive damages resulting from the Incident. On 31 January 2012, the judge ruled on BP's and Halliburton's indemnity motions, holding that BP is required to indemnify Halliburton for third-party claims for compensatory damages resulting from pollution that did not originate from property or equipment of Halliburton located above the surface of the land or water, regardless of whether the claims result from Halliburton's gross negligence. The court, however, ruled that BP does not owe Halliburton indemnity to the extent that Halliburton is held liable for punitive damages or for civil penalties under the Clean Water Act. The court further held that BP's obligation to defend Halliburton for third-party claims does not require BP to fund Halliburton's defence of third-party claims at this time, nor does it include Halliburton's expenses in proving its right to indemnity. The court deferred ruling on whether BP is required to indemnify Halliburton for any penalties or fines under the Outer Continental Shelf Lands Act. It also deferred ruling on whether Halliburton acted so as to invalidate the indemnity by breaching its contract with BP, by committing fraud, or by committing another act that materially increased the risk to BP or prejudiced the rights of BP as an indemnitor.

On 30 May 2011, Transocean filed claims against BP in the DoJ Action alleging that BP America Production Company had breached its contract with Transocean Holdings LLC by not agreeing to indemnify Transocean against liability related to the Incident. Transocean also asserted claims against BP under state law, maritime law and OPA 90 for contribution.

On 1 November 2011, Transocean filed a motion for partial summary judgment on certain claims filed in the Limitation Action and the DoJ Action between BP and Transocean, seeking an order that would bar BP's contribution claims against Transocean and require BP to defend and indemnify Transocean against all pollution claims, including those resulting from any gross negligence, and from civil fines and penalties sought by the government. On 7 December 2011, BP filed a cross-motion for summary judgment seeking an order that BP is not required to indemnify Transocean for any civil fines and penalties sought by the government or for punitive damages. On 26 January 2012, the judge ruled on BP's and Transocean's indemnity motions, holding that BP is required to indemnify Transocean for third-party claims for compensatory damages resulting from pollution originating beneath the surface of the water, regardless of whether the claim results from Transocean's strict liability, negligence or gross negligence. The court, however, ruled that BP does not owe Transocean indemnity for such claims to the extent Transocean is held liable for punitive damages or for civil penalties under the Clean Water Act, or if Transocean acted with intentional or wilful misconduct in excess of gross negligence. The court further held that BP's obligation to defend Transocean for third-party claims does not require BP to fund Transocean's defence of third-party claims at this time, nor does it include Transocean's expenses in proving its right to indemnity. The court deferred a final ruling on the question of whether Transocean breached its drilling contract with BP so as to invalidate the contract's indemnity clause.

On 8 December 2011, the United States brought a motion for partial summary judgment in the DoJ Action seeking, among other things, an order finding that BPXP, Transocean and Anadarko are strictly liable for a civil penalty under Section 311(b) (7)(A) of the Clean Water Act. On 22 February 2012, the judge ruled on motions filed in the DoJ Action by the United States, Anadarko, and Transocean seeking early rulings regarding the liability of BPXP, Anadarko and Transocean under OPA 90 and the Clean Water Act, but limited the order to addressing the discharge of hydrocarbons occurring under the surface of the water. Regarding OPA 90, the judge held that BPXP and Anadarko are responsible parties under OPA 90 with regard to the subsurface discharge. The judge ruled that BPXP and Anadarko have joint and several liability under OPA 90 for removal costs and damages for such discharge, but did not rule on whether such liability under OPA 90 is unlimited. While the judge held that Transocean is not a responsible party under OPA 90 for subsurface discharge, the judge left open the question of whether Transocean may be liable under OPA 90 for removal costs for such discharge as the owner/operator of the Deepwater Horizon. Regarding the Clean Water Act, the judge held that the subsurface discharge was from the Macondo well, rather than from the Deepwater Horizon, and that BPXP and Anadarko are liable for civil penalties under Section 311 of the Clean Water Act as owners of the well. Anadarko, BPXP and the United States each appealed the 22 February 2012 ruling to the US Court of Appeals for the Fifth Circuit (the Fifth Circuit), and the appeals were consolidated. Briefing in this appeal is complete and oral argument was heard on 4 December 2013, but no ruling has been issued.

On 18 December 2012, Transocean filed a motion seeking an early ruling that it is not liable in connection with claims for compensatory or punitive damages, or claims for contribution, brought by private, state, or local government entities and based on the subsurface discharge of oil. Transocean's motion has been fully briefed but remains pending.

On 18 December 2012, Transocean filed a motion seeking an early ruling that it is not liable in connection with punitive damages claims brought by members of the Economic and Property Damages Settlement Class (for a description of the Economic and Property Damages Settlement Agreement, see below). On 20 December 2012, Transocean filed a motion seeking an early ruling that it is not liable in connection with BP's claims for reimbursement of payments made under the Economic and Property Damages Settlement Agreement and BP's separate claims for spill-related damages, such as lost profits from the Macondo well, which claims were assigned by BP to the Economic and Property Damages Settlement Class. On 17 January 2013, Halliburton filed motions seeking early rulings that it is not liable in connection with punitive damages claims brought by members of the Economic and Property Damages Settlement Class; that it is not liable in connection with any contribution claim for punitive damages, whether asserted by BP or by the Economic and Property Damages Settlement Class as BP's assignee; and that it is not liable in connection with claims assigned by BP to the Economic and Property Damages Settlement Class. Transocean's and Halliburton's motions have been fully briefed but remain pending.

On 11 January 2013, BP filed a motion in the DoJ Action for partial summary judgment against the United States, seeking rulings that (1) BP collected at least 810,000 barrels from the broken riser, from the top of the blowout preventer and lower marine riser package, and from the choke and kill lines of the blowout preventer, all before these barrels reached the waters of the Gulf of Mexico, and (2) that these barrels may not be counted toward the maximum penalty potentially to be assessed

CONFIDENTIAL

BP-HZN-2179MDL07817110

against BPXP under Section 311 of the Clean Water Act, 33 U.S.C. § 1321. BP and the United States subsequently reached a stipulation, entered by the court on 19 February 2013, providing that 810,000 barrels of oil were collected without coming into contact with ambient Gulf waters and that those barrels are not to be used in calculating the statutory maximum penalty under the Clean Water Act.

On 1 March 2013, Transocean sought the district court's leave to supplement its pleadings to include an affirmative defence asserting that BP's representations regarding the flow rate at the Macondo well constituted an intervening and superseding cause of the oil spill for the majority of its duration. Transocean's defence claims that BP fraudulently misrepresented and concealed information regarding the flow rate at the Macondo well in late April and May 2010, as well as the likelihood of success of a top-kill approach to stopping the flow of hydrocarbons from the well, and thus prevented the implementation of alternative means of source control that Transocean asserts could have capped the well as early as May 2010. Also on 1 March 2013, Halliburton filed a motion for leave to amend its answers to assert a similar defence. On 4 March 2013, the court granted Transocean's motion to file amended answers, and it granted Halliburton's motion the following day.

Trial phases

To address certain issues asserted in or relevant to the claims, counterclaims, cross-claims, third-party claims, and comparative fault defences raised in the DoJ Action and the Limitation Action, a Trial of Liability, Limitation, Exoneration and Fault Allocation commenced in MDL 2179 on 25 February 2013. The presentation of evidence in the first phase of the trial (Phase 1), which completed on 17 April 2013, addressed issues arising out of the conduct of various parties allegedly relevant to the loss of well control at the Macondo well, the ensuing fire and explosion on the Deepwater Horizon on 20 April 2010, the sinking of the vessel on 22 April 2010 and the initiation of the release of oil from the Deepwater Horizon or the Macondo well during those time periods, including whether BP or any other party was grossly negligent. The parties completed court-ordered post-trial briefing in respect of Phase 1 on 12 July 2013. On 13 August 2013, BP moved for leave to supplement the Phase 1 record to include Halliburton's agreement to plead guilty to destroying evidence relating to Halliburton's internal examination of the Incident and the US government's press release announcing the Halliburton plea agreement. The US government, the Plaintiffs' Steering Committee and Halliburton have also submitted briefs addressing the implications of Halliburton's plea agreement. The district court has yet to rule on BP's motion. BP is not currently aware of the timing of the district court's ruling in respect of issues addressed in Phase 1 which could be at any time.

The second trial phase (Phase 2), which commenced on 30 September 2013, addressed (i) 'source control' issues pertaining to the conduct or inaction of BP, Transocean or other relevant parties regarding stopping the release of hydrocarbons stemming from the Incident from 22 April 2010 through to approximately 19 September 2010, and (ii) 'quantification of discharge' issues pertaining to the amount of oil actually released into the Gulf of Mexico as a result of the Incident from the time when these releases began until the Macondo well was capped on approximately 15 July 2010 and then permanently cemented shut on approximately 19 September 2010. Post-trial briefing in respect of Phase 2 is substantially complete. On 25 January 2014, Transocean filed a motion to supplement the Phase 2 record with certain testimony that occurred in a separate trial of a former BP employee related to the Incident. The district court has yet to rule on this motion. BP is not currently aware of the timing of the district court's ruling in respect of issues addressed in Phase 2 which could be at any time.

In a further trial phase, which is yet to be scheduled, the district court will determine the amount of civil penalties arising under the Clean Water Act based on the court's rulings as to the presence of negligence, gross negligence or wilful misconduct in Phases 1 and 2, the court's rulings as to quantification of discharge in Phase 2 and the application of the penalty factors under the Clean Water Act. The district court set a status conference for 21 March 2014 to address case management issues relating to this phase of the litigation. The district court also ordered the parties, on a schedule to be completed prior to 21 March, to serve initial disclosures and written discovery requests, to provide proposed stipulations, and to file submissions regarding potential evidence to be adduced at a penalty phase trial, as well as certain other issues.

The district court in MDL 2179 has wide discretion in its determination as to whether a defendant's conduct involved negligence or gross negligence as well as in its determinations on the volume of oil spilled and the application of statutory penalty factors.

MOEX, Anadarko and Cameron settlements

BP announced settlement agreements in respect of all claims related to the Incident with MOEX, Anadarko and Cameron on 20 May 2011, 17 October 2011 and 16 December 2011, respectively. Under the settlement agreement with MOEX, MOEX paid BP $1.065 billion and also agreed to transfer all of its 10% interest in the MC252 lease to BP. Under the settlement agreement with Anadarko, Anadarko paid BP $4 billion and also agreed to transfer all of its 25% interest in the MC252 lease to BP. The settlement agreement with Anadarko grants Anadarko the opportunity for a 12.5% participation in certain future recoveries from third parties and certain insurance proceeds in the event that such recoveries and proceeds exceed $1.5 billion in aggregate. Any such payments to Anadarko are capped at a total of $1 billion. BP agreed to indemnify MOEX, Anadarko and Cameron for certain claims arising from the Incident (excluding civil, criminal or administrative fines and penalties, claims for punitive damages, and certain other claims). The settlement agreements with MOEX, Anadarko and Cameron are not an admission of liability by any party regarding the Incident.

PSC settlements

The Economic and Property Damages Settlement resolves certain economic and property damage claims, and the Medical Benefits Class Action Settlement resolves certain medical claims by response workers and certain Gulf Coast residents. The Economic and Property Damages Settlement includes a $2.3 billion BP commitment to help resolve economic loss claims related to the Gulf seafood industry (for further information, see – PSC Settlements – Seafood Compensation Fund below) and a $57 million fund to support continued advertising that promotes Gulf Coast tourism. It also resolves property damage in certain areas along the Gulf Coast, as well as claims for additional payments under certain Master Vessel Charter Agreements entered into in the course of the Vessels of Opportunity Program implemented as part of the response to the Incident. The Economic and Property Damages Settlement does not include claims made against BP by the DoJ or other federal agencies (including under the Clean Water Act and for Natural Resource Damages under OPA 90) or by the states and local governments. Also excluded are certain other claims against BP, such as securities and shareholder claims pending in MDL 2185, and claims based solely on the deepwater drilling moratorium and/or the related permitting process.

The Medical Benefits Class Action Settlement involves payments to qualifying class members based on a matrix for certain Specified Physical Conditions, as well as a 21-year Periodic Medical Consultation Program for qualifying class members. Payments of claims under the Medical Benefits Class Action Settlement could not begin until after the agreement's 12 February 2014 Effective Date, being the day after the resolution of all appeals from the final approval of the Medical Benefits Class Action Settlement, though class members were permitted to file claim forms in advance of the Effective Date to facilitate administration of the Medical Benefits Class Action Settlement upon the Effective Date. The deadline for submitting claims under the Medical Benefits Class Action Settlement is one year after the Effective Date. The settlement also provides that class members claiming Later-Manifested Physical Conditions may pursue their claims through a mediation/litigation process, but waive, among other things, the right to seek punitive damages. Consistent with its commitment to the Gulf, BP has also agreed as part of the Medical Benefits Class Action Settlement to provide $105 million to the Gulf Region Health Outreach Program to improve the availability, scope and quality of healthcare in certain Gulf Coast communities. This healthcare outreach programme will be available to, and is intended to benefit, class members and other individuals in those communities. BP has already begun funding the projects sponsored by this programme.

Each agreement provides that class members will be compensated for their claims on a claims-made basis, according to agreed compensation protocols in separate court-supervised claims processes. The compensation protocols under the Economic and Property Damages Settlement provide for the payment of class members' economic losses and property damages related to the oil spill. In addition many economic

Additional disclosures

BP-HZN-2179MDL07817111

and property damages class members will receive payments based on negotiated risk transfer premiums, which are multiplication factors designed, in part, to compensate claimants for potential future damages that are not currently known, relating to the Incident. The Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement are not an admission of liability by BP. The settlements are uncapped except for economic loss claims related to the Gulf seafood industry under the Economic and Property Damages Settlement and the $105 million to be provided to the Gulf Region Health Outreach Program under the Medical Benefits Class Action Settlement.

All class member settlements under the settlement agreements are payable under the terms of the Trust. Other costs to be paid from the Trust include state and local government claims, state and local response costs, natural resource damages and related claims, and final judgments and settlements. As at 31 December 2013, the aggregate cash balances in the Trust and the qualified settlement funds amounted to $6.7 billion, including $1.2 billion remaining in the seafood compensation fund which has yet to be distributed, and $0.9 billion held for natural resource damage early restoration. Should the cash balances in the Trust not be sufficient, payments in respect of legitimate claims and other costs will be made directly by BP. See Financial statements – Note 2.

The economic and property damages claims process is under court supervision through the settlement claims process established by the Economic and Property Damages Settlement. Under the Economic and Property Damages Settlement, class members release and dismiss their claims against BP not expressly reserved by that agreement. The Economic and Property Damages Settlement also provides that, to the extent permitted by law, BP assigns to the PSC certain of its claims, rights and recoveries against Transocean and Halliburton for damages with protections such that Transocean and Halliburton cannot pass those damages through to BP. Under the Medical Benefits Class Action Settlement, class members release and dismiss their claims against BP covered by that settlement, except that class members do not release claims for Later-Manifested Physical Conditions.

On 24 April 2013, the plaintiffs in two actions arising from the Incident filed a motion asking the Federal Judicial Panel on Multi-district Litigation to create new multi-district litigation proceedings for certain claims not covered by the two class settlements entered into between BP and the PSC. BP and other defendants opposed the motion and on 9 August 2013 the Federal Judicial Panel on Multi-district Litigation denied the motion.

### PSC settlements – appeals

Under US federal law, there is an established procedure for determining the fairness, reasonableness and adequacy of class action settlements. Pursuant to this procedure, an extensive notice programme to the public was implemented to explain the settlement agreements and class members' rights, including the right to 'opt out' of the classes, and the processes for making claims. The court conducted a fairness hearing on 8 November 2012 in which to consider, among other things, whether to grant final approval of the Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement, whether to certify the classes for settlement purposes only, and the merits of any objections to the settlement agreements. On 21 November 2012, the parties to the settlement filed a list of 13,123 individuals and entities who had submitted timely requests to opt out of the Economic and Property Damages Settlement Class and 1,638 individuals who had submitted timely requests to opt out of the Medical Benefits Settlement Class. On 16 November 2012, the court extended the deadline from 5 November 2012 to 15 December 2012 for such excluded persons or entities to request revocation of their requests to opt out of the settlement. As a result of such revocations, the number of opt-outs for the Economic and Property Damages Settlement and the Medical Benefits Class Action Settlement is fewer than those reported figures.

Following the fairness hearing, the Economic and Property Damages Settlement was approved by the district court in a final order and judgment on 21 December 2012, and the Medical Benefits Class Action Settlement was approved in a final order and judgment on 11 January 2013.

Subsequent to the district court's final order and judgment approving the Economic and Property Damages Settlement, groups of purported members of the Economic and Property Damages Settlement Class (the

Appellants) appealed from the district court's approval of that settlement to the Fifth Circuit. Additionally, a coalition of fishing and community groups (the Coalition) appealed to the Fifth Circuit from an order of the district court denying it permission to intervene in the civil action serving as the vehicle for the Economic and Property Damages Settlement and further denying it permission to take discovery regarding the fairness of that settlement. On 11 November 2013, the Fifth Circuit affirmed the district court's rulings in respect of the Coalition. On 10 January 2014, a panel of the Fifth Circuit affirmed the district court's approval of the Economic and Property Damages Settlement but left to another panel of the Fifth Circuit (the business economic loss panel, discussed further below) the question of how to interpret the Economic and Property Damages Settlement, including the meaning of the causation requirements of that agreement. BP and several Appellants have filed petitions requesting that all the active judges of the Fifth Circuit review the decision to uphold approval of the settlement.

### PSC settlements – Deepwater Horizon Court Supervised Settlement Program (DHCSSP) and interpretation of the Economic and Property Damages Settlement Agreement

The DHCSSP, the claims facility operating under the framework established by the Economic and Property Damages Settlement, commenced operation on 4 June 2012 under the oversight of Claims Administrator Patrick Juneau.

As part of its monitoring of payments made by the court-supervised claims processes operated by the DHCSSP, BP identified multiple business economic loss claim determinations that appeared to result from an interpretation of the Economic and Property Damages Settlement Agreement by that settlement's claims administrator that BP believed was incorrect. This interpretation produced a higher number and value of awards than the interpretation BP used in making its initial estimate of the total cost of the Economic and Property Damages Settlement. Pursuant to the mechanisms in the Economic and Property Damages Settlement Agreement, the claims administrator sought clarification on this matter from the district court in MDL 2179 and on 5 March 2013, the district court affirmed the claims administrator's interpretation of the agreement and rejected BP's position as it relates to business economic loss claims (the March Ruling).

BP appealed the district court's March Ruling and related rulings to the Fifth Circuit. On 2 October 2013, the business economic loss panel of the Fifth Circuit (by a 2 to 1 vote) reversed the district court's denial of BP's motion for a preliminary injunction and the district court's order affirming the claims administrator's interpretation of the settlement, remanded the case for further proceedings and ordered the district court to enter a 'narrowly-tailored' injunction that suspends payment to claimants affected by the misinterpretation issue and who do not have 'actual injury traceable to loss from the Deepwater Horizon accident.' The business economic loss panel also retained jurisdiction to review the district court's conclusions on remand.

On 18 October 2013, the district court issued a preliminary injunction that, amongst other things, required the claims administrator to temporarily suspend payments of business economic loss claims other than those claims supported by sufficiently matched accrual-basis accounting or any other business economic loss claim for which the claims administrator determines that the matching of revenue and expenses is not an issue. On 25 October 2013, the claims administrator provided a declaration outlining the criteria that the claims administrator's office will use to determine the eligibility of claims for payment. In orders dated 18 October 2013, 15 November 2013, and 22 November 2013, the district court held that causation (i.e., whether the claims administrator could properly pay business economic loss claimants whose injuries are not traceable to the spill) was not an issue for consideration on remand. On 21 November 2013, BP filed an emergency motion to enforce the business economic loss panel's 2 October 2013 judgment and to enjoin any further payments to the business economic loss claimants whose injuries are not traceable to the spill. On 2 December 2013, the business economic loss panel of the Fifth Circuit granted BP's motion and ordered that the issue of causation again be remanded for expeditious consideration and resolution in crafting "[a] stay tailored so that those who experienced actual injury traceable to loss from the Deepwater Horizon accident continue to receive recovery but those who did not do not receive their payments until this case is fully heard and decided

CONFIDENTIAL

BP-HZN-2179MDL07817112

through the judicial process." On 5 December 2013, the district court amended its preliminary injunction related to business economic loss claims to temporarily suspend the issuance of final determination notices and payments of business economic loss claims, pending resolution of the business economic loss issues that are the subject of the pending remand.

On 24 December 2013, the district court ruled on the issues remanded to it by the business economic loss panel of the Fifth Circuit, ordering that the claims administrator, in administering business economic loss claims, must match revenue with the variable expenses incurred by claimants in conducting their business, even where the revenues and expenses were recorded at different times. The district court assigned to the claims administrator the development of more detailed matching requirements. On 12 February 2014, the claims administrator issued a draft policy addressing the matching of revenue and expenses for business economic loss claims. The parties have made written submissions on the draft policy and the claims administrator will issue a final policy to which BP and the PSC have the right to object and seek review by the district court. As to the issue of causation, the district court ruled that the Economic and Property Damages Settlement Agreement contained no causation requirement beyond the revenue and related tests set out in an exhibit to that agreement, and that BP was judicially estopped from arguing otherwise. The district court also held that the absence of a further causation requirement does not defeat class certification nor invalidate the settlement under the federal class certification rule or Article III of the US Constitution. On 26 December 2013, BP filed a motion to consolidate that appeal with the related appeals pending before the business economic loss panel of the Fifth Circuit. BP subsequently filed a renewed motion for a permanent injunction that would prevent the claims administrator from making awards to claimants whose alleged injuries are not traceable to the spill and a motion to expedite the court's resolution of that renewed motion. On 3 March 2014, the business economic loss panel (in a 2 to 1 decision) affirmed the district court's ruling on causation and denied BP's motion for a permanent injunction. BP is considering its appeal options, including a potential petition that all the active judges of the Fifth Circuit review the 3 March decision. Under the terms of the business economic loss panel's ruling, the injunction temporarily suspending issuance of final determination notices and payments of business economic loss claims will be lifted when the matter is transferred back to the district court; the timing of this would be affected by the status of any such petition by BP.

For more information about BP's current estimate of the total cost of the PSC settlements, see Financial Statements – Note 2.

### PSC settlements – investigation of the DHCSSP
On 2 July 2013, the district court in MDL 2179 appointed former federal district court judge Louis Freeh as Special Master to lead an independent investigation of the DHCSSP in connection with allegations of potential ethical violations or misconduct within the DHCSSP. On 6 September 2013, Judge Freeh submitted a written report to the district court in which he presented his findings that the conduct of two attorneys in the office of the claims administrator may have violated federal criminal statutes regarding fraud, money laundering, conspiracy or perjury. In an order issued the same day, the court instructed Judge Freeh to promptly recommend, design, and test enhanced internal compliance, anti-corruption, anti-fraud and conflicts of interest policies and procedures, and assist the claims administrator in the implementation of such policies and procedures. On 23 September 2013, BP filed a response to Judge Freeh's report and requested that the court enter a preliminary injunction temporarily suspending all payments from the DHCSSP until such time as improved anti-fraud and other efficiency controls are put in place at the DHCSSP to the satisfaction of Judge Freeh, the Claims Administrator, and the court. The court has not yet ruled on BP's request for a preliminary injunction. On 17 January 2014, Judge Freeh submitted a second written report that described the behaviour at the DHCSSP that led to the resignations of senior staff members.

### PSC settlements – Seafood Compensation Fund
On 17 December 2013, BP filed a civil lawsuit in MDL 2179 against former PSC lawyer Mikal C. Watts, accusing him of having fraudulently claimed to represent more than 40,000 deckhands who allegedly suffered economic injuries as a result of the Incident. BP's action alleges

that BP relied on Mr. Watts's representations when it agreed to pay $2.3 billion to the Seafood Compensation Fund (the Fund), which was established under the Economic and Property Damages Settlement to compensate those who earn their livelihood from Gulf waters and were directly affected by the spill, and that the Economic and Property Damages Class stands to benefit unjustly from the full distribution of the money remaining in the Fund. In addition, BP filed two motions asking the district court to suspend further distributions from the Fund and to determine the extent of the fraud and what portion, if any, of the Fund should be returned as a result. On 17 January 2014, Mr Watts filed a motion to stay the litigation pending a parallel criminal investigation and the PSC also filed a brief opposing BP's motion seeking an injunction. On 26 February 2014, the district court granted Mr Watts's motion to stay the litigation and denied BP's motion to suspend further distributions, on the basis that no further payment from the Fund is imminent. The district court deferred ruling on BP's motion seeking to determine the extent of the fraud and what portion, if any, of the seafood fund should be returned as a result.

### State and local civil claims, including under OPA 90
On 12 August 2010, the State of Alabama filed a lawsuit seeking damages for alleged economic and environmental harms, including natural resource damages, civil penalties under state law, declaratory and injunctive relief, and punitive damages as a result of the Incident. On 3 March 2011, the State of Louisiana filed a lawsuit to declare various BP entities (as well as other entities) liable for removal costs and damages, including natural resource damages under federal and state law, to recover civil penalties, attorney's fees and response costs under state law, and to recover for alleged negligence, nuisance, trespass, fraudulent concealment and negligent misrepresentation of material facts regarding safety procedures and BP's (and other defendants') ability to manage the oil spill, unjust enrichment from economic and other damages to the State of Louisiana and its citizens, and punitive damages.

On 10 December 2010, the Mississippi Department of Environmental Quality issued a Complaint and Notice of Violation alleging violations of several state environmental statutes.

The Louisiana Department of Environmental Quality has issued an administrative order seeking environmental civil penalties and other relief under state law. On 23 September 2011, BP removed this matter to federal district court, and it has been consolidated with MDL 2179.

District Attorneys of 11 parishes in the State of Louisiana have filed suits under state wildlife statutes seeking penalties for damage to wildlife as a result of the Incident. On 9 December 2011 and 28 December 2011, the district court in MDL 2179 granted BP's motions to dismiss the District Attorneys' complaints, holding that those claims are pre-empted by the Clean Water Act. All 11 of the District Attorneys of parishes in the State of Louisiana filed notices of appeal. The State of Alabama's attempt to intervene in the case was denied. Since May 2012, amicus briefs have been filed in those appeals by the states of Alabama, Louisiana, and Mississippi. Oral argument was held on 5 March 2013 and the Fifth Circuit affirmed the district court's ruling on 24 February 2014.

On 14 November 2011, the district court in MDL 2179 granted in part BP's motion to dismiss the complaints filed by the states of Alabama and Louisiana. The court's order dismissed the states' claims brought under state law, including claims for civil penalties and the State of Louisiana's request for a declaratory judgment under the Louisiana Oil Spill Prevention and Response Act, holding that those claims were pre-empted by federal law. It also dismissed the State of Louisiana's claims of nuisance and trespass under general maritime law. The court's order further held that the states have stated claims for negligence and products liability under general maritime law, have sufficiently alleged presentment of their claims under OPA 90 and may seek punitive damages under general maritime law.

On 9 December 2011, the district court in MDL 2179 granted in part BP's motion to dismiss a master complaint brought on behalf of local government entities. The court's order dismissed the plaintiffs' state law claims and limited the types of maritime law claims the plaintiffs may pursue, but also held that the plaintiffs have sufficiently alleged presentment of their claims under OPA 90 and that certain local government entity claimants may seek punitive damages under general maritime law. The court did not, however, lift an earlier stay on the

CONFIDENTIAL

BP-HZN-2179MDL07817113

Additional disclosures

underlying individual complaints raising those claims or otherwise apply his dismissal of the master complaint to those individual complaints.

In January 2013, the states of Alabama, Mississippi and Florida submitted or asserted claims to BP under OPA 90 for alleged losses including economic losses and property damage as a result of the Incident. BP is evaluating these claims. The states of Louisiana and Texas have also asserted similar claims. The amounts claimed, certain of which include punitive damages or other multipliers, are very substantial. However, BP considers these claims unsubstantiated and the methodologies used to calculate these claims to be seriously flawed, not supported by OPA 90, not supported by documentation, and to substantially overstate the claims. Similar claims have also been submitted by various local government entities and a foreign government. These claims under OPA 90 are substantial in aggregate, and more claims are expected to be submitted. The amounts alleged in the submissions for state and local government claims total approximately $35 billion. BP will defend vigorously against these claims if adjudicated at trial. Certain of these states (including the states of Alabama, Florida, Texas and Mississippi, as described below) and local government entities have filed civil lawsuits that pertain to claims asserted by them under their earlier OPA 90 submissions to BP.

In April 2013, the states of Alabama, Florida, and Mississippi each filed new actions against BP related to the Incident, which have been consolidated with MDL 2179. On 19 April 2013, the State of Alabama filed a new action against BP alleging general maritime law claims of negligence, gross negligence, and wilful misconduct; claims under OPA 90 seeking damages for removal costs, natural resource damages, property damage, lost tax and other revenue, and damages for providing increased public services during or after removal activities; and various state law claims. The State of Alabama's complaint also seeks punitive damages.

On 20 April 2013, the State of Florida filed suit against BP and Halliburton in federal court in Florida, and its case has also been transferred to MDL 2179. Florida's complaint alleges general maritime law claims for negligence and gross negligence; OPA 90 claims for alleged lost tax revenue and other economic damages; and various state law claims. Florida also seeks punitive damages.

The State of Mississippi filed both federal court and state court complaints in Mississippi against BP in April 2013. Mississippi's federal court complaint alleges OPA 90 claims against BP, Transocean, and Anadarko for natural resource damages, property damage, lost tax revenue, and damages for providing increased public services during or after removal activities. It asserts general maritime law claims for negligence and gross negligence against Halliburton only. Mississippi's state court complaint alleges various state law claims, including negligence, gross negligence, and wilful misconduct. Both Mississippi complaints seek punitive damages. The State of Mississippi's federal court action and state court action have both been consolidated with MDL 2179.

On 17 May 2013, the State of Texas filed suit against BP and others in federal court in Texas. Its complaint asserts claims under OPA 90 for natural resource damages and lost sales tax and state park revenue; claims for natural resource damages under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA); and claims for natural resource damages, cost recovery, civil penalties, and economic damages under state environmental statutes. The State of Texas's action has been consolidated with MDL 2179.

On 14 January 2014, the district court in MDL 2179 set a briefing schedule, to be completed by 28 March 2014, for BP's motion to strike the State of Alabama's jury trial demand as to its claim for compensatory damages under OPA 90 which BP then filed on 14 February 2014.

On 5 March 2014, the State of Florida filed a lawsuit to declare various BP entities (and other entities) liable for removal costs and natural resource damages.

Agreement for early natural resource restoration
On 21 April 2011, BP announced an agreement with natural resource trustees for the US and five Gulf Coast states, providing for up to $1 billion to be spent on early restoration projects to address natural resource injuries resulting from the Incident. Funding for these projects

will come from the $20-billion trust fund. As of December 2013, BP and the trustees had reached agreement, or agreement in principle, on a total of 54 early restoration projects that are expected to cost approximately $698 million. These include 10 projects that are already in place or under way, and 44 projects that are subject to a further regulatory review and public comment process and further trustee approval before they may proceed.

Other civil complaints
On 26 August 2011, the district court in MDL 2179 granted in part BP's motion to dismiss a master complaint raising claims for economic loss by private plaintiffs, dismissing the plaintiffs' state law claims and limiting the types of maritime law claims the plaintiffs may pursue, but also held that certain classes of claimants may seek punitive damages under general maritime law. The court did not, however, lift an earlier stay on the underlying individual complaints raising those claims or otherwise apply its dismissal of the master complaint to those individual complaints. On 30 September 2011, the court granted in part BP's motion to dismiss a master complaint asserting personal injury claims on behalf of persons exposed to crude oil or chemical dispersants, dismissing the plaintiffs' state law claims, claims by seamen for punitive damages, claims for medical monitoring damages by asymptomatic plaintiffs, claims for battery and nuisance under maritime law, and claims alleging negligence per se. As with its other rulings on motions to dismiss master complaints, the court did not lift an earlier stay on the underlying individual complaints raising those claims or otherwise apply its dismissal of the master complaint to those individual complaints.

Citizens groups have also filed either lawsuits or notices of intent to file lawsuits seeking civil penalties and injunctive relief under the Clean Water Act and other environmental statutes. On 16 June 2011, the district court in MDL 2179 granted BP's motion to dismiss a master complaint raising claims for injunctive relief under various federal environmental statutes brought by various citizens groups and others. The court did not, however, lift an earlier stay on the underlying individual complaints raising those claims for injunctive relief or otherwise apply its dismissal of the master complaint to those individual complaints. In addition, a different set of environmental groups filed a motion to reconsider dismissal of their Endangered Species Act claims on 14 July 2011. That motion remains pending.

On 31 January 2012, the district court in MDL 2179, on motion by the Center for Biological Diversity, entered final judgment on the basis of the 16 June 2011 order with respect to two actions brought against BP by that plaintiff. On 2 February 2012, the Center for Biological Diversity filed a notice of appeal of both actions to the Fifth Circuit. Following oral argument, the Fifth Circuit ruled in BP's favour on 9 January 2013 in virtually all respects, though it remanded the Center for Biological Diversity's claim under the Emergency Planning and Community Right to Know Act (EPCRA) to the district court. On 22 January 2013, the Center for Biological Diversity filed a Petition for Panel Rehearing in the Fifth Circuit, which was denied on 4 February 2013. In January 2014, the district court in MDL 2179 set a schedule for proceedings on remand of the EPCRA claim under which limited discovery is under way, after which the parties may file cross-motions for summary judgment to be fully briefed by 19 May 2014.

On 11 July 2012, BP filed motions to dismiss several categories of claims in MDL 2179 that were not covered by the Economic and Property Damages Settlement. On 1 October 2012, the court granted BP's motion, dismissing (1) claims alleging a reduction in the value of real property caused by the oil spill or other contaminant where the property was not physically touched by the oil and the property was not sold; (2) claims by or on behalf of entities marketing BP-branded fuels that they have suffered damages, including loss of business, income, and profits, as a result of the loss of value to the 'BP' brand or name; and (3) claims by or on behalf of recreational fishermen, recreational divers, beachgoers, recreational boaters, and similar claimants, that they have suffered damages that include loss of enjoyment of life from the inability to use of the Gulf of Mexico for recreation and amusement purposes. The judge did not, however, lift an earlier stay on the underlying individual complaints raising those claims or otherwise apply his dismissal of those categories of claims to those individual complaints. This order was appealed to the Fifth Circuit, but the appeal was ultimately dismissed on 14 May 2013 for lack of jurisdiction.

CONFIDENTIAL

BP-HZN-2179MDL07817114

### Halliburton lawsuits

On 19 April 2011, Halliburton filed a lawsuit in Texas state court seeking indemnification from BPXP for certain tort and pollution-related liabilities resulting from the Incident. On 3 May 2011, BPXP removed Halliburton's case to federal court, and on 9 August 2011, the action was transferred to MDL 2179.

On 1 September 2011, Halliburton filed an additional lawsuit against BP in Texas state court alleging that BP did not identify the existence of a purported hydrocarbon zone at the Macondo well to Halliburton in connection with Halliburton's cement work performed before the Incident and that BP has concealed the existence of this purported hydrocarbon zone following the Incident. Halliburton claims that the alleged failure to identify this information has harmed its business ventures and reputation and resulted in lost profits and other damages. On 7 February 2012, the lawsuit was transferred to MDL 2179.

### RICO lawsuits

BP has been named in several lawsuits alleging claims under the Racketeer-Influenced and Corrupt Organizations Act (RICO). On 15 July 2011, the district court granted BP's motion to dismiss a master complaint raising RICO claims against BP. The court's order dismissed the claims of the plaintiffs in four RICO cases encompassed by the master complaint.

### Non-US government lawsuits

On 15 September 2010, three Mexican states bordering the Gulf of Mexico (Veracruz, Quintana Roo, and Tamaulipas) filed lawsuits in federal court in Texas against several BP entities. These lawsuits were subsequently transferred to MDL 2179 on 4 November 2010. These lawsuits allege that the Incident harmed their tourism, fishing, and commercial shipping industries (resulting in, among other things, diminished tax revenue), damaged natural resources and the environment, and caused the states to incur expenses in preparing a response to the Incident. On 9 December 2011, the district court in MDL 2179 granted in part BP's motion to dismiss the three Mexican states' complaints, dismissing their claims under OPA 90 and for nuisance and negligence per se, and preserving their claims for negligence and gross negligence only to the extent there has been a physical injury to a proprietary interest of the states. BP, other defendants and the three Mexican states filed cross-motions for summary judgment on 4 January 2013 on the issue of whether the Mexican states have a proprietary interest in the matters asserted in their complaints. The district court heard oral argument on the cross-motions on 27 June 2013, and on 6 September 2013 the court granted defendants' motions. On 12 September 2013, the court issued a final judgment dismissing the three Mexican states' claims with prejudice. On 4 October 2013, the three Mexican states filed notices of appeal from the judgment to the Fifth Circuit. The Mexican states' opening brief in the appeal is due on 31 March 2014.

On 5 April 2011, the State of Yucatan submitted a claim to the Gulf Coast Claims Facility (GCCF) alleging potential damage to its natural resources and environment, and seeking to recover the cost of assessing the alleged damage. On 18 September 2013, the State of Yucatan filed suit against BP in federal court in Florida, and, on 13 December 2013, its action was transferred to MDL 2179.

On 19 April 2013, the Mexican federal government filed a civil action against BP and others in MDL 2179. The complaint seeks a determination that each defendant bears liability under OPA 90 for damages that include the costs of responding to the spill; natural resource damages allegedly recoverable by Mexico as an OPA 90 trustee; and the net loss of taxes, royalties, fees, or net profits.

### Insurance-related matters

On 1 March 2012, the district court in MDL 2179 issued a partial final judgment dismissing with prejudice certain claims by BP, Anadarko and MOEX for additional insured coverage under insurance policies issued to Transocean for the sub-surface pollution liabilities BP, Anadarko and MOEX have incurred and will incur with respect to the Macondo well oil release. BP filed a notice of appeal from the district court's judgment to the Fifth Circuit and on 1 March 2013, the Fifth Circuit reversed the district court's judgment, rejecting the district court's ruling that the insurance that BP is entitled to receive as an additional insured under the Transocean insurance policies at issue is limited to the scope of the

indemnity in the drilling contract between BP and Transocean. On 29 August 2013, the Fifth Circuit withdrew its 1 March 2013 opinion and certified two questions of Texas law at issue in the appeal to the Supreme Court of Texas. The Supreme Court of Texas accepted the certification. Briefing is expected to be completed on 10 March 2014, and oral argument has not yet been scheduled.

### False Claims Act actions

BP is aware that actions have been or may be brought under the Qui Tam (whistle-blower) provisions of the False Claims Act (FCA). On 17 December 2012, the court ordered unsealed one complaint that had been filed in the US District Court for the Eastern District of Louisiana by an individual under the FCA's Qui Tam provisions. The complaint alleged that BP and another defendant had made false reports and certifications of the amount of oil released into the Gulf of Mexico following the Incident. On 17 December 2012, the DoJ filed with the court a notice that the DoJ elected to decline to intervene in the action. On 31 January 2013, the complaint was transferred to MDL 2179 and remains stayed.

### MDL 2185 and other securities-related litigation

Since the Incident, shareholders have sued BP and various of its current and former officers and directors asserting shareholder derivative claims and class and individual claims. Many of these lawsuits have been consolidated or co-ordinated in federal district court in Houston (MDL 2185).

### Shareholder derivative litigation

Shareholder derivative lawsuits related to the Incident have been filed in US federal and state courts against various current and former officers and directors of BP alleging, among other things, breach of fiduciary duty, gross mismanagement, abuse of control and waste of corporate assets. On 15 September 2011, the district court in MDL 2185 granted BP's motion to dismiss the pending consolidated shareholder derivative litigation on the grounds that the courts of England are the appropriate forum for the litigation. On 8 December 2011, a final judgment was entered dismissing the shareholder derivative case and, on 3 January 2012, one of the derivative plaintiffs filed a notice of appeal to the Fifth Circuit. On 16 January 2013, the Fifth Circuit affirmed dismissal of the action. All of the state court derivative actions have been dismissed based on the final outcome of the federal case.

### Securities class action

On 13 February 2012, the district court in MDL 2185 issued two decisions on the defendants' motions to dismiss the two consolidated securities fraud complaints filed on behalf of purported classes of BP ordinary shareholders and ADS holders. The court dismissed all of the claims of the ordinary shareholders, dismissed the claims of the lead class of ADS holders against most of the individual defendants while holding that a subset of the claims against two individual defendants and the corporate defendants could proceed, and dismissed all of the claims of a smaller purported subclass with leave to re-plead in 20 days. On 2 April 2012, the plaintiffs in the lead class and subclass filed an amended consolidated complaint with claims based on (1) the 12 alleged misstatements that the court held were actionable in its February 2012 order on BP's motion to dismiss the earlier complaints; and (2) 13 alleged misstatements concerning BP's operating management system that the judge either rejected with leave to re-plead or did not address in his February decisions. On 2 May 2012, defendants moved to dismiss the claims based on the 13 statements in the amended complaint that the judge did not already rule as actionable. On 6 February 2013, the court granted in part this motion to dismiss, rejecting the plaintiffs' claims based on 10 of the 17 statements at issue in the motion and also dismissing all claims against former BP employee Andrew Inglis. On 6 December 2013, the court denied the plaintiffs' motion for class certification and gave the plaintiffs 30 days to renew that motion, and the plaintiffs renewed their motion on 6 January 2014. Briefing on the plaintiffs' renewed motion is scheduled to complete on 10 March 2014 and a hearing on this motion is scheduled for 21 April 2014. On 20 December 2013, the court revised the schedule for the action and set a trial date for 14 October 2014.

### Individual securities litigation

In April and May 2012, six cases (three of which were consolidated into one action) were filed in state and federal courts by one or more state, county or municipal pension funds against BP entities and several current

BP Annual Report and Form 20-F 2013   263

CONFIDENTIAL

BP-HZN-2179MDL07817115

Additional disclosures

and former officers and directors seeking damages for alleged losses those funds suffered because of their purchases of BP ordinary shares and, in two cases, ADSs. The funds assert various state law and federal law claims. From July 2012 to November 2013, 14 additional cases were filed in Texas state and federal courts (later consolidated into 11 actions) by pension or investment funds or advisers against BP entities and current and former officers and directors, asserting state law and other claims and seeking damages for alleged losses that those funds suffered because of their purchases of BP ordinary shares and/or ADSs, and one case was filed in New York federal court by funds that purchased BP ordinary shares and ADSs, asserting state and federal law claims. All of the cases have been transferred to federal court in Houston and, with the exception of one case that has been stayed, the judge presiding over MDL 2185. One case was voluntarily dismissed on 9 May 2013. On 3 October 2013, the judge granted in part and denied in part the defendants' motion to dismiss three of the remaining 14 cases. A subset of the claims was dismissed. The judge held that English law governs the plaintiffs' remaining claims (with the exception of the federal law claims based on purchases of ADSs and a potential claim under Ohio state law against BP p.l.c. by certain Ohio funds). On 11 December 2013, defendants moved to dismiss two of the remaining cases and answered the complaints in two others. On 5 December 2013, the Ohio funds filed an amended complaint withdrawing their English law claim and asserting only a claim under Ohio state law. On 6 January 2014, BP moved to dismiss that case.

### Canadian class action

On 20 July 2012, a BP entity received an amended statement of claim for an action in Alberta, Canada, filed by three plaintiffs seeking to assert claims under Canadian law against BP on behalf of a class of Canadian residents who allegedly suffered losses because of their purchase of BP ordinary shares and ADSs. This case was dismissed on jurisdictional grounds on 14 November 2012. On 15 November 2012, one of the plaintiffs re-filed a statement of claim against BP in Ontario, Canada, seeking to assert the same claims under Canadian law against BP on behalf of a class of Canadian residents. BP moved to dismiss that action for lack of jurisdiction, and on 9 October 2013 the Ontario court denied BP's motion. On 7 November 2013, BP filed a notice of appeal from that decision, and filed its papers on that appeal on 19 December 2013; argument is scheduled for 24 June 2014.

### Dividend-related proceedings

On 5 July 2012, the district court in MDL 2185 issued a decision granting BP's motion to dismiss, for lack of personal jurisdiction, the lawsuit against BP p.l.c. for cancelling its dividend payment in June 2010. On 10 August 2012, the plaintiffs filed an amended complaint, which BP moved to dismiss on 9 October 2012. On 12 April 2013, the court granted BP's motion and dismissed the lawsuit for lack of personal jurisdiction and on the alternative grounds of failure to state a claim and that the courts of England are the more appropriate forum for the litigation. On 16 June 2013, the court granted the plaintiff's motion to amend its decision so as to eliminate the alternative grounds for dismissal. On 22 November 2013, the plaintiffs filed a new and substantially identical action against BP p.l.c. in federal court in New York, which was transferred to the judge presiding over MDL 2185. BP p.l.c. moved to dismiss that new action on 19 February 2014.

### ERISA

On 30 March 2012, the district court in MDL 2185 issued a decision granting the defendants' motions to dismiss the ERISA case related to BP share funds in several employee benefit savings plans. On 11 April 2012, the plaintiffs requested leave to file an amended complaint, which was denied on 27 August 2012. Final judgment dismissing the case was entered on 4 September 2012 and, on 25 September 2012, the plaintiffs filed a notice of appeal to the Fifth Circuit. That appeal was fully briefed as of 21 June 2013 and oral argument was held on 4 November 2013, but no ruling has yet been issued.

### Settlements with the DoJ and SEC

On 1 June 2010, the DoJ announced that it was conducting an investigation into the Incident encompassing possible violations of US civil or criminal laws, and subsequently created a unified task force of federal agencies to investigate the Incident. On 15 November 2012, BP announced that it reached agreement with the US government, subject to court approval, to resolve all federal criminal charges and all claims by the SEC against BP arising from the Deepwater Horizon accident, oil spill and response.

On 29 January 2013, the US District Court for the Eastern District of Louisiana accepted BP's pleas regarding the federal criminal charges, and BP was sentenced in connection with the criminal plea agreement. BP pleaded guilty to 11 felony counts of Misconduct or Neglect of Ships Officers relating to the loss of 11 lives; one misdemeanour count under the Clean Water Act; one misdemeanour count under the Migratory Bird Treaty Act; and one felony count of obstruction of Congress.

Pursuant to that sentence, BP will pay $4 billion, including $1,256 million in criminal fines, in instalments over a period of five years. Under the terms of the criminal plea agreement, a total of $2,394 million will be paid to the National Fish & Wildlife Foundation (NFWF) over a period of five years. In addition, $350 million will be paid to the National Academy of Sciences (NAS) over a period of five years. BP made its required payments that were due by 30 March and 29 April 2013 and 29 January 2014, totalling $926 million. The next scheduled payments under the plea agreement total $595 million and are due by 29 January 2015.

The court also ordered, as previously agreed with the US government, that BP serve a term of five years' probation. Pursuant to the terms of the plea agreement, the court also ordered certain equitable relief, including additional actions, enforceable by the court, to further enhance the safety of drilling operations in the Gulf of Mexico. These requirements relate to BP's risk management processes, such as third-party auditing and verification, BP's oil spill response plan, training, and well control equipment and processes such as blowout preventers and cementing. BP has also agreed to maintain a real-time drilling operations monitoring centre in Houston or another appropriate location. In addition, BP will undertake several initiatives with academia and regulators to develop new technologies related to deepwater drilling safety. The resolution also provides for the appointment of two monitors, both with terms of up to four years. A process safety monitor will review, and provide recommendations concerning BPXP's process safety and risk management procedures for deepwater drilling in the Gulf of Mexico. An ethics monitor will review and provide recommendations concerning BP's ethics and compliance programme. BP has also agreed to retain an independent third-party auditor who will review and report to the probation officer, the DoJ and BP regarding BPXP's compliance with the key terms of the plea agreement including the completion of safety and environmental management systems audits, operational oversight enhancements, oil spill response training and drills and the implementation of best practices. Under the plea agreement, BP has also agreed to co-operate in ongoing criminal actions and investigations, including prosecutions of four former employees who have been separately charged.

In its resolution with the SEC, BP has resolved the SEC's Deepwater Horizon-related claims against the company under Sections 10(b) and 13(a) of the Securities Exchange Act of 1934 and the associated rules. BP has agreed to a civil penalty of $525 million, payable in three instalments over a period of three years, and has consented to the entry of an injunction prohibiting it from violating certain US securities laws and regulations. The SEC's claims are premised on oil flow rate estimates contained in three reports provided by BP to the SEC during a one-week period (on 29 and 30 April 2010 and 4 May 2010), within the first 14 days after the accident. BP's consent was incorporated in a final judgment and court order on 10 December 2012, and BP made its first payment of $175 million on 11 December 2012 and its second payment of $175 million on 1 August 2013. The final instalment of $175 million, plus accrued interest, is due on 1 August 2014.

BP's November 2012 agreement with the US government does not resolve the DoJ's civil claims, such as claims for civil penalties under the Clean Water Act or claims for natural resource damages under OPA 90. Neither does it resolve the private securities claims pending in MDL 2185.

### US Environmental Protection Agency matters

On 28 November 2012, the US Environmental Protection Agency (EPA) notified BP that it had temporarily suspended BP p.l.c., BPXP and a number of other BP subsidiaries from participating in new federal

CONFIDENTIAL

BP-HZN-2179MDL07817116

contracts. As a result of the temporary suspension, the BP entities listed in the notice are ineligible to receive any US government contracts either through the award of a new contract, or the extension of the term of or renewal of an expiring contract. The suspension does not affect existing contracts the company has with the US government, including those relating to current and ongoing drilling and production operations in the Gulf of Mexico.

The charges to which BPXP pleaded guilty included one misdemeanour count under the Clean Water Act that, by operation of law following the court's acceptance of BPXP's plea, triggers a statutory debarment, also referred to as mandatory debarment, of the facility where the Clean Water Act violation occurred. On 1 February 2013, the EPA issued a notice that BPXP was mandatorily debarred at its Houston headquarters. Mandatory debarment prevents a company from entering into new contracts or new leases with the US government that would be performed at the facility where the Clean Water Act violation occurred. A mandatory debarment does not affect any existing contracts or leases a company has with the US government and will remain in place until such time as the debarment is lifted through an agreement with the EPA or the EPA decides to lift the debarment.

On 15 February 2013, BP filed an administrative challenge with the EPA seeking to lift the 28 November 2012 suspension of 22 BP entities and the 1 February 2013 mandatory debarment of BPXP at its Houston headquarters. On 19 July 2013, the EPA affirmed its suspension and mandatory debarment decisions. BP maintains that the EPA's actions do not have an adequate legal basis and do not reflect BP's present status as a responsible government contractor. On 12 August 2013, BP filed a lawsuit in the US District Court for the Southern District of Texas (the Texas District Court) challenging the EPA's suspension and mandatory debarment decisions. On 25 November 2013, BP filed a motion for summary judgment on its claims in the Texas District Court. The UK government and a coalition of major trade and business groups led by the American Petroleum Institute later filed friend of the court (amicus) briefs supporting BP's position. On 28 January 2014, the EPA filed a motion for summary judgment in the Texas District Court. Both motions remain pending with briefing scheduled to be completed by 14 March 2014.

On 26 November 2013, the EPA issued a Notice of Continued Suspensions and Proposed Debarments that continued the suspensions of the previously suspended BP entities, suspended two new BP entities (BP Alternative Energy and BP Pipelines (Alaska) Inc.), and proposed discretionary debarment of all suspended BP entities.

BP continues to work with the EPA in preparing an administrative agreement to resolve these suspension and debarment issues.

## US Department of Interior matters

On 14 September 2011, the US Coast Guard and Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) issued a report regarding the causes of the 20 April 2010 Macondo well blowout (the BOEMRE Report). The BOEMRE Report states that decisions by BP, Halliburton and Transocean increased the risk or failed to fully consider or mitigate the risk of a blowout on 20 April 2010. The BOEMRE Report also states that BP, Transocean and Halliburton violated certain regulations related to offshore drilling. In itself, the BOEMRE Report does not constitute the initiation of enforcement proceedings relating to any violation. On 12 October 2011, the US Department of the Interior Bureau of Safety and Environmental Enforcement issued to BPXP, Transocean, and Halliburton Notification of Incidents of Noncompliance (INCs). The notification issued to BPXP is for a number of alleged regulatory violations concerning Macondo well operations. The Department of Interior has indicated that this list of violations may be supplemented as additional evidence is reviewed, and on 7 December 2011, the Bureau of Safety and Environmental Enforcement issued to BPXP a second INC. This notification was issued to BP for five alleged violations related to drilling and abandonment operations at the Macondo well. BP has filed an administrative appeal with respect to the first and second INCs. BP has filed a joint stay of proceedings with the Department of Interior with respect to both INCs.

## Louisiana Department of Natural Resources

On 21 August 2013, the Louisiana Department of Natural Resources (LDNR) issued a Cease and Desist Order (the Order) directing BP to apply for a Coastal Use Permit to remove certain 'orphan' anchors that had been placed in coastal waters to secure containment boom during oil spill response operations in 2010. On 6 September 2013, BP sent a letter to the LDNR observing that the Order is pre-empted by federal law and would require the consent of the Federal On-Scene Coordinator following a net environmental benefits analysis. BP has requested that the LDNR withdraw the Order or initiate a judicial hearing. The LDNR has yet to withdraw the Order or initiate a judicial hearing, but responded on 17 September 2013 that the Order will not take effect unless and until the LDNR assesses costs or penalties or files a lawsuit. On 18 September 2013, BP filed a complaint in the US District Court for the Middle District of Louisiana seeking to enjoin the State of Louisiana from enforcing the Order on grounds of federal pre-emption. The LDNR moved to dismiss BP's complaint on 5 November 2013, and BP filed a motion for summary judgment on 18 December 2013. Briefing on the motions is now complete.

## Non-US lawsuits

### Mexico

On 18 October 2012, before a Mexican Federal District Court located in Mexico City, a class action complaint was filed against BPXP, BP America Production Company, and other BP subsidiaries. The plaintiffs, consisting of fishermen and other groups, are seeking, among other things, compensatory damages for the class members who allegedly suffered economic losses, as well as an order requiring BP to remediate environmental damage resulting from the Incident, to provide funding for the preservation of the environment and to conduct environmental impact studies in the Gulf of Mexico for the next 10 years. The plaintiffs did not properly serve BP entities named as defendants and, on 20 January 2014, the plaintiffs voluntarily dismissed their action.

### Ecuador

A claim was commenced against BP by a group of claimants on 26 July 2012 in Ecuador. The majority of the claimants represent local NGOs. The claim alleges that through the Incident and BP's response to it, BP violated the 'rights of nature'. The claim is not monetary but rather seeks injunctive relief. Two previous claims on identical grounds were dismissed at an early stage by the Ecuadorian courts. On 3 December 2012, the Ecuadorian court of first instance dismissed the claim. On 7 December 2012, the claimants filed a timely notice of appeal to the Ecuadorian court of second instance. On 28 February 2013, the court affirmed the dismissal by the lower court.

## Pending investigations and reports relating to the Deepwater Horizon oil spill

### CSB investigation

The US Chemical Safety and Hazard Investigation Board (CSB) is conducting an investigation of the Incident that is focused on the explosions and fire, and not the resulting oil spill or response efforts. As part of this effort, on 24 July 2012, the CSB conducted a hearing at which it released its preliminary findings on, among other things, the use of safety indicators by industry (including BP and Transocean) and government regulators in offshore operations prior to the Incident. On 30 March 2013, a ruling was issued in the CSB's pending enforcement action against Transocean in federal district court in the Southern District of Texas holding that the CSB has jurisdiction to investigate the Incident and its subpoenas are valid and enforceable. On 3 May 2013, Transocean appealed to the Fifth Circuit, the district court's ruling that the CSB has jurisdiction. That appeal is currently pending. On 20 June 2013, the CSB sent BP a letter stating that BP must comply with the outstanding document subpoenas. BP is producing documents in compliance with the CSB's document subpoenas. Separately the CSB has announced that it may issue its reports in this matter in 2014. The CSB may seek to recommend improvements to BP and industry practices and to regulatory programmes to prevent recurrence and mitigate potential consequences.

### National Academy of Engineering/National Research Council report

A Committee of the National Academy of Engineering/National Research Council that had been reviewing methods for assessing impacts on natural resources issued its final report on 10 July 2013. The report endorses use of an 'ecosystems services approach,' and discusses additional data, models, research, and analysis that potentially would be needed in order to apply the approach to the Deepwater Horizon oil spill.

CONFIDENTIAL

BP-HZN-2179MDL07817117

Additional disclosures

## Other legal proceedings

### FERC and CFTC matters

The US Federal Energy Regulatory Commission (FERC) and the US Commodity Futures Trading Commission (CFTC) have been investigating several BP entities regarding trading in the next-day natural gas market at Houston Ship Channel during September, October and November 2008. The FERC Office of Enforcement staff notified BP on 12 November 2010 of their preliminary conclusions relating to alleged market manipulation in violation of 18 C.F.R. Sec. 1c.1. On 30 November 2010, CFTC Enforcement staff also provided BP with a notice of intent to recommend charges based on the same conduct alleging that BP engaged in attempted market manipulation in violation of Section 6(c), 6(d), and 9(a)(2) of the Commodity Exchange Act. On 23 December 2010, BP submitted responses to the FERC and CFTC November 2010 notices providing a detailed response that it did not engage in any inappropriate or unlawful activity. On 28 July 2011, FERC staff issued a Notice of Alleged Violations stating that it had preliminarily determined that several BP entities fraudulently traded physical natural gas in the Houston Ship Channel and Katy markets and trading points to increase the value of their financial swing spread positions. On 5 August 2013, the FERC issued an Order to Show Cause and Notice of Proposed Penalty directing BP to respond to a FERC Enforcement Staff report, which FERC issued on the same day, alleging that BP manipulated the next-day, fixed price gas market at Houston Ship Channel from mid-September 2008 to 30 November 2008. The FERC Enforcement Staff report proposes a civil penalty of $28 million and the surrender of $800,000 of alleged profits. BP filed its answer on 4 October 2013 denying the allegations and moving for dismissal.

### CSB matters

On 23 March 2005, an explosion and fire occurred at the Texas City refinery. Fifteen workers died in the incident and many others were injured. BP Products North America, Inc. (BP Products) has resolved all civil injury claims and all civil and criminal governmental claims arising from the March 2005 incident. In March 2007, the US Chemical Safety and Hazard Investigation Board (CSB) issued a report on the incident. The report contained recommendations to the Texas City refinery and to the board of directors of BP. To date, the CSB has accepted that the majority of BP's responses to its recommendations have been satisfactorily addressed. BP and the CSB are continuing to discuss the remaining open recommendations with the objective of the CSB agreeing to accept these as satisfactorily addressed as well.

### OSHA matters

On 29 October 2009, the US Occupational Safety and Health Administration (OSHA) issued citations to the Texas City refinery related to the Process Safety Management (PSM) Standard. On 12 July 2012, OSHA and BP resolved 409 of the 439 citations. The agreement required that BP pay a civil penalty of $13,027,000 and that BP abate the alleged violations by 31 December 2012. BP completed these requirements and the agreement has terminated. The settlement excluded 30 citations for which BP and OSHA could not reach agreement. However, the parties agreed that BP's penalty liability will not exceed $1 million if these citations are resolved through litigation. On 4 March 2014, the parties reached agreement in relation to the remaining Texas City citations. The agreement, which is subject to approval by an Administrative Law Judge from the OSH Review Commission, links the outcome of the remaining Texas City citations to the ultimate outcome of the remaining Toledo citations (see below). If the 31 July 2013 decision of the Administrative Law Judge in relation to the remaining Toledo citations is ultimately upheld, OSHA has agreed to dismiss the remaining Texas City citations. If the 31 July 2013 decision is ultimately overturned, BP has agreed to pay a penalty not exceeding $1 million to resolve the remaining Texas City citations.

On 8 March 2010, OSHA issued 65 citations to BP Products and BP-Husky for alleged violations of the PSM Standard at the Toledo refinery, with penalties of approximately $3 million. These citations resulted from an inspection conducted pursuant to OSHA's Petroleum Refinery Process Safety Management National Emphasis Program. Both BP Products and BP-Husky contested the citations. The parties resolved 23 citations in a pre-trial settlement for an aggregate amount of $45,000. A trial of the remaining 42 citations was completed in June 2012 before an Administrative Law Judge from the OSH Review Commission. The

Administrative Law Judge rendered her decision on 31 July 2013. Of the 42 remaining citations, OSHA voluntarily dismissed one of them and the judge vacated 36 additional citations. The remaining five citations were downgraded and assessed an aggregate penalty of $35,000. In addition, the judge accepted the parties' pre-trial settlement of the 23 citations. As a result of the settlement and the judge's decision, the total penalty in respect of the citations was reduced from the original amount of approximately $3 million to $80,000. The Review Commission has granted OSHA's petition for review with briefing scheduled to be completed in the first half of 2014. The Review Commission is not expected to issue its decision until 2015.

### Texas City flaring event

A flaring event occurred at the Texas City refinery in April and May 2010. This flaring event is the subject of civil lawsuit claims for personal injury and, in some cases, property damage by roughly 50,000 individuals. These lawsuit claims have been consolidated in a Texas multi-district litigation proceeding in Galveston, Texas. The first trial in the matter began in September 2013 and was completed in October 2013. Of the six plaintiffs initially scheduled for trial, two filed nonsuits before trial, the claims of one plaintiff were dismissed by the court on directed verdict, and the jury awarded no damages to the remaining three plaintiffs. The second trial in the matter is scheduled to begin on 15 September 2014. In addition, this flaring event and other refinery emissions from December 2008 through to 2010 were the subject of a purported class action, on behalf of some local residential property owners, filed in US federal district court in Galveston. The court denied the plaintiffs' class certification motion on 2 October 2013, and the plaintiffs dismissed their complaint on 4 December 2013. The flares involved in this event are also the subject of a federal government enforcement action. BP retained these liabilities when it sold the Texas City refinery.

### Prudhoe Bay leak

In March and August 2006, oil leaked from oil transit pipelines operated by BP Exploration (Alaska) Inc. (BPXA) at the Prudhoe Bay unit on the North Slope of Alaska. On 12 May 2008, a BP p.l.c. shareholder filed a consolidated complaint alleging violations of federal securities law on behalf of a putative class of BP p.l.c. shareholders against BP p.l.c., BPXA, BP America Inc., and four officers of the companies, based on alleged misrepresentations concerning the integrity of the Prudhoe Bay pipeline before its shutdown on 6 August 2006. On 8 February 2010, the US Court of Appeals for the Ninth Circuit (the Ninth Circuit) accepted BP's appeal from a decision of the lower court granting in part and denying in part BP's motion to dismiss the lawsuit. On 29 June 2011, the Ninth Circuit ruled in BP's favour that the filing of a trust-related agreement with the SEC containing contractual obligations on the part of BP was not a misrepresentation which violated federal securities laws. The BP p.l.c. shareholder filed an amended complaint, in response to which BP filed a new motion to dismiss, which was granted by the trial court on 14 March 2012. The plaintiff appealed the court's dismissal of the case, and on 13 February 2014 the Ninth Circuit affirmed in part and reversed in part, ruling that claims based on four alleged misrepresentations should not have been dismissed. The case has been remanded to the trial court for further proceedings.

### Exxon Valdez matters

Approximately 200 lawsuits were filed in state and federal courts in Alaska seeking compensatory and punitive damages arising out of the Exxon Valdez oil spill in Prince William Sound in March 1989. Most of those suits named Exxon (now ExxonMobil), Alyeska Pipeline Service Company (Alyeska), which operates the oil terminal at Valdez, and the other oil companies that own Alyeska. Alyeska initially responded to the spill until the response was taken over by Exxon. BP owns a 46.9% interest (reduced during 2001 from 50% by a sale of 3.1% to Phillips) in Alyeska through a subsidiary of BP America Inc. and briefly indirectly owned a further 20% interest in Alyeska following BP's combination with Atlantic Richfield. Alyeska and its owners have settled all the claims against them under these lawsuits. Exxon has indicated that it may file a claim for contribution against Alyeska for a portion of the costs and damages that it has incurred. If any claims are asserted by Exxon that affect Alyeska and its owners, BP will defend the claims vigorously.

### Lead paint matters

Since 1987, Atlantic Richfield Company (Atlantic Richfield), a subsidiary of BP, has been named as a co-defendant in numerous lawsuits brought in

CONFIDENTIAL

the US alleging injury to persons and property caused by lead pigment in paint. The majority of the lawsuits have been abandoned or dismissed against Atlantic Richfield. Atlantic Richfield is named in these lawsuits as alleged successor to International Smelting and Refining and another company that manufactured lead pigment during the period 1920-1946. The plaintiffs include individuals and governmental entities. Several of the lawsuits purport to be class actions. The lawsuits seek various remedies including compensation to lead-poisoned children, cost to find and remove lead paint from buildings, medical monitoring and screening programmes, public warning and education of lead hazards, reimbursement of government healthcare costs and special education for lead-poisoned citizens and punitive damages. No lawsuit against Atlantic Richfield has been settled nor has Atlantic Richfield been subject to a final adverse judgment in any proceeding. The amounts claimed and, if such suits were successful, the costs of implementing the remedies sought in the various cases could be substantial. While it is not possible to predict the outcome of these legal actions, Atlantic Richfield believes that it has valid defences. It intends to defend such actions vigorously and believes that the incurrence of liability is remote. Consequently, BP believes that the impact of these lawsuits on the group's results, financial position or liquidity will not be material.

Abbott Atlantis related matters
In April 2009, Kenneth Abbott, as relator, filed a US False Claims Act lawsuit against BP, alleging that BP violated federal regulations, and made false statements in connection with its compliance with those regulations, by failing to have necessary documentation for the Atlantis subsea and other systems. BP is the operator and 56% interest owner of the Atlantis unit in production in the Gulf of Mexico. That complaint was unsealed in May 2010 and served on BP in June 2010. Abbott seeks damages measured by the value, net of royalties, of all past and future production from the Atlantis platform, trebled, plus penalties. In September 2010, Kenneth Abbott and Food & Water Watch filed an amended complaint in the False Claims Act lawsuit seeking an injunction shutting down the Atlantis platform. The court denied BP's motion to dismiss the complaint in March 2011. Separately, also in March 2011, BOEMRE issued its investigation report of the Abbott Atlantis allegations, which concluded that Kenneth Abbott's allegations that Atlantis operations personnel lacked access to critical, engineer-approved drawings were without merit and that his allegations about false submissions by BP to BOEMRE were unfounded. Trial was scheduled to begin on 10 April 2012, but the trial date was vacated and not rescheduled pending consideration of the parties' summary judgment motions.

Clean Air Act matters
On 1 February 2013, Marathon Petroleum Company LP (Marathon) purchased the Texas City refinery from BP Products and directed BP Products to transfer the refinery to Blanchard Refining Company LLC (Blanchard). On 4 November 2013, BP Products, Blanchard and the EPA reached an agreement to settle certain alleged Clean Air Act violations at the Texas City refinery. Pursuant to the settlement BP Products paid a civil penalty of $950,000 and Blanchard agreed to undertake certain injunctive relief.

BP Products has also been in discussions with the EPA regarding alleged CAA violations at the Toledo refinery and the EPA has alleged certain CAA violations at the Cherry Point refinery and the Carson refinery (which BP Products sold to Tesoro Corporation on 1 June 2013).

Bolivia
On 24 January 2012, the Republic of Bolivia issued a press statement declaring its intent to nationalize Pan American Energy's (PAE) interests in the Caipipendi Operations Contract. No formal decision has been issued or announced by the government, and no nationalization process has commenced. In October 2013, in a public speech the President of Bolivia made remarks in connection with PAE's arbitration case for compensation for expropriation of its shares in Empresa Petrolera Chaco S.A. (Chaco). PAE and its shareholders BP and Bridas intend to vigorously defend their legal interests under the Caipipendi Operations Contract and in relation to the arbitration case relating to the expropriation of the PAE shares in Chaco. That arbitration was filed in March 2012 and jurisdiction has been confirmed by the tribunal. The case is due to proceed. PAE has reiterated its willingness to negotiate on the Chaco compensation claim

and in December 2013 there was an agreement in principle to explore settlement options with the Bolivian government. Such proposals are being evaluated.

EC investigation and related matters
On 14 May 2013, European Commission officials made a series of unannounced inspections at the offices of BP and other companies involved in the oil industry acting on concerns that anticompetitive practices may have occurred in connection with oil price reporting practices and the reference price assessment process. Such inspections are a preliminary step in investigations. There is no deadline for the completion of the inquiries. Related inquiries and requests for information have also been received from US and other regulators following the European Commission's actions. On 25 June 2013, the Federal Trade Commission (FTC) served BP with a Request for Voluntary Submission of Documents and Information regarding its non-public investigation into whether or not Shell, BP or Statoil have engaged in unfair methods of competition or manipulative or deceptive conduct. BP is producing documents to the FTC. In June 2013, BP received an initial request for information from the Japanese Fair Trade Commission. In December 2013, the Korea Fair Trade Commission initiated an investigation and a first information request is expected to be issued. On 16 January 2014, the U.S. Commodity Futures Trading Commission requested price reporting documents from BP.

In addition, fifteen purported class actions related to these matters have been filed in US District Courts alleging manipulation and antitrust violations under the Commodity Exchange Act and US antitrust laws, and these purported class actions have been consolidated in federal court in New York.

## Further note on certain activities

During the period covered by this report, non-US subsidiaries or other non-US entities of BP conducted limited activities in, or with persons from, certain countries identified by the US Department of State as State Sponsors of Terrorism or otherwise subject to US sanctions ('Sanctioned Countries'). These activities continue to be insignificant to the group's financial condition and results of operations. BP monitors its activities with Sanctioned Countries and persons from Sanctioned Countries and seeks to comply with applicable sanctions laws and regulations.

Both the US and the EU have enacted strong sanctions against Iran, including: in the US, sanctions against persons involved with Iran's energy, shipping and petrochemicals industries, and sanctions against financial institutions that engage in significant transactions with the Iran Central Bank; and in the EU, a prohibition on the import, purchase and transport of Iranian-origin crude oil, petroleum products and natural gas. In addition, in August 2012, US President Obama signed into law the Iran Threat Reduction and Syria Human Rights Act of 2012 ('ITRA'), which, among other things, added a new Section 13(r) to the Securities Exchange Act of 1934, as amended (the 'Exchange Act') and requires issuers that must file annual or quarterly reports under the Exchange Act to disclose in such reports whether, during the period covered by the report, the registrant or its affiliates have knowingly engaged in certain, principally Iran-related, activities.

Both the US and the EU have enacted strong sanctions against Syria, including a prohibition on the purchase of Syrian-origin crude and a US prohibition on the provision of services to Syria by US persons. The EU sanctions against Syria include a prohibition on supplying certain equipment used in the production, refining, or liquefaction of petroleum resources as well as restrictions on dealing with the Central Bank of Syria and numerous other Syrian financial institutions.

With effect from 20 January 2014, the US and the EU implemented temporary, limited and reversible relief of certain sanctions related to Iran pursuant to a Joint Plan of Action entered by Iran, China, France, Germany, Russia, the UK and the US. BP has not changed its policy in relation to Iran as a result of the Joint Plan of Action and has no plans to engage in any new business with Iran which would now be permitted as a result of the Joint Plan of Action.

BP has interests in and operates two fields – the North Sea Rhum field ('Rhum') and the Azerbaijan Shah Deniz field – and has interests in a gas marketing entity and a gas pipeline entity which, respectively, market and

Additional disclosures

BP-HZN-2179MDL07817119

transport Shah Deniz gas (both entities and related assets are located outside Iran), in which Naftiran Intertrade Co. Limited and NICO SPV Limited (collectively, 'NICO') or Iranian Oil Company (U.K.) Limited ('IOC UK') have interests. Production was suspended at Rhum (in which IOC UK has a 50% interest) in November 2010 and Rhum remains shut-in. On 22 October 2013, the UK government announced a temporary management scheme (the 'Temporary Scheme') under The Hydrocarbon (Temporary Management Scheme) Regulations 2013 under which the UK government will assume control of and manage IOC UK's interest in the Rhum field, thereby permitting operations to re-commence at Rhum in accordance with applicable EU regulations and in compliance with US laws and regulations.

The Shah Deniz field, its gas marketing entity and the gas pipeline entity (in which NICO has a 10% or less non-operating interest) continue in operation. The Shah Deniz joint operation and its gas marketing and pipeline entities were excluded from the main operative provisions of the EU regulations as well as from the application of the new US sanctions, and fall within the exception for certain natural gas projects under Section 603 of ITRA.

BP has no operations in Iran and it is BP's policy that it shall not purchase or ship crude oil or other products of Iranian origin. Participants in non-BP controlled or operated joint ventures may purchase Iranian-origin crude oil or other components as feedstock for facilities located outside the EU and US. It is also BP's policy that BP shall not sell crude oil or other products into Iran. Until January 2010, BP held an equity interest in an Iranian joint venture that blended and marketed automotive lubricants for sale to domestic consumers in Iran. BP sold its equity interest but continued to sell small quantities of automotive lubricants and components and license relevant trade marks to the current owner. These sales of automotive lubricants and components were terminated in June 2013. BP currently holds an interest in a non-BP operated joint venture which sells crude oil to an Indian entity in which NICO holds a minority, non-controlling stake.

In 2012, BP became aware that a Canadian university had been using graduate students, some of whom were nationals of Iran, on a research programme funded in part by BP. BP suspended the programme and made a voluntary disclosure to OFAC. Also in 2012, BP became aware that in 2010, as consideration for certain auditing services, BP effected a transfer of funds to a local Iranian consulting firm which may have been in violation of relevant EU notification requirements. BP has made a voluntary disclosure to the applicable EU regulator of such transfer.

Following the imposition in 2011 of further US and EU sanctions against Syria, BP terminated all sales of crude oil and petroleum products into Syria, though BP continues to supply aviation fuel to non-governmental Syrian resellers outside of Syria.

BP sells lubricants in Cuba through a 50:50 joint arrangement and trades in small quantities of lubricants. In the first quarter of 2013, BP sold a small quantity of lubricants to a third-party drilling company for use in Myanmar.

BP has equity interests in non-operated joint arrangements with air fuel sellers, resellers, and fuel delivery services around the world. From time to time, the joint arrangement operator may sell or deliver fuel to airlines from Sanctioned Countries or flights to Sanctioned Countries without BP's knowledge or consent. BP has registered and paid required fees for patents and trade marks in Sanctioned Countries.

## Disclosure pursuant to Section 219 of ITRA

To our knowledge, none of BP's activities, transactions or dealings are required to be disclosed pursuant to ITRA Section 219, with the following possible exception:

The Rhum field ('Rhum'), located in the UK sector of the North Sea, is operated by BP Exploration Operating Company Limited ('BPEOC'), a non-US subsidiary of BP. Rhum is owned under a 50:50 unincorporated joint arrangement between BPEOC and Iranian Oil Company (U.K.) Limited ('IOC'). The Rhum joint arrangement was originally formed in 1974. During the period of production from Rhum, the Rhum joint arrangement supplied natural gas and certain associated liquids to the UK. On 16 November 2010, production from Rhum was suspended in response to relevant EU sanctions. Rhum remains shut-in.

During the year ended 31 December 2013, BP recorded gross revenues of $5,297 related to Rhum due to changes in prices related to hydrocarbon stock. These changes in prices were non-cash transactions that were recorded as revenue in accordance with BP accounting policy. BP had no net profits related to Rhum during the year ended 31 December 2013, recording an overall loss.

The re-commencement of operations at Rhum in accordance with the Temporary Scheme (see above) remains contingent on the commitment of third-party contractors and financial institutions to provide services to Rhum. BP currently intends to continue to hold its ownership stake in the Rhum joint arrangement, and to meet any applicable obligations in respect of safety and maintenance of the facilities related to the Rhum field. Subject to the availability of the Temporary Scheme in the future and to the commitment of relevant third-party contractors and financial institutions to provide services to Rhum, BP also intends to recommence operations at Rhum in the future in accordance with the Temporary Scheme.

## Material contracts

On 6 August 2010, BP entered into a trust agreement with John S Martin, Jr and Kent D Syverud, as individual trustees, and Citigroup Trust – Delaware, N.A., as corporate trustee (the Trust Agreement) which established the Deepwater Horizon Oil Spill Trust (the Trust) to be funded in the amount of $20 billion (the trust fund) over the period to the fourth quarter of 2013. During the fourth quarter of 2012, BP made a final contribution to the Trust to complete the funding of the full $20-billion commitment. The trust fund is available to satisfy legitimate individual and business claims that were previously administered by the Gulf Coast Claims Facility (GCCF), state and local government claims resolved by BP, final judgments and settlements, state and local response costs, and natural resource damages and related costs. The trust fund is available to satisfy claims that were previously processed through the transitional court-supervised claims facility, to fund the qualified settlement funds established under the terms of the settlement agreements with the Plaintiffs' Steering Committee (PSC) administered through the court-supervised settlement programme, and to satisfy claims processed through the separate BP claims programme in respect of claimants not in the Economic and Property Damages class as determined by the Economic and Property Damages Settlement Agreement or who have requested to opt out of that settlement. Fines, penalties and claims administration costs are not covered by the trust fund. Under the terms of the Trust Agreement, BP has no right to access the funds once they have been contributed to the trust fund. BP will receive funds from the trust fund only upon its expiration, if there are any funds remaining at that point. BP has the authority under the Trust Agreement to present certain resolved claims, including natural resource damages claims and state and local response claims, to the Trust for payment, by providing the trustees with all the required documents establishing that such claims are valid under the Trust Agreement. However, any such payments can only be made on the authority of the trustee and any funds distributed are paid directly to the claimants, not to BP. The Trust Agreement is governed by the laws of the State of Delaware.

## Property, plant and equipment

BP has freehold and leasehold interests in real estate in numerous countries, but no individual property is significant to the group as a whole. For more on the significant subsidiaries of the group at 31 December 2013 and the group percentage of ordinary share capital see Financial statements – Note 38. For information on significant joint ventures and associates of the group see Financial statements – Notes 17 and 18.

## Related-party transactions

Transactions between the group and its significant joint ventures and associates are summarized in Financial statements – Note 17 and Note 18. In the ordinary course of its business, the group enters into transactions with various organizations with which some of its directors or executive officers are associated. Except as described in this report, the group did not have material transactions or transactions of an unusual nature with, and did not make loans to, related parties in the period commencing 1 January 2013 to 18 February 2014.

CONFIDENTIAL

BP-HZN-2179MDL07817120

## Exhibits

The following documents are filed in the Securities and Exchange Commission (SEC) EDGAR system, as part of this Annual Report on Form 20-F, and can be viewed on the SEC's website.

| Exhibit 1 | Memorandum and Articles of Association of BP p.l.c.*† |
|---|---|
| Exhibit 4.1 | The BP Executive Directors' Incentive Plan*† |
| Exhibit 4.2 | Amended BP Deferred Annual Bonus Plan 2005**† |
| Exhibit 4.3 | Amended Director's Secondment Agreement for R W Dudley† |
| Exhibit 4.4 | Amended Director's Service Contract and Secondment Agreement for R W Dudley*† |
| Exhibit 4.6 | Director's Service Contract for I C Conn***† |
| Exhibit 4.7 | Director's Service Contract for Dr B Gilvary****† |
| Exhibit 7 | Computation of Ratio of Earnings to Fixed Charges (Unaudited)† |
| Exhibit 8 | Subsidiaries (included as Note 38 to the Financial Statements) |
| Exhibit 10.1 | Trust Agreement dated as of 6 August 2010 among BP Exploration & Production Inc., John S Martin, Jr and Kent D Syverud, as individual trustees, and Citigroup Trust- Delaware, N.A., as corporate trustee, as amended by an Addendum, dated 6 August 2010*† |
| Exhibit 11 | Code of Ethics*****† |
| Exhibit 12 | Rule 13a – 14(a) Certifications† |
| Exhibit 13 | Rule 13a – 14(b) Certifications#† |
| Exhibit 15.1 | Consent of DeGolyer and MacNaughton† |
| Exhibit 15.2 | Report of DeGolyer and MacNaughton† |

* Incorporated by reference to the company's Annual Report on Form 20-F for the year ended 31 December 2010.
** Incorporated by reference to the company's Annual Report on Form 20-F for the year ended 31 December 2012.
*** Incorporated by reference to the company's Annual Report on Form 20-F for the year ended 31 December 2004.
**** Incorporated by reference to the company's Annual Report on Form 20-F for the year ended 31 December 2011.
***** Incorporated by reference to the company's Annual Report on Form 20-F for the year ended 31 December 2009.
# Furnished only
† Included only in the annual report filed in the Securities and Exchange Commission EDGAR system.

The total amount of long-term securities of the Registrant and its subsidiaries authorized under any one instrument does not exceed 10% of the total assets of BP p.l.c. and its subsidiaries on a consolidated basis. The company agrees to furnish copies of any or all such instruments to the SEC on request.

## Certain definitions

Unless the context indicates otherwise, the following terms have the meaning provided below:

### Replacement cost profit

Replacement cost (RC) profit or loss reflects the replacement cost of supplies and is arrived at by excluding inventory holding gains and losses from profit or loss. IFRS requires that the measure of profit or loss disclosed for each operating segment is the measure that is provided regularly to the chief operating decision maker for the purposes of performance assessment and resource allocation. For BP, both RC profit or loss before interest and tax and underlying RC profit or loss before interest and tax are provided regularly to the chief operating decision maker. In such cases IFRS requires that the measure of profit disclosed for each operating segment is the measure that is closest to IFRS, which for BP is RC profit or loss before interest and tax. RC profit or loss for the group is not a recognized GAAP measure. The nearest equivalent GAAP measure is profit or loss for the year attributable to BP shareholders. BP believes that replacement cost profit before interest and taxation for the group is a useful measure for investors because it is a profitability measure used by management. A reconciliation is provided between the total of the operating segments' measures of profit or loss and the group profit or loss before taxation, as required under IFRS. See Financial statements – Note 7.

### Inventory holding gains and losses

Inventory holding gains and losses represent the difference between the cost of sales calculated using the average cost to BP of supplies acquired during the period and the cost of sales calculated on the first-in first-out (FIFO) method after adjusting for any changes in provisions where the net realizable value of the inventory is lower than its cost. Under the FIFO method, which we use for IFRS reporting, the cost of inventory charged to the income statement is based on its historic cost of purchase, or manufacture, rather than its replacement cost. In volatile energy markets, this can have a significant distorting effect on reported income. The amounts disclosed represent the difference between the charge (to the income statement) for inventory on a FIFO basis (after adjusting for any related movements in net realizable value provisions) and the charge that would have arisen if an average cost of supplies was used for the period. For this purpose, the average cost of supplies during the period is principally calculated on a monthly basis by dividing the total cost of inventory acquired in the period by the number of barrels acquired. The amounts disclosed are not separately reflected in the financial statements as a gain or loss. No adjustment is made in respect of the cost of inventories held as part of a trading position and certain other temporary inventory positions.

Management believes this information is useful to illustrate to investors the fact that crude oil and product prices can vary significantly from period to period and that the impact on our reported result under IFRS can be significant. Inventory holding gains and losses vary from period to period due principally to changes in oil prices as well as changes to underlying inventory levels. In order for investors to understand the operating performance of the group excluding the impact of oil price changes on the replacement of inventories, and to make comparisons of operating performance between reporting periods, BP's management believes it is helpful to disclose this information.

### Underlying replacement cost profit

Underlying RC profit or loss is RC profit or loss after adjusting for non-operating items and fair value accounting effects. Underlying RC profit or loss and fair value accounting effects are not recognized GAAP measures. On pages 237 and 238 we provide additional information on the non-operating items and fair value accounting effects that are used to arrive at underlying RC profit or loss in order to enable a full understanding of the events and their financial impact.

BP believes that underlying RC profit or loss before interest and taxation is a useful measure for investors because it is a measure closely tracked by management to evaluate BP's operating performance and to make financial, strategic and operating decisions and because it may help investors to understand and evaluate, in the same manner as management, the underlying trends in BP's operational performance on a comparable basis, year on year, by adjusting for the effects of these non-operating items and fair value accounting effects. The nearest equivalent measure on an IFRS basis for the group is profit or loss for the year attributable to BP shareholders. The nearest equivalent measure on an IFRS basis for segments is RC profit or loss before interest and taxation.

### Non-GAAP information on fair value accounting effects

BP uses derivative instruments to manage the economic exposure relating to inventories above normal operating requirements of crude oil, natural gas and petroleum products. Under IFRS, these inventories are recorded at historic cost. The related derivative instruments, however, are required to be recorded at fair value with gains and losses recognized in income because hedge accounting is either not permitted or not followed, principally due to the impracticality of effectiveness testing requirements. Therefore, measurement differences in relation to recognition of gains and losses occur. Gains and losses on these inventories are not recognized until the commodity is sold in a subsequent accounting period. Gains and losses on the related derivative commodity contracts are recognized in the income statement from the time the derivative commodity contract is entered into on a fair value basis using forward prices consistent with the contract maturity.

BP enters into commodity contracts to meet certain business requirements, such as the purchase of crude for a refinery or the sale of BP's gas production. Under IFRS these contracts are treated as derivatives and are required to be fair valued when they are managed as

CONFIDENTIAL

BP-HZN-2179MDL07817121

Additional disclosures

part of a larger portfolio of similar transactions. Gains and losses arising are recognized in the income statement from the time the derivative commodity contract is entered into.

IFRS requires that inventory held for trading be recorded at its fair value using period-end spot prices whereas any related derivative commodity instruments are required to be recorded at values based on forward prices consistent with the contract maturity. Depending on market conditions, these forward prices can be either higher or lower than spot prices resulting in measurement differences.

BP enters into contracts for pipelines and storage capacity, oil and gas processing and liquefied natural gas (LNG) that, under IFRS, are recorded on an accruals basis. These contracts are risk-managed using a variety of derivative instruments, which are fair valued under IFRS. This results in measurement differences in relation to recognition of gains and losses.

The way that BP manages the economic exposures described above, and measures performance internally, differs from the way these activities are measured under IFRS. BP calculates this difference for consolidated entities by comparing the IFRS result with management's internal measure of performance. Under management's internal measure of performance the inventory and capacity contracts in question are valued based on fair value using relevant forward prices prevailing at the end of the period, the fair values of certain derivative instruments used to risk manage LNG and oil and gas processing contracts are deferred to match with the underlying exposure and the commodity contracts for business requirements are accounted for on an accruals basis. We believe that disclosing management's estimate of this difference provides useful information for investors because it enables investors to see the economic effect of these activities as a whole.

## Commodity trading contracts

BP's Upstream and Downstream segments both participate in regional and global commodity trading markets in order to manage, transact and hedge the crude oil, refined products and natural gas that the group either produces or consumes in its manufacturing operations. These physical trading activities, together with associated incremental trading opportunities, are discussed further in Upstream on page 25 and in Downstream on page 31. The range of contracts the group enters into in its commodity trading operations is described below. Using these contracts, in combination with rights to access storage and transportation capacity, allows the group to access advantageous pricing differences between locations, time periods and arbitrage between markets.

## Exchange-traded commodity derivatives

These contracts are typically in the form of futures and options traded on a recognized exchange, such as Nymex, SGX and ICE. Such contracts are traded in standard specifications for the main marker crude oils, such as Brent and West Texas Intermediate, the main product grades, such as gasoline and gasoil, and for natural gas and power. Gains and losses, otherwise referred to as variation margins, are settled on a daily basis with the relevant exchange. These contracts are used for the trading and risk management of crude oil, refined products, natural gas and power. Realized and unrealized gains and losses on exchange-traded commodity derivatives are included in sales and other operating revenues for accounting purposes.

## Over-the-counter contracts

These contracts are typically in the form of forwards, swaps and options. Some of these contracts are traded bilaterally between counterparties or through brokers; others may be cleared by a central clearing counterparty. These contracts can be used both for trading and risk management activities. Realized and unrealized gains and losses on over-the-counter (OTC) contracts are included in sales and other operating revenues for accounting purposes. Many grades of crude oil bought and sold use standard contracts including US domestic light sweet crude oil, commonly referred to as West Texas Intermediate, and a standard North Sea crude blend (Brent, Forties and Oseberg or BFO). Forward contracts are used in connection with the purchase of crude oil supplies for refineries, purchases of products for marketing, sales of the group's oil production and refined product. The contracts typically contain standard delivery and settlement terms. These transactions call for physical delivery of oil with consequent operational and price risk. However, various means exist, and are from time to time used, to settle obligations

under the contracts in cash rather than through physical delivery. Additionally, the BFO contract specifies a standard volume and tolerance given that the physically settled transactions are delivered by cargo.

Gas and power OTC markets are highly developed in North America and the UK, where the commodities can be bought and sold for delivery in future periods. These contracts are negotiated between two parties to purchase and sell gas and power at a specified price, with delivery and settlement at a future date. Typically, these contracts specify delivery terms for the underlying commodity. Certain of these transactions are not settled physically, which can be achieved by transacting offsetting sale or purchase contracts for the same location and delivery period that are offset during the scheduling of delivery or dispatch. The contracts contain standard terms such as delivery point, pricing mechanism, settlement terms and specification of the commodity. Typically, volume, price and term (e.g. daily, monthly and balance of month) are the main variable contract terms.

Swaps are often contractual obligations to exchange cash flows between two parties: a typical swap transaction usually references a floating price and a fixed price with the net difference of the cash flows being settled. Options give the holder the right, but not the obligation, to buy or sell crude, oil products, natural gas or power at a specified price on or before a specific future date. Amounts under these derivative financial instruments are settled at expiry. Typically, netting agreements are used to limit credit exposure and support liquidity.

## Spot and term contracts

Spot contracts are contracts to purchase or sell a commodity at the market price prevailing on or around the delivery date when title to the inventory is taken. Term contracts are contracts to purchase or sell a commodity at regular intervals over an agreed term. Though spot and term contracts may have a standard form, there is no offsetting mechanism in place. These transactions result in physical delivery with operational and price risk. Spot and term contracts typically relate to purchases of crude for a refinery, purchases of products for marketing, purchases of third-party natural gas, sales of the group's oil production, sales of the group's oil products and sales of the group's gas production to third parties. For accounting purposes, spot and term sales are included in sales and other operating revenues, when title passes. Similarly, spot and term purchases are included in purchases for accounting purposes.

## Associate

An entity, including an unincorporated entity such as a partnership, over which the group has significant influence and that is neither a subsidiary nor a joint arrangement of the group. Significant influence is the power to participate in the financial and operating policy decisions of the investee but is not control or joint control over those policies.

## Joint arrangement

A joint arrangement is an arrangement of which two or more parties have joint control.

## Joint control

Joint control is the contractually agreed sharing of control over an arrangement, which exists only when decisions about the relevant activities require the unanimous consent of the parties sharing control.

## Joint operation

A joint operation is a joint arrangement whereby the parties that have joint control of the arrangement have rights to the assets, and obligations for the liabilities, relating to the arrangement.

## Joint venture

A joint arrangement whereby the parties that have joint control of the arrangement have rights to the net assets of the arrangement.

## Subsidiary

An entity that is controlled by the BP group. Control of an investee exists when an investor is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee.

CONFIDENTIAL

BP-HZN-2179MDL07817122

## PSA

A production-sharing agreement (PSA) is an arrangement through which an oil company bears the risks and costs of exploration, development and production. In return, if exploration is successful, the oil company receives entitlement to variable physical volumes of hydrocarbons, representing recovery of the costs incurred and a stipulated share of the production remaining after such cost recovery.

## Directors' report information

This section of *BP Annual Report and Form 20-F 2013* forms part of, and includes certain disclosures which are required by law to be included in, the Directors' report.

### Indemnity provisions

In accordance with BP's Articles of Association, each director is granted an indemnity from the company in respect of liabilities incurred as a result of their office, to the extent permitted by law. These indemnities were in force throughout the financial year and at the date of this report. In respect of those liabilities for which directors may not be indemnified, the company maintained a directors' and officers' liability insurance policy throughout 2013. During the year, a review of the terms and scope of the policy was undertaken. The policy has been renewed for 2014. Although their defence costs may be met, neither the company's indemnity nor insurance provides cover in the event that the director is proved to have acted fraudulently or dishonestly. In addition, each director of the company's subsidiaries, which subsidiaries are trustees of the group's pension schemes, is granted an indemnity from the company in respect of liabilities incurred as a result of such a subsidiary's activities as a trustee of the pension scheme, to the extent permitted by law. These indemnities were in force throughout the financial year and at the date of this report.

### Financial risk management objectives and policies

The disclosures in relation to financial risk management objectives and policies, including the policy for hedging, are included in Our management of risk on page 49 and Liquidity and capital resources on page 56.

### Exposure to price risk, credit risk, liquidity risk and cash flow risk

The disclosures in relation to exposure to price risk, credit risk, liquidity risk and cash flow risk are included in Financial statements – Note 19.

### Important events since the end of the financial year

Disclosures of the particulars of the important events affecting BP which have occurred since the end of the financial year are included in the Strategic report as well as in other places in the Directors' report.

### Likely future developments in the business

An indication of the likely future developments of the business is included in the Strategic report.

### Research and development

An indication of the activities of the company in the field of research and development is included in Our strategy on page 13.

### Branches

As a global group our interests and activities are held or operated through subsidiaries, branches, joint arrangements or associates established in – and subject to the laws and regulations of – many different jurisdictions.

### Employees

The disclosures concerning policies in relation to the employment of disabled persons and employee involvement are included in Corporate responsibility – Employees on page 47.

### Greenhouse gas emissions

The disclosures in relation to greenhouse gas emissions are included in Corporate responsibility – Environment and society on page 45.

## Cautionary statement

This document contains certain forecasts, projections and forward-looking statements – that is, statements related to future, not past events – with respect to the financial condition, results of operations and businesses of BP and certain of the plans and objectives of BP with respect to these items. These statements may generally, but not always, be identified by the use of words such as 'will', 'expects', 'is expected to', 'aims', 'should', 'may', 'objective', 'is likely to', 'intends', 'believes', 'anticipates', 'plans', 'we see' or similar expressions. In particular, among other statements, (i) certain statements in the Chairman's letter (pages 6-7), the Group chief executive's letter (pages 8-9), the Strategic report (pages 1-58) and Additional disclosures (pages 235-272), including but not limited to statements under the headings 'Our market outlook', 'Beyond 2035', 'Our business model', 'Our strategy', 'Outlook' and 'Looking ahead', and including but not limited to statements regarding plans to optimize BP's portfolio of assets, expectations regarding future distributions to shareholders, the estimated levels of capital expenditure in 2014, the expected levels of capital expenditure from 2015 to 2018, plans regarding the future divestment of $10 billion in assets by the end of 2015 and the prospects for and timing of planned and future divestments, prospects for future value creation arising from certain of BP's new investments in 2013, BP's outlook on global energy trends to 2035 and beyond, including the role of oil, gas and renewables in coming decades, plans to make disciplined financial choices, including the disciplined allocation of capital, expectations regarding the '10-point plan', plans to explore future opportunities with Rosneft, the anticipated delivery of an increase in operating cash flow by more than 50% by 2014 versus 2011 and expectations regarding growth in sustainable free cash flow beyond 2014, the expected implementation in the future of lessons learned from the In Amenas terrorist attacks, the expected design-life of the field at Valhall, plans to grow BP's exploration position and focus on high-value upstream assets in deep water, giant fields and selected gas value chains, expectations regarding financial momentum from the assets portfolio in the future, plans to grow free cash flow by leveraging newly upgraded assets, customer relationships and technology in the downstream business, plans to create shareholder value and increase sustainable free cash flows, plans and expectations regarding *Project 20K*, *LoSal* technology, the 'virtual arrival system', *Veba Combi-Cracking* technology and *SaaBre* and *Hummingbird* technologies, plans relating to future hiring and workforce, expectations that the 2014 start-ups will have double the 2011 average unit operating cash margins, the expected target net debt ratio in 2014 and beyond, the expected level of depreciation, depletion and amortization in the future, the expected level of the underlying effective tax rate in 2014, plans to generate $30 billion to $31 billion of operating cash flow in 2014, plans to use around half of the extra cash in 2014 for increased investments and around half for other purposes including distributions, the expected levels of full-year underlying and reported production in 2014, expectations regarding BP's plans to separate its US Lower 48 onshore oil and gas business, including the timing thereof and the expected impact on BP's resource position and portfolio in the future, the prospects for movement in and the levels of oil and gas prices in 2014, the timing and composition of planned and future projects including expected final investment decisions, start up, construction, commissioning, completion, timing of production, level of production and margins, plans for gas discovery and production in India, plans to enhance safety, compliance and risk management, increase efficiency and reliability, improve margins and create new market opportunities, expectations regarding and plans to deliver a strong performance in safety, portfolio management, competitive returns and material and growing cash flows in the Downstream segment, expectations regarding refining margins in 2014, the expected impact of refinery turnarounds in 2014, expectations regarding the market environments for lubricants and petrochemicals in 2014, plans to increase lubricant revenues in the future, the expected level of heavy crude processing at the Whiting refinery during the second quarter of 2014 and Whiting's prospects for supporting BP's ability to deliver increased cash flow in 2014 and beyond, plans to continue to develop biofuel blend capabilities, BP's plans for LPG in the future, Air BP's future strategic aims, the timing of first production at the third PTA plant at Zhuhai and the expected capacity thereof in the future, expectations regarding the material impacts of investments in Asia and the deployment of new PTA technology in existing plants and new asset platforms, plans to access Asian demand and feedstock sources, expectations for the environment for PTA, acetic

Additional disclosures

CONFIDENTIAL

BP-HZN-2179MDL07817123

acid and olefins and derivative value chains in 2014, Rosneft's plans for its refinery modernization programme, plans to expand ethanol production capacity in Brazilian sugar cane mills, the expected level of production at the Vivergo joint venture plant, the expected range for the annual charge of Other businesses and corporate in 2014, plans regarding the reporting and recording of losses of primary containment, the timing of the expected delivery of new tankers, the impact of the additional regulation of GHG emissions on BP's business, plans to minimize air pollutants and emissions at hydraulic fracturing sites, prospects for the UK temporary management scheme in respect of Rhum and the resumption of operations thereat in the future, plans for new investment including new drilling rigs in Alaska, plans for oil sand development and a major seismic programme in Canada, plans regarding deepwater blocks in offshore Brazil and Uruguay, the expected production levels of the Angola LNG project, the expected completion of farm-out agreements in Morocco, plans for a third train at the LNG plant in Tangguh, prospects for Shah Deniz Stage 2 and the expected satisfaction of conditions precedent to the planned purchase of an additional 3.3% equity stake in Shah Deniz and the South Caucasus Pipeline from Statoil, the expected amount of future payments from the disposal of interests in certain North Sea fields, prospects for future developments at Mad Dog Phase 2, plans regarding the timing of construction and production of the Khazzan field in Oman, plans to drill four deepwater wells in the Ceduna Sub Basin, the expected production life of the North West Shelf, expectations regarding the naptha reformer at the Toledo refinery, plans to increase investment in Africa, including in upgrades to refinery infrastructure and the Pick n Pay™ retail network, expectations regarding future reserves booking, expectations of future undeveloped reserves turnover time and volume, the anticipated future composition of the board of directors, the timing of, cost of, source of payment and provision for future remediation and restoration programmes and environmental operating and capital expenditures, expectations regarding the impact of various regulations upon BP's business and expectations regarding greater regulation and increased operating costs in the Gulf of Mexico in the future, expectations regarding the issuance of a final policy for the materiality of revenue and expenses under the Economic and Property Damages Settlement Agreement by the claims administrator under such settlement, and expectations regarding legal and trial proceedings, court decisions, potential investigations and civil actions by regulators, government entities and/or other entities or parties, and the risks associated with such proceedings and BP's intentions in respect thereof; (ii) certain statements in Corporate governance (pages 59-80) and the Directors' remuneration report (pages 81-108) with regard to the anticipated future composition of the board of directors, the board's goals and plans stemming from the board's annual evaluation, plans regarding the timing of future audit contract tendering, the expectation that BP will be in second place amongst oil majors in respect of reserves replacement for the year ended 31 December 2013, the expected percentage of performance shares that will vest based on 2013 outcomes, and plans and expectations with regard to the remuneration, pensions and other benefits of executive directors, including prospective scenarios for total remuneration opportunities for executive directors in the future, changes in the metrics used to calculate remuneration and changes to the limits of aggregate annual remuneration; and (iii) certain statements in the Strategic report (pages 56-58), with regard to future dividend and optional scrip dividend payments, including the board's plans for reviewing the dividend level in future quarters, future capital expenditures and capital expenditure commitments, including estimated levels of capital expenditure in 2014 and from 2015 to 2018, taxation, intentions to maintain a significant liquidity buffer, future working capital and cash flows, gearing and the net debt ratio, BP's intention to maintain a strong cash position, the expected effect on operating cash flow of completion of Deepwater Horizon Oil Spill Trust fund payments and high-margin projects coming onstream, expectations regarding taxes due upon repatriation of cash into the UK, expectations regarding total capital expenditure, and expected payments under contractual and commercial commitments and purchase obligations; are all forward looking in nature.

By their nature, forward-looking statements involve risk and uncertainty because they relate to events and depend on circumstances that will or may occur in the future and are outside the control of BP. Actual results may differ materially from those expressed in such statements, depending on a variety of factors, including the specific factors identified in the discussions accompanying such forward-looking statements; the receipt of relevant third party and/or regulatory approvals; the timing and level of

maintenance and/or turnaround activity; the timing and volume of refinery additions and outages; the timing of bringing new fields onstream; the timing, quantum and nature of certain divestments; future levels of industry product supply, demand and pricing, including supply growth in North America; OPEC quota restrictions; PSA effects; operational problems; economic and financial market conditions generally or in various countries and regions; political stability and economic growth in relevant areas of the world; changes in laws and governmental regulations; regulatory or legal actions including the types of enforcement action pursued and the nature of remedies sought or imposed; the actions of prosecutors, regulatory authorities and courts; the impact on our reputation following the Gulf of Mexico oil spill; the actions of the Claims Administrator appointed under the Economic and Property Damages Settlement; the actions of all parties to the Gulf of Mexico oil spill-related litigation at various phases of the litigation; exchange rate fluctuations; development and use of new technology; the success or otherwise of partnering; the actions of competitors, trading partners, creditors, rating agencies and others; decisions by Rosneft's management and board of directors; the actions of contractors; natural disasters and adverse weather conditions; changes in public expectations and other changes to business conditions; wars and acts of terrorism, cyber-attacks or sabotage; and other factors discussed elsewhere in this report including under Risk factors (pages 51-55). In addition to factors set forth elsewhere in this report, those set out above are important factors, although not exhaustive, that may cause actual results and developments to differ materially from those expressed or implied by these forward-looking statements.

## Statements regarding competitive position

Statements referring to BP's competitive position are based on the company's belief and, in some cases, rely on a range of sources, including investment analysts' reports, independent market studies and BP's internal assessments of market share based on publicly available information about the financial results and performance of market participants.

CONFIDENTIAL

BP-HZN-2179MDL07817124

# Shareholder information

274   Called-up share capital

274   Share prices and listings

274   Dividends

275   UK foreign exchange controls on dividends

275   Shareholder taxation information

277   Major shareholders

278   Purchases of equity securities by the issuer and affiliated purchasers

278   Fees and charges payable by ADSs holders

279   Fees and payments made by the Depositary to the issuer

279   Documents on display

280   Administration

280   Annual general meeting

Shareholder information

CONFIDENTIAL

BP-HZN-2179MDL07817125

## Called-up share capital

Details of the allotted, called-up and fully-paid share capital at 31 December 2013 are set out in Financial statements – Note 31.

At the AGM on 11 April 2013, authorization was given to the directors to allot shares up to an aggregate nominal amount equal to $3,194 million. Authority was also given to the directors to allot shares for cash and to dispose of treasury shares, other than by way of rights issue, up to a maximum of $240 million, without having to offer such shares to existing shareholders. These authorities were given for the period until the next AGM in 2014 or 11 July 2014, whichever is the earlier. These authorities are renewed annually at the AGM.

## Share prices and listings

### Markets and market prices

The primary market for BP's ordinary shares is the London Stock Exchange (LSE). BP's ordinary shares are a constituent element of the Financial Times Stock Exchange 100 Index. BP's ordinary shares are also traded on the Frankfurt Stock Exchange in Germany.

Trading of BP's shares on the LSE is primarily through the use of the Stock Exchange Electronic Trading Service (SETS), introduced in 1997 for the largest companies in terms of market capitalization whose primary listing is the LSE. Under SETS, buy and sell orders at specific prices may be sent electronically to the exchange by any firm that is a member of the LSE, on behalf of a client or on behalf of itself acting as a principal. The orders are then anonymously displayed in the order book. When there is a match on a buy and a sell order, the trade is executed and automatically reported to the LSE. Trading is continuous from 8.00 a.m. to 4.30 p.m. UK time but, in the event of a 20% movement in the share price either way, the LSE may impose a temporary halt in the trading of that company's shares in the order book to allow the market to re-establish equilibrium. Dealings in ordinary shares may also take place between an investor and a market-maker, via a member firm, outside the electronic order book.

In the US, BP's securities are traded on the New York Stock Exchange (NYSE) in the form of ADSs, for which JPMorgan Chase Bank, N.A. is the depositary (the Depositary) and transfer agent. The Depositary's principal office is 1 Chase Manhattan Plaza, N.A., Floor 58, New York, NY 10005-1401, US. Each ADS represents six ordinary shares. ADSs are listed on the NYSE. ADSs are evidenced by American depositary receipts (ADRs), which may be issued in either certificated or book entry form.

The following table sets forth, for the periods indicated, the highest and lowest middle market quotations for BP's ordinary shares and ADSs for the periods shown. These are derived from the highest and lowest intra-day sales prices as reported on the LSE and NYSE, respectively.

| | | Pence | | Dollars | |
| | | Ordinary shares | | American depositary shares[a] | |
| | | High | Low | High | Low |
| Year ended 31 December | | | | | |
| 2009 | | 613.40 | 400.00 | 60.00 | 33.70 |
| 2010 | | 658.20 | 296.00 | 62.38 | 26.75 |
| 2011 | | 514.90 | 361.25 | 49.50 | 33.62 |
| 2012 | | 512.00 | 388.56 | 48.34 | 36.25 |
| 2013 | | 494.20 | 426.50 | 48.65 | 39.99 |
| Year ended 31 December | | | | | |
| 2012: | First quarter | 512.00 | 455.05 | 48.34 | 42.53 |
| | Second quarter | 475.47 | 388.56 | 45.60 | 36.25 |
| | Third quarter | 456.00 | 415.60 | 44.16 | 39.13 |
| | Fourth quarter | 464.71 | 416.35 | 43.90 | 39.58 |
| 2013: | First quarter | 482.33 | 426.50 | 45.45 | 39.99 |
| | Second quarter | 485.43 | 437.25 | 44.27 | 40.12 |
| | Third quarter | 477.53 | 430.30 | 43.75 | 40.51 |
| | Fourth quarter | 494.20 | 426.55 | 48.65 | 41.30 |
| 2014: | First quarter (to 18 February) | 499.90 | 463.80 | 49.63 | 45.83 |
| Month of | | | | | |
| September 2013 | | 458.28 | 430.85 | 42.86 | 41.08 |
| October 2013 | | 491.27 | 426.55 | 46.65 | 41.30 |
| November 2013 | | 494.20 | 474.10 | 48.03 | 45.72 |
| December 2013 | | 491.26 | 464.15 | 48.65 | 45.30 |
| January 2014 | | 499.90 | 470.15 | 49.20 | 46.62 |
| February 2014 (to 18 February) | | 495.85 | 463.80 | 49.63 | 45.83 |

[a] One ADS is equivalent to six 25 cent ordinary shares.
Source: Thomson Reuters Datastream.

Market prices for the ordinary shares on the LSE and in after-hours trading off the LSE, in each case while the NYSE is open, and the market prices for ADSs on the NYSE, are closely related due to arbitrage among the various markets, although differences may exist from time to time.

On 18 February 2014, 876,828,675.5 ADSs (equivalent to approximately 5,260,972,053 ordinary shares or some 28.51% of the total issued share capital, excluding shares held in treasury) were outstanding and were held by approximately 100,614 ADS holders. Of these, about 99,394 had registered addresses in the US at that date. One of the registered holders of ADSs represents some 868,478 underlying holders.

On 18 February 2014, there were approximately 279,391 ordinary shareholders. Of these shareholders, around 1,574 had registered addresses in the US and held a total of some 4,286,769 ordinary shares.

Since a number of the ordinary shares and ADSs were held by brokers and other nominees, the number of holders in the US may not be representative of the number of beneficial holders of their respective country of residence.

## Dividends

BP's current policy is to pay interim dividends on a quarterly basis on its ordinary shares.

BP's current policy is also to announce dividends for ordinary shares in US dollars and state an equivalent sterling dividend. Dividends on BP ordinary shares will be paid in sterling and on BP ADSs in US dollars. The rate of exchange used to determine the sterling amount equivalent is the average of the market exchange rates in London over the four business days prior to the sterling equivalent announcement date. The directors may choose to declare dividends in any currency provided that a sterling equivalent is announced, but it is not the company's intention to change its current policy of announcing dividends on ordinary shares in US dollars.

Information regarding dividends announced and paid by the company on ordinary shares and preference shares is provided in Financial statements – Note 12.

CONFIDENTIAL

BP-HZN-2179MDL07817126

A Scrip Dividend Programme (Scrip) was approved by shareholders in 2010 which enables BP ordinary shareholders and ADS holders to elect to receive dividends by way of new fully paid BP ordinary shares (or ADSs in the case of ADS holders) instead of cash. The operation of the Scrip is always subject to the directors' decision to make the Scrip offer available in respect of any particular dividend. Should the directors decide not to offer the Scrip in respect of any particular dividend, cash will be paid automatically instead.

Future dividends will be dependent on future earnings, the financial condition of the group, the Risk factors set out on page 51 and other matters that may affect the business of the group set out in our strategy on page 13 and in Liquidity and capital resources on page 56.

The following table shows dividends announced and paid by the company per ADS for the past five years.

| Dividends per ADS[a] | | March | June | September | December | Total |
|---|---|---|---|---|---|---|
| 2009 | UK pence | 58.91 | 57.50 | 51.02 | 51.07 | 218.5 |
| | US cents | 84 | 84 | 84 | 84 | 336 |
| 2010 | UK pence | 52.07 | – | – | – | 52.07 |
| | US cents | 84 | – | – | – | 84 |
| 2011 | UK pence | 26.02 | 25.68 | 25.90 | 26.82 | 104.42 |
| | US cents | 42 | 42 | 42 | 42 | 168 |
| 2012 | UK pence | 30.57 | 30.90 | 30.10 | 33.53 | 125.10 |
| | US cents | 48 | 48 | 48 | 54 | 198 |
| **2013** | **UK pence** | **36.01** | **35.01** | **34.58** | **34.80** | **140.4** |
| | **US cents** | **54** | **54** | **54** | **57** | **219** |

[a] Dividends announced and paid by the company on ordinary and preference shares are provided in Financial statements – Note 12.

## UK foreign exchange controls on dividends

There are currently no UK foreign exchange controls or restrictions on remittances of dividends on the ordinary shares or on the conduct of the company's operations, other than restrictions applicable to certain countries and persons subject to EU economic sanctions.

There are no limitations, either under the laws of the UK or under the company's Articles of Association, restricting the right of non-resident or foreign owners to hold or vote BP ordinary or preference shares in the company other than limitations that would generally apply to all of the shareholders and limitations applicable to certain countries and persons subject to EU economic sanctions.

## Shareholder taxation information

This section describes the material US federal income tax and UK taxation consequences of owning ordinary shares or ADSs to a US holder who holds the ordinary shares or ADSs as capital assets for tax purposes. It does not apply, however, interalia to members of special classes of holders some of which may be subject to other rules, including: tax-exempt entities, life insurance companies, dealers in securities, traders in securities that elect a mark-to-market method of accounting for securities holdings, investors liable for alternative minimum tax, holders that, directly or indirectly, hold 10% or more of the company's voting stock, holders that hold the shares or ADSs as part of a straddle or a hedging or conversion transaction, holders that purchase or sell the shares or ADSs as part of a wash sale for US federal income tax purposes, or holders whose functional currency is not the US dollar. In addition, if a partnership holds the shares or ADSs, the US federal income tax treatment of a partner will generally depend on the status of the partner and the tax treatment of the partnership and may not be described fully below.

A US holder is any beneficial owner of ordinary shares or ADSs that is for US federal income tax purposes (i) a citizen or resident of the US, (ii) a US domestic corporation, (iii) an estate whose income is subject to US federal income taxation regardless of its source, or (iv) a trust if a US court can exercise primary supervision over the trust's administration and one or more US persons are authorized to control all substantial decisions of the trust.

This section is based on the tax laws of the United States, including the Internal Revenue Code of 1986, as amended, its legislative history,

existing and proposed US Treasury regulations thereunder, published rulings and court decisions, and the taxation laws of the UK, all as currently in effect, as well as the income tax convention between the US and the UK that entered into force on 31 March 2003 (the 'Treaty'). These laws are subject to change, possibly on a retroactive basis. This section is further based in part on the representations of the Depositary and assumes that each obligation in the Deposit Agreement and any related agreement will be performed in accordance with its terms.

For purposes of the Treaty and the estate and gift tax Convention (the 'Estate Tax Convention') and for US federal income tax and UK taxation purposes, a holder of ADRs evidencing ADSs will be treated as the owner of the company's ordinary shares represented by those ADRs. Exchanges of ordinary shares for ADRs and ADRs for ordinary shares generally will not be subject to US federal income tax or to UK taxation other than stamp duty or stamp duty reserve tax, as described below.

Investors should consult their own tax adviser regarding the US federal, state and local, UK and other tax consequences of owning and disposing of ordinary shares and ADSs in their particular circumstances, and in particular whether they are eligible for the benefits of the Treaty in respect of their investment in the shares or ADSs.

### Taxation of dividends

#### UK taxation

Under current UK taxation law, no withholding tax will be deducted from dividends paid by the company, including dividends paid to US holders. A shareholder that is a company resident for tax purposes in the UK or trading in the UK through a permanent establishment generally will not be taxable in the UK on a dividend it receives from the company. A shareholder who is an individual resident for tax purposes in the UK is subject to UK tax but entitled to a tax credit on cash dividends paid on ordinary shares or ADSs of the company equal to one-ninth of the cash dividend.

#### US federal income taxation

A US holder is subject to US federal income taxation on the gross amount of any dividend paid by the company out of its current or accumulated earnings and profits (as determined for US federal income tax purposes). Dividends paid to a non-corporate US holder in taxable years beginning after 2012 that constitute "qualified dividend income" will be taxable to the holder at a maximum rate of 20%, provided that the holder has a holding period in the ordinary shares or ADSs of more than 60 days during the 121-day period beginning 60 days before the ex-dividend date and meets other holding period requirements. Dividends paid by the company with respect to the ordinary shares or ADSs will generally be qualified dividend income.

As noted above in UK taxation, a US holder will not be subject to UK withholding tax. Accordingly, a US holder will include only the dividend actually received from the company in gross income for US federal income tax purposes, and the receipt of a dividend will not entitle the US holder to a foreign tax credit.

For US federal income tax purposes, a dividend must be included in income when the US holder, in the case of ordinary shares, or the Depositary, in the case of ADSs, actually or constructively receives the dividend and will not be eligible for the dividends-received deduction generally allowed to US corporations in respect of dividends received from other US corporations. Dividends will be income from sources outside the US and generally will be 'passive category income' or, in the case of certain US holders, 'general category income', each of which is treated separately for purposes of computing a US holder's foreign tax credit limitation.

The amount of the dividend distribution on the ordinary shares that is paid in pounds sterling will be the US dollar value of the pounds sterling payments made, determined at the spot pounds sterling/ US dollar rate on the date the dividend distribution is includible in income, regardless of whether the payment is, in fact, converted into US dollars. Generally, any gain or loss resulting from currency exchange fluctuations during the period from the date the pounds sterling dividend payment is includible in income to the date the payment is converted into US dollars will be treated as ordinary income or loss and will not be eligible for the preferential tax rate on qualified dividend income. The gain or loss generally will be income or loss from sources within the US for foreign tax credit limitation purposes.

Shareholder information

BP-HZN-2179MDL07817127

Distributions in excess of the company's earnings and profits, as determined for US federal income tax purposes, will be treated as a return of capital to the extent of the US holder's basis in the ordinary shares or ADSs and thereafter as capital gain, subject to taxation as described in Taxation of capital gains – US federal income taxation section below.

In addition, the taxation of dividends may be subject to the rules for passive foreign investment companies (PFIC), described below under 'Taxation of capital gains – US federal income taxation'. Distributions made by a PFIC do not constitute qualified dividend income and are not eligible for the preferential tax rate applicable to such income.

## Taxation of capital gains

### UK taxation

A US holder may be liable for both UK and US tax in respect of a gain on the disposal of ordinary shares or ADSs if the US holder is (i) a citizen of the US resident or ordinarily resident in the UK, (ii) a US domestic corporation resident in the UK by reason of its business being managed or controlled in the UK or (iii) a citizen of the US or a corporation that carries on a trade or profession or vocation in the UK through a branch or agency or, in respect of corporations for accounting periods beginning on or after 1 January 2003, through a permanent establishment, and that has used, held, or acquired the ordinary shares or ADSs for the purposes of such trade, profession or vocation of such branch, agency or permanent establishment. However, such persons may be entitled to a tax credit against their US federal income tax liability for the amount of UK capital gains tax or UK corporation tax on chargeable gains (as the case may be) that is paid in respect of such gain.

Under the Treaty, capital gains on dispositions of ordinary shares or ADSs generally will be subject to tax only in the jurisdiction of residence of the relevant holder as determined under both the laws of the UK and the US and as required by the terms of the Treaty.

Under the Treaty, individuals who are residents of either the UK or the US and who have been residents of the other jurisdiction (the US or the UK, as the case may be) at any time during the six years immediately preceding the relevant disposal of ordinary shares or ADSs may be subject to tax with respect to capital gains arising from a disposition of ordinary shares or ADSs of the company not only in the jurisdiction of which the holder is resident at the time of the disposition but also in the other jurisdiction.

### US federal income taxation

A US holder who sells or otherwise disposes of ordinary shares or ADSs will recognize a capital gain or loss for US federal income tax purposes equal to the difference between the US dollar value of the amount realized on the disposition and the US holder's tax basis, determined in US dollars, in the ordinary shares or ADSs. Any such capital gain or loss generally will be long-term gain or loss, subject to tax at a preferential rate for a non-corporate US holder, if the US holder's holding period for such ordinary shares or ADSs exceeds one year.

Gain or loss from the sale or other disposition of ordinary shares or ADSs will generally be income or loss from sources within the US for foreign tax credit limitation purposes. The deductibility of capital losses is subject to limitations.

We do not believe that ordinary shares or ADSs will be treated as stock of a passive foreign investment company, or PFIC, for US federal income tax purposes, but this conclusion is a factual determination that is made annually and thus is subject to change. If we are treated as a PFIC, unless a US holder elects to be taxed annually on a mark-to-market basis with respect to ordinary shares or ADSs, any gain realized on the sale or other disposition of ordinary shares or ADSs would in general not be treated as capital gain. Instead, a US holder would be treated as if he or she had realized such gain rateably over the holding period for ordinary shares or ADSs and would be taxed at the highest tax rate in effect for each such year to which the gain was allocated, in addition to which an interest charge in respect of the tax attributable to each such year would apply. Certain 'excess distributions' would be similarly treated if we were treated as a PFIC.

## Additional tax considerations

### Scrip Dividend Programme

The company has an optional Scrip Dividend Programme, wherein holders of BP ordinary shares or ADSs may elect to receive any dividends in the form of new fully paid ordinary shares or ADSs of the company instead of cash. Please consult your tax adviser for the consequences to you.

### UK inheritance tax

The Estate Tax Convention applies to inheritance tax. ADSs held by an individual who is domiciled for the purposes of the Estate Tax Convention in the US and is not for the purposes of the Estate Tax Convention a national of the UK will not be subject to UK inheritance tax on the individual's death or on transfer during the individual's lifetime unless, among other things, the ADSs are part of the business property of a permanent establishment situated in the UK used for the performance of independent personal services. In the exceptional case where ADSs are subject to both inheritance tax and US federal gift or estate tax, the Estate Tax Convention generally provides for tax payable in the US to be credited against tax payable in the UK or for tax paid in the UK to be credited against tax payable in the US, based on priority rules set forth in the Estate Tax Convention.

### UK stamp duty and stamp duty reserve tax

The statements below relate to what is understood to be the current practice of HM Revenue & Customs in the UK under existing law.

Provided that any instrument of transfer is not executed in the UK and remains at all times outside the UK and the transfer does not relate to any matter or thing done or to be done in the UK, no UK stamp duty is payable on the acquisition or transfer of ADSs. Neither will an agreement to transfer ADSs in the form of ADRs give rise to a liability to stamp duty reserve tax.

Purchases of ordinary shares, as opposed to ADSs, through the CREST system of paperless share transfers will be subject to stamp duty reserve tax at 0.5%. The charge will arise as soon as there is an agreement for the transfer of the shares (or, in the case of a conditional agreement, when the condition is fulfilled). The stamp duty reserve tax will apply to agreements to transfer ordinary shares even if the agreement is made outside the UK between two non-residents. Purchases of ordinary shares outside the CREST system are subject either to stamp duty at a rate of £5 per £1,000 (or part, unless the stamp duty is less than £5, when no stamp duty is charged), or stamp duty reserve tax at 0.5%. Stamp duty and stamp duty reserve tax are generally the liability of the purchaser.

A subsequent transfer of ordinary shares to the Depositary's nominee will give rise to further stamp duty at the rate of £1.50 per £100 (or part) or stamp duty reserve tax at the rate of 1.5% of the value of the ordinary shares at the time of the transfer. For ADR holders electing to receive ADSs instead of cash, after the 2012 first quarter dividend payment HM Revenue & Customs no longer seeks to impose 1.5% stamp duty reserve tax on issues of UK shares and securities to non-EU clearance services and depositary receipt systems.

### US Medicare Tax

For taxable years beginning after December 31, 2012, a US holder that is an individual or estate, or a trust that does not fall into a special class of trusts that is exempt from such tax, will be subject to an additional 3.8% "Medicare tax" on the lesser of (1) the US holder's "net investment income" for the relevant taxable year and (2) the excess of the US holder's modified adjusted gross income for the taxable year over a certain threshold (which in the case of individuals will be $125,000, $200,000 or $250,000, depending on the individual's circumstances). A US holder's net investment income will generally include its dividend income and its net gains from the sale or other disposition of ordinary shares or ADSs. If you are a US holder that is an individual, estate or trust, you are urged to consult your tax adviser regarding the applicability of the Medicare tax to your income and gains in respect of your investment in ordinary shares or ADSs.

CONFIDENTIAL

BP-HZN-2179MDL07817128

# Major shareholders

The disclosure of certain major and significant shareholdings in the share capital of the company is governed by the Companies Act 2006, the UK Financial Conduct Authority's Disclosure and Transparency Rules (DTR) and the US Securities Exchange Act of 1934.

Register of members holding BP ordinary shares as at 31 December 2013

| Range of holdings | Number of ordinary shareholders | Percentage of total ordinary shareholders | Percentage of total ordinary share capital excluding shares held in treasury |
|---|---|---|---|
| 1-200 | 58,190 | 20.46 | 0.02 |
| 201-1,000 | 101,442 | 35.68 | 0.29 |
| 1,001-10,000 | 112,294 | 39.49 | 1.82 |
| 10,001-100,000 | 10,920 | 3.84 | 1.18 |
| 100,001-1,000,000 | 823 | 0.29 | 1.67 |
| Over 1,000,000[a] | 678 | 0.24 | 95.02 |
| Totals | 284,347 | 100.00 | 100.00 |

[a] Includes JPMorgan Chase Bank, N.A. holding 28.70% of the total ordinary issued share capital (excluding shares held in treasury) as the approved depositary for ADSs, a breakdown of which is shown in the table below.

Register of holders of American depositary shares (ADSs) as at 31 December 2013[a]

| Range of holdings | Number of ADS holders | Percentage of total ADS holders | Percentage of total ADSs |
|---|---|---|---|
| 1-200 | 58,281 | 57.60 | 0.36 |
| 201-1,000 | 27,376 | 27.06 | 1.47 |
| 1,001-10,000 | 14,699 | 14.53 | 4.34 |
| 10,001-100,000 | 809 | 0.80 | 1.51 |
| 100,001-1,000,000 | 10 | 0.01 | 0.16 |
| Over 1,000,000[b] | 1 | 0.00 | 92.16 |
| Totals | 101,176 | 100.00 | 100.00 |

[a] One ADS represents six 25 cent ordinary shares.
[b] One holder of ADSs represents 868,478 underlying shareholders.

As at 31 December 2013, there were also 1,510 preference shareholders. Preference shareholders represented 0.45% and ordinary shareholders represented 99.55% of the total issued nominal share capital of the company (excluding shares held in treasury) as at that date.

In accordance with DTR 5, we have received notification that as at 31 December 2013 BlackRock, Inc held 5.61%, Legal & General Group plc held 3.50% and The Capital Group Companies, Inc held 3.37% of the voting rights of the issued share capital of the company. As at 18 February 2014 BlackRock, Inc held 5.73%, Legal & General Group plc held 3.51% and The Capital Group Companies, Inc. held 3.35% of the voting rights of the issued share capital of the company.

Under the US Securities Exchange Act of 1934 BP has received notification of the following interests as at 18 February 2014:

| Holder | Holding of ordinary shares | Percentage of ordinary share capital excluding shares held in treasury |
|---|---|---|
| JPMorgan Chase Bank N.A., depositary for ADSs, through its nominee Guaranty Nominees Limited | 5,260,972,053 | 28.51 |
| BlackRock, Inc. | 1,057,431,913 | 5.73 |

The company's major shareholders do not have different voting rights.

The company has also been notified of the following interests in preference shares as at 18 February 2014:

| Holder | Holding of 8% cumulative first preference shares | Percentage of class |
|---|---|---|
| The National Farmers Union Mutual Insurance Society | 945,000 | 13.07 |
| M & G Investment Management Ltd. | 528,150 | 7.30 |
| Smith & Williamson Investment Management Ltd. | 409,200 | 5.66 |
| Duncan Lawrie Ltd. | 364,876 | 5.04 |

| Holder | Holding of 9% cumulative second preference shares | Percentage of class |
|---|---|---|
| The National Farmers Union Mutual Insurance Society | 987,000 | 18.03 |
| M & G Investment Management Ltd. | 644,450 | 11.77 |
| Smith & Williamson Investment Management Ltd. | 352,000 | 6.43 |
| Royal London Asset Management Ltd. | 338,000 | 6.18 |

Lazard Asset Management Limited disposed of its interests in 374,000 8% cumulative first preference shares and 404,500 9% cumulative second preference shares during 2011.

Gartmore Investment Management Limited disposed of its interest in 394,538 8% cumulative first preference shares and 500,000 9% cumulative second preference shares during 2010.

In accordance with DTR 5.8.12, The Capital Group of Companies, Inc. notified the company on 24 September 2012 that due to their group reorganization their holdings would not be reported separately but as a combined holdings thereby taking their interest in shares above the 3% threshold as of 1 September 2012.

As at 18 February 2014, the total preference shares in issue comprised only 0.45% of the company's total issued nominal share capital (excluding shares held in treasury), the rest being ordinary shares.

No changes in interests in the share capital of the company have been notified to the company in accordance with DTR 5 between 31 December 2013 and 18 February 2014.

CONFIDENTIAL

BP-HZN-2179MDL07817129

Shareholder information

# Purchases of equity securities by the issuer and affiliated purchasers

On 22 March 2013 BP announced the start of a share repurchase, or buyback, programme (the buyback programme). The buyback programme is expected to return up to $8 billion to BP shareholders. As at 18 February 2014 the total number of ordinary shares repurchased under the buyback programme since 22 March 2013 was 947,930,354 at a cost of $7,065 million including transaction costs. The following table provides details of this share repurchase activity under the buyback programme as well as details of ordinary share purchases made by the Employee Share Ownership Plans (ESOPs) and other purchases of ordinary shares and ADSs made to satisfy the requirements of certain employee share-based payment plans.

| | Total number of shares purchased[a] | Average price paid per share $ | Number of shares purchased by ESOPs or for certain employee share-based payment plans[b] | Number of shares purchased as part of publicly announced programmes[c] | Maximum approximate dollar value of shares that may yet be purchased under the programme $ million |
|---|---|---|---|---|---|
| **2013** | | | | | |
| January | – | | – | – | – |
| February | – | | – | – | – |
| March 22 – March 28 | **21,400,000** | **7.04** | – | 21,400,000 | 7,849 |
| April 2 – April 30 | **102,573,190** | **6.94** | 1,800,000 | 100,773,190 | 7,150 |
| May 1 – May 31 | **91,671,000** | **7.25** | – | 91,671,000 | 6,485 |
| June 3 – June 28 | **74,649,000** | **7.14** | – | 74,649,000 | 5,952 |
| July 1 – July 31 | **66,536,585** | **7.07** | – | 66,536,585 | 5,482 |
| August 1 – August 31 | **57,395,332** | **6.90** | 10,245,332 | 47,150,000 | 5,155 |
| September 2 – September 30 | **64,540,000** | **7.08** | 1,860,000 | 62,680,000 | 4,711 |
| October 1 – October 31 | **92,100,761** | **7.22** | 1,020,000 | 91,080,761 | 4,053 |
| November 1 – November 29 | **129,680,000** | **7.87** | – | 129,680,000 | 3,032 |
| December 2 – December 31 | **99,933,273** | **7.83** | 32,700,000 | 67,233,273 | 2,507 |
| **2014** | | | | | |
| January 2 – January 31 | **162,240,000** | **8.09** | – | 162,240,000 | 1,194 |
| February 3 to February 18 | **34,836,545** | **7.92** | 2,000,000 | 32,836,545 | 934 |

[a] All share purchases were of ordinary shares of 25 cents each and/or ADSs (each representing six ordinary shares) and were on/open market transactions.

[b] Transactions represent the purchase of ordinary shares by ESOPs and other purchases of ordinary shares and ADSs made to satisfy requirements of certain employee share-based payment plans.

[c] At the AGMs on 12 April 2012 and 11 April 2013, authorization was given in each case to repurchase up to 1.9 billion ordinary shares in the period to the next AGM in 2013 and 2014, respectively or 12 July 2013 and 11 July 2014, respectively, being the latest dates by which an AGM must be held for the relevant year. This authorization is renewed annually at the AGM. All shares were purchased for cancellation to reduce BP's issued share capital. The total number of ordinary shares purchased during 2013 under the buyback programme was 752,853,809 at a cost of $5,493 million (including transaction costs) representing 4.04% of BP's issued share capital excluding shares held in treasury on 31 December 2013.

## Fees and charges payable by ADSs holders

The Depositary collects fees for delivery and surrender of ADSs directly from investors depositing shares or surrendering ADSs for the purpose of withdrawal or from intermediaries acting for them. The Depositary collects fees for making distributions to investors by deducting those fees from the amounts distributed or by selling a portion of the distributable property to pay the fees.

The charges of the Depositary payable by investors are as follows:

| Type of service | Depositary actions | Fee |
|---|---|---|
| Depositing or substituting the underlying shares | Issuance of ADSs against the deposit of shares, including deposits and issuances in respect of:<br>• Share distributions, stock splits, rights, merger.<br>• Exchange of securities or other transactions or event or other distribution affecting the ADSs or deposited securities. | $5.00 per 100 ADSs (or portion thereof) evidenced by the new ADSs delivered. |
| Selling or exercising rights | Distribution or sale of securities, the fee being in an amount equal to the fee for the execution and delivery of ADSs that would have been charged as a result of the deposit of such securities. | $5.00 per 100 ADSs (or portion thereof). |
| Withdrawing an underlying share | Acceptance of ADSs surrendered for withdrawal of deposited securities. | $5.00 for each 100 ADSs (or portion thereof) evidenced by the ADSs surrendered. |
| Expenses of the Depositary | Expenses incurred on behalf of holders in connection with:<br>• Stock transfer or other taxes and governmental charges.<br>• Cable, telex, electronic and facsimile transmission, delivery.<br>• Transfer or registration fees, if applicable, for the registration of transfers of underlying shares.<br>• Expenses of the Depositary in connection with the conversion of foreign currency into US dollars (which are paid out of such foreign currency). | Expenses payable at the sole discretion of the Depositary by billing holders or by deducting charges from one or more cash dividends or other cash distributions. |

CONFIDENTIAL

BP-HZN-2179MDL07817130

## Fees and payments made by the Depositary to the issuer

The Depositary has agreed to reimburse certain company expenses related to the company's ADS programme and incurred by the company in connection with the ADS programme arising during the year ended 31 December 2013. The Depositary reimbursed to the company, or paid amounts on the company's behalf to third parties, or waived its fees and expenses, of $2,815,205.43 for the year ended 31 December 2013.

The table below sets out the types of expenses that the Depositary has agreed to reimburse and the fees it has agreed to waive for standard costs associated with the administration of the ADS programme relating to the year ended 31 December 2013. The Depositary has also paid certain expenses directly to third parties on behalf of the company.

| Category of expense reimbursed, waived or paid directly to third parties | Amount reimbursed, waived or paid directly to third parties for the year ended 31 December 2013 |
|---|---|
| NYSE listing fees reimbursed | $420,168 |
| Service fees and out of pocket expenses waived[a] | $1,428,022.6 |
| Broker fees reimbursed[b] | $858,306.07 |
| Other third-party mailing costs reimbursed[c] | $108,708.76 |
| Total | $2,815,205.43 |

[a] Includes fees in relation to transfer agent costs and costs of the BP Scrip Dividend Programme operated by JPMorgan Chase Bank, N.A.
[b] Broker reimbursements are fees payable to Broadridge for the distribution of hard copy material to ADR beneficial holders in the Depository Trust Company. Corporate materials include information related to shareholders' meetings and related voting instructions. These fees are SEC approved.
[c] Payment of fees to Precision IR for proxy solicitation and investor support.

Under certain circumstances, including removal of the Depositary or termination of the ADR programme by the company, the company is required to repay the Depositary amounts reimbursed and/or expenses paid to or on behalf of the company during the 12-month period prior to notice of removal or termination.

## Documents on display

*BP Annual Report and Form 20-F 2013* and BP Strategic Report 2013 are also available online at *bp.com/annualreport*. Shareholders may obtain a hard copy of BP's complete audited financial statements, free of charge, by contacting BP Distribution Services at +44 (0)870 241 3269 or via an email request addressed to *bpdistributionservices@bp.com* or from Precision IR at +1 888 301 2505 or via an email request addressed to *bpreports@precisionir.com* if in the US and Canada.

The company is subject to the information requirements of the US Securities Exchange Act of 1934 applicable to foreign private issuers. In accordance with these requirements, the company files its Annual Report on Form 20-F and other related documents with the SEC. It is possible to read and copy documents that have been filed with the SEC at the SEC's public reference room located at 100 F Street NE, Washington, DC 20549, US. You may also call the SEC at +1 800-SEC-0330. In addition, BP's SEC filings are available to the public at the SEC's website. BP discloses on its website at *bp.com/NYSEcorporategovernancerules*, and in this report (see Corporate governance practices (Form 20-F Item 16G) on page 110) significant ways (if any) in which its corporate governance practices differ from those mandated for US companies under NYSE listing standards.

Shareholder information

CONFIDENTIAL

BP-HZN-2179MDL07817131

## Administration

If you have any queries about the administration of shareholdings, such as change of address, change of ownership, dividend payments or the Scrip Dividend Programme or to change the way you receive your company documents (such as the *BP Annual Report and Form 20-F*, *BP Strategic Report* and *Notice of BP Annual General Meeting*) please contact the BP Registrar or the BP ADS Depositary.

Ordinary and preference shareholders
The BP Registrar
Capita Asset Services
The Registry, 34 Beckenham Road
Beckenham, Kent BR3 4TU, UK

Freephone in UK 0800 701107
From outside the UK +44 (0)20 3170 3678

Textophone 0871 664 0532; fax +44 (0)1484 601512

Please note that any numbers quoted with the prefix 0871 will be charged at 10p per minute from a BT landline. Other network providers' costs may vary and calls from mobiles will be considerably higher.

ADS holders
JPMorgan Chase Bank, N.A. PO Box 64504
St Paul, MN 55164-0504, US

Toll-free in US and Canada +1 877 638 5672
From outside the US and Canada +1 651 306 4383

The Directors' report on pages 59-80, 109-114, 116, 200-223 and 235-280 was approved by the board and signed on its behalf by David J Jackson, Company Secretary on 6 March 2014.

BP p.l.c.
Registered in England and Wales No. 102498

## Annual general meeting

The 2014 AGM will be held on Thursday, 10 April 2014 at 11.30 a.m. at ExCeL London, One Western Gateway, Royal Victoria Dock, London E16 1XL. A separate notice convening the meeting is distributed to shareholders, which includes an explanation of the items of business to be considered at the meeting.

All resolutions for which notice has been given, will be decided on a poll. Ernst & Young LLP have expressed their willingness to continue in office as auditors and a resolution for their reappointment is included in the *Notice of BP Annual General Meeting 2014*.

CONFIDENTIAL

BP-HZN-2179MDL07817132

## Signatures

The registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

BP p.l.c.
(Registrant)

/s/ David J Jackson
Company Secretary
6 March 2014

Shareholder information

CONFIDENTIAL

BP-HZN-2179MDL07817133

# Cross reference to Form 20-F

| | | | Page |
|---|---|---|---|
| Item 1. | | Identity of Directors, Senior Management and Advisors | n/a |
| Item 2. | | Offer Statistics and Expected Timetable | n/a |
| Item 3. | | Key Information | |
| | A. | Selected financial data | 236 |
| | B. | Capitalization and indebtedness | n/a |
| | C. | Reasons for the offer and use of proceeds | n/a |
| | D. | Risk factors | 51-55 |
| Item 4. | | Information on the Company | |
| | A. | History and development of the company | ii, 2-40, 56-58, 236, 239-243 |
| | B. | Business overview | 2-5, 10-19, 23-58, 149-154, 239-257, 269-271 |
| | C. | Organizational structure | 193 |
| | D. | Property, plants and equipment | 25-37, 191, 222-223, 239-251, 268 |
| Item 4A. | | Unresolved Staff Comments | None |
| Item 5. | | Operating and Financial Review and Prospects | |
| | A. | Operating results | 23-25, 27-28, 31-33, 36-37, 40, 56-58, 126, 252 |
| | B. | Liquidity and capital resources | 56-58, 75, 132-133, 161, 166-170, 172-176, 191 |
| | C. | Research and development, patent and licenses | 16-17, 35, 37, 154 |
| | D. | Trend information | 10-11, 22-37 |
| | E. | Off-balance sheet arrangements | 57, 252-253 |
| | F. | Tabular disclosure of contractual commitments | 57, 252-253 |
| | G. | Safe harbor | n/a |
| Item 6. | | Directors, Senior Management and Employees | |
| | A. | Directors and senior management | 60-68 |
| | B. | Compensation | 82-108, 158, 178-181, 190 |
| | C. | Board practices | 61-65, 71, 74-80, 90, 105, 108 |
| | D. | Employees | 47-48, 189-190 |
| | E. | Share ownership | 48, 91, 93-95, 189-190 |
| Item 7. | | Major Shareholders and Related Party Transactions | |
| | A. | Major shareholders | 277 |
| | B. | Related party transactions | 163-166, 268 |
| | C. | Interests of experts and counsel | n/a |
| Item 8. | | Financial Information | |
| | A. | Consolidated statements and other financial information | 56, 120-199, 257-268, 274-275 |
| | B. | Significant changes | None |
| Item 9. | | The Offer and Listing | |
| | A. | Offer and listing details | 274 |
| | B. | Plan of distribution | n/a |
| | C. | Markets | 274 |
| | D. | Selling shareholders | n/a |
| | E. | Dilution | n/a |
| | F. | Expenses of the issue | n/a |
| Item 10. | | Additional Information | |
| | A. | Share capital | n/a |
| | B. | Memorandum and articles of association | 112-114 |
| | C. | Material contracts | 268 |
| | D. | Exchange controls | 275 |
| | E. | Taxation | 275-276 |
| | F. | Dividends and paying agents | n/a |
| | G. | Statements by experts | n/a |
| | H. | Documents on display | 279 |
| | I. | Subsidiary information | 193 |
| Item 11. | | Quantitative and Qualitative Disclosures about Market Risk | 166-170, 172-176 |
| Item 12. | | Description of securities other than equity securities | |
| | A. | Debt Securities | n/a |
| | B. | Warrants and Rights | n/a |
| | C. | Other Securities | n/a |
| | D. | American Depositary Shares | 278-279 |
| Item 13. | | Defaults, Dividend Arrearages and Delinquencies | None |
| Item 14. | | Material Modifications to the Rights of Security Holders and Use of Proceeds | None |
| Item 15. | | Controls and Procedures | 111, 121 |
| Item 16A. | | Audit Committee Financial Expert | 74 |
| Item 16B. | | Code of Ethics | 111 |
| Item 16C. | | Principal Accountant Fees and Services | 111, 192 |
| Item 16D. | | Exemptions from the Listing Standards for Audit Committees | n/a |
| Item 16E. | | Purchases of Equity Securities by the Issuer and Affiliated Purchasers | 278 |
| Item 16F. | | Change in Registrant's Certifying Accountant | None |
| Item 16G. | | Corporate governance | 110-111 |
| Item 17. | | Financial Statements | n/a |
| Item 18. | | Financial Statements | 120-199 |
| Item 19. | | Exhibits | 269 |

CONFIDENTIAL

BP-HZN-2179MDL07817134



BP's corporate reporting suite includes information about our
financial and operating performance, sustainability performance
and also on global energy trends and projections.



**Annual Report and Form 20-F 2013**
Details of our financial and operating performance in print or online.
Published in March.
*bp.com/annualreport*



**Strategic Report 2013**
A summary of our financial and operating performance in print or online.
Published in March.
*bp.com/annualreport*



**Energy Outlook 2035**
Projections for world energy markets, considering the potential evolution of global economy, population, policy and technology.
Published in January.
*bp.com/energyoutlook*



**Sustainability Review 2013**
A summary of our sustainability reporting with additional information online.
Published in March.
*bp.com/sustainability*



**Financial and Operating Information 2009-2013**
Five-year financial and operating data in PDF or Excel format.
Published in April.
*bp.com/financialandoperating*



**Statistical Review of World Energy 2014**
An objective review of key global energy trends.
Published in June.
*bp.com/statisticalreview*

You can order BP's printed publications free of charge from:

**US and Canada**
Precision IR
Toll-free: +1 888 301 2505
Fax: +1 804 327 7549
*bpreports@precisionir.com*

**UK and rest of world**
BP Distribution Services
Tel: +44 (0)870 241 3269
Fax: +44 (0)870 240 5753
*bpdistributionservices@bp.com*

**Feedback**
Your feedback is important to us.
You can email the corporate reporting team at *corporatereporting@bp.com*

or provide your feedback online at
*bp.com/annualreportfeedback*

You can also telephone
+44 (0)20 7496 4000

or write to:
Corporate reporting
BP p.l.c.
1 St James's Square
London SW1Y 4PD
UK

**Acknowledgements**
Design          Salterbaxter
Typesetting     RR Donnelley
Printing        Pureprint Group Limited, UK,
                ISO 14001, FSC® certified and
                CarbonNeutral®
Photography     Shahin Abasaliyev, Pankaj Anand,
                Moritz Brilo, Jon Challicom,
                Stuart Conway, Richard Davies,
                Joshua Drake, Rocky Kneten,
                Simon Kreitem, Kate Kunz,
                Andy McAuslan, Marc Morrison,
                Aaron Tait, Bob Wheeler

**Paper**
This document is printed on Oxygen paper and board. Oxygen is made using 100%
recycled pulp, a large percentage of which is de-inked. It is manufactured at a mill with
ISO 9001 and 14001 accreditation and is FSC® (Forest Stewardship Council) certified.
This document has been printed using vegetable inks.



RECYCLED
Paper made from
recycled material
FSC® C022913

Printed in the UK by Pureprint Group using their *alcofree* and *pureprint* printing technology.

© BP p.l.c. 2014