# **Exhibit 1**

# Kirby, Ky E.

| | |
|---|---|
| **From:** | Kirby, Ky E. |
| **Sent:** | Thursday, May 15, 2014 1:36 PM |
| **To:** | 'Casey, Patrick (ENRD)' |
| **Cc:** | Harvey, Judy (ENRD); Flickinger, Nancy (ENRD); Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD); Andre, Abigail (ENRD); Horizon, Deepwater; Dragna, Jim; Lotterman, Thomas R.; Delgado, Connie Salcido |
| **Subject:** | RE: Revised RFP #10 |

Pat, et al.,

A couple of points with respect to revised RFP # 10:

1. During discovery in the prior phases, we produced all board minutes and other board materials regarding BP <u>and</u> Macondo up through early 2011.

2. We have determined that topic 7 as reflected in our March 3, 2014 submission to the Court will be narrowed to the following:

   Potential impacts, if penalties are imposed on non-operating investors, on (a) non-operator investment in offshore oil development; and (2) safety in well exploration and production operations.

Given that the subject of topic 7, as revised, is potential impacts in the event of something that has not occurred thus far, there is not yet factual information about what those impacts actually are or will be.   Rather, we anticipate that our experts will opine about what, in their experience, those impacts likely will be in the event of a penalty.

Given our prior production of board materials (more than just resolutions) and our narrowing of topic 7, please advise whether we can consider the issues in your motion to compel resolved.

Regards,

*Ky E. Kirby*
*Bingham McCutchen LLP*
*2020 K Street, N.W.*
*Washington, D.C. 20006*
*(202) 373-6795 (DD)*
*(202) 373-6001 (Fax)*
*ky.kirby@bingham.com*