UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| …………………………………………………... | : | |

**BPXP'S EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL ITS RESPONSE IN OPPOSITION TO THE UNITED STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORIES**

**PLEASE TAKE NOTICE** that Defendant BP Exploration & Production Inc. ("BPXP") respectfully requests leave to file under seal its response memorandum and attached exhibits, in response to the United States' Motion to Compel Production of Documents and Response to Interrogatories. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, certain exhibits have been designated as confidential or highly confidential and filing BP's memorandum and exhibits under seal will allow the Court's consideration. Pending the Court's consideration of this motion, BPXP will provide the Court and United States counsel with unredacted versions of the memorandum and exhibits. Subsequently, BPXP will file in the record a redacted version of the memorandum and exhibits that does not contain material designated as confidential or highly confidential by the parties in this case.

May 20, 2014                                    Respectfully submitted,

                                                   */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia ("Carrie") Karis, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Facsimile: (202) 662-6291

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of May, 2014.

/s/ Don K. Haycraft
Don K. Haycraft