UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | )<br>) |
| OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | ) MDL No. 2179<br>)<br>) Section: "J(1)"<br>)<br>) JUDGE BARBIER |
| These pleadings apply to | )<br>) MAGISTRATE SHUSHAN |
| *James Bryant, et al. v. BP Exploration & Production, Inc., et al.*, 2:13-cv-02879-CJB-SS | ) |

**PLAINTIFFS' FIRST AMENDED
COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully file this Amended Complaint as allowed by Federal Rule of Civil Procedure 15(a)(1)(A) in the following respects:

Plaintiffs are free to amend as no Answer has been filed.

1.

I. **INTRODUCTION**

Plaintiffs re-aver all factual allegations, damages, causes of actions, and prayers set forth in the Original Complaint for Damages.

2.

Plaintiffs wish to add additional parties to Plaintiffs' Original Complaint as follows:

1

## II. PARTIES

### A. PLAINTIFFS

**By adding paragraph 10 of the Original Complaint to read as follows:**

10.

At all times material hereinto, Paulette Bryant, was the lawful wife of James Bryant. At all times material hereto, Paulette Bryant, has suffered the loss of services, and society from James Bryant due to the injuries that he sustained as a result of the negligent, acts and omissions on the part of BP.

**By adding paragraph 11 of the Original Complaint to read as follows:**

11.

At all times material hereinto, Meagan Southern, was the lawful wife of Nathan Southern. At all times material hereto, Meagan Southern, has suffered the loss of services, and society from Nathan Southern due to the injuries that he sustained as a result of the negligent, acts and omissions on the part of BP.

**By adding paragraph 12 of the Original Complaint to read as follows:**

12.

At all times material hereinto, Ramona Lynn Burke, was the lawful wife of Steven Burke. At all times material hereto, Ramona Lynn Burke, has suffered the loss of services, and society from Steven Burke due to the injuries that he sustained as a result of the negligent, acts and omissions on the part of BP.

**By adding paragraph 13 of the Original Complaint to read as follows:**

13.

At all times material hereinto, Katja Richardson, was the lawful wife of Willie Richardson. At all times material hereto, Katja Richardson, has suffered loss of services, and society from Willie Richardson due to the injuries that he sustained as a result of the negligent, acts and omissions on the part of BP.

**By adding paragraph 14 of the Original Complaint to read as follows:**

14.

At all times material hereinto, Joyce Marie Clopton, was the lawful wife of Johnny Clopton. At all times material hereto, Joyce Marie Clopton, has suffered loss of services, and society from Johnny Clopton due to the injuries that he sustained as a result of the negligent, acts and omissions on the part of BP.

**By adding paragraph 15 of the Original Complaint to read as follows:**

15.

At all times material hereinto, Lashanda Jenkins, was the lawful wife of Henry Jenkins. At all times material hereto, Lashanda Jenkins, has suffered loss of services, and society from Henry Jenkins due to the injuries that he sustained as a result of the negligent, acts and omissions on the part of BP.

### III.   FACTUAL ALLEGATIONS

Plaintiffs Bryant, Jenkins, Barefoot, Burke, Richardson, Southern, Clopton, Tripp and Buskell were exposed to oil, dispersants, oil/dispersant mixtures and other harmful chemicals due to the acts and omissions by the Defendants. Further, they were also exposed by way of the proximity of their homes, proximity of their work, and/or contact with clothes, equipment, and other items contaminated with said chemicals.

**By adding paragraph 50 to the Original Complaint as follows:**

50.

By reason of the foregoing, defendants, BP Exploration & Production, Inc., et. al., are liable to plaintiff, Paulette Bryant, the lawful wife of James Bryant, for her damages for loss of consortium in the amount to be determined by this Honorable Court.

**By adding paragraph 51 to the Original Complaint as follows:**

51.

By reason of the foregoing, defendants, BP Exploration & Production, Inc., et. al., are liable to plaintiff, Meagan Southern, the lawful wife of Nathan southern, for her damages for loss of consortium in the amount to be determined by this Honorable Court.

**By adding paragraph 52 to the Original Complaint as follows:**

52.

By reason of the foregoing, defendants, BP Exploration & Production, Inc., et. al., are liable to plaintiff, Ramona Lynn Burke, the lawful wife of Steven Burke, for her damages for loss of consortium in the amount to be determined by this Honorable Court.

**By adding paragraph 53 to the Original Complaint as follows:**

53.

By reason of the foregoing, defendants, BP Exploration & Production, Inc., et. al., are liable to plaintiff, Katja Richardson, the lawful wife of Willie Richardson, for her damages for loss of consortium in the amount to be determined by this Honorable Court.

**By adding paragraph 54 to the Original Complaint as follows:**

**54.**

By reason of the foregoing, defendants, BP Exploration & Production, Inc., et. al., are liable to plaintiff, Lashanda Jenkins, the lawful wife of Henry Jenkins, for her damages for loss of consortium in the amount to be determined by this Honorable Court.

**By adding paragraph 55 to the Original Complaint as follows:**

**55.**

By reason of the foregoing, defendants, BP Exploration & Production, Inc., et. al., are liable to plaintiff, Joyce Marie Clopton, the lawful wife of Johnny Clopton, for her damages for loss of consortium in the amount to be determined by this Honorable Court.

WHEREFORE, Plaintiffs prays that this Amending Complaint for Damages and Original Complaint for Damages be served upon Defendants, and after due proceedings, there be judgment in their favor, granting Plaintiffs' claims against Defendants, together with interest thereon and for all costs of these proceedings, and for all general and equitable relief.

Respectfully Submitted:

| /s/ Allen W. J. Lindsay, Jr. | **AND** | /s/ Frank J. D'Amico, Jr. |
|---|---|---|
| **LINDSAY & ANDREWS, P.A.** | | **FRANK J. D'AMICO, JR. APLC** |
| Allen W. Lindsay, Jr. | | Frank J. D'Amico, Jr. |
| 5218 Willing Street | | 622 Baronne Street |
| Milton, FL  32570 | | New Orleans, LA 70113 |
| Phone: 850-623-3200 | | Phone: 504-525-7272 |
| Fax: 850-623-0104 | | Fax: 504-525-9522 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)