UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-968 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**MOTION FOR LEAVE TO FILE**
**REQUEST FOR ORAL ARGUMENT AND MOTION TO STRIKE**

NOW INTO COURT, through appointed Class Counsel, come the Medical Benefits Settlement Class, who respectfully pray for leave to file a Request for Oral Argument and a Motion to Strike the Declaration of Jessica Herzstein in connection with the Claims Administrator's Policy Statement [Doc 12862] and the Court's Order of May 15, 2014 [Doc 12871], for the reasons that follow:

I.

Class Counsel are mindful and respectful of the Court's intent to decide the issue on the current record, with no further submissions or briefing.

II.

Class Counsel, however, respectfully seek leave to file a Request for Oral Argument on this significant issue which is potentially devastating to the rights and claims of thousands of Clean-Up Workers and other class members who are suffering from chronic conditions, and

1

particularly as Class Counsel have not had the opportunity to respond to the Claims Administrator's Policy Statement.[1]

### III.

In addition, Class Counsel respectfully seek leave to file a Motion to Strike the Declaration of Jessica Herzstein, which was only recently docketed into the record.[2]  While Class Counsel lodged an objection with Judge Shushan, *via* e-mail, on April 15, 2014, Class Counsel respectfully seek leave to file a formal Motion to Strike, out of an abundance of caution.

### IV.

The Motion and supporting Memo to Strike are brief and concise, and Class Counsel believe and respectfully suggest that oral argument might likely be of benefit to the Class and/or to the Court.

This 21st day of May, 2014.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 1511 |
| Herman Herman & Katz LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

---

[1] Class Counsel note, in this regard, that, (unlike the Economic Settlement Agreement), the Medical Benefits Settlement does not vest the Claims Administrator with broad authority to interpret and apply the agreement, but rather, vests the primary authority to interpret and implement the Agreement with the Court.  *See* MEDICAL SETTLEMENT, Section XXVII; (*see also* Section XVIII(A)(13)).

[2] *See* REC. DOC. 12862-2, at 14-23 (filed May 13, 2014).

2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be filed into the record electronically *via* the Court's ECF system and served on All Counsel *via* the Lexis-Nexis File & Serve system in accordance with Pre-Trial Order No. 12, this 21st day of May, 2014.

/s/ Stephen J. Herman and James Parkerson Roy