UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-968 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

Class Counsel, on behalf of the Medical Benefits Settlement Class, respectfully request oral argument in connection with the Claims Administrator's Policy Statement [Doc 12862] and the Court's Order of May 15, 2014 [Doc 12871]:

I.

In accordance with the Court's Order of May 15, 2014, Class Counsel have advised Judge Shushan of the Class' objection to the Policy Statement.

II.

Class Counsel are mindful and respectful of the Court's intent to decide the issue on the current record.

III.

At the same time, Class Counsel believe that this is a significant issue, which is potentially devastating to the rights and claims of thousands of Clean-Up Workers and other class members who are suffering from chronic conditions as a result of the Spill.

1

IV.

In addition, Class Counsel have not had an opportunity to respond to the Claims Administrator's Policy Statement.[1]

IV.

Class Counsel believe and respectfully suggest that oral argument might likely be of benefit to the Class and/or to the Court.

## **Conclusion**

For the above and foregoing reasons, Class Counsel respectfully request oral argument.

This 21st day of May, 2014.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 1511 |
| Herman Herman & Katz LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

---

[1] Class Counsel note, in this regard, that, (unlike the Economic Settlement Agreement), the Medical Benefits Settlement does not vest the Claims Administrator with broad authority to interpret and apply the agreement, but rather, vests the primary authority to interpret and implement the Agreement with the Court. *See* MEDICAL SETTLEMENT, Section XXVII; (*see also* Section XVIII(A)(13)).

## CERTIFICATE OF SERVICE

      We Hereby Certify that the above and foregoing Request will be filed into the record electronically *via* the Court's ECF system and served on All Counsel *via* the Lexis-Nexis File & Serve system in accordance with Pre-Trial Order No. 12, this 21st day of May, 2014.

      /s/ Stephen J. Herman and James Parkerson Roy