UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| No. 12-968 | MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** Class Counsel's Motion for Leave:

**IT IS ORDERED** that Class Counsel are hereby granted leave to file a Request for Oral Argument and a Motion to Strike the Declaration of Jessica Herzstein.

**SIGNED** at New Orleans, Louisiana, this ___ day of May, 2014.

_____
Hon. Carl J. Barbier