UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: 2179 |
| PERTAINS TO: | * * * | JUDGE: CARL J. BARBIER (J) |
| NO. 13-1650 | * * | MAGISTRATE: SALLY SHUSHAN (1) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the above and foregoing Motion to Enroll Counsel of Record:

**IT IS ORDERED** that Wyman E. Bankston (La. Bar No. 30384) and the law firm of Bankston Duhon, LLC shall be and are hereby enrolled as counsel of record for Plaintiff, A.B. DOCK SERVICES, INC.

New Orleans, Louisiana this 21st day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE