IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:  *All Cases*<br><br>(Including Civil Action No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

<u>**MOTION TO APPROVE MIKE JOSEPH MCCULLOUGH AS COURT-APPROVED STRUCTURED SETTLEMENT BROKER**</u>

**NOW INTO COURT** comes Lawrence J. Centola, III and respectfully requests the entry of the proposed ORDER APPROVING MIKE McCULLOUGH AS COURT-APPROVED STRUCTURED SETTLEMENT BROKER, submitted herewith.

In 2005, Mike Joseph McCullough began an affiliation with The James Street Group as a settlement planner.  On January 30, 2013, The James Street Group was appointed as a Court-Approved Structured Settlement Broker for the Deepwater Horizon Economic and Property Damage Claimants in the ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT RELEASE [Doc. 8425].  Since that time, James Street, the President and CEO of The James Street Group passed away.  In February 2014, The James Street Group ceased placing new structured settlement business.

In February 2014, Mike Joseph McCullough began his affiliation with The Settlement Alliance, a well-established and respected structured settlement firm.  Mike Joseph McCullough and The Settlement Alliance meet the requirements set forth in the ORDER ON UNOPPOSED

MOTION PROVIDING FOR APPROVAL OF QUALIFIED CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS, which requires that a structured settlement broker must (a) be licensed to sell insurance and annuity products in the State of Louisiana or their state of residence; (b) be in good standing with the Louisiana Department of Insurance or the department of insurance in the structured settlement broker's state of residence, with no license suspensions or revocations within the past five years; (c) maintain adequate Errors and Omissions insurance coverage; and (d) maintain appointments with Liberty Life Assurance Company of Boston, the Midwest Trust Company and/or any other eligible Issuer under the Structured Settlement Order. Mike Joseph McCullough is licensed to sell annuity products in the State of Louisiana and is in good standing with the Louisiana Department of Insurance, with no license suspensions or revocations within the past five years. Mike Joseph McCullough maintains adequate Errors and Omissions coverage and appointments to place structured settlement business with Liberty Life Assurance Company of Boston and Treasury Funded Structural Settlement, through Midwest Trust Company.

The Resume for Mike Joseph McCullough and Executive Summary for The Settlement Alliance are attached as Exhibit A. An affidavit signed by Mike Joseph McCullough is attached as Exhibit B. Mike Joseph McCullough's insurance license is attached as Exhibit C. Proof of errors and omission insurance is attached as Exhibit D.

As a structured settlement consultant, Mike Joseph McCullough will assist Claimants with electing the Structured Settlement Option in accordance with the terms of the ORDER PROVIDING FOR AMENDMENT TO STRUCTURED SETTLEMENT OPTION AND RELEASE [Doc. 11020], including:

1.      Court-Approved Structured Settlement Brokers will only offer structured settlements to Claimants pursuant to which Periodic Payments are funded solely by Funding Assets that satisfy the following requirements (1) if the Claimant has not selected a Structured Settlement Option funded by United States government obligations, then the Issuer shall carry a minimum rating of "A XI" or "Double A", or an equivalent thereof, according to the standard rating practices in the insurance industry, or (2) if the Claimant has selected a Structured Settlement Option funded by United States government obligations, then the United States government obligations shall have sufficient financial strength and that such Issuer shall enter into an appropriate keep well agreement or other guarantee with respect to such United States government obligations.

2.      Liberty Life Assurance Company of Boston meets those rating requirements. The Midwest Trust Company will serve as custodian for United States government obligations that meet these ratings requirements, and is both of sufficient financial strength and will enter into appropriate keep well agreements with respect to such United States government obligations. Further, Treasury Funded Structured Settlement International, now known as Structured Assignments, Inc., will be the assignee when United States government obligations are utilized.

Therefore, Mike Joseph McCullough of The Settlement Alliance respectfully requests that he be appointed as a Court-Approved Structured Settlement Broker.

This 16th day of May, 2014.

Respectfully Submitted,

/s/ Lawrence J. Centola, III
LAWRENCE J. CENTOLA, III (27402)
**MARTZELL & BICKFORD**
338 Lafayette Street

New Orleans, Louisiana 70130
Telephone:    (504) 581-9065

Facsimile:    (504) 581-7635

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel and Patrick Juneau, Claims Administrator for the Economic and Property Damage Claims Settlement via the U.S. Postal Service or by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of May, 2014.

/s/ Lawrence J. Centola, III
LAWRENCE J. CENTOLA, III