# MIKE JOSEPH MCCULLOUGH

213 North College Rd, Lafayette, LA 70506 | P 337-233-6066 | C 337-739-6789 | mike@settlementoptions.org

SETTLEMENT PLANNER WITH OVER 18 YEARS EXPERIENCE
- In 1996 began career as office manager for the Law firm of Toce & Daiy;
- In 2000 founded Cornerstone Settlements and became a fulltime settlement planner;
- In 2005 began affiliation with The James Street Group as a settlement planner;
- In 2014 began affiliation with The Settlement Alliance as a settlement planner;
- Specialize in settlement planning for claimants in physical injury, products liability, economic loss, punitive damage and commercial claims;
- Worked with over 250 attorneys in Louisiana, Texas and across the country; and
- Placed structured settlements and trust products for individual claimants and mass tort claims including: Green T. Lindon Elementary overspray litigation, Ford, GM (pre & post Chapter 11) and Toyota recall litigation, Tire Delamination cases, BP Deepwater Horizon (while with James Street Group), BP explosion in Texas City, Asbestos and Paxil.

PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Cornerstone Settlements | Settlement Planner | 2000 – Present |
| The Settlement Alliance | Settlement Planner | February 2014 – Present |
| The James Street Group | Settlement Planner | 2005-2014 |
| Structured Financial Associates | Settlement Planner | 2000-2005 |
| Toce & Daiy | Office Manager | 1996-2000 |

PROFESSIONAL LICENSING

Licensed Life Agent
- Resident License – Louisiana; Non-Residence Licenses – California, Colorado, Connecticut, Delaware, Illinois, Massachusetts, Nebraska, New Jersey, New York, Pennsylvania, Texas, Virginia, Washington
- The settlement Alliance is licensed to place structured settlement business in all 50 states

EDUCATION

University of Louisiana
**Bachelor of Science, Business Administration Finance**                                                                 1993

SPEAKING ENGAGEMENTS, PROFESSIONAL AFFILIATIONS, PUBLICATIONS AND SPONSORSHIPS
- 2013 Bayou Corn Sink Hole (Claimants) – Presenter structured settlement options to victims and tax consequences of claims;
- 2012 Paxil Settlement Conference (Claimants) – Presenter Structured Settlement and Trust options;
- 2009 Rotary Club of Lafayette – Key Note Speaker regarding Structured Installments sales ;
- 2005 BP Texas City Explosion (Claimants) – Presenter structured settlement options;
- Member NSSTA – National Structured Settlement Trade Association;
- Member SSA – Society of Settlement Planners;
- LaPorole; Published article, 2009, "Personal Responsibility"; and
- LAJ Diamond Sponsor, TTLA Sponsor, AAJ Sponsor.



EXHIBIT A



## Corporate Profile

# THE SETTLEMENT ALLIANCE

**About The Settlement Alliance**

The Settlement Alliance provides comprehensive financial planning and related services to attorneys and their clients nationwide. Our settlement planners draw from decades of collective industry experience and utilize strategic partnerships to create customized solutions that deliver long-term financial stability.

**Our Experience**

The Settlement Alliance brings together the most respected and knowledgeable professionals in the settlement planning industry. In fact, our team members were once the backbone of The James Street Group, the former leader in plaintiff-only settlement planning. Collectivley, our firm brings together decades of experince which has resulted in settlement plan completions exceeding $8 billion dollars.

**Our Services**

- Structured Settlements
- Attorney Fee Deferral Analysis
- Trust Planning & Administration
- Lien Resolution
- Medicare Set-Asides
- Mass Tort Settlement Coordination & Claims Management
- Qualified Settlement Fund (468 Trust) Administration
- Government Benefit Consultation
- Special Needs Planning

**Our Commitment**

At The Settlement Alliance, we are focused on building long-standing relationships with attorneys and their clients. Our commitment to service has enabled our company to obtain business from hundreds of leading law firms across the country on an annual basis. The attorneys that partner with our firm understand that our settlement planners always have their clients' best interests at heart. Our team is committed to providing service for many years down the road and we expect everyone we do business with to be a client for life.

✆ (800) 464-2500
✉ info@settlement-alliance.com
🌐 www.Settlement-Alliance.com