# AFFIDAVIT

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

Mike Joseph McCullough, a person of full age and domiciled in the Parish of Lafayette, State of Louisiana,

who after being duly sworn, did depose and say that:

I, Mike Joseph McCullough, meet all of the requirements set forth in record documents 11404 of the Oil Spill "Deepwater Horizon" in the Gulf of Mexico on April 20th, 2010 MDL no 2179;

(a) I am licensed to sell insurance and annuity products in the State of Louisiana or their state of residence;

(b) I am in good standing with the Louisiana Department of Insurance or the department of insurance in the structured settlement broker's state of residence, with no license suspensions or revocations within the past five years;

(c) I maintain adequate Errors and Omissions insurance coverage; and

(d) I maintain appointments with Liberty Life Assurance Company of Boston, the Midwest Trust Company and/or any other eligible issuer under the Structured Settlement Order.

_____
MIKE JOSEPH MCCULLOUGH

SWORN TO AND SUBSCRIBED before me this 20th day of May, 2014.

_____
NOTARY PUBLIC

MARY S. ROMAGOSA
ATTORNEY AT LAW
BAR # 14435
NOTARY # 23012

EXHIBIT B