# State of Louisiana

### Commissioner of Insurance

*certifies that*

**Mike Joseph Mccullough**
213 N. College
Lafayette, LA 70506

*has properly met the requirements for licensure of the Louisiana Department of Insurance.*

License Number: **273790**

| License Code | Issue Date | Expiration Date |
|---|---|---|
| Producer - Accident and Health | 02/23/2001 | 04/30/2016 |
| Producer - Life | 02/23/2001 | 04/30/2016 |
| Producer - Viatical Settlement Broker | 09/09/2011 | 04/30/2016 |

James J. Donelon
Commissioner of Insurance

tabbles
EXHIBIT C

DEPARTMENT OF [illegible]
STATE OF LOUIS[illegible]A

LICENSE NO. 273790
SSN 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
CODE C
TYPE Agent

Mike Joseph McCullough
163 Hershey Ct
Broussard, LA 70518