

National Union Fire Insurance Company of Pittsburgh, Pa.®
A capital stock company

# MISCELLANEOUS PROFESSIONAL LIABILITY POLICY

NOTICE: THIS IS A CLAIMS MADE POLICY. EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THE COVERAGE OF THIS POLICY IS LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST YOU AND REPORTED IN WRITING TO US DURING THE POLICY PERIOD. PLEASE READ THE POLICY CAREFULLY AND DISCUSS THE COVERAGE THEREUNDER WITH YOUR INSURANCE AGENT OR BROKER.

THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY CLAIM EXPENSES. FURTHER NOTE THAT AMOUNTS INCURRED FOR CLAIM EXPENSES SHALL BE APPLIED AGAINST THE RETENTION.

POLICY NUMBER: *02-144-30-71*          REPLACEMENT OF POLICY NUMBER: *N/A*

## DECLARATIONS

Item 1.   **Named insured:** *THE SETTLEMENT ALLIANCE LLC*

          Address: *4501 SPICEWOOD SPRINGS RD # 10*
                        *AUSTIN, TX 78759*

Item 2.   **Policy period:** From *February 11, 2014*   to *February 11, 2015*

at 12:01 A.M. standard time at the address of the **insured** as stated above.

Item 3.   Limits of Liability (inclusive of **claim expenses**)

        *$5,000,000*          each **wrongful act**
        *$5,000,000*          aggregate

Item 4.   Retention: *$25,000*          each **wrongful act**

Item 5.   Premium: *$24,860*

*1507173*

EXHIBIT D

Item 6.      **Professional services:**   See Endorsement 1

Item 7.      **Retroactive date:** February 11, 2014

Item 8.      Name and Address of Insurer (in the box checked above)
             National Union Fire Insurance Company of Pittsburgh, Pa.
             175 Water Street
             New York, NY 10038-4969

Producer:    TODD ASSOCIATES INC

Producer
License #:   On File with Insurer

Address:     23825 COMMERCE PARK
             SUITE A
             BEACHWOOD, OH 44122

*1507173*

77008 (4/02)                                2                                © All rights reserved.

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President, Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

_____  
PRESIDENT

_____  
SECRETARY

_____  
AUTHORIZED REPRESENTATIVE

_____  _____  _____  
COUNTERSIGNATURE          DATE              COUNTERSIGNED AT

*TODD ASSOCIATES INC*  
*23825 COMMERCE PARK*  
*SUITE A*  
*BEACHWOOD, OH 44122*

*1507173*

77008 (4/02)