UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| …………………………………………………... | : | |

## ORDER

Considering BPXP's Ex Parte Motion for Leave to File Under Seal Its Response in Opposition to the United States' Motion to Compel Production of Documents and Response to Interrogatories;

IT IS ORDERED that the Motion is GRANTED. BPXP is ordered to provide the Court and the United States' counsel with an unredacted version of the memorandum and exhibits and thereafter file in the record a redacted version of the memorandum and exhibits. The unredacted memorandum and exhibits received by the Court will be filed UNDER SEAL.

Date: May 20, 2014

_____
Sally Shushan
United States Magistrate Judge