IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| No. 12-968 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

**BP'S OPPOSITION TO CLASS COUNSEL'S MOTION FOR LEAVE TO FILE
REQUEST FOR ORAL ARGUMENT AND MOTION TO STRIKE**

BP respectfully requests that the Court deny Class Counsel's Motion for Leave to File Request for Oral Argument and Motion to Strike, Rec. Doc. 12909. The Court has previously directed that it "will take [the issue] up based on the record filed by the Claims Administrator with the policy statement," and that "[n]o further submissions or briefing will be accepted."[1] BP and Class Counsel have extensively briefed the issue regarding classification of conditions first diagnosed after April 16, 2012, as discussed in the Claims Administrator's policy statement dated May 13, 2014.[2] BP submits that further briefing or argument on this issue would be unnecessary and a waste of judicial resources given the fulsome record already before the Court.

The Court also should decline to entertain Class Counsel's Motion to Strike, for there is no basis to strike Dr. Herzstein's declaration. The declaration responds to certain issues raised in

---

[1] Order Regarding Policy Statement by the Medical Class Settlement Claims Administrator, May 16, 2014, Rec. Doc. 12871.

[2] *See* Rec. Doc. 12862-1 – Rec. Doc. 12862-5.

Class Counsel's opening memorandum and is relevant and appropriate to the briefing that was submitted to the Court.[3]

For the foregoing reasons, Class Counsel's motion should be denied.  In the event that the Court grants Class Counsel leave to file, BP reserves its right to file a response to both the Request for Oral Argument and the Motion to Strike.

May 22, 2014                                            Respectfully submitted,

                                                                              */s/ Kevin M. Hodges*

Mark Holstein                                           Kevin M. Hodges
J. Tracey Rogers                                        Kevin M. Downey
BP AMERICA INC.                                         WILLIAMS & CONNOLLY LLP
501 Westlake Park Boulevard                             725 Twelfth Street, N.W.
Houston, TX  77079                                      Washington, D.C. 20005
Telephone:  (281) 366-2000                              Telephone:  (202) 434-5000
Telefax:  (312) 862-2200                                Telefax:  (202) 434-5029

                                                                              */s/ Don K. Haycraft*
                                                   S. Gene Fendler (Bar #05510)
                                                   Don K. Haycraft (Bar #14361)
                                                   R. Keith Jarrett (Bar #16984)
                                                   LISKOW & LEWIS
                                                   701 Poydras Street, Suite 5000
                                                   New Orleans, Louisiana 70139
                                                   Telephone:  (504) 581-7979
                                                   Telefax:  (504) 556-4108

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

---

[3]   Class Counsel states that Dr. Herzstein's declaration was only recently docketed.  However, this declaration was served on Class Counsel by email on April 14, 2014, more than one month ago.

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of May, 2014.

                                                    */s/ Don. K. Haycraft*
                                                    Don K. Haycraft