UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** **"Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** **SECTION J** |
| **Applies to: 10-4536** | **JUDGE BARBIER** **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**[Regarding reply brief of the U. S. in support of its motion to compel (Rec. doc. 12922)]**

On Thursday, May 22, 2014, the United States inadvertently filed its reply brief in support of its motion to compel without redacting information on page four of the reply brief that was subject to the provisions of PTO 13 (Rec. doc. 641). The U.S. has supplied with the Court with a redacted copy of the reply brief.

IT IS ORDERED as follows:

1. The reply brief of the U.S., including exhibits, which was filed on Thursday, May 22, 2014, and docketed as Rec. doc. 12922, shall be filed under seal.

2. The redacted reply brief shall be filed under Rec. doc. 12922, but it shall not be filed under seal.

3. The U.S. shall notify all recipients of the email distributing the reply brief that they must delete the unredacted reply brief and refrain from reading it.

New Orleans, Louisiana, this 23rd day of May, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**