# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30095

MD 10-2179-J

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 2 0 2014
WILLIAM W. BLEVINS
CLERK

IN RE: DEEPWATER HORIZON — APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT

Appeal from the United States District Court
for the Eastern District of Louisiana

Before DAVIS, GARZA, and DENNIS, Circuit Judges.

W. EUGENE DAVIS, Circuit Judge:

The petition for panel rehearing is denied. The majority of the panel notes its complete agreement with the reasoning set forth in Judge Southwick's order on petition for panel rehearing in *In re Deepwater Horizon*, No. 13-30315.

Judge Garza dissents from the denial of panel rehearing for the reasons stated in his panel dissent of January 10, 2014, *In re Deepwater Horizon*, 739 F.3d 790, 821-29 (5th Cir. 2014) (Garza, J., dissenting), and the dissent from the court's denial of rehearing en banc.

DENIED.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 19, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-30095    In Re: Deepwater Horizon
                      USDC No. 2:10-MD-2179
                      USDC No. 2:10-CV-7777
                      USDC No. 2:12-CV-970
                      USDC No. 2:10-CV-2771
                      USDC No. 2:12-CV-2953
                      USDC No. 2:12-CV-964

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Jamei R. Cheramie
Jamei R. Cheramie, Deputy Clerk

Mr. N. Albert Bacharach Jr.
Mr. William W. Blevins
Mr. Robert C. Mike Brock
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Kevin Walter Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Theodore B. Olson
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Mr. Stuart Cooper Yoes