UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases and 12-970* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Response from the Claims Administrator to BP's
Motion to Clarify or Amend Order Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Rec. doc. 12702)]

On April 22, 2014, BP filed a motion to amend this Court's Order regarding Class Counsel's motion to protect and preserve claimant confidentiality and to enforce the orders of the Court. Rec. doc. 12702. The Court's ruling was entered on March 25, 2014. Rec. doc. 12591.

Upon review of BP's motion and the declaration of Daniel A. Cantor (Rec. doc. 12702-Exhibit 3), the Claims Administrator is directed to file a response to the issues raised, and particularly whether the Program currently performs the functions itemized in Mr. Cantor's declaration. The response should be filed with the Court **by the close of business on Monday, June 2, 2014**. Neither Class Counsel nor BP may reply to the response by the Claims Administrator.

New Orleans, Louisiana, this 23rd day of May, 2014.

CARL J. BARBIER
United States District Judge