UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Penalty Phase Discovery]**

On May 22, 2014, counsel for BPXP and the U.S. submitted letters concerning Penalty Phase discovery. The letters will be filed into the record.

1. **Production of custodial files by the U.S**.

The U.S sought custodial file production for all BPXP witnesses. On May 19, 2014, the Court limited BPXP's custodial file production to two witnesses. By May 23, 2014, the U.S. was to identify the two BPXP fact or Rule 30(b)(6) witnesses for custodial file production. Rec. doc. 12892 at 3.

BPXP requests that it be permitted to select two U.S. witnesses for custodial file production. It urges that the same custodial file production requirements should apply to both parties. The U.S. and BPXP have agreed that BPXP will identify the two U.S. fact or Rule 30(b)(6) witnesses for custodial file production on May 23, 2014. The U.S. asked that a ruling on BPXP's request be deferred until after BPXP makes this identification.

The Court will delay ruling on BPXP's request until **noon on Tuesday, May 27, 2014**.

2. **Robertson, Pennington and Bray**.

Brenda Pennington and Denise Robertson were identified by BPXP as fact witnesses in its Rule 26(a) disclosures.[1] Pennington and Robertson served on the board of directors of BPXP from November 1, 2009 to January 14, 2011. BPXP contends that these witnesses are duplicative of each other. On May 16, 2014, BPXP asked that a ruling be deferred on the depositions of the these two witnesses while it sought to resolve the issue with the U.S. Rec. doc. 12889 at 5.

On May 22, 2014, BPXP reported that agreement could not be reached on Pennington and Robertson. In lieu of their depositions, BPXP proposes the deposition of Steven Bray, a lawyer, who has served as vice president and secretary of BPXP and a member of its board of directors since November 2009.

On May 16, 2014, the U.S. reported why it wanted the depositions of Pennington and Robertson. Rec. doc. 12891 at 3-4. The U.S. objects to the substitution of Bray for Pennington and Robertson.

The U.S. shall choose to depose either Pennington or Robertson. **BPXP shall produce the designee for deposition.**

3. **Danny Wallace**.

BPXP reports that it dropped Wallace from its may call witness list. In accord with the agreement of the parties, **the deposition of Wallace is canceled**.

4. **Elliot Taylor**.

BPXP reports that Dr. Taylor is not only a fact witness, but has been retained as an expert by it. In accord with the agreement of the parties, **the fact deposition of Dr. Taylor will be**

---

[1] The name is spelled as Denise Robinson and Denise Robertson. Compare Rec. docs 12881 at 4 and 12889 at 5.

**deferred** until after he provides his expert report and he will be deposed for one additional day beyond the normal number of days allotted for expert depositions.

The deadline for any appeal of this order is the **close of business on Wednesday, Friday, May 28, 2014**.

New Orleans, Louisiana, this 23rd day of May, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**