UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF LOUISIANA

Honorable Judge Carl J. Barber



David M. Strong                                         CIVIL ACTON

Plaintiff                                         CASE NUMBER 10 – 2179  J(1)

Deepwater Horizon Medical Benefits Claims Administrator

Defendant                                        MDL – 2179 Oil Spill by Oil Rig

"Deepwater Horizon"

*****MOTION TO SET ASIDE*****

**This "motion" was enter for erroneous interpretation and misrepresentation of material facts.**

'Crude Oil is unrefined Petroleum"

PETROLEUM DISTILLATE POISONING "a toxic condition caused by the ingestion or inhalation of a Petroleum distillate, such as fuel oil, lubricating oil, glue used in making model airplanes or the like, and varies solvents. Nausea, vomiting, chest pain, dizziness, and severe depression of the central nervous system characterize the condition. Severe or fatal Pneumonitis may occur if the substance is aspirated. " ((Mosby's Medical Dictionary 9th Edition (MMD))

What the Defendant failed to address when BP added dispersants/solvent to the Crude Oil the dispersants/ solvent dissolved the Crude Oil and the Crude Oil reacted with the salt water and became a chemically reacting substance. By dissolving the Crude Oil BP refined the Crude Oil into a Petroleum based solution in the North Gulf of Mexico in all waterways of the State of Alabama where the Plaintiff house is located at 4543 Cotton Cove Drive Gulf Shores, Alabama three hundred feet from Cotton Creek and Intracoastal Waterway. This Petroleum based solution emitted distillate poison gases and odors from the surface of the water in all area of waterways impacted by high and low tides. On days when the wind is calm the distillate poison gases and odors can expand many miles and cause serious harm to the health of individuals with chemical sensitivity.

TENDERED FOR FILING

MAY 2 1 2014

U.S. DISTRICT COURT
Eastern District of Louisiana

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

In theory the distillate poison gases from Petroleum solution in waterways can affect individuals with airway sensitivity on a day with calm winds five to seven miles and the odors can affect individuals one to two miles radius of the waterways affective by the high and low tides.

The Defendant established Zones for the State of Alabama equal to one half mile of the beach and one mile from wet lands and concluded that no Crude Oil was found in the Mobile Bay, that suggest the law of nature only allow high tides to carry Crude Oil to white sandy beaches only. It seem that the Defendant in establishing zones associated with the natural island was to limit medical benefits and compensatory damages for the upper class citizens who can afford to live on the islands in the State of Alabama. In consideration of the Petroleum solution emitting distillate poison gases and odors in all waterways affective by the high and low tides in the State of Alabama there can be only one zone in fairness because all of the waterways in South Alabama are affective. There have been many DNA tests done in regard to the Petroleum solution in waterways in South Alabama that confirmed that the Petroleum solution was from the Deepwater Horizon oil Spill in the Gulf of Mexico. Also, the Scientific Community concluded that distillate gases and odors from the Crude Oil and the Petroleum solution will be emitting these gases and odors up to ten years in waterways in South Alabama that is affective by high and low tides.

The Defendant criteria for limitation for medical benefits and compensatory damages states, "This in no way intended by BP to suggest that those physically in zone were exposed to or harmed by oil, other hydrocarbons or substances released from the MC252 Well, and/or exposure to dispersants and/or decontaminants with the response Activities." (From the Defendant Web Page) The Defendant knows that hydrocarbons in part are by – products of Petroleum and the Defendant quote on hydrocarbons is not consistence with Crude Oil or Petroleum distillate poison gases and odors or Petroleum solution that affects all waterways in South Alabama affective by high and low tides. The material facts strongly suggest that there can only be one establish Zone in South Alabama because the Petroleum solution affects all waterway impacted by the high and low tides in the State of Alabama.

The Plaintiff relocated from his home at 4543 Cotton Cove Drive Gulf Shores, Alabama to Topping, Virginia on April 29, 2011 to improve functions to his vital organs and his ability to walk.

*****ORDER TO SET ASIDE*****

The PLAINTIFF hereby MOVE that the Honorable Judge Carl J. Barber SET ASIDE the DECISION by the DEFENDANT of March 28, 2014 that the PLAINTIFF address at 4543 Cotton Cove Drive Gulf Shores Alabama was not in ZONE A and REMAIN the Plaintiff CASE for Specified Physical Condition be remained for MEDICAL BENEFITS and COMPENSATORY DAMAGES.

CASE NUMBER 10 – 2179

Page # 3

Dated: 05/20/14

*David M. Strong, Pro Se*

David M. Strong

305 Syringa Road P.O. Box 219

Topping, VA 23169

(804) 286-9030

Certificate of Service

I hereby certify that I have served a copy of this

Document on all counsel fo record by U.S. Certified

Mail Return Receipt

*David M. Strong, Pro Se*

Signature

Deep Water Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112



# DEEPWATER HORIZON
## MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

**David M Strong**
**PO Box 219**
**Topping, VA 23169**

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

3/28/2014

Re: Notice of Determination Concerning Membership in Medical Benefits Settlement Class: SPC0002895

Dear David Strong:

The Claims Administrator is writing to inform you that your claim for compensation for a Specified Physical Condition and/or to participate in the Periodic Medical Consultation Program has been denied.

In order to obtain such benefits, you must be a member of the Medical Benefits Settlement Class. The Claims Administrator has reviewed the information in your Proof of Claim Form and supporting documentation, as well as in any materials the Claims Administrator obtained pursuant to the Medical Settlement Agreement (such as the databases, data files, and documentary evidence listed in Section XXI.B.1 of the Medical Settlement Agreement). Based on its review, the Claims Administrator has determined that you have not established that you are a member of the Medical Benefits Settlement Class because you did not meet certain requirements or were subject to certain exclusions under the Medical Settlement Agreement, as set forth below:

- The residential address you provided is not in Zone A.

**If you believe that Claims Administrator made a mistake in determining that you are not a Medical Benefits Settlement Class Member, you may file a challenge with the Court. You must file any such challenge within 60 days of the date of this notice.**

Please contact the Claims Administrator at (877) 545-5111 if you have any questions.

Sincerely,

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

Case Number 10 – 2179

Claim Number SPC0002895

David M. Strong

305 Syringa Road P.O. Box 219

Topping, VA 23169                                  Check Number 2151 for $400.00

(804) 286-9030

May 20, 2014                                       U.S. Express Mail EK 167401175 US

U.S. District Court

For the Eastern District of Louisiana

The Honorable Judge Carl Barber

500 Poydras Street, Room C – 151

New Orleans, LA 70130

This letter is to Submit Plaintiff David M. Strong Motion for Set Aside.

Respectfully Submitted

*David M. Strong, Pro Se*

TENDERED FOR FILING

MAY 21 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Deep Water Horizon Medical Benefits Claims Administrator     U.S. Certified Mail Return Receipt
935 Gravier Street, Suite 1400                                7012-3050-0001-8247-7699
New Orleans, LA 70112

Attached:        Defendant decision to deny

PITNEY BOWES
02 1P $ 000.390
0001916472 MAY 20 2014
MAILED FROM ZIP CODE 23169

When used internationally affix customs declarations (PS Form 2976, or 2976A).

EP13F

USPS packaging products have been awarded Cradle to Cradle Certification for their ecologically-intelligent design. For more information go to mbdc.com/usps

Please recycle.

EXPRESS MAIL
UNITED STATES POSTAL SERVICE
23169 MAY 20

Flat Rate Mailing Envelope
For Domestic and International
Visit us at usps.com

EK167401175US

UNITED STATES POSTAL SERVICE | PRIORITY MAIL EXPRESS™

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( ) 804-269-7030
David M. Strong
305 Swinger Road, P.O. Box 219
Topping, VA 23169

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE ( )
U.S. District Court for the
Eastern District of Louisiana
500 Poydras Street Rm C-151
New Orleans, LA 70130

ZIP + 4 (U.S. ADDRESSEES ONLY)

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 23169
☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO
Scheduled Delivery Date: 5-22-14
Postage: $19.99
Date Accepted: 5-20-14
Scheduled Delivery Time: ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $
Time Accepted: 1:35 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
Flat Rate ☑ Weight: 3 oz
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $19.99
Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM Employee Signature
Delivery Attempt (MM/DD/YY) Time ☐AM ☐PM Employee Signature

LABEL 11-B, JANUARY 2014  PSN 7690-02-000-9996  3-ADDRESSEE COPY

082708_EM_EP13F OCT 2008