# CORRECTED May 21, 2014
# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED

MAY 22 2014

WILLIAM W. BLEVINS
CLERK

No. 13-30315

MD. 10-2179-J

IN RE: DEEPWATER HORIZON

-------------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON
SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY,
INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA
CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER
FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD
LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on
behalf of themselves and all others similarly situated; HENRY HUTTO;
BRAD FRILOUX; JERRY J. KEE,

        Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP PIPE LINE COMPANY,

        Defendants - Appellants

---

No. 13-30329

---

IN RE: DEEPWATER HORIZON

-------------------------------------------------------------------------------

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON

SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

Defendants - Appellants

------------------------------------------------------------------------

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION  COMPANY

Plaintiffs - Appellants

v.

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

Intervenor Defendants - Appellees

DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; PATRICK A. JUNEAU, n his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement

Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater

Defendants - Appellees

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before DENNIS, CLEMENT and SOUTHWICK, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellants' emergency motion to enforce this Court's October 2, 2013 judgment and to enjoin any further payments to the BEL claimants whose injuries are not traceable to the spill pending final disposition of the appeals is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that the renewed motion of defendants-appellants for an injunction is DISMISSED AS MOOT.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 21, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-30315     In Re: Deepwater Horizon
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-970
                 USDC No. 2:12-CV-970
                 USDC No. 2:10-MD-2179
                 USDC No. 2:13-CV-492
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-970
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jamel R. Cheramie, Deputy Clerk

Mr. William W. Blevins
Mr. Andrew Baker Bloomer
Ms. Rachel Brand
Mr. Robert C. Mike Brock
Mr. James Augustus Burton
Mr. David B. Byrne Jr.
Mr. Jeffrey Bossert Clark Sr.
Mr. Paul D. Clement
Mr. Kevin Michael Downey
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. S. Gene Fendler
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Christopher Martin Guidroz
Mr. Don Keller Haycraft
Mr. Frank Lane Heard III
Mr. Stephen Jay Herman
Mr. Mark Holstein

```
Mr. James M. Hood III
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. Andrew Tanner Karron
Ms. Linda Kelly
Mr. James Andrew Langan
Mr. Jeffrey Lennard
Mr. Scott Payne Martin
Mr. Corey L. Maze
Mr. Michael Cameron Moore
Mr. Theodore B. Olson
Mr. Robert L. Redfearn
Mr. James Parkerson Roy
Mr. Richard C. Stanley
Ms. Catherine Emily Stetson
Mrs. Megan Kathleen Terrell
Ms. Jennifer L. Thornton
Ms. Terese Troxclair Wyly
```