## Claimant Information

| | |
|---|---|
| **Claimant ID:** 100055645 | **Claimant Name:** |
| **Claimant Type:** Business | **Business Name:** SNODGRASS BROTHERS, INC. |
| **SSN/EIN:** *****8053 | **Address:** 2025 Angler Place Rd |
| **Represented By:** Law Office of Cary M. Toland, PC | BROWNSVILLE TX 78521 |
| | **Preferred Language:** English |

## Claim Information

| | |
|---|---|
| **Claim ID:** 22820 | **Claim Type:** Seafood Compensation Program |
| **Catch Type:** Shrimp | **Operator Type:** Vessel Owner |

**Review Queue:** — Last Updated

| Review Queue: | |
|---|---|

## Claim Identification

1. Does the claimant's documentation show their income was entirely unrelated to their employment as a Commercial Fisherman?  **No**

   Document:

2. Vessel Information

   | Vessel Name | Vessel Hull Number | VIC Number |
   |---|---|---|
   | MV Uncle Billy | 7939525 | 191 |

3. Check here if the documentation indicates joint ownership or a joint lease of the vessel(s) for the claimed catch type at the time of the Spill:  **No**

   Document:

4. Identify ownership percentage:

## Claimant Sworn Written Statement Review

1. Does the claimant's Sworn Written Statement indicate that they previously received Seafood Spill-Related Payments?  **Yes**

   Document: 1767939

2. Did the claimant provide documentation showing the timing and amount of any claimed Seafood Spill-Related Payments?  **Yes**

   Document: 1767939

3. Does the claimant's Sworn Written Statement indicate that the Vessel was leased during the period of April 20, 2010 through December 31, 2010?  **No**

   Document: 1767939

4. Does the claimant's Sworn Written Statement indicate that they were the Sole Boat Captain between January 1, 2007 and December 31, 2009?  **No**

   Document: 1767939

## Shrimp Compensation Plan Review

1. Did the claimant provide proof of expenses from the 12 months prior to April 20, 2010 for purchase or repair of the vessel?  **No**

| VIC Search | Length | Source of Expense | Date | Type of Expense | Amount | Doc ID |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| | | |
|---|---|---|
| 2. | Did the claimant submit other evidence of the vessel's intended use as a Shrimp Harvesting Vessel? | Yes |
| | | Document: 1521666 |

## Benchmark Period Review

1. Did the claimant provide information that they were not a full participant in the fishing or harvesting seasons for any of the following years such that the year should be excluded from consideration for determining Benchmark Revenue?

| Year | Exclusion Reason | Doc ID |
|---|---|---|
| a. 2007 |  |  |
| b. 2008 |  |  |
| c. 2009 |  |  |

| | | |
|---|---|---|
| 2. | Did the claimant indicate they entered or planned to enter the commercial fishing industry after December 31, 2009 ? | No |
| | | Document: |

## Accountant Review Criteria

| | | |
|---|---|---|
| 1. | Do the financial records indicate the claimant's revenue for a Seafood Harvesting and other business operation are reported jointly? | No |
| | | Document: |
| 2. | Did the claimant begin harvesting oysters after the start of 2007? | No |
| | | Document: |
| 3. | Does this Seafood Claim require Accountant Review for any other reason? | No |
| | | Document: |

## Claimant and Catch Information

| Vessel Name | Vessel Hull Number | Vessel Size | Vessel Type | Home Port State | Home Port County |
|---|---|---|---|---|---|
| Uncle Billy | 597031 | 64.60 | Freezer | TX | Cameron |

| Excluded Years | Exclusion Reason |
|---|---|
|  |  |

## Shrimp Compensation Calculation

Expedited/Reduced Expedited Source of Revenue Information: Sworn Written Statement

For Compensation using Tax Documents and Other Financial Information disregard the Cost Percentage and Share Percentage factors.

| Revenue Breakdown | | |
|---|---|---|
| 2007 | 2008 | 2009 |
| $441,926.00 | $410,033.00 | $304,796.00 |

| | |
|---|---|
| **1. Benchmark Period:** | Benchmark 2007-2009 |
| **2. Benchmark Revenue:** The Benchmark Revenue is the average of the annual revenue for the Benchmark Period identified above. | $385,585.00 |
| **3. Expedited Compensation:** | |
| **4. Reduced Expedited Compensation:** | Not Eligible |
| **5. Expedited or Reduced Expedited Compensation:** This is the higher of Row 3 or Row 4. | $0.00 |
| **6. 2010 Lease Amount:** | |
| **7. Lease Payment Ratio:** | |
| **8. Vessel Owner Share:** | |
| **9. Vessel Lessee Share:** | |

### Historical Revenue Compensation

Historical Revenue Compensation Source of revenue Information: Sworn Written Statement

For Compensation using Tax Documents and Other Financial Information disregard the Cost Percentage and Share Percentage factors.

| Revenue Breakdown | | |
|---|---|---|
| 2007 | 2008 | 2009 |
| $441,926.00 | $410,033.00 | $304,796.00 |

| | |
|---|---|
| **1. Benchmark Period:** | Benchmark 2007-2009 |
| **2. Benchmark Revenue:** The Benchmark Revenue is the average of the annual revenue for the Benchmark Period identified above. | $385,585.00 |
| **3. Additional Catch Adjusted Benchmark Revenue:** Row 2 multiplied by the Additional Catch Factor of 1.05. | $404,864.25 |
| **4. Total Adjusted Benchmark Shrimp Revenue:** Row 3 multiplied by 1.2, which is the Adjustment for Changes in 2010-11 Prices. | $485,837.10 |
| **5. Benchmark Cost:** Row 2 multiplied by the Shrimp Cost Percentage of 0.42%. | $161,945.70 |
| **6. Base Loss:** Row 4 minus Row 5, multiplied by the Shrimp Loss Percentage Factor of 35%. | $113,361.99 |
| **7. Base Compensation:** Row 6 multiplied by the Shrimp Vessel Share of 0.45% | $51,012.90 |
| **8. Risk Transfer Premium:** Row 7 multiplied by a RTP of 8.25 | $420,856.43 |
| **9. Historical Revenue Compensation:** Row 7 plus Row 8. | $471,869.33 |
| **10. 2010 Lease Amount:** | |
| **11. Lease Payment Ratio:** | |
| **12. Vessel Owner Share:** | |
| **13. Vessel Lessee Share:** | |

**Shrimp New Entrant Compensation Method**

| Expenses | | |
|---|---|---|
| Type of Expense | Source of Expense | Amount of Expense |
|  |  |  |

**Total Proven Expenses for Shrimp Harvesting Vessel:**

**New Entrant Compensation:** This includes a RTP of  8.25                                                   Not Eligible

## Prior Payments

Total Prior Payments: $15,000.00

Total Prior DWH Seafood Program Payments of:

## Incompleteness Reasons

| Reason Number | Description |
|---|---|

## Denial Reasons

| Reason Number | Description |
|---|---|

## Result

| Claim Result | Compensation Amount |
|---|---|
| Payable | $471,869.33 |