

# DEEPWATER HORIZON CLAIMS CENTER
## ECONOMIC & PROPERTY DAMAGE CLAIMS

| | |
|---|---|
| Home | |
| News and Developments | |
| Firm Administration | |
| Download Files | |
| Claimant Activity | |
| Reporting | |
| **Notices** | |
| Forms | |
| Payments | |
| Change Password / Email | |
| Log Off | |

## Events/Notices

[<< Back]

### Claimant Information

| | | | |
|---|---|---|---|
| **Claimant ID:** | 100055645 | **Name:** | |
| **GCCF Claimant ID:** | 3346519 | **Business:** | SNODGRASS BROTHERS, INC. |
| **Taxpayer Type:** | Business | **Address:** | 2025 Angler Place Rd |
| **SSN/EIN:** | *****8053 | | BROWNSVILLE TX 78521 |
| **Represented By:** | Law Office of Cary M. Toland, PC | **Preferred Language:** | English |
| **Portal User:** | N/A | | |

**Current Claimant Status:** Notice Issued After Payment Review: Claim Documents Incomplete

### Claimant Activity

| Event | Event Date | Response Deadline | |
|---|---|---|---|
| Claimant Payment Document Incompleteness Notice | 05/06/2013 | | [Events / Notices] |
| Release Accepted | 05/03/2013 | | |
| Registration Form Submitted | 06/26/2012 | | |

[Close]



# DEEPWATER HORIZON CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- **Notices**
- Forms
- Payments
- Change Password / Email
- Log Off

## Claims Events/Notices

[<< Back]

### Claimant Information

| | | | |
|---|---|---|---|
| **Claimant ID:** | 100055645 | **Name:** | |
| **GCCF Claimant ID:** | 3346519 | **Business:** | SNODGRASS BROTHERS, INC. |
| **Taxpayer Type:** | Business | **Address:** | 2025 Angler Place Rd |
| **SSN/EIN:** | *****8053 | | BROWNSVILLE TX 78521 |
| **Represented By:** | Law Office of Cary M. Toland, PC | **Preferred Language:** | English |
| **Portal User:** | N/A | | |

### Claim Information

| | | | |
|---|---|---|---|
| **Claim ID:** | 22820 | **Claim Type:** | Seafood Compensation Program |
| **Catch Type:** | Shrimp | **Operator Type:** | Vessel Owner |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Denial Notice | 08/28/2013 | 09/27/2013 11:59 PM CST | | 08/29/2013 | Cary, Toland |
| Claim Payment Documentation Accepted | 05/10/2013 | | | | |
| Claim Payment Documentation Incomplete | 05/03/2013 | | | | |
| Offer Accepted / Claimant Waives Right to Reconsideration | 05/03/2013 | | | | |
| Eligibility Notice | 04/29/2013 | | | | |
| Claims Review | 10/12/2012 | | | | |
| Response to Incompleteness Notice Received | 09/12/2012 | | | | |
| Incompleteness Notice | 08/15/2012 | 09/14/2012 11:59 PM CST | | 06/17/2013 | GCG, SystemAdmin |
| Claims Review | 08/04/2012 | | | | |
| Claim Form Submitted | 06/27/2012 | | | | |