IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | * MDL NO. 2179 |
| Oil Spill by the Oil Rig "Deepwater Horizon" | * SECTION J |
| in the Gulf of Mexico on April 20, 2010 | * HONORABLE CARL J. |
| | * BARBIER DISTRICT JUDGE |
| | * AND |
| | * MAGISTRATE JUDGE |
| | * SHUSHAN |
| SNODGRASS BROTHERS, INC. | * |
| | * |
| v. | * |
| | * |
| BP EXPLORATION & PRODUCTION INC. | * THIS DOCUMENT RELATES |
| TO and BP AMERICA PRODUCTION COMPANY; | * Case No.  2:13-cv-06190-CJB- |
| SSDEEPWATER HORIZON COURT | * |
| SUPERVISED SETTLEMENT PROGRAM; | * |
| and PATRICK A. JUNEAU, | * |
| In His Official Capacity As Claims Administrator | * |
| Of The Deepwater Horizon Court Supervised | * |
| Settlement Program Administering The | * |
| Deepwater Horizon Economic and Property | * |
| Damages Settlement Agreement | * |
| And In His Official Capacity As Trustee | * |
| Of The Deepwater Horizon Economic | * |
| and Property Damages Settlement Trust | * |

ORDER ON COMPLAINTANT'S AMENDED MOTION TO ENFORCE
RELEASE AND SETTLEMENT

After considering Complaint's request for enforcement of settlement agreement, the court Orders that **COMPLAINTANT'S AMENDED MOTION TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT** be in all things granted and that the Settlement fund in accordance with the written, executed settlement agreement.

SIGNED on _____, 20___.

_____
HONORABLE   U.S.   DISTRICT
JUDGE CARL J BARBIER