IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | * MDL NO. 2179 |
| Oil Spill by the Oil Rig "Deepwater Horizon" | * SECTION J |
| in the Gulf of Mexico on April 20, 2010 | * HONORABLE CARL J. BARBIER |
| | * MAGISTRATE JUDGE SHUSHAN |
| SNODGRASS BROTHERS, INC. | * |
| | * |
| v. | * |
| | * |
| BP EXPLORATION & PRODUCTION INC. | * THIS DOCUMENT RELATES TO |
| and BP AMERICA PRODUCTION COMPANY; | * Case No.  2:13-cv-06190-CJB-SS |
| DEEPWATER HORIZON COURT | * |
| SUPERVISED SETTLEMENT PROGRAM; | * |
| and PATRICK A. JUNEAU, | * |
| In His Official Capacity As Claims Administrator | * |
| Of The Deepwater Horizon Court Supervised | * |
| Settlement Program Administering The | * |
| Deepwater Horizon Economic and Property | * |
| Damages Settlement Agreement | * |
| And In His Official Capacity As Trustee | * |
| Of The Deepwater Horizon Economic | * |
| and Property Damages Settlement Trust | * |

**REQUEST TO LIFT PRETRIAL ORDER 15 CONTINUANCE
AS TO COMPLAINANT SNODGRASS BROTHERS, INC.'S
AMENDED MOTION TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT
AND
REQUEST FOR SUBMISSION AND HEARING
PURSUANT TO LOCAL RULE 78.1 & 2**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE CARL J BARBIER:

1.      Complainant **Snodgrass Brothers, Inc.** files this its **REQUEST TO LIFT PRETRIAL ORDER 15 CONTINUANCE** so as to have set for hearing and submission its motion to enforce settlement agreement and would show the Court as follows.

2.      Defendants have taken the position Complainant cannot move forward on its motion to enforce settlement agreement based on Pretrial Order 15.

3.	It appears to Complainant that Pretrial Order 15 was drafted in response to motions asserting issues which would cause conflicts with discovery strategy and/or which could be resolved by rulings in the master case, i.e. discovery and remand. The continuance was most obviously within the discretion of the Court and authorized by both the MDL manual and rules and necessitated by the then circumstances of the litigation.

4.	This is clearly not the case with a motion to enforce a written contract for settlement, especially one that states once executed it is enforceable regardless of the outcome of MDL 2179 and that provides this is the Court where enforcement actions must originate.

5.	Complainant has provided copies to and solicited comments from Liaison Counsel and steering committee via email correspondence and has been informed by that Plaintiff's Steering Committee takes no position.

6.	A copy of the amended motion is attached as **EXHIBIT A**.

7.	Plaintiff requests that it be set for hearing so that the motion to enforce may be granted or they may proceed with their breach of contract causes of action and

for other relief they may be entitled.

                Respectfully submitted,

**COUNSEL FOR COMPLAINANT,**
**Snodgrass Brothers, Inc.:**

**LAW OFFICE OF CARY M TOLAND PC**
855 East Harrison Street
Brownsville, Texas 78520
Telephone:  (956) 544-4607
Fax:  (956) 541-2117
E-Mail Address:  cary@carytolandlaw.com


by:        /s/
    Cary M. Toland, Attorney-in-charge
    State Bar of Texas No. 00785112
    Federal I.D. No. 17558


## CERTIFICATE OF CONFERENCE

I, **Cary M. Toland**, respectfully show that I have conferred with both Counsel for Defendants who oppose this motion and the Plaintiff's Steering Committee who takes no position on the Motion.

/s/

Cary M. Toland

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **REQUEST TO LIFT PRETRIAL ORDER 15 CONTINUANCE AS TO COMPLAINANT SNODGRASS BROTHERS, INC.'S AMENDED MOTION TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT AND REQUEST FOR SUBMISSION AND HEARING PURSUANT TO LOCAL RULE 78.1 & 2** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this **20th** day of **May**, **2014**.

**COUNSEL FOR DEFENDANT, PATRICK A. JUNEAU,**
*In His Official Capacity As Claims Administrator Of The Deepwater Horizon Court Supervised Settlement Program Administering The Deepwater Horizon Economic and Property Damages Settlement Agreement And In His Official Capacity As Trustee Of The Deepwater Horizon Economic and Property Damages Settlement Trust*:
**J. David Forsyth**
201 St. Charles Avenue, Suite 3815
New Orleans, Louisiana  70170
*via*:  E-Mail jdf@sessions-law.com

**COUNSEL FOR DEFENDANTS,**
**BP EXPLORATION & PRODUCTION, INC.**
**and BP AMERICA PRODUCTION COMPANY:**
**Kristopher Ritter** / KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
*via*:  E-Mail ritterk@kirkland.com

/s/
_____
Cary M. Toland