**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: | * MDL NO. 2179 |
| Oil Spill by the Oil Rig "Deepwater Horizon" | * SECTION J |
| in the Gulf of Mexico on April 20, 2010 | * HONORABLE CARL J. BARBIER |
| | * MAGISTRATE JUDGE SHUSHAN |
| **SNODGRASS BROTHERS, INC.** | * |
| | * |
| **v.** | * |
| | * |
| **BP EXPLORATION & PRODUCTION INC.** | * THIS DOCUMENT RELATES TO |
| **and BP AMERICA PRODUCTION COMPANY;** | * Case No.  2:13-cv-06190-CJB-SS |
| **DEEPWATER HORIZON COURT** | * |
| **SUPERVISED SETTLEMENT PROGRAM;** | * |
| **and PATRICK A. JUNEAU,** | * |
| **In His Official Capacity As Claims Administrator** | * |
| **Of The Deepwater Horizon Court Supervised** | * |
| **Settlement Program Administering The** | * |
| **Deepwater Horizon Economic and Property** | * |
| **Damages Settlement Agreement** | * |
| **And In His Official Capacity As Trustee** | * |
| **Of The Deepwater Horizon Economic** | * |
| **and Property Damages Settlement Trust** | * |

**ORDER
ON COMPLAINANT SNODGRASS BROTHERS, INC.'S
MOTION TO SET AMENDED MOTION
TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT
FOR SUBMISSION AND HEARING ON THE NEXT MOTION DAY**

After considering Complainant's request for submission and hearing, the Court orders that **COMPLAINANT'S AMENDED MOTION TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT** be set on the next motion day for submission and hearing.

Specifically, the Court orders that the above referenced **COMPLAINANT'S AMENDED MOTION TO ENFORCE RELEASE AND SETTLEMENT AGREEMENT**  be set for submission and hearing on _____, 2014.

SIGNED:  _____, 2014.

_____
UNITED STATES DISTRICT JUDGE