# Exhibit A



**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

June --, 2012

Re: Options for Those Who Received 60% of GCCF Offer from Transition Program

Dear Claimant:

On May 2, 2012, the United States District Court for the Eastern District of Louisiana ("Court") issued an Order granting Preliminary Approval ("Preliminary Approval Order") of a Settlement Agreement between BP Exploration and Production, Inc. and BP America Production Company (Collectively, "BP") and the Plaintiffs Steering Committee to settle numerous lawsuits arising out of the Deepwater Horizon Oil Spill. The Preliminary Approval Order established a Court Supervised Settlement Program ("Settlement Program") to replace the GCCF, as well as the Transition Process the Court had put in place previously to transition the processing of claims from the GCCF to the Settlement Program ("GCCF/Transition"), and ordered the Settlement Program to commence operations on June 4, 2012. The Transition Process ended at midnight on June 3, 2012, and the Settlement Program began on June 4, 2012.

During the Transition Process, you received a Final Determination Offer and received 60% of that offer, pursuant to the Court's Order dated March 8, 2012 (the "Transition Order.") Under the terms of the Transition Order and the Settlement Agreement governing the Settlement Program, you have several options for how to proceed on your claim. This letter outlines the options available to you now, depending on whether you are an eligible Class Member. For more information on who is an eligible Class Member, go to www.deepwaterhorizonsettlements.com or review the Court Approved Notice that you should have received in the mail.

A. **Eligible Class Members.** If you are an eligible Class Member, your options for proceeding are as follows:

   (1) **Participate in the Settlement Program.** If you file a claim in the Settlement Program, you will receive the *greater* of your Settlement Program Compensation Amount or your GCCF/Transition offer, minus what you received from the GCCF/Transition. You will receive payment after the Settlement Program's review of your claim is complete and you execute a Release. To get information on how to participate in the Settlement Program and file a claim, go to **deepwaterhorizoneconomicsettlement.com**.

   (2) **Accept the Remaining 40% of Your GCCF/Transition Offer, in Return for a Release.** You may receive the 40% balance of your GCCF/Transition Final Payment Offer now, in exchange for a Release.

   (3) **Opt Out of the Settlement, while Preserving Your Rights to Seek Additional Compensation.** If you make the decision to Opt Out of the Settlement Program, you may pursue any and all claims and rights available under applicable law to seek additional compensation, subject to a credit of the 60% GCCF/Transition Offer payment you have already received.

B. **Non Class Members.** If you are **not** an eligible Class Member, your options are to:

(1) **Accept the Remaining 40% of Your GCCF/Transition Offer, in Return for a Release.** You may receive the 40% balance of your GCCF/Transition Final Payment Offer now, in exchange for a Release.

(2) **Do Nothing Now.** You may decide not to receive the remaining 40%, preserving you right to pursue any and all claims and rights available under applicable law.

## C. How to Request Your 40% Payment.

If you want to receive your 40% payment now, do one of the following:

(1) Call 1-866-992-6174. Give your GCCF number, and say that you are requesting the 40% balance of your Final Payment Offer from the GCCF/Transition;

(2) Email us at Questions@DHECC.com. Include your name, your GCCF number, and state that you are requesting the 40% balance of your Final Payment Offer from the GCCF/Transition;

(3) Log onto www.deepwaterhorizoneconomicsettlement.com, click on "Information About 40% Balance of GCCF/Transition Offer," and follow the instructions; or

(4) Visit one of the Claimant Assistance Centers and request your 40% payment. One of our claimant contacts will take your information to determine whether you are eligible for and entitled to receive a 40% payment.

For more information on the Settlement Program and locations of the Claimant Assistance Centers, go to www.deepwaterhorizonsetttlements.com.

Sincerely,

Claims Administrator

# Exhibit B



**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

[Date]

[Claimant Name]
[Claimant Address]
[Claimant City, State, Zip]

**Re: Effects of Signing Enclosed Release to Receive Your 40% Payment**

Dear Claimant:

On May 2, 2012, the United States District Court for the Eastern District of Louisiana ("Court") issued an Order granting Preliminary Approval ("Preliminary Approval Order") of a Settlement Agreement between BP Exploration and Production, Inc. and BP America Production Company (Collectively, "BP") and the Plaintiffs Steering Committee to settle numerous lawsuits arising out of the Deepwater Horizon Oil Spill. The Preliminary Approval Order established a Court Supervised Settlement Program ("Settlement Program") to replace the GCCF, as well as the Transition Process the Court had put in place previously to transition the processing of claims from the GCCF to the Settlement Program ("GCCF/Transition"), and ordered the Settlement Program to commence operations on June 4, 2012. The Transition Process ended at midnight on June 3, 2012, and the Settlement Program began on June 4, 2012.

During the Transition Process, you received a Final Determination Offer and received 60% of that offer pursuant to the Court's Order dated March 8, 2012 (the "Transition Order"). Under the terms of the Transition Order and the Settlement Agreement governing the Settlement Program, you had several options for how to proceed on your claim, which included participation in the Settlement Program, accepting the remaining 40% of your GCCF/Transition Offer, or opting out of the Settlement Program. You contacted us and asked to receive the remaining 40% of your GCCF/Transition Offer without participating in the Settlement Program.

Although you have indicated your intention to accept the remaining 40% of your GCCF/Transition Offer and not participate in the Settlement Program, please note that if you file a claim in the Settlement Program, you will receive the *greater* of your Settlement Program Compensation Amount or your GCCF/Transition offer, minus what you received from the GCCF/Transition. You will receive payment after the Settlement Program's review of your claim is complete and you execute a release. To get information on how to participate in the Settlement Program and file a claim, go to **deepwaterhorizoneconomicsettlement.com**.

If you still want to receive the 40% payment now, you must sign and return the Release enclosed with this letter. **By signing the Release, you are forever giving up and discharging any and all rights which you may have for any costs, damages or other relief related to or arising from the Deepwater Horizon Oil Spill, even if you are not currently aware of such costs or damages and even if such costs or damages arise in the future or do not manifest themselves until the future. If you sign and return the Release:**

(1) **YOU WILL NOT BE ABLE TO PARTICIPATE IN THE SETTLEMENT PROGRAM AT ALL, AND CANNOT FILE ANY CLAIM, INCLUDING A VOO CHARTER PAYMENT OR VESSEL PHYSICAL DAMAGE CLAIM.**

(2) **YOU WILL NOT BE ABLE TO LATER OPT OUT OF THE SETTLEMENT PROGRAM.**

(3) **YOU WILL NOT BE ABLE TO SEEK ADDITIONAL COMPENSATION UNDER ANY APPLICABLE LAW.**

You may decide not to receive the remaining 40% of your GCCF/Transition Offer, which will preserve your ability to: (1) participate in the Settlement Program; or (2) opt out and pursue any and all claims and rights available under applicable law. If you participate in the Settlement Program or opt-out, the amount you receive, if any, would be subject to an offset of the 60% GCCF/Transition Offer payment and any other GCCF or BP claims payments you have received previously.

For more information on the Settlement Program and locations of the Claimant Assistance Centers, go to **www.deepwaterhorizonsettlements.com**.

Sincerely,

Claims Administrator