UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO ALTER OR AMEND
## ORDER ADOPTING MATCHING POLICY [No. 495]

**NOW INTO COURT,** through undersigned counsel, come eligible Business Economic Loss (BEL) Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class, who, pursuant to Federal Rule of Civil Procedure 59(e), respectfully move to alter or amend the Court's Order of May 5, 2014 Adopting Policy No. 495 ("Business Economic Loss Claims: Matching of Revenue and Expenses") [Rec. Doc. 12817], for the reasons that follow:

I.

On May 19, 2014, the U.S. Fifth Circuit Court of Appeals denied BP's Petition for Rehearing and Petition for Rehearing *En Banc,* in No. 13-30095, approving this Court's Order and Judgment Granting Final Approval of the Economic & Property Damages Settlement, on December 21, 2012.[1]

---

[1] REC. DOC. 8139.

Page | 1

II.

In addition, the Court of Appeals denied BP's Petition for Rehearing and Petition for Rehearing *En Banc,* in No. 13-30315, in which BP sought to alter the causation framework for business claims. Judge Southwick, writing for the Court, made it clear that "the Claims Administrator must establish causation for settlement purposes with respect to every claim under the specific criteria and formulae that BP and Class Counsel agreed would be utilized for that purpose."[2]

III.

The current Matching Policy, however, alters this causation framework, and otherwise exceeds the terms and provisions of the Settlement Agreement,[3] as approved on December 21, 2012, as interpreted by the Fifth Circuit on October 2, 2013,[4] and as further interpreted by this Court upon remand.[5]

IV.

Specifically, Class Counsel seek to:

    i.    Limit the Matching Triggers and Policies to *Cash Basis* Claims; and,

    ii.    Utilize the Annual Variable Margin Methodology for *all* insufficiently matched Claims, without resorting to different Construction, Agricultural, Educational or Professional Services Frameworks.[6]

---

[2] ORDER ON PETITION FOR PANEL REHEARING (May 19, 2014) [Fifth Cir. Doc. 00512635492] at p.10.

[3] *See e.g.,* SECTION 4.4.7 (requiring that "the criteria, documentation, proof and Compensation Amount provisions of each of the Claims categories shall apply equally to all Claimants"); *see also, generally* EXHIBITS 4-7.

[4] *See Deepwater Horizon I,* 732 F.3d 326 (5th Cir. 2013).

[5] *See* ORDER AND REASONS (Dec. 24, 2013) [Rec. Doc. 12055] pp.1-6.

[6] In the alternative, the Policy should at least be amended to **(a)** achieve matching, where required, through re-allocation of expenses only, without averaging, 'smoothing' or otherwise re-allocating revenues, **(b)** limit the matching generally, and any re-allocation of revenues in particular, to the transaction or transactions that 'triggered' or caused the claim to be "un-matched", and/or **(c)** eliminate any re-visiting of Causation where the Contemporaneous P&Ls have objectively established a loss caused by the Spill under Exhibit 4B. *See generally* MEMO TO THE CLAIMS ADMINISTRATOR (March 19, 2014) [REC. DOC. 12589-16].

V.

Class Counsel do *not* seek to delay the implementation of Policy No. 495 with respect to the application of the Annual Variable Margin Methodology to insufficiently matched Cash Basis Claims.[7]

VI.

The bases for the present Motion are further set forth in the Memorandum in Support, which is respectfully incorporated herein, and filed herewith.

This 27th day of May, 2014.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Lead Class Counsel* | *Lead Class Counsel* |

**ECONOMIC & PROPERTY DAMAGES CLASS COUNSEL**

| | |
|---|---|
| Joseph F. Rice | Robin L. Greenwald |
| MOTLEY RICE LLC | WEITZ & LUXENBERG, PC |
| 28 Bridgeside Blvd. | 700 Broadway |
| Mount Pleasant, SC 29464 | New York, NY  10003 |
| Office: (843) 216-9159 | Office:  (212) 558-5802 |
| Fax No. (843) 216-9290 | Telefax: (212) 344-5461 |
| E-Mail: jrice@motleyrice.com | E-Mail:  rgreenwald@weitzlux.com |

---

[7] *Nor* with respect to any Economic Class Member who desires and agrees to have his, her or its Accrual and/or Construction, Educational, Agricultural, or Professional Services Claim processed in accord with existing Policy No. 495.

Brian H. Barr
LEVIN, PAPANTONIO
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP

188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of May, 2014.

                                                             /s/ Stephen J. Herman and James Parkerson Roy