**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

May --, 2014

Re: Options for Those Who Received 60% of GCCF Offer During the Transition Process

Dear Claimant:

On December 21, 2012, the United States District Court for the Eastern District of Louisiana ("Court") issued an Order Granting Final Approval of the Economic and Property Damages Settlement Agreement ("Final Approval Order") between BP Exploration and Production, Inc. and BP America Production Company (Collectively, "BP") and the Plaintiffs Steering Committee to settle numerous lawsuits arising out of the Deepwater Horizon Oil Spill. In its Final Approval Order, the Court approved a Court Supervised Settlement Program ("Settlement Program") that replaced the Gulf Coast Claims Facility ("GCCF"). The GCCF processed claims that alleged losses caused by the oil spill through March 8, 2012. The Settlement Program opened on June 4, 2012. The period from March 8, 2012, to June 3, 2012, is known as the Transition Process.

During the Transition Process, you received a Final Determination Offer and received 60% of that offer in accordance with the Court's Order dated March 8, 2012 (the "Transition Order"). The Settlement Program is sending you this notification because you either: (1) have not made any contact with the Settlement Program since receiving the 60% transition payment; or (2) have only submitted a Registration Form to the Settlement Program, but have not submitted any Claim Forms for processing. This notification explains your options for collecting either the remaining 40% balance of your GCCF/Transition offer or, where eligible, the greater of that 40% balance and any additional compensation to which you may be entitled under the Economic & Property Damages Class Settlement Agreement.

Under the terms of the Transition Order and the Settlement Agreement governing the Settlement Program, you have several options ~~for collecting the remaining 40% balance of your GCCF/Transition offer~~. This letter outlines the options available to you now, depending on whether you are an eligible Class Member. For more information on who is an eligible Class Member, go to the official Settlement Program website **www.deepwaterhorizonsettlements.com** ~~or review the Court-Approved Notice that you should have received in the mail.~~

A. **Eligible Class Members.** If you are an eligible Class Member, your options for proceeding are as follows:

   (1) **Participate in the Settlement Program.** If you file a claim in the Settlement Program, you will receive the *greater* of your Settlement Program Compensation Amount or your GCCF/Transition offer, minus what you received from the GCCF/Transition. ~~You will receive payment after the Settlement Program's review of your claim is complete and you execute a release.~~ To get information on how to participate in the Settlement Program and file a claim, go to **deepwaterhorizoneconomicsettlement.com**.

   (2) **Accept the Remaining 40% of Your GCCF/Transition Offer, in Return for a Release.** You may receive the 40% balance of your GCCF/Transition Final Payment Offer now, in exchange for a release. You do not need to further participate in the Settlement Program to receive the remaining 40% of your GCCF/Transition offer, but you have to contact us so we know to send you a Release to receive these funds (*see Section C*).

# 450584

# 450584

B. **Non Class Members.** If you are **not** an eligible Class Member, your options are to:

(1) **Accept the Remaining 40% of Your GCCF/Transition Offer, in Return for a Release.** You may receive the 40% balance of your GCCF/Transition Final Payment Offer now, in exchange for a release. You will will receive no further compensation. ~~then~~

(2) **Do Nothing** ~~Now.~~ ~~You may decide not to receive the remaining 40%, preserving your right to pursue any and all claims and rights available under applicable law subject to an offset of the 60% GCCF/Transition Offer payment and any other GCCF or BP claims payments you have previously received.~~

C. **How to Request Your 40% Payment.**

If you want to receive your 40% payment now, do one of the following:

(1) Call 1-800-353-1262. Give the Claims Review Specialist your GCCF number, and say that you are requesting the 40% balance of your Final Payment Offer from the GCCF/Transition;

(2) Email us at Questions@DHECC.com. Include your name, your GCCF number, and state that you are requesting the 40% balance of your Final Payment Offer from the GCCF/Transition;

(3) Log onto www.deepwaterhorizoneconomicsettlement.com and click on the hyperlink at the bottom of the home page that explains how to receive the 40% GCCF/Transition payment; or

(4) Visit one of the Claimant Assistance Centers and request your 40% payment. One of our claimant contacts will take your information to determine whether you are eligible for and entitled to receive a 40% payment.

Receipt of a 40% payment requires the execution of a release. [CONSIDER ENCLOSING THE 40% RELEASE WITH THIS LETTER, WITH EXPLANATORY AND CAUTIONARY TEXT.] [If the plaintiff is a Class Member, we should use the Exhibit 26 Release]

If you are represented by counsel in this matter, you should consult with your attorney.

For more information on the Settlement Program and locations of the Claimant Assistance Centers, go to **www.deepwaterhorizonsetttlements.com**.

Sincerely,

Claims Administrator

# 450584