UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding U.S. Motion to Compel discovery from Anadarko (Rec. doc. 12858)]**

The U.S. seeks an order requiring Anadarko to respond fully to request for production ("RFP") no. 10. In addition to the memoranda, the Court reviewed: (1) the original RFP No. 10; (2) Anadarko's response; (3) the revised RFP No. 10 (Rec. doc. 1858 [Exhibit 14]; and Anadarko's revised Topic No. 7 concerning Penalty Factor No. 8 (Rec. doc. 12905 (Exhibit 1]).

Anadarko shall respond to the following within the Penalty Phase deadlines:

> Provide excerpts of all Anadarko Petroleum Corporation Board of Director and Board of Director committee meeting resolutions and decisions for each year 2008-2014 that describe, discuss, refer to or relate to the impact of civil penalties on non-operating participating parties.

In all other respects, the motion of the U.S. to compel discovery from Anadarko is denied. The U.S. motion to compel also seeks discovery from BP which will be addressed in a separate order.

Any appeal of this order shall be filed by the **close of business on May 30, 2014**.

New Orleans, Louisiana, this 27th day of May, 2014.

SALLY SHUSHAN
United States Magistrate Judge