UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig       MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010      SECTION J

Applies to: 10-4536                   JUDGE BARBIER
                                            MAGISTRATE JUDGE SHUSHAN

### ORDER

[Regarding U.S. Motion to Compel discovery from BPXP (Rec. doc. 12858)]

The U.S. contends that "BPXP's responses remain inadequate with respect to requests for production nos. 1-6, 9-10, and 12-16, and interrogatories nos. 1, 2, and 6." Rec. doc. 12858 at 2.

This order is subject to the results of the parties' meet-and-confer process and any undertaking made by the U.S. and BPXP in the memoranda submitted on the motion.

The parties have a duty to supplement. For example, if additional quarterly financial information is available after the production and before the Penalty Phase trial, it shall be produced.

The parties shall propose deadlines for the required production at the telephone status conference set for **Thursday, May 29, 2014, at 1:00 p.m**.

### Discovery Requests

**RFP No. 1**.

BPXP shall produce annual financial reports (income statements, balance sheets, and statements of cash flows) for the entities listed below for 2009 through 2013 and quarterly financial reports for 2014. If these statements are not available for any of the entities, BPXP shall provide an explanation. To the extent available, BPXP shall provide audited statements.

        BP p.l.c.

        BP Holdings North America Limited

        BP America Limited

        BP America Inc.

        BP Corporation North America, Inc.

        BP Company North America, Inc.

        BP American Production Company

        BP Exploration & Production, Inc.

**RFP No. 2**.

BPXP's objection to production of the tax returns is overruled. It shall produce the consolidated U.S. federal tax returns for the years 2009 through 2013 that includes each of the U.S.-based BP group entities listed in RFP No. 2.

**RFP No. 3**.

BPXP has agreed to produce five categories of information. That agreement satisfies this request.

**RFP No. 4**.

The request is too broad. In addition to the information which BPXP has provided in response to RFP No. 4, it shall produce any forward-looking projections for the consolidated operations of BP p.l.c. in the Gulf of Mexico which are part of or referenced in the minutes of the meetings of the board of directors of BP p.l.c. for 2013 and 2014. Projections for any other geographic area shall be redacted.

**RFP No. 5**.

The documents produced by BPXP are sufficient. The request of the U.S. for relief is denied.

**RFP No. 6**.

The documents produced by BPXP are sufficient. The request of the U.S. for relief is denied.

**RFP No. 9**.

The request of the U.S. for relief is denied.

**RFP No. 10**.

The request of the U.S. for relief is denied.

**RFP No. 12**.

BPXP shall provide the dividend payment history from 2005 through the present.

**RFP No. 13**.

The request of the U.S. for relief is denied.

**RFP No. 14**.

The documents produced by BPXP are sufficient. The request of the U.S. for relief is denied.

**RFP No. 15**.

The request of the U.S. for relief is denied.

**RFP No. 16**.

The request is duplicative of other requests. The request of the U.S. for relief is denied.

**Interrogatory No. 1**.

For 2009 through the present, BPXP shall identify the directors for the following entities. It is not required to identify the officers for each of these entities.

    BP p.l.c.

    BP Holdings North America Limited

BP America Limited

BP America Inc.

BP Corporation North America, Inc.

BP Company North America, Inc.

BP American Production Company

BP Exploration & Production, Inc.

**Interrogatory No. 2**

BPXP shall provide the information sought in this interrogatory.

**Interrogatory No. 6**.

The U.S. request for relief is denied.

The deadline for an appeal of this order is **Tuesday, June 3, 2014.**

New Orleans, Louisiana, this 27th day of May, 2014.

          **SALLY SHUSHAN**
          **United States Magistrate Judge**