UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | JUDGE: BARBIER |
| Civil Action Nos.:<br>10-md-2179, 13-1644, 13-2030, 13-1984, 13-1967, 13-1495, 13-2669, 12-2338, 13-1527, 13-1536, 13-1373, 13-2670, 12-2235, 13-1490, 13-2668, 13- 4755, 13-2547 | * * * * * | MAGISTRATE: SHUSHAN |

## WEATHERFORD U.S., L.P.'S MOTION TO DISMISS AND/OR ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO ALL CLAIMS FILED AGAINST WEATHERFORD AFTER RULE 54(B) JUDGMENT WAS ENTERED IN WEATHERFORD'S FAVOR

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Weatherford U.S., L.P. ("Weatherford"), who pursuant to Rule 12(b)(6) and/or alternatively, Rule 56, of the Federal Rules of Civil Procedure, moves to dismiss, with prejudice, all remaining claims against Weatherford in sixteen member cases, all of which were filed after this Court entered a Rule 54(b) Judgment in Weatherford's favor on April 10, 2012 dismissing all claims against Weatherford in this multidistrict litigation (Rec. Doc. 6204). Since the Court's entry of a Rule 54(b) Judgment in Weatherford's favor, numerous plaintiffs have brought claims against Weatherford; however, the majority of these plaintiffs have voluntarily dismissed their claims against Weatherford once they were advised of this Court's prior final judgment.[1]

---

[1] *See e.g.*, Voluntary Dismissals filed as to Weatherford in 22 member cases in which claims were filed against Weatherford after April 10, 2012: Rec. Docs. 8642, 8643, 8644, 8645, 8645, 8777, 8778, 8780, 9078, 9079, 11921, 12153, 12154, 12155, 12156, 12157, 12158, 12159, 12160, 12161, 12303, and 12458.

Although numerous plaintiffs have voluntarily dismissed their claims against Weatherford as a result of the Court's Rule 54(b) Judgment, there are plaintiffs in sixteen (16) member cases that have yet to voluntarily dismiss their claims against Weatherford.[2] Weatherford has requested voluntary dismissals from the plaintiffs in all of these remaining 16 member cases. Of these 16 member cases, counsel for the plaintiffs in 3 member cases have advised that they were under the belief that Weatherford was already dismissed and that voluntary dismissals were not necessary in the newly filed cases. Counsel for plaintiffs in 10 other member cases have advised that they have no objection to filing voluntary dismissals of their claims against Weatherford but have yet to file the requested dismissals. Counsel for plaintiffs in the remaining 3 member cases have not advised whether they have any objection to the requested dismissal of claims against Weatherford.

In sum, there has not been any objection to the requested dismissal of the remaining claims against Weatherford in these 16 member cases; and in fact, most have advised that they were agreeable to voluntarily dismissing Weatherford from the respective member cases. To date, though, these plaintiffs have not filed the requisite voluntary dismissals, prompting the instant Motion to Dismiss under Rule 12(b). In the alternative, Weatherford moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, seeking an order dismissing with prejudice those remaining claims against Weatherford that have not been voluntarily dismissed.

As set forth in more detail in the attached memorandum in support, any claims filed against Weatherford after this Court's Rule 54(b) Judgment are barred by law of the case doctrine in accordance with the multidistrict litigation statute (28 U.S.C. § 1407) and are barred

---

[2] *See* Exhibit 1, Table of Pending Claims Against Weatherford.

by the principles of *res judicata* and collateral estoppel. Accordingly, all such claims should be dismissed with prejudice as to Weatherford.

**WHEREFORE**, Weatherford prays that its Motion to Dismiss and/or Alternatively Motion for Summary Judgment be granted and that all pending claims against Weatherford be dismissed with prejudice.

This 27th day of May, 2014.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES WALKER LLP
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
Telephone: (337) 593-7600
Facsimile: (337) 593-7601

***Counsel for Weatherford U.S., L.P.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2014, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Glenn G. Goodier*