*DEEPWATER HORIZON* SUITS
WITH PENDING CLAIMS AGAINST WEATHERFORD FILED AFTER 4/9/12

| # | NAME OF SUIT | SUIT NO. |
|---|---|---|
| 1 | American Machine Works of Louisiana, et al. v. BP Exploration & Production, et al. | EDLA 13-1644 |
| 2 | Brien, James J., Jr., et al. v. BP Exploration & Production, et al. | EDLA 13-2030 |
| 3 | Caillouet Land, L.L.C. v. BP Exploration & Production, et al. | EDLA 13-1984 |
| 4 | City of New Iberia, LA, et al. v. BP Exploration & Production, et al. | EDLA 13-1967 |
| 5 | Doerle Food Services, L.L.C. v. BP Exploration & Production, et al. | EDLA 13-1495 |
| 6 | Housing Authority of the City of Prichard v. BP Exploration & Production, et al. | EDLA 13-2669 |
| 7 | Kolian, et al. v. BP Exploration & Production, et al. | EDLA 12-2338 |
| 8 | Lafourche Fuel, L.L.C. v. BP Exploration & Production, et al. | EDLA 13-1527 |
| 9 | Louisiana Shrimp Processing & Packing Company, L.L.C. v. BP Exploration & Production, et al. | EDLA 13-1536 |
| 10 | Meyer, Thomas J., CFP, APMA, et al. v. BP Exploration & Production, et al. | EDLA 13-1373 |
| 11 | Mobile Housing Board v. BP Exploration & Production, et al. | EDLA 13-2670 |
| 12 | Orleans Parish School Board v. BP, et al. | EDLA 12-2235 |
| 13 | Point Au Fer, L.L.C. v. BP Exploration & Production, et al. | EDLA 13-1490 |
| 14 | Prichard City, AL v. BP Exploration & Production, et al. | EDLA 13-2668 |
| 15 | Shimer, Lonnie, Individually and On Behalf of his Deceased Son, Hunter W. Shimer v. BP Exploration & Production, et al. | EDLA 13- 4755 |
| 16 | Sutter, Luther v. BP Exploration & Production, et al. | EDLA 13-2547 |

**EXHIBIT 1**