UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

<u>ORDER</u>

AND NOW upon consideration of the Special Master's unopposed Motion to Compel the National Oceanic and Atmospheric Administration Fisheries to Provide the Special Master with Individual Fishing Quota Data, it is hereby

ORDERED that the Special Master's Motion is GRANTED; and it is further

ORDERED that as soon as practicable the Southeast Regional Office of the National Oceanic and Atmospheric Administration Fisheries provide the Special Master with all Individual Fishing Quota data for the Gulf Coast region in electronic format for the period January 1, 2010 through December 31, 2010; and it is further

ORDERED that the Special Master shall maintain all information received as Confidential Claims Information pursuant to this Court's Order of June 29, 2012 (Rec. Doc. 6822), and the Special Master shall share all information received pursuant to the Order with the DHECC Claims Administration Office, all in furtherance of the Court's Order of September 6, 2013 (Rec. Doc. 11288).

Signed in New Orleans, Louisiana, this _____ day of _____, 2014.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE