Case 2:10-md-02179-CJB-DPC   Document 12951   Filed 05/28/14   Page 1 of 16

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY 28 2014
WILLIAM W. BLEVINS
CLERK

5/21/14

To: Honorable Chief Judge
    Sarah S. Vance
    500 Poydras St.  Rm C255
    New Orleans, LA 70130
    Ph. 504-589-7595
    Fax. 504-589-2050

CASE NO: Bp OIL SPILL
2:13-cr-00001-JTM-SS
5:13-cv-00123-RS-CRJ
2179, 12-970
UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

Re; My Verified Motion for
    Contempt filed 3/21/14
    No Response from the
    defendant's their CEO'S

Dear Honorable Chief Judge Sarah S. Vance

To date there has been no response from the defendant's Bp Plc,
Bp Exploration & Production, Inc., Chief Operating Officer
Douglas Suttles, Bp America, Inc., Chairman John Minge, Head
of Russia, Iran, Kazakhstan David Peattie, Transocean Deepwater,
Inc., President Steven L. Newman, Haliburton Energy Services,
Inc., Chief Executive Officer David J. Lesar to my request that
they be held in Contempt of Court for their refusing to pay my,
my previous Attorney Fee's Judgement which is Grand Theft,
Criminal Conversion of Chattels, Contempt of Court, Obstruction
of Justice, English Common Law Treason, Treason against the
United States of America, the State of Florida.

Please immediately enter your Order for the New Orleans Police,
Sheriff to Arrest, Jail Douglas Suttles, John Minge, David
Peattie, Steven L. Newman, David J. Lesar for their Contempt
of Court, Obstruction of Justice, English Common Law Treason,
Treason, Economic Terrorism, Terrorism as required by your
Sworn Oath, Oath of Office, or immediately assign a Magistrate
Judge to do this.

Please also provide to me a Copy of your Court Papers with
Clerks Court Stamp, Recording Numbers for other Law Enforcement
Officers to immediately Arrest, Jail Bp Exploration &
Production, Inc., Chief Operating Officer Douglas James Suttles,
Bp America, Inc., Chairman John Minge, Head of Russia, Iran,
Kazakahstan David Peattie, Transocean Deepwater, Inc., President
Steven L. Newman, Haliburton Energy Services, Inc., Chief
Executive Officer David J. Lesar those in their Continuing
Criminal Terrorist Conspiracy as other Terrorist pursuant to
the Patriot Act, Federal Crime of Money Laundering, Conspiracy
to commit Treason, 18 U.S.C. §2,§3,§4, §371, (371 is a separate
crime), §2381, §2382, §2384, §2385, §1956, §1957.

Honorable Barack H. Obama II, Presidential Executive Order
that all damages would be paid by the defendant's before
mentioned herein also requires the Honorable Court to enforce
it's Judgements for payment against the defendant's their CEO'S.

-1-

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

I George May, George May on behalf of the State of Florida, the United States of America, Citizens of the United States of America hereby Certifies, Verifies, Declares under the Penalty of Perjury under the Laws of the United States of America that the foregoing is true and correct, and that the foregoing is made to the best of my personal knowledge, and is made in good faith.

                                        Respectly submitted

                                        George May, George May
                                        on behalf of the State
                                        of Florida, the United
                                        States of America,
                                        Citizens of the United
                                        States of America
                                        P.O. Box 32247
                                        Palm Bch. Gardens
                                        Fl. 33420
                                        Ph./Fax. 561-290-4384

## CERTIFICATE OF SERVICE

I George May hereby certifies that a copy of the foregoing was mailed or Faxed this May 21, 2014 to:

Nicolas J. Gutierrez, Jr.
Fax. 305-373-2735

Jo Ann Barone
Fax. 561-655-8478

Lawrence K. Fagan
Fax. 561-687-0154

Stuart L. Stein
Fax. 505-889-0953

Bp America, Inc.
John Minge Chairman
Fax. 630-821-3213

David Peattie
Head of Russia, Iran, Kazakhstan Bp America
Fax. 630-821-3213

Bp Exploration & Production
Douglas James Sutties
Chief Operating Officer
Fax. 281-366-7969

Transocean Deepwater, Inc.
Steven L. Newman
President & CEO
Fax. 713-232-7027

Halliburton Energy Services, Inc.
David J. Lesar
Chief Executive Officer
Fax. 281-575-4032

Stephen R. Winters, Esq.
BP America, Inc.
Fax. 630-821-3213

James J. Neath, Esq.
Bp America
Fax. 281-366-5901

Transocean Deepwater, Inc.
Bp Exploration and Production, Bp P.l.c.
Attorney's
Frank A. Piccolo
Fax. 713-572-9129

Pamula Bondi
FLORIDA ATTORNEY GENERAL
Fax. 850-488-5106

Barack H. Obama II
President United States of America
Fax. 202-456-2461

George May

# Practical Law

*[handwritten: JAMES NEATH @bp.com]*
*[handwritten: Ph. 281-366-5815]*

## In-house Counsel File: James J. (Jim) Neath, BP America Inc. *[handwritten arrow]*

Resource type: Article   Status: Published on 01-Jun-2013   Jurisdiction: USA

A profile of James J. (Jim) Neath, Associate General Counsel, Global Litigation of BP America Inc.

Practical Law Litigation          *[handwritten: FAX 281-366-5901]*

**Education:** 1982: J.D., University of Pennsylvania Law School; 1979: B.A., Marquette University.

**Brief Career to Date:** 1991–present: BP America Inc. (2008–present: Associate General Counsel, Global Litigation; pre-2008: served in various capacities in the BP legal department, including leading the legal team providing commercial legal advice to BP's downstream businesses in the Western Hemisphere and the legal team providing specialized environment, health and safety advice in the Americas); 1984–1991: Mayer, Brown & Platt, Litigation Associate; 1982–1984: US District Court for the Eastern District of Wisconsin, Judicial Clerk to the Honorable John W. Reynolds, Chief Judge.

**Location of Company HQ:** London, UK.

**Primary Industry Sector:** Major Integrated Oil & Gas.

**Revenues in the Last Financial Year:** $376 billion.     *[handwritten: BP oil Spill does business daily with]*

**Number of Employees Worldwide:** 83,400.

**Law Department Locations:** BP has more than 600 lawyers located across the following regions: Africa, Americas, Asia Pacific, Europe, Middle East and South Asia.    *[handwritten: IRAN, TERRORISTS]*

**What is the total number of lawyers in the company worldwide, and how many focus on litigation?** BP employs more than 600 lawyers worldwide. Our 44-person global litigation team has 23 full-time litigation lawyers.

**Where does litigation fall within the organizational structure?** BP's litigation practice is organized as a global specialty function based in two hubs, Houston and London. The team manages significant US and international dispute risk on a centralized basis, regardless of where those disputes arise. The team reports to our chief legal officer (the Group General Counsel) through the Deputy Group General Counsel, who also serves as our US General Counsel.

**Have any recent legal developments changed the way your department operates?** Not surprisingly, the Deepwater Horizon oil spill changed the complexion of the company and its legal function. A separate business organization called the Gulf Coast Restoration Organization (GCRO), with dedicated legal support, was created to respond to this crisis. Other businesses were restructured and support functions created,

3/21/14

To: Honorable Chief Judge
    Sarah S. Vance
    500 Poydras St. Rm C255
    New Orleans, LA 70130
    Ph. 504-589-7595
    Fax. 504-589-2050
    Email: VANCE@laed,uscourts.gov.

CASE NO:
2:13-cr-00001-JTM-SS
5:13-cv-00123-RS-GRJ
2179, 12-970
UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

Re: Assistance from the Court

**VERIFIED MOTION FOR**
**CONTEMPT, ENFORCEMENT**
**IN SUPPORT MATTERS**

Dear Honorable Chief Judge Sarah S. Vance

On or about June 13, 2013 I by Operation of Law obtained a Judgement against BP p.l.c., Bp Exploration & Production, Inc., Bp America, Inc., Bp America Production Company, Transocean Deepwater, Inc. A/K/A Transocean Sedco Forex, Inc., Halliburton Energy Services, Inc., Iran, their Associates, Aiders, Abettors, those in their Continuing Criminal Conspiracy to commit RICO Act, Patriot Act, Economic Terrorism, Terrorist Acts against George May, George May on behalf of the State of Florida, the United States of America, Citizens of the United States, Jointly and Severally in the amount of $27.5 Billion Dollars for their Economic Damages, Damages to us. Attached here is the Judgement.

To date our Judgement remains unpaid by the Criminal defendant's mentioned herein above, which is a Continuing Criminal Conspiracy of Criminal Conversion of our Judgement, Money, Chattels, and a violation of the Guilty Plea agreements by the above mentioned here defendant's in CASE NO: 2:12-cr-00292-SSV-DEK, 13-cr-001-JTM-SS, all Guilty Plea agreements by the before mentioned herein defendant's and a violation of all Orders, Judgements of this honorable Court, it's Honorable Judge.

I here file with this Honorable Court my Request, Motion for this Honorable Court to show cause why the before mentioned here defendant's along with their BP Exploration & Production, Inc., Chief Operating Officer Douglas James Suttles, BP America, Inc. Chairman John Minge, Head of Russia, and Iran, Kazakhstan David Peattie, Transocean Deepwater, Inc. President Steven L. Newman, Halliburton Energy Services, Inc. Chief Executive Officer David J. Lesar should not be held in Contempt of Court for their refusal to pay our Judgement, Obey the Orders, Judgements of this Honorable Court, their Guilty Plea Agreements, Presidential Executive Orders by

-1-

Honorable Barack H. Obama II, that all damages would be paid by the defendant's before mentioned herein.

Please immediately issue your Honorable Court's Order for the defendant's before mentioned herein to show cause why they have not paid our Judgement, plus my previous Attorney's their Fee's required by Operation of Law, my previous contract, the Civil Rights Acts, and why they have not Obeyed their Guilty Plea Agreements, and continue in their Criminal, RICO, Patriot Act, Conspiracy against us, causing continued damages.

I George May, George May on behalf of the State of Florida, the United States of America, Citizens of the United States of America hereby Certifies, Verifies, Declares under the Penalty of Perjury under the Laws of the United States of America that the foregoing is true and correct.

I George May States that the foregoing is made to the best of my personal knowledge, and is made in good faith.

*[signature]*

George May, George May
on behalf of the State
of Florida, the United
States of America,
Citizens of the United
States of America
P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
Ph./Fax. 561-290-4384

-2-

## CERTIFICATE OF SERVICE

I George May hereby certifies that a copy of the foregoing was mailed or Faxed this March 19, 2014 to:

Nicolas J. Gutierrez, Jr.
Fax. 305-373-2735

Jo Ann Barone
Fax. 561-655-8478

Lawrence K. Fagan
Fax. 561-687-0154

Stuart L. Stein
Fax. 505-889-0953

Bp America, Inc.
John Minge Chairman
Fax. 630-821-3213

David Peattie
Head of Russia, Iran, Kazakhstan Bp America
Fax. 630-821-3213

Bp Exploration & Production
Douglas James Sutties
Chief Operating Officer
Fax. 281-366-7969

Transocean Deepwater, Inc.
Steven L. Newman
President & CEO
Fax. 713-232-7027

Halliburton Energy Services, Inc.
David J. Lesar
Chief Executive Officer
Fax. 281-575-4032

Stephen R. Winters, Esq.
BP America, Inc.
Fax. 630-821-3213

James J. Neath, Esq.
Bp America
Fax. 281-366-5901

Transocean Deepwater, Inc.
Bp Exploration and Production, Bp P.l.c.
Attorney's
Frank A. Piccolo
Fax. 713-572-9129

Pamula Bondi
FLORIDA ATTORNEY GENERAL
Fax. 850-488-5106

Barack H. Obama II
President United States of America
Fax. 202-456-2461

George May

-3-

6/13/13

To: Honorable
    Jane Triche Milazzo
    United States Courthouse
    500 Poydras Street
    Room C 206
    New Orleans, LA 70130
    Ph. 504-589-7585

Re: Default Judgement,           CASE NO: 2:13-cr-00001-JTM-SS
    Default of Summary                    5:13-cv-00123-RS-GRJ
    Judgement of Default,                 2179, 12-970
    Default Judgement

Please find enclosed Default Judgement for your signature.

I have filed request for Attorney's fee's pursuant to 18
U.S.C. §2333 for my previous Attorney's pursuant to
Federal Law. Please add those amounts to your final Order
for payment to us.

Please mail to me a signed, with Recording Numbers,
Clerks Stamped Copy as Original with Seal of this Judgement
within the next few days.

Interest is to be Compounded Annually at the Statutory Rate,
See Casino Redevelopment Authority v. Hauck, 317 NJ Super,
584; 160 NJ 475; 162 NJ 576.

Thank you for your help.

CC                                  Yours Truly
Nicolas J. Gutierrez, Jr.
Fax. 305-665-2250
Jo Ann Barone
Fax. 561-655-8478
Lawrence K. Fagan                   George May
Fax. 561-687-0154                   P.O. Box 32247
Stuart L. Stein                     Palm Bch. Gardens
Fax. 505-889-0953                   Fl. 33420
                                    Ph./Fax. 561-290-4384

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

*Oil Spill*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| TRANSOCEAN DEEPWATER, INC., | CASE NO: 2:13-cr-00001-JTM-SS |
| | HONORABLE JANE TRICHE MILAZZO |
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 10, 2010 | MDL NO. 2179 |
| BON SECOUR FISHERIES, INC., ET. AL. | CIVIL ACTION No. 12-970 |
| Plaintiff's | |
| v. | |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C., ET. AL. | |
| Defendant's | |
| GEORGE MAY, GEORGE MAY ON BEHALF OF THE STATE OF FLORIDA INTERVENERS | MDL NO. 2179 |
| Plaintiff's | |
| v. | |

```
BP P.L.C. THEIR TERRORIST,        *
RICO ACT AIDERS, ABETTOR'S        *
THOSE IN CONTINUING CRIMINAL      *
CONSPIRACY, ASSOCIATES,           *
TERRORIST COUNTRIES, STATES       *
ET. AL.                           *
                                  *
              Defendant's         *
                                  *
                                  *
```

## DEFAULT JUDGEMENT

The defendant's herein having failed to appear, plead or otherwise defend in George May, George May on behalf of the State of Florida Intervener's, Plaintiff's action, default having been entered, and attorney for George May, George May on behalf of the State of Florida, Intervener, Plaintiff having requested Judgement against the defaulted defendant's BP P.L.C., BP Exploration & Production, Inc., BP America Production Company, Transocean Deepwater, Inc., Halliburton Energy Services, Inc., Iran, their Associates, Aiders, Abetter's, those in Continuing Conspiracy to commit RICO Act, Patriot Act violations, Economic Terrorism, Terrorist Acts against George May, George May on behalf of the State of Florida, the United States of America, Citizens of the United States, and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a), and (b).

Judgement is hereby entered in favor of George May, George May on behalf of the State of Florida, Intervener, Plaintiff and against the defendant's BP P.L.C., BP Exploration &

Production, Inc., BP America Production Company, Transocean Deepwater, Inc., Halliburton Energy Services, Inc., Iran, their Associates, Aiders, Abetter's, those in Continuing Conspiracy to commit RICO Act, Patriot Act violations, Economic Terrorism, Terrorist Acts against George May, George May on behalf of the State of Florida, the United States of America, Citizens of the United States, Jointly and Severally as follows:

> The sum certain of $27.5 Billion Dollars, plus Attorney Fee's of 331/3 percent for Nicolas J. Gutierrez, Jr., Jo Ann Barone, Lawrence K. Fagan, Stuart L. Stein, plus interest compounded annually from May 16, 2011 at the Statutory Rate until paid.

Dated this_____, day of June, 2013.

                                                                                          CLERK U.S. DISTRICT COURT

# BBC NEWS
# US & CANADA

16 June 2010 Last updated at 07:58

# Obama vows to 'make BP pay' for oil spill damage

**President Barack Obama has vowed to "make BP pay" for damage caused by the Gulf of Mexico oil spill, in his first national address from the Oval Office.**

Mr Obama said he would meet company executives later and tell them that they must set up a fund to compensate those affected by the spill.

He described the spill as an assault on the shores and citizens of the US that tested the limits of human technology.

And he said it demonstrated the need to end the US "addiction" to fossil fuels.

Hours after the government sharply increased its estimate of how much oil was flowing into the Gulf from the broken well, Mr Obama warned that the risks of another such incident would continue to rise because "we're running out of places to drill on land and in shallow water".

He called on the Senate to pass an energy bill that has already cleared the House of Representatives.

Prior to 1947, most of the precedents of cases that were successfully prosecuted were state trials for treason, most notably the trials of Thomas Wilson Dorr (1844) and of John Brown (1859)[8] on charges of treason by levying war against the States of Rhode Island and Virginia, respectively.

Following the 1861-65 War of Secession some wanted to try southern secessionists for treason, and former Confederate President Jefferson Davis was charged with treason in U.S. v. Jefferson Davis, but the constitutional requirement in Art. III Sec. 2 Cl. 3 that an offender be tried in the state and district where the offense was committed would have meant trying him in Virginia, where a conviction was unlikely, so the case was dismissed. Although the United States Government regarded the activities of the Confederate States as a levying of war, the President by the Amnesty Proclamation of December 25, 1868, pardoned all those who had participated on the southern side.

*[handwritten: ENGLISH COMMON LAW, TREASON CAN BE TRIED ANYWHERE]*

Since the *Bollman* case, the few treason cases which have reached the Supreme Court were outgrowths of World War II and charged adherence to enemies of the United States and the giving of aid and comfort. In the first of these, *Cramer v. United States*,[9] the issue was whether the "overt act" had to be "openly manifest treason" or whether it was enough if, when supported by the proper evidence, it showed the required treasonable intention. The Court in a five to four opinion by Justice Jackson took the former view, holding that "the two witness principle" barred "imputation of incriminating acts to the accused by circumstantial evidence or by the testimony of a single witness,"even though the single witness in question was the accused himself. "Every act, movement, deed, and word of the defendant charged to constitute treason must be supported by the testimony of two witnesses".

*[handwritten: ← NO OATH IS TREASON]*

The Supreme Court sustained a conviction of treason, for the first time in its history, in 1947 in *Haupt v. United States*.[10] Here it was held that although the overt acts relied upon to support the charge of treason — defendant's harboring and sheltering in his home his son who was an enemy spy and saboteur, assisting him in purchasing an automobile, and in obtaining employment in a defense plant — were all acts which a father would naturally perform for a son, this fact did not necessarily relieve them of the treasonable purpose of giving aid and comfort to the enemy.

*[handwritten: VIOLATION OF OATH IS TREASON]*

In *Kawakita v. United States*,[11] petitioner originally was a native-born citizen of the United States and also a national of Japan by reason of Japanese parentage and law. While a minor, he took the oath of allegiance to the United States; went to Japan for a visit on an American passport; and was prevented by the outbreak of war from returning to this country. During the war, he reached his majority in Japan; changed his registration from American to Japanese, showed sympathy with Japan and hostility to the United States; served as a civilian employee of a private corporation producing war materials for Japan; and brutally abused American prisoners of war who were forced to work there. *[handwritten: IRAN]* After Japan's surrender, he registered as an American citizen; swore that he was an American citizen and had not done various acts amounting to expatriation; and returned to this country on an American passport. The question whether, on this record, Kawakita had intended to renounce American citizenship, said the Court, in sustaining conviction, was peculiarly one for the jury and their verdict that he had not so intended was based on sufficient evidence. An American citizen, it continued, owes allegiance to the United States wherever he may reside, and dual nationality does not alter the situation. This case is notable for extending U.S. criminal jurisdiction to the actions of U.S. civilian citizens abroad, which would have originally been considered unconstitutional.

World War II was followed by the Cold War, which resulted in political prosecutions of several persons for treason and other charges on dubious evidence. The trials of the Axis broadcasters - Douglas Chandler, Robert H. Best, "Axis Sally", Iva Ikuko Toguri d'Aquino as "Tokyo Rose", and

*[handwritten: US, CRIMINAL JURISDICTION AND ABROAD]*

Executive Order 10450

*DONE
Automatic by
Operation of
Law*

In order to instruct investigating federal officials such as the FBI as to what is a violation of the oath of office under 5 U.S.C. 3331 and 5 U.S.C. 7311, Executive Order 10450 was issued to serve as a guideline for determining what actions constituted a criminal violation of the oath of office by federal officials. The order affirms the law of 5 U.S.C. 7311 that is a criminal violation under 18 U.S.C. 1918 for a member of the government, which includes members of Congress, to "advocate the overthrow of our constitutional form of government."

*REMOVED FROM OFFICE*

Executive Order 10450 states (in part): "Whereas the interest of the national security require that all persons privileged to be employed in...the Government shall be reliable, trustworthy, of good conduct and character, and of complete and unswerving loyalty to the United States... it is hereby ordered as follows:

(a) The investigations conducted pursuant to this order shall be designed to develop information as to whether the employment or retention in employment...of the person being investigated is clearly consistent with the interests of the national security. Such information shall relate, but shall not be limited, to the following:

(4) Advocacy of use of force or violence to overthrow the government of the United States, or of the alteration of the form of the government of the United States by unconstitutional means."

## § 241. Conspiracy against rights

How Current is This?

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured–

# NEW YORK PUBLIC PERSONNEL LAW

SUMMARIES OF, AND COMMENTARIES ON, SELECTED COURT AND ADMINISTRATIVE DECISIONS AND RELATED MATTERS AFFECTING PUBLIC EMPLOYERS AND EMPLOYEES IN NEW YORK STATE
ISSN 1937-4895

*[handwritten: TAKING BRIBES]*

TO RESEARCH NYPPL POSTINGS type in your key word in the box at the upper left and tap enter.

*[handwritten: → OR A VIOLATION OF HIS OR HER SWORN OATH OF OFFICE]*

FRIDAY, JULY 12, 2013

## Public officer automatically terminated from his or her position upon conviction of a crime or a violation of his or her oath of office

**Public officer automatically terminated from his or her position upon conviction of a crime or a violation of his or her oath of office**
Hodgson v McGuire, 75 A.D.2d 763

*[handwritten: AUTOMATIC REMOVAL FROM OFFICE]*

Public Officers Law §30 provides for an automatic forfeiture of office upon a public officer's conviction of a felony or a crime involving a violation of his oath of office.

*[handwritten: CRIMINAL CONVERSION OF OIL, GAS, MINERAL RESERVES, CHATTELS,]*

A police officer was dismissed following his entering a plea of guilty to a crime (official misconduct) that was a class A misdemeanor under the Penal Law.

*[handwritten: MONEY LAUNDERING ARE CRIMINAL ACTS, AS]*

The police officer admitted acceptance of $350 from an undercover police officer and was dismissed without a hearing.

*[handwritten: ARE TREASON DONE]*

The Appellate Division held that police officers are public officers and that the underlying crime, although not a felony, involved a violation of his oath of office. The court indicated that there is a strong public policy in favor of vacating the office of a public officer convicted of a violation of his oath of office.

*[handwritten: AUTOMATICALLY BY]*

As the office was automatically vacated by operation of law, no pre-termination hearing was required.

*[handwritten: OPERATION OF LAW]*

New York Public Personnel Law
Copyright© 1987 - 2014 by the
Public Employment Law Press.

E-mail inquiries to
nylawpress@gmail.com

N.B. From time to time a political ad or endorsement may appear in the sidebar of this LawBlog. NYPPL does not have any control over such posting.

*[handwritten: F.S. 876, 5 USC 3331, 7311, 18 USC 1918]*

Electronic books [e-books] focusing on New York State and Municipal Public Personnel Law:

The Discipline Book, - a concise guide to disciplinary actions involving public employees in New York State. A 2400+ page e-book. For more information click on
http://booklocker.com/books/5215.html

A Reasonable Disciplinary Penalty Under the Circumstances - A 600+ page guide to penalties imposed on public employees in New York State found guilty of selected acts of misconduct. For more information, click on
http://nypplarchives.blogspot.com/




