# Exhibit A

| | |
|---|---|
| **From:** | Langan, Andrew |
| **Sent:** | Friday, May 23, 2014 5:21 PM |
| **To:** | *rachel.hankey@usdoj.gov; *steve.o'rourke@usdoj.gov; *Sarah.Himmelhoch@usdoj.gov; *deepwater.horizon@usdoj.gov; *abigail.andre@usdoj.gov; *rachel.hankey@usdoj.gov; *patrick.casey@usdoj.gov; *nancy.flickinger@usdoj.gov; *richard.gladstein@usdoj.gov |
| **Cc:** | Karis, Hariklia; *mbrock@cov.com |
| **Subject:** | RE: MDL 2179 Penalty Phase Discovery |

Dear Rachel:

Thanks for your email.   Yes, Steven Bray remains on our witness disclosure list as my letter to the Court stated yesterday, and we may call him at trial, and we have set aside June 27 for his deposition, as my letter stated yesterday and as confirmed in an earlier email to Steve.   We intend to serve a formal 2d Amended Rule 26(a) disclosure next week with all our drops and this single add.   I hope this is helpful.

Best regards


Andy



**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

---

**From:** Hankey, Rachel (ENRD) [mailto:Rachel.Hankey@usdoj.gov]
**Sent:** Friday, May 23, 2014 5:09 PM
**To:** *steve.o'rourke@usdoj.gov; *Sarah.Himmelhoch@usdoj.gov; *deepwater.horizon@usdoj.gov; *abigail.andre@usdoj.gov; *rachel.hankey@usdoj.gov; *patrick.casey@usdoj.gov; *nancy.flickinger@usdoj.gov; *richard.gladstein@usdoj.gov; Langan, Andrew
**Cc:** Karis, Hariklia; *mbrock@cov.com
**Subject:** RE: MDL 2179 Penalty Phase Discovery

Andy,

Given today's order on witnesses Pennington and Robertson, the United States understands that Mr. Bray will not be included on BPXP's "may call" witness list, as his testimony was intended to substitute for that of witnesses Pennington and Robertson and is now cumulative.  If BPXP contends that Mr. Bray is still included on its "may call" witness list, please inform the United States as we will need to discuss this further.

In accordance with the Court Order of May 19, 2014, the United States hereby requests custodial files for Nick Bamfield and Brian Smith.  However, the United States reserves the right to substitute one request for Mr. Bray and take his deposition, if he is retained on BPXP's "may call" witness list.

We propose a meet and confer to discuss search terms and Mr. Bray if necessary on Wednesday May 28, 2014 at 4 pm eastern.

Thank you
Rachel Hankey