# Exhibit D

| Witness Type | 30b6 Topic | Witness | Proposed Depo Date |
|---|---|---|---|
| 30(b)(6) | 1 | Amy Merten (NOAA) | June 11 or 12 |
| 30(b)(6)/Fact | 2 a, c, d | RADM Meredith Austin (USCG) | June 17 or 18 |
| 30(b)(6) | 2 b | N/A (US stands by its objection to this sub-topic) | N/A |
| 30(b)(6) | 2 c | CAPT Larry Hewett (USCG) | June 19 or 20 |
| 30(b)(6) | 2 a, 3 | Mace Barron (EPA) | June 24 or 25 |
| 30(b)(6) | 1; 2a, e; 3 | Robyn Conmy (EPA) | June 26 or 27 |
| 30(b)(6)/Fact | 3 | CAPT Roger Laferriere (USCG, retired) | TBD in June (witness not available in July) |
| 30(b)(6) | 4 (reptiles, birds, turtles on land) | Mark Huston (FWS) | June 9 or 10 |
| 30(b)(6) | 4 (turtles at sea) | Sarah McNulty (NOAA) | June 30 or July 1 |
| 30(b)(6) | 4 (fish) | Teri Rowles (NOAA) | June 19 or 20 |
| 30(b)(6) | 6 | Greg Miller (USACOE) | TBD |
| 30(b)(6) | 7 | Mark Miller (NOAA) | June 16 or 17 |
| 30(b)(6) | 8 (FOSC Report) | CAPT. Stephen McCleary (USCG) | June 12 or 13 |
| 30(b)(6) | 8 (ISPR) | LCDR Drew Casey (USCG) | TBD |
| 30(b)(6) | 9 | Harry Luton (BOEM) | June 16 or 17 |
| 30(b)(6) | 9 | Joshua Barnes (Commerce) | June 18 or 19 |
| 30(b)(6) | 10 | N/A (per agreement with BP) | N/A |
| 30(b)(6) | 11 | N/A (US maintains its objection to this topic) | N/A |
| 30(b)(6) | 9, 12 | Marshall Rose (BOEM) | June 26 or 27 |
| 30(b)(6) | 1, 5, 8 (OSAT) | Carl Childs (NOAA) | July 1 or 2 |
| Fact | N/A | LT Frank Kulesa (USCG) | July 15 or 16 |