UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010          SECTION J

Applies to: 10-4536                     JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

## SUPPLEMENTAL ORDER

[Regarding BPXP's Motion to Compel discovery from U.S. (Rec. doc. 12859)]

BPXP's motion to compel sought an order requiring the U.S. to: (1) supplement its responses to interrogatories and request for production; (2) produce fact witnesses; and (3) designate and produce corporate representatives for Rule 30(b)(6) topics. The first two items are resolved. Rec. docs. 12892 and 12950. This supplemental order addresses BPXP's request for testimony on Rule 30(b)(6) Topic Nos. 1, 2(a), 4, 5 and 6.

Topic No. 1.

    The U.S. shall designate a representative to testify on:

    Your knowledge of data as of December 31, 2013 regarding the nature and extent of any environmental impacts from the *Deepwater Horizon* Spill, including any environmental resources as to which You contend there has been no or limited recovery.

Topic No. 2(a).

    BPXP's request for testimony on Topic No. 2(a) is denied.

Topic No. 4.

    The U.S. shall designate a representative to testify on:

    Your knowledge of data regarding the collection, observation, and rehabilitation of Wildlife for the period April 20, 2010 to December 31, 2012, including BPXP's role and involvement in such collection, observation, and rehabilitation.

Topic No. 5.

    The U.S. shall designate a representative to testify on:

    Your knowledge of data regarding shoreline impacts from the *Deepwater Horizon* Spill for the period April 20, 2010 to December 31, 2012.

Topic No. 6.

    BPXP's request for testimony on Topic No. 6 is denied.

    The deadline for an appeal of this order is **Thursday, June 5, 2014**.

    New Orleans, Louisiana, this 30th day of May, 2014.

    **SALLY SHUSHAN**
    **United States Magistrate Judge**

2