UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH VINCENT
    Petitioner

VERSUS

DEEPWATER HORIZON
CLAIMS ADMINISTRATOR
    Defendant

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 28 2014
WILLIAM W. BLEVINS
CLERK

TENDERED FOR FILING
MAY 21 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

10-2179 J(1)

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

Re: CHALLENGE to Notice of Determination Concerning Membership in Medical Benefits Settlement Class Denial: SPC0000069

MAY IT PLEASE THE COURT:

    NOW INTO COURT comes Kenneth Vincent, Petitioner herein, in proper person, who respectfully moves this Honorable Court to reverse the decision of the Claims Administrator denying Class Membership in matter for the following reasons, to wit:

1.

Kenneth Vincent worked as a Hazardous Materials Technician throughout the Deepwater Horizon oil Spill that occurred on April 20, 2010 for the United States Environmental Service.

2.

Petitioner submitted medical documents to the Claims Administrator's Office that he contracted a serious liver disease in July 2010, for which he received daily medical treatment for more than one full year, as a direct result of consuming contaminated seafood from the

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

Deepwater Horizon Oil Spill after the BP Oil Company had given the "ALL CLEAR" to consume those products. He has not stopped medical treatment for this problem, to this very day.

3.

There were many non-workers and workers, such as Petitioner, who were actually affected by the contaminated products of the Deepwater Horizon Oil Spill areas though did not physically reside in any of those areas.

4.

**WHEREFORE**, because the interests of justice support that Petitioner should not be denied membership status for the reasons given by the Claims Administrator, this Honorable Court should reverse that decision. This I forever pray!

Respectfully submitted on this 27 day of May, 2014.

*Kenneth Vincent*
KENNETH VINCENT, PRO SE
P.O. BOX 2631
MARRERO, LA 70072



# DEEPWATER HORIZON
## MEDICAL BENEFITS
### CLAIMS ADMINISTRATOR

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Kenneth Vincent
PO Box 2631
Marrero, LA 70072

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

**4/28/2014**

**Re: Notice of Determination Concerning Membership in Medical Benefits Settlement Class: SPC0000069**

Dear Kenneth Vincent:

The Claims Administrator is writing to inform you that your claim for compensation for a Specified Physical Condition and/or to participate in the Periodic Medical Consultation Program has been denied.

In order to obtain such benefits, you must be a member of the Medical Benefits Settlement Class. The Claims Administrator has reviewed the information in your Proof of Claim Form and supporting documentation, as well as in any materials the Claims Administrator obtained pursuant to the Medical Settlement Agreement (such as the databases, data files, and documentary evidence listed in Section XXI.B.1 of the Medical Settlement Agreement). Based on its review, the Claims Administrator has determined that you have not established that you are a member of the Medical Benefits Settlement Class because you did not meet certain requirements or were subject to certain exclusions under the Medical Settlement Agreement, as set forth below:

- The residential address you provided is not in Zone A.
- The residential address you provided is not in Zone B.

**If you believe that Claims Administrator made a mistake in determining that you are not a Medical Benefits Settlement Class Member, you may file a challenge with the Court. You must file any such challenge within 60 days of the date of this notice.**

Please contact the Claims Administrator at (877) 545-5111 if you have any questions.

Sincerely,

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

MAY 27

To: United States Dis. Court
500 Poydras St., Rm C-151
New Orleans, LA 70130

From: Kenneth Vincent
P.O. Box 2631
Morgan, LA 70072



ReadyPost
Document Mailer
701303015