UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * * * * | MDL NO.           2179 |
| | | NUMBER: |
| | | SECTION:         J |
| | | JUDGE:             Barbier |
| This document relates to: | * * | MAGISTRATE:  Shushan |
| State of Yucatán v. BP 2:13-cv-06649 | * * * * * | |

******************************************

### *EX PARTE* MOTION TO ENROLL
### ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF

COMES NOW the Plaintiff, STATE OF YUCATAN, by and through their undersigned counsel, and moves this Court for an order enrolling attorney Stuart H. Smith, Michael G. Stag, and Bonnie A. Kendrick as additional co-counselors of record for the Plaintiff, STATE OF YUCATAN, and in support thereof would state:

1. Plaintiff in the above-captioned matter is represented by counsel from the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A.

2. Stuart H. Smith, Michael G. Stag, and Bonnie A. Kendrick are attorneys with the law firm of Smith Stag, LLC and are members in good standing with the Louisiana State Bar and federal courts. Pertinent contact information for Stuart H. Smith, Michael G. Stag, and Bonnie A. Kendrick is:

Stuart H. Smith (LSBA No. 17805)
ssmith@smithstag.com
Michael G. Stag (LSBA No. 23314)
mstag@smithstag.com
Bonnie A. Kendrick (LSBA No. 31806)
bkendrick@smithstag.com

**Smith Stag, L.L.C.**
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

3. The appearance of Stuart H. Smith, Michael G. Stag, and Bonnie A. Kendrick will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiff respectfully request that Stuart H. Smith, Michael G. Stag, and Bonnie A. Kendrick be admitted to enroll as additional counsel and participate fully as counsel in this action.

DATED on this 30th day of May 2014.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.

By: /s/    Charles A. Acevedo

Charles A. Acevedo, Esquire
Florida Bar Number: 097771
cacevedo@krupnicklaw.com
Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Enroll Additional Counsel of Record for Plaintiff has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of May 2014.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.

By: /s/      Charles A. Acevedo

Charles A. Acevedo, Esquire
Florida Bar Number:  097771
cacevedo@krupnicklaw.com
Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

Attorneys for Plaintiff