UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | MDL NO. NUMBER: | 2179 |
| | SECTION: | J |
| | JUDGE: | Barbier |
| This document relates to: State of Yucatán v. BP 2:13-cv-06649 | MAGISTRATE: | Shushan |

**ORDER GRANTING *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF**

THIS CAUSE having been considered on Plaintiff's *Ex Parte* Motion to Enroll Additional Counsel of Record for Plaintiff, STATE OF YUCATAN, in the above-captioned cause of action, it is

ORDERED AND ADJUDGED as follows:

1. That the Motion to Enroll Additional Counselors of Record for Plaintiff, STATE OF YUCATAN, is granted.

2. That Stuart H. Smith (LSBA No. 17805), Michael G. Stag (LSBA No. 23314), and Bonnie A. Kendrick (LSBA No. 31806) with the law firm of Smith Stag LLC are enrolled as additional counsel of record on behalf of the Plaintiff, STATE OF YUCATAN, in the above-captioned matter.

DONE AND ORDERED at New Orleans, Louisiana, on this          day of June 2014.

_____

UNITED STATES DISTRICT JUDGE