UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

### CLEAN WATER ACT – PENALTY PHASE:

### UNITED STATES' MOTION TO COMPEL PRODUCTION OF THE INJURY AND ILLNESS DATABASE

The United States moves for an Order compelling BP to produce its "Injury and Illness Database," which appears to be a single Excel spreadsheet. The Parties have met and conferred but were unable to reach agreement on this dispute. The information contained in the Injury and Illness database is relevant to the seriousness of the violation, the United States' request for the database is not overbroad or unduly burdensome, and mechanisms are in place to address any concerns related to the confidentiality of personal information contained in the database. Accordingly, and for the reasons set forth in the attached Memorandum in Support, the United States respectfully moves the Court to compel BP to produce the Injury and Illness Database.

Respectfully Submitted,

| | |
|---|---|
| PETER FROST | SAM HIRSCH |
| Director, Torts Branch, Civil Division | Acting Assistant Attorney General |
| Admiralty and Aviation | Environment & Natural Resources Division |
| SHARON SHUTLER | SARAH HIMMELHOCH |
| MALINDA LAWRENCE | MICHAEL MCNULTY |
| LAURA MAYBERRY | Senior Litigation Counsel |
| Trial Attorneys | NANCY FLICKINGER |
| | Senior Attorney |
| | RICHARD GLADSTEIN |
| R. MICHAEL UNDERHILL, T.A. | PATRICK CASEY |
| Attorney in Charge, West Coast Office | Senior Counsel |
| | A. NATHANIEL CHAKERES |

JUDY HARVEY
RACHEL KING
ERICA PENCAK
ABIGAIL ANDRE
RACHEL HANKEY
BRANDON ROBERS
Trial Attorneys

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana

SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  May 30, 2014.                                         /s/  Steven O'Rourke
                                                             U.S. Department of Justice