UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

## CLEAN WATER ACT – PENALTY PHASE:

## MOTION TO EXPEDITE THE UNITED STATES' MOTION TO COMPEL PRODUCTION OF THE INJURY AND ILLNESS DATABASE

Pursuant to the Court's "Order [Regarding Penalty Phase Schedule]," the parties shall file a motion to expedite with any motion to compel. (Rec. Doc. 12688 at 2). The United States hereby moves to Expedite the Motion to Compel Production of the Injury and Illness Database, which is filed as Rec. Doc. 12,958.

Respectfully Submitted,

PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
SARAH HIMMELHOCH
MICHAEL MCNULTY
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney
RICHARD GLADSTEIN
PATRICK CASEY
Senior Counsel
A. NATHANIEL CHAKERES
JUDY HARVEY
RACHEL KING
ERICA PENCAK
ABIGAIL ANDRE
RACHEL HANKEY
BRANDON ROBERS
Trial Attorneys

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana

SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  May 30, 2014.                                              /s/  Steven O'Rourke
                                                                  U.S. Department of Justice