UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "*Deepwater Horizon*" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| **Applies to:** *U.S. v. BP Exploration & Prod. Co.,* | * | JUDGE BARBIER |
| **No. 2:10-cv-04536.** | * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Upon consideration of Defendant Anadarko Petroleum Corporation's Motion to Compel the United States to Answer APC's Only Request for Admission, filed on May 30, 2014, the oppositions of the United States thereto, and good cause being shown, the Motion is hereby GRANTED.

The Court orders the United States to admit or deny the request within 20 business days of this order or the request is deemed admitted.

SO ORDERED

This ____ day of _____, 2014.

_____

**SALLY SHUSHAN**
**United States Magistrate Judge**