UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION:  J |
| **Applies to:** *U.S. v. BP Exploration & Prod. Co.,* **No. 2:10-cv-04536.** | * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * | * | |

**MOTION TO EXPEDITE REVIEW OF ANADARKO PETROLEUM CORPORATION'S MOTION TO COMPEL THE UNITED STATES TO ANSWER APC'S ONLY REQUEST FOR ADMISSION**

Defendant Anadarko Petroleum Corporation respectfully requests this Honorable Court to expedite consideration of its Motion to Compel the United States to Answer APC's Only Request for Admission.

Dated:  May 30, 2014                                    Respectfully submitted,

                   ____*Ky E. Kirby*_____
                   Ky E. Kirby
Ky.Kirby@bingham.com
Thomas R. Lotterman
Thomas.Lotterman@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Deborah D. Kuchler, (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112

**ATTORNEYS FOR ANADARKO PETROLEUM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Expedite Review of Anadarko Petroleum Corporation's Motion to Compel the United States to Answer APC's Only Request for Admission has been served on all counsel via Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 30th day of May, 2014.

*/s/ Ky E. Kirby*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "*Deepwater Horizon*" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| **Applies to:**  *U.S. v. BP Exploration & Prod. Co.,* | * | JUDGE BARBIER |
| **No. 2:10-cv-04536.** | * | MAGISTRATE JUDGE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   *   * | * | |

### MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE REVIEW OF ANADARKO PETROLEUM CORPORATION'S MOTION TO COMPEL THE UNITED STATES TO ANSWER APC'S ONLY REQUEST FOR ADMISSION

Anadarko Petroleum Corporation ("APC") has met and conferred with the United States to attempt to resolve the parties' disagreement over Request for Admission Propounded by Anadarko No 1.  As part of this process, APC has offered to limit the scope of this request to the years from 2007 to 2013.  Nonetheless, the United States has not provided an answer to Request for Admission Propounded by Anadarko No. 1, the only Request for Admission served on the United States by APC.

Per Magistrate Judge Shushan's request at the telephone discovery conference on May 29, 2014 to file a motion to expedite along with future motions to compel, and a previous request to the same effect by Mike O'Keefe, APC is filing a motion to expedite the consideration of this Motion to Compel the United States to Answer APC's Only Request for Admission.

Dated:  May 30, 2014	Respectfully submitted,

    *Ky E. Kirby*
Ky E. Kirby
Ky.Kirby@bingham.com
Thomas R. Lotterman
Thomas.Lotterman@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Deborah D. Kuchler, (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112

**ATTORNEYS FOR ANADARKO PETROLEUM CORPORATION**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion to Expedite Review of Anadarko Petroleum Corporation's Motion to Compel the United States to Answer APC's Only Request for Admission has been served on all counsel via Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 30th day of May, 2014.

*/s/ Ky E. Kirby*