UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "*Deepwater Horizon*" in the Gulf of | * | |
| Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| **Applies to:** *U.S. v. BP Exploration & Prod. Co.,* | * | JUDGE BARBIER |
| **No. 2:10-cv-04536.** | * | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * | * | |

## ORDER

Upon consideration of Anadarko Petroleum Corporation's Motion to Expedite its Motion to Compel the United States to Answer APC's Only Request for Admission, the Motion is hereby GRANTED.

Consistent with the schedule set out in the Court's Order dated April 21, 2014, any opposition shall be due no later than the 5th day of June, 2014.

SO ORDERED

This ____ day of _____, 2014.

_____

**SALLY SHUSHAN**
**United States Magistrate Judge**