UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Clean-Up Responder Defendants]**

The Clean-Up Responder Defendants request that their counsel be permitted to monitor the Penalty Phase discovery conferences and encourage the U.S., BPXP and Anadarko to copy them on correspondence relating to the scheduling of depositions.

The Clean-Up Responder Defendants may monitor (but not participate in) the Court's telephone status conferences in the Penalty Phase. The Court will add Mike Lyle (mikelyle@quinnemanuel.com) and Sylvia Simson (sylviasimson@quinnemanuel.com) to the Penalty Phase email distribution list.

The U.S., BPXP and Anadarko shall copy Mr. Lyle and Ms. Simpson on all correspondence relative to the scheduling of depositions of fact witnesses, Rule 30(b)(6) witnesses and experts. Counsel for the Clean-Up Responder Defendant may attend and monitor the depositions but are not authorized to question witnesses without specific leave of court.

New Orleans, Louisiana, this 2nd day of June, 2014.

SALLY SHUSHAN
United States Magistrate Judge