**Exhibit 1 to United States' Proffer of Evidence Regarding Defendant Anadarko's Involvement in the Macondo Well and Incident:  List of Included Materials**

**Deposition Bundles and Associated Exhibits[1]:**

| |
|---|
| Deposition of Michael Beirne (June 27-28, 2011), bundle admitted in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Robert Bodek (April 11-12, 2011), bundle admitted in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Jim Bryan (May 6, 2011), bundle designated in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Paul Chandler (May 4, 2011), bundle designated in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Darrell Hollek (June 22, 2011), bundle designated in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Nick Huch (May 16, 2011), bundle designated in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Alan O'Donnell (May 5, 2011), bundle designated in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Dawn Peyton (September 8, 2011), bundle designated in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Robert Quitzau (May 25-26, 2011), bundle admitted in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Stuart Strife (October 5, 2011), bundle admitted in Phase 1 (including deposition excerpts, objections, and exhibits) |
| Deposition of Kirk Wardlaw (June 9, 2011), bundle designated in Phase 1 (including deposition excerpts, objections, and exhibits) |

**Additional Documents Produced in MDL:**

| |
|---|
| ANA-MDL-000001275 |
| ANA-MDL-000007258 |
| ANA-MDL-000015551 – 15553 |
| ANA-MDL-000082134 |
| APC-SHS2A-000001166 |
| APC-SHS2A-000001184 |

---

[1] To facilitate the Court's review of the materials, the deposition exhibits copied onto the DVD submitted with this Proffer were de-coupled from the deposition bundles.  All of the proffered exhibits are contained in a separate folder chronologically organized by exhibit number.

**Anadarko MDL Discovery Responses:**

| |
|---|
| Defendant Anadarko Petroleum Corporation's Objections and Responses to the United State' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions, dated July 25, 2011 |
| Supplemental Objections and Responses of Defendant Anadarko Petroleum Corporation to Revisions to the United States' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions, dated Sept. 20, 2011 |
| Supplemental Objections and Responses of Defendant Anadarko Petroleum Corporation to Revisions to the United States' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions, dated Sept. 27, 2011 |