UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" | : | |
| in the Gulf of Mexico, | : | SECTION: J |
| on April 20, 2010 | : | |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| 2:10-cv-04536 | : | MAGISTRATE SHUSHAN |
| | : | |

**UNITED STATES' *EX PARTE* MOTION TO FILE UNDER SEAL ITS UNREDACTED PROFFER OF EVIDENCE REGARDING DEFENDANT ANADARKO'S INVOLVEMENT IN THE MACONDO WELL AND INCIDENT [Dkt. No. 12965]**

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], the United States respectfully requests leave to file under seal its unredacted Proffer of Evidence Regarding Defendant Anadarko's Involvement in the Macondo Well and Incident [Dkt. No. 12965]. The portions redacted from the publicly-filed Proffer pertain to claims of confidentiality by Anadarko concerning certain documents produced by Anadarko in this litigation.

A proposed order accompanies this request.

Respectfully submitted,

| | |
|---|---|
| */s/ Steven O'Rourke* | */s/ R. Michael Underhill* |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 7611 | 7-5395 Federal Bldg., Box 36028 |
| Washington, D.C. 20044 | 450 Golden Gate Avenue |
| Telephone: 202-514-2779 | San Francisco, CA 94102-3463 |
| Facsimile: 202-514-2583 | Telephone: 415-436-6648 |
| E-mail: steve.o'rourke@usdoj.gov | Facsimile: 415-436-6632 |
| | E-mail: mike.underhill@usdoj.gov |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 2nd day of June, 2014.

*/s/ Steven O'Rourke*
Steven O'Rourke