UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>No. 2:10-cv-04536 | : : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to File Under Seal its Unredacted Proffer of Evidence Regarding Defendant Anadarko's Involvement in the Macondo Well and Incident [Dkt. No. 12965],

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED, and that the unredacted Proffer shall be filed under seal.

New Orleans, Louisiana, this ___ day of _____, 20__.

_____
UNITED STATES DISTRICT JUDGE