UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" | : | |
| in the Gulf of Mexico, | : | SECTION: J |
| on April 20, 2010 | : | |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| No. 2:10-cv-04536 | : | MAGISTRATE SHUSHAN |
| | : | |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to File Under Seal its Unredacted Proffer of Evidence Regarding Defendant Anadarko's Involvement in the Macondo Well and Incident [Dkt. No. 12965],

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED, and that the unredacted Proffer shall be filed under seal.

New Orleans, Louisiana, this 3rd day of   June  , 2014.

_____
United States Magistrate Judge