UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Anadarko's Motion to Compel the U.S. (Rec. doc. 12960)]**

IT IS ORDERED that: (1) the motion of the defendant, Anadarko Petroleum Corporation ("APC"), to compel the United States to admit or deny a request for admission served by APC (Rec. doc. 12960) is set for submission on **Friday, June 6, 2014**, on briefs and without oral argument; (2) the opposition of the United States shall be filed by **Thursday, June 5, 2014**; (3) no reply will be filed; and (4) APC's motion for expedited consideration (Rec. doc. 12961) is GRANTED.

New Orleans, Louisiana, this 3rd day of June, 2014.

SALLY SHUSHAN
**United States Magistrate Judge**