UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding U.S. Motion to Compel BPXP (Rec. doc. 12958)]**

IT IS ORDERED that: (1) the motion of the United States to compel the defendant, BPXP, to produce its "Injury and Illness Database" (Rec. doc. 12958) is set for submission on **Friday, June 6, 2014**, on briefs and without oral argument; (2) the opposition of BPXP shall be filed by **Thursday, June 5, 2014**; (3) no reply will be filed; and (4) the motion of the U.S. for expedited consideration (Rec. doc. 12959) is GRANTED.

New Orleans, Louisiana, this 3rd day of June, 2014.

SALLY SHUSHAN
**United States Magistrate Judge**