UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>*<br>*   JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | *   MAGISTRATE JUDGE SHUSHAN<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR SUBMISSION OF
### MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Defendant Cameron International Corporation respectfully requests that the Court set for submission, at its earliest convenience, the following Motions for Partial Summary Judgment, on oral argument, all at the same hearing:

1. Plaintiff Cameron International Corporation's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity, and Defense Expenses, R. Doc. No. 12440;

2. Defendant Liberty Insurance Underwriters, Inc.'s Motion for Partial Summary Judgment Concerning Cameron International Corporation's Texas Insurance Code Claims, R. Doc. No. 12050;

3. Defendant Liberty International Underwriters, Inc.'s Motion for Partial Summary Judgment on Cameron's §541 Claim, R. Doc. No. 12578; and

4. Liberty International Underwriters, Inc.'s Motion for Partial Summary Judgment Concerning Cameron's Forfeiture of Coverage, R. Doc. No. 12580.

- 2 -

Respectfully submitted,

  */s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)


WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cameron International Corporation's Motion for Submission of Motions for Summary Judgment has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2014.

/s/ Phillip A. Wittmann

1159472v1