UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION FOR SUBMISSION OF <u>MOTIONS FOR PARTIAL SUMMARY JUDGMENT</u>

Plaintiff Cameron International Corporation ("Cameron") respectfully moves the Court to set for submission, at its earliest convenience, the four motions for partial summary judgment that are pending in the insurance coverage dispute between Cameron and Liberty Insurance Underwriters, Inc., Civil Action 12-311.

Briefing as to each motion is now complete and the motions are thus ripe for this Court's resolution.

The four motions at issue are

1. Plaintiff Cameron International Corporation's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity, and Defense Expenses, R. Doc. No. 12440 dated March 3, 2014;

2. Defendant Liberty Insurance Underwriters, Inc.'s Motion for Partial Summary Judgment Concerning Cameron International Corporation's Texas Insurance Code Claims, R. Doc. No. 12050 dated December 23, 2013;

1159505v1

3. Defendant Liberty International Underwriters, Inc.'s Motion for Partial Summary Judgment on Cameron's §541 Claim, R. Doc. No. 12578 dated March 24, 2014; and

4. Liberty International Underwriters, Inc.'s Motion for Partial Summary Judgment Concerning Cameron's Forfeiture of Coverage, R. Doc. No. 12580 dated March 24, 2014.

Pursuant to the Court's Pretrial Order #15, issued on November 5, 2010, all motions in the above captioned multi-district litigation must be specially set by the Court. Cameron has previously requested that the Court set the motions for oral argument, all at the same hearing. *See* R. Doc. Nos. 12442 and 12706.

Accordingly, Cameron requests that the four motions for partial summary judgment pending in civil action, 12-311, R. Doc. Nos. 12050, 12440, 12578 and 12580, be submitted for hearing, on oral argument all at the same hearing.

                                    Respectfully submitted,

                                    */s/ Phillip A. Wittmann*
                                    Phillip A. Wittmann, 13625
                                          pwittmann@stonepigman.com
                                    Carmelite M. Bertaut, 3054
                                          cbertaut@stonepigman.com
                                    STONE PIGMAN WALTHER WITTMANN L.L.C.
                                    546 Carondelet Street
                                    New Orleans, Louisiana  70130
                                    (504) 581-3200
                                    (504) 581-3361 (fax)

                                    WILLKIE FARR & GALLAGHER LLP
                                    Mitchell J. Auslander
                                    Jeffrey B. Korn
                                    787 Seventh Avenue
                                    New York, New York  10019
                                    (212) 728-8000
                                    mauslander@willkie.com

                                    *Attorneys for Cameron International Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron International Corporation's Memorandum in Support Motion for Submission of Motions for Summary Judgment has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2014.

                              */s/ Phillip A. Wittmann*

1159505v1