IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | MDL NO 2179; |
| DEEPWATER HORIZON, IN THE ) | Ref CA No. 10-2771 |
| GULF OF MEXICO ) | SECTION: J |
| ON APRIL 20, 2010 ) | |
| ) | JUDGE BARBIER |
| ) | MAG. JUDGE SHUSHAN |
| This Document Relates to: ) | |
| 2:10-cv-08888 ) | |

### Claimant's Motion for Leave to File
### Limitation Short Form Joinders After the September 16, 2011 Deadline

Claimant, as identified in Exhibit A (attached) moves this Court for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*. Upon consultation with the Court, Claimants file this Motion for Leave to File Short Form Joinders on behalf of all Movants.

Claimant states the following as the basis for this motion:

1. Claimant now move to join BP Exploration & Production, Inc., its related entities, and all remaining defendants, and seek leave to file Limitation Short Form Joinders after the Court-ordered deadline of September 16, 2011.

2. No prejudice will result from the acceptance of a Short Form Joinder filed after the deadline because no action has been taken in the limitation proceedings that might prejudice any other party to the proceeding.

WHEREFORE, Claimant respectfully move this Court for an Order granting the Motion for Leave to File Limitation Short Form Joinders After the September 16, 2011 Deadline, and accepting the Joinders, as identified in Exhibit A, as properly and timely filed.

Respectfully submitted,

/s/ *William B. Price*
William B. Price, Esq.
Florida Bar NO.: 0028277
P.O. Box 351
Panama City, Florida 32402
Telephone: (850) 215-2195
Facsimile: (850) 763-0647
ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **Claimants' Motion for Leave to File Short Form Joinders** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2014.

                                                                           /s/ William B. Price
                                                                           William B. Price, Esq.

# EXHIBIT A

| Claimant Name: | Short Form Document Number |
|---|---|
| Elizabeth Moreau | 136782 |