# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 28, 2014



Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 13-30315 cons w/13-30329, 13-31220, and 13-31316
    In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:12-CV-970
        USDC No. 2:12-CV-970
        USDC No. 2:10-MD-2179
        USDC No. 2:13-CV-492
        USDC No. 2:10-MD-2179
        USDC No. 2:12-CV-970
        USDC No. 2:10-MD-2179
        USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

One sealed box of exhibits to be returned.

The electronic copy of the record has been recycled.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Shawn D. Henderson, Deputy Clerk
                504-310-7668

cc w/encl:
    Honorable Carl J. Barbier
    Mr. Andrew Baker Bloomer
    Ms. Rachel Brand

____ Fee _____
____ Process _____
X   Dktd _____
____ CtRmDep _____
____ Doc. No. _____

Mr. Robert C. Mike Brock
Mr. James Augustus Burton
Mr. David B. Byrne Jr.
Mr. Jeffrey Bossert Clark Sr.
Mr. Paul D. Clement
Mr. Kevin Michael Downey
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. S. Gene Fendler
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Christopher Martin Guidroz
Mr. Don Keller Haycraft
Mr. Frank Lane Heard III
Mr. Stephen Jay Herman
Mr. Mark Holstein
Mr. James M. Hood III
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. Andrew Tanner Karron
Ms. Linda Kelly
Mr. James Andrew Langan
Mr. Jeffrey Lennard
Mr. Scott Payne Martin
Mr. Corey L. Maze
Mr. Michael Cameron Moore
Mr. Theodore B. Olson
Mr. Robert L. Redfearn
Mr. James Parkerson Roy
Mr. Richard C. Stanley
Ms. Catherine Emily Stetson
Mrs. Megan Kathleen Terrell
Ms. Jennifer L. Thornton
Ms. Terese Troxclair Wyly

P.S. to Judge Barbier:  A copy of the opinion was sent to your office via email the day it was filed.