# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130



May 28, 2014

Mr. William W. Blevins  
Eastern District of Louisiana, New Orleans  
United States District Court  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 13-30095    In Re: Deepwater Horizon  
                       USDC No. 2:10-MD-2179  
                       USDC No. 2:10-CV-7777  
                       USDC No. 2:12-CV-970  
                       USDC No. 2:10-CV-2771  
                       USDC No. 2:12-CV-2953  
                       USDC No. 2:12-CV-964

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 4 ) Volumes    ( 1 ) Envelope

The electronic copy of the record has been recycled.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____  
                                       Shawn D. Henderson, Deputy Clerk  
                                       504-310-7668

cc w/encl:  
    Mr. N. Albert Bacharach Jr.  
    Honorable Carl J. Barbier  
    Mr. Robert C. Mike Brock  
    Mr. George Howard Brown  
    Ms. Elizabeth Joan Cabraser

___ Fee _____  
___ Process _____  
_X_ Dkd _____  
___ CtRmDep _____  
___ Doc. No. _____

Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Kevin Walter Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Theodore B. Olson
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Mr. Stuart Cooper Yoes

P.S. to Judge Barbier:  A copy of the opinion was sent to your office via email the day it was filed.