UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>All Cases | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO APPOINT SPECIAL MASTER**

NOW INTO COURT, appearing in proper person, comes Economic and Property Damages Class Member Kevin LeMaire ("Mover") respectfully seeking leave to file a *Supplemental Memorandum in Support of Motion to Appoint Special Master* and attached exhibits ("*Supplemental Memorandum*").

On April 30, 2014, Mover filed a *Motion for Leave to File Motion to Appoint Special Master* ("the Motion") and proposed orders and pleadings, including a proposed *Memorandum in Support of Motion to Appoint Special Master*. See Record Document Numbers ("R.Doc.") 12807 through 12807-4.

The Motion is not currently noticed for submission. No responses to the Motion are due. No party would be prejudiced, and this proceeding would not be delayed, by the filing of Mover's *Supplemental Memorandum*. Some of the information and records supporting the *Motion to Appoint Special Master* became available after the Motion was filed. The additional information and authority presented in the *Supplemental Memorandum* will assist the Court's in considering and deciding the *Motion to Appoint Special Master*.

1

WHEREFORE, Class Member Kevin LeMaire respectfully moves that this Honorable Court grant him leave to file the accompanying *Supplemental Memorandum in Support of Motion to Appoint Special Master* and attached exhibits.

Respectfully submitted,

By: _____
Kevin LeMaire, *in proper person*
16438 Spanish Oaks Boulevard
Prairieville, Louisiana 70769
Telephone: (225) 335-5521
Email: kuhnrod@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2 day of June 2014, the foregoing Motion for Leave was served on Co-Lead Class Counsel and Counsel for BP Parties via hand delivery and to all others listed below via email:

Stephen J. Herman                                  **Served By Hand Delivery to His Office**
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
*Co-Lead Class Counsel*

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
E-Mail: jimr@wrightroy.com
*Co-Lead Class Counsel*

Don K. Haycraft                                      **Served By Hand Delivery to His Office**
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
*Co-Counsel for BP Entities*

Kevin M. Downey
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Co-Counsel for BP Entities*
E-Mail: kdowney@wc.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
E-Mail: jrice@motleyrice.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
E-Mail: duke@williamslawgroup.org

3

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
E-Mail: bbarr@levinlaw.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
E-Mail: rgreenwald@weitzlux.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
E-Mail: jbreit@bdbmail.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
E-Mail: rhon.jones@beasleyallen.com

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
E-Mail: ecabraser@lchb.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
E-Mail: mlundy@lundylawllp.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
E-Mail: pcossich@cossichlaw.com

4

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
E-Mail: mpalmintier@dphf-law.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
E-Mail: rtc@cunninghambounds.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
E-Mail: sterbcow@lksalaw.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
E-Mail: mike@mikespy.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
E-Mail: ssummy@baronbudd.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
E-Mail: calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
E-Mail: ervin@colson.com

Kevin LeMaire

5