UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | |
| All Cases | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## ORDER

Considering Kevin LeMaire's Motion for *Leave to File a Supplemental Memorandum in Support of Motion to Appoint Special Master*;

**IT IS ORDERED** that Kevin LeMaire's *Motion for Leave to File Supplemental Memorandum in Support of Motion to Appoint Special Master* is hereby **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE