UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL NO. 2179

THIS PLEADING APPLIES TO: NO. 12-311

SECTION: J

## ORDER

Considering the foregoing *Motion for Submission of Motions for Partial Summary Judgment* filed by Plaintiff Cameron International Corporation **(Rec. Doc. 12973)**,

**IT IS HEREBY ORDERED** that the motion is **DENIED WITHOUT PREJUDICE.** As set forth in the *Scheduling Order* **(Rec. Doc. 12220)**, the Court will take the matter under advisement on the briefs, and if the Court determines that oral argument will be helpful, the Court will notify counsel of an oral hearing date.

New Orleans, Louisiana, this 4th day of June, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE