UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** <br> *12-2235, 12-2338, 13-1373, 13-1490,* <br> *13-1495, 13-1527, 13-1536, 13-1644,* <br> *13-1967, 13-1984, 13-2030, 13-2547,* <br> *13-2668, 13-2669, 13-2670, 13-4755* | **JUDGE BARBIER** <br><br> **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Regarding Claims Against Weatherford U.S., L.P.]**

On May 27, 2014, Weatherford U.S., L.P. ("Weatherford"), filed a motion to dismiss and/or alternatively motion for summary judgment with respect to all claims filed against it after a Rule 54(b) Judgment was entered in Weatherford's favor (Rec. doc. 12946). In the pleading, Weatherford correctly points out that, by order entered on February 2, 2012 (Rec. doc. 5653), this Court dismissed all claims against Weatherford <u>with prejudice</u>. Thereafter, the Court entered a Judgment pursuant to Fed.R.Civ.P. 54(b) in favor of Weatherford stating that "there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill" (Rec. doc. 6204).

Despite the Court's ruling on the merits of any claims against Weatherford, fourteen (14) suits have subsequently been filed in which Weatherford is named as a defendant.[1]

Counsel for plaintiff(s) in each of the above-captioned actions shall **within thirty (30) days of the date of this Order** file an amended complaint in each of the proceedings deleting

---

[1] Two suits naming Weatherford were filed prior to the Court's rulings dismissing all claims against Weatherford; 12-2235 and 12-2338. Those suits are subject to this order.

Weatherford as a named defendant and thereafter certify to the Court that the amendment has been filed. **Failure to comply with this Order will result in sanctions being imposed against counsel.**

New Orleans, Louisiana, this 4th day of June, 2014.

**CARL J. BARBIER**
**United States District Judge**