UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## LIU'S OPPOSITION TO CAMERON INTERNATOINAL CORPORATION'S MOTION FOR SUBMISSION OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Liberty Insurance Underwriters, Inc. ("LIU") submits this Opposition to Cameron International Corporation's Motion for Submission of Motions for Partial Summary Judgment (Rec. Doc. No. 12973). LIU previously filed a Request for Oral Argument (Rec. Doc. No. 12752) asking the Court to hear LIU's Motion for Partial Summary Judgment concerning Cameron International Corporation's Texas Insurance Code Claims, filed in December 2013, *before* the parties' other summary judgment motions in this matter. LIU adopts its prior filing in opposition to Cameron's Motion.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

1

971730

> Christopher W. Martin, PRO HAC VICE
> Federal I.D. 13515
> Gary L. Pate, PRO HAC VICE
> Federal I.D. 29713
> 808 Travis, Suite 1800
> Houston, Texas 77002
> 713-632-1700 (Telephone)
> 713-222-0101 (Facsimile)
>
> *Attorneys for Liberty Insurance*
>   *Underwriters, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of June, 2014.

> /s/ Judy Y. Barrasso

971730