**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | |
| | * | SECTION J |
| | * | |
| This document relates to 12-970 | * | |
| | * | |
| | * | |
| | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

---

**JOINT MOTION TO AMEND PAYING AGENT AGREEMENT**

Pursuant to Section 5.14 of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (the "Settlement Agreement," Rec. Doc. 6430), and Section 1.1.4.2 of Exhibit 21 thereto, BP is in position to transfer an amount equal to the amount of its recovery for "Insurance Proceeds for Transocean Personnel," as defined therein, for the benefit of the Economic Class.  To enable BP to transfer such funds for the benefit of the Economic Class, BP and Class Counsel jointly request, with the concurrence of the Claims Administrator, that the Paying Agent Agreement be amended to enable the Claims Administrator to establish a new Fund Account within the Settlement Trust to hold these funds. The Parties and the Claims Administrator have agreed to a Fourth Amendment to the Paying Agent Agreement to serve this purpose.  BP submits this motion without prejudice to its rights and objections with respect to the administration of the Settlement Agreement.

A proposed order accompanies this motion.

Date:  June 4, 2014

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Robert C. "Mike" Brock
Allan B. Moore
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

*OF COUNSEL*

Respectfully submitted,

/s/ Kevin M. Downey
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

/s/ Don K. Haycraft
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Dominic E. Draye
Thomas P. Weir
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

Date:  June 4, 2014                          Respectfully submitted,

/s/ Stephen J. Herman                        /s/ James Parkerson Roy

Stephen J. Herman, La. Bar No. 23129         James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR                  DOMENGEAUX WRIGHT ROY & EDWARDS
LLP                                          LLC
820 O'Keefe Avenue                           556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                 Lafayette, Louisiana 70501
Telephone: (504) 581-4892                    Telephone: (337) 233-3033
Fax No. (504) 569-6024                       Fax No. (337) 233-2796

Lead Economic and Property Damages           Lead Economic and Property Damages
Class Counsel                                Class Counsel

### ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL
_____

Joseph F. Rice                               Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                              WILLIAMS LAW GROUP
28 Bridgeside Blvd.                          435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                     Maison Grand Caillou
Office:  (843) 216-9159                       Houma, LA 70360
Telefax: (843) 216-9290                       Office:  (985) 876-7595
                                             Telefax: (985) 876-7594


Brian H. Barr                                Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                    WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA              700 Broadway
316 South Baylen St., Suite 600              New York, NY  10003
Pensacola, FL 32502-5996                      Office:  (212) 558-5802
Office:  (850) 435-7045                       Telefax: (212) 344-5461
Telefax: (850) 436-6187


Jeffrey A. Breit                             Rhon E. Jones
BREIT DRESCHER IMPREVENTO &                   BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                                 PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000              218 Commerce St., P.O. Box 4160
Norfolk, VA 23510                            Montgomery, AL 36104
Office:  (757) 670-3888                       Office:  (334) 269-2343
Telefax: (757) 670-3895                       Telefax: (334) 954-7555

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of June 2014.

/s/ Don K. Haycraft
Don K. Haycraft