IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to 12-970 | * * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| | * * | |

## ORDER

**IT IS HEREBY ORDERED** that the Joint Motion to Amend Paying Agent Agreement submitted by Class Counsel and BP with the concurrence of the Claims Administrator is GRANTED.

Accordingly, the Parties and the Claims Administrator are authorized to amend the Paying Agent Agreement to enable the Trustee to establish a new Fund Account within the Settlement Trust for an amount equal to the recovery of "Insurance Proceeds for Transocean Personnel," as set forth in Section 5.14 and Section 1.1.4.2 of Exhibit 21 of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 6430).

New Orleans, Louisiana, this ___ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE