IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| | * | Honorable CARL J. BARBIER |
| No. 12-970 | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

**STIPULATION AND ORDER**

**[Regarding the Court's Previous Orders of March 25, 2014 (Rec. Doc. 12591) and April 10, 2014 (Rec. Doc. 12659) on Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court]**

BP and Class Counsel hereby stipulate to the following with respect to the Court's Previous Orders of March 25, 2014 (Rec. Doc. 12591) and April 10, 2014 (Rec. Doc. 12659), Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court ("Orders"), and to the form of the Certification, attached as Exhibit 1.[1]

After consideration of this Stipulation, the Court hereby **AMENDS** its previous Orders (Rec. Docs. 12591 and 12659) as follows:

---

[1] BP and Class Counsel enter this stipulation without prejudice to or waiver of their arguments or their appellate rights with respect to BP's Motion to Clarify or Amend Order Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce Orders of the Court.  A briefing schedule for that motion has been set by the Court.  (Rec. Doc. 12848).

1. The fifth paragraph of this Court's March 25, 2014 Order (Rec. Doc. 12591),[2] the deadline of which was amended by the Court's April 10, 2014 Order (Rec. Doc. 12659) is clarified, amended and superseded by the following Paragraphs:

2. BP and Class Counsel will certify that the parties (and any experts, consultants, attorneys, or others to whom they have provided Claim- or Claimant-specific information) have deleted pre-Determination information[3] for Claimants who do not have a determined Claim,[4] provided by the CSSP, which resides in active databases.[5] Pre-Determination information will be deleted from active databases containing information from the CSSP provided via FTP,[6] and information the

---

[2] That paragraph stated, "Both BP and Class Counsel are instructed to promptly take all necessary steps to destroy all data in their possession relating to claims in which a Denial Notice or an Eligibility Notice has not been issued. **Within thirty (30) days of entry of this Order** they shall file a certification of the steps they have taken and certify that all such data has been destroyed."

[3] Pre-Determination information is Claimant- and/or Claim-specific documents, data or information, relating to Claims for which neither a Denial Notice nor an Eligibility Notice has been issued. Pre-Determination information does not include documents, data or information that does not refer to a specific Claim or Claimant.

[4] The term "Claimants that do not have a determined Claim" originates from the way the CSSP stores information. Like the issue addressed by Mr. Juneau's letter "[a]t the Court's direction" of March 27, 2014, if a single Claimant has determined and undetermined claims, the undetermined claims information will still reside in BP and Class Counsel's files because it can't be readily segregated from the determined information relating to that Claimant without opening and reviewing each document or piece of information. In these situations, BP and Class Counsel will abide by the same instructions provided by Mr. Juneau to exercise its access "in good faith and so as to utilize only those documents pertinent to the claim for which the relevant notice has been issued."

[5] "Active databases" are the most current version of a database available to users.

[6] File Transfer Protocol, or "FTP," is a standard way to transfer computer files that was regularly used by the CSSP to transfer files to BP and Class Counsel. BP maintains the following databases of information derived from the CSSP's FTP site:

CSSP provided on its Portal,[7] which BP retrieved via bulk downloads.[8]  The CAO shall provide a list of Claimant ID Numbers and Claim ID Numbers for pre-Determination Claims, sufficient to enable such deletion.[9]

3. BP and Class Counsel need not delete any pre-Determination information from disaster recovery media or deactivated hard drives.  Although pre-Determination information may still reside on disaster recovery media and/or on deactivated hard drives, it is not readily accessible.

4. BP and Class Counsel need not identify, segregate, or delete derivative pre-Determination information[10] or individual documents from Claims Files not

---

1. BP maintains a database it created by automatically downloading the SQL files made available by the CSSP through the CSSP FTP site. It contains both pre- and post-determination claims data.
2. AlixPartners maintains a database it created using the same information from the SQL files made available to BP by the CSSP through the FTP site. It contains both pre- and post- determination claims data.
3. Compass Lexecon maintains SAS databases it created by taking the SQL files provided by the CSSP through the CSSP FTP site and transferring them into SAS databases. These contain both pre- and post- determination claims data.

See Decl. of R. Stalters at ¶¶ 3-6 [Rec. Doc. 12702-5]; Decl. of H. Lenhoff at ¶ 5 [Rec. Doc. 12702-6].  Structured Query Language, or "SQL," is a computer programming language designed to manage data held in relational database management systems, such as Microsoft Access or Oracle Database.

[7] The Deepwater Horizon Portal (https://www2.deepwaterhorizoneconomicsettlement.com/) is a password-protected website maintained by the Claims Administrator's Office containing CSSP claim information.

[8] Active databases from this source include information from the CSSP's Portal that was downloaded using a script.  Compass Lexecon used a script to download documents from the Portal and provided a collection of these documents to other consultants.  BP also developed a similar script and provided the materials to consultants.  These files are maintained in an electronic format.  See Decl. of R. Stalters at ¶¶ 7-8 [Rec. Doc. 12702-5]; Decl. of H. Lenhoff at ¶ 6 [Rec. Doc. 12702-6].

[9] This will include (1) a list of Pre-Determination Claimant ID Numbers and Claim ID Numbers, (2) a list of Post-Determination Claimant ID Numbers and Claim ID Numbers, and (3) a list of the variables or codes used to classify a claim as either Pre- or Post-Determination.

3

    contained within the databases described in Paragraph 2, including but not limited to within e-mails, memos, notes, pleadings, or documents related to appeals or court filings.  However, BP and Class Counsel have notified personnel that they must avoid using pre-Determination information.

5. Preexisting internal, attorney, expert or consultant work product relating to Claimants who have both pre-Determined Claims and Determined Claims does not have to be deleted, and may be accessed for the purpose of using the post-Determination information.  BP and Class Counsel, and their attorneys, experts, and/or consultants, in exercising their rights of access and utilizing information in their possession, are to act in good faith and access or use only those documents for which a Denial Notice or an Eligibility Notice has been issued.[11]

6. BP and Class Counsel will certify that they have deleted pre-Determination information contained in files that were used to create the active databases. Specifically, the CSSP made SQL files available to BP and Class Counsel on the CSSP's FTP site.  Prior to deleting the pre-Determination information contained in files that it downloaded from the CSSP's FTP site, BP shall transmit these files to the CAO to ensure that the CSSP has a complete set of these files.  The CAO shall preserve the files it receives and BP will not delete its files until the CAO confirms that it is preserving the files.

---

[10] Derivative pre-Determination information refers to documents, data or information that were not themselves received from the CSSP, but that discuss or in some way incorporate pre-Determination information from the documents received from the CSSP.  *See* Decl. of R. Stalters at ¶¶ 8-16 [Rec. Doc. 12702-5]; Decl. of H. Lenhoff at ¶¶ 7-12 [Rec. Doc. 12702-6].

[11] This is consistent with the instructions of the Claims Administrator, provided at the Court's direction.  [Rec. Doc. 12702-7].

7. BP and Class Counsel must delete copies of prior versions of databases described in Paragraph 2, although information that is not pre-Determination information may be extracted and preserved.

8. The Court's Order should not be construed to prohibit Class Counsel from requesting Claim-specific pre-Determination information from the Program in order to assist the Claimant where he or she (or the Claimant's attorney) has requested the assistance of Class Counsel in connection with the status, completion, processing, re-review or reconsideration of that Claim.  Class Counsel shall use such information solely for the purpose of assisting that Claimant.

9. Steps taken by the parties to comply with this Order are exempted from the requirements of Pretrial Order No.1, ¶14 ("Preservation of Evidence") [Rec. Doc. 2] and any and all other applicable document preservation orders or other legal obligations.

10. Pursuant to the Court's Order (Rec. Doc. 12848), no deletion pursuant to this Stipulation and Order shall proceed until after the Court rules on BP's Motion to Reconsider (Rec. Doc. 12702).  In the event the Court grants BP's Motion to Reconsider, no information necessary for permitted uses of pre-Determination data shall be deleted.  The parties must execute and file the attached Certification within thirty days after the Court rules on BP's Motion to Reconsider.

This 27th day of May, 2014.

Respectfully submitted,

   /s/   Stephen J. Herman                    /s/ James Parkerson Roy  
**Stephen J. Herman**, La. Bar No. 23129    **James Parkerson Roy**, La. Bar No.11511  
**HERMAN HERMAN & KATZ LLC**           **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**  
820 O'Keefe Avenue                             556 Jefferson Street, Suite 500  
New Orleans, Louisiana 70113             Lafayette, Louisiana 70501  
Telephone: (504) 581-4892               Telephone: (337) 233-3033  
Fax No. (504) 569-6024                    Fax No. (337) 233-2796  
E-Mail: sherman@hhklawfirm.com       E-Mail: jimr@wrightroy.com  
*Co-Lead Class Counsel*                     *Co-Lead Class Counsel*

**FOR THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT CLASS**

Mark Holstein                                   /s/ Kevin M. Downey  
BP AMERICA INC.                         Kevin M. Downey  
501 Westlake Park Boulevard           F. Lane Heard III  
Houston, TX  77079                      WILLIAMS & CONNOLLY LLP  
Telephone:  (281) 366-2000            725 Twelfth Street, N.W.  
Telefax:  (312) 862-2200                 Washington, D.C. 20005  
                                                Telephone:  (202) 434-5000  
                                                Telefax:  (202) 434-5029

| | |
|---|---|
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291<br><br>Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934<br><br>*OF COUNSEL* |   */s/ Don K. Haycraft*<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108<br><br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200<br><br>Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**SO ORDERED.**

New Orleans, Louisiana, this 4th day of June, 2014.

_____
**CARL J. BARBIER**
**United States District Judge**

7

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __ day of May, 2014.

_____

Don K. Haycraft