# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| | * | Honorable CARL J. BARBIER |
| No. 12-970 | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

## CERTIFICATION

I, _____, have reviewed the Court's Orders of March 25, 2014 (Rec. Doc. 12591), April 10, 2014 (Rec. Doc. 12659), and the subsequent stipulation and Order (hereinafter "Orders"). I have taken steps to confirm that [BP or Class Counsel] (and any experts, consultants, attorneys, or others to whom they have provided Claim- or Claimant-specific information) are in compliance with the Orders and based on these efforts, I hereby certify on behalf of [BP or Class Counsel] that [BP or Class Counsel] has complied with the Orders.

Signed: _____

By: _____

For: _____

Date: _____