# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Bisso Marine v. BP Exploration & Production No. 2:13-cv-00706 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**AMENDED COMPLAINT FOR DAMAGES UNDER THE**
**OIL POLLUTION ACT, 33 U.S.C. §2701 ET SEQ.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Bisso Marine Company, Inc. is hereby amended as follows:

1.

On May 17, 2013, Bisso Marine Company, Inc changed its name to Bisso Marine, LLC, and converted from a Texas corporation to a Louisiana limited liability company.

2.

Bisso Marine, LLC retained all assets and liabilities of Bisso Marine Company, Inc., and no material change to operations occurred.

3.

As a result of said name change and conversion, Bisso Marine, LLC is proper named plaintiff to this lawsuit and hereafter is referred to as "Bisso" or "Plaintiff."

4.

Plaintiff amends Paragraph 1 of its Complaint for Damages as follows:

Made defendant herein is BP Exploration & Production, Inc. (hereinafter "BP Exploration" or "BP"), a Delaware corporation with its principal place of business in Houston, Texas.  BP Exploration was a lease holder and the designated operator in the lease granted by the former Minerals Management Service (now Bureau of Ocean Energy Management, Regulation and Enforcement) allowing it to perform oil exploration, drilling, and production-related operations in Mississippi Canyon Block 252 and drill the "Macondo" well where the blowout occurred and the oil spill originated.  BP Exploration was designated as a "Responsible Party" by the U.S. Coast Guard under the Oil Pollution of 1990 (OPA), 33 U.S.C. §2701.  This court has personal jurisdiction over BP Exploration, because BP Exploration is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana.

5.

Plaintiff amends Paragraph 2 of its Complaint for Damages as follows:

At all material times, Bisso was engaged in the marine salvage and commercial diving businesses, which includes all pipeline and offshore construction activity, performing salvage, diving and other related services in the navigable waters in the Gulf of Mexico in water depths of typically 300 feet or less.

6.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 3 through 32 of its Complaint for Damages as if specifically re-pled herein in their entirety.

7.

Plaintiff amends Paragraph 33 of its Complaint for Damages as follows:

The April 20, 2010 blowout of the Macondo well and consequent explosion, fire, vessel sinking and massive oil spill prohibited Bisso from engaging in its marine salvage and commercial diving operations, which includes all pipeline, offshore construction activity, and other related services, in the navigable waters of the Gulf of Mexico in water depths of typically 300 feet or less.

8.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 34 through 39 of its Complaint for Damages as if specifically re-pled herein in their entirety.

**WHEREFORE**, based on the foregoing, Bisso Marine, LLC prays for judgment in its favor and against defendant BP Exploration & Production, Inc., for compensatory damages as alleged herein in an amount reasonable under the circumstances of this cause, for legal interest at the maximum allowable rate on those amounts for which Bisso Marine, LLC is entitled to obtain legal interest, for all reasonable claim preparation expenses, for litigation costs, and for any additional general and equitable relief as the facts of this cause may require.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 1511 |
| Herman Herman & Katz LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |

/s/ Paul M. Sterbcow
Paul M. Sterbcow, T.A. (#17817)
Ian F. Taylor (#33408)
Jessica Ibert (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Tel: (504) 588-1500
Fax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com
       itaylor@lksalaw.com
       jibert@lksalaw.com
*Plaintiffs' Steering Committee Member*
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   5th   day of June, 2014

                                         /s/ Stephen J. Herman