**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Document Relates to:**<br><br>**Trinity Offshore v. BP Exploration & Production, et al**<br><br>**No. 2:13-cv-01222** | **MDL No. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE SHUSHAN** |

**SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW COMES PLAINTIFF**, Trinity Offshore, LLC, through undersigned counsel, who does allege, aver and represent as follows:

1.

Plaintiff filed the above captioned action in this Court on April 18, 2013.

2.

Plaintiff filed its First Supplemental and Amending Complaint as a matter of course pursuant to F.R.C.P. 15(a)(1) on April 25, 2013.

3.

Plaintiff seeks to file its Second Supplemental and Amending Complaint pursuant to this Court's Scheduling Order.

4.

Plaintiff incorporates by reference each and every allegation, claim, cause of action, and prayer for relief described in its original Complaint and in its First Supplemental and Amending Complaint, except as follows:

1

5.

Plaintiff desires to amend its original Complaint as follows:

**1a.   Trinity Offshore, LLC changed its name to TY Offshore, LLC on or about April 13, 2012.**

**1b.   On or about May 24, 2013, and subsequent to making presentment of its claim under the Oil Pollution Act of 1990 to Defendant, BP, TY Offshore, LLC assigned and transferred all of its assets to Gulf Coast Shipyard Operations, Inc., a Delaware corporation.**

**1c.   Gulf Coast Shipyard Operations, Inc. is the legal owner of the claim and is a proper party plaintiff herein.**

**1d.   Named plaintiff herein is Gulf Coast Shipyard Operations, Inc., a Delaware corporation.**

**2.   Plaintiff brings these claims pursuant to the Oil Pollution Act of 1990 ("OPA"), 33 USC §2701, et seq.**

6.

Plaintiff further desires to amend its original Complaint to delete paragraphs 5, 10-15, 52-86.

7.

Additionally, Plaintiff desires to amend its original Complaint as follows:

**46.   Prior to the Oil Spill, Harvey Gulf International Marine, LLC ("Harvey Gulf"), a vessel operator, accepted Trinity's bid to design and construct three**

2

**vessels at a price of $43,200,000 per vessel, with an option to purchase three additional vessels.**

8.

Also, Plaintiff desires to amend its original Complaint as follows:

## PRAYER FOR RELIEF

**WHEREFORE, Plaintiff, Trinity Offshore, LLC, demands judgment against Defendants, jointly, severally, and in solido, as follows:**

(a)   **Economic and compensatory damages in amounts to be determined at trial;**

(b)   **Pre-judgment and post-judgment interest at the maximum rate allowable by law;**

(c)   **Reasonable claims preparation expenses;**

(d)   **Attorneys' fees; and**

(e)   **Such other and further relief available under all applicable federal laws and any relief the Court deems just and appropriate.**

8.

Finally, Plaintiff desires to amend its First Supplemental and Amending Complaint by deleting paragraphs 4-6.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly, severally, and in solido, as follows:

(a)   Economic and compensatory damages in amounts to be determined at trial;

(b)   Pre-judgment and post-judgment interest at the maximum rate allowable by law;

(c)   Reasonable claims preparation expenses;

(d)   Attorneys' fees;

(e)     Such other and further relief available under all applicable federal laws and any

relief the Court deems just and appropriate.

Respectfully submitted,


*/s/ Stephen J. Herman*
Stephen J. Herman, La. Bar No. 23129
Herman Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 569-6024
E-Mail: sherman@hhklawfirm.com
*Plaintiffs' Liaison  Counsel*

*/s/ James Parkerson Roy*
James Parkerson Roy, La. Bar No. 1511
Domengeaux Wright Roy & Edwards LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Tel: (337) 233-3033
Fax: (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs' Liaison  Counsel*


/s/ Hunter W. Lundy
Hunter W. Lundy, La. Bar Roll No. 8938
Matthew E. Lundy, La. Bar Roll No. 18988
T. Houston Middleton IV, La. Bar Roll No. 33281
Lundy, Lundy, Soileau & South LLP
501 Broad Street
Post Office Box 3010
Lake Charles, Louisiana 70601
(337) 439-0707 – Telephone
(337) 439-1029 – Facsimile
*Plaintiffs' Steering Committee Member*
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this __5th__ day of June, 2014


/s/ Stephen J. Herman


4