UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Blake International v. BP Exploration & Production<br><br>No. 2:13-cv-01185 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW COMES PLAINTIFF**, Blake International USA Rigs, LLC, through undersigned counsel, who does allege, aver and represent as follows:

1.

Plaintiff filed the above captioned action in this Court on April 18, 2013.[1]

2.

Plaintiff files this, First Supplemental and Amending Complaint pursuant to this Court's Scheduling Order.[2]

3.

Plaintiff incorporates by reference each and every allegation, claim, cause of action, and prayer for relief described in its original Complaint, except as follows:

---

[1] Rec. Doc. 1 in Civil Action No. 01185.
[2] Rec. Doc. 12972 in 2:10-md-02179-CJB-SS.

4.

Plaintiff desires to amend its un-numbered introductory paragraph in its original Complaint as follows:

1. Since the time its Complaint for Damages was filed, Blake International USA Rigs, LLC has gone through a restructuring.

2. Blake Holdings I, LLC and Blake Workover & Drilling Co., Inc. have at all material times retained full ownership of Blake International USA Rigs, LLC and Blake International Rigs, LLC.

3. Thus, all four (4) entities are proper parties to this suit.

4. Accordingly, Blake International USA Rigs, LLC shall also mean Blake Holdings I, LLC, Blake Workover & Drilling Co., Inc., Blake International USA Rigs, LLC and Blake International Rigs, LLC, collectively referred to as "Blake" in Plaintiff's original Complaint.

5.

Plaintiff further desires to amend its un-numbered introductory paragraph in its original Complaint as follows:

   a. Blake Holdings I, LLC, is a Limited Liability Company formed under the Laws of the State of Delaware with its principal place of business in Houma, Louisiana and at all material times has done business in this State and Judicial District.

   b. Blake Workover & Drilling Co., Inc., is a Delaware Corporation with its principal place of business in Houma, Louisiana and at all material times has done business in this State and Judicial District.

    c. Blake International Rigs, LLC is a Limited Liability Company formed under the Laws of the State of Delaware with its principal place of business in Houma, Louisiana and at all material times has done business in this State and Judicial District.

    d. Blake International USA Rigs, LLC is a Limited Liability Company formed under the Laws of the State of Delaware with its principal place of business in Houma, Louisiana and at all material times has done business in this State and Judicial District.

6.

Plaintiff additionally desires to amend paragraph 68 of its original Complaint as follows:

68.

Blake Holdings I, LLC, Blake Workover & Drilling Co., Inc., Blake International Rigs, LLC and Blake International USA Rigs, LLC brings all of its claims and causes of action under Federal Rule of Civil Procedure 9(h),

**WHEREFORE**, based on the foregoing, **BLAKE HOLDINGS I, LLC, BLAKE WORKOVER & DRILLING CO., INC., BLAKE INTERNATIONAL RIGS, LLC AND BLAKE INTERNATIONAL USA RIGS, LLC** prays for judgment in its favor and against Defendants' BP Exploration & Production, Inc., BP America Production Company; and BP p.l.c., jointly, severally, and in solido, for compensatory damages as alleged herein in an amount reasonable under the circumstances of this case, for legal interest at the maximum allowable rate on those amounts for which Blake Holdings I, LLC is entitled to obtain legal interest, for all reasonable claim preparation expenses, for litigation costs, attorney's fees, pre-judgment and

post-judgment interest at the maximum rate allowable by law, and for any additional general and

equitable relief as facts of this case may require.

Respectfully submitted,


| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 1511 |
| Herman Herman & Katz LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |


/s/ *Conrad S.P. Williams, III*
Williams Law Group, LLC
Conrad S.P. Williams, III (#14499)
Meredith R. Durham (#33112)
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsmilie: (504) 200-0001
Duke@Williamslawgroup.org
Meredith@Williamslawgroup.org
*Plaintiffs' Steering Committee Member*
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   5th   day of June, 2014

/s/ Stephen J. Herman