*1004193-01*



MARCH 28, 2013

DIAMOND MCCARTHY LLC
ERIC MADDEN
1201 ELM ST STE 3400
DALLAS, TX 75270-2126

Re:   *Acknowledgement of Receipt of Claim Form for Opt Out Claimants or Excluded Claimants*
      Claim No.: 1004193-01

Dear ERIC MADDEN:

The BP Claims Program recently received a claim form (or forms) submitted on behalf of SEAHAWK LIQUIDATING TRUST in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. Your claim has been assigned number 1004193-01.

If you have questions about the BP Claims Program or wish to speak with one of our representatives, please contact us toll-free at: 1-855-687-2631. Please reference the above claim number when calling. Additional information is also available at www.bp.com/claims.

***All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement of claims or signing a release of legal rights.***

Sincerely,

BP Claims Program

*1004193*

EXHIBIT B