UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br> **"Deepwater Horizon" in the Gulf**<br> **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to: 10-4536** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**[Regarding U.S. Motion to Compel BPXP (Rec. doc. 12958)]**

The United States seeks an order requiring BPXP to produce its Injury and Illness ("I&I") Database. The U.S. contends that: (1) the information in the database is relevant to the seriousness of the violation factor; (2) the request for the database is not overbroad or unduly burdensome; and (3) the confidentiality of personal information contained in the database is protected.

BPXP responds that it produced a redacted version of its "Medical Encounters ("ME") database. It urges that: (1) neither database is relevant to the seriousness factor; (2) information in the I&I Database that could be construed as relevant to the human health impact is largely duplicative of the ME Database; and (3) production of the I&I Database or any updated summary of it would unduly burden BPXP. Based on the Declaration of David Dutton (Rec. doc. 12992 [Exhibit A]), the Court finds that the pertinent information in the I&I Database is largely duplicated by the information in the ME Database.

IT IS ORDERED that the motion of the United States to compel the defendant, BPXP, to produce its "Injury and Illness Database" (Rec. doc. 12958) is DENIED.

The deadline for an appeal of this order is **Friday, June 13, 2014**.

New Orleans, Louisiana, this 6th day of June, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**