UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Anadarko's Motion to Compel the U.S. (Rec. doc. 12960)]**

At the request of the defendant and mover, Anadarko Petroleum Corporation ("APC"),

IT IS ORDERED that APC's motion to compel the United States to admit or deny a request for admission served by APC (Rec. doc. 12960) is DISMISSED as MOOT.

New Orleans, Louisiana, this 6th day of June, 2014.

SALLY SHUSHAN
United States Magistrate Judge