UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | Civil Action No. 2:10-md-2179 Section "J" |
| THIS DOCUMENT RELATES TO: 2:10-cv-08888 | * * * | Judge Barbier Magistrate Judge Shushan |
| * * * * * * * | * | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff, RK Turbine Consultants, LLC, moves this Court to substitute David J. Schexnaydre of the firm of Pajares & Schexnaydre, LLC, 68031 Capital Trace Row, Mandeville, Louisiana 70471, as its counsel of record in this matter, for and in place of Michael P. Arata, 7301 Hampson Street, New Orleans, Louisiana 70118. This substitution will not impede the course of this case to trial.

|   | **PAJARES & SCHEXNAYDRE, L.L.C.** |
|---|---|
| BY: /s/ Michael P. Arata | BY: /s/ David J. Schexnaydre |
| Michael P. Arata, T.A. | DAVID J. SCHEXNAYDRE, T.A. |
| Louisiana State Bar Association No. ___ | Louisiana State Bar Association No. 21073 |
| 7301 Hampson Street | 68031 Capital Trace Row |
| New Orleans, Louisiana 70118 | Mandeville, Louisiana 70471 |
| Telephone: 504-596-6959 | Telephone: 985-292-2000 |
| Facsimile: 504-582-5152 | Facsimile: 985-292-2001 |
| Email: Michael@michaelarata.com | Email: david@pslawfirm.com |
| Counsel for RK Turbine Consultants, LLC | Counsel for RK Turbine Consultants, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ David J. Schexnaydre
DAVID J. SCHEXNAYDRE