## Declaration of John H. Pardue Ph.D.

1.  My name is John Pardue.  I am fully competent to make this declaration, and all of the statements in it are based on my personal knowledge.

2.  I am the Elizabeth Howell Stewart Professor of Civil & Environmental Engineering at Louisiana State University. I have over 25 years of experience performing research on oil spills and hydrocarbon contamination in coastal environments.

3.  I have published over 60 peer-reviewed publications on contamination issues in coastal systems including hydrocarbon fate and transport on beaches and marshes. I have substantial experience in both research and hand-on implementation of remedial technologies in a variety of settings including Superfund (CERCLA), existing industry sites managed under the Resource Conservation and Recovery Act (RCRA), and spill control and countermeasures appropriate for a variety of industries.

4.  In 2014, I won the Ira W. Leighton award from the Environmental Business Council for the re-design of the Resolve Superfund site remediation system in Massachusetts. Recently, I was selected to perform an *in situ* bioremediation field trial in the Passaic River in New Jersey, the largest demonstration of this technology to date.

5.  Early in the spill response, I advised the state of Louisiana as a member of the Horizon Science and Advisory Team (H-SERT) where I served as the co-lead of the response approaches subgroup responsible for reviewing response plans submitted to the lead trustee for the State of Louisiana.  Subsequently I have provided expert advice to a number of parties involved in the spill including personally meeting with the head of EPA Office of Research and Development, Louisiana National Guard and the Governor's Office of Homeland Security and Emergency Preparedness (GOHSEP).

6.  At present, I am serving as an advisor to the Edward J. Wisner Donation, (hereafter referred to as the "Wisner Donation"), a land trust based in New Orleans, Louisiana, on the oil spill response and impacts on their Fourchon Beach property in Lafourche Parish, LA. I was retained by the Wisner Donation in October 2010.

7.  Since that time, I have spent over 100 days on the property, leading research studies and assisting with response oversight. I have published 3 peer-reviewed papers and 1 peer-reviewed conference proceedings from data collected on Fourchon Beach and have 7 additional papers in preparation. Six graduate students have completed their degrees at LSU studying the


EXHIBIT
C

impacts of the oil spill on Wisner Donation property and 3 additional students are in progress. Since 2010, I have presented Fourchon Beach-related research results to 5 national and international conferences.

8.     Fourchon Beach is part of the 14.5 mile Caminada Headlands, a coastal headlands beach consisting of Fourchon Beach to the west and Elmer's Island to the east. Fourchon Beach is approximately 9 miles in length.

9.     Oil reached Fourchon Beach on or around May 21st 2010 and over the next few months, oil reached the shoreline in large quantities driven by tides, wind and waves. Fourchon Beach shorelines were heavily oiled and subsequent storms and tidal action buried oil in strata beneath the beach surface. Subsequent storms have remobilized buried oil back to the surface, where it can be moved across the beach and deposited in the marsh via storm surge.

10.    Among the response activities conducted in 2010 was the construction of various types of hard structures that served as barriers to oil moving through breaches in the beach.  These breaches are natural features of sand-starved beaches like Fourchon Beach and develop as channels are cut across the beach connecting the Gulf and marsh tidal channels to the north.  Typically, these form during tropical storms or hurricanes that substantially modify the beach surface, resulting in the formation of the breach.  During the active portion of the spill, these breaches served as conduits for oil transport back into the more sensitive marsh, therefore, they were the focus of the response.

11.    One breach, Breach 1, is located adjacent to the eastern property line of Fourchon Beach and it was closed using a rock dam constructed by the National Guard immediately after the spill.  Oil collected in front of this structure, penetrating into the sand creating pools of oil beneath the surface. Layers of oil area as deep as 8 feet beneath the sand surface where a clay platform serves as a barrier to further downward oil migration.

12.    I first became aware of the oil present in Breach 1 area in 2010. Subsequently, I observed efforts to mechanically remove the oil on several occasions between 2011-2013.  These repetitive, yet ultimately unsuccessful, efforts consisted of mechanical removal of the oil-laden sand or mechanical removal followed by manual removal of oil on the surface.  The last large effort concluded in December of 2013.

13.    Since that time I have carefully assessed the oil remaining in the Breach 1 area as representative of other heavily oiled areas on Fourchon Beach.  These assessment approaches include over 75 Geoprobe borings, installation of 13 piezometers to sample groundwater and analysis of the oil recovered from the breach.

14.   Based on these observations and interpretation I have reached the following data-driven conclusions:

a.   A substantial amount of oiled sand and free oil remains at Breach 1.

Approximately 20% of the borings from the breach area have layers of oil exceeding 1″, clearly exceeding the remedial standard on the beach. In addition, in 3 of the piezometers, free oil has been observed indicating that the sand is sufficiently saturated with oil that is able to coalesce into a free-phase oil layer floating on the surface of the groundwater. Measurements of oxygen at the site have demonstrated that the system in completely anaerobic, indicating that natural recovery processes would be extremely slow at this location. Biodegradation for key crude oil components requires the presence of oxygen. Routine measurements of polycyclic crude oil contaminants from Breach 1 in my laboratory indicate that biodegradation or other weathering processes have not occurred to any significant extent since the oil reached the shoreline in May 2010, a period of over 4 years. The latest boring and groundwater data were collected as recently as the period from May 25-June 4th, days before this declaration. The situation as described in this document has not changed and the immediate concern for environmental effects should the breach reopen, remains.

b.   Industry-standard techniques have not been used to recover and treat oil contamination from Breach 1

Methods used to remove subsurface oil at Breach 1 were extremely coarse and were not consistent with current remediation industry practices.

i.   No industry standard remediation procedure would attempt to manually remove oil from a contaminated soil or sand. This action is impossible to effectively accomplish given the nature of the oil and the fact that it had penetrated below the water table. Rather soil removal actions would have completely excavated the oiled area plus a buffer to insure complete removal.  This would have been followed by replacement of the soil by appropriate clean material of similar quality.

ii.   No appropriate liquid handling approaches were utilized to recover liquid oil or contaminated beach groundwater. Contaminated liquids were simply allowed to run back into the ground. This is completely inconsistent with any industry standard practice in remediation.

iii. No confirmatory sampling was conducted at the Breach 1 site at the completion of the remediation. Sampling of the contaminated sites after remediation activities are completed is a basic tenet of remediation but was not performed in this case.

iv. The repetitive nature of the attempts to remediate Breach 1 is evidence that the methods and approaches were ineffective, very *ad hoc* in nature and not consistent with the best practices of industry.

c.  Decisions to terminate remediation efforts were not science based.

No data were collected on basic properties of the beach-groundwater system that were contaminated.  Oxygen, the key parameter for continued weathering of crude oil in the system was never measured. Basic measurements on the concentrations of crude oil components were never conducted that could have been used to determine the rate and extent of weathering.  The concentration of basic nutrients in the system was never determined.  These nutrients are necessary for hydrocarbon-degrading microbial populations in these systems.  No observations of the remaining oil were made following the completion of remediation activities consistent with best industry practices.  Apparently, the FOSC did not consider the data and modeling presented in OSAT-II report, which clearly indicated that Louisiana beach systems were oxygen limited and natural recovery processes would be very much attenuated relative to the beaches in the eastern Gulf of Mexico.  Taken together, I see no evidence of any science involvement in the process.  Any oil spill scientist would immediately see that this environmental setting is not conducive to traditional natural degradation processes.

15.  An industry standard practice for the remediation in the area at Breach 1 would first start with a conceptual model of the contamination distributed across the beach profile.  Simple measurements of oxygen would inform the planning process by demonstrating the complete lack of oxygen present in the subsurface at this location.  Once this information was available, proven remedial approaches for hydrocarbons in oxygen-limited systems would be evaluated.  Because of the extent and distribution of contamination, and the need to preserve the sand in this sand-starved coastal system, a soil removal action would never be recommended in best industry practice.

16.  Technologies that supply oxygen to the subsurface would be the method of choice, either through occasional air sparging (forcing oxygen into the groundwater using compressed air or a blower), or supplying oxygen

through solid oxidants, or both. This action would result in the removal of oil through biodegradation in place. These approaches have been proven at hundreds of sites involving hydrocarbons in the subsurface and would readily lead to natural recovery. They are also consistent with our rigorous sampling and analysis of subsurface oil on the Fourchon Beach site.

17.   A written plan for remediation strategy developed by myself and Jeff Williams is attached to this declaration as *Remedial Plan for Breach 1 DWH Oil Contamination, Fourchon Beach, Louisiana*. This written plan comports with best practices for removing this type of oil from this location under these circumstances. The cost of conducting this remediation effort would not exceed $350,000 and would contribute greatly to understanding how to more cost-effectively clean buried oil in future spills.

18.   There is a need to immediately remediate oil at Breach 1 using industry standard techniques. Oil removal needs to occur as soon as possible because of the following urgent set of conditions:

- The site is located in a former breach with the potential to reopen during the 2014 hurricane season that began on June 1. If the breach reopens, oiled sand and free oil will be carried back into the adjacent marsh leading to a significant re-oiling event with no valid means of remediating the oil.
- Oil remains in quantities in excess of the 1" subsurface standard established by the Shoreline Clean-up Completion Plan despite no valid technological reason why it should be left in place.
- In addition, free phase liquid oil is present in the subsurface with the potential to coat wildlife and marsh vegetation if the breach were to reopen.
- Data collected by the Wisner Science Team indicates that natural recovery is extremely slow and conditions in the subsurface are not conducive to biodegradation of the crude oil components in agreement with GCIMT's own OSAT-II study.
- The site is located in an area planned for an important coastal restoration project, the Caminada Headlands Restoration project (CAM-II) that will reach this area in an estimated 9 months time. These beach restoration processes will greatly complicate the ability of oil remediation activtities to continue at the site and would result in mixing of clean sand from the dredging and beach restoration processes and oiled sands from Breach 1.

19.   In addition to the urgency of addressing the remaining oil in Breach 1, the clean-up on the Wisner Donation property will not be complete until an assessment of oil on the offshore clay platform and onshore wetland and mudflat areas are complete.

20.     In the offshore area, every significant tropical storm or hurricane has remobilized significant amounts of oil, most recently TS Karen in 2013. My team's measurements continue to show oil present on the clay platform that is slowly eroding particularly during storm events. For oil in the offshore areas, the OSAT-III report for Louisiana, recently released, does not contradict my position at all. The mechanism of oil mat formation described in the OSAT-III report clearly could have occurred on the shallow clay platform off of Fourchon Beach. Snorkel SCAT, the method of detecting oil in the nearshore, can reach only a small portion of the clay platform and therefore the assessment as conducted was incomplete.

21.     In the wetland areas, I continue to gather evidence that oil has moved into the wetlands and mudflats through washover processes. This has never been assessed by the Shoreline Cleanup Assessment Process. While a recent report from BP supplied to me regarding the purported lack of overwash at Breaches 1 and 2, it did not address the other breaches (such as Breach 3) where we have clearly documented oil transport into the marsh that is yet uninvestigated.

22.     Jeff Williams and I created an industry standard assessment and remediation protocol for assessing offshore and wetland oil contamination entitled *Scientific Assessment and Remediation of MC252 Oil on Fourchon Beach, Wetlands and Offshore Region, Louisiana*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of June, 2014.

_____
John Pardue, PhD

**John H. Pardue, Ph.D., P.E.**
**Director, Louisiana Water Resources Research Institute**
**Co-Director, Hazardous Substance Research Center, South & Southwest,**
**Louisiana State University**
**Professor of Civil & Environmental Engineering**
**Elizabeth Howell Stewart Professor**
**Louisiana State University**

Department of Civil & Environmental Engineering
Louisiana State University
Baton Rouge, LA  70803
(225)-578-8661  FAX (225)-578-8652
jpardue@.lsu.edu

## 1. Educational Background:

B.S. (Biology) cum laude, Rhodes College, Memphis, TN, 1983
M.S. (Marine Sciences) Louisiana State University, 1987
Ph.D. (Civil Engineering) Louisiana State University, 1992

## 2. Employment History:

2004-present, Co-Director, Hazardous Substance Research Center, South & Southwest, Louisiana State University

2003-present, Elizabeth Howell Stewart Professor of Civil and Environmental Engineering, Louisiana State University

2002-present. Director, Louisiana Water Resources Research Institute, College of Engineering, Louisiana State University

1998-present. Elizabeth Howell Stewart Emerging Leader Professorship, College of Engineering, Louisiana State University

1998-2003    Associate Professor (with tenure) Department of Civil & Environmental Engineering, Louisiana State University

1995-1998 Assistant Professor, Department of Civil & Environmental Engineering, Louisiana State University

1992-1995 Assistant Professor-Research, Wetland Biogeochemistry Institute, Louisiana State University

### 3. Publications

#### A. Refereed Publications

Urbano, M. Vijaikrishnah Elango, and John H. Pardue. 2013. Biogeochemical characterization of MC252 oil:sand aggregates on a coastal headland beach. *Marine Pollut. Bull. 77 (2013) 183–191*

Lemelle, Kendall R., Vijaikrishnah Elango and John H. Pardue. 2014. Distribution, characterization and exposure of MC 252 oil in the supratidal beach environment (*Environmental Toxicology & Chemistry,* In Press).

Vijaikrishnah Elango,  Urbano, M., Kendall R. Lemelle, and John H. Pardue. 2014. Biodegradation of MC252 oil in oil:sand aggregates on a coastal headland beach environment. (*Frontiers in Microbiology*, In Press).

Pardue, J.H., Kendall R. Lemelle, Urbano, M, and V. Elango. 2014. Distribution and biodegradation potential of buried oil on a coastal headland beach. *IOSC 2014*, In Press.

P. Timothy Tate, Won Sik Shin, John H. Pardue, W. Andrew Jackson. (2011) Bioremediation of an Experimental Oil Spill in a Coastal Louisiana Salt Marsh. Water Air and Soil Pollution DOI 10.1007/s11270-0929-z

Ravikrishna, R., H.W. Lee, S. Mbuligwe, K.T. Valsaraj and J.H. Pardue, 2010. Air Quality during demolition and recovery activities in post-Katrina New Orleans. *Environmental Toxicology and Chemistry*, 29: 1438-1444.

Lee, S; Pardue, JH; Moe, WM. 2009. Effect of sorption and desorption-resistance on biodegradation of chlorobenzene in two wetland soils  *J. Hazard. Mat.*  161 (1): 92-498

Min, JE; Kim, M; Pardue, JH, et al. 2008. Reduction of trichloroethylene and nitrate by zero-valent iron with peat. *J. Environ. Sci Health. Part A: toxic/hazardous substances & engineering*. 43(2):144-153

Reible, D.D.; C.N. Haas; J.H. Pardue 2006. Toxic and contaminant concerns generated by Hurricane Katrina. J. Environ. Engineering –ASCE 132(6):  565-566

Gomez-Hermosillo, C., J.H. Pardue and D.D. Reible. 2006. Wetland plant uptake of desorption-resistant organic compounds from sediments. *Environ. Sci. Technol. 40*(10); 3229-3236

Kassenga, G.R. and J.H. Pardue. 2006. Effect of competitive terminal electron acceptor processes on dechlorination of *cis*-1,2-dichloroethene and1,2-

dichloroethane in constructed wetland soils. *FEMS Microbiology Ecology* 57 (2): 311-323.

Pardue, J.H., W.M. Moe, D. McInnis, L.J. Thibodeaux, K.T. Valsaraj, E. Maciasz, I. van Heerden, N. Korevec and Q.Z. Yuan. 2005. Chemical and microbiological parameters in New Orleans floodwater following Hurricane Katrina. *Environ. Sci. Technol.* 39:8591 – 8599.

Dean, C., J.J. Sansalone, F.J. Cartledge, and J.H. Pardue. 2005. Influence of hydrology on storm water metal element speciation at the upper end of an urban watershed. *J. Environ. Engr. ASCE* 131:632-642.

Jackson, W.A., L. Martino, S, Hirsh, J. Wrobel and J.H. Pardue. 2005. Application of a dialysis sampler to monitor phytoremediation processes. *Environmental Monitoring & Assessment*. 107:155-171.

Kassenga, G., J.H. Pardue, W.A. Moe, and K. Bowman. 2004. Hydrogen thresholds as indicators of dehalorespiration in constructed treatment wetlands. *Environ. Sci. Technol.* 38 (4): 1024-1030.

Tan, K., W. A. Jackson, T.A. Anderson, and J.H. Pardue. 2004. Fate of perchlorate-contaminated water in upflow wetlands. *Water Research* 38:4173-4185.

Jeon, Mi-An, W.A. Jackson, T. Anderson and J.H. Pardue. 2004. Perchlorate remediation by electrokinetic extraction and electrokinetic injection of substrates. *J. of Bioremediation*. 8:65-78.

Lee, S., R.R. Kommalapati, K.T. Valsaraj, J.H. Pardue and W.D. Constant. 2004. Bioavailability of reversibly-sorbed and desorption-resistant 1,3-dichlorobenzene from a Louisiana Superfund site soil. *Water, Air, & Soil Pollut.* 158:207-221.

Lee, Sangjin, John H. Pardue, William Moe and K.T. Valsaraj. 2003. Mineralization of desorption-resistant 1,4-DCB in wetland soils. *Environmental Toxicology & Chemistry,* 22(10):2312-2322.

Shin, W.S., J.C. Park and J.H. Pardue. 2003. Oxygen dynamics in petroleum hydrocarbon contaminated salt marsh soils: III. A rate model. *Environ. Technol.* 24(7): 831-843.

Kassenga, G., J.H. Pardue, S. Blair and T. Ferraro. 2003. Treatment of chlorinated VOCs using treatment wetlands. *Ecological Engineering* 19(5):305-323.

Cothren, G., J.H. Pardue and S. Chen. 2002. Investigation of subsurface flow constructed wetland designs. *Public Works Management and Policy* 7(1); 32-45.

Lee. S., W. Moe, K.T. Valsaraj and J.H. Pardue. 2002. Effect of sorption and desorption-resistance on aerobic trichloroethylene biodegradation in soils. *Environ. Toxicol. & Chem.* 21(8):1609-1617.

Lee, S., R.R. Kommalapati, K.T. Valsaraj, J.H. Pardue and W.D. Constant. 2002. Rate limited desorption of volatile organic compounds from soils and implications for the remediation of a Louisiana Superfund site. *Environ. Monitor. & Assessment* 75:87-105.

Shin, W.S., Pardue, J.H., W.A. Jackson and S.J. Choi. 2001. Nutrient enhanced biodegradation of crude oil in tropical salt marshes. *Water Air & Soil Pollut.* 131:135-152.

Shin, W.S. and J.H. Pardue. 2001. Oxygen dynamics in crude oil contaminated salt marshes. 1. Aerobic respiration model. *Environ. Technol.* 22:845-854.

Shin, W.S. and J.H. Pardue. 2001. Oxygen dynamics in crude oil contaminated salt marshes. II. Carbonaceous sediment oxygen demand model. *Environ. Technol.* 22:855-867.

Rabbi, MF., B. Clark, R.J. Gale, E. Ozsu-Acar, J.H. Pardue and W.A. Jackson. 2000. In situ TCE bioremediation study using electrokinetic cometabolite injection. *Waste Management* 20(4); 279-286.

Shin, W.S., J.H. Pardue and W.A. Jackson. 2000. Oxygen demand and sulfate reduction in petroleum hydrocarbon contaminated salt marsh soils. *Water Research* 34:1345-1353.

Jackson, W.A. and J.H. Pardue. 1999. Quantifying the aerobic mineralization of contaminants using stable carbon isotope ratios. *Isotope Geochemistry* 787-792.

Jackson, W.A. and J.H. Pardue. 1999. Potential for intrinsic and enhanced crude oil biodegradation in Louisiana's freshwater marshes. *Wetlands* 19:28-34.

Jackson, W.A. and J.H. Pardue. 1999. Potential for enhancement of biodegradation of crude oil in Louisiana salt marshes using nutrient amendments. *Water Air & Soil Pollut.* 109:343-355.

Jackson, W.A. and J. Pardue. 1998. Assessment of metal inhibition of reductive dechlorination of hexachlorobenzene at a Superfund site. *Environmental Toxicology and Chemistry* 17:1441-1446.

Pardue, J.H. and T.Z. Guo. 1998. Biogeochemistry of radium-226 in contaminated bottom sediments and oilfield waste pits. *Journal of Environmental Radioactivity.* 39:239-253.

Jackson, W.A., R.R. Kommalapati, D. Roy and J.H.Pardue. 1998. Enhanced transport of bacteria through a soil matrix using colloial gas aphron suspensions. *J. of Environmental Science & Health, Part A. Environmental Science and Engineering.*

Yu, F-X, J.H. Pardue and D.D. Adrian. 1997. Evaluation of nine models for ungauged urban basins in Louisiana. *Journal of the American Water Resources Association* 33:97-110.

Jackson, A. and Pardue, J.H. 1997. Seasonal variability of crude oil respiration potential in salt and fresh marshes. *Journal of Environmental Quality* 26:1140-1146.

Pardue, J.H., S. Kongara and W.J. Jones. 1996. Effect of Cd on reductive dechlorination of 2,3,4-trichloroaniline. *Environmental Toxicology and Chemistry* 15:1083-1088.

Jackson, A., J.H. Pardue and R. Araujo. 1996. Monitoring crude oil mineralization in salt marshes: use of stable carbon isotope ratios. *Environmental Science and Technology* 30:1139-1134.

Pezeshki, S.R., J.H. Pardue, and R.D. DeLaune. 1996. Leaf gas exchange and growth of flood-tolerant and flood-sensitive tree species under low soil redox conditions. *Tree Physiology* 16:453-458.

Constant, W.D., J.H. Pardue, R.D. DeLaune, K. Blanchard, and G. Breitenbeck. 1994. Enhancement of *in Situ* Microbial Degradation of Chlorinated Organic Waste at the Petro Processors Superfund Site. *Environmental Progress* 14:51-60.

Lindau, C.W., R.D. DeLaune, and J.H. Pardue. 1994. Inorganic nitrogen processing and assimilation of a forested wetland. *Hydrobiologia* 277:171-178.

Pardue, J.H., R.D. DeLaune, W.H. Patrick, Jr., and J.A. Nyman. 1994. Treatment of alligator farm wastewater using land application. *Aquacultural Engineering* 13:129-145.

Pezeshki, S.R., J.H. Pardue, and R.D. DeLaune. 1993. The influence of soil oxygen deficiency on alcohol dehydrogenase activity, root porosity, ethylene production and photosynthesis in *Spartina patens*. *Environmental and Experimental Botany* 33:565-573.

Pardue, J.H., P.H. Masscheleyn, R.D. DeLaune, W.H. Patrick, Jr., and D.D. Adrian. 1993.  Assimilation of hydrophobic chlorinated organics in freshwater wetlands: sorption and sediment water exchange. *Environmental Science and Technology* 27:875-882.

Pardue, J.H., R.D. DeLaune, and W.H. Patrick, Jr. 1992. Use of Metal:Al correlation to predict elevated metal concentrations in Louisiana coastal wetlands. *Journal of Environmental Quality* 21:539-545.

Masscheleyn, P.H., J.H. Pardue, R.D. DeLaune, and W.H. Patrick, Jr.  1992. Phosphorus release and assimilatory capacity of lower Mississippi valley freshwater wetlands. *AWRA Water Resources Bulletin* 28:763-773.

Masscheleyn, P.H., J.H. Pardue, R.D. DeLaune, and W.H. Patrick, Jr.  1992. Chromium redox chemistry in a lower Mississippi valley bottomland hardwood wetland.  *Environmental Science and Technology* 26:1217-1226.

Pezeshki, S.R., R.D. DeLaune, and J.H. Pardue. 1992. Sediment addition enhances transpiration and growth of *Spartina alterniflora* in deteriorating Louisiana Gulf Coast salt marshes. Wetland Ecology and Management 1:185-189

DeLaune, R.D., R.P. Gambrell, J.H. Pardue, and W.H. Patrick, Jr.  1990.  Fate of petroleum hydrocarbons and toxic organics in Louisiana coastal environments.  *Estuaries* 13:72-80.

DeLaune, R.D., S.R. Pezeshki, and J.H. Pardue. 1990. An oxidation-reduction buffer for evaluating the physiological response of plants to root oxygen stress. *Environmental and Experimental Botany* 30:243-247.

DeLaune, R.D., S.R. Pezeshki, J.H. Pardue, J.H. Whitcomb, and W.H. Patrick, Jr. 1990. Some influences of sediment addition to a deteriorating salt marsh in the Mississippi River deltaic plain: a pilot study. *Journal of Coastal Research* 6:181-188.

Pardue, J.H., R.D. DeLaune, W.H. Patrick, Jr. and J.H. Whitcomb. 1989. Effect of redox potential on fixation of [137]Cs in Mississippi alluvial plain sediment. *Health Physics* 57:781-789.

Pardue, J.H., R.D. DeLaune, C.J. Smith, and W.H. Patrick, Jr. 1988. Heavy metal concentrations along the Louisiana coastal zone. *Environment International* 14:403-406.

Lindau, C.W., K.R. Reddy, W. Lu, C.S. Khind, J.H. Pardue, and W.H. Patrick, Jr. 1989. Effect of redox potential on urea hydrolysis and nitrification in soil suspensions. *Soil Science* 148:184-190.

DeLaune, R.D., J. Whitcomb, W.H. Patrick, Jr., J.H. Pardue, and S.R. Pezeshki. 1989. Accretion and canal impact in a rapidly subsiding wetland. I. $^{137}$Cs and $^{210}$Pb techniques. *Estuaries* 12:247-259.

Lu, W., C.W. Lindau, J.H. Pardue, W.H. Patrick, Jr., K.R. Reddy, and C.S. Khind. 1989. Potential of phenylphosphorodiamidate and N-(N-Butyl) thiophosphoric triamide for inhibiting urea hydrolysis in simulated oxidized and reduced soils. *Communications in Soil Science and Plant Analysis* 20:775-789.

Pardue, J.H., R.D. DeLaune, and W.H. Patrick, Jr. 1988. Effect of sediment pH and oxidation-reduction potential on PCB mineralization. *Water, Air, and Soil Pollution* 37:439-447.

Pardue, J.H., R.D. DeLaune, and W.H. Patrick, Jr. 1988. Removal of PCBs from wastewater in a simulated overland flow treatment system. *Water Research* 22:1011-1015.

Pardue, J.H., D.H. Kesler, J. Dabezies, and L. Prufert. 1986. Phosphorus and chlorophyll degradation products in sediment from Reelfoot Lake, Tennessee. *Journal of the Tennessee Academy of Sciences* 61:46-49.

**B. Refereed Book Chapters**

Pardue, J.H., R.D. DeLaune, D.D. Adrian, and W.H. Patrick, Jr. 1993. Reductive dechlorination of hexachlorobenzene in wetland soils. In, *Sorption and Degradation of Pesticides and Organic Chemicals in Soils*, SSSA Symposium Series, Madison, Wisconsin.

Pardue, J.H. and W.H. Patrick, Jr. 1995. Changes in metal speciation following alteration of sediment redox status. In, *Metal Cycling in Surface Sediments*, H. Allen (ed.), Ann Arbor Press, pp. 169-185.

Catallo, W.J., J.T. Blankemeyer, R.P. Gambrell, J.H. Pardue, and, K.R. Reddy. 1999. Workgroup I Synopsis: Biogeochemical Processes. In, *Ecotoxicology and Risk Assessment for Wetlands*. SETAC (Society of Environmental

Toxicology and Chemistry) Special Publication Series, SETAC Foundation for Environmental Education, Pensacola, Florida pp.27-68.

**C Conference Proceedings Papers**

Adrian. D.D., Y. Zhang, D. Roy, J. Pardue and D. Muirhead. 1995. Sugarcane factory wastewater treatment in a natural diked wetland. In, Proceeding of the Conference on Natural and constructed wetlands for wastewater treatment and reuse. International Association on Water Quality, Villa Umbra, Perugia, Italy, October 26-28, 1995.

Pardue, J.H. 1993. Transport and fate of toxic materials in Louisiana's wetlands. In Proceedings from the 3rd annual conference on Environmental Concerns, public policies and remediation technologies. American Society of Environmental Sciences, September 24-25, 1993, Baton Rouge, LA , pp. 203-211.

Pardue, J.H. 1996. Reductive dechlorination and the intrinsic bioremediation of contaminated sediments in the Devil's Swamp wetland. WEFTEC '96. Proceedings. Dallas, TX  October 5-9, 1996.

Cothren, G.M., S. Chen and J. Pardue. 1996. The longitudinal dispersion and interstitial velocity relationship in subsurface flow constructed wetlands. WEFTEC '96 Proceedings. Dallas, TX, October 5-9, 1996.

Pardue, J.H., W.A. Jackson, R. Gale, M. Fazzle-Rabbi, B. Clark and E. Ozsu-Acar. 1998. Electrokinetics as a supporting technology for *in situ* TCE biodegradation. In, *Photo-, Electro- and Catalytic Mechanisms*, vol C1-5; pp. 461-465. Battelle's 1st International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 1998.

Clover, C.C, W.A. Jackson and J.H. Pardue. 1998 Natural attenuation of chlorobenzenes at the Petro-Processors, inc. site. In, *Natural Attenuation*, vol C1-3, pp. 75-80. Batelle's 1st International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 1998

Trail, K.L., W.A. Jackson, J.H. Pardue, W.D. Constant and D. McInnis. 1998. Attenuation of PCE: Induced Anoxic Versus Existing Oxic Conditions. In, *Natural Attenuation*, vol C1-3, pp., 69-73. Battelle's 1st International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 1998

Jackson, W.A. and J.H. Pardue. 1998. Assessment of Heavy Metal Inhibition of Reductive Dechlorination of Hexachlorobenzene. In, *Natural Attenuation*, vol

C1-3, pp., 63-68. Batelle's 1st International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 1998

Jackson, W.A. and J.H. Pardue. 1999. Natural Attenuation Case Study for Chlorobenzenes in a Forested Wetland. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 9-16.

Leppich, J.A., J.H. Pardue and W. A. Jackson. 1999. Plant-air partitioning of chlorobenzenes in wetland vegetation at a Superfund site. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 17-24.

Pardue, J.H. and W.S. Shin. 1999. Desorption-resistance of organic compounds in wetland soils. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 25-32.

Shin, W.S., P.T. Tate, W.A. Jackson and J.H. Pardue. 1999. Bioremediation of an experimental oil spill in a salt marsh. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 33-40.

Gomez, C., J.H. Pardue and W.S. Shin. 1999. Bioavailability of desorption-resistant phenanthrene to wetland plants. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 145-152.

Pardue, J.H., G. Kassenga, and W.S. Shin. 1999. Design approaches for chlorinated VOC treatment wetlands. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 301-308.

Pardue, J.H., G. Nemeth, T. de Reamer, D. McInnis, W.A. Jackson and D. Green. 1999. Optimization strategy for enhancing biodegradation in an upland-wetland plume. (with Battelle's 2nd International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 2000.

Pardue, J.H. 2001. Remediating Chlorinated Solvents in Wetlands: Natural Processes or an Active Approach? (Plenary Session Keynote). 2nd International Conference on Wetlands & Remediation, Burlington, VT, Sept. 5-6, 2001, Battelle Press. .

Kassenga, G. and J.H. Pardue. 2001.  Fate of TCE in Constructed and Natural Wetland Mesocosms. 2nd International Conference on Wetlands & Remediation, Burlington, VT, Sept. 5-6, 2001, Battelle Press.

Shin, W.S. and J.H. Pardue. 2001. Biphasic desorption of hydrophobic organic contaminants in highly organic wetland soils. 2nd International Conference on Wetlands & Remediation, Burlington, VT, Sept. 5-6, 2001, Battelle Press.

Gomez-Hermosillo, C. and J.H. Pardue. 2001. Bioavailability of non-ionic organics to wetland plants. 2nd International Conference on Wetlands & Remediation, Burlington, VT, Sept. 5-6, 2001, Battelle Press.

Pardue, J.H., W.A. Jackson, E.J. Lee, Julius Enock and W.S. Shin. 2001. Anaerobic biodegradation of crude oil in salt marshes. Sixth International In situ and On-site Bioremediation Symposium, San Diego, CA, June 4-7, 2001, Battelle Press; vol 6-5; 313-319.

Pardue, J.H., W.A. Jackson, L. Martino, S. Hirsch, and J. Wroebel. 2001. Application of a dialysis sampler to monitor phytoremediation processes. Sixth International In situ and On-site Bioremediation Symposium, San Diego, CA, June 4-7, 2001, Battelle Press, vol 6-5; pp. 207-214.

Jackson, W.A., M.A. Jeon, J.H. Pardue and T. Anderson. 2001. Enhanced natural attenuation of perchlorate in soils using electrokinetic injection. Sixth International In situ and On-site Bioremediation Symposium, San Diego, CA, June 4-7, 2001, vol 6-9; pp. 273-280.

### Extended abstracts

Jackson, A. and J. Pardue. 1997. Biostimulation and natural attenuation of crude oil in Gulf Coast salt marshes. WERC-HSRC '97 Joint Conference on the Environment, pp. 289-293.

Pardue, J.H. and A. Jackson. 1997. Natural attenuation of toxic organic compounds in wetland environments. WERC-HSRC '97 Joint Conference on the Environment, pp. 243-247.

Jackson, A. and J. Pardue. 1995. Monitoring crude oil mineralization in salt marshes: use of stable carbon isotope ratios. EPA Symposium on Bioremediation of Hazardous Wastes: Research, Development and Field Evaluations, Rye Brook, NY, June, 1995, pp. 73-75.

Pardue, J. and A. Jackson. 1995. Predicting heavy metal inhibition of the in situ reductive dechlorination of organics at the Petro Processors, Inc. site. EPA Symposium on Bioremediation of Hazardous Wastes: Research, Development and Field Evaluations, Rye Brook, NY, June, 1995, pp. 92-93.

Pardue, J., A. Jackson and R.D. DeLaune. 1994. Biodegradation of petroleum hydrocarbons in wetlands: constraints on natural and engineered remediation. EPA Symposium on Bioremediation of Hazardous Wastes: Research, Development and Field Evaluations, San Francisco, CA, June, 1994, pp. 201-205.

Pardue, J., R.D. DeLaune, and W.H. Patrick. 1994. Effect of heavy metal availability and toxicity on anaerobic transformations of aromatic hydrocarbons. EPA Symposium on Bioremediation of Hazardous Wastes: Research, Development and Field Evaluations, San Francisco, June, 1994, pp. 189-193.

## 4. Research projects

Biodegradation processes in oiled marshes: remediation and recovery in rapidly eroding coastal systems J. Pardue (LSU, PI. ); M. Blum (Tulane); D. Reible (Texas); A. Jackson (Texas Tech). 2011-2014.

Biodegradability of MC252 oil:sand aggregates in rapidly eroding beach environments. Gulf of Mexico Research Initiative (RFP-III). PI: John H Pardue, 2011.

Fate of MC 252 oil on barrier island habitats and ecosystem impacts. PI: John H Pardue, Walzer & Wiygul Law Firm, 2010-2014.

Recovery and remediation of emulsified oil contaminated marshes: biostimulation and natural recovery, Gulf of Mexico Research Initiative PI: John H Pardue, 2010-2012

Prediction of Wetland Sedimentation and Erosion Caused by Hurricanes. Q. Chen PI, Pardue and Willson, co-PIs. National Sea Grant, 2008-2010

Louisiana Water Resources Research Institute, US Geological Survey, Department of Interior. Annual administrative and information transfer grants, 2004-present.

Research and oversight at Petro Processors Inc. Superfund site.  W.D. Constant, W. Moe, J.Pardue, F. Rainey. Fifth District Court and NPC Services, Inc. 1995-present.

**[Federal]** Development of treatment wetland technology for VOC-contaminated groundwater John H. Pardue, William Moe and Fred Rainey, Louisiana State University, CICEET-NOAA, 2002-2005.

Rates of recovery of crude oil in sediments: development of the Meraux canal system as a long-term recovery study site, Louisiana Oil Spill Research and Development Program, John Pardue, PI, 2007-2009.

"Phytoremediation of wetlands and CDFs", J. Pardue. Hazardous Substance Research Center-South & Southwest, 2001-2007.

"Assessment & Remediation of public health impacts due to Hurricanes and major flooding events" Louisiana Millennium Health Excellence Fund; 2001-2007. I. Van Heerden, PI; Pardue and Reible, water modeling group.

"Cumulative Effects of Flood-Induced Seepage on Piping Problems Associated with Levee Failures: Experimental and Field Investigation with Analytical Modeling for Risk Assessment" Corps of Engineers, D. Adrian, V Singh, J.Pardue, 2000-2002.

"A water quality decision model for the identification of priority sites for the implementation of best management practices to maintain dissolved oxygen levels In the Ouachita River Basin" LA DEQ, Emy Roider, V Singh, D. Adrian, J.Pardue, 2001-2004.

"Role of anaerobic biodegradation on the natural recovery of crude oil spills in salt marshes" Louisiana Oil Spill Research and Development Program, 2000-2001, J. Pardue.

"Community Structure Analysis of Engineered Microbial Systems: Enhancement of a Biological Waste Treatment Laboratory" LA-BOR Enhancement, 2000-2001, J. Pardue and W. Moe.

Assessment of air emissions at the US Liquids exploration and production land treatment facility (Grand Bois, Louisiana). J. Pardue and K.T. Valsaraj. 1998-2000. Department of Energy- through Louisiana Department of Natural Resources.

Carbon cycling and hydrology in a shallow coastal estuary. Global Change Cluster. NASA-EPSCOR. L. Rouse and J. Pardue. Principal Investigators at LSU. Ken Holladay-UNO Project Manager. 1994-1999. Total project 1.6 million over 5 years.

**Federal]** Biological response and availability of desorption resistant organic pollutants. 1998-2001. D. Reible, J. Pardue (LSU), M. Tomson, J. Hughes (Rice Univ.), A. Suleiman (Southern U.). Defense Special Weapons Agency (Department of Defense).

Biological response and availability of desorption resistant organic pollutants, 1998-2002. J. Hughes, M. Tomson (Rice University)  D. Reible, J. Pardue (LSU) (and others). Hazardous Substance Research Center- South and Southwest.

Use of alternate electron acceptors and manipulation of soil redox levels for enhancing the *in situ* microbial degradation of Petro Processors waste.  1991-1993. J.H. Pardue, R.D. DeLaune, W.H. Patrick, Jr., and G.A. Breitenbeck, through Hazardous Waste Research Center, LSU.

*In situ* bioremediation through electrokinetic injection. LEQSF-Industrial Ties Research Subprogram. 1996-2000. J.H. Pardue, R. Gale and G. Breitenbeck.

Air:water fluxes of semivolatile organic compounds in coastal wetlands. 1996-2000. J.H. Pardue. Louisiana Education Quality Support Fund-Research Competitiveness Subprogram.

**[Federal]** Biodegradation of petroleum hydrocarbons in wetlands: constraints on natural and engineered remediation. 1993-1997. J.H. Pardue, R.D. DeLaune, and W.J. Catallo. U.S.-E.P.A.-Environmental Research Laboratory-Athens,

**[Federal]** Physical and chemical factors influencing production/emission of gaseous air pollutants from wastewater treatment systems and the processing of treatment derived sludges. 1996-1999. R.D. DeLaune, J.H. Pardue and I. Devai. National Science Foundation.

Environmental chemistry of engineered aquatic systems: enhancement of a water chemistry laboratory. LEQSF-Enhancement Subprogram, 1996. J.H. Pardue, R. Malone and K. Rusch

Potential for enhanced anaerobic BTEX degradation at the Blind River Spill. J.H. Pardue A. Jackson, and D.D. Adrian. Louisiana Oil Spill Coordinator's Office, Office of the Governor. 1996-1997.

Engineered application of bioremediation to oil spills in coastal wetlands: a field trial. 1996-1998. D.D. Adrian, A. Jackson, and J.H. Pardue. Louisiana Oil Spill Coordinator's Office.

**[Federal]** Capacity of lower Mississippi Valley wetlands to transform and assimilate anthropogenic substances. 1990-1993. R.D. DeLaune, W.H. Patrick, Jr., C.W. Lindau, and J.H. Pardue, through US E.P.A.-Environmental Research Laboratory-Duluth.

**[Federal]** Effect of heavy metals on anaerobic degradation of aromatic hydrocarbons. 1992-1995. R.D. DeLaune, J.H. Pardue, and W.H. Patrick, Jr. U.S. E.P.A.-Environmental Research Laboratory-Athens.

Feasibility of using a soil detoxification system for treatment and reduction of aqueous hazardous waste. 1988-1989. R.D. DeLaune, J.H. Pardue and W.H. Patrick, Jr., through Louisiana Department of Environmental Quality, Alternate Technology and Development/Waste Reduction Program.

Treatment of high-organic, low toxicity wastewaters using a soil biofilter system. 1990-1991. R.D. DeLaune, J.H. Pardue and W.H. Patrick, Jr., through U.S. Department of Interior, Louisiana Water Resources Research Institute.

Mobility and transport of radium-226 in sediment and waste pits. 1992-1995. R.D. DeLaune, J.H. Pardue, W.H. Patrick, Jr. and C.W. Lindau. U.S. E.P.A. through Hazardous Substance Research Center, South and Southwest.

Role of bottom sediment redox chemistry near oil production facilities on the sequester/release and/or degradation of metals, radionuclides, and organics. 1993-1996. R.D. DeLaune, J.H. Pardue, W.J. Catallo, and C.W. Lindau. Minerals Management Service through LSU's Coastal Marine Institute.

Burning as an alternative to remediation of oil spills in coastal wetland environments. 1993-1994. C.W. Lindau and J.H. Pardue. Louisiana Oil Spill Research and Development Program.

Note: Projects denoted as **Federal** are those projects from federal sources of funds where the project was awarded after a national competition.

## 5. Awards

Finalist, National Community Partner of the Year, Wildlife Habitat Council, 2009

LSU Rainmaker Award, 2008, 2007

LSU Distinguished Faculty Award, 2007

Elizabeth Howell Stewart Emerging Leader Professorship awarded in 1998. First emerging leader professorship awarded in the College of Engineering at LSU.

New Century Scholars selected participant, NSF, Stanford University, Summer 1998

Educator of the Year in the Civil & Environmental Engineering Department in 1996.

## 6. Major administrative assignments (last 5 years)

1. Louisiana Water Resources Research Institute (Director since 2002). Responsible for obtaining and reporting annual 104B grants and facilitating applications for 104G grants. Responsibilities include working with Congressional delegation and

NIWR lobbyist to help insure continued funding of the national water institutes program.

2. University Planning Council (member since 2005). In 2009, responsible for leading subcommittee on the development of metrics and indicators for the Flagship Agenda 2020.

3. Environmental Engineering B.S. program (Program coordinator since 2005). Responsible for revising the Environmental Engineering undergraduate curriculum to meet current needs of the program (curriculum revision conducted from 2005-2010 completed).  Led preparations for successful ABET visit in 2010.

4. LSU Graduate Council (Chair in 2009 and member 2004-2009). Served as chair of the LSU Graduate Council in 2009. Responsible for Graduate Council meetings and organization of Council workflow.

5. School of the Coast and Environment Dean's search 2009. Committee Chairman. Responsible for leading search committee meetings, committee point of contact for search firm.

6. Department of Homeland Security Center of Excellence proposal. 2007. Led development of proposal to develop a DHS Center of Excellence (Center for Coastal Community Resilience) with LSU as lead and 13 partner universities. Selected for site visit (final 3) and ultimately 1/3 of the proposal was funded, merging with winning proposal from UNC-Chapel Hill.

7. Hazardous Substance Research Center-South & Southwest. (Co-director since 2004). Responsible for meeting all contractual obligations with EPA since Dr. Danny Reible left for University of Texas in 2004.

8. Coastal and Ecological Engineering degree initiative. Co-led initiative, with Dr. Clint Willson, to develop a joint MS and PhD degree with the School of the Coastal & Environment in the area of Coastal and Ecological Engineering. Included preparation of proposals for Board of Regents, serving on search committees of faculty hires in the area and working with joint committees between the two colleges to develop the degree programs.

**7. Recent cross-cutting areas**

Dr. Pardue's recent cross-cutting research, teaching and service activities have had national impact on the topics described below. Activities related to those areas are described in detail below.

**A. Environmental Impacts of Hurricane Katrina**

Dr. Pardue was very active in studying the environmental impacts of Hurricane Katrina in 2005 to present. His group published the first peer-reviewed scientific paper on Hurricane Katrina (Pardue, J.H., W.M. Moe, D. McInnis, L.J. Thibodeaux, K.T. Valsaraj, E. Maciasz, I. van Heerden, N. Korevec and Q.Z. Yuan. 2005. Chemical and microbiological parameters in New Orleans floodwater following Hurricane Katrina. Environ. Sci. Technol. 39:8591 – 8599).  This floodwater study was followed by work on the environmental effects of hurricane debris and the impacts of the large Meraux oil spill.

Floodwater Study: - The first sampling event in the Lakeview area occurred on September 3rd, 2005 just 4 days after the storm. Our data were the first samples collected for contaminants in floodwater (DEQ and EPA sampled waters in other portions of the city later in the same day). The second sampling event (Mid-City area) occurred on September 7th, 2005 and follow-up sampling was conducted in the 17th Street Canal from September 10th-17th, 2005. Canal data were shared with EPA and EPA contractors designing a treatment system for 17th Street Canal pumped floodwater. On, September 19th, 2005, a scientific paper describing our results was submitted for peer review to *Environmental Science & Technology* through a rapid review procedure. The fully peer-reviewed paper was released to the web on October 11th, 2005. This was the first independent study published on the environmental affects of Katrina. Numerous national media stories were done on the release of the data. The paper was the most downloaded paper for the journal for the calendar year 2005, despite being released in October.

Floodwater data was presented at the following venues, all invited:

November 7th, 2005. ACORN rebuilding forum @ LSU.

November 14-15th, 2005. National Academies of Science meeting on "Strengthening the Scientific and Technical Responses to Hurricane Katrina: A Meeting of Experts" @ Washington DC.

November, 16th, 2005. Environmental Impacts of Disasters (special nighttime symposium) at the annual meeting of the Society of Environmental Toxicology and Chemistry (SETAC) @ Baltimore, Maryland

January 11th-12th, 2006. American Geophysical Union meeting of experts on Hurricane Katrina, @ Washington, DC.

January, 23rd, 2006. American Chemical Society's Western region meeting at a special symposium on the environmental effects of flooding @Anaheim, California.

September 13th, 2006. *Chemical and Microbiological characteristics of Katrina floodwater and sediment.* 232nd ACS National Meeting, @ San Francisco, CA

October 27, 2006, *Chemical and Microbiological Characteristics of Katrina Floodwater and Sediments*. Extreme Water Events in Maryland, University of Maryland-College Park @ College Park, MD

**Hurricane Debris**: Worked with Vietnamese Community in New Orleans East to identify potential problems with disposal of hurricane debris in Type III landfills adjacent to their neighborhoods. Through this HSRC/LWRRI outreach project, Dr. Pardue authored white paper on "*Anticipating environmental problems facing hurricane debris landfills in New Orleans East*" that was widely distributed to stakeholders.  The effort resulted in the Chef Menteur landfill closest to the community being closed and enhanced monitoring at the largest Type III landfill at Old Gentilly. Dr. Pardue and Dr. K.T. Valsaraj in Chemical Engineering simultaneously performed air sampling at debris piles in the Lakeview neighborhood to identify potential chemical and particulate concerns. This peer-reviewed paper was the only published air pollution data from debris areas following the storm (Ravikrishna, R., H.W. Lee, S. Mbuligwe, K.T. Valsaraj and J.H. Pardue, 2010. Air Quality during demolition and recovery activities in post-Katrina New Orleans. *Environmental Toxicology and Chemistry*, 29: 1438-1444).

Debris issues were presented at the following venues, all invited:

Impact of post-Katrina cleanup operations on air quality. 232nd ACS National Meeting, September 13, 2006. @San Francisco, CA

Environmental Impacts of Debris and Rebuilding Post-Katrina presented at SSPEED conference, May 9, 2007 @Houston, TX

Hurricane debris and the environment: understanding impacts 3 years post-Katrina presented at SSPEED conference, October 30th, 2008, @Houston, TX

(upcoming) Environmental Impacts of Natural Hazards: Natech Events and the Transportation System at the 2011 NAS TRB Security Summit and Workshop, August 2011, @ Los Angeles, CA

**Meraux oil spill**: Worked with St. Bernard parish community of Meraux impacted by the Murphy Oil Spill caused by Katrina through the HSRC Biotech Initiative. Activities included developing recommendations for remediation of urban environments impacted by the spill. Subsequently, Dr. Pardue received additional funding from the Louisiana Oil Spill Coordinator's office to make the Meraux canal system a long-term oil spill recovery site. The work at Meraux raised a larger issue of the bulk storage of chemicals in surge zones that we were working on at the time of Katrina on a project funded by the state of Louisiana. We have presented in multiple venues on the Meraux site including:

"Environmental implications of bulk chemical storage in surge zones" presented at SSPEED conference, November 2007 @Houston, TX

"Hurricanes and Oil Spills: Lessons from Deep Horizon, Katrina and Ike"; Hurricane Ike Conference at Rice University, September, 2010 @Houston Texas

## B. Design and development of natural treatment of chlorinated VOC contaminated groundwater

Dr. Pardue's research on the fate of chlorinated VOCs has led to the development of a more sustainable treatment approach for contaminated groundwater. The approach developed from research performed at the Petro Processors Superfund site in Baton Rouge starting in early 1990's through work performed at Aberdeen Proving Ground in Maryland for a project funded by NOAA in the mid-2000's. Multiple Superfund, RCRA and state sites are considering the approach including 2 sites where the ideas developed in the Pardue lab are now being directly applied, the Resolve, Inc. Superfund site in North Dartmouth, MA and the Seaboard Chemical Site in Jamestown, NC. The HSRC Biotechnology Initiative has been critical in maintaining student and faculty involvement with this emerging technology. Recent presentations from Dr. Pardue on the approach include:

*Fate Processes in a Pilot-scale Natural Treatment System for Chlorinated VOCs* at Battelle International Conference on Remediation of Chlorinated and Recalcitrant Compounds, Monterey, CA, 2008.

*Sustainable Natural Treatment Systems for Chlorinated VOCs*, at Langhan Sustainable Remediation Policy and Technology Forum, 2010. Newark, NJ (invited)

## C. Deepwater Horizon Oil Spill

Dr. Pardue has been active in the research response to the Deepwater Horizon Oil Spill which began in April 2010. His past research on the fate and remediation of oil in wetland environments has been widely used in decisions on site clean-up. He has provided advice on remediation and response strategies, conducted new research on the spill and helped organize and presented at conferences related to spill research.

**Advice on clean-up approaches and protection of La's shoreline**. Dr. Pardue advised the state through the Horizon Science and Engineering Review Team (H-SERT) and led one of the standing committees (with Mark Zappi—Dean of Engineering at ULL). Through H-SERT, he reviewed and commented on dozens of documents and plans. Pardue set up a collaborative web review process for H-SERT and participated in a helicopter tour with state agencies. Pardue also advised the Governor's Office of Homeland Security and Emergency Preparedness (GOHSEP) and the LA National Guard on spill impacts. He advised EPA on the response, meeting privately with Dr. Paul Anastas, head of EPA Office of Research and

Development to discuss biodegradation response approaches. Recently, Pardue has worked with the US Army Corps of Engineers and Office of Coastal Protection and Restoration (OCPR) to address residual oil issues on the Caminada Headlands project in Lafourche Parish, LA.

**Research on the fate and remediation of oil.** Research efforts have been funded by BP Gulf of Mexico Alliance (GOMA) funds given to LSU, Waltzer & Wiygul law firm and a BP-GOMA RFP-III rapid response proposal for summer 2011.  A primary focus has been studying the impact of spilled oil on the diverse coastal habitats on the Wisner Donation property in Lafourche Parish, one of the 10 largest landowners in the state. The Wisner Donation property includes 35,000 acres including Fourchon Beach. Dr. Pardue and students have travelled to Wisner areas to conduct research an average of once per week since October 2010. He participated in LSU's institutional response to the spill including participation in group meetings with Lisa Jackson, Head of EPA and Jane Lubchenko, Head of NOAA.

**Conference and presentations related to DH Spill.** Presented and helped organized multiple conferences and events since the spill. Including:

*Remediation of Marshes Impacted By the Deep Horizon Spill: Natural Recovery or Active Strategies?* Louisiana Oil and Gas Symposium, August, 2010 @ LSU

Scott Bioremediation Workshop, August 31, 2010, @ Pensacola, FL

*Hurricanes and Oil Spills: Lessons from Deep Horizon, Katrina and Ike*, Hurricane Ike Conference at Rice University, September, 2010, @ Houston Texas

*Engineered Remediation of Marshes Contaminated with Deep Horizon Crude Oil*, LSU Honors College Presentation, , Sept. 2010 @ LSU

*Remediation of Louisiana Coastal Environments Impacted By MC 252 Oil: Natural Recovery or Active Strategies?,* Board of Regents Oil Spill Symposium, November 2010 @ New Orleans, LA

*Distribution and Fate of MC252 Oil across an Elevational Gradient on Fourchon Beach, Louisiana* (presenter) and *Crude Oil Biodegradation in Spartina alterniflora Dominated Salt Marshes: Intrinsic Capacity, Limiting Conditions, and Success of Amendments in Field Applications (co-author);* SETAC Focused Oil Spill Conference, April 2011, @ Pensacola, FL (Steering Committee)

*Biodegradation of Emulsified MC252 Oil in Coastal Salt Marshes*; Battelle Bioremediation Conference, June 2011, @ Reno, NV (Session Chair)

**8. Students**

Ph.D.' s Completed (12) and 1 in progress

William Andrew Jackson, Ph.D., P.E.  Dissertation title: Bioremediation of oil spills in coastal wetlands: inherent potential, engineered response and new monitoring techniques, Graduated, Summer 1996, Current position: Professor- Texas Tech University

Gianna M. Cothren, Ph.D., P.E. Dissertation tile: Longitudinal dispersion and interstitial velocity relationship in subsurface flow constructed wetlands, Graduated, Fall, 1996, Current position: Associate Professor, Department of Civil & Environmental Engineering, University of New Orleans

Ronald J. Rovansek, Ph.D., P.E. Dissertation title: Water-borne Materials Exchange between Marshes and Open Waters of the Barataria Bay Estuary, Louisiana, USA, Graduated, Fall, 1997. Current position: Private consulting, P.A.C.E., Pennsylvania

Mohammed Fazle Rabbi, Ph.D., Dissertation title: Injection of species under electrical field to enhance bioremediation, Graduation date: Fall, 1997. Co-advisor with Roger Seals. Current position: Faculty, Bangladesh.

Won Sik Shin, Ph.D., Dissertation title: Sediment oxygen demand in coastal salt marshes: relationship to in situ bioremediation of crude oil spills, Graduated 1998. Current position: Associate Professor, Kyungpook National University, Daegu, South Korea.

Tim Tate, Ph.D., P.E. Dissertation title: Engineered optimization of crude oil degradation through periodic nutrient and oxygen application, techniques, Graduated: Summer, 1998. Current position: private consulting, Baton Rouge, LA.

Cesar Gomez-Hermosillo, Ph.D. Dissertation title: Wetland plant uptake of desorption-resistant organics, Graduated, Spring 2001. Current position: Researcher, University of Guadalajara, Mexico

Sangjin Lee, Ph.D., Dissertation title: Biodegradation of desorption-resistant organic contaminants in wetland soils. Graduated, Fall 2001. Current position: Research & Development Center, Korean Coast Guard, South Korea.

Gabriel Kassenga, Ph.D. Dissertation title: Treatment of Chlorinated Volatile Organic Compounds Using Wetland Systems.  Graduated, Spring 2003. Current position: Dean of the School of Environmental Sciences and Technology (SEST), Director of the Disaster Management Training Centre (DMTC), Ardhi University, Dar es Salaam, Tanzania.

Trudy Olin-Estes, Ph.D., P.E. Dissertation title: PAH and PCB Distribution in Sediment Fractions and Sorptive Phases. Graduation date: Spring 2005. Current position: Research Engineer, US Army Corps of Engineers, ERDC, Vicksburg, MS.

Steve Mbuligwe, Ph.D. Dissertation title:   Optimization of Treatment of Chlorinated Volatile Organic Compound Mixtures in Constructed Wetlands: Vegetation and Substrate Effects. Graduation date:  Fall 2008. Current position: Senior Instructor, School of Environmental Sciences and Technology (SEST), Ardhi University, Dar es Salaam, Tanzania.

Eun-Ju Lee, Ph.D. Dissertation title: Effects of Capping on Biodegradation of Organic Contaminants in Sediments.   Graduation date:   Spring 2008. Current position: Lecturer, Southern University, Baton Rouge, LA.


M.S. Students (12 completed, 4 in progress)