*Headquarters Public Affairs*
*U.S. Coast Guard*



April 15, 2014

# News Release

**U.S. Coast Guard Headquarters**
Contact: Headquarters Public Affairs
Email: CoastGuardPublicAffairs@uscg.mil
Office: (202) 372-4632

## DIFFERENT TACTICS, BUT DEEPWATER HORIZON RESPONSE IS FAR FROM COMPLETE

NEW ORLEANS – The Coast Guard federal on-scene coordinator (FOSC) for the Deepwater Horizon Response completed the transition to the "Middle Response" ("Middle R") process today and opened active National Response Center (NRC) cases for three miles of coastline in Louisiana.

"Our response posture has evolved to target re-oiling events on coastline segments that were previously cleaned," said Capt. Thomas Sparks, the FOSC for the Deepwater Horizon Response. "But let me be absolutely clear: This response is not over---not by a long shot. The transition to the Middle Response process does not end clean-up operations, and we continue to hold the responsible party accountable for Deepwater Horizon cleanup costs."

The term "Middle R" is used to describe an enhanced NRC process of responding to reports of oiling across the Gulf with (1) dedicated Coast Guard teams pre-positioned for rapid response to residual oil; and (2) pre-stationed Oil Spill Removal Organizations on standby, ready to clean when directed. This process is fully functioning on more than 3,200 miles of Louisiana shoreline as well as along the Florida, Alabama, and Mississippi coasts.

According to Sparks, the "Middle R" process requires continued but more focused response equipment and personnel. This makes it not only a more nimble tool for targeted responses across a wide geographic area, but also reduces the impact on the



coastal environment.

"Whenever an NRC case is initiated anywhere in the Gulf—which happens virtually every day—active clean-up operations are undertaken, and we go out and clean up the oil," Sparks added.

Across the Gulf Coast, dedicated Coast Guard personnel have responded to 1,082 suspected Deepwater Horizon NRC reports and overseen the cleanup of more than 5,500 pounds of oily material since June 2013.

This transition is the latest in various process evolutions that account for changing oiling conditions and scientific data.  The Coast Guard also surges personnel to address potential re-oiling caused by extraordinary events such as hurricanes, severe storms, and unusual tidal conditions.

"We are absolutely committed to continuing the clean-up of Deepwater Horizon oil along the Gulf - for as long as it takes, and to surge as necessary and as the situation dictates," Sparks emphasized.

If you have any questions, please contact the Gulf Coast Incident Management Team Public Information Officer, PA1 Michael Anderson at (251) 545-1112 or Michael.a.anderson@uscg.mil.

For more information on the transition to the Middle Response process, please visit http://www.restorethegulf.gov/release/2014/04/15/fosc-update-deepwater-horizon-response (http://www.restorethegulf.gov/release/2014/04/15/fosc-update-deepwater-horizon-response).

*Saving Lives and Guarding the Coast Since 1790.*
*The United States Coast Guard -- Proud History. Powerful Future.*