# Caminada Headland Beach and Dune Restoration Increments I and II (BA-45, BA-143)





committed to **our coast**

EXHIBIT

J

# Project Origin

- **2004 LCA Barrier Island Feasibility Study**

  Louisiana Coastal Area Study (LCA) identified Caminada Headland as a near-term critical project.

  - Chiefs Report Signed June 2012

- **Increment I Funded by CIAP / State Surplus of 2008**

- **Increment II Funded by NFWF**

Coastal Protection and Restoration Authority

# Caminada Headland

- Former site of the mouth of the Mississippi River

- Approx. 14 miles long

- Consists of narrow, low lying sand dune and beach berm, barrier marshes and chenier ridges

- Shoreline erosion rate of 45 feet per year

- No other Louisiana headland remains attached to the distributary that formed it.



Coastal Protection and Restoration Authority

# South Pelto Borrow Area

Both Projects are utilizing an offshore sand resource from the South Pelto
Blocks of Ship Shoal approximately 27 nautical miles away from the Headland



# Increment I vs. Increment II



# Project Comparisons

|  | Increment I | Increment II |  |
|---|---|---|---|
| Beach Elev. | +4.5 | +4.5 | Ft. NAVD88 |
| Beach Width | 65 | 65 | Average Ft. |
| Dune Elev. | +7.0 | +7.0 | Ft. NAVD88 |
| Dune Crest Width | 290 | 290 | Average Ft. |
| Surface Area | 303 | 489 | Acres |
| Total Fill Volume | 3,310,000 | 5,390,000 | Cubic Yards |
| Total Length of Project | 31,000 | 39,000 | Linear Feet |

Coastal Protection and Restoration Authority

# Project Schedules

## Increment I

- Construction Start August 2013
- Construction Completion Summer 2014

## Increment II

- Advertise for Construction Spring 2014
- Construction Start Late Summer 2014

Coastal Protection and Restoration Authority



Barge Being Filled at Borrow Area



# Sediment Being Pumped



Sediment Being Placed in Fill Area

Patrick M. Quigley
www.gulfcoastairphoto.com
Slidell, LA 985.788.3458
January 08, 2014