## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| **This Document Relates to:** | **SECTION: J** |
| **No. 12-970** | **JUDGE BARBIER** |
| | **MAGISTRATE SHUSHAN** |

### CERTIFICATION

I, Stephen J. Herman, have reviewed the Court's Orders of March 25, 2014 [Doc 12591], April 10, 2014 [Doc 12659], and June 4, 2014 [Doc 12987] (collectively "Orders"). I have taken steps to confirm that Class Counsel (and any experts, consultants, attorneys, or others to whom they have provided Claim- or Claimant-specific information) are in compliance with the Stipulation of May 27, 2014 and Orders, and, based on these efforts, I hereby certify on behalf of Class Counsel that Class Counsel have complied with the Stipulation and Orders.

Stephen J. Herman
For Class Counsel
June 7, 2014