**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| **This Document Relates to:** | **SECTION: J** |
| **No. 12-970** | **JUDGE BARBIER** |
| | **MAGISTRATE SHUSHAN** |

## MOTION TO CLARIFY AND/OR TO ALTER OR AMEND ORDER LIFTING INJUNCTION

NOW INTO COURT, through undersigned counsel, come eligible Business Economic Loss (BEL) Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class, who, pursuant to Federal Rule of Civil Procedure 59(e), respectfully move to clarify and if necessary alter or amend the Court's Order of May 28, 2014 Dissolving Preliminary Injunction Related to BEL Claims & Implementation of Policy 495: Matching of Revenue and Expenses [Doc 12948].

The Order may be read to require recalculation under Policy 495 of those Claims that were appealed by BP without raising any issue regarding the "matching" of expenses to revenues.  In such cases, BP conceded that the Claim was sufficiently matched, and waived any challenge to the Eligibility Determination on the matching issue.

Particularly where the individual settlement program appeals process had fully and finally resolved the determination of a Claim which had never been challenged on matching grounds, the payment of such Claims had only been enjoined with respect to potential causation issues, which injunction has now been lifted.

Further, Claims that were compromised by agreement with BP in the Settlement Program Appeal Process prior to the Court's matching injunction should not be subject to recalculation.

Indeed, the execution of an Individual Release by the Claimant constitutes a binding agreement and settlement which "shall remain in full for and effect notwithstanding the discovery after the date of this Agreement or at any other time of any additional facts or law, or changes in the law"[1] and "shall remain effective regardless of any appeals or court decisions relating in any way to the liability of the Released Parties."[2]  In fact, the Important Information which precedes the Individual Release expressly provides and acknowledges that the release shall remain binding and effective despite the possibility "that the terms of the proposed settlement may change in the future - for better or for worse - as a result of further legal proceedings."[3]  Hence, the new policy should not apply to any Claim where the Claimant has executed an Individual Release predicated upon an Eligibility Determination.

The grounds supporting these requests are more fully set out in the Memorandum filed herewith in support of this motion.


This 7<u>th</u> day of <u>June</u>, <u>2014</u>.


Respectfully submitted,


   /s/   Stephen J. Herman                          /s/ James Parkerson Roy

**Stephen J. Herman**, La. Bar No. 23129        **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**               **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                             556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                Lafayette, Louisiana 70501
Telephone: (504) 581-4892                  Telephone: (337) 233-3033

---

[1] SETTLEMENT AGREEMENT, Section 13.4.
[2] SETTLEMENT AGREEMENT, Exhibit 26, ¶16.
[3] SETTLEMENT AGREEMENT, Exhibit 26, at p.1.

Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com
*Lead Class Counsel*

Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Lead Class Counsel*

## ECONOMIC & PROPERTY DAMAGES CLASS COUNSEL

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

Brian H. Barr
LEVIN, PAPANTONIO
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615

Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of June, 2014.

/s/ Stephen J. Herman and James Parkerson Roy