**From:** Jennifer Goodwin
**Sent:** Friday, May 16, 2014 4:19 PM
**To:** Cantor, Daniel A.; Warlick, Sarah E.; 'Holstein, Mark E'; 'Keith Moskowitz'; 'Huffman, Blake'; 'Steve Herman'; 'Jim Roy'
**Cc:** Jack Alltmont; Tracy Steilberg
**Subject:** BEL Claims with No Matching Issue Raised (list attached for review)

The attached list contains 110 appealed "baseball" BEL claims, which we are circulating for review pursuant to Jack Alltmont's 4/14/14 email. The Settlement Program has reviewed these claims to determine whether either party raised revenue matching in their appeal-related documents. For each of these claims, we have found that neither Party raised matching as an issue on appeal. Additionally, BP did not include any of these claims on the two lists containing appealed claims it asserts have matching issues, which BP previously provided to the Settlement Program.

Accordingly, the Settlement Program's view is that these claims should now continue through the appeals process. If you disagree with the Settlement Program's determinations on any of these claims, the Claims Administrator's office is requesting that you assert such objections in response to this correspondence by *5:00 PM Central Time on the date listed in the attached spreadsheet*. The deadlines are set for 25 claims per day with the first response due Wednesday, 5/21/14. If neither party objects by the specified time, the Settlement Program will remove the processing holds from these claims to allow them to continue though the appeals process.

Thank you.

**Jennifer L. Goodwin**
Project Manager I
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*