UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | Civil Action No. 2:10-md-2179 Section "J" |
| THIS DOCUMENT RELATES TO: 2:10-cv-08888 SHORT-FORM DOCUMENT #: 133207 * * * * * * * | * * * * | Judge Barbier Magistrate Judge Shushan |

## ORDER

CONSIDERING the foregoing Motion to Substitute Counsel of Record,

IT IS ORDERED that David J. Schexnaydre of the law firm of Pajares & Schexnaydre, LLC, be and is hereby substituted as counsel of record for plaintiff, RK Turbine Consultants, LLC, in lieu and in place of Michael P. Arata.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE