Friday, May the 30th, 2014,

[FILED JUN -4 2014 — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA — WILLIAM W. BLEVINS, CLERK]

Jefferson Kenneth Jones-Oberle
CEO Square 4 Oil Remediation LLC
12540 County Road 48
Fairhope, AL 36532
225-200-6672

Clerk of the Courts
US District Court
500 Poydras Street
Room C151
New Orleans, LA 70130

TENDERED FOR FILING

JUN - 4 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

10-8888  Dn # 53746, #53750

In re: DWH ID #100140760.

Case No. 10 MD 2179 J
Motion No. Document 10758
Status: Pending

Dear Ms. or Sir:

I am requesting that you change my mailing address to 12540 County Road 48, Fairhope, AL 36532.

Sincerely yours,

_____
Jefferson Kenneth Oberle

cc: file

Jefferson Kenneth Jones-Oberle
CEO Square 4 Oil Remediation LLC
12540 County Road 48
Fairhope, AL 36532

MOBILE AL 366
02 JUN 2014 PM 1 L

Clerk of the Courts
US District Court
500 Poydras Street
Room C151
New Orleans, LA 70130