
ICF0229997768

JARROD ABEL BURRLE

September 15, 2010

**Re: GCCF Claimant Identification Number:  1147859**

Dear Claimant:

You submitted a Claim Form to the Gulf Coast Claims Facility ("GCCF") relating to the Deepwater Horizon Incident on April 20, 2010.  Your claim is missing information that is necessary to complete the review of your claim.  No further action can be taken on your claim until you complete the missing information and return this letter to the GCCF.

When we reviewed your claim, we did not have certain documents or information that we needed to be able to evaluate your claim.  We cannot take further action on your claim until you provide us with the following:

> Claim No: 3487; Lost Profits & Lost Earning Capacity - Individual
>
> LEP-I-2: Documents showing the total gross amount the Claimant earned as wages or salary in 2008 or 2009, such as a W-2 Form, a 1099 form, a complete copy of a federal income tax return with all attachments, copies of the Claimant's paycheck stubs or direct deposit slips, or a personnel file.  If none of these are available, then submit an affidavit, letter, or other documents from the Claimant's employer, a member of the clergy, or a public official showing the total gross amount the Claimant earned as wages or salary in 2008 or 2009.  If Claimant has no records for 2008 or 2009, then submit copies of paycheck stubs, or payroll records or a letter from an employer, member of clergy, or public official showing income in January-April, 2010.

For your convenience, we have enclosed a postage pre-paid return envelope that you may use to submit your additional information, along with this letter.  You may also submit documentation by fax, email or by visiting one of our Site Offices.  (A list of those Site Offices is enclosed as well.)  **Please make sure that you write your Claimant Identification Number and your Social Security Number or Taxpayer ID on each document you submit**.  This is very important so that we can ensure that your documentation is properly attached to your Claim.

If you have already sent us these materials before you received this letter, then we did not get them in time to use them in our first review of your claim and you can disregard this request. We will review everything you have sent us and get back to you.  But if you have not submitted these materials, send them in  so we can act on your claim.

If you have questions about anything contained in this letter,  contact the GCCF toll free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance),  email at info@gccf-claims.com  or visit www.GulfCoastClaimsFacility.com.  For TTY assistance call 1-866-682-1758.

>Sincerely,
>Administrator
>Gulf Coast Claims Facility