2010.10.23  09:47 AM   BURRLE SEAFOODS          5043920576          PAGE   1/ 11

welcome to the Gulf Coast Claims Facility Online Filing Process              Page 1 of 1

In English | En Español | ភាសាខ្មែរ | Bằng Tiếng Việt

# Claim Status

- Home
- Important Notices and Information
- Frequently Asked Questions
- Claimant Bill of Rights
- Town Hall Meetings / Events
- Press and News Releases
- Protocol and Eligibility Criteria
- Contact Information for Claims Not Covered by the GCCF
- Claim Filing Instructions
- File a Claim Form Online
- File a Paper Claim Form
- File a Claim Form in Person
- Supplemental Claim Form
- Claims Site Offices
- Check Claim Status
- GCCF Program Statistics
- To Report Fraud
- Contact Us

Please See The Information Below Regarding Your Claim If After Reviewing This Information You Have Further Questions, Please Call Our Helpline At 1-800-916-4893.

**GCCF Claimant Identification Number:** 1147859
**Claim Type:** Individual
**Name:** JARROD ABEL BURRLE
**Address:** [redacted]
**Phone Number:** [redacted]
**Email Address:** [redacted]
**SSN/TIN:** [redacted]

| Type Of Injury Or Damage | Status |
|---|---|
| Lost Earnings or Profits | Additional Information Requested from Claimant |

PRIVACY POLICY  |  ALL RIGHTS RESERVED

https://cert.gulfcoastclaimsfacility.com/icf/fs/status                   10/23/2010

10/23/2010  10:48AM (GMT-04:00)

Burrle Seafood, LLC
P.O. Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE. GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to _Mercedes's Place_ who's address _2502 Burgundy N.O. La 70119_ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel. If you have any questions in regards to this letter please give me a call

Sincerely,

Jarrod Burrle
Owner & Manager

SWORN TO ME THIS 21ST
DAY OF OCTOBER 2010
[signature]
38-03

Burrle Seafood, LLC
P.O. Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE: GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to _Club 636_ who's address _636 Franklin St. Gretna La_ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel If you have any questions in regards to this letter please give me a call.

Sincerely,

Jarrod Burrle
Owner & Manager

SWORN BEFORE ME THIS 21ST
DAY OF OCTOBER 2010

Burrle Seafood, LLC
P.O. Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE: GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to __Who Dat's Seafood, Sports__ who's address __309-311 Decatur, N.O. La 7011__ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel. If you have any questions in regards to this letter please give me a call

Sincerely,

Jarrod Burrle
Owner & Manager

SWORN THIS 21ST DAY OF OCTOBER 2010

Burrle Seafood, LLC
P.O. Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE: GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to __Dominique's__ who's address __1700 Teche St. N.O. La. 70131__ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel. If you have any questions in regards to this letter please give me a call.

Sincerely,

Jarrod Burrle
Owner & Manager

SWORN THIS 21ST DAY OF OCTOBER 2010

Burrle Seafood, LLC
P.O Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE: GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to _BENN'S Grocery_ who's address _6445 Isadore st. NOLA 70811_ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel. If you have any questions in regards to this letter please give me a call.

Sincerely,

_Jarrod Burrle_

Jarrod Burrle
Owner & Manager

SWORN THIS 21ST DAY OF OCTOBER 2010
[signature]
JB 3803

Burrle Seafood, LLC
P.O. Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE: GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to _Terrace Lounge_ who's address _1821 ~~Gov~~ ~~Poy~~ Newton St. W.O. Lo. 70131_ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel. If you have any questions in regards to this letter please give me a call.

Sincerely,

Jarrod Burrle
Owner & Manager

SWORN BEFORE ME THIS 21ST
DAY OF OCTOBER 2010

JP 38-03

Burrle Seafood, LLC
P O. Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT 20, 2010

RE. GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to _BENNY'S LOUNGE_ who's address _1332 PAILET AVE HARVEY LA 70058_ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel. If you have any questions in regards to this letter please give me a call.

Sincerely,

*Jarrod Burrle*
Jarrod Burrle
Owner & Manager

SWORN BEFORE ME THIS 21ST
DAY OF OCTOBER 2010

Burrle Seafood, LLC
P.O. Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE: GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to _Richard's_ who's address _3120 Odeon St. N.O. La 70131_ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel If you have any questions in regards to this letter please give me a call.

Sincerely,

_Jarrod Burrle_

Jarrod Burrle
Owner & Manager

Sworn before me this 21st
day of October 2010

Burrle Seafood, LLC
P.O Box 645
Port Sulfur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE: GCCF

This letter is being sent to verify that JARROD BURRLE, sold seafood to _Bullet's Sports Bar_ who's address _2441 A.P. Tweed N.O.La. 70119_ is from May 1994 and every year I fished thereafter, all sales were conducted on a cash bases as I also sold to patrons of the establishments and had a continuos clientel. If you have any questions in regards to this letter please give me a call.

Sincerely,

*Jarrod Burrle*

Jarrod Burrle
Owner & Manager

SWORN BEFORE ME THIS 21ST
DAY OF OCTOBER 2010



Burrle Seafood, LLC
P.O. Box 645
Port Sulphur, LA 70083
(504) 710-9933
JARROD BURRLE

OCT. 20, 2010

RE: GCCF

This letter is being sent to inform you that I JARROD BURRLE, sold seafood to many people in the estblishments that I had a regular business with, so there are a number of people who frequented these establishments and people brought seafood for their consumption at home, here in this area we all pretty much know who sells seafood and people preferred buying direct from a first hand catch, as to know it was always fresh, please find the info helpful. If you have any questions in regards to this letter please give me a call.

Sincerely,

*Jarrod Burrle*

Jarrod Burrle
Owner & Manager