

# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

April 14, 2011

**JARROD ABEL BURRLE**

RE:  Deficiency Letter on Interim Payment/Final Payment Claim
     **JARROD ABEL BURRLE**
     **Claimant ID: 1147859**

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 ("Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

This Deficiency Letter ("Letter") is an official notification from the GCCF. The GCCF has reviewed the Interim Payment and/or Full Review Final Payment Claim Form that you submitted and determined that your file is missing information that is necessary to the review of your claim. The GCCF cannot take any further action on your claim until you provide the following:

| Why We Need the Missing Information | What You Need to Submit |
|---|---|
| 1. We need the specific additional documents listed. | Documents showing income earned from commercial fishing in 2009 summarized on a monthly basis; all From 1099-MISC and/or W2's or Payroll Checks received in 2010; complete 2010 Federal Income Tax Return, including all schedules, attachments and statements; an explanation of the claimant's pre-Spill employment activities and any documented efforts during this period to pursue commercial fishing activities in 2010. |

Submit these documents within 30 days after the date of this Letter. You can send the GCCF documents using any of the following ways:

| | | |
|---|---|---|
| 1. | **By Emailed PDF Attachment:** (Emailed no later than 30 days after the date of this Letter) | Email to **info@gccf-claims.com** |
| 2. | **By Mail:** (Postmarked no later than 30 days after the date of this Letter) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH  43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:** (Placed with the delivery service no later than 30 days after the date of this Letter) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH  43017 |
| 4. | **By Facsimile:** (Sent no later than 30 days after the date of this Letter) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:** (No later than 30 days after the date of this Letter) | You can bring the documents to a GCCF Site Office no later than 30 days after the date of this Letter. Visit the GCCF website at **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |

**IMPORTANT NOTE:** *Make sure that you write your Claimant Identification Number (shown above) and your Social Security Number or Taxpayer ID on each page of each document that you submit, so that the GCCF can properly attach your documents to your claim.* Otherwise, if the documents get separated, the GCCF cannot always determine to which claimant they belong.

If you have any questions about this Letter, you can either visit a GCCF Site Office or speak to a GCCF Claims Review Specialist shown below who can answer questions about your claim and this Letter. For TTY assistance call 1-866-682-1758.  For more efficient service, have this Letter and your GCCF Claimant Identification Number with you when you call and reference it in your email. If you are represented by an attorney, the GCCF will communicate directly with your attorney, rather than with you.

Your GCCF Claims Review Specialist is: Kendra 59923 at 1-800-353-1262.

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility