Jarrod Burrle, CLAIM NO. 1147859               **#1147859**

## EXHIBIT B

### AFFIDAVIT OF JARROD BURRLE

1.      My name is Jarrod Burrle. I am over the age of 18 years, and am competent to make this affidavit. I swear and affirm that the facts set forth below are true and accurate to the best of my knowledge.

2.      I own and operate a commercial crab vessel, a 16' aluminum flat boat, in the Gulf of Mexico. Until April 2010, I have consistently and routinely provided for myself and family substantial seafood for their personal use for many years. My catch is mainly Blue Crab.  In 2009 and prior, I averaged taking home approximately 1400 pounds weekly of Blue Crab per week normally sold at the price of $1400.00 per week.

3.      These are the average prices at which I sold my crabs to end users, such as restaurants.  Retail prices would have been approximately $15.00/dozen to local people.

4.      In addition, I caught and used weekly averages of the following other seafood for personal use normally sold in market for the price of:

> 400 lbs. of Shrimp valued at $3.00 per pound
> 15 sacks of Oysters valued at $30.00 per sack

5.      Amounts of crab and other seafood set forth above were for the consumption of me and my family.  These family members were recipients of the shrimp outlined above: I have attached letters from each detailing their use and consumption of the shrimp.

6.      From April 2010, through the present, the areas where I have fished have either been closed or practically devoid of shrimp and other seafood.  I crab and shrimp in zones 7, 11 and 12. These locations are: Bay Adams, Baskin Bay, Bay Chacot, Second Bay, Grand Bayou, California Point, Block 35, Black Bay, Jackass Bay, Catfish Bay, Blind Bay, Lake Washington, Lafite, Barataria Bay, Euruts Bend, Beach of Gulf, Red Pass, Sandy Point, Scofield Bayou and English Bayou.

7.      In all, I was not able to fish for crab and other seafood for 36 weeks in 2010 due to government closures.

8.      As my commercial seafood sales records show, I missed 36 weeks of taking crab for subsistence use in 2010. I was not able to provide seafood for myself or my family during this time.

Initals J·AB

1

RECEIVED

BY:_____

# 1147859

Jarrod Burrle, CLAIM NO. 1147859

9.      The crab fisheries remain devastated by the Oil Spill. As my commercial seafood sales records indicate. I am not able to take any subsistence food, because I have to sell every little bit of seafood I catch to even cover my fuel and other costs.

I swear that the above statements are true and accurate to the best of my knowledge.

Dated July 26, 2011


_____
Jarrod Burrle, Affiant


_____
Notary Public

Michelle Purchner 30681
Printed Name & Notary Number

My commission expires: for life


MICHELLE C. PURCHNER
NOTARY PUBLIC
PARISH OF JEFFERSON, STATE OF LA.
MY COMMISSION IS ISSUED FOR LIFE
BAR ROLL NO. 30681


Initals J. Ы/3,

2

RECEIVED

BY:_____