**Name** Jarrod Burrle     **Address:** [redacted]

**Claim #** 1147859

GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

| 1a Estimated Quantity of the Resource Used (lbs or sack) | | Fish | Shrimp | Crab | Oysters |
|---|---|---|---|---|---|
| Estimated Trips per Month | | | 27 | 27 | 27 |
| Estimated Months per Year | | | 8 | 12 | 6 |
| Estimated Monthly Quantity retained for Subsistence (Line 1) | | | 2000 lbs. | 7000 lbs. | 7500 lbs. |
| Estimated Monthly Quantity retained for Other Use (Line 2) | | | 0 | 0 | 0 |
| Estimated Monthly Retained Catch (Add Lines 1 & 2) | | | 2000 lbs. | 7000 lbs. | 7500 lbs. |

2a List the name(s) of person(s) that received a portion of the subsistence from the claimant, their relationship to the claimant, and the average quantity received per month from the claimant

| Name of those who rely on the subsistence | Relationship | Does person live in claimant's household? | Disabled or Elderly *For those who do not live in the household | Quantity per month (lbs or sacks) | Affidavit Verified | Age(s) *List age if younger than 18 | Subsistence Use | Retained for Other Use |
|---|---|---|---|---|---|---|---|---|
| Jarrod Burrle | Claimant | Yes | [redacted] | 3300 lbs. | Yes | | X | |
| Robert Burrle Jr. | | Yes | | 3300 lbs. | Yes | | X | |
| Eleanora Burrle | | Yes | | 3300 lbs. | Yes | | X | |
| Kerry Turner | | No | | 3300 lbs. | yes | yes | X | |
| James Adams | | No | | 3300 lbs. | yes | yes | X | |

See Page 2 for Listing Additional Individuals

2b Refer to question 2a

1 Have all affidavit(s) been verified? If not please explain

yes

2 Has claimant provided an affidavit articulating why each individual that does not live in the household and is not disabled/elderly should be included in the claimant's subsistence reliance totals? If not please explain

N/A

**Claimant's Signature** Jarrod Burke     **Field Representative** Melina Steu[...]     1-11-12

RECEIVED   BY: ____

RECEIVED