

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 03-07-2014 |
| Response Date: | 03-07-2014 |
| Tracking Number: | 100186051260 |

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:

JARROD A BURRLE

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 11,102.26 | |
| ACCRUED INTEREST: | 1,159.80 | AS OF: Mar. 17, 2014 |
| ACCRUED PENALTY: | 1,105.38 | AS OF: Mar. 17, 2014 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):       13,367.44

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 34,061.00 |
| TAXABLE INCOME: | 25,111.00 |
| TAX PER RETURN: | 8,547.00 |
| SE TAXABLE INCOME TAXPAYER: | 33,847.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 5,179.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Jan. 22, 2011
PROCESSING DATE                                                   Feb. 14, 2011

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20110508 | 02-14-2011 | $8,547.00 |
| n/a | 18221-022-18247-1 | | | |
| 766 | Tax relief credit | | 04-15-2009 | -$600.00 |
| 170 | Penalty for not pre-paying tax | 20110508 | 02-14-2011 | $255.00 |
| 166 | Penalty for filing tax return after the due date | 20110508 | 02-14-2011 | $1,788.07 |
| 276 | Penalty for late payment of tax | 20110508 | 02-14-2011 | $874.17 |
| 196 | Interest charged for late payment | 20110508 | 02-14-2011 | $728.73 |

| | | | |
|---|---|---|---:|
| 971 | Notice issued<br>CP 0014 | 02-14-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | 08-24-2011 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>return receipt signed | 08-29-2011 | $0.00 |
| 706 | Credit transferred in from<br>1040 201112 | 04-15-2012 | -$360.00 |
| 670 | Payment<br>Levy | 07-02-2012 | -$130.71 |

```
This Product Contains Sensitive Taxpayer Data
```



```
                  This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                              Request Date:      03-07-2014
                                             Response Date:      03-07-2014
                                           Tracking Number:    100186051260

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2009


                 TAXPAYER IDENTIFICATION NUMBER:   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


Requested Data Not Found.
                  This Product Contains Sensitive Taxpayer Data
```



```
                     This Product Contains Sensitive Taxpayer Data
```

# Record of Account

```
                                                    Request Date:      03-07-2014
                                                   Response Date:      03-07-2014
                                                 Tracking Number:    100186051260

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2010


                        TAXPAYER IDENTIFICATION NUMBER:     ███████


No record of return filed.
                     This Product Contains Sensitive Taxpayer Data
```



**Internal Revenue Service**
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Wage and Income Transcript

```
        Request Date:   03-07-2014
        Response Date:  03-07-2014
        Tracking Number: 100186051260
```

SSN Provided: 
Tax Period Requested: December, 2008

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 520881028
STANLEY ASSOCIATES INC
3101 WILSON BLVD
ARLINGTON, VA 22201-0000

**Recipient:**
Recipient's Identification Number:
JARROD BURRLE

```
Submission Type:                           Original document
Account Number (Optional):                           BURJAR
Tax Withheld:                                          0.00
Non-Employee Compensation:                        $1,585.00
Medical Payments:                                      0.00
Fishing Income:                                        0.00
Rents:                                                 0.00
Royalties:                                             0.00
Other Income:                                          0.00
Substitute Payments for Dividends:                     0.00
Excess Golden Parachute:                               0.00
Crop Insurance:                                        0.00
Attorney Fees:                                         0.00
Section 409A Deferrals:                                0.00
Section 409A Income:                                   0.00
Direct Sales Indicator:                    Not Direct Sales
Second Notice Indicator:                     No Second Notice
```

```
This Product Contains Sensitive Taxpayer Data
```



```
                This Product Contains Sensitive Taxpayer Data
```

# Wage and Income Transcript

```
                                           Request Date:     03-07-2014
                                          Response Date:     03-07-2014
                                        Tracking Number:   100186051260
```

**SSN Provided:**           ███████████
**Tax Period Requested:** December, 2009
**Form Number:**            All Forms
No record of return filed.

```
                This Product Contains Sensitive Taxpayer Data
```



**Internal Revenue Service**
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Wage and Income Transcript

| | |
|---|---|
| Request Date: | 03-07-2014 |
| Response Date: | 03-07-2014 |
| Tracking Number: | 100186051260 |

SSN Provided: 
Tax Period Requested: December, 2010

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 232667877
INA TAX BENEFITS REPORTING INC
120 N 9TH ST
RICHMOND, IN 47374-0000

**Recipient:**
Recipient's Identification Number: [redacted]
JARROD BURRLE
[redacted]

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 65000000566292T1 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $10,000.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 261087804
GREATER NEW ORLEANS DISASTER RECOVERY
PARTNERSHIP
1717 TCHOUPITOULAS ST
NEW ORLEANS, LA 70130-0000

**Recipient:**

Recipient's Identification Number: 
JARROD BURRLE

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $1,500.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 631283729
DRC EMERGENCY SERVICES LLC
704 MUSEUM DRIVE
MOBILE, AL 36608-0000

**Recipient:**

Recipient's Identification Number: 
JARROD BURRLE

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | BURR100 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $39,000.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data