**Formal Request for Exclusion of Benchmark Year of 2009**
*Per Exhibit 10 of the Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 - Seafood Compensation Program.*

Mr. Jarrod Burrle was not able to and did not participate at the same level of effort in shrimp harvesting in the year of 2009 due to circumstances beyond his control. Mr. Burrle has been a fisherman his entire adult life. The attached Louisiana Wildlife & Fisheries Report shows that Mr. Burrle has consistently purchased and used various commercial fishing licenses in South Louisiana from at least 1999 to present, with the exception of three (3) years – one being the year of 2007 in which Mr. Burrle was just starting to recover from the after effects of Hurricane Katina. In 2007, he spent much of his time rebuilding and preparing his commercial fishing vessel.

Due to unfortunate circumstances, Mr. Burrle was behind on his child support payments in 2009. At that time he did not have the funds to make these payments. Mr. Burrle attempted to obtain a loan from friends to pay; however he was unable to do so. He was informed by child support officials that they would arrest him for past due child support. More specifically, the officials informed him that if he sought any kind of state or government license he would be arrested. They informed him that The Department of Social Services had "blocked" his commercial fishing licenses, meaning that if he attempted to obtain any commercial fishing licenses, they would be notified and place him in jail.[1] As a result, Mr. Burrle had not purchased any commercial fishing licenses for the year of 2009.

---

[1] La. R.S.315.32A (1)(a) provides in pertinent part: In or ancillary to any action to make past-due child support executory, for contempt of court for failure to comply with an order of support…the court on its own motion or upon motion of an obligee or the department shall…issue an order of suspension of a license or licenses of any obligor who is not in compliance with an order of child support.
   La. R.S. 315.31 (6) provides "License" means any license, certification, registration, permit, approval, or other similar document evidencing admission to or granting authority for any of the following: (a) To engage in a profession, occupation, business, or industry. (b) To operate a motor vehicle. (c) To participate in any sporting activity, including fishing and hunting.

Mr. Burrle was eventually incarcerated in Lafayette, Louisiana for non-payment of child support from July 11, 2009 to July 18, 2009.[2]  With the help of his family, he was able to pay the past due child support payments.

After he was released in 2009, he no longer had any funds to purchase commercial fishing licenses and /or commercial fishing gear.  He did not have funds to provide for himself, so for the remaining portion of the year of 2009, he lived with various family members and ate at their tables.  He searched for work as a deckhand and odd jobs, but was unable to get consistent work.  Any work that he did find enabled him to slowly pay back his family for funds that he had been given in order to pay the past due child support.  As a result, these funds were not able to be put into his commercial shrimping vessel or gear.

Accordingly, we respectfully request that Mr. Burrle be permitted to use the year 2008 **only** as a Benchmark Year, as defined in the Seafood Compensation Program, to be used in the calculations as 2008 represents the level and effort of earnings possible by Mr. Burrle in his commercial shrimping business. Unlike 2007 and 2009, in 2008 his vessel was completely functional and operating.  In 2008, he had funds for fuel, ice and gear, all necessary in order to commercially shrimp.

---

[2] Please see Public Defenders documents attached to this file.