UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | Civil Action No. 2:10-md-2179 Section "J" |
| THIS DOCUMENT RELATES TO: 2:10-cv-08888 SHORT-FORM DOCUMENT #: 133207 | * * * | Judge Barbier Magistrate Judge Shushan |

## ORDER

CONSIDERING the foregoing Motion to Substitute Counsel of Record,

IT IS ORDERED that David J. Schexnaydre of the law firm of Pajares & Schexnaydre, LLC, be and is hereby substituted as counsel of record for plaintiff, RK Turbine Consultants, LLC, in lieu and in place of Michael P. Arata.

New Orleans, Louisiana this 11th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE