# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, Illinois  60654 |  |
|---|---|---|
| Mark J. Nomellini<br>To Call Writer Directly:<br>(312) 862-2410<br>mark.nomellini@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

June 11, 2014

**Via Email**

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B345
New Orleans, Louisiana  70130

    Re:  BPXP Deponents - Custodial Search Terms and Deposition Dates

Dear Judge Shushan:

  After meeting and conferring, BPXP and the United States are at an impasse with respect to the search terms to be applied to the custodial files of BPXP witnesses Nick Bamfield and Steve Bray.

  BPXP and the US have reached agreement on certain parameters.  For example, with one exception, we have reached agreement on the date limitations to be applied to the documents: January 1, 2009 through May 27, 2014.  The exception is that the United States requested a date range starting in 2005 for documents related to dividend payments.  However, BPXP has already complied with the Court's May 27, 2014 Order, Rec. Doc. 12945, requiring it to produce "the dividend payment history from 2005 through the present." *See* BP-HZN-2179MDL07817719 through BP-HZN-2179MDL07817751; BP-HZN-2179MDL08713506 through BP-HZN-2179MDL08713507; and BP-HZN-2179MDL08876892 through BP-HZN-2179MDL08876899. In light of BPXP's production in compliance with the Court's Order on this issue, the date range for searches for remaining documents should be January 1, 2009 through May 27, 2014.

  With respect to criteria other than the date range, however, the United States' proposed search terms remain extremely overbroad.  The Court's May 19, 2014 Order on custodial file productions stated:  "The U.S. is to provide proposed search terms for the custodial file production, understanding that time is <u>extremely</u> limited."  (Rec. Doc. 12892) (emphasis in original).  The United States' proposed search terms cast an unduly wide net.  For example, the number of documents from Mr. Bamfield's files responsive to the United States search terms is over 9,500, and the number from Mr. Bray's files is over 16,400.[1]  These figures are preliminary,

---

[1]  These figures also include revisions proposed by the US on June 11, 2014.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
June 11, 2014
Page 2

as BPXP is still processing data from these custodians.  BPXP expects the number of documents responsive to these search terms to increase — perhaps substantially.  We also expect based on experience in past phases that these searches will yield a very high percentage of irrelevant documents.  *See, e.g.,* Exhibit D.  As BPXP has emphasized, appropriately targeted searches are absolutely necessary to maintain (or even come close to) the deposition schedule ordered by the Court.

**I.    The United States' Search Terms Seek Documents Having Nothing to Do With BPXP.**

The United States continues to seek extremely broad discovery having nothing to do with BPXP, notwithstanding the Court's order providing for "limited discovery <u>regarding the relationship between BP p.l.c., BPXP, and other BP affiliates</u>."  Mar. 21 2014 Status Conf. and Mot. Hr'g Tr. at 2 (Rec. Doc. 12592) (emphasis added).

The United States has requested two searches, referred to below as Search 1 and Search 2.  *See* Exhibit A.  Each search is divided into two parts.  The first part contains financial terms like "loan" (for Search 1) or incident-related terms like "Macondo" (for Search 2).  *See* Exhibit A (terms in red).  The second part of both Search 1 and Search 2 includes a list consisting mainly of BP entities: BP America, BP Company North America, BP Corporation North America, BP Holdings North America, BP America Production Company, BP Exploration and Production, and p.l.c., plus Deepwater Horizon, Gulf Coast Claims Facility, Gulf Coast Restoration Organization, (gulf w/7 spill), Macondo, and variations and abbreviations of these.  *See* Exhibit A (terms in blue).  The problem with the United States' approach is that irrelevant documents related only to a non-BPXP entity will hit on these search terms.  For example, a document with the words "trial balance" and "BP Holdings North America"—but having nothing to do with BPXP—would be responsive to the United States' search.  This approach is contrary to the Court's order on "limited discovery regarding the relationship between BP p.l.c., BPXP, and other BP affiliates."  Mar. 21 2014 Status Conf. and Mot. Hr'g Tr. at 2 (Rec. Doc. 12592).  A sampling of three of the many irrelevant documents that are responsive to the United States' overbroad search terms is attached as Exhibit D.

In order to narrow the search to a more reasonable scope consistent with the Court's order, BPXP proposed another part to each search.  Specifically, BPXP proposed a separate portion of each search involving BPXP entity terms (BPXP, BPEP *etc.*).  *See* Exhibit B (terms in green).  The United States declined this proposal, even though it would focus the searches on documents about the relationship between BPXP and the other BP entities, consistent with the Court's March 21, 2014 Order.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
June 11, 2014
Page 3

As a further compromise, on June 10, BPXP proposed to leave out the requirement that the searches hit on a non-BPXP entity as long as they hit on BPXP terms (BPXP, BPEP *etc.*), putting the BPXP terms back into part 2 (blue terms) but also keeping the new part 3 (green terms). *See* BPXP Current Proposal, Exhibit B. The United States also declined this proposal, insisting that documents should be responsive even based on the non-BPXP terms such as "BP Holdings," *etc*.

To focus on documents relating to BPXP,[2] BPXP proposes the below addition to both of the searches proposed by the United States in their most recent proposal (identified in green on Exhibits B and C):

> AND ("BP Exploration and Production" OR "BP Exploration
> & Production" OR BPEP OR BPXP)

## II. The United States' Search Terms Seek Documents That the Court Ruled BPXP Was Not Required to Produce.

After extensive briefing by the parties on May 13, May 20, and May 22, the Court on May 27, 2014 issued a ruling on the United States' motion to compel production of BPXP documents. The Court ordered the production of some categories of documents, and did not allow the production of other categories. The United States' proposed terms would yield documents that the Court ordered BPXP was not required to produce. For example:

- "divestment*" as a search term – In its original document requests, the United States sought voluminous information regarding BP entities' asset divestments (RFP 15). The Court denied the US request for relief. (Rec. Doc. 12945)

- "dividend*" and "distribution*" as search terms – The United States' document requests sought all documents identifying distributions or dividends paid by BPXP from 2005 to present (RFP 12). BPXP produced documents summarizing the payment of those dividends from to 2007 to present. The Court then ordered that BPXP produce the dividend history from 2005 to the present (Rec. Doc. 12945), which BPXP has done.

- (board w/5 director* w/5 Bray OR board w/5 director* w/5 resolution*) as a search term – The United States requested director and officer committee meeting resolutions and decisions for 2008-2014 from multiple BP entities (RFP 6). BPXP has produced various board

---

[2] In connection with the parties' meet and confer, BPXP also offered to consider reasonable, limited additions to the portion of the search with the term "BPXP" or its equivalent (see green terms in Exhibit B), but the United States thus far has not proposed such additions.

KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
June 11, 2014
Page 4

materials from BP p.l.c., BPXP, and BP Corporation North America Inc. The Court ruled that the documents produced by BPXP were sufficient. (Rec. Doc. 12945)

The United States already succeeded in securing production of a number of *other* categories of documents through its motion to compel. (Rec. Doc. 12945) BPXP respectfully submits that the United States should not be permitted to use search terms to effectively reverse the Court's ruling on any remaining categories where the United States did not prevail. BPXP's proposed searches would eliminate these terms. (*See* Terms Shown With Strike Through on Exhibit C).

### III. Certain of the United States' Search Terms Generate An Excessive Number of Documents.

Certain of the United States' proposed search terms generate an excessive number of documents, particularly in light of the Court's order that "time is extremely limited." (Rec. Doc. 12892) (emphasis in original). These include the searches below, for which the United States' proposed searches for Mr. Bamfield would yield the following numbers of documents and family members:

- dividend*           4,396
- distribution*       3,766
- divestment*         2,484

In addition to yielding a high volume, these searches also result in irrelevant documents, including those set forth in Exhibit D. BPXP's proposed searches would eliminate these terms and many such extraneous documents. (*See* Terms Shown With Strike Through on Exhibit C).

The US' terms are also overbroad when it comes to Steve Bray's custodial file, on the mistaken assumption that his role is coextensive with Nick Bamfield's. Mr. Bray's work related to corporate governance should involve a different set of terms from Mr. Bamfield's work in treasury. Given the extraordinarily large number of document hits for Mr. Bray – a number that BPXP expects will increase – the terms below should be eliminated for Mr. Bray (s*ee* Terms Shown With Strike Through on Exhibit C):

- capex
- "cash flow"
- "cash from operations"
- (cost w/5 (spill OR response))

KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
June 11, 2014
Page 5

- "replacement cost operating profit"
- RCOP
- distribution*
- divestment*
- dividend*
- escrow
- "environmental expenditure"

- impairment*
- (valu* w/5 (reserve OR asset OR equity))
- "preferred stock"
- "SMOG"
- "standard measure of oil and gas"
- "trial balance"

### IV.  Deposition Dates.

Finally, BPXP has notified the United States that Mr. Bray is available for deposition on July 16, 2014 (a date which the United States has accepted), and that Mr. Bamfield is available for deposition on July 24, 2014. BPXP requests the Court's permission to hold Mr. Bamfield's deposition on July 24 even though that date is outside of the Court's deposition schedule, because Mr. Bamfield's schedule combined with the United States' request to produce his custodial file, make an earlier deposition infeasible.

### CONCLUSIONS

For the foregoing reasons, BPXP respectfully requests that the Court order the searches in Exhibit B, which reflects all of BPXP's revisions to the United States' searches set forth above.[3] These changes are necessary in light of what the Court has properly characterized as the "_extremely_ limited" time for custodial file productions that is built into the schedule (Rec. Doc. 12892) (emphasis in original).

---

[3] As we have informed the United States (Exhibit E), BPXP reserves the right to withhold documents that hit on search terms on the ground of privilege or responsiveness, or if the documents fall within a category that the Court has ordered that BPXP need not produce (*e.g.,* Board resolutions for entities other than BPXP and non-public documents relating to divestitures).

KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
June 11, 2014
Page 6

                                                        Sincerely,

                                                        <u>/s/ Mark J. Nomellini</u>

                                                        Mark J. Nomellini

cc:    Richard Gladstein
        Steve O'Rourke
        Sarah Himmelhoch
        Abby André
        Robert C. "Mike" Brock
        J. Andrew Langan, P.C.
        Hariklia Karis, P.C.
        Ky Kirby
        Jim Dragna
        Thomas Lotterman