# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle |  |
|---|---|---|
| Hariklia Karis, P.C. | Chicago, Illinois  60654 |  |
| To Call Writer Directly: | (312) 862-2000 | Facsimile: |
| (312) 862-2330 |  | (312) 862-2200 |
| hariklia.karis@kirkland.com | www.kirkland.com |  |

June 11, 2014

**VIA E-MAIL**

Sarah Himmelhoch
U.S. Department of Justice
Environment and Natural Resource Division
P.O. Box 761
Washington, DC 20044

Re:   Search Terms for Dr. Michel, Capt. Laferriere, and BPXP's RFP 11

Dear Sarah:

I write in response to your June 9 and June 10 letters regarding BPXP's proposed search terms for the custodial files of Dr. Jacqui Michel and Capt. Roger Laferriere, and BPXP's Request for Production ("RFP") No. 11.

**Custodial File Searches**

As a threshold matter, the United States' refusal to agree to *any* of the modest revisions that BPXP has proposed for the search terms for Dr. Michel's and Capt. Laferriere's custodial files is disappointing. The assertion in your June 9 letter that BPXP's proposed search terms for Dr. Michel and Capt. Laferriere will capture documents that are not responsive to BPXP's document requests is simply incorrect. As described below, the search terms that BPXP has proposed for both Dr. Michel and Capt. Laferriere are narrowly tailored to identify documents that are both relevant and responsive to BPXP's pending discovery requests.

**Search String for Dr. Jacqui Michel's Custodial File**

With respect to the search terms for Dr. Michel's files, the United States, through your June 2 letter, proposed to eliminate several terms included in the search string that BPXP had proposed on May 29. As a compromise, on June 4, BPXP agreed to the United States' proposal to eliminate *all but one* of those terms ("shoreline cleanup effort*"), and proposed the addition only two terms in light of the changes proposed by the United States ("removal action* deemed complete" or "RADC"). These two additional terms are narrow and would not significantly broaden the proposed search. Indeed, as acknowledged in your June 9 letter, the two terms "are

Beijing    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

Sarah Himmelhoch
June 11, 2014
Page 2

unlikely to identify new unique documents given the breadth of the string already proposed." If that is the case, then there is no burden, much less an undue one, associated with adding the discrete terms that BPXP has proposed.

Nevertheless, as a further and final offer of compromise and in an effort to avoid raising this matter with the Court tomorrow, BPXP will agree to eliminate the term "shoreline cleanup effort*" from the proposed string. Accordingly, the proposed string for Dr. Michel is:

> ("shoreline cleanup and assessment technique" OR "shoreline clean-up and assessment technique" OR "SCAT" OR "shoreline assessment*" OR "rapid assessment survey*" OR "shoreline cleanup completion plan" OR "shoreline clean-up completion plan" OR "SCCP" OR "shoreline treatment recommendation" OR STR OR "oiling level" OR "removal action* deemed complete" or "RADC") AND (MC252 OR "MC 252" OR "Deepwater Horizon" OR DWH or Macondo or BP)[1]

This search reflects the addition of *only two narrow terms* — "removal action* deemed complete" or "RADC" — to the string proposed in your June 2 letter and calls for the production of documents that are both relevant and directly responsive to BPXP's RFPs 6 and 13, among other requests. Please let me know if the United States agrees to this modified search for Dr. Michel or whether the parties have reached an impasse on this issue.

### Search String for Capt. Roger Laferriere's Custodial File

In your June 9 letter, you assert that the search terms that BPXP has provided for Capt. Laferriere "are duplicative of terms already proposed." You are mistaken. The string proposed in my June 4 letter for Capt. Laferriere was:

> (DWH OR BP OR Macondo OR "MC 252" OR "MC252" OR "Deepwater Horizon") AND ("skim*" OR "burn*" OR "boom*" OR "dispers*" OR "VOO" OR "shore*" OR "clean up" OR "cleanup" OR "berm" OR "freshwater diver*")

As with the string search string for Dr. Michel, this proposed search string for Capt. Laferriere already reflected BPXP's agreement to the United States' request to eliminate several of the terms that BPXP had originally proposed. The terms that BPXP has proposed to retain, reflected in the redline above, are targeted and are not duplicative of other searches that the United States has agreed to conduct.

---

[1] As previously requested, BPXP requests that this and other searches be run such that they are sufficient to identify documents containing the terms "cleanup" or "clean-up," whether or not hyphenated.

## KIRKLAND & ELLIS LLP

Sarah Himmelhoch
June 11, 2014
Page 3

      In your June 9 letter, you contend that the United States has already run a search in the U.S. Coast Guard Archive for the terms "skim*" OR "burn*" OR "dispers*." This is not completely accurate. Significantly, the string that the U.S. has agreed to run in the Archive that includes those terms *also includes several other necessary terms*, which substantially limit the search string for the Archive when compared to the string that BPXP proposes for Capt. Laferriere. Specifically, the U.S. previously agreed to run the following search string in the Archive:

      ((Amount* OR quantif* OR quantit* OR volume* OR bopd OR bpd OR barrel* OR pound* OR ton* OR measur*) w/15 ((oil* OR hydrocarbon*) w/15 (contain* OR collect* OR dispers* OR burn* OR skim* or remov* or clean*)))

      While it is true that this string includes the terms "skim*" OR "burn*" OR "dispers*," the string is *also limited* to documents containing the terms ((Amount* OR quantif* OR quantit* OR volume* OR bopd OR bpd OR barrel* OR pound* OR ton* OR measur*) OR ((oil* OR hydrocarbon*) — all within 15 words of the terms "skim*" OR "burn*" OR "dispers*."

      The parties agreed to the limited search string on which you rely above as a compromise for resolving the scope of documents that the U.S. had to produce in response to particular RFPs propounded by BPXP (*See* April 24, 2014 Karis Letter to S. Himmelhoch (containing proposed search for documents in response to RFPs))  The fact that BPXP was willing to compromise with the U.S. on a search string in response to particular RFPs should not now be used against BPXP as a basis for limiting the separate, single search that BPXP has proposed specifically for Capt. Laferriere's custodial file.

      In sum, it is simply incorrect to say that BPXP's proposed search of Capt. Laferriere's custodial file is duplicative of the search that the U.S. has agreed to run on the Coast Guard Archive. And, as with BPXP's proposed search string for Dr. Michel's file, its single proposed search string for Capt. Laferriere's file is targeted to identify documents that are relevant and responsive to BPXP's pending document requests. (*See, e.g.,* BPXP RFPs 6, 8 & 13) There is no indication that the U.S. is unable to run BPXP's proposed search in advance of Capt. Laferriere's deposition, which has not yet been scheduled. Thus, BPXP reiterates its request that the U.S. perform the following search of Capt. Laferriere's custodial files:

      (DWH OR BP OR Macondo OR "MC 252" OR "MC252" OR "Deepwater Horizon") AND ("skim*" OR "burn*" OR "boom*" OR "dispers*" OR "VOO" OR "shore*" OR "clean up" OR "cleanup" OR "berm" OR "freshwater diver*")

      Please let me know if the U.S. is willing to reconsider its position and run the requested search; otherwise, we will assume that the parties have reached an impasse on this issue.

## KIRKLAND & ELLIS LLP

Sarah Himmelhoch
June 11, 2014
Page 4

**RFP 11 Search Terms**

We have reviewed the revisions to the RFP 11 search terms proposed in your June 10 letter. As an initial matter, the U.S. was ordered to produce documents responsive to RFP 11 and to confer with BPXP to arrive at a single search string to use for both searches of the custodial files of Lehr, Bristol, and Possolo, as well as the Coast Guard Archive. (5/29/14 Order (Rec. Doc. 12950)) Your letter states that the U.S. will not "agree to change the search terms for the Coast Guard" Archive, but as a point of clarification, the parties have *never agreed* on a single search string (or different search strings) to be used to identify the documents that the U.S. was ordered to produce.

With that said, we have reviewed the United States' suggested modifications to the search string for Lehr, Bristol, and Possolo. We will agree to your modification of the string as it relates to the connector for the term "oil," assuming the following minor revisions are made to the string:

> (DWH OR "Deepwater Horizon" OR MC252 OR Macondo) AND oil* AND ((natural* W/5 (transform* OR dispers* OR remov*)) OR microb* OR biodegrad* OR degrad* OR (weathering W/5 slick) OR (weathered w/5 slick) OR dilut* OR turbulence or microrgan* OR "waveaction" OR evaporat* OR sedimentation OR dissolut* OR oxidat* OR nitrogen OR phosphorus OR benzene OR toluene OR bacteria* OR bioremediation OR attenuate*)

Please note the revision of the last term "attenuat*", rather than "attenuate*." Please let us know if this search is acceptable to the United States.

With respect to the search sting to be used in the Coast Guard Archive, in response to your point that "the archive was created to house only documents relevant to this spill," we will agree to your request to remove the terms "DWH" OR "Deepwater Horizon" OR MC252 (as well as the term "Macondo" suggested above) from the proposed search string. Otherwise, and consistent with the Court's 5/29/14 Order, we request that the same search terms be run against the Archive as against the custodial files mentioned above. Thus, BPXP's proposed search for the Archive is:

> oil* AND ((natural* W/5 (transform* OR dispers* OR remov*)) OR microb* OR biodegrad* OR degrad* OR (weathering W/5 slick) OR (weathered w/5 slick) OR dilut* OR turbulence or microrgan* OR "waveaction" OR evaporat* OR sedimentation OR dissolut* OR oxidat* OR nitrogen OR phosphorus OR benzene OR toluene OR bacteria* OR bioremediation OR attenuate*)

# KIRKLAND & ELLIS LLP

Sarah Himmelhoch
June 11, 2014
Page 5

      Please let us know if the United States agrees to these searches above with respect to RFP 11, or whether the parties have reached an impasse.

**Cassini Server**

      Thank you for offering to provide a file tree for the Cassini server. We look forward to receiving it promptly so that the parties can discuss next steps with respect to providing BPXP access to the server as soon as practicable.

      Please let us know if the proposed searches set forth above are acceptable to the United States or whether you would like to discuss any of these issues before the Court status tomorrow.

      Sincerely,

      /s/ Hariklia Karis, P.C.


cc:  Robert C. "Mike" Brock
      J. Andrew Langan, P.C.