UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig　　　　　　　　MDL NO. 2179
　　　　"Deepwater Horizon" in the Gulf
　　　　of Mexico, on April 20, 2010　　　　　SECTION J

Applies to: 10-4536　　　　　　　　　　　　JUDGE BARBIER
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE SHUSHAN

# ORDER

[Regarding Attendance at Penalty Phase Depositions]

　　　　The parties to the CWA Penalty Phase are the U.S., BPXP and Anadarko. The trial of the Penalty Phase is set for January 20, 2015. Rec. doc. 12592. A pretrial schedule for the preparation of the Penalty Phase was entered. Rec. doc. 12688. Pursuant to that schedule, the parties to the Penalty Phase are currently taking fact and Rule 30(b)(6) depositions and depositions of experts for the Penalty Phase will be taken in the coming months.

　　　　The Clean-Up Responder Defendants sought and were granted leave to attend and monitor the Penalty Phase depositions. Rec. doc. 12963. Other parties, including the State of Louisiana, request leave to attend and monitor the Penalty Phase depositions.

　　　　The <u>only</u> persons permitted to attend the Penalty Phase depositions are counsel for the U.S., BPXP and Anadarko, representatives of these parties, and experts for these parties. Transcripts of the depositions may be purchased by the Clean-Up Responder Defendants, the State of Louisiana and other parties to the MDL litigation. Counsel for the Clean-Up Responder Defendants, the State of Louisiana and other parties are not permitted to attend the depositions.

The portion of the Court's order of June 2, 2014 (Rec. doc. 12963) granting counsel for the Clean-Up Responder Defendants authorization to attend and monitor the depositions is VACATED.

New Orleans, Louisiana, this 13TH day of June, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**