UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010       SECTION J

Applies to: 10-4536                       JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

## ORDER

[Re:  Penalty Phase Telephone Conference on Thursday, June 12, 2014]

**1. Notice.**

It is requested that when a party raises an issue to be considered by the Court at a telephone conference, it submit a letter on the issue at least 36 hours before the conference. The response should be submitted at least 24 hours before the conference. The Court understands that there may be some circumstances where the parties cannot comply with these deadlines.

**2. Nick Bamfield and Steven Bray.**

The request by BPXP in the June 11, 2014 letter from Mark Nomellini to strike "dividend, distribution, and divestment" as search terms for Bamfield is granted.

With the letter of June 12, 2014 from Daniel Smith, the U.S. submitted a table on page 3 comparing the proposals made by BPXP and the U.S. for search terms for Bamfield's custodial file. The table has seven proposals/counterproposals. The U.S. counterproposals for nos. 1 (relating to "board"), 5 (relating to "agreement"), and 7 (relating to "BPXP") are acceptable. The remaining four U.S. counterproposals are unacceptable and BPXP's proposals will be used.

The request on pages 4 and 5 of the June 11 Nomellini letter to strike the search terms beginning with "capex" and ending with "trial balance" for Bray's custodial file is granted.

There was agreement that the issue regarding the date range is moot.

Bray will be deposed on July 16, 2014.  Bamfield will be deposed on July 24, 2014.

By **noon on Monday, June 16, 2014,** BPXP shall report on: (1) its ability to complete custodial production for Bamfield and Bray prior to their depositions; and (2) service of the privilege log for the Bray custodial production.

3. **Captain Laferriere and Dr. Michel**.

BPXP will consider limiting the date range for Captain Laferriere's custodial production.

The U.S. will consider whether BPXP's agreement to eliminate some categories of documents, for example daily summaries, will resolve the issues raised by the U.S.  If the parties cannot reach agreement, they will submit separate proposals to the Court.

The U.S. reported that Captain Laferriere's deposition will be delayed until July.

Because Dr. Michel works in Mac OS, the U.S. is presented with some technical challenges for custodial production from her files.  The U.S. shall run the search string described in Carrie Karis' letter of June 11, 2014 with RADC.  If there is insufficient time to complete the search before the July 2 deposition, it will be delayed.  The U.S. raised the issue of Dr. Michel's availability for alternate dates and that matter was tabled for the time being.

4. **RFP No. 11**.

Carrie Karis' letter of June 11, 2014 (page 4) proposed modifications for the search string for Lehr, Bristol and Possolo.  The U.S. reported its agreement with the proposed modifications.

5. **Anadarko**.

Anadarko received proposed search terms for a Rule 30(b)(6) finance witness.  It described them as extremely broad.  The U.S. responded that it is premature to present the matter to the Court for resolution.

6. **<u>Cassini Server</u>**.

   The U.S. reported on the status of the production of the "file tree" for the server.

7. **<u>Anadarko Document Production</u>**.

   Anadarko reported no delays in its document production.

8. **<u>BPXP Document Production</u>**.

   BPXP reported that it was mostly in compliance.  It is working on production of the forward looking projections from the BP Board Minutes.

9. **<u>Rule 30(b)(6) Deposition on Liabilities and Costs</u>**.

   The U.S. seeks discovery relating to liabilities and costs for the oil spill.  BPXP contends that documentation and stipulations are the preferred way to provide this information, but it will have a witness testify.

   The U.S. responds that it needs more information than can be provided through documentation and stipulations.  For example, it needs to understand how spill related costs and liabilities were accounted for.  <u>See</u> June 11, 2014 letter from Steve O'Rourke.  The Court agrees with both the U.S. and BPXP.  This issue will be carried over to the next conference.

10. **<u>BP Asset Sales</u>**.

    BPXP and the U.S. submitted letters, dated June 11, 2014, concerning potential asset sales. The U.S. will not be permitted discovery of specific information concerning such potential sales.  It will be permitted discovery of "high altitude" information, for example the types of assets (upstream or downstream) under consideration.  The Court acknowledges the difficulty in drawing the line.

11. **Experts**.

BPXP shall submit its understanding of the parties' agreement on document discovery relating to experts.

12. **Pennington and Robinson.**

Pennington's medical condition is unchanged and she is unavailable for a deposition. Robinson's deposition will be on July 18, 2014 in New Orleans.

13. **Carl Childs Deposition**.

The U.S. reported that the Childs deposition may have to be delayed by a few days. BPXP reported that since the U.S. announced that Childs will not be a trial witness, it is considering whether to forgo deposing him.

The deadline for an appeal of this order is **Friday, June 20, 2014**.

New Orleans, Louisiana, this 13th day of June, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**