UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **This Document Relates To:** | * | JUDGE BARBIER |
| | * | |
| No. 13-1971 | * | |
| | * | |
| | * | |

## ORDER

Plaintiff Edward Wisner Donation recently filed an Expedited Motion for Specific Performance. (Rec. Doc. 13002) Pursuant to PTO No. 15 (Rec. Doc. 676), this Motion is stayed and no responses are due until ordered by the Court.

IT IS ORDERED that the Edward Wisner Donation's Expedited Motion for Specific Performance (Rec. Doc. 13002) is REFERRED to Magistrate Judge Joseph C. Wilkinson, Jr. for the purpose of establishing a briefing schedule and issuing a recommendation on the Motion, or otherwise resolving (e.g., mediating) the requested relief.

Signed in New Orleans, Louisiana, this 16th day of June, 2014.

_____
United States District Judge