

U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division

---

*P.O. Box 7611*
*601 D Street NW*  *Telephone (202) 532-5973*
*Washington, DC 20044-7611*

**VIA E-MAIL**

June 16, 2014

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE: <u>B3 Responder Defendant Request for Deposition Time</u>

Dear Judge Shushan,

      The United States writes in response to the request by the B3 Responder Defendants to attend and ask questions at certain depositions during the Penalty Phase.  The United States opposes any attempt to limit its questioning time, and also opposes any change in the overall length of the depositions.  Additionally, the United States notes that, despite not being a party to the B3 claims, it entered into the dispersant stipulations with the B3 Responder Defendants, and spent a considerable amount of time researching and negotiating those stipulations, on the understanding that those stipulations would reduce or eliminate the need for United States witnesses to provide testimony on issues relevant to the B3 bundle of cases.  It should not have its witnesses examined for a longer duration (to say nothing of being forced to produce more witnesses), *because* it entered into a comprehensive set of stipulations to assist in the resolution of claims between private parties.

      So the Court is aware, the parties to the Penalty Phase do not contend that any of the dispersant stipulations are incorrect.  Additionally, the subject matter of the stipulations – namely, that dispersants were applied pursuant to proper federal authorization, approval, and direction – is not directly relevant to any of the issues to be tried in the Penalty Phase.  Thus, any request for deposition time to protect the stipulations may be premature, because there is no foreseeable reason for a witness to contradict them.

      Finally, the United States notes that granting a request to the B3 Responder Defendants to question witnesses could create the desire for other parties to request time at these depositions.  It is not clear how the Court plans to treat any request from B3 Plaintiffs to ask questions, for

1

instance.  Each additional party that is permitted to ask questions would make the depositions more difficult to fit into a one-day schedule, which would in turn threaten to upset the already-compressed deposition schedule.


Respectfully submitted,

*/s/ A. Nathaniel Chakeres*
A Nathaniel Chakeres
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
Mailing Address:
C/o EPA Region IV
Office of Environmental Accountability, 13th Floor
61 Forsyth St SW
Atlanta, GA 30303
aristide.chakeres@usdoj.gov

CC:   Hariklia Karis, Andy Langan, Mike Brock, Don Haycraft (BP)
        Ky Kirby, Thomas Lotterman, Jim Dragna (Anadarko)
        Mike Lyle (Responder Defendants)