UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Request by Responder Defendants for Examination Time (Rec. doc. 13021)]**

Attendance and participation at the depositions for the CWA Penalty Phase was limited to the United States, BPXP and Anadarko; the parties to the Penalty Phase.  Rec. doc. 13016.  The Clean-Up Responder Defendants request reconsideration of that order.  They seek leave to examine 12 witnesses scheduled to be deposed in the Penalty Phase for 15 to 30 minutes.  Rec. doc. 13021.  The United States submitted a response.  Rec. doc. 13022.

For the reasons presented by the United States, the request by the Clean-Up Responder defendants for examination time at the Penalty Phase depositions (Rec. doc. 13021) is DENIED.

New Orleans, Louisiana, this 17th day of June, 2014.

                                                                     SALLY SHUSHAN
                                                                      **United States Magistrate Judge**