UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is the Special Master's Motion for Return of Payments Made to Jarrod A. Burrle and Others. (Rec. Doc. 13010)

IT IS ORDERED that any responses to the Special Master's motion shall be filed on or before <u>Friday, July 25, 2014</u>. Any reply by the Special Master shall be filed on or before <u>Friday, August 8, 2014</u>. The Court will advise the parties if it requires oral argument.

The Special Master is instructed to serve a copy of this order (as well as a copy of the Motion for Return of Payments, if he has not already done so) on the parties identified in the Motion for Return of Payments.

Signed in New Orleans, Louisiana, this 17th day of June, 2014.

_____
United States District Judge