UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MOBILE HOUSING BOARD, acting by and through the Board of Commissioners of the Housing Board of the City of Mobile, Alabama, a body politic and political subdivision of the State of Alabama,<br>    Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY, INC.; BP AMERICA, INC.; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; SPERRY DRILLING SERVICES; M-I, LLC; CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY LP; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br><br><br><br><br>CIVIL ACTION NO.: 13-2670 |

### NOTICE OF COMPLIANCE WITH COURT ORDER
### DATED JUNE 4, 2014 RE: WEATHERFORD

**COMES NOW** the Plaintiff, Mobile Housing Board, and certifies to the Court that it has complied with the Court's June 4, 2014, Order and filed an amended complaint removing Weatherford U.S., L.P.

Dated: June 17, 2014

                                                           Respectfully submitted,

                                                           Mobile Housing Board

                                                           By:  Braswell Murphy, LLC
                                                           Its Attorneys

                                                           By:/s/ *Kasie M. Braswell*
                                                           Kasie M. Braswell (BRASK5769)
                                                           kasie@braswellmurphy.com

                                                           By:/s/ *D. Brian Murphy*
                                                           D. Brian Murphy (MURPD0754)
                                                           brian@braswellmurphy.com

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503
(251) 438-7949 (fax)

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 17th day of June, 2014, electronically filed the foregoing utilizing the LexisNexis File and Serve system, which will send notification of such filing to all counsel of record.

      *Kasie M. Braswell*_____
      Kasie M. Braswell
      BRASWELL MURPHY, LLC
      59 Saint Joseph Street
      Mobile, Alabama 36602
      (251) 438-7503
      (251) 438-7949 (fax)