UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY OF PRICHARD, acting by and through the Board of Commissioners of the Housing Authority of the City of Prichard, Alabama, a body politic and political subdivision of the State of Alabama, ) ) ) ) ) ) | |
| Plaintiff, ) | MDL NO. 2179 |
| ) | |
| v. ) | CIVIL ACTION NO.: 13-2668 |
| ) | |
| BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY, INC.; BP AMERICA, INC.; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; SPERRY DRILLING SERVICES; M-I, LLC; CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY LP; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD., ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

NOTICE OF COMPLIANCE WITH COURT ORDER
DATED JUNE 4, 2014 RE: WEATHERFORD

**COMES NOW** the Plaintiff, City of Housing Authority of the City of Prichard, and certifies to the Court that it has complied with the Court's June 4, 2014, Order and filed an amended complaint removing Weatherford U.S., L.P.

Dated: June 17, 2014

                Respectfully submitted,

                Housing Authority of the City of Prichard

                By:  Braswell Murphy, LLC
                Its Attorneys

                By:/s/ *Kasie M. Braswell*
                Kasie M. Braswell (BRASK5769)
                kasie@braswellmurphy.com

                By:/s/ *D. Brian Murphy*
                D. Brian Murphy (MURPD0754)
                brian@braswellmurphy.com

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503
(251) 438-7949 (fax)

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 17th day of June, 2014, electronically filed the foregoing utilizing the LexisNexis File and Serve system, which will send notification of such filing to all counsel of record.

      *Kasie M. Braswell*_____
Kasie M. Braswell
BRASWELL MURPHY, LLC
59 Saint Joseph Street
Mobile, Alabama 36602
(251) 438-7503
(251) 438-7949 (fax)