UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY OF PRICHARD, ALABAMA,** | ) | MDL NO. 2179 |
| | ) | |
| Plaintiff, | ) | SECTION J |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 13-2669 |
| | ) | |
| **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY, INC.; BP AMERICA, INC.; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; SPERRY DRILLING SERVICES; M-I, LLC; CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CAMERON CORPORATION; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY LP; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI OIL EXPLORATION CO., LTD.,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF COMPLIANCE WITH COURT ORDER
DATED JUNE 4, 2014 RE: WEATHERFORD**

**COMES NOW** the Plaintiff, City of Prichard, Alabama, and certifies to the Court that it has complied with the Court's June 4, 2014, Order and filed an amended complaint removing Weatherford U.S., L.P.

Dated: June 17, 2014

                                       Respectfully submitted,

                                       City of Prichard, Alabama

                                       By:  Braswell Murphy, LLC
                                       Its Attorneys

                                       By:/s/ *Kasie M. Braswell*
                                       Kasie M. Braswell (BRASK5769)
                                       kasie@braswellmurphy.com

                                       By:/s/ *D. Brian Murphy*
                                       D. Brian Murphy (MURPD0754)
                                       brian@braswellmurphy.com

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503
(251) 438-7949 (fax)

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 17th day of June, 2014, electronically filed the foregoing utilizing the LexisNexis File and Serve system, which will send notification of such filing to all counsel of record.

                                    *Kasie M. Braswell*_____
                                    Kasie M. Braswell
                                    BRASWELL MURPHY, LLC
                                    59 Saint Joseph Street
                                    Mobile, Alabama 36602
                                    (251) 438-7503
                                    (251) 438-7949 (fax)