UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179  Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | : : | The Hon. Sally Shushan |

MOTION FOR ENTRY OF ORDER ALLOWING LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES TO RELEASE CONFIDENTIAL LICENSE AND VESSEL REGISTRATION DATA TO THE SPECIAL MASTER

COMES NOW Special Master Louis J. Freeh, and for his unopposed Motion for Entry of Order Allowing Louisiana Department of Wildlife and Fisheries to Release Confidential License and Vessel Registration Data to the Special Master ("Motion"), states as follows:

1. On June 4, 2012, the Deepwater Horizon Court Supervised Settlement Program ("CSSP") began processing claims pursuant to the Economic and Property Damages Settlement Agreement as Amended on May 2, 2012.

2. The Court has entered various orders designed to enhance both the efficiency and integrity of the CSSP. For example, on September 18, 2012, at the request of the Claims Administrator and with the consent of the parties, this Court ordered "all authorities . . . to provide to the [CSSP] trip ticket data, dealer reports, and/or equivalent data for the year or years identified by the Settlement Program" to "enhance the efficiency of the Claims process." (Rec. Doc. 7441.)

3. The Court subsequently appointed and directed the Special Master to work "[i]n conjunction with the Claims Administrator's Office" to "examine and investigate . . . any past or pending claims submitted to the CSSP which are deemed to be suspicious." (Rec.

Doc. 11288.)  In furtherance of this mandate, on May 2, 2014,  the Court ordered the Florida Fish and Wildlife Conservation Commission to produce relevant trip ticket or equivalent data to assist the Special Master and Claims Administrator with their claims review process.  (Rec. Doc. 12814.)

4.  Recently, the Special Master contacted the Louisiana Department of Wildlife and Fisheries ("LDWF") regarding access to certain recreational hunting and fishing licenses data, commercial fishing licenses, and vessel registration data maintained by the LDWF.

5.  Access to such LDWF records would be of assistance in the claims review process because of various documentation requirements set forth in the Settlement Agreement. For example, individuals filing claims under the Subsistence Program are required to provide copies of fishing or hunting licenses in certain situations.  *See* Settlement Agreement at Exhibit 9, Framework for Subsistence Claims: Documentation Requirements ("The required documents [for subsistence claimants] shall include: . . . . Copy of state and/or federal commercial or recreational fishing and/or hunting license.")  To establish eligibility for participation in the Shrimp Compensation Plan, certain claimants are required to submit proof of vessel registration and commercial fishing licenses for the relevant time frame.  *See* Settlement Agreement at Exhibit 10, Shrimp Compensation Plan: Generally Applicable Provisions of the Shrimp Compensation Plan ("[A] vessel owner Claimant must provide for each vessel(s) for which the Claimant is seeking compensation: . . . . Proof that as of April 20, 2010 there was a government license (even if it had expired before that date) that authorized that vessel to commercially fish for shrimp in the Specified Gulf Waters for the 2009 season or the 2010 season. . . . [and] [t]he vessel name and any applicable federal and/or state vessel registration numbers.").

6. Counsel for the LDWF informed the Special Master that the requested records are confidential and not subject to disclosure under Louisiana law. However, the LDWF will release the data to a third-party pursuant to a court order.

7. Therefore, to assist the Special Master and the Claims Administrator, the Special Master respectfully requests this Court grant the Motion allowing LDWF to release confidential license and registration data to enhance the efficiency and effectiveness of the examination and investigation of suspicious claims filed with the CSSP. Counsel for LDWF does not oppose this Motion.

8. The data also will be shared with the Claims Administrator for analysis of CSSP claims where the data may be of relevance.

                                                Respectfully submitted,

                                                ____/s/ Louis J. Freeh_____
                                                Louis J. Freeh
                                                Special Master

Dated: June 18, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, as well as by e-mail upon the following, this   18th   day of       June       , 2014:

| | |
|---|---|
| Frederick C. Whitrock | Megan Terrell |
| General Counsel | Deputy Director, Civil Division |
| Louisiana Department of Wildlife and Fisheries | Louisiana Office of the Attorney General |
| 2000 Quail Drive (70808) | 1885 North 3d St., 6th Floor |
| P.O. Box 98000 | Baton Rouge, LA 70804 |
| Baton Rouge, LA 70898-9000 | |

                                                  /s/Louis J. Freeh
                                                Louis J. Freeh