UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 Section: J |
| This Document Applies to: | : : | The Hon. Carl J. Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | The Hon. Sally Shushan |

ORDER

AND NOW upon consideration of the Special Master's unopposed Motion for Entry of Order Allowing Louisiana Department of Wildlife and Fisheries to Release Confidential License and Vessel Registration Data to the Special Master, it is hereby

ORDERED that the Special Master's Motion is GRANTED; and it is further

ORDERED that as soon as practicable the Louisiana Department of Wildlife and Fisheries provide the Special Master with all recreational hunting and fishing licenses data, commercial fishing licenses, and vessel registration data in electronic format for the period January 1, 2008 through December 31, 2011; and it is further

ORDERED that the Special Master shall maintain all information received as Confidential Claims Information pursuant to this Court's Order of June 29, 2012 (Rec. Doc. 6822), and the Special Master shall share all information received pursuant to the Order with the DHECC Claims Administration Office, all in furtherance of the Court's Order of September 6, 2013 (Rec. Doc. 11288).

Signed in New Orleans, Louisiana, this _____ day of June, 2014.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE