# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois  60654

Peter Bartoszek
To Call Writer Directly:                                    (312) 862-2000                                    Facsimile:
(312) 862-3279                                                                                                    (312) 862-2200
peter.bartoszek@kirkland.com                        www.kirkland.com

June 16, 2014

**Via Email**

The Honorable Sally Shushan
Magistrate Judge
United States District Court
500 Poydras Street, Room B345
New Orleans, Louisiana 70130

Re:      BPXP Custodial File Productions

Dear Judge Shushan:

The Court asked BPXP to report on "(1) its ability to complete custodial production for Bamfield and Bray prior to their depositions; and (2) service of the privilege log for the Bray custodial production." Rec. Doc. 13017.

As BPXP has continued processing its documents over the weekend to reflect the search terms from the U.S. counter-proposal that were ordered by the Court, BPXP has learned that a specific United States search term appears to be generating a substantial number of irrelevant hits that may extend the time required for production.  Specifically, the United States listed plc and p.l.c. as part of its "entity" search (see Exhibit 1), along with "BP America," "BP Company North America," "BP Exploration & Production," and various other entities.   "Plc" is the abbreviation for Public Limited Company.  Using this term in a search would be like searching for "Inc." or "LLP" - the search simply does not limit the results in a useful way. BPXP has come across numerous emails where the document is clearly irrelevant, but because someone on the individual has Plc in their email signature, the document falls into the review universe:

BP p.l.c.

Registered office: 1 St James's Square, London, SW1Y 4PD

Registered in England and Wales, number 102498

*This message may contain information that is privileged or confidential. If you are not the in*
*Within the bounds of law, BP plc or its subsidiary companies may retain all emails and IMs*
*for other legitimate business purpose*

Be jing     Hong Kong     Houston     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai     Washington, D.C.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
June 16, 2014
Page 2

These searches for plc are generating thousands of hits.  BPXP's current data for Mr. Bamfield shows that the plc terms themselves are generating over 2,800 documents. Many of these documents are no doubt irrelevant, and examples of such irrelevant documents that only hit on the plc entity terms are attached as Exhibit 2. Removing these terms from the United States' searches would greatly increase the likelihood that BPXP will be able to meet its target for productions and privilege logs a week before Mr. Bamfield's and Mr. Bray's depositions.  BPXP respectfully requests that the Court order the removal solely of the plc and p.l.c. search terms, highlighted on Exhibit 1.

Mr. Bray's deposition is scheduled for July 16, 2014, and Mr. Bamfield's is scheduled for July 24, 2014.  Subject to the elimination of the plc and p.l.c. search terms, BPXP expects to be able to complete its custodial productions for Messrs. Bamfield and Bray 10 and seven days prior to their depositions, respectively.  This is in line with the Court's order for Mr. Bray, and three days earlier than required by the Court for Mr. Bamfield. Rec. Doc. 12892. BPXP also expects to be able to serve privilege logs seven days prior to the depositions of these two witnesses.  This timetable represents a substantial decrease from the eight weeks that it usually takes to collect, process, review, and produce a custodial file.  If the plc and p.l.c. terms are not removed, BPXP will do its best to meet the one-week production deadline.

Respectfully submitted,

/s/ Peter Bartoszek

Peter Bartoszek

cc:        Richard Gladstein
           Steve O'Rourke
           Sarah Himmelhoch
           Abby André
           Robert C. "Mike" Brock
           J. Andrew Langan, P.C.
           Hariklia Karis, P.C.
           Mark Nomellini
           Ky Kirby
           Jim Dragna
           Thomas Lotterman

# Exhibit 1 - U.S. Search 1 and 2 "Entity Terms"

**Search 1 Entity Terms**

("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR BPA OR BPAPC OR BPCNA OR BPHNA OR BPEP OR BPXP OR "Deepwater Horizon" OR "DWH" OR GCCF OR GCRO OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization" OR (gulf w/7 spill) OR Macondo OR "p.l.c." OR plc)

**Search 2 Entity Terms**

("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR BPA OR BPAPC OR BPCNA OR BPHNA OR BPEP OR BPXP OR GCCF OR GCRO OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization" OR "p.l.c." OR plc)