# Exhibit 2.1

# Loan Markets Update & Outlook – Q1 2014

Reaching a new market floor





# Financial Markets

## Setting the Scene



# Recent Economic and Loan Market Calendar Highlights

An active first quarter with borrowers taking advantage of excellent market conditions



**RBS reopens the underwritten loan financing market in Spain -** Amadeus IT Group signed its USD 500m acquisition term loan to finance the acquisition of Newmarket. The transaction was the first underwriting in Spain since 2010.

**Amec announces its USD 3.3bn acquisition of Foster Wheeler, supported by USD 2.1bn of underwritten loan facilities** (RBS joint underwriter). The transaction marks the continuation of a trend of underwritten M&A financings in the UK, this being one of three large underwritten financings in the UK market since December 2013.

HeidelbergCement signed its EUR 3bn RCF amendment and extension (5-year tenor), achieving a **sub-100bps margin pricing for a BB+ rated credit**. All existing lenders participated in the transaction.

**RBS leads first acquisition finance in France in 2014 -** Ardian and Credit Agricole Assurances completed its acquisition facilities supporting the 75% proposed acquisition of Vinci Park (subsidiary of Vinci).

**The commodity trader sector was very active in Q1.** Several names in the space completed refinancings towards the end of Q1. RBS was a Bookrunner for Bunge's USD 1.75bn RCF, Cargill's USD 1bn RCF and Trafigura's USD 4.7bn RCF.

The market is seeing a **surge of activity in the IPO space and loan financing supporting these transactions.** The pipeline for this market is building and we anticipate further deals in Q2.

Source: RBS, Bloomberg

| 24 Jan | 31 Jan | 3 Feb | 13 Feb | 17 Feb | 25 Feb | 28 Feb | 3 Mar | 25 Mar | 31 Mar |

**Emerging Markets volatility -** concerns over market fundamentals in the EM space due to capital outflows and high debt levels. Europe remains resilient and contagion is limited.

**Janet Yellen becomes the new chair of the Federal Reserve replacing Ben Bernanke.** Yellen stated that the central bank is likely to continue to reduce asset purchases at a measured pace and the bond-buying programme is likely to end in Q3 2014.

**Eurozone records growth of 0.3% in the final quarter of 2013, the third quarter of growth since the end of an 18-month recession.** Across the EU GDP rose 0.4% in Q4. In the UK the economy grew by 0.7% in Q4, resulting in annual growth of 1.9% for 2013 - the highest rate since 2007.

**Russia and Ukraine geopolitical crisis -** Russian military occupies the Crimea in Ukraine with local referendum to support accession to Russia. The US and EU impose sanctions on a list of Russian individuals.

3



# Financial Markets in Q1 2014

## Positive start to 2014, albeit geo-political concerns remain on Ukraine/Russia

### VIX (Volatility Index) (%)



Volatility rose in early February following geopolitical tensions between Russia and Ukraine, but fell to previous levels in March

— VIX 2.46%[1]

Source: Bloomberg (01/04/14), [1] % change since Jan 2014 to Mar 2014

### Global Equity Markets Performance (%)



Equities in developed markets were relatively flat in Q1, with EM equity markets falling following macro concerns in January and the Ukraine crisis. In February the FTSE 100 reached an all-time high

— DJIA -0.72%[1]   — FTSE -2.23%[1]   — BRIC -4.98%   — ESTOXX +1.54%[1]

Source: Bloomberg (01/04/14), [1] % change since Jan 2014 to Mar 2014

### iBoxx GBP, EUR and USD Corporates (%), Western Europe



Corporate funding spreads were relatively stable in Q1 and remained at low levels across the major currencies

— EUR -0.3%[1]   — GBP +3.9%[1]   — USD -3.3%[1]

Source: RBS (01/04/14), [1] % change since Jan 2014 to Mar 2014

### iTraxx Corporates, Senior Financials, Western European Sovereigns (%)



Corporate CDS levels rose slightly in Q1 before FY 2013 results announcements, but are still relatively low. Sovereign CDS spreads in Western Europe fell significantly as macro-economic confidence continues to rise

— Corporates +14.28%[1]   — Senior Financials +5.68%   — Sovereign WE -33.91%[1]

Source: RBS (01/04/14), [1] % change since Jan 2014 to Mar 2014

**Equities continue to perform strongly in Western Europe and funding spreads remain relatively low**



# Loan Markets Update

 Loan volume (EUR) in Western Europe in Q1

 Number of deals

 Acquisition volume proportion of total (up from 13% in Q1 2013)

# Volumes Stable, Pricing Pressure Continues
We have reached a new floor in loan market pricing in Q1 2014

### European Loan Issuance Volumes (USDbn)



Source: Dealogic (01/04/14)

### Average Loan Pricing (bps)



Source: ThomsonReuters (01/04/14)

### Tenor Development (%)



Source: ThomsonReuters (01/04/14)

---

**Strong volumes in March follow a slow start to year**

- Although volumes seemingly fell in Q1 2014, a large number of transactions closed towards the end of the quarter and there is typically a degree of time lag in the market data
- January volumes were low, to an extent cannibalised by the high volume of deals that were closed in late Q4 (a common trend when Q4 volumes are high)
- Early Q2 activity has been frenetic, and we anticipate strong Q2 volumes

**Pricing reaches new floor**

- The demand/supply imbalance remains which continues to exert downward pressure on pricing terms. However, Q1 further evidenced that the rate at which prices are falling is slowing
- Pricing remained broadly unchanged in the A rated space
- Average pricing in the BBB rated space fell to its lowest level since the financial crisis, suggesting that a new floor appears to have been reached

**Tenors diverge as event-driven financing picks up**

- As the number of event-driven deals rose in Q1, the proportion of 1 and 3 year tenor transactions increased and consequently 5 year tenors fell
- Nevertheless, 5 year tenors are now the norm at most levels of the credit spectrum and in all geographies across Western Europe
- With the current eagerness of banks to lend, extensions to tenor are commonplace in the market and borrowers demand favourable terms beyond pricing



# M&A Financing Trends – Is 2014 the Return of the 'Jumbo' Deal?

- As we noted towards the end of last year, M&A volumes picked up in Europe following trends in the US. Transactions worth USD 112bn in Europe so far in 2014 are nearly 10% higher than the same period in 2013

- Corporates have more cash (available on their balance sheets) and financing is available at attractive terms. Confidence is visibly building in boardrooms with more stability in the economic environment and the resilience of equity markets

- Seven deals announced in Q1 have surpassed the 'Jumbo' USD 10bn mark worldwide, totalling in excess of USD 165bn (USD 90bn in the same period last year according to Mergermarket) – the most recent being SFR's EUR 13.5bn acquisition by Numericable with a loan financing component of EUR 5.6bn

- We have also seen a surge of activity in the IPO space and loan financing supporting these transactions in Q1. The pipeline for this market is building and we anticipate further deals in Q2

> **STOP PRESS:** *Monday, 7th April 2014 - Lafarge and Holcim, the world's two largest cement companies, agree to an all-share merger of equals with the new entity worth just under USD 60bn, marking a return of the Mega Deal*

**Average Cash Balances of Top 250 Western European Corporates (USDbn)**[*]



Average Cash Balance (USDbn)

Source: Bloomberg (08/04/2014)
* Top 250 corporates by market cap. with reported data available
Note: Sample size for reported data is currently too limited to display meaningful Q1 2014 results

**Underwritten Loan Volumes in Western Europe (RBS deals only)**



|  | 2012 | 2013 | 2014 |
|---|---|---|---|
| Number of Deals | 7 | 12 | **We expect the number of underwritten deals and associated volumes to rise again in 2014 based on Q1 deals/discussions** |
| Deal Volume (USDbn) | 12.9 | 22.3 | |

Source: RBS (01/04/14)

**M&A Volumes in Western Europe (USDbn)**



Volume (USDbn) (left axis)    Number of Deals (right axis)

Source: Dealogic (03/04/2014)



# Defragmentation of European Loan Market



- Since the sovereign crisis we saw an increasingly fragmented market in Europe

- In the past 6-12 months however, such fragmentation has started to unwind with most markets moving in the same direction, albeit at a different pace

- All countries in Western Europe have seen downward pressure on pricing in the past 1-2 years, and **we are moving to a convergence of pricing levels across the different regions**

**BBB/BBB+ Corporate Margin Pricing Differential Comparison**



November 2013 – BBB+ Spanish credit prices at 95bps margin; the first sub-100bps margin for a Southern European borrower since July 2011

February 2014 – BBB Spanish credit prices at 85bps margin (the same borrower signed its previous RCF in March 2012 at 180bps margin)

2014 – In G/A/S, Nordics, Benelux, France and UK pricing has fallen at a relatively steady rate since 2010/2011. The examples shown in the graph show price falls of c. 30-50% compared to deals signed before 2012

Source: RBS (01/04/14)



# Liquidity Analysis of Domestic and Non-domestic Banks
## Competitive landscape by jurisdiction



| Deal Nationality | | Domestic versus Non-domestic (last 12 months) | | Number of Key Domestic Players* |
|---|---|---|---|---|
| | France, Belgium & Luxembourg | 37% | 63% | 5 |
| | Germany, Austria & Switzerland | 37% | 63% | 6 |
| | Ireland** | 3% | 97% | 0 |
| | Italy | 57% | 43% | 5 |
| | Netherlands | 17% | 83% | 3 |
| | Nordics | 51% | 49% | 7 |
| | Spain & Portugal | 55% | 45% | 6 |
| | UK | 34% | 66% | 4 |

Source: Dealogic (02/04/14)

* Key Domestic Player defined as a bank domiciled in the respective geography in the top 15 ranked lenders by deal volume in the last 12 months from 1 April 2013 to 31 March 2014
** For the purposes of this analysis, RBS is not considered as a domestic bank in Ireland



# Credentials

# RBS is the Leader in the UK Loan Markets



**Brit Group**
GBP 225,000,000
Revolving Credit & LOC Facility

Bookrunner, Mandated Lead Arranger,
Facility Agent & Security Agent

April 2014
United Kingdom



**Anglo American Plc**
USD 5,000,000,000

Bookrunner & Mandated Lead Arranger

April 2014
United Kingdom



**TUI Travel PLC**
GBP 1,400,000,000
Revolving Credit and
Letter of Credit Facilities

Documentation Co-ordinator, Mandated Lead Arranger,
Facility Agent, Security Trustee & Issuing Bank

March 2014
United Kingdom



**Vodafone Group Plc**
EUR 3,880,000,000
Revolving Credit Facility

Mandated Lead Arranger,
Facility & Swingline Agent

March 2014
United Kingdom



**Smith & Nephew Plc**
USD 2,400,000,000
Revolving Credit Facility and
Term Loan

Mandated Lead Arranger

March 2014
United Kingdom



**Markit Group Holdings Ltd**
USD 1,050,000,000
Revolving Credit Facility

Bookrunner & Mandated Lead Arranger

March 2014
United Kingdom



**iCON Infrastructure**
GBP 155,000,000
Acquisition Financing

Mandated Lead Arranger,
Facility Agent & Security Trustee

March 2014
United Kingdom

**Gatwick Airport Limited**
GBP 300,000,000
Revolving Credit Facility
GBP 100,000,000
Liquidity Facility

Mandated Lead Arranger & Facility Agent

March 2014
United Kingdom



**Trafigura Beheer B.V.**
USD 4,735,000,000
Revolving Credit Facility

Bookrunner & Mandated Lead Arranger

March 2014
United Kingdom



**Amec Plc**
USD 2,160,000,000
Acquisition Facilities

Joint Underwriter, Bookrunner &
Mandated Lead Arranger

February 2014
United Kingdom



**Cape Plc**
GBP 295,000,000
Revolving Credit Facility

Bookrunner & Mandated Lead Arranger

February 2014
United Kingdom

**Interserve Plc**
GBP 400,000,000
Revolving and
Term Acquisition Facilities

Co-ordinator & Mandated Lead Arranger

February 2014
United Kingdom



## UK Bookrunner League Table (Corporate & FI)

### Q2 2013 to Q1 2014

| | Lender | Amnt (EURm) | # of issues | % of mkt |
|---|---|---|---|---|
| 1 | RBS | 5,398 | 32 | 13.3 |
| 2 | Lloyds Bank | 4,486 | 25 | 11.1 |
| 3 | BNP Paribas | 3,625 | 19 | 8.9 |
| 4 | Barclays | 3,463 | 23 | 8.5 |
| 5 | HSBC | 3,210 | 18 | 7.9 |
| 6 | Morgan Stanley | 1,851 | 5 | 4.6 |
| 7 | BAML | 1,513 | 12 | 3.7 |
| 8 | Deutsche Bank | 1,424 | 10 | 3.5 |
| 9 | ING | 1,311 | 7 | 3.2 |
| 10 | Citi | 1,289 | 9 | 3.2 |
| | Total Industry | 40,533 | 69 | 100 |

Source: Thomson Reuters (01/04/14)



**Kier Plc**
GBP 120,000,000
Revolving Credit Facility

Co-ordinator & Mandated Lead Arranger

February 2014
United Kingdom

**Lookers plc**
GBP 140,000,000
Revolving Credit Facility

Arranger, Agent & Security Trustee

February 2014
United Kingdom



**Provident Financial Plc**
GBP 382,500,000
Revolving Credit Facility

Co-ordinator, Bookrunner, Documentation Agent,
Mandated Lead Arranger & Facility Agency

January 2014
United Kingdom



**Safestore Holdings Plc**
GBP 231,200,000
EUR 70,000,000
Term Loan and
Revolving Credit Facilities
Joint Co-ordinator, Bookrunner,
Facility Agent & Security Trustee

January 2014
United Kingdom



**Shanks Group Plc**
EUR 180,000,000
Revolving Credit Facility

Bookrunner & Mandated Lead Arranger

January 2014
United Kingdom



**Smiths News Plc**
GBP 200,000,000
Term Loan and
Revolving Credit Facility

Bookrunner & Mandated Lead Arranger

January 2014
United Kingdom



**Whitbread Plc**
GBP 650,000,000
Revolving Credit Facility

Bookrunner & Mandated Lead Arranger

January 2014
United Kingdom



**Carillion Plc**
GBP 770,000,000
Revolving Credit Facility

Co-ordinator & Mandated Lead Arranger

December 2013
United Kingdom



**Belfast International Airport Limited**
GBP 32,600,000
Term Loan and Revolving Credit
Facility

Mandated Lead Arranger,
Facility Agent & Security Agent

December 2013
United Kingdom



**Halma Plc**
GBP 360,000,000
Revolving Credit Facility

Sole Coordinator, Bookrunner &
Mandated Lead Arranger

November 2013
United Kingdom



**Eversholt Rail Group**
GBP 600,000,000
Term Loan and Revolving Credit
Facilities
Joint Co-ordinator Joint Hedge Co-ordinator,
Bookrunner, Mandated Lead Arranger
& Facility Agent

November 2013
United Kingdom

**Amlin AG**
USD 280,000,000
Letter of Credit Facility

Co-ordinator, Bookrunner, Issuing Bank & Agent

November 2013
United Kingdom/
Bermuda

**Extensive coverage in the UK ensures RBS has unparalleled knowledge and experience**

11



RBS00000

# RBS is a Leader in the Loan Markets across Europe



**European Bookrunner League Table (Corporate & FI)**

**Q2 2013 to Q1 2014**

| | Lender | Amnt (EURm) | # of issues | % of mkt |
|---|---|---|---|---|
| 1 | BNP Paribas | 20,686 | 127 | 7.4 |
| 2 | Commerzbank | 16,107 | 111 | 5.8 |
| 3 | HSBC | 14,035 | 76 | 5.0 |
| 4 | **RBS** | 13,872 | 75 | 5.0 |
| 5 | Societe Generale | 13,757 | 76 | 4.9 |
| 6 | Deutsche Bank | 13,189 | 64 | 4.7 |
| 7 | UniCredit | 12,125 | 77 | 4.3 |
| 8 | Credit Agricole | 11,980 | 73 | 4.3 |
| 9 | Citi | 11,497 | 48 | 4.1 |
| 10 | Barclays | 9,927 | 51 | 3.6 |
| | Total Industry | 279,268 | 425 | 100 |

Source: Thomson Reuters (01/04/14)

**RBS has an established track record in Europe**

12



# Disclaimer

This material is issued by The Royal Bank of Scotland plc ("RBS") and is intended to provide the recipient (the "Recipient") with a summary of potential transaction structures and terms and conditions that may or may not lead to transactions being entered into between RBS and the Recipient.  Unless and until both RBS and the Recipient agree to, and sign formal written contracts, it is not intended that either RBS or the Recipient is, or will be, bound by any of these proposed terms and conditions.

This material is confidential and is intended for use only by the Recipient and its professional advisers and remains the property of RBS.  It should not be reproduced or disclosed to any other person without the consent of RBS and must be returned on request to RBS and any copies thereof destroyed.  Nothing in this document should be construed as legal, tax, regulatory, accounting or investment advice or as a recommendation or an offer by RBS to purchase securities from or sell securities to the Recipient, or to underwrite securities of the Recipient, or to extend any credit or like facilities to the Recipient, or to conduct any such activity on behalf of the Recipient.  RBS makes no representations or warranties with respect to the material, and disclaims all liability for any use the Recipient or its advisers make of the contents of the material.  However this shall not restrict, exclude, or limit any duty or liability to any person under any applicable laws or regulations of any jurisdiction which may not lawfully be disclaimed.

Any views or opinions expressed in the material (including statements or forecasts) constitute the judgement of RBS as of the date indicated and are subject to change without notice.  RBS does not undertake to update this document.  The Recipient should not rely on any representations or undertakings inconsistent with the above paragraphs.

RBS and its affiliates, connected companies, employees or clients may have an interest in financial instruments of the type described in this document and/or in related financial instruments. Such interest may include dealing in, trading, holding, or acting as market-makers in such instruments and may include providing banking, credit and other financial services to any company or issuer of securities or financial instruments referred to herein. RBS is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and Prudential Regulation Authority in the UK.

Agency agreements exist between different members of The Royal Bank of Scotland Group plc.

The Royal Bank of Scotland plc. Registered in Scotland No. 90312. Registered Office: 36 St Andrew Square, Edinburgh EH2 2YB.



# Exhibit 2.2

**NOMURA**

# The Economy Next Week

ECONOMICS

## Mind the DM-EM gap

Expect more signs of recovery in the US and euro area against weak data in the big EM economies

### CONTENTS

Forecast summary .................................................... 2

Our view in a nutshell ................................................ 3

Economic data calendar ............................................ 4

Data previews

    *United States* .................................................. 5

    *Europe* ........................................................... 7

    *Japan* ............................................................. 9

    *Asia* ............................................................... 11

    *Emerging Markets* ........................................ 12

Contacts ................................................................ 15

### THIS WEEK'S HIGHLIGHTS

**Japan: Spending before/after consumption tax hike** Demand in anticipation of the higher consumption tax seems to be in line with that of the previous consumption tax increase. We see no reason at the moment for consumers to become overly cautious in their spending activity despite the tax hike.

**United States: GDP Forecast Update** We maintain our Q2 GDP headline number at 2.7% but adjust the underlying components.

**China: Property sector overinvestment** Part 2: The correction has started. We argue the correction has been triggered by monetary policy tightening since mid-2013 and that the downtrend will continue unless policy tightening reverses into loosening. We see a rising risk of a major correction which poses a serious threat to growth this year.

**Europe: Draghi pre-announces policy easing in June (Post ECB meeting)** We continue to expect a 10bp rate cut, including a negative deposit rate.

**Indonesia: Sharp growth slowdown spells the end of policy tightening** The sharper-than-expected slowdown has significant policy implications and will likely lead to policymakers abandoning further fiscal and monetary tightening.

**Thailand: PM Yingluck removed but not entire cabinet** Political, economic, and market implications.

**Ukraine: Blowing hot and cold** The softening of Russian President Vladimir Putin's tone over Ukraine yesterday was welcome but should not be taken as definitive. Indeed, I continue to believe that Mr Putin is not about to back off from his determination to keep Ukraine from moving closer to the West.

**Global Markets Research**

9 May 2014

**Research analysts**

Global Economics

**Lewis Alexander - NSI**
lewis.alexander@nomura.com
+1 212 667 9665

**Jacques Cailloux - NIplc**
jacques.cailloux@nomura.com
+44 20 7102 2734

**Tomo Kinoshita - NSC**
tomo.kinoshita@nomura.com
+81 3 6703 1280

**Rob Subbaraman - NSL**
rob.subbaraman@nomura.com
+65 6433 6548

See Appendix A-1 for analyst certification, important disclosures and the status of non-US analysts.

# Forecast summary

| | Real GDP (% y-o-y) | | | Consumer Prices (% y-o-y) | | | Policy Rate (% end period) | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2013 | 2014 | 2015 | 2013 | 2014 | 2015 |
| Global | 2.9 | 3.3 | 3.6 | 3.3 | 3.7 | 3.6 | 3.17 | 3.46 | 3.78 |
| Developed | 1.2 | 1.9 | 2.3 | 1.4 | 1.7 | 1.5 | 0.29 | 0.28 | 0.66 |
| Emerging Markets | 4.8 | 4.7 | 4.9 | 5.2 | 5.6 | 5.7 | 6.19 | 6.70 | 6.88 |
| Americas | 2.0 | 2.2 | 2.9 | 3.5 | 4.6 | 4.4 | 2.45 | 2.93 | 3.59 |
| United States* | 1.9 | 2.3 | 3.2 | 1.5 | 1.9 | 1.5 | 0.13 | 0.13 | 0.75 |
| Canada | 2.0 | 2.2 | 2.4 | 0.9 | 1.6 | 2.0 | 1.00 | 1.00 | 1.50 |
| Latin America†† | 2.2 | 2.0 | 2.4 | 9.6 | 12.7 ↑ | 12.7 | 8.97 | 10.80 | 11.61 |
| Argentina*** | 3.0 | 0.2 | 0.1 | 26.5 | 35.0 | 38.0 | 21.69 | 30.00 | 34.00 |
| Brazil | 2.3 | 1.6 | 1.5 | 5.9 | 6.4 ↑ | 5.7 | 10.00 | 11.25 | 11.25 |
| Chile | 4.1 | 3.5 | 3.8 | 3.0 | 3.0 | 3.0 | 4.50 | 3.50 ↓ | 3.50 ↓ |
| Colombia | 4.3 | 4.5 | 4.6 | 1.9 | 3.1 ↑ | 3.0 | 3.25 | 4.00 | 4.50 |
| Mexico | 1.1 | 3.2 | 4.0 | 4.0 | 4.0 | 3.2 | 3.50 | 3.50 | 3.50 |
| Venezuela | 1.3 | -2.5 | 0.5 | 40.6 | 67.5 | 72.2 | 14.54 | 20.00 | 25.00 |
| Asia/Pacific | 5.3 | 5.3 | 5.3 | 3.5 | 3.8 | 3.8 | 4.67 | 4.83 ↓ | 4.96 |
| Japan† | 1.5 | 1.6 | 1.7 | 0.4 | 3.0 | 1.9 | 0.05 | 0.05 | 0.05 |
| Australia | 2.4 | 2.7 | 2.8 | 2.5 | 2.8 | 2.4 | 2.50 | 2.50 | 3.25 |
| New Zealand | 3.1 | 3.0 | 2.6 | 1.1 | 1.9 | 2.3 | 2.50 | 3.50 | 4.00 |
| Asia ex Japan, Aust, NZ | 6.1 | 6.1 | 6.0 | 4.2 | 4.0 | 4.2 | 5.66 | 5.80 | 5.89 |
| China | 7.7 | 7.4 | 6.8 | 2.6 | 2.8 | 3.2 | 6.00 | 6.00 | 6.00 |
| Hong Kong** | 2.9 | 3.8 | 3.0 | 4.3 | 4.2 | 4.5 | 0.40 | 0.40 | 0.55 |
| India | 4.7 | 4.8 | 5.7 | 10.1 | 8.3 | 7.2 | 7.75 | 8.25 | 8.25 |
| Indonesia | 5.8 | 5.3 ↓ | 5.8 ↓ | 6.4 | 5.6 | 6.2 | 7.50 | 7.50 ↓ | 7.50 ↓ |
| Malaysia | 4.7 | 5.4 | 4.3 | 2.1 | 3.7 | 5.2 | 3.00 | 3.50 | 4.00 |
| Philippines | 7.2 | 6.7 | 6.8 | 2.9 | 4.7 | 4.2 | 3.50 | 4.50 | 5.50 |
| Singapore** | 4.1 | 4.0 | 2.9 | 2.4 | 2.1 ↓ | 2.6 ↓ | 0.40 | 0.48 | 0.60 |
| South Korea | 3.0 | 4.0 | 4.0 | 1.3 | 2.3 | 3.3 | 2.50 | 2.75 | 3.25 |
| Taiwan | 2.1 | 3.0 | 3.5 | 0.8 | 1.0 | 2.5 | 1.88 | 1.88 | 2.13 |
| Thailand | 2.9 | 2.4 | 3.3 | 2.2 | 2.3 | 2.5 | 2.25 | 1.75 | 1.75 |
| Western Europe | 0.0 | 1.4 | 1.2 | 1.6 | 1.0 | 1.2 | 0.29 | 0.25 | 0.43 |
| Euro area | -0.4 | 1.0 | 1.0 | 1.4 | 0.8 | 1.0 | 0.25 | 0.15 | 0.15 |
| Austria | 0.4 ↑ | 1.0 | 1.4 | 2.1 | 1.6 ↑ | 1.7 ↑ | 0.25 | 0.15 | 0.15 |
| France | 0.3 | 0.6 | 0.7 | 1.0 | 1.1 ↑ | 1.0 ↑ | 0.25 | 0.15 | 0.15 |
| Germany | 0.5 | 2.3 ↑ | 1.6 | 1.6 | 1.1 | 1.2 | 0.25 | 0.15 | 0.15 |
| Greece | -3.7 | 0.1 | 1.5 | -0.9 | -1.3 ↓ | -1.3 ↓ | 0.25 | 0.15 | 0.15 |
| Ireland | -0.3 | 1.1 | 1.1 | 0.5 | 0.4 | 0.7 | 0.25 | 0.15 | 0.15 |
| Italy | -1.8 | 0.5 | 0.4 | 1.3 | 0.5 ↓ | 0.9 ↓ | 0.25 | 0.15 | 0.15 |
| Netherlands | -0.8 | 1.0 ↑ | 0.8 | 2.6 | 0.6 ↑ | 1.4 | 0.25 | 0.15 | 0.15 |
| Portugal | -1.4 | 1.3 | 1.0 | 0.4 | -0.3 | 0.2 ↑ | 0.25 | 0.15 | 0.15 |
| Spain | -1.2 | 0.8 ↑ | 0.5 | 1.5 | 0.1 | 0.4 | 0.25 | 0.15 | 0.15 |
| United Kingdom | 1.7 | 2.9 | 2.1 | 2.6 | 1.8 | 2.0 | 0.50 | 0.75 | 1.75 |
| EEMEA | 1.9 | 1.7 | 2.7 | 4.9 | 4.7 | 4.6 ↓ | 4.88 | 5.49 | 5.52 |
| Czech Republic | -0.9 | 0.4 | 1.1 | 1.4 | 0.8 | 1.8 | 0.05 | 0.05 | 1.00 |
| Hungary | 1.1 | 2.4 | 1.4 | 1.7 | 0.2 | 2.6 ↓ | 3.00 | 2.50 | 4.00 |
| Israel | 3.5 | 3.8 | 3.0 | 1.5 | 2.3 | 2.3 | 1.00 | 0.75 | 1.75 |
| Poland | 1.5 | 3.5 | 3.9 | 0.9 | 0.7 ↓ | 2.0 ↓ | 2.50 | 2.50 | 3.50 |
| Romania | 3.2 | 3.2 | 3.0 | 4.0 | 3.0 | 3.5 | 4.00 | 3.50 | 4.00 |
| South Africa | 1.9 | 2.4 | 3.0 | 5.8 | 6.2 | 6.1 | 5.00 | 6.50 | 7.50 |
| Turkey§ | 4.0 | 2.3 | 4.2 | 7.5 | 7.9 | 6.5 | 7.25 | 10.00 | 9.00 |
| Russia | 1.3 | 0.7 | 2.0 | 6.6 | 5.6 | 5.0 | 5.50 | 5.50 | 5.00 |
| Ukraine | 0.0 | 0.2 | 1.1 | -0.3 | 3.2 | 4.7 | 6.50 | 7.00 | 7.50 |

For detailed outlook tables, please see the latest *Global Economic Outlook Monthly (15 April 2014)*.
Notes: Aggregates are calculated using purchasing power parity (PPP) adjusted shares of world GDP (table covers about 84% of world GDP on a PPP basis); our forecasts incorporate assumptions on the future path of oil prices based on oil price futures, consensus forecasts and Nomura in-house analysis. Brent oil price for 2013 was $109; currently assumed Brent oil prices for 2014 and 2015 are $107 and $102, respectively. *The US policy rates in 2013 and the forecast for 2014 are midpoints of the 0-0.25% target federal funds rate range. **For Hong Kong and Singapore, the policy rate refers to 3M Hibor and 3M Sibor, respectively. ***As a proxy of the policy rate for Argentina, we are using a prime rate average. †The Japan policy rate in 2013 and the forecasts for 2014 and 2015 are midpoints of the BOJ's 0-0.10% target unsecured overnight call rate range. ††CPI forecasts for Latin America are year-on-year changes for December. §In January 2014, TCMB indicated one-week repo to be used as funding rate. Consumer prices for euro area countries are HICP measure. The numbers in bold are actuals. The ↑↓arrows signify changes from last issue.
Source: Nomura Global Economics.

# Our view in a nutshell

## United States

• Early readings of Q2 data suggest that the drag from inclement weather is waning and activity is picking up.
• Elevated levels of inventories relative to sales suggest some inventory drag on growth in coming months.
• The stable fiscal outlook should be supportive for growth over the course of the year.
• Positive business sentiment points to a rebound in business investment in coming quarters.
• We expect the FOMC's asset purchase program to come to a close sometime in autumn 2014…
• … and we expect the first rate hike to happen in Q2 2015.
• Tighter financial conditions, ongoing policy uncertainty, and the pace of global growth remain the key risks.

## Europe

• Fiscal consolidation, financial deleveraging and tight funding should result in a slower recovery than consensus expects.
• GDP performance, higher non-performing loans and rising debt trajectories remain the key euro area challenges.
• We expect the ECB to cut rates by 10bp on 5 June (refi rate to 0.15%/deposit rate to -0.10%) to counter weaker inflation projections.
• We assign a 25% probability to an asset purchase programme being announced by the ECB by year-end.
• We expect UK inflation to bounce around the ballpark of the 2% target, after reaching a trough in March 2014.
• With spare capacity rapidly disappearing, the BoE should start gradually to hike rates in November 2014.

## Japan

• We expect the economy to overcome a consumption tax drag even though growth in Q2 2014 is likely to be negative.
• We expect the core CPI to average 1.1% y-o-y (excluding the impact of VAT) in FY2015, but still well below the 2% target.
• We expect the BOJ to increase its purchasing of JGBs and some riskier assets, mainly ETFs in mid-2014.
• The main risks are yen appreciation, a worsening European debt problem and the US and China slowing.

## Asia

• We see growing economic divergences. Leaders: Korea, Malaysia, the Philippines; Laggards: Thailand, Indonesia and China.
• China: We expect growth momentum to slow in H1 and rebound in H2, as policy may ease significantly in Q2.
• Korea: We expect the BOK to hike rates by 25bp to 2.75% in December 2014, as growth and inflation should rise.
• India is at an inflection point as growth is bottoming out, macro-imbalances are correcting and a stable political regime lies ahead.
• Australia: Despite a weak economy, concerns regarding the housing market will likely keep the RBA on hold.
• Indonesia: The current account improvement is unlikely to be sustained, necessitating a continuation of a tight policy stance.

## EEMEA (Emerging Europe, Middle East and Africa) and Latin America

• South Africa: We see the early hike as a major boost to SARB credibility and expect two more hikes in 2014.
• Hungary: A real rate story for once as inflation moves higher, but bank exits and FX mortgage policy resolution the focus.
• Poland: Fiscal/political mix challenges, and with downside risks to our CPI forecast, we see the first hike in March 2015.
• Turkey: Monetary policy is moving in the right direction, but growth and inflation risks remain.
• Russia: Structural problems and delayed policy response promise continuation of economic stagnation.
• Brazil: We continue to expect sub-2% growth due to tight financial conditions and low investments.
• Mexico: Growth dependent on the expansion in US economic activity.
• Argentina: Events in the country have had knock-on effects across the region, especially for Brazil.

Case 2:10-cv-02179-CJB-DPC   Document 13034-1   Filed 06/18/14   Page 19 of 109

# Economic data calendar

*Previous, Nomura, Consensus*

| | Mon 12 May | Tue 13 May | Wed 14 May | Thu 15 May | Fri 16 May |
|---|---|---|---|---|---|
| **North America** | **US**<br>**Budget statement** (Apr)<br>$bn -36.9, n.a., 111.0 | **US**<br>**Import prices** (Apr)<br>% m-o-m 0.6, n.a., 0.4<br><br>**US**<br>**Retail sales** (Apr)<br>% m-o-m 1.2, 0.4, 0.3<br><br>**US**<br>**Business inventories** (Mar)<br>% m-o-m 0.4, n.a., 0.4 | **US**<br>**PPI final demand** (Apr)<br>% m-o-m 0.5, 0.3, 0.2<br><br>**US**<br>**PPI ex food & energy** (Apr)<br>% m-o-m 0.6, 0.1, 0.2 | **US**<br>**Consumer prices** (Apr)<br>% m-o-m 0.2, 0.3, 0.3<br><br>**US**<br>**Industrial production** (Apr)<br>% m-o-m 0.7, -0.3, 0.1<br><br>**US**<br>**Philly Fed Survey** (May)<br>Index 16.6, 16.0, 13.5 | **US**<br>**Housing starts** (Apr)<br>k 946, 980, 980<br><br>**US**<br>**Building permits** (Apr)<br>k 997, 1020, 1015<br><br>**US U of M consumer sentiment** (May-pre)<br>Index 84.1, n.a., 84.5 |
| **Europe (ex-UK)** | | **Germany ZEW index (expectations)** (May)<br>Index 43.2, 40.0, 41.0 | **Euro area**<br>**Industrial production** (Mar)<br>% m-o-m, sa 0.2, -0.4, -0.1<br><br>**France**<br>**HICP inflation** (Apr)<br>% y-o-y 0.7, 0.9, n.a. | **Euro area**<br>**GDP** (Q1-1st)<br>% q-o-q, sa 0.2, 0.4, 0.4<br><br>**Euro area**<br>**HICP inflation** (Apr-fin)<br>% y-o-y 0.7, 0.7, 0.7<br><br>**Germany**<br>**GDP** (Q1-1st)<br>% q-o-q, sa 0.4, 1.0, 0.7<br><br>**France**<br>**GDP** (Q1-1st)<br>% q-o-q, sa 0.3, 0.0, n.a.<br><br>**Italy**<br>**GDP** (Q1-1st)<br>% q-o-q, wda 0.1, 0.2, n.a. | **ECB publishes 3yr LTRO repayment amount for following week**<br><br>--------------------------<br>**Rating updates:**<br>Ireland (Moody's)<br>Belgium (Fitch)<br>Finland (DBRS) |
| **UK** | | | **BoE Inflation Report**<br><br>**LFS unemployment rate (ILO)** (Mar)<br>% 3mma 6.9, 6.8, 6.8 | | |
| **Japan** | **Current account** (Mar)<br>¥bn 612.7, 597.4, n.a.<br><br>**Current economic conditions** (Apr)<br>Index 57.9, n.a., n.a. | **M2** (Apr)<br>% y-o-y 3.5, 3.3, n.a. | **CGPI** (Apr)<br>% y-o-y 1.7, n.a., n.a. | **GDP** (Q1)<br>% q-o-q saar 0.7, 3.8, 4.2<br><br>**Tertiary industry activity index** (Apr)<br>% m-o-m -1.0, n.a., n.a. | |
| **Asia ex-Japan** | **India**<br>**CPI** (Apr)<br>% y-o-y 8.3, 8.7, 8.5<br><br>**India**<br>**Industrial production** (Mar)<br>% y-o-y -1.9, -1.4, -1.5<br><br>**Malaysia**<br>**Industrial production** (Mar)<br>% y-o-y 6.7, 6.2, 3.7 | **China Urban fixed-asset investment ytd** (Apr)<br>% y-o-y 17.6, 17.5, 17.7<br><br>**China**<br>**Industrial production** (Apr)<br>% y-o-y 8.8, 8.3, 8.9 | **India**<br>**WPI** (Apr)<br>% y-o-y 5.7, 5.9, 5.6 | **Philippines Remittance from abroad** (Mar)<br>% y-o-y 5.6, 6.5, 5.5 | **Malaysia**<br>**GDP** (Q1)<br>% y-o-y 5.1, 5.8, 5.5<br><br>**Malaysia**<br>**Current account** (Q1)<br>MYRbn 16.2, 20.0, n.a<br><br>**Hong Kong**<br>**GDP** (Q1)<br>% y-o-y 3.0, 4.0, n.a |
| **Emerging Markets** | **Russia**<br>**Trade balance** (Mar)<br>US$bn 12.4, n.a., 18.0<br><br>**Czech Republic**<br>**CPI** (Apr)<br>% y-o-y 0.2, n.a., 0.3<br><br>**Mexico**<br>**Industrial production** (Mar)<br>% y-o-y 0.7, n.a., 3.4 | **Turkey**<br>**Current account** (Mar)<br>US$bn -3.2, n.a., -3.3<br><br>**Hungary**<br>**CPI** (Apr)<br>% y-o-y 0.1, n.a., 0.2<br><br>**Israel**<br>**Trade balance** (Apr)<br>US$mn -1356, n.a., n.a. | **South Africa**<br>**Retail sales** (Mar)<br>% y-o-y 2.2, n.a., n.a.<br><br>**Poland**<br>**CPI** (Apr)<br>% y-o-y 0.7, n.a., 0.7 | **Russia**<br>**GDP** (Q1-1st)<br>% y-o-y 2.0, n.a., 0.8<br><br>**Poland**<br>**GDP** (Q1-1st)<br>% y-o-y 2.7, n.a., 3.1<br><br>**Chile**<br>**Monetary policy mtg** (May)<br>% 4.00, 4.00, 4.00 | **Brazil Economic activity index** (Mar)<br>% m-o-m 0.2, n.a., n.a. |

**Sun 18 May:** Greece - Local elections (1st round)

Sources for events and consensus forecasts: Bloomberg, Reuters.

# United States | Data preview

## The week ahead

*We will look for a continued rebound in retail and construction activity to start off Q2 and optimistic manufacturing sentiment in regional surveys in May.*

**US Budget (Monday):** Spending cuts, greater tax revenues and stronger economic growth have been supportive in narrowing the deficit. With the reduced level of government spending continuing into fiscal year 2014, the deficit should continue to fall. In fact, the deficit thus far for FY 14 is $187bn smaller than the deficit during the same period last year. Consensus expects a budget surplus of $111.0bn in April.

**Weekly chain store sales (Tuesday):** Same store sales were mixed in the most recent week as rainy weather slowed foot traffic in the East, but pleasant weather supported consumer activity in other regions. Going forward, Mother's Day and Memorial Day should help boost sales.

**Import prices (Tuesday):** Import prices posted another strong monthly gain in March primarily due to jumps in food and beverage, and industrial supplies prices. However, import prices continued to decline on a year-on-year basis, as inflationary pressures from abroad remain benign. Consensus expects import prices to increase by 0.4% m-o-m in April.

**Retail sales (Tuesday):** A decline in vehicle sales in April should put downward pressure on headline retail sales which jumped by 1.2% in March. On the whole, we forecast a 0.4% increase in headline sales. Since improved weather conditions continued into April, we expect to see a continued rebound in core retail sales and forecast a 0.5% increase in control retail sales (sales excluding gasoline stations, autos, and building materials). We expect higher seasonal retail gasoline prices in April to put upward pressure on sales. Therefore, we expect sales excluding autos to increase by 0.7%.

**Lewis Alexander - NSI**
lewis.alexander@nomura.com
+1 212 667 9665

**Aichi Amemiya - NSI**
aichi.amemiya@nomura.com
+1 212 667 9347

**Joseph Song - NSI**
joseph.song@nomura.com
+1 212 667 2415

**Roiana Reid - NSI**
roiana.reid@nomura.com
+1 212 298 4221

**Fig. 1: Forecasts for economic indicators released during the week of 12 May**

| Monday 12 May | Units | Period | Prev 2 | Prev 1 | Last | Nomura | Consensus |
|---|---|---|---|---|---|---|---|
| 14.00   Budget statement | $bn | Apr | -10.3 | -193.5 | -36.9 | n.a. | 111.0 |
| **Tuesday 13 May** | | | | | | | |
| 8.30   Import prices | % m-o-m | Apr | 0.4 | 0.9 | 0.6 | n.a. | 0.4 |
| 8.30   Import prices ex-petroleum | % m-o-m | Apr | 0.5 | 0.1 | 0.6 | n.a. | n.a. |
| 8.30   Retail sales | % m-o-m | Apr | -0.9 | 0.8 | 1.2 | 0.4 | 0.3 |
| 8.30   Retails sales ex-autos | % m-o-m | Apr | -0.5 | 0.4 | 0.7 | 0.7 | 0.5 |
| 8.30   Retails sales "control" | % m-o-m | Apr | -0.9 | 0.5 | 0.8 | 0.5 | 0.5 |
| 10.00   Business inventories | % m-o-m | Mar | 0.5 | 0.4 | 0.4 | n.a. | 0.4 |
| **Wednesday 14 May** | | | | | | | |
| 7.00   Mortgage applications | % w-o-w | 9-May | -3.3 | -5.9 | 5.3 | n.a. | n.a. |
| 8.30   PPI final demand | % m-o-m | Apr | 0.2 | -0.1 | 0.5 | 0.3 | 0.2 |
| 8.30   PPI ex food and energy | % m-o-m | Apr | 0.2 | -0.2 | 0.6 | 0.1 | 0.2 |
| **Thursday 15 May** | | | | | | | |
| 8.30   Initial jobless claims | 000s | 10-May | 330 | 345 | 319 | n.a. | n.a. |
| 8.30   Consumer prices | % m-o-m | Apr | 0.1 | 0.1 | 0.2 | 0.3 | 0.3 |
| 8.30   Core CPI | % m-o-m | Apr | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 |
| 8.30   Empire State survey | Index | May | 4.5 | 5.6 | 1.3 | 6.0 | 7.0 |
| 9.15   Industrial production | % m-o-m | Apr | -0.2 | 1.2 | 0.7 | -0.3 | 0.1 |
| 9.15   Capacity utilization | % | Apr | 78.1 | 78.8 | 79.2 | n.a. | 79.1 |
| 10.00   Philly Fed Survey | Index | May | -6.3 | 9.0 | 16.6 | 16.0 | 13.5 |
| 10.00   NAHB housing market index | Index | May | 46 | 46 | 47 | 49 | 49 |
| **Friday 16 May** | | | | | | | |
| 8.30   Housing starts | 000s | Apr | 903 | 920 | 946 | 980 | 980 |
| 8.30   Housing starts | % m-o-m | Apr | -11.8 | 1.9 | 2.8 | 3.6 | 3.6 |
| 8.30   Building permits | 000s | Apr | 945 | 1014 | 997 | 1020 | 1015 |
| 8.30   Building permits | % m-o-m | Apr | -4.6 | 7.3 | -1.7 | 2.3 | 1.8 |
| 9.55   U of M consumer sentiment | Index | May-pre | 81.6 | 80.0 | 84.1 | n.a. | 84.5 |

Note: Eastern Daylight Savings Time (EDT). Source: Bloomberg, Haver Analytics, Nomura

***Business inventories (Tuesday):*** Inventories at manufacturers, and wholesalers continued to increase in February, but remained unchanged at retailers, leading to an overall 0.4% increase in business inventories. Manufacturers' inventories rose by only 0.1% in March and suggest that we might see overall slower inventory growth. However, consensus expects another solid 0.4% rise in inventories in March. We expect the pace of inventory building to continue to slow in the second quarter of this year.

***Producer prices (Wednesday):*** Producer prices jumped by 0.5% in March due to a jump in services prices and foods prices.  Another sizable increase in prices received by farmers (most likely due to drought conditions in some regions) should put upward pressure on producer prices in April. Thus, we expect the producer prices final demand index to rise by 0.3% in April. We forecast that "core" prices (ex-food and energy goods) will advance 0.1% after rising by 0.6% in March.

***Initial jobless claims (Thursday):*** Initial jobless claims have been volatile for the past month because of the Easter holiday. We expect claims to return to the 320k range once the volatility subsides.

***CPI (Thursday):*** We expect higher farm prices and seasonally adjusted gas prices to prop up headline CPI in April. Thus, we expect the headline CPI to increase by 0.3% (2.0% y-o-y) and we forecast another trend-like 0.1% (1.7% y-o-y) rise in core CPI.

***Empire State survey (Thursday):*** The Empire State survey was one of the few business surveys which deteriorated in April. With the headline index in this survey yet to recover from effects of the inclement weather, we expect to finally see a rebound in manufacturing sentiment in May. Thus, we forecast an increase in the headline index to 6.0 in May, from 1.3 in April.

***Industrial production (Thursday):*** Industrial production showed solid growth in March, and was broadly positive across industries. Based on the BLS's account of aggregate hours worked, we expect mining and manufacturing production (excluding vehicles) to remain unchanged in April. In contrast, we expect to see a rebound in vehicle production which declined in the prior month. Lastly, utilities production should decline as temperatures were warmer than usual in April, reducing the demand for energy consumption. Therefore, we expect that industrial production will fall by 0.3% in April.

***Philly Fed survey (Thursday):*** The Philly Fed business survey's headline index jumped to double digits in April. In addition, a key indicator of future activity within the survey, the new orders sub-index, jumped to a six month high and provides support for manufacturing activity in May. Thus, we expect the index to remain elevated at 16.0 in May.

***NAHB housing index (Thursday):*** This measure of homebuilder sentiment failed to rebound in March and April after falling precipitously in February by 10 points to 46, as the inclement weather and other headwinds slowed housing activity. The rise in mortgage applications for home purchases thus far in May, consistent increases in construction employment in recent months and better weather all provide support for the index. Thus, we expect a small increase in the index to 49 in May.

***Housing starts (Friday):*** Housing starts have been hampered by weather early in the year and continue to be constrained by less favorable affordability and supply issues. We believe housing demand remains steady and expect to see some bounce back in construction activity in April. We forecast that starts increased by 3.6% to an annualized rate of 980k. We expect building permits to increase by 2.3% to an annualized 1020k.

***University of Michigan consumer sentiment (Friday):*** The monthly profile of consumer sentiment in Q1 painted a picture of steady optimism despite the inclement weather and high energy costs, and jumped by over four points in April. Steady improvement in consumer sentiment should provide support to consumer spending going forward. Consensus expects this sentiment index to increase slightly to 84.5 in early May from 84.1 in April.

# Europe | Data preview

## The week ahead

*Euro area Q1 GDP, the UK labour market report and the BoE's Inflation Report are the main data release highlights this week.*

**Germany ZEW index (Tuesday):** We expect the German ZEW economic expectations index to decline for the fifth-consecutive month in May, to 40.0 from 43.2 in April. Although survey indicators of April (such as Ifo and PMIs) have been encouraging, the stock market index (DAX index) was broadly unchanged over last month's survey period. Furthermore, continued euro appreciation and geopolitical tensions may also dampen investors' expectations. Nonetheless, we expect the current conditions index to hold up well and the decline in expectations has started from a very elevated level (with the December 2013 ZEW index the highest level since mid-2006 at 62.0).

**Euro area industrial production (Wednesday):** We expect euro area industrial production to decline 0.4% m-o-m after rising 0.2% m-o-m in February, mainly based on already-published national IP data (Germany: -0.2%; France: -0.7%; Spain: -0.5%). If this materialises, euro area IP will have grown by 0.3% in Q1, slightly lower than Q4 growth in the sector (0.5%).

**UK labour market report (Wednesday):** The LFS unemployment rate unexpectedly declined sharply in February and we expect another small move down to 6.8% in March. Jobless claims fell by 0.1pp in March and the surveys all indicate brisk employment growth. Indeed, we expect employment growth to pick up to 295k 3m-o-3m in March and for jobless claims to fall 28k in April. Wage growth also appears to be turning for the better, at least at the headline level, which we expect to rise by another 0.4 percentage points to 2.1% y-o-y 3mma (requiring flat m-o-m growth absent revisions).

**BoE Inflation Report (Wednesday):** Spare capacity has continued to be used up, but the extent since February has been less startling than with previous *Inflation Reports*. We expect the MPC to emphasise the dependence of its policy response to these developments, grounded in its focus on the medium-term inflation outlook rather than the current subdued prints. It is likely to roughly endorse the market curve while reserving the option to move slightly earlier. See *Inflation Report preview* (8 May 2014), for details.

**Euro area Q1 GDP (Thursday):** We expect euro area GDP to grow 0.4% q-o-q in Q1 after rising 0.2% previously. This mainly reflects robust activity in Germany, where we look for strong growth of 1.0% q-o-q (the highest in three years and up from 0.4% in Q4), largely owing to the positive effects of mild weather on construction activity and robust manufacturing sector growth. In the rest of the region, growth looks modest. In particular, our country indicators currently track French GDP growth of 0.0% q-o-q in Q1 (from 0.3% previously), with activity dampened by weak consumption following the January VAT hike. In Italy, we expect GDP growth to modestly improve to 0.2% q-o-q in Q1 (from 0.1% q-o-q in Q4). This reflects the expansion in industrial output and some improvement in the service sector. We expect Dutch GDP to rise 0.1% q-o-q in Q1 after strong growth of 0.9% in Q4, largely owing to a payback in investment. For more please see *Euro area Q1 GDP Tracker: still on course for 0.4% q-o-q* (14 March 2014),

**Nick Matthews - NIplc**
nick.matthews@nomura.com
+44 20 7102 5126

**Philip Rush - NIplc**
philip.rush@nomura.com
+44 20 7102 9595

**Stella Wang - NIplc**
wei.wang@nomura.com
+44 20 7102 0599

**Fig. 2: Forecasts for economic indicators released during the week of 12 May**

| Monday 12 May | | | Units | Period | Prev 2 | Prev 1 | Last | Nomura | Consensus |
|---|---|---|---|---|---|---|---|---|---|
| | Germany | Chancellor Merkel speaks at EU Parliamentary election rally in Eisenach (16:00) and Naumburg (18:00) | | | | | | | |
| **Tuesday 13 May** | | | | | | | | | |
| | Euro area | ECB Lautenschläger and Bundesbank President Weidmann speak in Frankfurt | | | | | | | |
| 9.00 | Italy | HICP inflation | %y-o-y | Apr-fin | 0.4 | 0.3 | 0.6 | 0.6 | n.a. |
| 10.00 | Germany | ZEW index (economic expectations) | Index | May | 55.7 | 46.6 | 43.2 | 40.0 | 41.0 |
| 11.00 | Portugal | HICP inflation | %y-o-y | Apr | 0.1 | -0.1 | -0.4 | n.a. | n.a. |
| **Wednesday 14 May** | | | | | | | | | |
| | Euro area | Welt Mopnetary Conference (speakers include EC Rehn, ECB Mersch and Bundesbank Weidmann) | | | | | | | |
| | Germany | Chancellor Merkel speaks at EU Parliamentary election rally in Wittenberg (16:00) and Berlin (18:00) | | | | | | | |
| | Germany | FM Schäuble speaks at EU Parliamentary election rally in Gifhorn (15:00) and Stadthagen (18:00) | | | | | | | |
| | Finland | Advance voting for European Parliament elections (to 20 May) | | | | | | | |
| 7.00 | Germany | HICP inflation | %m-o-m, nsa | Apr-2nd | 0.5 | 0.3 | -0.3 | -0.3 | n.a. |
| 7.00 | Germany | HICP inflation | %y-o-y | Apr-2nd | 1.0 | 0.9 | 1.1 | 1.1 | n.a. |
| 7.00 | Germany | Consumer price index | %m-o-m, nsa | Apr-2nd | 0.5 | 0.3 | -0.2 | -0.2 | -0.2 |
| 7.00 | Germany | Consumer price index | %y-o-y | Apr-2nd | 1.2 | 1.0 | 1.3 | 1.3 | 1.3 |
| 7.45 | France | HICP inflation | %m-o-m, nsa | Apr | -0.6 | 0.6 | 0.5 | 0.1 | n.a. |
| 7.45 | France | HICP inflation | %y-o-y | Apr | 0.8 | 1.1 | 0.7 | 0.9 | n.a. |
| 7.45 | France | Consumer price index | %m-o-m, nsa | Apr | -0.6 | 0.6 | 0.4 | 0.0 | n.a. |
| 7.45 | France | Consumer price index | %y-o-y | Apr | 0.7 | 0.9 | 0.6 | 0.8 | n.a. |
| 7.45 | France | CPI ex-tobacco | Index | Apr | 125.04 | 125.71 | 126.29 | 126.33 | n.a. |
| 8.00 | Spain | HICP inflation | %m-o-m, nsa | Apr | -1.8 | -0.1 | 1.6 | 0.6 | 0.6 |
| 8.00 | Spain | HICP inflation | %y-o-y | Apr-2nd | 0.1 | -0.2 | 0.3 | 0.3 | 0.3 |
| 8.00 | Spain | Consumer price index | %m-o-m, nsa | Apr | -1.3 | 0.0 | 0.2 | n.a. | 0.9 |
| 8.00 | Spain | Consumer price index | %y-o-y | Apr-2nd | 0.0 | -0.1 | 0.4 | n.a. | 0.4 |
| 9.30 | UK | LFS unemployment rate (ILO) | %3mma | Mar | 7.2 | 7.2 | 6.9 | 6.8 | 6.8 |
| 9.30 | UK | Jobless claims change | k | Apr | -33.9 | -37.0 | -30.4 | -28.0 | -30.0 |
| 9.30 | UK | Claimant count rate | % | Apr | 3.6 | 3.5 | 3.4 | 3.3 | 3.3 |
| 9.30 | UK | Average weekly earnings ex-bonus | %y-o-y, 3mma | Mar | 1.0 | 1.2 | 1.4 | 1.5 | 1.5 |
| 9.30 | UK | Average weekly earnings inc-bonus | %y-o-y, 3mma | Mar | 1.2 | 1.4 | 1.7 | 2.1 | 2.1 |
| 9.30 | Italy | General government debt | €bn | Mar | 2069.2 | 2089.7 | 2107.2 | n.a. | n.a. |
| 10.00 | Euro area | Industrial production | %m-o-m, sa | Mar | -0.3 | 0.0 | 0.2 | -0.4 | -0.1 |
| 10.30 | UK | BoE Inflation Report | | | | | | | |
| **Thursday 15 May** | | | | | | | | | |
| | Portugal | Bank of Portugal's Financial Report | | | | | | | |
| 6.30 | France | GDP | %q-o-q, sa | Q1-1st | 0.6 | -0.1 | 0.3 | 0.0 | n.a. |
| 6.30 | France | GDP | %y-o-y | Q1-1st | 0.5 | 0.3 | 0.8 | 0.8 | n.a. |
| 7.00 | Germany | GDP | %q-o-q, sa | Q1-1st | 0.7 | 0.3 | 0.4 | 1.0 | 0.7 |
| 7.00 | Germany | GDP | %y-o-y, wda | Q1-1st | 0.5 | 0.6 | 1.4 | 2.4 | 2.2 |
| 8.00 | Austria | GDP | %q-o-q, sa | Q1 | 0.0 | 0.2 | 0.3 | 0.3 | n.a. |
| 8.30 | Netherlands | GDP | %q-o-q, sa | Q1-1st | 0.1 | 0.3 | 0.9 | 0.1 | n.a. |
| 8.30 | Netherlands | Unemployment rate | % | Apr | 8.6 | 8.8 | 8.7 | n.a. | n.a. |
| 9.00 | Italy | GDP | %q-o-q, wda | Q1-1st | -0.3 | -0.1 | 0.1 | 0.2 | n.a. |
| 9.00 | Italy | GDP | %y-o-y, wda | Q1-1st | -2.1 | -1.9 | -0.9 | -0.1 | n.a. |
| 9.00 | Euro area | ECB Monthly bulletin | | | | | | | |
| 9.30 | Portugal | GDP | %q-o-q, sa | Q1-1st | 1.1 | 0.3 | 0.6 | n.a. | n.a. |
| 10.00 | Euro area | GDP | %q-o-q, sa | Q1-1st | 0.3 | 0.1 | 0.2 | 0.4 | 0.4 |
| 10.00 | Euro area | GDP | %y-o-y | Q1-1st | -0.6 | -0.3 | 0.5 | 1.0 | 1.1 |
| 10.00 | Euro area | HICP inflation | %m-o-m, nsa | Apr | 0.3 | 0.9 | 0.2 | 0.2 | 0.2 |
| 10.00 | Euro area | HICP inflation | %y-o-y | Apr-fin | 0.7 | 0.5 | 0.7 | 0.7 | 0.7 |
| 10.00 | Euro area | HICP inflation - core | %y-o-y | Apr-fin | 1.0 | 0.7 | 1.0 | 1.0 | 1.0 |
| 10.00 | Euro area | HICP ex-tobacco | Index | Apr | 115.93 | 116.28 | 117.39 | 117.59 | n.a. |
| 10.00 | Greece | GDP | %y-o-y, nsa | Q1-1st | -4.0 | -3.2 | -2.3 | n.a. | n.a. |
| 14.00 | Belgium | Trade balance | €mn | Mar | -989.5 | -1061.4 | -335.0 | n.a. | n.a. |
| **Friday 16 May** | | | | | | | | | |
| 7.45 | France | Nonfarm payrolls | %q-o-q | Q1-pre | -0.2 | -0.1 | 0.1 | n.a. | n.a. |
| 8.00 | Austria | HICP inflation | %y-o-y | Apr | 1.5 | 1.5 | 1.4 | n.a. | n.a. |
| 10.00 | Euro area | Trade balance | €bn, sa | Mar | 14.7 | 13.9 | 15.0 | n.a. | n.a. |
| 11.00 | Euro area | ECB publishes 3yr LTRO repayment amount for following week | | | | | | | |
| **Saturday 17 May** | | | | | | | | | |
| | Germany | Chancellor Merkel speaks at EU Parliamentary election rally in Neumuenster (10:00) and Hamburg (12:00) | | | | | | | |
| **Sunday 18 May** | | | | | | | | | |
| | Greece | Local elections (1st round) | | | | | | | |

Note: London times.
Source: Bloomberg, Reuters and Nomura Global Economics.

# Japan | Data preview

## The week ahead

*We forecast real annualized GDP growth of 3.8% q-o-q in the first set of preliminary estimates for Q1 2014, a major acceleration from the 0.7% recorded in Q4 2013.*

**Minoru Nogimori - NSC**
minoru.nogimori@nomura.com
+81 3 6703-1287

**Kohei Okazaki - NSC**
kohei.okazaki@nomura.com
+81 3 6703 1291

***April 2014 Economy Watchers Survey (Monday):*** We forecast a sharp decline for the current conditions DI and a rise for the future conditions DI in the April survey. April was when the consumption tax rate was hiked from 5% to 8% and there is likely to have been a fallback from rushed demand in March ahead of the tax increase. With the future conditions DI having already fallen sharply in the March survey (down 5.3 at 34.7), we think the current conditions DI in the April survey will be in line with a sharp decline. Meanwhile, we think the future conditions DI in the April survey will likely rise as this DI is based on the outlook for business sentiment three months out starting from April.

We expect attention to focus on the degree of recovery in the future conditions DI for gauging the recovery after the consumption tax hike. Few data are currently available for giving an indication of how the future conditions DI in the April survey might recover, but on a positive note the business expectations index in the April Japan Services PMI maintained its previous trend. The business expectations index involves corporations forecasting whether corporate business activity in 12 months' time will increase or contract. We therefore need to be aware that it is based on a longer timeframe than the future conditions DI, which gauges conditions just three months ahead, but we think it suggests that corporations have probably not suddenly taken a severe stance on the economic outlook based on sales in April. Share prices and the USD/JPY were broadly the same at end-April as at end-March, so we think there is little possibility that financial markets had a major impact on sentiment in the Economy Watchers Survey. Based on the above, we forecast a sharp decline in the April current conditions DI, but a rise in the future conditions DI.

***First set of preliminary estimates for Q1 2014 real GDP (Thursday):*** We forecast real annualized GDP growth of 3.8% q-o-q in the first set of preliminary estimates for Q1 2014, a major acceleration from the 0.7% recorded in Q4 2013. We think growth was strong because of the boost from rushed demand ahead of the consumption tax, and look for healthy growth in consumer spending of 2.2% (this and subsequent figures are real unless otherwise stated). This is in line with the increase of 2.1% in Q1 1997, when there was rushed demand ahead of the previous hike in the consumption tax. Consumer spending had been healthy anyway, but we look for it to have strengthened further. We expect growth in housing investment to have slowed sharply to 1.0% in Q1 2014 from 4.1% in Q4 2013. The consumption tax had been applied to housing at the 5% rate for contracts made up to September 2013, half a year before the hike in the tax, resulting in rushed demand appearing earlier than was the case for consumer spending, and that impact appears to be gradually dissipating at present. For capex, we estimate relatively strong growth of 2.4% q-o-q. We think healthy capex reflects demand ahead of the consumption tax hike, such as strong growth of 7.5% q-o-q in capital goods shipments in industrial production index data.

Meanwhile, we look for private-sector inventory investment to have fallen sharply in response to the increase in rushed demand, making a comparatively large negative contribution of 0.3pp q-o-q to GDP growth. We expect public works investment, which provided support to the Japanese economy throughout 2013, to decline 1.9% q-o-q, a turnaround from growth of 2.1% in Q4 2013. We estimate growth of 1.8% and 4.6% q-o-q for exports and imports, respectively. We look for external demand to push down real GDP growth by 0.6pp, supporting the view that import growth substantially exceeded export growth as a result of strong demand in Japan.

In our view, GDP is bound to fall q-o-q in Q2 2014 as consumer spending falls in reaction to rushed demand in Q1. However, we think the negative impact of the consumption tax hike will be eased by public works investment picking up again as the FY13 supplementary budget is implemented and exports recover on a rebound in the US economy, and project a return to q-o-q GDP growth in Q3 2014.

**Fig. 3: Forecasts for economic indicators released during the week of 12 May**

| Monday 12 May | | Units | Period | Prev 2 | Prev 1 | Last | Nomura | Consensus |
|---|---|---|---|---|---|---|---|---|
| 8.50 | Current account | ¥bn | Mar | -679.9 | -1589.0 | 612.7 | 597.4 | n.a. |
| 14.00 | Current economic conditions | Index | Apr | 54.7 | 53.0 | 57.9 | n.a. | n.a. |
| **Tuesday 13 May** | | | | | | | | |
| 8.50 | M2 | % y-o-y | Apr | 4.3 | 4.0 | 3.5 | 3.3 | n.a. |
| **Wednesday 14 May** | | | | | | | | |
| 8.50 | CGPI | % y-o-y | Apr | 2.4 | 1.8 | 1.7 | n.a. | n.a. |
| **Thursday 15 May** | | | | | | | | |
| 8.50 | Real GDP | % q-o-q annlzd | Q1-fir | 4.1 | 0.9 | 0.7 | 3.8 | 4.2 |
| 8.50 | Index of tertiary industry activity | % m-o-m | Mar | -0.1 | 1.6 | -1.0 | n.a. | n.a. |
| 14.00 | Consumer confidence index | Index | Apr | 40.3 | 38.5 | 37.5 | n.a. | n.a. |
| **Friday 16 May** | | | | | | | | |
| | No indicators | | | | | | | |

Note: Tokyo times.
Source: Cabinet Office, Ministry of Economy, Trade, and Industry, BOJ, and Nomura Global Economics.

# Asia | Data preview

## The week ahead

*The big event is India's election results. On the data front we expect a slew of weaker China data, higher inflation in India and solid GDP reports in Hong Kong and Malaysia.*

Lavanya Venkateswaran - NSL
lavanya.venkateswaran@nomura.com
+65 6433 6985

**China:** We expect industrial production growth to slow to a 60-month low of 8.3% y-o-y in April, as the correction in the property market spills over to the rest of the economy and tight credit conditions weigh on manufacturing industries. Consistent with this, fixed asset investment growth is likely to slow further in April, mainly driven by weakening property investment. Retail sales growth should remain flat at 12.2% y-o-y in April. M2 money supply growth should remain near a record low, while the growth rates of new RMB loans and total social financing are likely to fall in April after rebounding in March.

**India:** Food prices have risen in April partly due to a seasonal rise in fruit and vegetable prices, but also due to the unseasonable winter rains, which have pushed up the price of sugar and pulses. This, together with a slightly adverse base effect, should lift headline CPI inflation to 8.7% y-o-y in April from 8.3%. We expect industrial production to contract by 1.4% y-o-y in March, albeit at a slower pace than in February (-1.9%), reflecting continued weakness in investment and consumption. On the external front, with the advanced economies recovering, export growth should rise in April. Even though weak domestic demand should keep import growth subdued, we expect a seasonal widening of the trade deficit. Lastly, the Lok Sabha election exit polls are on 12 May and the results on 16 May. Our baseline is for the BJP-led National Democratic Alliance (NDA) to win over 220 seats, with a 50% probability. In our view, markets are positioned for a solid NDA victory, with expectations of around 240 seats. Hence, an NDA win of around 250 seats would be a positive surprise, while less than 230 seats would be a disappointment.

**Malaysia:** Due to solid export growth in Q1 and robust private domestic demand, we expect Q1 GDP to rise to 5.8% y-o-y from 5.1% in Q4. The current account surplus should widen further in Q1, helped by solid exports and fiscal consolidation.

**Singapore:** In line with regional peers, we expect exports to improve in April, but remain weak nonetheless, highlighting domestic economic constraints.

**Hong Kong:** GDP growth should rise to 4.0% y-o-y in Q1, buoyed by high property prices, low unemployment, and large-scale infrastructure and public-housing works.

**Fig. 4: Forecasts for economic indicators released during the week of 12 May**

| Sometime in the week | | | Units | Period | Prev 1 | Prev 2 | Last | Nomura | Consensus |
|---|---|---|---|---|---|---|---|---|---|
| | India | Exports | % y-o-y | Apr | 3.8 | -3.7 | -3.1 | 0.4 | n.a |
| | China | Money supply, M2 | % y-o-y | Apr | 13.2 | 13.3 | 12.1 | 12.2 | 12.2 |
| | China | New RMB loans | RMBbn | Apr | 1320 | 645 | 1050 | 800 | 800 |
| | China | Total social financing | RMBtrn | Apr | 2597 | 936 | 2071 | 1450 | 1475 |
| **Monday 12 May** | | | | | | | | | |
| | India | India exit polls | | | | | | | |
| | India | Consumer price index | % y-o-y | Apr | 8.8 | 8.0 | 8.3 | 8.7 | 8.5 |
| 12.01 | Malaysia | Industrial production | % y-o-y | Mar | 5.1 | 3.5 | 6.7 | 6.2 | 3.7 |
| 20.00 | India | Industrial production | % y-o-y | Mar | -0.2 | 0.8 | -1.9 | -1.4 | -1.5 |
| **Tuesday 13 May** | | | | | | | | | |
| 13.30 | China | Urban fixed-asset investment (ytd) | % y-o-y | Apr | 19.6 | 17.9 | 17.6 | 17.5 | 17.7 |
| 13.30 | China | Retail sales | % y-o-y | Apr | 11.8 | 11.8 | 12.2 | 12.2 | 12.2 |
| 13.30 | China | Industrial production | % y-o-y | Apr | 8.6 | 8.6 | 8.8 | 8.3 | 8.9 |
| **Wednesday 14 May** | | | | | | | | | |
| 07.00 | S. Korea | Unemployment rate | % sa | Apr | 3.2 | 3.9 | 3.5 | 3.4 | 3.4 |
| 14.30 | India | Wholesale price index | % y-o-y | Apr | 5.2 | 4.7 | 5.7 | 5.9 | 5.6 |
| **Thursday 15 May** | | | | | | | | | |
| | Philippines | Remittance from abroad | % y-o-y | Mar | 10.0 | 5.9 | 5.6 | 6.5 | 5.5 |
| 13.00 | Singapore | Retail sales (value) | % y-o-y | Mar | -5.5 | 0.1 | -9.5 | 0.2 | -3.0 |
| **Friday 16 May** | | | | | | | | | |
| | India | Lok Sabha election results | | | | | | | |
| 08.30 | Singapore | Non-oil domestic exports | % y-o-y | Apr | -3.3 | 8.9 | -6.6 | -3.8 | -3.2 |
| 16.30 | Hong Kong | Real GDP | % y-o-y | 1Q | 3.1 | 2.8 | 3.0 | 4.0 | n.a |
| 18.00 | Malaysia | Current account balance | MYRbn | 1Q | 2.6 | 9.8 | 16.2 | 20.0 | n.a |
| 18.00 | Malaysia | Real GDP | % y-o-y | 1Q | 4.4 | 5.0 | 5.1 | 5.8 | 5.5 |

Source: Note: Hong Kong times. Source: Bloomberg; Reuters and Nomura Global Economics

# Emerging Markets | Data preview

## The week ahead

*We have inflation and growth numbers across Eastern Europe, as well as a rate meeting in Chile.*

***Poland – GDP growth (Thursday):*** We have revised up our forecast for GDP growth to 3.5% for 2014 (from 2.8%) and up to 3.9% in 2015 from 3.6%. Our forecast of 4.0% for 2016 is unchanged, as is our medium-run potential growth estimate. The breakdown shows a continued recovery in Q4, but still on soft foundations. We expect a continued, albeit slow, turnaround in the labour market, supporting further growth in consumption. Lower inflation for longer and some moderate credit growth are still key factors, in our opinion. The turnaround in investment, however, should be more pronounced as off-balance sheet investment funds hit actual output in H1. We maintain our 0.5 percentage point addition to growth from these facilities for 2014. The main risk we see is the drag from Russia/Ukraine tensions, which could have serious downside implications for growth if gas supply is disrupted or if Russia makes additional military moves into east Ukraine, which would hamper the recovery in Polish domestic sentiment.

**Peter Attard Montalto - Nlplc**
peter.am@nomura.com
+44 20 7102 8440

**Tanuja Gupta - NSI**
Tanuja.Gupta@nomura.com
+1 212 667 1072

**Fig. 5: Forecasts for economic indicators released during the week of 12 May**

| Monday 12 May | | | | Period | Prev 2 | Prev 1 | Last | Nomura | Survey |
|---|---|---|---|---|---|---|---|---|---|
| 8.00 | Czech Republic | CPI | % y-o-y | Apr | 0.2 | 0.2 | 0.2 | | 0.3 |
| 8.00 | Romania | CPI | % y-o-y | Apr | 1.1 | 1.1 | 1.0 | | n.a. |
| 14.00 | Mexico | Industrial production | % y-o-y | Mar | -0.3 | 0.8 | 0.7 | | 3.4 |
| | Russia | Trade balance | USD bn | Mar | 17.1 | 18.9 | 12.4 | | 18 |
| **Tuesday 13 May** | | | | | | | | | |
| 8.00 | Turkey | Current account | USD bn | Mar | -8.4 | -4.9 | -3.2 | | -3.3 |
| 8.00 | Hungary | CPI | % y-o-y | Apr | 0.0 | 0.1 | 0.1 | | 0.2 |
| 11.00 | Israel | Trade balance | USD mn | Apr | -1464 | -917 | -1356 | | n.a. |
| **Wednesday 14 May** | | | | | | | | | |
| 12.00 | South Africa | Retail sales | % y-o-y | Mar | 2.7 | 6.4 | 2.2 | | n.a. |
| 13.00 | Poland | CPI | % y-o-y | Apr | 0.5 | 0.7 | 0.7 | | 0.7 |
| **Thursday 15 May** | | | | | | | | | |
| 8.00 | Romania | GDP | % y-o-y | Q1 | 1.4 | 4.2 | 5.4 | | n.a. |
| 8.00 | Hungary | GDP | % y-o-y | Q1 | 0.5 | 1.8 | 2.7 | | 2.5 |
| 9.00 | Poland | GDP | % y-o-y | Q1 | 0.8 | 2.0 | 2.7 | | 3.1 |
| 8.00 | Czech Republic | GDP | % y-o-y | Q1 | -1.6 | -1.0 | 1.2 | | 2.3 |
| 8.00 | Turkey | Unemployment rate | % | Feb | 9.9 | 10 | 10.1 | | n.a. |
| 9.00 | Czech Republic | Current account | CZK bn | Mar | -9.3 | 25.9 | 22.1 | | 9.0 |
| 13.00 | Poland | Core inflation | % y-o-y | Apr | 0.4 | 0.9 | 1.1 | | n.a. |
| 13.00 | Poland | Current account | EUR mn | Mar | -430 | -825 | -572 | | -420 |
| 14.00 | Poland | Budget balance, ytd | EUR mn | Apr | -2601 | -11718 | -17493 | | n.a. |
| 16.30 | Israel | CPI | % y-o-y | Apr | 1.4 | 1.2 | 1.3 | | 1.55 |
| 23.00 | Chile | Monetary policy rate | %, policy rate | May | 4.50 | 4.25 | 4.00 | 4.00 | 4.00 |
| | Russia | GDP | % y-o-y | Q1 | 1.0 | 1.3 | 2.0 | | 0.8 |
| **Friday 16 May** | | | | | | | | | |
| 12.30 | Brazil | Economic activity index | % m-o-m | Mar | -2.27 | 2.35 | 0.24 | | n.a. |

Note: London times .
Source: National Statistics Offices, Bloomberg, Nomura.

# Appendix A-1

## Analyst Certification

We, Lewis Alexander, Jacques Cailloux, Tomo Kinoshita and Robert Nemmara Subbaraman, hereby certify (1) that the views expressed in this Research report accurately reflect our personal views about any or all of the subject securities or issuers referred to in this Research report, (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this Research report and (3) no part of our compensation is tied to any specific investment banking transactions performed by Nomura Securities International, Inc., Nomura International plc or any other Nomura Group company.

## Issuer Specific Regulatory Disclosures

The term "Nomura Group" used herein refers to Nomura Holdings, Inc. or any of its affiliates or subsidiaries, and may refer to one or more Nomura Group companies.

| Issuer | Disclosures |
|---|---|
| COMMONWEALTH OF AUSTRALIA | A13 |
| FEDERAL REPUBLIC OF GERMANY | A10,A13 |
| FEDERATIVE REPUBLIC OF BRAZIL | A1,A2,A3 |
| FRENCH REPUBLIC | A10,A13 |
| HELLENIC REPUBLIC | A10 |
| HUNGARY | A1,A2,A3,A6,A10 |
| KINGDOM OF SPAIN | A6,A7,A10,A13 |
| KINGDOM OF THAILAND | A1,A2 |
| KINGDOM OF THE NETHERLANDS | A1,A2,A10,A13 |
| PEOPLE'S REPUBLIC OF CHINA | A13 |
| PORTUGUESE REPUBLIC | A10 |
| REPUBLIC OF AUSTRIA | A10 |
| REPUBLIC OF CHILE | A1,A2 |
| REPUBLIC OF IRELAND | A1,A2,A10 |
| REPUBLIC OF ITALY | A10,A13 |
| REPUBLIC OF KOREA | A1,A2,A6,A7,A13 |
| REPUBLIC OF POLAND | A4,A5,A6,A7 |
| REPUBLIC OF SINGAPORE | A1,A2 |
| REPUBLIC OF THE PHILIPPINES | A1,A2,A13 |
| REPUBLIC OF TURKEY | A13 |
| TAIWAN | A1,A2 |
| THE STATE OF JAPAN | A13 |
| UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND | A6,A7,A10,A13 |
| UNITED MEXICAN STATES | A13 |

A1    The Nomura Group has received compensation for non-investment banking products or services from the issuer in the past 12 months.

A2    The Nomura Group had a non-investment banking securities related services client relationship with the issuer during the past 12 months.

A3    The Nomura Group had a non-securities related services client relationship with the issuer during the past 12 months.

A4    The Nomura Group had an investment banking services client relationship with the issuer during the past 12 months.

A5    The Nomura Group has received compensation for investment banking services from the issuer in the past 12 months.

A6    The Nomura Group expects to receive or intends to seek compensation for investment banking services from the issuer in the next three months.

A7    The Nomura Group has managed or co-managed a publicly announced or 144A offering of the issuer's securities or related derivatives in the past 12 months.

A10    The Nomura Group is a registered market maker in the securities / related derivatives of the issuer.

A13    The Nomura Group has a significant financial interest (non-equity) in the issuer.

## Important Disclosures
**Online availability of research and conflict-of-interest disclosures**
Nomura research is available on www.nomuranow.com/research, Bloomberg, Capital IQ, Factset, MarkitHub, Reuters and ThomsonOne.

Important disclosures may be read at http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx or requested from Nomura Securities International, Inc., on 1-877-865-5752. If you have any difficulties with the website, please email grpsupport@nomura.com for help.

The analysts responsible for preparing this report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by Investment Banking activities. Unless otherwise noted, the non-US analysts listed at the front of this report are not registered/qualified as research analysts under FINRA/NYSE rules, may not be associated persons of NSI, and may not be subject to FINRA Rule 2711 and NYSE Rule 472 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

Nomura Global Financial Products Inc. ("NGFP") Nomura Derivative Products Inc. ("NDPI") and Nomura International plc. ("NIplc") are registered with the Commodities Futures Trading Commission and the National Futures Association (NFA) as swap dealers. NGFP, NDPI, and NIplc are generally engaged in the trading of swaps and other derivative products, any of which may be the subject of this report.

Any authors named in this report are research analysts unless otherwise indicated. *Industry Specialists* identified in some Nomura International plc research reports are employees within the Firm who are responsible for the sales and trading effort in the sector for which they have coverage. Industry Specialists do not contribute in any manner to the content of research reports in which their names appear.

## Disclaimers

This document contains material that has been prepared by the Nomura entity identified at the top or bottom of page 1 herein, if any, and/or, with the sole or joint contributions of one or more Nomura entities whose employees and their respective affiliations are specified on page 1 herein or identified elsewhere in the document. The term "Nomura Group" used herein refers to Nomura Holdings, Inc. or any of its affiliates or subsidiaries and may refer to one or more Nomura Group companies including: Nomura Securities Co., Ltd. ('NSC') Tokyo, Japan; Nomura International plc ('NIplc'), UK; Nomura Securities International, Inc. ('NSI'), New York, US; Nomura International (Hong Kong) Ltd. ('NIHK'), Hong Kong; Nomura Financial Investment (Korea) Co., Ltd. ('NFIK'), Korea (Information on Nomura analysts registered with the Korea Financial Investment Association ('KOFIA') can be found on the KOFIA Intranet at http://dis.kofia.or.kr); Nomura Singapore Ltd. ('NSL'), Singapore (Registration number 197201440E, regulated by the Monetary Authority of Singapore); Nomura Australia Ltd. ('NAL'), Australia (ABN 48 003 032 513), regulated by the Australian Securities and Investment Commission ('ASIC') and holder of an Australian financial services licence number 246412; P.T. Nomura Indonesia ('PTNI'), Indonesia; Nomura Securities Malaysia Sdn. Bhd. ('NSM'), Malaysia, NIHK, Taipei Branch ('NITB'), Taiwan; Nomura Financial Advisory and Securities (India) Private Limited ('NFASL'), Mumbai, India (Registered Address: Ceejay House, Level 11, Plot F, Shivsagar Estate, Dr. Annie Besant Road, Worli, Mumbai- 400 018, India; Tel: +91 22 4037 4037, Fax: +91 22 4037 4111; CIN No : U74140MH2007PTC169116, SEBI Registration No: BSE INB011299030, NSE INB231299034, INF231299034, INE 231299034, MCX: INE261299034) and NIplc, Madrid Branch ('NIplc, Madrid'). 'CNS Thailand' next to an analyst's name on the front page of a research report indicates that the analyst is employed by Capital Nomura Securities Public Company Limited ('CNS') to provide research assistance services to NSL under a Research Assistance Agreement. CNS is not a Nomura entity.
THIS MATERIAL IS: (I) FOR YOUR PRIVATE INFORMATION, AND WE ARE NOT SOLICITING ANY ACTION BASED UPON IT; (II) NOT TO BE CONSTRUED AS AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITY IN ANY JURISDICTION WHERE SUCH OFFER OR SOLICITATION WOULD BE ILLEGAL; AND (III) BASED UPON INFORMATION FROM SOURCES THAT WE CONSIDER RELIABLE, BUT HAS NOT BEEN INDEPENDENTLY VERIFIED BY NOMURA GROUP.
Nomura Group does not warrant or represent that the document is accurate, complete, reliable, fit for any particular purpose or merchantable and does not accept liability for any act (or decision not to act) resulting from use of this document and related data. To the maximum extent permissible all warranties and other assurances by Nomura group are hereby excluded and Nomura Group shall have no liability for the use, misuse, or distribution of this information.
Opinions or estimates expressed are current opinions as of the original publication date appearing on this material and the information, including the opinions and estimates contained herein, are subject to change without notice. Nomura Group is under no duty to update this document. Any comments or statements made herein are those of the author(s) and may differ from views held by other parties within Nomura Group. Clients should consider whether any advice or recommendation in this report is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. Nomura Group does not provide tax advice.
Nomura Group, and/or its officers, directors and employees, may, to the extent permitted by applicable law and/or regulation, deal as principal, agent, or otherwise, or have long or short positions in, or buy or sell, the securities, commodities or instruments, or options or other derivative instruments based thereon, of issuers or securities mentioned herein. Nomura Group companies may also act as market maker or liquidity provider (within the meaning of applicable regulations in the UK) in the financial instruments of the issuer. Where the activity of market maker is carried out in accordance with the definition given to it by specific laws and regulations of the US or other jurisdictions, this will be separately disclosed within the specific issuer disclosures.
This document may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Third party content providers do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Third party content providers shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.
Any MSCI sourced information in this document is the exclusive property of MSCI Inc. ('MSCI'). Without prior written permission of MSCI, this information and any other MSCI intellectual property may not be reproduced, re-disseminated or used to create any financial products, including any indices. This information is provided on an "as is" basis. The user assumes the entire risk of any use made of this information. MSCI, its affiliates and any third party involved in, or related to, computing or compiling the information hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any of this information. Without limiting any of the foregoing, in no event shall MSCI, any of its affiliates or any third party involved in, or related to, computing or compiling the information have any liability for any damages of any kind. MSCI and the MSCI indexes are services marks of MSCI and its affiliates.
Russell/Nomura Japan Equity Indexes are protected by certain intellectual property rights of Nomura Securities Co., Ltd. and Russell Investments. Nomura Securities Co., Ltd. and Russell Investments do not guarantee the accuracy, completeness, reliability, or usefulness thereof and do not account for business activities and services that any index user and its affiliates undertake with the use of the Indexes.

9 May 2014

Investors should consider this document as only a single factor in making their investment decision and, as such, the report should not be viewed as identifying or suggesting all risks, direct or indirect, that may be associated with any investment decision. Nomura Group produces a number of different types of research product including, among others, fundamental analysis, quantitative analysis and short term trading ideas; recommendations contained in one type of research product may differ from recommendations contained in other types of research product, whether as a result of differing time horizons, methodologies or otherwise. Nomura Group publishes research product in a number of different ways including the posting of product on Nomura Group portals and/or distribution directly to clients. Different groups of clients may receive different products and services from the research department depending on their individual requirements. Clients outside of the US may access the Nomura Research Trading Ideas platform (Retina) at http://go.nomuranow.com/equities/tradingideas/retina/

Figures presented herein may refer to past performance or simulations based on past performance which are not reliable indicators of future performance. Where the information contains an indication of future performance, such forecasts may not be a reliable indicator of future performance. Moreover, simulations are based on models and simplifying assumptions which may oversimplify and not reflect the future distribution of returns.

Certain securities are subject to fluctuations in exchange rates that could have an adverse effect on the value or price of, or income derived from, the investment.

The securities described herein may not have been registered under the US Securities Act of 1933 (the '1933 Act'), and, in such case, may not be offered or sold in the US or to US persons unless they have been registered under the 1933 Act, or except in compliance with an exemption from the registration requirements of the 1933 Act. Unless governing law permits otherwise, any transaction should be executed via a Nomura entity in your home jurisdiction.

This document has been approved for distribution in the UK and European Economic Area as investment research by NIplc. NIplc is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. NIplc is a member of the London Stock Exchange. This document does not constitute a personal recommendation within the meaning of applicable regulations in the UK, or take into account the particular investment objectives, financial situations, or needs of individual investors. This document is intended only for investors who are 'eligible counterparties' or 'professional clients' for the purposes of applicable regulations in the UK, and may not, therefore, be redistributed to persons who are 'retail clients' for such purposes. This document has been approved by NIHK, which is regulated by the Hong Kong Securities and Futures Commission, for distribution in Hong Kong by NIHK. This document has been approved for distribution in Australia by NAL, which is authorized and regulated in Australia by the ASIC. This document has also been approved for distribution in Malaysia by NSM. In Singapore, this document has been distributed by NSL. NSL accepts legal responsibility for the content of this document, where it concerns securities, futures and foreign exchange, issued by their foreign affiliates in respect of recipients who are not accredited, expert or institutional investors as defined by the Securities and Futures Act (Chapter 289). Recipients of this document in Singapore should contact NSL in respect of matters arising from, or in connection with, this document. Unless prohibited by the provisions of Regulation S of the 1933 Act, this material is distributed in the US, by NSI, a US-registered broker-dealer, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6, under the US Securities Exchange Act of 1934. The entity that prepared this document permits its separately operated affiliates within the Nomura Group to make copies of such documents available to their clients.

This document has not been approved for distribution to persons other than 'Authorised Persons', 'Exempt Persons' or 'Institutions' (as defined by the Capital Markets Authority) in the Kingdom of Saudi Arabia ('Saudi Arabia') or 'professional clients' (as defined by the Dubai Financial Services Authority) in the United Arab Emirates ('UAE') or a 'Market Counterparty' or 'Business Customers' (as defined by the Qatar Financial Centre Regulatory Authority) in the State of Qatar ('Qatar') by Nomura Saudi Arabia, NIplc or any other member of Nomura Group, as the case may be. Neither this document nor any copy thereof may be taken or transmitted or distributed, directly or indirectly, by any person other than those authorised to do so into Saudi Arabia or in the UAE or in Qatar or to any person other than 'Authorised Persons', 'Exempt Persons' or 'Institutions' located in Saudi Arabia or 'professional clients' in the UAE or a 'Market Counterparty' or 'Business Customers' in Qatar . By accepting to receive this document, you represent that you are not located in Saudi Arabia or that you are an 'Authorised Person', an 'Exempt Person' or an 'Institution' in Saudi Arabia or that you are a 'professional client' in the UAE or a 'Market Counterparty' or 'Business Customers' in Qatar and agree to comply with these restrictions. Any failure to comply with these restrictions may constitute a violation of the laws of the UAE or Saudi Arabia or Qatar.

NO PART OF THIS MATERIAL MAY BE (I) COPIED, PHOTOCOPIED, OR DUPLICATED IN ANY FORM, BY ANY MEANS; OR (II) REDISTRIBUTED WITHOUT THE PRIOR WRITTEN CONSENT OF A MEMBER OF NOMURA GROUP. If this document has been distributed by electronic transmission, such as e-mail, then such transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this document, which may arise as a result of electronic transmission. If verification is required, please request a hard-copy version.

**Nomura Securities Co., Ltd.**
Financial instruments firm registered with the Kanto Local Finance Bureau (registration No. 142)
Member associations: Japan Securities Dealers Association; Japan Investment Advisers Association; The Financial Futures Association of Japan; and Type II Financial Instruments Firms Association.
Nomura Group manages conflicts with respect to the production of research through its compliance policies and procedures (including, but not limited to, Conflicts of Interest, Chinese Wall and Confidentiality policies) as well as through the maintenance of Chinese walls and employee training.
**Additional information is available upon request and disclosure information is available at the Nomura Disclosure web page:**
http://go.nomuranow.com/research/globalresearchportal/pages/disclosures/disclosures.aspx
Copyright © 2014 Nomura Securities International, Inc. All rights reserved.

## Economists

### North America

| | | | |
|---|---|---|---|
| Lewis Alexander | US Chief Economist | lewis.alexander@nomura.com | 1-212-667-9665 |
| Aichi Amemiya | United States | aichi.amemiya@nomura.com | 1-212-667-9347 |
| Charles St Arnaud | Canada | charles.starnaud@nomura.com | 1-212-667-1986 |

### Europe

| | | | |
|---|---|---|---|
| Jacques Cailloux | Chief European Economist; Euro area | jacques.cailloux@nomura.com | 44-20-7102-2734 |
| Nick Matthews | Euro area | nick.matthews@nomura.com | 44-20-7102-5126 |
| Silvio Peruzzo | Euro area | silvio.peruzzo@nomura.com | 44-20-7102-3205 |
| Dimitris Drakopoulos | Euro area | dimitris.drakopoulos@nomura.com | 44-20-7102-5846 |
| Lefteris Farmakis | Euro area | eleftherios.farmakis @nomura.com | 44-20-7103-9242 |
| Philip Rush | United Kingdom | philip.rush@nomura.com | 44-20-7102-9595 |
| Stella Wang | Euro area | stella.wang@nomura.com | 44-20-7102-0599 |

### Japan

| | | | |
|---|---|---|---|
| Tomo Kinoshita | Chief Economist Japan | tomo.kinoshita@nomura.com | 81-3-6703-1280 |
| Shuichi Obata | | shuichi.obata@nomura.com | 81-3-6703-1295 |
| Minoru Nogimori | | minoru.nogimori@nomura.com | 81-3-6703-1287 |
| Yoshiyuki Suimon | | Yoshiyuki.Suimon@nomura.com | 81-3-6702-1297 |
| Kohei Okazaki | | kohei.okazaki@nomura.com | 81-3-6703-1291 |

### Asia

| | | | |
|---|---|---|---|
| Rob Subbaraman | Chief Economist Asia | rob.subbaraman@nomura.com | 852-2536-7435 |
| Young Sun Kwon | South Korea, Hong Kong, Taiwan | youngsun.kwon@nomura.com | 852-2536-7430 |
| Euben Paracuelles | Southeast Asia | euben.paracuelles@nomura.com | 65-6433-6956 |
| Sonal Varma | India | sonal.varma@nomura.com | 91-22-4037-4087 |
| Zhiwei Zhang | Chief Economist China | zhiwei.zhang@nomura.com | 852-2536-7433 |

### Emerging Markets

| | | | |
|---|---|---|---|
| Olgay Buyukkayali | Head of EM Research, Europe; Turkey, Israel | olgay.buyukkayali@nomura.com | 44-20-7102-3242 |
| Tony Volpon | Head of EM Research, Americas; Brazil, Chile | tony.volpon@nomura.com | 1-212-667-2182 |
| Peter Attard Montalto | South Africa, Central and Eastern Europe | peter.am@nomura.com | 44-20-7102-8440 |
| Benito Berber | Mexico, Colombia | benito.berber@nomura.com | 1-212-667-9503 |

# Exhibit 2.3



ACT

**LEADING TREASURY
PROFESSIONALS**

**SHAPING CAREERS**

# TRAINING COURSES 2014

Treasury training from the chartered body for the profession



## Who are we?

The Association of Corporate Treasurers (ACT) sets the benchmark for international treasury excellence. As the chartered body for treasury, we lead the profession through our internationally recognised suite of treasury qualifications, by defining standards and championing continuing professional development.

We are the authentic voice of the treasury profession representing the interests of the real economy and educating, supporting and leading the treasurers of today and tomorrow.

## Where are we?

Train in the heart of London's dynamic financial hub at our ACT Moorgate office. We are centrally located in the City, with great transport links and countless places of interest right on your doorstep so you can make the most of your visit. We also run several courses throughout the year in the vibrant city of Dubai, UAE. Both locations are easily accessible and served by all major international airports.

# CONTENTS

Welcome to ACT training 2
Public courses 3
Tailored solutions 4
Structured learning programmes 5

**Understanding the profession** 6
F Treasury in a day 7
P Effective treasury management  9
P The A-Z of corporate treasury 10

**Capital markets and funding** 12
P The mechanics of corporate funding 13
P Alternative finance – options for businesses and investors 15

**Cash and liquidity management** 16
F The nuts and bolts of cash management 17
P Cash management: practices and processes  18
P Working capital optimisation 19
P Advanced cash management 20
S Investing corporate cash 22

**Corporate financial management** 24
P Corporate treasury for bankers 25
P Successful bank relationships 26
S Corporate tax for treasurers 27
F Advanced budgeting, planning and forecasting 28
P Financial modelling 29

**Risk management** 30
P Foreign exchange 31
P Interest rate risk 33

**Treasury operations and controls** 34
F Treasury security and controls 35
S Auditing the treasury function  36
S Treasury systems 38

**Personal and professional development** 40
S Ultimate persuasion techniques 41

Convince your boss 42
CPD information 43
Meet your trainers 44
Terms and conditions 47
Contact details 49

## Key to courses

F **Fundamental (level 1)**
for anyone new to treasury or looking to understand what goes on in a treasury department

P **Practitioner (level 2)**
for those already working in the field and looking to build on their knowledge base

S **Specialist (level 3)**
for anyone responsible for or working in specialist areas of treasury

 Running in Dubai

# WELCOME TO ACT TRAINING

## Treasury training from the chartered body for the profession

**As the chartered body for the treasury profession, the Association of Corporate Treasurers (ACT) is ideally positioned to give you the professional knowledge and practical skills to make a real impact back at work.**

Our courses don't just cater for professionals who work in treasury, but also benefit those who provide services to individuals in the treasury function in their day-to-day role – giving you an insider's perspective.

ACT's 2014 training directory is made up of focused, topic specific training courses spanning the core elements of treasury. Our courses are clearly categorised by fundamental, practitioner and specialist level, making it easy for you to find something to suit you regardless of what stage you are at in your career.

Take a look at the guide below and choose the right solution for your development needs.

## How can we help you?

### FOR INDIVIDUALS/SMALL TEAMS



### Public courses
**You come to us**

Build your practical skills and working knowledge of the core elements of treasury with one of our public courses.

Ideal for one or two team members, you can select the right level of course depending on your personal development needs.

Our public courses run in London and Dubai.

Go to page 3

### FOR TEAMS



### Tailored solutions
**We come to you**

Our customised courses are developed to your specific requirements so you can focus on the issues relevant to your business.

We can deliver a course directly to you in-house when it suits you, wherever you are.

Go to page 4

### FOR ORGANISATIONS



### Structured learning programme
**We'll work with you**

If you have a larger group of people who need to develop specific treasury skills and understanding, we can help.

We'll develop a learning programme to suit your business. Programmes can be long or short depending on the level and amount of content needed.

Go to page 5

2

 # PUBLIC COURSES

## You come to us

**For any training course enquiries contact Radmila Trkulja, Training Executive, ACT**

**t: +44 (0)20 7847 2573**
**e: training@treasurers.org**
**treasurers.org/training**

We believe treasury doesn't have to be daunting, whether it forms a large or small part of your working day. So if you are new to the profession, an experienced practitioner or provide services to individuals in the treasury space, we've got it covered.

We are real people too, so get in touch today.

### Why train with the ACT?

- **You will learn from the best**

As the authentic voice of corporate treasury, you can expect a unique insight into the treasury profession from our expert trainers who have extensive industry experience. We use real life practical examples so you can truly appreciate how to apply theory to your everyday job.

- **You will make a real impact**

The new treasury skills you acquire will help you improve business performance as soon as you're back at your desk.

- **You will gain a competitive advantage**

Treasury is fast-paced and continually evolving so you need to stay fresh and innovative. Our courses are informed by up-to-the minute developments in the market, giving you the advantage.

- **You will feel inspired**

Our sessions enable you to share experiences and discuss ideas and best practice with peers and trainers, giving you time and space to reflect whilst you are away from the office.

## Make your training budget go further

**Early bird discounts**
Book early to save 15% off the course fee.*

**Group discount** 
If 3 or more people book on the same course from the same organisation they qualify for a 25% discount off the combined course fees.*

* See terms and conditions on page 47

 **TAILORED SOLUTIONS**

# We come to you

**Contact Samantha Baglioni, Training Development Manager, ACT**

**t: +44 (0)20 7847 2559
e: sbaglioni@treasurers.org
treasurers.org/training**

If you have a team of people you need to develop, we can deliver a course directly to you in-house when it suits you, wherever you are.

Our customised courses are developed to your specifications and delivered in a confidential environment so that you can focus on the issues that are relevant to your business and people.

We'll talk to you about the skills you're looking to build and formalise the design of your course by conducting a **training needs analysis**, highlighting exactly where the focus should be.

Our bespoke courses develop the practical skills and awareness of best practice in treasury that will give your team the confidence to apply their knowledge as soon as they return to their desk.

## Benefit from

- Discussions and examples which address specific challenges and issues faced within your own organisation
- A shared learning experience that will help your team develop new ideas, techniques and skills
- Dates and a location that's convenient for you. We'll provide the expert trainers and professional logistical support, wherever you are
- Great value, with programmes priced at a day rate, so that you can make the most of your training budget
- Evaluation of the improvement in your team's understanding so that you can demonstrate the return on investment

 # STRUCTURED LEARNING PROGRAMMES

## We'll work with you

**Contact Samantha Baglioni, Training Development Manager, ACT**

**t: +44 (0)20 7847 2559**
**e: sbaglioni@treasurers.org**
**treasurers.org/training**

If you have a larger group of people who need to develop specific treasury skills and understanding, we can help.

We can support your corporate treasury team in times of change and when it affects the whole department. For example, when setting up a team we can ensure that those less experienced have a firm grasp of the fundamentals and accelerate advanced skills in those who will be supervising or overseeing activities.

If you're from a bank or financial institution, we can help your relationship managers and product specialists by providing them with a better feel for the concerns of your corporate customers and aid their transformation to a trusted advisor.

### Designed for your business

We'll develop a programme that is timed to suit your business. Programmes can be long or short depending on the level and amount of content needed and can feature any of the following:

**Training needs analysis**
**Home study materials**
**Face-to-face training**
**Webinars and recorded lectures**
**Certification**
**Post programme analysis**



Structured learning programme



**F** Treasury in a day     7

**P** Effective treasury management     9

**P** The A-Z of corporate treasury     10

# UNDERSTANDING THE PROFESSION

# Treasury in a day

## Key functions of treasury and its importance to the business

### Is it for you?

#### Yes if you:

- Need to understand the language and function of treasury without getting into too much technical detail
- Are a newcomer to treasury, work alongside treasury or supply services to treasury

### What will you gain?

An insight into the activities of a corporate treasury department and an understanding of how treasury can support business strategy – particularly when facing challenges such as market instability and international competition. Using non-technical language, this course outlines the key issues and terminology of this critical area of corporate financial management and the most common treasury instruments used and what they do.

### Course content

#### What is treasury and what does it do?

- Why treasury is important

#### Corporate financial management

- Financial aims and strategies
- Corporate governance
- Accounting requirements and corporate taxation

#### Capital markets and funding

- Funding policies and procedures
- Types of funding
- Export and trade finance

#### Cash and liquidity management

- Cash forecasting and cash pooling
- Cash handling and transmission
- Cash management systems and banking systems
- Managing banking relationships
- International cash management

#### Risk management

- Foreign exchange and international monetary economics
- Risk management principles
- Exposures, hedging and instruments

#### Treasury operations and controls

- Treasury policies and procedures

## Level   F

### Trainer
Brian Welch, FCT FCMA FCIS

### Length of course
1 day

### Dates and location
26 March 2014, London
11 September 2014, London

### Fees

ACT members and students
£625 + VAT

Other treasury/accountancy body members
£675 + VAT

Non-members
£725 + VAT

**"A hugely insightful and beneficial course. This is a must for anyone who is new to either working in or supporting their treasury function."**

Jarrod Brown,
IT Business Partner,
Co-operative Banking Group



# Effective treasury management

## Critically review your approach to treasury management



**Level** — P

**Trainer**
**Raj Gandhi**, FCT

**Length of course**
2 days

**Dates and location**
17-18 June 2014, Dubai

**Fees**

**ACT members and students**
$2,000/AED 7,345

**Other treasury/accountancy body members**
$2,100/AED 7,710

**Non-members**
$2,200/AED 8,080

### Is it for you?

Yes, if you work in:
Corporate organisations or government departments and are:
• Responsible for managing treasury
• Accountable for treasury activities
• New to the treasury function

Banks or financial institutions and are:
• In finance or credit risk functions and need to learn about treasury
• Relationship managers who want to be more customer-centric

### What will you gain?

• A solid understanding of how and why carefully deployed treasury practices can add value
• Knowledge of the different ways and means of improving treasury efficiency
• An understanding of internal control
• The ability to spot whether treasury risks and control processes are adequate
• An overview of current best practices supported with real-life case studies
• The opportunity to network and share experiences with your peers

### Course content

#### Treasury strategy
• Linking business and financial strategy
• Identifying value drivers
• Access to debt and the cost of debt
• Credit ratings and implications
• Bank relationships

#### Treasury organisation, structure and performance
• Cost centre/value added cost centre
• Centralised/de-centralised
• Setting standards/benchmarking
• Regulatory challenges
• Accounting developments

#### Treasury risks (includes risks in the dealing operation)
• Human/operational/market and credit risks

#### Treasury operations and controls
• Structure of corporate treasury
• Dealing disasters and recurring problems – treasury management systems

#### The money markets
• Money market instruments

#### Capital markets and funding
• Bond and EMTN markets
• Bank facilities and financial covenants

#### Corporate financial management
• Risk and reward, expected returns
• Debt and equity
• Investment appraisal (NPV, IRR, ROCE)

#### Cash and liquidity management
• Cash cycle, working capital and cash forecasting
• Bank liquidity products

#### Currency and interest rate exposure management
• Transaction, translation and economic risk
• Hedging strategies

#### Demystifying derivatives
• Forwards/FRAs/options/swaps

# The A-Z of corporate treasury

## Everything you need to know in five days

### Is it for you?

**Yes if you're:**
- A treasury manager, treasury dealer, treasury assistant or a new to treasury
- A specialist who requires an overview of the whole treasury function
- Someone who works with treasury internally such as an accountant, tax manager or an internal auditor
- A banker, auditor, software vendor, or a consultant who wants to understand treasury from the customer's perspective

### What will you gain?

- An in-depth introduction to the corporate treasury function in international markets
- Deep insight into the core areas of corporate treasury and an understanding of the function as a whole
- Access to senior practitioners from the corporate and banking world who bring a 'real life' perspective

### Course content

**Cash management fundamentals**
- Structure of the treasury function
- Cash flow and the business
- Working capital management
- The role of the cash manager
- Important cash management concepts
- Managing liquidity

**Capital markets and corporate finance**
- Debt, equity and capital markets
- Credit ratings
- Alternative funding solutions
- Capital structure and investment returns
- Dividend policy
- Risk, return and the cost of capital

**Corporate finance**
- Investment decision making
- Business valuation techniques
- Shareholder value management

**Foreign exchange and risk management**
- Introduction to financial risk
- Risk management and evaluation

# Level



## Trainer

**Michèle Allman-Ward**, CertICM
**Greg Mayes**, AMCT

## Length of course

5 days

## Dates and location

19-23 May 2014, London
17-21 November 2014, London

## Fees

**ACT members and students**
£3,000 + VAT

**Other treasury/accountancy body members**
£3,250 + VAT

**Non-members**
£3,500 + VAT

• Financial risk instrument types
• Risk management policy

### International payments, liquidity and banking systems

• Making international payments
• Options for EUR payments
• International liquidity management tools
• Managing international liquidity
• Case study – structuring for optimal international liquidity

"This course gave me a detailed understanding of cash management, the capital markets and the type of derivative instruments available. I strongly recommend this course for those that are new to the treasury environment."

**Serena McGinn**, Treasurer,
**Sappi Southern Africa Pty Ltd**



Ⓟ **The mechanics of corporate funding**      **13**

Ⓟ **Alternative finance – options for businesses and investors**      **15**

# CAPITAL MARKETS AND FUNDING

# The mechanics of corporate funding

## Selecting the right financial strategy

### Is it for you?

**Yes if you're:**
- A CFO, FD or a member of a corporate treasury team
- An accountant, auditor or analyst
- Involved in arranging or administering corporate borrowing programmes

### What will you gain?

- An overview of why firms borrow, the broad sources of debt funding and the range of instruments available
- An understanding of credit risk, how to measure it and how it is reflected in the pricing
- An understanding of what comprises a financial strategy and how to design one
- Appreciation of the financial risks for the firm when borrowing and how these might be managed

### Course content

**Introduction**
- Debt vs. equity, history
- Why firms borrow

**Credit risk**
- Measures of credit risk
- Security and subordination
- Business and financial risk

**Markets for borrowing**
- Introduction to banks
- The bond market (high grade, high yield)
- Asset finance and other debt types
- Credit ratings

**The costs of debt**
- Spread or margin and credit risk
- The all in rate
- The non financial costs of debt
- Loss of control

**Components of financial strategy**
- Leverage and how to decide it
- Credit risk level and ratings
- Liquidity and sources of finance
- Dividends
- Financial risk
- Sector influence

**The lending contract**
- Terms of lending
- Key aspects of documentation

**Key financial risks in borrowing**
- A risk framework
- Re-financing and re-pricing risk
- Interest rate risk
- Currency risk

**Higher leverage**
- The uses of higher leverage and structured finance
- Layering of debt and different providers of capital
- The effect on those interacting with the borrower

## Level 

### Trainer
**Will Spinney**, FCT

### Length of course
2 days

### Dates and location
11-12 March 2014, London
21-22 October 2014, London

### Fees
**ACT members and students**
£1,250 + VAT

**Other treasury/accountancy body members**
£1,350 + VAT

**Non-members**
£1,450 + VAT

**"The course was very interesting as the trainer was very well prepared about the topics in discussion. I also very much appreciated the link to the real world. The trainer is a real plus for the course."**

**Antonio Nota**, Cash Manager, Givaudan SA



14

# Alternative finance – options for businesses and investors

**Understand what's on offer and how it differs from traditional sources of business finance**

## Is it for you?

Yes if you're interested in financing your business, diversifying your current finances or have funds to invest and seek diversity or alternatives to banks.

## What will you gain?

Alternative finance providers are expanding rapidly in a business lending market that continues to shrink. This course will explain what they offer and how they differ from traditional sources of business finance.

The session will provide an in-depth examination of the emerging alternatives to bank finance for small and mid-sized businesses across the spectrum of debt, working capital and equity that will explain how companies are using new ways to finance themselves, often in tandem with traditional forms of funding. The course will also examine the new asset classes made accessible by alternative finance providers from the investor's perspective.

## Course content

- Key providers of alternative finance
- Key features of alternative finance
  - P2P, crowdfunding
- Application and approval process
- Risk and return
- Use by larger companies
- Investor perspective

## Level 

### Trainer

**Andy Davis**, financial writer and researcher with the Centre of the Study of Financial Information

### Length of course

1 day

### Dates and location

1 July 2014, London
6 November 2014, London

### Fees

£480 (no VAT)

CPD UNITS 8

**This course is being held by ACCA and endorsed by the ACT**





**F** The nuts and bolts of cash management     17

**P** Cash management: practices and processes     18

**P** Working capital optimisation     19

**P** Advanced cash management     20

**S** Investing corporate cash     22

# CASH AND LIQUIDITY MANAGEMENT

16

# The nuts and bolts of cash management

## Principles and practices of effective cash management

### Is it for you?

**Yes if you're:**
- New to the treasury function
- Someone who works with treasury
- Responsible for managing cash and liquidity

### What will you gain?

A broad understanding of the basic principles and practices of cash and liquidity management and an understanding of its importance to the business and treasury function. While different market sectors have different cash flow dynamics, there are common cash management issues that affect all organisations to some degree. The course examines the basic building blocks of cash management from the domestic perspective and through a series of case studies, extends these basic principles to tackling the complexities of international cash management.

### Course content

**Cash management – improving the basics**
- Float
- Invoicing, payables and receivables management
- Liquidity and the cash cycle

**Payment instruments**
- Settlement and clearing systems (RTGS, NSS), domestic and international
- Value dating, availability and finality

**Cash management structures**
- Types of accounts
  - Currency accounts
  - Zero balance, lock box, disbursement
- International account structures

**Liquidity techniques**
- Notional pooling
- Cash concentration
- Cross-border notional pooling
- Short-term borrowing and investing
- Leading and lagging
- Inter company netting

**Cash flow forecasting**
- Purpose, methods and problems

**Instruments and financial mathematics**
- Day count conventions
- Simple interest and compounding
- Discounting
- Spot and forward FX, swaps

## Level 

**Trainer**
**Anthony Birts**, CertICM BSc MBA

**Length of course**
1 day

**Dates and location**
1 May 2014, London
12 September 2014, London

**Fees**

**ACT members and students**
£625 + VAT

**Other treasury/accountancy body members**
£675 + VAT

**Non-members**
£725 + VAT

**"I thoroughly enjoyed the course and felt it was extremely worthwhile. The trainer was excellent – especially the way he got us all to discuss together and presented in lots of different ways to keep the day interesting."**

Unn Carlhamn Rasmussen, Treasury Analyst, **Klarna AB**

# Level 

### Trainer
Bob Lyddon

### Length of course
2 days

### Dates and location
16-17 March 2014, Dubai
12-13 October 2014, Dubai

### Fees
**ACT members and students**
$2,000/AED 7,345
**Other treasury/accountancy body members**
$2,100/AED 7,710
**Non-members**
$2,200/AED 8,080

## Is it for you?
**Yes, if you work in:**
**Corporate organisations and government departments and are:**
- New to the treasury function
- Someone who works with corporate treasury (such as sales, procurement and supply chain/logistics team members)

18

# Cash management: practices and processes

## The principles of cash and liquidity management

- Someone with day-to-day responsibility for managing cash, liquidity, working capital and bank relationship management

**Banks or financial institutions and are:**
- A new entrant the Global Transaction Services (GTS), Global Cash Management Services (GCMS) or Global Treasury/Working Capital Solutions
- Someone from the finance or credit risk function who wants to have a better understanding of cash management concepts, products and services
- A relationship manager who wants to be more customer-centric and offer cash management services and working capital solutions which meet your customers' requirements

## What will you gain?
This course provides a broad understanding of the basic principles of cash and liquidity management, including a working capital perspective.

You will gain a practical understanding of cash and liquidity management, its importance to the business/treasury and how to apply these principles to optimise working capital. If you're a banker, you will leave the course better equipped to enhance the relationships with your customers and move towards trusted advisor status.

## Course content
### Environmental landscape
- Drivers on corporates and banks
- Regional regulatory framework and challenges

### Objectives and organisation – contexting the cash management process:
- Working capital management and the cash conversion cycle
- Specialised treasury structures (in-house banks/shared service centres)
- Foreign exchange, short-term investment, borrowing and supply chain finance

### Cash and liquidity management toolbox
- Account services
- Electronic banking services
- Collections and payments services
- SWIFT-based services (including MA-CUG, SCORE, TSU and BPO)
- Notional pooling and cash concentration
- Intercompany netting

### Bank relationship management
- Bank types and behaviours
- The remit of the relationship manager
- Bank capital adequacy and internal revenue sharing
- Bank selection process

**Case studies presented by treasury professionals from the region (at the end of each day).**

# Working capital optimisation

## Managing your working capital for improved profitability

Level 

**Trainer**
**Richard Thornton**, BSc FCA

**Length of course**
1 day

**Dates and location**
18 March 2014, London
16 September 2014, London

**Fees**

**ACT members and students
ICAEW Finance & Management
Faculty members**
£550 + VAT

**ICAEW members**
£590 + VAT

**Non-members**
£650 + VAT

### Is it for you?

Yes, if you're a corporate treasurer, accountant, purchasing specialist or a finance professional involved in managing working capital for small or large companies.

### What will you gain?

An overview of why working capital management is vital for the profitability and survival of all companies. You will also gain an appreciation of the techniques that can be employed to manage working capital and improve profitability and cash flow. The course deals with the basic principles and explores implications for both smaller companies and larger enterprises.

### Course content

**Introduction**
- Importance of working capital management
- Cash flow and profit relationship
- Risk and return trade off

**The working capital cycle basics**
- Cash conversion cycle
- Inventory
- Debtors and accounts receivables
- Creditors and accounts payables

**Working capital optimisation – theory**
- Economic order quantities
- Process improvement (P2P, O2C)

**Working capital optimisation – basic practice**
- Credit control
- Stock control techniques (ABC, VED, SDE, MRP, Just in time)
- Debtor management and the costs of offering credit
- Management reporting – KPIs

**Working capital optimisation – advanced practice**
- Technology solutions (ERP, DDMRP)
- Payment systems (EIPP, B2B)
- End to end cash flow management
- Outsourcing of debt management

**Financing working capital**
- Supplier financing
- Alternative receivables funding

> **"**Thank you for the course, it was excellent. We learned how to help the customer in improving liquidity management by understanding working capital management of the company.**"**
>
> **Rea Raikamo**, Cash Management advisor, **Nordea Bank Finland Plc**



**This course is running jointly with the ICAEW**

# Advanced cash management

## Efficiency through centralisation

### Is it for you?

Yes, if you're a corporate treasurer or finance professional responsible for payments, bank relationships or cash management processes.

### What will you gain?

- An understanding of the drivers and order of treasury centralisation
- An understanding of how to assess the provision of banking service needs
- An understanding of the challenges and potential solutions to cash management in a multi-currency environment
- The ability to adopt the most efficient account structures
- Knowledge of liquidity management techniques including notional pooling
- An awareness of new industry initiatives such as SEPA and ISO20022 and their application to cash management

### Course content

**Centralisation of finance functions**
- Treasury centralisation
- Payables and receivables centralisation
- Mechanics of multilateral netting

**Treasury centres and shared service centres**
- Treasury centres
  – Activities, locations, integration with subsidiaries and tax treatment
- Shared service centres
  – Activities, legal and operational relationship with subsidiaries
- IT environment implications

**International banks — structure, products and services**
- Branch/subsidiary structure and capabilities
- Treasury and wholesale banking services
- Basic funds transfer and electronic reporting

## Level



**Trainer**
Bob Lyddon

**Length of course**
2 days

**Dates and location**
23-24 April 2014, London
6-7 October 2014, London

**Fees**

ACT members and students
£1,250 + VAT

Other treasury/accountancy
body members
£1,350 + VAT

Non-members
£1,450 + VAT

### Cash management products
- Zero-balancing and target balancing
- Pooling engines
- Partner banking models (IBOS, Re accounts, bilaterals)
- Complex liquidity structures to achieve a single cash holding entity

### Notional pooling
- Operational and pricing mechanics of notional pooling
- Treatment by banks for capital adequacy
- Tax and legal issues

### Challenges in achieving full centralisation
- Centralising commercial payments
- Centralising collections
- Industry initiatives aimed at facilitating harmonisation
- Global initiatives — SWIFT Corporate Access and ISO20022
- European initiatives – Single Euro Payments Area and Payment Services Directive

"This course provided a comprehensive guide to developments in modern cash management. It was presented in a manner that was interesting and easy to understand. We will certainly consider using ACT again for our future training requirements."

Michael Murphy, Associate Director, Finance,
Jazz Pharmaceuticals

# Investing corporate cash

## Principles and practices of effective investment management

### Is it for you?

#### Yes, if you're:
- New to treasury
- Experienced in treasury, but want to review and update your investment skills and knowledge
- A member of treasury staff reviewing, or planning to review your policies and processes
- A banker or asset manager wishing to understand the key parameters and thought processes behind corporate investment decisions

### What will you gain?

An overview of the key elements of effective investment management and an understanding of the significant factors to be taken into account when investing corporate cash including counterparty risk, liquidity and yield as well as operational risks. There is a comprehensive coverage of all instruments and types and a review of policy, process and controls.

The programme is aligned with "The Treasurer's Global Guide to Investing Cash" and each participant will receive a copy to take away after the course.

### Course content

#### Introduction and the basics of investment

#### Background: corporate treasury role and structure
- Structure; centralised and decentralised models
- Policy and drivers
- Corporate liquidity management
- Current trends

#### Cash and liquidity management
- The corporate cash cycle
- Liquidity structures and techniques
- Liquidity analysis

#### Understanding yield and yield parameters
- Basic financial mathematics
  - Interest rates
  - Discount rates
  - Day count conventions



### Risk management
- Counterparty risk
- Role of rating agencies
- Alternative approaches and special cases

### Asset classes and instruments
- Bank investments
- Non-bank investments
- Alternative investments

### Establishing the policy; evaluating the position; and executing the deals
### Developing policy
- General considerations (all policies)
- Investment considerations
- Interaction with other policies

### Developing process: establishing the future liquidity position
- Role of cash flow forecasting
- Segmentation and cash buckets

### Managing the interest rate
- Fixed versus floating
- Use of derivatives – FRAs, swaps and futures

### Administration of investments
- Dealing and settlement
- Reporting and accounting
- Custody requirements
- Taxation issues

### Control and audit
- Risk identification
- Onion theory
- Key controls and reports

### IT and data management
- Rate feeds
- Execution and portals
- TMS support
- Reporting

## Level 

### Trainer
**Adrian Rodgers**, FCT FCA BSc (Econ) CCM

### Length of course
2 days

### Dates and location
19-20 March 2014, London
17-18 September 2014, London

### Fees
**ACT Members and Students**
£1,250 + VAT

**Other treasury/accountancy body members**
£1,350 + VAT

**Non-members**
£1,450 + VAT

"The course was ideal for helping us to formulate our company treasury policy and it was a great help to speak to other treasury professionals about best practice and procedures. Overall I would highly recommend this course. Thanks ACT!"

**Barry Avraam**, Tax and Treasury Accountant, **Mind Candy Ltd**



**P**   Corporate treasury for bankers     25

**P**   Successful bank relationships     26

**S**   Corporate tax for treasurers     27

**F**   Advanced planning, budgeting and forecasting     28

**P**   Financial modelling     29

# CORPORATE FINANCIAL MANAGEMENT

# Corporate treasury for bankers

## Understand what goes on inside a corporate treasury

### Is it for you?

This course is for corporate bankers, bank treasury staff and product specialists who are involved with corporate treasurers and their teams on a one off or continuous basis.

### What will you gain?

You'll hear firsthand from an experienced corporate treasurer what the role entails and how they make decisions and deal with the many different parties they interact with every day.

You will develop a broad understanding of what goes on in a corporate treasury, how the board approaches the issues of hedging, derivatives, bank relationships and risk and how they use the treasurer to advise and execute their decisions. The course covers how different treasury will be in different corporates, and concludes with a look at banking relationships from the point of view of a corporate.

### Course content

#### The view from the treasurer
- What goes in a treasury
- Who they talk to
- All treasuries are different

#### Treasury design
- The problem of geography
- Centralisation
- Localisation/globalisation
- Agency/advisory/ in house treasuries
- Treasury performance measurement

#### Talking to treasurers
- Power, knowledge and motivation
- Negotiation

#### Treasury in the future
- Changes affecting treasury
- Implications of change for treasury

#### Financial strategy
- What is in a financial strategy
- The sectoral influences on financial strategy
- How this affects the banking relationship

#### Bank relationships
- The dynamics of relationships, transaction vs. relationship
- Costs and returns and ancillary business
- People and transparency

## Level



### Trainer
**Will Spinney**, FCT

### Length of course
1/2 day

### Dates and location
12 June 2014, London
26 November 2014, London

### Fees

**ACT members and students**
£350 + VAT

**Other treasury/accountancy body members**
£400 + VAT

**Non-members**
£450 + VAT

**"**A clear, concise and thought provoking introduction to the concept of relationship banking from the perspective of the corporate treasurer."

**Rob Gibbins**, Associate Director, Institutional Sales, **HSBC Global Asset Management**

## Level  P

**Trainer**
Bob Lyddon

### Length of course
1 day

### Dates and location
13 March 2014, London
23 October 2014, London

### Fees
**ACT members and students**
£625 + VAT

**Other treasury/accountancy body members**
£675 + VAT

**Non-members**
£725 + VAT

# Successful bank relationships

## Understand how your banks think and work

### Is it for you?

This course is for CFOs, treasurers, assistant treasurers and procurement managers who are buyers of bank services and want to understand the internal business model and drivers in their banks, to better negotiate credit and ancillary services.

### What will you gain?

Banks are under pressure to boost capital and earnings from internal resources and in some cases to reorganise their business to a safer model. This will fundamentally impact their relationships with corporate customers, how they price business, the power of the relationship manager, the ancillary business the bank can do and how it values that. The introduction of Basel III and the Vickers report and similar measures will also move the goalposts.

By the end of this course, you will gain a practical insight into how banks work, how that is set to evolve, and what the impact will be on you in a corporate treasury, allowing you to respond in the best interests of your company.

### Course content

#### Bank regulation
- Basel I, II and III on loan, deposit and operational risks
- Dodd-Frank, Payment Services Directive, Single Euro Payments Area
- Implementation of the Vickers report

#### Different types of bank
- Domestic and foreign
- Retail, commercial, investment
- Universal

#### Bank business models
- Authority of the global relationship manager
  - Setting of pricing
  - Absorption of costs of delivery
- Impact of legal and line of business organisation
- Revenue recognition

#### Bank revenue relationship measures
- Single view or not
- Capital allocation model
- Loan income measurement
- Ancillary business value measurement

#### Lending risks and their management
- The cost-of-funds?
  - Significance of LIBOR
  - Bank funding
- The impact of Basel on bank calculation of interest spreads
- Achieving required return from blended business
- Characteristics of and spread between funding in bond markets and bank markets

#### Ancillary business
- Ancillary business aspects

#### Assessing and managing your bank
- The relationship manager and their team
- Scorecards
- What to tell/ask your bank
- What your bank should tell/ask you

# Corporate tax for treasurers

### Running a tax efficient treasury function

### Is it for you?

It's for anyone working in or with treasury who has a basic grasp of UK corporate tax principles and needs to understand more about how corporate tax can materially affect the value added by treasury activities.

### What will you gain?

Treasury transactions can significantly affect both the effective group tax rate and cash tax. It is therefore vital for treasurers to understand the tax implications of their day to day transactions. This course will bring you right up to date with the core tax principles governing everyday treasury and focus on some more advanced and topical issues. Delivered from a UK tax perspective, but covering key international aspects that should be borne in mind when structuring cross-border activities such as intercompany funding and global cash management, this course is designed to give you a strong grounding in core tax rules.

### Course content

**What's so important about tax for treasurers?**
• Core concepts for treasury tax

**Related party transactions**
• Common issues affecting related party transactions
  – Thin capitalisation
  – Transfer pricing
  – Debt waivers
  – Recapitalisation

**Trends in accounting**
• Tax implications of developments in accounting for financing and hedging transactions

**Withholding taxes**
• What they are and how to mitigate them

**Hedging transactions**
• How to secure tax-efficient hedging transactions: pitfalls and opportunities

**Liquidity management and in-house banking**
• Comparing and contrasting common methodologies for tax purposes
• A tax-eye view of in-house bank accounts and shared service centres
• House keeping and its importance for tax

**Funding an international group in an evolving world**
• Practical issues with optimising UK group funding arrangements in light of increasingly sophisticated tax regimes

## Level



### Trainer

**Sue Mainwaring**, Independent Tax Advisor and former member of the PwC Treasury Tax practice

### Length of course

1 day

### Dates and location

11 June 2014, London

### Fees

**ACT members and students**
£625 + VAT

**Other treasury/accountancy body members**
£675 + VAT

**Non-members**
£725 + VAT

**"**An excellent introduction to treasury specific tax issues. I left in no doubt that there is still a huge amount I don't know about tax, but at least that's slightly less than before the course.**"**

**Richard Williamson**, Treasury Manager, **BSkyB**

## Level



**F**

### Trainer

**John McKenzie MBA**,
Independent lecturer
and consultant

### Length of course

1 day

### Dates and location

18 June 2014, London
11 November 2014, London

### Fees

£480 (no VAT)
CPD UNITS 8

This course is being held
by ACCA and endorsed by
the ACT

# Advanced budgeting, planning and forecasting

## Techniques for improved finance and operational management

### Is it for you?

Finance directors, financial
controllers, senior management
accountants, treasurers, treasury
accountants and senior
operational management.

### What will you gain?

- An understanding of the implications of
  the changing business environment
  for planning processes
- An understanding of the limitations
  of traditional budgetary and
  forecasting processes
- Awareness of the importance of
  non-financial elements in budgets
  and forecasts
- The ability to bring strategy, budgeting
  and planning into alignment
- Increased management buy-in
  through linkage to operational needs

### Course content

- What do we want from a budget?
- Overcoming forecast and
  budgetary problems – uncertainty,
  lacking transparency, forecast
  accuracy, objectivity
- Alternatives to traditional
  approaches – rolling forecasting,
  zero-based, activity-based and
  output budgets
- Binding budgets to strategy
  and planning processes
- Making budgets 'management friendly'



28

# Financial modelling

### Learn the art of building robust, flexible and reliable models

## Is it for you?

Yes if you are expected to be or are involved in any type of financial modelling and forecasting. It is particularly relevant to treasurers, corporate and project financiers, finance and project managers, accountants and bankers.

## What will you gain?

This two-day course is designed to teach you how to build 'from scratch' an integrated balance sheet, profit and loss and cash flow forecasting model appropriate for equity valuation and debt-related analysis. A good knowledge of Excel is assumed. Delegates will have individual access to a computer.

The course is practical and delegates will spend the two days of the course building a model and implementing various valuation and sensitivity analyses.

## Course content

- Faster and more efficient ways to use Excel tools for modelling
- Building reliable, robust and flexible models
- Understanding design principles
- Spotting inconsistencies when auditing other people's financial models
- Ensuring quality

Delegates will receive a useful group of template and model solutions to typical design problems in addition to their course materials.

## Level 

### Trainer

**Mark Woolhouse BA Hons (Oxon)**, Managing director, Capital City Training Ltd

### Length of course

2 days

### Dates and location

6-7 October 2014, London
8–9 December 2014, London

### Fees

£960 (no VAT)

CPD UNITS 16

**This course is being held by ACCA and endorsed by the ACT**





**P** **Foreign exchange**      31

**P** **Interest rate risk**      33

# RISK MANAGEMENT

# Foreign exchange

## Understand and respond to foreign exchange risk in your business

### Is it for you?
This course is for CFOs, treasurers, treasury teams, dealing room staff, commercial teams as well as anyone involved in a supply chain where FX risk appears.

### What will you gain?
- An understanding of the different types of foreign exchange risk
- The ability to advise both commercial operations and senior management about FX risks and the responses available to meet those risks
- An understanding of some of the instruments used to manage FX risks, how they are traded and some of the risks around this, together with the controls that should be used to deal with those risks

### Course content

**Understanding supply chains**
- Different risk models
- Case studies in FX risk

**FX risk categories**
- Economic
- Pre-transaction
- Transaction
- Translation

**A risk framework**
- Risk evaluation and measurement
- Risk responses
- Whose risk is it to manage?
- Risk responses

**Risk management instruments**
- Spots
- Forwards
- Swaps
- Options

**Trading methods and FX facilities**
- Suppliers
- Communication methods
- EMIR and reporting, confirming and reconciling
- Facilities, margining and collateral

**Operational controls**
- Mandates
- Settlement instructions
- Accounting

## Level



**P**

### Trainer
**Will Spinney**, FCT

### Length of course
3/4 day

### Dates and location
8 May 2014, London
6 November 2014, London

### Fees
**ACT members and students**
£425 + VAT

**Other treasury/accountancy body members**
£450 + VAT

**Non-members**
£485 + VAT



# Interest rate risk

## Quantifying the interest rate risk you can't escape

### Is it for you?

**Yes, if you're:**
- Responsible for any aspect of interest rate risk management
- Building spreadsheet models relating to interest rate risk
- Involved in raising debt facilities
- Involved in broad corporate risk management

### What will you gain?

A good understanding of the many aspects of interest rate risk, how it affects different firms and its inevitability. This PC-based course will teach you the concepts for evaluating the different aspects of interest rate risk with hands-on modelling experience. Participants will use a spreadsheet model to evaluate interest rate risk. You will also develop an appreciation of the possible responses to interest rate risk and the instruments used.

### Course content

**Interest rate risk**
- Key manifestations of interest rate risk:
  – Interest paid/received
  – Market value of debt/bond portfolio
  – Business performance linkage to interest rate environment

**Objectives of interest rate risk management**
- Targeting an aspect of interest rate risk
- Specific situations
  – Low margins
  – High leverage
  – Interest rate component of commercial pricing
  – Inflation

**Evaluating interest rate risk**
- Risk measures
  – Duration
  – Convexity
  – PV01
- Value at risk
- Monte Carlo simulation
- Modelling the outcomes using a simple spreadsheet model

**Managing interest rate risk**
- Risk management or speculation
- Fixing instruments
  – Swaps and FRAs
- Options
  – Simple options and combinations
- Modelling the risk responses
- Using the model to communicate about interest rate risk

### Level

 **P**

### Trainer

**Ian Jakeways**, FCT MBA

### Length of course

3/4 day

### Dates and location

7 May 2014, London
5 November 2014, London

### Fees

**ACT members and students**
£425 + VAT

**Other treasury/accountancy body members**
£450 + VAT

**Non-members**
£485 + VAT



**F** Treasury security and controls                35

**S** Auditing the treasury function               36

**S** Treasury systems                             38

# TREASURY OPERATIONS AND CONTROLS

34

# Treasury security and controls

## Building a secure treasury environment

### Is it for you?

**Yes if you're:**
- A treasury manager or controller
- Responsible for treasury but without prior hands-on treasury experience
- Working in treasury dealing or involved with treasury transactions

### What will you gain?

This interactive two-day course will take you through the process of building a secure treasury environment from the creation of a framework of policy and delegated authority through to how treasury should be organised to ensure maximum control of its activities. You will learn about front, middle and back office functions, external and regulatory requirements and controls and security essential to managing the use of technology within treasury, as well as debating the key issues of control failure.

You will develop an all round understanding of how to create a secure environment in which treasury transactions can be managed and carried out with minimum risk of fraud or error, and be able to judge the adequacy of any arrangements and make or recommend necessary changes.

### Course content

**Policies, organisation structures and skills**
- Scope of treasury activity
- Policy; delegation of authority
- Corporate governance and responsibilities
- Control environment and procedures
- Effective monitoring

**Front office controls**
- The London market
- Use of limits as a control
- Dealing procedures
- Electronic web dealing

**Middle office controls**
- Risk analysis
- Reporting
  - Typical reports
  - Reporting procedures
  - Purpose

**Back office controls**
- Confirmations and settlements
- Reconciliations and reporting
- System management
- Accounting
- Audit and audit trails
- Authorisation

**Risk management**
- How risk is assessed – what internal and external threats does it face?
- Identifying potential risks
- Minimising financial risks
- Practical risk management
- Risk control
- Instrument risks
- Controlling subsidiaries

**Detection of fraud – how controls can break down in practice**
- Basic principles
- What went wrong in high-profile cases

## Level



### Trainer
**Brian Welch**, FCT FCMA FCIS

### Length of course
2 days

### Dates and location
19-20 June 2014, London
2-3 December 2014, London

### Fees

**ACT members and students**
£1,250 + VAT

**Other treasury/accountancy body members**
£1,350 + VAT

**Non-members**
£1,450 + VAT

**"An excellent course that provided me with a full understanding of the security issues within treasury and the controls that need to be put in place to provide security for both the company and the treasury employees."**

**Anne Forbes**,
Treasury Assistant,
**KCA DEUTAG**

# Auditing the treasury function

## Auditing fundamentals to effectively review treasury activity and risks

### Is it for you?

Yes if you're an internal or external auditor, a group treasurer, treasury manager, controller, on a board of directors. Or if you're dealing or involved with the review and control of treasury activities in financial institutions, commercial banks, corporate organisations, the public sector and not-for-profit organisations.

### What will you gain?

- You will learn how to effectively plan risk based treasury audits that add value as well as provide assurance
- Gain a deeper understanding of the key issues of control failure concerning strategy and operations
- The ability to identify early warning signals of potential problems
- Understand how to effectively promote best practice and communicate lessons learned

### Course content

#### Overview of treasury fundamentals and the link to value
- Treasury remit for alignment with overall business strategy
- Design of treasury strategy and policies
- Risk implications of analysis and performance reporting
- Robustness of service objectives
- Risk management activities with appropriate benchmarks
- Appropriateness of current treasury services to stated needs

#### Treasury organisation and structure
- Advisory/in-house bank
- Cost centre/value added cost centre/profit centre
- Centralised/decentralised
- Advanced/intermediate/elementary
- Segregation of duties
- Structure of a typical corporate and bank treasury
- Front, middle and back office structures
- Beyond the dealing room

**Treasury risks (includes risks in the dealing operation)**
- Human
- Operational
- Market and credit risks
- Risk mapping
- System management

**Dealing disasters and lessons to be learnt**
- Barings, Societe Generale, UBS
  – Recurring problems highlighted

**Auditing treasury**
- Audit universe
- Treasury jargon
- Methodology
- Risk based assurance plans
- Terms of reference – quality of internal audit coverage
- Evaluating findings and assessing their significance
- Value adding audit report (style, structure, information, clarity, language)
- Actively reassess audit plan and adapt the audit process

**Tackling audit challenges**
- Staff interviews at all levels of management and operations
- Critical review of strategy, policy, objectives, procedures and guidelines
- Review of treasury organisation
- Warning signals and what to look for

**Governance**
- Explore the duties of the board and management:
- The Companies Act 2006
- The UK Corporate Governance Code
- Treasury risk committees/role of ALCO in banks
- Treasury performance and how it is measured and reported

**Derivatives (overview and purpose)**
- Forwards and futures
- FRAs
- Options
- Swaps
- Documentation (eg ISDAs and CSAs)

**Treasury management systems**
- Security violations (including cyber fraud)
- Audit trail
- Capacity and capability
- Key interfaces
- Disaster recovery and business continuity

**"An excellent course, delivered by a top rate tutor who brought significant experience to the discussion."**

**Paul Batchelor**, Group Treasury Analyst, **The Sage Group plc**

# Level



## Trainer
**Raj Gandhi**, FCT FCCA

## Length of course
2 days

## London
28-29 April 2014, London
10-11 November 2014, London

**Fees**

**ACT members and students**
£1,250 + VAT

**Other treasury/accountancy body members**
£1,350 + VAT

**Non-members**
£1,450 + VAT

## Dubai
22-23 April 2014, Dubai

**Fees**

**ACT members and students**
$2,000/AED 7,345

**Other treasury/accountancy body members**
$2,100/AED 7,710

**Non-members**
$2,200/AED 8,080

# Treasury systems

### From selection to implementation

### Is it for you?

Yes, if you are considering, have approved or have just embarked upon a project to select and implement a new treasury management system and other treasury technology.

Yes, if you are working on the project, managing the project or are ultimately responsible for the success of the project.

Yes, if are a financial and/or systems supplier and are interested in understanding the processes necessary for the end user to negotiate a successful project.

### What will you gain?

Technology provides the key to meeting the demand for timely, accurate and transparent information for both the management of liquidity and risk and for management and regulatory reporting.

This course looks at what drives the development of treasury technology and its role within the company and then concentrates upon identifying the systems configuration required and their selection and implementation.

By the end of this course, you will have a firm grasp of the fundamentals required to successfully deliver a project to identify and select the technology needs of the treasury department and to implement that chosen technology.

### Course content

#### Treasury technology – background
- Development and application of treasury technology
- The role of technology – how technology is used in treasury today
- Systems available for treasury – overview of types of system




## Level 

**Preparation for the installation of a system**
- Identifying the need
- Project goals and project commitment and budget
- Building the project team
- Project planning
- Requirements definition

**System selection**
- Information gathering
- First short list and demonstrations
- Final short list and workshops
- Request for proposal
- Final selection and negotiation
- Systems available

**System implementation**
- Preparation
  – Building the project team and project office
  – Project structure document incorporating:
    • Key deliverables
    • Roles and responsibilities
    • Project governance
    • Project plan
- On-going
  – Project planning
  – Working with other parties (supplier; internal; external)
  – Budget management
- Project sign-off

**Trainer**
**Ken Lillie**, FCT

**Length of course**
2 days

**Dates and location**
4-5 March 2014, London
23-24 September 2014, London

**Fees**

**ACT members and students**
£1,250 + VAT

**Other treasury/accountancy body members**
£1,350 + VAT

**Non-members**
£1,450 + VAT

**"Put it this way – I now feel fully equipped to go ahead and implement a TMS!"**

**Paul Batchelor**, Group Treasury Analyst,
**The Sage Group plc**



**S** **Ultimate persuasion techniques** 41

# PERSONAL AND PROFESSIONAL DEVELOPMENT

40

# Ultimate persuasion techniques



## Level                                    S

### Trainer
**Jane Allan & Associates**

### Length of course
1 day

### Dates and location
3 April 2014, London
4 September 2014, London

### Fees

**ACT/IIA Members**
£475.00 + VAT

**Non-members**
£675.00 + VAT

**This course is held by the IIA and endorsed by the ACT**

## Is it for you?

This course is for anyone who needs to get the rest of the department, the rest of the organisation, the rest of the family or the rest of the world on their side.

## What will you gain?

**You will be able to:**
- Influence all types of individual
- Understand why some people are more difficult than others to persuade and still persuade them
- Use your behaviour to help others accept your ideas
- Understand how to build very high levels of rapport
- Build a permanent commitment to any changes you introduce

## Course content

This course offers you the chance to bring your own situations where you need to be more persuasive to the session and walk away with a solution.

### Influencing skills audit
- Assertion, expertise, political acumen through preparation
- Effective presentations; client centred

### People
- Understanding the human psyche
- The hidden effect you can have
- Behaviour breeds behaviour

- How to make sure you use your own behaviour wisely and that no one takes advantage of you

### Emotional intelligence
- Understand the impact of your emotional intelligence
- Use it to influence colleagues, customers and family alike
- How do your filters work? Are they helping or hindering?

### The power of body talk
- Using your body talk to influence
- Choosing the words with care

### OK, influence me
- Role plays to help you practise your new skills

### Permanent commitment
- How to ensure lasting influence
- Get real not token agreement
- See it past the new toy stage

During the course we will use the case studies you have provided: this is your chance to get a solution for one of your persuasion needs.

Before attending the workshop you will be asked to complete a questionnaire to help you think about your approach to those you seek to influence. How many of the six key skills can you claim as your own?


Chartered Institute of Internal Auditors

# CONVINCE YOUR BOSS

At the ACT we realise you value the importance of developing your professional knowledge and practical skills. However, to help you do this we thought you might like some ideas to convince your employer or wider organisation as to why you should sign up to an ACT training course, as well as the benefits they will gain as a result of their investment.

## Here's just a few reasons to help sway your case



You will learn how to immediately apply your new practical skills in your everyday role



Short courses require a short amount of time out of the office for what will be a long term gain in increasing your productivity in the workplace



You will bring back up-to-the minute insights in treasury to your organisation – a useful benchmarking exercise, giving you the advantage



Your new knowledge on specific areas of treasury could go a long way to improving business performance



If you book early you can make the most of your budget and save 15% off the course fee, so essentially you're saving the company money – nice!



Our courses will help build your confidence and leave you inspired with new ideas on what you can achieve



It's an invaluable opportunity to increase your professional network and share best practice with peers and our expert trainers

### Still not convinced?

Get your employer to give us a call and let us do the hard work for you. Contact **Samantha Baglioni**, Training Development Manager on **+44 (0)20 7847 2559** or email **sbaglioni@treasurers.org** – she is on hand to talk through any concerns or training related questions.

### Ready to book?

Book your training place now, in one of these 3 easy ways.
**1.** Online at **treasurers.org/training**
**2.** Email your booking form to **training@treasurers.org**
**3.** Fax your booking form to **+44 (0)20 7374 8744**

# ACT TRAINING IS A CPD RICH RESOURCE

## Keep your career moving

**In the workplace, where knowledge is key to competitiveness, it's essential that you keep yourself and your team up to date with the latest thinking, regulations and trends in treasury management.**

Whatever stage you're at in your career, Continuing Professional Development (CPD) can help you structure, plan and manage your learning to meet your career goals. CPD is relevant throughout your career as a way to add to your skills, support others and strengthen the profession as a whole.

With the ACT's CPD scheme, you're in control. There are no units to count or hours to complete. Our system is flexible, giving you the chance to develop your skills and apply them to the real world – on your terms.

A key feature is the ability to track and reflect on your learning through our activity log. This can assist you in demonstrating to your employer that you have been actively developing through the year and is really helpful when it comes to performance management or personal development discussions as it will remind you what you've done, what you've learned and how you've used it.

You can also use your CPD to plan your career goals and identify new things to learn – explore more at **treasurers.org/cpd**. And of course our training directory can act as inspiration for the new skills you need and help you pinpoint what to do next.

### Some of our CPD accredited employers include:

- AMEC
- Aviva
- BAE Systems
- BP
- British American Tobacco
- BT
- Centrica
- GlaxoSmithKline
- Hammerson
- HSBC
- Imperial Tobacco Group
- Lloyds Banking
- Marks & Spencer
- National Grid
- Old Mutual
- Rio Tinto
- Rolls-Royce
- Royal Bank of Scotland
- SABMiller
- Shell
- Tate & Lyle
- United Utilities

### Not sure if your company is CPD accredited by the ACT?

We've got new organisations signing up all the time so check out our website regularly to keep up-to-date.

**treasurers.org/cpd**



# MEET YOUR TRAINERS



### Michèle Allman-Ward

Michèle Allman-Ward is the Managing Partner of Allman-Ward Associates Inc., a company specialising in strategic planning, business unit development, training, project management and market research with particular emphasis on international treasury management. Michèle is an internationally respected expert on cash and treasury management. She has written numerous books on the subject of international treasury management and is the lead trainer for the ACT's CertICM qualification.

### Anthony Birts



Anthony is a Senior Teaching Fellow in Finance at the School of Management, University of Bath lecturing on MBA, MSc and undergraduate programmes. He is also Director of Studies for the BSc Accounting and Finance degree. Before joining the University, Anthony was with Bank of America NT&SA, starting as an Account Officer in the energy section and moving via International Treasury Services to end as a Vice President in the Payment Services area. He is Chief Examiner for the CertICM and regular trainer for the ACT and also lectures at the Vrije Universiteit, Amsterdam.



### Raj Gandhi

Raj is a fellow of ACT and the ACCA, and has worked for SMEs and multinationals across the financial services, energy, and retail sectors. He has also been a practitioner member of the ACT examination board. Raj became a trainer in 2009 and has since built up a strong reputation for being commercial with proven ability to deliver effective learning with real life cases. Before this career move, Raj was CFO of London Capital Group Holdings plc, global treasury audit manager for Royal Dutch Shell plc and Man Group plc, and group treasurer of Empire Stores Group Plc.



### Ian Jakeways

Ian has over twenty years' experience in designing and running training programmes in finance and treasury for both bankers and treasurers. This experience covers central and western Europe, the United States and Asia. Ian is Chief Examiner for the ACT's Certificate in Financial Mathematics and Modelling. He is also involved in tuition and material development for this Certificate and the Certificate in Risk Management. Previously he was Chief Examiner for the MCT's Advanced Funding and Risk Management for many years until the end of 2002.



### Ken Lillie

Ken Lillie has over twenty five years experience of providing treasury consultancy, working for companies and organisations in UK and Europe, USA, Middle East and South Africa and ten years previous experience in corporate treasury.

Ken is a Fellow of the Association of Corporate Treasurers in the UK. He is also a member of the Association for Financial Professionals in the USA and the Association of Corporate Treasurers of Southern Africa. He regularly writes, speaks and runs training courses on treasury and treasury technology and holds the Cambridge CELTA certificate.



### Sue Mainwaring

Sue is an independent Treasury Tax specialist who recently gave up a long career at PwC. After training as a Chartered Accountant, she became a corporate tax consultant in central London and then led the Finance & Treasury Tax team for the firm's south east region for over 10 years. With considerable experience working with public and private groups across a broad industry base, Sue specialises in tax-efficient funding and hedging transactions and global liquidity management. She has advised widely on current topics such as the tax implications of adopting IFRS and modified UK GAAP, the impact of the UK debt cap regime on global funding, and aspects of the amended CFC proposals.



### Bob Lyddon

Bob is a strategic consultant specialising in banking, payments and cash management. Bob is head of the secretariat of IBOS Association in London. He runs numerous seminars on SEPA, Payment Services Directive and international payments and cash management. In a banking career spanning over 17 years, Bob was latterly director of European Cash Management at BankBoston, where he created the Connector multibank payments network. Bob's earlier career was spent at Manufacturers Hanover Trust/Chemical and Lloyds Bank International.



### Greg Mayes

Greg's extensive financial career, began in financial accounting with Ernst & Young in London, working through corporate treasury, into investment management and investment banking. Greg was most recently Head of Financial Markets Training at Barclays Capital, before setting up his own financial training consultancy. Delivering training in accounting, financial management and analysis, corporate finance, derivative products and investment and trading strategies, Greg's 20 years of experience of working in and around investment banks, wealth managers, corporate treasurers and institutional fund managers, gives him a broad inside knowledge of industry demands.



### Adrian Rodgers

After qualifying as a Chartered Accountant, Adrian spent a number of years with IBM, in a variety of tax, treasury and finance roles. After managing the EMEA consultancy team at Chase Manhattan (now JPMorganChase), he became a Director at PricewaterhouseCoopers, specialising in managing change in the Finance function, including re-engineering of corporate Treasury.

His current company, ARC Solutions, is an independent consultancy providing advisory, design and implementation services to corporates and banks.



### Will Spinney

Will Spinney has been a practising treasurer for nearly 25 years, working for several companies including Johnson Matthey, Eaton Corporation and Invensys plc where his experience covered all aspects of treasury including financial risk management, cash management, extensive financings and pension investment strategies.

He has been involved with education and training with the ACT for several years – writing resources, running training courses and as a member of examination boards. He is an employee of the ACT.



### Richard Thornton

Richard is a Fellow of the Institute of Chartered Accountants. He started his career with KPMG in 1987 and has worked in finance for over 25 years. He has held senior positions in many private companies from a diverse range of industry sectors including service, manufacturing and education.

Richard founded his current company Thornton Vanderplank Ltd (TVL) in 2007. TVL provides a range of corporate finance advisory services to a diverse portfolio of clients.



### Brian Welch

Brian has wide experience as a corporate treasurer with a range of companies including Gulf Oil, the Willis Group and the House of Fraser, and also as a treasury consultant. He is a former non-executive advisor to the Investment Committee of the London Stock Exchange and a member of the ACT Policy & Technical Committee. He represents the ACT on the Foreign Exchange Joint Standing Committee (FXJSC) which oversees the London Foreign Exchange Market. He is actively involved in education serving on the board of a leading Sixth Form College, and is the Chairman of an independent preparatory school. Brian has been an ACT member since 1985 and trains on a number of ACT courses.

# TERMS AND CONDITIONS

## How to book

You can book online at www.treasurers.org/training

Alternatively, please complete the booking form found as insert in this brochure and email it to **training@treasurers.org**, fax to **+44 (0)20 7374 8744** or post to ACT, 51 Moorgate, London EC2R 6BH, UK.

## Booking confirmation

Once we have processed your booking, we will send you a confirmation email with an electronic invoice. Your place is guaranteed once payment has been received. Bookings made less than 21 days prior to the start of the course will require immediate payment.

## Payment

Payment must be received within 21 days of the invoice date or in advance of the training course, whichever is the sooner and regardless of booking date. Payment can be made through:

- The ACT secure online payment site: **https://secure.treasurers.org/makepayments**
- Credit card – by completing an online booking form, or by phone, fax or post.
- Credit card details via email will not be accepted under any circumstances.
- BACS to ACT (Administration) Ltd, National Westminster Bank, Sort Code 60-00-01, Account name 01053760
- IBAN GB 94 NWBK 600001 01053760, SWIFT Code: NWBKGB2L. Please quote invoice number in any correspondence.
- Cheques made payable to ACT (Administration) Ltd.

## Fees

All ACT training courses listed in the programme are subject to VAT at the current rate. Course fees include tuition on the day(s), all relevant course materials, lunch and refreshments.

## Early bird discounts

Book early to save 15% off the course fee. The early bird discount applies to ACT courses only (excludes ACCA and IIA courses). The discount is not available in conjunction with any other offer and places are subject to availability.

## Group discounts

If 3 or more people book on the same course from the same organisation they qualify for a 25% discount off the combined course fees.

This discount only applies to ACT courses and can not be used in conjunction with any other offer and places are subject to availability.

## Special requirements

The ACT will make every effort to accommodate special requirements that have been notified in advance on the booking form.

## Joining instructions

Joining instructions including outline of the day, venue details, map and local hotels details will be issued approximately two to four weeks prior to the course. If you have not received your joining instructions three days prior to the training course, please call **+44 (0)20 7847 2540**. The ACT will not be held responsible for non-receipt of joining instructions and refunds will not be issued under such circumstances.

## Course transfers

There is no charge for transferring your booking to the same course on an alternative date provided you notify the ACT in writing up to 21 days before the start and if there is availability. However, a transfer fee of 20% of the course fee (plus VAT) will be payable if the notice is received less than 21 days before the start of the original course. No refund will be made in the event of a transfer. No more than one transfer will be allowed. Requests to transfer a course must be made in writing and can be sent by email to **training@treasurers.org**.

## Cancelling your place

If you notify the ACT in writing (via letter, email or fax) up to 28 days before the start date of a course, you will receive a full refund less an administration fee of 20% (plus VAT) of the course fee. If you withdraw for whatever reason within the 28 day period, the full fee will remain payable even if you are unable to nominate a substitute attendee. Substitutions should be received by the ACT at least 48 hours prior to the course start date.

Should a participant require an invitation letter from the ACT, we are able to provide this as long as full payment of the course fee has been received. The ACT is not able to act on behalf of the participant and is not responsible for any costs incurred by failure to obtain a Visa.

Full course fee can be refunded if a participant has been declined a Visa and has provided proof of this.

## Non-attendance

If you fail to attend the course on which you are booked and have not given prior notice to the ACT then the course fee will remain payable in full and no transfer will be allowed.

## Cancellation by the ACT

Where circumstances dictate, the ACT reserves the right to alter published programmes, trainers, fees or venues without prior notice. In the event of a course being cancelled, a refund of the course fee will be made but no compensation will be paid for any additional costs incurred.

## Venues

Details of the specific venue will be sent in the joining instructions for all training courses.

## Dress code

There is no dress code; however, most participants choose to wear smart casual clothing. Due to variable temperatures of air conditioned rooms, layers are advised.

## Liability

The ACT does not accept responsibility for anyone acting as a result of information or views expressed on its training courses including course material. Opinions expressed are those of individual trainers and not necessarily those of the ACT. Participants should take professional advice when dealing with specific situations.

# ACT TRAINING

## Treasury training from the chartered body for the profession

### Why train with the ACT?

- **For public courses**
  Contact **Radmila Trkulja**,
  Training Executive, **ACT**
  t: **+44 (0)20 7847 2573**
  e: **training@treasurers.org**

- **For tailored solutions and structured learning programmes**
  Contact **Samantha Baglioni**,
  Training Development Manager, **ACT**
  t: **+44 (0)20 7847 2559**
  e: **sbaglioni@treasurers.org**

**treasurers.org/training**

**Download the booking form at treasurers.org/training**

## 3 easy ways to register

 **1** **Online**
www.treasurers.org/training

**2** **Fax**
+44 (0)20 7374 8744

**3** **Email**
training@treasurers.org



TREASURERS.ORG/TRAINING

# Exhibit 2.4



# Beginner's guide to buying property abroad





# Foreword

B uying a property abroad is a lifelong dream for many of us. With the possibilities of a better climate, cheaper property and a lower cost of living, it is easy to see why many Britons are opting for a life-changing move abroad.

However, with the property market suffering in the UK and abroad, it is important to make sure you are getting the right advice and making the most of your money. Buying abroad can be a complex process and there are many investors who have made mistakes along the way. This is why we have produced this beginner's guide to buying an overseas property in conjunction with A Place in the Sun, the UK's best-selling overseas property magazine. The aim of the guide is to start you on the right track and highlight some of the key issues you might wish to consider when buying overseas. We have also included additional information on the twelve most popular destinations for our clients, featuring top tips, tax and legal information, and property hotspots.

I would also like to draw your attention to a part of the process often overlooked by investors. At some point you will need to convert your Pounds into another currency to pay for your property, or to pay your overseas mortgage. It is important to remember that a change in the exchange rate between deciding to buy a property and your final payment could substantially increase the cost of your property. Methods of fixing the exchange rate in order to fix the cost of your property from the outset are available from specialist currency brokers.

Currency specialists such as Hargreaves Lansdown, could also save you money by offering better exchange rates than the banks or building societies. Savings of 2%, the equivalent of £3,000 on a property worth £150,000 are not uncommon.  Please see page 5 for more details, or call 0117 311 3257.

The information provided in this guide should only be used as a summary of issues to consider when buying abroad and not as personal advice. Please be aware that planning regulations, taxation and local laws frequently change in each country and I suggest you seek professional advice at each stage. You should only consider buying property as part of a diverse investment portfolio and you need to consider taking independent financial advice before buying. If you have any queries regarding foreign exchange or our service, please contact our currency specialists on 0117 311 3257.

**Paul Dimambro -**
**Head of Hargreaves Lansdown Currency Service**

2

## MAKING THE DECISION

Each year, thousands of people head abroad without a definite idea of what they are looking for. At best they waste time; at worst they waste money and end up with a property with which they are not happy. To work out whether your dream of buying a property abroad can become a reality, you first need to consider your investment objectives. These are just some of the questions and issues you should consider:

- Why do you want to buy abroad?
- How much will it cost?
- Can you afford it?
- What are the tax implications?
- Do you have a particular country and region in mind?
- Are you looking for a holiday home, a buy-to-let, an investment property or a permanent home?
- What size house are you looking for – how many bedrooms?
- Are you looking for a modern development or a more traditional property?

The more decisions you make now and the more research you do, the more you can narrow your search and be better equipped to save time and money later on.

## HOW TO CHOOSE THE COUNTRY/ REGION/PROPERTY

You probably already have an idea of the property you're looking for, but this will depend on whether you intend to use your property as a holiday home, investment property or as a permanent home. However, in recent years, property buyers have been faced with more options than ever, with markets opening up in countries that have previously been unavailable, or simply overlooked.  Culture, climate, lifestyle, rental income and investment potential will help you to narrow down the search from country to region and from region to property. If you need to find work in your new country, you need to consider whether language will be a problem, and whether you will need a work permit (an issue that will be non-existent if you choose an EU country).

## PLANNING YOUR FINANCES

One of the first people with whom you should discuss your plans should be a financial advisor, so you can calculate what you can realistically afford. Working out a strict budget and sticking to it is essential, but you will need to remember that on top of the property purchase price you will also have a number of one-off and ongoing costs.

# Contents

| | |
|---|---|
| 4 | Costs / Estate Agents / Jet-to-let / Legal |
| 5 | Tax / Mortgages / Currency |
| 6 | Insurance |
| 7 | Top tips / 10 Step Guide |
| 8 | Spain |
| 9 | France |
| 10 | United States of America |
| 11 | Canada |
| 12 | Italy |

| | |
|---|---|
| 13 | Switzerland |
| 14 | Australia |
| 15 | New Zealand |
| 16 | Portugal |
| 17 | Dubai |
| 18 | Cyprus |
| 19 | South Africa |
| 20 | The next step / Important Investment Notes |
| 21 | Useful contacts |

## ONE-OFF COSTS

One-off costs include viewing trips, estate agent fees and legal fees. You may also have to arrange for a survey to be completed, especially for an older property. In some European countries, foreign buyers are even required to set up a limited company in order to buy land and this can cost a few hundred Pounds. There may also be property transfer tax to pay, Stamp Duty and VAT on newly built properties. You may also need to consider furnishings and renovations depending on the property.

## ONGOING COSTS

Ongoing costs will include local taxes and insurance, and if your property is located within a development, then you will also have maintenance and management fees to pay annually. You may also have to arrange a mortgage, but do remember that there are not always mortgages available to foreign property buyers in some countries, and be aware that currency fluctuations could affect the cost of your mortgage, unless you fix the exchange rate.

## CHOOSING AN ESTATE AGENT

There are various ways of finding an estate agent overseas, but the best way is to use an agent that has been personally recommended to you, or ask your solicitor to recommend a reputable company. The internet is an invaluable tool and may help you find agents that specialise not only in your chosen country, but also in the specific area in which you are interested. Local agents should have both in-depth knowledge of the area, plus a wide range of potential properties for you to choose from. Agents can be based in the UK or in the destination country, but ideally will have offices in both. This generally ensures that they are a well-established company, who are able to speak English and who possess a sound knowledge of the overseas property market, as well as the needs of foreign buyers.

You should also check to see if they are a member of the Federation of Overseas Property Developers, Agents and Consultants (FOPDAC www.fopdac.com), or the Association of International Property Professionals (AIPP www.aipp.org.uk). Both are self-regulating bodies where members have to adhere to a strict code of ethics that will aim to ensure you are dealing with a reputable agent.

## JET-TO-LET

The 'buy-to-let' or 'jet-to-let' market has boomed over the last decade, not just in the usual holiday markets such as Spain, France, Italy and Greece, but all over the world. Buying the right property abroad and letting it out can potentially provide you with a good source of income and a holiday home. You will need to establish how the income will be taxed in both that country and in the UK.

There are several factors to consider which might enhance the potential of a successful buy-to-let property. The area should attract tourists and have a fully developed tourist infrastructure, with lots of airports, regular budget flights and international attractions. You will need to consider the region carefully, plus the holiday market you are trying to attract. Are you looking for sun worshippers, golfers, families or retired couples? Would you prefer a short but high rental season or a lower but steadier year-round income? Rental properties by the sea tend to experience short bursts of high rental yield, interspersed with periods of no rentals at all, dependent on the tourist seasons of the location. Inland rental options, on the other hand, tend to provide lower, but continual rental returns. Obtaining information on the area and the potential rental income achievable is essential before you buy.

## LEGAL

Ensuring that you receive good legal advice is one of the most important parts of the buying process. Unfortunately there are still many people who do not take adequate advice when buying abroad, in the hope of saving money. Such investors are often featured on television programmes and newspaper articles, telling their story of the property purchase that went wrong.

You firstly need to make sure you know as much as possible about the property law in the country where you are buying. For example, are debts (mortgages, etc.) accrued by the owner, or by the house? In some countries, the previous owner can lend against his property, with the debt then passing to the next owner of the property.

Building regulations need to be checked carefully to ensure that the home you are buying is legal. Spain received a lot of bad publicity in 2007 owing to property scandals, but the majority could have been avoided if the buyers' lawyers had checked that all paperwork was in order and up to date. Many British investors who did

4

not take sufficient legal advice encountered problems with properties that had been built on land designated as 'green' rather than 'urban'.

It is important to appoint an independent lawyer, as problems often arise when investors use lawyers connected to the selling company. Such conflicts of interest rarely benefit the buyer. You ideally need a recommended independent company which understands both UK law and the law of the country in which you are buying, and is fluent in both languages.

## TAX

Assuming you are a British resident, you will need to consider the following taxes when buying property overseas. On buying the property you may have to pay the equivalent of VAT (if it is a newly built property), Stamp Duty (if it is a resale property) or some other form of sales tax. Local taxes, such as the country's equivalent of council tax, may be levied.

Wealth tax is unfamiliar to Britons. As a British resident, you will almost certainly only have to pay wealth tax on your assets in the country where the tax is levied, not on your worldwide assets.

If you let an overseas property, you may have to pay income tax in that country. You may also have to pay income tax in the UK, where you are taxed on your worldwide earnings. If the country where your property is has a double-taxation treaty with the UK, you will be able to offset the tax paid against your British taxes.

It is essential to remember that when you eventually sell your overseas property you may have to pay Capital Gains Tax (CGT). Even if you sell in a country where there is no CGT (Egypt, for example, or Morocco after 10 years), you will probably be taxed on the gain in the UK. If you have to pay CGT where the country has a double-taxation treaty with the UK, you can offset one against the other.

As some countries levy heavy fines for missed payments, seek advice from a specialist on taxes in the country where you are buying.

Inheritance tax laws vary from country to country and need to be considered as part of your overall planning. As you may have to consider tax planning in more than one country, consultation with a financial advisor before you buy is advisable.

## MORTGAGES

If you need a mortgage, you can either take a foreign mortgage on the property or, if you have sufficient equity in your UK property, you could raise the funds on a standard mortgage. British lenders tend to offer a higher percentage of the property's value than those in many other countries. Even if you're emigrating you could let your UK property out and raise a mortgage if the rent will support it. It is important to remember that the property is unlikely to be let all year round.

In Egypt, mortgages have only recently become available to foreigners, which meant that previously this decision was made for you. In others, like Spain and France, you will find a wide range on offer, though due to the economic climate, currently offering lower loan to value rates than they were a couple of years ago.

Whatever mortgage you opt for, in Britain or another country, make sure you leave yourself some flexibility in case the interest rates in the country where you've got your mortgage rise. As this is a complex topic, seek advice from a professional who can advise you on both UK and international mortgages.

## CURRENCY CONVERSION

One aspect of buying abroad that is often overlooked is the requirement to exchange your Pounds into another currency. If ignored, the exchange rate you obtain could result in the purchase of your property costing thousands of Pounds more than it should. There are simple ways in which you can save money on foreign exchange and we suggest that you consider both carefully.

1.  The vast majority of people converting currency and transferring money abroad use their bank, as they are unaware of specialist currency brokers such as Hargreaves Lansdown. By using a currency broker you could save up to 2% of the value of the property just by securing a better exchange rate than most banks offer – that's £3,000 on a £150,000 property.

2.  The date on which you commit to buying your property and the date on which you need to pay are often months apart. The currency market moves quickly, and an adverse movement in the exchange rate could cost you thousands on the property purchase, and put your investment over budget.

5



Fixing the exchange rate through a currency broker will give you peace of mind in knowing exactly how much your property will cost from the outset. Please see the Hargreaves Lansdown Currency Service brochure for further details.

Currency brokers can assist you in explaining what is happening in the currency market and assist you in selecting the type of currency transaction that will best meet your needs. Brokers could even save you money on smaller currency transactions such as transferring money to cover living expenses, renovations or property maintenance. If you are letting your property and transferring the income from a foreign currency into Sterling you can also save money on the conversion and transfer costs.

## INSURANCE

As with your UK property, you will need to insure your overseas property. If you are using the property as a holiday home, check the policy carefully. Is it fully covered even when you are not there? Are you required to turn off all power or drain the water when you leave?

If you are planning to let out your property, you will need extra cover, such as cover for the cost of alternative accommodation for your guests if your property becomes unavailable (after a fire, for example) and cover for any loss of income. You will also need Public Liability Insurance (PLI), in case a guest is injured while at your property (for example, slipping on a tiled floor). Make sure your pool is covered by the policy, both against damage and with PLI.

Finally, in some countries you may need specialist cover, and this may be expensive. In Florida you will need to be insured against hurricane damage, and bad storm season premiums are quite high. The Atlantic hurricane season officially begins on 1st June and ends on 30th November, but in 2007 it began in mid-May and didn't end until mid-December, making specialist cover crucial. Earthquake insurance is compulsory in parts of Turkey. Bush fire insurance is a wise buy in certain parts of Australia. The independent lawyer you employ when purchasing your property will be able to advise you on which insurances you are required to have by law.

# Top tips for buying abroad

- Research the area and check for proposed new developments.

- Check the transport links and local infrastructure.

- Identify the facilities on offer for tourists and what the local community has to offer.

- Speak to locals and try to visit the area in different seasons.

- Deal with a reputable agent or developer. If possible, try to obtain references from former clients.

- If you are buying a newly built property, ask to see proof that the developer owns the land and has a currently valid building license.

- Always choose an English-speaking lawyer, who has an understanding of the legal system in your chosen country.

- Be aware that local estate agents may not always be used to dealing with foreigners, and may not supply you with the advice and information that you need.

- Be wary of recommendations from agents and developers. You may find that their recommendations for a lawyer, for example, are not always in your best interests.

# 10 step guide

1.  **Plan your finances -** what can you afford?

2.  **Do your research -** where do you want to buy? What kind of house? How much should you expect to pay?

3.  **Find your perfect location and property -** visit the country. Once you find an area in which you want to buy in, visit it at different times - is it a seasonal place? Will it be deserted in the winter months (with no shops open) or will it be over-run in the summer? Will you use your property to let out, live permanently or as a holiday home?

4.  **Get a good lawyer -** find a lawyer fluent in both languages, with local knowledge and no ties to the vendors.

5.  **Do your checks -** is the house legal? Can you build on the land? Lawyers perform different functions in different countries. Do not simply assume they will make all the checks you need.

6.  **Open a local bank account -** this will give you easy access to your money in the local area. If possible choose one where the bank manager is fluent in English.

7.  **Find a currency broker -** a good currency broker could save you thousands in comparison to a high street bank. You might also want to fix the exchange rate to protect against exchange rate fluctuations.

8.  **Arrange a deposit -** as once you find your perfect property you will want the vendors to take it off the market while all the legalities are finalised.

9.  **Exchange contracts -** sign the contracts and, depending on where you buy, and the type of property, pay in instalments or in a lump sum. You will also need to insure your property.

10. **If emigrating -** organise removal from UK. This will involve notifying the tax authorities, arranging for your UK post to be forwarded, arranging to keep your UK voting rights, planning pension provisions and all the associated factors that will vary depending on your circumstances and reason for buying abroad.

# Spain



## COUNTRY OVERVIEW

**With 300-plus days of sunshine a year offered by many coastal regions, it is no surprise that Britons have been buying homes in Spain for decades. The recent troubles in the Spanish property market mean that prices have been dropping gradually after ten years of dramatic rises, creating some buying opportunities.  Despite the problems, Spain remains a popular destination for Britons buying properties overseas, and it is not difficult to see why. The budget airlines connect the UK to an ever-growing number of Spanish regions. Heavy investment means that Spain has a superb infrastructure, with an efficient road network and excellent healthcare – at least on a par with the NHS. The standard of living is hard to beat, with food, 'council tax' and many day-to-day items costing far less than in the UK, especially away from the tourist areas along the southern coastline.**

## PROPERTY HOTSPOTS

The Costa Del Sol is one of the most popular areas among British buyers but also one of the hardest hit in the current climate. Prices have fallen after years of high growth and the rapid rate of development has come to a standstill, which means there are buying opportunities for those – particularly cash buyers - who know where to look.  For better value, you will need to look further afield such as inland Andalucia or the Costa Tropical, east of Malaga, or provinces such as Almeria, Cadiz and Murcia. The Balearic Islands have cast off their package holiday image and become a true luxury destination, while the Canary Islands' year-round sunshine makes them popular for winter getaways.

## BUY-TO-LET MARKET

Competition among high numbers of second home owners on the Costa Del Sol has seen rental rates reduce in some areas, but Spain has continued to have one of the healthiest holiday lettings markets in Europe, and it remains the top holiday destination for the British. Research from Mintel shows self-catering holidays grew in the five years to 2007, but have recently suffered a slight decline. The number of short breaks could exceed 34.3 million by 2011 as more of us look for greater value for money and comfort from our holidays. The combination of plentiful budget flights and the growth of internet lettings websites has made it easier than ever to market your holiday home,

and letting is a great way to assist with the mortgage.

## TAXATION

You will have to pay 7% IVA tax (the equivalent of value-added-tax) on new property purchases in Spain, plus an additional 1% Stamp Duty (known as AJD) on new-build properties. When you also take into account legal, notary and land registry fees, allow for an additional 10-12% in taxation and fees on top of the purchase price.

A widespread, though illegal, practice in Spain is to under-declare the purchase price of a property in order to pay less tax; the undeclared portion of the purchase is known as 'black money'. Be warned though: it is very much illegal, and when you eventually come to sell the property on, you may face higher Capital Gains Tax as a result.

## KEY LEGAL ISSUES

There have been a number of high-profile legal issues with property in Spain, notably Valencia's notorious 'land grab' laws, which saw a number of homeowners facing hefty fees and even having their homes demolished because they were built on land that was later claimed for further development. However, the European Court has ruled this practice illegal and is pursuing the Valencian government through the courts.

You may well be offered the services of a Spanish abogado (lawyer) through the vendor of a property, particularly with large developers. Our advice is to seek your own independent legal advice as there is an obvious conflict of interest when using a lawyer representing both the buyer and the seller of a property.

## TOP TIPS

- Employ your own English-speaking, independent lawyer.
- View as many properties as possible.
- If buying to let, make sure the rental values you need are achievable.

# France

## COUNTRY OVERVIEW

**France remains an attractive proposition for property buyers, despite the emergence of other markets in recent years. There are many reasons for its continued popularity, such as the attractive culture and way-of-life and good-value properties available in diverse regions with reliable climates. When buying in France you will find a robust property industry, full of professionally registered English-speaking experts on hand to guide buyers through the process, a legal system that protects the purchaser, and a buoyant market for letting and property investment opportunities.**

## PROPERTY HOTSPOTS

Regions that are growing in popularity in 2009/10 include Languedoc, Aquitaine, Lot et Garonne , Pyrenees Atlantiques, the Dordogne and Gascony.

## BUY-TO-LET MARKET

According to the French government and the World Tourism Organization, France is the world's number one country in terms of tourist arrivals, receiving a record 82 million visitors in 2007 – up by 4% on the previous year - and over 80 million visitors last year, which is good news for buy-to-let investors, ensuring that rental returns remain lucrative. In addition, the French government's Leaseback scheme, which promises the buyer a fixed rate of rental income each year, is proving a great success. A major benefit is the refunding of VAT on the property, which effectively means the new property is purchased a 19.6% discount. New-build ski and coastal properties are particularly popular in this regard.

## TAXATION

Should you move indefinitely to France, or you spend more than 183 days there per year, you will become a French tax resident under French domestic rules. French residents are subject to taxation on their worldwide income (there is a UK-France tax agreement), while non-residents with a property in France are taxable on source income, gains and assets only. For income tax, the scale rates range from 0 to 40%, and there is no personal allowance unless you are over 65. Income tax is calculated based on household income. Rental income from a French property is taxable. Other taxes to be aware of are capital gains and succession (inheritance) tax, which you must get professional advice on before you invest.

Your liability to French wealth tax depends on where you are resident. If resident in France, your worldwide assets must be taken into consideration. If resident in the UK then only property assets in France are considered. There is a threshold over which a graduated tax is payable, annually. If you have a mortgage this is deducted from the property value. You should take advice on how to do this.

## KEY LEGAL ISSUES

The French legal system can be a minefield for foreign buyers, so independent legal advice is crucial. A notaire oversees the sale of a property (sometimes the property is actually sold through the notaire, often at a much better rate than through an agent), ensures the conveyancing is carried out legally and collects the relevant taxes on behalf of the government. They do not act on behalf of either side, so it may be best to employ a separate notaire or UK-based solicitor who specialises in the buying of French property. Note that a property can be purchased by individuals, in single, joint or multiple names, or though a holding company.

## TOP TIPS

- Spend some time in the region in the winter before buying, renting a place if possible.
- Do your own research and then seek independent legal and financial advice before buying.
- Consider instructing your own notaire, as the notaire overseeing the sale is unlikely to advise in your favour.



9

# United States
# of America

## COUNTRY OVERVIEW

**America has something to offer everyone. As diverse as it is vast, the country is now home to hundreds of thousands of British ex-pats that have been drawn to the 'land of opportunity' and its shared language, lower cost of living and comparatively reasonable property prices. Although not as cheap and plentiful as it once was, there are still investment opportunities and you can expect to get much more for your money in America. Many properties on offer have spacious rooms, large gardens and swimming pools.**

## PROPERTY HOTSPOTS

Although we are still flocking to the traditional coastal favourites, migrants are branching out to explore the cheaper opportunities available further inland. Diversified flight schedules and regional departures have also opened up the rest of the Atlantic coast, while global companies operating out of the major cities tempt professionals to stateside positions. Florida's property prices have fallen dramatically in recent times, whilst a relatively favourable exchange rate has created some investment opportunities. At the other end of the scale, residents in Texas have managed to miss out on much of the housing crunch with prices still rising.

## BUY-TO-LET MARKET

Some of the best investment opportunities are in the tourist hotspots, but do not limit yourself to areas popular with the British. In 2007, only 27% of Americans carried a valid passport and most opt to holiday at home. Explore the possibilities of lakeside homes in the north, mountain getaways in the western ski resorts and upstate forest cabins in New England. Be sure to familiarise yourself with local zoning laws; they differ between blocks, as well as states, and dictate whether your property can be used for holidaymakers or is restricted to longer rentals. Popular tourism areas are usually rife with management companies who will handle your property while you are away, but it pays to do your research before signing up.

## TAXATION

Income derived from rental homes is usually taxed at the standard 30% federal income tax. However, foreign investors can opt to have the income taxed as a US business venture and benefit from taxation on a net basis after deduction of all expenses and at a graduated rate. The other option is to pay gross income tax, which will cost more but be a far simpler process. Any rental income may also be subject to state taxes and licensing fees. There is a double taxation agreement between the UK and America.

## KEY LEGAL ISSUES

The US property buying system is different from the UK, but it is essentially straightforward. There is no need to visit many agencies as most qualified realtors have access to Multiple Listings Services and all available properties in the area.

Aspects of the buying process differ from state to state, but a few common factors apply to buyers. Contracts are exchanged much earlier in the buying process; usually as soon as an offer is accepted, and is accompanied by a deposit of around 10% to be held in a third party account until the deal is complete. Both buyer and seller are equally bound at this point, although get-out clauses exist for major problems.

## TOP TIPS

• Property laws and taxes vary from state to state so it is worth looking at state websites and seeking local advice before you start searching.

• States such as Florida have buyers' and sellers' agents, so make sure you secure the services of a buyers' agent who will focus on your interests rather than the seller's.



# Canada



## COUNTRY OVERVIEW

**With lakes and woodlands in the south, ski resorts in the mountains, wide open plains in the centre and a rugged coastline, Canada is particularly popular with admirers of its rural attractions. However, with modern, vibrant cities, Canada also caters for those in search of a more urban lifestyle.**

## PROPERTY HOTSPOTS

Vancouver, in British Columbia, offers a good quality of life, with properties costing less than a quarter of the price in central London. Around 45,000 people moved to British Columbia in 2008. Drawn to the appeal of a modern city, coupled with the winter sports facilities of the dramatic Cypress Mountain. The Winter Olympics in 2010 will showcase the region and could have a positive impact on property prices.    Preparations for the Olympics will also improve the city's infrastructure, venues and transport links.

## BUY-TO-LET MARKET

Ski accommodation and city apartments (in cities with airports) are where you can typically make the most money if you are planning to let your property to British tourists. If you are not considering ski resorts, then Toronto and Montreal are good options as both attract those looking for long-haul city breaks and are seeing a high number of people moving into the city.

## TAXATION

Canadian residents are required to pay tax on any income worldwide, apart from retirement pension funds. If you are considered a non-resident you are still required to pay tax on your Canadian income.

Income tax ranges from 15% to 29% of your taxable income. As well as federal income tax, Canada's various provinces levy additional income tax; this varies between regions but the two together should total about 40%. As Canada has a double taxation treaty with the UK, you won't have to pay tax on your income twice. Capital gain is taxed as income, with 75% of the gain being taxable.

Inheritance tax on property requires the beneficiaries to pay tax on the rise in the property's value. Get advice from an international tax specialist, especially if you're planning on owning your property there for a number of years.

## KEY LEGAL ISSUES

As a citizen of the EU, you will not need a tourist visa for Canada, but you will need a return ticket to your home country and proof that you can support yourself financially while in the country. Canada is actively seeking skilled immigrants, and has less stringent requirements for residency than many other developed nations. Canada sought to recruit and fast-tracked visas for 50,000 skilled workers from the UK in 2008.

## TOP TIPS

- Non-residents looking to secure a Canadian mortgage can expect to be offered a 65% mortgage, with 35% as a down payment.

- If you plan to stay in Canada for 6 months or less each year, the government considers you a non-resident. Stay longer and you need to apply for immigrant status.

- The majority of Provinces have no restrictions on foreign ownership of real estate, but some do limit the amount of property / land that a non-resident can purchase (for example, non-residents may not own land over 10 acres in size in Saskatchewan). You need to check these restrictions before buying.

# Italy

## COUNTRY OVERVIEW

**Italy remains an extremely tempting prospect for those looking to invest in property abroad, with a number of factors behind its sustained popularity. Although there are many Tuscan villas and farmhouses selling for seven figure sums, there are still plenty of bargains available off the beaten track. The market offers something for everyone, from rustic rural getaways and seaside villas, to Renaissance city apartments and modern ski chalets. Italy enjoys an easy-going pace of life with a strong emphasis on friends and family. The property market is well-regulated and there are plenty of English speaking agents, lawyers and surveyors.**

## PROPERTY HOTSPOTS

Last year's emerging regions included Puglia, Le Marche and Abruzzo, and these continue to perform strongly, as do traditional favourites such as Tuscany, Umbria and the Veneto.

## BUY-TO-LET MARKET

With millions of tourists visiting every year, all of whom need a place to stay, rental returns can be lucrative. The market has shown encouraging signs of expanding beyond the traditional holiday hotspots around Florence and Venice.

## TAXATION

Italy and the UK have a double-taxation agreement – meaning the same income is never taxed by both governments. Who you pay tax to depends on where your principal residence is, where your income originates and what your nationality is. If you are deemed non-resident in the UK then full exemption is granted from UK taxation. The tax year in Italy ends on 31st December. Income tax on Italian source earnings operates in the same way as PAYE here in the UK – payments are made by yourself or your employer on a monthly basis. Earnings up to €15,000 are taxed at 23% increasing to a maximum of 43% on earnings of €75,001 and over. IVE (equivalent to VAT) varies from 4% to 20% depending on the commodity.

## KEY LEGAL ISSUES

The Italian legal system is highly bureaucratic and can be a minefield for foreign buyers, so independent legal advice is crucial. Contact a *notaio* to oversee the purchase, who will draw up the deeds, ensure the legitimacy of the seller and register the transfer of the property. *Notaios* are required by law to remain impartial, and therefore are unable to offer advice, verify the accuracy of statements made in the final contract or point out possible pitfalls in a contract. This makes it imperative that you appoint an independent lawyer to ensure your interests are protected. You will need to sign a preliminary contract known as the *compromessi* and obtain a *codice fiscale* (fiscal code number). Once this is complete *notaios* will meet to exchange contracts and the title deed known as the *rogito*. The *rogito* must then be registered at the local *cadastro* (land agency).

## TOP TIPS

- Visit the region in colder months before you buy, so you can see what life is like all year round.

- Always seek independent legal and financial advice before buying.

- Always employ a '*geometra*' (a sort of combined architect and surveyor) ideally one who speaks English, to carry out a thorough survey of the property before you buy.



12

# Switzerland



## COUNTRY OVERVIEW

**Buying property in Switzerland has only recently become possible for foreigners, with rules varying from *canton* to *canton*, the Swiss equivalent of a county. Following an influx of foreign buyers, the popular Valais area introduced a moratorium in December 2006 strictly limiting sales to overseas investors and prohibiting the signing of deeds of sale of real estate with non-Swiss residents in seven resorts of the canton. This moratorium has since been lifted, though purchasing here is still highly restricted, and in some areas there are constraints on the size of property that a foreigner can purchase.**

**The most liberal cantons where foreign buyers are concerned are located within French-speaking Switzerland. However by 2010 each canton will be responsible for their own foreign property acquisition laws, which is expected to increase demand from foreign buyers.**

## PROPERTY HOTSPOTS

Developers are currently targeting areas such as the sunny village of Anzère, located in the Canton Valais. Look out for urbanisations such as Residence Le Chateau des Rocailles, and the spa resort of Ovronnaz, also located within the Canton Valais.

## BUY-TO-LET MARKET

Until a couple of years ago there was no buy-to-let market in Switzerland because of the strict rules on who could buy in the country, and where. Though these are still quite stringent, foreigners can now buy in the tourist areas. The limits on foreign buyers per year means that prices can be kept artificially high. Therefore buyers need to focus on cantons where the letting season is as long as possible. The Cantons of Valais, Vaud and Bernese-Oberland are currently popular, with great ski resorts and a ready-made tourist trade.

## TAXATION

There are several local taxes to be paid when a property is sold. Usually the seller pays for the real estate broker that found the buyer and the buyer pays for the buyer's agent and the transfer taxes. Property taxes are between

0.8 and 1.3% of your property's value, and there will also be local registration requirements depending on how much time you spend at your Swiss home each year.

## KEY LEGAL ISSUES

Always check what legal costs and government taxes you must pay before committing yourself to a purchase or remortgage, and be aware that these vary from canton to canton. For example, in Vaud, you can expect to pay 5% of the purchase price, while in Ticino costs amount to 2%. As the purchaser you will be liable for these costs, which comprise of legal fees, including land registry and notaries fees, plus transfer tax (Stamp Duty).

Don't sign anything without checking: the *notary public*, a professional with a government license, has the duty to check that everything is legal in the transaction before he can record in the Swiss real estate register (registre foncier) that you are the new owner.

Swiss banks typically offer mortgages of between 60% and 80% of the house price or bank-appraised value. You will be eligible for two separate charges: interest rate and the repayment rate. The interest rate is paid quarterly, with the repayment rate paid either quarterly or at the end of the year. The actual rates are negotiable, and depend on your financial status.

## TOP TIPS

- Non-residents can buy holiday properties in tourist areas. European Union citizens who are also Swiss residents can buy without restrictions. Other residents can buy one property for their own use.
- Rules for buying vary between cantons, and in some foreigners are banned from reselling their property to another foreigner within five years, while in others you'll only be able to buy a chalet. Make sure you are aware of these rules before you buy.

13

# Australia



## COUNTRY OVERVIEW

**Australia is 32 times the size of Britain, yet contains only a third of the population. However, 85% of Australians occupy only 1% of the land and the vast majority of the country is arid and remote outback. The majority of the people live in a handful of big cities along the coast, where property is in hot demand. Australians benefit from an outdoor lifestyle, good weather, a high standard of living and a longer life expectancy than we have in the UK - it is not surprising that Australia is one of the most popular destinations for UK emigrants. However, for non-Australian residents, there are restrictions on the type of property you can buy and how you use it.**

## PROPERTY HOTSPOTS

Popular destinations include Perth and the surrounding area. The property market is slower in the east coast cities of Sydney, Melbourne and Brisbane, following a boom period in the early 2000s. Tasmania is currently one of Australia's cheapest regions, but its prices are rising sharply as it becomes an increasingly popular holiday destination. Wherever you buy, bear in mind that property value (and rentability) are likely to be boosted by proximity to the water, and to transport and amenities. There's a lot of waterfront in Australia but it is in very strong demand; the most expensive postcodes on the Australasian continent are those on the shores of Sydney Harbour.

## BUY-TO-LET MARKET

While most Australians aim to own their own house, the major cities are good places for buying to let, with young professionals, new arrivals and students all in need of rental accommodation. Many cities have experienced a building boom of new apartments, but supply has now outstripped demand in some areas – do your research and look for spacious apartments in pleasant areas with good resort-style facilities. Most houses are owned, but families and groups of tenants will tend to look for a house rather than an apartment. Tenancies are usually managed by estate agents or property management firms, and often the landlord will have little to do with the tenant. However there is legal documentation to protect both parties, and tenants' bonds (deposits) are lodged with a government-run bond lodgement agency

that can independently assess any damage at the end of the lease.

## TAXATION

Investment property is fully tax deductible in Australia. No council tax or inheritance tax is payable, but Stamp Duty is charged on property transactions. Overseas buyers have to account for Capital Gains Tax and pay income tax on any profit, but there are incentives that can help reduce the tax burden. You will probably need at least a 20% deposit to arrange a home loan.

## KEY LEGAL ISSUES

The main barriers to buying a property in Australia are the laws concerning foreign nationals. Anyone who is not a permanent resident or citizen of Australia, but wants to buy property there, has to be approved by the Foreign Investment Review Board and generally foreign buyers are restricted to new-build properties, vacant land or commercial premises. With apartments or established property, foreign nationals can only hold up to 50% of the property. These rules can make it relatively complex for foreign buyers, but if you plan to migrate there, things become easier once you are a resident.

## TOP TIPS

- If you are planning to migrate, you can buy a home before you go, and you will arrive with a credit history and an asset.
- In urban areas, most resale properties are sold at auction, which can be very unnerving for a new arrival. Get local advice on the protocol and go along to a few auctions as a spectator to see how it works.

# New Zealand

## COUNTRY OVERVIEW

**Roughly the same size as Britain, but with less than five percent of the population, New Zealand is made up of two major islands – the North Island and South Island, and several smaller islands. Most of the populace live in North Island – a quarter of them in Auckland, which is the biggest city. Other major cities include Wellington and Christchurch. Much of the North Island's interior is volcanically active, with towns like Rotorua famous for their thermal spa waters and sulphuric steam. Rolling farmland and black-sand coastline also feature in the area. The colder and less-populated South Island is famed for its Lord of the Rings landscapes of soaring peaks, blue-ice glaciers, mile-high waterfalls and pristine fjords. The climate ranges from subtropical north of Auckland to much cooler temperatures in the far south.**

## PROPERTY HOTSPOTS

Auckland has the highest average house prices, but still represents much better value than the UK. Previously less popular areas in west and south Auckland are providing the best value in the cooling market. Other potential growth areas include Avondale, in central Auckland has the highest average house prices, New Lynn and Henderson. Few New Zealanders live in apartments; most seek detached homes with good-sized gardens, so bear this in mind when considering resale value.

## BUY-TO-LET MARKET

The student population and constant stream of new arrivals into areas such as Auckland ensure a healthy rental market. Outside of the major cities, holiday rentals are generally a stronger market than long-term lets; look for tourist centres like the ski capital of Queenstown, the subtropical playgrounds of Northland where Aucklanders head for holidays and weekends. Rental hotspots include Auckland, Christchurch and Dunedin. Wellington also sees a reasonably high intake of new arrivals, as it is the centre of the public service sector. Rental prices in Christchurch tend to be up to 20% cheaper than Auckland or Wellington. Longer term lets are usually for a minimum of six months and you will need to have a rental agreement that specifies the fixed letting duration.  Without mutual consent it is hard to

terminate such an agreement early, so think carefully about how long you allow tenants to sign up for.

## TAXATION

New Zealand is very attractive to investors and charges no inheritance tax and no Stamp Duty. There is currently no Capital Gains Tax, though some capital gains are taxed as income. If you are resident in New Zealand you must pay New Zealand income tax on your worldwide income. If you are a non-resident you are only liable for New Zealand income tax on income that has a source in the country, such as rental income on a property.

## KEY LEGAL ISSUES

Your status as a resident or non-resident will be established according to the amount of time you physically spend in New Zealand each year and whether you have any business interests in the country. You are required to establish your status before trying to buy a home there. With the exception of national heritage sites, there are no restriction on foreign investors buying in New Zealand. Regulations exist that make the system transparent, discourage gazumping and keeps the process moving, so the buying process is generally quicker and less complicated than the UK system, usually taking three to four weeks from offer to completion. However, it's advisable to get local legal help with all property transactions.

## TOP TIPS

- New Zealand homes tend to be wooden, uninsulated and unheated, despite the cold winters. Newer properties may be more efficient at retaining heat and some have heating systems, but double-glazing is rare.

- Mortgage rates are generally higher than in the UK and you will need at least a 20% deposit. Legal and mortgage fees can account for a further 5%.

15

# Portugal

## COUNTRY OVERVIEW

**Portugal offers something for everyone - from the golf courses and beaches of the Algarve, to the lush green landscapes of northern Portugal, and the quieter towns and villages of the Silver Coast.**

## PROPERTY HOTSPOTS

Portugal's Blue Coast, or Costa Azul, is one of the country's emerging hotspots. Just 20 minutes away from Lisbon, it is a great place for city breaks as well as beach holidays, and prices are often half of what you would pay in the Algarve. Faro is a thriving town in the centre of the Algarve and house prices there are significantly lower than in more well-known beach resorts. Yet the fact that the local airport is a transport hub for the Algarve as well as western Spain ensures millions of visitors pass through the area every year, boosting rental returns. The Silver Coast area, just north of Lisbon, is also growing in popularity among overseas property buyers.

## BUY-TO-LET MARKET

Tourism is vitally important to the Portuguese economy and the country relies heavily on the Algarve, Lisbon and Madeira, which attract more than 85 per cent of international tourist activity. The Portuguese government is investing in tourism, and by 2015 the Algarve aims to attract between 13.7 million and 13.9 million tourists that stay overnight, which corresponds to an average growth of 2.7% per year. Part of the plan is to promote the Algarve as an area that offers a variety of activities, ranging from wine tasting tours to its famous beaches and golf courses, in a bid to appeal to a broader audience. If you pick the right area, you could benefit from year-round rental income.

## TAXATION

As a non-resident property owner in Portugal, you may be liable for income tax, value added tax, wealth tax, Capital Gains Tax and inheritance tax. Property transfer tax (IMT) is payable by the purchaser, and the notary will require proof that this is being paid before granting the final deed.

The amount due is variable, depending on the property's price, and is based on a sliding scale. Individual situations vary and it is best to seek advice from a tax consultant with specialist knowledge of the Portuguese tax system.

## KEY LEGAL ISSUES

Portugal's legal system uses the public notary regime. It's crucial to employ an independent lawyer who will ensure that all paperwork is in order before you sign the contract. You will need an NIF number (Portuguese Tax Identification Number), so that the Portuguese Tax Authorities can identify you, and the final step in the process is to apply to have your new home registered in your name.

## TOP TIPS

- Visit the property during different seasons before buying.

- Employ an independent lawyer.

- If you are an investor, pick a resort with good management who will rent it out for you, on a golf course or near the beach to ensure occupancy.



# Dubai



## COUNTRY OVERVIEW

**Dubai is one of the seven states of the United Arab Emirates, with a population that's currently expanding by 6% a year, and a property market like no other. Until 2008, the world's fastest-growing city was seeing new developments springing up everywhere to capitalise on the expected rise in both residents - most of whom are expatriates - and tourists. Dubai's economy has since faltered, seeing property prices fall by up to 40%, but experts are confident that the market will flourish again by 2012. The British own more property in Dubai than any other foreign nationality, with the latest figures from the Dubai Land Department showing that British investors own 1,900,000 square feet of land in Dubai.**

## PROPERTY HOTSPOTS

Until recently, the Dubai government reserved all Dubai waterfront land for its own developments. However, now for the first time, prime beachfront real estate has been made available to private developers.

## BUY-TO-LET MARKET

Dubai saw more than 7.5 million tourists in 2008, a figure that is expected to rise to 15 million by 2010. Rental yields have been high - between 8-15% - in the years leading up to 2008. They have since dipped in the downturn, but demand for rental properties has remained strong. Many agents and developers offer rental schemes for two to three years. In individual properties, tenants are generally expected to pay a year's rent in advance.

## TAXATION

There is no Capital Gains Tax or Stamp Duty in Dubai, and there are no legal fees or survey costs involved in buying freehold property in Dubai, apart from a 1.5% land registry fee paid on completion. Personal income is not subject to taxation in the United Arab Emirates. Most Emirates charge a municipal tax on the annual rental for residential properties.

## KEY LEGAL ISSUES

Dubai's recently published Law 8 concerning Guarantee Accounts of Real Estate Development in the Emirate of Dubai, applies to any company receiving payments for property in new developments sold prior to completion, or off-plan. The escrow law came into force on 28th June 2007 with an allowance of a six-month transitional period. Every developer must now apply to the Dubai Land Department to open a guarantee account, known more commonly as 'trust' or 'escrow' accounts. This requires them to submit documents including the title deed of the plot being developed, approved architectural designs and layouts, a letter of approval from a master developer and a trade license to a new division of the Lands Department called the Real Estate Regulatory Authority (RERA). If approved, a trust account can be opened strictly according to a written agreement between a developer and the Lands Department. The buyer's money is then held by an approved bank or 'escrow agent' in an account in the name of the property development.

Once the developer produces a certificate from a consultant working on the property that a pre-agreed stage of construction has been reached, the developer can apply to the trust manager to release the funds. The trust account manager then informs the Land Department about the sums being released to the developer. Even when a project is complete the developer will still not be given access to all the payments immediately. The Land Department will keep 10% of the project value for one year after completion until all units are registered in the names of buyers and title deeds are issued. The law promotes a universal code of conduct to reduce the likelihood of development specifications changing after units have been sold and late completion due to delays in the granting of final approvals and permits.

## TOP TIPS

• Mortgages are not available on all developments. If you are not paying in cash and require a mortgage, make sure you check whether the developer has been approved to offer a mortgage before you sign.
• Mortgages tend to be repayment only, with interest rates varying between 6% and 8%.
• Loans usually range from between 50% to 75% Loan To Value (LTV).

# Cyprus



## COUNTRY OVERVIEW

**Cyprus is a great tourist destination boasting year-round sunshine, ideal for both summer and winter holidays. It is also one of the few places where you can ski in the mountains and then lounge on the beach on the same day. Cyprus also has much to offer in terms of culture and history. With a reasonable cost of living and English widely spoken, Cyprus is becoming an increasingly popular place to set up a new life or invest.**

## PROPERTY HOTSPOTS

The full adoption of the Euro on 1st January 2008 has attracted more investors to the island, especially to the top tourist destinations of Paphos, Larnaca and Limassol. In particular, properties in Paphos and the usual hotspots of Protaras, Pafos, and Ayia Napa still offer much potential.

## BUY-TO-LET MARKET

With long holiday seasons, great weather and an established tourist economy, Cyprus should have an attractive buy-to-let market. However, investors need to be aware of the Cypriot 'Acquisition of Immovable Property' law that states no foreigner can acquire immovable property without the prior permission of the Council of Ministers. To date no UK citizen has ever been refused. Foreigners are not permitted to buy more than one property on the island, unless they have lived on Cyprus for a long time. You are only allowed to let your property for periods in excess of 28 days to a resident of Cyprus, making it unlikely the buy-to-let market will be viable.

## TAXATION

Immovable Property tax is payable yearly and ranges from zero to 0.4% based on the value of your property. There are, however, a number of other costs to consider. The transfer of title can be effected once the Council of Ministers' permission is obtained. As soon as the property and registration have been transferred to your name, the District Land Registry Office will charge transfer fees of 3% to 8% of the property's market value. Stamp Duty is due when you sign the contract. If you buy an apartment, you will pay a service fee for maintenance of the common areas of the building and utilities such as lighting, cleaning, gardening and general upkeep.

## KEY LEGAL ISSUES

Cyprus is divided politically into the Turkish-ruled north and the Greek-Cypriot south (which is otherwise known as the Republic of Cyprus). Property prices are lower in the north, but whilst there are bargains to be found, buyers need to be aware of potential problems should the north and south reunify.  If the property was originally owned by a Greek Cypriot before the division of the island in 1974, the new owners could be forced to pay compensation or even end up losing their property.

## TOP TIPS

• Since joining the EU in 2004, property prices have spiralled, which according to many market commentators could lead to homes increasing in value over the next ten years.
• Ensure that you plan carefully and use trustworthy professionals to undertake legal checks before parting with your money.
• Visit the region during different seasons before buying.

# South Africa

## COUNTRY OVERVIEW

South Africa is sparsely populated with a population of almost 48 million, the majority of whom live in cities. It is a year-round tourist destination, and the country has gone through an amazing period of change over the last 11 years, resulting in more of the country opening up to the tourist market.

## PROPERTY HOTSPOTS

Cape Town is a favourite with many of the Britons moving to South Africa. With such diverse scenery, from the majestic Table Mountain to the Indian and Atlantic Oceans which flank the city, this is the preferred place to buy for many seeking a city home amid natural beauty. The Garden Route stretches along the southern coast from Heidelberg to the Tsitsikamma Forest and Storms River and is a popular tourist trail. Plans to upgrade the previously neglected Warner Beach area as part of Cape Town's coastal regeneration programme are likely to boost property prices. Also known as the "Friendly City", Port Elizabeth, further east, is renowned for its sandy beaches and glorious countryside.

## BUY-TO-LET MARKET

South Africa's property boom has seen significant growth in the buy-to-let and household rental market. In the first half of 2008, Statistics South Africa stated that residential rentals rose nationally by 12.5% year-on-year, which is double the growth of 6.2% recorded over the same time in 2006. South Africa will host the 2010 football World Cup, and so properties in any of the host cities (including Johannesburg, Pretoria, Cape Town, Durban and Port Elizabeth) should receive substantial interest.

## TAXATION

Conveyancing fees are paid by the purchaser and include transfer duty, transfer fees, deeds office levies, Stamp Duty, pro-rata rates and taxes, and rates clearance certificate costs. Although most personal assets and primary residences are free from CGT, capital gains of more than a million Rand (currently equivalent to about £80,000) will attract CGT when sold.

## KEY LEGAL ISSUES

The purchase of immovable property in South Africa will, in the great majority of cases, be affected by obtaining ownership under freehold title. A seller can only transfer ownership to a purchaser at the Deeds Registry in the area of jurisdiction in which the property is located. Only attorneys who are also conveyancers are entitled to execute a Deed of Transfer before the relevant Registrar of Deeds. As with any purchase, obtain trusted, independent legal advice.

## TOP TIPS

- Although South Africa has a first-rate infrastructure, the buying process operates at a much slower rate than in the UK.

- Keep a close record of any foreign currency you bring into the country as there are still currency controls in place, which may have repercussions if you sell up and leave the country.



# The next step

We hope you have found this guide a useful starting point to buying your overseas property. This guide should only be used as the first step of the process and we recommend you continue with your own research and take professional advice at each step.

Converting your money into a foreign currency to pay for your purchase is one of the easiest parts of the process on which to save money, as you can make substantial savings by using a currency broker such as Hargreaves Lansdown instead of a high street bank or building society. Please call us on 0117 311 3257 for more information.

Whilst considering your financial planning, you will need to consider the impact of exchange rate movements on the cost of your property and the ongoing costs such as mortgage payments. If you would like more information please see the Hargreaves Lansdown Currency Service brochure, or if you wish to discuss these options further please call us on 0117 311 3257.

## CONTACT US

If you have any queries regarding our service or about foreign exchange, please call us on **+44 (0) 117 311 3257**. You will have direct access to a currency specialist who will be able to answer any queries you may have.
**+44 (0)117 311 3257**
**www.H-L.co.uk/currency**
**currency@hargreaveslansdown.co.uk**

## IMPORTANT INVESTMENT NOTES

The guide does not constitute advice to buy overseas property. The content is based on our current understanding of the property market and laws in each country, which are subject to change. You should carry out your own research and take independent, professional advice before buying. Tax figures and rules detailed are based on the understanding of A Place in the Sun at the time of writing. Any tax reliefs referred to are those currently applying, but levels and the basis of, as well as reliefs from, taxation are subject to change. Their value depends on the individual circumstances of the investor.

Capital growth and rental yields can go up or down. Please note that buying an overseas property as an investment should only be considered as part of a diversified investment portfolio. If using a mortgage your property could be at risk if you fail to keep up with the repayments. If you are unsure of any part of the process of buying overseas property, please seek independent advice. Please remember the standards of regulation will vary from one country to another and will not always provide the same level of protection as is available in the UK. Hargreaves Lansdown is regulated and authorised by the Financial Services Authority (FSA). The Hargreaves Lansdown Currency Service is not a product regulated by the FSA and as such the protections given to private clients under the rules of the FSA do not therefore apply to this service.



# Useful contacts

## CURRENCY BROKER

Hargreaves Lansdown Currency Service
www.H-L.co.uk/currency
Tel: +44 (0) 117 311 3257

## TRAVEL

www.expedia.co.uk
www.lastminute.com
www.cheapflights.com
www.easyjet.co.uk
www.ryanair.co.uk
www.bmibaby.co.uk

## ORGANISATIONS

National Association of Estate Agents incorporating
Federation of Overseas Property Developers, Agents
and Consultants
www.fopdac.com

Architects Council of Europe
www.ace-cae.org

Association of Independent Property
Professionals
www.aipp.org.uk

International Real Estate Federation
www.fiabci.org

Law Society of England and Wales
www.lawsociety.org.uk

European Employment Services
www.europa.eu

HM Revenue and Customs Centre for Non-Residents
www.hmrc.gov.uk/cnr

British Association of Removers
www.bar.co.uk

Council of International Schools
www.cois.org

Department of Health
www.dh.gov.uk

Citizen's Advice Bureau European Consumer Centre
www.citizensadvice.org.uk

## MAGAZINES

A Place in the Sun
www.aplaceinthesunmag.co.uk

## GOVERNMENT TRAVEL ADVICE

British Foreign and Commonwealth Office
www.fco.gov.uk

US Department of State Travel Advisory Department
www.travel.state.gov

Australian Department of Foreign Affairs
www.dfat.gov.au

Canadian Department of Foreign Affairs
www.dfait-maeci.gc.ca

## EXPATRIATES

ExpatExchange
www.expatexchange.com

British Expat Magazine
www.britishexpat.com

# Useful contacts - continued

## INTERNATIONAL ESTATE AGENTS & PROPERTY SEARCH WEBSITES

Rightmove
www.rightmove.co.uk

Primelocation.com
www.primelocation.com

Savills
www.savills.co.uk/abroad

Hamptons International
www.hamptons.co.uk

Knight Frank LLP
www.knightfrank.com

Costa Blanca Select (Spain)
www.costablancaselect.com

Charles Oliver
www.charlesoliver.co.uk

## RETIREMENT

Where To Retire
www.wheretoretire.com

## INFORMATION PROVIDERS

MSN Money
www.money.uk.msn.com

MoneyAM
www.moneyam.com

ADVFN
www.advfn.com

## OVERSEAS MORTGAGES

Assetz
www.assetz.co.uk

Anglo Portuguese Mortgages
www.angloportuguesemortgages.com

Hargreaves Lansdown Currency Service is a trading name of Hargreaves Lansdown Stockbrokers Limited which is a wholly owned subsidiary of Hargreaves Lansdown Plc. Company Registered in England & Wales No. 1822701, Registered Office, Kendal House, 4 Brighton Mews, Clifton, Bristol, BS8 2NX, United Kingdom (ref : Guide to Overseas Property 1009)



Hargreaves Lansdown Currency Service is a trading name of Hargreaves Lansdown Stockbrokers Limited which is a wholly owned
subsidiary of Hargreaves Lansdown Plc. Company Registered in England & Wales No. 1822701, Registered Office, Kendal House,
4 Brighton Mews, Clifton, Bristol, BS8 2NX, United Kingdom (ref : Guide to Overseas Property 1009)

0117 311 3257