

U.S. Department of Justice

Environment and Natural Resources Division

90-5-1-1-10026

*Environmental Enforcement Section*     *Telephone (202) 305-0371*
*P.O. Box 7611*     *Facsimile (202) 514-0097*
*Ben Franklin Station*     *dan.smith2@usdoj.gov*
*Washington, DC 20044-7611*

June 17, 2014

BY ELECTRONIC MAIL

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

    Re:    MDL 2179: BPXP Custodial File Productions

Dear Judge Shushan:

    I am writing in response to BPXP's letter dated June 16, 2014 regarding search terms for its custodial file productions. While we were expecting BP to report to your honor on the length of time it expects to take to review and produce the responsive documents, we were surprised that BP raised an additional issue with respect the search terms, i.e., the use of the term "plc." BP did not meet and confer with us prior to asking you to "order the removal solely of the plc and p.l.c. search terms."

    Had BPXP asked us to consider dropping the terms "plc" and "p.l.c.", and had provided the information included in its letter of yesterday, the United States would have proposed substituting the term "BP p.l.c." in quotation marks, which should eliminate false hits on other companies that are plcs. We think this is a reasonable solution. BP's proposal, to eliminate the term "plc" altogether, would deny the United States discovery of documents concerning BP p.l.c., the ultimate parent of BPXP, as ordered by Judge Barbier (Rec. Doc 12592).

    We have discussed this issue with BPXP counsel today and agreed to BPXPs proposed search terms contained in the attached Exhibit A, with the addition of "BP p.l.c. as noted in our response contained in the attached Exhibit B.  BPXP does not agree to add the proposed solution. See Exhibit C.  As a result, the parties are at an impasse.

    The United States respectfully requests that the Court issue an order requiring that BPXP perform searches as proposed by BPXP in Exhibit A with the addition of "BP p.l.c." at the end of the searches.  The United States would also request that the Court order BPXP to provide a rolling privilege log for the Bray custodial documents, with the first version produced 14 days before the Bray deposition and the second produced 7 days before the Bray deposition.

                                                     Respectfully Submitted,

        /s/ Patrick Casey (for)
Daniel S. Smith
Senior Counsel

cc:    Mark Nomellini
       Peter Bartoszek
       Robert C. Brock
       J. Andrew Langan
       Hariklia Karis
       Ky Kirby
       Jim Dragna
       Thomas Lotterman
       Steve O'Rourke
       Sarah Himmelhoch

# Exhibit A

**From:** Bartoszek, Peter [mailto:peter.bartoszek@kirkland.com]
**Sent:** Tuesday, June 17, 2014 12:07 PM
**To:** Smith, Dan (ENRD); Casey, Patrick (ENRD)
**Cc:** Himmelhoch, Sarah (ENRD); Horizon, Deepwater; O'Rourke, Steve (ENRD); Hankey, Rachel (ENRD); Andre, Abigail (ENRD); Nomellini, Mark J.; Langan, Andrew; Karis, Hariklia; *mbrock@cov.com
**Subject:** MDL2179 - Custodial Search Terms

Dan,

Thanks for your call about the issue in your June 12 letter. Rather than debating whether your letter constituted a counter-offer, thereby rejecting our earlier offers of compromise on certain search terms, BPXP proposes the following: BPXP will agree to run the search terms as ordered by the court, and in addition, we will run the terms that we previously indicated that we could compromise on. In return, the United States will agree to strike the plc terms as discussed in my June 16, 2014 letter to the Court. In summary, we would run these terms:

**Bamfield – Search 1**
(("agreement" NEAR5 ("indemn*" OR "service*")) OR ("board" NEAR5 "director*" NEAR5 "Bamfield") OR "borrowing" OR "capex" OR ("capital" NEAR5 ("expenditure*" OR "injection" OR "outlook")) OR "cash flow" OR "cash from operations" OR ("cost" NEAR5 ("spill" OR "response")) OR ("replacement cost operating profit" OR "RCOP") OR "economic projection" OR "escrow" OR "environmental expenditure" OR ("financ*" NEAR5 ("debt" OR "internal" OR "forecast")) OR ("forecast" NEAR5 "unprove*") OR "impairment*" OR "intercompany" OR ("internal financing account" OR "internal finance account" OR "IFA") OR "letters of credit" OR ("litigation" NEAR5 "claims") OR "loan*" OR "net debt" OR (("agreement" OR "fund*") NEAR5 ("trust" OR "settlement" OR "claim*")) OR ("valu*" NEAR5 ("reserve" OR "asset" OR "equity")) OR ("penalt*" NEAR5 ("CWA" OR "clean water act" OR "factor*" OR "phase")) OR "preferred stock" OR ("SMOG" OR "standard measure of oil and gas") OR "spill response cost" OR "sufficient working capital" OR "trial balance" OR ("treasury" NEAR5 ("guidance" OR "polic*" OR "agreement*")) OR ("NAFC*" OR "North America Funding Company"))
AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "Deepwater Horizon" OR "DWH" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization" OR ("gulf" NEAR7 "spill") OR "Macondo")

**Bray – Search 1**
(("agreement" NEAR5 ("indemn*" OR "service*")) OR ("board" NEAR5 "director*" NEAR5 "Bray") OR "borrowing" OR ("capital" NEAR5 ("expenditure*" OR "injection" OR "outlook")) OR "economic projection" OR ("financ*" NEAR5 ("debt" OR "internal" OR "forecast")) OR ("forecast" NEAR5 "unprove*") OR "intercompany" OR ("internal financing account" OR "internal finance account" OR "IFA") OR "letters of credit" OR ("litigation" NEAR5 "claims") OR "loan*" OR "net debt" OR (("agreement" OR "fund*") NEAR5 ("trust" OR "settlement" OR "claim*")) OR ("penalt*" NEAR5 ("CWA" OR "clean water act" OR "factor*" OR "phase")) OR "spill response cost" OR "sufficient working capital"  OR ("treasury" NEAR5 ("guidance" OR "polic*" OR "agreement*")) OR ("NAFC*" OR "North America Funding Company"))
AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "Deepwater Horizon" OR "DWH" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization" OR ("gulf" NEAR7 "spill") OR "Macondo")

**Bamfield and Bray – Search 2**
(("Deepwater Horizon" OR "DWH") OR "Macondo" OR ("gulf" NEAR7 "spill"))

1

AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization")

Please let us know if this is acceptable to the United States.

Thanks,
Peter

---

**Peter Bartoszek**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
+1-312-862-3279 (o)
+1-847-990-0904 (m)


************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

# Exhibit B

**From:** Casey, Patrick (ENRD)
**Sent:** Tuesday, June 17, 2014 5:07 PM
**To:** 'Bartoszek, Peter'; Smith, Dan (ENRD)
**Cc:** Himmelhoch, Sarah (ENRD); Horizon, Deepwater; O'Rourke, Steve (ENRD); Hankey, Rachel (ENRD); Andre, Abigail (ENRD); Nomellini, Mark J.; Langan, Andrew; Karis, Hariklia; *mbrock@cov.com
**Subject:** RE: MDL2179 - Custodial Search Terms

Peter, per our earlier conversation today, I have confirmed that we will accept your proposal as indicated below with the addition of "BP p.l.c." at the end of Searches 1 and 2 for both Bamfield and Bray.  We would also request a rolling privilege log for the Bray custodial documents, with the first version produced 14 days before the deposition and the second produced 7 days before the deposition.  Please confirm your agreement and we will notify the Court by COB today that these issues are resolved.   If you have any additional questions, please contact me.  Thanks, Pat

Patrick M. Casey
Senior Counsel
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
Regular Mail: Ben Franklin Station
P.O. Box 7611, Washington, DC 20044-7611
Overnight Mail: ENRD Mailroom Room 2121
601 D Street, N.W., Washington, DC 20004
Telephone: 202.514.1448
Cell: 202.532.3365
Fax: 202.514.0097
patrick.casey@usdoj.gov


**From:** Bartoszek, Peter [mailto:peter.bartoszek@kirkland.com]
**Sent:** Tuesday, June 17, 2014 12:07 PM
**To:** Smith, Dan (ENRD); Casey, Patrick (ENRD)
**Cc:** Himmelhoch, Sarah (ENRD); Horizon, Deepwater; O'Rourke, Steve (ENRD); Hankey, Rachel (ENRD); Andre, Abigail (ENRD); Nomellini, Mark J.; Langan, Andrew; Karis, Hariklia; *mbrock@cov.com
**Subject:** MDL2179 - Custodial Search Terms

Dan,

Thanks for your call about the issue in your June 12 letter. Rather than debating whether your letter constituted a counter-offer, thereby rejecting our earlier offers of compromise on certain search terms, BPXP proposes the following: BPXP will agree to run the search terms as ordered by the court, and in addition, we will run the terms that we previously indicated that we could compromise on. In return, the United States will agree to strike the plc terms as discussed in my June 16, 2014 letter to the Court. In summary, we would run these terms:

**Bamfield – Search 1**
(("agreement" NEAR5 ("indemn*" OR "service*")) OR ("board" NEAR5 "director*" NEAR5 "Bamfield") OR "borrowing" OR "capex" OR ("capital" NEAR5 ("expenditure*" OR "injection" OR "outlook")) OR "cash flow" OR "cash from operations" OR ("cost" NEAR5 ("spill" OR "response")) OR ("replacement cost operating profit" OR "RCOP") OR

1

"economic projection" OR "escrow" OR "environmental expenditure" OR ("financ*" NEAR5 ("debt" OR "internal" OR "forecast")) OR ("forecast" NEAR5 "unprove*") OR "impairment*" OR "intercompany" OR ("internal financing account" OR "internal finance account" OR "IFA") OR "letters of credit" OR ("litigation" NEAR5 "claims") OR "loan*" OR "net debt" OR (("agreement" OR "fund*") NEAR5 ("trust" OR "settlement" OR "claim*")) OR ("valu*" NEAR5 ("reserve" OR "asset" OR "equity")) OR ("penalt*" NEAR5 ("CWA" OR "clean water act" OR "factor*" OR "phase")) OR "preferred stock" OR ("SMOG" OR "standard measure of oil and gas") OR "spill response cost" OR "sufficient working capital" OR "trial balance" OR ("treasury" NEAR5 ("guidance" OR "polic*" OR "agreement*")) OR ("NAFC*" OR "North America Funding Company"))
AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "Deepwater Horizon" OR "DWH" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization" OR ("gulf" NEAR7 "spill") OR "Macondo")

**Bray – Search 1**
(("agreement" NEAR5 ("indemn*" OR "service*")) OR ("board" NEAR5 "director*" NEAR5 "Bray") OR "borrowing" OR ("capital" NEAR5 ("expenditure*" OR "injection" OR "outlook")) OR "economic projection" OR ("financ*" NEAR5 ("debt" OR "internal" OR "forecast")) OR ("forecast" NEAR5 "unprove*") OR "intercompany" OR ("internal financing account" OR "internal finance account" OR "IFA") OR "letters of credit" OR ("litigation" NEAR5 "claims") OR "loan*" OR "net debt" OR (("agreement" OR "fund*") NEAR5 ("trust" OR "settlement" OR "claim*")) OR ("penalt*" NEAR5 ("CWA" OR "clean water act" OR "factor*" OR "phase")) OR "spill response cost" OR "sufficient working capital"  OR ("treasury" NEAR5 ("guidance" OR "polic*" OR "agreement*")) OR ("NAFC*" OR "North America Funding Company"))
AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "Deepwater Horizon" OR "DWH" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization" OR ("gulf" NEAR7 "spill") OR "Macondo")

**Bamfield and Bray – Search 2**
(("Deepwater Horizon" OR "DWH") OR "Macondo" OR ("gulf" NEAR7 "spill"))
AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization")

Please let us know if this is acceptable to the United States.

Thanks,
Peter

**Peter Bartoszek**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
+1-312-862-3279 (o)
+1-847-990-0904 (m)

***********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be

used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

# Exhibit C

**From:** Bartoszek, Peter [mailto:peter.bartoszek@kirkland.com]
**Sent:** Tuesday, June 17, 2014 4:50 PM
**To:** Smith, Dan (ENRD); Casey, Patrick (ENRD)
**Cc:** Himmelhoch, Sarah (ENRD); Horizon, Deepwater; O'Rourke, Steve (ENRD); Hankey, Rachel (ENRD); Andre, Abigail (ENRD); Nomellini, Mark J.; Langan, Andrew; Karis, Hariklia; *mbrock@cov.com
**Subject:** RE: MDL2179 - Custodial Search Terms

Pat,

Thanks for speaking with me today. BPXP does not agree to add the term "BP Plc" to the search term proposal that we outlined below.

Thanks,
Peter

**Peter Bartoszek**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
+1-312-862-3279 (o)
+1-847-990-0904 (m)

**From:** Bartoszek, Peter
**Sent:** Tuesday, June 17, 2014 11:07 AM
**To:** 'Smith, Dan (ENRD)'; *patrick.casey@usdoj.gov
**Cc:** *Sarah.Himmelhoch@usdoj.gov (Sarah.Himmelhoch@usdoj.gov); *deepwater.horizon@usdoj.gov; *steve.o'rourke@usdoj.gov; Hankey, Rachel (ENRD) (Rachel.Hankey@usdoj.gov); Andre, Abigail (ENRD) (Abigail.Andre@usdoj.gov); Nomellini, Mark J.; Langan, Andrew; Karis, Hariklia; *mbrock@cov.com
**Subject:** MDL2179 - Custodial Search Terms

Dan,

Thanks for your call about the issue in your June 12 letter. Rather than debating whether your letter constituted a counter-offer, thereby rejecting our earlier offers of compromise on certain search terms, BPXP proposes the following: BPXP will agree to run the search terms as ordered by the court, and in addition, we will run the terms that we previously indicated that we could compromise on. In return, the United States will agree to strike the plc terms as discussed in my June 16, 2014 letter to the Court. In summary, we would run these terms:

**Bamfield – Search 1**
(("agreement" NEAR5 ("indemn*" OR "service*")) OR ("board" NEAR5 "director*" NEAR5 "Bamfield") OR "borrowing" OR "capex" OR ("capital" NEAR5 ("expenditure*" OR "injection" OR "outlook")) OR "cash flow" OR "cash from operations" OR ("cost" NEAR5 ("spill" OR "response")) OR ("replacement cost operating profit" OR "RCOP") OR "economic projection" OR "escrow" OR "environmental expenditure" OR ("financ*" NEAR5 ("debt" OR "internal" OR "forecast")) OR ("forecast" NEAR5 "unprove*") OR "impairment*" OR "intercompany" OR ("internal financing account" OR "internal finance account" OR "IFA") OR "letters of credit" OR ("litigation" NEAR5 "claims") OR "loan*" OR "net debt" OR (("agreement" OR "fund*") NEAR5 ("trust" OR "settlement" OR "claim*")) OR ("valu*" NEAR5 ("reserve" OR "asset" OR "equity")) OR ("penalt*" NEAR5 ("CWA" OR "clean water act" OR "factor*" OR "phase")) OR "preferred stock" OR

1

("SMOG" OR "standard measure of oil and gas") OR "spill response cost" OR "sufficient working capital" OR "trial balance" OR ("treasury" NEAR5 ("guidance" OR "polic*" OR "agreement*")) OR ("NAFC*" OR "North America Funding Company"))
AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "Deepwater Horizon" OR "DWH" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization" OR ("gulf" NEAR7 "spill") OR "Macondo")

**Bray – Search 1**
(("agreement" NEAR5 ("indemn*" OR "service*")) OR ("board" NEAR5 "director*" NEAR5 "Bray") OR "borrowing" OR ("capital" NEAR5 ("expenditure*" OR "injection" OR "outlook")) OR "economic projection" OR ("financ*" NEAR5 ("debt" OR "internal" OR "forecast")) OR ("forecast" NEAR5 "unprove*") OR "intercompany" OR ("internal financing account" OR "internal finance account" OR "IFA") OR "letters of credit" OR ("litigation" NEAR5 "claims") OR "loan*" OR "net debt" OR (("agreement" OR "fund*") NEAR5 ("trust" OR "settlement" OR "claim*")) OR ("penalt*" NEAR5 ("CWA" OR "clean water act" OR "factor*" OR "phase")) OR "spill response cost" OR "sufficient working capital"  OR ("treasury" NEAR5 ("guidance" OR "polic*" OR "agreement*")) OR ("NAFC*" OR "North America Funding Company"))
AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "Deepwater Horizon" OR "DWH" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization" OR ("gulf" NEAR7 "spill") OR "Macondo")

**Bamfield and Bray – Search 2**
(("Deepwater Horizon" OR "DWH") OR "Macondo" OR ("gulf" NEAR7 "spill"))
AND
("BP America" OR "BP Company North America" OR "BP Corporation North America" OR "BP Holdings North America" OR "BP America Production Company" OR "BP Exploration and Production" OR "BP Exploration & Production" OR "BPA" OR "BPAPC" OR "BPCNA" OR "BPHNA" OR "BPEP" OR "BPXP" OR "GCCF" OR "GCRO" OR "Gulf Coast Claims Facility" OR "Gulf Coast Restoration Organization")

Please let us know if this is acceptable to the United States.

Thanks,
Peter

---

**Peter Bartoszek**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
+1-312-862-3279 (o)
+1-847-990-0904 (m)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited

and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*