# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Peter Bartoszek<br>To Call Writer Directly:<br>(312) 862-3279<br>peter.bartoszek@kirkland.com | 300 North LaSalle<br>Chicago, Illinois  60654<br><br>(312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

June 17, 2014

**Via Email**

The Honorable Sally Shushan
Magistrate Judge
United States District Court
500 Poydras Street, Room B345
New Orleans, Louisiana 70130

Re:   BPXP Custodial File Productions

Dear Judge Shushan:

The United States' letter today regarding BPXP's custodial file productions fails to mention that the United States' letter from June 12, 2014 contained an error that may have impacted the Court's June 13, 2014 ruling on search terms. Specifically, the June 12 letter listed certain search terms as in dispute, when in reality, BPXP had already expressed a willingness to compromise on those search terms. In fact, BPXP's June 11, 2014 letter to the Court included some of these terms in its own proposal (in concert with the new searches requiring a BPXP term in the document). The Court's June 13, 2014 ruling then struck some of the very same terms that the United States erroneously listed as at issue.  Rec. Doc. 13017.

To clear up the confusion, BPXP proposed that the United States drop the plc terms, as requested in BPXP's June 16, 2014 letter, and in return, BPXP would run the searches ordered by the Court **and** the searches that BPXP had indicated it was willing to compromise on.  The United States responded by requesting the addition of a term for "BP Plc." But this addition would not cure the issue of "BP Plc" being in the signature blocks of irrelevant documents, for example, as discussed in our June 16, 2014 letter.

BPXP has no desire to play "gotcha," and it believes that the United States' June 12 letter was sent in good faith.  However, granting the United States' latest request would allow the United States to benefit from its error.  Had the United States correctly presented the terms at issue, the Court may have stricken other terms, or even added the BPXP terms requested by BPXP.  BPXP respectfully requests that the Court order the search terms in Exhibit A of the United States' June 17, 2014 letter.  These terms include those ordered by the Court **and** those

Be jing    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
June 17, 2014
Page 2

that BPXP had been willing to compromise on, while removing the plc terms that will increase the burden on BPXP. This represents a fair compromise.

BPXP also requests that the Court deny the United States' request for rolling privilege logs for Mr. Bray. BPXP believes that its June 16, 2014 proposal to provide a privilege log seven days prior to the deposition is more than adequate.

Respectfully submitted,

/s/ Peter Bartoszek

Peter Bartoszek

cc: Richard Gladstein
    Steve O'Rourke
    Sarah Himmelhoch
    Abby André
    Robert C. "Mike" Brock
    J. Andrew Langan, P.C.
    Hariklia Karis, P.C.
    Mark Nomellini
    Ky Kirby
    Jim Dragna
    Thomas Lotterman