**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  Oil spill by the Oil Rig | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| | |
| Applies to: 13-2670 | JUDGE BARBIER |
| | |
| | MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF COMPLIANCE WITH COURT ORDER**
**DATED JUNE 4, 2014 RE: WEATHERFORD**

**COMES NOW** the Plaintiff, Mobile Housing Board, and certifies to the Court that it has

complied with the Court's June 4, 2014, Order and filed an amended complaint removing

Weatherford U.S., L.P.

Dated: June 18, 2014

                                        Respectfully submitted,

                                        Mobile Housing Board

                                        By:  Braswell Murphy, LLC
                                        Its Attorneys

                                        By:/s/ *Kasie M. Braswell*
                                        Kasie M. Braswell (BRASK5769)
                                        kasie@braswellmurphy.com

                                        By:/s/ *D. Brian Murphy*
                                        D. Brian Murphy (MURPD0754)
                                        brian@braswellmurphy.com

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503
(251) 438-7949 (fax)

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of June, 2014, electronically filed the foregoing utilizing the LexisNexis File and Serve system, which will send notification of such filing to all counsel of record.

*Kasie M. Braswell*
Kasie M. Braswell
BRASWELL MURPHY, LLC
59 Saint Joseph Street
Mobile, Alabama 36602
(251) 438-7503
(251) 438-7949 (fax)