UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: 13-2668 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

NOTICE OF COMPLIANCE WITH COURT ORDER
DATED JUNE 4, 2014 RE: WEATHERFORD

**COMES NOW** the Plaintiff, City of Housing Authority of the City of Prichard, and certifies to the Court that it has complied with the Court's June 4, 2014, Order and filed an amended complaint removing Weatherford U.S., L.P.

Dated: June 17, 2014

    Respectfully submitted,

    Housing Authority of the City of Prichard

    By:  Braswell Murphy, LLC
    Its Attorneys

    By:/s/ *Kasie M. Braswell*
    Kasie M. Braswell (BRASK5769)
    kasie@braswellmurphy.com

    By:/s/ *D. Brian Murphy*
    D. Brian Murphy (MURPD0754)
    brian@braswellmurphy.com

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503

(251) 438-7949 (fax)

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on this 17th day of June, 2014, electronically filed the foregoing utilizing the LexisNexis File and Serve system, which will send notification of such filing to all counsel of record.

                                            *Kasie M. Braswell*
                                            Kasie M. Braswell
                                            BRASWELL MURPHY, LLC
                                            59 Saint Joseph Street
                                            Mobile, Alabama 36602
                                            (251) 438-7503
                                            (251) 438-7949 (fax)