UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>  **"Deepwater Horizon" in the Gulf**<br>  **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to: 10-4536** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

### ORDER

### [Regarding Bamfield and Bray Search Terms]

On June 11, 2014, BPXP submitted a letter concerning custodial search terms. Rec. doc. 13013. The U.S. responded on June 12, 2014. Rec. doc. 13014. The Court ruled on the custodial search terms on June 13, 2014. Rec. doc. 13017 at 1-2. By June 16, 2014, BPXP was ordered to report on: (1) its ability to complete the custodial production for Bamfield and Bray prior to their depositions on July 16 (Bray) and July 24 (Bamfield); and (2) service of the privilege log for the Bray custodial production. Id. at 2.

On June 16, 2014, BPXP submitted a letter with a request that "plc" and "p.l.c." be deleted from the entity portions of the search terms for Bamfield and Bray. See Exhibit 1 attached to June 16 letter. BPXP contends that, without this change, the search produces too many irrelevant results. With the change, it will be able to serve privilege logs seven days prior to the Bamfield and Bray depositions.

On June 17, 2014, the U.S. reported that the parties agreed to the custodial search terms subject to one issue. See Exhibit A to June 16, 2014 letter from P. Casey ("Exhibit A Search Terms"). The U.S. wants to add "BP p.l.c." as an additional term. BPXP objects to this addition. The U.S. requests a rolling privilege log for the Bray custodial documents with the first version produced 14 days before the deposition (Wednesday, July 2) and the second version produced 7

days before the deposition (Wednesday, July 9).

On June 17, 2014, BPXP replied. It contends that the inclusion of "BP p.l.c." will not resolve the problem as it will produce many irrelevant documents. It requested the Exhibit A Search Terms without the addition of "BP p.l.c."

The Court reviewed the June 11 and 12 letters and the June 13, 2014 order. The additional information provided by BPXP in its June 17 letter would not have changed the June 13, 2014 order. Based on Judge Barbier's statements at the March 21, 2014 conference, the U.S. is entitled to have "BP p.l.c." added to the Exhibit A Search Terms.

By **close of business on Tuesday, June 24, 2014,** BP shall report on the status of custodial production for Bamfield and Bray. The U.S. may respond by **noon on Wednesday, June 25, 2014**. The request by the U.S. for a rolling privilege log for Bray is deferred until the conference on Thursday, June 26, 2014.

The deadline for an appeal of this order is **Monday, June 23, 2014**.

New Orleans, Louisiana, this 18th day of June, 2014.[1]

**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] The letters of June 16 and 17, 2014 from BPXP and the U.S. will be filed in the record.