(Requesting Asst.)
"06-12-2014"

To: Honorable Judge / BP oil case
(Carl J. Barbier) Claim #100065747#

From: Austin Aitken P.O. Box 110024 Cleveland, OHIO 44111
(216) 205-7974

TENDERED FOR FILING
JUN 17 2014
U.S. DISTRICT COURT
Eastern District of LA

I'am writing requesting some asst. w/ BP oil Co. Claim #1000-65747 because after 3 yrs of waiting (OR) from the very very beginning of BP crissis I was there. Now after my design- and idea's BP oil company don't want to compensate me (OR) acknowledge I'am the True yes True designer and Creator of →

very word (CAP) and designer of the (CAP) operation's and how it should be made from word go in "05-22-10" only after this Date did BP have a solution for the Problem in the Mexico Gulf not before me. So after promises by then BP oil Co - Claims and there own adjuster - they at BP oil simply delayed - stalled - took Credit and told lie after lie about the truth of the (CAP).

* So now I am asking the Court to investigate this matter and judge for itself why I haven't been Paid (or) compensated →

as promised by BP oil Co.
In the tone of $5,000 as
first agreed to once I did
talk w/ BP oil Co adjuster
directly back in 2010" before
all the GCCF Claim office
And next Deepwater Horizon
Claim Centers.
So its a sad day in America
When a Billion Dollar Co.
Continue to Play a Game —
Instead of giving Credit where
Credit is Due.

Sincerely
Sign [signature]
06-12-14"

*Claim #1000 65747*

JACCI FANNING        216-426-0568      p.6

# GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

ICF0202277108

AUSTIN AITKEN
PO BOX 110024
CLEVELAND, OH 44111-0024

*Done Th...*
*SEND 10-18-10*
*Claim t...*
*Signature*
*$55 m...*
*Amount*
*Final Pa...*
*mber*
*seek...*
*again*
*-177...*
*FAX 1866 63...*

Re: Deepwater Horizon Incident on April 20, 2010
Claimant Identification No. 01082944

*Leave Zero out*

Dear AUSTIN AITKEN:

This letter serves to notify you that the BP Claims Center has provided your nar... id address to the Gulf Coast Claims Facility ("GCCF") as an individual or business who contac... he BP Claims Center but, as of August 2, 2010, had not provided documentation. The GCCF ... assigned you Claimant Identification No. 01082944.

As you are aware, on June 16, 2010 Kenneth R. Feinberg was appointe... ; the Claims Administrator for the Fund established by BP for the payment of claims t... Jividuals and businesses who suffered losses or damages as a result of the Deepwater Horizo... dent on April 20, 2010. On August 23, 2010, the GCCF assumed all responsibility for the in... ndent review and determination of all existing claims for compensation and for newly sub... ed claims for compensation. If you provided documentation to the BP Claims Center betw... August 2 and August 23, the GCCF will be obtaining those records and information shortly.

If you wish to request a payment from the GCCF, you must first complete th... v GCCF Claim Form. A copy of the Claim Form is enclosed.

Your GCCF Claim Form can be completed and submitted on-line through the G... website. Or, if you prefer, you can mail, fax or email us your completed Claim Form. (A post... irepaid return envelope is enclosed.)

Once you have submitted the Claim Form, you may check the status of your Clai... one of several ways: by going on-line and using your Claimant Identification Number referen... ibove to track the status of your Claim; you may telephone the GCCF toll-free number by calli... 800-916-4893 or you may visit one of our Claims Site Offices. *※ Reviewing 09-...* *...Dept .10*

GULF COAST CLAIMS FACILITY | P.O. BOX 9658 | Dublin, OH 43017-4958 | 1-800-916-4893 | inf... cf-claims.com



*Claim #100065747*

JACCI FANNING                          216-426-0568                          p. 10

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

*Complete Package 10-04* 5/5
(AG)

DWH0342904701

AUSTIN AITKEN
11117 CLIFTON BLVD
CLEVELAND, OH 44102

October 1, 2013
Claimant No.: 10____747

Re:   Confirmation Notice of Receipt of Claim

Dear Claimant:

The Claims Administrator has received the claim form you submitted to the Deepwater Horizon Claims Center (Economic & Property Damages). You will be contacted if additional information or documentation is required to process your claim.

If you have any questions regarding your Deepwater Horizon claim, you may contact the Claims Center toll-free at (866) 992-6174. You may also contact the Claims Center electronically by emailing us at Questions@DeepwaterHorizonEconomicSettlement.com.

Please retain this letter and make note of your Claimant Number printed above for future reference and include it on any correspondence with the Claims Center.

Sincerely,

Claims Administrator
Deepwater Horizon Claims Center
Economic and Property Damages

TOLL FREE: 1-866-992-6174   |   TTY: 1-888-584-7624   |   www.deepwaterhorizoneconomicsettlement.com

Case 2:10-md-02179-CJB-DPC Document 13045 Filed 06/17/14 Page 6 of 7
JACCI FANNING                216-426-0568              p.8

Claim #1000 03144

(Claim #1 3065)
#1 2944

FAX / 630 300 5165

(BP/ARCO) OIL CO.

Consumer Relation Dept.
Deepwater Horizons Response
Section.

From: Austin Aitken (216) 323-
3426  P.O. BOX 110024 Cleveland
OHIO 44111

Ref: Oil spill / Mexic. Gulf.

(Solution)

#1 A Pipe line (or) special hosing
could be fashioned to go
either into the neck of the
leak (or) over the neck of the
leak then brought to the
surface where oil tanker's
will be waiting to recieve
the flowing oil.

#2 Fashion a large Cap, like
a crown, that goes over the
neck of the leak then hold it
Close (or) have clamp on side of
Cap and clamp it Close.

Signed Austin Aitken
05-22-'10

(NOTE) This is where it all started
— W/ BP oil Co. — This Fax.

Mr. Austin Aitken
PO Box 110024
Cleveland, OH 44111-0024

CLEVELAND OH 441
13 JUN 2014 PM 5 L



U.S. District Court For the
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA
70130

Legal Mail