IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| This filing relates to: *All Cases* | * * | District Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | Magistrate Judge Shushan |

# ORDER

[Appointing Replacement Documentation Reviewer Under the Economic and Property Damages Settlement Agreement]

**CONSIDERING** the resignation of P. Raymond Lamonica as Documentation Reviewer effective May 19, 2014, and the recommendation by Patrick A. Juneau, Claims Administrator of the Economic and Property Damages Settlement (the "Claims Administrator") that the Court approve as his replacement Lynne R. Stern, a member in good standing of the Louisiana Bar, in accordance with the Court's August 22, 2013 Order, [Doc. 11088], and the Court finding good cause therefor, and being fully apprised,

**IT IS HEREBY ORDERED** as follows:

1. *Appointment of Replacement Documentation Reviewer:* The Court appoints Lynne R. Stern to serve as the Documentation Reviewer under Section 6.1.1.1 of the Settlement Agreement from and after May 19, 2014. This Appointment is made pursuant to the terms of the Settlement Agreement, this Court's August 22, 2013 Order, and the inherent authority of the Court. If the appointed Documentation Reviewer should need to be replaced due to resignation, incapacitation by death or illness (including mental health illness) or dereliction of responsibility, or she is unable to perform the role of Documentation Reviewer in accordance with the terms of

this Order, and upon a showing of cause to the Court, the Claims Administrator shall recommend a candidate to the Court for a replacement.

    2. *Duties of the Documentation Reviewer*.  The Documentation Reviewer shall perform the duties required under Section 6.1.1.1 of the Settlement Agreement where the claimant timely seeks review by the Documentation Reviewer of a claim denied by the Claims Administrator for insufficient documentation.  The Documentation Reviewer shall have the authority to take all appropriate measures to perform the assigned duties.  As specified in Section 6.1.1.1, the Documentation Reviewer shall review the claim to determine whether there was error in the denial for insufficient documentation.  If the Documentation Reviewer finds error in the denial, she shall refer the claim back to the Settlement Program for further processing.

    3. *Compensation of the Documentation Reviewer*.  The Documentation Reviewer shall be compensated by the Settlement Trust for her services as the Claims Administrator reasonably determines.

    4. *Immunity and Indemnification*.  The Documentation Reviewer shall have the same immunity as judges for his actions as the Documentation Reviewer and shall be indemnified by the Settlement Trust from and against all claims or demands against him arising out of services as the Documentation Reviewer, except for action or inactions finally adjudicated to constitute intentional wrongdoing or gross negligence.

    5. *Finality of Decisions*.  The decision of the Documentation Reviewer on a claim shall be final and binding on the claimant, the Claims Administrator and the Parties on that claim, and shall not be subject to a direct appeal or discretionary review by the Court.  Pursuant to Section 6.1.1.1 of the Settlement Agreement, decisions of the Document Reviewer shall be without

prejudice to the Claimant's right at any time prior to termination of the Settlement Agreement to resubmit the Claim.

New Orleans, Louisiana this 19th day of June, 2014.

_____
**CARL J. BARBIER**
**United States District Judge**