UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG * | |
| "DEEPWATER HORIZON" IN THE * | CIVIL ACTION NO. 2:10-MD-2179 |
| GULF OF MEXICO ON APRIL 20, 2010 * | |
| * | JUDGE CARL BARBIER |
| VERSUS * | |
| * | MAGISTRATE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO: * | |
| 2:13-CV-01989 * | |

******************************************

### EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, National Meat & Provision Co., Inc. (hereinafter referred to as "NATCO"), and moves that Jean-Paul Layrisson, Timothy D. Scandurro, and Dewey M. Scandurro of Scandurro & Layrisson, LLC be substituted as counsel of record for NATCO herein in the place of Jonathan B. Andry of The Andry Law Group, and that Jonathan B. Andry of The Andry Law Group be withdrawn as counsel of record for NATCO in this matter.  This motion does not involve any party other than NATCO.

Respectfully submitted,

**SCANDURRO & LAYRISSON, LLC**

*/s/Jean-Paul Layrisson*
JEAN-PAUL LAYRISSON BAR #20917
TIMOTHY D. SCANDURRO, Bar #18424
DEWEY M. SCANDURRO, Bar #23291
607 St. Charles Avenue
New Orleans, LA   70130
Telephone:   (504) 522-7100
Facsimile:   (504) 529-6199

**THE ANDRY LAW GROUP**

*/s/Jonathan B. Andry*
JONATHAN B. ANDRY
610 Baronne Street
New Orleans, LA   70113
Telephone:   (504) 525-5535
Facsimile:   (504) 586-8933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants, if any.

*/s/Jean-Paul Layrisson*
JEAN-PAUL LAYRISSON