UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: 13-2669 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

<u>NOTICE OF COMPLIANCE WITH COURT ORDER
DATED JUNE 4, 2014 RE: WEATHERFORD</u>

**COMES NOW** the Plaintiff, City of Housing Authority of the City of Prichard, and certifies to the Court that it has complied with the Court's June 4, 2014, Order and filed an amended complaint removing Weatherford U.S., L.P.

Dated: June 20, 2014

        Respectfully submitted,

        Housing Authority of the City of Prichard

        By:  Braswell Murphy, LLC
        Its Attorneys

        By:/s/ *Kasie M. Braswell*
        Kasie M. Braswell (BRASK5769)
        kasie@braswellmurphy.com

        By:/s/ *D. Brian Murphy*
        D. Brian Murphy (MURPD0754)
        brian@braswellmurphy.com

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503
(251) 438-7949 (fax)

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 20th day of June, 2014, electronically filed the foregoing utilizing the LexisNexis File and Serve system, which will send notification of such filing to all counsel of record.

                        *Kasie M. Braswell*_____
                        Kasie M. Braswell
                        BRASWELL MURPHY, LLC
                        59 Saint Joseph Street
                        Mobile, Alabama 36602
                        (251) 438-7503
                        (251) 438-7949 (fax)