UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | CIVIL ACTION NO. 2:10-MD-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | |
| | * | JUDGE CARL BARBIER |
| VERSUS | * | |
| | * | MAGISTRATE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| 2:13-CV-01989 | * | |

*********************************************

**O R D E R**

CONSIDERING THE FOREGOING EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD:

IT IS HEREBY ORDERED THAT Jean-Paul Layrisson, Timothy D. Scandurro, and Dewey M. Scandurro of Scandurro & Layrisson, LLC be and hereby are substituted as counsel of record for National Meat & Provision Co., Inc. in place of Jonathan B. Andry of The Andry Law Group, and that Jonathan B. Andry of The Andry Law Group be and hereby is withdrawn as counsel of record for National Meat & Provision Co., Inc.

New Orleans, Louisiana this 20th day of June, 2014.

_____
United States District Judge