UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**CLEAN-UP RESPONDER DEFENDANTS' OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING CLEAN-UP RESPONDER DEFENDANTS' REQUEST FOR <u>PENALTY PHASE DEPOSITION EXAMINATION TIME (REC. DOC. 13024)</u>**

Pursuant to 28 U.S.C. § 636(b)(1)(A), the Clean-Up Responder Defendants[1] object to and appeal from the Magistrate Judge's Order entered June 17, 2014 denying the Clean-Up Responder Defendants limited examination time at the Penalty Phase depositions. (Rec. Doc. 13024). For the reasons set forth in the accompanying memorandum in support, the Clean-Up Responder Defendants submit that this Order is erroneous and contrary to law, and respectfully request that the Order be reversed.

---

[1] O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

1

Dated: June 20, 2014

/s/ Michael J. Lyle
Michael J. Lyle (DC #475078, IL #6199227)
Eric C. Lyttle (DC #482856)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Sylvia E. Simson (NY #4803342)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Patrick E. O'Keefe (LA # 10186)
Philip S. Brooks, Jr. (LA # 21501)
MONTGOMERY BARNETT, L.L.P.
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688

Attorneys for O'BRIEN'S RESPONSE
MANAGEMENT, L.L.C. and NATIONAL
RESPONSE CORPORATION


/s/ Ben L. Mayeaux
Frank X. Neuner, Jr. (LA #7674)
Ben L. Mayeaux (LA #19041)
Jed M. Mestayer (LA #29345)
NEUNERPATE
One Petroleum Center, Suite 200
1001 W. Pinhook Rd.
Lafayette, LA 70503
Telephone: (337) 237-7000
Facsimile: (337) 233-9450

Attorneys for AIRBORNE SUPPORT, INC. and
AIRBORNE SUPPORT INTERNATIONAL, INC.

/s/ Alan M. Weigel
Alan M. Weigel (NY #3065307)
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-885-5000
Facsimile: 917-332-3836

Attorney for MARINE SPILL
RESPONSE CORPORATION


/s/ Leo R. McAloon, III
Leo R. McAloon, III (LA # 19044)
Michael D. Cangelosi (LA #  30427)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

Attorneys for DYNAMIC AVIATION
GROUP, INC.


/s/ Kevin R. Tully
Kevin R. Tully (LA #1627)
H. Carter Marshall (LA #28136)
Gregory S. LaCour (LA #23823)
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
Telephone: (504) 561-5700
Facsimile: (504) 593-4220

Attorneys for INTERNATIONAL
AIR RESPONSE, INC. and
LYNDEN INCORPORATED

| | |
|---|---|
| /s/ George E. Crow<br>George E. Crow (TX # 05151900)<br>LAW OFFICE OF GEORGE E. CROW<br>P.O. Box 30<br>Katy, TX 77492<br>For Overnight Physical Delivery use<br>1519 Miller Avenue<br>Katy, TX 77493<br>Telephone: (281) 391-9275<br><br>Attorney for LANE AVIATION, INC. | /s/ John E. Galloway<br>John E. Galloway (LA #5892)<br>GALLOWAY, JOHNSON, TOMPKINS,<br>BURR & SMITH<br>701 Poydras Street, Suite 4040<br>New Orleans, LA 70139<br>Telephone: (504) 525-6802<br>Facsimile: (504) 525-2456<br><br>Attorney for TIGER RENTALS, LTD., THE MODERN GROUP, LTD., and THE MODERN GROUP GP-SUB, INC. |

/s/ Harold J. Flanagan
Harold J. Flanagan (LA # 24091)
Brandon C. Briscoe (LA # 29542)
Sean P. Brady (LA # 30410)
Andy Dupre (LA # 32437)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170
Telephone: 504-569-0235
Facsimile: 504-592-0251

Attorneys for DRC EMERGENCY SERVICES, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Clean-Up Responder Defendants' Objections to and Appeal From Magistrate Judge's Order Regarding Clean-Up Responder Defendants' Request for Penalty Phase Deposition Examination Time (Rec. Doc. 13024) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of June, 2014.

                                                     /s/ Michael J. Lyle
                                                     Michael J. Lyle