UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER ON
CLEAN-UP RESPONDER DEFENDANTS' OBJECTIONS TO AND APPEAL FROM
MAGISTRATE JUDGE'S ORDER REGARDING
CLEAN-UP RESPONDER DEFENDANTS' REQUEST FOR
<u>PENALTY PHASE DEPOSITION EXAMINATION TIME (REC. DOC. 13024)</u>**

**CONSIDERING** the Clean-Up Responder Defendants'[1] Objections to and Appeal From Magistrate Judge's Order Regarding Clean-Up Responder Defendants' Request for Penalty Phase Deposition Examination Time,

**IT IS ORDERED** that the order denying the Clean-Up Responder Defendants' Request for Penalty Phase Deposition Examination Time is REVERSED.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.