# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>*Applies to:  All Cases* | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

[Regarding Release of BP Items from Legal Hold]

CONSIDERING the March 21, 2014 letter on behalf of BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, "BP") to the Court and parties (Attachment 1 hereto) identifying various items of equipment associated with the *Deepwater Horizon* response and proposing that these items be released from legal hold status and that BP be permitted to repurpose or otherwise dispose of such items as BP sees fit.

AND CONSIDERING that these items no longer have relevance for issues yet to be tried by this Court with respect to the *Deepwater Horizon* incident;

AND CONSIDERING that no party objected, and the PSC and the United States have expressly said that they have no objection, to the release from legal hold status and repurposing or disposal of these items by BP.

IT IS ORDERED that it is appropriate that these items be released from legal hold status and that BP be permitted to repurpose or otherwise dispose of such items as BP sees fit.

IT IS FURTHER ORDERED that BP is released from all legal hold obligations under PTO 1 (Doc. 2), and any other preservation Orders and directives of the Court, for the items described in Exhibits A and B to the Attachment 1 letter and may repurpose or otherwise dispose

of such items as it sees fit.

    New Orleans, Louisiana, this 23rd day of June, 2014.

                                                                         _____
                                                                         SALLY SHUSHAN
                                                                         United States Magistrate Judge

# Attachment 1

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

March 21, 2014

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Re:    MDL 2179 — Release of BP Items from Legal Hold

Dear Judge Shushan and Counsel:

BP has various items of equipment associated with the Deepwater Horizon response stored at PMF in Houma, Louisiana and at the ASCO warehouse in Houston, Texas.

Because these items no longer have relevance for issues yet to be tried, BP believes that it is now appropriate that this equipment be released from legal hold status and approved for use by BP business operations or for disposal at the election of BP.

At PMF, BP has a number of sections of 9 5/8" well casing from the Macondo well. This casing was previously stored at Fourchon Heavy Lift in Port Fourchon, Louisiana. Plaintiffs Steering Committee experts inspected and documented the casing while it was at Fourchon Heavy Lift. This casing is part of the same string as the casing that was just released for disposal from the evidence yard at Michoud.

At ASCO, BP has been storing a variety of BP equipment items, and these are listed on an attachment to this letter. (See Exhibit A.) Although, up to now, BP has agreed to hold some of these items because of requests made by the Plaintiffs Steering Committee or the Department of Justice, BP believes that all of these items should now be released from legal hold. Significantly, many of the listed items are similar to those items recently released from the evidence yard at Michoud. Photographs of these items have previously been circulated to the Parties and the Bates Numbers for those photographs are listed on Exhibit A.

Also at ASCO, BP has been storing various items released from Coast Guard custody to BP in 2011 and 2012. Those items were available for inspection by the Parties while in the

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
March 21, 2014
Page 2

evidence yards at Michoud. Those items include 2 500 gallon totes of waste water from the Q4000, the "transition spool" piece that connected the BOP and the Capping Stack, and a number of miscellaneous items which are described in Exhibit B. Exhibit B also contains photographs of the miscellaneous items.

     We would respectfully ask that all parties be required to let us know of any objections to the repurposing or disposal of this equipment no later than Tuesday April 1. We would also note this request does not pertain in any way to those items, including the Halliburton cement resin and Transocean's drill pipe segments, that remain in the custody and under the control of the Court's Special Master, Captain Englebert.

     Barring timely objections, BP will ask the Court to enter an Order confirming that BP has been released from any obligation to continue to hold this equipment under the requirements of PTO 1 and other preservation Orders and directives of the court.

                                          Sincerely,

                                          Robert R. Gasaway

Attachments

cc (via electronic mail):

      Michael O'Keefe
      Captain Sue Englebert
      United States' MDL Counsel
      Plaintiffs' Liaison Counsel
      Defense Liaison Counsel

# ATTACHMENTS

# ATTACHMENTS

# EXHIBIT A

EXHIBIT A

| Item Number | Description | Detail Description | Production Bates Number |
|---|---|---|---|
| 1 | HOT STAB | Installation Aid / Tooling (ROV) on Olympic Challenger | BP-HZN-2179MDL01151822 |
| 2 | HOT STAB | Installation Aid / Tooling (ROV) on Olympic Challenger | BP-HZN-2179MDL01151827 |
| 3 | HOT STAB | Installation Aid / Tooling (ROV) on Olympic Challenger | BP-HZN-2179MDL01151828 |
| 4 | HOT STAB | Installation Aid / Tooling (ROV) on Olympic Challenger | BP-HZN-2179MDL01151829 |
| 5 | HOT STAB | Installation Aid / Tooling (ROV) on Olympic Challenger | BP-HZN-2179MDL01151830 |
| 6 | BORE GAUGE ASSY 0-3000 PSI, 1/4" TUBING | | BP-HZN-2179MDL02316594 |
| 7 | USED OCEANEERING 1,000 PSI GAUGE 5" OIE P/N:511413 | | BP-HZN-2179MDL02316600 |
| 8 | USED OCEANEERING 5,000 PSI GAUGE 5" OIE P/N:515838 | | BP-HZN-2179MDL02316601 |
| 9 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316602 |
| 10 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316603 |
| 11 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316604 |
| 12 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316605 |
| 13 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316606 |
| 14 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316607 |
| 15 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316608 |
| 16 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316609 |
| 17 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316610 |
| 18 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316611 |
| 19 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316612 |
| 20 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316613 |
| 21 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316614 |
| 22 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316615 |
| 23 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316616 |
| 24 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316617 |
| 25 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316618 |
| 26 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316619 |
| 27 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316620 |
| 28 | USED SPAN 10,000 PSI GAUGE 5" 05-4014-T | | BP-HZN-2179MDL02316621 |
| 29 | USED 17H DUAL PORT HOT STAB W.P (10,000 PSI) PN: 0307183 SN:SHB0000001815 | | BP-HZN-2179MDL01152360 |
| 30 | USED 17H DUAL PORT HOT STAB W.P (10,000 PSI) PN: 0307183 SN:SHB0000001810 | | BP-HZN-2179MDL01152361 |
| 31 | USED 17H DUAL PORT HOT STAB W.P (15,000 PSI) PN: A05323I SN:DHX0000002346 | | BP-HZN-2179MDL01152362 |
| 32 | USED 17H DUAL PORT HOT STAB W.P (15,000 PSI) PN: A05323I SN:DHX0000002325 | | BP-HZN-2179MDL01152363 |
| 33 | USED 17H DUAL PORT HOT STAB PN: 000001-01-001 L10-369 SN:411 | | BP-HZN-2179MDL01152364 |
| 34 | USED 17H DUAL PORT HOT STAB PN: 0036242 REV B S/N: 10/12/2006/019 | | BP-HZN-2179MDL01152365 |
| 35 | USED 17H DUAL PORT HOT STAB W.P. (5,000 PSI) PN: 990054266-A S/N: SDE0000002489 | | BP-HZN-2179MDL01152366 |
| 36 | USED 17H DUAL PORT HOT STAB W.P. (10,000 PSI) PN: 0033480 REV D S/N: SDE0000003223 | | BP-HZN-2179MDL01152367 |
| 37 | USED 17H DUAL PORT HOT STAB W.P. (10,000 PSI) PN: 0033480 REV D S/N: SDE0000003202 | | BP-HZN-2179MDL01152368 |
| 38 | USED 17H DUAL PORT HOT STAB W.P. (10,000 PSI) S/N: SDE0000002121 | | BP-HZN-2179MDL01152369 |
| 39 | USED 17H DUAL PORT HOT STAB W.P. (10,000 PSI) PN:A05320 C S/N: SHB0000002060 | | BP-HZN-2179MDL01152370 |
| 40 | USED 17H DUAL PORT HOT STAB  PN:D00001-01-001 L09-349 S/N: 339 | | BP-HZN-2179MDL01152371 |
| 41 | USED 17H DUAL PORT HOT STAB  PN:D00001-01-001 L09-349 S/N: 303 | | BP-HZN-2179MDL01152372 |
| 42 | USED 17D DUAL PORT HOT STAB  P/N:00001-01-001 L09-321 S/N: 159 | | BP-HZN-2179MDL01152376 |
| 43 | NEW 17D DUAL PORT HOT STAB W.P. (15,000 PSI) P/N:0036242 E S/N: SHC0000002540 | | BP-HZN-2179MDL01152377 |
| 44 | NEW 17D DUAL PORT HOT STAB W.P. (15,000 PSI) P/N:0036242 E S/N: SHC0000002558 | | BP-HZN-2179MDL01152378 |
| 45 | NEW 17D DUAL PORT HOT STAB W.P. (15,000 PSI) P/N:0036242 E S/N: SHC0000002568 | | BP-HZN-2179MDL01152379 |
| 46 | NEW 17D DUAL PORT HOT STAB W.P. (15,000 PSI) P/N:0036242 E S/N: SHC0000002550 | | BP-HZN-2179MDL01152380 |
| 47 | NEW 17D DUAL PORT HOT STAB W.P. (15,000 PSI) P/N:0036242 E S/N: SHC0000002581 | | BP-HZN-2179MDL01152381 |
| 48 | NEW 17D DUAL PORT HOT STAB W.P. (15,000 PSI) P/N:0036242 E S/N: SHC0000002552 | | BP-HZN-2179MDL01152382 |
| 49 | NEW 17D DUAL PORT HOT STAB W.P. (15,000 PSI) P/N:0036242 E S/N: SHC0000002572 | | BP-HZN-2179MDL01152383 |
| 50 | PRESSURE GAUGE 0-10,000 PSI, P/N: S-5673, STEWARTS USA | | BP-HZN-2179MDL02316623 |
| 51 | MOFFET HOT STAB | | BP-HZN-2179MDL01152708 |
| 52 | MOFFET HOT STAB, ROV HANDLE | | BP-HZN-2179MDL02316650 - BP-HZN-2179MDL02316651 |
| 53 | PELICAN CASE CONTAINS TOP HAT COMPUTER | | BP-HZN-2179MDL02316652 |
| 54 | 17H  HF HOT STAB | | BP-HZN-2179MDL01152806 |
| 55 | PELICAN CASE BOX 1 (P-TRANSDUCER PANELS) 4-17H HI FLOW HS'S, 2-17D HI FLOW HS,S | ROV Tooling - Pressure gauge / transducer assembly with hot stabs used for subsea systems acoutic pressure monitoring | BP-HZN-2179MDL02316588 |
| 56 | PELICAN CASE BOX 2 (P-TRANSDUCER PANELS) 1-17H DUEL PORT GAUGE, 1-17D RECEPTACLE | ROV Tooling - Pressure gauge / transducer assembly with hot stabs used for subsea systems acoutic pressure monitoring | BP-HZN-2179MDL02316588 |
| 57 | PELICAN CASE - 17H DP-17D SP ADAPTER | ROV Tooling - Pressure gauge / transducer assembly with hot stabs used for subsea systems acoutic pressure monitoring | BP-HZN-2179MDL02316588 |
| 58 | PELICAN CASE - 17D SP GAUGE | ROV Tooling - Pressure gauge / transducer assembly with hot stabs used for subsea systems acoutic pressure monitoring | BP-HZN-2179MDL02316588 |

# EXHIBIT B

EXHIBIT B

| PICTURE | MR | DESCRIPTION |
|---|---|---|
| | AFMBL20120302B001P001 | CHOKE & CONNECTOR INTERVENTIOIN PANEL |
| | AFMBL20120302B001P002 | PIPE RAM & KILL VALVE  INTERVENTION PANEL |
| | AFMBL20120302B001P003 | FLEX HOSES & YELLOW J-LOC RING |
| | AFMBL20120302B002P001 | LIFT FRAME, KEVLAR SLINGS & WIRE ROPE SLINGS |
| | AFMBL20120302B002P002 | SINGLE RAM INTERVENTION PANEL, LOWER GUIDE BASES & NUTS |
| | AFMBL20120302B003P001 | "J" DISPERSANT WAND, 1" X 1100' DISPERSANT LEAD & LONG WHITE DISPERSANT WAND |
| | AFMBL20120302B003P002 | STRAIGHT DISPERSANT WAND WITH 400' HOSE |
| | AFMBL20120302B003P003 | HFL/EFL PIGGY BACKED LEAD 400' |
| | AFMBL20120302B003P004 | 1/2" X 200' DISPERSANT LEAD |
| | AFMBL20120302B004P001 | CAPPING STACK KILL SIDE CHOKE & 6.5 TONS SHACKLE |