**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | MDL 2179 (Judge Barbier) |
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jarrod A. Burrle
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
152 Adema Lane / Port Sulphur, LA 70083

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Office of the Special Master Louis J. Freeh
935 Gravier Street, Suite 1160
New Orleans, LA 70112

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 23 2014
WILLIAM W. BLEVINS
CLERK

RECEIVED 2014 JUN 18 PM 2:08 EASTERN DISTRICT OF LOUISIANA UNITED STATES MARSHAL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Potential Alternative Address: 14101 Michoud Blvd, Apt 464 / New Orleans, LA 70129
Cell phone: 504-710-9933

Signature of Attorney other Originator requesting service on behalf of: ☒ Special Master ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 215-981-4285
DATE: 6/18/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 34 | Vita Jones | 6/19/14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date | Time | ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
6/20/14 Plaintiff did not want process served.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Fee ____
Process ____
X Dkt ____
CtRmDep ____
Doc No ____

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 11/13