UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *Cases in Pleading Bundle B(3)* | * | **MAGISTRATE SHUSHAN** |
| | * | |

## ORDER

Before the Court is the Clean-Up Responder Defendants' objection to and appeal from the Magistrate Judge's Order of June 17, 2014, which denied their request for deposition examination time. (Rec. Docs. 13054, 13024) The Court finds that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly,

IT IS ORDERED that the Clean-Up Responder Defendants' objection and appeal (Rec. Doc. 13054) is OVERRULED and the Magistrate Judge's ruling (Rec. Doc. 13024) is AFFIRMED.

New Orleans, Louisiana, this 24th day of June, 2014

_____
United States District Judge