UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| This Document Applies to:<br>No.12-968, Plaisance, et al v. BP Exploration & Production Inc., et al and All Actions | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Medical Benefits Settlement – Policy Statement on Classification of Chronic Physical Conditions First Diagnosed After April 16, 2012 (Rec. doc. 12862), Class Counsel's Request for Oral Argument (Rec. doc. 12902-1), and Class Counsel's Motion to Strike Declaration of Jessica Herzstein, M.D. (Rec. doc. 12909-2)]

By memorandum dated May 13, 2014, Garretson Resolution Group, the Claims Administrator for the Medical Benefits Class Action Settlement Agreement ("MSA"), reviewed an issue in dispute between the parties:

> [W]hether a class member with a chronic physical condition that was first diagnosed after April 16, 2012 should be classified as having a Specified Physical Condition or a Later-Manifested Physical Condition under the MSA.

Rec. doc. 12862. After having reviewed submissions from Class Counsel, BP, and the Downs Law Group,[1] the Claims Administrator issued its Policy Statement for classification of chronic physical conditions first diagnosed after April 16, 2012, concluding:

> Pursuant to the plain language of the MSA, **the Claims Administrator will classify physical conditions that are first diagnosed after April 16, 2012 as Later-Manifested Physical Conditions rather than Specified Physical Conditions**, regardless of the date when the physical condition was first manifested.

Id. at page 2.

---

[1] Exhibits A-E to Rec. doc. 12862.

Class Counsel thereafter field a motion for oral argument on its objection to the Policy Statement (rec. doc. 12909-1) and a motion to strike the declaration of Jessica Herzstein (rec. doc. 12909-2). In the latter pleading, in footnote 6, Class Counsel raises the following issue:

> *See also*, Settlement Agreement, Section XXX(D) (which indicates that, in the event of any inconsistency between the text of the Medical Settlement Agreement and Exhibit 8, the terms and provisions of Exhibit 8 shall govern).

Class Counsel apparently contend that the Specified Physical Condition Matrix (Exhibit 8 to the MSA) is inconsistent with the Settlement Agreement. The Court requires briefing on this issue. Accordingly, within ten (10) days of entry of this order Class Counsel shall file a brief limited to no more than 5 pages double spaced. Ten (10) days thereafter BP shall file a brief limited to no more than 5 pages double spaced. There will be no reply.

Rulings on the Policy Statement (rec. doc. 12862), Class Counsel's request for oral argument (rec. doc. 12909-1) and motion to strike the declaration of Jessica Herzstein (rec. doc. 12909-2) will be deferred pending the Court's consideration of the briefing.

New Orleans, Louisiana, this 26th day of June, 2014.

_____
CARL J. BARBIER
United States District Judge