# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to:  No. 10-4536 | | |

### HALLIBURTON ENERGY SERVICES, INC.'S CONDITIONAL OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING ATTENDANCE AT PENALTY PHASE DEPOSITIONS [REC. DOC. 13016]

Pursuant to 28 U.S.C. § 636(b)(l)(A), Halliburton Energy Services, Inc. ("HESI") conditionally objects to and appeals from the Magistrate Judge's Order entered June 13, 2014 (Rec. Doc. 13016), limiting the participation of parties in Penalty Phase depositions and allowing only the U.S., BPXP, and Anadarko to attend and participate in such depositions.  As more fully set forth in the accompanying Memorandum, HESI understands the Court's intent to limit Penalty Phase participation to the United States and the parties potentially liable to the United States pursuant to the Clean Water Act, but raises this objection and appeal to protect its rights and interests regarding BP's pending third-party claim for equitable contribution against HESI for Clean Water Act fines and penalties, or any other proceeding in which a party may seek to use Penalty Phase discovery or Penalty Phase rulings/findings against HESI.

Dated:  June 26, 2014

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**Page 2**

2428537 v1-24010/0002 PLEADINGS

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Conditional Objections To And Appeal From Magistrate Judge's Order Regarding Attendance at Penalty Phase Depositions [Rec. Doc. 13016] has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 26th day of June, 2014.

      /s/ Donald E. Godwin
Donald E. Godwin