UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: No. 10-4536 | | |

**MEMORANDUM IN SUPPORT OF HALLIBURTON ENERGY SERVICES, INC.'S CONDITIONAL OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER REGARDING ATTENDANCE AT PENALTY PHASE DEPOSITIONS [REC. DOC. 13016]**

On June 13, 2014, Magistrate Judge Shushan entered an order stating that "[t]he parties to the CWA Penalty Phase are the U.S., BPXP, and Anadarko." (Rec. Doc. 13016). In that Order, Judge Shushan noted that certain parties had requested the opportunity to attend and/or participate in the ongoing Penalty Phase fact and 30(b)(6) depositions. *Id*. Judge Shushan ultimately held that "The only persons permitted to attend the Penalty Phase depositions are counsel for the U.S., BPXP and Anadarko, representatives of these parties, and experts for these parties." *Id*.

Halliburton Energy Services, Inc. ("HESI") is aware of and understands the Court's intention to limit the participants in Penalty Phase discovery and the Penalty Phase trial to the United States and the parties potentially liable to the United States pursuant to the Clean Water Act (i.e., the U.S., BPXP, and Anadarko). As the Court is aware, the BP Defendants currently assert a third-party claim against HESI in this matter seeking equitable contribution for any assessed Clean Water Act fines and penalties.[1] (Rec. Doc. 2083). HESI's summary judgment

---

[1] BP specifically retained this claim in its prior settlement with the PSC.

motion (which has not yet been fully briefed by the parties or considered by the Court) challenges the viability of any such claim. (Rec. Doc. 10753). Given the pendency of BP's third-party claim, and in order to preserve its rights regarding that claim or any other proceeding in which a party may seek to use Penalty Phase discovery or Court rulings/findings against HESI, HESI files this conditional appeal from and objection to Magistrate Judge Shushan's Order Regarding Attendance at Penalty Phase Depositions. To the extent any party seeks to use Penalty Phase discovery in asserting a claim against HESI, or seeks to apply any ruling or finding of the Court resulting from the Penalty Phase trial against HESI, HESI objects to any such use of discovery or trial rulings or findings to the extent HESI has been excluded from Penalty Phase discovery and trial proceedings

If the Court determines additional briefing on this issue is needed, HESI will provide any submissions the Court deems appropriate.

Dated: June 26, 2014

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:**      /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

2428538 v1-24010/0002 PLEADINGS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Memorandum In Support Of Halliburton Energy Services, Inc.'s Conditional Objections To And Appeal From Magistrate Judge's Order Regarding Attendance at Penalty Phase Depositions [Rec. Doc. 13016] has been served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 26th day of June, 2014.

                                                                  /s/ Donald E. Godwin
                                                                  Donald E. Godwin