UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 14-859, Evanston Insurance Co. v. | * | MAGISTRATE SHUSHAN |
| Down Sougth Services, LLC, et al. | * | |

## ORDER

Case No. 14-859 was recently transferred to this Section from Section C. (Rec. Doc. 5 in No. 14-859)

IT IS ORDERED that Case No. 14-859 is hereby CONSOLIDATED with Multidistrict Litigation 2179, No. 10-md-2179. The Clerk is directed to issue the usual pretrial orders that accompany consolidation with MDL 2179.

Signed in New Orleans, Louisiana, this 27th day of June, 2014.

_____
United States District Judge

**File in 10-md-2179 and 14-859.**