UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Re: Penalty Phase Telephone Conference on Thursday, June 26, 2014]**

**1. Notice.**

The parties are reminded that when a party raises an issue to be considered by the Court at a telephone conference, it shall submit a letter on the issue at least 36 hours before the conference. The response shall be submitted at least 24 hours before the conference.

**2. Morrison Deposition.**

There was discussion about the parties' obligations to designate representatives to testify on topics and the effect of objections on the scope of the testimony. There was agreement that no action was required by the Court at this time.

**3. Mace Baron Deposition.**

The U.S. asserted a privilege over a document and claimed it was inadvertently produced. BPXP is reviewing the document to determine whether it concurs in the privilege assertion. The Court is not required to take action at this time.

**4. Carl Childs.**

BPXP confirmed that it will not depose Childs as a fact witness and it will withdrew the topic for which Childs had been designated.

5. **Nick Bamfield**.

Bamfield will be deposed on July 24.  BPXP will complete his document production at least a week in advance of the deposition.

6. **Steven Bray**.

Bray will be deposed on July 16.  BPXP estimates that it will produce 500 documents for Bray and assert a privilege over approximately 800 documents.  It shall serve the U.S. with the privilege log for Bray documents in installments with the first installment to start on July 2 or 3.  The privilege log will be served on the Court at the same time.  The U.S. will employ a similar installment procedure to notify the Court and BPXP when it challenges the assertion of a privilege.  BPXP will produce to the Court the documents subject to U.S. privilege challenges as promptly as possible after notification of a challenge.

7. **Dr. Michel**.

At the request of BPXP, Dr. Michel's deposition will be rescheduled to August 1.  There will be no delay in the schedule for expert reports because of the delay in Dr. Michel's deposition.

The U.S. encountered technical issues with the production of NOAA hard drives in connection with the custodial production for Dr. Michel.  It anticipates that by July 3, it will ship the hard drives out to BPXP.

8. **Captain Laferriere**.

The U.S. will complete the custodial production for Captain Laferriere.  Because of his current responsibilities, a date for his deposition has not been selected.

9. **Anadarko**.

Anadarko reported that it did not require Court action on any issues.

10. **Cassini Server**.

The U.S. reported that it will produce documents from the server on about July 3 or 7.

11. **Rule 30(b)(6) Topic concerning liabilities and costs for the spill**.

BPXP reported its concerns regarding production of the documents backing up the summary chart. The Court suggested that the U.S. consider a sampling procedure to satisfy itself of the accuracy of the summary chart. BPXP and the U.S. will meet-and-confer on this issue.

12. **Deposition Bundles**.

July 24 is the deadline for the Court to announce the number of deposition bundles per party that may be prepared. Rec. doc. 12688 at 3. BPXP raised an issue regarding the bundles. The parties will discuss whether the issue can be resolved through procedures employed in the prior phases for the admissibility of certain documents.

13. **Non-Deposition Exhibits**.

July 25 is the deadline for the parties to exchange all non-deposition exhibits stamped with a trial exhibit number and a large number on each page. Rec. doc. 12688 at 3. The U.S. reported that it may be necessary to delay this deadline. It will discuss the matter with BPXP and Anadarko.

The deadline for an appeal of this order is **Thursday, July 3, 2014**.

New Orleans, Louisiana, this 27th day of June, 2014.

                                                SALLY SHUSHAN
                                                **United States Magistrate Judge**