IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## BP'S MOTION FOR RESTITUTION AND INJUNCTIVE RELIEF

Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully move the Court for restitution and injunctive relief.

First, BP moves for an order declaring that BP is entitled to restitution, plus interest, from (i) those claimants who have been overpaid as a result of application of the erroneous matching policy in the full amount of the overpayment plus interest and (ii) professionals (lawyers, accountants, and others) who have been paid a proportional amount of any overpayments, plus interest. In support of that order, BP requests that the Court order the recalculation of previously-paid awards to claimants that were appealed by BP on matching grounds applying the now-approved Policy 495 granting declaratory relief.

Second, BP seeks an injunction preventing the claimants identified in Exhibit B to the Declaration of Brian Gaspardo from dissipating the portions of their awards identified as possible overpayments in Exhibit B pending the recalculation of their compensation amounts.

The grounds supporting these requests are set forth in the Memorandum filed herewith in support of this motion.

| | |
|---|---|
| June 27, 2014 | Respectfully submitted, |
| |    /s/ Kevin M. Downey |
| Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 | Kevin M. Downey<br>F. Lane Heard III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 434-5000<br>Telefax:  (202) 434-5029 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999 |    /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 | Richard C. Godfrey, P.C.<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934 | Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |
| ***OF COUNSEL*** | |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.<br>AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of June, 2014.

                                                                                          */s/ Don. K. Haycraft*
                                                                                          Don K. Haycraft