IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| All Cases and No. 12-970 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

**[PROPOSED] ORDER**

**[Granting BP's Motion for Restitution and Injunctive Relief]**

Before the Court is BP's Motion for Restitution and Injunctive Relief (Rec. Doc. \_\_\_\_).

After consideration of this Motion, the Court hereby **GRANTS** BP's Motion for Restitution and Injunctive Relief, and it is hereby **ORDERED** that:

1. BP is entitled to restitution, plus interest, from each claimant who was overpaid as a result of the erroneous matching policy, in an amount equal to the amount of the overpayment, plus interest.

2. To the extent professionals (lawyers, accountants, and others) have been paid a proportional amount of those excessive recoveries, they are jointly and severally liable with their clients to the extent of their share of those recoveries, plus interest;

3. Previously-paid awards that BP appealed on matching grounds identified in Exhibit A to the Declaration of Brian Gaspardo shall be recalculated consistent with the now-approved Policy 495. A final order shall enter requiring such repayment when the calculations are completed;

4. In the interim period, BEL Claimants identified in Exhibit B are enjoined from dissipating the portions of those awards identified as overpayments in Exhibit B pending the recalculation of their compensation amounts.

5. Within 30 days from the date of this order, the BEL Claimants identified in Exhibit B shall file with the Court a notice of all professionals who assisted them with their claims and who were paid a proportion of the excessive recoveries as fees and the total amounts of such fees paid to each such professional.

6. Professionals who assisted the Exhibit B claimants shall be enjoined from dissipating the proportion of their fees derived from overpayment.

Accordingly, the motion is **GRANTED**.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
**CARL J. BARBIER**
**United States District Judge**