IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>All Cases and No. 12-970 | * MDL NO. 2179<br>*<br>* SECTION J<br>*<br>*<br>* Honorable CARL J. BARBIER<br>*<br>* Magistrate Judge SHUSHAN<br>* |

**BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT
TO FILE UNDER SEAL UNREDACTED VERSIONS OF BP'S MEMORANDUM IN
SUPPORT OF MOTION FOR RESTITUTION AND INJUNCTIVE RELIEF AND THE
DECLARATION OF BRIAN GASPARDO IN SUPPORT OF BP'S MOTION FOR
RESTITUTION AND INJUNCTIVE RELIEF, AS WELL AS ATTACHMENTS A AND B
TO THE DECLARATION OF BRIAN GASPARDO**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641); the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573); and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP"), by their attorneys, hereby respectfully request leave to file under seal unredacted versions of BP's Memorandum in Support of Motion for Restitution and Injunctive Relief and the Declaration of Brian Gaspardo In Support of BP's Motion for Restitution and Injunctive Relief, as well as Attachments A and B to the Declaration of Brian Gaspardo. These materials contain claimant information deemed "confidential" pursuant to the above-referenced Orders.

WHEREFORE, BP respectfully prays the Court for an Order that unredacted versions of of BP's Memorandum in Support of Motion for Restitution and Injunctive Relief and the

Declaration of Brian Gaspardo In Support of BP's Motion for Restitution and Injunctive Relief, as well as Attachments A and B to the Declaration of Brian Gaspardo, be filed under seal.

June 27, 2014

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200


Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

*OF COUNSEL*

Respectfully submitted,

  */s/ Kevin M. Downey*
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029



  */s/ Don K. Haycraft*
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Richard C. Godfrey, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of June, 2014.

                                                                                                                  */s/ Don K. Haycraft*
                                                                                                                  Don K. Haycraft