UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| *Actions within B3 Pleadings Bundle and 12-968, Plaisance, et al. v. BP Exploration & Production, Inc., et al.* | |

## ORDER

Before the Court is Halliburton's conditional objections to and appeal from the Magistrate Judge's Order of June 13, 2014, which restricted attendance at Penalty Phase depositions to counsel for the U.S., BPXP and Anadarko, representatives of those parties and experts for those parties. Rec. doc. 13070. The Court finds that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly,

IT IS ORDERED that Halliburton's conditional objections and appeal (Rec. doc. 13070) is OVERRULED and the Magistrate Judge's ruling (Rec. doc. 13016) is AFFIRMED.

New Orleans, Louisiana, this 27th day of June, 2014.

_____
CARL J. BARBIER
United States District Judge

Q:\Deepwater Horizon\Order re hesi objections – mag affirmed.docx