IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION J<br>* |
| This document relates to:<br>All Cases and No. 12-970 | *<br>*  Honorable CARL J. BARBIER<br>*<br>*  Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Motion And Incorporated Memorandum In Support To File Under Seal Unredacted Versions of BP's Memorandum in Support of Motion for Restitution and Injunctive Relief and the Declaration of Brian Gaspardo In Support of BP's Motion for Restitution and Injunctive Relief, as well as Attachments A and B to the Declaration of Brian Gaspardo, and for a further order directing that unredacted versions of BP's Memorandum in Support of Motion for Restitution and Injunctive Relief and the Declaration of Brian Gaspardo In Support of BP's Motion for Restitution and Injunctive Relief, as well as Attachments A and B to the Declaration of Brian Gaspardo, be filed under seal:

**IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further

**ORDERED** that unredacted versions of BP's Memorandum in Support of Motion for Restitution and Injunctive Relief and the Declaration of Brian Gaspardo In Support of BP's Motion for Restitution and Injunctive Relief, as well as Attachments A and B to the Declaration of Brian Gaspardo, be filed under seal pending further order of the Court.

New Orleans, Louisiana this 27th day of June, 2014.

_____
United States District Judge