UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| J&K Investments of Mississippi, Inc. | * | |
| vs. | * | MAGISTRATE SHUSHAN |
| BP, P.L.C., et al | * | |
| Civil Action No: 2:13-cv-06650-CJB-SS | * | |
| | * | |

## MOTION TO REMAND

COMES NOW, the plaintiff, J&K Investments of Mississippi, Inc., by and through its attorneys of record, Davis & Crump, P.C., pursuant to 28 U.S.C. § 1447 and respectfully moves this Court to enter an Order Remanding this matter to the Circuit Court of Harrison County, Mississippi, First Judicial District.  In support of Plaintiff's Motion, she would respectfully show unto the Court the following, to-wit:

I.

Plaintiff filed the present action on August 10, 2011 in the Circuit Court of Harrison County, Mississippi, First Judicial District, alleging that the defendants breached a valid contract entered into by the parties.  Plaintiff pled only claims arising under Mississippi contract law. Additionally, plaintiff has plead damages in an amount that is less than the jurisdictional requirement of 28 U.S.C. § 1332.

II.

On August 13, 2013, this case was improperly removed to federal court by defendants ("BP"), who now cite the Outer Continental Shelf Lands Act and maritime law as grounds for federal jurisdiction.  The plaintiff respectfully states to the Court that BP has failed to

demonstrate a valid basis for the exercise of federal jurisdiction. The plaintiff has pled only state law causes of action; therefore, no federal question exists. Further, the "saving to suitors" clause of 28 U.S.C. §1333 prevents the removal of maritime causes of action without an independent ground for federal jurisdiction.

## CONCLUSION

For the reasons stated above and more fully explained in Plaintiff's Memorandum in Support of Motion to Remand, the plaintiff respectfully requests that this Honorable Court enter an order remanding this case to its proper forum, the Circuit Court of Harrison County, Mississippi, First Judicial District, for proceedings in accordance with the laws of the State of Mississippi.

RESPECTFULLY SUBMITTED this the 27th day of June, 2014

BY: DAVIS & CRUMP, P.C., her Attorneys

/S/ Trevor B. Rockstad
TREVOR B. ROCKSTAD
MS Bar Number 103614
1712 15th Street, Suite 300
Gulfport, MS 39501
(228) 863-6000
(228) 864-0907(facsimile)

## CERTIFICATE OF SERVICE

I, Trevor B. Rockstad, declare that I am employed with the law firm of Davis & Crump, P.C., whose address is 1712 15th Street, Suite 300, Gulfport, Mississippi 39501.  I am not a party to this case and I am over the age of eighteen years.

I further declare that on the date hereof I served a copy of the above and foregoing Motion to Remand using the CM/ECF system which will send notification of such filing to the parties denoted on the Electronic Mail Notice List, and I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, address to the non-CM/ECF participants indicated on the Manual Notice List.

This the 27th day of June, 2014.

/S/ Trevor B. Rockstad
TREVOR B. ROCKSTAD
Ms. Bar No. 103614

DAVIS & CRUMP, P.C.
Attorneys at Law
1712 15th Street, Suite 300
Gulfport, MS 39501
(228) 863-6000
(228) 864-0907 (facsimile)