REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

David M. Strong
305 Syringa Road P.O. Box 219
Topping, VA 23169
(804) 286-9030

```
┌─────────────────────────────────────┐
│        U.S. DISTRICT COURT           │
│  EASTERN DISTRICT OF LOUISIANA       │
│                                      │
│ FILED     JUN 27 2014                │
│                                      │
│        WILLIAM W. BLEVINS            │
│             CLERK                    │
└─────────────────────────────────────┘
```

June 25, 2012

U.S. District Court
For the Eastern District of Louisiana
The Honorable Judge William W. Blevins, Clerk
500 Poydras Street, Room C – 151

New Orleans, LA 70130

This letter is to submit a copy of Plaintiff letter to Deep Water Horizon Medical Benefits Claims
Administrator dated June 25, 2014 that resubmits a certified PROOF OF CLAIM FORM BY Deep Water
Horizon Medical Benefits Claims Administrator

Respectfully Submitted

*David M. Strong* (signature)

David M. Strong, Pro Se

TENDERED FOR FILING

JUN 27 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Deep Water Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

U.S. Certified Mail Return Receipt
7011-2970-0000-4182-3247

Attached:     Letter to Deep Water Horizon Medical Benefits Claims Administrator dated June 25,
              2014

              Proof of Claim Form dated August 9, 2012

```
____ Fee_____
____ Process_____
X    Dktd_____
____ CtRmDep_____
____ Doc. No.____
```

Identification Number SPC0002895

David M. Strong
305 Syringa Road, P.O. Box 219
Topping, VA 23169
804 286-9030

June 25, 2014

<u>Certified Mail Return Receipt</u>
7001 2970 0000 4182 3247

Deep Water Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

RE:     Resubmit Proof of Claim Form

This letter is to resubmit a copy of the PROOF OF CLAIM FORM and Assignment of Claim identification
Number. "You have been assigned the following unique claim identification number: SPC0002895."
Since Mr. Strong has a certified Proof of Claim Form on File that certified that Mr. Strong address at
4543 Cotton Cove Drive Gulf Shores, Alabama 23542.  Therefore, Mr. Strong will resubmit a copy of
Claim Form of record approved by Deep Water Horizon Medical Benefits Claims Administrator.

Sincerely

*David M. Strong*

David M. Strong

TENDERED FOR FILING

JUN 2 7 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

UNITED STATES DISTRICT COURT      Eastern District of Louisiana

WILLIAM W. BLEVINS, CLERK

# DEEPWATER HORIZON
# MEDICAL BENEFITS
## CLAIMS ADMINISTRATOR

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

David M Strong
PO Box 219
Topping, VA 23169

### MEDICAL BENEFITS CLASS ACTION SETTLEMENT

August 9, 2012

Re: Receipt of PROOF OF CLAIM FORM and Assignment of Claim Identification Number

Dear David Strong,

The CLAIMS ADMINISTRATOR has received your PROOF OF CLAIM FORM. You have been assigned the following unique claim identification number: SPC0002895. You should include this claim identification number on all future correspondence with the CLAIMS ADMINISTRATOR regarding your claim.

You will not receive any further communication from the CLAIMS ADMINISTRATOR, any payment of compensation, or any medical consultation visits until after the EFFECTIVE DATE - that is, after the COURT has granted "final approval" of the MEDICAL SETTLEMENT AGREEMENT, and any appeals have been resolved. The CLAIMS ADMINISTRATOR will contact you after the EFFECTIVE DATE regarding your claim. There is no need to resubmit your PROOF OF CLAIM FORM or any of the attached materials after the EFFECTIVE DATE.

If you change your address, please promptly notify us in writing of your new address. Send your new address information to us at:

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Sincerely,

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

This Packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® items. Misuse may be a

UNITED STATES
POSTAL SERVICE®

PRIORITY®
MAIL
*POSTAL SERVICE*

For Domestic
and International Use



$ 000.000
02 1P
0001916472 JUN 25 2014
MAILED FROM ZIP CODE 23169

From David M. Stringe
P.O. Box 819
Topping, VA 23169

TO U.S. District Court
for the Eastern District of Louisiana
Honorable Judge William W. Barrington
500 Poydras Street, C-151
New Orleans, LA 70130

Label 228, January 2008



USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9012 3080 3651 9098 69

Label 400 Jan. 2013
7690-16-000-7946

WHEN USED INTERNATIO
A CUSTOMS DECLARA*
LABEL MAY BE REQUIR

P S00001000014

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

♻ This envelope is made from post-consumer waste. Please recycle - again.