UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>Andry Law Group, et al. v. CNA Financial, et al.<br>Civil Action No:     2:14-cv-600 | MDL No:         2179<br><br>Section:        J (Barbier)<br>Mag:            1 (Shushan) |

### DEFENDANTS CNA FINANCIAL CORPORATION'S AND CONTINENTAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendants CNA Financial Corporation ("CNA Financial") and Continental Casualty Company ("Continental"), by and through their undersigned counsel, hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Specifically, Defendants seek summary judgment determining that Continental has no duty under the lawyers professional liability policy at issue to provide a defense in connection with a corruption investigation into Plaintiffs Jonathan Andry and the Andry Law Group, LLC regarding their representation of claimants in connection with the *Deepwater Horizon* settlement program.  Because the corruption investigation does not seek any covered "damages," as the insurance policy defines that term, there is no defense or indemnity coverage available.  Moreover, CNA Financial is entitled to summary judgment because it did not issue the policy and thus owes no duties or obligations to the Plaintiffs.

As set forth above and in the materials accompanying this Motion, there are no material facts in dispute, and Defendants are entitled to judgment as a matter of law.  Filed with this Motion and incorporated by reference herein are the following:

- Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment;

- Defendants' Statement of Undisputed Material Facts; and

- 2 -

- Declaration of David S. Daly, with accompanying Exhibits;

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Summary Judgment.

Dated: June 30, 2014

*Of Counsel:*
**RICHARD A. SIMPSON**
D.C. Bar No. 411893
(admitted *pro hac vice*)
**BENJAMIN C. EGGERT (T.A.)**
D.C. Bar No. 474218
(admitted *pro hac vice*)
**WILEY REIN LLP**
1776 K Street NW
Washington, DC  20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: rsimpson@wileyrein.com
Email: beggert@wileyrein.com

Respectfully submitted,

By: **/s/ David S. Daly**
**DAVID S. DALY** (#20774)
**ALLEN & GOOCH, ALC**
3900 N Causeway Blvd
Suite 1450
Metairie, LA  70002
Telephone: (504) 836-5290
Facsimile: (504) 836-5295
Email: DavidDaly@AllenGooch.com

*Counsel for Defendants CNA Financial Corporation and Continental Casualty Company*

### CERTIFICATE OF SERVICE

I certify that on June 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ David S. Daly
**DAVID S. DALY**