# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No: 2179 |
| | Section: J (Barbier) |
| | Mag: 1 (Shushan) |
| THIS DOCUMENT RELATES TO: Andry Law Group, et al. v. CNA Financial, et al. Civil Action No: 2:14-cv-600 | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendants, CNA Financial Corporation ("CNA Financial") and Continental Casualty Company ("Continental"), through undersigned counsel, will bring the foregoing Motion for Summary Judgment on Wednesday, July 16, 2014 at 10:00 o'clock a.m. at the United States District Courthouse, Court Room C279, 500 Camp Street, New Orleans, Louisiana, and before U. S. District Judge Sarah S. Vance.

Dated: June 30, 2014                                    Respectfully submitted,

*Of Counsel:*                                           By: /s/ David S. Daly
**RICHARD A. SIMPSON**                                  **DAVID S. DALY** (#20774)
D.C. Bar No. 411893                                     **ALLEN & GOOCH, ALC**
(admitted *pro hac vice*)                               3900 N Causeway Blvd
**BENJAMIN C. EGGERT (T.A.)**                           Suite 1450
D.C. Bar No. 474218                                     Metairie, LA 70002
(admitted *pro hac vice*)                               Telephone: (504) 836-5290
**WILEY REIN LLP**                                      Facsimile: (504) 836-5295
1776 K Street NW                                        Email: DavidDaly@AllenGooch.com
Washington, DC 20006
Telephone: (202) 719-7000                               *Counsel for Defendants CNA Financial*
Facsimile: (202) 719-7049                               *Corporation and Continental Casualty*
Email: rsimpson@wileyrein.com                           *Company*
Email: beggert@wileyrein.com

## CERTIFICATE OF SERVICE

I certify that on June 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ David S. Daly
**DAVID S. DALY**