# EXHIBIT 11

**From:** New Claims - LPL [newclaimslpl@cna.com]
**Sent:** Tuesday, October 15, 2013 9:37 AM
**To:** Rambudhan,Yasodra
**Subject:** Fwd: Formal Demand for Costs of Defense and Fees [#1268116]

--Original Message--
From: jandry@andrylawgroup.com
Date: 10/14/2013 2:01:57 PM
To: LPLNewClaims@cna.com
Cc: leslie@SSWETHICSLAW.COM; lisa@unglesbylaw.com; pod@oslaw.com
Subject: Formal Demand for Costs of Defense and Fees

    I am Jonathan Andry and am the sole owner of the Andry Law Group, LLC. On September 6, 2013, Special Master Freeh issued his report to Judge Barbier in the Deepwater Horizon MDL.  In a totally unexpected  and unsupported conclusion, Freeh determined  that I was one of a group of  lawyers that attempted to corrupt  the settlement process. The Report was the culmination of a 66 day investigation by the Freeh Group. I  was forced to retain counsel and to participate in the process.   Judge Barbier issued an order contemporaneously with the Freeh Report,  wherein he ordered me to show cause on or before September 21, 2013, why the Freeh report should not be adopted. The Judge has recently extended this date to October 19, 2013. We have asked that the date be extended again because of various reasons and are of the opinion that we will be successful in this endeavor.

    There is little doubt that these allegations are 100% incorrect. Thus far,  I have expended approximately 200,000.00 In legal fees and costs. I originally retained James Cobb. I retained Mr. Lewis Ungelsby as my lead attorney after the report was issued.

    The nature of Judge Barbier's show cause and the potential resulting effect fails squarely within the ambit of the my LPLP that I purchased from CNA. Accordingly, this email is a formal demand for the costs of defense under the Andry Law Group Policy #425308379, which includes a reimbursement of the 200,000.00 that I have incurred thus far and any additional amounts that are incurred to the issues associated with the Freeh report are resolved.  It is also a formal demand for Mr. Lewis Unglesby to remain as my counsel. He is a phenomenal lawyer who has specialized in representing clients such as myself for the past 30 years.  Thanks for your cooperation and I look forward to hearing from you in the immediate future.  Kindly acknowledge and advise.