# EXHIBIT 12



*P. O. Box 8317, Chicago, IL 60680-8317*
*Consultant's Location:  Collinsville, Illinois*
*CNA is a paperless environment.*
*Please contact me by email at patrice.wilson@cna.com*

**M. Patrice Wilson**
*Claim Consultant*
*Lawyers Professional Liability*
*Telephone:  618-345-0825*
*Facsimile:   314-682-1448*
*E-mail:*  patrice.wilson@cna.com

October 22, 2013

The Andry Law Group, LLC
Attention: Mr. Jonathan Andry
610 Baronne Street
New Orleans, LA  70113

| Re: | File No. | LWA08743 |
|---|---|---|
| | Policyholder: | The Andry Law Group, LLC |
| | Regarding: | Deepwater Horizon Multi-District Litigation |
| | Underwriting Co. | Continental Casualty Company ("Continental") |
| | Policy Number: | 425308379 |
| | Policy Term: | 1/1/2013 – 1/1/2014 |
| | Policy Limits: | $3,000,000 / $3,000,000 |
| | Deductible: | $10,000 each claim, inclusive of claim expenses |
| | Firm Retroactive Date: | 10/5/1990 |

Dear Mr. Andry,

Please let this confirm our telephone conversation of 10/21/2013 about the referenced matter.  At present, the only information we have is contained in your email of 10/15/2013. This email does not serve to adequately report a claim as required by the policy and I would like to help you fulfill your reporting obligations. Once that is done and we have had an opportunity to review the documentation you submit, I will be able to advise you further about coverage. This letter will serve to detail what the policy can do and what we need from you.

We have established a file under the policy referenced above. This policy has a limit of liability in the amount of $3,000,000 and a policy year aggregate of $3,000,000 for all claims. Claim expenses are outside of the limit of liability. There is a deductible in the amount of $10,000 that applies to each claim or claims expenses. There is a Retroactive Date of 10/5/1990 for the firm and for you. There are various other retroactive dates that apply to individual members of the firm.

As part of our investigation of this matter, we require that you send to us a copy of the engagement letters from the underlying case. Further, in order to ensure that this matter remains confidential and to safeguard your records, please do not discuss this claim with anyone not identified as a representative of the insurance company, or your attorney. Your file material should not be reproduced to anyone except at the direction of the insurance carrier.  In order to successfully conclude this case, whether through defense or settlement, your cooperation is important.

We acknowledge coverage subject to a reservation of rights.  This means that there is an issue that could limit the amount of coverage available to you – or, potentially, preclude coverage – under the Policy.  This letter is not a denial of coverage. At this time, we want to make sure that you understand the coverage issues that could arise based on the limited information available at this time.  Specifically, we are reserving our rights to limit coverage based on the Policy provisions discussed herein.  A copy of the policy language is included with this letter for your ease of reference.

www.cna.com

-2-                                                                                              October 22, 2013

Please refer to the Policy section I entitled Insuring Agreement. Paragraph A explains that the Policy will pay amounts the Insured becomes legally obligated to pay as **damages** because of a **claim** that results from an act or omission in the performance of **legal services**. Paragraph B explains that Continental has the right to defend and the right to appoint counsel in the case of a covered claim.

Bolded words in the policy are defined by the Policy at section III entitled Definitions. A **claim** is defined as a demand for money or services arising out of an act or omission in the performance of **legal services** which are defined as services performed for others as a lawyer, arbitrator, mediator, etc. **Damages** means judgments, awards or settlements, provided the settlements are negotiated with the assistance and approval of Continental. Damages do not include legal fees, costs and expenses paid or incurred by the insured. Damages do not include any sanction or penalty, nor do they include any injunctive or declaratory relief.

Please also refer to the Policy section V. entitled Conditions. Paragraph E explains that you are to cooperate with Continental and that you are not to voluntarily make any payment or incur any expense without the consent of the company.  Paragraph A explains that you are to give written notice of claims as soon as possible.

Please note that Continental Casualty Company reserves the right to supplement or modify its position and to assert additional defenses as the Claim develops.

As we discussed, it is unclear to me whether the report you are trying to make relates to a claim, as defined, or whether this is an ethics issue. We would like to review the materials that caused the Court to appoint a Special Master to conduct an investigation. You mentioned something filed by BP in its resistance to the payment of your fees or certain settlements. Please send that to me along with the report of the Special Master and the Show Cause Order entered by the Court and any other documents that you feel will provide insight as to the allegations against you. We may require additional information after reviewing this material.

Finally, be aware that if the report you are submitting relates to an alleged ethics violation, an ethics matter is not a claim, as defined, and therefore the payment and defense provisions of the policy would not apply. Rather, there is a Supplementary Payment provision in the Policy section II that may apply. If a Disciplinary Proceeding is instituted then Continental would reimburse up to an initial $20,000 for attorney fees and associated costs. If there is later a finding of not guilty in the Disciplinary Proceeding, then another $80,000 could be available to reimburse attorney fees and costs. For the Supplementary Payment provision to apply, any Disciplinary Proceeding must be reported to Continental in the same policy period that it is received by you.

We will await the submission of your engagement letters, the filing by BP referred to, the Special Master's report and the Show Cause Order. I will be in touch with you regarding this matter after we have reviewed that material. In the meantime, if you have questions or concerns about the content of this letter, please call me. Generally, I am available by telephone Monday through Friday, from 8:00 to 4:00, Central time.

Sincerely,

M. Patrice Wilson
Claim Consultant


lwa08743/unknown vs andry