UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>Andry Law Group, et al. v. CNA Financial, et al.<br>Civil Action No:   2:14-cv-600 | MDL No:   2179<br><br>Section:   J (Barbier)<br>Mag:   1 (Shushan) |

**DECLARATION OF DAVID S. DALY IN SUPPORT OF DEFENDANTS CNA FINANCIAL CORPORATION'S AND CONTINENTAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, David S. Daly, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statement is true and correct:

1. My name is David S. Daly. I am over twenty-one years of age and I am fully competent in all respects to make this Declaration. I am a partner with the law firm Allen & Gooch, counsel for Defendants CNA Financial Corporation ("CNA Financial") and Continental Casualty Company (together, "Defendants"), and as such, I am fully familiar with the matters set forth herein.

2. I submit this Declaration in support of Defendants' contemporaneously filed Motion for Summary Judgment.

3. Attached to this Declaration are true and correct copies of the documents identified in the chart below.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing statement is true and correct.

Dated: 6/30/14                                       By: _____
                                                              DAVID S. DALY