UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>Andry Law Group, et al. v. CNA Financial, et al.<br>Civil Action No: 2:14-cv-600 | MDL No: 2179<br><br>Section: J (Barbier)<br>Mag: 1 (Shushan) |

### REQUEST FOR ORAL ARGUMENT RE: MOTION FOR SUMMARY JUDGMENT (DOC. NO. ___)

**NOW INTO COURT,** through undersigned counsel, come defendants, CNA Financial Corporation ("CNA Financial") and Continental Casualty Company ("Continental"), who hereby request oral argument in connection with their Motion for Summary Judgment. Defendants maintain that the interest of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal and factual issues involved in this matter.

This matter is currently set for submission on July 16, 2014. Plaintiffs' Cross Motion for Partial Summary Judgment is also scheduled for submission on that date.

WHEREFORE, defendants, CNA Financial and Continental request that this Court entertain oral argument in this matter.

*[SIGNATURE BLOCK ON NEXT PAGE]*

Dated: June 30, 2014

*Of Counsel:*
**RICHARD A. SIMPSON**
D.C. Bar No. 411893
(admitted *pro hac vice*)
**BENJAMIN C. EGGERT (T.A.)**
D.C. Bar No. 474218
(admitted *pro hac vice*)
**WILEY REIN LLP**
1776 K Street NW
Washington, DC  20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: rsimpson@wileyrein.com
Email: beggert@wileyrein.com

Respectfully submitted,

By: **/s/ David S. Daly**
**DAVID S. DALY** (#20774)
**ALLEN & GOOCH, ALC**
3900 N Causeway Blvd
Suite 1450
Metairie, LA  70002
Telephone: (504) 836-5290
Facsimile: (504) 836-5295
Email: DavidDaly@AllenGooch.com

*Counsel for Defendants CNA Financial Corporation and Continental Casualty Company*

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ David S. Daly
**DAVID S. DALY**