**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  OIL SPILL** by the **OIL RIG** **"DEEPWATER HORIZON"** in the **GULF OF MEXICO, on April 20, 2010**  **THIS DOCUMENT RELATES TO:** Andry Law Group, et al. v. CNA Financial, et al. Civil Action No:         2:14-cv-600 | MDL No:        2179  Section:        J (Barbier) Mag:              1 (Shushan) |

## ORDER

**IT IS ORDERED** that the Request for Oral Argument by defendants, CNA Financial and Continental, be GRANTED, and that oral argument on the defendants' Motion for Summary Judgment (Doc. No. ___) be had on a date and time set by the Court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014.

_____
**U.S. DISTRICT JUDGE**