## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE ANDRY LAW GROUP, LLC;** | * | **CIVIL ACTION 14-CV-00600** |
| **JONATHAN ANDRY** | * | |
|       **Plaintiffs** | * | **JUDGE: SSV** |
|    vs. | * | |
| | * | **MAGISTRATE:  JCW** |
| **CNA FINANCIAL CORPORATION;** | * | |
| **CONTINENTAL CASUALTY COMPANY** | * | |
|       **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DECLARATORY RELIEF

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs The Andry Law Group, LLC and Jonathan Andry, who move this court for partial summary judgment regarding declaratory relief.

As more fully set forth in the attached Memorandum In Support and Statement of Uncontested Facts, Plaintiffs move for Partial Summary Judgment to establish Continental Casualty Company's duty to defend claims against Plaintiffs resultant from U.S. District Judge Carl Barbier's demands for services arising out of an act or omission in the rendering of or failure to render legal services in the litigation captioned *In re: Oil Spill by Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. MDL No. 2179.*  Continental has abrogated its duty to defend Plaintiffs for covered claims, and should be ordered to reimburse Plaintiffs for the costs of defense paid thus far and to provide a defense for ongoing claims.

-1-

Plaintiffs seek a speedy resolution to this controversy as Continental's unjust denial of coverage has created undue hardship on Plaintiffs.

**WHEREFORE**, Plaintiffs, The Andry Law Group, LLC and Jonathan Andry, pray that this Honorable grant Plaintiffs' Motion For Partial Summary Judgment Regarding Declaratory Relief.

Respectfully submitted:

**JOANEN LAW FIRM**

By: */s/ Scott Joanen*
L. Scott Joanen (#21431)
3535 N. Causeway Blvd., Ste. 201
Metairie, Louisiana 70002
Telephone: (504) 833-3036
Facsimile: (504) 833-7366
Email: scott@joanenlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of June, 2014.

                                                               */s/ Scott Joanen*
                                                                Scott Joanen