UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE ANDRY LAW GROUP, LLC;** | * | **CIVIL ACTION 14-CV-00600** |
| **JONATHAN ANDRY** | * | |
| **Plaintiffs** | * | **JUDGE: SSV** |
| vs. | * | |
| | * | **MAGISTRATE:  JCW** |
| **CNA FINANCIAL CORPORATION;** | * | |
| **CONTINENTAL CASUALTY COMPANY** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs, The Andry Law Group, LLC and Jonathan Andry, through undersigned counsel, will bring the foregoing Motion For Partial Summary Judgment Regarding Declaratory Relief on Wednesday, July 2, 2012 at 10:00 o'clock a.m. at the United States District Courthouse, Court Room C279, 500 Camp Street, New Orleans, Louisiana, and before U.S. District Sarah S. Vance.

Respectfully submitted:

**JOANEN LAW FIRM**

By:    /s/ Scott Joanen
  L. Scott Joanen (#21431)
  3535 N. Causeway Blvd., Ste. 201
  Metairie, Louisiana  70002
  Telephone:  (504) 833-3036
  Facsimile:   (504) 833-7366
  Email:  scott@joanenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of June, 2014.

<u>/s/ Scott Joanen</u><br>
Scott Joanen