UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE ANDRY LAW GROUP, LLC;** | * | **CIVIL ACTION 14-CV-00600** |
| **JONATHAN ANDRY** | * | |
| **Plaintiffs** | * | **JUDGE: SSV** |
| **vs.** | * | |
| | * | **MAGISTRATE: JCW** |
| **CNA FINANCIAL CORPORATION;** | * | |
| **CONTINENTAL CASUALTY COMPANY** | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION & INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO RE-SET HEARING

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT**, through undersigned counsel, come the plaintiffs, The Andry Law Group, LLC and Jonathan B. Andry, who moves this Court to re-set the July 2, 2014 hearing date of the Plaintiffs's Partial Motion for Summary Judgment, for the following reasons:

I.

On June 10, 2014, Plaintiffs filed their Motion for Partial Summary Judgment on their declaratory relief claim to establish Continental Casualty Company's ("Continental") duty to defend claims against Plaintiffs resultant from U.S. District Judge Carl Barbier's demands for services arising out of an act or omission in the rendering of or failure to render legal services in the litigation captioned *In re: Oil Spill by Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. MDL No. 2179.*

II.

Plaintiffs selected the Court's next available hearing date of July 2, 2014 as the date of submission.

III.

Counsel for defendants Continental and CNA Financial Corporation also wish to file a Motion for Summary Judgment in favor of defendants.

IV.

The parties agree that the interests of justice and judicial economy are best served by having both motions heard simultaneously.

V.

Counsel for defendants intend to file their Motion for Summary Judgment in sufficient time to have hearing on July 16, 2014.

VI.

Counsel for both parties request that the hearing on Plaintiffs's Motion for Partial Summary Judgment be re-set for Wednesday, July 16, 2014 in order that both motions can be heard simultaneously.

VII.

This is the first request for such a continuance.

VIII.

Counsel for Plaintiff has spoken with counsel for defendants. They do not oppose the grant of this motion to re-set the hearing of Plaintiffs's Motion for Partial Summary Judgment.

**WHEREFORE**, Plaintiffs, The Andry Law Group, LLC and Jonathan B. Andry, pray that the Court grant the above referenced motion, and that the Court re-set the hearing of Plaintiffs's Motion for Partial Summary Judgment to Wednesday, July 16, 2014.

Respectfully Submitted:

**JOANEN LAW FIRM**

By:    */s/ Scott Joanen*
L. SCOTT JOANEN, (#21431)
3525 N. Causeway Blvd., Ste. 201
Metairie, LA 70002
Telephone: (504) 833-3036
Fax: (504) 833-7366
Email: scott@joanenlaw.com
Fax: (504) 586-8911

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 24th day of June 2014, served a copy of the foregoing discovery on counsel for all parties to this proceeding, via either electronic mail and/or by mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Scott Joanen*
L. Scott Joanen