UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE ANDRY LAW GROUP, LLC;** | * | **CIVIL ACTION 14-CV-00600** |
| **JONATHAN ANDRY** | * | |
| **Plaintiffs** | * | **JUDGE: SSV** |
| **vs.** | * | |
| | * | **MAGISTRATE:  JCW** |
| **CNA FINANCIAL CORPORATION;** | * | |
| **CONTINENTAL CASUALTY COMPANY** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that Plaintiffs's Motion To Re-set The Hearing Of Plaintiffs's Motion for Partial Summary Judgment be and is hereby **GRANTED**, thereby allowing all motions to be heard simultaneously.

**IT IS FURTHER ORDERED** that Plaintiffs's Motion for Partial Summary Judgment be re-set for Wednesday, July 16, 2014.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE