# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE ANDRY LAW GROUP, LLC;** | * | **CIVIL ACTION 14-CV-00600** |
| **JONATHAN ANDRY** | * | |
| **Plaintiffs** | * | **JUDGE: SSV** |
| vs. | * | |
| | * | **MAGISTRATE: JCW** |
| **CNA FINANCIAL CORPORATION;** | * | |
| **CONTINENTAL CASUALTY COMPANY** | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT re: MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. NO. 18)

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, The Andry Law Group, LLC and Jonathan B. Andry, who hereby request oral argument in connection with their Motion for Partial Summary Judgment. Plaintiffs maintain that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal and factual issues involved in this matter.

This matter is currently set for submission on July 2, 1014, but Plaintiffs have requested that this date be re-set to July 16, 2014. That Motion to Re-Set is currently pending before the Court.

**WHEREFORE**, Plaintiffs, The Andry Law Group, LLC and Jonathan B. Andry request that this Court entertain oral argument in this matter.

                                                            Respectfully Submitted:

                                            **JOANEN LAW FIRM**

By:     */s/ Scott Joanen*
           L. SCOTT JOANEN, (#21431)
           3525 N. Causeway Blvd., Ste. 201
           Metairie, LA 70002
           Telephone: (504) 833-3036
           Fax: (504) 833-7366
           Email: scott@joanenlaw.com
           Fax:  (504) 586-8911

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 24th day of June 2014, served a copy of the foregoing discovery on counsel for all parties to this proceeding, via either electronic mail and/or by mailing the same by United States mail, properly addressed and first class postage prepaid.

                                                    */s/ Scott Joanen*
                                                    L. Scott Joanen