UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE ANDRY LAW GROUP, LLC;** | * | **CIVIL ACTION 14-CV-00600** |
| **JONATHAN ANDRY** | * | |
| **Plaintiffs** | * | **JUDGE: SSV** |
| **vs.** | * | |
| | * | **MAGISTRATE: JCW** |
| **CNA FINANCIAL CORPORATION;** | * | |
| **CONTINENTAL CASUALTY COMPANY** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Request for Oral Argument by Plaintiffs, The Andry Law Group, LLC and Jonathan B. Andry, be **GRANTED**, and that oral argument on the Plaintiffs's Motion for Partial Summary Judgment (Document No. 18) be had on a date and time set by the Court.

New Orleans, LA, this _____ day of _____, 2014.

_____
JUDGE