

July ____, 2014

**Re:    Options for Those Who Received 60% of GCCF Offer During the Transition Process**

Dear Claimant:

On December 21, 2012, the United States District Court for the Eastern District of Louisiana ("Court") issued an Order Granting Final Approval of the Economic and Property Damages Settlement Agreement ("Final Approval Order") between BP Exploration and Production, Inc. and BP America Production Company (Collectively, "BP") and the Plaintiffs Steering Committee to settle numerous lawsuits arising out of the Deepwater Horizon Oil Spill.  In its Final Approval Order, the Court approved a Court Supervised Settlement Program ("Settlement Program") that replaced the Gulf Coast Claims Facility ("GCCF").  The GCCF processed claims that alleged losses caused by the oil spill through March 8, 2012.  The Settlement Program opened on June 4, 2012.  The period from March 8, 2012, to June 3, 2012, is known as the Transition Process.

During the Transition Process, you received a Final Determination Offer and received 60% of that offer in accordance with the Court's Order dated March 8, 2012 (the "Transition Order").  The Settlement Program is sending you this notification because you either:  (1) have not made any contact with the Settlement Program since receiving the 60% transition payment; or (2) have only submitted a Registration Form to the Settlement Program, but have not submitted any Claim Forms for processing.  This notification explains your options for collecting either the remaining 40% balance of your GCCF/Transition offer or, where eligible, the greater of that 40% balance and any additional compensation to which you may be entitled under the Economic & Property Damages Class Settlement Agreement.

Under the terms of the Transition Order and the Settlement Agreement governing the Settlement Program, you have several options.  This letter outlines the options available to you now, depending on whether you are an eligible Class Member.  For more information on who is an eligible Class Member, go to the official Settlement Program website **www.deepwaterhorizonsettlements.com**.

**A. Eligible Class Members.**  If you are an eligible Class Member, your options for proceeding are as follows:

- **(1) Participate in the Settlement Program.**  If you file a claim in the Settlement Program, you will receive the *greater* of your Settlement Program Compensation Amount or your GCCF/Transition offer, minus what you received from the GCCF/Transition.  To get information on how to participate in the Settlement Program and file a claim, go to **deepwaterhorizoneconomicsettlement.com**.

- **(2) Accept the Remaining 40% of Your GCCF/Transition Offer, in Return for a Release.** You may receive the 40% balance of your GCCF/Transition Final Payment Offer now, in exchange for a Release. You do not need to participate in the Settlement Program to receive the remaining 40% of your GCCF/Transition offer, but you must sign and return the enclosed Release.

**B. Non Class Members.**  If you are **not** an eligible Class Member, your options are to:

**(1) Accept the Remaining 40% of Your GCCF/Transition Offer, in Return for a Release.** You may receive the 40% balance of your GCCF/Transition Final Payment Offer now, in exchange for a Release.

**(2) Do Nothing.   You will receive no further compensation.**

**C.** <u>**How to Receive Your 40% Payment**</u>**.**

If you want to receive your 40% payment now, you must sign and return the enclosed Release to us at the following address:

| **<u>By Mail</u>:** | **<u>By Overnight Delivery, Certified or Registered Mail</u>:** |
|---|---|
| Deepwater Horizon Economic Claims Center | Deepwater Horizon Economic Claims Center |
| c/o Claims Administrator | c/o Claims Administrator |
| P.O. Box 1439 | 42548 Happy Woods Road |
| Hammond, LA 70404-1439 | Hammond, LA  70403 |

If you have lost the enclosed Release or have questions about this process, you may request another copy of the Release or seek assistance by doing any of the following:

(1) Call 1-800-353-1262.

(2) Email us at Questions@DHECC.com.

(3) Log onto www.deepwaterhorizoneconomicsettlement.com and click on the hyperlink at the bottom of the home page that explains how to receive the 40% GCCF/Transition payment; or

(4) Visit one of the Claimant Assistance Centers.

Be prepared to provide your GCCF claim number so that we may respond to your questions promptly and thoroughly.

Receipt of a 40% payment requires the execution of a Release. If you want to receive the 40% payment now, you must sign and return the Release enclosed with this letter.  **By signing and returning the Release, you are forever giving up and discharging any and all rights you may have for any costs, damages or other relief related to or arising from the Deepwater Horizon Oil Spill, even if you are not currently aware of such costs or damages and even if such costs or damages arise in the future or do not manifest themselves until the future. If you sign and return the Release:**

**(1) You will not be able to participate in the Settlement Program at all and cannot file any claim, including a VOO Charter Payment or Vessel Physical Damage claim; and**

**(2) You will not be able to seek additional compensation under any applicable law.**

If you are represented by counsel in this matter, you should consult with your attorney.

For more information on the Settlement Program and locations of the Claimant Assistance Centers, go to **www.deepwaterhorizonsetttlements.com**.

Sincerely,

Claims Administrator