UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

SPECIAL MASTER'S
<u>CERTIFICATION OF COMPLIANCE WITH JUNE 17, 2014 ORDER</u>

COMES NOW the Special Master, Louis J. Freeh, in compliance with the Court's Order of June 17, 2014 (Doc. No. 13025) ("Order"), and states as follows:

1. In the Order, the Court instructed the Special Master to serve a copy of the Order and the Motion of The Special Master For Return of Payments Made to Jarrod A. Burrle and Others (Doc. No. 13010) ("Motion for Return of Payments") on the parties identified in the Motion for Return of Payments.

2. The Special Master hereby certifies that, on June 17, 2014, the Order and Motion for Return of Payments was served via electronic mail on counsel for the parties listed in the Motion for Return of Payments.

3. The Special Master hereby certifies that, on June 24, 2014, a copy of the Order and Motion for Return of Payments was served by hand delivery on Jarrod A. Burrle. *See* Exhibit A.

                                            Respectfully submitted,

                                            _____/s/ Louis J. Freeh_____
                                            Louis J. Freeh
                                            Special Master

Dated:  July 1, 2014

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Special Master's Certification of Compliance with June 17, 2014 Order has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing has been served this 1st day of July, 2014, by electronic mail on the following:

Lewis O. Unglesby
Lance C. Unglesby
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
*Attorneys for Jon Andry*

Pauline F. Hardin
James E. Wright, III
Virginia W. Gundlach
Jones Walker LLP
201 St. Charles Ave. – 49th Floor
New Orleans, LA  70170

And

William W. Taylor, III
Amit P. Mehta
Zuckerman Spaeder LLP
1800 M. Street, NW – Suite 1000
Washington, DC 20036-5807
*Attorneys for Glen J. Lerner*

Douglas S. Draper
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, LA  70130
*Attorneys for Andry Lerner, LLC*

Vance B. Moore
Law Office of Hoffman & Moore, P.A.,
4403 W. Tradewinds Ave
Lauderdale by the Sea, Florida 33308
*Attorneys for Woodbridge Baric Pre-Settlement Funding, LLC*

/s/Louis J. Freeh
Louis J. Freeh