## EXHIBIT A

## **AFFIDAVIT OF SERVICE**

I, Lloyd Day, for my affidavit state as follows:

1. I am an adult over the age of 18 years old.

2. I currently serve as an investigator assisting Special Master Louis J. Freeh in his appointment by the Honorable Carl J. Barbier in the United States District Court for the Eastern District of Louisiana in the BP Deepwater Horizon Multi-District Litigation matter. Previously, I served for 25 years as a Special Agent with Internal Revenue Service-Criminal Investigation Division, including ten years as a Supervisory Special Agent.

3. On June 24, 2014, I personally delivered by hand to Jarrod A. Burrle a copy of the Court's Order dated June 17, 2014 and a copy of the Motion of The Special Master for Return of Payments Made to Jarrod A. Burrle and Others dated June 10, 2014.

4. Authorization for this service was given by Order of the Honorable Carl J. Barbier dated June 17, 2014.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

Signed this 30th day of June, 2014 in New Orleans, Louisiana.

_____
Lloyd Day