MINUTE ENTRY
WILKINSON, M.J.
JUNE 30, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG                    CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010                  MDL 2179

Member Case: Edward Wisner Donation v. BP         SECTION "J" (1)
             Exploration & Production, Inc. et al.;
             Civil Action No. 13-1971 (Wisner Donation
             Expedited Motion for Specific Performance)

Pursuant to my previous order, Record Doc. No. 13023, a status conference was conducted today in this matter. Participating were Fred Herman, Soren Gisleson, Walter Leger, Jr., Colt Fore, Thomas Thomassie, Bob Wright (via telephone) and Caroline Fayard (via telephone), representing plaintiff the Edward Wisner Donation; Greg Johnson, Ali Abazari, Chris Esbrook and Nathan Block, representing BP.

The Donation's pending Expedited Motion for Specific Performance, which was recently referred to me by Judge Barbier, was discussed. Record Doc. Nos. 13002 and 13020. A follow-up conference is scheduled before me on **July 10, 2014 at 10:00 a.m.** to discuss plaintiff's new complaint concerning the claims asserted in the motion (which will be filed shortly); whether all parties consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c); settlement possibilities; and scheduling further proceedings, including

MJSTAR:  1 : 00

plaintiff's anticipated new motion for preliminary injunction. Parties who wish to participate in the conference by telephone may do so by calling my chambers at 504-589-7630 at the designated time.

The Clerk is hereby directed to place a copy of this order in both the captioned MDL case and the individual case, C.A. No. 13-1971.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**