UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| This Document Applies to:<br>Edward Wisner Donation v. BP Exploration & Production, Inc. et al.;<br>Civil Action No. 14-1525 | SECTION "J" (1) |

### ORDER

**IT IS ORDERED** that Case No. 14-1525 is **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. The parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences.

The parties are directed to use the above caption in future filings with this Court. The Clerk is directed to file this order in both MDL 2179 and C.A. No. 14-1525.

New Orleans, Louisiana, this 1st day of July, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

7/2/2014

TRANSFERRED TO
**MAG 2**