# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Actions in Pleading Bundle B3,<br><br>and<br><br>No. 12-cv-968, *Plaisance et al. v. BP Exploration & Production Inc., et al.* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## PLAINTIFF'S STIPULATION FOR SUBSTITUTION OF COUNSEL

Plaintiff, Calvin Francis, by and through his former attorney, Brian Colomb and the law firm of Domengeaux Wright Roy & Edwards, L.L.C., and his successor attorney, Robin L. Greenwald, and the law firm of Weitz & Luxenberg, P.C., be designated as counsel for Plaintiff in all future dealings and that Brian Colomb and the law firm of Domengeaux Wright Roy & Edwards, L.L.C., be allowed to withdraw from any further representation of Plaintiff in this action.

| | |
|---|---|
| /s/ Brian Colomb<br>BRIAN COLOMB<br>Domengeaux Wright Roy & Edwards, L.L.C.<br>556 Jefferson St., Suite 500<br>Lafayette, LA 70501<br>(337) 233-3033 | /s/ Robin L. Greenwald<br>ROBIN L. GREENWALD<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>(212) 558-5802 |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for Plaintiffs and proposed Order has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of July, 2014.

                                                                                          */s/ Robin L. Greenwald*