UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Actions in Pleading Bundle B3,<br><br>and<br><br>No. 12-cv-968, *Plaisance et al. v. BP Exploration & Production Inc., et al.* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

THIS CAUSE CAME ON TO BE HEARD upon the Plaintiff's Stipulation for Substitution of Counsel, and the court having considered the same, it is

ORDERED that the Plaintiff's Stipulation for Substitution of Counsel is **GRANTED.**

Dated this ___ day of _____, 2014, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE