## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil spill by the Oil Rig | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| | |
| Applies to: 12-2338 | JUDGE BARBIER |

**MAGISTRATE JUDGE SHUSHAN**

## NOTICE OF COMPLIANCE WITH COURT ORDER
## DATED JUNE 4, 2014 RE: WEATHERFORD

**COMES NOW** the Plaintiffs, Stephan Kolian et al, and certifies to the Court that it has complied with the Court's June 4, 2014, Order and filed an amended complaint removing Weatherford U.S., L.P.

Dated: July 2, 2014

Respectfully submitted,

By /s/ Bonnie A. Kendrick
**BONNIE A. KENDRICK (31806)**
Email bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana  70130
Telephone: (504) 593-9600
Facsimile:  (504) 593-9601

**STUART H. SMITH (17805)**
Email: ssmith@stag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana  70130
Telephone: (504) 593-9600
Facsimile:  (504) 593-9601

Attorney for Plaintiffs

Co-Counsel for Plaintiffs

**KELLEY B. STEWART (FL # 492132**
Email: KStewart@krupnicklaw.com
The Law Offices of Krupnick,
Campbell, et al
12 Southeast 7TH Street - #801

Fort Lauderdale, Florida 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 2nd day of July, 2014, electronically filed the foregoing utilizing the LexisNexis File and Serve system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*By /s/ Bonnie A. Kendrick*
**BONNIE A. KENDRICK (31806)**
Email bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana  70130
Telephone: (504) 593-9600
Facsimile:  (504) 593-9601

**STUART H. SMITH (17805)**
Email: ssmith@stag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana  70130
Telephone: (504) 593-9600
Facsimile:  (504) 593-9601

Attorney for Plaintiffs

Co-Counsel for Plaintiffs

**KELLEY B. STEWART (FL # 492132)** Email:
KStewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7TH Street - #801
Fort Lauderdale, Florida 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292