UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 14-600 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Case No. 14-600 was recently transferred to this Section and consolidated with MDL 2179. Prior to transfer, the plaintiffs filed a motion for partial summary judgment (Rec. Doc. 13083) and a motion to re-set hearing (Rec. Doc. 13084). After transfer, the defendants moved for summary judgment (Rec. Doc. 13080).

Pursuant to Pretrial Order No. 15 (Rec. Doc. 676), the motions for summary judgment are continued until otherwise ordered by the Court. Accordingly, the Court and the parties shall disregard the notices of submission filed with the motions. Furthermore, the motion to re-set hearing (Rec. Doc. 13084) is DENIED AS MOOT.

Signed in New Orleans, Louisiana, this 2nd day of July, 2014.

United States District Judge