UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| **This document applies to:**<br>*All Cases and 10-cv-2771, 10-cv-8888, 10-cv-9999, 10-md-02179, 11-cv-274 and 11-cv-275* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and respectfully submit this motion requesting that EDWIN G. PREIS, Jr., Louisiana Bar No. 10703, CARL J. HEBERT, Louisiana Bar No. 06724, and EDWARD F. KOHKNE, Louisiana Bar No. 07824, associated with Case No. 2:10-cv-2771 and related Case Nos. 2:10-cv-8888, 2:10-cv-9999, and 2:10-md-02179 and its member cases, specifically 2:11-cv-274 and 2:11-cv-275, be allowed to withdraw as counsel of record for Transocean as a result of their legal services no longer being needed.  Transocean also requests that Mr. Preis, Mr. Hebert and Mr. Kohnke be removed from the electronic service list in these cases.  All other counsel of record will remain, and this withdrawal is not sought for purposes of delay.

WHEREFORE, Transocean respectfully requests that the Court grant this Motion to Withdraw as Counsel of Record.

| | |
|---|---|
| DATED:  July 7, 2014 | Respectfully Submitted, |
| By:   s/Brad D. Brian         | By:    s/ Steven L. Roberts     |

| | |
|---|---|
| Brad D. Brian<br>Michael R. Doyen<br>Daniel B. Levin<br>MUNGER TOLLES &OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email: brad.brian@mto.com<br>michael.doyen@mto.com<br>daniel.levin@mto.com | Steven L. Roberts<br>Rachel Giesber Clingman<br>Sean D. Jordan<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel: (713) 470-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com,<br>rachel.clingman@sutherland.com<br>sean.jordan@sutherland.com |
| By:  s/ Edwin G. Preis<br>Edwin G. Preis, Jr.<br>PREIS PLC<br>Versailles Blvd., Suite 400<br>Lafayette, LA 70501<br>(337) 237-6062<br>*And*<br>601 Poydras Street, Suite 1700<br>New Orleans, LA 70130<br>(504) 581-6062 | By:  s/ Kerry J. Miller<br>Kerry J. Miller<br>FRILOT, LLC<br>110 Poydras St., Suite 3700<br>New Orleans, LA 70163<br>Tel: (504) 599-8194<br>Fax: (504) 599-8154<br>Email: kmiller@frilot.com<br><br>John M. Elsley<br>ROYSTON, RAYZOR, VICKERY &WILLIAMS LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>(713) 224-8380 |

*Counsel for Defendants - Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw Counsel of Record has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 7th day of July, 2014.

/s/ *Kerry J. Miller*
Kerry J. Miller

2