# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document applies to: *All Cases and 10-cv-2771, 10-cv-8888, 10-cv-9999, 10-md-02179, 11-cv-274 and 11-cv-275* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Upon consideration of the Motion to Withdraw Counsel of Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"):

IT IS ORDERED that EDWIN G. PREIS, Jr., Louisiana Bar No. 10703, CARL J. HEBERT, Louisiana Bar No. 06724, and EDWARD F. KOHKNE, Louisiana Bar No. 07824, be permitted to withdraw as counsel of record for Transocean in Case No. 2:10-cv-2771 and related Case Nos. 2:10-cv-8888, 2:10-cv-9999, and 2:10-md-2179 and its member cases, specifically 2:11-cv-274 and 2:11-cv-275.  Further Mr. Preis, Mr. Hebert and Mr. Kohnke shall be removed from the electronic service list in such cases, as appropriate.

No other modifications to counsel of record for Transocean shall be made.

This _____ day of July, 2014.

_____
THE HONORABLE CARL J. BARBIER
United States District Court Judge
Eastern District of Louisiana