UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig      "Deepwater Horizon" in the Gulf      of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: No. 12-968 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Three stipulations for substitution of counsel are before the Court, each of which requests that Robin L. Greenwald and the law firm of Weitz & Luxenberg, P.C. be substituted as counsel of record in place of Brian Colomb and the law firm of Domengeaux, Wright, Roy & Edwards, L.L.C. The stipulations differ as to the party/client to be represented. The filing at Rec. Doc. 13101 concerns Plaintiff Calvin Francis. The filing at Rec. Doc. 13102 concerns Plaintiff Paul Milton. The filing at Rec. Doc. 13103 concerns Plaintiff John Neel.

IT IS ORDERED that the Stipulations for Substitution of Counsel (Rec. Doc. 13101, 13102, 13103) are GRANTED.

Signed in New Orleans, Louisiana, this 7th day of July, 2014.

_____
United States District Judge