UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION "J" |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE:  BARBIER |
| Orleans Parish School Board v. BP, PLC, et al. | * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:12-cv-2235 and 10-md-2179 | * * * | |

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

Plaintiff, the Orleans Parish School Board ("OPSB"), originally brought Civil Action No. 2:12-cv-2235 against the defendants, BP EXPLORATION AND PRODUCTION, INC.; BP, PLC; BP AMERICA, INC.; BP PRODUCT NORTH AMERICA, INC.; HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; CAMERON INTERNATIONAL CORPORATION; M-I, LLC; WEATHERFORD U. S. L. P.; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P COMPANY, L.P.; MOEX OFFSHORE 2007 LLC; MOEX U.S.A. CORP.; and MITSUI OIL EXPLORATION COMPANY LTD.

1.

As of the filing of this pleading, Weatherford U.S., L.P. ("Weatherford") has not filed an Answer in Civil Action No. 2:12-cv-2235.

2.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary judgment in Weatherford's favor. (*See* Rec. Docs. 5652, 5653 in Civil Action No. 2:10-md-2179). In the Court's Order, Rec. Doc. 5653, the Court stated: "the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

3.

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 in Civil Action No. 2:10-md-2179), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402 in Civil Action No. 2:10-md-2179).

4.

On June 4, 2014, the Court issued an order instructing counsel to "file an amended complaint ... deleting Weatherford as a named defendant ..." in this proceeding.  (*See* Rec. Doc. 12984 in Civil Action No. 2:10-md-2179).

5.

In accordance with the Court's Order of June 4, 2014, the OPSB hereby deletes Weatherford as a named defendant in Civil Action No. 2:12-cv-2235 and dismisses its claims brought against Weatherford in Civil Action No. 2:12-cv-2235.

6.

The OPSB reserves all rights and claims against all other defendants in Civil Action Nos. 2:12-cv-2235 and 2:10-md-2179.  The OPSB reavers and reasserts all claims, facts, causes of action, pleas, remedies, requests for relief, and all other matters plead in its original Complaint against all other defendants as if they were  pled herein *in extenso*.  The OPSB requests a trial by jury.

Respectfully submitted,

BY:    /s/ Kriste Talton Utley
**KRISTE TALTON UTLEY (#25268)**
**BOYKIN EHRET & UTLEY**
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone: (504) 527-5450
Fax: (504) 527-5436
Email: ktu@beulaw.com

COUNSEL   FOR   THE   ORLEANS   PARISH
SCHOOL BOARD

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 7th day of July, 2014, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.


*/s/* Kriste Talton Utley
**KRISTE TALTON UTLEY**