UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE: BARBIER |
| The Orleans Parish School Board v. BP, PLC, et al. | * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:12-cv-2235 and 10-md-2179 | * | |

## CERTIFICATION

I, Kriste Talton Utley, have reviewed the Court's Order of June 4, 2014 [Doc 12984]. In compliance with the Court's Order, and on behalf of Plaintiff, the Orleans Parish School Board, I filed into the record an amended complaint deleting Weatherford as a named defendant on July 7, 2014. Based on this action, I hereby certify that I have complied with the Court's Order of June 4, 2014 [Doc 12984].

Respectfully submitted, this July 7, 2014:

*/s/* Kriste Talton Utley
**KRISTE TALTON UTLEY (#25268)**
**BOYKIN EHRET & UTLEY**
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone:   504-527-5450
Fax:             504-527-5436
Email:          ktu@beulaw.com
*Counsel for Plaintiff, The Orleans Parish School Board*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2014, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/* Kriste Talton Utley
**KRISTE TALTON UTLEY**