IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 12-970 | * * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

## CERTIFICATION

I, Jeffrey Hanhan, have reviewed the Court's Orders of March 25, 2014 (Rec. Doc. 12591), April 10, 2014 (Rec. Doc. 12659), and the subsequent stipulation and Order (Rec. Doc. 12987) (hereinafter "Orders"). I have taken steps to confirm that BP (and any experts, consultants, attorneys, or others to whom they have provided Claim- or Claimant-specific information) are in compliance with the Orders and based on these efforts, I hereby certify on behalf of BP that BP has complied with the Orders.

Signed: [signature]
By: JEFFREY HANHAN
For: BP
Date: 7/7/14