UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10,2010 | MDL No. | 2179 |
| | | Section : | J |

This Document Relates to:  Judge Barbier
2:10-cv-08888-CJB-SS  Magistrate Shushan

_____

## ATTACHMENT "A"

| **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|
| 1. Offshore Staffing Services of Acadiana | 255 Rousseau Rd. Youngsville, LA 70592 "Doc. No. 115733" | (337) 451-6537 |
| 2. Guiding Star Restaurant | 4404 W. Hwy. 90 New Iberia, LA 70560 "Doc. No. 61907" | (337) 365-9113 |
| 3. Sarah E. Marr, et al | 415 Sanders St. Franklin, LA "Doc. No. 67397" | (337)278-8283 |
| 4. Stephen T. Marr | 490 Malapart Rd. Lafayette, LA 70507 "Doc. No. 67381" | (337)886-6123 |