UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. | 2179 |
| | | Section : | J |
| This Document Relates to: 2:10-cv-08888-CJB-SS | | Judge Barbier Magistrate Shushan | |

_____

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the court upon the law firm of DOMENGEAUX, WRIGHT, ROY & EDWARDS LLC's Motion to Withdraw as Counsel.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That BRIAN C. COLOMB and the law firm of DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC's **Motion to Withdraw as Counsel** as to **only** those individual Plaintiffs listed in Attachment "A," be and the same is hereby **granted.**

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of July, 2014.

_____
Honorable Carl J. Barbier,
United States District Judge