UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG                               CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010                             MDL 2179

Member Case:  Edward Wisner Donation v. BP                   SECTION "J" (2)
              Exploration & Production, Inc.;
              Civil Action Nos 13-1971 & 14-1525

## ORDER

All parties have not consented to proceed before a United States Magistrate Judge

in this case pursuant to 28 U.S.C. § 636(c).  See defense counsel's letter of July 9, 2014,

which I have separately filed in the record.  Accordingly,

**IT IS ORDERED** that the status conference previously scheduled to occur before

me on July 10, 2014 at 10:00 a.m. is CANCELLED.  I find that further status conferences

with counsel are unnecessary because I am prepared to issue a report and recommendation

concerning the referrals of both the captioned matter and the Donation's "Expedited Motion

for Specific Performance," Record Doc. No. 13002 in MDL 2179, without further input

from counsel.

The Clerk is hereby directed to place a copy of this order in both the captioned MDL

case and the individual cases, C.A. Nos. 13-1971 and 14-1525.

New Orleans, Louisiana, this ____9th____ day of July, 2014.


**CLERK TO NOTIFY:**                        JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                    UNITED STATES MAGISTRATE JUDGE