UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** <br> "**Deepwater Horizon" in the Gulf** <br> **of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to: 10-4536** | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

<u>**ORDER**</u>

**[Regarding Bray Privilege Log]**

The deposition of Steven Bray of BPXP is set for Wednesday, July 16, 2014.

On July 2, BPXP served its **first installment** of the Bray privilege log. On July 3, the U.S. served its challenges. On July 7, BPXP submitted for <u>in camera</u> review the documents subject to the challenges. The U.S. submitted a memorandum on July 7. Rec. doc. 13116. BPXP submitted a response on July 9.

On July 3, BPXP served its **second installment**. On July 7, the U.S. served its challenges. On July 8, BPXP submitted for <u>in camera</u> review the documents subject to the challenges.

On July 7, BPXP served its **third installment**. On July 8, the U.S. served its challenges. BPXP reports that it will submit for <u>in camera</u> review the documents subject to the challenges by the close of business on July 9.

BPXP reports that it will serve its **fourth and final installment** on July 9. The U.S. shall serve its challenges to the fourth installment by close of business on Thursday, July 10. BPXP shall submit for <u>in camera</u> review the documents subject to the challenges by the U.S. by the close of business on Friday, July 11.

After reviewing the documents submitted by BPXP for <u>in camera</u> review in connection with the **first installment** of the Bray privilege log, the Court finds that these documents are

protected from disclosure.

After reviewing the documents submitted by BPXP for in camera review in connection with the **second installment** of the Bray privilege log, the Court finds that Tab Nos. 1-4, 6-10 and 13 are protected from disclosure. Tab Nos. 11 and 12 are not protected from disclosure. They shall be produced.

If BPPXP has produced the final version of the document at Tab No. 5, it is not required to produce the document at Tab No. 5. If it has not produced the final version, it shall produce the document at Tab No. 5. Within the deadline for compliance with this order, BPXP shall report to the U.S. on whether it produced the final version of the document at Tab No. 5 and identify that document by reference to its Bates number.

By close of business on **Friday, July 11, 2014**, BP shall produce documents from the second installment as provided herein. **The deadline for an appeal of this order is 24 hours from its issuance.**

New Orleans, Louisiana, this 9th day of July, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**