UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: Edward Wisner Donation v. BP Exploration & Production, Inc.; Civil Action Nos. 13-1971 and 14-1525 | SECTION "J" (2) |

## ORDER

As to Plaintiff Edward Wisner Donation's Expedited Motion for Specific Performance in C.A. No. 13-1971, Record Doc. No. 13002, which has been referred to me, **IT IS ORDERED** that, no later than **July 17, 2014**, plaintiff must either (a) file a motion voluntarily to dismiss this motion without prejudice, since the complaint in the underlying member case in which the motion was filed clearly states no cause of action (i.e., breach of contract concerning the subject "access agreement") of the type that might support the equitable relief sought in the motion, or (b) advise me, in writing, with a copy to BP's counsel, that it seeks to pursue the motion in C.A. No. 13-1971, rather than refiling it in a procedurally proper fashion in C.A. No. 14-1525. If plaintiff fails to dismiss the motion in C.A. No. 13-1971 voluntarily, BP must file its written opposition to the motion no later than **July 24, 2014**, and I will thereafter issue my report and recommendation without further briefing or oral argument.

The Clerk is directed to file and docket this order in all three referenced records, MDL No. 2179 and C.A. Nos. 13-1971 and 14-1525.

New Orleans, Louisiana, this ___10th___ day of July, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL BARBIER**