UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:       Oil Spill by the Oil Rig          MDL No.     2179
             "Deepwater Horizon" in
             the Gulf of Mexico on             Section :   J
             April 10,2010

This Document Relates to:                      Judge Barbier
2:10-cv-08888-CJB-SS                           Magistrate Shushan

_____

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the law firm of DOMENGEAUX,

WRIGHT, ROY & EDWARDS LLC's Motion to Withdraw as Counsel.

The Court having read and considered argument of counsel and being otherwise

fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1.    That BRIAN C. COLOMB and the law firm of DOMENGEAUX,

WRIGHT, ROY & EDWARDS, LLC's **Motion to Withdraw as Counsel** as to **only**

those individual Plaintiffs listed in Attachment "A," be and the same is hereby **granted.**

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this

9th _____ day of July, 2014.

_____
United States District Judge