UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   Oil Spill by the Oil Rig              MDL No.    2179
         "Deepwater Horizon" in
         the Gulf of Mexico on                 Section :   J
         April 10, 2010

This Document Relates to:                      Judge Barbier
2:10-cv-08888-CJB-SS                           Magistrate Shushan

_____

**ATTACHMENT "A"**

| **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|
| 1. Offshore Staffing Services of Acadiana | 255 Rousseau Rd.<br>Youngsville, LA 70592<br>"Doc. No. 115733" | (337) 451-6537 |
| 2. Guiding Star Restaurant | 4404 W. Hwy. 90<br>New Iberia, LA 70560<br>"Doc. No. 61907" | (337) 365-9113 |
| 3. Sarah E. Marr, et al | 415 Sanders St.<br>Franklin, LA<br>"Doc. No. 67397" | (337)278-8283 |
| 4. Stephen T. Marr | 490 Malapart Rd.<br>Lafayette, LA 70507<br>"Doc. No. 67381" | (337)886-6123 |