UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document applies to: *10-cv-2771, 10-cv-8888, 10-cv-9999, 10-md-02179, 11-cv-274, 11-cv-275 and Cases listed on Exhibit A* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and respectfully submit this motion requesting that EDWIN G. PREIS, Jr., Louisiana Bar No. 10703, CARL J. HEBERT, Louisiana Bar No. 06724, and EDWARD F. KOHNKE, IV, Louisiana Bar No. 07824, associated with Case No. 2:10-cv-2771 and related Case Nos. 2:10-cv-8888, 2:10-cv-9999, and 2:10-md-02179 and its member cases, specifically 2:11-cv-274 and 2:11-cv-275, be allowed to withdraw as counsel of record for Transocean as a result of their legal services no longer being needed.  Transocean also requests that Mr. Preis, Mr. Hebert and Mr. Kohnke be removed from the electronic service list in these

cases.  All other counsel of record will remain, and this withdrawal is not sought for purposes of delay.

WHEREFORE, Transocean respectfully requests that the Court grant this Motion to Withdraw as Counsel of Record.

DATED:  July 11, 2014                                              Respectfully Submitted,

By:   s/Brad D. Brian                                              By:   s/ Steven L. Roberts

Brad D. Brian                                                      Steven L. Roberts
Michael R. Doyen                                                   Rachel Giesber Clingman
Daniel B. Levin                                                    Sean D. Jordan
MUNGER TOLLES & OLSON LLP                                          SUTHERLAND ASBILL & BRENNAN LLP
355 So. Grand Avenue, 35th Floor                                   1001 Fannin Street, Suite 3700
Los Angeles, CA 90071                                              Houston, Texas 77002
Tel: (213) 683-9100                                                Tel: (713) 470-6100
Fax: (213) 683-5180                                                Fax: (713) 354-1301
Email: brad.brian@mto.com                                          Email: steven.roberts@sutherland.com,
michael.doyen@mto.com                                              rachel.clingman@sutherland.com
daniel.levin@mto.com                                               sean.jordan@sutherland.com

By:   s/ Edwin G. Preis                                            By:   s/ Kerry J. Miller
Edwin G. Preis, Jr.                                                Kerry J. Miller
PREIS PLC                                                          FRILOT, LLC
Versailles Blvd., Suite 400                                        110 Poydras St., Suite 3700
Lafayette, LA 70501                                                New Orleans, LA 70163
(337) 237-6062                                                     Tel: (504) 599-8194
*And*                                                              Fax: (504) 599-8154
601 Poydras Street, Suite 1700                                     Email: kmiller@frilot.com
New Orleans, LA 70130
(504) 581-6062                                                     John M. Elsley
                                                                   ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
                                                                   711 Louisiana Street, Suite 500
                                                                   Houston, TX 77002

2

(713) 224-8380

*Counsel for Defendants - Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw Counsel of Record has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 11th day of July, 2014.

/s/ *Kerry J. Miller*
Kerry J. Miller