**Exhibit A**

| Case Number: | Case Title: |
|---|---|
| 2:10-cv-01222 | Wetzel et al v. Transocean Ltd. Et al |
| 2:10-cv-01229 | Cooper, Jr. et al v. BP, PLC et al |
| 2:10-cv-01245 | Levy v. Transocean Ltd et al |
| 2:10-cv-01246 | Friloux et al v. BP plc, et al |
| 2:10-cv-01248 | Robin et al v. BP plc et al |
| 2:10-cv-01249 | Ivic et al v. BP, PLC et al |
| 2:10-cv-01250 | Alexie v. BP, PLC et al |
| 2:10-cv-01308 | Bill's Oyster House LLC et al v. BP plc et al |
| 2:10-cv-01314 | Robin Seafood Co., Inc. et al v. BP, PLC et al |
| 2:10-cv-01315 | Carrone et al v. BP Products North America, Inc. et al |
| 2:10-cv-01322 | Dugas et al v. BP, plc, et al |
| 2:10-cv-01325 | Rodrigue et al v. BP, PLC et al |
| 2:10-cv-01332 | T&D Fishery, LLC et al v. BP plc et al |
| 2:10-cv-01338 | Fishing Magicians Charters LLC et al v. BP plc et al |
| 2:10-cv-01339 | Fish Commander, LLC v. BP, PLC et al |
| 2:10-cv-01341 | Cajun Offshore Charters, LLC v. BP, PLC et al |
| 2:10-cv-01344 | Gulf Crown Seafood, Inc. v. BP plc et al |
| 2:10-cv-01345 | Kunstler et al v. BP, PLC et al |
| 2:10-cv-01346 | Creppel v. BP, PLC et al |
| 2:10-cv-01351 | Gregoire et al v. Transocean, Ltd. |
| 2:10-cv-01352 | Terrrebonne v. BP, PLC et al |
| 2:10-cv-01387 | Sophisticated Lady, LLC et al v. BP, PLC et al |
| 2:10-cv-01411 | Parker v. BP, PLC et al |
| 2:10-cv-01422 | Captain Charlie Thomason et al v. BP, PLC et al |
| 2:10-cv-01438 | Richard v. BP, PLC et al |
| 2:10-cv-01445 | Firehouse Restaurant, LLC et al v. BP plc et al |
| 2:10-cv-01452 | Schmalz et al v. Transocean Ltd et al |
| 2:10-cv-01462 | HB13, LLC v. BP, PLC et al |
| 2:10-cv-01472 | Mitchell et al v. BP, PLC et al |
| 2:10-cv-01482 | Garner v. BP plc et al |
| 2:10-cv-01484 | Schaff v. BP plc et al |
| 2:10-cv-01489 | Taliancich v. BP, PLC et al |
| 2:10-cv-01502 | Rhodes v. Transocean Offshore Deepwater Drilling, Inc. et al |
| 2:10-cv-01516 | Cajun Crab, LLC et al v. BP, PLC et al |
| 2:10-cv-01519 | Duet et al v. BP, plc et al |
| 2:10-cv-01539 | Gautreaux v. BP plc et al |
| 2:10-cv-01613 | Brondum et al v. BP plc et al |
| 2:10-cv-01747 | J&M Boat Rentals, LLC v. BP, plc et al |
| 2:10-cv-01752 | Fruge et al v. BP, plc et al |
| 2:10-cv-01829 | Oser v. Transocean Ltd et al |

| | |
|---|---|
| 2:10-cv-01836 | Kansas v. Transocean, Ltd. et al |
| 2:10-cv-01841 | Verdin v. BP plc et al |
| 2:10-cv-01842 | Verdin v. BP plc et al |
| 2:10-cv-01908 | Frischhertz et al v. Halliburton Energy Services, Inc. et al |
| 2:10-cv-01920 | Ezell et al v. BP, plc. et al |
| 2:10-cv-01970 | American Gulf Seafood, LLC et al v. BP PLC et al |
| 2:10-cv-02097 | Bang v. BP, plc et al |
| 2:10-cv-02103 | Inter-Tour Louisiane, Inc v. Transocean Ltd et al |
| 2:10-cv-02114 | Le et al v. BP, plc. et al |
| 2:10-cv-02116 | Abadie et al v. BP p.l.c. et al |
| 2:10-cv-02672 | Gaskins v. BP p.l.c. et al |
| 2:10-cv-02673 | Schouest et al v. BP products North America, Inc. et al |
| 2:10-cv-02771 | In re: Triton Asset Leasing GmbH et al |
| 2:10-cv-02846 | JRKW Enterprises, LLC v. BP p.l.c. et al |
| 2:10-cv-02993 | 1st Rate, LLC v. BP plc et al |
| 2:10-cv-02994 | Buras et al v. BP plc et al |
| 2:10-cv-02995 | St. Romain et al v. BP plc et al |
| 2:10-cv-03059 | State of Louisiana v. Triton Asset Leasing, GmbH et al |
| 2:10-cv-03068 | Bones & Campbell Enterprises, Inc. v. BP p.l.c. et al |
| 2:10-cv-03116 | Floyd, Floyd, Pearce of Beaumont, LP et al v. BP, PLC et al |
| 2:10-cv-03168 | Kleppinger et al v. Transocean Offshore Deepwater Drilling, Inc. et al |
| 2:10-cv-03454 | Gaker v. BP Exploration & Production, Inc. et al |
| 2:10-cv-04182 | Alabama State v. BP p.l.c. et al |
| 2:10-cv-04183 | Alabama State v. Transocean, Ltd. et al |
| 2:10-cv-04196 | NYX Consulting v. BP Corporation North America et al |
| 2:10-cv-04222 | Guindon v. BP p.l.c. et al |
| 2:10-cv-04249 | Greene et al v. BP p.l.c. et al |
| 2:10-cv-04360 | Morales v. BP Exploration & Production, Inc. et al |
| 2:10-cv-04397 | United States of America v. Transocean Holdings LLC et al |
| 2:10-cv-04427 | Kritzer et al v. Transocean Ltd. et al |
| 2:10-cv-04428 | M.P. Cheng, LLC et al v. BP Exploration & Production, Inc. et al |
| 2:10-cv-04536 | United States of America v. BP Exploration & Production, Inc. et al |
| 2:10-cv-04573 | Tobatex, Inc. et al v. BP p.l.c. et al |
| 2:11-cv-00274 | Ranger Insurance Limited v. BP p.l.c. et al |
| 2:11-cv-00275 | Certain Underwriters at Lloyd's London v. BP p.l.c. et al |
| 2:11-cv-00348 | Plaquemines Parish School Board v. BP p.l.c. et al |
| 2:11-cv-00516 | Louisiana State v. BP Exploration & Production, Inc. et al |
| 2:11-cv-00715 | Levy et al v. BP Exploration & Production, Inc. et al |
| 2:11-cv-00772 | Best et al v. British Petroleum PLC et al |
| 2:11-cv-00781 | Johnson Bros. Corporation of Louisiana – F. Miller Construction, L.L.C. v. BP, p.l.c. et al |
| 2:11-cv-00805 | Gonzalez et al v. BP p.l.c. et al |
| 2:11-cv-00863 | Pearson, et al v. BP Exploration & Production, Inc. et al |
| 2:11-cv-00867 | Black v. BP Exploration & Production, Inc. et al |
| 2:11-cv-00873 | Ippolito v. BP Exploration & Production, Inc. et al |

| | |
|---|---|
| 2:11-cv-00874 | Murphy v. BP Exploration & Production, Inc. et al |
| 2:11-cv-00878 | Slavich et al v. BP PLC et al |
| 2:11-cv-00884 | Brouillette et al v. TRANSOCEAN LTD et al |
| 2:11-cv-00885 | Naquin et al v. BP Exploration & Production, Inc. et al |
| 2:11-cv-00890 | New Orleans City v. BP Exploration & Production, Inc. et al |
| 2:11-cv-00893 | Town of Grand Isle et al v. BP Exploration & Production, Inc. et al |
| 2:11-cv-00895 | Parish of Jefferson, State of Louisiana et al v. BP, PLC et al |
| 2:11-cv-00919 | Kohnke et al v. BP p.l.c. et al |
| 2:11-cv-00920 | Quality Preheat & Pressure Washers, Inc. v. BP Exploration and Production, Inc. et al |
| 2:11-cv-00921 | Service One, L.L.C. v. BP Exploration and Production, Inc. et al |
| 2:11-cv-00923 | Boullion et al v. Andarko Petroleum Corporation et al |
| 2:11-cv-00925 | Sellno et al v BP Exploration & P:roduction Inc., et al |
| 2:11-cv-00931 | Holander v. Transocean Ltd. et al |
| 2:11-cv-00932 | Ingram et al v. Transocean Ltd. et al |
| 2:11-cv-00933 | Security One of Louisiana, Inc. v. TRANSOCEAN LTD et al |
| 2:11-cv-00936 | Southern Mutual Help Association, Inc. et al v. BP, PLC et al |
| 2:11-cv-00937 | Porto Aegean, Inc. et al v. BP PLC et al |
| 2:11-cv-00945 | Clark v. Transocean, LTD., et al |
| 2:11-cv-00948 | Riley v. BP, PLC et al |
| 2:11-cv-00950 | Mohawk Traveler Transportation, L.L.C. v. BP PLC et al |
| 2:11-cv-00951 | Alexander et al v. BP Exploration & Production, Inc., et al |
| 2:11-cv-00952 | Carnival Cruise Line v. BP Exploration and Production, Inc et al |
| 2:11-cv-01051 | Adams v. Louisiana Department of Natural Resources et al |
| 2:11-cv-01052 | Miami Beach Hospitality Management, LLC et al v. BP p.l.c. et al |
| 2:11-cv-01053 | Adams, et al v. Transocean Ltd. et al |
| 2:11-cv-01055 | Grupo Turistico Tamaulipas, S.A. De C.V. v. BP p.l.c. et al |
| 2:11-cv-01128 | Lavalla et al v. BP, PLC et al |
| 2:11-cv-01157 | Ferrara et al v. BP, PLC et al |
| 2:11-cv-01258 | Ingram et al v. BP Exploration and Production, Inc. et al |
| 2:11-cv-01339 | Catalanotto et al v. BP Exploration & Production Inc. et al |
| 2:11-cv-01368 | Foster III v. BP America Production Company et al |
| 2:11-cv-01369 | Olinde v. BP America, Inc. et al |
| 2:11-cv-01372 | Foster III v. BP America, Inc. et al |
| 2:11-cv-01478 | Abbasi et al v. Transocean Deepwater, Inc. et al |
| 2:11-cv-01479 | Ocean Reef Developers II, LLC et al v. BP, PLC et al |
| 2:11-cv-01887 | Austin William Copeland Trust et al v. BP, PLC et al |
| 2:11-cv-02218 | Mendes v. BP p.l.c. et al |
| 2:11-cv-02281 | Big River Industries, Inc. v. BP p.l.c. et al |
| 2:11-cv-02450 | Law Office of Jim Davis et al v. Transocean Ltd. et al |
| 2:11-cv-02528 | Jordan v. BP PLC et al |
| 2:11-cv-02992 | Lapeyrouse et al v. BP Exploration & Production, Inc. et al |
| 2:11-cv-03150 | KB Promotions, Inc. v. Transocean, Ltd. et al |
| 2:11-cv-03151 | BESM, Inc. v. Transocean Ltd. et al |
| 2:11-cv-03152 | Plaza Resorts of Fort Lauderdale II, Inc v. Transocean, Ltd. et al |

| | |
|---|---|
| 2:11-cv-03153 | Plaza Resorts South, Inc. v. Transocean, Ltd. et al |
| 2:11-cv-03154 | South Florida Business Ventures, Inc. v. Transocean, Ltd. et al |
| 2:11-cv-03155 | Superstar Marketing of Palm Beach, Inc. v. Transocean, Ltd. et al |
| 2:11-cv-03180 | Thanh Hai, Inc. et al v. BP America Production Company et al |
| 2:12-cv-00248 | Delaney Group, Inc. v. BP Exploration & Production, Inc. et al |
| 2:12-cv-00252 | My Place apartments, Inc. v. BP Exploration & Production, Inc. et al |
| 2:12-cv-00311 | Cameron International Corporation v. Liberty Insurance Underwriters, Inc. |
| 2:12-cv-00349 | Bernard et al v. BP p.l.c. et al |
| 2:12-cv-00381 | Top Water Charters, LLC et al v. BP PLC et al |
| 2:12-cv-00426 | In the Matter of Jambon Supplier II, L.L.C. et al |
| 2:12-cv-00466 | A & A Quality Gutters, Inc, v. BP, PLC et al |
| 2:12-cv-00470 | Vietnamese American Commercial Fishermans Union v. BP PLC et al |
| 2:12-cv-00471 | Arcement Boat Rentals, Inc. v. BP, PLC et al |
| 2:12-cv-00476 | Arcement Marine, LLC v. BP, p.l.c. et al |
| 2:12-cv-00480 | TLC Boat Rental, Inc. et al v. BP, p.l.c. et al |
| 2:12-cv-00481 | Becknel v. BP, p.l.c. et al |
| 2:12-cv-00482 | Cutrer et al v. BP, p.l.c. et al |
| 2:12-cv-00519 | Seamart Wholesale and Retail L.L.C. v. BP et al |
| 2:12-cv-00528 | Department of Environmental Quality State of Louisiana v. Transocean Offshore Deepwater Drilling, Inc. et al |
| 2:12-cv-00529 | Agro et al v. BP PLC et al |
| 2:12-cv-00727 | Giles et al v. BP p.l.c. et al |
| 2:12-cv-00728 | Brown et al v. BP p.l.c. et al |
| 2:12-cv-00729 | Watson et al v. BP p.l.c. et al |
| 2:12-cv-00730 | Bedford et al v. BP p.l.c. et al |
| 2:12-cv-00791 | Roberson et al v. BP p.l.c. et al |
| 2:12-cv-00792 | Laird et al v. BP p.l.c. et al |
| 2:12-cv-00793 | Denson, Jr. et al v. BP p.l.c. et al |
| 2:12-cv-00794 | Supply Pro, Inc. v. BP Exploration and Production, Inc et al |
| 2:12-cv-00869 | Dort et al v. BP Exploration & Production Inc. et al |
| 2:12-cv-00878 | DD Service Enterprises, Inc. v. Transocean Ltd. et al |
| 2:12-cv-00988 | Esponge et al v. BP, p.l.c. et al |
| 2:12-cv-01001 | Lafrance v. Transocean Ltd. et al |
| 2:12-cv-01088 | Mobile County, Alabama v. BP Exploration & Production, Inc et al |
| 2:12-cv-01089 | Baldwin County, Alabama v. BP Exploration & Production. et al |
| 2:12-cv-01090 | Bayou La Batre City v. BP Exploration & Production, Inc. et al |
| 2:12-cv-01091 | Dauphin Island Town v. BP Exploration & Production, Inc. et al |
| 2:12-cv-01122 | Dauphin Island Property Owners Association v. BP Exploration & Production, Inc. et al |
| 2:12-cv-01123 | Bayou La Batre Utilities Board v. BP Exploration & Production Inc. et al |
| 2:12-cv-01124 | Sirmons et al v. BP PLC et al |
| 2:12-cv-01422 | Action Restoration, Inc. v. BP America, Inc. et al |
| 2:12-cv-01423 | Sterling Shipyard, LP v. BP America, Inc. et al |

| | |
|---|---|
| 2:12-cv-01424 | Pleasure Island Commission of The City of Port Arthur, texas v. BP America, Inc. et al |
| 2:12-cv-01425 | Sabine Pass Port Authority v. BP America, Inc. et al |
| 2:12-cv-01475 | Deltona Corporation et al v. BP p.l.c. et al |
| 2:12-cv-01486 | Hogan et al v. BP Exploration & Production Inc et al |
| 2:12-cv-01713 | Andry III et al v. BP Products North America, Inc. et al |
| 2:13-cv-02803 | Guthrie et al v. BP p.l.c. et al |
| 2:13-cv-03747 | Danos et al v. BP America Production Company et al |
| 2:13-cv-04437 | Gaspard v. BP America Production Company et al |