UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Bray Privilege Log – Third Installment]**

The deposition of Steven Bray of BPXP is set for Wednesday, July 16, 2014.

On July 7, BPXP served its **third installment** of the Bray privilege log. On July 8, the U.S. served its challenges. On July 9, BPXP submitted for in camera review the documents subject to the challenges.

After reviewing the documents submitted by BPXP for in camera review in connection with the **third installment** of the Bray privilege log, the Court finds all documents submitted for in camera review (Tab Nos. 1-18) are protected from disclosure.

**The deadline for an appeal of this order is noon on Tuesday, July 15, 2014.**

New Orleans, Louisiana, this 14th day of July, 2014.

SALLY SHUSHAN
**United States Magistrate Judge**