UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>10-8888 (Rec. Doc. 118145) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Weitz & Luxenberg, P.C.'s Motion to Withdraw. The Court having considered the same, it is

ORDERED that Weitz & Luxenberg, P.C.'s Motion to Withdraw is hereby **GRANTED.** The law firm of Weitz & Luxenberg, P.C. is hereby withdrawn as counsel of record for Plaintiff Ada Black (727 Palmetto Avenue, Prichard, AL 36610, (251) 281-7891).

New Orleans, Louisiana this 11th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE