# REDACTED

**From:** Craig Downs <cdowns@downslawgroup.com>
**Date:** Friday, April 25, 2014 9:47 AM
**To:** "efile-Shushan@laed.uscourts.gov" <efile-Shushan@laed.uscourts.gov>, "jimr@wrightroy.com" <jimr@wrightroy.com>, "kdowney@wc.com" <kdowney@wc.com>, "KHodges@wc.com" <KHodges@wc.com>, Matthew Lundy <mlundy@lundylawllp.com>, Robin Greenwald <rgreenwald@weitzlux.com>, Steve Herman <SHERMAN@hhklawfirm.com>, Matt Garretson <mlg@garretsongroup.com>
**Subject:** DLG Additional Memo-LMPC Memo-Standing and Justiciability
**Resent-From:** Matt Garretson <mlg@garretsongroup.com>

Dear Magistrate Shushan,

    As a point of clarification, the Downs Law Group (DLG) sent the memorandum of April 23, 2014, on behalf of the Seventy Seven (77) claimants that have submitted Proof of Claim Forms received by the Claims Administrator between the dates of February 18, 2014 and March 21, 2014 that:

1- **Have Not** received a "prompt" response regarding the "status of their claim;"
2- **Have Not** had their "qualifying claims . . . promptly paid"; and
3- **Have Not** received a Notice of Defect providing details for how to remedy the defect (including instructions and document attachments with illustrations) within <u>30 days of receipt of their respective Proof of Claim;</u>

as required by the Sections V.E, XXI.A.5, and XXI.A.8 of the *Deepwater Horizon* Medical Benefits Class Settlement Agreement, as Amended on May 1, 2012 (hereinafter "MSA"). All of these claimants are verified class members that were initially diagnosed with many, if not all, of their claimed for SPCs by a wide variety of licensed medical professionals at some point after April 16, 2012. Below is a comprehensive list of each

1

claimant, the dates that the Claims Administrator received their Proof of Claim Form, and the tracking numbers to verify receipt of each Proof of Claim Form. Due to this LMPC issue, these claimants have not received the contractual benefits pursuant to the MSA.

The claimants listed below have been substantially harmed and are experiencing serious hardship, most if not all, suffering chronic medical conditions due to exposure to oil that, if left untreated, may result in death. As discussed, the Claims Administrator has a duty to promptly notify and pay for qualifying claims and, if the claimant does not qualify, then the Claims Administrator must timely provide the required Notice of Defect with supplemental documents and explanation as required by the MSA to notify the claimant of how to cure the defect.

The time for the later has come and gone, resulting in the claimant not having an explanation to cure a defect that has never been disclosed. Additionally, if said deadline to notify of a defect was not timely, the Claimant is left with no recourse but to seek the assistance of this Court to enforce this binding contract. This matter was properly raised before this Court now that the Claim was filed and the deadlines, having come and gone, have resulted in a harm that persists to this day. Furthermore, the PSC and BP Counsel have raised opposing views on this LMPC issue that is currently standing in the way of ultimately resolving payment for each of these claimants. Lastly, it is very likely that this Court decision in favor of either BP Counsel's position or the PSC's position will bring about substantial change and/or effect on how the Claims Administrator processes these claims.

For these reasons, this ripe matter is properly before this Court, these claimants have standing, and the matter is a justiciable issue that is neither moot nor advisory in nature. The Parties agreed that this Court was to have exclusive and continuous jurisdiction over the Claims Administrator and, since the Claims Administrator must perform these functions that it has not been able to accomplish due to BP's bully tactics, these injured claimants urge this Court to carefully review all of the memorandums and decide the matter so that all interested persons can move forward in order to ensure that class members can properly receive compensation for injuries they are still suffering from.

Below you shall find the list of claimants that are presently harmed by BP's stall tactic.

| Verified Medical Benefits Class Member with No Response from Claims Administrator Besides SPC# | Date Claim Received by Claims Administrator | USPS Tracking Number | |
|---|---|---|---|
| REDACTED | 03- -14 | 9407 8 | 7200 23 |
| | 03- -14 | 9407 8 | 6028 62 |
| | 03- -14 | 9407 8 | 8346 45 |
| | 03- -14 | 9407 8 | 8245 30 |
| | 02- -14 | 9407 8 | 1243 33 |
| | 03- -14 | 9407 8 | 8346 45 |
| | 03- -14 | 9407 8 | 8245 30 |
| | 02- -14 | 9410 8 | 6396 48 |
| | 03- -14 | 9407 8 | 7200 23 |
| | 03- -14 | 9407 8 | 7200 23 |
| | 03- -14 | 9407 8 | 6028 62 |
| | 03- -14 | 9407 8 | 3494 91 |
| | 03- -14 | 9407 8 | 8245 30 |
| | 03- -14 | 9407 8 | 7200 23 |
| | 03- -14 | 9407 8 | 6028 62 |
| | 03- -14 | 9407 8 | 8346 45 |
| | 02- -14 | 9407 8 | 1243 33 |

REDACTED

| | | | |
|---|---|---|---|
| 03- | -14 | 9407 8 | 8346 45 |
| 03- | -14 | 9407 8 | 6028 62 |
| 03- | -14 | 9407 8 | 3494 91 |
| 02- | -14 | 9407 8 | 1243 33 |
| 03- | -14 | 9407 8 | 7200 23 |
| 03- | -14 | 9407 8 | 8245 30 |
| 03- | -14 | 9407 8 | 7200 23 |
| 03- | -14 | 9407 8 | 5165 41 |
| 03- | -14 | 9407 8 | 7200 23 |
| 03- | -14 | 9407 8 | 8346 45 |
| 03- | -14 | 9407 8 | 6028 62 |
| 03- | -14 | 9407 8 | 8346 45 |
| 02- | -14 | 9410 8 | 6396 48 |
| 03- | -14 | 9407 8 | 8245 30 |
| 03- | -14 | 9407 8 | 8245 30 |
| 03- | -14 | 9407 8 | 5165 41 |
| 03- | -14 | 9407 8 | 5165 41 |
| 03- | -14 | 9407 8 | 3494 91 |
| 03- | -14 | 9407 8 | 3494 91 |
| 03- | -14 | 9407 8 | 8346 45 |
| 03- | -14 | 9407 8 | 3494 91 |
| 03- | -14 | 9407 8 | 7200 23 |
| 03- | -14 | 9407 8 | 8346 45 |
| 03- | -14 | 9407 8 | 7200 23 |
| 03- | -14 | 9407 8 | 3494 91 |
| 03- | -14 | 9407 8 | 8245 30 |
| 03- | -14 | 9407 8 | 3494 91 |
| 03- | -14 | 9407 8 | 7200 23 |
| 03- | -14 | 9407 8 | 3494 91 |
| 03- | -14 | 9407 8 | 8245 30 |
| 03- | -14 | 9407 8 | 6028 62 |
| 03- | -14 | 9407 8 | 7200 23 |
| 02- | -14 | 9410 8 | 6396 48 |
| 03- | -14 | 9407 8 | 5165 41 |
| 02- | -14 | 9407 8 | 1243 33 |
| 03- | -14 | 9407 8 | 8245 30 |
| 02- | -14 | 9407 8 | 1243 33 |
| 02- | -14 | 9410 8 | 6396 48 |
| 03- | -14 | 9407 8 | 5165 41 |
| 02- | -14 | 9407 8 | 1243 33 |
| 03- | -14 | 9407 8 | 5165 41 |
| 02- | -14 | 9407 8 | 1243 33 |
| 02- | -14 | 9410 8 | 6396 48 |
| 03- | -14 | 9407 8 | 8245 30 |
| 03- | -14 | 9407 8 | 3494 91 |
| 02- | -14 | 9410 8 | 6396 48 |
| 03- | -14 | 9407 8 | 8346 45 |

REDACTED

| | | | | |
|---|---|---|---|---|
| | 03- | -14 | 9407 8 | 7200 23 |
| | 03- | -14 | 9407 8 | 8245 30 |
| | 03- | -14 | 9407 8 | 5165 41 |
| | 02- | -14 | 9407 8 | 1243 33 |
| | 02- | -14 | 9407 8 | 1243 33 |
| | 03- | -14 | 9407 8 | 6028 62 |
| | 03- | -14 | 9407 8 | 8245 30 |
| | 03- | -14 | 9407 8 | 5165 41 |
| | 03- | -14 | 9407 8 | 6028 62 |
| | 02- | -14 | 9410 8 | 6396 48 |
| | 03- | -14 | 9407 8 | 8346 45 |
| | 03- | -14 | 9407 8 | 5165 41 |
| | 03- | -14 | 9407 8 | 6028 62 |

Below you shall find the relevant language found within the MSA for your review.

> The COURT shall have ongoing and exclusive jurisdiction over the CLAIMS ADMINISTRATOR and shall retain such jurisdiction through and after the EFFECTIVE DATE. The COURT may, at its sole discretion, request reports or information from the CLAIMS ADMINISTRATOR. The CLAIMS ADMINISTRATOR shall be responsible for reporting and providing information to the COURT at such frequency and in such a manner as the COURT directs.

MSA § XXI.A.5.

> Upon appointment by the COURT, the CLAIMS ADMINISTRATOR shall faithfully implement and administer this MEDICAL SETTLEMENT AGREEMENT according to its terms, including without limitation:
> . . . .
> b) Creation and operation of a claims processing system to process all claims made by MEDICAL BENEFITS SETTLEMENT CLASS MEMBERS;
> . . . .
> g) Reviewing and evaluating submitted claims so that, upon the EFFECTIVE DATE, (1) MEDICAL BENEFITS SETTLEMENT CLASS MEMBERS can *promptly be notified of the status of their claims*, [and] (2) MEDICAL BENEFITS SETTLEMENT CLASS MEMBERS with *qualifying claims for SPECIFIED PHYSICAL CONDITIONS can be promptly paid*. . . .

MSA § XXI.A.8

> For PROOF OF CLAIM FORMS that it rejects, the CLAIMS ADMINISTRATOR shall send to the MEDICAL BENEFITS SETTLEMENT CLASS MEMBER a "NOTICE OF DEFECT," . . . . The NOTICE OF DEFECT shall be sent no later than 30 days from the date of receipt of the PROOF OF CLAIM FORM by the CLAIMS ADMINISTRATOR or 30 days from the EFFECTIVE DATE, whichever is later.

MSA § V.E.

Unfortunately our clients, and we believe thousands of others, four years later and nearly three months into an unstarted settlement, have been deprived by BP of their SPC benefits they badly need and deserve. These sick workers require urgent judicial intervention for breach of the settlement agreement.

Regards,

**Craig T. Downs, Esq.**



**Miami-Dade - Main Office**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226
F. 305-444-6773
e-mail: cdowns@downslawgroup.com
Website: www.downslawgroup.com
**Broward**
Whispering Woods Center
7401 Wiles Road, Suite 209
Coral Springs, FL 33067
T. 954-447-3556

***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.