UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>　　"Deepwater Horizon" in the Gulf<br>　　of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Bray Privilege Log – Fourth Installment]**

The deposition of Steven Bray of BPXP is set for Wednesday, July 16, 2014.

On July 9, BPXP served its fourth and final installment of the Bray privilege log. On July 10, the U.S. served its challenges. On July 11, BPXP submitted for *in camera* review the documents subject to the challenges.

After reviewing the documents submitted by BPXP in the **fourth installment** of the Bray privilege log, the Court finds all documents submitted for *in camera* review (Tab Nos. 1A to 1P and 2-34) are protected from disclosure.

**The deadline for an appeal of this order is 3:00 p.m. on Tuesday, July 15, 2014.**

New Orleans, Louisiana, this 14th day of July, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge