UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**GLEN J. LERNER'S MOTION TO FILE UNDER SEAL EXHIBIT 9 OF LERNER'S RESPONSE TO THE COURT'S SEPTEMBER 6, 2013 ORDER TO SHOW CAUSE AND OBJECTIONS TO SPECIAL MASTER'S REPORT**

**NOW INTO COURT**, through undersigned counsel, comes Glen Lerner, who reserving all rights and defenses, respectfully moves this Court to seal Exhibit 9 of his Response to the Court's September 6, 2013 Order to Show Cause and Objections to Special Master's Report [Document No. 11988-10], based on the following:

1. On December 16, 2013, Glen J. Lerner's Response to the Court's September 6, 2013 Order to show Cause and Objections to the Special Master's Report [Doc. No. 11988] was filed in the record of this matter.

2. It was recently brought to the attention of counsel, that Exhibit 9 (Doc. 11988-10), of Glen J. Lerner's Response includes claimant information. Claims Information is "Confidential" under Pre-Trial Order No. 13, as memorialized in the Court's May 22, 2012 Order regarding settlement implementation [Doc. 6573], and as set forth in the Court's Confidentiality Order of June 29, 2013 [Doc. 6822]. To preserve the privacy of all persons

{N2850682.1}

involved, the interests of justice are best served by having Exhibit 9 [Doc. 11988-10] removed from the record and filed Under Seal.

**WHEREFORE**, Glen Lerner, respectfully requests that the Court remove Exhibit 9 (Document No. 11988-10) of Glen J. Lerner's Response to the Court's September 6, 2013 Order to show Cause and Objections to the Special Master's Report from the record and have this document filed Under Seal.

Respectfully submitted,

/s/ *Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

{N2850682.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 14th day of July, 2014.

                                          */s/ Pauline F. Hardin*
                                          Pauline F. Hardin

{N2850682.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAGISTRATE JUDGE SHUSHAN |

# UNDER SEAL

**GLEN J. LERNER'S MOTION TO FILE UNDER SEAL EXHIBIT 9 OF LERNER'S RESPONSE TO THE COURT'S SEPTEMBER 6, 2013 ORDER TO SHOW CAUSE AND OBJECTIONS TO SPECIAL MASTER'S REPORT**

**IN CONNECTION WITH DOCUMENT NO. 11988-10 FILED DECEMBER 16, 2013 (GLEN J. LERNER'S RESPONSE TO THE COURT'S SEPTEMBER 6, 2013 ORDER TO SHOW CAUSE AND OBJECTIONS TO SPECIAL MASTER'S REPORT)**

PAULINE F. HARDIN (# 6542)
JAMES E. WRIGHT, III (#13700)
VIRGINIA W. GUNDLACH (#18493)
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre
201 St. Charles Avenue - 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8570
Fax: (504) 582-8011
phardin@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

{N2850745.1}