UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## NOTICE OF FILING UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes Glen Lerner, who pursuant to this Court's Standing Order regarding filing documents under seal, respectfully represents that it has requested that Exhibit 9 to his Response to the Court's September 6, 2013 Order to Show Cause and Objections to Special Master's Report [Document No. 11988-10], be filed Under Seal.

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

AND

{N2850766.1}

>William W. Taylor, III (D.C. Bar #84194)
>Amit P. Mehta (D.C. Bar #467231)
>ZUCKERMAN SPAEDER LLP
>1800 M Street, NW
>Suite 1000
>Washington, DC 20036-5802
>Telephone: (202) 778-1865
>Facsimile: (202) 822-8106
>amehta@zuckerman.com
>
>*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 14th day of July, 2014.

>/s/ *Pauline F. Hardin*
>Pauline F. Hardin