UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 |
| | SECTION:   J |
| THIS DOCUMENT RELATES TO: No. 2:10-cv-08888 *[Rec. Doc. 131366]* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW UNTO COURT, undersigned counsel moves this Court for an order withdrawing the law firm of Gordon, Elias & Seely, LLP as counsel of record for Plaintiff/Claimant Octavio Liera whose last known address is

Barrio Capitania
Topolobampo, Ahome
Sinaloa, Mexico 81370

The law firm of Gordon, Elias & Seely, LLP and Plaintiff/Claimant Octavio Liera have agreed to terminate their attorney/client relationship and Gordon, Elias & Seely, LLP, as counsel of record now requests this Court to allow its withdrawal from representation of Plaintiff/Claimant Octavio Liera in this case.

As of the date of this filing, Plaintiff/Claimant Octavio Liera has been provided via certified mail, return receipt requested as well as first class U.S. Mail with a copy of this Motion, Proposed Order and was informed that he must retain other counsel in this case or file a supplementary appearance, *pro se*, with the Clerk.

This motion is made in good faith and will not prejudice any party.

WHEREFORE, Gordon, Elias & Seely, LLP and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for Plaintiff/Claimant Octavio Liera in the above-captioned matter.

Respectfully submitted this 15th day of July, 2014.

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**


*R. Todd Elias*
R. Todd Elias
Federal:              21551
Texas Bar No.:        00787427
Steve Gordon
Texas Bar No. :       08207980
Jeff Seely
Texas Bar No.:        24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:            713-668-9999
Facsimile:            713-668-1980

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion To Withdraw as Counsel of Record will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of July, 2014.


*R. Todd Elias*
R. Todd Elias