UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

SPECIAL MASTER'S PROPOSED FORM
FOR ENTRY OF FINAL JUDGMENT REGARDING CLAIMS FILED BY
CASEY C. THONN WITH THE DEEPWATER HORIZON ECONOMIC CLAIMS CENTER

COMES NOW the Special Master, Louis J. Freeh, and pursuant to the Court's Order and Reasons dated April 29, 2014 (Rec. Doc. 12794), states as follows:

1. On April 29, 2014, the Court ordered Casey C. Thonn ("Thonn"), AndryLerner LLC, Lionel Sutton, III, and Coastal Claims Group, LLC to make full restitution to the Deepwater Horizon Economic Claims Center ("DHECC") for all monies received in connection with Thonn's DHECC Claims 19690 and 19691.

2. The Court instructed the Special Master to "submit a proposed form for entry of a Final Judgment" consistent with the Court's findings (Rec. Doc. 12794 at 27).

3. Based on the Court's direction, the Special Master submits the attached proposed Final Judgment ("Final Judgment") for the Court's consideration.

4. Counsel for all parties have been given an opportunity to review the Final Judgment.  The parties and the Special Master have been unable to resolve one objection.

5. Counsel for AndryLerner LLC, Jonathan Andry and Glen Lerner object to the following enforcement mechanism contained in paragraph 10 of the Final Judgment:

>that before any payment is made for attorney's fees to Andry Lerner LLC, from funds held in escrow pursuant to the Court's Order of December 19, 2013, as amended and superseded, any outstanding balance up to the amount of restitution provided in this Order for Andry Lerner, LLC shall be deducted from such funds

Counsel states that such a mechanism is unwarranted, was not requested in the Special Master's motion, and results in unnecessary administrative work including alleged creation of a second escrow account.

      6. The Special Master submits that, although the Court's Order does not address this proposed language, this procedure serves the important equitable purpose of ensuring that AndryLerner LLC, repays the DHECC prior to receiving any payments from DHECC. The procedure works within the existing escrow account created pursuant to the Court's December 19, 2013 Order, and involves a simple mathematical calculation in the event that any of the escrow funds are to be released to Andry Lerner LLC.

      7. For these reasons, the Special Master respectfully requests the Court enter the proposed Final Judgment.

                                                  Respectfully submitted,

                                                    /s/ Louis J. Freeh
                                                  Louis J. Freeh
                                                  Special Master

Dated: July 15, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, this   15h   day of      July     , 2014.


                                                  /s/Louis J. Freeh  
                                                Louis J. Freeh