UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DOERLE FOOD SERVICES, L.L.C.** | \* | **CIVIL ACTION NO.: 13-1495** |
| | \* | |
| **VERSUS** | \* | |
| | \* | **SECTION "J"** |
| **BP EXPLORATION & PRODUCTION, INC., ANADARKO PETROLEUM CORPORATION, BP AMERICA PRODUCTION COMPANY,** | \* \* \* \* | |
| **BP, PLC, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,** | \* \* \* | **JUDGE: Carl Barbier** |
| **TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDING, L.L.C., TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, ANADARKO EXPLORATION&PRODUCTION COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, AND MITSUI OIL EXPLORATION CO., LTD.** | \* \* \* \* \* \* \* \* \* \* \* | **MAGISTRATE JUDGE: Sally Shushan** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF AMENDED COMPLAINT

Please take notice that pursuant to the Order entered by the Court on June 4, 2014 regarding claims against Weatherford U.S., L.P., plaintiff has filed an Amended Complaint deleting Weatherford U.S., L.P. as a named defendant.

Respectfully submitted on the 15th of July, 2014.

                        Respectfully submitted:

                        */s/Daniel W. Dilzell*
                        J Konrad Jackson, Bar Roll # 26055
                        Daniel W. Dilzell, Bar Roll #26861
                        Ashley M. Roussel Bar Roll #34741
                        Jackson & Jackson, PLLC
                        111 Founders Drive, Suite 400
                        Baton Rouge, LA 70810
                        Telephone: (225) 756-8801
                        Attorneys for Doerle Food Services, L.L.C