UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA SHRIMP PROCESSING** | * | **CIVIL ACTION NO.: 13-1536** |
| **& PACKING COMPANY, L.L.C.** | * | |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP EXPLORATION & PRODUCTION,** | * | |
| **INC., ANADARKO PETROLEUM** | * | |
| **CORPORATION, BP AMERICA** | * | |
| **PRODUCTION COMPANY,** | * | |
| **BP, PLC, TRANSOCEAN,** | * | **JUDGE: Carl Barbier** |
| **LTD., TRANSOCEAN OFFSHORE** | * | |
| **DEEPWATER DRILLING, INC.,** | * | |
| **TRANSOCEAN DEEPWATER, INC.,** | * | **MAGISTRATE JUDGE: Sally Shushan** |
| **TRANSOCEAN HOLDING, L.L.C.,** | * | |
| **TRITON ASSET LEASING GMBH,** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC., CAMERON INTERNATIONAL** | * | |
| **CORPORATION F/K/A COOPER-** | * | |
| **CAMERON CORPORATION,** | * | |
| **ANADARKO EXPLORATION** | * | |
| **&PRODUCTION COMPANY** | * | |
| **LP, MOEX OFFSHORE 2007 LLC, MOEX USA** | * | |
| **CORPORATION, AND MITSUI OIL** | * | |
| **EXPLORATION CO., LTD.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF AMENDED COMPLAINT

Please take notice that pursuant to the Order entered by the Court on June 4, 2014 regarding claims against Weatherford U.S., L.P., plaintiff has filed an Amended Complaint deleting Weatherford U.S., L.P. as a named defendant.

Respectfully submitted on the 15th of July, 2014.

                                         Respectfully submitted:

                                         */s/Daniel W. Dilzell*
                                         J Konrad Jackson, Bar Roll # 26055
                                         Daniel W. Dilzell, Bar Roll #26861
                                         Ashley M. Roussel Bar Roll #34741
                                         Jackson & Jackson, PLLC
                                         111 Founders Drive, Suite 400
                                         Baton Rouge, LA 70810
                                         Telephone: (225) 756-8801

Attorneys for Louisiana Shrimp Processing & Packing Co., L.L.C.,