UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAFOURCHE FUEL, L.L.C.** | * | **CIVIL ACTION NO.: 13-1527** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP EXPLORATION & PRODUCTION, INC., ANADARKO PETROLEUM CORPORATION, BP AMERICA PRODUCTION COMPANY, BP, PLC, TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDING, L.L.C., TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, ANADARKO EXPLORATION&PRODUCTION COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, AND MITSUI OIL EXPLORATION CO., LTD.** | * | **JUDGE: Carl Barbier**<br><br>**MAGISTRATE JUDGE: Sally Shushan** |

**************************************

## NOTICE OF AMENDED COMPLAINT

Please take notice that pursuant to the Order entered by the Court on June 4, 2014 regarding claims against Weatherford U.S., L.P., plaintiff has filed an Amended Complaint deleting Weatherford U.S., L.P. as a named defendant.

Respectfully submitted on the 15th of July, 2014.

                                                      */s/Daniel W. Dilzell*
                                                      J Konrad Jackson, Bar Roll # 26055
                                                      Daniel W. Dilzell, Bar Roll #26861
                                                      Ashley M. Roussel Bar Roll #34741
                                                      Jackson & Jackson, PLLC
                                                      111 Founders Drive, Suite 400
                                                      Baton Rouge, LA 70810
                                                      Telephone: (225) 756-8801
                                                      Attorneys for Lafourche Food Services, L.L.C.