UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the foregoing Motion to File Under Seal Exhibit 9 of Glen J. Lerner's Response to the Court's September 6, 2013 Order to Show Cause and Objections to Special Master's Report;

**IT IS ORDERED** that the Motion is hereby GRANTED.

**IT IS FURTHER ORDERED** that Exhibit 9 [Doc. No. 11988-10] be filed Under Seal.

New Orleans, Louisiana this 16th day of July, 2014.

_____
United States District Judge