UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION:   J |
| THIS DOCUMENT RELATES TO:<br>No. 2:10-cv-08888 *[Rec. Doc. 131366]* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Considering the Motion to Withdraw as Counsel of Record for Plaintiff/Claimant Octavio Liera:

The Court having read and considered argument of counsel and being fully apprised in the premises, it is hereby ORDERED and ADJUDGED that the Motion to Withdraw as Counsel of Record filed on behalf of the law firm of Gordon, Elias & Seely, LLP be and the same is hereby GRANTED and the law firm of Gordon, Elias & Seely, LLP is hereby withdrawn as counsel for Plaintiff/Claimant Octavio Liera.

New Orleans, Louisiana this 16th day of July, 2014.

_____
United States District Judge