UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG    "DEEPWATER HORIZON" in the    GULF OF MEXICO, on    APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER |
| THIS DOCUMENT RELATED TO:    14-1525 | ) ) ) | MAG. JUDGE SHUSHAN |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Edward Wisner Donation, will bring for hearing its Expedited Motion for Preliminary Injunction before the Honorable Carl J. Barbier, in the United States District Court for the Eastern District of Louisiana on the 13th day of August, 2014 at 9:30 a.m.

Respectfully submitted,

/s Soren Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La Bar No. 26302
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

-1-

James Parkerson Roy, La. Bar No. 11511
Bob Wright La Bar No. 13691
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA  70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 17th day of July, 2014.

**/s/Soren Gisleson**