# SUMMARY OF COSTS INCURRED/REIMBURSED UNDER ACCESS AGREEMENT

| Total Amount Paid to Wisner = | | $3,609,203.33 | |
|---|---|---|---|
| **Examples:** | | | |
| **Vendor/Expert** | **Amount Billed** | **Amount Reimbursed** | **Percentage** |
| FETI & Associates | $2,718,126.56 | $2,502,971.69 | 92.08% |
| John Pardue | $405,306.26 | $341,648.05 | 84.29% |
| S. Jeffress Williams | $269,096.00 | $224,410.36 | 83.39% |
| Areo-Data | $64,947.53 | $64,947.53 | 100.00% |
| EHS Technical Solutions, LLC | $21,755.07 | $21,755.07 | 100.00% |
| Wisner Donation | | $265,983.15 | |
| HHK | $19,917.00 | $13,587.13 | 68.22% |

EXHIBIT 2