# INVOICE- 31

**Client:**                                                          **Date:**     31 May 2013

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: Wisner Donation Trust/DWH environmental assessment

**Description:**

May involved reviewing the SCAT and other field reports as part of clean-up activities, reviewing and making recommendations on the BP/Chance beach restoration plan, and investigating the weathering and transport processes of DWH oil in transit from the spill site to the shoreline. I continued to serve on the Wisner Donation Trust Oil Spill Science Assessment Team as a professional coastal marine geologist on the topics of coastal and nearshore processes and coastal engineering. Specific expertise is contributed on the topics of the geologic history and evolution and coastal processes of the Louisiana delta plain, specifically the Fourchon-Caminada Headland region.

This invoice is for professional services performed for May 2013. Services performed during this period consisted of providing scientific review and comments on the beach clean-up reports; review of a plan by the Corps of Engineers for dredging Belle Pass; literature review (i.e., NAS Oil in the Sea report, etc.) and meetings with Dr. John Farrington (WHOI oil spill expert) to investigate weathering processes of oil in the marine environment; investigation into BP purchase and clean-up plans for Cat Island, MS; review and comment on BP/Chance beach restoration plan for Bayou Ferblanc region; phone and email consultations with Prof. John Pardue for designing Wisner-funded plans for field surveys to delineate oil in the seabed offshore Caminada and for conducting laboratory studies at LSU of simulated oil weathering. Consultation and recommendations were provided by means of email reports.

**Work time:**

Monitoring activities/compliance with the Access Agreement

**Subtotal:**   33 hours @ $ 275.00= $ 9075.00

**EXHIBIT**

**3**

tabbies

**Please remit payment to:**

      S. Jeffress Williams
      Coastal Marine Geologist
      24 Alder Lane
      North Falmouth, MA 02556

      jeffresswilliams@comcast.net
      Home office phone: 508.563.6308
      Mobile phone: 774.392.2919

# INVOICE- 36

**Client:**                                                    **Date:**      27 October 2013

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: Wisner Donation Trust/DWH environmental monitoring and assessment

October  involved continued reviewing field reports as part of oil clean-up activities and beach monitoring, the Port Geo-tube beach stabilization project, Caminada Headlands Restoration plan, the C-M Subsidence Study, and continued investigation of the weathering and transport processes of DWH oil in transit from offshore sources to the Fourchon shoreline. I continue to serve on the Wisner Donation Trust Oil Spill Science Assessment Team as a professional coastal marine geologist on the topics of coastal geology, geomorphology, nearshore processes and coastal engineering. Specific expertise is contributed on the topics of the geologic history and evolution and coastal sediment transport processes of the Louisiana delta plain, specifically the Fourchon-Caminada region.

This invoice is for professional services performed for October 2013. Services performed during this period consisted of providing scientific review and comments on beach clean-up and monitoring reports; comment on the Port Geo-tube beach stabilization project; comment on the beach nourishment project, consultations with Prof. John Pardue for preparing Wisner-funded plans for field surveys to delineate oil in the seabed offshore Caminada and for conducting laboratory studies at LSU. Consultation and recommendations were provided by means of email reports and phone calls. Details for each activity are below.

**Work time:**

**Monitoring activities/compliance with the Wisner/BP Access Agreement**

- Review and comment on numerous beach monitoring reports, Caminada weekly reports, etc.- 8 hrs
- Review of literature on sampling oil in seabed and marine transport processes- 1 hr
- Follow-up on requesting access to BP reports and data on offshore geotechnical surveys- 0.5 hr
- Review and comment on Caminada- Moreau Subsidence Study activities- 0.5 hr
- Review and comment on Geo-tube and Caminada Headland Project nourishment projects- 2 hrs
- Review and recommendations on LA OPS collection data reports and monitoring of the beach- 2.5 hrs
- Review and comment on effects of TS Karen on the beach and exposure of oil mats- 1.5 hrs
- Review and comment on SOW Zone 3 BP plans for mat removal and beach trenching, and Wisner letter, site visits and phone calls in response- 4 hrs
- Consultation with J. Pardue on preparing a draft of offshore sampling and lab study plans-  3 hrs

**Total:**    23 hours @ $ 275.00= $6225.00

Please remit to:

S. Jeffress Williams
Coastal Marine Geologist
24 Alder Lane
North Falmouth, MA 02556

jeffresswilliams@comcast.net
Home office phone: 508.563.6308
Mobile phone: 774.392.2919

# INVOICE- 41

**Client:**                                                                    **Date:**      31 March 2014

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: Wisner Donation Trust/DWH environmental monitoring and assessment

March was busy with many email messages, exchanges, and conference calls regarding reviewing and responding to requests for review and expert opinion on beach clean-up activities, discussing results of the Wisner Team beach assessment studies, submission of the two plans requesting assessment and remediation of oil in the wetlands and in the offshore region, and apparent plans by BP to pullout from further cleanup by 1 April 2014. The month also involved continued review of field reports as part of beach clean-up activities and beach monitoring, Caminada Headlands Restoration plans, and continued investigation of the weathering and transport processes of DWH oil in transit from offshore sources to the Fourchon shoreline. I continue to serve on the Wisner Donation Trust Oil Spill Science Assessment Team as a professional coastal marine geologist on the topics of coastal geology, geomorphology, nearshore processes and coastal engineering. Specific expertise is contributed on the topics of the geologic history and evolution, ecosystem restoration and coastal and nearshore sediment transport processes of the Louisiana delta plain, specifically the Fourchon-Caminada region.

This invoice is for professional services performed for March 2014. Services performed during this period consisted of providing scientific review and comments on beach clean-up and monitoring reports (OPS and SCAT), letters to the GCIMT, as well as review of news articles; input and recommendations for a meeting with BP, comment on the BP SOW plans, collaborating with John Pardue on preparation of the Wetlands Assessment Plan that was sent by Wisner to the USCG. In addition, I provided input and recommendations for a memo to Cpt Sparks requesting clarification on the status of clean-up and monitoring and rumored BP plans to pullout on 1 April.

Consultation and recommendations were provided by means of email reports and phone calls. Details for the primary activities are below.

**Work time:**

**Monitoring activities/compliance with the Wisner/BP Access Agreement**

- Continued review of literature on sampling oil in seabed and marine transport processes- 1 hr
- Confer with J. Pardue on results and analyses of Wisner-funded coring surveys of the beach, monitoring wells, and sampling of the offshore for SOM - 3 hrs
- Write and edit, with J. Pardue, the Wetlands Assessment and the Offshore Assessment plans submitted to USCG/BP- 3 hrs
- Review and recommendations on LA OPS and SCAT data reports and monitoring of the beach- 4 hrs

- Review and comment on Wisner letters to USCG; and phone calls in response- 4.5 hrs
- Review and comment on OPS/SCAT reports and Forrest Travica's daily tracking reports and site photographs- 7 hrs
- Participate in expert team confcall with Wisner and attorneys on 3/21/2014 to discuss status and response options to BP pullout of beach cleanup.- 1 hr

**Total:**   23.5 hours @ $ 350.00= $8225.00

Please remit to:

S. Jeffress Williams
Coastal Marine Geologist
24 Alder Lane
North Falmouth, MA 02556

jeffresswilliams@comcast.net
Home office phone: 508.563.6308
Mobile phone: 774.392.2919

# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**          **$14,568.95**

Invoice number:  4722

Invoice date:    7/1/12

To:              Edward Wisner Donation
                 New Orleans, LA

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 1 | trip mileage (7/3/12) | $146.40 | $146.40 |
| 10 | Pardue hours at site (7/3/12) | $250.00 | $2,500.00 |
| 1 | 7/3/2012 expenses | $95.33 | $95.33 |
| 1 | trip mileage (7/8/2012) | $146.40 | $146.40 |
| 25 | Pardue hours at site (7/8-7/10) | $250.00 | $6,250.00 |
| 1 | 7/8-7/10/12 expenses | $222.23 | $222.23 |
| 1 | trip mileage (7/27/2012) | $146.40 | $146.40 |
| 20 | Pardue hours at site (7/26-27/2012) | $250.00 | $5,000.00 |
| 1 | 7/27/2012 expenses | $62.19 | $62.19 |

**PLEASE PAY THIS AMOUNT:**          $14,568.95

Make Payment to:

John H Pardue, PhD, PE

# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**          **$10,461.58**

Invoice number:  4731

Invoice date:  8/1/12

To:          Edward Wisner Donation
New Orleans, LA

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 1 | trip mileage (8/3/12) | $146.40 | $146.40 |
| 10 | Pardue hours at site (8/3/12) | $250.00 | $2,500.00 |
| 1 | 8/3/2012 expenses | $24.98 | $24.98 |
| 1 | trip mileage (8/9/2012) | $146.40 | $146.40 |
| 25 | Pardue hours at site (8/9-8/10) | $250.00 | $6,250.00 |
| 1 | 8/9-8/10/12 expenses | $143.80 | $143.80 |
| 5 | Pardue hours at Coast Guard | $250.00 | $1,250.00 |
| | **PLEASE PAY THIS AMOUNT:** | | $10,461.58 |

Make Payment to:

John H Pardue, PhD, PE

# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**              **$9,386.72**

Invoice number:  4740

Invoice date:  11/15/12

To:
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 1 | trip mileage (10/6/12) | $146.40 | $146.40 |
| 10 | Pardue hours at site (10/6/12) | $250.00 | $2,500.00 |
| 1 | 10/6/2012 expenses | $40.27 | $40.27 |
| 1 | trip mileage (10/28/12) | $146.40 | $146.40 |
| 10 | Pardue hours at site (10/28/12) | $250.00 | $2,500.00 |
| 1 | 10/28/12 expenses | $27.12 | $27.12 |
| 1 | Previous expenses from 9/15-9/16 | $26.53 | $26.53 |
| 16 | Pardue hours on overwash analysis and calculations | $250.00 | $4,000.00 |

**PLEASE PAY THIS AMOUNT:**                    $9,386.72

Make Payment to:

John H Pardue, PhD, PE

# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**          **$7,934.44**

Invoice number:  4892

Invoice date:  9/12/13

To:          Herman, Herman & Katz
             820 O'Keefe Avenue
             New Orleans, Louisiana 70113

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 1 | trip mileage (8/15/13) | $146.40 | $146.40 |
| 1 | 8/15/2013 expenses | $127.90 | $127.90 |
| 10 | Pardue hours at site (8/15/13) | $250.00 | $2,500.00 |
| 10 | Pardue hours at site (8/28/13) | $250.00 | $2,500.00 |
| 1 | trip mileage (8/28/13) | $146.40 | $146.40 |
| 1 | 8/28/2013 expenses | $13.74 | $13.74 |
| 10 | Pardue analytical work | $250.00 | $2,500.00 |
| | **PLEASE PAY THIS AMOUNT:** | | $7,934.44 |

Make Payment to:

John H Pardue, PhD, PE

# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**          **$13,751.94**

Invoice number: 4910

Invoice date: 11/15/13

To:
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 1 | trip mileage (10/3/13) | $146.40 | $146.40 |
| 1 | 10/3/2013 expenses | $0.00 | $0.00 |
| 10 | Pardue hours at site (10/3/13) | $250.00 | $2,500.00 |
| 10 | Pardue hours at site (10/18/13) | $250.00 | $2,500.00 |
| 1 | trip mileage (10/18/13) | $146.40 | $146.40 |
| 1 | 10/18/2013 expenses | $88.76 | $88.76 |
| 1 | trip mileage (10/23/13) | $146.40 | $146.40 |
| 1 | 10/23/2013 expenses | $42.90 | $42.90 |
| 10 | Pardue hours at site (10/23/13) | $250.00 | $2,500.00 |
| 1 | trip mileage (10/28/13) | $146.40 | $146.40 |
| 1 | 10/28/2013 expenses | $34.68 | $34.68 |
| 10 | Pardue hours at site (10/28/13) | $250.00 | $2,500.00 |
| 4 | Review and response of post-Karen plans | $250.00 | $1,000.00 |
| 8 | Analytical time | $250.00 | $2,000.00 |
| | | | $13,751.94 |

Make Payment to:

John H Pardue, PhD, PE

# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**          **$4,112.23**

Invoice number:  4770

Invoice date:   7/10/13

To:        Herman, Herman & Katz
           820 O'Keefe Avenue
           New Orleans, Louisiana 70113

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|-----|-------------|------------|-------|
| 1 | trip mileage (6/7/13) | $146.40 | $146.40 |
| 1 | 6/7/2013 expenses | $23.91 | $23.91 |
| 10 | Pardue hours at site (6/7/13) | $150.00 | $1,500.00 |
| 1 | trip mileage (6/20/13) | $146.40 | $146.40 |
| 10 | Pardue hours at site (6/20/13) | $150.00 | $1,500.00 |
| 1 | 6/20/2013 expenses | $45.52 | $45.52 |
| 5 | Day to day STR/SCAT/OCPR reports | $150.00 | $750.00 |

**PLEASE PAY THIS AMOUNT:**                    $4,112.23

Make Payment to:

John H Pardue, PhD, PE

# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**          **$4,895.03**

Invoice number:  4749

Invoice date:  1/15/13

To:          Herman, Herman & Katz
             820 O'Keefe Avenue
             New Orleans, Louisiana 70113

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 1 | trip mileage (12/4/12) | $146.40 | $146.40 |
| 10 | Pardue hours at site (12/4/12) | $150.00 | $1,500.00 |
| 1 | 12/4/2012 expenses | $2.50 | $2.50 |
| 1 | trip mileage (12/13/12) | $146.40 | $146.40 |
| 10 | Pardue hours at site (12/13/12) | $150.00 | $1,500.00 |
| 1 | 12/13/2012 expenses | $99.73 | $99.73 |
| | Hours responding to day-to-day STR | | |
| 10 | issues | $150.00 | $1,500.00 |
| | **PLEASE PAY THIS AMOUNT:** | | $4,895.03 |

Make Payment to:

John H Pardue, PhD, PE



# Invoice

FETI & Associates dba
FETI Inspections
163 Le Blanc Drive
Lockport, La. 70374
EIN: 45-0575221



**Bill To:**
Edward Wisner Donation Advisor...
Amanda Philips
935 Gravier Street, Suite 825
New Orleans, Louisiana 70112

| Date | Invoice No. | Terms | Project |
|------|-------------|-------|---------|
| 06/19/13 | 832 | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Oversight Inspections | BP Related Oil Spill: F.Travirca III - 6/3/13 - 6/9/13 | 32 | 100.00 | 3,200.00 |
| Oversight Inspections | BP Related Oil Spill: FT4/AT - 6/3/13 - 6/9/13 | 51 | 60.00 | 3,060.00 |
| reimbursement | Reimbursement of boat fuel and oil | | 128.00 | 128.00 |
| Equipment Usage | Boat | 7 | 400.00 | 2,800.00 |
| Equipment Usage | 4X4 UTV | 7 | 100.00 | 700.00 |
| Mileage | Mileage reimbursement | 1,632 | 0.505 | 824.16 |

| | Total | $10,712.16 |
|--|-------|-----------|

# FETI Inspections
## TIME AND EXPENSE TRACKER:
### Job: Wisner

Invoice: _132_

Date Range: _6 / 31 2013 - 6 /9 / 2013_

| Forrest Travirca III | Hours 100hr | Mileage .55/mi | UTV/4X4 $100/day | Boat/s $400/ day | Vessel / UTV Fuel | Incurred Expenses | Explanation of Expenses |
|---|---|---|---|---|---|---|---|
| Monday Date: 3 | 1 | | | | | | Vessel standby, usage, fuel and or repairs are agreed upon per the access agreement signed by BP and Wisner as well as those attributed to UTV 4X4 |
| Tuesday- Date: 4 | 2 | | 100 | 400 | | | |
| Wednesday- Date: 5 | 4 | | 100 | 400 | | | |
| Thursday- Date: 6 | 6 | 75 | 100 | 400 | | | |
| Friday- Date: 7 | 7 | 75 | 100 | 400 | | | |
| Saturday- Date: 8 | 7 | 75 | 100 | 400 | | | |
| Sunday- Date: 9 | 8 | 75 | 100 | 400 | 108.5 | | |

Hours include various times for Oversight inspection/text/phone/reports/Travel Time- all related to the Deep Water Horizon MC 252 issue

# FETI Inspections

### TIME AND EXPENSE TRACKER:
### Job: Wisner (Deep Water Horizon MC 252 Issue)

DATE: _6_ / _3_ 2013 to _6_ / _9_ 2013

Inv: _____ 832 _____

| Forrest A. Travirca IV or Allen Travirca | Hours 60/hr | Mileage 505/mi | Incurred Expenses | Explanation of Expenses |
|---|---|---|---|---|
| Monday Date | 3 | 8 | 182 | |
| Tuesday- Date | 4 | 8 | 162 | |
| Wednesday- Date | 5 | 7 | 192 | |
| Thursday Date | 6 | 8 | 162 | |
| Friday Date | 7 | 8 | 162 | |
| Saturday Date | 2 | 8 | 162 | |
| Sunday Date | 1 | 4 | 75 | |

Hours include various times for Oversight inspection/text/phone/reports/Travel Time- all related to the Deep Water Horizon MC 252 issue



# Invoice

FETI & Associates dba
FETI Inspections
163 Le Blanc Drive
Lockport, La. 70374
EIN: 45-0575221



**Bill To:**

Edward Wisner Donation Advisor...
Cathy Norman
935 Gravier Street, Suite 825
New Orleans, Louisiana 70112

| Date | Invoice No. | | Terms | Project |
|------|-------------|---|-------|---------|
| 04/16/13 | 819 | | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Oversight Inspections | BP Oil Spill Related -4/8/13 - 4/14/13 F.Travirca III | 14 | 100.00 | 1,400.00 |
| Oversight Inspections | BP Oil Spill Related 4/8/13 - 4/14/13 F. Travirca IV/Allen T | 82 | 60.00 | 4,920.00 |
| reimbursement | Reimbursement of boat fuel and oil | | 155.99 | 155.99 |
| Equipment Usage | UTV 4X4 | 7 | 100.00 | 700.00 |
| Equipment Usage | Boat | 7 | 400.00 | 2,800.00 |
| Mileage | Mileage reimbursement | 1,536 | 0.505 | 775.68 |

Protecting your interest is what we do!

| | Total | **$10,751.67** |
|---|---|---|

# FETI Inspections
## TIME AND EXPENSE TRACKER:
### Job: Wisner
**Date Range:** 4/15/2012 - 4/21/2012

**Invoice:** 519

| Forrest Travirca III | Hours 100hr | Mileage .55/mi | UTV/4X4 $100/day | Boat's $400/day | Vessel / UTV Fuel | Incurred Expenses | Explanation of Expenses |
|---|---|---|---|---|---|---|---|
| Monday Date | 8 | 4 | | 100 | 400 | | |
| Tuesday Date | 9 | 4 | 55 | 100 | 400 | | All charges are per |
| Wednesday Date | 9 | 2 | | 100 | 400 | | Prices figured per mileage |
| Thursday Date | 10 | 1 | | 100 | 400 | | Supported by receipts |
| Friday Date | 11 | 1 | | 100 | 400 | | |
| Saturday Date | 12 | 5 | 55 | 100 | 400 | | |
| Sunday Date | 13 | 4 | | 100 | 400 | | |
| Date | 14 | 4 | | 100 | 400 | | |

Hours include various times for Oversight inspection/text/phone/reports/Travel Time- all related to the Deep Water Horizon MC 252 issue

# FETI Inspections
## TIME AND EXPENSE TRACKER:
### Job: Wisner (Deep Water Horizon MC 252 Issue)
DATE: _4_ / _8_ 2012 to _4_ / _14_ 2012

Inv: _204_

| Forrest A. Travirca IV or Allen Travirca | Hours 60/hr | Mileage 505/mi | Incurred Expenses | | Explanation of Expenses |
|---|---|---|---|---|---|
| Monday Date | 8 | 10 | 15~ | | |
| Tuesday- Date | 9 | 12 | 152 | | |
| Wednesday- Date | 4 | 150 | | | |
| Thursday Date | 10 | 152 | | | |
| Friday Date | 11 | 152 | | | |
| Saturday Date | 12 | 152 | | | |
| Sunday Date | 13 | 152 | | | |
| | 14 | 152 | | | |

Hours include various times for Oversight inspection/text/phone/reports/Travel Time- all related to the Deep Water Horizon MC 252 issue



# Invoice

FETI & Associates dba
FETI Inspections
163 Le Blanc Drive
Lockport, La. 70374
EIN: 45-0575221



**Bill To:**
Edward Wisner Donation Advisor...
Cathy Norman
935 Gravier Street, Suite 825
New Orleans, Louisiana 70112

| Date | Invoice No. | Terms | Project |
|---|---|---|---|
| 12/04/12 | 788 | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Oversight Inspections | BP Oils Spill Related: F. Travirca IV, Allen Travirca Sr. 11/26/12- 12/02/12 | 133 | 60.00 | 7,980.00 |
| Equipment Usage | Boat | 7 | 400.00 | 2,800.00 |
| Equipment Usage | 4X4 UTV | 7 | 100.00 | 700.00 |
| reimbursement | Reimbursement of boat fuel and oil | | 239.48 | 239.48 |
| reimbursement | Mileage Reimbursement | 1,344 | 0.505 | 678.72 |

Protecting your interest is what we do!

| | Total | $12,398.20 |
|---|---|---|

## FETI Inspections
### TIME AND EXPENSE TRACKER:
**Job: Wisner**
**Date Range:** // /24/ 2012 - 12/02/ 2012

Invoice: _768_

| Forrest Travirca III | Hours 100hr | Mileage .55/mi | UTV/4X4 $100/day | Boat/s $400/ day | Vessel / UTV Fuel | Incurred Expenses | Explanation of Expenses |
|---|---|---|---|---|---|---|---|
| Monday Date 26 | | | | | | | |
| Tuesday- Date 27 | | | 100 | 400 | | | |
| Wednesday- Date 28 | | | 100 | 400 | | | |
| Thursday Date 28 | | | 100 | 400 | | | |
| Friday Date 29 | | | 100 | 400 | | | |
| Saturday Date 30 | | | 100 | 400 | | | |
| Sunday Date 01 | | | 100 | 400 | | | |
| Date 02 | | | 100 | 400 | 239.48 | | |

Hours include various times for Oversight inspection/text/phone/reports/Travel Time- all related to the Deep Water Horizon MC 252 issue

# FETI Inspections

## TIME AND EXPENSE TRACKER:
### Job: Wisner (Deep Water Horizon MC 252 Issue)
DATE: 11 / 26 2012 to 12 / 02 2012

Inv. 788

| | Forrest A. Travirca IV or Allen Travirca | Hours 60/hr | Mileage 505/mi | Incurred Expenses | Explanation of Expenses |
|---|---|---|---|---|---|
| Monday Date | 26 | 08 | 192 | | f. Travirca # @ Bleach 1 |
| Tuesday- Date | 27 | 08 | 192 | | Allen Travirca Sr. @ Bleach 2 |
| Wednesday- Date | 28 | 08 | 192 | | |
| Thursday Date | 29 | 08 | 192 | | |
| Friday Date | 30 | 08 | 192 | | |
| Saturday Date | 01 | 08 | 192 | | |
| Sunday Date | 02 | 08 | 192 | | |

Hours include various times for Oversight inspection/text/phone/reports/Travel Time- all related to the Deep Water Horizon MC 252 issue

**Aero-Data Corporation, L.L.C.**
Environmental
Remote Sensing Consulting Services
Aerial Photo Acquisition
Interpretation and Mapping

8245 YMCA Plaza Drive   Baton Rouge, LA 70810-0919

Tel:  (225) 767-5725     Fax:   (225) 767-5727

5/25/2010

*Invoice #:*   9008

Remit To:

**Edward Wisner Donation Advisory Committee**
**Attention: Kathy Norman**
1300 Perdido Street
Room 2W86
New Orleans       LA       70112

**Aero-Data Corporation, L.L.C.**
8245 YMCA Plaza Drive
Baton Rouge, LA 70810-0919
TIN#: 72-0995051

| Authorized By | Terms | Ship Via | Salesperson |
|---|---|---|---|
| Verb. Kathy Norman | Net 30 | FedEx Standard Overnight | Gautreaux, Rusty |

| Project # | Job Name | Site Project Manager | Project Manager |
|---|---|---|---|
| 6117 | Coastal beach and inland are: | Gautreaux, Rusty | Penland, Cathy |

**Project Description**
CIR photo flight and orthophoto production

| Item # | Activity # | Description | Comments | Qty | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | A7300 | Flight Activities | Color Infrared (CIR) aerial photo flight client beach and inland property tracts at and around Pt. Fourchon, LA.  Photo flight at 6,000' agl - 12 flight lines - 137 frames.  Deliverables: DVD discs with orthophoto imagery produced from above flight. | 1 | $22,750.00 | $22,750.00 |

Comments:

I certify that this invoice has been checked and is correct.

X _Rusty Gautreaux_     Date: 5-25-2010

| | |
|---|---|
| Subtotal: | $22,750.00 |
| Tax: | $0.00 |
| Freight: | $0.00 |
| **Total:** | **$22,750.00** |

Page 1 of 1

**Aero-Data Corporation, L.L.C.**
Environmental
Remote Sensing Consulting Services
Aerial Photo Acquisition
Interpretation and Mapping

8245 YMCA Plaza Drive          Baton Rouge, LA 70810-0919          Tel:   (225) 767-5725     Fax:   (225) 767-5727

**1/11/2011**

**Invoice:  9096**

*Client:*

**Edward Wisner Donation Advisory Commi**
**ATTN** Kathy Norman
1300 Perdido Street
Room 2W86
New Orleans                    LA   70112
**PO No.:**  Verb. K. Norman      **Contract  No.**

*Remit To:*

**Aero-Data Corporation, L.L.C.**
8245 YMCA Plaza Drive
Baton Rouge, LA 70810-0919
TIN#:  72-0995051

| Project No. | Description | Project Manager |
|---|---|---|
| 6117 | Consulting: Mapping of Coastal Beach and Inland Area | Gautreaux, Rusty |

**Professional Services Rendered**

Total hours are listed with daily totals.                                        $1,755.00

**Professional Expenses**

Total expenses are listed with daily totals.                                      $42.53
Purchase Orders are listed with daily totals.                                      $0.00

Subtotal:     $1,797.53
Tax:          $0.00
Total:        $1,797.53

**Comments:**

Billing is for services rendered from 8/1/2010 through 12/31/2010.

**Invoice Reviewed by** *Amy Moran*                    **Date:**  1-11-11

Tuesday, January 11, 2011                                           Page 1 of 2

*Aero-Data Corporation Professional Services and Expenses*

## Professional Services Rendered

**Employee: Bourgeois, Laurie**     **Title:  Project Manager III**

| Week | Activity | Su | M | Tu | W | Th | F | S | Hrs | Rate | Amt Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2010 | Mapping (ArcView) | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | $110.00 | $110.00 |
| | | | | | | Total Billed by Employee: | | | 1 | | $110.00 |

**Employee: Grip, Randall**     **Title:  Vice President**

| Week | Activity | Su | M | Tu | W | Th | F | S | Hrs | Rate | Amt Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/4/2010 | GIS Mapping | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 6 | $130.00 | $780.00 |
| 10/23/2010 | GIS Mapping | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 6 | $130.00 | $780.00 |
| | | | | | | Total Billed by Employee: | | | 12 | | $1,560.00 |

**Employee: Roberts, Daniel**     **Title:  Photogrammetrist III**

| Week | Activity | Su | M | Tu | W | Th | F | S | Hrs | Rate | Amt Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/18/2010 | Mapping (General) | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | $85.00 | $85.00 |
| | | | | | | Total Billed by Employee: | | | 1 | | $85.00 |

| Total Billed for Professional Services: | $1,755.00 |
|---|---|

## Professional Expenses

**Employee: Grip, Jeanette**     **Title:  Administrative Assistant III**

| Week | Expense Description | Su | M | Tu | W | Th | F | S | Unit $ | Total $ | Amt Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/2010 | FedEx-Priority | 0.00 | 42.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1.00 | $42.53 | $42.53 |
| | | | | | | Total Billed by Employee: | | | | | $42.53 |

| Total Billed for Professional Expenses: | $42.53 |
|---|---|

Tuesday, January 11, 2011



EHS Technical Solutions, LLC

EHS Technical Solutions, LLC
919 Wylie Dr.
Baton Rouge, La. 70808

Wilcut & Walzer Law Firm                                    Client ID W&W2011
1011 Iberville Dr.
Ocean Springs, MS 39564

Re: Wisner Foundation, Fourchon Beach, Vibra Core Investigation for the dates of
December 23, 2010 Thru January 2, 2011

Terms: Upon Receipt
January 31, 2011

## Invoice #   WWVC-011211

| | | | |
|---|---|---|---|
| Vibra core Equipment | $225.00/day | 7 days | $1575.00 |
| | $5.00/ft for pipe | 280 feet | $1400.00 |
| Sample Vessel | $300.00/day | 5 days | $1500.00 |
| Senior Geologist | $75.00/hr | 73.5 hrs. | $5887.50 |
| Senior Field Technician | $35.00/hr | 73.5 hrs. | $2572.50 |
| Professional Geologist (Lab) | $55.00/hr | 37 hrs. | $2035.00 |
| EHS Senior Scientist | $62.50/hr | 61.5 hrs. | $3843.75 |
| Per Diem | $100.00/day/person | 5 days | $1500.00 |
| Miscellaneous materials: | $416.88 | cost plus 10% | $458.56 |
| Fuel | $284.33 | cost plus 10% | $312.76 |
| Mobilization | $375.00 | | $375.00 |
| Demobilization | $295.00 | | $295.00 |

### Total                                    $21,755.07

*Thank You, We Appreciate Your Business*

Sincerely,

EJ Maciasz
GPG, COSS, LWWC