# INVOICE- 38

**Client:**                                                                                           **Date:**     30 December 2013

Soren E. Gisleson, Esq.
Partner
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: Wisner Donation Trust/DWH environmental monitoring and assessment

December was a busy month reviewing and responding to requests for review and expert opinion. The month also involved continued reviewing field reports as part of oiled beach clean-up activities and beach monitoring, the Port Geo-tube beach stabilization project, Caminada Headlands Restoration plan, and continued investigation of the weathering and transport processes of DWH oil in transit from offshore sources to the Fourchon shoreline. I continue to serve on the Wisner Donation Trust Oil Spill Science Assessment Team as a professional coastal marine geologist on the topics of coastal geology, geomorphology, nearshore processes and coastal engineering. Specific expertise is contributed on the topics of the geologic history and evolution, ecosystem restoration and coastal and nearshore sediment transport processes of the Louisiana delta plain, specifically the Fourchon-Caminada region.

This invoice is for professional services performed for December 2013. Services performed during this period consisted of providing almost daily scientific review and comments on beach clean-up and monitoring reports as well as news articles; input and recommendations for the meeting with BP follow up memo., comment on the Port Geo-tube and CHP nourishment project, comment on the BP beach trenching transect plans, collaborating with John Pardue on preparing Wisner-funded plans to delineate oil mats in the seabed offshore Caminada and for conducting laboratory studies at LSU, and collaborating with J. Pardue on the Geoprobe beach sampling plan. Consultation and recommendations were provided by means of email reports and phone calls. Details for the primary activities are below.

**Work time:**

**Monitoring activities/compliance with the Wisner/BP Access Agreement**

- Continued review of literature on sampling oil in seabed and marine transport processes- 2 hr
- Confer with J. Pardue, Sonny M., and Dean on Geoprobe Wisner-funded surveys of the beach- 3.5 hrs
- Review and comment on draft letters about oil cleanup issues from Wisner and Wisner attorneys to BP and federal officials- 2.5 hrs
- Review and recommendations on LA OPS collection data reports and monitoring of the beach- 4.5 hrs
- Review and comments on BP beach transect trenching plans- 2 hrs
- Staying abreast of the CHP beach nourishment and Geo-Tube projects- 3 hrs
- Review and comment on SOW LA OPS, BP plans for mat removal and beach trenching, news articles and Wisner letters, site visits, meeting, and phone calls in response- 5 hrs

EXHIBIT 4

- Review and comment on SCAT and Forrest T. tracking reports and site photographs- 4.5 hrs

**Subtotal:**   27 hours @ $ 275.00= $7425.00

**Official travel:**

Actual partial expenses for travel and participation in the GOMRI Oil Spill & Ecosystem Science Conference, Mobile, AL, 26-30 January 2014. Balance of expenses will be submitted in January invoice.

| | |
|---|---|
| Registration- | $500.00 |
| Airfare- | 466.10 |
| RT transport home to Logan AP- | 220.00 |
| Hotel- | 862.58 |
| Subtotal: | $2048.68 |
| **Total:** | **$9473.68** |

Please remit to:

S. Jeffress Williams
Coastal Marine Geologist
24 Alder Lane
North Falmouth, MA 02556

jeffresswilliams@comcast.net
Home office phone: 508.563.6308
Mobile phone: 774.392.2919