# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**     $23,614.54

Invoice number:  4933

Invoice date:  1/31/14

To:  Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 3 | trip mileage (1/2/13) | $146.40 | $439.20 |
| 1 | 12/2/2013 expenses | $250.34 | $250.34 |
| 10 | Pardue hours at site (1/2/13) | $250.00 | $2,500.00 |
| 10 | Pardue hours at site (1/3/13) | $250.00 | $2,500.00 |
| 20 | Field environmental scientist (1/2-1/3) | $125.00 | $2,500.00 |
| 40 | Field techs (2 on 1/2-1/3) | $30.00 | $1,200.00 |
| 1 | Crescent Drilling (1/2-1/3) | $3,750.00 | $3,750.00 |
| 10 | Pardue hours (core descriptions) 1/4 | $250.00 | $2,500.00 |
| 10 | Field environmental scientist (core) 1/4 | $125.00 | $1,250.00 |
| 2 | Field equipment (ATV, trailer) | $200.00 | $400.00 |
| 5 | Temporary wells | $200.00 | $1,000.00 |
| 5 | Sampling Containers | $65.00 | $325.00 |
| 6 | Review and response of post-Karen plans | $250.00 | $1,500.00 |
| 14 | Analytical time (Pardue) | $250.00 | $3,500.00 |
|   |   |   | $23,614.54 |

Make Payment to:

John H Pardue, PhD, PE

EXHIBIT 5

1/2 - 1/3/2014

**Receipt 1 (left):**

```
[...] SUPPLY LLC
[...] RAPPELET RD
[...] MEADOW, LA 7[...]
BATCH: 0-3
S-A-L-E-S  D-R-A-F-T
  72979857
  920006321

...CHASE
JAN 03, 14  07:36:16

L.                      $24.

        ...IPT OF GOODS
SE[...] IN THE AMOUNT OF THE
[...]N HEREON AND AGREES TO PERFORM
[...]LIGATIONS SET FORTH [...] THE
[...] AGREEMENT WITH T[...] ISSUER

FOR USING VISA

...TOMER COPY

                Total
                11.99  T

[...]  1   5.99    5.99  T

[...]       1   0.75    0.75  T
WAMPUS
[...]HUES

Subtotal       18.72
B F B 9.2000%   1.72
                0.00

AL DUE         20.44

        Visa   20.44

RECEIPT REQUIRED
   FOR RETURNS

WARRANTY INFORMATION
    AVAILABLE
  ON REQUEST

<< CUSTOMER COPY >>
```

**Receipt 2 (center):**

```
KAJUN TRUCK PLAZA
640 A O RAPPELET RD
GOLDEN MEADOW, LA 70357

Merchant ID: 7603
                       Ref #: 0003
Clerk ID: 1

           Sale

XXXXXXXXXXXX6543
VISA        Entry Method: Swiped

Amount:    $    18.01
Tip:            3.00
Total:          21.01

01/03/14              07:30:35
Inv #: 000003    Appr Code: 826649
Transaction ID: 004003486352364
Apprvd: Online      Batch#: 000277

         Customer Copy
         THANK YOU!
```

**Receipt 3 (right):**

```
        SHARP
      PRESENTS THE
  LEEVILLE SEAFOOD REST

01/03/2014  2:04PM    09
000000#8577        CLERK09

Shr Salad           T1 $12.95
Cup soup            T1  $4.95
Lunch               T1  $7.95
House Salad         T1  $4.25
Shrimp              T1 $14.95
Loaded              T1  $1.05
Fish                T1 $14.95
Fried Claw          T1  $9.95
Shr Salad           T1 $12.95
Shr poboy           T1  $9.95
Potato salad        T1  $2.50
soft drinks         T1  $1.50
soft drinks         T1  $1.50
soft drinks         T1  $1.50
soft drinks         T1  $1.5
Tea                 T1  $2.2[5]
Tea                 T1  $2.2[5]
coffee              T1  $2.25
MDSE ST              $109.15
TAX1                  $10.03

ITEMS     18Q
CHARGE2   $119.18

        grat  23.84

        SHARP
      PRESENTS THE
  LEEVILLE SEAFOOD REST

        Total

        143.02
```

**KIEF HARDWARE, INC.**
16230 HWY 3235
CUTOFF, LA 70345
985-325-7077

www.cajunhardware.com

Transaction#: FA142595
Associate: LAURIE
Date: 01/02/2014    Time: 08:34:35 AM

*** SALE ***

| Item | Price |
|---|---|
| NAB WHEAT THINS ORIG - 542689 | |
| 1.00 EACH @ $3.79 T | $3.79 |
| MINI MOON PIE BANANA - 548633 | |
| 1.00 EACH @ $2.85 T | $2.85 |
| TOSTITOS CANTINA TRAD CHP-07126600 | |
| 1.00 EACH @ $3.29 T | $3.29 |
| OM CHEESE PIZZA - 928985 | |
| 2.00 EACH @ $3.09 T | $6.18 |
| 33GAL/10CT TRASH BAGS - 610151 | |
| 1.00 PKG @ $7.99 T | $7.99 |
| NUTRI-GRAIN BARS BLUEBERR-35700 | |
| 1.00 EACH @ $2.95 T | $2.95 |
| NAB NUTTER BUTTER - 542539 | |
| 1.00 EACH @ $4.29 T | $4.29 |
| TOSTITOS BEAN CHEESE DIP-8536 | |
| 1.00 EACH @ $3.49 T | $3.49 |
| 5 GAL BUCKET - 782920 | |
| 2.00 EACH @ $5.99 T | $11.98 |
| 084305355584 | |
| RED MARKING FLAGS - 151794 | |
| 1.00 EACH @ $5.79 T | $5.79 |
| 024721109866 | |
| 21" WHITE MARKING FLAG - 337497 | |
| 1.00 EACH @ $8.99 T | $8.99 |
| 024721039378 | |

Subtotal: $61.59
4%  - Louisiana: $2.47
5.2% - Lafourche: $1.81
TOTAL: $65.87

VISA: $65.87
CHANGE: $0.00

BUYER AGREES TO PAY TOTAL AMOUNT ABOVE
ACCORDING TO CARDHOLDER'S AGREEMENT
WITH ISSUER

Approval: 795344
CNUM: VISA-************6543
EXP: **/**