# Remedial Plan for Breach 1 DWH Oil Contamination, Fourchon Beach, Louisiana

29 April 2014

John Pardue and S. Jeffress Williams, Wisner Science Team

## 1.0 Current Situation

The Breach 1 area on Fourchon Beach has been subject to a number of mechanical efforts by BP to remove oil that accumulated in front of a rock dam constructed in 2010 to prevent oil migration landward from the beach(**Figure 1**). Millions of pounds of oiled sands have been removed from this location, but surface and subsurface oil exceeding the standards are still present. Since the end of the last mechanical removal effort at Breach 1, the Wisner science team has investigated the oil remaining at this site and the potential technologies available to complete the clean-up. A summary of findings to date is presented below:

1. <u>Subsurface oil</u>: Sixty borings were taken in January 2014 using a Geoprobe with 2" diameter sleeves inserted all the way to the relict marsh clay layer. Approximately 8 feet of sand overlie a thick clay deposit at this location. Of the 60 borings, oil was detected in 54 as confirmed by GC-MS. A total of 29 of the borings had oil with a thickness exceeding 3 cm, in violation of the standard applied to the rest of the beach and Gulf of Mexico (**Figure 2**).  Analysis of PAHs using GC-MS was conduced on a subset of these samples and weathering ratios used to determine how much the oil had weathered over the 3.5 years since reaching the shoreline. Weathering ratios are calculated by dividing the concentration of 3-ring PAHs (alkylated phenanthrene and dibenzothiophenes) by the concentrations of 4-ring alkylated chrysenes. These have been tracked at various locations across Fourchon Beach from 2010 to the present. Declines in the weathering ratios reflect processes occurring over time, i.e., biodegradation, which degrades the lower molecular weight PAHs. Weathering ratios computed from subsurface oil at Breach 1 indicate that PAHs had experienced very limited weathering. This is expected due to the inability of microbial populations to degrade 3-4 ring PAHs in the absence of oxygen, discussed below. This is consistent with findings to be presented at the International Oil Spill Conference in May 2014 (Pardue et al., 2014) on subsurface oil sampled across the beach environment.

2. <u>Groundwater conditions</u>.  During the period of taking the borings, a total of nine, 1-inch diameter piezometers were installed, screened over the bottom 4 feet of the beach sands. These piezometers are being sampled frequently to determine the character and composition of the groundwater at this location. The beach groundwater is completely devoid of oxygen (<0.1 mg/L) and is hypersaline (>40

EXHIBIT

10

ppt).  Free oil has been observed in 2 different wells and is persistent in MW-5 (**Figure 3**). In this context, "free oil" is defined as an oil layer accumulating in the interior of the well such that oil droplets are pulled into the pump during low-flow sampling. In the other wells, groundwater is consistently colored, ranging from yellow to black (presumably due to formation of pyrite (FeS) observed as particles in the sample). Rainbow sheens have been observed in 4/9 wells (**Figure 4**). Beach groundwater sampled along atransect towards the marsh suggests that groundwater contaminated with oil sheen in discharging in the adjacent marsh. Additional investigation of this phenomenon is ongoing.

3. Surface conditions. The beach surface is permanently wet in the area described above. The water observed on the surface is most likely beach groundwater discharging to the surface due to the alteration of the beach profile (i.e., removal of beach sediment) during the last oil removal action in 2013. This saturation may prevent weathering that would normally occur in SRBs and other forms of surface oil if the sand were drier (Elango et al., 2014). While some SRBs can still be observed on the surface, the majority of surface oil is wet oiled sands that would be extremely difficult to remove manually. Plowing was attempted to expose oil to the surface but identifying oil against the color of wet sand is very difficult. Tilling has also been requested that would break surface oil into smaller pieces, presumably to encourage natural recovery. This would be similarly ineffective since oxygen does not exist in the groundwater saturating the beach surface.

Taken together, results indicate that natural recovery will not lead to additional weathering over a time frame that is reasonable. Data collected from the beach groundwater to date indicates that natural recovery will be very slow due to the absence of oxygen in the groundwater. Most of the remaining oil is submerged beneath the level of the anoxic groundwater and would rarely be exposed to oxygen for aerobic biodegradation of any other weathering processes. The failure to replenish sand removed from this site has created the additional damaging situation of groundwater discharging directly onto the surface. The groundwater is contaminated with oil compounds, which creates one category of damage. The continual wet nature of the surface is this area prevents natural recovery via biodegradation. This is another unintended consequence of failing to restore the beach profile to its previous condition. An active remediation strategy is going to be required to bring this to completion.

## 2.0 Possible technology approaches

*Excavation and sand replacement.* Removal of all of the contaminated sand and replacement with clean  sand similar in sediment texture and composition would readily remediate the problem and was the preferred remedial approach recommended by the Edward J. Wisner Donation. That option was not selected as a feasible option by GCIMT even though it has the best chance of success. Similarly,

mechanical removal by selective excising oiled sands based on visible oiling has failed after repeated attempts and is not advisable given past experience at this site.

*In situ* bioremediation using solid oxidants is an industry standard approach for hydrocarbon contaminated soils and aquifers. While several proprietary products are on the market, Regenesis' product Oxygen Release Compound® Advanced (ORC), a calcium oxyhydroxide, has been widely used. The material is applied either dry or as a slurry and is designed to slowly release oxygen over the period of a year. It can also be applied passively through porous "socks" placed in larger diameter wells (2" diameter or greater). As the compound slowly dissolved, oxygen is released that can be used by hydrocarbon-degrading microorganisms to remove the oil.

*In situ* bioremediation using air sparging is an alternate, potentially less expensive approach, that would yield similar results to addition of a solid oxidant. In this method a manifold of PVC pipe would be placed in trenches laid upgradient of the oiled area. A blower would force air into the manifold aerating the groundwater in place. This method would require the intermittent presence of people and equipment on the beach. Importantly, it would be subject to weather interruptions and equipment security issues that would not be present with the solid oxidant.

## 3.0 Selection and design considerations of remedial approach

### 3.1 Rationale
For this setting, the application of a solid oxidant would be the easiest to implement with an excellent change of success.  Recommended ORC application rates range from 0.1 to 1% by weight of the sand mass.  For the most seriously oiled area (100' x 100' by 8'), 8000 lbs of ORC would be required if the lowest application rate (0.1%) were utilized. However, a significant amount of the oxidant load would be consumed satisfying the oxygen demand of the sulfide and dissolved ferrous iron present in the groundwater upgradient of the oiled area. This demand could be better met by air sparging intermittently with a blower powered by a generator or compressed air brought on site. At $10-$15 per pound, use of ORC would be most effective if targeted directly at the most heavily oiled areas This could be accomplished by suspending porous sleeves or "socks" containing ORC suspended in larger diameter wells (2"-3"). This would last for 1 year before they would require replenishment.

### 3.2 Design considerations

The approach would consist of 2 elements to allow oxygenated groundwater to reach the contaminated zone: (1) an air sparging system just upgradient of the oiled zone and (2) wells for the application of ORC, or another solid oxidant. A PVC air sparging system would be placed in a trench near the bottom of the sand bed just

upgradient of the most contaminated area (**Figure 5**). The sparging unit would consist of 3-4 independent sections of PVC penetrating the sand bed, with holes drilled along the length or slotted sections to allow air flow to reach the groundwater. A regenerative blower or compressed air would be sized to provide sufficient aeration to lower the oxygen demand of the groundwater prior to reaching the area where ORC is being applied.  Timing of the sparging would be required to insure that tidal fluctuations were taking the $O_2$ towards the oiled zone, not away from it.

Larger diameter wells (N=8) would be installed in areas with significant residual oiling. In these wells, ORC Advanced would be suspended in socks to the depth of interest. This calcium oxyhydroxide ORC would slowly dissolve over the time frame of a year, providing oxygen to the hydrocarbon-degrading microbial community. The amount of ORC remaining would be checked on a weekly basis and replenished as necessary.

### 3.3 Impacts of remediation

There are no negative impacts from aerating the beach groundwater. Oxygen is a common feature of beach groundwater in the eastern Gulf.  The ORC is non-toxic and would not be exposed to beach wildlife suspended in a capped well. Discharge of groundwater with some residual oxygen would benefit, not impact biota in the adjacent bayou and marsh. Blowers and generators can be selected to minimize noise to prevent limit further disturbance to birds and other beach wildlife. Because of the oil remaining on the surface, it is not advisable for nesting terns, plovers and other shorebirds to spend time on this area. To the extent that the activity would limit bird activity in this oiled area, this would be an additional positive outcome to the activity.

### 4.0 Justification

There are several clear reasons for pursuing this approach:

1.The SCCP remedial guidelines (1") have not been met for this segment and there is no technical reason why they cannot be achieved.

2. The area exists at a breach that has the potential to reopen during the next storm season resulting in re-oiling of the adjacent marsh and Bayou Fer Blanc.

3.  The area is at the eastern property line of Fourchon Beach and trespassers are common from the Elmer's Island side. Surface and subsurface oil creates liability to the Donation.

4. The conditions we have documented above demonstrate that natural recovery under these conditions would be extremely slow and ineffective.

5. The Caminada Headlands Project (CHP) has been approved to the Breach 1 site and time is of the essence to address the remaining oil before the project starts.

6. Recent research from our laboratory has shown that providing oxygen to oiled sands at Fourchon can lead to significant biodegradation of PAHs over time periods of a few months. These studies also computed the specific oxygen uptake rates of MC252 oiled sands that can be used to size the blowers and ORC doses.

7. The continued presence of oil on the beach is a major threat to birds, turtles and other wildlife. This threat will persist until the beach is devoid of oil.

## 5.0 Timeline

- Drillers install 3" wells for ORC application and additional piezometers for oxygen monitoring (2 field days)
- Trenching, construction, and installation of the sparging piping (2-3 days)
- Sparging (10 hours per day, days selected based on tidal conditions), 2 days a week initially, timing to be adjusted based on $O_2$ monitoring results.
- Monitoring and ORC replenishment (monthly)

The expected time frame for completing this process is 6-8 months from initiation of air sparging and ORC application.

## 6.0 References

Elango, V., Urbano, M., Lemelle, K.R., Pardue, J.H., 2014. Biodegradation of MC252 oil in oil:sand aggregates in a coastal headland beach environment. Frontiers in Microbiology 5, doi: 10.3389/fmicb.2014.00161.

Pardue, J.H., Lemelle, K.R., Urbano, M., Elango, V., 2014. Distribution and biodegradation potential of buried oil on a coastal headland beach, International Oil Spill Conference, Savannah, GA.



Figure 1. Rock dam location and geometry



Figure 2. January 2014 borings (red flags indicate oil detections > 3 cm).



Figure 3. Free oil on tubing in MW-5



Figure 4. Rainbow sheen on groundwater sampled from MW-6



Figure 5. Sketch of possible orientation of sparging manifolds