# Scientific Assessment and Remediation of MC252 Oil on Fourchon Beach, Wetlands and Offshore Region, Louisiana

Prepared by: John Pardue and Jeff Williams

For: Edward J. Wisner Donation Trust

Date: 31 December 2012

**Introduction**

The Caminada Headland beach and wetlands in Louisiana was one of the heaviest impacted shorelines following the MC252 spill that began on 20 April 2010. The Caminada Headland consists of Elmer's Island to the east and Fourchon Beach, the subject of this report, to the west. Fourchon Beach is a 9-mile long eroding low-relief, storm overwash-dominated headland landform consisting of thinly bedded fine-grained sandy sediments overlying relict marsh/back barrier muddy organic-rich sediments.  Landward of the beach is a large 35,000-acre region of vegetated *Spartina* wetlands, mudflats, tidal channels and mangroves. Seaward, the very low relief Gulf of Mexico seafloor is composed of muddy and shelly fine sand and silt and clay with occasional outcrops of relict clay-marsh along the shoreface.

The modern seabed sand sheet is underlain by relict marsh sediments composed of clay and dense *Spartina* and mangrove root fragments. This relict marsh-clay substrate crops out in many places along the shoreface and is most likely fairly continuous landward under the beach and backshore sand flats connecting with the modern wetland sediment. This condition of the beach overlying marsh deposits is due to the fact that the modern sandy beach is migrating landward (i.e., 36-55 feet/year) over the marsh surface by overwash processes in response to storm actions (e.g., surge, waves, currents), land subsidence and relative sea level rise at rates of three feet per century.

A limited independent assessment of the oil spill impacts has been carried out since 2010, under direction of Cathy Norman, Land Trust Manager of the Wisner Donation Trust, by the Wisner Science Team led by John Pardue and Jeff Williams. These surveys, site inspections, and scientific studies have focused on the beach, offshore and wetland areas. The Wisner Science Team studies have focused on three primary activities as follows:

1) Mapping, documenting and understanding the distribution and fate of weathered oil as it has come ashore, both on the land surface and buried in the subsurface sediments



1

2) Studying the effects of storms and cold-front passages on erosion of the beach and shoreface, including the creation of inlet breaches across the beach and transport and burial of eroded oil in the beach and landward

3) Determining the effects of the various hard engineering structures emplaced at several of the breach areas following the spill as well as effects of heavy traffic along the beach, and clean-up and sediment excavation and removal activities on beach degradation.

However, more than 2.5 years after the Deepwater Horizon (MC252) platform blow-out accident and oil spill a comprehensive scientific assessment of the spatial distribution of oil and a plan for integrated remediation has not yet been done for the Fourchon Headland region through the Shoreline Cleanup Assessment Technique (SCAT) process. Such an assessment is needed and long overdue for all three environmental regions comprising the Fourchon coastal system:

1) Beach consisting of shoreface, berm, flats, and dunes
2) Vegetated mangrove and marsh wetlands and mudflats landward of the beach
3) Offshore subtidal areas seaward of the shoreline

Results of a comprehensive science-based assessment are critical for closing large data gaps in the SCAT process in the three environmental regions on the Wisner property. Such an assessment should include the data collection procedures described below for each of the three environmental regions. These should augment and complement data already gathered by the Wisner Science Team and SCAT. In addition, an integrated remediation plan is needed that considers the coastal system holistically, offshore, beach and wetland and the drivers for oil transport between the three regions. Those drivers are primarily tropical weather events (i.e., tropical storms and hurricanes) and strong cold fronts that move oil from the offshore to the beach and wetlands. Only when a comprehensive assessment plan and integrated remediation plan are in place will the damages be remediated and the environmental quality and integrity of the natural habitats and processes restored at the Wisner property.

**The overarching goal of this assessment and remediation plan is to estimate current-day and future costs of remediating oil and effects of clean-up activities on the Wisner Trust property**

**Overall findings and assumptions:**

The following overall assumption and findings from the Wisner Science Team were used to prepare the assessment and remediation plan:

1. The MC 252 accident spilled a total of approximately 5 million barrels of oil. A large volume is unaccounted for in the Gulf-wide oil budget.

2

2. The Caminada headland was in the direct path of the oil and has been impacted since the oil started coming ashore in May 2010. Much of the coast and wetlands sustained heavy to moderate oiling from onshore movement and storm action in 2010.
3. Recurrent oiling has occurred in 2011 and 2012 from frequent surge and wave events moving subtidal oil ashore and re-exposing buried oil deposits on the berm and in nearshore regions. Frequent overwash events, driven by high tide and storm surge, remobilize oil mats from the subtidal and intertidal zones onto the beach which recontaminates the beach surface and wetland areas
4. Oil is widely distributed throughout the three zones, both areally and buried in the subsurface properties on the Fourchon Headland property: offshore (sub tidal); beach (intertidal and supratidal) and wetland (mudflat, marsh and mangrove)
5. Due to the frequency and intensity of tropical storms, hurricanes and cold fronts, substantial oiling events will continue into the future with attendant costs to the Wisner Trust Donation
6. Caminada Headland and Fourchon Beach, in particular, is a highly dynamic and sediment-starved coast with historic (1880s to 2005) erosion and land retreat rates of 36 and 55 feet per year, respectively
7. Rates of erosion have increased significantly since 2005 and since the Deepwater Horizon Spill when oil came first came ashore in May 2010
8. A variety of clean-up activities since the spill have disturbed the beach environment, removed large volumes of sand, shell hash and relict clay-marsh, increased coastal erosion and land loss and disrupted natural sediment transport and depositional processes on the beach and along the shoreline. In addition, emplacement of engineering structures(e.g., steel-pile and wooden weirs, rock revetments, wooden board roadways) and heavy vehicle traffic across the beach have interfered with natural coastal and overwash processes, degraded the beach and increased inlet-breaching activity in as many as five regions of the beach along the eastern portion of the headland coast .
9. Costs are estimated 40 years into the future for remediation of remaining oil and damages to the landforms and habitats in the three regions. Because rates of return available to Wisner are close to the expected inflation rates for these tasks, these two are assumed to cancel each other over the time frame of the work. Costs, therefore, are presented as present worth.
10. The costs estimated are contractor expenses for assessment and remediation procedures, including proposed field surveys and studies, data and laboratory analyses, monitoring and data collection, data management, scientific and technical review, and interpretation and report preparation.
11. The data collection, surveying and analysis described in this plan are a first step in assessing oiling effects and are ongoing. Results may or may not result in the need for additional studies and activities

Comprehensive Assessment and Integrated Remediation Plan for the Offshore

The subtidal zone offshore of the Fourchon headland has received little to no assessment or remediation since oil reached the shoreline starting in May 2010. The Wisner Science Team has collected some of the only data for the presence of oil in subtidal zones. This survey employed a series of nearshore shore-normal transects along which 39 sediment vibracores were collected and analyzed. In addition, sampling and chemical analysis of oil mobilized from the offshore immediately after storms have provided additional information on the relative rates of weathering of oil in this zone. The assessment and remediation plan described below is based on the following specific findings and assumptions from the data collected by the Wisner team.

Specific findings and assumptions for the offshore subtidal region

- Oil exists offshore in the form of erodible mat deposits
- On the Wisner property, these oil deposits are associated with subtidal clay-marsh platforms that exist in the offshore, exposed as the beach migrates northward.
- The clay platform is generally covered with relict marsh and mangrove vegetation stubble and roots and abandoned root channels bisect the clay at depth
- Oil is located both on the surface and at depth of these clay platforms where penetration of the oil at depth is possible through the abandoned root channels of the vegetation
- Oil reaching the shoreline is, at least, partly from these deposits although additional sources of oil may exist offshore associated with other coastal features or from other processes (i.e., alongshore transport from other sources)
- Oil is much less weathered (i.e., higher alkane and PAH concentrations) than surface residue balls and surface residue patties (SRBs/SRPs) on intertidal and supratidal portion of the Fourchon headland
- This lack of weathering is an indicator of poor geochemical conditions for biodegradation of the oil in the offshore environment and oil in these environments will not degrade
- Cleanup of the property will not be achieved until these areas are addressed.

Assessment and delineation plan for the offshore

The poor resolution of the offshore vibracore dataset from the Wisner Science Team is not nearly sufficient to adequately identify where these offshore oil deposits are located. Identifying the location of these oiled clay outcrops is needed to begin to mitigate the problem. To that end, the first cost request is the

4

funding required to assess and delineate the location of the subtidal oil in the offshore.

The assessment plan consists of 6 elements:

- Beach sentinel studies after front passages and storms. Studies would track the location of SRBs/SRPs on the beach surface after cold fronts or tropical storm (and hurricane) passage. Teams would associate high oiling frequency sections of georeferenced shoreline with offshore locations to refine oil location activities described below.
- Aerial photography and GIS mapping. High-resolution aerial photography will be conducted during periods of low tide and/or high water clarity to identify the spatial extent of these offshore features. A base map of these offshore clay outcrops would be constructed and detailed as described below.
- Hydrographic and side scan sonar mapping. The location of clay outcrops would be refined by side scan sonar mapping, particularly in locating more eroded seaward features that cannot be seen from aerial photography.
- Sediment grab sampling to ground-truth the survey mapping and determine potential sites for vibracoring. Grab sampling using an Ekman dredge or other appropriate sampling device.
- Vibracoring to measure extent and depth of oil deposits. Once mapping efforts have delineated the location of clay platforms and other features that could trap oil, vibracoring would be used to delineate the spatial location and depth of the deposits.
- Remotely Operated Vehicle (ROV) video and SCUBA dive site inspections. When necessary, ROV and SCUBA inspections and sampling will be used to understand spatial distribution on heavily oiled outcrops.
- Analysis, interpretation and report writing. The 5 elements above will be pulled together by experts on the Wisner Science team to give a 3-D picture of the oil distribution offshore, its potential for further oiling and to develop a more detailed plan for remediation.

Cost estimates for the delineation and assessment plan are attached as Appendix 1.

<u>Remediation plan</u>

Our low resolution preliminary data based on one study of limited scope suggests these contaminated clay platforms are located in Zones 1-4 and can extend as far as 200 feet offshore. This constitutes as area of 57 acres that may be contaminated. However, the lack of sample resolution and absence of data from SCAT on this issue requires assuming an area that encompasses Zones 1-9. This approximate scale (9 mile stretch of Fourchon Beach) can be used to select remedial alternatives as described below.

- Targeted mechanical recovery

Based on results of the provisional offshore coring survey and fact that oiling of the beach and wetlands from submerged oil mats in the offshore occurs frequently with storm events, we expect that the robust assessment plan using geophysical and SCUBA-based surveys described above will locate and identify significant oil mat deposits in offshore regions along the entire Caminada headland coast. For some of the larger deposits in the form of hardened mats and tar masses it may be appropriate to remove them by very targeted mechanical means, especially ones in shallow nearshore waters. For many however, mechanical removal may be impractical and cause more environmental harm than benefit.

o Monitored natural attenuation

Monitored natural attenuation (MNA) is a remediation approach, which quantifies existing weathering processes to assure progress towards a defined clean-up standard. It requires periodic sampling, analysis and assessment of the trajectory of clean-up to understand the factors which control the weathering rates. While MNA is a candidate for offshore oil deposits, the evidence collected by our team on the mat pieces washed ashore after recent storms demonstrates that oil which originated offshore is poorly weathered with higher PAH and alkane than other oil in the system. We interpret this concentration difference as evidence that weathering rates are slow in these areas likely because oxygen is limiting natural biodegradation. Because weathering rate appear so slow, MNA is unlikely to lead to clean-up standards in a reasonable time.

o Sediment Capping

For much of the offshore where oil mats are present, placing sand as a blanket to cap and seal off the oil may be the most suitable remediation measure. Over time too, the sand blanket will be mobilized by wave action and currents and the sand is likely to augment the sand budget, get transported onshore and over time move onto the beach, thereby providing some beneficial nourishment.
A frequently used approach in reducing the environmental impact of polluted sediments is to apply clean sediment onto and cover the surface, effectively capping or sealing off the pollutants. In this case clean sand would be applied as a blanket over areas containing submerged oil mats. The sand should be compatible in sediment texture and composition to the beach and be deposited in thicknesses of about two feet. Potential sources of sand are upland sand pits, riverine deposits or from offshore sand bodies such as Ship Shoal. For the Fourchon shoreline 16,000 yards long and assuming the need to cap 200 yds offshore, the estimated sand volume needed, assuming 0.7 yard thickness, is approximately 2.0 million cubic yards. If significant oil is found on the seafloor

6

seaward of 200 yards from the beach, the sand volumes needed for capping could be significantly larger. For sediment capping assuming cost of sand at $30/cubic yard, the total for initial placement of 2.0 million cubic yards is estimated to be $60 million. Additional costs of design, armoring, and monitoring add to this costs. Costs could be less if oil is less than 200 yards offshore, however costs will be greater if capping beyond 200 yards offshore is needed or if in the future additional oil from deeper water is transported into the nearshore region and deposited on-top of the sand blanket cap.

Comprehensive Assessment and Remediation Plan for the Beach

The beach area has received nearly all of the attention by SCAT-driven cleanup activities at Fourchon Beach, to date. However, reaching remediation endpoints on the beach has been elusive, despite the large level of effort expended. Two factors are contributing to the difficulty in cleaning the beach; the presence of offshore oil deposits, which continue to re-oil the beach during storm passage and the presence of buried SRBs/SRPs and mats on the beach itself, which have been inefficiently located using the SCAT techniques deployed.  Storms including tropical storms, hurricanes and strong cold fronts serve to expose these continuing problems, eroding offshore oil deposits and depositing them on the beach and eroding the existing sand on the beach revealing buried mats and SRBs/SRPs. The impacts of these storms are expected to continue indefinitely with attendant costs for the Donation.

A second aspect of beach damages is the impacts of the clean-up activities on the geomorphology of the beach. Observations and frequent surveys by the Wisner Science Team since May 2010 show that the sand-starved condition erosive condition of Fourchon Beach has been significantly exacerbated by the cumulative impacts of clean-up and response activities associated with the MC 252 oil spill. The removal of large volumes of oiled sand without replacement has provided further challenges for this sand-starved beach. Assessment and remediation activities need to consider not only oil removal but remediating the damage caused by the clean-up activities, themselves.

The assessment and remediation plan described below is based on the following specific findings and assumptions from the data collected by the Wisner team and SCAT surveys.

Specific findings and assumptions for the beach

- o Oil remains buried on the beach in the form of SRB/SRPs and mats.
- o Additional oil is being added to the beach environment whenever storms occur.
- o Locating and removing oil will require substantial effort via more refined assessment methods into the future.

- The large amount of oiled sand removed from the beach during cleanup operations has negatively impacted this sand-starved system which has made the effects of storms more pronounced than before the spill
- Human and vehicle traffic has impacted beach processes (i.e., dune formation) which make the beach more susceptible to erosion and oil transport and deposit in the wetlands north of the beach
- Widespread dispersal and burial of oil by storm wind, surge and waves as the oil came shore, large volumes of surface oil buried with vertical accretion of the beach by onshore sand bar migration and longshore sand transport following storm action
- rates of erosion and shoreline retreat greater than historic rates,
- formation of numerous washover fans and five new tidal inlet breaches of the beach (e.g., Bayou Thunder, Bayou Moreau, Bay Champagne),
- loss of beach elevation and dunes,
- accelerated erosion and retreat of the beach during storms due to damage to the beach from deep cleaning excavations and sediment removal,
- damage to wetlands by oil and sand overwash deposits,
- damage by excavation to the relict clay-marsh platform fronting the beach and shoreface, and
- loss of sediment from the coastal system sediment budget from removal of large volumes of oiled sand and shell hash.
- These observations and conclusions are based on a variety of data collected since 2010 such as post-storm studies after TS Lee, TS Dennis, and Isaac, beach site surveys, contracted aerial flight photography surveys, two ground-based topographic surveys, and cross-beach transects. Effects of TS Lee on the coast are detailed in a contract report by SJ Williams dated 26 September 2011 and an assessment of beach tilling effects as a bioremediation method, proposed as part of the "deep cleaning" procedures, is contained in a contract report by SJ Williams dated 20 June 2011.

Assessment Plan for the Beach

Assessment of the beach recovery has 2 dimensions: a) the ongoing assessment activities for finding and removing oil on the beach and b) the ongoing assessment of the geomorphology of the beach and the impacts of cleanup activities on natural beach processes. Funds are required for both of these activities as detailed below.

Recently a new iteration of SCATs beach assessment plan has been deployed which include augering on much tighter centers (i.e., 5 m) to detect buried oil on the beach more efficiently. We anticipate that these modified techniques will be more effective but we believe delineation of oil on the beach will continue well into the future. A small fraction of the oil that is observed during augering, for example, is actually removed due to operational limits on "recoverable" oil. Therefore substantial oil remains on the beach even when areas are investigated

with more efficient methods. This oil can be remobilized during storm events and deposited on the surface requiring additional effort for assessment. Additional strategies will likely be required in the future as these methods reach their effective limits. Wisner's costs of participating and observing these processes are detailed in Appendix I.

Secondly, ongoing assessment in required to measure impacts of the cleanup processes on beach processes and geomorphology. In a worst case scenario, these impacts acting in concert with natural processes may further degrade the entire Caminada coastal system and lead ultimately to widespread ecosystem collapse. Such a collapse of the Caminada headland would imperil not only the beach landforms and important wildlife habitats but also the interior wetlands and infrastructure landward of the coast. Therefore, careful monitoring of the beach is required which goes beyond the beach profiles measured by SCAT teams. Required elements include periodic (annually) topographic surveys, semiannual aerial photography, and site surveys with photography for major storm events. Wisner's costs of measuring these processes are detailed in Appendix I.

Remediation Plan for the Beach

Ongoing remediation of the beach has been underway since 2010. Two aspects of the damages are the costs of cleaning up the oil on the beach and the costs of repairing the damage caused by the clean-up activities themselves. For the first aspect, the remediation of oil on the beach, we first assume that Wisner will be picking up the costs of cleanup in the near future. Future costs will be directly related to the frequency of storms (hurricanes, tropical storms and strong cold fronts). An independent analysis of storm return periods funded by Wisner show that return periods of hurricanes, tropical storms and strong cold fronts are 0.77, 1.6, and 2.0, respectively. Using these return frequencies and the level of cleanup effort required for TS Lee and Hurricane Isaac as a guide, costs of projected cleanup costs into the future are estimated and detailed in Appendix I.

The cleanup into the future will rely on methods that are as low-impact as possible, utilizing manual methods for SRBs/SRPs removal when possible. For higher intensity storms (i.e., hurricanes and tropical storms) costs are included for mechanical teams using sand removal followed immediately by sand replacement. Since the remedial approach for the beach would be more integrated (i.e., simultaneously address offshore and wetlands sources and sinks, costs for beach cleanup would decline over time.

For the second aspect of remediation, repairing the beach for damages from the spill and subsequent clean-up response, this could be accomplished through the Caminada Headlands Project (CHP). The project is a critical element of the Barataria Basin Barrier Shoreline Restoration Project, the highest coastal protection priority contained in Louisiana's Coastal Area Plan. The CHP covers 13 miles of the coast from Belle Pass east to Caminada Pass and includes all

nine miles of the Donation beach property. The CHP is currently in the design, permitting and review process.  The project will consist of dredging sand from Ship Shoal and using it to restore the beach and dune system. The general design is to elevate and widen the beach berm to 4.5 feet and 65 feet, respectively, and build a dune with seven-foot elevation and approximately 200-300 feet in width.

The bids for the initial Increment I dredging of sand for nourishment of the western most 4.8 miles of beach from Belle Pass to the east were opened the end of December 2012. The winning bid by Weeks Marine was $55.5 million for dredging 2.8 million cubic yards of sand from Ship Shoal ($20/cubic yard). The design plans and permitting for Increment II beach nourishment for the rest of the Caminada coast east to Caminada Pass are preliminary and permits are being sought. Final review and design plans are expected by January 2013.

The preliminary cost estimate is $117 million but the second increment of nourishment is not yet funded. In addition, the CHP is a one-time nourishment that has a finite life expectancy, so maintenance and periodic re-nourishments will be needed into the future to maintain integrity of the headland landform. Continuous monitoring and technical review of the nourishment project will also be required. The intervals of re-nourishment are estimated to be every five to ten years depending on storm activity and rates of erosion. Payments by BP could be used to complete the funding of the Caminada Headlands Project as well as re-nourishments as needed.

Comprehensive Assessment and Remediation Plan for the Wetland

To date, no comprehensive effort has been made to quantify the extent of oiling in the wetland areas including mudflats, marsh and mangrove area. These areas were oiled during 2010 during overwash events associated with tropical weather and have received repetitive oiling following tropical events in 2011 and 2012. The Wisner Science Team has documented and delineated several areas including marsh and mangrove contamination north of Breach 3 and mudflat contamination north of the breach in Zone 1 from TS Lee. No monitoring or ongoing assessment of oil fate is being conducted by

To mitigate the damage caused in the wetland area 2 activities are required: a comprehensive assessment program to delineate oiling in the wetland areas and remediation activities to monitor and when possible, accelerate the clean-up trajectory.  These are described below:

Comprehensive assessment plan for wetland areas

Building from activities conducted by the Wisner Science team, a comprehensive assessment of oil in the mudflat, marsh and mangrove areas north of Fourchon Beach. To date, our team's efforts have documented oiling in the marsh and

mangrove areas north of breach 3 where oil penetrated during the summer of 2010. In addition we have begun to document movement of oil into mudflats and marshes behind the breach opened by TS Lee in Zone 1 in 2011. This area was further oiled after Hurricane Isaac in 2012. These are just 2 areas of the 63 connections between the beach and the wetland area in Zones 1-3. Many of these areas show evidence of oil penetration into the wetland from overwash events associated with tropical weather and strong cold fronts.

The objectives of the assessment plant are to document where oil penetrated, how much oil is present in these areas and to assess the relative weathering of the oil present and the potential for further weathering events.  Elements of the assessment plan would include the following:

- o  Delineation of oil penetration into marsh, mangrove and mudflat environments. Building from measurements made by the Wisner team in Zones 1-3, this work will systematically sample and analyze for (via coring, visual assessment and chemical analysis) the presence of MC252 oil in these impacted environments north of Fourchon Beach. Work will proceed from known entry points at breaches and washover fans previously mapped by the Wisner Science Team.
- o  Weathering and fate measurements in impacted wetland environments, once identified, the relative wreathing of oil will be determined by GC-MS analysis referenced to poorly degradable biomarkers like C30-hopane. At characteristic locations (mudflat, marsh and mangrove habitats), repetitive field sampling and laboratory studies will be conducted to determine factors controlling weathering in these environments and to decide whether rates will continue into the future.
- o  Mapping of transport vectors. The transport of water and sediments north of Fourchon Beach is complex and driven by presence or absence of breaches, several cut channels and relict natural channels. Mapping of oil detections from delineation activities described above will allow us to understand where oil is likely to be transported in future overwash events and in past oiling events.

Integrated Remediation Plan for Wisner Wetland Environment

To date, no efforts have been made to remediate marshes, mangrove or mudflats areas impacted by MC52 at the Wisner donation property. Natural recovery of these environments is the de facto approach but no ongoing monitoring is being conducted to determine if any recovery is occurring in these systems and at what rate. Monitored natural recovery in contrast, is the ongoing measurement of the processes that are driving natural recovery, i.e., biodegradation of MC252 crude oil components, at sites representative of those that are oiled. In this remediation approach, results are periodically assessed and the progression toward a recovered ecosystem determined. When processes

stall or are shown to be slow from the outset, intervention, in the form of external nutrients or electron acceptors can be accomplished.

Monitored natural recovery would be applied to the following habitat and oiling conditions:

- o Oiled marsh, mangrove and mudflats from initial oiling events. These are wetland habitats impacted by oiling during the summer of 2010 when

- o Oiled marsh, mangrove and mudflats from washover oiling events. These are wetland habitats where oiling (SRBs/SRPs)

<u>Monitoring of MC252 oil weathering.</u> Oiled sediments and plant material will be sampling from targeted, representative sites, extracted and analyzed on high-resolution GC-MS. Concentrations of various MC-252 crude oil components would be normalized to C30-hopane and other poorly degradable biomarkers present in MC252 oil. Changes in these normalized concentrations will be followed over time to assess clean-up trajectory.

<u>Establishing geochemical conditions present in each environment</u>. Geochemical sampling for nutrients (N and P), electron acceptors ($O_2$, sulfate) and other important parameters (salinity, temperature) will be conducted at the same targeted sites.  This evidence will be used in conjunction with the chemical analysis to infer efficiency of processes.

Microbial population analysis. Periodically, microbial community structure analyses will be conducted to confirm that microorganisms are present that are capable of degradable the remaining oil in the wetland system.

**Overall cost estimate summary for the assessment and remediation activities**

| Offshore | | Costs | Appendix I Details |
|---|---|---:|---|
| | Assessment | $2,388,688 | Subtidal A.1 |
| | Remediation | $66,450,000 | Subtidal R.1 |
| | Contingency (15%)[1] | $10,325,803 | |
| | **Subtotal** | **$79,164,491** | |
| **Beach** | | | |
| | Assessment | $5,840,000 | Beach A.1 |
| | Remediation | $280,169,283 | Beach R.1 |
| | Contingency (15%) | $42,901,392 | |
| | **Subtotal** | **$328,910,675** | |
| **Wetland** | | | |
| | Assessment | $4,224,100 | Wetland A.1 |
| | Remediation | $18,258,000 | Wetland R.1 |
| | Contingency (15%) | $3,372,315 | |
| | **Subtotal** | **$25,854,415** | |
| | | | |
| | **Total** | **$433,929,582** | |

[1]Note, contingency funds are intended to cover the risk that actual costs of assessment and remediation are greater than expected and estimated. These funds would be paid upon documentation of greater than estimated costs

Appendix I

Specific cost details for Offshore, Beach and Wetland Assessment and Remediation