# Caminada Headland Beach and Dune Restoration Increments I and II (BA-45, BA-143)





EXHIBIT 14

committed to **our coast**

# Project Origin

- **2004 LCA Barrier Island Feasibility Study**

    Louisiana Coastal Area Study (LCA) identified Caminada Headland as a near-term critical project.
    - Chiefs Report Signed June 2012

- **Increment I Funded by CIAP / State Surplus of 2008**

- **Increment II Funded by NFWF**

Coastal Protection and Restoration Authority

# Caminada Headland

- Former site of the mouth of the Mississippi River

- Approx. 14 miles long

- Consists of narrow, low lying sand dune and beach berm, barrier marshes and chenier ridges

- Shoreline erosion rate of 45 feet per year

- No other Louisiana headland remains attached to the distributary that formed it.



Coastal Protection and Restoration Authority

# South Pelto Borrow Area

Both Projects are utilizing an offshore sand resource from the South Pelto Blocks of Ship Shoal approximately 27 nautical miles away from the Headland



Coastal Protection and Restoration Authority

# Increment I vs. Increment II



# Project Comparisons

|  | Increment I | Increment II |  |
|---|---|---|---|
| Beach Elev. | +4.5 | +4.5 | Ft. NAVD88 |
| Beach Width | 65 | 65 | Average Ft. |
| Dune Elev. | +7.0 | +7.0 | Ft. NAVD88 |
| Dune Crest Width | 290 | 290 | Average Ft. |
| Surface Area | 303 | 489 | Acres |
| Total Fill Volume | 3,310,000 | 5,390,000 | Cubic Yards |
| Total Length of Project | 31,000 | 39,000 | Linear Feet |

Coastal Protection and Restoration Authority

# Project Schedules

## Increment I

- Construction Start August 2013
- Construction Completion Summer 2014

## Increment II

- Advertise for Construction Spring 2014
- Construction Start Late Summer 2014

Coastal Protection and Restoration Authority



Barge Being Filled at Borrow Area



Sediment Being Pumped

