UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG       ) | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the   ) | |
|     GULF OF MEXICO, on                  ) | SECTION: J |
|     APRIL 20, 2010                            ) | |
|                                                            ) | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO:  ) | MAG. JUDGE SHUSHAN |
|                13-1971                              ) | |
| _____) | |

**MOTION TO DISMISS WITHOUT PREJUDICE EXPEDITED MOTION FOR SPECIFIC PERFORMANCE**

**NOW COMES** Plaintiff**,** Edward Wisner Donation (hereinafter "Donation" or "Wisner") through undersigned counsel, who submits the instant Motion to Dismiss without prejudice its Expedited Motion for Specific Performance and avers as follows:

1.  On June 6, 2014, Wisner filed an Expedited Motion for Specific Performance, MDL 2179 Rec. Doc. 13002, which was referred to Magistrate Judge Wilkinson, Rec. Doc. 10.

2.  Judge Wilkinson held a status conference and subsequently entered an Order directing as follows:

    > [N]o later than **July 17, 2014**, plaintiff must either (a) file a motion voluntarily to dismiss this motion without prejudice, since the complaint in the underlying member case in which the motion was filed clearly states no cause of action (i.e., breach of contract concerning the subject

-1-

    "access agreement") of the type that might support the equitable relief sought in the motion, <u>or</u> (b) advise me, in writing, with a copy to BP's counsel, that it seeks to pursue the motion in C.A. No. 13-1971, rather than refiling it in a procedurally proper fashion in C.A. No. 14-1525.

Rec. Doc. 13.

3.  Wisner hereby submits the instant motion as its election to dismiss its motion without prejudice.

4.  Wisner submits this dismissal with a full reservation of rights of claims and causes of action in *Edward Wisner Donation v. BP, plc, et al*, No. 13-1971, and the Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401], and 10-8888 [Rec. Doc. 133248].

5.  Dismissal of the motion does not constitute dismissal of any claims or causes of action in the instant matter or any other matter.

Respectfully submitted,

/s Soren Gisleson

| | |
|---|---|
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| E-Mail: sherman@hhkc.com | Bob Wright La Bar No. 13691 |
| Soren E. Gisleson, La Bar No. 26302 | DOMENGEAUX WRIGHT ROY |
| E-Mail: sgisleson@hhkc.com | & EDWARDS LLC |
| HERMAN HERMAN & KATZ LLC | 556 Jefferson Street, Suite 500 |
| 820 O'Keefe Avenue | Lafayette, Louisiana 70501 |
| New Orleans, Louisiana 70113 | Telephone: (337) 233-3033 |
| Telephone: (504) 581-4892 | Fax No. (337) 233-2796 |
| Fax No. (504) 569-6024 | E-Mail: jimr@wrightroy.com |

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA  70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 17$^{\underline{th}}$ day of July, 2014.

  **/s/Soren Gisleson**