UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| *Nos.* 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Briefing on Plaintiffs' Motion to Strike Affirmative Defenses
and Motion *in Limine* Regarding Potential Third-Party Fault (Rec. doc. 13108)]

The Court entered a scheduling order governing the Oil Pollution Act ("OPA") test case trials on June 3, 2014 (rec. doc. 12972). On July 7, 2014, the plaintiffs filed a motion to strike affirmative defenses and motion *in limine* regarding potential third-party fault, including application of any alleged "superseding" caused defense premised on governmental action or inaction following the spill. Rec. doc. 13108. Having reviewed the motion, it appears that plaintiffs have raised significant legal issues the resolution of which could substantially impact discovery in these cases. Accordingly,

IT IS ORDERED that this matter be briefed for submission. BP's opposition (limited to 35 pages double-spaced) shall be filed on or before **Friday, August 8, 2014**; plaintiffs' shall file any reply (limited to 15 pages double-spaced) on or before **Wednesday, August 20, 2014**. Thereafter, the matter will be under submission.

New Orleans, Louisiana, this 17th day of July, 2014.

CARL J. BARBIER
United States District Judge