UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION "J" |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE: BARBIER |
| Housing Authority of the City of Prichard v. BP, PLC, et al. | * * * | MAGISTRATE: SUSHAN |
| Civil Action No: 2:13-cv-2669 and 10-md-2179 | * * | |

**SUPPLEMENTAL AND AMENDING COMPLAINT**

Plaintiff, the Housing Authority of the City of Prichard ("PHA"), originally brought Civil Action No. 2:13-cv-2669 against the defendants, BP EXPLORATION AND PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY, INC.; BP, P.L.C.; BP AMERICA, INC.; BP PRODUCT NORTH AMERICA, INC.; HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; SPERRY DRILLING SERVICES; CAMERON INTERNATIONAL CORPORATION; M-I, LLC; WEATHERFORD U.S. L.P.; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, L.P.; MOEX OFFSHORE 2007 LLC; MOEX U.S.A CORP.; and MITSUI OIL EXPLORATION COMPANY LTD.

1.

As of the filing of this pleading, Weatherford U.S., L.P. ("Weatherford") has not filed an Answer in Civil Action No. 2:13-cv-2669.

2.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary judgment in Weatherford's favor. (*See* Rec. Docs. 5653 in Civil Action No. 2:10-md-2179). In the Court's Order, Rec. Doc. 5653, the Court stated, "the Court finds for reasons stated in Weatherford's memoranda that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

3.

Subsequently, on April 10, 2012 the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec.Doc.5653 and 5711 in Civil Action No. 2:10-md-2179), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402 in Civil Action No. 2:10-md-2179).

4.

On June 4, 2014, the Court issued an order instruction counsel to "file an amended complaint…deleting Weatherford as a named defendant…" in this proceeding. (*See* Rec. Doc. 12984 in Civil Action No. 2:10-md-2179).

5.

In accordance in the Court's Order of June 4, 2014, PHA hereby deletes Weatherford as a named defendant in Civil Action No. 2:13-cv-2669 and dismisses its claims brought against Weatherford in Civil Action No. 2:13-cv-2669.

6.

PHA reserves all rights and claims against all other defendants in Civil Action Nos. 2:13-cv-2669 and 2:10-md-2179.  PHA reavers and reasserts all claims, facts, causes of action, pleas, remedies, requests for relief, and all other matters plead in its original Complaint against all other defendants as if they were pled herein *in extenso*. PHA requests a trial by jury.

           Respectfully submitted,

           /s/ *Kasie M. Braswell*
           Kasie M. Braswell
           kasie@braswellmurphy.com

           /s/ *D. Brian Murphy*
           D. Brian Murphy
           brian@braswellmurphy.com

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503
(251) 438-7949 (fax)

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 17th day of July, 2014, electronically filed the foregoing utilizing the LexisNexis File and Serve system, which will send notification of such filing to all counsel of record.

      /s/ *Kasie M. Braswell*_____
      **Kasie M. Braswell**