**EXHIBIT A**

| *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*<br>Civil Action No. 10-MD-2179-CJB-SS<br><br>FORM FOR DISCLOSURES CLARIFYING THE BASIS FOR B3 CLAIMS<br>AGAINST THE CLEAN-UP RESPONDER DEFENDANTS[1] |
|---|

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Phone Number | | E-Mail Address | |
| Address | | City / State / Zip | |
| Attorney Name and Firm | | Attorney | |

Please indicate your status with respect to the Medical Benefits Class Action Settlement Approved by the Court (Rec. Docs. 8217, 8218):

☐ Properly opted out of the Medical Benefits Class Action Settlement

☐ Not a member of the Medical Benefits Settlement Class

☐ Other:_____

You are pursuing a claim against at least one Clean-Up Responder Defendant by way of (*select all that apply*):

☐ Joinder in the Amended B3 Master Complaint (Rec. Doc. 1812)

☐ Individual Action, Case No. _____

☐ Other:_____

If you filed a short-form joining in the Amended B3 Master Complaint, which box did you check that applied to you and your claim(s)?

☐ 1.    Boat captain or crew involved in the Vessels of Opportunity program.

☐ 2.    Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.

☐ 3.    Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.

☐ 4.    Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.

☐ 5.    Resident who lives or works in close proximity to coastal waters.

☐ 6.    Other:_____

---

[1] The Clean-Up Responder Defendants are: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

**EXHIBIT A**

1. If you served as a clean-up worker,[2] please set forth your employment information during the clean-up, specifically:
   a. Your employer(s);
   b. Your supervisor(s) at employer(s) identified in paragraph 1(a);
   c. A description of the work you performed for employer(s) identified in paragraph 1(a);
   d. The date(s), time(s), and location(s) you performed the work described in paragraph 1(c); and
   e. Any person(s) or entity(s) other than your employer who oversaw, supervised, or managed your work described in paragraph 1(c).

   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

2. Please set forth a specific explanation of the circumstances of your alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up, including the pathway of exposure (*e.g.*, ingestion, inhalation, dermal contact, etc.), the date(s), time(s), and location(s) of exposure, the duration of exposure, and the Clean-Up Responder Defendant(s) alleged to be responsible for the exposure.

   *If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary.  Make sure to indicate the question you are continuing to answer.*

   _____

   _____

---

[2]  The term "clean-up worker" shall have the same meaning as that defined in the Medical Benefits Class Action Settlement Agreement.  (Rec. Doc. 6427-1 at 11-12, 25).

**EXHIBIT A**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3.  Please set forth a specific description of the alleged injury, illness, or medical condition you sustained as a
    result of alleged exposure to oil, dispersants, chemicals, and/or toxic substances during the clean-up.
    _If you need more space to detail your response, please use the additional pages at the end of this form or
    attach additional pages if necessary.  Make sure to indicate the question you are continuing to answer._

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## EXHIBIT A

_____

_____

_____

4. With respect to each Clean-Up Responder Defendant alleged to be responsible for the alleged exposure identified above in paragraph 2, please state separately as to each Clean-Up Responder Defendant a detailed description of:

    a. The basis for your identification, such as a description or name of the vessel(s), aircraft, or individual(s) involved, or other evidence identifying the specific Clean-Up Responder Defendant;

    b. The act(s) or omission(s) that caused your alleged injury, illness, or medical condition;

    c. The date(s), time(s), and location(s) in which the act(s) or omission(s) described in paragraph 4(b) occurred; and

    d. How the act(s) or omission(s) described in paragraph 4(b) caused your alleged injury, illness, or medical condition.

*If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary.  Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5. For each Clean-Up Responder Defendant identified above in paragraphs 2 and 4, state whether the alleged act(s) or omission(s) identified above in paragraph 4(b) violated, exceeded, or was/were undertaken without any instruction(s) or order(s) issued by the United States Coast Guard or any other federal governmental agency in connection with the clean-up and led to Claimant's alleged injury, illness, or medical condition. Further, Claimant shall specify the following:

**EXHIBIT A**

    a. With respect to each such alleged act or omission that allegedly violated or exceeded the government's instruction(s) or order(s):

        i. The specific instruction(s) or order(s) issued by the United States Coast Guard or any other federal government agency in connection with the clean-up which Claimant contends was/were violated or exceeded, including without limitation any instruction(s) or order(s) relating to the application of dispersant, *in situ* burning of oil, laying of boom, skimming of oil, decontamination efforts, and onshore/beach clean-up operations, as well as the following with respect to each such instruction or order:

            1. The name(s) of the Clean-Up Responder Defendant(s) who received this instruction or order;

            2. The name(s) of the federal government agency(s) that issued this instruction or order, and, for each agency, the name(s) and title(s) of the government agent(s) or official(s) that gave the instruction or order;

            3. The date(s) and time(s) this instruction or order was issued and manner (*e.g.*, written, oral, etc.) in which this instruction or order was relayed;

            4. The basis for Claimant's knowledge that the alleged act or omission violated or exceeded the instruction(s) or order(s) identified in paragraph 5(a)(i); and

            5. Claimant's specific evidence that the alleged act or omission violated or exceeded the instruction(s) or order(s) identified in paragraph 5(a)(i).

    b. With respect to each such alleged act or omission that Claimant contends was undertaken without any federal government instruction(s) or order(s):

        i. The basis for Claimant's knowledge that the alleged act or omission was undertaken without any federal government instruction(s) or order(s); and

        ii. Claimant's specific evidence that the alleged act or omission was undertaken without any federal government instruction(s) or order(s).

*If you need more space to detail your response, please use the additional pages at the end of this form or attach additional pages if necessary. Make sure to indicate the question you are continuing to answer.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

I state under penalty of perjury that the foregoing is true and correct.  Executed on the following date at the following location:

Date:  _____, 2014

Location (City and State): _____

_____
Signature of Plaintiff (*Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf*)

_____
Print Name

12