UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: 13-1971 | MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING Plaintiff Edward Wisner Donation's *Motion to Dismiss Without Prejudice its Expedited Motion for Specific Performance*:

**IT IS ORDERED** that the motion is GRANTED. Dismissal of the motion without prejudice does not constitute dismissal of any claims or causes of action in the instant matter or any other matter, including, but not limited to *Edward Wisner Donation v. BP, plc, et al*, No. 13-1971, No. 14-1525, and the Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401], and 10-8888 [Rec. Doc. 133248].

New Orleans, this ___18th___ day of July, 2014.

_____
United States Magistrate Judge