UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| This Document Applies to:<br>Edward Wisner Donation v. BP Exploration & Production, Inc.;<br>Civil Action No. 14-1525 | SECTION "J" |

## ORDER

Plaintiff Edward Wisner Donation has filed an "Expedited Motion for Preliminary Injunction" in the captioned matter.  Record Doc. No. 13152.  Accordingly,

Defendant BP Exploration & Production, Inc., is hereby **ORDERED** to respond in writing to plaintiff's motion no later than by **JULY 28, 2014**.  Thereafter, a report and recommendation concerning the motion will be issued on the record without oral argument.  The Clerk is directed to file this order in both MDL 2179 and C.A. No. 14-1525.

New Orleans, Louisiana, this ___18th___ day of July, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE