## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
|     **"Deepwater Horizon" in the Gulf** | * | |
|     **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
|     **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
|     *All Actions* | * | **MAGISTRATE SHUSHAN** |
| | * | |

### ORDER

Before the Court is BP's Motion for Restitution and Injunctive Relief (Rec. Doc. 13073).

IT IS ORDERED that any opposition by Class Counsel shall be filed not later than <u>Friday, August 15, 2014</u>.  BP's reply limited to ten double-spaced pages shall be filed not later than <u>Friday, August 29, 2014</u>, at which time the matter will be under advisement.  The Court will instruct the parties if it requires oral argument.

New Orleans, Louisiana, this 18th day of July, 2014.

 

_____
United States District Judge