# ANDRY LERNER LLC
ATTORNEYS AT LAW

610 Baronne Street · New Orleans, LA 70113
Office: 504.525.5535
Toll Free: 866.404.7777

Jonathan Andry*
Glen Lerner**

*Licensed Louisiana Attorney
**Licensed Nevada Attorney

## Settlement Accounting

Date: 4/26/2013

Case Name: Jarrod Burrle
Claimant ID No. 100007242
Claim Type: Seafood Compensation/Vessel Owner; Claim ID 42138

Amount Rec'd         $   50,015.87

     Contract %       25%    Note: Palazzo Law Firm Referral

Attorney Fees:       $   12,503.97

**COSTS:**
Forensic Accountant Fee:    $         2,693.33
Federal Express:            $            20.41
Copies:
Postage                     $             1.10
Other:                      $        20,000.00   Woodbridge Baric Partial Payment

     Total Costs:           $   22,714.84

     Total Deductions       $   35,218.81

     Net To Client:         $   14,797.06

Client Signature: _Jarrod Burrle_

ALG Rep Signature: _Brittany Kennedy_

1384

**ANDRY LERNER LLC**
IOLTA ACCOUNT
610 BARONNE STREET
NEW ORLEANS, LA 70113

WHITNEY BANK
NEW ORLEANS, LOUISIANA

14-17/650

4/25/2013

PAY TO THE ORDER OF   Palazzo Law Firm                               $ **2,500.80

Two Thousand Five Hundred and 80/100************************************************************ DOLLARS

Palazzo Law Firm

MEMO   Burrle, Jarrod;Vessel Owner

⑈⁰⁰1384⑈  ⑉065000171⑉  715829259⑈

ANDRY LERNER LLC
IOLTA ACCOUNT
Palazzo Law Firm                                                      1384
                        Referral Fees (50/50 split with D. Bravo)   4/25/2013
                                                                      2,500.80

Whitney - Trust    Burrle, Jarrod;Vessel Owner                         2,500.80

ANDRY LERNER LLC
IOLTA ACCOUNT
Palazzo Law Firm                                                       1384
                        Referral Fees (50/50 split with D. Bravo)   4/25/2013
                                                                       2,500.80

Whitney - Trust    Burrle, Jarrod;Vessel Owner                         2,500.80

SAFEGUARD  SF5001-1   TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 504-392-5200

1385

**ANDRY LERNER LLC**
IOLTA ACCOUNT
610 BARONNE STREET
NEW ORLEANS, LA 70113

WHITNEY BANK
NEW ORLEANS, LOUISIANA

14-17/650

4/25/2013

PAY TO THE ORDER OF   David D. Bravo, APLC                                    $  **2,500.79

Two Thousand Five Hundred and 79/100************************************************************ DOLLARS

David D. Bravo, APLC
610 Baronne Street
New Orleans, LA 70113

MEMO  Burrle, Jarrod/Vessel Owner

⑆001385⑆ ⑈065000171⑈ 719829259⑆

ANDRY LERNER LLC
IOLTA ACCOUNT
David D. Bravo, APLC                                                          1385
                                          4/25/2013
                Referral Fee; 50/50 split with Palazzo Law Firm              2,500.79

Whitney - Trust    Burrle, Jarrod/Vessel Owner                                2,500.79

ANDRY LERNER LLC
IOLTA ACCOUNT
David D. Bravo, APLC                                                          1385
                                          4/25/2013
                Referral Fee; 50/50 split with Palazzo Law Firm              2,500.79

Whitney - Trust    Burrle, Jarrod/Vessel Owner                                2,500.79

SAFEGUARD    SF5001-1   LITHO USA   SFSLIM CK7S0011 1M
TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 504-392-5200

HKHT3P0010008    B12SF012108

