**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | | |
| of Mexico, on April 20, 2010 | * | Section J |
| | | JUDGE BARBIER |
| Applies to: | * | |
| | * | CHIEF MAGISTRATE JUDGE |
| Edward Wisner Donation v. BP Exploration & | | WILKINSON |
| Production Inc. | * | |
| No. 2:14-cv-1525 | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BP EXPLORATION & PRODUCTION INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant BP Exploration & Production Inc. hereby identifies related entities pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Undersigned counsel certifies the following related to BP Exploration and Production Inc.:

a)      BP Exploration & Production Inc. is not publicly traded;

b)      BP Exploration & Production Inc.'s indirect parent is BP p.l.c., a corporation organized under the laws of England and Wales, the securities of which are publicly-traded.

Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
Shannon S. Holtzman (Bar #19933)
Greg Johnson (Bar #24477)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Christopher J. Esbrook
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

***Attorneys for BP Exploration & Production Inc.***


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2014, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.


/s/ Don K. Haycraft