# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates To: 14-cv-01647 | * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

NOW INTO COURT, through undersigned counsel, comes BP Exploration & Production Inc. and BP America Production Company (hereafter "BP") and files this certificate of compliance with 28 U.S.C. § 1447(b), as required by the Court's July 18, 2014 order.

1.

The plaintiffs in this action are Gilbert V. Andry, IV and the Andry Law Firm, LLC.

2.

The defendants in this action are BP Exploration & Production Inc., BP America Production Company, Michael Kunzelman, and Mark Holstein.

3.

Copies of all pleadings filed in state court by the parties are attached hereto as Exhibit "A."

4.

Returns on service of process filed in state court are attached hereto as Exhibit "B."

Respectfully submitted on July 21, 2014.

/s/ Don K. Haycraft_____

Of Counsel:

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
richard.godfrey@kirkland.com
andrew.langan@kirkland.com

Don K. Haycraft (Bar #14361)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4120
dkhaycraft@liskow.com
dcreid@liskow.com

ATTORNEY-IN-CHARGE DEFENDANTS
BP EXPLORATION & PRODUCTION INC.
and BP AMERICA PRODUCTION
COMPANY

-and-

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
dominic.draye@kirkland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 21st day of July, 2014.

     /s/ Don K. Haycraft
      Don K. Haycraft