25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 61-466                                    DIVISION "B"

GILBERT V. ANDRY, IV and THE ANDRY LAW FIRM, LLC

VERSUS

BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, MICHAEL KUNSELMAN AND MARK HOLSTEIN

FILED: _____   _____
                                           DEPUTY CLERK

FILED JUL 15 2014

## MOTION TO APPOINT SPECIAL PROCESS SERVER

NOW INTO COURT, through undersigned counsel come plaintiff, Gilbert V. Andry, IV, who requests that the appointment of Special Process Server be made to the following individuals, who are of the full age of majority and not parties in this matter:

         Angela Ferguson or a representative of
         Rapid Response Attorney Services
         20180 Park Row, Suite 5523
         Katy, Texas 77491

The purpose for the special appointment is to perfect service of the original Petition for Defamation in this matter to defendant, Mark Holstein, at 1014 Harbour Sands Dr., Houston, Texas.

WHEREFORE, plaintiffs request that this Honorable Court appoint Rapid Response Attorney Services as special process servers in the above entitled matter.

Respectfully submitted,

GIBBY ANDRY, THE ANDRY LAW FIRM, LLC

By: _____
GILBERT V. ANDRY, IV (LSBA #20056)
828 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 522-1000
Facsimile: (504) 522-8000
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served on counsel for all parties to this proceeding by placing same in the United States Mail, postage prepaid this _____ day of _____, 2014.

_____
GILBERT V. ANDRY, IV

25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 61-466     DIVISION "B"

GILBERT V. ANDRY, IV and THE ANDRY LAW FIRM, LLC

VERSUS

BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, MICHAEL KUNSELMAN AND MARK HOLSTEIN

FILED: _____     _____
                                    DEPUTY CLERK

JUL 16 2014

## O R D E R

Considering the above and foregoing Motion to Appoint Special Process server:

**IT IS HEREBY ORDERED**, that Angela Ferguson or a representative of Rapid Response Attorney Services be and is hereby appointed as special process server in the above captioned matter to perfect service on defendant, Mark Holstein.

**READ, RENDERED AND SIGNED** this 16th day of July, 2014 in Belle Chasse, Louisiana.

_____
JUDGE, DUTY JUDGE
for DIV "B"

2

## CITATION 

**GILBERT V ANDRY IV ET AL**

Versus

**BP EXPLORATION & PRODUCTION INC ET AL**



Case: **00061466**
Division: **B**
25th Judicial District Court
Parish of Plaquemines
State of Louisiana



To:  BP EXPLORATION & PRODUCTION INC
THROUGH ITS REGISTERED AGENT FOR SERVICE
CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Tuesday, June 24, 2014.

Req. By:
GILBERT V ANDRY IV
(504) 522-1000
ATTY FOR PLAINTIFF

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

I made service on the named party through the CT Corporation by tendering a copy of this document to
☐ CHASITY CAILLOUET  ☐ ANTOINE PIERCE  ☐ TREVOR CAROUTTE

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $ _____
                                By: _____
Mileage     $ _____                Deputy Sheriff

Total       $ _____

FILED
JUL 07 2014
DY. CLERK

[ FILED COPY ]

25TH JUDICIAL DISTRICT COURT – PARISH OF PLAQUEMINES

STATE OF LOUISIANA

No: 61-466     Division "B"

GILBERT V. ANDRY, IV AND THE ANDRY LAW FIRM, LLC
-versus-
BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY
MICHAEL KUNSELMAN AND MARK HOLSTEIN

FILED:_____    DEPUTY CLERK:_____

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF PLAQUEMINES**

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish of Plaquemines, State of Louisiana.

**PERSONALLY CAME AND APPEARED:** David C. Bell III, a person of the full age of majority, who after being duly sword, did depose and say:

1. That Natalie Biondolillo, BS, LPI, and/or agents of Exemplar Enterprises, Inc., was appointed as Special Deputy in the above captioned matter on July 02, 2014 and received process service documents on July 02, 2014.

2. That David C. Bell III, LPI of Exemplar Enterprises, Inc. did serve certified true copies of the following pleadings upon, Michael Kunselman, personal service, on the **03rd day of July in the year 2014 at 15:20 hours/03:20 p.m.**

3. Personal service was executed on Michael Kunselman in front of the State Capitol Building State Capitol Drive, Baton Rouge, LA 70802 (video documentation obtained).

4. Mr. Kunselman was served with a Petition for Defamation.

_____
DAVID C. BELL III, LPI

Sworn to and subscribed before me

This ___ day of _____, 2014

_____
NOTARY

Page 1 of 1

## CITATION



**FOR RETURN**

**GILBERT V ANDRY IV ET AL**

Versus

**BP EXPLORATION & PRODUCTION INC ET AL**

Case: *00061466*
Division: *B*
25th *Judicial District Court*
*Parish of Plaquemines*
*State of Louisiana*

To: MICHAEL KUNSELMAN
    VIA SPECIAL PROCESS SERVER

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.*

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Wednesday, July 02, 2014.

Req. By:
GILBERT V ANDRY IV
(504) 522-1000
ATTY FOR PLAINTIFF

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

### Service Information

Received on the **02** day of **JULY**, 20**14** and on the **03** day of **JULY**, 20**14** served the above named party as follows:

**Personal Service** on the party herein named **MICHAEL KUNZELMAN**
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of **N/A**, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20 _____.

Service      $ _____
                                By: _____
Mileage      $ _____           Deputy Sheriff

Total        $ _____

MR. KUNZELMAN WAS PERSONALLY SERVED WITH THE PETITION FOR DEFAMATION IN FRONT OF THE LA STATE CAPITOL BLDG ON STATE CAPITOL DRIVE, BATON ROUGE, LA 70802 ON THURSDAY JULY 03, 2014 AT 15:30 HOURS / 03:30 P.M.

**FILED**
JUL 09 2014

[ FILED COPY ]

25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 61-466                                                         DIVISION "B"

GILBERT V. ANDRY, IV and THE ANDRY LAW FIRM, LLC

VERSUS

BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, MICHAEL KUNSELMAN AND MARK HOLSTEIN

FILED: _____     FILED JUL 02 2014

                                                 DEPUTY CLERK

## MOTION TO APPOINT SPECIAL PROCESS SERVER

NOW INTO COURT, through undersigned counsel come plaintiff, Gilbert V. Andry, IV, who requests that the appointment of Special Process Server be made to the following individuals, who are of the full age of majority and not parties in this matter:

David Bell and/or
Natalie Biondolillo
Exemplar Enterprises, Inc.
887 Avenue A
Westwego, LA 70096-0467

The purpose for the special appointment is to perfect service of the original Petition for Defamation in this matter to defendant, Michael Kunselman.

WHEREFORE, plaintiffs request that this Honorable Court appoint David Bell and/or Natalie Biondolillo of Exemplar Enterprises, Inc., as special process servers in the above entitled matter.

Respectfully submitted,

GIBBY ANDRY, THE ANDRY LAW FIRM, LLC

By: _____
GILBERT V. ANDRY, IV (LSBA #20056)
828 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 522-1000
Facsimile: (504) 522-8000
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served on counsel for all parties to this proceeding by placing same in the United States Mail, postage prepaid this ___ day of _____, 2014.

_____
GILBERT V. ANDRY, IV

25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 61-466　　　　　　　　　　　　　　　　　　　　　　DIVISION "B"

GILBERT V. ANDRY, IV and THE ANDRY LAW FIRM, LLC

VERSUS

BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, MICHAEL KUNSELMAN AND MARK HOLSTEIN

FILED

JUL 0 2 2014

FILED: _____　　　_____
　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## ORDER

Considering the above and foregoing Motion to Appoint Special Process server:

**IT IS HEREBY ORDERED**, that David Bell and/or Natalie Biondolillo of Exemplar Enterprises, Inc. are hereby appointed as special process servers in the above captioned matter.

**READ, RENDERED AND SIGNED** this 2nd day of July, 2014 in Belle Chasse, Louisiana.

_____
JUDGE  Duty Judge  Div "B"

3