**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF OF
MEXICO, ON APRIL 20, 2010

MDL NUMBER 2179  SECTION: J

**JUDGE BARBIER**

THIS DOCUMENT RELATES TO:

2:13-CV-01233

**MAGISTRATE JUDGE SHUSHAN**

*************************************************************************

**MOTION TO WITHDRAW COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **Green Marine &**
**Industrial Equipment, Inc.**, and on showing to the Court that:

1.

John W. deGravelles has been nominated to be United States District Judge for the Middle

District of Louisiana and it is expected that he will shortly be confirmed by the United States Senate

and be sworn in as judge.

2.

It is therefore necessary that John W. deGravelles withdraw as attorney for Plaintiff in this

case.

WHEREFORE, Plaintiff, Green Marine & Industrial Equipment, Inc., respectfully requests

that John W. deGravelles be withdrawn as attorney for Plaintiff.

Respectfully Submitted:

_____*s/John W. deGravelles*_____
**JOHN W. deGRAVELLES** (04808)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735 / Fax: (225) 336-1146
jdegravelles@dphf-law.com

K:\Public\JWD\GREEN MARINE & INDUSTRIAL EQUIPMENT\Pleadings\Motion to Withdraw - JWd.wpd

## **CERTIFICATE**

I HEREBY CERTIFY that on this 22nd day of July, 2014, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system.

*s/John W. deGravelles*
**JOHN W. deGRAVELLES**

K:\Public\JWD\GREEN MARINE & INDUSTRIAL EQUIPMENT\Pleadings\Motion to Withdraw - JWd.wpd