UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Re: Penalty Phase Telephone Conference on Thursday, July 10, 2014]**

**1. Notice.**

The parties are reminded that when a party raises an issue to be considered by the Court at a telephone conference, it shall submit a letter on the issue at least 36 hours before the conference. The response shall be submitted at least 24 hours before the conference.

**2. Sample Disposal Issue.**

The parties confirmed that this issue is resolved.

**3. Captain Laferriere.**

BPXP reported that it had a strong interest in Captain Laferriere's deposition in an individual capacity. The U.S. will continue to try to schedule Captain Laferriere's individual deposition. It will complete the Rule 30(b)(6) deposition of the U.S. with Admiral Landry. BPXP and the U.S. will confer on a date for Captain Laferriere's deposition.

**4. Exchange of Non Deposition Exhibits.**

The parties will confer to reach agreement on a date by which they will have TREX stamped versions of the non-deposition exhibits by the time motions in limine are presented.

**5. Bray Privilege Log.**

The Court reported on the issuance of rulings on the Bray Privilege Log.

6. **Forward Looking Projections**.

BPXP is not required to produce information beyond 2018.  It is not required to produce the backup for the information provided through 2018.

7. **Morrison Deposition**.

The parties reported that the issue concerning their obligations to designate representatives to testify on topics and the effect of objections on the scope of the testimony was resolved.

8. **Mace Baron Deposition**.

The U.S. asserted a privilege over a document and claimed it was inadvertently produced.  BPXP reported that it has not reached a final decision on whether it concurs in the privilege assertion.

9. **Dr. Michel**.

The U.S. reported that the NOAA hard drives were produced.  The Cassini server will be produced by July 14.

10. **Rule 30(b)(6) Topic concerning liabilities and costs for the spill**.

At the June 26 conference, the Court suggested that the U.S. consider a sampling procedure to satisfy itself of the accuracy of the summary chart.  The U.S. reported that it asked BPXP for:  (1) a schedule tying the spreadsheet response costs to information published in BP's annual report; (2) any audits of the costs; and (3) backup for the source control code on the spreadsheet.  BPXP responded that:  (1) it produced the reconciliation information on July 10; and (2) it is working on the other items.

11. **Deposition Bundles**.

The deadline for the Court to announce the number of deposition bundles per party that

may be prepared is extended from July 24 to August 1, 2014. The parties are discussing whether BPXP's issue can be resolved through procedures employed in the prior phases for the admissibility of certain documents.

The deadline for an appeal of this order is **Wednesday, July 23, 2014**.

New Orleans, Louisiana, this 21st day of July, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**