## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

**MDL NUMBER 2179  SECTION: J**

**JUDGE BARBIER**

THIS DOCUMENT RELATES TO:

2:13-CV-01201        **MAGISTRATE JUDGE SHUSHAN**

**************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record filed on behalf of

Plaintiff, ExPert Riser Solutions, LLC;

IT IS ORDERED that John W. deGravelles be withdrawn as attorney for Plaintiff in this

case.

New Orleans, Louisiana, this _____ day of _____, 2014.


_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


K:\Public\JWD\ExPERT RISER SOLUTIONS, L.L.C\Pleadings\Motion to Withdraw - JWd - Order.wpd