## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | |
| 2:13-CV-01254 | MAGISTRATE JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

Considering the foregoing Motion to Withdraw Counsel of Record filed on behalf of Plaintiff, Martin Midstream Partners, LP;

IT IS ORDERED that John W. deGravelles be withdrawn as attorney for Plaintiff in this case.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**