# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| 2:13-CV-01261 | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record filed on behalf of Plaintiff, Martin Resource Management Corporation;

IT IS ORDERED that John W. deGravelles be withdrawn as attorney for Plaintiff in this case.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

K:\Public\JWD\MARTIN RESOURCE MANAGEMENT CORPORATION\Pleadings\Motion to Withdraw - JWd - Order.wpd