# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | |
| 2:13-CV-01413 | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **Jacob A. Siemer**, and on showing to the Court that:

1.

John W. deGravelles has been nominated to be United States District Judge for the Middle District of Louisiana and it is expected that he will shortly be confirmed by the United States Senate and be sworn in as judge.

2.

It is therefore necessary that John W. deGravelles withdraw as attorney for Plaintiff in this case.

WHEREFORE, Plaintiff, Jacob A. Siemer, respectfully requests that John W. deGravelles be withdrawn as attorney for Plaintiff.

Respectfully Submitted:

*s/John W. deGravelles*
**JOHN W. deGRAVELLES** (04808)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735 / Fax: (225) 336-1146
jdegravelles@dphf-law.com

**CERTIFICATE**

I HEREBY CERTIFY that on this 22nd day of July, 2014, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system.

                                        *s/John W. deGravelles*
                                        **JOHN W. deGRAVELLES**