UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * * | MAG. JUDGE SHUSAN |
| Case No. 2:10-cv-08888-CJB-SS | * | |

**************************************************************************

**MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE**

# EXHIBIT A

| Claimant | Date Filed | Docket Number |
|---|---|---|
| 1. Peter Troup | 07/18/2014 | 136795 |
| 2. Lisa Arcemont | 07/18/2014 | 136796 |
| 3. Kimberly Broussard | 07/18/2014 | 136797 |
| 4. Ronnie Carter | 07/18/2014 | 136798 |
| 5. Rita Colletti | 07/18/2014 | 136799 |
| 6. Claire Cox | 07/18/2014 | 136800 |
| 7. Ramzi Dibeh | 07/18/2014 | 136801 |
| 8. Lisa Dunn | 07/18/2014 | 136802 |
| 9. Farid Eftekhar | 07/18/2014 | 136803 |
| 10. Mert's Interior Design | 07/18/2014 | 136804 |
| 11. Perry Fontanille | 07/18/2014 | 136805 |
| 12. Michael Kilbride | 07/18/2014 | 136806 |
| 13. Eugene Lewis | 07/18/2014 | 136807 |
| 14. Alicia Liberto | 07/18/2014 | 136808 |
| 15. Robert Malone | 07/18/2014 | 136809 |
| 16. Joseph Medina | 07/18/2014 | 136810 |
| 17. Kenneth Moberg/Handyman Services | 07/18/2014 | 136811 |
| 18. Maureen Peterson | 07/18/2014 | 136812 |
| 19. Herbert Robinson Jr. | 07/18/2014 | 136813 |
| 20. Derrick Thornton | 07/18/2014 | 136814 |
| 21. Destine Wessler | 07/18/2014 | 136815 |
| 22. Deadwood Mountain Millworks | 07/18/2014 | 136816 |
| 23. Mercy Endeavors | 07/18/2014 | 136817 |
| 24. Bryson Farms & Construction | 07/18/2014 | 136818 |

| | | |
|---|---|---|
| 25. Compass Holdings, LLC | 07/18/2014 | 136819 |
| 26. Available Works, LLC | 07/18/2014 | 136820 |
| 27. Vital DME, Inc. | 07/18/2014 | 136821 |
| 28. Corporate City Housing Solutions | 07/18/2014 | 136822 |
| 29. Jeff's Mobile Home Transporters Inc | 07/18/2014 | 136823 |
| 30. Harold J DeGruy Enterprises, LLC | 07/18/2014 | 136824 |
| 31. Dickson-Wieland Properties, LLC | 07/18/2014 | 136825 |
| 32. St Charles Vision Mandeville, LLC | 07/18/2014 | 136826 |
| 33. THP of New Orleans, Inc | 07/18/2014 | 136827 |
| 34. Busenlener & Johnson, CPAs | 07/18/2014 | 136828 |
| 35. Joseph A Kramer | 07/18/2014 | 136829 |
| 36. Kurt C Launey, DDS, LLC | 07/18/2014 | 136830 |
| 37. Premier Satellites | 07/18/2014 | 136831 |
| 38. Mikel Mark | 07/18/2014 | 136832 |
| 39. LE Electric | 07/18/2014 | 136833 |
| 40. Mountcastle Vein Center of St Pete | 07/18/2014 | 136834 |
| 41. New Orleans Equity, LLC | 07/18/2014 | 136835 |
| 42. Southern Automated Services | 07/18/2014 | 136836 |
| 43. Woolf-Harris, Inc | 07/18/2014 | 136837 |
| 44. District Lounge, LLC | 07/18/2014 | 136838 |
| 45. Dale Stram & Associates, LLC | 07/18/2014 | 136839 |
| 46. RA Tabora Enterprises | 07/18/2014 | 136840 |
| 47. Annunciation Mission | 07/18/2014 | 136841 |
| 48. Vision Environments | 07/18/2014 | 136842 |
| 49. Dewey Dunn Jr | 06/30/2014 | 136787 |