UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding BPXP Clawback]

On July 21, 2014, BPXP clawed back a document identified with Bates number BP-HZN-2179MDL08963340. The U.S. disputed the clawback. It wants to use the document in the deposition of Nick Bamfield on Thursday, July 24, 2014. The document was produced for <u>in camera</u> review with related documents, a declaration by Mr. Bamfield, and a July 22, 2014 letter from Peter Bartoszek. For the reasons presented by the U.S. in its letter of June 22, 2014 (Richard Goldstein), BPXP's request to clawback the document is denied.

The deadline for an appeal of this order is **12:00 noon on Wednesday, July 23, 2014**.

New Orleans, Louisiana, this 22nd day of July, 2014.

_____
SALLY SHUSHAN
United States Magistrate Judge