# EXHIBIT A




**Nathan Block**
Senior Counsel
GCRO Legal

BP America Inc.
737 North Eldridge Parkway
Houston, Texas 77079

Direct: (281) 366-7418
Cell: (281) 684-6252
Fax: (713) 323-5232
Email: Nathan.block@bp.com

May 22, 2014

Soren E. Gisleson
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: Termination of Access Agreement for Edward Wisner Donation Property

Dear Mr. Giselson:

As you are aware, pursuant to the Right-of-Access for Oil Spill Cleanup Operations Agreement dated August 23, 2010 (the "Agreement"), the Edward Wisner Donation granted BP access to certain properties in South Lafourche Parish (the "Wisner Property") for the purpose of cleanup operations related to the Deepwater Horizon oil spill. Based on available information, including the Federal On-Scene Coordinator's letter dated May 21, 2014, wherein he concluded that "no further removal activities are appropriate on the property managed by the Edward Wisner Donation Advisory Committee," BP has determined that it does not need further access to the Wisner Property and will cease entering the Property as of the date of this letter, for the purpose set forth in the Agreement. Accordingly, this letter serves as notification of termination of the Agreement on this date.

On May 16, 2014, BP provided the Edward Wisner Donation the February and March 2014 data required to be submitted pursuant to the Agreement. BP will continue to provide all requisite information pursuant to the Agreement through May 22, 2014, the termination date. Furthermore, BP has received and paid claims up through and including Claim No. 49, which covers reimbursable costs through April 2014. BP requests that you provide the following information within 30 days of the date of this letter: (1) all requests for reimbursement of expenses reimbursable under the Agreement, including a detailed accounting thereof; (2) all requests for specific information pursuant to the Agreement; and (3) notice of any claims for indemnification by BP under the Agreement.

As of the termination date, May 22, 2014, BP will incur no further obligations under the Agreement, including the payment of expenses for any activities or events occurring after the

termination date, or providing additional information or data for activities or events occurring after the termination date.

Sincerely,

Nathan Block
Senior Counsel
BP - GCRO

Cc: Edward Wisner Donation, 935 Gravier Street, Ste. 825, New Orleans, LA 70112