IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GILBERT V. ANDRY, IV and<br>THE ANDRY LAW FIRM, LLC<br>　　　　*Plaintiffs* | CASE: 2-14-cv-01647-CJB-SS |
| VERSUS | JUDGE:  Hon. Carl J. Barbier |
| BP EXPLORATION & PRODUCTION INC.,<br>BP AMERICA PRODUCTION COMPANY,<br>MICHAEL KUNZELMAN, and<br>MARK HOLSTEIN<br>　　　　*Defendants* | MAGISTRATE: Hon. Sally Shushan |

**EX PARTE/CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant Michael Kunzelman, who hereby respectfully moves for an order extending the time to file a response to the Petition for Defamation filed by Plaintiffs Gilbert Andry IV and The Andry Law Firm LLC, and further states as follows:

　　1.　　On June 23, 2014, Plaintiffs filed a Petition for Defamation in the 25th Judicial District Court for the Parish of Plaquemines. Defendant Kunzelman received the Petition on July 3, 2014, but disputes that service was properly effected.

　　2.　　Undersigned counsel spoke to counsel for the Plaintiffs, who consented to an extension of time to file responsive pleadings through September 2, 2014. *See* Ex. 1.

　　3.　　Subsequently, the case was removed to federal court by Defendants BP Exploration and Production, Inc. and BP America Production Company, who filed a Notice of Removal on July 17, 2014.

　　4.　　In accordance with the parties' prior agreement, Defendant Kunzelman respectfully requests that this Honorable Court extend the time for him to file a response to Plaintiffs' Petition for Defamation until Tuesday, September 2, 2014.

709056v.1

WHEREFORE, Defendant Kunzelman requests that this Honorable Court extend the deadline to file a response to Plaintiffs' Petition for Defamation until Tuesday, September 2, 2014.

Respectfully submitted,

*/s/ Lori Mince*
Loretta G. Mince, 25796
Lara K. Richards, 34054
FISHMAN HAYGOOD PHELPS WALMSLEY
WILLIS & SWANSON, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
*Attorneys for Michael Kunzelman*

## CERTIFICATE

I hereby certify that on July 23, 2014, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Lori Mince*

709056v.1