# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GILBERT V. ANDRY, IV and<br>THE ANDRY LAW FIRM, LLC<br>　　　*Plaintiffs*<br><br>VERSUS<br><br>BP EXPLORATION & PRODUCTION INC.,<br>BP AMERICA PRODUCTION COMPANY,<br>MICHAEL KUNZELMAN, and<br>MARK HOLSTEIN<br>　　　*Defendants* | CASE: 2-14-cv-01647-CJB-SS<br><br>JUDGE:  Hon. Carl J. Barbier<br><br>MAGISTRATE: Hon. Sally Shushan |

## ORDER

Considering the foregoing Consent Motion for Extension of Time to File Responsive Pleadings,

**IT IS HEREBY ORDERED** that the motion is granted and the deadline for Defendant Michael Kunzelman to file a response to the Petition for Defamation filed by Plaintiffs Gilbert Andry IV and The Andry Law Firm LLC, is hereby extended until Tuesday, September 2, 2014.

New Orleans, Louisiana, this ____ day of _____, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

709056v.1