# THE BEZOU LAW FIRM
534 East Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413



## *FACSIMILE COVER SHEET*
7/14/14

| ATTN: Ms. Loretta Mince | FROM: Rebecca Lawrence |
|---|---|
|  | PAGES: 2 including cover |
| FAX: 504.586.5250 | FAX: (985) 892-1413 |
|  | PHONE: (985) 892-2111 |

CC:

RE: Gilbert V. Andry, IV and The Andry Law Firm, LLC v. BP Exploration and Production, Inc.

COMMENTS:

### CONFIDENTIALITY NOTICE

*This facsimile transmission contains confidential information belonging to the sender which is protected by the attorney-client privilege. The information contained in this transmission is for the use of the individual or entity named above. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.*

☐ Urgent
☐ Please review
☐ Please comment
☒ For your records



EXHIBIT 1



# FISHMAN HAYGOOD PHELPS
## WALMSLEY WILLIS & SWANSON, L.L.P.

201 ST. CHARLES AVENUE
46TH FLOOR
NEW ORLEANS, LOUISIANA 70170-4600
(504) 586-5252
FAX (504) 586-5250

LORETTA G. MINCE
PARTNER
(504) 586-5273 DIRECT
LMINCE@FISHMANHAYGOOD.COM

July 10, 2014

*Via* Email jbezou@jbezou.com:

Mr. Jacques Bezou
534 E. Boston St.
Covington, La. 70433-2943

      RE:    *Gilbert V. Andry, IV and The Andry Law Firm, LLC*
              *v. BP Exploration & Production, Inc., et al*
              25th JDC, Parish of Plaquemines, Docket NO. 61-466

Dear Jacques:

      This letter follows our telephone conversation regarding the above captioned matter. As we discussed, Mr. Kunzelman was served with the Petition by a private process server who represented himself to be a former BP employee and potential source of newsworthy information. Service by a private process server is governed by Louisiana Code of Civil Procedure article 1293, and it does not appear that the requirements for using a private process server were met in this case. Having said that, we have agreed that we will waive any objection we have to service in exchange for your agreement that Mr. Kunzelman's responsive pleadings will be due on or before September 2, 2014. In addition, you have indicated that you intend to file an amended petition, and I will accept service on Mr. Kunzelman's behalf of that amended petition.

      Please confirm your agreement to the foregoing by signing the letter and returning this to me. I look forward to working with you in this matter.

                                                  Sincerely,

                                                  Loretta Mince

LGM/ccm
Enclosure

_____
JACQUES BEZOU

706760v.1