UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG      MDL 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010      SECTION: "J"

This Document Applies to:      JUDGE BARBIER

No. 12-970, Bon Secour Fisheries, Inc., et al.      MAG. JUDGE SHUSHAN
v. BP Exploration & Production Inc., et al.

## NOTICE OF FILING UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes the AndryLerner Parties, who pursuant to this Court's Standing Orders regarding filing documents under seal, respectfully represents that it has requested their Emergency Motion and Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims and all attached Affidavits and Exhibits, be filed Under Seal.

Respectfully submitted,

/s/ Lewis O. Unglesby (#12498)
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

*Attorneys for Jon Andry*

/s/ Pauline F. Hardin
PAULINE F. HARDIN (# 6542)
JAMES E. WRIGHT, III (#13700)
VIRGINIA W. GUNDLACH (#18493)
Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre
201 St. Charles Avenue - 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8570
Fax:  (504) 582-8011
phardin@joneswalker.com

and

/s/ Douglas S. Draper
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3333
Fax: (504) 299-3399
ddraper@hellerdraper.com

*Attorney for Andry Lerner, LLC*

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 24th day of July, 2014.

_/s/ Pauline F. Hardin_
Pauline F. Hardin

{N2856094.1}