# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GILBERT V. ANDRY, IV and THE ANDRY LAW FIRM, L.L.C.** | * * * * * * * | CIVIL ACTION<br><br>NO. 14-01647<br><br>SECTION |
| versus | | |
| **BP EXPLORATION and PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, MICHAEL KUNSELMAN, and MARK HOLSTEIN** | | |
| * * * * * * * * * * * * * * | | |

## MOTION TO ENROLL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gilbert V. Andry IV, and The Andry Law Firm, L.L.C., who respectfully request that JACQUES F. BEZOU (3037), JACQUES F. BEZOU, JR (33728) and MATTHEW L. DEVEREAUX (32125) of THE BEZOU LAW FIRM, 534 East Boston Street, Covington, LA 70433 be enrolled as additional counsel of record herein for Plaintiffs, Gilbert V. Andry IV, and The Andry Law Firm, L.L.C., in the above-captioned matter.

Respectfully submitted,

s/Matthew L. Devereaux_____
JACQUES F. BEZOU, SR. (3037)
JACQUES F. BEZOU, JR (33728)
MATTHEW L. DEVEREAUX (32125)
THE BEZOU LAW FIRM
534 East Boston Street
Covington, Louisiana  70433
Telephone:  (985) 892-2111
Facsimile:  (985) 892-1413
Email: jbezou@bezou.com
          jbezou2@bezou.com
          mdevereaux@bezou.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 24th day of July, 2014, at their last known address of record.

                                                    s/Matthew L. Devereaux
                                                    MATTHEW L. DEVEREAUX