UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| GILBERT V. ANDRY, IV and THE ANDRY LAW FIRM, L.L.C.<br><br>versus<br><br>BP EXPLORATION and PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, MICHAEL KUNSELMAN, and MARK HOLSTEIN | * * * * * * * | CIVIL ACTION<br><br>NO. 14-01647<br><br>SECTION |
|---|---|---|

## O R D E R

Considering the foregoing Motion to Enroll Additional Counsel filed by Gilbert V. Andry IV, and The Andry Law Firm, L.L.C.:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** JACQUES F. BEZOU (3037), JACQUES F. BEZOU, JR (33728) and MATTHEW L. DEVEREAUX (32125) of THE BEZOU LAW FIRM, 534 East Boston Street, Covington, LA 70433 be enrolled as additional counsel of record for Gilbert V. Andry IV, and The Andry Law Firm, L.L.C,.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE