IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**RESPONSE OF BP TO JOIN MOTION OF THE SPECIAL MASTER
FOR RETURN OF PAYMENTS MADE TO JARROD A. BURRLE AND OTHERS**

BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. ("BP") respectfully submit this response to join the Motion of the Special Master for Return of Payments Made to Jarrod A. Burrle and Others, Rec. Doc. 13010, and to urge the Court to grant the Special Master's requested relief.

BP is the party that ultimately bears the cost of fraudulent claims.  As with the Special Master's motion seeking restitution of the payments made to Casey Thonn,[1] BP has a direct and acute interest in the outcome of this motion.

Mr. Burrle's claims are disturbing examples of claimant fraud that went undetected by the CSSP.  Mr. Burrle asserted that he caught over 8.5 tons of seafood a month in a 16-foot boat without the help of a single deckhand.[2]  In making his subsistence claim, Mr. Burrle stated that he retained 7,000 pounds of crab, 7,500 pounds of oysters, and 2,000 pounds of shrimp per

---

[1] *See* Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others, Rec. Doc. 12107.  This Court entered a judgment requiring Mr. Thonn and the professionals who assisted with his fraudulent claims to make restitution to the DHECC. Final Judgment, Rec. Doc. 13150.

[2] Motion of the Special Master for Return of Payments Made to Jarrod A. Burrle and Others at 10, Rec. Doc. 13010.

month for personal and family consumption.[3]  Special Master Freeh found that Mr. Burrle's tax documents were created solely to support his "fictitious" claim for lost seafood revenue and were unsupported by any contemporaneous documentation.[4]  Of the nine affidavits purporting to show commercial fishing sales, eight were signed by Mr. Burrle, and one was unsigned.[5]  Nearly half of the businesses that Mr. Burrle claimed to supply with seafood are nonexistent.[6]  Despite the patent incredibility of Mr. Burrle's claims, the CSSP paid Mr. Burrle more than $50,000 for his vessel owner claim, and offered to pay him $26,493.84 for his vessel captain claim and $46,400 for his Vessels of Opportunity claim.[7]

The Court should require the return to the CSSP of monies paid to Mr. Burrle and related professionals for the reasons stated by the Special Master.  The CSSP cannot be permitted to be used as an instrument of fraud, and BP should not be obligated to pay a claim that was predicated on the submission of false evidence.  Allowing the payments at issue to stand in the face of the evidence gathered by the Special Master would not only directly harm BP, but would undermine the integrity of the CSSP.

## CONCLUSION

For the foregoing reasons and those set forth in the Special Master's motion, BP respectfully requests that the Court grant Special Master Freeh's Motion for Return of Payments Made to Jarred A. Burrle and Others, including all requested relief.

---

[3] *Id.* at 3-4, 9.  This is several hundred times the CSSP's internal guidelines for maximum caloric consumption.

[4] *Id.* at 1, 6, 11.

[5] *Id.* at 6-8.

[6] *Id.* at 8-9.

[7] *Id.* at 4.

| | |
|---|---|
| July 25, 2014 | Respectfully submitted, |
| Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX 77079<br>Telephone: (281) 366-2000<br>Telefax: (312) 862-2200 |   /s/ Kevin M. Downey<br>Kevin M. Downey<br>F. Lane Heard III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Telefax: (202) 434-5029 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Telefax: (202) 942-5999 |   /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Telefax: (312) 876-7934 | Richard C. Godfrey, P.C.<br>Wendy L. Bloom<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Telefax: (312) 862-2200 |
| *OF COUNSEL* | Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 25th day of July, 2014.

/s/ Don K. Haycraft
Don K. Haycraft