UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010     SECTION J

Applies to: 10-4536     JUDGE BARBIER
                                      MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Re:  Penalty Phase Telephone Conference on Thursday, July 24, 2014]**

**1. Notice.**

The parties are reminded that when a party raises an issue to be considered by the Court at a telephone conference, it shall submit a letter on the issue at least 36 hours before the conference.  The response shall be submitted at least 24 hours before the conference.

**2. Admiral Landry and Captain Laferriere.**

The U.S. reported that Captain Laferriere can be available on either August 5 or August 6.

On or about July 11, 2014, the U.S. served a revised Rule 26(a) disclosure listing Admiral Landry as a may-call witness.  BPXP responds that:  (1) Captain Laferriere's deposition will be limited to a fact deposition in his individual capacity; (2) the Rule 30(b)(6) topic concerning dispersants is withdrawn; (3) Admiral Landry cannot be added for any other purpose; and (4) after conferring with its team, it will notify the U.S. whether it will proceed with Captain Laferriere's deposition on August 5 or August 6.

By **Tuesday, July 29**, the U.S. shall submit a two page letter as to why Admiral Landry should be listed as an additional fact witness, and if her fact witness testimony will be confined in any way.  By noon on **Monday, August 4**, BPXP shall respond.  If the Court determines that

Admiral Landry may be listed as a may-call witness, the issue of whether Admiral Landry will be deposed will be considered.

3. <u>**Dr. Michel**</u>.

The deposition is set for August 1.

4. <u>**Robertson and Pennington**</u>.

Even though the date is outside the original deadline, Robertson will be deposed on August 12. Because of health issues, Pennington cannot be deposed.

5. <u>**Deposition Bundles**</u>.

The parties are working on a proposed schedule for the preparation of deposition bundles. The proposal may include related issues. For example the U.S. suggested that instead of a limit on the number of deposition bundles, there be an alternative limit. The deadline for the Court to announce the number of deposition bundles per party that may be prepared was extended to **Thursday, August 14**.

6. <u>**Rule 30(b)(6) Topic concerning liabilities and costs for the spill**</u>.

The parties report progress on the production of backup information for the BPXP spread sheet. BPXP reported that some privilege review will be required before production can be completed in about two weeks. The issue of whether a Rule 30(b)(6) deposition will be required will be left open until the U.S. is able to review all of the production.

7. <u>**Exchange of Non Deposition Exhibits**</u>.

The parties report that by August 1 they will present a proposal on a date by which they will have TREX stamped versions of the non-deposition exhibits by the time motions in limine are presented.

8. <u>**Experts**</u>.

BPXP requested that the Court notify the parties now if it intends to set a limit on the

number of experts per side at a level that would cause the elimination of any of the experts listed by BPXP. While there may a slight cut in the number of experts, the Court is not in a position at this time to provide a definitive number.

9. **Consideration Materials**.

The U.S. reported that the parties are close to an agreement on an order.

10. **OPA Test Cases**.

BP served the U.S. with a subpoena with a response date of August 22. The U.S. reported that it cannot comply with that date. BP and the U.S. will meet-and-confer on the response to the subpoena, including the timing of the response. The PSC is aware of the subpoena.

11. **Litigation Hold**.

The U.S. is negotiating with the parties over issues related to whether agencies can be released from the litigation hold.

12. **Mace Baron Deposition**.

BPXP reported that the issue raised by the assertion by the U.S. of a clawback of a document was resolved.

The deadline for an appeal of this order is **Monday, July 28, 2014**.

New Orleans, Louisiana, this 25th day of July, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**