1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
        ****************************************************************
4

5     IN RE:  OIL SPILL BY THE
      OIL RIG *DEEPWATER HORIZON*
6     IN THE GULF OF MEXICO ON
      APRIL 20, 2010
7
                                    CIVIL ACTION NO. 10-MD-2179 "J"
8                                   NEW ORLEANS, LOUISIANA
12:51:03                            THURSDAY, JULY 24, 2014, 1:00 P.M.
9

10    THIS DOCUMENT RELATES TO
      *#10-4536*
11

12      ****************************************************************

13

14          TRANSCRIPT OF TELEPHONE STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
15                 UNITED STATES MAGISTRATE JUDGE

16

17    APPEARANCES:

18

19    FOR THE UNITED STATES
      OF AMERICA:             U.S. DEPARTMENT OF JUSTICE
20                            SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
                              ENVIRONMENT & NATURAL RESOURCES DIVISION
21                            BY:  SARAH D. HIMMELHOCH, ESQUIRE
                                   STEVEN O'ROURKE, ESQUIRE
22                                 BRANDON ROBERS, ESQUIRE
                              POST OFFICE BOX 7611
23                            WASHINGTON, DC  20044

24

25

                          **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP EXPLORATION AND
      PRODUCTION, INC.,
 4    BP AMERICA PRODUCTION
      COMPANY, BP P.L.C.
 5    NORTH AMERICA INC.:      KIRKLAND & ELLIS
                               BY:  J. ANDREW LANGAN, ESQUIRE
 6                                  HARIKLIA KARIS, ESQUIRE
                               300 N. LASALLE
 7                             CHICAGO, IL  60654

 8


 9    FOR ANADARKO
      PETROLEUM CORPORATION,
10    ANADARKO E&P COMPANY
      LP:                      KUCHLER POLK SCHELL
11                             WEINER & RICHESON
                               BY:  ROBERT E. GUIDRY, ESQUIRE
12                             1615 POYDRAS STREET, SUITE 1300
                               NEW ORLEANS, LA  70112
13

14
                               BINGHAM MCCUTCHEN
15                             BY:  THOMAS R. LOTTERMAN, ESQUIRE
                               2020 K STREET, NW
16                             WASHINGTON, DC  20006

17

18    FOR O'BRIEN'S RESPONSE
      MANAGEMENT, INC., AND
19    NATIONAL RESPONSE
      CORPORATION:             QUINN EMANUEL URQUHART & SULLIVAN
20                             BY:  SYLVIA E. SIMSON, ESQ.
                               51 MADISON AVENUE, 22ND FLOOR
21                             NEW YORK, NY 10010

22

23

24

25


                        OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
4                               REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
5                               NEW ORLEANS, LA   70130
                                (504) 589-7779
6                               Cathy_Pepper@laed.uscourts.gov

7    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                           **OFFICIAL TRANSCRIPT**

4

1                         **I N D E X**

2

3

4    <u>ITEMS</u>                                              <u>PAGE</u>

5

6    DEPOSITIONS...........................................    7

7    ADMIRAL LANDRY........................................    7

8    CAPTAIN LAFERRIERE....................................    7

9    DATES FOR CAPTAIN LAFERRIERE.........................   11

10   DR. MICHEL...........................................   12

11   PENNINGTON...........................................   12

12   DENISE ROBERTSON.....................................   12

13   SCHEDULE FOR DEPOSITION DESIGNATIONS.................   12

14   PROPOSED ORDER AND SCHEDULE ON DEPOSITION BUNDLING...   13

15   EXCHANGE OF ALL NONDEPOSITION EXHIBITS...............   13

16   DEPOSITION BUNDLE ISSUE..............................   14

17   30(B)(6) TOPIC CONCERNING LIABILITIES AND COSTS FOR

18   THE SPILL............................................   16

19   REVISED RULE 26(A) DISCLOSURES.......................   17

20   ADMIRAL LANDRY.......................................   17

21   CAPTAIN LAFERRIERE...................................   17

22   EXPERTS..............................................   19

23   DATE ON THE DEPOSITION BUNDLE SUBMISSION.............   20

24   CLOSE TO REACHING AN AGREEMENT ON THE CONSIDERATION

25   MATERIALS ORDER FOR PHASE 3..........................   20

                      **OFFICIAL TRANSCRIPT**

1  IN THE OPA TEST CASES IN DISCUSSIONS WITH BP OVER A

2  SUBPOENA FOR DOCUMENTS................................  21

3  AGENCIES UNDER THE LITIGATION HOLD...................  22

4  MACE BARON CLAWBACK ISSUE............................  23

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|       |                                                          |
|-------|----------------------------------------------------------|
| 1     | **P-R-O-C-E-E-D-I-N-G-S** |
| 12:51:03 2 | THURSDAY, JULY 24, 2014 |
| 12:55:50 3 | (IN CHAMBERS VIA TELEPHONE) |
| 12:55:50 4 | |
| 12:56:00 5 | |
| 13:00:48 6 | THE COURT:  Hi, everybody.  How are you doing? |
| 13:00:51 7 | MS. HIMMELHOCH:  Hey, Your Honor.  Pretty good.  How |
| 13:00:51 8 | about yourself? |
| 13:00:52 9 | THE COURT:  Pretty good. |
| 13:00:55 10 | MR. LANGAN:  Hi, Your Honor. |
| 13:00:56 11 | THE COURT:  Hi, Andy.  How are you doing? |
| 13:00:56 12 | MR. LANGAN:  Good. |
| 13:00:58 13 | THE COURT:  Good. |
| 13:00:58 14 | MS. HIMMELHOCH:  Your Honor, for the record, I also |
| 13:01:00 15 | have with me co-counsel Steve O'Rourke and Brandon Robers, who |
| 13:01:04 16 | has not made appearance yet. |
| 13:01:07 17 | THE COURT:  Okay.  Should we admit him *pro hac vice*? |
| 13:01:12 18 | MS. HIMMELHOCH:  Yes, please. |
| 13:01:13 19 | THE COURT:  Okay.  So admitted. |
| 13:01:14 20 | MR. LANGAN:  You haven't asked for objections yet. |
| 13:01:16 21 | THE COURT:  Well, you're right.  Andy, any objection? |
| 13:01:19 22 | MR. LANGAN:  No objection from us, Your Honor. |
| 13:01:24 23 | THE COURT:  Thank you, Andy. |
| 13:01:24 24 | MS. HIMMELHOCH:  Thank you for your great |
| 13:01:26 25 | consideration. |

**OFFICIAL TRANSCRIPT**

13:01:26 1          THE COURT:  All right.  Who just popped on?

13:01:29 2          MS. SIMSON:  Hi, Judge Shushan.  This is Sylvia Simson

13:01:32 3     for O'Brien's and NRC.

13:01:33 4          THE COURT:  How are you doing?

13:01:36 5          MS. SIMSON:  Good.  How are you?

13:01:36 6          THE COURT:  Good, thank you.  All right.  Let's talk

13:01:40 7     about how depositions are going.  As I see it, we have just a

13:01:45 8     few fact and 30(b)(6) witnesses left to take.

13:01:45 9          MS. HIMMELHOCH:  Yes.  Oh, sorry.

13:01:45 10         THE COURT:  No, that's okay.

13:01:51 11             How do we look on Admiral Landry?  Are we all

13:01:55 12    set?

13:01:56 13         MS. HIMMELHOCH:  Your Honor, BP has chosen not to

13:01:58 14    depose Admiral Landry, and I do want to note that she is on our

13:02:02 15    revised 26(a) disclosure; so, she remains a may-call witness,

13:02:08 16    but BP has canceled the deposition.

13:02:15 17         MS. KARIS:  Your Honor, this is Kari.  I did notify

13:02:17 18    Sarah yesterday that we were not going forward with the

13:02:20 19    depositions; however, it was our understanding that

13:02:24 20    Admiral Landry would not be called as a trial witness,

13:02:27 21    especially given the US's position at the outset that none of

13:02:30 22    the witnesses that were previously deposed should be deposed in

13:02:33 23    this phase.

13:02:34 24             Admiral Landry was only added when

13:02:37 25    Captain Laferriere became unavailable.  So, if it's the case

**OFFICIAL TRANSCRIPT**

13:02:42  1    that Admiral Landry is -- I'm not sure when the revised 26(a)

13:02:49  2    was served adding Admiral Landry.  She was never intended to be

13:02:54  3    deposed.  In fact, the US objected to us deposing any witnesses

13:02:57  4    who had previously been deposed, so I want to make sure we're

13:03:02  5    all operating from the same rules.

13:03:05  6             Sarah, when did you guys add her as a potential

13:03:08  7    trial witness?

13:03:08  8        MS. HIMMELHOCH:  We served our 26(a) disclosure a week

13:03:12  9    or two ago.  I can dig it out but we did serve through

13:03:17 10    LexisNexis a revised 26(a) disclosure which included

13:03:21 11    Admiral Landry.

13:03:22 12        MS. KARIS:  Okay.  My understanding was, though, that

13:03:24 13    that was a result of Captain Laferriere being unavailable.

13:03:31 14    There was no -- I certainly don't recall any order of the Court

13:03:34 15    allowing everybody to now supplement at the close of fact

13:03:39 16    discovery their potential trial witnesses.

13:03:43 17             Captain Laferriere, Your Honor, as you may

13:03:46 18    recall, was supposed to be the United States' corporate

13:03:48 19    representative on a number of topics, and we had asked for his

13:03:51 20    fact deposition as well.  For a long time, for understandable

13:03:57 21    reasons, Captain Laferriere became unavailable.  As we butted

13:04:02 22    up to the close of fact discovery, the United States

13:04:05 23    substituted Admiral Landry for Captain Laferriere.

13:04:11 24             We raised the issue with the Court that we were

13:04:13 25    willing to wait for Captain Laferriere's deposition, but at the

13:04:17 1 last conference, as I understand it, the Court ordered us to go

13:04:20 2 forward with her dep in her corporate rep capacity, which was

13:04:24 3 the only capacity that had ever been discussed for her.

13:04:27 4   So Sarah is correct, we withdrew it, but

13:04:31 5 certainly not with the understanding that now, as a result of

13:04:33 6 Captain Laferriere becoming unavailable, the US was going to

13:04:37 7 add a new witness it had never added in months of fact

13:04:40 8 discovery in this case.

13:04:42 9   THE COURT:  Okay.

13:04:43 10   MS. HIMMELHOCH:  Your Honor, we served the 26(a)

13:04:45 11 disclosure before Admiral Landry's deposition was scheduled to

13:04:49 12 occur, before the close of fact discovery.  BP served a revised

13:04:55 13 26(a) in the mist of discovery.  Granted, not as late as we did

13:04:55 14 but --

13:05:00 15   MS. KARIS:  [Speaking simultaneously] Dropping --

13:05:00 16   MR. LANGAN:  Dropping witnesses.

13:05:01 17   MS. KARIS:  Right.  Exactly.  It's quite different and

13:05:05 18 there is nothing new about Admiral Landry presumably that would

13:05:09 19 not have allowed the United States to list her in March and

13:05:12 20 April in accordance with the Court's deadline.

13:05:16 21   MS. HIMMELHOCH:  There is in this sense, that BP had

13:05:18 22 provided very limited information about its series on the

13:05:22 23 various aspects of its -- such other factors, and as we become

13:05:26 24 more familiar with what BP is asserting, it becomes clear that

13:05:30 25 facts we thought were irrelevant are not irrelevant if BP is

**OFFICIAL TRANSCRIPT**

13:05:36  1    going to be permitted to make those assertions.

13:05:38  2         MS. KARIS:  Well, Your Honor, I would state that the

13:05:40  3    positions of BP on the other factors were set forth in an

13:05:44  4    interrogatory response served months ago.  There are no new

13:05:49  5    factors that we've identified within the last couple weeks that

13:05:53  6    would justify adding new fact witnesses.

13:05:55  7              If we're now going to undertake a process where

13:05:58  8    parties can just supplement their Rule 26(a)'s --

13:06:02  9    Admiral Landry is a U.S. employee.  She was known to the

13:06:06 10    United States, had been deposed previously.  There is

13:06:12 11    absolutely nothing to justify adding her at this juncture.

13:06:15 12         THE COURT:  Okay.

13:06:17 13         MS. KARIS:  There is nothing new that we've disclosed.

13:06:19 14         THE COURT:  I'll tell you what let's do, Sarah, would

13:06:22 15    you send me a no longer than two-page letter as to why

13:06:28 16    Admiral Landry should be listed as an additional fact witness,

13:06:35 17    and if her fact witness testimony is going to be confined in

13:06:40 18    any way, could you describe that to me.

13:06:43 19              Then, Kari, you likewise will respond.  Give me

13:06:49 20    two pages, and let's just set dates for that.

13:06:55 21         MS. HIMMELHOCH:  Will do, Your Honor.  I think we can

13:06:57 22    get that to you by Tuesday of next week.

13:06:58 23         THE COURT:  Okay.  Kari, do you want until Friday or do

13:07:04 24    you want the following Monday?

13:07:05 25         MS. KARIS:  The following Monday would be great,

**OFFICIAL TRANSCRIPT**

13:07:09  1    Your Honor, but if we can only have until Friday, I would live

13:07:11  2    with that as well, but if you can give us till the following

13:07:15  3    Monday we would appreciate it.

13:07:15  4            THE COURT:  How about noon on Monday.  We'll split the

13:07:18  5    difference.

13:07:19  6            MR. LANGAN:  That's August 4th?

13:07:21  7            THE COURT:  By my calendar, I think so, Andy.

13:07:24  8            MR. LANGAN:  Thank you, Your Honor.

13:07:25  9            THE COURT:  You're welcome.

13:07:27 10            MS. KARIS:  Just to be clear, once this issue is

13:07:29 11    resolved, if -- hopefully the Court will agree with us, but if

13:07:33 12    Admiral Landry is going to be a trial witness, then we need to

13:07:36 13    revisit this issue of her deposition.

13:07:39 14            THE COURT:  Understood.

13:07:42 15            MS. KARIS:  Thank you.

13:07:43 16            THE COURT:  All right.  How about -- I'm sorry, Sarah.

13:07:45 17    Go ahead.

13:07:45 18            MS. HIMMELHOCH:  I'm sorry, I was just going to pick up

13:07:48 19    on the depositions.  The other outstanding issue, as I

13:07:51 20    understood it, were dates for Captain Laferriere.  Based on

13:07:56 21    information we have available right now, his deployment to the

13:08:01 22    current emergency will end on August 1st.  We want to give him

13:08:05 23    a day or so to sleep; so, we can make him available either the

13:08:09 24    5th or the 6th of August.

13:08:12 25            THE COURT:  Okay.  All right.

**OFFICIAL TRANSCRIPT**

13:08:15   1    MS. KARIS:  Your Honor, if we can get back to Sarah on

13:08:16   2  that date, I have to confer with our team because we had no

13:08:22   3  idea when he would become available.

13:08:24   4    THE COURT:  Sure.  No problem.  No problem.  So just

13:08:28   5  place marker the 5th or the 6th.

13:08:31   6    How about Dr. Michel?  Everything is on for

13:08:35   7  August 1st?

13:08:36   8    MS. HIMMELHOCH:  Yes, Your Honor.  We're all set on

13:08:39   9  that.

13:08:39  10    THE COURT:  Good.  Then, I take it, no change in status

13:08:41  11  for Pennington, right?

13:08:45  12    MR. LANGAN:  No, Your Honor, but Denise Robertson we

13:08:47  13  had to move to August 12th because she fell ill, and the

13:08:50  14  United States agreed to move Denise Robertson to August 12th.

13:08:55  15    THE COURT:  Good.  Thank you, Andy.

13:08:57  16    MR. LANGAN:  We wanted Your Honor to be aware of that

13:08:59  17  because it is outside the original deadlines.

13:09:02  18    THE COURT:  Yeah, but you all are working well

13:09:04  19  together, and you got to do what you got to do when people get

13:09:04  20  sick.

13:09:09  21    Then any other changes that we need to talk about

13:09:11  22  on depositions?

13:09:13  23    MS. HIMMELHOCH:  I don't think on the actual deposition

13:09:15  24  process itself.  I did want to let you know that we have been

13:09:18  25  talking with BP -- well, BP proposed a schedule for deposition

13:09:23  1  designations that I think is acceptable to all the parties,

13:09:27  2  certainly to the US.

13:09:28  3          There were a couple of other issues surrounding

13:09:31  4  that that I raised with BP yesterday for discussion among the

13:09:35  5  parties, but we should be in a position to get you a proposed

13:09:39  6  order and schedule on deposition bundling relatively soon.

13:09:44  7          I understand you're going to be setting the

13:09:45  8  number limit, but the other issues, like, how many, the

13:09:50  9  schedule, and the same agreement we had last time about being

13:09:54 10  able to use any evidence that's already been submitted that

13:09:57 11  hasn't been ruled excluded, that kind of thing.

13:10:01 12          THE COURT:  Good.  That's great.

13:10:03 13          What about the discussion that you all were

13:10:06 14  having relative to exchange of all nondeposition exhibits?  We

13:10:13 15  wanted to select a date before the Motion in *Limine* deadline,

13:10:19 16  which is December 9th.  Is that encompassed in that?

13:10:23 17          MR. LANGAN:  It's a separate discussion, Your Honor.

13:10:27 18  Those discussions have continued.  I'm advised we haven't

13:10:29 19  landed it yet, but I think we're going to get there.

13:10:31 20          THE COURT:  Okay.  Good.

13:10:33 21          MR. ROBERS:  I think that's right, Your Honor.  We've

13:10:33 22  had a discussion earlier today --

13:10:33 23          THE COURT REPORTER:  [Speaking simultaneously] I'm

13:10:36 24  sorry, who is speaking?

13:10:36 25          MR. ROBERS:  -- that we'll have a proposal before the

**OFFICIAL TRANSCRIPT**

13:10:39  1   end of next week.

13:10:40  2          THE COURT:  Who was that speaking?

13:10:42  3          MR. ROBERS:  Brandon Robers.

13:10:45  4          THE COURT:  Thank you, Brandon.  Cathy doesn't know

13:10:46  5   your voice yet.

13:10:49  6          MR. LANGAN:  Thank you.  Your Honor, it's Andy Langan.

13:10:51  7   One more thing.  On the deposition bundle issue, I agree with

13:10:54  8   everything Sarah just said.  I think it looks like we have a

13:10:57  9   schedule, we have some other issues to talk about, and that's

13:10:59 10   fine.

13:11:00 11          Do I understand that the *in camera* submissions

13:11:04 12   about proposed bundles, that the date for that is this coming

13:11:08 13   Monday?  It had been adjourned for a week.  I just want to make

13:11:12 14   sure we're clear in our minds.

13:11:13 15          THE COURT:  It had been adjourned for a week to allow

13:11:15 16   us to discuss it again today.  Depending on our discussions

13:11:21 17   today, we can adjourn it again.

13:11:23 18          MR. LANGAN:  Okay.  All right.

13:11:26 19          MS. HIMMELHOCH:  I wonder whether, Your Honor, since

13:11:28 20   the intent of the list is to help you set the limits, whether

13:11:33 21   it might be worth setting it after August 12th, not long after

13:11:39 22   August 12th, maybe the 13th or 14th, but to permit us to

13:11:43 23   evaluate that last deposition, and also to permit us to

13:11:46 24   discuss -- I've floated the idea whether numbers of deponents

13:11:53 25   makes sense or whether some alternative limit, like page

13:11:57 1   numbers or line numbers, might be something the parties wanted

13:12:03 2   to propose to the Court simply because for some -- different

13:12:08 3   parties had different approaches to 30(b)(6)'s, and different

13:12:15 4   parties may want one or two lines from this depo and one or two

13:12:17 5   lines from that depo but not impose the same burden on the

13:12:22 6   Court as if you gave us a larger number of individual

13:12:25 7   deponents.

13:12:25 8         THE COURT:  Yes.  Sarah, you all were in discussions on

13:12:32 9   procedures on how to resolve the issue that I think Andy

13:12:35 10  originally brought up.  Right, Andy?

13:12:38 11        MR. LANGAN:  Yes, Your Honor.  That is -- you mean

13:12:40 12  about the 30(b)(6) approach and how that might affect

13:12:45 13  deposition bundle numbers?

13:12:46 14        THE COURT:  Exactly.

13:12:47 15        MR. LANGAN:  That's an issue.

13:12:48 16        The point Sarah has raised is on the list of

13:12:51 17  issues you timely sent us to discuss.  To be perfectly frank,

13:12:56 18  I'm not sure we as a team have bought into that quite yet.

13:13:00 19  Maybe we'll get there.  I think it's worth talking about, but I

13:13:05 20  can quickly see it getting pretty complex.

13:13:08 21        I definitely want to talk to Sarah and Anadarko

13:13:11 22  about that, and it may be one way to skin the cat but we're not

13:13:15 23  there yet.

13:13:16 24        THE COURT:  Okay.

13:13:16 25        MS. HIMMELHOCH:  I didn't mean to suggest otherwise.

**OFFICIAL TRANSCRIPT**

13:13:18  1        MR. LANGAN:  We're not.

13:13:19  2        THE COURT:  Let's go ahead then and extend that date

13:13:23  3   to, Sarah, you suggested the 16th?

13:13:25  4        MS. HIMMELHOCH:  I said it could be as early as the

13:13:28  5   13th or the 14th, since the last depo was the 12th, and we'll

13:13:33  6   know at the end of the day whether it's one that we have a

13:13:37  7   significant interest in bundling or not.

13:13:39  8        THE COURT:  Okay.  Well, let's make it the 14th, which

13:13:42  9   gives everybody a little breathing time.

13:13:46 10             Now, let's go back to the 30(b)(6) topic

13:13:53 11   concerning liabilities and costs for the spill.  I guess,

13:14:00 12   Number 1, are you all making progress on the backup

13:14:04 13   information?

13:14:06 14        MS. HIMMELHOCH:  Yes.

13:14:07 15        MR. LANGAN:  We are and I'm told we have some -- there

13:14:11 16   is some privilege review we're doing relating to that that

13:14:15 17   ought to be wrapped up in the next couple of weeks relating to

13:14:18 18   invoices and all that kind of stuff, but our team is working

13:14:21 19   through that, Your Honor.

13:14:22 20        THE COURT:  Okay.  Remind me, are you all going to,

13:14:27 21   Sarah, after reviewing the backup documentation, also take a

13:14:33 22   30(b)(6) witness on the topic?

13:14:36 23        MS. HIMMELHOCH:  I, frankly, didn't follow up with

13:14:39 24   Rachel Hankey on this issue, so I'm not sure.  I think we left

13:14:43 25   it open until we see the backup documentation.

**OFFICIAL TRANSCRIPT**

13:14:51  1          THE COURT:  Okay.  All right.  Got you.  Okay.

13:14:53  2          MS. KARIS:  Your Honor, this is Kari.  I apologize for

13:14:57  3  interrupting, but I want to go back to something just to make

13:15:03  4  sure before we get off this call that I have the correct

13:15:03  5  document that Sarah was referencing with respect to the revised

13:15:06  6  30(b)(6) -- I mean, I'm sorry, the revised Rule 26(a)

13:15:10  7  disclosures.

13:15:11  8          The disclosure that I have is from July 11th,

13:15:14  9  which is the day after our last hearing when the Court ordered

13:15:19 10  or allowed the United States to substitute Admiral Landry, but

13:15:24 11  I heard Sarah say that they had served a disclosure even before

13:15:28 12  that.

13:15:29 13          MS. HIMMELHOCH:  I probably got my dates wrong, Kari,

13:15:32 14  because we've only done one in July.

13:15:34 15          MS. KARIS:  Okay.  Then, I guess I'm going to double

13:15:37 16  object, if there is such a thing, which is Admiral Landry, in

13:15:42 17  fact, was only disclosed after Captain Laferriere became

13:15:48 18  unavailable as a convenience to the United States to allow for

13:15:51 19  his substitution.

13:15:53 20          Now that Captain Laferriere has become available

13:15:57 21  on August 5th and 6th, it would seem to me for multiple reasons

13:16:04 22  that we should stick to the plan that we originally had, which

13:16:07 23  was to have Captain Laferriere deposed as a corporate

13:16:13 24  representative on the subjects that the United States for

13:16:16 25  multiple months had disclosed him as their witness on and not

13:16:19 1   allow a disclosure -- a revision to fact witnesses to be added

13:16:25 2   to Rule 26 disclosures on July 11th for submissions that were

13:16:30 3   due in April --

13:16:33 4        MS. HIMMELHOCH:  Your Honor [speaking simultaneously]

13:16:36 5   -- in my papers that you directed us to submit, but I will

13:16:40 6   object to BP renewing its Rule 30(b)(6) deposition topic.  When

13:16:46 7   it decided not to depose Admiral Landry, I said, "Does this

13:16:50 8   mean BP is not seeking any further 30(b)(6) deposition

13:16:54 9   testimony on dispersants?"  And BP answered, "Yes."

13:16:57 10       We are not going to ask somebody who has been

13:17:00 11  working for the past several months at extreme levels of demand

13:17:06 12  to prepare as a 30(b)(6) designee immediately after he finishes

13:17:11 13  his emergency deployment.

13:17:13 14       The idea of providing Admiral Landry was, in

13:17:18 15  part, to address the issue that BP had that it wanted further

13:17:23 16  30(b)(6) testimony on dispersants.  BP's elected to forego our

13:17:30 17  chosen 30(b)(6) designee on that.  I don't think it can now

13:17:33 18  force us to designate Captain Laferriere on that topic.

13:17:39 19       MS. KARIS:  I apologize if I misspoke.  We're in full

13:17:42 20  agreement that we will stand by our withdrawal, assuming

13:17:46 21  Admiral Landry is not -- you can't then revise your Rule 26

13:17:50 22  disclosures.

13:17:50 23       My only point was if we're going forward anyway,

13:17:55 24  then we would go forward with the topic as originally

13:17:58 25  presented, but I am absolutely comfortable and in full

13:18:03 1   agreement that we will go back to the agreement as we always

13:18:06 2   understood it, which is Captain Laferriere's fact deposition

13:18:10 3   will be taken when he becomes available, BP will withdraw the

13:18:14 4   30(b)(6) topic with respect to dispersants, and Admiral Landry

13:18:24 5   cannot now be added for any other purpose since the only

13:18:26 6   purpose for which he was disclosed was for the dispersant

13:18:30 7   topic, as evidenced by the fact that your disclosure was issued

13:18:33 8   on July 11th, after the Court allowed for the substitution of

13:18:38 9   the 30(b)(6) topic.  So if the topic is off the table, so too

13:18:42 10  should Admiral Landry be off the table, and we will stick to

13:18:47 11  just the fact deposition of Captain Laferriere.

13:18:54 12          MS. HIMMELHOCH:  Your Honor, I don't see that the two

13:18:54 13  are linked.  I don't see that the addition of Admiral Landry is

13:18:58 14  any more prejudicial than the addition of Mr. Bray, which was

13:19:03 15  done after the May deadline and was permitted by the Court over

13:19:07 16  the United States' objections, but I think you've directed us

13:19:11 17  to deal with this on paper and we will do so.

13:19:15 18          THE COURT:  Good.  At least we're clear on BP's

13:19:18 19  position on withdrawal of and waiver of the right to depose

13:19:25 20  Laferriere regarding the issues that Admiral Landry was

13:19:31 21  designated for, okay?

13:19:34 22          MS. KARIS:  Yes, Your Honor.

13:19:35 23          THE COURT:  Good.  Next up are experts, and we've

13:19:40 24  gotten the *in camera* listings of experts.

13:19:47 25          Andy, you asked that we set a limit now, and I'm

**OFFICIAL TRANSCRIPT**

13:19:54  1    just not sure I can do that because I think we would kind of be

13:20:02  2    doing that in the blind.  We know who the experts are, we know

13:20:06  3    how many experts there are, we know general areas of expertise,

13:20:10  4    but without reports, I think it's hard for us to be able to

13:20:15  5    review them and determine the final number for trial.

13:20:22  6              I mean, it might be, who knows, it might be all

13:20:26  7    of them.  I suspect there will be a slight cut, but I just

13:20:33  8    don't think I'm in a position at this point to give you a

13:20:39  9    definitive number.

13:20:44 10          MR. LANGAN:  Okay.  Your Honor, I'm sorry if I missed

13:20:48 11    this.  Did we set a date on the deposition bundle submission?

13:20:52 12    Was it August 16th?  I'm sorry, we went back to the other

13:20:55 13    issues.

13:20:57 14          MS. HIMMELHOCH:  August 14th.

13:20:57 15          THE COURT:  August 14th.  Yeah.

13:21:00 16          MR. LANGAN:  Sorry for missing that.

13:21:01 17          THE COURT:  No, no problem.  August 14th.

13:21:06 18              So what else do we need to discuss?

13:21:09 19          MS. HIMMELHOCH:  Your Honor, I just wanted to give you

13:21:11 20    a heads-up on two issues, actually three issues.  One is we are

13:21:18 21    close to reaching an agreement on the consideration materials

13:21:22 22    order for Phase 3, so you should see that in the next few days.

13:21:27 23    We have been actually playing well together with each other on

13:21:30 24    that one.

13:21:30 25          THE COURT:  Good.

**OFFICIAL TRANSCRIPT**

13:21:31 1          MS. HIMMELHOCH:  That's a simple heads-up.

13:21:33 2               We're in negotiations right now, and it's not in

13:21:37 3     our case but in the OPA test cases, we're in discussions right

13:21:41 4     now with BP over a subpoena that they have served on us for

13:21:47 5     documents.

13:21:48 6               I suspect, given their starting point and my

13:21:51 7     starting point, that we are going to need to come to you.  Our

13:21:57 8     return date is August 22nd.  It's physically impossible for us

13:22:00 9     to comply with the request as written by August 22nd.

13:22:05 10              I've reached out to Andy to ask for some insight

13:22:09 11    on to what custodians and search terms they are looking at, but

13:22:12 12    I expect I will be coming to you in the relatively near term

13:22:16 13    for an extension of time.

13:22:18 14         MR. LANGAN:  We intend to work with Sarah on this,

13:22:21 15    Your Honor.  She's been great so far, and I have no doubt that

13:22:24 16    will continue.

13:22:25 17         THE COURT:  Okay.  Good.  Do plaintiffs' counsel have a

13:22:30 18    dog in the hunt?

13:22:33 19         MR. LANGAN:  Well, they've been served.  They know

13:22:35 20    about it.  We haven't engaged with the PSC quite yet on the

13:22:40 21    details of it, but they will certainly know about the

13:22:42 22    third-party subpoena to the Department of Interior.

13:22:47 23         MS. HIMMELHOCH:  I have not engaged with them

13:22:49 24    specifically on the subpoena.  They have filed a motion with

13:22:50 25    respect to the subject matter of the documents sought in the

**OFFICIAL TRANSCRIPT**

13:22:54 1   subpoena.  So I think if I were going to read the tea leaves, I

13:22:59 2   would say they are more on my side than on Andy's, but nobody

13:23:02 3   knows that for sure.

13:23:04 4       MR. LANGAN:  I don't know that I would agree with that

13:23:06 5   characterization.  We're talking apples and oranges, but I

13:23:09 6   guess we can have that debate another day, especially when the

13:23:14 7   PSC is on the phone with us.

13:23:16 8       MS. HIMMELHOCH:  Exactly.

13:23:18 9           Then the last thing I just wanted to discuss with

13:23:19 10  you, Your Honor, is we continue to have a lot of agencies under

13:23:23 11  the litigation hold, and we're now almost at the end of fact

13:23:28 12  discovery in the final phase of the United States' litigation.

13:23:32 13          I wanted to give you a heads-up that I've begun

13:23:35 14  negotiations with the parties over issues related to are there

13:23:39 15  agencies that we can simply relieve of the litigation hold

13:23:43 16  obligations given that we've now got a fairly good picture of

13:23:47 17  who has what claims that may call for information in the

13:23:51 18  possession of the United States.

13:23:51 19          So I wouldn't be surprised if, in the next month

13:23:54 20  or two, you started hearing requests from us with respect to

13:24:01 21  marginal agencies -- with respect to this case, not marginal in

13:24:06 22  the overall sense -- but agencies like the Department of State

13:24:08 23  or the Transportation Security Administration, those kinds of

13:24:12 24  agencies that have stuff that was generated in the course of

13:24:16 25  the response but nobody has looked for it, and I don't think

13:24:19  1    it's really relevant to anybody's particular claims or

13:24:22  2    defenses.

13:24:22  3                Nobody has agreed yet but we're in those

13:24:25  4    discussions, and I wanted you to be aware of them so it doesn't

13:24:28  5    come out of the blue at you when it comes before you.

13:24:33  6                THE COURT:  Good.  Nobody has disagreed yet either,

13:24:36  7    right?

13:24:37  8                MS. HIMMELHOCH:  For some things they have, but some

13:24:38  9    things, we've only got disagreement from BP, and we haven't

13:24:41 10    engaged substantively with them yet.

13:24:45 11                THE COURT:  Okay.  All right.  Well, good.  Thank you.

13:24:45 12                How about BP?  Anything to raise?

13:24:49 13                MR. LANGAN:  Your Honor, we can close out the

13:24:51 14    Mace Baron clawback issue.  As I think I alluded to the last

13:24:56 15    time we were together, that's not something we intend to

13:25:00 16    pursue.

13:25:00 17                THE COURT:  Good.  Thank you, Andy.

13:25:00 18                MR. LANGAN:  That was in your prior Order.  I wanted to

13:25:02 19    close the loop on that.

13:25:04 20                THE COURT:  It was.  It was also on my Agenda for today

13:25:08 21    but I skipped it.

13:25:09 22                MR. LANGAN:  I have my own little tick list, so I'm

13:25:12 23    happy to tell you that's one we'll stand down on -- [speaking

13:25:14 24    simultaneously].

13:25:14 25                THE COURT:  That's good.  I appreciate that.  Thank

**OFFICIAL TRANSCRIPT**

13:25:15  1   you.

13:25:16  2                    What else?  Anything else?

13:25:18  3                    All right.  Going, going, gone.  Thanks,

13:25:22  4   everybody.

13:25:24  5            MS. HIMMELHOCH:  Thank you.

6            THE COURT:  Bye-bye.

7            (WHEREUPON, at 1:25 p.m., the proceedings were

8   concluded.)

9                              *   *   *

10

11                        REPORTER'S CERTIFICATE

12

13        I, Cathy Pepper, Certified Realtime Reporter, Registered

14   Merit Reporter, Certified Court Reporter in and for the State

15   of Louisiana, Official Court Reporter for the United States

16   District Court, Eastern District of Louisiana, do hereby

17   certify that the foregoing is a true and correct transcript to

18   the best of my ability and understanding from the record of the

19   proceedings in the above-entitled and numbered matter.

20

21                              *s/Cathy Pepper*

22                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
23                              Registered Merit Reporter
                                Official Court Reporter
24                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
25

                         **OFFICIAL TRANSCRIPT**

# #

**#10-4536** [1] - 1:10

# 1

**1** [1] - 16:12
**10-MD-2179** [1] - 1:7
**10010** [1] - 2:21
**11** [1] - 4:9
**11th** [3] - 17:8, 18:2, 19:8
**12** [4] - 4:10, 4:11, 4:12, 4:13
**12th** [5] - 12:13, 12:14, 14:21, 14:22, 16:5
**13** [2] - 4:14, 4:15
**1300** [1] - 2:12
**13th** [2] - 14:22, 16:5
**14** [1] - 4:16
**14th** [6] - 14:22, 16:5, 16:8, 20:14, 20:15, 20:17
**16** [1] - 4:18
**1615** [1] - 2:12
**16th** [2] - 16:3, 20:12
**17** [3] - 4:19, 4:20, 4:21
**19** [1] - 4:22
**1:00** [1] - 1:8
**1:25** [1] - 24:7
**1st** [2] - 11:22, 12:7

# 2

**20** [3] - 1:6, 4:23, 4:25
**20006** [1] - 2:16
**20044** [1] - 1:23
**2010** [1] - 1:6
**2014** [2] - 1:8, 6:2
**2020** [1] - 2:15
**21** [1] - 5:2
**22** [1] - 5:3
**22ND** [1] - 2:20
**22nd** [2] - 21:8, 21:9
**23** [1] - 5:4
**24** [2] - 1:8, 6:2
**26** [2] - 18:2, 18:21
**26(A** [1] - 4:19
**26(a** [7] - 7:15, 8:1, 8:8, 8:10, 9:10, 9:13, 17:6
**26(a)'s** [1] - 10:8

# 3

**3** [1] - 20:22

**3** .......................[1] - 4:25
**30(b)(6** [12] - 7:8, 15:12, 16:10, 16:22, 17:6, 18:6, 18:8, 18:12, 18:16, 18:17, 19:4, 19:9
**30(B)(6** [1] - 4:17
**30(b)(6)'s** [1] - 15:3
**300** [1] - 2:6

# 4

**4th** [1] - 11:6

# 5

**500** [1] - 3:4
**504** [1] - 3:5
**51** [1] - 2:20
**589-7779** [1] - 3:5
**5th** [3] - 11:24, 12:5, 17:21

# 6

**60654** [1] - 2:7
**6th** [3] - 11:24, 12:5, 17:21

# 7

**7** [3] - 4:6, 4:7, 4:8
**70112** [1] - 2:12
**70130** [1] - 3:5
**7611** [1] - 1:22

# 9

**9th** [1] - 13:16

# A

**ability** [1] - 24:18
**able** [2] - 13:10, 20:4
**above-entitled** [1] - 24:19
**absolutely** [2] - 10:11, 18:25
**acceptable** [1] - 13:1
**accordance** [1] - 9:20
**ACTION** [1] - 1:7
**actual** [1] - 12:23
**add** [2] - 8:6, 9:7
**added** [4] - 7:24, 9:7, 18:1, 19:5

**adding** [3] - 8:2, 10:6, 10:11
**addition** [2] - 19:13, 19:14
**additional** [1] - 10:16
**address** [1] - 18:15
**adjourn** [1] - 14:17
**adjourned** [2] - 14:13, 14:15
**Administration** [1] - 22:23
**Admiral** [22] - 7:11, 7:14, 7:20, 7:24, 8:1, 8:2, 8:11, 8:23, 9:11, 9:18, 10:9, 10:16, 11:12, 17:10, 17:16, 18:7, 18:14, 18:21, 19:4, 19:10, 19:13, 19:20
**ADMIRAL** [2] - 4:7, 4:20
**admit** [1] - 6:17
**admitted** [1] - 6:19
**advised** [1] - 13:18
**affect** [1] - 15:12
**AGENCIES** [1] - 5:3
**agencies** [5] - 22:10, 22:15, 22:21, 22:22, 22:24
**Agenda** [1] - 23:20
**ago** [2] - 8:9, 10:4
**agree** [3] - 11:11, 14:7, 22:4
**agreed** [2] - 12:14, 23:3
**AGREEMENT** [1] - 4:24
**agreement** [5] - 13:9, 18:20, 19:1, 20:21
**ahead** [2] - 11:17, 16:2
**ALL** [1] - 4:15
**allow** [3] - 14:15, 17:18, 18:1
**allowed** [3] - 9:19, 17:10, 19:8
**allowing** [1] - 8:15
**alluded** [1] - 23:14
**almost** [1] - 22:11
**alternative** [1] - 14:25
**AMERICA** [3] - 1:19, 2:4, 2:5
**AN** [1] - 4:24
**ANADARKO** [2] - 2:9, 2:10
**Anadarko** [1] - 15:21
**AND** [4] - 2:3, 2:18, 4:14, 4:17
**ANDREW** [1] - 3:3
**Andy** [11] - 6:11, 6:21, 6:23, 11:7, 12:15,

14:6, 15:9, 15:10, 19:25, 21:10, 23:17
**Andy's** [1] - 22:2
**answered** [1] - 18:9
**anyway** [1] - 18:23
**apologize** [2] - 17:2, 18:19
**appearance** [1] - 6:16
**APPEARANCES** [3] - 1:17, 2:1, 3:1
**apples** [1] - 22:5
**appreciate** [2] - 11:3, 23:25
**approach** [1] - 15:12
**approaches** [1] - 15:3
**APRIL** [1] - 1:6
**April** [2] - 9:20, 18:3
**areas** [1] - 20:3
**aspects** [1] - 9:23
**asserting** [1] - 9:24
**assertions** [1] - 10:1
**assuming** [1] - 18:20
**August** [15] - 11:6, 11:22, 11:24, 12:7, 12:13, 12:14, 14:21, 14:22, 17:21, 20:12, 20:14, 20:15, 20:17, 21:8, 21:9
**available** [5] - 11:21, 11:23, 12:3, 17:20, 19:3
**AVENUE** [1] - 2:20
**aware** [2] - 12:16, 23:4

# B

**backup** [3] - 16:12, 16:21, 16:25
**Baron** [1] - 23:14
**BARON** [1] - 5:4
**based** [1] - 11:20
**became** [3] - 7:25, 8:21, 17:17
**become** [3] - 9:23, 12:3, 17:20
**becomes** [2] - 9:24, 19:3
**becoming** [1] - 9:6
**BEFORE** [1] - 1:14
**begun** [1] - 22:13
**best** [1] - 24:18
**BINGHAM** [1] - 2:14
**blind** [1] - 20:2
**blue** [1] - 23:5
**bought** [1] - 15:18
**BOX** [1] - 1:22
**BP** [22] - 2:3, 2:4, 2:4, 5:1, 7:13, 7:16, 9:12, 9:21, 9:24, 9:25,

10:3, 12:25, 13:4, 18:6, 18:8, 18:9, 18:15, 19:3, 19:4, 23:9, 23:12
**BP's** [2] - 18:16, 19:18
**Brandon** [2] - 6:15, 14:3, 14:4
**BRANDON** [1] - 1:22
**Bray** [1] - 19:14
**breathing** [1] - 16:9
**brought** [1] - 15:10
**bundle** [3] - 14:7, 15:13, 20:11
**BUNDLE** [2] - 4:16, 4:23
**bundles** [1] - 14:12
**bundling** [2] - 13:6, 16:7
**BUNDLING..** [1] - 4:14
**burden** [1] - 15:5
**butted** [1] - 8:21
**BY** [8] - 1:5, 1:21, 2:5, 2:11, 2:15, 2:20, 3:7, 3:7
**bye** [2] - 24:6
**bye-bye** [1] - 24:6

# C

**calendar** [1] - 11:7
**camera** [2] - 14:11, 19:24
**canceled** [1] - 7:16
**cannot** [1] - 19:5
**capacity** [2] - 9:2, 9:3
**CAPTAIN** [3] - 4:8, 4:9, 4:21
**Captain** [14] - 7:25, 8:13, 8:17, 8:21, 8:23, 8:25, 9:6, 11:20, 17:17, 17:20, 17:23, 18:18, 19:2, 19:11
**case** [4] - 7:25, 9:8, 21:3, 22:21
**cases** [1] - 21:3
**CASES** [1] - 5:1
**cat** [1] - 15:22
**Cathy** [3] - 14:4, 24:13, 24:22
**CATHY** [1] - 3:3
**Cathy_Pepper@laed .uscourts.gov** [1] - 24:24
**cathy_Pepper@laed. uscourts.gov** [1] - 3:6
**CCR** [2] - 3:3, 24:22
**certainly** [4] - 8:14,

9:5, 13:2, 21:21
**CERTIFICATE** [1] - 24:11
**CERTIFIED** [1] - 3:3
**Certified** [3] - 24:13, 24:14, 24:22
**certify** [1] - 24:17
**CHAMBERS** [1] - 6:3
**change** [1] - 12:10
**changes** [1] - 12:21
**characterization** [1] - 22:5
**CHICAGO** [1] - 2:7
**chosen** [2] - 7:13, 18:17
**CIVIL** [1] - 1:7
**claims** [2] - 22:17, 23:1
**clawback** [1] - 23:14
**CLAWBACK** [1] - 5:4
**clear** [4] - 9:24, 11:10, 14:14, 19:18
**CLOSE** [1] - 4:24
**close** [6] - 8:15, 8:22, 9:12, 20:21, 23:13, 23:19
**co** [1] - 6:15
**co-counsel** [1] - 6:15
**comfortable** [1] - 18:25
**coming** [2] - 14:12, 21:12
**COMPANY** [2] - 2:4, 2:10
**complex** [1] - 15:20
**comply** [1] - 21:9
**COMPUTER** [1] - 3:7
**concerning** [1] - 16:11
**CONCERNING** [1] - 4:17
**concluded** [1] - 24:8
**confer** [1] - 12:2
**CONFERENCE** [1] - 1:14
**conference** [1] - 9:1
**confined** [1] - 10:17
**consideration** [2] - 6:25, 20:21
**CONSIDERATION** [1] - 4:24
**continue** [2] - 21:16, 22:10
**continued** [1] - 13:18
**CONTINUED** [2] - 2:1, 3:1
**convenience** [1] - 17:18
**corporate** [3] - 8:18, 9:2, 17:23
**CORPORATION** [2] -

2:9, 2:19
**correct** [3] - 9:4, 17:4, 24:17
**costs** [1] - 16:11
**COSTS** [1] - 4:17
**COUNSEL** [1] - 1:20
**counsel** [2] - 6:15, 21:17
**couple** [3] - 10:5, 13:3, 16:17
**course** [1] - 22:24
**Court** [14] - 8:14, 8:24, 9:1, 11:11, 15:2, 15:6, 17:9, 19:8, 19:15, 24:14, 24:15, 24:16, 24:23, 24:24
**COURT** [53] - 1:1, 3:3, 6:6, 6:9, 6:11, 6:13, 6:17, 6:19, 6:21, 6:23, 7:1, 7:4, 7:6, 7:10, 9:9, 10:12, 10:14, 10:23, 11:4, 11:7, 11:9, 11:14, 11:16, 11:25, 12:4, 12:10, 12:15, 12:18, 13:12, 13:20, 13:23, 14:2, 14:4, 14:15, 15:8, 15:14, 15:24, 16:2, 16:8, 16:20, 17:1, 19:18, 19:23, 20:15, 20:17, 20:25, 21:17, 23:6, 23:11, 23:17, 23:20, 23:25, 24:6
**Court's** [1] - 9:20
**CRR** [2] - 3:3, 24:22
**current** [1] - 11:22
**custodians** [1] - 21:11
**cut** [1] - 20:7

# D

**DATE** [1] - 4:23
**date** [6] - 12:2, 13:15, 14:12, 16:2, 20:11, 21:8
**dates** [3] - 10:20, 11:20, 17:13
**DATES** [1] - 4:9
**days** [1] - 20:22
**DC** [2] - 1:23, 2:16
**deadline** [3] - 9:20, 13:15, 19:15
**deadlines** [1] - 12:17
**deal** [1] - 19:17
**debate** [1] - 22:6
**December** [1] - 13:16
**decided** [1] - 18:7
**DEEPWATER** [1] - 1:5

**defenses** [1] - 23:2
**definitely** [1] - 15:21
**definitive** [1] - 20:9
**demand** [1] - 18:11
**DENISE** [1] - 4:12
**Denise** [2] - 12:12, 12:14
**dep** [1] - 9:2
**DEPARTMENT** [1] - 1:19
**Department** [2] - 21:22, 22:22
**deployment** [2] - 11:21, 18:13
**depo** [3] - 15:4, 15:5, 16:5
**deponents** [2] - 14:24, 15:7
**depose** [3] - 7:14, 18:7, 19:19
**deposed** [6] - 7:22, 8:3, 8:4, 10:10, 17:23
**deposing** [1] - 8:3
**deposition** [16] - 7:16, 8:20, 8:25, 9:11, 11:13, 12:23, 12:25, 13:6, 14:7, 14:23, 15:13, 18:6, 18:8, 19:2, 19:11, 20:11
**DEPOSITION** [4] - 4:13, 4:14, 4:16, 4:23
**depositions** [4] - 7:7, 7:19, 11:19, 12:22
**DEPOSITIONS........**
............ [1] - 4:6
**describe** [1] - 10:18
**designate** [1] - 18:18
**designated** [1] - 19:21
**designations** [1] - 13:1
**DESIGNATIONS........**
........ [1] - 4:13
**designee** [2] - 18:12, 18:17
**details** [1] - 21:21
**determine** [1] - 20:5
**difference** [1] - 11:5
**different** [4] - 9:17, 15:2, 15:3
**dig** [1] - 8:9
**directed** [2] - 18:5, 19:16
**disagreed** [1] - 23:6
**disagreement** [1] - 23:9
**disclosed** [4] - 10:13, 17:17, 17:25, 19:6

**disclosure** [8] - 7:15, 8:8, 8:10, 9:11, 17:8, 17:11, 18:1, 19:7
**disclosures** [3] - 17:7, 18:2, 18:22
**DISCLOSURES........**
.............. [1] - 4:19
**DISCOVERY** [1] - 1:20
**discovery** [6] - 8:16, 8:22, 9:8, 9:12, 9:13, 22:12
**discuss** [5] - 14:16, 14:24, 15:17, 20:18, 22:9
**discussed** [1] - 9:3
**discussion** [4] - 13:4, 13:13, 13:17, 13:22
**DISCUSSIONS** [1] - 5:1
**discussions** [5] - 13:18, 14:16, 15:8, 21:3, 23:4
**dispersant** [1] - 19:6
**dispersants** [3] - 18:9, 18:16, 19:4
**District** [3] - 24:16, 24:24
**DISTRICT** [2] - 1:1, 1:2
**DIVISION** [1] - 1:20
**document** [1] - 17:5
**DOCUMENT** [1] - 1:10
**documentation** [2] - 16:21, 16:25
**documents** [2] - 21:5, 21:25
**DOCUMENTS...........**
.................. [1] - 5:2
**dog** [1] - 21:18
**done** [2] - 17:14, 19:15
**double** [1] - 17:15
**doubt** [1] - 21:15
**down** [1] - 23:23
**DR** [1] - 4:10
**Dr** [1] - 12:6
**Dropping** [1] - 9:15
**dropping** [1] - 9:16
**due** [1] - 18:3

# E

**E&P** [1] - 2:10
**E-DISCOVERY** [1] - 1:20
**early** [1] - 16:4
**Eastern** [1] - 24:16
**EASTERN** [1] - 1:2
**either** [2] - 11:23, 23:6

**elected** [1] - 18:16
**ELLIS** [1] - 2:5
**EMANUEL** [1] - 2:19
**emergency** [2] - 11:22, 18:13
**employee** [1] - 10:9
**encompassed** [1] - 13:16
**end** [4] - 11:22, 14:1, 16:6, 22:11
**engaged** [2] - 21:20, 21:23, 23:10
**entitled** [1] - 24:19
**ENVIRONMENT** [1] - 1:20
**especially** [2] - 7:21, 22:6
**ESQ** [1] - 2:20
**ESQUIRE** [7] - 1:21, 1:21, 1:22, 2:5, 2:6, 2:11, 2:15
**evaluate** [1] - 14:23
**evidence** [1] - 13:10
**evidenced** [1] - 19:7
**exactly** [3] - 9:17, 15:14, 22:8
**EXCHANGE** [1] - 4:15
**exchange** [1] - 13:14
**excluded** [1] - 13:11
**exhibits** [1] - 13:14
**EXHIBITS.............** [1] - 4:15
**expect** [1] - 21:12
**expertise** [1] - 20:3
**experts** [4] - 19:23, 19:24, 20:2, 20:3
**EXPERTS.................**
...........................[1] - 4:22
**EXPLORATION** [1] - 2:3
**extend** [1] - 16:2
**extension** [1] - 21:13
**extreme** [1] - 18:11

# F

**fact** [16] - 7:8, 8:3, 8:15, 8:20, 8:22, 9:7, 9:12, 10:6, 10:16, 10:17, 17:17, 18:1, 19:2, 19:7, 19:11, 22:11
**factors** [4] - 9:23, 10:3, 10:5
**facts** [1] - 9:25
**fairly** [1] - 22:16
**familiar** [1] - 9:24
**far** [1] - 21:15

fell [1] - 12:13
few [2] - 7:8, 20:22
filed [1] - 21:24
final [2] - 20:5, 22:12
fine [1] - 14:10
finishes [1] - 18:12
floated [1] - 14:24
FLOOR [1] - 2:20
follow [1] - 16:23
following [3] - 10:24, 10:25, 11:2
FOR [10] - 1:19, 1:20, 2:3, 2:9, 2:18, 4:9, 4:13, 4:17, 4:25, 5:2
force [1] - 18:18
forego [1] - 18:16
foregoing [1] - 24:17
forth [1] - 10:3
forward [4] - 7:18, 9:2, 18:23, 18:24
frank [1] - 15:17
frankly [1] - 16:23
Friday [2] - 10:23, 11:1
full [2] - 18:19, 18:25

## G

general [1] - 20:3
generated [1] - 22:24
given [3] - 7:21, 21:6, 22:16
granted [1] - 9:13
great [4] - 6:24, 10:25, 13:12, 21:15
guess [3] - 16:11, 17:15, 22:6
GUIDRY [1] - 2:11
GULF [1] - 1:6
guys [1] - 8:6

## H

hac [1] - 6:17
Hankey [1] - 16:24
happy [1] - 23:23
hard [1] - 20:4
HARIKLIA [1] - 2:6
HB406 [1] - 3:4
heads [3] - 20:20, 21:1, 22:13
heads-up [3] - 20:20, 21:1, 22:13
HEARD [1] - 1:14
heard [1] - 17:11
hearing [2] - 17:9, 22:20
help [1] - 14:20

hereby [1] - 24:16
hi [2] - 6:6, 6:10
Hi [2] - 6:11, 7:2
HIMMELHOCH [29] - 1:21, 6:7, 6:14, 6:18, 6:24, 7:9, 7:13, 8:8, 9:10, 9:21, 10:21, 11:18, 12:8, 12:23, 14:19, 15:25, 16:4, 16:14, 16:23, 17:13, 18:4, 19:12, 20:14, 20:19, 21:1, 21:23, 22:8, 23:8, 24:5
hold [2] - 22:11, 22:15
HOLD.................. [1] - 5:3
Honor [31] - 6:7, 6:10, 6:14, 6:22, 7:13, 7:17, 8:17, 9:10, 10:2, 10:21, 11:1, 11:8, 12:1, 12:8, 12:12, 12:16, 13:17, 13:21, 14:6, 14:19, 15:11, 16:19, 17:2, 18:4, 19:12, 19:22, 20:10, 20:19, 21:15, 22:10, 23:13
HONORABLE [1] - 1:14
hopefully [1] - 11:11
HORIZON [1] - 1:5
hunt [1] - 21:18

## I

idea [3] - 12:3, 14:24, 18:14
identified [1] - 10:5
IL [1] - 2:7
ill [1] - 12:13
immediately [1] - 18:12
impose [1] - 15:5
impossible [1] - 21:8
IN [5] - 1:5, 1:6, 5:1, 6:3
INC [3] - 2:3, 2:5, 2:18
included [1] - 8:10
individual [1] - 5:6
information [4] - 9:22, 11:21, 16:13, 22:17
insight [1] - 11:10
intend [2] - 21:14, 23:15
intended [1] - 8:2
intent [1] - 14:20
interest [1] - 16:7
Interior [1] - 21:22
interrogatory [1] -

10:4
interrupting [1] - 17:3
invoices [1] - 16:18
irrelevant [1] - 9:25
issue [10] - 8:24, 11:10, 11:13, 11:19, 14:7, 15:9, 15:15, 16:24, 18:15, 23:14
ISSUE.......................
... [1] - 5:4
ISSUE.......................
..... [1] - 4:16
issued [1] - 19:7
issues [9] - 13:3, 13:8, 14:9, 15:17, 19:20, 20:3, 20:20, 22:14
ITEMS [1] - 4:4
itself [1] - 12:24

## J

Judge [1] - 7:2
JUDGE [1] - 1:15
July [4] - 17:8, 17:14, 18:2, 19:8
JULY [2] - 1:8, 6:2
juncture [1] - 10:11
JUSTICE [1] - 1:19
justify [2] - 10:6, 10:11

## K

Kari [5] - 7:17, 10:19, 10:23, 17:2, 17:13
KARIS [15] - 2:6, 7:17, 8:12, 9:15, 9:17, 10:2, 10:13, 10:25, 11:10, 11:15, 12:1, 17:2, 17:15, 18:19, 19:22
kind [3] - 13:11, 16:18, 20:1
kinds [1] - 22:23
KIRKLAND [1] - 2:5
known [1] - 10:9
knows [2] - 20:6, 22:3
KUCHLER [1] - 2:10

## L

LA [2] - 2:12, 3:5
Laferriere [13] - 7:25, 8:13, 8:17, 8:21, 8:23, 9:6, 11:20, 17:17, 17:20, 17:23, 18:18, 19:11, 19:20
Laferriere's [2] - 8:25,

19:2
LAFERRIERE............
............ [1] - 4:9
LAFERRIERE............
...................... [2] -
4:8, 4:21
landed [1] - 13:19
Landry [21] - 7:11, 7:14, 7:20, 7:24, 8:1, 8:2, 8:11, 8:23, 9:18, 10:9, 10:16, 11:12, 17:10, 17:16, 18:7, 18:14, 18:21, 19:4, 19:10, 19:13, 19:20
Landry's [1] - 9:11
LANDRY.....................
..................... [2] - 4:7, 4:20
LANGAN [25] - 2:5, 6:10, 6:12, 6:20, 6:22, 9:16, 11:6, 11:8, 12:12, 12:16, 13:17, 14:6, 14:18, 15:11, 15:15, 16:1, 16:15, 20:10, 20:16, 21:14, 21:19, 22:4, 23:13, 23:18, 23:22
Langan [1] - 14:6
larger [1] - 15:6
LASALLE [1] - 2:6
last [8] - 9:1, 10:5, 13:9, 14:23, 16:5, 17:9, 22:9, 23:14
late [1] - 9:13
least [1] - 19:18
leaves [1] - 22:1
left [2] - 7:8, 16:24
letter [1] - 10:15
levels [1] - 18:11
LexisNexis [1] - 8:10
LIABILITIES [1] - 4:17
liabilities [1] - 16:11
likewise [1] - 10:19
Limine [1] - 13:15
limit [3] - 13:8, 14:25, 19:25
limited [1] - 9:22
limits [1] - 14:20
line [1] - 15:1
lines [2] - 15:4, 15:5
linked [1] - 19:13
list [4] - 9:19, 14:20, 15:16, 23:22
listed [1] - 10:16
listings [1] - 19:24
litigation [3] - 22:11, 22:12, 22:15
LITIGATION [2] - 1:20, 5:3
live [1] - 11:1

look [1] - 7:11
looked [1] - 22:25
looking [1] - 21:11
looks [1] - 14:8
loop [1] - 23:19
LOTTERMAN [1] - 2:15
Louisiana [2] - 24:15, 24:16
LOUISIANA [2] - 1:2, 1:8
LP [1] - 2:10

## M

MACE [1] - 5:4
Mace [1] - 23:14
MADISON [1] - 2:20
MAGISTRATE [1] - 1:15
MANAGEMENT [1] - 2:18
March [1] - 9:19
marginal [1] - 22:21
marker [1] - 12:5
materials [1] - 20:21
MATERIALS [1] - 4:25
matter [2] - 21:25, 24:19
may-call [1] - 7:15
MCCUTCHEN [1] - 2:14
mean [5] - 15:11, 15:25, 17:6, 18:8, 20:6
MECHANICAL [1] - 3:7
Merit [2] - 24:14, 24:23
MERIT [1] - 3:4
MEXICO [1] - 1:6
Michel [1] - 12:6
MICHEL......................
.................... [1] - 4:10
might [5] - 14:21, 15:1, 15:12, 20:6
minds [1] - 14:14
missed [1] - 20:10
missing [1] - 20:16
misspoke [1] - 18:19
mist [1] - 9:13
Monday [5] - 10:24, 10:25, 11:3, 11:4, 14:13
month [1] - 22:19
months [4] - 9:7, 10:4, 17:25, 18:11
motion [1] - 21:24

**Motion** [1] - 13:15
**move** [2] - 12:13, 12:14
**MR** [27] - 6:10, 6:12, 6:20, 6:22, 9:16, 11:6, 11:8, 12:12, 12:16, 13:17, 13:21, 13:25, 14:3, 14:6, 14:18, 15:11, 15:15, 16:1, 16:15, 20:10, 20:16, 21:14, 21:19, 22:4, 23:13, 23:18, 23:22
**MS** [44] - 6:7, 6:14, 6:18, 6:24, 7:2, 7:5, 7:9, 7:13, 7:17, 8:8, 8:12, 9:10, 9:15, 9:17, 9:21, 10:2, 10:13, 10:21, 10:25, 11:10, 11:15, 11:18, 12:1, 12:8, 12:23, 14:19, 15:25, 16:4, 16:14, 16:23, 17:2, 17:13, 17:15, 18:4, 18:19, 19:12, 19:22, 20:14, 20:19, 21:1, 21:23, 22:8, 23:8, 24:5
**multiple** [2] - 17:21, 17:25

**N**

**NATIONAL** [1] - 2:19
**NATURAL** [1] - 1:20
**near** [1] - 21:12
**need** [4] - 11:12, 12:21, 20:18, 21:7
**negotiations** [2] - 21:2, 22:14
**never** [2] - 8:2, 9:7
**NEW** [4] - 1:8, 2:12, 2:21, 3:5
**new** [5] - 9:7, 9:18, 10:4, 10:6, 10:13
**next** [6] - 10:22, 14:1, 16:17, 19:23, 20:22, 22:19
**NO** [1] - 1:7
**nobody** [4] - 22:2, 22:25, 23:3, 23:6
**nondeposition** [1] - 13:14
**NONDEPOSITION** [1] - 4:15
**none** [1] - 7:21
**noon** [1] - 11:4
**NORTH** [1] - 2:5
**note** [1] - 7:14

**nothing** [3] - 9:18, 10:11, 10:13
**notify** [1] - 7:17
**NRC** [1] - 7:3
**Number** [1] - 16:12
**number** [5] - 8:19, 13:8, 15:6, 20:5, 20:9
**numbered** [1] - 24:19
**numbers** [4] - 14:24, 15:1, 15:13
**NW** [1] - 2:15
**NY** [1] - 2:21

**O**

**O'Brien's** [1] - 7:3
**O'BRIEN'S** [1] - 2:18
**O'Rourke** [1] - 6:15
**O'ROURKE** [1] - 1:21
**object** [2] - 17:16, 18:6
**objected** [1] - 8:3
**objection** [2] - 6:21, 6:22
**objections** [2] - 6:20, 19:16
**obligations** [1] - 22:16
**occur** [1] - 9:12
**OF** [6] - 1:2, 1:6, 1:14, 1:19, 4:15
**OFFICE** [1] - 1:22
**OFFICIAL** [1] - 3:3
**Official** [2] - 24:15, 24:23
**OIL** [2] - 1:5, 1:5
**ON** [4] - 1:6, 4:14, 4:23, 4:24
**once** [1] - 11:10
**one** [9] - 14:7, 15:4, 15:22, 16:6, 17:14, 20:20, 20:24, 23:23
**OPA** [2] - 5:1, 21:3
**open** [1] - 16:25
**operating** [1] - 8:5
**oranges** [1] - 22:5
**ORDER** [2] - 4:14, 4:25
**order** [3] - 8:14, 13:6, 10:22
**Order** [1] - 23:18
**ordered** [2] - 9:1, 17:9
**original** [1] - 12:17
**originally** [3] - 15:10, 17:22, 18:24
**ORLEANS** [3] - 1:8, 2:12, 3:5
**otherwise** [1] - 15:25
**ought** [1] - 16:17

**outset** [1] - 7:21
**outside** [1] - 12:17
**outstanding** [1] - 11:19
**OVER** [1] - 5:1
**overall** [1] - 22:22
**own** [1] - 23:22

**P**

**P.L.C** [1] - 2:4
**P.M** [1] - 1:8
**p.m** [1] - 24:7
**page** [2] - 10:15, 14:25
**PAGE** [1] - 4:4
**pages** [1] - 10:20
**paper** [1] - 19:17
**papers** [1] - 18:5
**part** [1] - 18:15
**particular** [1] - 23:1
**parties** [7] - 10:8, 13:1, 13:5, 15:1, 15:3, 15:4, 22:14
**party** [1] - 21:22
**past** [1] - 18:11
**Pennington** [1] - 12:11
**PENNINGTON...........
..........................**
[1] - 4:11
**people** [1] - 12:19
**Pepper** [3] - 24:13, 24:21, 24:22
**PEPPER** [1] - 3:3
**perfectly** [1] - 15:17
**permit** [2] - 14:22, 14:23
**permitted** [2] - 10:1, 19:15
**PETROLEUM** [1] - 2:9
**PHASE** [1] - 4:25
**Phase** [1] - 20:22
**phase** [2] - 7:23, 22:12
**phone** [1] - 22:7
**physically** [1] - 21:8
**pick** [1] - 11:18
**picture** [1] - 22:16
**place** [1] - 12:5
**plaintiffs'** [1] - 21:17
**plan** [1] - 17:22
**playing** [1] - 20:23
**point** [5] - 15:16, 18:23, 20:8, 21:6, 21:7
**POLK** [1] - 2:10
**popped** [1] - 7:1
**position** [4] - 7:21, 13:5, 19:19, 20:8
**positions** [1] - 10:3

**possession** [1] - 22:18
**POST** [1] - 1:22
**potential** [2] - 8:6, 8:16
**POYDRAS** [2] - 2:12, 3:4
**prejudicial** [1] - 19:14
**prepare** [1] - 18:12
**presented** [1] - 18:25
**presumably** [1] - 19:6
**pretty** [3] - 6:7, 6:9, 15:20
**previously** [3] - 7:22, 8:4, 10:10
**privilege** [1] - 16:16
**pro** [1] - 6:17
**problem** [2] - 12:4, 20:17
**procedures** [1] - 15:9
**PROCEEDINGS** [3] - 1:14, 3:7, 6:1
**proceedings** [2] - 24:7, 24:19
**process** [2] - 10:7, 12:24
**PRODUCED** [1] - 3:7
**PRODUCTION** [2] - 2:3, 2:4
**progress** [1] - 16:12
**proposal** [1] - 13:25
**propose** [1] - 15:2
**proposed** [3] - 12:25, 13:5, 14:12
**PROPOSED** [1] - 4:14
**provided** [1] - 9:22
**providing** [1] - 18:14
**PSC** [2] - 21:20, 22:7
**purpose** [2] - 19:5, 19:6
**pursue** [1] - 23:16

**Q**

**quickly** [1] - 15:20
**QUINN** [1] - 2:19
**quite** [3] - 9:17, 15:18, 21:20

**R**

**Rachel** [1] - 16:24
**raise** [1] - 23:12
**raised** [3] - 8:24, 13:4, 15:16
**RE** [1] - 1:5
**reached** [1] - 21:10
**REACHING** [1] - 4:24

**reaching** [1] - 20:21
**read** [1] - 22:1
**really** [1] - 23:1
**REALTIME** [1] - 3:3
**Realtime** [2] - 24:13, 24:22
**reasons** [2] - 8:21, 17:21
**record** [2] - 6:14, 24:18
**RECORDED** [1] - 3:7
**referencing** [1] - 17:5
**regarding** [1] - 19:20
**Registered** [1] - 24:13
**REGISTERED** [1] - 3:4
**registered** [1] - 24:23
**related** [1] - 22:14
**RELATES** [1] - 1:10
**relating** [2] - 16:16, 16:17
**relative** [1] - 13:14
**relatively** [2] - 13:6, 21:12
**relevant** [1] - 23:1
**relieve** [1] - 22:15
**remains** [1] - 7:15
**remind** [1] - 16:20
**renewing** [1] - 18:6
**rep** [1] - 9:12
**REPORTER** [4] - 3:3, 3:3, 3:4, 13:23
**Reporter** [7] - 24:13, 24:14, 24:15, 24:22, 24:23, 24:23
**REPORTER'S** [1] - 24:11
**reports** [1] - 20:4
**representative** [2] - 8:19, 17:24
**request** [1] - 21:9
**requests** [1] - 22:20
**resolve** [1] - 15:9
**resolved** [1] - 11:11
**RESOURCES** [1] - 1:20
**respect** [5] - 17:5, 19:4, 21:25, 22:20, 22:21
**respond** [1] - 10:19
**RESPONSE** [2] - 2:18, 2:19
**response** [2] - 10:4, 22:25
**result** [2] - 8:13, 9:5
**return** [1] - 21:8
**review** [2] - 16:16, 20:5
**reviewing** [1] - 16:21
**revise** [1] - 18:21

revised [6] - 7:15, 8:1, 8:10, 9:12, 17:5, 17:6
REVISED [1] - 4:19
revision [1] - 18:1
revisit [1] - 11:13
RICHESON [1] - 2:11
RIG [1] - 1:5
RMR [2] - 3:3, 24:22
ROBERS [4] - 1:22, 13:21, 13:25, 14:3
Robers [2] - 6:15, 14:3
ROBERT [1] - 2:11
Robertson [2] - 12:12, 12:14
ROBERTSON............
........................ [1] - 4:12
ROOM [1] - 3:4
Rule [5] - 10:8, 17:6, 18:2, 18:6, 18:21
RULE [1] - 4:19
ruled [1] - 13:11
rules [1] - 8:5

**S**

s/Cathy [1] - 24:21
SALLY [1] - 1:14
SARAH [1] - 1:21
Sarah [15] - 7:18, 8:6, 9:4, 10:14, 11:16, 12:1, 14:8, 15:8, 15:16, 15:21, 16:3, 16:21, 17:5, 17:11, 21:14
SCHEDULE [2] - 4:13, 4:14
schedule [4] - 12:25, 13:6, 13:9, 14:9
scheduled [1] - 9:11
SCHELL [1] - 2:10
search [1] - 21:11
Security [1] - 22:23
see [6] - 7:7, 15:20, 16:25, 19:12, 19:13, 20:22
seeking [1] - 18:8
seem [1] - 17:21
select [1] - 13:15
send [1] - 10:15
SENIOR [1] - 1:20
sense [3] - 9:21, 14:25, 22:22
sent [1] - 15:17
separate [1] - 13:17
series [1] - 9:22
serve [1] - 8:9
served [8] - 8:2, 8:8,

9:10, 9:12, 10:4, 17:11, 21:4, 21:19
set [7] - 7:12, 10:3, 10:20, 12:8, 14:20, 19:25, 20:11
setting [2] - 13:7, 14:21
several [1] - 18:11
SHUSHAN [1] - 1:14
Shushan [1] - 7:2
sick [1] - 12:20
side [1] - 22:2
significant [1] - 16:7
simple [1] - 21:1
simply [2] - 15:2, 22:15
SIMSON [3] - 2:20, 7:2, 7:5
Simson [1] - 7:2
simultaneously [3] - 9:15, 13:23, 18:4
simultaneously] [1] - 23:24
skin [1] - 15:22
skipped [1] - 23:21
sleep [1] - 11:23
slight [1] - 20:7
soon [1] - 13:6
sorry [8] - 7:9, 11:16, 11:18, 13:24, 17:6, 20:10, 20:12, 20:16
sought [1] - 21:25
speaking [5] - 9:15, 13:24, 14:2, 18:4, 23:23
Speaking [1] - 13:23
specifically [1] - 21:24
SPILL [1] - 1:5
spill [1] - 16:11
SPILL........................
.................. [1] - 4:18
split [1] - 11:4
stand [2] - 18:20, 23:23
started [1] - 22:20
starting [2] - 21:6, 21:7
State [2] - 22:22, 24:14
state [1] - 10:2
States [10] - 8:22, 9:19, 10:10, 12:14, 17:10, 17:18, 17:24, 22:18, 24:15, 24:24
STATES [3] - 1:1, 1:15, 1:19
States' [3] - 8:18, 19:16, 22:12
status [1] - 12:10
STATUS [1] - 1:14

STENOGRAPHY [1] - 3:7
Steve [1] - 6:15
STEVEN [1] - 1:21
stick [2] - 17:22, 19:10
STREET [3] - 2:12, 2:15, 3:4
stuff [2] - 16:18, 22:24
subject [1] - 21:25
subjects [1] - 17:24
submission [1] - 20:11
SUBMISSION............
[1] - 4:23
submissions [2] - 14:11, 18:2
submit [1] - 18:5
submitted [1] - 13:10
subpoena [4] - 21:4, 21:22, 21:24, 22:1
SUBPOENA [1] - 5:2
substantively [1] - 23:10
substitute [1] - 17:10
substituted [1] - 8:23
substitution [2] - 17:19, 19:8
suggest [1] - 15:25
suggested [1] - 16:3
SUITE [1] - 2:12
SULLIVAN [1] - 2:19
supplement [2] - 8:15, 10:8
supposed [1] - 8:18
surprised [1] - 22:19
surrounding [1] - 13:3
suspect [2] - 20:7, 21:6
SYLVIA [1] - 2:20
Sylvia [1] - 7:2

**T**

table [2] - 19:9, 19:10
tea [1] - 22:1
team [3] - 12:2, 15:18, 16:18
TELEPHONE [2] - 1:14, 6:3
term [1] - 21:12
terms [1] - 21:11
TEST [1] - 5:1
test [1] - 21:3
testimony [3] - 10:17, 18:9, 18:16
THE [60] - 1:5, 1:6, 1:14, 1:19, 4:18, 4:23, 4:24, 5:1, 5:3, 6:6, 6:9, 6:11, 6:13,

6:17, 6:19, 6:21, 6:23, 7:1, 7:4, 7:6, 7:10, 9:9, 10:12, 10:14, 10:23, 11:4, 11:7, 11:9, 11:14, 11:16, 11:25, 12:4, 12:10, 12:15, 12:18, 13:12, 13:20, 13:23, 14:2, 14:4, 14:15, 15:8, 15:14, 15:24, 16:2, 16:8, 16:20, 17:1, 19:18, 19:23, 20:15, 20:17, 20:25, 21:17, 23:6, 23:11, 23:17, 23:20, 23:25, 24:6
they've [1] - 21:19
third [1] - 21:22
third-party [1] - 21:22
THIS [1] - 1:10
THOMAS [1] - 2:15
three [1] - 20:20
THURSDAY [2] - 1:8, 6:2
tick [1] - 23:22
timely [1] - 15:17
TO [2] - 1:10, 4:24
today [4] - 13:22, 14:16, 14:17, 23:20
together [3] - 12:19, 20:23, 23:15
TOPIC [1] - 4:17
topic [9] - 16:10, 16:22, 18:6, 18:18, 18:24, 19:4, 19:7, 19:9
topics [1] - 8:19
transcript [1] - 24:17
TRANSCRIPT [2] - 1:14, 3:7
Transportation [1] - 22:23
trial [5] - 7:20, 8:7, 8:16, 11:12, 20:5
true [1] - 24:17
Tuesday [1] - 10:22
two [8] - 8:9, 10:15, 10:20, 15:4, 19:12, 20:20, 22:20
two-page [1] - 10:15

**U**

U.S [2] - 1:19, 10:9
unavailable [5] - 7:25, 8:13, 8:21, 9:6, 17:18
under [1] - 22:10
UNDER [1] - 5:3

understandable [1] - 8:20
understood [3] - 11:14, 11:20, 19:2
undertake [1] - 10:7
UNITED [3] - 1:1, 1:15, 1:19
United [13] - 8:18, 8:22, 9:19, 10:10, 12:14, 17:10, 17:18, 17:24, 19:16, 22:12, 22:18, 24:15, 24:24
up [9] - 8:22, 11:18, 15:10, 16:17, 16:23, 19:23, 20:20, 21:1, 22:13
URQUHART [1] - 2:19
US [3] - 8:3, 9:6, 13:2
US's [1] - 7:21

**V**

various [1] - 9:23
VIA [1] - 6:3
vice [1] - 6:17
voice [1] - 14:5

**W**

wait [1] - 8:25
waiver [1] - 19:19
WASHINGTON [2] - 1:23, 2:16
week [5] - 8:8, 10:22, 14:1, 14:13, 14:15
weeks [2] - 10:5, 16:17
WEINER [1] - 2:11
welcome [1] - 11:9
WHEREUPON [1] - 24:7
willing [1] - 8:25
WITH [1] - 5:1
withdraw [1] - 19:3
withdrawal [2] - 18:20, 19:19
withdrew [1] - 9:4
witness [9] - 7:15, 7:20, 8:7, 9:7, 10:16, 10:17, 11:12, 16:22, 17:25
witnesses [7] - 7:8, 7:22, 8:3, 8:16, 9:16, 10:6, 18:1
wonder [1] - 14:19
worth [2] - 14:21, 15:19
wrapped [1] - 16:17

**written** [1] - 21:9

## Y

**yesterday** [2] - 7:18,
  13:4
**YORK** [1] - 2:21
**yourself** [1] - 6:8