IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater  * MDL No. 2179
Horizon" in the Gulf of Mexico,             *
On April 20, 2010                           * Section: J
                                            *
                                            * Judge Carl J. Barbier
                                            *
                                            * Magistrate Judge Sally Shushan
                                            *
                                            *

------------------------------------------------------------

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Clement Jones, an Incompetent Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _____   By: _____
Corey Dunbar                           Lynn C. Greer
Attorney for Claimant's Representative VSB No.: 29211
Pivach, Pivach, Hufft, Thriffiley & Dunbar, L.L.C.  BrownGreer PLC
8311 Highway 23, Suite 104             250 Rocketts Way
Belle Chasse, Louisiana 70037          Richmond, Virginia 23231
(504) 394-1870                         (804) 521-7200

Date: 7/7/2014                         Date: 7/9/14

1