UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### AFFIDAVIT OF CHRISTINA MANCUSO

STATE OF LOUISIANA

PARISH OF ORLEANS

I, CHRISTINA MANCUSO, hereby certify as follows:

1. I, Christina Mancuso, am an attorney employed by the Andry Lerner, LLC law firm ("AL"), whose office is located at 610 Baronne Street, New Orleans, Louisiana, 70113.

2. The statements contained in this Affidavit are within my personal knowledge, and, if called upon to testify, I could and would testify competently thereto.

3. I attended Baylor University in Waco, Texas (B.A., 1982) and Baylor Law School (J.D. 1984). I was admitted to the State Bar of Texas in 1984 and practiced at several firms from 1984-1990. I worked at Baron & Budd, P.C. in Dallas, Texas from 1990 until 2007 in Mass-Tort/Multi-Party Toxic Tort litigation. I hold an AV® Preeminent™ Rating by Martindale-Hubbell.

4. I am the senior AL staff attorney handling claims for property and economic damages resulting from the BP "Deepwater Horizon" oil spill in the Gulf of Mexico on April 20, 2010 (the "Oil Spill"). My responsibilities include the preparation, filing and processing of our

{00342382-1}

clients' Oil Spill claims. I am knowledgeable about AL's Oil Spill client files. I have a working knowledge of the Deepwater Horizon Economic Claims Center ("DHECC") database.

5. Jarrod A. Burrle ("Burrle") is a former client of AL.

6. AL represented Burrle pursuant to his assertion that he suffered losses as a result of the Oil Spill. I have reviewed the file and records of AL in connection with the Burrle matter.

7. The file and records indicate that Burrle submitted his 2008 Tax Return to substantiate his income during the 2008 time period.

8. The rules of the DHECC allow for the 2008 Tax Return to substantiate income with sufficient documentation to identify those components of gross earnings derived from commercial blue crab harvesting.

9. The DHECC averaged Claimant's Income from 2008 and 2009 according to the terms of the Settlement Agreement.

10. For 2010, Burrle needed to show income received for the 2010 time period. The higher the income received in 2010, the lower the claim amount as compared to his averaged income in 2008 and 2009.

{00342382-1}

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____<br>Christina Mancuso

Sworn to and subscribed before me
this __24__ day of July 2014

_____
NOTARY PUBLIC

Name: DAVID E. Weavrsc Jr.
Bar No.: 35373

3