Form **1040**

Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** 2010

(99)  IRS Use Only - Do not write or staple in this space.

For the year Jan. 1- Dec. 31, 2010, or other tax year beginning _____ , 2010, ending _____ , 20 ____

OMB No. 1545-0074

**Name, Address, and SSN**

See separate instructions.

PRINT OR TYPE PLAINLY

JARROD BURRLE
P O BOX 645
PORT SULPHUR, LA 70083

Your social security number: **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**

Spouse's social security number

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund ►

Checking a box below will not change your tax or refund.   [X] You   [ ] Spouse

**Filing Status**

Check only one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here. ►
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 [ ] Qualifying widow(er) with dependent child

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a .
b [ ] Spouse

If more than four dependents, see inst and check here ►

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child < 17 for child tax cr. (see pg 15) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see inst)
Dependents on 6c not entered above
Add numbers on lines above ►   **1**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . | 7 |
8a Taxable interest. Attach Schedule B if required . . . | 8a |
b Tax-exempt interest. Do not include on line 8a . | 8b | |
9a Ordinary dividends. Attach Schedule B if required . . | 9a |
b Qualified dividends . . . | 9b | |
10 Taxable refunds, credits, or offsets of state and local income taxes . | 10 |
11 Alimony received . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ . | 12 | 35,236. |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | 13 |
14 Other gains or (losses). Attach Form 4797 . | 14 |
15a IRA distributions . . . | 15a | | b Taxable amt . | 15b |
16a Pensions and annuities . | 16a | | b Taxable amt . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F . | 18 |
19 Unemployment compensation . | 19 |
20a Social security benefits . | 20a | | b Taxable amount . | 20b |
21 Other income. List type and amount | | 21 |
22 Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 35,236. |

**Adjusted Gross Income**

23 Educator expenses . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . | 24 |
25 Health savings account deduction. Attach Form 8889 . | 25 |
26 Moving expenses. Attach Form 3903 . | 26 |
27 One-half of self-employment tax. Attach Schedule SE . | 27 | 2,490. |
28 Self-employed SEP, SIMPLE, and qualified plans . | 28 |
29 Self-employed health insurance deduction . | 29 |
30 Penalty on early withdrawal of savings . | 30 |
31a Alimony paid  b Recipient's SSN ► | 31a |
32 IRA deduction . . . | 32 |
33 Student loan interest deduction . | 33 |
34 Tuition and fees. Attach Form 8917 . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . | 35 |
36 Add lines 23 through 31a and 32 through 35 . | 36 | 2,490. |
37 Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 32,746. |

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form 1040 (2010)

Form 1040 (2010)    JARROD BURKLE                                    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  Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 32,746. |

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | **38** | 32,746. |
| 39a | Check if: ☐ You were born before January 2, 1946, ☐ Blind. **Total boxes** ☐ Spouse was born before January 2, 1946, ☐ Blind. checked ▶ **39a** | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ **39b** ☐ | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | **40** | 5,700. |
| 41 | Subtract line 40 from line 38 | **41** | 27,046. |
| 42 | Exemptions. Multiply $3,650 by the number on line 6d | **42** | 3,650. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** | 23,396. |
| 44 | Tax (see instructions). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | **44** | 3,088. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | **45** | |
| 46 | Add lines 44 and 45 ▶ | **46** | 3,088. |
| 47 | Foreign tax credit. Attach Form 1116 if required | **47** | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | **48** | |
| 49 | Education credits from Form 8863, line 23 | **49** | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | **50** | |
| 51 | Child tax credit (see instructions) | **51** | |
| 52 | Residential energy credits. Attach Form 5695 | **52** | |
| 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | **53** | |
| 54 | Add ln 47 through 53. These are your **total credits** | **54** | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | **55** | 3,088. |
| **Other Taxes** 56 | Self-employment tax. Attach Schedule SE | **56** | 4,979. |
| 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | **57** | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **58** | |
| 59 | **a** ☐ Form(s) W-2, box 9 **b** ☐ Schedule H **c** ☐ Form 5405, line 16 | **59** | |
| 60 | Add lines 55 through 59. This is your **total tax** ▶ | **60** | 8,067. |
| **Payments** 61 | Federal income tax withheld from Forms W-2 and 1099 | **61** | |
| 62 | 2010 estimated tax payments and amount applied from 2009 return | **62** | |
| 63 | Making work pay credit. Attach Schedule M | **63** | 400. |
| 64a | **Earned income credit (EIC)** | **64a** | |
| b | Nontaxable combat pay election **64b** | | |
| 65 | Additional child tax credit. Attach Form 8812 | **65** | |
| 66 | American opportunity credit from Form 8863, line 14 | **66** | |
| 67 | First-time homebuyer credit from Form 5405, line 10 | **67** | |
| 68 | Amount paid with request for extension to file | **68** | |
| 69 | Excess social security and tier 1 RRTA tax withheld | **69** | |
| 70 | Credit for federal tax on fuels. Attach Form 4136 | **70** | |
| 71 | Credits from Form: **a** ☐ 2439 **b** ☐ 8839 **c** ☐ 8801 **d** ☐ 8885 | **71** | |
| 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | **72** | 400. |
| **Refund** 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | **73** | |
| 74a | Amount of line 73 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | **74a** | |
| ▶ b | Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number XXXXXXXXXXXXXXXXXX | | |
| 75 | Amount of line 73 you want applied to your **2011 estimated tax** ▶ **75** | | |
| **Amount You Owe** 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | **76** | 7,831. |
| 77 | Estimated tax penalty (see instructions) **77** | | 164. |

If you have a qualifying child, attach Schedule EIC.

Direct deposit? See instructions.

Keep a copy for your records.

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ **No** |
|---|---|
| | Designee's name ▶ HR BLOCK     Phone no. ▶ (504) 367-3702     Personal ID number (PIN) ▶ 18465 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Your signature | Date | Your occupation FISHER | Daytime phone number |
|---|---|---|---|---|
| Joint return? See page 12. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

| **Paid Preparer Use Only** | Print/Type preparer's name ANTIONETTE GREEN | Preparer's signature | Date 05/13/2011 | Check ☐ if self-employed | PTIN P00110059 |
|---|---|---|---|---|---|
| | Firm's name ▶ HRB TAX GROUP INC | | | Firm's EIN ▶ 43-1871840 | |
| | Firm's address ▶ NEW ORLEANS, LA 70114 | | | Phone no. (504) 367-3702 | |

Form **1040** (2010)

1040 (2010)
Form Software Copyright 1996 - 2011 HRB Tax Group, Inc.     FD1040-2V 1.25

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ **Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.**
▶ **Attach to Form 1040, 1040NR, or 1041.**   ▶ **See Instructions for Schedule C (Form 1040).**

OMB No. 1545-0074

**2010**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| JARROD BURRLE | 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 |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from pages C-9, 10, & 11 |
|---|---|---|
| | COMMERCIAL FISHER : FISHER | ▶ 114110 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
|---|---|---|
| | JARROD BURRLE | |

E  Business address (including suite or room no.) ▶ P O BOX 645
City, town or post office, state, and ZIP code   PORT SULPHUR, LA 70083

F  Accounting method:    (1) [X] Cash    (2) [ ] Accrual    (3) [ ] Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2010? If "No," see instructions for limit on losses.  .  .  .  [X] Yes  [ ] No

H  If you started or acquired this business during 2010, check here  .  .  .  .  .  .  .  ▶ [ ]

## Part I  Income

| 1 | Gross receipts or sales. Caution. See instructions and check the box if:  • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or  • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. | SEE ATTACHMENT ▶ [ ] | 1 | 53,385. |
|---|---|---|---|---|
| 2 | Returns and allowances | | 2 | |
| 3 | Subtract line 2 from line 1 | | 3 | 53,385. |
| 4 | Cost of goods sold (from line 42 on page 2) | | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | | 5 | 53,385. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | | 6 | |
| 7 | Gross income. Add lines 5 and 6 | ▶ | 7 | 53,385. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| 8 | Advertising | 8 | | 18 | Office expense | 18 | 1,007. |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 9,500. | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 1,000. | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses ATTACHMENT | 23 | 300. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 15 | 2,268. | a | Travel | 24a | |
| 16 | Interest: | | | b | Deductible meals and entertainment (see instructions) | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | | 27 | Other expenses (from line 48 on page 2) | 27 | 4,074. |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 | ▶ | 28 | 18,149. |
|---|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | 29 | 35,236. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.  • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.  • If a loss, you must go to line 32. | | 31 | 35,236. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).  • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.  • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | 32a [ ] All investment is at risk.  32b [ ] Some investment is not at risk. | |

KBA  For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule C (Form 1040) 2010

1040-Sch C (2010)                                  FDC-1V 1.9
Form Software Copyright 1996 - 2011 HRB Tax Group, Inc.

Schedule C (Form 1040) 2010  JARROD BURRLE                                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  Page 2

**Part III   Cost of Goods Sold** (see instructions)

33  Method(s) used to
    value closing inventory:    **a** ☐ Cost        **b** ☐ Lower of cost or market        **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | |
|---|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . | **35** | |
| 36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | **36** | |
| 37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . | **37** | |
| 38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| 39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . | **40** | |
| 41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . | **41** | |
| 42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . | **42** | |

**Part IV   Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2010, enter the number of miles you used your vehicle for:

**a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . ☐ Yes  ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| POP A LOCK | 45. |
| MARCS MARINE LLC | 1,335. |
| BOAT REPAIRS | 941. |
| BOAT SUPPLIES | 583. |
| FUEL CHARGES | 820. |
| CELL PHONE BUS USE | 300. |
| TOLLS | 50. |
| | |
| | |
| 48  **Total other expenses.** Enter here and on page 1, line 27 . . . . . . **48** | 4,074. |

SCHEDULE SE
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

▶ Attach to Form 1040 or Form 1040NR.   ▶ See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

2010

Attachment
Sequence No. 17

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|
| JARROD BURRLE | 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 |

Before you begin: To determine if you must file Schedule SE, see the instructions on page SE-1.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart *only* if you must file Schedule SE. If unsure, see Who Must File Schedule SE, on page SE-1.



**Section A - Short Schedule SE. Caution.** Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . | 1a | 0. |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y | 1b | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for types of income to report on this line. See page SE-3 for other income to report . . . . . . . . . | 2 | 35,236. |
| 3 | Combine lines 1a, 1b, and 2. Subtract from that total the amount on Form 1040, line 29, or Form 1040 NR, line 29, and enter the result (see page SE-3) . . . . . . . . . . . . . . . . . . . . | 3 | 35,236. |
| 4 | Multiply line 3 by 92.35% (.9235). If less than $400, you do not owe self-employment tax; **do not** file this schedule unless you have an amount on line 1b . . . . . . . . . . . . . . . . . ▶ | 4 | 32,540. |
| | **Note.** If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see page SE-3. | | |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56, or Form 1040NR, line 54**<br>• More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. Enter the result here and on **Form 1040, line 56, or Form 1040NR, line 54** . . . . . . | 5 | 4,979. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.50). Enter the result here and on **Form 1040, line 27, or Form 1040NR, line 27** . . . 6 | 2,490. | |

KBA   For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule SE (Form 1040) 2010

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**

▶ See separate instructions.  ▶ Attach to your tax return.

OMB No. 1545-0172

**2010**

Attachment
Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| JARROD BURRLE | SCH C JARROD BURRLE COMMERCIAL | 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 |

**Part I** **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2009 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2011. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** **Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instr.)**

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III** **MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2010 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2010 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | 10,000 | 10 | HY | 200 DB | 1,000 |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2010 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV** **Summary (See instructions.)**

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **22** | 1,000 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | | |

KBA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2010)

4562 (2010)
Form Software Copyright 1996 - 2011 HRB Tax Group, Inc.

FD4562- 1V 1.12

Form 4562 (2010)   JARROD BURRLE   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   Page 2

## Part V  Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A- Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a  Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b  If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . | | | | | | 25 | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . | | | | | | 28 | | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . | | | | | | | 29 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (do not include commuting miles) . | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven . . . . . . . . | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 . . . . | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off- duty hours? . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| 39  Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . | | |
| 40  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . | | |
| 41  Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2010 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43  Amortization of costs that began before your 2010 tax year . . . . . . . . . . . . | | | | 43 | |
| 44  Total. Add amounts in column (f). See the instructions for where to report . . . . . . | | | | 44 | |

Form **4562** (2010)

**SCHEDULE M**
**(Form 1040A or 1040)**

Department of the Treasury
Internal Revenue Service   (99)

**Making Work Pay Credit**

▶ Attach to Form 1040A or 1040.    ▶ See separate instructions.

OMB No. 1545-0074

20**10**

Attachment
Sequence No. **166**

Name(s) shown on return
JARROD BURRLE

Your social security number
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

 **CAUTION** To take the making work pay credit, you must include your social security number (if filing a joint return, the number of either you or your spouse) on your tax return. A social security number does not include an identification number issued by the IRS. Only the Social Security Administration issues social security numbers.

**CAUTION** You cannot take the making work pay credit if you can be claimed as someone else's dependent or if you are a nonresident alien.

**Important:** Check the "No" box on line 1a and see the instructions if:

(a) You have a net loss from a business,
(b) You received a taxable scholarship or fellowship grant not reported on a Form W-2,
(c) Your wages include pay for work performed while an inmate in a penal institution,
(d) You received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or
(e) You are filing Form 2555 or 2555-EZ.

1a Do you (and your spouse if filing jointly) have 2010 wages of more than $6,451 ($12,903 if married filing jointly)?
☐ **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
☒ **No.** Enter your earned income (see instructions) . . . . . . . . | **1a** | 32,746

b Nontaxable combat pay included on line 1a
(see instructions) . . . . . . . . . . . | **1b** |

2 Multiply line 1a by 6.2% (.062) . . . . . . . . . . . . . | **2** | 2,030

3 Enter $400 ($800 if married filing jointly). . . . . . . . . . . | **3** | 400

4 Enter the **smaller** of line 2 or line 3 (unless you checked "Yes" on line 1a) . . . . | **4** | 400

5 Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 . . . . | **5** | 32,746

6 Enter $75,000 ($150,000 if married filing jointly) . . . . . . . . | **6** | 75,000

7 Is the amount on line 5 more than the amount on line 6?
☒ **No.** Skip line 8. Enter the amount from line 4 on line 9 below.
☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . . | **7** |

8 Multiply line 7 by 2% (.02) . . . . . . . . . . . . . . | **8** |

9 Subtract line 8 from line 4. If zero or less, enter -0- . . . . . . . . | **9** | 400

10 Did you (or your spouse, if filing jointly) receive an economic recovery payment in **2010**? You may have received this payment in 2010 if you did not receive an economic recovery payment in 2009 but you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits in November 2008, December 2008, or January 2009 (see instructions).
☒ **No.** Enter -0- on line 10 and go to line 11.
☐ **Yes.** Enter the total of the payments you (and your spouse, if filing jointly) received in 2010. Do not enter more than $250 ($500 if married filing jointly) . . . . . . . . | **10** | 0

11 **Making work pay credit.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter the result here and on Form 1040, line 63; or Form 1040A, line 40 . . . . . . . . | **11** | 400

* If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

KBA   For Paperwork Reduction Act Notice, see your tax return instructions.        **Schedule M (Form 1040A or 1040) 2010**

Form **8948**
(December 2010)
Department of the Treasury
Internal Revenue Service

## Preparer Explanation for Not Filing Electronically

▶ Attach to taxpayer's Form 1040, 1040A, 1040EZ, or Form 1041.

OMB No. 1545-2200

Attachment
Sequence No. **173**

Name(s) shown on return

JARROD BURRLE

Taxpayer's identifying number

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

Check the applicable box to indicate the reason this return is not being filed electronically.

**1** [X] Taxpayer chose to file this return on paper.

**2** [ ] The preparer received a waiver from the requirement to electronically file the tax return.

Waiver Reference Number _____ Approval Letter Date _____

**3** [ ] The preparer is a member of a recognized religious group that is conscientiously opposed to filing electronically.

**4** [ ] This return was rejected by IRS e-file and the reject condition could not be resolved.

Reject code: _____ Number of attempts to resolve reject: _____

**5** [ ] The preparer's e-file software package does not support Form_____ or Schedule _____ attached to this return.

**6** Check the box that applies and provide additional information if requested.

**a** [ ] The preparer is ineligible to file electronically because IRS e-file does not accept foreign preparers without social security numbers who live and work abroad.

**b** [ ] The preparer is ineligible to participate in IRS e-file due to an IRS sanction.

**c** [ ] Other: Describe below the circumstances that prevented the preparer from filing this return electronically.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

KBA   For Paperwork Reduction Act Notice, see instructions.

8948 (2010)
Form Software Copyright 1996 - 2011 HRB Tax Group, Inc.

FD8948- 1V 1.0

Form **8948** (12-2010)

Supporting Schedules

Name: JARROD BURRLE                                                              2010
                                                          SSN: 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
------------------------------------------------------------------------------------

SCHEDULE C - JARROD BURRLE
LINE 1 - GROSS RECEIPTS OR SALES/EARNINGS
Description                                                               Amount
------------------------------------------------------------------------------------

GREATER N O DIASTER
DRC EMERGENCY SERVIC                                                       1,500
ALEXANDER ECVIRONMEN                                                      39,000
INA TAX BENEFITS                                                           2,885
                                                                         10,000
                                                                       -----------
        TOTAL
                                                                         53,385


SCHEDULE C - JARROD BURRLE
LINE 23 - TAXES AND LICENSES
Description                                                               Amount
------------------------------------------------------------------------------------

COMMERCIAL LICENSE                                                           300
                                                                       -----------
        TOTAL                                                               300

IT-540-2D (Page 1 of 4)

DEV ID     0001

# 2010 LOUISIANA RESIDENT - 2D

**Name Change**

**Decedent Filing**

**Spouse Decedent**

**Address Change**

**Amended Return**

JARROD BURRLE

Taxpayer SSN     436276604

Spouse SSN

P O BOX 645

PORT SULPHUR                LA 70083

Telephone     5047109933

**FILING STATUS:** Print the appropriate number in the filing status box. It must agree with your federal return.

1

Print a "1" in box if **single**
Print a "2" in box if **married filing jointly**
Print a "3" in box if **married filing separately.**
Print a "4" in box if **head of household.***
Print a "5" in box if **qualifying widow(er)**

**6 EXEMPTIONS:**

| | | | | |
|---|---|---|---|---|
| 6A | X | Yourself | 65 or older | Blind | Qualifying Widow(er) |
| 6B | | Spouse | 65 or older | Blind | |

Total of 6A & 6B     1

*If the qualifying person is not your dependent, print name here.

**6C DEPENDENTS** - Print dependent information below if you have more than 6 dependents, attach a statement to your return with the required information. Print the total number from Federal Form 1040A, Line 6c of Federal 1040, Line 6c in the boxes here.

**6C**     0

| Dependent First and Last Name | SSN | Relationship to you | Birth Date (mm/dd/yyyy) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**6D** TOTAL EXEMPTIONS - Total of 6A, 6B, and 6C     **6D**     1

If you are not required to file a federal return, indicate wages here.

Mark this box and enter zero "0" on Line 16.

| | | | |
|---|---|---|---|
| 7 | FEDERAL ADJUSTED GROSS INCOME - If your Federal Adjusted Gross Income is less than zero, print "0." | From Louisiana Schedule E, attached     7 | 32746 |
| 8A | FEDERAL ITEMIZED DEDUCTIONS | 8A | 0 |
| 8B | FEDERAL STANDARD DEDUCTION | 8B | 0 |
| 8C | EXCESS FEDERAL ITEMIZED DEDUCTIONS - Subtract Line 8B from Line 8A and print the result. | 8C | 0 |
| 9 | FEDERAL INCOME TAX - If your federal income tax has been decreased by a federal disaster credit allowed by IRS, mark the box. | 9 | 3088 |
| 10 | YOUR LOUISIANA TAX TABLE INCOME - Subtract Lines 8C and 9 from Line 7. If less than zero, "0." | 10 | 29658 |
| 11 | YOUR LOUISIANA INCOME TAX | 11 | 845 |

6100

61002     4362766042  663    12312010  0000000  0000000000  00000845008  9

IT-540-2D (Page 2 of 4)

Social Security Number  436276604

## NONREFUNDABLE TAX CREDITS

| | | | |
|---|---|---|---|
| 12A | FEDERAL CHILD CARE CREDIT | 12A | 0 |
| 12B | 2010 LOUISIANA NONREFUNDABLE CHILD CARE CREDIT | 12B | 0 |
| 12C | AMOUNT OF LOUISIANA NONREFUNDABLE CHILD CARE CREDIT CARRIED FORWARD FROM 2006 THROUGH 2009 | 12C | 0 |
| 12D | 2010 LOUISIANA NONREFUNDABLE SCHOOL READINESS CREDIT | 12D | 0 |

5  0      4  0      3  0      2  0

| | | | |
|---|---|---|---|
| 12E | AMOUNT OF LOUISIANA NONREFUNDABLE SCHOOL READINESS CREDIT CARRIED FORWARD FROM 2008 THROUGH 2009 | 12E | |
| 13 | EDUCATION CREDIT- Multiply the number of qualified dependents by $25 and print the result. | 13 | 0 |
| 14 | OTHER NONREFUNDABLE TAX CREDITS - From Schedule G, Line 11 | 14 | 0 |
| 15 | TOTAL NONREFUNDABLE TAX CREDITS - Add Lines 12B through 14 and print the result. | 15 | 0 |
| 16 | ADJUSTED LOUISIANA INCOME TAX- Subtract Line 15 from Line 11 and print the result. If the result is less than zero, or you are not required to file a federal return, print zero "0". | 16 | 845 |
| 17 | CONSUMER USE TAX      X  No use tax due.      Amount from the Consumer Use Tax Worksheet. | 17 | 0 |
| 18 | TOTAL INCOME TAX AND CONSUMER USE TAX- Add Lines 16 and 17 and print the result. | 18 | 845 |

## REFUNDABLE TAX CREDITS

| | | | |
|---|---|---|---|
| 19 | 2010 LOUISIANA REFUNDABLE CHILD CARE | 19 | 0 |
| 19A | Print the qualified expense amount from the Refundable Child Care Credit Worksheet. | 19A | 0 |
| 19B | Print the amount from the Refundable Child Care Credit Worksheet. | 19B | 0 |
| 20 | 2010 LOUISIANA REFUNDABLE SCHOOL READINESS CREDIT | 20 | 0 |

5  0      4  0      3  0      2  0

| | | | |
|---|---|---|---|
| 21 | EARNED INCOME CREDIT | 21 | 0 |
| 22 | LOUISIANA CITIZENS INSURANCE CREDIT | 22 | 0 |
| 23 | OTHER REFUNDABLE TAX CREDITS - From Schedule F, Line 7 | 23 | 0 |

## PAYMENTS

| | | | |
|---|---|---|---|
| 24 | AMOUNT OF LOUISIANA TAX WITHHELD FOR 2010 - Attach Forms W-2 and 1099. | 24 | 0 |
| 25 | AMOUNT OF CREDIT CARRIED FORWARD FROM 2009 | 25 | 0 |
| 26 | AMOUNT PAID ON YOUR BEHALF BY A COMPOSITE PARTNERSHIP FILING       Enter name of partnership. _____ | 26 | 0 |
| 27 | AMOUNT OF ESTIMATED PAYMENTS MADE FOR 2010 | 27 | 0 |
| 28 | AMOUNT PAID WITH EXTENSION REQUEST | 28 | 0 |



BURR

6101

IT-540-2D (Page 3 of 4)

Social Security Number  436276604

| | | | |
|---|---|---|---|
| 29 | TOTAL REFUNDABLE TAX CREDITS AND PAYMENTS - Add Lines 19, 20 through 28 and print the result. | 29 | 0 |
| 30 | OVERPAYMENT | 30 | 0 |
| 31 | UNDERPAYMENT PENALTY - If you are a farmer check the box. | 31 | 0 |
| 32 | ADJUSTED OVERPAYMENT - If Line 30 is greater than line 31, subtract line 31 from Line 30 and print the result. If Line 31 is greater than Line 30, print zero "0" here, subtract Line 30 from line 31, and print the balance on Line 46. | 32 | 0 |

## DONATIONS OF LINE 32

| | | | |
|---|---|---|---|
| 33 | **The Military Family Assistance Fund** | 33 | 0 |
| 34 | **Coastal Protection and Resotration Fund** | 34 | 0 |
| 35 | The Start Program | 35 | 0 |
| 36 | Wildlife Habitat and Natural Heritage Trust Fund | 36 | 0 |
| 37 | Louisiana Prostate Cancer Trust Fund | 37 | 0 |
| 38 | Louisiana Animal Welfare Commission | 38 | 0 |
| 39 | Community - Based Primary Health Care Fund | 39 | 0 |
| 40 | National Lung Cancer Partnership | 40 | 0 |
| 41 | Louisiana Chapter of National Multiple Sclerosis Society Fund | 41 | 0 |
| 42 | TOTAL DONATIONS - Add Lines 33 through 41 and print the result. | 42 | 0 |

## REFUND DUE

| | | | |
|---|---|---|---|
| 43 | SUBTOTAL - Subtract Line 42 from Line 32 and print the result. | 43 | 0 |
| 44 | AMOUNT TO BE CREDITED TO 2011 INCOME TAX     **CREDIT** | 44 | 0 |
| 45 | AMOUNT TO BE REFUNDED - Subtract Line 44 from Line 43 and print the result.     **REFUND** | 45 | 0 |



BURR

6102

IT-540-2D (Page 4 of 4)

Social Security Number   436276604

## AMOUNTS DUE LOUISIANA

| 46 | AMOUNT YOU OWE - If Line 18 is greater than Line 29, subtract Line 29 from Line 18 and print the result. If you entered and amount there from Line 32, complete Lines 47, 48, 49 and 54 and print zero "0" on Lines 50 through 53. | 46 | 845 |
|----|----|----|----|
| 47 | ADDITIONAL DONATION TO THE MILITARY FAMILY ASSISTANCE FUND | 47 | 0 |
| 48 | ADDITIONAL DONATION TO THE COASTAL PROTECTION AND RESTORATION FUND | 48 | 0 |
| 49 | ADDITIONAL DONATION TO LOUISIANA CHAPTER OF THE NATIONAL MULTIPLE SCLEROSIS SOCIETY FUND | 49 | 0 |
| 50 | INTEREST | 50 | 0 |
| 51 | DELINQUENT FILING PENALTY | 51 | 0 |
| 52 | DELINQUENT PAYMENT PENALTY | 52 | 0 |
| 53 | UNDERPAYMENT PENALTY - If you are a farmer check the box. | 53 | 0 |
| 54 | BALANCE DUE LOUISIANA - Add Lines 46 through 53 and print the result. **PAY THIS AMOUNT. DO NOT SENT CASH.** | 54 | 845 |



Status   4   Contribution and Donation   0

I declare that I have examined this return, and to the best of my knowledge, it is true and complete. Declaration of paid preparer is based on all available information. If I made a contribution to the START Savings Program I consent that my Social Security Number may be given to the Louisiana Office of Student Financial Assistance in order to properly identify the START Savings Program account holder. If married filing jointly, both Social Security Numbers may be submitted.

| Your Signature | Date | Signature of paid preparer other than taxpayer | |
|----|----|----|----|
| Spouse's Signature (If filing jointly, both must sign.) | Date | Telephone number of paid preparer (504) 367-3702 | Date 05/13/2011 |

Name   Address
BURR    PO B

☐ Field Flag

FOR OFFICE USE ONLY

Social Security Number, PTIN, or FEIN of paid preparer

431871840

**Individual Income Tax Return**
**Calendar year return due 5/15/2011**

Mail to:  Department of Revenue
PO BOX 3550
BATON ROUGE  LA 70821-3550

SPEC CODE



6103