Case 2:10-md-02179-CJB-DPC   Document 13188-4   Filed 07/25/14   Page 1 of 2
Wage and Income Transcript                                         Page 1 of 2
Case 2:10-md-02179-CJB-SS   Document 13010-12   Filed 06/10/14   Page 7 of 8



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

Request Date: 03-07-2014
Response Date: 03-07-2014
Tracking Number: 100186051260

SSN Provided:
Tax Period Requested: December, 2010

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 232667677
INA TAX BENEFITS REPORTING INC
120 N 9TH ST
RICHMOND, IN 47374-0000

**Recipient:**
Recipient's Identification Number:
JARROD BURRLE

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 650000005682392T1 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $10,000.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 261087804
GREATER NEW ORLEANS DISASTER RECOVERY
PARTNERSHIP
1717 TCHOUPITOULAS ST
NEW ORLEANS, LA 70130-0000

Case 2:10-md-02179-CJB-DPC   Document 13188-4   Filed 07/25/14   Page 2 of 2
Wage and Income Transcript                                        Page 2 of 2
Case 2:10-md-02179-CJB-SS   Document 13010-12   Filed 06/10/14   Page 8 of 8

**Recipient:**

Recipient's Identification Number: 
JARROD BURRLE

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $1,500.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 631283729
DRC EMERGENCY SERVICES LLC
704 MUSEUM DRIVE
MOBILE, AL 36608-0000

**Recipient:**

Recipient's Identification Number: 
JARROD BURRLE

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | BURR100 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $39,000.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data