UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | JUDGE BARBIER |
| | * | |
| Civil Action No. 2:13-cv-01490 | * | MAGISTRATE SHUSHAN |

### FIRST AMENDING COMPLAINT

Plaintiff, Point Au Fer, L.L.C., originally brought Civil Action No. 2:13-cv-01490 against the defendants, BP EXPLORATION & PRODUCTION, INC; BP AMERICA PRODUCTION COMPANY, INC; BP P.L.C.; HALLIBURTON ENERGY SERVICES, INC.; HALLIBURTON DIVISION SPERRY DRILLING SERVICES; M-I, L.L.C.; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.; TRANSOCEAN DEEPWATER INC.; TRANSOCEAN L.T.D.; TRITON ASSET LEASING GMBH; CAMERON INTERNATIONAL CORPORATION; and WEATHERFORD U.S. L.P.

1.

As of the filing of this pleading, Weatherford U.S., L.P. ("Weatherford") has not filed an answer in Civil Action No. 2:13-cv-01490.

2.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation granted summary judgment in Weatherford's favor. (*See* Rec. Docs. 5633 in Civil Action No. 2:10-md-2179). In the Court's Order, Rec. Doc. 5633, the Court stated, "the Court finds for reasons stated in Weatherford's memoranda that there is no evidence that the Weatherford float collar used in the

1

production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

3.

Subsequently, on April 10, 2012 the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 in Civil Action No. 2:10-md-2179), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."  (Rec. Doc. 6402 in Civil Action No. 2:10-md-2179).

4.

On June 4, 2014, the Court issued an order instructing counsel to "file an amended complaint ... deleting Weatherford as a named defendant ..." in this proceeding.  (*See* Rec. Doc. 12984 in Civil Action No. 2:10-md-2179).

5.

In accordance with the Court's Order of June 4, 2014, Point Au Fer, L.L.C., deletes Weatherford as a named defendant in Civil Action No. 2:13-cv-01490 and dismisses its claims brought against Weatherford in Civil Action No. 2:13-cv-01490.

6.

Plaintiff, Point Au Fer, L.L.C., reserves all rights and claims against all other defendants in Civil Action No. 2:13-cv-01490. Point Au Fer, L.L.C., reavers and reasserts all claims, facts, causes of action, pleas, remedies, requests for relief, and all other matters plead in its original Complaint against all other defendants as if they were plead herein *in extenso*. Plaintiff, Point Au Fer, L.L.C., requests a trial by jury.

By Attorneys:

/s/ *Victor L. Marcello* (#9252)
Victor L. Marcello, Bar # 9252
D. Adele Owen, Bar #21001
Ross J. Donnes, Bar #33098
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
(225) 400-9991 Telephone
(225) 448-2568 Fax

*Attorneys for Plaintiff, Point Au Fer, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 25th day of July, 2014.

/s/ *Victor L. Marcello*

3