UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION "J" |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01644 | * | MAGISTRATE SHUSHAN |

## NOTICE OF COMPLIANCE WITH COURT ORDER DATED JUNE 4, 2014 RE: WEATHERFORD

COME NOW, Plaintiffs, American Machine Works of Louisiana, L.L.C., et al., to certify to the Court that they have complied with the Court's June 4, 2014 Order and filed an amended complaint removing Weatherford U.S., L.P. as a named defendant.

Baton Rouge, Louisiana this 25th day of July, 2014.

By Attorneys:

/s/ *Victor L. Marcello* (#9252)
Victor L. Marcello, Bar # 9252
D. Adele Owen, Bar #21001
Ross J. Donnes, Bar #33098
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
(225) 400-9991 Telephone
(225) 448-2568 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 25th day of July, 2014.

/s/ *Victor L. Marcello*