UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates to:<br>Only Civil Action Number<br>2014-01647 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| *  *  *  *  *  *  *  * | | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gilbert V. Andry IV, and The Andry Law Firm, L.L.C., who respectfully request that JACQUES F. BEZOU (3037), JACQUES F. BEZOU, JR (33728) and MATTHEW L. DEVEREAUX (32125) of THE BEZOU LAW FIRM, 534 East Boston Street, Covington, LA 70433 be enrolled as additional counsel of record herein for Plaintiffs, Gilbert V. Andry IV, and The Andry Law Firm, L.L.C., in the above-captioned matter.

Respectfully submitted,

s/Jacques F. Bezou, Sr.
JACQUES F. BEZOU, SR. (3037)
JACQUES F. BEZOU, JR (33728)
MATTHEW L. DEVEREAUX (32125)
THE BEZOU LAW FIRM
534 East Boston Street
Covington, Louisiana  70433
Telephone:  (985) 892-2111
Facsimile:  (985) 892-1413
Email: jbezou@bezou.com
         jbezou2@bezou.com
         mdevereaux@bezou.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion to Enroll as Additional Counsel has been served on All counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of July, 2014.

                                          s/Jacques F. Bezou, Sr.
                                          JACQUES F. BEZOU, SR.