# EXHIBIT LIST

Exhibits 1 through 97 – See Chart Below for Each Claimant:

| Description | Ex. # | Claimant-906 | Ex. # | Claimant-435 | Ex. # | Claimant-968 | Ex. # | Claimant-956 |
|---|---|---|---|---|---|---|---|---|
| Registration Form | 1 | 9/11/2012 | 15 | 7/19/2012 | 29 | 8/21/2012 | 43 | 7/20/2013 |
| Purple Claim Form | 2 | 9/11/2012 | 16 | 7/20/2012 | 30 | 8/21/2012 | 44 | 7/20/2013 |
| Eligibility Notice (Unsigned) | 3 | 7/26/2013 | 17 | 7/19/2013 | 31 | 7/11/2013 | 45 | 7/11/2013 |
| Signed Eligibility Notice and Release | 4 | 8/12/2013 | 18 | 7/29/2013 | 32 | 7/24/2013 | 46 | 7/29/2013 |
| Notice of BP Appeal | 5 | 8/20/2013 | 19 | 7/30/2013 | 33 | 7/29/2013 | 47 | 7/23/2013 |
| BP's Initial Proposal and Brief | 6 | Timely | 20 | Timely | 34 | Timely | 48 | Timely |
| Claimant's Initial Proposal | 7 | Timely | 21 | Timely | 35 | Timely | 49 | Timely |
| Claimant's Initial Brief | 8 | Timely | 22 | Timely | 36 | Timely | 50 | Timely |
| BP's Final Proposal and Brief | 9 | Timely | 23 | Timely | 37 | Timely | 51 | Timely |
| Claimant's Final Proposal | 10 | 9/12/2013 | 24 | 8/26/2013 | 38 | 8/23/2013 | 52 | 8/16/2013 |
| Claimant's Final Brief | 11 | 9/24/2013 | 25 | 8/26/2013 | 39 | 8/23/2013 | 53 | 8/16/2013 |
| Notice of Appeal Panel's Decision | 12 | 9/25/2013 | 26 | 9/23/2013 | 40 | 9/30/2013 | 54 | 9/30/2013 |
| Post-Appeal Eligibility Notice | 13 | 9/27/2013 | 27 | 9/24/2013 | 41 | 9/30/2013 | 55 | 9/30/2013 |
| BP's Request for Discretionary Review | 14 | 10/9/2013 | 28 | 10/7/2013 | 42 | n/a | 56 | n/a |

| Description | Ex. # | Claimant-391 | Ex. # | Claimant-383 | Ex. # | Claimant-954 |
|---|---|---|---|---|---|---|
| Registration Form | 57 | 7/16/2012 | 71 | 7/20/2012 | 85 | 11/12/2012 |
| Purple Claim Form | 58 | 7/16/2012 | 72 | 7/24/2012 | 86 | 11/12/2012 |
| Eligibility Notice (Unsigned) | 59 | 5/24/2013 | 73 | 8/1/2013 | 87 | 5/28/2013 |
| Signed Eligibility Notice and Release | 60 | 9/20/2013 | 74 | 8/7/2013 | 88 | 6/12/2013 |
| Notice of BP Appeal | 61 | 6/4/2013 | 75 | 8/13/2013 | 89 | 6/13/2013 |
| BP's Initial Proposal and Brief | 62 | Timely | 76 | Timely | 90 | Timely |
| Claimant's Initial Proposal | 63 | Timely | 77 | Timely | 91 | Timely |
| Claimant's Initial Brief | 64 | Timely | 78 | Timely | 92 | Timely |
| BP's Final Proposal and Brief | 65 | Timely | 79 | Timely | 93 | Timely |
| Claimant's Final Proposal | 66 | 7/1/2013 | 80 | 9/6/2013 | 94 | 7/8/2013 |
| Claimant's Final Brief | 67 | 7/1/2013 | 81 | 9/6/2013 | 95 | 7/8/2013 |
| Notice of Appeal Panel's Decision | 68 | 7/29/2013 | 82 | 10/2/2013 | 96 | 10/1/2013 |
| Post-Appeal Eligibility Notice | 69 | 7/31/2013 | 83 | 10/2/2013 | 97 | 10/1/2013 |
| BP's Request for Discretionary Review | 70 | n/a | 84 | n/a | | |

Exhibit 98 – Rules Governing the Appeals Process