# EXHIBIT 9

## **BP'S FINAL PROPOSAL REGARDING CLAIM NO. 75211**

On August 27, 2013, BP Exploration & Production Inc. ("BP") filed its Initial Proposal with regard to Claim No. 75211 ████████████████████████ BP respectfully refers the Appeals Panel to that filing for a discussion of the issues in this appeal, and BP recommends that this claim be remanded to the Settlement Program with instructions to obtain accurate data from Claimant and to perform a proper calculation.  If, however, it is determined that a remand is not appropriate in this situation, BP submits a Final Proposal of $0.