# EXHIBIT 14

<u>Notice Regarding BP's Request for Discretionary Court Review of Claim No. 75211</u>

BP respectfully states that this claim involves issues relating to the proper measurement and/or matching of revenues and expenses and, as such, is covered by the stay imposed by the Court's Order of October 3, 2013.  Accordingly, it is BP's understanding that it need not file a Request for Discretionary Review at this time.  BP files this notice, out of an abundance of caution, to preserve its rights to pursue a Request for Discretionary Review following the implementation of the Fifth Circuit's decision.