EXHIBIT 26


**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF APPEAL PANEL DECISION
### DATE OF NOTICE: September 23, 2013

### I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business ███████████ , | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100002435 | **Claim ID** | 38603 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | E.J. Saad Law Firm | | |

### II. APPEAL PANEL DECISION

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This Notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I. BP or the claimant appealed this claim, and the Appeals Coordinator submitted the claim for Appeal Panel review. The Appeal Panel has completed its review of the Appeal and has reached a final decision on the claim. The details of the Appeal Panel's decision are below, as well as any comment left by the Appeal Panel:

| | | **Proposal Chosen** |
|---|---|---|
| **Compensation Amount** | $130,543.32 | Claimant |
| **Risk Transfer Premium Multiplier** | 0.25 | Claimant |
| **Prior Payment Offset** | $0.00 | Claimant |

The Compensation Amount awarded by the Appeal Panel will appear in Section II, line 1 of your Post-Appeal Eligibility Notice. We will increase this Compensation Amount by the applicable Risk Transfer Premium, if any, and also decrease this Compensation Amount by any applicable offsets to determine your Award Amount. If the claimant prevailed upon appeal, the pre-Risk Transfer Premium Compensation Amount will be increased by 5%. If we have received notice of any outstanding lien, we will also deduct that applicable amount from your Award Amount.

The Appeal Panel's decision will stand as the Settlement Program's final determination on this claim.

APP-19 v.1    WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM    Claimant ID: 100002435
Page 1 of 2    Claim ID: 38603

## III. APPEAL PANEL COMMENT

BP acknowledges that one of its stated appeal issues has been decided adversely to it by the orders of the Court and asserts the same simply to preserve further rights of appeal. It otherwise asserts that the Settlement Program (1) incorrectly classified Claimant's "Contributions" expenses as wholly variable despite the fact that $5,000 of the same represented dues to a hunting club and "Dues and Subscriptions" is an Exhibit 4D "Fixed Costs" item, and (2) misclassified Claimant's "Miscellaneous" costs as fixed despite evidence suggesting that the same contained variable expenses. BP says reclassifying the $5,000 would reduce the Compensation Amount by $5,000. Claimant agrees that the $5,000 should be classified as within Dues and Subscriptions, but says that the effect of that would be to slightly increase the Compensation Amount, not decrease it as BP claims. Claimant waives any claim to an increase. As to issue #2, the Claims Administrator "may" seek source documents and Claimant lists five dates on which the CA did so in this case. Exhibit 4D includes "Misc. Expense" among its list of "Fixed Costs." There is no showing that the CA abused his discretion in the extent to which it investigated the nature of the "Miscellaneous" cost category. BP doesn't attempt to quantify monetarily what a reclassification of this item would occasion. BP's request for a remand isn't bottomed on either of the two exclusive grounds on which that remedy has to be predicated. Claimant's Final Proposal in in the amount of the awarded Compensation Amount, $130,543.32. BP's Final Proposal is "$0." The mandatory "Baseball Process" dictates selection of Claimant's Final Proposal.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Appeal Panel Decision or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**