EXHIBIT 47



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# NOTICE OF BP APPEAL
### DATE OF NOTICE: July 22, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100085956 | **Claim ID** | 39522 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | E.J. Saad Law Firm | | |

## II. APPEAL PROCESS EXPLANATION: ISSUE APPEALED AND RELIEF REQUESTED

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This Notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I. BP has timely filed an Appeal of this claim. The details of the Appeal are below.

| Date of Appeal | Appeal Reason(s) Asserted by BP | BP Comment |
|---|---|---|
| 07/21/2013 | Calculation Error | As the basis for the appeal, BP states that it appears that the Settlement Program erred in its characterization of certain expenses. The determination should be revised to correct these errors. Additionally, BP states that it appears that there are significant inconsistencies and anomalies in the financial data provided by the claimant. BP requests that the inconsistencies be resolved and the claim re-evaluated. In addition, there are a number of questions and issues regarding trends and financial data that impact the calculation and require resolution. Finally, it does not appear that claimant is entitled to compensation. |

BP has requested that this claim be appealed to the Appeal Panel. Accordingly, any applicable payment cannot be issued until the Appeal Process is complete. After the Appeals Process is complete, we will issue a Post-Appeal Eligibility Notice reflecting the results of the Appeal.

The Award Amount listed in Section II of your Eligibility Notice includes the Compensation Amount listed on line 1, any Risk Transfer Premium ("RTP"), and any Prior Payment Offset BP may have appealed one or more of the following factors used to calculate your Award Amount: the Compensation Amount, RTP Multiplier, or Prior Payment Offset. Either party may propose new values for each factor. If the parties cannot resolve the Appeal, the Appeal Panel will choose a Compensation Amount, RTP Multiplier, and Prior Payment Offset from either party's Final Proposal as the final outcome of the claim.

## III. APPEAL SCHEDULE: INITIAL AND FINAL PROPOSALS, COMPROMISE AMOUNTS

You and BP are the parties to this Appeal. The Appeals Process requires both parties to file Initial Proposals and Final Proposals. Represented claimants and BP must submit the Initial and Final Proposals and any supporting materials using the DWH Portal. Pro Se claimants may use the DWH Portal or may mail or email the documents to the Appeals Coordinator. On your Initial Proposal Form and Final Proposal Form, enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. If you wish, you may submit additional documentation supporting your claim. You may also submit a supporting memorandum with your Initial Proposal Form. Either party may accept the other's Initial Proposal. Either party may accept the other's Final Proposal for five days after the issuance of the Final Proposals. Alternatively, you may negotiate with BP to reach a compromise and submit the **Compromise Form** attached to this Notice of BP Appeal. If either party accepts the other's Initial or Final Proposal, or you reach a compromise as to each factor at issue in this Appeal, the Appeal will be closed and the claim will not proceed to the Appeal Panel.

If after five days from the issuance of the Final Proposals, neither party accepts the other's Initial or Final Proposal, and you do not reach a compromise, we will submit both parties' Final Proposals, along with any supporting memoranda, to a neutral Appeal Panel for review. You may reach a compromise at any time until the Appeal Panel issues a decision on the claim. If the Appeal Panel issues a decision on this Appeal before you reach a compromise, the decision of the Appeal Panel shall be the final decision on your claim.

The deadlines for submitting Appeal documents run from the date of this Notice of BP Appeal. If you do not submit an Initial Proposal Form on or before your Deadline to Submit listed below, then the Compensation Amount listed on the Eligibility Notice Section II line 1 shall be considered your Initial Proposal Compensation Amount; the RTP Multiplier and Prior Payment Offset, if any, listed on your Eligibility Notice shall be considered your Initial Proposal RTP Multiplier and Initial Proposal Prior Payment Offset. If you do not submit a Final Proposal Form on or before your Deadline to Submit listed below, then your Initial Proposal shall be considered your Final Proposal.

**Note:** Your Initial Proposal, Final Proposal, and/or Compromise RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal, Final Proposal and/or Compromise Compensation Amount should be the new **Compensation Amount** you are proposing for your claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any Compensation Amount by the applicable RTP, if any, and also decrease any Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from your Award Amount.

All documentation and the applicable deadlines are listed below. If a deadline falls on a Saturday, Sunday or a holiday, the deadline is extended to the next business day. Holidays are: New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day.

| Appeal Document | Deadline to Submit |
|---|---|
| Initial Proposal and optional supporting memoranda | 08/06/2013 |
| Acceptance of Initial Proposal (optional) | Before Final Proposals are posted |
| Final Proposal | 08/16/2013 |
| Acceptance of Final Proposal (optional) | Within 5 days after Final Proposals are posted |
| Compromise (optional) | Before Appeal Panel decides |

## IV. CONTACT INFORMATION FOR PARTIES AND LEAD CLASS COUNSEL

Use BP's contact information below if you wish to negotiate with BP to reach an independent compromise. Do not send any forms to BP. You must send all documents to the Claims Administrator through the DWH Portal or through one of the contact methods listed in Section VI, if you are a pro se claimant.

| NAME | EMAIL ADDRESS | MAILING ADDRESS | | |
|---|---|---|---|---|
| **Counsel for Claimant** | E.J. Saad Law Firm<br>mandrews@ejsaadlaw.com | Street<br>6207 Cottage Hill Road<br>Suite G | | |
| | | City<br>Mobile | State<br>AL | Zip Code<br>36609 |
| **Counsel for BP** | Richard C. Godfrey<br>rgodfrey@kirkland.com | Richard C. Godfrey<br>Kirkland & Ellis LLP<br>300 North LaSalle Blvd, Chicago, IL 60654 | | |
| | R. Keith Jarrett<br>rkjarrett@liskow.com | R. Keith Jarrett<br>Liskow & Lewis<br>Suite 5000, One Shell Square, 701 Poydras Street, New Orleans, LA 70139 | | |
| **Lead Class Counsel** | Stephen J. Herman<br>Sherman@hhkc.com | Stephen J. Herman<br>Herman Herman Katz & Cotlar,<br>820 O'Keefe Avenue, New Orleans, LA 70113 | | |
| | James P. Roy<br>jimr@wrightroy.com | James P. Roy<br>Domengeaux Wright Roy & Edwards<br>556 Jefferson Street, Lafayette, LA 70502 | | |

## V. HOW TO CONTACT US WITH QUESTIONS

For claimant questions about this Notice of BP Appeal or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

## VI. HOW TO RESPOND TO THIS NOTICE

Submit your **Initial Proposal Form, Final Proposal Form,** and **Compromise Form** online with any accompanying documentation using your DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your submission deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your submission deadline; if other overnight delivery, placed in the custody of an overnight carrier by your submission deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your submission deadline) | You may take the required information or documents to a Claimant Assistance Center. |



# INITIAL PROPOSAL FORM
### DATE OF NOTICE OF BP APPEAL: July 22, 2013
### DEADLINE TO SUBMIT INITIAL PROPOSAL FORM: August 6, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100085956 | **Claim ID** | 39522 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | E.J. Saad Law Firm | | |

## II. INITIAL PROPOSAL AMOUNT

Both parties must submit an Initial Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Initial Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Initial Proposal Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount. The Compensation Amount, RTP Multiplier, and/or Prior Payment Offset listed on your Eligibility Notice will be considered your Initial Proposal for any field left blank.

If either party accepts the other's Initial Proposal, the Appeals Process will end. If neither party accepts the other's Initial Proposal, and you do not reach a compromise, you must submit a Final Proposal within the deadline listed on the Notice of BP Appeal.

| Initial Proposal Compensation Amount | |
|---|---|
| **Initial Proposal RTP Multiplier** | |
| **Initial Proposal Prior Payment Offset** | |

## III. CLAIMANT HOME STATE SELECTION

Select your home state. If you do not live in one of these five states, select the state where your injury occurred.

☐ Alabama    ☐ Florida    ☐ Louisiana    ☐ Mississippi    ☐ Texas

## IV. SIGNATURE

| Signature | | Date | ___/___/___ (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | Last Name / First Name | | Middle Initial |

| Title (if a business) | |
|---|---|

## V. HOW TO SUBMIT THIS FORM

Submit your **Initial Proposal Form** online using the DWH Portal. If you do not use the DWH Portal, you may submit this form in any of the following ways:

| | |
|---|---|
| **By Mail** (Postmarked no later than your Initial Proposal deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Initial Proposal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Initial Proposal Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Initial Proposal deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Initial Proposal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Initial Proposal deadline) | You may take the required information or documents to a Claimant Assistance Center. |



# FINAL PROPOSAL FORM
### DATE OF NOTICE OF BP APPEAL: July 22, 2013
### DEADLINE TO SUBMIT FINAL PROPOSAL FORM: August 16, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business | First | Middle |
|---|---|---|---|
| | ███████ | | |
| **Claimant ID** | 100085956 | **Claim ID** | 39522 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | E.J. Saad Law Firm | | |

## II. FINAL PROPOSAL AMOUNT

Both parties must submit a Final Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Final Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Final Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Final Proposal Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount.

If either party accepts the other's Final Proposal, the Appeals Process will end. If your Final Proposal Compensation Amount, RTP Multiplier, and Prior Payment Offset are the same as the opposing party's, the Claims Administrator will consider that you have reached an agreement, and the Appeals Process will end. If after five days from the issuance of the Final Proposals, neither party accepts the other's Final Proposal, and you do not reach a compromise, we will submit both parties' Final Proposals, along with any supporting memoranda, to a neutral Appeal Panel for review. The Appeal Panel will choose a Compensation Amount, RTP Multiplier, and Prior Payment Offset from either party's Final Proposal as the final outcome of the claim.

| | |
|---|---|
| **Final Proposal Compensation Amount** | |
| **Final Proposal Risk Transfer Premium** | |
| **Final Proposal Prior Payment Offset** | |

## III. SIGNATURE

| **Signature** | | **Date** | ___/___/___ (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | Last Name | First Name | Middle Initial |
| **Title (if a business)** | | | |

| IV. HOW TO SUBMIT THIS FORM ||
|---|---|
| Submit your **Final Proposal Form** online using the DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit. ||
| **By Mail** <br>(Postmarked no later than your Final Proposal deadline) | Deepwater Horizon Economic Claims Center <br>PO Box 1439 <br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** <br>(If mail, postmarked no later than your Final Proposal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Final Proposal Deadline) | Deepwater Horizon Economic Claims Center <br>Claims Administrator <br>42548 Happy Woods Road <br>Hammond, LA 70403 |
| **By Facsimile** <br>(Sent no later than 12:00 midnight local time on your Final Proposal deadline) | (888) 524-1583 |
| **By Email** <br>(Sent no later than 12:00 midnight local time on your Final Proposal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** <br>(Delivered no later than your Final Proposal deadline) | You may take the required information or documents to a Claimant Assistance Center. |



# COMPROMISE FORM
## DATE OF NOTICE OF BP APPEAL: July 22, 2013

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business ■■■■ | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100085956 | **Claim ID** | 39522 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | E.J. Saad Law Firm | | |

### II. COMPROMISE AMOUNT

If both parties have agreed on the Compensation Amount, RTP, and Prior Payment Offset for this claim, you must both submit this Compromise Form. Your Compromise Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any Compromise Compensation Amount by the applicable RTP, if any, and also decrease any Compromise Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount. If your Compromise Compensation Amount, RTP Multiplier, and Prior Payment Offset are the same as the opposing party's, the Appeals Process will end.

| Compromise Compensation Amount | |
|---|---|
| Compromise Risk Transfer Premium | |
| Compromise Prior Payment Offset | |

### III. SIGNATURE

| Signature | | Date | __/__/__ (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | Last Name / First Name | | Middle Initial |
| **Title (if a business)** | | | |

### IV. HOW TO SUBMIT THIS FORM

Submit your **Compromise Form** online using the DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| By Mail | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|
| By Overnight, Certified or Registered Mail | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| By Facsimile | (888) 524-1583 |
| By Email | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| Visit a Claimant Assistance Center | You may take the required information or documents to a Claimant Assistance Center. |