EXHIBIT 51

BP'S FINAL PROPOSAL

On August 6, 2013, BP Exploration & Production Inc. ("BP") filed its Initial Proposal with regard to Claim No. 39522.  BP respectfully refers the Appeals Panel to that filing for a discussion of the issues in this appeal and submits a Final Proposal of $9,500.  In the alternative, BP recommends that this claim be remanded to the Settlement Program with instructions to obtain accurate data from Claimant and to perform a proper calculation. To the extent the issues addressed in that filing are governed by the Court's Orders of March 5, April 5, and April 9, those issues are appealed solely for purposes of preserving further appeal rights.  BP respectfully refers the Appeals Panel to its April 8, 2013 Statement of Position.

BP FP -