EXHIBIT 53

**RESPONSE AND FINAL PROPOSAL OF**

████████████████████████████

████████████████████████████ respectfully submits this Final

Offer and Response to BP Exploration & Production, Inc.'s, (BP), Initial Offer with

regard to Claimant No. 100085956.  ██████████ agrees the account "OH-Payroll Taxes" is

a payroll expense.  ██████████ specifically disagrees with BP's arguments regarding the

"Matching" and "Smoothing" issues addressed in the Court's Orders of March 5, April 5

and April 9.

**I.      The Account "OH-Payroll Taxes" is a Payroll Expense Account.**

The BP Parties' initial memorandum suggests that the Claims Administrator misclassified

██████████ expense account "OH-Payroll Taxes." (BP Brief at 1).  Exhibit 4C to the Settlement

Agreement, ("Exhibit 4C"), lists the following items to be included in payroll expense, "(a)

Salaries & wages; (b) Payroll taxes (including FICA, workers compensation insurance,

unemployment tax); (c) Employer costs for employee benefits." (Doc. ID 6430-10).  ██████████

expense account "OH-Payroll Taxes" falls within this category.  In BP's memorandum, BP states

"'failure to properly classify t [sic] ["]OH-Payroll Taxes" overcompensated Claimant.'" (Doc.

ID 11689087 at 2).  BP did not suggest a dollar amount by which it believes ██████████

Compensation Amount is affected by classifying "OH-Payroll Taxes" as a payroll expense.

██████████ has made this correction in its claim calculation and has recalculated the correct

Compensation Amount. (Exhibit A).  With all expenses properly classified, ██████████ Pre- RTP

Compensation Amount is $27,873.62 with a RTP amount of $6,968.41 resulting in a total claim

amount of $34,842.03.

**II.      Adoption of Prior Arguments Regarding the "Matching" and "Smoothing"**
**Issues and the Court's Orders of March 5, April 5 and April 9.**

███████ adopts its prior facts and arguments as presented in its Initial Offer and Supporting Brief. ███████ also directs the Appeal Panelist to footnote 2 of BP's Initial Brief which acknowledges that the issues presented by BP in its Appeal are "governed by the Court's prior Orders" of March 5, April 5 and April 9 and therefore should be denied.

## CONCLUSION

For the reasons stated herein and in its prior brief, ███████ asks the Appeal Panelist to issue a finding in favor of ███████ that ███████ has complied with the terms of the Settlement Agreement, and that a Compensation Amount of $27,873.62 with a RTP Multiplier of 0.25 is the appropriate award. Such a result is in keeping with the terms, methods and formulae established by the Settlement Agreement. ███████ further requests that the Appeal Panel confirm that the $940.00 reimbursable accounting support determined by the Claim Administrator is appropriate. The Award granted by the Claim Administrator should be upheld.

s/E. J. Saad
E. J. Saad

s/Matthew Andrews
Matthew I. D. Andrews
Attorneys for Appellee/Respondent,
███████ ███████████.

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 Cottage Hill Road, Suite G
Mobile, Alabama  36609
Telephone (251) 660-0888
Fax:  (251) 660-0777
ejsaad@ejsaadlaw.com
mandrews@ejsaadlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Brief has been served on the following named persons by electronic filing on this 16th day of August, 2013:

Richard C. Godfrey, Esq.
Kirkland & Ellis, LLP
300 North LaSalle Blvd.
Chicago, Illinois 60654

R. Keith Jarrett, Esq.
Liskow & Lewis
Suite 500
One Shell Square
701 Poydras Street
New Orleans, Louisiana 70113

/s/ Matthew Andrews
Matthew I. D. Andrews

# EXHIBIT A

| Client Name | ███████████████. | | | | |
|---|---|---|---|---|---|
| Zone | D | | 2007-2010 %: | -15.00% | |
| RTP Factor | 0.25 | | 2011 %: | 10% | |
| Benchmark Period | 2009 | | | | |

### Revenues

| | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| Jan. | $ 93,543.99 | $ 84,951.38 | $ 67,894.62 | $ 28,561.64 | $ 6,915.54 |
| Feb. | $ 93,756.27 | $ 173,944.96 | $ 17,898.78 | $ 24,783.27 | $ 21,991.19 |
| Mar. | $ 90,680.32 | $ 24,488.96 | $ 203,024.81 | $ 117,996.74 | $ 8,880.51 |
| Apr. | $ 99,264.47 | $ 94,125.83 | $ 16,797.87 | $ 12,973.24 | $ 6,107.98 |
| May | $ 62,651.58 | $ 83,714.28 | $ 33,581.65 | $ 11,029.90 | $ 4,938.49 |
| June | $ 83,021.01 | $ 14,615.19 | $ 25,938.86 | $ 29,526.19 | $ 40,733.16 |
| July | $ 194,492.74 | $ 86,663.93 | $ 28,652.69 | $ 58,722.87 | $ 1,300.00 |
| Aug. | $ 55,985.87 | $ 65,417.37 | $ 50,768.66 | $ 36,800.06 | $ 68,600.66 |
| Sep. | $ 97,889.52 | $ 81,431.03 | $ 52,508.91 | $ 84,072.65 | $ 46,053.08 |
| Oct. | $ 116,094.44 | $ 79,054.90 | $ 44,475.26 | $ 10,983.74 | $ 13,065.29 |
| Nov. | $ 146,109.78 | $ 95,139.58 | $ 17,580.22 | $ 18,690.54 | $ 21,477.85 |
| Dec. | $ 103,020.82 | $ 87,453.61 | $ 86,136.82 | $ 49,356.51 | $ 126,271.07 |
| | $ 1,236,510.81 | $ 971,001.02 | $ 645,259.15 | $ 483,497.35 | $ 366,334.82 |

### Financial Tests

| | 2007 to 2009 | 2008 to 2009 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| May to July | $ 68,147.99 | $ 45,527.77 | $ 29,391.07 | $ 33,092.99 | $ 15,657.22 |
| Percent Inc./Dec. | -51.44% | -27.3% | 12.60% | | -52.69% |
| Pass - Y/N | Yes | Yes | No | | No |

| | 2007 to 2009 | 2008 to 2009 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| June to Aug. | $ 67,284.04 | $ 45,342.78 | $ 35,120.07 | $ 41,683.04 | $ 36,877.94 |
| Percent Inc./Dec. | -38.05% | -8.1% | 18.69% | | -11.53% |
| Pass - Y/N | Yes | No | No | | No |

| | 2007 to 2009 | 2008 to 2009 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| July to Sep. | $ 79,312.30 | $ 60,907.10 | $ 43,976.75 | $ 59,865.19 | $ 38,651.25 |
| Percent Inc./Dec. | -24.52% | -1.7% | 36.13% | | -35.44% |
| Pass - Y/N | Yes | No | No | | No |

| | 2007 to 2009 | 2008 to 2009 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| Aug. to Oct. | $ 71,514.00 | $ 62,276.02 | $ 49,250.94 | $ 43,952.15 | $ 42,573.01 |
| Percent Inc./Dec. | -38.54% | -29.4% | -10.76% | | -3.14% |
| Pass - Y/N | Yes | Yes | No | | No |

| | 2007 to 2009 | 2008 to 2009 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| Sep. to Nov. | $ 81,142.63 | $ 61,698.32 | $ 38,188.13 | $ 37,915.64 | $ 26,865.41 |
| Percent Inc./Dec. | -53.27% | -38.5% | -0.71% | | -29.14% |
| Pass - Y/N | Yes | Yes | No | | No |

| | 2007 to 2009 | 2008 to 2009 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| Oct. to Dec. | $ 86,118.38 | $ 68,306.73 | $ 49,397.43 | $ 26,343.60 | $ 53,604.74 |
| Percent Inc./Dec. | -69.41% | -61.4% | -46.67% | | 103.48% |
| Pass - Y/N | Yes | Yes | Yes | | Yes |

**Benchmark Period 2009**

**Step One Compensation**

|  | 2009 | 2010 | Total |
|---|---|---|---|
| May | $ (24,179.73) | $ (17,966.66) | $ (6,213.07) |
| June | $ (15,423.40) | $ (8,277.39) | $ (7,146.01) |
| July | $ (2,116.67) | $ 28,854.81 | $ (30,971.48) |
| Aug. | $ 9,265.16 | $ 6,012.35 | $ 3,252.81 |
| Sep. | $ 12,329.38 | $ 52,838.53 | $ (40,509.15) |
| Oct. | $ 12,001.21 | $ (6,439.44) | $ 18,440.65 |
| Nov. | $ (14,602.30) | $ 8,508.52 | $ (23,110.82) |
| Dec. | $ (4,094.20) | $ (36,637.99) | $ 32,543.79 |

**Gross Revenue Loss Matrix**

|  | May | June | July | Aug | Sep | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|
| May |  |  | $ (44,330.56) | $ (41,077.75) | $ (81,586.90) | $ (63,146.25) | $ (86,257.07) | $ (53,713.28) |
| June |  |  |  | $ (34,864.68) | $ (75,373.83) | $ (56,933.18) | $ (80,044.00) | $ (47,500.21) |
| July |  |  |  |  | $ (68,227.82) | $ (49,787.17) | $ (72,897.99) | $ (40,354.20) |
| Aug. |  |  |  |  |  | $ 18,815.69 | $ (41,926.51) | $ (9,382.72) |
| Sep. |  |  |  |  |  |  | $ (45,179.32) | $ (12,635.53) |
| Oct. |  |  |  |  |  |  |  | $ 27,873.62 |

**Growth Test**

|  |  |  |  |
|---|---|---|---|
| Average of Jan to Apr (Benchmark Period) |  |  | $ 76,404.02 |
| Average of Jan to Apr 2010 |  |  | $ 46,078.72 |
| Growth Rate |  |  | -39.69% |

|  | May to Dec. |
|---|---|
| Total Revenue (Benchmark Period) | $ 339,643.07 |
| Net Variable Profit (Benchmark Period) | $ (26,820.55) |
| Variable Margin % (May to Dec. Benchmark Period) | -8% |

|  | May to Oct. | June to Nov. | July to Dec. | May to Nov. | June to Dec. | May to Dec. |
|---|---|---|---|---|---|---|
| Benchmark Period Rev. | 235,926.03 | 219,924.60 | 280,122.56 | 253,506.25 | 306,061.42 | 339,643.07 |
| CSF | -2.00% | -2.00% | -2.00% | -2.00% | -2.00% | -2.00% |
| GAF | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% |
| Incremental Revenue | $ - | $ - | $ - | $ - | $ - | $ - |
| VMP% | -7.90% | -7.90% | -7.90% | -7.90% | -7.90% | -7.90% |
| Step Two Compensation | $ - | $ - | $ - | $ - | $ - | $ - |

**Step One and Two Combined**

| Step One /Step Two | May to Oct. | June to Nov. | July to Dec. | May to Nov. | June to Dec. | May to Dec. |
|---|---|---|---|---|---|---|
| May to July | $ (44,330.56) | $ (44,330.56) | $ (44,330.56) |  |  |  |
| May to Aug | $ (41,077.75) | $ (41,077.75) | $ (41,077.75) |  |  |  |
| May to Sep. | $ (81,586.90) | $ (81,586.90) | $ (81,586.90) |  |  |  |
| May to Oct. | $ (63,146.25) | $ (63,146.25) | $ (63,146.25) |  |  |  |
| May to Nov. |  |  |  | $ (86,257.07) |  |  |
| May to Dec. |  |  |  |  |  | $ (53,713.28) |
| June to Aug. | $ (34,864.68) | $ (34,864.68) | $ (34,864.68) |  |  |  |
| June to Sep. | $ (75,373.83) | $ (75,373.83) | $ (75,373.83) |  |  |  |
| June to Oct. | $ (56,933.18) | $ (56,933.18) | $ (56,933.18) |  |  |  |
| June to Nov. | $ (80,044.00) | $ (80,044.00) | $ (80,044.00) |  |  |  |
| June to Dec. |  |  |  |  | $ (47,500.21) |  |
| July to Sep. | $ (68,227.82) | $ (68,227.82) | $ (68,227.82) |  |  |  |
| July to Oct. | $ (49,787.17) | $ (49,787.17) | $ (49,787.17) |  |  |  |
| July to Nov. | $ (72,897.99) | $ (72,897.99) | $ (72,897.99) |  |  |  |
| July to Dec. | $ (40,354.20) | $ (40,354.20) | $ (40,354.20) |  |  |  |
| Aug. to Oct. | $ (18,815.69) | $ (18,815.69) | $ (18,815.69) |  |  |  |
| Aug. to Nov. | $ (41,926.51) | $ (41,926.51) | $ (41,926.51) |  |  |  |
| Aug. to Dec. | $ (9,382.72) | $ (9,382.72) | $ (9,382.72) |  |  |  |
| Sep. to Nov. | $ (45,179.32) | $ (45,179.32) | $ (45,179.32) |  |  |  |
| Sep. to Dec. | $ (12,635.53) | $ (12,635.53) | $ (12,635.53) |  |  |  |
| Oct. to Dec. | $ 27,873.62 | $ 27,873.62 | $ 27,873.62 |  |  |  |

| Step One Period |  |  |
|---|---|---|
| Step Two Period |  |  |
| Step One & Two Max Compensation | $ 27,873.62 |  |
| RTP | $ 6,968.41 | 0.25 |
| Subtotal | $ 34,842.03 |  |
| Previous GCCF Payments | $ - |  |
| Total Due | $ 34,842.03 |  |

**VMP % Calculation For Baseline Period 2009**

| 2009 | January | February | March | Apell | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 67,894.62 | $ 17,998.78 | $ 203,024.81 | $ 16,797.87 | $ 33,581.65 | $ 25,938.86 | $ 28,652.69 | $ 50,768.66 | $ 52,508.91 | $ 44,475.26 | $ 17,580.22 | $ 86,136.82 |
| Bad Debt Exp. | | | | | | | | | | | | |
| COGS | $ 37,869.61 | $ 28,551.13 | $ 139,250.03 | $ 8,931.76 | $ 51,357.00 | $ 34,471.22 | $ 28,575.23 | $ 39,560.47 | $ 33,392.83 | $ 20,756.01 | $ 29,842.01 | $ 131,883.42 |
| Less: COGS Indirect Labor (See Variable Payroll) | $    - | $    - | $ (43,884.43) | $ (2,283.75) | $ (3,505.25) | $ (3,164.00) | $ (2,936.50) | $ (2,854.25) | $ (2,539.25) | $ (2,530.50) | $ (2,294.25) | $ (8,760.16) |
| Less: COGS Direct-Hourly-Labor (See Variable Payroll) | $    - | $    - | $ (4,421.30) | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $ (310.00) |
| Less: Payroll Tax Expenses in COGS | $    - | $    - | $ (293.90) | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Less: Other Payroll Expenses in COGS | $    - | $    - | $ (629.00) | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $ (2,517.54) |
| Variable Payroll Expenses Added | $ 18,852.51 | $ 6,485.61 | $ 23,581.17 | $ 5,526.04 | $ 9,909.63 | $ 9,841.86 | $ 5,242.63 | $ 4,797.28 | $ 9,387.95 | $ 14,248.54 | $ 4,634.76 | $ 9,466.67 |
| Less: Officer Salaries in COGS | $    - | $    - | $ 1,135.75 | $    - | $    - | $    - | $ (112.00) | $    - | $ (112.00) | $    - | $    - | $ (37,325.53) |
| Less: Interest Expense in COGS | $    - | $    - | $ (170.70) | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $ (1,942.66) |
| Less: Insurance Expense in COGS | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Less: Depreciation Expense in COGS | $    - | $    - | $ (118.00) | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Variable Costs Added: | | | | | | | | | | | | |
| Commissions | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Cons. Goods | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Contract Labor | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| CC Fees | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Disc. & Reb. | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Donations/Cont. | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $ 50.00 | $    - | $    - | $ (50.00) |
| Drug Testing | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Franchise Fees | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Freight | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Fuel Exp. | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Inv. Adj. | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Repairs | $ 109.08 | $ 1.92 | $ (111.00) | $    - | $    - | $ 213.18 | $    - | $    - | $    - | $    - | $    - | $ (213.18) |
| Sale/Lodging Tax | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Training & Ed. | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Travel & Ent. | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Gross Profit | $ 11,063.42 | $ (17,139.88) | $ 88,686.28 | $ 4,623.82 | $ (24,179.73) | $ (15,423.40) | $ (2,116.67) | $ 9,265.16 | $ 12,329.38 | $ 12,001.21 | $ (14,602.30) | $ (4,094.20) |

**Variable Payroll Expense Calculation for 2009**

| 2009 | January | February | March | Apell | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll Expenses | 22,052.50 | 9,685.60 | 26,781.16 | 8,726.03 | 13,109.62 | 13,041.85 | 8,442.62 | 7,997.27 | 12,587.94 | 17,448.53 | 7,834.75 | 12,666.66 |
| Fixed Payroll Expenses | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 | 3,199.99 |
| Variable Payroll Expense | 18,852.51 | 6,485.61 | 23,581.17 | 5,526.04 | 9,909.63 | 9,841.86 | 5,242.63 | 4,797.28 | 9,387.95 | 14,248.54 | 4,634.76 | 9,466.67 |
| **Line Items for All Non-Officer Labor from P&L Report** | | | | | | | | | | | | |
| Indirect Labor in COGS | $    - | $    - | $ 43,884.43 | $ 2,283.75 | $ 3,505.25 | $ 3,164.00 | $ 2,936.50 | $ 2,854.25 | $ 2,539.25 | $ 2,530.50 | $ 2,294.25 | $ 8,760.16 |
| Direct-Hourly-Labor in COGS | $    - | $    - | $ 4,421.30 | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $ 310.00 |
| Indirect Labor | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Direct-Hourly-Labor | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Administrative Salaries | $ 19,237.40 | $ 8,710.96 | $ (21,782.91) | $ 5,712.25 | $ 8,521.48 | $ 7,150.84 | $ 4,549.75 | $ 4,728.51 | $ 8,874.68 | $ 13,383.34 | $ 5,195.42 | $ 39,843.07 |
| Bonus | $    - | $    - | $ (212.76) | $    - | $    - | $ 112.00 | $    - | $ 112.00 | $    - | $    - | $    - | $    - |
| Health Insurance | $ 2,428.11 | $ 1,079.72 | $ (2,876.09) | $ 621.89 | $ 1,023.37 | $ 892.44 | $ 581.25 | $ 541.84 | $ 985.09 | $ 1,337.98 | $ 814.08 | $ (5,588.39) |
| Work Comp | $ 386.99 | $ (105.08) | $ (272.49) | $ 108.14 | $ 59.52 | $ 1,834.57 | $ 263.12 | $ (127.33) | $ 76.92 | $ 196.71 | $ (469.00) | $ (1,418.05) |
| Payroll Tax Expense | $    - | $    - | $ 3,620.28 | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $ 5,621.43 |
| Total Payroll Expenses | $ 22,052.50 | $ 9,685.60 | $ 26,781.16 | $ 8,726.03 | $ 13,109.62 | $ 13,041.85 | $ 8,442.62 | $ 7,997.27 | $ 12,587.94 | $ 17,448.53 | $ 7,834.75 | $ 12,666.66 |

| 2010 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 28 561.64 | 24 783.27 | 117 996.74 | 12 973.24 | 11 029.90 | 29 526.19 | 58 722.87 | 36 800.06 | 84 072.65 | 10 983.74 | 18 690.54 | 49 356.51 |
| Bad Debt Exp. | - | - | - | - | - | - | - | - | - | - | - | - |
| COGS | 23 710.38 | 82 201.06 | 23 172.97 | 9 834.93 | 18 883.27 | 31 982.85 | 29 868.06 | 23 217.51 | 28 329.65 | 7 851.93 | 9 337.47 | 160 998.04 |
| Less: COGS Indirect Labor (See Variable Payroll) | (654.50) | (269.50) | (1 415.75) | (1 205.75) | - | - | - | - | - | - | - | (2 526.90) |
| Less: COGS Direct-Hourly-Labor (See Variable Payroll) | (1 615.25) | (2 915.50) | (1 749.00) | (412.50) | - | - | - | - | - | - | - | (63 208.71) |
| Less: Payroll Tax Expenses in COGS | - | - | - | - | - | - | - | - | - | - | - | - |
| Less: Other Payroll Expenses in COGS | - | - | - | - | - | - | - | - | - | - | - | (221.87) |
| Variable Payroll Expenses Added | 4 661.06 | 3 408.38 | 8 681.79 | 15 614.66 | 10 113.29 | 5 820.73 | - | 7 570.20 | 2 908.47 | 9 571.65 | 844.55 | 824.01 |
| Less: Officer Salaries in COGS | (112.00) | - | - | - | - | - | - | - | - | - | - | - |
| Less: Interest Expense in COGS | - | - | - | - | - | - | - | - | - | - | - | - |
| Less: Insurance Expense in COGS | - | - | - | - | - | - | - | - | - | - | - | (4 634.29) |
| Less: Depreciation Expense in COGS | - | - | - | - | - | - | - | - | - | - | - | (337.78) |
| **Variable Costs Added:** | | | | | | | | | | | | |
| Commissions | - | - | - | - | - | - | - | - | - | - | - | - |
| Cons. Goods | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract Labor | - | - | - | - | - | - | - | - | - | - | - | - |
| CC Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Disc. & Reb. | - | - | - | - | - | - | - | - | - | - | - | - |
| Donations/Cont. | - | - | - | - | - | - | - | - | - | - | - | - |
| Drug Testing | - | - | - | - | - | - | - | - | - | - | - | - |
| Franchise Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Freight | - | - | - | - | - | - | - | - | - | - | - | - |
| Fuel Exp. | - | - | - | - | - | - | - | - | - | - | - | - |
| Inv. Adj. | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs | 213.16 | - | - | - | - | - | - | - | - | - | - | (213.18) |
| Sale/Lodging Tax | - | - | - | - | - | - | - | - | - | - | - | - |
| Training & Ed. | - | - | - | - | - | - | - | - | - | - | - | - |
| Travel & Ent. | - | - | - | - | - | - | - | - | - | - | - | - |
| Gross Profit | 2 358.77 | (57 641.17) | 89 306.73 | (10 858.10) | (17 966.66) | (8 277.39) | 28 854.81 | 6 012.35 | 52 838.53 | (6 439.44) | 8 508.52 | (36 637.99) |

**Variable Payroll Expense Calculation for 2010**

| 2010 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Payroll Expenses | 7 861.05 | 6 608.37 | 11 881.78 | 18 814.65 | 13 313.28 | 9 020.72 | 2 375.98 | 10 770.19 | 6 105.46 | 12 771.64 | 4 044.54 | 4 024.00 |
| Fixed Payroll Expenses | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 | 3 199.99 |
| Variable Payroll Expense | 4 661.06 | 3 408.38 | 8 681.79 | 15 614.66 | 10 113.29 | 5 820.73 | (824.01) | 7 570.20 | 2 908.47 | 9 571.65 | 844.55 | 824.01 |

**Line Items for All Non-Officer Labor from P&L Report**

| 2010 | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Indirect Labor in COGS** | 654.50 | 269.50 | 1 415.75 | 1 205.75 | - | - | - | - | - | - | - | 2 526.90 |
| **Direct-Hourly-Labor in COGS** | 1 615.25 | 2 915.50 | 1 749.00 | 412.50 | - | - | - | - | - | - | - | 63 208.71 |
| Indirect Labor | - | - | - | - | - | - | - | - | - | - | - | - |
| Direct-Hourly-Labor | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Salaries | 4 627.26 | 3 404.12 | 7 471.91 | 13 650.32 | 12 418.49 | 8 391.24 | 2 487.00 | 9 567.89 | 5 917.70 | 11 739.38 | 3 693.90 | (60 627.11) |
| Bonus | 112.00 | - | - | - | - | - | - | - | - | - | - | 221.87 |
| Health Insurance | 742.97 | 910.78 | 1 032.79 | 1 969.19 | 971.96 | 802.95 | 190.25 | 1 143.30 | 581.87 | 898.07 | 282.58 | (7 368.35) |
| Work Comp | 109.07 | (891.53) | 212.33 | 1 576.89 | (77.17) | (173.47) | (301.27) | 59.00 | (394.11) | 134.19 | 68.06 | 6 307.75 |
| Payroll Tax Expense | 112.00 | - | - | - | - | - | - | - | - | - | - | (245.77) |
| Total Payroll Expenses | 7 861.05 | 6 608.37 | 11 881.78 | 18 814.65 | 13 313.28 | 9 020.72 | 2 375.98 | 10 770.19 | 6 105.46 | 12 771.64 | 4 044.54 | 4 024.00 |
| Average of Lowest Two Months of May to Dec. (2010) | 3 199.99 | | | | | | | | | | | |

Note:  Two months used for Average:    July & December