**EXHIBIT 54**



| | NOTICE OF APPEAL PANEL DECISION<br>DATE OF NOTICE: September 27, 2013 | | |
|---|---|---|---|
| | I. CLAIMANT AND CLAIM INFORMATION | | |
| **Claimant Name** | Last/Name of Business | First | Middle |
| **Claimant ID** | 100085956 | **Claim ID** | 39522 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | E.J. Saad Law Firm | | |
| | II. APPEAL PANEL DECISION | | |

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This Notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I. BP or the claimant appealed this claim, and the Appeals Coordinator submitted the claim for Appeal Panel review. The Appeal Panel has completed its review of the Appeal and has reached a final decision on the claim. The details of the Appeal Panel's decision are below, as well as any comment left by the Appeal Panel:

| | | **Proposal Chosen** |
|---|---|---|
| **Compensation Amount** | $27,873.62 | Claimant |
| **Risk Transfer Premium Multiplier** | 0.25 | Claimant |
| **Prior Payment Offset** | $0.00 | Claimant |

The Compensation Amount awarded by the Appeal Panel will appear in Section II, line 1 of your Post-Appeal Eligibility Notice. We will increase this Compensation Amount by the applicable Risk Transfer Premium, if any, and also decrease this Compensation Amount by any applicable offsets to determine your Award Amount. If the claimant prevailed upon appeal, the pre-Risk Transfer Premium Compensation Amount will be increased by 5%. If we have received notice of any outstanding lien, we will also deduct that applicable amount from your Award Amount.

The Appeal Panel's decision will stand as the Settlement Program's final determination on this claim.

### III. APPEAL PANEL COMMENT

BP appeals the BEL award to claimant, a retailer of flooring products in Mobile, Alabama. Two issues are presented for review, one of which relates to the accounting methodology used to calculate claimant's award and which BP concedes is governed by prior court decisions. The remaining issue relates to the classification of payroll taxes as a variable expense which BP contends should be classified as a payroll expense. BP did not quantify the financial impact of this alleged error. Claimant responded, conceded reclassification was warranted and reduced its pre-RTP award nearly $6200 upon recalculation, thereby mooting this issue. There is no error. Remand is not appropriate or warranted. The award as modified is affirmed and the appeal of BP is denied.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Appeal Panel Decision or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**