EXHIBIT 66



# FINAL PROPOSAL FORM
### DATE OF NOTICE OF BP APPEAL: June 4, 2013
### DEADLINE TO SUBMIT FINAL PROPOSAL FORM: June 29, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100002391 | **Claim ID** | 35894 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | E.J. Saad Law Firm | | |

## II. FINAL PROPOSAL AMOUNT

Both parties must submit a Final Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Final Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Final Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Final Proposal Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount.

If either party accepts the other's Final Proposal, the Appeals Process will end. If your Final Proposal Compensation Amount, RTP Multiplier, and Prior Payment Offset are the same as the opposing party's, the Claims Administrator will consider that you have reached an agreement, and the Appeals Process will end. If after five days from the issuance of the Final Proposals, neither party accepts the other's Final Proposal, and you do not reach a compromise, we will submit both parties' Final Proposals, along with any supporting memoranda, to a neutral Appeal Panel for review. The Appeal Panel will choose a Compensation Amount, RTP Multiplier, and Prior Payment Offset from either party's Final Proposal as the final outcome of the claim.

| **Final Proposal Compensation Amount** | $93,264.01 |
|---|---|
| **Final Proposal Risk Transfer Premium** | 0.25 |
| **Final Proposal Prior Payment Offset** | $0.00 |

## III. SIGNATURE

| **Signature** | | | **Date** | 07 / 01 / 2013 (Month/Day/Year) |
|---|---|---|---|---|
| **Printed Name** | Last Name | First Name | | Middle Initial |
| **Title (if a business)** | | | | |