EXHIBIT 67

**RESPONSE AND FINAL PROPOSAL OF ▮▮▮▮▮▮▮▮▮▮▮▮.**

▮▮▮▮▮▮▮, Inc., (▮▮▮▮▮▮▮), respectfully submits this Final Offer and Response to BP Exploration & Production, Inc.'s, (BP), Initial Offer with regard to Claim No 100002391. ▮▮▮▮▮▮▮ disagrees with BP's arguments regarding the compensation of one of ▮▮▮▮▮▮▮ employees but does agree that the Claims Administrator misclassified one of ▮▮▮▮▮▮▮ expenses as payroll that was actually a fixed expense. ▮▮▮▮▮▮▮ also disagrees with the arguments presented regarding the "Matching" and "Smoothing" issues addressed in the Court's Orders of March 5, April 5 and April 9.

A. **The Claims Administrator Considered the Compensation of ▮▮▮▮ ▮▮▮▮ Employees in the Correct Payroll Expenses Accounts.**

BP contends that the Settlement Program erroneously included in "Salaries-Officers" compensation for Michael T. Byrd that should be included in "Salaries." (Doc. ID 10846485). This is incorrect. At the time of the initial briefing on this issue, ▮▮▮▮▮▮▮ reserved the right to review this issue once it was more fully discussed in BP's Initial Offer and Brief. ▮▮▮▮▮▮▮ informed the Claims Administrator that Michael T. Byrd was not an executive. (Doc. ID 7687448). BP is relying on a document that was used to correctly prepare the calculation of compensation amount for ▮▮▮▮▮▮▮. Id. The claims administrator correctly included compensation for Michael T. Byrd in the "Salary" account, not in "Salaries-Officers." (Doc. ID 9764827). BP's arguments are without merit and ▮▮▮▮▮▮▮ full award should be affirmed.

### B. The Expense Account, "Payroll Taxes – Officers," Should Have Been Classified As "Owner/Officer Salaries (Fixed)."

The Settlement Program misclassified "Payroll Taxes – Officers" as "Overtime Wages (PAYROLL)" rather than "Owners/Officer Salaries (Fixed)." (Doc. ID 9764827). Exhibit 4D of the Settlement Agreement specifically outlines the categories of expenses and their classifications as being either "Fixed," "Variable" or "Payroll."  Upon review of this specific expense category, namely "Payroll Taxes – Officers," ▮▮▮▮▮ recalculated its claim with the correct expense classification, "Owners/Officer Salaries (Fixed)." The resulting calculation yields an increase in the Compensation Amount by $388.00.  The Pre-RTP amount is $93,652.01.

The original Pre-RTP award is $93,264.01with a RTP factor of 0.25 resulting in a total award of $117,747.51. (Doc. ID 10402159).  Pursuant to Rule 14, ▮▮▮▮▮ has the right to "seek additional compensation in the event of a BP Appeal, even where the claimant did not seek Reconsideration." Based on the additional analysis called for by BP, however, ▮▮▮▮▮ has concluded that it is due an amount greater than calculated in the Eligibility Notice and seeks such an award.

### B. Adoption of Prior Arguments Regarding the "Matching" and "Smoothing" Issues and the Court's Orders of March 5, April 5 and April 9.

▮▮▮▮▮ adopts its prior facts and arguments as presented in its Initial Offer and Supporting Brief. ▮▮▮▮▮ also directs the Appeal Panelist to footnote 2 of BP's Initial Brief which acknowledges that the Second issue presented by BP in its Appeal is "governed by the Court's prior Orders" of March 5, April 5 and April 9 and therefore should be denied.

2

## CONCLUSION

For the reasons stated herein and in its prior brief, ▮▮▮▮▮ asks the Appeal Panelist to issue a finding that:

1) Awards ▮▮▮▮▮ the Pre-RTP amount of $93,652.01 with a RTP Multiplier of 0.25;

2) Confirms the Eligibility Notice as issued; or

3) Remands the claim for further analysis consistent with the documents supplied prior to the Eligibility Notice.

Such a result is in keeping with the terms, methods and formulae established by the Settlement Agreement. ▮▮▮▮▮ further requests that the Appeal Panel confirm that the $1,167.50 of reimbursable accounting support determined by the Claim Administrator is appropriate. The Award granted by the Claim Administrator, including the new Compensation Amount, should be upheld.

s/E. J. Saad  
E. J. Saad

s/Matthew Andrews  
Matthew I. D. Andrews  
Attorneys for Appellee/Respondent,  
▮▮▮▮▮ Inc.

OF COUNSEL:

E. J. SAAD LAW FIRM  
6207 Cottage Hill Road, Suite G  
Mobile, Alabama  36609  
Telephone (251) 660-0888  
Fax: (251) 660-0777  
ejsaad@ejsaadlaw.com  
mandrews@ejsaadlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Brief has been served on the following named persons by electronic filing on this 1st day of July, 2013:

Richard C. Godfrey, Esq.
Kirkland & Ellis, LLP
300 North LaSalle Blvd.
Chicago, Illinois 60654


R. Keith Jarrett, Esq.
Liskow & Lewis
Suite 500
One Shell Square
701 Poydras Street
New Orleans, Louisiana 70113

                                          /s/ Matthew Andrews
                                          Matthew I. D. Andrews