EXHIBIT 79

BP'S FINAL PROPOSAL REGARDING CLAIM NO. 39486

On August 27, 2013, BP filed its Final Proposal in this appeal of Claim Number 39486 ███████████████████████████████ respectfully refers the Appeals Panel to that filing for a discussion of the issues in this appeal. In short, the Settlement Program failed to resolve questions regarding the reconciliation of Claimant's tax returns and profit and loss statements ("P&Ls"), misclassified Claimant's "Licenses and Permits" expense, and failed to measure revenue when earned or subtract from revenue corresponding variable expenses incurred to generate that revenue.[1]

As a result of these errors, the Settlement Program generated an Award Amount inconsistent with the directives of the Settlement Program and with economic reality. As the existing record lacks the evidence to perform an accurate calculation of what losses, if any, Claimant has incurred that are compensable pursuant to the terms of the Settlement Agreement, BP recommends that this claim be remanded to the Settlement Program with instructions to obtain accurate data from the Claimant and to perform a proper calculation. If, however, it is determined that a remand is not appropriate in this situation, BP submits a Final Proposed Compensation Amount of $0, as the current record does not support this award.

---

[1] The final issue in this appeal is governed by the Court's orders.