EXHIBIT 93

BP'S FINAL PROPOSAL

On June 28, 2013, BP Exploration & Production Inc. ("BP") filed its Initial Proposal with regard to Claim No. 105011. BP respectfully refers the Appeals Panel to that filing for a discussion of the issues in this appeal, and BP recommends that this claim be remanded to the Settlement Program with instructions to obtain accurate data from Claimant and to perform a proper calculation. If, however, it is determined that a remand is not appropriate in this situation, BP submits a Final Proposal of $0. To the extent the issues addressed in that filing are governed by the Court's Orders of March 5, April 5, and April 9, those issues are appealed solely for purposes of preserving further appeal rights. BP respectfully refers the Appeals Panel to its April 8, 2013 Statement of Position.