EXHIBIT 96



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF APPEAL PANEL DECISION
### DATE OF NOTICE: September 30, 2013

### I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business ▇▇▇ | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100146954 | **Claim ID** | 105011 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | E.J. Saad Law Firm | | |

### II. APPEAL PANEL DECISION

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This Notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I. BP or the claimant appealed this claim, and the Appeals Coordinator submitted the claim for Appeal Panel review. The Appeal Panel has completed its review of the Appeal and has reached a final decision on the claim. The details of the Appeal Panel's decision are below, as well as any comment left by the Appeal Panel:

| | | **Proposal Chosen** |
|---|---|---|
| **Compensation Amount** | $378,620.52 | Claimant |
| **Risk Transfer Premium Multiplier** | 0.25 | Claimant |
| **Prior Payment Offset** | $0.00 | Claimant |

The Compensation Amount awarded by the Appeal Panel will appear in Section II, line 1 of your Post-Appeal Eligibility Notice. We will increase this Compensation Amount by the applicable Risk Transfer Premium, if any, and also decrease this Compensation Amount by any applicable offsets to determine your Award Amount. If the claimant prevailed upon appeal, the pre-Risk Transfer Premium Compensation Amount will be increased by 5%. If we have received notice of any outstanding lien, we will also deduct that applicable amount from your Award Amount.

The Appeal Panel's decision will stand as the Settlement Program's final determination on this claim.

### III. APPEAL PANEL COMMENT

BP appeals the $379,608.04 (pre-RTP) BEL award to this Duncanville, AL plumbing contractor, asserting three errors on appeal: (1) the Claims Administrator erred by including non-operating income ("materials paid by owner") as income when it is merely a reimbursed expense; (2) rent should have been classified as variable; and (3) failure to allocate payroll between officer salary and payroll tax expense. BP raised the smoothing and matching issue in its memorandum, however that issue was not raised in the notice of appeal and is excluded by Rule 14. BP submits a final proposal of $0.00.

Claimant notes that its clients are schools that pay no sales tax on materials and require purchased materials to be separately itemized. Claimant buys the materials, then bills them to the client so the expense is offset by the reimbursement and is a "wash." There is no error in this approach.

Claimant argues that the Claims Administrator has the discretion to request source documents and that any review of its failure to do so should be viewed under an abuse of discretion standard. This is incorrect. However, Claimant correctly notes that the parties have stipulated to a defined list of fixed and variable expenses and that rent is agreed to be a fixed expense under Exhibit 4D.

Finally, Claimant concedes the issue of owner/officer compensation and has reduced its claim accordingly, rendering that issue moot.

There is nothing in the record to substantiate BP's proposal of $0 and remand is not appropriate. The Claimant's final proposal amount is affirmed.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Appeal Panel Decision or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**