UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on | * | |
| April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Only Civil Action Number | * | |
| 2014-01647 | * | MAGISTRATE SHUSHAN |
| | * | |
| *    *    *    *    *    *    *    * | | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gilbert V. Andry IV, and The Andry Law Firm, L.L.C., who respectfully request that JACQUES F. BEZOU (3037), JACQUES F. BEZOU, JR (33728) and MATTHEW L. DEVEREAUX (32125) of THE BEZOU LAW FIRM, 534 East Boston Street, Covington, LA 70433 be enrolled as additional counsel of record herein for Plaintiffs, Gilbert V. Andry IV, and The Andry Law Firm, L.L.C., in the above-captioned matter.

                                            Respectfully submitted,

                                            GIBBY ANDRY, THE ANDRY LAW FIRM, LLC

                    By:    s/Gilbert V. Andry, IV
                              GILBERT V. ANDRY, IV (20056)
                              828 Baronne Street
                              New Orleans, La 70113
                              Telephone: (504) 522-1000
                              Facsimile: (504) 522-8000

                                            AND

        s/Jacques F. Bezou, Sr.
        JACQUES F. BEZOU, SR. (3037)
        JACQUES F. BEZOU, JR (33728)
        MATTHEW L. DEVEREAUX (32125)
        THE BEZOU LAW FIRM
        534 East Boston Street
        Covington, Louisiana   70433
        Telephone:   (985) 892-2111
        Facsimile:   (985) 892-1413
        Email: jbezou@bezou.com
               jbezou2@bezou.com
               mdevereaux@bezou.com
        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Enroll as Additional Counsel has been served on All counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of July, 2014.

        s/Jacques F. Bezou
        JACQUES F. BEZOU, SR.