UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON" | CASE NO: BP 10:-MD-02179-CJB-FS |
| | JUDGE: CARL J. BARBIER |
| | DIVISION: J |

## MOTION TO REOPEN CLAIM AND FOR SANCTIONS

NOW INTO COURT, through undersigned counsel, comes Bistro Coquette, LLC, a claimant in the BP Oil Spill Settlement Procedure, which respectfully requests leave from this Court to remove its claim from the status of "indefinite suspension" for the following reasons:

1.

Claimant filed a claim against BP under the Claims Procedure and previously agreed to abide by the BP settlement.

2.

BP has issued a Notice of Claim Suspension dated July 13, 2013 to the Claimant on the basis that certain information was not provided. A copy of that Notice is attached hereto as Exhibit "A". The Notice specifically states that due to the "indefinite suspension", claimant has no right to file a future claim, Reconsideration or Appeal. BP refuses to deny the claim or update its records and reopen the claim, even after more information has been provided to it. Claimant has requested same but has simply been told that BP will do nothing more.

3.

BP has been requested to provide further Verification and/or Notice on several

occasions in order that a proper appeal/ procedure can be followed. However, BP has refused to do so, leaving Claimant with no alternative but to seek relief from this Court.

4.

Claimant only wishes to move forward with its claim under whatever proper procedure is necessary; however, the actions of BP that have left it with no recourse whatsoever, and are neither fair nor equitable to Claimant.

5.

Due to the actions of BP, Claimant requests that this Court issue an Order directing that BP submit the appropriate Order to Claimant in order that it can follow the reconsideration process, appeals process and/or reopen the claim, and also to issue sanctions against BP for its failure to cooperate in this process.

Respectfully submitted,

BUTLER MORDOCK, P.L.C.

By: /s/Gerard O. Salassi, IV
    CRAIG J. MORDOCK (#27014)
    GERARD O. SALASSI, IV (19769)
    8220 Maple Street
    New Orleans, Louisiana 70118
    Phone: 504-304-2335
    Fax:  504-342-2154