UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON" | CASE NO: BP 10:-MD-02179-CJB-FS<br>JUDGE: CARL J. BARBIER<br>DIVISION: J |

### NOTICE OF SUBMISSION

NOTICE IS HEREBY GIVEN that the Motion to Reopen Claim and For Sanctions filed by Bistro Coquette, LLC will be held on the 27th day of August, 2014 at 9:00 a.m. at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, Room C268, New Orleans, Louisiana before the Honorable Carl J. Barbier.

Respectfully submitted,

BUTLER MORDOCK, P.L.C.

By: /s/Gerard O. Salassi, IV
    CRAIG J. MORDOCK (#27014)
    GERARD O. SALASSI, IV (19769)
    8220 Maple Street
    New Orleans, Louisiana 70118
    Phone: 504-304-2335
    Fax: 504-342-2154

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL      CASE NO: BP 10:-MD-02179-CJB-FS
RIG "DEEP WATER HORIZON"

JUDGE: CARL J. BARBIER

DIVISION: J

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission has been served upon all counsel of record by electronic transmission on this 28th day of July, 2014.

s/Gerard O. Salassi, IV
Gerard O. Salassi, IV\