UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL
RIG "DEEP WATER HORIZON"

CASE NO:  BP 10:-MD-02179-CJB-FS

JUDGE:  CARL J. BARBIER

DIVISION:  J

## MEMORANDUM IN SUPPORT OF MOTION TO REOPEN CLAIM AND FOR SANCTIONS

MAY IT PLEASE THE COURT:

Bistro Coquette, LLC is a restaurant located in Orleans Parish. A claim was filed within the BP claims process that has been "indefinitely suspended". The Notice is attached as Exhibit "A". This designation does not provide for the company to resubmit a claim, ask for reconsideration or appeal. This is clearly set forth in the Notice received from BP.

Counsel has had several conversations with BP regarding this. Counsel first went to the local Claims Office and was told that they had never seen such a Notice. Further documentation was provided to the attorneys for BP in order to clear up a mistake in the filing of certain tax information. BP would only state that this was insufficient and that the claim was to remain in the position of indefinite suspension. It has been emphasized to BP that this leaves the claimant with no rights whatsoever, to no avail.

The settlement agreement clearly defines appeal options of claimants. The Claims Appeal Process is found on page 58 et.seq. It provides for the event of denial for insufficient documentation. That section speaks of an appeal in such circumstances. The Notice sent to claimant actually states that "We are unable to authenticate or verify the

documentation you provided in support of your claim". This would certainly seem to fall under one of the appeal clauses.

However, the Notice then provides as follows:

Because your claim(s) are suspended indefinitely, you do not have the option to resubmit your claim(s) to the Settlement Program and you may not file any future claim(s). You do not have the option to submit your claim(s) for Reconsideration or file an Appeal. We will now close your claim(s) in the Settlement Program.

Counsel has attempted to clarify the issue of a 2009 tax return and sent the attached Exhibit "B" to BP. A conversation was had thereafter, to which counsel for BP simply stated that the claim would stand as it was, indefinitely suspended, with no supplemental Notice/Denial to be sent.

The issue before the Court is simply that claimant has no course to seek redress. That cannot be the outcome for a business that is clearly qualified and eligible. The actions of BP are arbitrary and claimant respectfully requests both an Order directing that BP allow this claim to move forward and for Sanctions.

Respectfully submitted,

BUTLER MORDOCK, P.L.C.

By: /s/Gerard O. Salassi, IV
    CRAIG J. MORDOCK (#27014)
    GERARD O. SALASSI, IV (19769)
    8220 Maple Street
    New Orleans, Louisiana 70118
    Phone: 504-304-2335
    Fax:  504-342-2154

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL
RIG "DEEP WATER HORIZON"

CASE NO:  BP 10:-MD-02179-CJB-FS

JUDGE:  CARL J. BARBIER

DIVISION:  J

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion to Reopen Claim and for Sanctions has been served upon all counsel of record by electronic transmission on this 28th day of July, 2014.

s/Gerard O. Salassi, IV_____
Gerard O. Salassi, IV\