

# NOTICE OF CLAIM SUSPENSION
## DATE OF NOTICE: June 13, 2013

### I. CLAIMANT INFORMATION

| **Claimant Name** | Last<br>Bistro Coquette, LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100069932 | | |
| **Law Firm** | Michael P. Arata, LLC | | |

### II. EXPLANATION OF CLAIM SUSPENSION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We have reviewed your claim(s) and we are suspending all your claim(s) indefinitely under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") for the following reason(s):

| 1. | We have received and reviewed the claim form(s) you submitted in the Settlement Program. We have conducted some further investigation of the facts relating to your materials. We are unable to authenticate or verify the documentation you provided in support of your claim(s). |
|---|---|

### III. YOUR OPTIONS AFTER THIS NOTICE

Because your claim(s) are suspended indefinitely, you do not have the option to resubmit your claim(s) to the Settlement Program and you may not file any future claim(s). You do not have the option to submit your claim(s) for Reconsideration or file an Appeal. We will now close your claim(s) in the Settlement Program.

### IV. HOW TO CONTACT US WITH QUESTIONS

If you have any questions about this Notice or the status of your claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

### V. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more Claim Forms from you and this chart summarizes the status of those claims as of the date of this Notice.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Start-Up Business Economic Loss | 32758 | Closed |



PLAINTIFF'S EXHIBIT A


DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# NOTICE OF CLAIM SUSPENSION
## DATE OF NOTICE: June 13, 2013

### I. CLAIMANT INFORMATION

| **Claimant Name** | Last<br>Bistro Coquette, LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100069932 | | |
| **Law Firm** | Michael P. Arata, LLC | | |

### II. EXPLANATION OF CLAIM SUSPENSION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We have reviewed your claim(s) and we are suspending all your claim(s) indefinitely under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") for the following reason(s):

| 1. | We have received and reviewed the claim form(s) you submitted in the Settlement Program. We have conducted some further investigation of the facts relating to your materials. We are unable to authenticate or verify the documentation you provided in support of your claim(s). |
|---|---|

### III. YOUR OPTIONS AFTER THIS NOTICE

Because your claim(s) are suspended indefinitely, you do not have the option to resubmit your claim(s) to the Settlement Program and you may not file any future claim(s). You do not have the option to submit your claim(s) for Reconsideration or file an Appeal. We will now close your claim(s) in the Settlement Program.

### IV. HOW TO CONTACT US WITH QUESTIONS

If you have any questions about this Notice or the status of your claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

### V. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more Claim Forms from you and this chart summarizes the status of those claims as of the date of this Notice.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Start-Up Business Economic Loss | 32758 | Closed |



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# NOTICE OF REQUEST FOR AUTHORIZATION FORMS
### DATE OF NOTICE: December 21, 2012
### DEADLINE FOR RESPONSE: January 4, 2013

## I. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Bistro Coquette, LLC | First | Middle |
| **Claimant ID** | 100069932 | | |
| **Law Firm** | Michael P. Arata, LLC | | |

## II. EXPLANATION OF REQUEST FOR AUTHORIZATION FORMS

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to all your claim(s). We have reviewed your claim(s) and we are requesting authorization to obtain third party financial, employment, and/or education information ("Authorization Forms") according to the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). If you received prior communication from us regarding your claim(s), you need to provide any information previously requested, if not done already. You must submit the following required Authorization Form(s) no later than the Deadline for Response listed at the top of this Notice so that we may request the necessary information and evaluate or pay your claim(s). Because the Settlement Program will be requesting information from third parties, we will not be able to continue processing your claim(s) until the Settlement Program receives the requested information.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Request for Transcript of Tax Return (IRS Form 4506-T) | After reviewing the documents and information that you provided to us, we have determined that we must do some further investigation of the facts relating to your materials. We are unable to verify your business earnings for 2008-2011 based on the documents you submitted and need to verify your tax returns for those years. Submit the attached transcript request for any business or partnership tax return filed for Bistro Coquette, LLC. |

The Authorization Form(s) and detailed instructions for submitting the form(s) are provided in the Attachment(s) to this Notice. Review these instructions and the additional information in this Notice carefully before you submit the completed form(s).

## III. YOUR OPTIONS AFTER THIS NOTICE

If you wish to pursue your claim(s), you must timely submit the required Authorization Form(s) by one of the methods described in Section V of this Notice. You must return the *original* hard copy signed Authorization Form(s) to the Claims Administrator, along with any required attachment(s). You may not upload the Authorization Form(s) using the DWH portal or send to us by email or facsimile. If your response is not received by the deadline noted above, your claim(s) will be suspended indefinitely, until such time as the Settlement Program receives the completed Authorization Form(s). You may submit the required Authorization Form(s) at any time before the Settlement Program terminates. For a complete list of documents required to support your claim, go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for your claim type(s).

| IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP ||
|---|---|
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.** ||
| **V. HOW TO RESPOND TO THIS NOTICE** ||
| Submit the *original*, hard copy signed Authorization Form(s) on or before your response deadline by Mail, Overnight, Certified or Registered Mail, or by visiting a Claimant Assistance Center. ||
| **By Mail** (Postmarked no later than your response deadline) | Deepwater Horizon Economic Claims Center Claims Administrator Attn: Authorization Forms Department 115 S. 15th Street, Suite 400 Richmond, VA 23219-4209 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your response deadline; if other overnight delivery, placed in the custody of an overnight carrier by your response deadline) | Deepwater Horizon Economic Claims Center Claims Administrator Attn: Authorization Forms Department 115 S. 15th Street, Suite 400 Richmond, VA 23219-4209 |
| **Visit a Claimant Assistance Center** (Delivered no later than your response deadline) | You may take the required information or documents to a Claimant Assistance Center. |
| **VI. SUMMARY OF SUBMITTED CLAIMS** ||
| We received one or more Claim Forms from you and this chart summarizes the status of those claims as of the date of this Notice. ||

|   | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Start-Up Business Economic Loss | 32758 | In Accountant Review |