# BUTLER MORDOCK

8220 Maple Street, New Orleans, LA 70118
Phone: (504) 304-2335   Fax: (504) 342-2154

February 20, 2014

BP Claims Administrator
Attn: Devin Pope

    RE:  Bistro Coquette, LLC
           Claim No. 100069932



Dear Sir/Madam:

    Our office has had numerous conversations with BP regarding the claim at issue. Presently, it is under an "Indefinite Suspension". I previously emphasized to you the fact that this designation is not logical. In my summation, any claim that is suspended must be released from suspension at some point in order that it may proceed further. I have been told on numerous occasions that this claim will neither be released from "Indefinite Suspension" nor will it be closed. I have further been advised that our client will not receive any further correspondence regarding the status of this claim.

    Coquette Bistro was formed in 2008 under Bistro Coquette LLC. Upon formation, the corporation was to be carried as a "Schedule C" on the owner's tax return – that is, the business did not file a tax return independent of the owner's tax return. In order to file its own tax return, Bistro must make a "Subchapter S" Election at the IRS. Such an election would then require Bistro Coquette to file its own tax return (an 1120S).

    Unfortunately, the CPA responsible for making this election did not actually make it until *after* 1/1/2009 (it was made on 1/3/2009). Because of this, the S Election was ineffective for 2009 and effective *starting* in tax year 2010. However, the tax preparer, at the time, *thought* Bistro Coquette was an S Corporation. The tax preparer prepared an 1120S for Bistro for 2009 *even though that was not the correct return*. The correct return, since the election was made after 1/1/2009, was to remain as a schedule C on the taxpayer's return. The tax preparer, accountant, and client figured this out at the time in 2009 and filed the Schedule C. However, the 1120S for 2009 that was drafted by the tax preparer was left on the tax preparer's computer system and not deleted or in any way marked incorrect.

    Fast-forward to the time of the submission of the BP claim in 2011. Bistro, or

their counsel, simply sent an email to the tax return preparer to ask for all tax returns required for the BP claim. It being two years later, the tax return preparer didn't remember that the 1120S for 2009 (which, remember, was prepared and saved on their system, just never filed) wasn't filed. So, when the tax return preparer emailed the tax returns in order to prepare the claim, he included the 2009 1120S *that was improper and never filed* since the S Election was not effective for 2009.

Therefore, when the packet was submitted to BP, the 1120S for 2009 was included as a tax return despite not being filed with the IRS. However, this wasn't some complex scheme or any attempt at some sort of fraud. The 2009 1120S *was prepared* to be filed on time back in 2009-10, and was simply discarded because it was not the correct return. When the tax preparer sent the big email out to prepare the claim with all the tax returns, they still had that 1120S on their system, so they sent it out as if it was filed to the attorney who prepared the claim. Nobody caught that it wasn't the correct return *until after* the BP claim was filed.

I represented Bistro Coquette LLC as its tax attorney since 2012. I would be happy to sit down and explain this to anyone who will meet with me from the claim facility, as would the tax preparer and the accountant.

In summary, the return that was submitted with the BP claim was never actually filed. However, it *was prepared* at the time the taxes were due and saved to the computer system of the accounant *because at the time* the accountant thought it was the correct return. Two years later, when preparing the claim, it was included because it was still on the computer system of the accountant and nobody remembered this issue.