IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico. On April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This document relates to: No. 12-970, Bon Secour Fisheries, Inc., et al v. BP | ) ) ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

And All Actions

### REQUEST FOR ORAL ARGUMENT ON MOTION FOR RELIEF FROM ORDER AND LEAVE TO FILE AND MOTION TO CONFIRM ARBITRATION AWARDS AND ORDER PAYMENT

In accordance with Local Rule 78.1, counsel for Claimants 100118906, 100002435, 100108968, 100085956, 100002391, 100002383, 100146954, respectfully requests the Court to hear oral argument on their Motion for Relief from Order and Leave to File and Motion to Confirm Arbitration Awards and Order Payment (Docs. 13196 and 13197). It is respectfully submitted that oral argument will assist the Court in the adjudication of this matter.

RESPECTFULLY SUBMITTED,

s/Elias J. Saad
Elias J. SAAD (AL861451)
ejsaad@ejsaadlaw.com

s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)
mandrews@ejsaadlaw.com
ATTORNEYS FOR CLAIMANTS

OF COUNSEL:

E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA  36609
PHONE: 251-660-0888
Fax:  251-660-0777

## CERTIFICATE OF SERVICE

I do hereby certify that copies of the above and foregoing Request for Oral Argument has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __28th__ day of __July__, 2014.

s/E. J. Saad<br>
E. J. SAAD (AL861451)