# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL  SPILL  by  the  OIL  RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the GULF | * | |
| OF MEXICO, on APRIL 20, 2010 | * | SECTION J(2) |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| Edward Wisner Donation v. | * | MAGISTRATE JUDGE |
| BP Exploration & Production Inc. | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| No. 2:14-cv-1525 | * | |
| | * | |

## DECLARATION OF LYLE G. BRUCE, PH.D. PURSUANT TO 28 U.S.C. § 1746

***Experience and Education***

I, Lyle G. Bruce, under penalty of perjury, state as follows:  I am over the age of 21, and the opinions, statements, and conclusions expressed in this declaration are my own.

1.      I have more than 42 years of experience as a practicing geologist of which the last 25 years has been in environmental cleanup and geochemistry of petroleum spills and hydrocarbon contamination, both onshore and offshore. My environmental work began in April 1989 when I joined Amoco Corporation, where I specialized in the geochemistry of petroleum released to the environment, its fate, and how it changes.

2.      I have been involved in planning or managing environmental cleanup of petroleum contamination at over 400 service station sites, eight refineries, three superfund sites, two major airports, numerous pipeline spills, several chemical plants, numerous crude oil production and storage facilities, and coastal and on-water oil spills.  A majority of these projects were in the United States, but I also worked on projects in the U.K., Australia, Canada, Belgium,

Germany, Poland, Bulgaria, Romania, Siberia, and sub-Saharan Africa.  Many of the sites focused on remediation of groundwater or marsh environments.

3.      I have conducted research and published on how petroleum changes physically and chemically once released to the environment, chemical fingerprinting of crude oil and refined products, forensic geology, aerobic and anaerobic degradation of petroleum and rates of natural attenuation.

4.      I earned a Bachelor of Science degree in earth science/geology from Ashland College (now Ashland University), a Master of Science in geology from The Ohio State University, and a Doctorate of Philosophy in Environmental Science-Water Resources from Oklahoma State University.  I have taught graduate level courses in hydrogeology and remediation of petroleum contamination, and conducted research and published on the geochemistry, fate, and natural degradation of petroleum released to the environment.  I am a certified professional geologist through the American Institute of Professional Geologists, am a registered professional geologist in Illinois and Indiana and a 40+ year member of the American Association of Petroleum Geologists.  My CV is attached as Exhibit A to my declaration.

5.      My expertise includes oil spill response planning; implementation and management of cleanup and remediation of petroleum contamination; and determination of fate and persistence of oil on the shoreline and in the subsurface including aerobic and anaerobic degradation of petroleum and rates of natural attenuation.

6.      Since joining Amoco Corporation in 1989, I have specialized in cleaning up petroleum releases and in monitoring and predicting the fate of petroleum released to the environment. This work carried through my retirement from BP on July 31, 2009.  Since May 6,

2010, I have worked as a consultant and science advisor to BP on the Deepwater Horizon Response and for BP's Gulf Coast Restoration Organization.

7.      I have worked on the Response to the Deepwater Horizon oil spill and in restoration of the shoreline of the Gulf of Mexico since May 6, 2010, and continue to this day. Early in the Response, I was BP's near-shore sampling and data analysis coordinator responsible for coordinating near-shore and shoreline air, oil, sediment, and water sampling between the Incident Command Posts at Houma, LA, Mobile, AL, and Robert, LA (later New Orleans). From August 3 to December 17, 2010, I was a member of the original Operational Science Advisory Team ("OSAT") for the Response chartered by then Federal On-Scene Coordinator, Admiral Paul Zukunft (and current Commandant of the U. S. Coast Guard), under a directive from the National Incident Commander T. W. Allen.

8.      An OSAT consists of a multi-discipline, multi-agency team with scientific representatives from agency stakeholders and the Responsible Party. Agency stakeholders for the Deepwater Horizon OSATs included the USCG, National Oceanic and Atmospheric Administration, U.S. Geologic Survey, U.S. Environmental Protection Agency, U.S. Bureau of Ocean Energy Management, Regulation and Enforcement (formerly the Minerals Management Service), U.S. Department of the Interior, U.S. Fish and Wildlife Service, National Parks Service, and the states of Louisiana, Mississippi, Alabama, and Florida. During the response to the Deepwater Horizon incident, OSATs were formed when there were specific scientifically based issues to define or answer. OSATs were not standing teams to answer general scientific questions, but government-led teams of scientists from federal and state entities as well as BP with explicit missions. They stood down when their missions were complete. The Deepwater Horizon Incident Command Team utilized multiple OSATs for these purposes. I was one of the

original authors of the first OSAT report "Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring" submitted to Admiral Zukunft on December 17, 2010.  Since that time I have worked as a science advisor with Response SCAT, Operations (shoreline cleanup) and BP providing geochemical technical support.  Additionally, I provided scientific support to the OSAT II ("Summary Report for Fate and Effects of Remnant Oil in the Beach Environment," and OSAT III ("Investigation of Recurring Residual Oil in Discrete Shoreline Areas in Louisiana") advisory Response teams.

9.      Among other publications related to the Deepwater Horizon incident, I was co-author of "Synthesis and Evaluation of Field Monitoring and Laboratory Analytical Chemistry Data and Toxicity Test Results for Water and Sediment Samples Collected during the Deepwater Horizon Response" which was presented to the American Chemical Society in March 2012. This presentation summarized the sampling, analytical, and toxicological data gathered by the Response.

10.      In addition to my education, experience, and the knowledge and information gained from my work on the Deepwater Horizon incident, I have considered the following materials in formulating the opinions set forth in this declaration: Report from OSAT, December 17, 2010,  "Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring"; Report from OSAT II, February 1, 2011, "Summary Report for Fate and Effects of Remnant Oil in the Beach Environment"; OSAT Report July 8, 2011, "Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Ecotoxicity Addendum"; Report from OSAT III October 2013 "Investigation of Recurring Residual Oil in Discrete Shoreline Areas in the Eastern Area of Responsibility"; Report from OSAT III May 2, 2014, "Investigation of Recurring Residual Oil in Discrete Shoreline Areas in Louisiana"; Deepwater

4

Horizon Shoreline Cleanup Completion Plan (SCCP); Shoreline Treatment Recommendations for areas across the Gulf; National Response Team, "Oil Spill Response Strategies for Coastal Marshes during the Deepwater Horizon MC252 Spill," June 15, 2010;  a letter from Captain Sam Walker, then Federal On-Scene Coordinator, to the Wisner Donation Advisory Committee dated May 21, 2014; data collected during thousands of SCAT surveys; information from Unified Command relating to sampling, analytical, and toxicological results and to shoreline cleanup operations.

11.     I have reviewed and considered a wide range of scientific publications in preparation for this declaration, including the following: Lin, Qianxin and Irving Mendelssohn, "Impacts and Recovery of the Deepwater Horizon Oil Spill on Vegetation Structure and Function of Coastal Salt Marshes in the Northern Gulf of Mexico," Journal of Environmental Science and Technology, February 2012; Michel, Jacqueline, et al., "Extent and Degree of Shoreline Oiling: Deepwater Horizon Oil Spill, Gulf of Mexico, USA" Journal PLoS ONE 8(6):e65087 June 2013; Coates, John D. et al., "Anaerobic Degradation of Polycyclic Aromatic Hydrocarbons and Alkanes in Petroleum-Contaminated Marine Harbor Sediments," Journal of Applied and Environmental Microbiology, Sept. 1997; Meckenstock, et al., "Anaerobic Degradation of Polycyclic Aromatic Hydrocarbons," FEMS Microbiology Ecology v49 January 2004; Chapelle, F. H. (USGS) *Groundwater Microbiology and Geochemistry*, Wiley publishing, 2000; Bruce, L. G. "Anaerobic Degradation of Hydrocarbons in a Fractured Karst Aquifer in Central Missouri" National Groundwater Association Hydrocarbons Conference 2007, Houston, TX; Brown et al. "Extensive Weathering and Degradation of PAHs is Documented in Floating and Shoreline Oil Samples Collected after the MC252 Deepwater Horizon Incident," American Chemical Society National Meeting, 2012; Gong, et al., "The Significant Impact of Weathering

on MC252 Oil Chemistry and  its Fingerprinting of Samples collected from May to December, 2010," Society of Environmental Toxicology and Chemistry Annual Meeting 2010; Brown et al., "PAH Depletion Ratios Document the Rapid Weathering and Attenuation of PAHs in Oil Samples Collected after the Deepwater Horizon Incident," Society of Environmental Toxicology and Chemistry Annual Meeting 2010; Kappell et al., "The Polycyclic Aromatic Hydrocarbon Degradation Potential of Gulf of Mexico Native Coastal Microbial Communities after the Deepwater Horizon Oil Spill" Frontiers in Microbiology, July 2014; Mahmoudi, et al., "Rapid Degradation of Deepwater Horizon Spilled Oil by Indigenous Microbial Communities in Louisiana Salt Marsh Sediments," Environmental Science and Technology, November 2013; Henry, Roberts, and Overton, "Characterization of Chronic Sources and Impacts of Tar Along the Louisiana Coast" U.S. Dept. of the Interior MMS OCS Study MMS 93-0046, 1993; Rosenbauer, et al. (U.S. Geologic Survey), "Petroleum Hydrocarbons in Sediment from the Northern Gulf of Mexico Shoreline, Texas to Florida," USGS Open-File Report 2011-1014, 2011.

12.     I have reviewed publications co-authored by plaintiff's expert Pardue: Urbano, Elango, and Pardue "Biogeochemical Characterization of MC252 Oil: Sand Aggregates on a Coastal Headland Beach," Marine Pollution Bulletin 77 (2013); Elango, Urbano, Lemelle, and Pardue, "Biodegradation of MC252 Oil in Oil: Sand Aggregates in a Coastal Headland Beach Environment," Frontiers in Microbiology, April, 2014; Lemelle, Elango, and Pardue, "Distribution, Characterization, and Exposure of MC252 Oil in the Supratidal Beach Environment," Environmental Toxicology and Chemistry, Vol 9999, 2014.

13.     I have also reviewed information from the Expedited Motion for Preliminary Injunction dated July 7, 2014, including the Declaration of John H. Pardue Ph.D., "Remedial

Plan for Breach 1 DWH Oil Contamination, Fourchon Beach, Louisiana" by John Pardue and S. Jeffress Williams dated April 29, 2014 (hereinafter referred to as the "Wisner Breach 1 Plan") and the "Scientific Assessment and Remediation of MC252 Oil on Fourchon Beach, Wetlands and Offshore Region, Louisiana" by John Pardue and Jeff Williams dated 31 December, 2012 (hereinafter referred to as the "Wisner Assessment and Remediation Plan").

14.     Additionally I reviewed the "Assessment and Remediation Plan for Wetland Areas Impacted by MC252 Oiling on Edward Wisner Donation Property" dated 13 February, 2014 by John H. Pardue and S. Jeffress Williams.

***Biodegradation of PAHs is taking place at a significant rate and further remediation is unnecessary***

15.     In Paragraph 14 (a) of Pardue's declaration (Exhibit 7 to Expedited Motion for Preliminary Injunction), Pardue states that, *Biodegradation for key crude oil components requires the presence of oxygen."*  While the specific crude oil components are not defined, based on other parts of the declaration it is reasonable to presume that the statement is in reference to polycyclic aromatic hydrocarbons (PAHs).  In my opinion, Pardue's statement is not correct.  PAHs are known to biodegrade anaerobically (i.e., without the presence of oxygen) in both fresh water and marine sediments or soils under nitrate reducing, iron reducing, sulfate reducing, and methanogenic ($CO_2$ reducing) conditions (Meckenstock, et al., 2004).

16.     Additionally, two papers co-authored by Pardue (Urbano, et al., 2013 and Elango, et al., 2014) support the fact that PAHs biodegrade anaerobically on Wisner Donation's property. Pardue's paper describes anaerobic micro-organisms that are known to degrade PAHs exist in the presence of Surface Residue Balls and Submerged Oil Mats at Fourchon Beach and Elmer's Island, and they describe various conditions and rates of biodegradation of PAHs. A Submerged

Oil Mat is a term used to describe a sand mat bound by oil while a Surface Residue Ball is a sand ball bound by oil.

17.     It is worth noting that, according to statements in the Pardue paper (Pardue, Elango, et al., 2014), the objective of the study was to assess the biodegradation and natural attenuation potential of oil-sediment aggregates, such as Surface Residue Balls from a coastal headland beach.  Their study area was the Caminada Headlands at Fourchon Beach and Elmer's Island - which includes the area at issue in this lawsuit.  From my evaluation of data from the Pardue paper, it shows that not only is natural attenuation (including biodegradation) of specific PAHs and total PAHs occurring at the areas in question, but natural attenuation of hydrocarbons appears to be occurring at a substantially higher rate than that projected by the OSAT II Report, which documented significant hydrocarbon degradation.  Indeed this was one of the important findings of the OSAT II Report.

18.     Moreover, recent research by Mahmoudi (2013) and Kapell (2014) and others have demonstrated that biodegradation of PAHs continues in the remaining shoreline oil.  The findings and data presented in the studies noted above, including the Pardue paper, contradict Pardue's statements in Paragraph 14(a) regarding the lack of, or slow speed of biodegradation or other weathering processes (natural attenuation).  The underlying premise of Pardue's conclusion in that paragraph is, therefore, incorrect.  PAHs are known to biodegrade anaerobically and biodegradation is in fact occurring in these areas.

19.     Significantly, missing from Pardue's analysis is the condition of the oil when it reached Fourchon Beach.  There is abundant evidence and a large body of data that show that the oil from the Deepwater Horizon incident was heavily weathered with substantial losses of hydrocarbon mass, particularly PAHs, prior to reaching the shore.  Studies have shown that

approximately 18% of total PAHs from the Macondo oil were depleted from the well-head to the sea surface, and that the majority of oil that reached the shoreline was greater than 80 percent depleted in total PAHs.  This is a major reason that toxicology studies have shown results that indicate the environmental effects of remaining residual oil onshore are relatively minor, especially when considered in the context of pre-spill background of shoreline oiling along the Gulf of Mexico and Louisiana coast (Henry, Roberts and Overton, 1993; and Rosenbauer et al. (USGS), 2011).  Understanding the chemical composition of the oil is important in that it is a significant driver in making decisions on how to address the remaining oil, and as noted, that factor is missing from Pardue's analysis.

20.     OSAT II provided a science-based analysis of the risks of remnant MC252 oil. The purpose of the OSAT II was to provide the Federal On-Scene Coordinator for the Deepwater Horizon spill with a risk-based Net Environmental Benefit Analysis associated with removing remnant oil from the near shore, surf zone, and shoreline sandy beach areas. The massive shoreline cleanup effort along the impacted Gulf Coast removed much, but not all, of the stranded oil.  Previous oil spills have demonstrated that attempting to remove all oil residue from shoreline environments can cause more harm to the ecosystem than leaving residue in place.  To evaluate the decision to leave oil residue in place, or otherwise, answers were sought for three questions: (a) Are there human health concerns in leaving the oil residue in place?; (b) If no further action is taken aside from monitoring and maintenance, what are the potential effects of the oil residues of concern to the environment?; and (c) Does the Net Environmental Benefit Analysis justify a decision to leave the oil residue in place?  Regarding the first question, the results from the OSAT II study indicate that human health risks from short-term and long-term exposures would not result in unacceptable health risks (p. 21-22 of the OSAT II report).  With

regards to the second question, a key finding of OSAT II was that aquatic and wildlife resources would experience a greater threat from enhanced cleanup beyond established guidelines than from oil that still remained on the beaches (p 2 of the OSAT II report).  As for the third question, the results of the analysis indicated that the environmental effects of residual oil remaining after cleanup were relatively minor, especially when considered in the context of pre-spill background of shoreline oiling and longer-term monitoring (p. 33 OSAT II report).  Accordingly, continued cleanup to a higher degree would be expected to result in an increasingly greater extent of impact to habitats and associated resources as more and more effort is directed toward removing diminishing amounts of oil.

21.     Paragraph 14(a) of Pardue's declaration also states that:  *"Routine measurements of polycyclic crude oil contaminants from Breach 1 in my laboratory indicate that biodegradation or other weathering processes have not occurred to any significant extent since the oil reached the shoreline in May 2010, a period of over 4 years."*  There has been no time-sequential analytical data submitted to support that statement.  In the Wisner Breach 1 Plan (Exhibit 10 of the Expedited Motion for Preliminary Injunction), there is descriptive information that indicates that the groundwater at Breach 1 is devoid of dissolved oxygen (<0.1 mg/l), that groundwater is consistently colored, ranging from yellow to black, and according to Pardue in the Wisner Breach 1 Plan, is presumably due to formation of pyrite – iron sulfide- observed as particles in the sample.  From my experience, this description is typical of groundwater taken from a zone where hydrocarbons, such as PAHs, are degrading anaerobically.

22.     I believe that biodegradation of PAHs is taking place at a significant rate and that further remediation is unnecessary and would pose an unwarranted threat to the environment.

***BP has used the highest industry standards in its response operations on the Wisner Donation Property and the remediation techniques recommended by the Wisner Science Team are not appropriate for this setting.***

23.    In Paragraph 14 (b) of Pardue's declaration, the statement is made: *"Industry-standard techniques have not been used to recover and treat oil contamination in Breach 1."* In my opinion the oil removal techniques used at Breach 1, as well as in other areas at Fourchon Beach including the offshore area, comport with highest industry standards for oil spill response measures, particularly for addressing heavily oiled sand at a remote beach on the shoreline. The descriptions of "industry standard" remediation techniques in Pardue's declaration, such as the introduction of oxygen releasing compounds and the installation of air sparging systems via excavation and trenching, refer more accurately to remediation of an onshore commercial or industrial site such as a service station in a populated urban area perhaps over a fresh groundwater aquifer. The remediation system proposed by Pardue is more typical of an onshore industrial installation inland where heavy equipment can access a site without undue environmental disturbance, where electrical power is readily available, where installation of land-surface and land-subsurface equipment is not a detriment to the local environment, where the constant noise of operating compressors and equipment is normal or not noticed, and where the application of uncommon man-made chemicals do not have apparent adverse effects on natural flora and fauna. The Breach 1 sector is a natural area without industry, urban noise, or urban facilities. Additionally the groundwater in this environment is saline to hypersaline, not fresh. Therefore this area is subject to different cleanup criteria and to consideration of the environmental setting of the area.

24.    Additionally, a remediation system as described by Pardue would not be standard or appropriate at the Breach 1 location for several reasons, including: 1) the installation of such systems at this remote undeveloped location would require the use of environmental drilling rigs

and other machinery, significantly disturbing this natural site; 2) operating an air sparging system would take additional equipment and electrical power which would have to be installed at this undeveloped location, resulting in additional disturbances; 3) it generally takes multiple applications of oxygen releasing compounds to provide enough oxygen, thereby creating additional disturbance at the site which may occur at critical environmental periods such as bird nesting; 4) attempting to turn this apparent natural anaerobic system to an aerobic oxygen-consuming system will take months because applying oxygen will have the effect of severely retarding the existing non-oxygen consuming anaerobes, causing them to cease to degrade the hydrocarbons while oxygen is present, and it takes time, approximately 30 to 60 days, for subsurface aerobes to fully bloom before they can resume degrading and by that time, much of the oxygen reducing compounds will have been depleted, necessitating additional applications; 5) to operate an air sparging system usually requires regular maintenance and the addition of anti-fouling chemical agents because bacteria and other undesired micro-organisms tend to grow and clog sparging units over time; 6) I am not aware of any toxicological studies regarding the effects of chemicals such as oxygen releasing compounds or antifouling agents on the natural in-fauna and meiofauna at this natural location – that information may be required for permitting this type of system at this location; 7) if a hurricane were to hit the site, the equipment placed will either be blown away or buried- either way, they would be destroyed, or worse, may create hazards that emerge after a storm or when the beach erodes; 8) if beach replenishment occurs, the equipment would have to be removed or be buried - again, creating a potential hazard on emergence after a storm or when the beach erodes; and 9) Pardue's data (co-authored papers and his description of the groundwater etc.), indicate that the Breach Area 1 is currently undergoing natural attenuation via natural anaerobic biodegradation.  This process tends to reach its peak in

the sulfate reduction phase because there is abundant sulfate in seawater and marine brackish water that allow this phase to continue indefinitely or until all of the hydrocarbons are converted to carbon dioxide and water which are the ultimate end products of these natural processes.

25.     For these reasons, the remediation system as described by Pardue would not be standard or appropriate at Breach 1, or any other location on Wisner Donation Property, and is likely to cause more harm than good.  This is consistent with the findings of the Federal On-Scene Coordinator who, after reviewing "all available data, along with the correspondence and materials that the [Wisner] Advisory Committee or the Committee's lead scientist provided" stated that "no further removal activities are appropriate on the property managed by the Edward Wisner Donation Advisory Committee" and that "any future activity provides no net environmental benefit, is insufficiently supported by science, or is otherwise inappropriate under the National Contingency Plan."  (Letter from Capt. Sam Walker to Edward Wisner Donation Advisory Committee, dated May 21, 2014.)   In my opinion, the highest industry standard remediation plan is to allow the currently active natural degradation system to continue its work and would be consistent with the referenced directive from the Federal On-Scene Coordinator.

26.     In my opinion, the oil recovery and cleanup techniques used in the Response at the direction of the Federal On-Scene Coordinator were consistent with the highest industry standard, were tailored to the environment and conformed to the net environmental benefit. Pardue's remediation recommendations, as set out in the Wisner Assessment and Remediation (Exhibit 11 to Expedited Motion for Preliminary Injunction) and the Wisner Breach 1 Plan (Exhibit 10 to Expedited Motion for Preliminary Injunction), on the other hand, overlook these factors and are not considered to be industry standard techniques for the type of setting such as Fourchon Beach.

***Assessment and remediation decisions on Wisner Donation Property have been science-based. Scientific data and information supports a conclusion that no further assessment and remediation is appropriate or necessary at the Wisner Donation Property.***

27.     In Paragraph 19 of Pardue's declaration, Pardue states:   "*In addition to the urgency of addressing the remaining oil in Breach 1, the clean-up on the Wisner Donation property will not be complete until an assessment of oil on the offshore clay platform and onshore wetland and mudflat areas are complete.*"

28.     In my opinion, these areas have been thoroughly and sufficiently assessed.  BP, at the direction of the Federal On-Scene Coordinator, has thoroughly assessed the area.   The assessment included a substantial amount of augering, trenching, snorkel SCAT sampling, observing and other data gathering, including assessment activities pursuant to the Shoreline Cleanup Completion Plan.   Attached as Exhibit B to this declaration are maps of borings, trenches, and offshore snorkel SCAT test holes conducted by BP during the response which show the density of the assessment and investigation made of the Wisner Donation property.  As Exhibit B shows, the area from the strandline extending offshore past the beginning of the surf zone was thoroughly assessed via snorkel SCAT.  As part of the effort to detect, delineate and treat Submerged Oil Mats, SCAT developed the Snorkel SCAT program.  Snorkel SCAT targets the surf and breaker zones in wading depths of up to five feet, often encompassing distances out to the first sand bar.  Using snorkeling gear, SCAT teams systematically survey areas suspected to contain Submerged Oil mats based on observations from aerial and shoreline teams and cleanup operations.  Where Submerged Oil Mats are found, Snorkel SCAT teams delineate and characterize the type of oil and its distribution, map its size, and provide recommendations for treatment and recovery to the Unified Command.  Finally, Exhibit C is a series of maps showing the locations of geo-referenced photographs taken during the Response.  They are an indication

14

of the density of observations at the site.  In my opinion, the Wisner Donation Property, including offshore areas, have been thoroughly assessed.

29.     In Paragraph 14 (c) of Pardue's declaration, Pardue states:     *"Decisions to terminate remediation efforts were not science based."*  As noted, there has been a substantial amount of assessment work during the Response and following the Shoreline Cleanup Completion Plan protocols.  In addition to those efforts, several thousand chemical analyses of oil, mousse, Submerged Residue Balls and shoreline oil from the Deepwater Horizon incident established the chemical make-up and character of the oil on the water and as it changed over time to and on the shore.  Further, these analyses in conjunction with the OSAT II scientific evaluation of the fate and effects of remnant oil in the beach environment, its toxicity study, and other similar studies performed during the Response by multi-agency task forces that included scientists from the USCG, National Oceanic and Atmospheric Administration, U.S. Environmental Protection Agency, U.S. Bureau of Ocean Energy Management, Regulation and Enforcement (formerly the Minerals Management Service), U.S. Geologic Survey, National Parks Service, and various state agencies and academics under contract, were science based and sufficient to establish the cleanup criteria and inspection processes that were applied across the Area of Response.  Some of these studies include, but are not limited to, The OSAT Eco-Toxicity Addendum, The OSAT II Report, Annex F - the Human Health addendum, Annexes G, H, I J, K, and L the Ecological Framework and Exposure Assessment addendums, and Annex M the Net Environmental Benefit Analysis, all of which are publicly available at www.restorethegulf.gov.

30.     In Paragraph 18 of Pardue's declaration, the statement is made:  *"There is a need to immediately remediate oil at Breach 1 using industry standard techniques."*  Based on

information put forth above, I disagree with this statement.  Additionally, Pardue asserts that Breach 1 should be remediated before a hurricane occurs causing re-oiling in the marsh.  In my opinion, given the apparent amount of remnant oil in this limited area, a hurricane would either serve to bury the remaining oil or so erode and distribute these relatively nontoxic remnants. Burying the small amounts of oil residue remaining would serve to isolate it from wildlife and allow more time for the residue to degrade and decay.  Disbursing the residue to undetectable concentrations would in a practical sense remove it from exposure to the environment. Additionally, Pardue states that remediation should occur before the commencement of the Caminada Headlands Restoration project (CAM-II).  I disagree, and believe that application of a beach restoration project to the Breach 1 area will primarily serve to bury any remaining remnant oil, thus placing it further from potential contact with wildlife and allowing more time for natural attenuation and the natural decaying processes.  Burial of or allowing the small quantities and low concentrations of hydrocarbon constituents exhibited at the locations in question is in keeping with  the highest industry practices.

31.     The Federal On-Scene Coordinator's conclusion that no further removal activities are appropriate at the Wisner Donation Property, set forth in its letter dated May 21, 2014, was based on the vast amount of data and information obtained at this site.  In my opinion, the decision is supported by the scientific data.

32.     Based on all of this scientific information, in my opinion, further remediation at this site is unnecessary and would pose an unwarranted threat to the environment.

33.     The Wisner Breach 1 Plan and the Wisner Assessment and Remediation Plan are out of date and do not consider more recent data, including data obtained from the various assessment work performed at the site after the issuance of those plans, some of Plaintiff's own

16

publications, and recently posted information on the federal response website www.restorethegulf.gov such as the report from OSAT III May 2, 2014, "Investigation of Recurring Residual Oil in Discrete Shoreline Areas in Louisiana." Based on all of the information that I have reviewed, including the scientific information presented above, in my opinion Fourchon Beach, including areas along Breach 1 as well as offshore areas, have been adequately assessed and remediated. Additional assessment and remediation is unnecessary and would pose an unwarranted threat to the environment.

34.     I have not seen any data, past or recent, that would warrant additional assessment or the performance of the highly intrusive type of remediation proposed in the Wisner Assessment and Remediation Plan or the Wisner Breach 1 Plan.

35.     In performing cleanup operations at Fourchon Beach, including at Breach 1 as well as offshore areas, BP used the highest industry cleanup standards which were based on multi-agency member SCAT recommendations.

36.     Based on an overwhelming amount of data, including thousands of chemical analyses and detailed environmental toxicological studies, it has been demonstrated and published that there is no harm in leaving the land as is to continue the natural healing process. There are abundant independent publications, including some co-authored by Pardue, plaintiff's expert, that demonstrate that natural attenuation and biodegradation is occurring. Finally, OSAT II, a detailed study conducted by multiple government agencies, concluded that "aquatic and wildlife resources would experience a greater threat from enhanced cleanup beyond established guidelines than from the oil that still remains on the beaches."

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis and that, if called as a witness, I would and could testify to the above based on my own personal knowledge, training, and experience.

EXECUTED on July 28, 2014.

Lyle G Bruce

# EXHIBIT A

Curriculum Vitae

**Lyle G. Bruce, Ph.D.**
June 2014



<u>Chicago Area</u>

0 N 335 Winfield Rd
Winfield, IL 60190
(630) 234-8652
 email: lylegbruce@comcast.net

<u>Houston</u>

1219 Country Place Dr
Houston, TX 77079
(832) 273-9663
lyle.bruce@bp.com

Dr. Lyle Bruce has over 42 years' experience as a geologist. For the last twenty-five years he has focused on environmental cleanup and geochemistry of petroleum spills and hydrocarbon contamination onshore and offshore. Research has focused on using simple geochemical parameters to define natural attenuation and anaerobic biodegradation of petroleum contamination. He also specializes in contaminant geochemistry, chemical fingerprinting of crude oil and petroleum products, and in forensic geology. Dr. Bruce has expertise in defining, describing and projecting how petroleum changes once released to the environment. His consulting practice includes investigating and remediating petroleum contamination and providing solutions for remediation and restoration. Since May of 2010 Dr. Bruce has consulted for BP and the Gulf Coast Incident Management Team (GCIMT) on the Deepwater Horizon oil spill in the Gulf of Mexico and subsequent restoration and natural resource damage assessment (NRDA). This effort continues.

Prior to focusing on environmental geology, Lyle was an active geologist in petroleum exploration for 17 years. He is familiar with oil field drilling and testing procedures and was involved with planning and drilling numerous oil and gas wells in the Mid-Continent.

<u>Education</u>

1990  Ph.D., Environmental Science – Water Resources, Oklahoma State University, Stillwater, Oklahoma
1974  M.S., Geology, The Ohio State University, Columbus, Ohio
1972  B.S.,  Geology, Ashland College (now Ashland University), Ashland, Ohio

<u>Work Experience</u>

*August 1, 2009 -- Present*, **Consultant**, Consulting on environmental cleanup and restoration from releases of petroleum onshore and offshore. Dr. Bruce specializes in contaminant geochemistry and environmental forensics. He also consults in hydrogeology and chemical oceanography. During the response to the Deepwater Horizon Gulf Oil Spill of 2010 Dr. Bruce was the Onshore/Near Shore Sampling and Data Analysis Coordinator for BP as well as a member of the incident command's Operational Science Advisory Team (OSAT). Dr. Bruce is currently a science advisor for BP's Gulf Coast Restoration Organization and Natural Resources Damage Assessment group.

*July 31, 2009*, **Retired from BP.**

*October 2003 – July 2009*, **_Senior Hydrogeologist and Environmental Technology Manager_**, BP Remediation Management, Remediation Engineering and Technology group, Warrenville, IL. Dr. Bruce provided geologic support for BP remediation globally. He worked to ensure that the best appropriate technology was used for environmental assessments and remediation at BP sites. He

provided technical services in geochemistry, hydrogeology and environmental forensics for remediation and litigation to various BP entities.

*March 1999 – October 2003, **Vice President**, Amoco Marketing Environmental Services (AMES),* Lisle, Illinois.  Responsible for managing operating and legal expenses of approximately $20 million annually for this wholly owned subsidiary.  He specialized in forensic geology and litigation support.  Amoco Marketing Environmental Services was dissolved by BP in 2003.

*July 1996 to March 1999, **Environmental Business Manager**-* Chicago Region, Amoco Marketing Environmental Services (AMES), Oakbrook, IL.  Amoco Marketing Environmental Services was a new wholly owned subsidiary established in July 1996 to manage environmental liabilities at retail marketing and bulk storage facilities (tank farms) in the United States.  The budget for environmental projects in Chicago region was approximately $8 million per year.

*January1996 to July 1996 **Director Health, Safety, and Environment** for* Amoco Central Europe, Warsaw, Poland.  Set up new country entry procedures for HSE in Poland, Bulgaria and Romania.  Duties included establishing safety programs, establishing procedures for conducting environmental evaluations on prospective properties, and hiring and training in-country personnel to take over HSE duties.  Duties were transferred to in-country personnel in July, 1996.

*1991-1995 (concurrent with Amoco) **Adjunct Professor, Oklahoma State University**,* University Center at Tulsa.  Teach senior and graduate level courses in Hydrogeology I and II, and Ground Water Remediation.  Also teach short courses through the OSU School of Geology Hydrology Training Program.  Serve on the advisory committees for several students in masters programs in geology and environmental engineering.

*1989-January 1996  **Senior Hydrogeolgist**,* Amoco Groundwater Management Services, Tulsa, Oklahoma.  Corporate hydrogeologist, provided expertise and project management to operating companies on soil and ground water investigations, assessments, negotiations, and remediation on Amoco facilities throughout the United States.  Served as technical liaison between operating companies, regulatory agencies, and legal staff.  Provided litigation support.  Evaluated environmental aspects of oilfield properties at Pryobskoya Oil Field, in Western Siberia, Russia.

*1983-1989   **Principal/Owner**,* Bruce Exploration Tulsa, Oklahoma.  Managed a geological consulting business.  Explored for oil and gas in Oklahoma and Texas.  Developed and sold drilling deals.  Established oil and gas production from Morrow, Cottage Grove, Red Fork, Oswego, Hunton, and other formations.

*1980-1983 **Exploration Geologist**,* Essex Exploration, Inc., Tulsa, Oklahoma.  Managed petroleum exploration in northwest Oklahoma.  Annual exploration budget averaged $10 million to $15 million dollars.  Developed drilling prospects for natural gas and oil.  Established economic petroleum reserves for end-user clients in the southeast and northeastern seaboard.

*1977-1980 **Operations Geologist**,* Helmerich & Payne, Inc.(H&P),Tulsa, Oklahoma.  Explored for oil and gas in the Anadarko Basin of Oklahoma and the Texas Panhandle.  Managed field geological operations for Helmerich & Payne's drilling and exploration activities.  Supervised field geologists; scheduled and monitored operations on 12 to 20 simultaneous projects.  Individual drilling project budgets ranged from $500,000 to $5 million dollars.  Acted as liaison between H&P and outside companies on geologic matters.  Expert witness. Evaluated geological, geochemical, and geophysical data.  Property evaluations.

*1974-1977  **Geologist**,* Texaco USA, Tulsa, Oklahoma. Exploration geologist and geophysical coordinator for the Illinois Basin, Midcontinent Division.  Liaison between geophysical and geological groups.  Interpreted geological aspects of geophysical data.  Pursued Devonian drape over Silurian Reefs.  Drilled 5 wildcats of which three discovered small fields.  Was on the Atlantic Offshore Seismic

Stratigraphic Team.  Presented Texaco's Baltimore Canyon gas discovery prospect to upper level Texaco management.

*1972-1974  Graduate Research Assistant*, The Ohio State University Department of Geology and Mineralogy, Columbus, Ohio.  Conducted research in economic geology under Dr. Robert L. Bates.

1974-1977 **United States Army Reserve**-Okmulgee, Oklahoma.  Honorable discharge from the 95th "Trail of Tears" Division, Rank Sergeant E-5.

1971-1974 **Ohio Army National Guard**, Ashland, Ohio – transferred to US Army Reserve Oklahoma

Certified Professional Geologist (retired) – American Institute of Professional Geologists
Registered Professional Geologist in Illinois and Indiana
Formerly Registered Professional geologist in Arkansas and South Carolina (let lapse due to inactivity in those states)


**Selected Publications and Presentations**

BenKinney, M.T., Bruce, L., Maki, A., Walden, T., Brown, J., Ahnell, A., 2012, **Synthesis and Evaluation of Field Monitoring and Laboratory Analytical Chemistry Data and Toxicity Test Results for Water and Sediment Samples Collected During the Deepwater Horizon MC252 Response,** American Chemical Society National Meeting, San Diego, March 2012

Brown, J.S., Beckmann, D., Bruce, L., Mudge, S., 2011, **PAH Depletion Ratios Document the Rapid Weathering and Attenuation in Oil Samples Collected after the Deepwater Horizon,** International Oil Spill Conference, Portland Oregon, May 2011

Brown, J.S., Bruce, L., Boehm, P., Cook, L., 2011, **Deep-water Sediments Collected after the MC252 Oil Spill Reveal a Small Footprint of Macondo Oil Associated with Drilling Mud near the Well-Head,** Special Meeting of the Society of Environmental Chemists and Toxicologists (SETAC), Pensacola Beach Florida, April 2011.

Bruce, L. with multiple co-authors, 2010, **Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring,** report of the Operational Science Advisory Team (OSAT) to RADM Zukunft, Federal On-Scene Coordinator, Deepwater Horizon Spill of National Significance, December 2010 www.restorethegulf.gov

Bruce, L., et al., 2010, **Illinois Sulfate Pilot Test to Enhance Anaerobic Degradation of Hydrocarbons,** The Professional Geologist, v 47 n 5, Sept/Oct 2010 pages 16-24

Brown, J.S., Beckmann, D., Bruce, L., Mudge, S., 2010, **PAH depletion ratios document the rapid weathering and attenuation of PAHs in oil samples collected after the Deepwater Horizon incident,** Annual meeting of the Society of Environmental Chemists and Toxicologists (SETAC), Portland, OR, November 2010.

Bruce, L. and Beckmann, D., 2010, **Environmental Forensics,** an eight hour workshop on fingerprinting hydrocarbons and petroleum related contamination presented at the 2010 North American Environmental Field Conference and Exposition January 14-15, University of S. Florida, Tampa, FL.

Bruce, L. 2010, **Anaerobic Attenuation of Petroleum Hydrocarbons In the Subsurface: Characterization and Enhancement of Natural Processes,** One half day workshop presented at the 2010 North American Environmental Field Conference and Exposition January 14-15, University of S. Florida, Tampa, FL.

Bruce, L., Kolhatkar A. and Cuthbertson, J., 2009, **Comparison of BTEX Attenuation Rates under Anaerobic Conditions**, Annual Conference on Soils, Sediments, Water and Energy, University of Massachusetts, October 18-21, 2010, Amherst, MA

Kolhatkar, A., Bruce, L., et al., 2009, **Microbial Ecology as an Indicator of Effectiveness of Sequential Chemical Oxidation-Bioremediation**, Annual Conference on Soils, Sediments, Water and Energy, University of Massachusetts, October 18-21, 2010, Amherst, MA

Bruce, L., and Adamski, M., 2008, **LNAPL in Fine Grained Soils and Modeling of LNAPL in Fine Grained Soils**: Considerations and Tools, in short course on Assessing Ground Water Movement and Contaminant Migration Through Aquitards from Investigative Techniques through Hydrogeologic Characterization, Midwest Geosciences Corp. and Northern Illinois University in Naperville, May 6-8, 2008, Naperville, IL.

Bruce, L. and Kolhatkar, A., 2008, **Anaerobic Attenuation of Petroleum Hydrocarbons in the Subsurface:  Characterization and Enhancement of Natural Processes**, One half day workshop presented at the 2008 North American Environmental Field Conference and Exposition January 14-16, University of S. Florida, Tampa, FL.

Bruce, L., Cuthbertson, J., Kolhatkar, A., Ziegler, J., Graves, B., 2007, **Natural Anaerobic Degradation of BTEX was Enhanced through Sulfate Addition Substantially Increasing the HC Degradation Rate at a Central Indiana Site**, *NGWA Petroleum Hydrocarbons and Organic Chemicals in Ground Water, Assessment and Remediation Conference*, Houston, Nov 5-6, 2007.

Bruce, L., Kolhatkar, A., Strain, A., Grams, J., Hutchinson, W., Alexander, E. C., 2007, **Anaerobic Degradation of Hydrocarbons in a Fractured Karst Aquifer in Central Missouri**, *NGWA Petroleum Hydrocarbons and Organic Chemicals in Ground Water, Assessment and Remediation Conference*, Houston, Nov 5-6, 2007.

Bruce, L. G.; Waterman, S; Hufford, W., 2006, **"Sediments: An Emerging Environmental Issue,"** 13th Annual International Petroleum Environmental Conference, San Antonio, TX, October 17-20, 2006

Cuthbertson, J. F.; Kaestner, J. A.; Bruce, L. G., 2006, **"Use of high concentration magnesium sulfate solution to remediate petroleum impacted groundwater"** Annual International Conference on Soils Sediments and Water, University of Massachusetts, October 16-19, 2006.

Bruce, Lyle and Kolhatkar A., 2006, **Interim Results Enhanced Bioremediation Using Sulfate Addition at Retail Sites in Illinois**, presented to Illinois EPA August 16, 2006.

Bruce, L. G., 2005, **"Guide to Leak Detection Techniques"**, Remediation Management Technical Guidance, June 15, 2005, Warrenville, IL

Bruce, L. G., 2005, **"Prevention in RM"**, Remediation Management Technical Discussion, April 27, 2005, Warrenville, IL

Bruce, L. G., 2005, **"Helping Primitive Critters Party, Enhancing In Situ Bioremediation"**, Indiana State University Department of Geology, AAPG Visiting Professional Geologist Series, April 14, 2005, Terre Haute, Indiana.

Bruce, L. G. and Kolhatkar, Arati, 2005, **"Stimulating Natural Attenuation and In Situ Biodegradation"**, March 31, 2005, Illinois Environmental Protection Agency, LUST Section, Springfield Illinois

Bruce, L. G. 2004, **"New Techniques in Environmental Geology"**, Illinois State University, AAPG Visiting Professional Geologist Series, February 27, 2004, Normal, Illinois

Bruce, L.G., and Beckmann, D.D., 2004, "**Environmental Forensics – State of the Art within RM,**" presentation for BP internal and consultants, February 10, 2004, Warrenville, Illinois

Bruce, L. G., 2003, "**BP Prevention in the United States**", BP Soil & Groundwater Center of Excellence meeting, November 5, 2003, Dusseldorf, Germany

Bruce, L. G., 2003, "**Current Techniques in Environmental Remediation**", Central Michigan University Department of Geology, AAPG Visiting Professional Geologist Series, October 13, 2003, Mt. Pleasant, Michigan

Bruce, L. G., 2002, "**Techniques in Environmental Assessments and Remediation**", University of Wisconsin Platteville, AAPG Visiting Professional Geologist Series, February 18, 2002, Platteville, Wisconsin

Bruce, L. G., 2001, "**Careers in Environmental Geology**" St. Louis University Department of Atmospheric and Geosciences, AAPG Visiting Professional Geologist Series, November 2, 2001, St. Louis.

Ravenscroft, J. H., Bruce, L. G., and Snethen, D. R., 1998, "**Coordination of Engineering and Geological Evaluations**", 1998 Convention of the National Society of Professional Engineers, July 23-28, Tulsa, Oklahoma

Bruce, L. G., 1998, "**Risk Based Rules Rooted in Reason**" Reporter of AAPG Division of Environmental Geosciences, Vol. 7, No. 2, June 1998, page 3.

Bruce, L. G., and Biagi, C. Q., 1997, "**Capillary Control of Free Phase Oil Migration in the Shallow Subsurface: Review with Case Histories**", Environmental Geosciences, Vol. 4 No. 4, p. 177-185.

Bruce, L. G., 1996, "**The Importance of Environmental Site Assessments in Developing Markets in Central Europe and the Former Eastern Block**", International Environmental Conference, Oklahoma State University, Stillwater, OK

Bruce, L. G., and Kremesec, V., 1996, "**Use of Soil Venting for Remediation of Petroleum Contaminated Soil**", ATV Mode, Vintermode om grundvandsforurening (Danish Groundwater Committee, Groundwater Conference), Bilund, Denmark, March 5-6, 1996, Published proceedings p. 173-190

Bruce, L. G., and G. W. Schmidt, 1994, "**Hydrocarbon Fingerprinting for Application in Forensic Geology: Review with Case Studies,**" Bulletin of the American Association of Petroleum Geologists November 1994, p.1692-1710

Bruce, L. G., and W. P. Weisrock, 1994, "**Amoco's Approach to Ground Water Protection**", Journal of Applied Ground Water Protection, V. 1, No. 2, Feb., (Ground Water Protection Council), p. 30-35.

Bruce, L. G., 1994. "**Transition to Hydrogeology: Broadening Your Geologic Base for Career Enhancement**". A Short Course presented by the American Association of Petroleum Geologists, June 12, Denver, Colorado.

Bruce, L. G., 1994. "**Seminar in Environmental and Ground Water Geology**", A Short Course presented by the Tulsa Geological Society, April 6 & 7, Tulsa, Oklahoma.

Bruce, L. G., 1994. "**Hydrogeology for Petroleum Geologists and Engineers,**" A Short Course presented by the American Association of Petroleum Geologists, Sept. 21, East Lansing, Michigan.

Bruce, L. G., 1993. "**Refined Gasoline in the Subsurface,**" Bulletin of the American Association of Petroleum Geologists, V. 77, No. 22, p. 212-224.

Bruce, L. G., 1993, "**Hydrogeology for Petroleum Geologists and Engineers**," A Short Course presented by the American Association of Petroleum Geologists, Feb 24, Fort Worth, Texas.

Bruce, L. G., 1992. "**Practical Approaches to the Evaluation & Remediation of USTs**," A Short Course presented by the Oklahoma State University School of Geology, May 11-14, Oklahoma City, Oklahoma.

Bruce, L. G., et al., 1992. "**Vacuum Recovery Barrier Well System Dewaters Contaminated Aquifer: A Solution Based on Proper Evaluation of Hydrogeologic Parameters**". Conference on Petroleum Hydrocarbons and Organic Chemicals in Ground Water: Prevention, Detection, and Restoration, Presented by the Association of Ground Water Scientists and Engineers, division of NGWA, and the American Petroleum Institute, Houston, Texas, published in the 1992 proceedings, Nov., p. 303-311.

Pettyjohn, W. A.; G. Stewart; D. Kent; A. Hounslow; L. Bruce; et al., 1992, 1993, 1994. "**Practical Approaches to Ground-Water Hydrology and Contamination**," A six week Short Course presented by the Oklahoma State University School of Geology

Bruce, L. G.; T. Miller; and B. Hockman, 1991, "**Solubility versus Equilibrium Saturation of Gasoline Compounds: A Method to Estimate Fuel/Water Partition Coefficient using Solubility or Koc**". Conference on Petroleum Hydrocarbons and Organic Chemicals in Ground Water: Prevention, Detection, and Restoration, Presented by the Association of Ground Water Scientists and Engineers, division of NGWA, and the American Petroleum Institute, Houston, Texas, Nov. 20-22, 1991, p. 571-581.

Bruce, L. G., 1990. "**A Method for Predicting Fracture-Enhanced Permeability in the Subsurface in Regions of Flat-Lying Strata**," Geological Society of America Annual Meeting, Dallas, Texas, Oct.29-Nov.1, 1990, Abstracts p. 373.

Bruce, L. G., 1989. "**Radial Drainage Anomaly over Aledo Gas Field, Dewey County, Oklahoma - Example of a Poor Man's Remote Sensing Technique**". Oklahoma Geology Notes 49:4, Oklahoma Geological Survey.

Pettyjohn, W. A.; G. Stewart; L. Bruce; L. Kennedy; K. Flanagan; J. Puckette; M. Thornhill, 1989, "**Development of a Methodology for Regional Evaluation of Confining Bed Integrity**," U.S. EPA Research Project No. CR-814-061, Publication: EPA/600/2-89/038, p 1-119.

# EXHIBIT B



Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-1B

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
● No, No
● No, Yes
◇ Yes, No
◇ Yes, Yes

LA Snorkel SCAT
Oiling Category
▲ Heavy
■ Moderate
■ Light
■ Very Light
■ No Oil Observed

SCAT Trenching
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed
— Breach Structure Lines

Imagery:
Aerometric Fall 2013

Meters
0    500    1,000

BREACH 1

E - 8
PF-1B



Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-1A

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
No, No
No, Yes
Yes, No
Yes, Yes

LA Snorkel SCAT
Oiling Category
Heavy
Moderate
Light
Very Light
No Oil Observed

SCAT Trenching
Subsurface Oiling
Heavy
Moderate
Light
Very Light
No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
Heavy
Moderate
Light
Very Light
No Oil Observed
Breach Structure Lines

Imagery:
Aerometric Fall 2013

0    500    1,000    2,000
Meters



**Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-2**

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
○ No, No
● No, Yes
○ Yes, No
● Yes, Yes

LA Snorkel SCAT
Oiling Category
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

SCAT Trenching
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed
— Breach Structure Lines

Imagery:
Aerometric Fall 2013

0      500      1,000      2,000
Meters



Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-3

Monday, June 23, 2014

GPS Auguring
Surface Oil, Subsurface Oil
● No, No
● No, Yes
○ Yes, No
● Yes, Yes

LA Snorkel SCAT
Oiling Category
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
■ No Oil Observed

SCAT Trenching
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed
— Breach Structure Lines

Imagery:
Aerometric Fall 2013

BREACH 2

0        500        1,000
Meters



Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-4

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
○ No, No
○ No, Yes
○ Yes, No
● Yes, Yes

LA Snorkel SCAT
Oiling Category
■ Heavy
■ Moderate
■ Light
■ Very Light
■ No Oil Observed

SCAT Trenching
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

— Breach Structure Lines

Imagery:
Aerometric Fall 2013



Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-5

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
● No, No
● No, Yes
● Yes, No
● Yes, Yes

LA Snorkel SCAT
Oiling Category
● Heavy
● Moderate
● Light
● Very Light
■ No Oil Observed

SCAT Trenching
Subsurface Oiling
◄ Heavy
◄ Moderate
◄ Light
◄ Very Light
◄ No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
◄ Heavy
◄ Moderate
◄ Light
◄ Very Light
◄ No Oil Observed
—— Breach Structure Lines

Imagery:
Aerometric Fall 2013

Meters
0    500    1,000



Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-6

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
● No, No
● No, Yes
● Yes, No
● Yes, Yes

LA Snorkel SCAT
Oiling Category
■ Heavy
■ Moderate
■ Light
■ Very Light
■ No Oil Observed

SCAT Trenching
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

—— Breach Structure Lines

Imagery:
Aerometric Fall 2013

Meters
0        500        1,000



Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-7

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
No, No
No, Yes
Yes, No
Yes, Yes

LA Snorkel SCAT
Oiling Category
Heavy
Moderate
Light
Very Light
No Oil Observed

SCAT Trenching
Subsurface Oiling
Heavy
Moderate
Light
Very Light
No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
Heavy
Moderate
Light
Very Light
No Oil Observed
Breach Structure Lines

Imagery:
Aeromettic Fall 2013

BREACH 5

Meters

0    500    1,000    2,000



Fourchon Beach
Sub-surface
Oiling Conditions
Ops Zone: PF-8

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
- No, No
- No, Yes
- Yes, No
- Yes, Yes

LA Snorkel SCAT
Oiling Category
- Heavy
- Moderate
- Light
- Very Light
- No Oil Observed

SCAT Trenching
Subsurface Oiling
- Heavy
- Moderate
- Light
- Very Light
- No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
- Heavy
- Moderate
- Light
- Very Light
- No Oil Observed
— Breach Structure Lines

Imagery:
Aerometric Fall 2013

Meters
0    500    1,000



**Fourchon Beach**
**Sub-surface**
**Oiling Conditions**
**Ops Zone: PF-9**

Monday, June 23, 2014

OPS Augering
Surface Oil, Subsurface Oil
● No, No
● No, Yes
◉ Yes, No
◎ Yes, Yes

LA Snorkel SCAT
Oiling Category
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

SCAT Trenching
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed

SCAT Trenching LAASR
Subsurface Oiling
▲ Heavy
▲ Moderate
▲ Light
▲ Very Light
▲ No Oil Observed
— Breach Structure Lines

Imagery:
Aerometric Fall 2013

Meters
0     500     1,000     2,000

# EXHIBIT C



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-1B

Monday, June 23, 2014

× Photo Locations*

☐ Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
25 mile buffer.

Imagery:
Aerometric Fall 2013

Meters
0    500    1,000



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-1A

Monday, June 23, 2014

×   Photo Locations*

☐   Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
25 mile buffer.

Imagery:
Aerometric Fall 2013

Meters

0        500        1,000        2,000



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-2

Monday, June 23, 2014

× Photo Locations*

☐ Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
25 mile buffer.

Imagery:
Aerometric Fall 2013

0        500        1,000        2,000
Meters



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-3

Monday, June 23, 2014

× Photo Locations*
⬜ Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
25 mile buffer.

Imagery:
Aerometric Fall 2013

0   500   1,000   2,000
Meters



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-4

Monday, June 23, 2014

× Photo Locations*

☐ Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
25 mile buffer.

Imagery:
Aerometric Fall 2013

2,000

1,000

500

0

Meters



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-5

Monday, June 23, 2014

× Photo Locations*

☐ Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
25 mile buffer.

Imagery:
Aerometric Fall 2013



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-6

Monday, June 23, 2014

× Photo Locations*

▢ Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
25 mile buffer.

Imagery:
Aeromatric Fall 2013

0        500        1,000        2,000
Meters



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-7

Monday, June 23, 2014

× Photo Locations*

☐ Wisner Boundary

* Approx. 31,000 photos within the boundary line to include a 25 mile buffer.

Imagery:
Aerometric Fall 2013



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-8

Monday, June 23, 2014

✕  Photo Locations*

☐  Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
.25 mile buffer.

Imagery:
Aerometric Fall 2013

0    500    1,000    2,000
Meters



Fourchon Beach
Georeferenced
Photo Locations
Ops Zone: PF-9

Monday, June 23, 2014

✕ Photo Locations*

☐ Wisner Boundary

* Approx. 31,000 photos within
the boundary line to include a
.25 mile buffer.

Imagery:
Aerometric Fall 2013

PF 8
PF 9

2,000

1,000

Meters

500

0