# Exhibit 4



**U.S. Department of Homeland Security**

**United States Coast Guard**

Federal On-Scene Coordinator
United States Coast Guard

Gulf Coast Incident Management Team
1250 Poydras Street, 5th Floor
New Orleans, LA 70113

5750
May 21, 2014

Edward Wisner Donation Advisory Committee
Attn: Amanda L. Phillips
935 Gravier Street, Suite 825
New Orleans, LA 70112

Dear Ms. Phillips,

I am responding to the Edward Wisner Donation Advisory Committee letter of March 26, 2014, as well as the series of previous letters and emails that the Advisory Committee and its legal counsel have sent to the Gulf Coast Incident Management Team (GCIMT). The above referenced documents, along with letters and emails addressed to the FOSC independently, were all in reference to the Deepwater Horizon spill response activities that took place on and along property managed by the Advisory Committee in Lafourche Parish, Louisiana.

The property managed by the Advisory Committee was directly and intensely impacted during the Deepwater Horizon oil spill. In response, the GCIMT engaged in considerable cleanup efforts, scientific analysis, and shoreline assessments along the property. In doing so, we have met with you, other Wisner Advisory Committee members, and the Advisory Committee's legal counsel on numerous occasions to discuss plans and address concerns drafted in various scientific reports, the letters and emails from the Advisory Committee, and the Committee's lead scientist.

I have carefully reviewed all available data, along with the correspondence and materials that the Advisory Committee or the Committee's lead scientist provided. I have also consulted with my Scientific Support Coordinator on data and data results. I have reviewed the limited response options made available to GCIMT Planning and Operations personnel, the recent low collection numbers resulting from an open National Response Center (NRC) case and the equipment and operational constraints that the Advisory Committee imposed during response. Additionally, I have reviewed the enclosed report, prepared by the responsible party, which focuses on the history of response activities that took place in the vicinity of breaches 1 and 2 along Fourchon Beach.

Having done so, I have concluded that no further removal activities are appropriate on the property managed by the Edward Wisner Donation Advisory Committee. In particular, we intend to take no further action with respect to oil that the Advisory Committee purports to be entrained within the marsh, nor will there be any further action to address unsubstantiated reports of potential oil mats offshore, below the relic clay and peat platforms.

Additionally, after review of all treatments that occurred in the Operational Zone PF-1, I have further concluded that it would be inappropriate and impractical to replace all of the sand that the Advisory Committee's scientist believes to be contaminated with MC252 oil. I further conclude that any future activity provides no net environmental benefit, is insufficiently supported by science, or is otherwise inappropriate under the National Contingency Plan.

2

I note that we have now completed the processing of all shoreline segments on the Gulf under the Shoreline Clean-up Completion Plan. Any questions regarding the history of any particular segments should be addressed to the Louisiana On-Scene Coordinator by contacting either Mr. Sam Broussard at Samuel.Broussard@LA.Gov or Mr. Daniel Lambert at Daniel.Lambert@LA.Gov.

We continue to respond to reports of oiling pursuant to the National Response Center framework. One National Response Center (NRC) case is currently open on the property being managed by the Advisory Committee, on segment LALF01-001-10A. We will be closing this case for the above mentioned reasons and because of the recent reports of the presence of nesting Least Terns in the area.

Sincerely,

S. Walker
Captain, U.S. Coast Guard
Federal On-Scene Coordinator
Gulf Coast Incident Management Team

1 Enclosure

Copy: Laura Folse, BP Executive Vice President

2