# Exhibit 7

| | |
|---|---|
| **From:** | Maki, Kyle E CDR |
| **To:** | wisnerdonation@aol.com |
| **Cc:** | Soren Gisleson; Jessica Chauvin; Walker, Samuel CAPT; toni.debosier@noaa.gov; Nolan, John P CAPT |
| **Subject:** | RE: Subject: Follow up on NRC call 108451 and Middle "R" |
| **Date:** | Wednesday, June 04, 2014 9:26:56 AM |

Amanda,

Yes, all segments across the AOR are in Middle R. This is a program process where we respond to NRC reports of oiling rather than going out with large numbers of people every day looking for oil to cleanup.

The objective of Middle R is to reduce the overall ecological footprint of response personnel while continuing to respond to reports of oiling.

The USCG will continue to respond to NRC calls as long as Middle R is open. If in the fall, once bird nesting is complete and the young have fledged, your land manager finds oil and notifies us (through an NRC call) we will respond and mitigate the product.

If the USCG cannot mitigate because the amount is too great, and if the product is visually consistent with MC252, we will call for a BP OSRO.

If the USCG cannot mitigate because the amount is too great, and if the product is NOT visually consistent with MC252, we will call the Sector and have them deal with it as a normal NRC case.

Let me know if you have any other questions.

V/r
KM

-----Original Message-----
From: wisnerdonation@aol.com [mailto:wisnerdonation@aol.com]
Sent: Tuesday, June 03, 2014 7:22 PM
To: Maki, Kyle E CDR
Cc: sgisleson@hhklawfirm.com; jchauvin@hhklawfirm.com; Walker, Samuel CAPT; toni.debosier@noaa.gov; Nolan, John P CAPT
Subject: Re: Subject: Follow up on NRC call 108451 and Middle "R"

Kyle-

So Wisner is still in Middle R?

Amanda

Sent from my iPhone

> On Jun 3, 2014, at 12:33 PM, "Maki, Kyle E CDR" <Kyle.E.Maki@uscg.mil> wrote:
>
> Amanda,
>
> Below is the information that you requested last Thursday. Please keep in mind that we are working with a skeleton crew and that much of the operational data is located in different areas which requires one or more of our personnel to conduct "data mining", a time consuming operation. We are happy to assist you with your needs, but operational commitments come first.
>
> We understand that Lafourche and Jefferson Parishes have worked out an agreement with the State of Louisiana to supply a contract representative to monitor Gulf-facing shorelines in the two parishes for an unspecified period of time. We have assumed the Wisner Trust Property will continue to be monitored by your land managers, Forest and Forest Jr. As such, we intend to continue to respond to

EXHIBIT 15

NRC reports on Wisner Trust Properties throughout the duration of Middle R.
>
> Please let me know if we can be of further assistance.
>
> Regards,
> Kyle Maki, CDR
> FOSCR GC-IMT
>
> -----Original Message-----
> From: wisnerdonation@aol.com [mailto:wisnerdonation@aol.com]
> Sent: Thursday, May 29, 2014 11:58 AM
> To: Walker, Samuel CAPT; Maki, Kyle E CDR; toni.debosier@noaa.gov
> Cc: sgisleson@hhklawfirm.com; jchauvin@hhklawfirm.com
> Subject: Subject: Follow up on NRC call 108451 and Middle "R"
>
>
> Capt Walker and Cmdr Maki-
>
> I wanted to follow up with you on a few items. Your response to these items by Monday, June 2 would be greatly appreciated.
>
> 1- I was interested in the status of our NRC call, case #108451. What is the status and can I please have a copy of any follow-up report?
>
> USCG REPLY:
>
> -NRC 1084151 was reported 30APR14 and USCG personnel responded 02MAY14. Mitigation Summary: USCG Reps visually confirmed the presence of MC-252 SRBs on scene. The entire segment LALF02-013-10 was not mitigated. Mitigation began at 29° 08' 25.71" N, 90° 07' 48.63" W and moved west. Mitigation endpoint was 29° 07' 52.94" N, 90° 08' 43.35" W.
>
> -The number of SRBs decreased substantially as PRs moved westward, thus entire segment was not mitigated. Only the portion reported in the NRC call was mitigated. Mitigation time: 1300-1500.
>
> -TOTAL: 271 SRBs, 2.95 lbs, max: 5 cm, avg: 3 cm *No suspected Non-MC252 SRBs were observed. No samples were collected. This NRC case is closed.
>
> -There is no available follow-up report.
>
> 2- I know there were 6 NRC cases which were open under the Middle "R," with our property being one. What is the status of the other 5 NRC cases?
>
> USCG REPLY:
>
> -Originally, there were only four NRC cases opened as exception segments under Middle R; these four cases encompassed six segments. As of Friday, 30MAY14, NRCs 1079920 (Fourchon Zone 1) and 1079919 (Elmer's Island, Bay Side, Zone 4) have been closed due to bird nesting and low collections that could have been due to poor tides and sargassum.
>
> -The two remaining NRCs, 1079915 (Grand Terre II Zones 7-10) & 1079916 (Grand Terre I, Zone 12) remain active. Response to these NRCs is largely based on tidal fluctuations, but generally occur weekly.
>
> 3- Wisner would like a copy of any close-out report for removing our property from NRC, please.
>
> USCG REPLY:
>
> -There are no close out reports for NRC cases. There are daily USCG records, but the information from those records have been reported below in Q4. If you choose to seek USCG records, and if they are attainable, it would be through a FOIA request. You can make such a request at EFOIA@USCG.MIL
>

> 4- Does the USCG have a summary of activities performed under Middle "R" for the open NRC cases? Specifically Wisner would like to know:
>
>    a. How often was our property patrolled/monitored under Middle "R?"
>
> USCG REPLY: NRC 1079920 (Fourchon Zone 1) was visited/mitigated a total of 6 times.
>
>    b. Who went out on our property?
>
> USCG REPLY: 1 to 2 CG personnel were present for each visit, in addition to the OSRO team if needed.
>
>    c. When and for how long were they on our property?
>
> USCG REPLY:
>
> 16APR14 for around 5.25 hrs
>
> 19APR14 for around 4 hrs
>
> 22APR14 for around 5.5 hrs
>
> 24APR14 for around 6 hrs
>
> 01APR14 for around 5 hrs
>
> 05MAY14 for around 3 hrs
>
> *The above times are the total of when the CG personnel were actively responding, which includes commute time to the property, a muster/meeting, etc. The actual on-scene time is less.
>
>    d. What did they find on our property and when?
>
> USCG REPLY:
>
> 16APR14: 1911 SRBs totaling 11 lbs
>
> 19APR14: 156 SRBs totaling 0.41 lbs
>
> 22APR14: 540 SRBs totaling 0.97 lbs
>
> 24APR14: 173 SRBs totaling 0.94 lbs
>
> 01MAY14: 427 SRBs totaling 3.4 lbs
>
> 05MAY14: 378 SRBs totaling 1.01 l
>
>    e. How much was collected?
>
> USCG REPLY:
>
> See above
>
>    f.  How was it disposed of?
>
> USCG REPLY:
>
> -All mitigated product was turned over to a BP representative who disposed of it in accordance with their product disposal plan.
>

> Thank you very much in advance for your time taken answering our questions!
>
> Respectfully,
>
> L. Amanda Phillips
> Secretary Treasurer and Land Manager
>
>
> Edward Wisner Donation           Mailing Address:
> 935 Gravier Street, Suite 825       P. O. Box 52204
> New Orleans, LA 70112              New Orleans, LA 70152-2204
> phone: 504/210.1152
> fax: 504/210.1156
>
>
>