# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006 | : : : | Honorable CARL J. BARBIER<br>Magistrate Judge SHUSHAN |

………………………………………………...

## [PROPOSED] ORDER UNITED STATES' MOTION TO QUASH RELATED DISCOVERY SOUGHT BY BP

In consideration of the United States' Motion to Quash and its Statement In Support Of Plaintiffs' Motion to Strike Affirmative Defenses (Doc. No. 13108) And Memorandum In Support Of Motion To Quash Related Discovery Sought By BP, as well as any opposition thereto, it is hereby ORDERED that the Motion is GRANTED and that the United States need serve no response to the subpoena served upon it by BP on July 22, 2014.

SO ORDERED this __ day of _____, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1