UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

DECLARATION OF ANTHONY C. IRISH

I, Anthony C. Irish, hereby declare as follows:

1. I am an attorney and the Project Manager of the BP Deepwater Horizon Oil Spill Discovery Project ("Discovery Project") in the Office of the Solicitor at the United States Department of the Interior ("Interior").

2. In my capacity as attorney and Project Manager, I have access to two email archives that contain emails that may be responsive to document requests related to the Deepwater Horizon litigation.

3. Interior maintains a legacy email archive was established to address e-mail preservation concerns in the *Cobell* litigation ("Legacy Archive"). Email in the Legacy Archive is limited to the trust bureaus (including the Bureau of Indian Affairs, the Bureau of Reclamation, the Bureau of Land Management, the Minerals Management Service and its successor agencies, the Office of Surface Mining, the Office of the Secretary, and the Office of the Solicitor), components of the Department that had some relation to the *Cobell* matter. The Legacy Archive includes email sent or received by the trust bureaus from December, 2002 until approximately June 30, 2012.

5. Interior also maintains an electronic Enterprise Records and Document Management System ("ERDMS"). ERDMS includes all email sent or received by the trust bureaus from approximately July 1, 2012 to the present, and all email sent or received by Interior from January 21, 2013 to the present.

6. I am able to conduct keyword searches on the email residing in both the Legacy Archive and ERDMS to assess approximate volumes of email that may be responsive to document requests submitted in the Deepwater Horizon Litigation.

7. I have conducted preliminary keyword searches in the Legacy Archive and in ERDMS on some of the documents requests made in the subpoena issued by BP Exploration & Production, Inc. ("BP") to Interior on July 21, 2014. Although not all requests readily lend themselves to keyword searches and these preliminary searches may not be the final searches run by Interior, the results of these searches are illustrative of the general burden the requests impose. Searches were conducted on July 28 and July 29, 2014.

8. In response to document request 1, "Documents Related to the federal moratoriums on permitting or drilling activities imposed on May 28, 2010 and July 12, 2010" I conducted the keyword search ("moratorium" AND ("drilling OR "permitting"))

on email from April 20, 2010 to the present. This search resulted in 210,974 hits in the Legacy Archive and 2,994,957 hits in ERDMS. Further restricting the search to also include the term "deepwater" resulted in 110,971 hits in the Legacy Archive and 141,063 hits in ERDMS.

8. In response to document request 4, "non-privileged documents discussing the litigation challenging the moratorium imposed on May 28, 2010, namely *"Hornbeck Offshore Services, L.L.C. v. Salazar . . ."* I conducted the keyword search ("Moratorium" AND "Hornbeck") on email from June 7, 2010 to the present. This search resulted in 10,457 hits in the Legacy Archive and 1,364 hits in ERDMS.

9. In response to document request 5, "non-privileged documents discussing the litigation challenging the moratoriums and the government's permitting practices, namely *Ensco Offshore Co. v. Salazar/ATP Oil & Gas Corp v. Salazar . . .*" I conducted the keyword search ("Moratorium" AND "Ensco") on email from July, 9 2010 to the present. This search resulted in 11,674 hits in the Legacy Archive and 831 hits in ERDMS.

10. In response to document requests 7 and 8, "Documents received from Bisso Marine, LLC, Black Elk Energy Offshore Operations, LLC, Blake International USA Rigs, L.L.C., Blake Holdings I, LLC, Blake Workover & Drilling Co., Blake International Rigs, LLC, Certified Platform Services, L.L.C., Seahawk Drilling, Inc. (including any of its subsidiaries), Trinity Offshore, LLC, or Wadleigh Industries, Inc." and "Documents discussing any of the entities listed in the previous request" I conducted the keyword search ("bisso marine" OR "black elk energy" OR "blake international" OR "blake holdings" OR "blake workover" OR "certified platform services" OR "seahawk drilling" OR "trinity offshore" OR "wadleigh industries" OR "seahawk mexico" OR "seahawk drilling management" OR "seahawk offshore management" OR "energy supply international" OR "seahawk drilling" OR "seahawk global holdings"). This search resulted in 33,534 hits in the Legacy Archive and 39,944 hits in ERDMS.

11. In response to document request 9, "Documents discussing changes or possible changes to the criteria, procedures or time required for obtaining permits to drill after April 20, 2010, and other documents generated or received as part of the process of analyzing or deciding upon such changes." I conducted the keyword search (("change" OR "changes" OR "changing") AND ("criteria" OR "procedure" OR "procedures" OR "time" OR "timing") AND ("permit to drill" OR "permits to drill") AND ("MMS" OR "BOEMRE" OR "BOEM" OR "BSEE" OR "Minerals Management Service" OR "Bureau of Ocean Energy" OR "Bureau of Safety and Environmental Enforcement")) on email from April 20, 2010 to the present. This search resulted in 70,397 hits in the Legacy Archive and 275,230 hits in ERDMS.

12. In response to document request 12, "Documents discussing the reasons for any denial or delay of any application for a permit to conduct offshore oil drilling on the basis of any new rule, regulation, policy or procedure that was in effect after April 20, 2010, including documents sufficient to show the applicant, the permit application that was affected, and the reasons for the denial or delay in consideration or issuance of the permit." I conducted the keyword search (("permits" AND "offshore drilling") AND ("issuance" OR "non-issuance" OR "criteria for issuance" OR (delay /5 consideration) OR (delay /5 issuance))) on email from April 20, 2010 to the present. This search resulted in 47,460 hits in the Legacy Archive and 20,839 hits in ERDMS.

13. In response to document request 14, "Documents discussing any actual or contemplated drilling or permitting moratorium following any other oil spill." I conducted the keyword search (("moratorium" AND "oil spill") AND ("drilling" OR "permitting")). This search resulted in 322,395 hits in the Legacy Archive and 36,230 hits in ERDMS.

14. I short, early testing of search terms reveals that hundreds of thousands of emails and potentially millions of documents and pages associated with email would have to be retrieved and reviewed to determine if they are responsive to the document requests BP has served.

15. In addition to review for responsiveness, documents responsive to BP's requests will also have to be reviewed for privilege. Based on the substance of the document requests and preliminary keyword searches to identify potentially privileged documents, I estimate that 25-50% of the responsive documents will require manual review for privilege.

16. An analysis of document review costs conducted by Interior during Phases I and II of this multidistrict litigation indicated an average privilege review speed of approximately 33 documents per review-hour.

17. Based on this analysis, for every 100,000 documents found responsive to the document requests that BP has served, it would take 750-1500 review-hours to conduct privilege review at a cost of approximately $50,000 to $100,000.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2014.

_____
Anthony C. Irish