# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Langan, Andrew [alangan@kirkland.com] |
| **Sent:** | Thursday, July 24, 2014 7:38 PM |
| **To:** | Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD) |
| **Cc:** | Regan, Matthew T; Keegan, Christopher W.; Underhill, Mike (CIV); 'sarah.doverspike@sol.doi.gov'; 'Tony.Irish@sol.doi.gov'; 'rachel.spector@sol.doi.gov' |
| **Subject:** | RE: MDL 2179 OPA Test Cases |

Dear Sarah:

Thanks for your note below.

All of the requests are relevant to the Plaintiffs' threshold burden of proving causation. Requests 1 - 6 and 16 - 22 seek documents concerning the reasons behind implementing the federal moratoriums on drilling.  Requests 9 - 15 seek documents concerning the government's delay in issuing drilling permits.  These documents are relevant to the issue of what caused the government's actions that allegedly harmed the Plaintiffs.  Also, Requests 7 - 8 seek information about Plaintiffs, including documents related to the claimed causes of their damages and their efforts to mitigate those damages.

We can furnish you with the identity of custodians and search terms, if the DOI folks don't have some in mind.

Requests 17 - 22 should not require search terms or custodians, since they seek documents the DOI already produced to Congress.

We are amenable to some flexibility on the time for the Government to gather and produce documents, and please let us know if you run into probable delays with respect to particular categories.  As we mentioned earlier, we are under a tight schedule, with depositions starting September 8, so we would need the vast majority of the documents September 5, the Friday before depositions start.

I'm sure that you would agree that flexibility should work both ways, and so we would hope that you would be willing to make rolling productions as documents are gathered, including early production of those documents produced to Congress.

Thank you.

Best regards

Andy


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064   Fax +1-312-862-2200

andrew.langan@kirkland.com


-----Original Message-----
From: Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
Sent: Wednesday, July 23, 2014 9:21 AM

1

To: Langan, Andrew; *steve.o'rourke@usdoj.gov
Cc: Regan, Matthew T; Keegan, Christopher W.; *Mike.Underhill@usdoj.gov;
'sarah.doverspike@sol.doi.gov'; 'Tony.Irish@sol.doi.gov'; 'rachel.spector@sol.doi.gov'
Subject: RE: MDL 2179 OPA Test Cases

Dear Andy --

Can you identify which requests go to the threshold burden?

Also, do you have particular custodians in mind?

In the past, we have proposed search terms, but Mr. Nomellini has emphasized that it is BP's preference that the requesting party provide the proposed search terms.  Therefore, we request that BP provide us with the custodians and search terms it requests and that our 30 day clock not begin to run until we have reached agreement on those terms and custodians.

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)


-----Original Message-----
From: Langan, Andrew [mailto:alangan@kirkland.com]
Sent: Wednesday, July 23, 2014 7:20 AM
To: Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD)
Cc: Regan, Matthew T; Keegan, Christopher W.; Underhill, Mike (CIV); 'sarah.doverspike@sol.doi.gov'; 'Tony.Irish@sol.doi.gov'; 'rachel.spector@sol.doi.gov'
Subject: RE: MDL 2179 OPA Test Cases

Dear Sarah:

Regardless of the outcome of Plaintiffs' motion, Plaintiffs must establish the threshold elements of a claim under OPA.  The burden of proof and persuasion as to the overall issue of OPA causation will still rest on plaintiffs.  The subpoenaed documents are relevant to the issue of causation.  Some of the requested documents are also relevant to whether Plaintiffs mitigated their alleged damages.

Thanks, and best regards,

Andy


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064   Fax +1-312-862-2200

andrew.langan@kirkland.com


-----Original Message-----
From: Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]

Sent: Tuesday, July 22, 2014 2:53 PM
To: Langan, Andrew; *steve.o'rourke@usdoj.gov
Cc: Regan, Matthew T; Keegan, Christopher W.; *Mike.Underhill@usdoj.gov; 'sarah.doverspike@sol.doi.gov'; 'Tony.Irish@sol.doi.gov'; 'rachel.spector@sol.doi.gov'
Subject: RE: MDL 2179 OPA Test Cases

Thank you for considering our request.  Can you explain what else these documents are relevant to?

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)


-----Original Message-----
From: Langan, Andrew [mailto:alangan@kirkland.com]
Sent: Tuesday, July 22, 2014 2:14 PM
To: Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD)
Cc: Regan, Matthew T; Keegan, Christopher W.; Underhill, Mike (CIV); 'sarah.doverspike@sol.doi.gov'; 'Tony.Irish@sol.doi.gov'; 'rachel.spector@sol.doi.gov'
Subject: RE: MDL 2179 OPA Test Cases

Dear Sarah:

Thank you for accepting service of our subpoena.  Regarding an extension, we would ordinarily like to accommodate your request, but the Court has not stayed discovery in the OPA test cases pending briefing and submission of Plaintiffs' motion.  Fact depositions begin on September 8, 2014, and we will need time to review the DOI documents to prepare.  Additionally, BP's discovery is relevant to issues that go beyond superseding cause and are not addressed in Plaintiffs' motion.

Thank you again, and best regards,

Andy



J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064   Fax +1-312-862-2200

andrew.langan@kirkland.com


-----Original Message-----
From: Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
Sent: Monday, July 21, 2014 4:18 PM
To: Langan, Andrew; *steve.o'rourke@usdoj.gov
Cc: Regan, Matthew T; Keegan, Christopher W.; *Mike.Underhill@usdoj.gov; 'sarah.doverspike@sol.doi.gov'; 'Tony.Irish@sol.doi.gov'; 'rachel.spector@sol.doi.gov'
Subject: RE: MDL 2179 OPA Test Cases

Thank you.  Would BP object to an extension of time to respond to these discovery requests until the Court rules on the PSC motion to dismiss the moratorium defense?

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)


-----Original Message-----
From: Langan, Andrew [mailto:alangan@kirkland.com]
Sent: Monday, July 21, 2014 4:18 PM
To: Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD)
Cc: Regan, Matthew T; Keegan, Christopher W.; Underhill, Mike (CIV); 'sarah.doverspike@sol.doi.gov'; 'Tony.Irish@sol.doi.gov'; 'rachel.spector@sol.doi.gov'
Subject: RE: MDL 2179 OPA Test Cases

Dear Sarah - thanks again.    Here is a service copy of the subpoena.  Thank you for agreeing to accept service.   Of course, to the extent there are statutory witness fees due, BPXP will plan to address the payment of those at the time of any deposition and we can discuss those details in due course, if that is ok.

We also served a notice of subpoena on all MDL 2179 parties and a copy of that is also attached for completeness.

Thank you for your cooperation.


Best regards


Andy


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064   Fax +1-312-862-2200

andrew.langan@kirkland.com


-----Original Message-----
From: Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
Sent: Monday, July 21, 2014 8:39 AM
To: Langan, Andrew; *steve.o'rourke@usdoj.gov
Cc: Regan, Matthew T; Keegan, Christopher W.; *Mike.Underhill@usdoj.gov; 'sarah.doverspike@sol.doi.gov'; 'Tony.Irish@sol.doi.gov'; 'rachel.spector@sol.doi.gov'
Subject: Re: MDL 2179 OPA Test Cases

Thank you.  Yes we will accept service

```
----- Original Message -----
From: Langan, Andrew [mailto:alangan@kirkland.com]
Sent: Saturday, July 19, 2014 07:12 AM Eastern Standard Time
To: Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD)
Cc: Regan, Matthew T <mregan@kirkland.com>; Keegan, Christopher W.
<chris.keegan@kirkland.com>; Underhill, Mike (CIV); 'sarah.doverspike@sol.doi.gov'
<sarah.doverspike@sol.doi.gov>; 'Irish, Tony' <Tony.Irish@sol.doi.gov>; Rachel Spector
<Rachel.Spector@sol.doi.gov>
Subject: RE: MDL 2179 OPA Test Cases
```

Dear Sarah:

Thank you for your July 16 response below.

Just to clarify, I am not sure what you mean about using service using MDL protocols.   BP had served the requests through Lexis Nexis File and Serve including on the DOJ  in accordance with the procedure used by MDL 2179 parties;    we did not send anything to the DOI directly.   So I don't think the prior service was improper.

In any event, rather than debate the issue about party status (the USA is a party in the MDL, but we understand your position), we of course are willing to proceed by subpoena here.   A courtesy copy of the proposed subpoena is attached.   Would the Department be willing to accept service of this subpoena (without waiving objections, naturally)?   If so we will send you and your colleagues a service copy and serve that as well on other parties.

Thank you for considering this.

Best regards


Andy


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064   Fax +1-312-862-2200

andrew.langan@kirkland.com


```
-----Original Message-----
From: Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
Sent: Wednesday, July 16, 2014 1:21 PM
To: Langan, Andrew; *steve.o'rourke@usdoj.gov
Cc: Regan, Matthew T; Keegan, Christopher W.; *Mike.Underhill@usdoj.gov;
'sarah.doverspike@sol.doi.gov'; 'Irish, Tony'; Rachel Spector
Subject: RE: MDL 2179 OPA Test Cases
```

Andy --

Thank you for sending these along.  We have reviewed these requests and have a couple of immediate points.  First, with respect to all formal service in the MDL, the United States (including the Department of the Interior) is represented by the Department of Justice. Therefore, service should have been made through the protocols established in the MDL upon the identified lead counsel not directly upon the agency.

Second, these discovery requests are captioned as "requests for production."  However, the United States is not a party to the OPA test cases and, therefore, we believe you must re-serve this discovery as a subpoena subject to the restrictions on burdens to third parties.

Third, I will simply note for the record that these requests are extremely overbroad and likely to be affected by the resolution of the PSC's motion to dismiss the related affirmative defense.  For these reasons, I do not mean to suggest by my email that the United States is willing or intending to comply with these requests even if re-served properly.

Respectfully,

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)


-----Original Message-----
From: Langan, Andrew [mailto:alangan@kirkland.com]
Sent: Tuesday, July 15, 2014 1:07 PM
To: O'Rourke, Steve (ENRD); Himmelhoch, Sarah (ENRD)
Cc: Regan, Matthew T; Keegan, Christopher W.
Subject: MDL 2179 OPA Test Cases

Dear Steve and Sarah --   in the OPA test cases in MDL 2179, discovery is commencing and we wanted you  to have a courtesy copy of a set of discovery requests that BPXP has served recently directed to the United States DOI.   Glad to discuss further in due course. Thank you.

Best regards

Andy


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064   Fax +1-312-862-2200

andrew.langan@kirkland.com

***************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************************

*************************************************************
The information contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the use of the
addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly
prohibited and may be unlawful. If you have received this communication in error, please
notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy
this communication and all copies thereof, including all attachments.
*************************************************************

*************************************************************
The information contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the use of the
addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly
prohibited and may be unlawful. If you have received this communication in error, please
notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy
this communication and all copies thereof, including all attachments.
*************************************************************

*************************************************************
The information contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the use of the
addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly
prohibited and may be unlawful. If you have received this communication in error, please
notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy
this communication and all copies thereof, including all attachments.
*************************************************************

*************************************************************
The information contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the use of the
addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly
prohibited and may be unlawful. If you have received this communication in error, please
notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy
this communication and all copies thereof, including all attachments.
*************************************************************

*************************************************************
The information contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the use of the
addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly
prohibited and may be unlawful. If you have received this communication in error, please
notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy
this communication and all copies thereof, including all attachments.
*************************************************************