UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Discovery Issues in Alabama Damages Case]

The State of Alabama ("Alabama") and Anadarko, BP, Halliburton, MOEX, and Transocean (jointly the "Defendants") submitted certain discovery disputes involving Rule 30(b)(6) topics and search terms.

**Alabama's objections to Topic Nos. 12, 14, 16 and 27 are overruled**.  Topic Nos. 12, 14 and 16 only require Alabama to designate a representative to testify as to the State's knowledge.  Defendants reiterate this at page 7 of their memorandum, where they state: "Defendants seek a witness with knowledge of what Alabama understands as to the impact of the spill on the counties and municipalities, and do not seek to impose an obligation on Alabama to obtain information that is not within its possession, custody or control."

The parties raise an issue as to the time periods to be searched.  Alabama contends that the searches should not go back any further than the date of the spill, April 20, 2010, but did agree to produce some pre-spill information.  Alabama's submission at page 6.  Defendants seek all pre-spill communication dating back to 2005 urging that the information is needed to understand the state of Alabama's economy before the spill and the impact of other economic events, including the recession that began in December 2007.  **The time period for the search terms shall commence on January 1, 2008.**  This is sufficient for pre-spill communications.

The parties are unable to agree to search terms.  Alabama submitted proposed search terms on July 16 which were supplemented on July 18.  On July 25, it provided the Court with further revised search terms to respond to Defendants' objections to the July 18 search terms.  Defendants submitted a response to Alabama's July 18 search terms.  Appendix D to Defendants' Joint Submission.  **Within 48 hours of the issuance of this order, Defendants shall submit a response to Alabama's July 25 proposed search terms.**  The response shall be limited to their proposed search terms.  It shall be in form similar to Alabama's proposed search terms (Final:  07.25.2014).  It shall not have redlining and shall be in at least 12 point type.  The parties shall not submit additional memoranda.

New Orleans, Louisiana this 29th day of July, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**