UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that the AndryLerner Parties' Motion and Incorporated Memorandum to File Under Seal their Emergency Motion and Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims and all attached Affidavits and Exhibits is **GRANTED**.

New Orleans, Louisiana this 29th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

{N2856094.1}