Case 2:10-md-02179-CJB-DPC Document 13214-1 Filed 07/29/14 Page 1 of 3
Case 2:10-md-02179-CJB-SS Document 13137-1 Filed 07/15/14 Page 1 of 3

55732270
Jul 15 2014
11:32AM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

## FINAL JUDGMENT

For the reasons stated in the Court's Order and Reasons dated April 29, 2014 (Rec. Doc. 12794), filed herein, and in furtherance of the Court's Order that (a) Casey C. Thonn ("Thonn"), AndryLerner LLC, Lionel Sutton, III, Coastal Claims Group, LLC and others shall make full restitution to the Deepwater Horizon Economic Claims Center ("DHECC") for all monies received in connection with Thonn's DHECC Claim 19690 (vessel owner) and Thonn's DHECC Claim 19691 (vessel captain); (b) Thonn is liable for $357,002.35, the full amount he received on these two claims; (c) AndryLerner LLC, Lionel Sutton, III, Coastal Claims Group, LLC, and are liable up to the amount of the fees or payments they received in relation to Thonn's claims; and (d) in no event shall the restitution payable to the DHECC exceed the total amounts paid to Thonn on Claims 19690 and 19691, it is hereby ORDERED as follows:

1. The DHECC claim settlements in favor of Thonn based upon Claim 19690 and Claim 19691 are hereby RESCINDED and VACATED;

2. Judgment be entered against Thonn, requiring Thonn to make restitution to the DHECC in the amount of $357,002.35, plus post-judgment interest; and

3. Judgment be entered against AndryLerner, LLC in the amount of $35,700.24, plus post-judgment interest; and

4. Judgment be entered against Lionel Sutton, III, in the amount of $35,700.23, plus post-judgment interest; and

5. Judgment be entered against Coastal Claims Group, LLC, in the amount of $14,280.10, plus post-judgment interest; and

6. IT IS FURTHER ORDERED that in no event shall the restitution payable to the DHECC exceed $357,002.35; and

7. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of judgments as presented in this Order as to each of Thonn, AndryLerner, LLC, Lionel Sutton, III, and Coastal Claims Group, LLC; and

8. IT IS FURTHER ORDERED that, pursuant to Rule 58, Federal Rules of Civil Procedure, the Clerk of Court is directed to promptly prepare, sign, and enter judgments consistent with this Order and in separate documents against Thonn, AndryLerner, LLC, Lionel Sutton, III, and Coastal Claims Group, LLC; and

9. IT IS FURTHER ORDERED that in the event that within 30 days of entry of this Order, full restitution as provided in this Order is not made by any party that continues to participate in the DHECC claims process except for Andry Lerner, LLC, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

- 3 -

10. IT IS FURTHER ORDERED that before any payment is made for attorney's fees to Andry Lerner LLC, from funds held in escrow pursuant to the Court's Order of December 19, 2013, as amended and superseded, any outstanding balance up to the amount of restitution provided in this Order for Andry Lerner LLC shall be deduced from such funds; and

11. IT IS FURTHER ORDERED that the United States Marshals shall provide services as may be needed by the Special Master and DHECC in enforcement of these judgments.

Signed in New Orleans, Louisiana, this _____ day of July, 2014.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE