UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
|          "Deepwater Horizon" in the Gulf | * | |
|          of Mexico, on | * | |
|          April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Only Civil Action Number | * | |
| 2014-01647 | * | MAGISTRATE SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*

**O R D E R**

Considering the foregoing Motion to Enroll Additional Counsel filed by Gilbert V. Andry IV, and The Andry Law Firm, L.L.C.:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**  JACQUES F. BEZOU (3037), JACQUES F. BEZOU, JR (33728) and MATTHEW L. DEVEREAUX (32125) of THE BEZOU LAW FIRM, 534 East Boston Street, Covington, LA 70433 be enrolled as additional counsel of record for Gilbert V. Andry IV, and The Andry Law Firm, L.L.C,.

New Orleans, Louisiana this 29th day of July, 2014.

_____
United States District Judge