UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: *12-970* | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Before the Court is the Andrylerner Parties' Emergency Motion for Use of Escrowed Attorney Fees and Payment of Allowed Claims. (Rec. Doc. 13180, filed under seal)

IT IS ORDERED that Special Master Freeh shall file a response, under seal, not later than August 5, 2014, with copies to counsel for the AndryLerner Parties. Any reply by the AndryLerner Parties shall be filed within three days of the Special Master's response, excluding any holidays and weekends, and shall not exceed three pages. Thereafter, the Court will take the matter under advisement. The request for oral argument is DENIED.

Signed in New Orleans, Louisiana, this 29th day of July, 2014.

_____
United States District Judge