UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | |
| 2:13-CV-05149 | MAGISTRATE JUDGE SHUSHAN |

*****************************************************************************

### ORDER

Considering the foregoing Motion to Withdraw Counsel of Record filed on behalf of Plaintiff, Beacon Fisheries, Inc. (Rec. Doc. 13202)

IT IS ORDERED that John W. deGravelles be withdrawn as attorney for Plaintiff in this case.

New Orleans, Louisiana this 30th day of July, 2014.

_____
United States District Judge