UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *13-1233, 13-1241, 13-1249, 13-1226,* | * | MAGISTRATE SHUSHAN |
| *13-1201, 13-1254, 13-1261, 13-1413* | * | |

### ORDER

Before the Court are multiple Motions to Withdraw John W. deGravelles as counsel of record in the referenced member cases (Rec. Docs. 13166-13169, 13171-13174).

IT IS ORDERED that the Motions are GRANTED. John W. deGravelles is withdrawn as counsel of record as requested in the motions.

The Court congratulates and welcomes Judge deGravelles to the federal bench.

New Orleans, Louisiana, this 30th day of July, 2014.

_____
United States District Judge