UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG   * | CIVIL ACTION: MD 2179 |
| "DEEPWATER HORIZON" IN THE   * | |
| GULF OF MEXICO ON APRIL 20, 2010   * | Honorable CARL J. BARBIER |
| * | |
| * | |
| Member Case: Edward Wisner Donation v. BP   * | Magistrate Judge SHUSHAN |
| Exploration & Production, Inc.   * | |
| Civil Action No. 14-1525   * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL**

**NOW COMES** Plaintiff**,** Edward Wisner Donation (hereinafter "Donation" or "Wisner") through undersigned counsel, who moves this Honorable Court for an Order allowing the filing of Exhibits B, C, D, E, F, G and H accompanying Plaintiff's Memorandum in Support of its Motion in Limine to Consider Settlement Documents under seal.

Although it disputes that these documents are confidential and should otherwise be submitted under seal, out of an abundance of caution, Wisner submits them under seal for initial review. Wisner reserves its rights to challenge the confidentiality of these documents. Defendant does not object to filing it under seal but reserves its right to argue admissibility.

Respectfully submitted,

/s Soren Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La Bar No. 26302
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

1

| | |
|---|---|
| James Parkerson Roy, La. Bar No. 11511<br>Bob Wright La Bar No. 13691<br>DOMENGEAUX WRIGHT ROY<br>& EDWARDS LLC<br>556 Jefferson Street, Suite 500 | Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796<br>E-Mail: jimr@wrightroy.com |

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com


Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA  70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 30th day of July, 2014.


  /s/Soren Gisleson