UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | CIVIL ACTION: MD 2179<br><br>Honorable CARL J. BARBIER |
| Member Case: Edward Wisner Donation v. BP Exploration & Production, Inc. Civil Action No. 14-1525 | * * * | Magistrate Judge SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING the attached and foregoing Motion to File Documents Under Seal,

IT IS HEREBY ORDERED that the Motion is GRANTED and that Exhibits B, C, D, E, F, G, and H accompanying Plaintiff's Memorandum in Support of its Motion in Limine to Consider Settlement Documents and the Memorandum itself are to be filed under seal.

Done this _____ day of _____, 2014.

_____
JUDGE