UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | CIVIL ACTION: MD 2179<br><br>Honorable CARL J. BARBIER |
| Member Case: Edward Wisner Donation v. BP Exploration & Production, Inc. Civil Action No. 14-1525 | * * * | Magistrate Judge SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION IN LIMINE TO CONSIDER SETTLEMENT DOCUMENTS WITH MOTION FOR PRELIMINARY INJUNCTION

**NOW COMES** Plaintiff**,** Edward Wisner Donation (hereinafter "Donation" or "Wisner") through undersigned counsel, who submits the instant Motion in Limine to Consider Settlement Documents. The Donation respectfully moves for an order allowing consideration of the following documents to its Motion for Preliminary Injunction [Rec. Doc. 13152]: (1) BP and the Donation's position papers; (2) evidence submitted by BP and the Donation in support of the position paper; and (3) the Neutral's determination (collectively referred to as the "Settlement Documents").

WHEREFORE, The Donation prays for an Order Granting consideration of the Settlement Documents.

1

Respectfully submitted,

/s Soren Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La Bar No. 26302
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

James Parkerson Roy, La. Bar No. 11511
Bob Wright La Bar No. 13691
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 30th day of July, 2014.

**  /s/Soren Gisleson**