## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * | MDL NO.    2179<br><br>SECTION: J<br><br>JUDGE:  BARBIER |
| This document relates to:<br>    Case No.: 2:10-cv-08888-CJB-SS<br>    Rec. Doc. No. 56992 | * * * * | MAGISTRATE:  SHUSHAN |

*******************************************

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Now into court come Stuart H. Smith, Michael G. Stag, Bonnie A. Kendrick, and the law firm of Smith Stag, LLC, and Kelley B. Stewart and the firm of Krupnick, Campbell, Malone, Buser, Slama, Hancock, & Liberman, P.A and Soren Gisleson and the firm of Herman Herman & Katz, LLC pursuant to Local Rule 83.2.11 herby move for the withdrawal of Soren Gisleson, and the law firm of Herman Herman & Katz, LLC as counsel for Plaintiff Denise Richoux, and the substitution of Stuart H. Smith, Michael G. Stag, and Bonnie A. Kendrick of the Smith Stag Law Firm LLC and Kelley B. Stewart of the Krupnick, Campbell, Malone, Buser, Slama, Hancock, & Liberman, P.A. in substitution for Soren Gisleson and the law firm of Herman Herman & Katz, LLC as counsel of record for Plaintiff Denise Richoux in this matter.

New Orleans, Louisiana this 30th day of July, 2014.

Respectfully submitted,                                      Respectfully submitted,

*S/Bonnie A. Kendrick*                                       *S/Soren Gisleson*

**STUART H. SMITH (17805)**                                  **SOREN GISLESON( 26302**)
Email: ssmith@stag.com                                        Email: sgisleson@hhklawfirm.com
**MICHAEL G. STAG (23314)**                                  Herman Herman & Katz, LLC

Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**KELLEY B. STEWART (# 492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell Malone, Buser, Slama, Hancock, Liberman & McKee, P.A
12 Southeast 7th Street - #801
Fort Lauderdale, Florida 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292
Co-Counsel for Plaintiffs

820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2014, the above and foregoing Joint Motion to Withdraw and Substitute Counsel of Record has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

 /s/ Bonnie A. Kendrick_____
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

**KELLEY B. STEWART (# 492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292