UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.     2179 |
| | | SECTION: J |
| | | JUDGE:  BARBIER |
| This document relates to: Case No.: 2:10-cv-08888-CJB-SS Rec. Doc. No. 112218 | * * * * * | MAGISTRATE:  SHUSHAN |

****************************************

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that Soren Gisleson and the law firm of Herman Herman & Katz, LLC are hereby WITHDRAWN as counsel for Plaintiff Denise Richoux; and that Stuart H. Smith, Michael G. Stag, and Bonnie A. Kendrick and the law firm of Smith Stag Law Firm LLC and Kelley B. Stewart and the law firm of  Krupnick, Campbell, Malone, Buser, Slama, Hancock, & Liberman, P.A. are hereby SUBSTITUTED as counsel for Plaintiff Denise Richoux, Soren Gisleson and the law firm of Herman Herman & Katz, LLC.

**THIS  DONE  AND  SIGNED** on  this  _____ day of _____, 2014, in New Orleans, Louisiana.

_____
**JUDGE**

4