UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Search Terms in Alabama Damages Case]**

The State of Alabama ("Alabama") and Anadarko, BP, Halliburton, MOEX, and Transocean (jointly the "Defendants") submitted certain discovery disputes involving Rule 30(b)(6) topics and search terms. On July 29, 2014, the Court ruled on Alabama's objections to the Rule 30(b)(6) Topics and the time period for search terms. Rec. doc. 13210.

In a follow-up email exchange the Court confirmed that the ruling on the time period applied solely to Defendants search term Nos. 6, 13, 15, 17 and 19. The parties previously agreed to April 20, 2010 for all other search terms.

Defendants were ordered to provide a response to Alabama's July 25, 2014 proposed search terms. Rec. doc. 13210. The Court reviewed the proposed search terms submitted by Alabama and Defendants. For the reasons presented at pages 9 and 10 of the Defendants' Joint Submission, the Court finds that the Alabama search terms are too broad. The Defendants' proposed search terms (07.30.2014) shall be employed.

The deadline for an appeal of this order and the order of July 29, 2014 (Rec. doc. 13210) is **noon on Monday, August 4, 2014**.

New Orleans, Louisiana, this 31st day of July, 2014.

                                                                                         **SALLY SHUSHAN**
                                                **United States Magistrate Judge**