UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006 | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding U.S. Motion to Quash Related Discovery Sought by BP (Rec. doc. 13209)]**

IT IS ORDERED that: (1) the motion of the United States to quash related discovery sought by BP (Rec. doc. 13209) is set for submission on **Friday, August 8, 2014**, on briefs and without oral argument; (2) BP's opposition shall be submitted by close of business on **Wednesday, August 6, 2014**; and (3) BP's opposition shall not be any longer than 10 pages.

New Orleans, Louisiana, this 31st day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge