UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

**FINAL JUDGMENT**

For the reasons stated in the Court's Order and Reasons dated April 29, 2014 [Rec. Doc. 12794], filed herein, and in furtherance of the Court's Order that: (a) Casey C. Thonn ("Thonn"), AndryLerner LLC, Lionel Sutton, III, Coastal Claims Group, LLC and others shall make full restitution to the Deepwater Horizon Economic Claims Center ("DHECC") for all monies received in connection with Thonn's DHECC Claim 19690 (vessel owner) and Thonn's DHECC Claim 19691 (vessel captain); (b) Thonn is liable for $357,002.35, the full amount he received on these two claims; (c) AndryLerner LLC, Lionel Sutton, III and Coastal Claims Group, LLC are liable up to the amount of the fees or payments they received in relation to Thonn's claims; and (d) in no event shall the restitution payable to the DHECC exceed the total amounts paid to Thonn on Claims 19690 and 19691, **IT IS HEREBY ORDERED** as follows:

1. The DHECC claim settlements in favor of Thonn based upon Claim 19690 and Claim 19691 are hereby **RESCINDED** and **VACATED**; and

2. Judgment be entered against Thonn, requiring Thonn to make restitution to the DHECC in the amount of $357,002.35, plus post-judgment interest; and

1

{00342441-1}

3. Judgment be entered against AndryLerner LLC in the amount of $35,700.24 plus post-judgment interest; and

4. Judgment be entered against Lionel Sutton, III in the amount of $35,700.23 plus post-judgment interest; and

5. Judgment be entered against Coastal Claims Group, LLC in the amount of $14,280.10 plus post-judgment interest; and

6. **IT IS FURTHER ORDERED** that in no event shall the restitution payable to the DHECC exceed $357,002.35; and

7. **IT IS FURTHER ORDERED** that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of judgments as presented in this Order as to each of Thonn, AndryLerner LLC, Lionel Sutton, III and Coastal Claims Group, LLC; and

8. **IT IS FURTHER ORDERED** that, pursuant to Rule 58, Federal Rules of Civil Procedure, the Clerk of Court is directed to promptly prepare, sign and enter judgments consistent with this Order and in separate documents against Thonn, AndryLerner LLC, Lionel Sutton, III and Coastal Claims Group, LLC; and

9. **IT IS FURTHER ORDERED** that any withdrawal from the account established in this Court's February 12, 2014 Order shall only be pursuant to: (i) agreement of the parties, or (ii) Order of Court; and

10. **IT IS FURTHER ORDERED** that the United States Marshals shall provide services as may be needed by the Special Master and DHECC in enforcement of these judgments.

2

{00342441-1}

Signed in New Orleans, Louisiana, this ___ day of July, 2014.

                                              _____
                                              **Honorable Carl J. Barbier**
                                              **United States District Judge**