UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LONNIE SHIMER, INDIVIDUALLY AND ON BEHALF OF HIS DECEASED SON, HUNTER W. SHIMER<br><br>vs.<br><br>BP EXPLORATORY & PRODUCTION, INC., BP AMERICA PRODUCTION CO., BP, P.L.C., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., M-I, LLC, CAMERON INTERNATIONAL CORP., WEATHERFORD U.S. L. P., ANADARKO E&P, MOEX USA CORP., MITSUI OIL EXPLORATION CO., LTD, NALCO CO., NALCO HOLDINGS, LLC, NALCO FINANCE HOLDINGS, LLC | MDL: 2179<br><br>NO: 2:13-cv-4755<br><br>SECTION: J<br><br>JUDGE CARL BARBIER<br><br>MAGISTRATE JUDGE SALLY SHUSHAN |

**ORDER**

Considering the foregoing Motion for Leave to File Supplemental and Amended Complaint filed by Plaintiff, Lonnie Shimer, individually and on behalf of his deceased son, Hunter W. Shimer, let the Plaintiff's Supplementary and Amended Complaint be filed as prayed for herein.

New Orleans, Louisiana, the ____ day of _____ 2014.

_____
UNITED STATES DISTRICT JUDGE

1