# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LONNIE SHIMER, INDIVIDUALLY AND ON BEHALF OF HIS DECEASED SON, HUNTER W. SHIMER**<br><br>vs.<br><br>**BP EXPLORATORY & PRODUCTION, INC., BP AMERICA PRODUCTION CO., BP, P.L.C., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., M-I, LLC, CAMERON INTERNATIONAL CORP., WEATHERFORD U.S. L. P., ANADARKO E&P, MOEX USA CORP., MITSUI OIL EXPLORATION CO., LTD, NALCO CO., NALCO HOLDINGS, LLC, NALCO FINANCE HOLDINGS, LLC** | **MDL: 2179**<br><br>**NO: 2:13-cv-4755**<br><br>**SECTION: J**<br><br>**JUDGE CARL BARBIER**<br><br>**MAGISTRATE JUDGE SALLY SHUSHAN** |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW INTO COURT**, through undersigned counsel come the Plaintiff, Lonnie Shimer individually and on behalf of his deceased son, Hunter W. Shimer, who file this Memorandum in Support of Plaintiff's Motion for Leave to File Supplemental and Amended Complaint supplementing and amending his original Complaint for the following reasons:

This Supplemental and Amended Complaint is being filed pursuant to the Court's Order of June 4, 2014 deleting Weatherford U.S. LP as a named Defendant (Rec. Doc. 12984).

1

That the filing of this Supplemental and Amended Complaint will not unduly delay this matter, and by allowing this Supplemental and Amended Complaint, the ends of justice and judicial economy will be served.

>Respectfully submitted,
>**JACK W. HARANG, APLC**
>
>/s/ *Jack W. Harang*____
>Jack W. Harang (LA Bar #15083)
>228 Saint Charles Avenue, Suite 501
>New Orleans, Louisiana  70130
>Telephone:  504.581.7050
>Facsimile:   866.441.6281
>Email:  jack@jharang.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with the Court's Pretrial Order No. 12 on this 1st day of August 2014.

>*/s/Jack W. Harang*___
>**JACK W. HARANG**