UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAG. JUDGE SUSHAN |
| | * | |

**CONSENT MOTION FOR EXTENSION OF TIME**
**FILED BY WOODBRIDGE BARIC PRE-SETTLEMENT FUNDING, LLC**

Woodbridge Baric Pre-Settlement Funding, LLC ("Woodbridge"), through its undersigned counsel, moves this Court for an Order extending the July 25, 2014 deadline to respond to the Special Master's Motion for Return of Payments Made to Jarrod A. Burrle and Others (Rec. Doc. 13010), and extending the August 8, 2014 deadline for the Special Master's reply thereto as follows:

    1.    Undersigned counsel was engaged on this date to represent Woodbridge regarding the Special Master's Motion for Return of Payments Made to Jarrod A. Burrle and Others (Rec. Doc. 13010);

    2.    Woodbridge requires additional time to investigate this matter before filing its response to the Special Master's motion;

    3.    Undersigned counsel certifies that Woodbridge has requested no previous extension of time from this Court in which to file its response; and

4.	The Office of the Special Master has been consulted, and it consents to this request.

5.	Based upon the foregoing, Woodbridge respectfully requests that this Court grant an extension of Woodbridge's July 25, 2014 deadline to respond to the Special Master's Motion for Return of Payments Made to Jarrod A. Burrle and Others (Rec. Doc. 13010) until August 8, 2014, and grant an extension of the Special Master's August 1, 2014 deadline to file its reply thereto until August 15, 2014.

Respectfully submitted,

/s/ *Margaret F. Swetman*
**GEORGE D. FAGAN, T.A. - #14260**
**MARGARET F. SWETMAN - # 29195**
**LEAKE & ANDERSSON, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana  70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email: gfagan@leakeandersson.com
Email: mswetman@leakeandersson.com
*Attorneys for Woodbridge Baric Pre-Settlement Funding, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel by electronically uploading it to the Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana on August 1, 2014, by ECF filing.

	/s/ *Margaret F. Swetman*
**MARGARET F. SWETMAN**