UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAG. JUDGE SUSHAN |
| | * | |

## ORDER

Considering the Consent Motion for Extension of Time filed by Woodbridge Baric Pre-Settlement Funding, LLC, and the statements and representations contained therein;

**IT IS HEREBY ORDERED** that the July 25, 2014 deadline for Woodbridge Baric Pre-Settlement Funding, LLC's response to the Special Master's Motion for Return of Payments Made to Jarrod A. Burrle and Others (Rec. Doc. 13010) is hereby extended until August 8, 2014.

**IT IS FURTHER ORDERED** that the Special Master's August 8, 2014 deadline to reply to Woodbridge Baric Pre-Settlement Funding, LLC's response is hereby extended until August 15, 2014.

New Orleans, Louisiana this _____ day of August, 2014.

_____
**J U D G E**