UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | CIVIL ACTION: MD 2179<br><br>Honorable CARL J. BARBIER |
| This Document Relates to:<br>Answer in Limitation filed in 2:10-CV-02771 [Rec. Doc. 326]<br>Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248]<br>Civil Action No. 14-1525<br>Civil Action No. 13-1971 | * * * * * * * * | Magistrate Judge SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION FOR LEAVE TO AMEND PLEADINGS
## TO ADD ADDITIONAL PLAINTIFFS

**NOW COMES** Plaintiff, Edward Wisner Donation (hereinafter "Donation" or "Wisner") through undersigned counsel, who desires to supplement and amend it's Answer In Limitation filed in 10-cv-02771 [Rec. Doc. 326], Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248], Complaint for Breach of Contract, Specific Performance and Injunction [Rec. Doc. 1] in 2:14-cv-01525, and its Complaint [Rec. Doc. 1] in 2:13-cv-01971 to add the following as additional plaintiffs in the above pleadings:

1. Mayor Mitch J. Landrieu acting on behalf of the City of New Orleans as Trustee of the Edward Wisner Donation and the City of New Orleans individually as a beneficiary;

2. The Administrators of the Tulane Educational Fund as a beneficiary;

3. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College as a beneficiary;

4. The Salvation Army Inc. as a beneficiary; and

5. The Wisner Heirs as beneficiaries identified on attached Exhibit "A".

Defendant BP has been contacted and does not object to the amendment. No other defendant has filed any responsive pleadings to the other Complaints or Short Form Joinders, thereby allowing amendment as of right pursuant to *Fed. R. Civ. Proc*. 15(a)(1).

Respectfully submitted,

/s Soren Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La Bar No. 26302
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

James Parkerson Roy, La. Bar No. 11511
Bob Wright La Bar No. 13691
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA  70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 1st day of August, 2014.

**/s/Soren Gisleson**