# BENEFICIARY LIST

<span style="color:blue">**Indicates a change of address**</span>     <span style="color:red">**Indicates a change in beneficiary**</span>

| LASTNAME | FIRSTNAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | DOD |
|---|---|---|---|---|---|---|---|
| Associated Catholic Charities | | 1000 Howard Avenue | Suite 1200 | New Orleans | LA | 70112-1916 | |
| Ball | Mildred | 1224 Dufossat Street | | New Orleans | LA | 70115 | |
| Blount | Ann | 107 Palm Avenue | | Pass Christian | MS | 39571 | |
| Boone | Theodore Brierre | 616 S. New Hampshire | | Covington | LA | 70433 | |
| Boone | Timothy David | 1403 East 9th Street | | Okmulgee | OK | 74447 | |
| Cromwell | Sally Boone | 37 Riverdale Drive | | Covington | LA | 70433 | |
| Davidson | Susan Boone | 117 Sycamore Drive | | Metairie | LA | 70005 | |
| Casey | Jane P. | P. O. Box 242 | | Bonner Springs | KS | 66012 | |
| Charity Hospital | | 2021 Perdido Street | ATTN: Finance Department | New Orleans | LA | 70112 | |
| City of New Orleans | | 1300 Perdido Street | Rm 3W03 | New Orleans | LA | 70112 | |
| Cook | Andrew J. | 149 Jorn Circle | | Canton | MS | 39046 | |
| Cook | Christopher T. | 104 Belle Terre Drive | | Madison | MS | 39110 | |
| Cook | John P. | 112 Covey Chase | | Tuscaloosa | AL | 35406 | |
| Cook | Timothy M. | 154 Sharpe Road | | Madison | MS | 39110 | |
| Cook, Jr. | Wendell H. | 22 Blackberry Lane | | Madison | MS | 39110 | |
| Daniel | Mrs. Joan G. | 7604 Marquette | | Dallas | TX | 75225 | |
| Dufour | Robert | 410 Labarre Drive | | Metairie | LA | 70001 | |
| duPlantier | David A. | 2037 S. Carrollton Avenue | | New Orleans | LA | 70118 | |



EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gregory, III | William B. | 144 Corton Terrace | | Pearcy | AR | 71964 | |
| Gregory | Glenn M. | 942 Skyline Drive | | Searcy | AR | 72143 | |
| Hansen-Gregory | Angela Dawn | 2707 Barton Skyway | | Austin | TX | 78704 | |
| Hughes | Anne Marie | 2703 Little Elm Trail | | Cedar Park | TX | 78613 | |
| Green | Mrs. John A. | 311 Magnolia Drive | | Metairie | LA | 70005 | |
| Gross | Michele L. Kugle | 3014 Oak Drive | | Rockwall | TX | 75032 | |
| Jane Cook Trust A | John P. Cook | 112 Covey Chase | | Tuscaloosa | AL | 35406 | |
| Jane Cook Trust B | John P. Cook | 112 Covey Chase | | Tuscaloosa | AL | 35406 | |
| Jane Cook Trust E | John P. Cook | 112 Covey Chase | | Tuscaloosa | AL | 35406 | |
| Kelley | Keene R. | 1304 1st Street | | New Orleans | LA | 70130 | |
| Kugle | Janis D. | 1516 Shady Grove Circle | | Rockwall | TX | 75032 | |
| Kugle | Stephanie | 2633 Hidden Knoll Trail | | Frisco | TX | 75034 | |
| Marchesseau | Amelie | 8527 Ridgelea Street | | Dallas | TX | 75209 | |
| Adamsen | Betty | 416 Wrought Iron Dr. | | Harker Heights | TX | 76548 | Started disbursements in June 2007 |
| Marchesseau | Charlotte | 5206 Pine Forest | | Houston | TX | 77056 | |
| McGee | Laura Elizabeth | 6305 Lewisand Circle | | Raleigh | NC | 27615 | Began 10/1/10 |
| McGee | Sharon Tyler | 6305 Lewisand Circle | | Raleigh | NC | 27615 | Began 10/1/10 |
| McNabb | Diane | 500 Elmington Avenue | Apt. 501 | Nashville | TN | 37205 | |
| Morris, III | Stanley S. | P. O. Box 3117 | | Laguna Hills | CA | 92654 | Began 8/21/12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Peneguy | Christopher T. | 101 Covington Cove SE | | Winter Haven | FL | 33880-4555 | |
| Succession of | David Charles Peneguy | c/o Mr. Mark Peneguy | P. O. Box 13686 | New Orleans | LA | 70185-3686 | David died 5/24/05 |
| | Crocker & Leigh Investment Trust | c/o James N. Peneguy | 17418 Lantana Court | Baton Rouge | LA | 70817 | Began 1/1/13 TIN 43-6879230 James Peneguy transferred his interests to this Trust |
| Peneguy | Mark | P. O. Box 13686 | | New Orleans | LA | 70185-3686 | |
| Peneguy | Michael J. | 1541 Maplewood Drive | | Slidell | LA | 70458 | |
| Peneguy | Robert O. | 7200 Pine Barren Street | | Mobile | AL | 36695 | |
| Peneguy | William A. | P. O. Box 381 | | Gulfport | MS | 39502 | |
| Peneguy, Jr. | Edward W. | 1831 East Woodchase Drive | | Baton Rouge | LA | 70808 | |
| Peneguy, Jr. | Richard A. | #2 South Highland Court | | The Woodlands | TX | 77381 | |
| Porteous | William Dockery | 139 E. 94th Street | Apt. 3-C | New York | NY | 10128 | |
| Porteous | Alexandra Keith | 1138 Washington Avenue | | New Orleans | LA | 70130 | |
| Ragsdale | Palmer | 202 North Clark Street | | Rockwall | TX | 75087 | |
| St. Joseph Church | | c/o Rev. Tom Stehlik, C.M. | 1802 Tulane Avenue | New Orleans | LA | 70112-2246 | |
| The Salvation | | c/o Major William Owens | P. O. Box 13808 | New Orleans | LA | 70185-3808 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Army | | | | | | | |
| Stubbs | Jane K. | 56 West 11th Street | | New York | NY | 10011 | |
| Temple | Kathy Cook | 5320 10th Avenue | | Meridian | MS | 39305 | |
| Trelles | David M. | 1725 Woodland Street, NW | | Cullman | AL | 35055-5742 | |
| Tulane University | | c/o Jacquelyn Morton Office of Planned Gifts | 6823 St. Charles Avenue | New Orleans | LA | 70118 | |
| Vickery | Anne | 5526 Chestnut Street | | New Orleans | LA | 70115 | |
| Williams | Elizabeth M. | 1500 Westbrook Court | Apt. 2137-CYA | Richmond | VA | 23227 | |
| Young | Catherine Kernan | 920 Webster Street | | New Orleans | LA | 70118 | Received RBZ's usufruct 5/7/10 |

Updated 1-10-14

C:\Users\wisnerdonation\Documents\WISNER BD &BN\Beneficiary Lists\BENEFICIARY LIST 1-10-14.doc