UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG  *  <br> "DEEPWATER HORIZON" IN THE  * <br> GULF OF MEXICO ON APRIL 20, 2010  * <br>  * <br>  * <br> This Document Relates to:  * <br> Answer in Limitation filed in 2:10-CV-02771  * <br> [Rec. Doc. 326]  * <br> Short Form Joinders filed in MDL  * <br> 2179 through 10-9999 [Rec. Doc. 401]  * <br> and 10-8888 [Rec. Doc. 133248]  * <br> Civil Action No. 14-1525  * <br> Civil Action No. 13-1971  * | CIVIL ACTION: MD 2179 <br><br> Honorable CARL J. BARBIER <br><br><br> Magistrate Judge SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING the attached and foregoing Motion to Amend Pleadings,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Answer In Limitation filed in 10-cv-02771, Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248], Complaint for Breach of Contract, Specific Performance and Injunction [Rec. Doc. 1] in 2:14-cv-01525, and Complaint [Rec. Doc. 1] in 2:13-cv-01971 are AMENDED to include the following as additional plaintiffs:

1. Mayor Mitch J. Landrieu acting on behalf of the City of New Orleans as Trustee of the Edward Wisner Donation and the City of New Orleans individually as a beneficiary;

2. The Administrators of the Tulane Educational Fund as a beneficiary;

3. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College as a beneficiary;

    4.      The Salvation Army, Inc. as a beneficiary; and

    5.      The Wisner Heirs as a beneficiaries, identified on Exhibit "A" to Plaintiffs' Motion to Amend.

    Done this _____ day of _____, 2014.

                                                                         _____
                                                                               JUDGE