# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * CIVIL ACTION: MD 2179 <br> * <br> * Honorable CARL J. BARBIER <br> * <br> * |
| This Document Relates to: <br> Answer in Limitation filed in 2:10-CV-02771 [Rec. Doc. 326] <br> Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248] <br> Civil Action No. 14-1525 <br> Civil Action No. 13-1971 | * Magistrate Judge SHUSHAN <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED COMPLAINT TO ADD ADDITIONAL PLAINTIFFS

**NOW COMES** Plaintiff, Edward Wisner Donation (hereinafter "Donation" or "Wisner"), and the City of New Orleans, individually and as Trustee for the Wisner Donation, through undersigned counsel, who hereby supplements and amends its Answer In Limitation filed in 10-cv-02771 [Rec. Doc. 326], Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248], Complaint for Breach of Contract, Specific Performance and Injunction [Rec. Doc. 1] in 2:14-cv-01525, and its Complaint [Rec. Doc. 1] in 2:13-cv-01971 to add the following as additional plaintiffs:

1. Mayor Mitch J. Landrieu acting on behalf of the City of New Orleans as Trustee of the Edward Wisner Donation and the City of New Orleans individually and as a beneficiary;

2. The Administrators of the Tulane Educational Fund as a beneficiary;

1

3. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College as a beneficiary;

4. The Salvation Army Inc. as a beneficiary; and

5. The Wisner Heirs as beneficiaries, identified in Exhibit "A".

Each of the aforementioned pleadings are hereby amended to add these parties as additional plaintiffs. All allegations, causes of action, and prayers for relief brought by the Wisner Donation remain undisturbed and apply equally to these parties.

Respectfully submitted,

/s Soren Gisleson

| | |
|---|---|
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| Soren E. Gisleson, La Bar No. 26302 | Bob Wright La Bar No. 13691 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY |
| 820 O'Keefe Avenue | & EDWARDS LLC |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhkc.com | Fax No. (337) 233-2796 |
| E-Mail: sgisleson@hhkc.com | E-Mail: jimr@wrightroy.com |

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980


WALTZER WIYGUL, & GARSIDE, LLC

/s/Joel Waltzer
_____
Joel Waltzer (LA #19268)
Clay Garside (LA #29873)
Robert Wiygul (LA #17411)
1000 Behrman Highway
Gretna, LA  70056
Office:  (504) 340-6300
Fax (504) 340-6330

Attorneys for:
Edward W. Peneguy, Jr.,
Michael J. Peneguy,
William A. Peneguy,
Robert O. Peneguy,
Ann P. Blount,
Jane H. Casey,
James N. Peneguy, Individually and as Trustee of The Crocker & Leigh Investment Trust,
Wendell H. Cook, Jr.,
John Patrick Cook, individually and as Trustee of Jane Peneguy Cook Trusts A, B & E,
Harriet E. Cook,
Patrick H. Cook,
Andrew J. Cook,
Christopher T. Cook,
Timothy M. Cook,
Kathy M. Temple,
Richard A. Peneguy, Jr.,
Elizabeth P. Green,
Christopher T. Peneguy,
Mark E. Peneguy, Individually and as Agent & Attorney-in-Fact for Succession of David Charles Peneguy,
Sarah S. Peneguy, Independent Executrix of the D.C. Peneguy Estate,
Theodore Brierre Boone,
Timothy David Boone,
Sally Boone Cromwell,

Susan Boone Davidson,
Joan G. Daniel,
Robert E. Dufour,
David A. DuPlantier,
William B. Gregory, III,
Glen M. Gregory,
Angela Gregory-Hansen,
AnneMarie Hughes,
Michele L. Kugle Gross,
Keene R. Kelley,
Janis D. Kugle,
Stephanie Kugle,
Amelie Marchesseau,
Betty Adamsen,
Charlotte Marchesseau,
Diane D. McNabb,
William D. Porteous,
Alexandra K. Porteous,
Palmer Ragsdale,
Jane K. Stubbs,
David M. Trelles,
Anne P. Vickery,
Catherine Kernan Young
Elizabeth M. Williams

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 2nd day of August, 2014.

**/s/Soren Gisleson**