1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  OIL SPILL BY THE OIL RIG   *   10-MD-2179
              *DEEPWATER HORIZON* IN THE   *
6             GULF OF MEXICO ON           *   Section J
              APRIL 20, 2010              *
7                                         *   June 12, 2014
                                          *
8    Applies to:  10-4536                 *   New Orleans, Louisiana
                                          *
9    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

10

11                TELEPHONE STATUS CONFERENCE BEFORE
                    THE HONORABLE SALLY SHUSHAN
12                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20   Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
21                                   500 Poydras Street, HB-406
                                     New Orleans, Louisiana 70130
22                                   (504) 589-7778

23

24
     Proceedings recorded by mechanical stenography using
25   computer-aided transcription software.

**<u>PROCEEDINGS</u>**

**(June 12, 2014)**

**THE COURT:**  Hi, everybody.  How are you doing?

All right.  Let's start with nobody knows anymore.  By my count and Mike's count, since yesterday afternoon we have received about eight letters.  What I'm going to ask you guys to do is try to give us a little heads up.  I'm going to suggest, although it's only a suggestion, that someone who has a problem, please try to get your letter in to us approximately 36 hours before the conference, and the other people responding try to give us 24 hours.

I had a settlement conference this morning.  I don't know what else we had going on.  It's tough to catch up with you.  So if you could try to operate in those guidelines, we would appreciate it.  Thank you.

So let's get ourselves rolling.  The first issues, at least on my agenda, are the Bray and Bamfield issues.  Let's talk about that.  I think I have gone through it and understood it.  Let me look at my notes and go through them for you.

As to Bamfield, I am going to go ahead and agree with BP and strike "dividend, distribution, and divestment."  That's on page 4 of BP's June 11.

Then moving on to the U.S.'s letter, page 3, where you all gave me the chart and your counterproposals, I'm

| | |
|---|---|
| 01:04 | 1 |
| 01:05 | 2 |
| 01:05 | 3 |
| 01:05 | 4 |
| 01:05 | 5 |
| 01:05 | 6 |
| 01:05 | 7 |
| 01:05 | 8 |
| 01:05 | 9 |
| 01:05 | 10 |
| 01:05 | 11 |
| 01:05 | 12 |
| 01:06 | 13 |
| 01:06 | 14 |
| 01:06 | 15 |
| 01:06 | 16 |
| 01:06 | 17 |
| 01:06 | 18 |
| 01:06 | 19 |
| 01:06 | 20 |
| 01:06 | 21 |
| 01:06 | 22 |
| 01:06 | 23 |
| 01:06 | 24 |
| 01:06 | 25 |

1  going to -- hold on.  My phone is ringing, guys.  Sorry.

2  Okay.  That wasn't my mother.

3  Okay.  So I'm going to allow the U.S.'s

4  counterproposal for No. 1, the second to last, and the last.

5  MS. HIMMELHOCH:  For the others you are saying --

6  THE COURT:  That's Sarah.

7  We have a court reporter who is not familiar

8  with all the voices, guys.

9  MS. HIMMELHOCH:  Sorry, Your Honor.  Yes, that was

10  Sarah.

11  THE COURT:  Yes.  And for the others we are not going

12  to adopt those counterproposals.

13  The date range appears to be moot.  Am I correct

14  about that?

15  MR. SMITH:  I believe so, Your Honor.  This is Dan

16  Smith.

17  THE COURT:  Did I miss anything?

18  MR. SMITH:  Not with respect to Bamfield, Your Honor.

19  THE COURT:  Okay.  Good.  Thank you.

20  Let's go next to the potential asset sales.

21  That's what I have up.

22  MR. SMITH:  I apologize, Your Honor.  I don't think

23  you missed anything with respect to Mr. Bamfield.

24  THE COURT:  Oh, you're right.  You're right.  Sorry.

25  Hold on, guys.  Let me go back to my notes.

01:07  1        **MS. KARIS:**  This is Carrie Karis.  Come back to which

01:07  2   issue?

01:07  3        **THE COURT:**  Yes, Carrie.

01:07  4        **MS. KARIS:**  I'm sorry.  I was unable to hear.  Come

01:07  5   back to which issue?

01:07  6        **THE COURT:**  I thought we had something else on the

01:07  7   Bamfield and Bray issue.

01:07  8        **MR. SMITH:**  This is Dan Smith again.  The

01:07  9   United States had proposed using the same search terms for both

01:07  10  Mr. Bamfield and Mr. Bray.  BP had --

01:08  11        **THE COURT:**  I'm sorry.  That's right.  That's right.

01:08  12  You are a hundred percent correct.

01:08  13        As to Mr. Bray, I am going to -- let's see.  Let

01:08  14  me look back at the June 11 BP letter.  Page 4 is what my notes

01:08  15  say.

01:08  16        I'm going to strike the terms contained in the

01:08  17  BP letter, pages 4 and 5.  So, for example, *cash from*

01:08  18  *operations*, *cash flow*, *capex*, *cost w/5* are out.

01:08  19        But otherwise I think that covers it, doesn't

01:09  20  it?  Dan, do you have me?

01:09  21        **MR. SMITH:**  Your Honor, there was also the search

01:09  22  term, the seventh item in my chart, the United States wanted to

01:09  23  exclude that term.  We excluded it for Bamfield.  We would also

01:09  24  like to exclude it for Bray.

01:09  25        **THE COURT:**  The seventh item.  Tell me what the

01:09   1   seventh item is.
01:09   2               MR. SMITH:  This is in my letter on page 3.
01:09   3               THE COURT:  Yes.
01:09   4               MR. SMITH:  BP has added the "AND *BP Exploration and*
01:09   5   *Production* OR *BP Exploration & Production*."  We would like the
01:09   6   search terms for Mr. Bray to not have that additional search
01:09   7   term.
01:09   8               THE COURT:  Right.  I have agreed with you on that
01:09   9   one.  That's your last itemized counterproposal, correct?
01:09   10              MR. SMITH:  That's correct.
01:09   11              THE COURT:  Right.  That one, I'm going with your
01:09   12  counterproposal.  Okay.  So let's go through counterproposals:
01:10   13              The first one, starting with *board*; the third
01:10   14  from the bottom, it starts with *agreement OR fund*; and the
01:10   15  final one, which is the *AND BP Exploration*.
01:10   16              MS. HIMMELHOCH:  Those govern -- sorry.  This is
01:10   17  Sarah Himmelhoch.
01:10   18              Those govern for searching for both Bray and
01:10   19  Bamfield?
01:10   20              THE COURT:  Correct.  Okay.  What else did I miss?
01:10   21              MS. HIMMELHOCH:  On that, we don't think anything
01:10   22  else, Your Honor.  This is Sarah.
01:10   23              THE COURT:  She knows you in person, Sarah.
01:10   24              Let me see what else.  Hold on.  Going through
01:10   25  the notes.

1    **MS. HIMMELHOCH:**  While we are on Bray and Bamfield,

2    do we have dates for those depositions?

3    **THE COURT:**  Yeah.  You all appeared to have agreed to

4    those.

5    **MR. LANGAN:**  That's correct, Your Honor.  This is

6    Andy Langan.

7    **MS. HIMMELHOCH:**  Sorry.  I'm sorry.  I misread the

8    cues from the peanut gallery.  It's not the deposition date.

9    It's the production date.

10    **THE COURT:**  Yes.  Let's talk about that.

11    The U.S. has said that they agree to the dates,

12    but could they get the production of documents done by July 9.

13    I don't know the answer to that.

14    **MS. KARIS:**  Your Honor, this is Carrie Karis.

15    With the Court's indulgence, in light of what is

16    in and what is out, if you could give me at least until close

17    of business Monday -- wait.  Today is Thursday.  Sorry --

18    Monday morning, let's say, to get you an answer to that so that

19    we can see how many searches, how many hits, and the like, that

20    would be great.

21    **THE COURT:**  Sure.  That's no problem.  Why don't you

22    do noon on Monday and see where you stand.  If you can do it

23    earlier, that's fine.

24    But, yes, I don't know the answer to that,

25    Sarah, but the dates have at least been agreed to.

1    **MS. HIMMELHOCH:**  I'll try to read my cues better next

2   time.

3    **THE COURT:**  Oh, no, don't worry about it.  The peanut

4   gallery caused problems.

5    Okay.  Let's see.  We have an issue of custodial

6   file production by the U.S. for Michel and Laferriere.  How do

7   you say it?

8    **MS. HIMMELHOCH:**  When I asked the Coast Guard, they

9   said, "We just call him Roger."

10    **THE COURT:**  Okay.  Well, I should be able to

11   pronounce that.  That's embarrassing.

12    **MS. HIMMELHOCH:**  Let's call him "Retired Captain."

13   How's that?

14    **THE COURT:**  "Retired Captain Roger."

15    Let's see where we are with that.  Hold on.  Let

16   me get my notes for that.

17    I guess the issue is this, guys.  The last thing

18   we have gotten on this is BP's letter of June 11 making some

19   final proposals.  Has the U.S. had an opportunity to look at

20   those?

21    **MS. HIMMELHOCH:**  I have, Your Honor, and they are

22   really reproposals of something I had rejected in my June 10

23   letter.  There are actually two very different proposals, one

24   for Dr. Michel and one for the retired captain.

25    The retired captain, the question is whether in

01:13    1    addition to running terms such as *boom*, *skim*, *burn*, *disperse*,
01:13    2    and a couple of other terms in adjacency to quantification
01:14    3    terms -- in other words, the RFP sought quantification of oil
01:14    4    boomed, skimmed, burnt, dispersed, etc., so the search terms
01:14    5    were originally designed to have the terms calling for
01:14    6    quantification adjacent to the terms calling for the various
01:14    7    recovery mechanisms.
01:14    8                 THE COURT:  Okay.
01:14    9          MS. HIMMELHOCH:  We have agreed to do that string.
01:14   10                 BP would also like us to do *burn*, *boom*, *skim*,
01:14   11    *disperse* just with *Deepwater*, MC 252, or the others, which in
01:14   12    my mind is a little too overbroad given the substantial amount
01:14   13    of production we have already done and the fact that BP was on
01:14   14    the ground on a daily basis with information about booming and
01:14   15    skimming and burning, which really happened all before
01:14   16    January 31, 2011.  So it was covered by the prior searches in
01:14   17    the Coast Guard's archives.
01:15   18                 At this point the volume of production that we
01:15   19    are trying to push out is just so huge and the search is not
01:15   20    targeted to any of the specific RFPs in a way that we think
01:15   21    justifies what I expect will be a substantially greater amount
01:15   22    of documents to push through an already challenged system in
01:15   23    the time frame we have available.
01:15   24                 THE COURT:  Okay.  Carrie, do you want to comment?
01:15   25          MS. KARIS:  Yes, Your Honor.  We do not agree, as

1   indicated in our letter, that this is simply a duplication of

2   what has been previously requested.  What was previously agreed

3   to as part of a different discussion was limited for

4   quantification and it had a within-15-character -- I'm sorry, a

5   within-15-words limitation.  However, for custodial files we

6   believe that these are very narrowly tailored requests for

7   issues that are directly at the heart of BP's claims,

8   specifically, skimming, burning, and the use of dispersants.

9            So at a minimum we would request that the

10   United States produce the custodial file of the captain that

11   contains these terms that BP does not have access to.  I hear

12   Sarah saying BP was on the ground.  That doesn't in any way

13   suggest that we had access to the government's internal files.

14            We have undertaken, I represent to the Court, a

15   tremendous effort to try and limit this to very narrow terms,

16   which is how we got down to just these very few terms.  And I

17   understand the requirements or what Sarah is saying is the

18   burden for producing custodial files.  Candidly, that's where

19   we started when we said we didn't think any custodial files

20   should be produced.

21            Now that we are at the point of identifying two

22   custodians, we think we have narrowly tailored those terms.

23   And for at least one custodian here, as identified, we think

24   those are directly relevant to the requests.  And the other

25   terms, which limit it within 15 characters, would not capture

1   many of the documents for which we are looking.

2           THE COURT:  Okay.  We all know that the response

3   period was limited.  Have you limited this request by date

4   range?

5           MS. HIMMELHOCH:  Currently the request is through

6   December 31, 2013.

7           THE COURT:  Okay.

8           MS. HIMMELHOCH:  Your Honor, I just want to note that

9   every daily report issued by the Coast Guard, every NIC

10  briefing document, every summary of event is going to include

11  the word *Deepwater* and *berm* and *boom* and *burn* because every day

12  everybody reported up the chain how many thousand feet of boom,

13  how many gallons were burned.  All of that was sought after and

14  produced.  To ask us to redo a search -- I grant you it's a

15  different search, but it's a search that largely overlaps.

16  What you're going to get when you go to this broader string is

17  stuff that is just daily summaries, daily reports, which are

18  going to be voluminous given the number of days that BP's well

19  leaked into the Gulf.

20          MS. KARIS:  Your Honor, if I may suggest that we are

21  happy to work with the United States to exclude things such as

22  those reports which we already have access to.  We are much

23  more interested in getting documents that the United States

24  has, internal documents that we do not otherwise have access

25  to.

01:18   1    So to the extent Sarah can propose categories
01:18   2    such as those that you just identified that are both voluminous
01:18   3    and we have access to, we can agree to take those off the
01:19   4    table, but we don't think that that should result in not
01:19   5    getting internal communications of the captain that contain
01:19   6    these terms that we don't otherwise have access to.
01:19   7           THE COURT:  Carrie, can you also think about limiting
01:19   8    the date range?  That might be helpful as well.
01:19   9           MS. KARIS:  We will go back and reconsider that as
01:19   10   well, Your Honor.
01:19   11          THE COURT:  All right.  On that one, Sarah, why don't
01:19   12   you think about your limitations on the publicly available or
01:19   13   available to BP type documents.
01:19   14          Carrie, why don't you think about limiting date
01:19   15   range.
01:19   16          MS. KARIS:  Will do.
01:19   17          MS. HIMMELHOCH:  Will do.
01:19   18          THE COURT:  Next step, see if you all can accept each
01:19   19   other's proposals on those limitations and, if so, run the
01:20   20   search.  If you can't agree to it, would one of you just take
01:20   21   the lead and say, "We can't agree.  These are the two
01:20   22   proposals," and I'll just call a shot.
01:20   23          MS. HIMMELHOCH:  Will do.
01:20   24          THE COURT:  Great.
01:20   25          MS. KARIS:  Very well.

1          **THE COURT:**  Thank you.

2          **MS. HIMMELHOCH:**  On Dr. Michel, the proposal is to

3    add some additional terms relating to decisions that went on

4    during the shoreline cleanup and assessment technique

5    procedures and, frankly, my challenge here is a technical one.

6              Dr. Michel worked in Mac.  Mac poses particular

7    difficulties for us in searching.  We had already commenced and

8    completed the search.  We haven't processed and produced, but

9    we have commenced and completed the search that we had proposed

10   for Dr. Michel.  To redo that search will put in peril the

11   deposition date for Dr. Michel.  Given all of the dates that

12   have already been pushed towards the back of the deposition

13   schedule, I'm just concerned that adding additional search

14   terms at this point in time will cause another domino to fall.

15             I also do think that given the breadth of the

16   terms we have already run -- which basically sought to capture

17   anything that was covered by the shoreline team.  So we

18   searched for things like *SCAT* and *STR* and the terms that are

19   likely to show up even in the documents that BP is seeking by

20   this additional phrase.  So I don't think that, if we are

21   losing any documents, we are losing a significant number of

22   documents.  Technically, I'm just challenged in getting the

23   outside contractor help I need to get to run those additional

24   search terms and not put that deposition date at peril.

25             **MS. KARIS:**  Your Honor, if I may respond.

01:22  1    **THE COURT:**  Sure.

01:22  2    **MS. KARIS:**  With respect to the deposition date, it

01:22  3    is currently scheduled for July 2.  BP is very willing to move

01:22  4    that deposition date because, frankly, we have concerns as to

01:22  5    whether we are going to be able to get all the documents in

01:22  6    time for Dr. Michel's deposition.  So we are happy to move that

01:22  7    deposition date to accommodate any additional time required to

01:22  8    produce Dr. Michel's files.

01:22  9            With respect to the issue of the U.S. having run

01:22  10   that search, given that the Court instructed the parties

01:22  11   seeking the files of the opponent's custodians to propose the

01:22  12   search terms, I informed Sarah very early on when she told me

01:22  13   she was running the searches that we were not in agreement to

01:22  14   the limitations that the U.S. was placing on running

01:22  15   Dr. Michel's custodian search and that we were intending to

01:23  16   propose additional terms.

01:23  17           So while I appreciate the attempt to get a jump

01:23  18   start on this, the fact that the U.S. started running that

01:23  19   search before we finalized our agreement I don't think should

01:23  20   be used against us as a reason for why we cannot get search

01:23  21   terms that we think are very limited.

01:23  22           We have added one term.  We have agreed to many,

01:23  23   many compromises.  We really are down to one significant issue,

01:23  24   and that is removal actions deemed complete, otherwise known by

01:23  25   the acronym of RADC.

1         If it's the case that Sarah said, that she

2 doesn't think we are foregoing many documents, presumably that

3 search will generate only a limited number of documents, which

4 should not present a substantial burden to anyone here to

5 producing.  It shouldn't put the production date in jeopardy.

6 It shouldn't put the deposition date in jeopardy.  But as I

7 said, if it turns out that the United States requires

8 additional time to add a relevant term that we have made clear

9 from the beginning we were interested in, we are more than

10 willing to move that date.

11        **THE COURT:**  Okay.  All right, guys.  So that the term

12 that would be run additionally would be *removal action deemed*

13 *complete* or *RADC*?

14        **MS. KARIS:**  Yes, Your Honor, that is correct.

15        **THE COURT:**  Let's go ahead and run that limited term.

16 If, Sarah, you get jammed on the contractors, we will resolve

17 that by moving Dr. Michel's deposition date.

18        **MS. HIMMELHOCH:**  Your Honor, I understand.  I will

19 obey the Court's order.  My concern is that I'm not sure of

20 Dr. Michel's availability past the date we have given.

21        **THE COURT:**  Okay.  Well, we will work with her on

22 that as well and let's see where that leaves us.  So let's move

23 on to Request for Production No. 11.  I'm looking at page 4 of

24 Carrie's letter to Sarah.

25        Sarah, we have got BP's two proposals.  How are

01:25 1   you feeling about those?

01:25 2         MS. HIMMELHOCH:  The addition of the terms that -- we

01:25 3   specifically proposed separate search terms for the Coast Guard

01:25 4   and for the other custodians based on what we were finding were

01:25 5   false hits in the two collections.  The Coast Guard collection

01:26 6   is different than the other collections, and so the terms that

01:26 7   we excluded from the Coast Guard's search terms were excluded

01:26 8   because they produced predominantly, if not exclusively,

01:26 9   nonresponsive documents.

01:26 10        As we understood our direction, the job here was

01:26 11  to come up with search terms that were targeted at natural

01:26 12  processes that were consuming, degrading, or otherwise making

01:26 13  no longer there the oil, for want of a scientific term.

01:26 14        THE COURT:  Right.

01:26 15        MS. HIMMELHOCH:  The words -- things like *wave*

01:26 16  *action*, *turbulence*, *weathering* -- have uses within the

01:26 17  Coast Guard's documents that were pulling up a lot of documents

01:26 18  about the deployment of booms versus skimmers because of

01:26 19  weathering of oil.  They were calling up documents having to do

01:27 20  with planning for the hurricane preparedness, having to do with

01:27 21  turbulence and wave action and what impact that would have on

01:27 22  what they had to pull back to shore if the hurricane actually

01:27 23  hit.

01:27 24        We were not finding, when we ran those search

01:27 25  terms in the test mode, any documents that were talking about

01:27  1    natural processes consuming oil, which was what we understood
01:27  2    this search string was supposed to get, so for the Coast Guard
01:27  3    we excluded those terms.
01:27  4            THE COURT:  I gotcha.
01:27  5            MS. HIMMELHOCH:  For the other custodians, we don't
01:27  6    have the flexibility to do the searching ahead of time.  We
01:27  7    recognize that these terms may collect some documents that are
01:27  8    relevant to the question of natural processes of consuming oil,
01:27  9    so we have agreed to put those terms in the RFP 11 searches for
01:27  10   the non-Coast Guard custodian.
01:27  11           THE COURT:  So that would be for Lehr, Bristol, and
01:27  12   Possolo?
01:27  13           MS. HIMMELHOCH:  That's correct, Your Honor.
01:28  14           THE COURT:  Okay.  So as I see it, the two proposals
01:28  15   or modifications that Carrie has on page 4, as to those three
01:28  16   witnesses, the U.S. accepts.
01:28  17           MS. HIMMELHOCH:  Yes.
01:28  18           THE COURT:  What else is outstanding with regard to
01:28  19   Request for Production No. 11?
01:28  20           MS. HIMMELHOCH:  I don't believe anything,
01:28  21   Your Honor.  We are going to push this stuff out the door as
01:28  22   much as possible.  Dr. Lehr is also a Mac user, which means
01:28  23   that he is going to come at the end of our production simply
01:28  24   because we have to contract it out to a nonstandard contractor.
01:28  25           THE COURT:  Gotcha.  Apple is a problem.

1    **MS. HIMMELHOCH:**  They don't like to play well with

2    others.

3        **THE COURT:**  No, they don't, and they don't want to

4    share their proprietary information.

5        **MS. HIMMELHOCH:**  Exactly.

6        **THE COURT:**  Okay.  Let's move right along.  Let's

7    see.

8        **MS. KIRBY:**  Your Honor, it's Ky Kirby for Anadarko.

9    I have to apologize, but I have to drop off within the next

10   15 minutes.

11       **THE COURT:**  Okay.

12       **MS. KIRBY:**  Someone else is monitoring, but there is

13   one thing I wanted to give you.  It's a heads-up simply that we

14   received from the U.S. on Monday afternoon their proposed

15   search terms for the custodial files of a, quote, finance

16   witness.  They haven't identified for us who they believe that

17   is.  We have two possible witnesses.  They gave us the date

18   ranges that are to go with that search actually yesterday

19   evening.

20           So we are in the early stages of evaluating the

21   searches, but my first take on them now is that they are

22   extremely broad; for instance, all documents between 2009 and

23   the present for the custodian that mention depth.  Now, I think

24   it's premature for me to say there's a dispute.  I just wanted

25   you to be aware of that.

01:30    1    We also have not yet received proposed search
01:30    2    terms for our witness on mitigation.  We are told those will be
01:30    3    forthcoming, but given the date I'm beginning to get quite
01:30    4    concerned.  So again I'm not sure there's going to be a
01:30    5    dispute, but I just want you to be aware.
01:30    6        THE COURT:  Anybody from the U.S. want to chime in or
01:30    7    no?  No.  Okay.
01:30    8        MS. HIMMELHOCH:  Yes, Your Honor.  We were just
01:30    9    trying to figure out whether we were on mute or not.
01:30   10        THE COURT:  Oh, okay.
01:30   11        MR. SMITH:  Your Honor, this is Dan Smith.
01:30   12        I think we agree that it is premature to say
01:30   13    there is a dispute.  We had some differences of opinion about
01:30   14    how the search terms are going to operate, and we will work on
01:30   15    straightening those out and trying to avoid bringing it to your
01:31   16    attention.
01:31   17        THE COURT:  Good.  Thank you.  I appreciate it.
01:31   18        Sarah, any issues on the U.S. production that we
01:31   19    should be aware of?  I saw your updated report I think
01:31   20    yesterday.  I'm not sure it was yesterday, but it was this
01:31   21    week.
01:31   22        MS. HIMMELHOCH:  It was Monday, Your Honor, and my
01:31   23    plan is to give you an update every Monday until I'm actually
01:31   24    in compliance with your order.
01:31   25        THE COURT:  No heads up or anything we need to

1    discuss though, huh?

2         MS. HIMMELHOCH:  I don't think so.  You had directed

3    a specific report on the Cassini server.  We are working on

4    getting a file tree for that which I can report to BP and

5    Anadarko.  So we expect to send them that file tree report

6    sometime tomorrow, and then we will set up in person or web

7    access to the server.  I think that's going along fine.

8         We did get a letter from BP today.  There was a

9    bobble on some of our productions in terms of the load files

10   and I'm working on a date to correct those.  As you might

11   guess, given the short time frame and the fact we have produced

12   in order of magnitude more documents that the defendants have,

13   we have had to go to numerous contractors to get this done.

14   One of our contractors didn't quite meet specs and I didn't

15   catch it before it got out the door, but that will be fixed.

16        So I don't think there's anything else --

17   nothing else has been brought to my attention in terms of

18   concerns about our production, and we continue to get things

19   out the door as fast as possible.  We have everything out the

20   door that isn't new collection, that isn't part of the

21   discussion of new search terms or new custodial production.  So

22   we are now working on RFP 11 and on the custodial searches, and

23   all the other promised productions are out the door and with

24   the defendants with the exception of the need to fix the load

25   file.

1        **THE COURT:**  Good.  Thank you.

2             Ky, while I have you on the phone, any issues

3 with document production by Anadarko?

4        **MS. KIRBY:**  No.  I think we are moving right along.

5 We are soon to produce, I believe, the board of directors

6 materials that you ordered we produce --

7        **UNIDENTIFIED SPEAKER:**  Those are already produced.

8        **MS. KIRBY:**  Okay.  Those are already produced.  I'm

9 sorry.

10             We have started to run the searches that were

11 requested by the U.S.  I give everybody fair warning that the

12 breadth of just the tiniest first part of the search has

13 produced 40,000 documents already.  So at that rate we are

14 talking many hundreds of thousands of documents, which

15 obviously we could not review and produce, for instance, by the

16 custodial production date of July 1.

17        **THE COURT:**  Okay.  Well, why don't you get that

18 conversation going so that you and the U.S. know what the

19 issues are and can start trying to work your way through it.

20        **MS. KIRBY:**  Sure, sure.  I've been invited to narrow

21 some of them and I certainly will try my best, but I can't

22 narrow some when I don't even understand why they are asking

23 for them.  We will address it all fully by tomorrow in a formal

24 letter.

25        **THE COURT:**  Okay.  Good.

1    BP, anything to update us on on your document

2  production?

3    MR. LANGAN:  This is Andy Langan, Your Honor.

4    I believe that we are mostly in compliance with

5  the May 27 order.  We have produced in the last few days the

6  financial reports related to RFP 1, the federal tax returns

7  relating to RFP 2, the additional dividend information and

8  board of director information in RFP 12 and Interrogatory

9  No. 1, as well as the employer information relating to

10  Interrogatory No. 2.

11    I believe the one outstanding item that we still

12  need to take a look at -- and we are in the process of running

13  that to ground -- is the forward looking projections in the

14  BP p.l.c. board minutes, which is RFP 4.  We expect to complete

15  that very soon, but that's not quite done yet.  Given the

16  depositions that those might be relevant to, I don't think

17  there's going to be any prejudice relating to that, the fact

18  that we are not quite done on that yet.

19    THE COURT:  Okay.  Thank you.

20    MR. LANGAN:  We served supplemental discovery

21  responses today sort of documenting all this.

22    THE COURT:  Good, good, good, good.

23    We have got the issue submitted by Steve

24  O'Rourke relative to BP providing a 30(b)(6) witness regarding

25  liabilities and costs related to the spill and BP saying, Well,

01:35   1   we can just stipulate to that.  The costs are what the costs

01:35   2   are and we can just stipulate.

01:36   3            I'm not sure that I understand what happened

01:36   4   that the proposed stipulations don't match up to the numbers in

01:36   5   the spreadsheet other than, of course, understanding that legal

01:36   6   fees have been taken out.

01:36   7            Andy, do you want to talk about that?

01:36   8        MR. LANGAN:  Your Honor, I'll tell you what I think I

01:36   9   understand the issue to be.

01:36   10       THE COURT:  Yep.

01:36   11       MR. LANGAN:  I believe that -- and Carrie can correct

01:36   12   me if I'm wrong.  We are not unwilling to have a witness that

01:36   13   gets into this.  We do think it can be done primarily by

01:36   14   stipulation.  We are not ruling out the possibility of having a

01:36   15   witness.

01:36   16            We would like to work with the United States to

01:36   17   sort of narrow the scope of what they are asking for, but the

01:36   18   kind of information they are asking for does seem to us to be

01:36   19   amenable to documents and stipulations.  I don't think we are

01:37   20   refusing to produce a witness.

01:37   21       THE COURT:  I tend to agree with both of you all in

01:37   22   that whatever the costs were and whoever spent the money should

01:37   23   be the subject of stipulation.  Whether it's BPXP or another

01:37   24   affiliate, it seems to me that should be something that the

01:37   25   parties can stipulate to.

01:37  1          Steve, you raised the issue that you want to be
01:37  2   able to speak generally to a 30(b)(6) witness as to how the
01:37  3   accounting is done so that you can understand what's been
01:37  4   produced to you and how the accounting is actually done as
01:37  5   between the affiliates, and that is probably something you all
01:37  6   want to work toward once you have got the documents that BP
01:37  7   supplies to you.
01:38  8          MR. LANGAN:  We are not unwilling to do that.
01:38  9          THE COURT:  So we will put that on as a carryover
01:38  10  item.
01:38  11         MS. HIMMELHOCH:  Yes, Your Honor, although Steve is
01:38  12  not on the phone.  He is actually flying back to D.C. today.
01:38  13         THE COURT:  Oh, well, that makes it much easier.
01:38  14         MS. HIMMELHOCH:  Rachel Hankey is on the phone and
01:38  15  standing by should we need to discuss this further.
01:38  16         THE COURT:  Okay.  Thank you.
01:38  17         The asset sales, I was going to get to that
01:38  18  earlier and then forgot.  It seems to me, guys, that the
01:38  19  specifics of any asset sales, that is, proposals or suggestions
01:38  20  under consideration, etc., are off limits.  However, the U.S.
01:39  21  says -- this is on page 2 of Steve's letter of June 11 -- that
01:39  22  it wants to get into "high altitude" questioning such as
01:39  23  whether the asset disposals would be outside of the Gulf of
01:39  24  Mexico, generally what types of assets are under review
01:39  25  (upstream or downstream), what the general decision-making

1    process is, and who makes decisions generally.

2              I'm inclined to give you the high-level, but I'm

3    not going to give you any specifics, whether they are

4    considering selling assets in the Gulf of Mexico.  That seems

5    to me to be something that when it does happen, we'll all know

6    about it; but before it happens, I think it's highly

7    confidential.  So if you want to get into the general

8    consideration, who considers it, when something could be

9    considered, that's going to be difficult to do that line of

10   questioning, but no specific deals or specific assets.

11             **MS. HIMMELHOCH:**  Understood, Your Honor.

12             **THE COURT:**  Okay.

13             **MR. LANGAN:**  Thank you, Your Honor.

14             **MS. HIMMELHOCH:**  Thank you.

15             **THE COURT:**  Let's see.  What does that leave us?

16   Let's see.  Hold on.

17             I understand that we had some people besides the

18   cleanup responders come into depositions this week.  Is that

19   correct?

20             **MR. LANGAN:**  Your Honor, it's Andy Langan.

21             I believe the State of Louisiana contacted us

22   asking for a schedule.  I think one of Mr. Dart's colleagues

23   may have come.  The way we handled it was -- and I wasn't

24   there, but the way we handled it was to have our counsel

25   suggest to Louisiana's counsel that we understood from your

1   prior discussions on a prior conference that the attendance
2   should be limited to the penalty phase parties.  And, of
3   course, we are also aware of your order relating to the
4   responder defendants.  We conveyed that and then they left.
5           I don't know if they plan to make an issue of
6   this.  Frankly, it might help to have an order along these
7   lines that could be shown.  I think Carrie and I were going to
8   mention that as a possible thing that we would request.
9           **THE COURT:**  Okay.
10          **MS. HIMMELHOCH:**  Your Honor, on behalf of my
11  co-plaintiffs, I have to say I do not see the harm, so long as
12  they do not seek to participate in the deposition, in allowing
13  the states to observe the depositions.  The penalty phase
14  depositions do cover issues that are related to claims that are
15  pending on behalf of each of the states.  That said, we will
16  comply with whatever order you issue.
17          **THE COURT:**  Okay.  I'll think about that and do
18  something about that.
19          Let's see.  You guys last time we were together
20  were going to have a discussion about experts' access to
21  materials and if they independently access materials versus
22  having been given the materials.  Have you had those
23  conversations?
24          **MS. HIMMELHOCH:**  We have, Your Honor, and I think we
25  are in agreement on some very fundamental principles.  The

first is that nobody is required to collect and produce
publicly available materials unless they are specifically
considered by an expert, and then they will be identified and
produced or not, as done in past practices.  So publicly
available materials our experts can use without any party
having to disclose prior to the expert consideration material
phase.

In addition, materials otherwise exchanged in
discovery can be used by the experts without any disclosure
prior to the expert consideration designation time period.

The third category would be materials that are
not within the materials otherwise produced by the parties but
are pulled from the parties' own files -- not publicly
available files but their parties' own internal files -- and
shared with the experts.  Those do need to be produced as part
of the general fact discovery cleanup prior to their use as
consideration materials by an expert.

I think that is the understanding that all of
the parties reached.

THE COURT:  All right.  Is anybody going to
memorialize this so when we all forget what Sarah just said, we
can go back and look at it in writing?

MS. HIMMELHOCH:  I was hoping the transcript would do
that for us.

MS. KARIS:  Your Honor, I'm happy to take the pen on

this and memorialize it and make it part of the record, but one caveat I would add that we had discussed -- and hopefully there remains agreement on this -- is as to the last category, that is, materials not shared as part of the discovery process, what we agreed is if there are documents, that while they haven't been exchanged as part of the penalty phase discovery process or 2179 discovery process but that the other side has access to -- such as, for example, the reports that Sarah was speaking to previously that the U.S. would issue daily -- if we are going to rely on those type of documents that both sides have access to, that those do not have to be exchanged because that would be quite a voluminous production.  I thought we had agreement on that.  I'm happy to hear from Sarah and then take the pen on memorializing it.

        MS. HIMMELHOCH:  I think that falls into the category of publicly available information.

        MS. KARIS:  I guess I'm talking about documents that -- for example, as I understand it, there's a database, a SharePoint site that the U.S. and BP had access to, set up as part of the response, that houses hundreds of thousands of documents.  The public wouldn't have access to it, but both you and we would.

        THE COURT:  Let's make it publicly available or available to the United States and BP.

        MS. KARIS:  Okay.

01:46　1　　　　　　　　MS. HIMMELHOCH:  Okay.

01:46　2　　　　　　　　THE COURT:  Carrie is going to put pen to paper.

01:46　3　There's no rush to it, but we can always pull it out when we

01:46　4　forget what it is we just discussed, or we can ask Andy.

01:46　5　　　　　　　　MS. HIMMELHOCH:  The human tape recorder.

01:46　6　　　　　　　　THE COURT:  I think that's the end of my list.  Do

01:46　7　you all have anything you want to raise additionally?

01:47　8　　　　　　　　MS. HIMMELHOCH:  I have two issues, Your Honor.  The

01:47　9　first is I believe we are still waiting on deposition dates for

01:47　10　Pennington and Robertson.  I understand Pennington is the

01:47　11　subject of medical, but I don't think there's any reason we

01:47　12　shouldn't be able to get a date on Robertson.

01:47　13　　　　　　　　MR. LANGAN:  July 18 for Robertson.

01:47　14　　　　　　　　MS. HIMMELHOCH:  Excellent.  Thank you, Andy.

01:47　15　　　　　　　　THE COURT:  Bingo.

01:47　16　　　　　　　　MR. LANGAN:  In New Orleans, which I guess is our

01:47　17　default anyway.

01:47　18　　　　　　　　MS. HIMMELHOCH:  Okay.  The other thing has to do --

01:47　19　　　　　　　　MR. LANGAN:  I'm sorry, Sarah.  This is Andy.  One

01:47　20　more thing.

01:47　21　　　　　　　　I also want to mention that Ms. Pennington's

01:47　22　medical issues remain.  I just wanted to put that out there as

01:47　23　well.  There's no change in her situation, and I just wanted

01:47　24　the Court and your team to be aware of that, Sarah.

01:47　25　　　　　　　　MS. HIMMELHOCH:  Our continued good wishes go out to

1    her.

2                MR. LANGAN:  Thank you.

3                MS. HIMMELHOCH:  We'll wait to hear whether we can

4    get a deposition date, which will mean both good news for her

5    because she is recovering and good news for us.

6                There were actually two other minor things.  One

7    is Captain Laferriere, one of the custodial file productions,

8    has been deployed.  He is now with FEMA.  He is no longer with

9    the Coast Guard.  He has been deployed to deal with an

10   emergency.  I'm not sure exactly what they are, but it has to

11   do with kidnapped children in the Washington, D.C. area.  We

12   have not been able to speak directly to him.  He texted us very

13   late at night regarding what his availability is.

14               BP had asked to move his deposition already.  We

15   were trying to find out whether or not there were any dates in

16   July and then he disappeared on us.  We continue to try and

17   reach out to him, but we expect that his deposition will have

18   to occur sometime in July.  I think we should all consider at

19   this point that his deposition as scheduled next week will not

20   occur.

21               THE COURT:  Okay.

22               MS. KARIS:  Your Honor, this is Carrie, and we are

23   perfectly fine with that.  The only confirmation we wanted is

24   that the deposition will not occur next week.  Given the

25   custodial file issue remained, we assumed that to be the case

1   regardless.  With the caveat that the dep is not taking place

2   next week but is suspended, we have no issues with moving that

3   date.

4          **MS. HIMMELHOCH:**  Then we have another witness who we

5   are trying to move a deposition date for and may fall outside

6   the deadline to complete depositions by a couple of days.  I

7   think the deadline is July 21 and we need to go a couple of

8   days beyond that.  That's Carl Childs.  It has to do with

9   witness and BP and our lawyer availability.  The dominoes fell

10  in a great amount of disarray.  So we just wanted to make sure

11  that you did not have any concern if the parties agreed to do

12  that deposition outside the boundaries of the cutoff, that we

13  could go ahead and proceed with that one deposition outside.

14         **THE COURT:**  Sarah, as long as the parties agree, I'm

15  fine with it.

16         **MS. HIMMELHOCH:**  Thank you, Your Honor.

17         **THE COURT:**  Obviously not six weeks after.

18         **MS. HIMMELHOCH:**  No.  We are talking about the Friday

19  of the week.

20         **THE COURT:**  Right.  No, no, I'm fine with that.

21         **MS. KARIS:**  Your Honor, just two quick comments, if I

22  might.

23         **THE COURT:**  Sure.

24         **MS. KARIS:**  First with respect to the last point of

25  needing to accommodate the witness schedule and production,

that's similarly the situation with Mr. Bamfield's deposition.
Again, it's only the following week; and so with the agreements
of everybody, that deposition will take place the week after
the discovery.

           **THE COURT:**  Right.

           **MS. KARIS:**  The current schedule cutoff.

           **THE COURT:**  That's fine.

           **MS. KARIS:**  Then with respect to Mr. Childs, we very
much appreciate the U.S.'s willingness to accommodate our
request to move his deposition and provide us with a date, with
the confirmation that Mr. Childs has not been disclosed by the
U.S. as a trial witness and, therefore, he will not be called
at trial.

           I wanted to give the Court a heads-up that we
are currently looking at the possibility of whether we can drop
that deposition in its entirety given the other depositions
that we will be taking.  As the Court may recall, Mr. Childs'
deposition came about as a result of our initial request to
depose Dr. Michel and the U.S.'s objection to that.  Now that
we will be taking Dr. Michel's deposition, it very well is
likely, I would say, that we do not need to go forward with
Mr. Childs' deposition.  We appreciate the U.S.'s accommodation
and will let them know in very short order if that deposition
can be taken off, recognizing he is not a trial witness for the
United States.

01:51   1           THE COURT:  Good.

01:51   2           MS. HIMMELHOCH:  We'll wait to hear, Your Honor.

01:51   3           THE COURT:  Good, good, good.

01:51   4                Anything else we should cover?

01:51   5           MS. HIMMELHOCH:  Not for the United States at this

01:51   6   time.

01:51   7           MS. HANKEY:  Actually, Sarah, the issue of privilege

01:51   8   and --

01:52   9           MS. HIMMELHOCH:  Oh, please, Ms. Hankey, proceed.

01:52  10           MS. HANKEY:  This is Rachel Hankey for the

01:52  11   United States, Your Honor.

01:52  12                We wanted to raise one issue with respect to

01:52  13   Mr. Bray, which is we have raised our concerns regarding

01:52  14   privilege.  We haven't discussed, with regard to custodial

01:52  15   files, when privilege logs would be produced.  With respect to

01:52  16   Mr. Bray, we think it's especially concerning that we get a

01:52  17   privilege log well in advance of the deposition so that any

01:52  18   issues regarding privilege can be resolved before the

01:52  19   deposition.

01:52  20           THE COURT:  I agree with that.

01:52  21                Carrie, what's your timeline on that issue?

01:52  22           MS. KARIS:  Your Honor, unfortunately I cannot answer

01:52  23   that.  I am happy to on Monday when I tell the Court what we

01:52  24   can do with respect to document production, if the Court will

01:52  25   grant us until then to likewise give you an answer on what we

01:52  1    can do with respect to privilege log.

01:52  2         THE COURT:  No problem.

01:52  3         MS. HIMMELHOCH:  My understanding is that the current

01:53  4    bidding is seven days from completion of the last custodial

01:53  5    file production.

01:53  6         THE COURT:  Right.

01:53  7         MS. HIMMELHOCH:  We just want to make sure that that

01:53  8    seven days after the completion of the custodial file

01:53  9    production is sufficiently in advance of Mr. Bray's deposition

01:53  10   that we can resolve the privilege issues; and if not, we would

01:53  11   like to break Mr. Bray's custodial file off from the rest of

01:53  12   the privilege log agreement.

01:53  13        THE COURT:  Okay.  Well, Carrie, think about that and

01:53  14   let us know your thoughts on Monday.

01:53  15        MS. KARIS:  Okay.  I'm probably going to have to

01:53  16   reach out to Sarah to make sure I understand the proposal.

01:53  17        MS. HIMMELHOCH:  It was made by Mr. Nomellini and

01:53  18   accepted by me, so check in with Mark.

01:53  19        MS. KARIS:  Perfect.  Even better.  I can access him

01:53  20   quite easily.  That's fine.

01:53  21        THE COURT:  Anything else, guys?

01:53  22             Well, thank you.  We'll be in touch.

01:54  23        (Proceedings adjourned.)

01:54  24                          * * *

       25

1            **<u>CERTIFICATE</u>**

2            I, Toni Doyle Tusa, CCR, FCRR, Official Court

3   Reporter for the United States District Court, Eastern District

4   of Louisiana, certify that the foregoing is a true and correct

5   transcript, to the best of my ability and understanding, from

6   the record of proceedings in the above-entitled matter.

7

8

9                              *s/ Toni Doyle Tusa*
                               Toni Doyle Tusa, CCR, FCRR
10                             Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. LANGAN: [12]  6/4 21/2 21/19
22/3 23/17 24/11 24/19 26/13 28/7
28/15 28/18 29/1
MR. SMITH: [9]  3/14 3/17 3/21 4/7
4/20 5/1 5/3 5/9 18/10
MS. HANKEY: [2]  32/6 32/9
MS. HIMMELHOCH: [52]
MS. KARIS: [22]  3/25 4/3 6/13 8/24
10/19 11/8 11/15 11/24 12/24 13/1
14/13 26/24 27/16 27/24 29/21 30/20
30/23 31/5 31/7 32/21 33/14 33/18
MS. KIRBY: [5]  17/7 17/11 20/3 20/7
20/19
Omit elements: Timecodes [1]  33/23
Page break [2]  1/25 33/23
Resume elements: Timecodes [1]  1/25
THE COURT: [80]
UNIDENTIFIED SPEAKER: [1]  20/6

**1**

10 [1]  7/22
10-4536 [1]  1/8
10-MD-2179 [1]  1/5
11 [8]  2/23 4/14 7/18 14/23 16/9 16/19
19/22 23/21
12 [3]  1/7 2/2 21/8
15 [1]  9/25
15 minutes [1]  17/10
18 [1]  28/13

**2**

20 [1]  1/6
2009 [1]  17/22
2010 [1]  1/6
2011 [1]  8/16
2013 [1]  10/6
2014 [2]  1/7 2/2
21 [1]  30/7
2179 [2]  1/5 27/7
24 hours [1]  2/11
252 [1]  8/11
27 [1]  21/5

**3**

30 [2]  21/24 23/2
31 [2]  8/16 10/6
36 [1]  2/10

**4**

40,000 [1]  20/13
406 [1]  1/21
4536 [1]  1/8

**5**

500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

**7**

70130 [1]  1/21
7778 [1]  1/22

**A**

ability [1]  34/5
able [5]  7/10 13/5 23/2 28/12 29/12
about [23]  2/6 2/18 3/14 6/10 7/3 8/14
11/7 11/12 11/14 15/1 15/18 15/25
18/13 19/18 22/7 24/6 25/17 25/18
25/20 27/17 30/18 31/18 33/13
above [1]  34/6
above-entitled [1]  34/6
accept [1]  11/18

accepted [1]  33/18
acceptable [1]  11/6
access [14]  9/11 9/13 10/22 10/24 11/3
11/6 19/7 25/20 25/21 27/7 27/11
27/19 27/21 33/19
accommodate [3]  13/7 30/25 31/9
accommodation [1]  31/22
accounting [2]  23/3 23/4
acronym [1]  13/25
action [3]  14/12 15/16 15/21
actions [1]  13/24
actually [8]  7/23 15/22 17/18 18/23
22/12 22/13 29/6 32/7
add [3]  12/3 14/8 27/2
added [2]  5/4 13/22
adding [1]  12/13
addition [3]  8/1 15/2 26/8
additional [9]  5/6 12/3 12/13 12/20
12/23 13/7 13/16 14/8 21/7
additionally [2]  14/12 28/7
address [1]  20/23
adjacency [1]  8/2
adjacent [1]  8/6
adjourned [1]  33/23
adopt [1]  3/12
advance [2]  32/17 33/9
affiliate [1]  22/24
affiliates [1]  23/5
after [4]  10/13 30/17 31/3 33/8
afternoon [1]  17/14
again [3]  4/8 18/4 31/2
against [1]  13/20
agenda [1]  2/17
agree [10]  2/21 6/11 8/25 11/3 11/20
11/21 18/12 22/21 30/14 32/20
agreed [9]  5/8 6/3 6/25 8/9 9/2 13/22
16/9 27/5 30/11
agreement [7]  5/14 13/13 13/19 25/25
27/3 27/13 33/12
agreements [1]  31/2
ahead [4]  2/21 14/15 16/6 30/13
aided [1]  1/25
all [24]  2/4 2/25 3/8 6/3 8/15 10/2
10/13 11/11 11/18 12/11 13/5 14/11
17/22 19/23 20/23 21/21 22/22 23/5
24/5 26/18 26/20 26/21 28/7 29/18
allow [1]  3/3
allowing [1]  25/12
along [4]  17/6 19/7 20/4 25/6
already [10]  8/13 8/22 10/22 12/7
12/12 12/16 20/7 20/8 20/13 29/14
also [6]  4/21 4/23 8/10 11/7 12/15
16/22 18/1 25/3 28/21
although [2]  2/8 23/11
altitude [1]  23/22
always [1]  28/3
am [4]  2/21 3/13 4/13 32/23
amenable [1]  22/19
amount [3]  8/12 8/21 30/10
Anadarko [3]  17/8 19/5 20/3
AND BP [1]  5/15
Andy [7]  6/6 21/3 22/7 24/20 28/4
28/14 28/19
another [1]  12/14 22/23 30/4
answer [5]  6/13 6/18 6/24 32/22 32/25
any [17]  8/20 9/12 9/19 12/21 13/7
15/25 18/18 20/2 21/17 23/19 24/3
26/5 26/9 28/11 29/15 30/11 32/17
anybody [2]  18/6 26/20
anymore [1]  2/5

anyone [1]  14/4
anything [5]  4/4 13/20 26/20 27/3
16/20 18/25 19/16 21/1 28/7 32/4
33/21
anyway [1]  28/17
apologize [2]  3/22 17/9
appeared [1]  6/3
appears [1]  3/13
Apple [1]  16/25
Applies [1]  1/8
appreciate [5]  2/15 13/17 18/17 31/9
31/22
approximately [1]  2/10
APRIL [1]  1/6
archives [1]  8/17
are [77]
area [1]  29/11
as [46]
ask [3]  2/7 10/14 28/4
asked [2]  7/8 29/14
asking [4]  20/22 22/17 22/18 24/22
assessment [1]  12/4
asset [4]  3/20 23/17 23/19 23/23
assets [3]  23/24 24/4 24/10
assumed [1]  29/25
at [24]  2/17 2/19 4/14 6/16 6/25 7/19
8/18 9/7 9/9 9/21 9/23 12/14 12/24
14/23 15/11 16/23 20/13 21/12 26/22
29/13 29/18 31/13 31/15 32/5
attempt [1]  13/17
attendance [1]  25/1
attention [2]  18/16 19/17
availability [3]  14/20 29/13 30/9
available [9]  8/23 11/12 11/13 26/2
26/5 26/14 27/16 27/23 27/24
avoid [1]  18/15
aware [5]  17/25 18/5 18/19 25/3 28/24

**B**

back [9]  3/25 4/1 4/5 4/14 11/9 12/12
15/22 23/12 26/22
Bamfield [9]  2/17 2/21 3/18 3/23 4/7
4/10 4/23 5/19 6/1
Bamfield's [1]  31/1
based [1]  15/4
basically [1]  12/16
basis [1]  8/14
be [48]
because [7]  10/11 13/4 15/8 15/18
16/24 27/11 29/5
been [13]  6/25 9/2 12/12 19/17 20/20
22/6 23/3 25/22 27/6 29/8 29/9 29/12
31/11
before [7]  1/11 2/10 8/15 13/19 19/15
24/6 32/18
beginning [2]  14/9 18/3
behalf [2]  25/10 25/15
believe [10]  3/15 9/6 16/20 17/16 20/5
21/4 21/11 22/11 24/21 28/9
berm [1]  10/11
besides [1]  24/17
best [2]  20/21 34/5
better [2]  7/1 33/19
between [2]  17/22 23/5
beyond [1]  30/8
bidding [1]  33/4
Bingo [1]  28/15
board [4]  13/12 20/5 21/8 21/14
bobble [1]  19/9
boom [4]  8/1 8/10 10/11 10/12

**B**

boomed [1] 8/4
booming [1] 8/14
booms [1] 15/18
both [7] 4/9 5/18 11/2 22/21 27/10 27/21 29/4
bottom [1] 5/14
boundaries [1] 30/12
BP [26] 2/22 4/10 4/14 4/17 5/4 5/4 5/5 5/15 8/10 8/13 9/11 9/12 11/13 12/19 13/3 19/4 19/8 21/1 21/14 21/24 21/25 23/6 27/19 27/24 29/14 30/9
BP p.l.c [1] 21/14
BP's [5] 2/23 7/18 9/7 10/18 14/25
BPXP [1] 22/23
Bray [10] 2/17 4/7 4/10 4/13 4/24 5/6 5/18 6/1 32/13 32/16
Bray's [2] 33/9 33/11
breadth [2] 12/15 20/12
break [1] 33/11
briefing [1] 10/10
bringing [1] 18/15
Bristol [1] 16/11
broad [1] 17/22
broader [1] 10/16
brought [1] 19/17
burden [2] 9/18 14/4
burn [3] 8/1 8/10 10/11
burned [1] 10/13
burning [2] 8/15 9/8
burnt [1] 8/4
business [1] 6/17
but [32] 4/19 6/12 6/24 6/25 10/15 11/4 12/8 14/6 17/9 17/12 17/21 18/3 18/5 18/20 19/15 20/21 21/15 22/17 24/2 24/6 24/10 24/24 26/12 26/14 27/1 27/7 27/21 28/3 28/11 29/10 29/17 30/2

**C**

call [3] 7/9 7/12 11/22
called [1] 31/12
calling [3] 8/5 8/6 15/19
came [1] 31/18
can [27] 6/19 6/22 11/1 11/3 11/7 11/18 19/4 20/19 22/1 22/2 22/11 22/13 22/25 23/3 26/5 26/9 26/22 28/3 28/4 29/3 31/15 31/24 32/18 32/24 33/1 33/10 33/19
can't [3] 11/20 11/21 20/21
Candidly [1] 9/18
cannot [2] 13/20 32/22
capex [1] 4/18
captain [7] 7/12 7/14 7/24 7/25 9/10 11/5 29/7
Captain Laferriere [1] 29/7
capture [2] 9/25 12/16
Carl [1] 30/8
Carrie [13] 4/1 4/3 6/14 8/24 11/7 11/14 16/15 22/11 25/7 28/2 29/22 32/21 33/13
Carrie's [1] 14/24
carryover [1] 23/9
case [2] 14/1 29/25
cash [2] 4/17 4/18
Cassini [1] 19/3
catch [2] 2/13 19/15
categories [1] 11/1
category [3] 26/11 27/3 27/15
cause [1] 12/14

caused [1] 7/4
caveat [1] 27/20
CCR [3] 1/20 34/2 34/9
certainly [1] 20/21
CERTIFICATE [1] 34/1
certify [1] 34/4
chain [1] 10/12
challenge [1] 12/5
challenged [2] 8/22 12/22
change [1] 28/23
character [1] 9/4
characters [1] 9/25
chart [2] 2/25 4/22
check [1] 33/18
children [1] 29/11
Childs [3] 30/8 31/8 31/11
Childs' [2] 31/17 31/22
chime [1] 18/6
claims [2] 9/7 25/14
cleanup [2] 12/4 24/18 26/16
clear [1] 14/8
close [1] 6/16
co [1] 25/11
co-plaintiffs [1] 25/11
Coast [10] 7/8 8/17 10/9 15/3 15/5 15/7 15/17 16/2 16/10 29/9
Coast Guard [5] 10/9 15/3 15/5 16/2 29/9
Coast Guard's [3] 8/17 15/7 15/17
colleagues [1] 24/22
collect [2] 16/7 26/1
collection [1] 15/5 19/20
collections [2] 15/5 15/6
come [6] 4/1 4/4 15/11 16/23 24/18 24/23
commenced [2] 12/7 12/9
comment [1] 8/24
comments [1] 30/21
communications [1] 11/5
complete [4] 13/24 14/13 21/14 30/6
completed [2] 12/8 12/9
completion [2] 33/4 33/8
compliance [2] 18/24 21/4
comply [1] 25/16
compromises [1] 13/23
computer [1] 1/25
computer-aided [1] 1/25
concern [2] 14/19 30/11
concerned [2] 12/13 18/4
concerning [1] 32/16
concerns [3] 13/4 19/18 32/13
conference [4] 1/11 2/10 2/12 25/1
confidential [1] 24/7
confirmation [2] 29/23 31/11
consider [1] 29/18
consideration [5] 23/20 24/8 26/6 26/10 26/17
considered [2] 24/9 26/3
considering [1] 24/4
considers [1] 24/8
consuming [3] 15/12 16/1 16/8
contacted [1] 24/21
contain [1] 11/5
contained [1] 4/16
contains [1] 9/11
continue [2] 19/18 29/16
continued [1] 28/25
contract [1] 16/24
contractor [2] 12/23 16/24
contractors [3] 14/16 19/13 19/14

conversation [1] 20/18
conveyed [1] 25/4
correct [12] 3/13 4/12 5/9 5/10 5/20 6/5 14/14 16/13 19/10 22/11 24/19 34/4
cost [1] 4/18
costs [4] 21/25 22/1 22/1 22/22
could [7] 2/14 6/12 6/16 20/15 24/8 25/7 30/13
counsel [2] 24/24 24/25
count [2] 2/5 2/5
counterproposal [3] 3/4 5/9 5/12
counterproposals [3] 2/25 3/12 5/12
couple [3] 8/2 30/6 30/7
course [2] 22/5 25/3
court [13] 1/1 1/20 3/7 9/14 13/10 28/24 31/14 31/17 32/23 32/24 34/2 34/3 34/10
Court's [2] 6/15 14/19
cover [2] 25/14 32/4
covered [2] 8/16 12/17
covers [1] 4/19
cues [2] 6/8 7/1
current [2] 31/6 33/3
currently [1] 10/5 13/3 31/15
custodial [15] 7/5 9/5 9/10 9/18 9/19 17/15 19/21 19/22 20/16 29/7 29/25 31/3 33/4 33/8 33/11
custodian [4] 9/23 13/15 16/10 17/23
custodians [4] 9/22 13/11 15/4 16/5
cutoff [1] 30/12 31/6

**D**

D.C [2] 23/12 29/11
daily [5] 8/14 10/9 10/17 10/17 27/9
Dan [4] 3/15 4/8 4/20 18/11
Dart's [1] 24/22
database [1] 27/18
date [25] 3/13 6/8 6/9 10/3 11/8 11/14 12/11 12/24 13/2 13/4 13/7 14/5 14/6 14/10 14/17 14/20 17/17 18/3 19/10 20/16 28/12 29/4 30/3 30/5 31/10
dates [6] 6/2 6/11 6/25 12/11 28/9 29/15
day [1] 10/11
days [6] 10/18 21/5 30/6 30/8 33/4 33/8
deadline [2] 30/6 30/7
deal [1] 29/9
deals [1] 24/10
December [1] 10/6
December 31 [1] 10/6
decision [1] 23/25
decision-making [1] 23/25
decisions [2] 12/3 24/1
deemed [1] 13/24 14/12
DEEPWATER [3] 1/5 8/11 10/11
default [1] 28/17
defendants [3] 19/12 19/24 25/4
degrading [1] 15/12
dep [1] 30/1
deployed [1] 29/8 29/9
deployment [1] 15/18
depose [1] 31/19
deposition [31] 6/8 12/11 12/12 12/24 13/2 13/4 13/6 13/7 14/6 14/17 25/12 28/9 29/4 29/14 29/17 29/19 29/24 30/5 30/12 30/13 31/1 31/3 31/10 31/16 31/18 31/20 31/22 31/23 32/17 32/19 33/9
depositions [7] 6/2 21/16 24/18 25/13

**D**

depositions... [3] 25/14 30/6 31/16
depth [1] 17/23
designation [1] 26/10
designed [1] 8/5
did [4] 3/17 5/20 19/8 30/11
didn't [3] 9/19 19/14 19/14
differences [1] 18/13
different [4] 7/23 9/3 10/15 15/6
difficult [1] 24/9
difficulties [1] 12/7
directed [1] 19/2
direction [1] 15/10
directly [3] 9/7 9/24 29/12
director [1] 21/8
directors [1] 20/5
disappeared [1] 29/16
disarray [1] 30/10
disclose [1] 26/6
disclosed [1] 31/11
disclosure [1] 26/9
discovery [7] 21/20 26/9 26/16 27/4
  27/6 27/7 31/4
discuss [2] 19/1 23/15
discussed [3] 27/2 28/4 32/14
discussion [3] 9/3 19/21 25/20
discussions [1] 25/1
dispersants [1] 9/8
disperse [2] 8/1 8/11
dispersed [1] 8/4
disposals [1] 23/23
dispute [3] 17/24 18/5 18/13
distribution [1] 2/22
DISTRICT [4] 1/1 1/2 34/3 34/3
divestment [1] 2/22
dividend [2] 2/22 21/7
do [37]
document [4] 10/10 20/3 21/1 32/24
documenting [1] 21/21
documents [28] 6/12 8/22 10/1 10/23
  10/24 11/13 12/19 12/21 12/22 13/5
  14/2 14/3 15/9 15/17 15/17 15/19
  15/25 16/7 17/22 19/12 20/14 20/14
  22/19 23/6 27/5 27/10 27/17 27/21
does [4] 9/11 22/18 24/5 24/15
doesn't [4] 4/19 9/12 14/2
doing [1] 2/3
domino [1] 12/14
dominoes [1] 30/9
don't [27] 2/13 3/22 5/21 6/13 6/21
  6/24 7/3 11/4 11/6 11/11 11/14 12/20
  13/19 16/5 16/20 17/1 17/3 17/3 19/2
  19/16 20/17 20/22 21/16 22/4 22/19
  25/5 28/11
done [9] 6/12 8/13 19/13 21/15 21/18
  22/13 23/3 23/4 26/4
door [5] 16/21 19/15 19/19 19/20 19/23
down [2] 9/16 13/23
downstream [1] 23/25
Doyle [4] 1/20 34/2 34/9 34/9
Dr. [13] 7/24 12/2 12/6 12/10 12/11
  13/6 13/8 13/15 14/17 14/20 16/22
  31/19 31/20
Dr. Lehr [1] 16/22
Dr. Michel [6] 7/24 12/2 12/6 12/10
  12/11 31/19
Dr. Michel's [6] 13/6 13/8 13/15 14/17
  14/20 31/20
drop [2] 17/9 31/15

**E**

each [2] 11/18 25/15
earlier [2] 6/23 23/18
early [2] 13/12 17/20
easier [1] 23/13
easily [1] 33/20
EASTERN [2] 1/2 34/3
effort [1] 9/15
eight [2] 2/6
else [11] 2/13 4/6 5/20 5/22 5/24 16/18
  17/12 19/16 19/17 32/4 33/21
embarrassing [1] 7/11
emergency [1] 29/10
employer [1] 21/9
end [2] 16/23 28/6
entirety [1] 31/16
entitled [1] 34/6
especially [1] 32/16
etc [2] 8/4 23/20
evaluating [1] 17/20
even [3] 12/19 20/22 33/19
evening [1] 17/19
event [1] 10/10
every [5] 10/9 10/9 10/10 10/11 18/23
everybody [4] 2/3 10/12 20/11 31/3
everything [1] 19/19
exactly [1] 17/5 29/10
example [3] 4/17 27/8 27/18
Excellent [1] 24/3
exception [1] 19/24
exchanged [3] 26/18 27/6 27/11
exclude [3] 4/23 4/24 10/21
excluded [4] 4/23 15/7 15/7 16/3
exclusively [1] 15/8
expect [4] 8/21 19/5 21/14 29/17
expert [4] 26/3 26/6 26/10 26/17
experts [3] 26/5 26/9 26/15
experts' [1] 25/20
Exploration [3] 5/4 5/5 5/15
extent [1] 11/1
extremely [1] 17/22

**F**

fact [5] 8/13 13/18 19/11 21/17 26/16
fair [1] 20/11
fall [2] 12/14 30/5
falls [1] 27/15
false [1] 15/5
familiar [1] 3/7
fast [1] 19/19
FCRR [3] 1/20 34/2 34/9
federal [1] 21/6
feeling [1] 15/1
fees [1] 22/6
feet [1] 10/12
fell [1] 30/9
FEMA [1] 29/8
few [2] 9/16 21/5
figure [1] 18/9
file [10] 7/6 9/10 19/4 19/5 19/25 29/7
  29/25 33/5 33/8 33/11
files [12] 9/5 9/13 9/18 9/19 13/8 13/11
  17/15 19/9 26/13 26/14 26/14 32/15
final [2] 5/15 7/19
finalized [1] 13/19
finance [1] 17/15
financial [1] 21/6
find [1] 29/15

finding [2] 15/4 15/24
first [7] 2/16 5/13 17/21 20/12 26/1
  28/9 30/24
fix [1] 19/24
fixed [1] 19/15
flexibility [1] 16/6
flow [1] 4/18
flying [1] 23/12
following [1] 31/2
foregoing [2] 14/2 34/4
forget [2] 26/21 28/4
forgot [1] 23/18
formal [1] 20/23
forthcoming [1] 18/3
forward [2] 21/13 31/21
frame [2] 8/23 19/11
frankly [3] 12/5 13/4 25/6
Friday [1] 30/18
fully [1] 20/23
fund [1] 5/14
fundamental [1] 25/25
further [1] 23/15

**G**

gallery [2] 6/8 7/4
gallons [1] 10/13
gave [2] 2/25 17/17
general [3] 23/25 24/7 26/16
generally [3] 23/2 23/24 24/1
generate [1] 14/3
get [23] 2/9 2/16 6/12 6/18 7/16 10/16
  12/23 13/5 13/17 13/20 14/16 16/2
  18/3 19/8 19/19 19/18 20/17 23/17
  23/22 24/7 28/12 29/4 32/16
gets [1] 22/13
getting [4] 10/23 11/5 12/22 19/4
give [10] 2/7 2/11 6/16 17/13 18/23
  20/11 24/2 24/3 31/14 32/25
given [12] 8/12 10/18 12/11 12/15
  13/10 14/20 18/3 19/11 21/15 25/22
  29/24 31/16
go [15] 2/19 2/21 3/20 3/25 5/12 10/16
  11/9 14/15 17/18 19/13 26/22 28/25
  30/7 30/13 31/21
going [31] 2/6 2/8 2/13 2/21 3/1 3/3
  3/11 4/13 4/16 5/11 5/24 10/10 10/16
  10/18 13/5 16/21 16/23 18/4 18/14
  19/7 20/18 21/17 23/17 24/3 24/9 25/7
  25/20 26/20 27/10 28/2 33/15
gone [1] 2/18
good [15] 3/19 18/17 20/1 20/25 21/22
  21/22 21/22 21/22 28/25 29/4 29/5
  32/1 32/3 32/3 32/3
got [5] 9/16 14/25 19/15 21/23 23/6
gotcha [2] 16/4 16/25
gotten [1] 7/18
govern [2] 5/16 5/18
government's [1] 9/13
grant [2] 10/14 32/25
great [3] 6/20 11/24 30/10
greater [1] 8/21
ground [3] 8/14 9/12 21/13
Guard [7] 7/8 10/9 15/3 15/5 16/2
  16/10 29/9
Guard's [3] 8/17 15/7 15/17
guess [4] 7/17 19/11 27/17 28/16
guidelines [1] 2/14
GULF [4] 1/6 10/19 23/23 24/4

## G

guys [9]  2/7 3/1 3/8 3/25 7/17 14/11
23/18 25/19 33/21

## H

had [21]  2/12 2/13 4/6 4/9 4/10 7/19
7/22 9/4 9/13 12/7 12/9 15/22 18/13
19/2 19/13 24/17 25/22 27/2 27/12
27/19 29/14
handled [2]  24/23 24/24
Hankey [3]  23/14 32/9 32/10
happen [1]  24/5
happened [2]  8/15 22/3
happens [1]  24/6
happy [5]  10/21 13/6 26/25 27/13
32/23
harm [1]  25/11
has [16]  2/9 5/4 6/11 7/19 9/2 10/24
16/15 19/17 20/12 27/7 28/18 29/8
29/9 29/10 30/8 31/11
have [73]
haven't [4]  12/8 17/16 27/5 32/14
having [6]  13/9 15/19 15/20 22/14
25/22 26/6
HB [1]  1/21
HB-406 [1]  1/21
he [9]  16/23 23/12 29/8 29/8 29/9
29/12 29/16 31/12 31/24
heads [4]  2/7 17/13 18/25 31/14
heads-up [2]  17/13 31/14
hear [5]  4/4 9/11 27/13 29/3 32/2
heart [1]  9/7
help [2]  12/23 25/6
helpful [1]  11/8
her [4]  14/21 28/23 29/1 29/4
here [4]  9/23 12/5 14/4 15/10
Hi [1]  2/3
high [2]  23/22 24/2
high-level [1]  24/2
highly [1]  24/6
him [5]  7/9 7/12 29/12 29/17 33/19
Himmelhoch [1]  5/17
his [5]  29/13 29/14 29/17 29/19 31/10
hit [1]  15/23
hits [2]  6/19 15/5
hold [5]  3/1 3/25 5/24 7/15 24/16
Honor [38]
HONORABLE [1]  1/11
hopefully [1]  27/2
hoping [1]  26/23
HORIZON [1]  1/5
hours [2]  2/10 2/11
houses [1]  27/20
how [11]  2/3 6/19 6/19 7/6 9/16 10/12
10/13 14/25 18/14 23/2 23/4
How's [1]  7/13
However [2]  9/5 23/20
huge [1]  8/19
huh [1]  19/1
human [1]  28/5
hundred [1]  4/12
hundreds [2]  20/14 27/20
hurricane [2]  15/20 15/22

## I

I'll [4]  7/1 11/22 22/8 25/17
I'm [32]  2/6 2/7 2/25 3/3 4/4 4/11 4/16
5/11 6/7 9/4 12/13 12/22 14/19 14/23
18/3 18/4 18/20 18/23 19/10 20/8 22/3
22/12 24/2 24/2 26/25 27/13 27/17

28/19 29/10 30/14 30/20 33/15
identified [4]  9/23 11/2 17/16 26/3
identifying [1]  9/21
if [25]  2/14 6/16 6/22 10/20 11/18
11/19 11/20 12/20 12/25 14/1 14/7
14/16 15/8 15/22 22/12 24/7 25/5
25/21 27/5 27/9 30/11 30/21 31/23
32/24 33/10
impact [1]  15/21
in [72]
inclined [1]  24/2
include [1]  10/10
independently [1]  25/21
indicated [1]  9/1
indulgence [1]  6/15
information [7]  8/14 17/4 21/7 21/8
21/9 22/18 27/16
informed [1]  13/12
initial [1]  31/18
instance [2]  17/22 20/15
instructed [1]  13/10
intending [1]  13/15
interested [2]  10/23 14/9
internal [4]  9/13 10/24 11/5 26/14
Interrogatory [2]  21/8 21/10
into [6]  10/19 22/13 23/22 24/7 24/18
27/15
invited [1]  20/20
is [96]
isn't [2]  19/20 19/20
issue [17]  4/2 4/5 4/7 7/5 7/17 13/9
13/23 21/23 22/9 23/1 25/5 25/16 27/9
29/25 32/7 32/12 32/21
issued [1]  10/9
issues [12]  2/17 2/18 9/7 18/18 20/2
20/19 25/14 28/8 28/22 30/2 32/18
33/10
it [58]
it's [15]  2/8 2/13 6/8 6/9 10/14 10/15
14/1 17/8 17/13 17/24 22/23 24/6
24/20 31/2 32/16
item [4]  4/22 4/25 5/1 21/11 23/10
itemized [1]  5/9
its [1]  31/16

## J

jammed [1]  14/16
January [1]  8/16
January 31 [1]  8/16
jeopardy [2]  14/5 14/6
job [1]  15/10
JUDGE [1]  1/12
July [7]  6/12 13/3 20/16 28/13 29/16
29/18 30/7
July 1 [1]  20/16
July 18 [1]  28/13
July 2 [1]  13/3
July 21 [1]  30/7
July 9 [1]  6/12
jump [1]  13/17
June [7]  1/7 2/2 2/23 4/14 7/18 7/22
23/21
June 10 [1]  7/22
June 11 [4]  2/23 4/14 7/18 23/21
just [24]  7/9 8/11 8/19 9/16 10/8 10/17
11/2 11/20 11/22 12/13 12/22 17/24
18/5 18/8 20/12 22/1 22/2 26/21 28/4
28/22 28/23 30/10 30/21 33/7
justifies [1]  8/21

## K

Karis [2]  4/1 8/14
kidnapped [1]  29/11
kind [1]  22/18
Kirby [1]  17/8
know [9]  2/13 6/13 6/24 10/2 20/18
24/5 25/5 31/23 33/14
known [1]  13/24
knows [2]  2/4 5/23
Ky [2]  17/8 20/2
Ky Kirby [1]  17/8

## L

Laferriere [2]  7/6 29/7
Langan [3]  6/6 21/3 24/20
largely [1]  10/15
last [9]  3/4 3/4 5/9 7/17 21/5 25/19
27/3 30/24 33/4
late [1]  29/13
lawyer [1]  30/9
lead [1]  11/21
leaked [1]  10/19
least [4]  2/17 6/16 6/25 9/23
leave [1]  24/15
leaves [1]  14/22
left [1]  25/4
legal [1]  22/5
Lehr [2]  16/11 16/22
let [7]  2/19 3/25 4/13 5/24 7/15 31/23
33/14
let's [20]  2/4 2/16 2/18 3/20 4/13 5/12
6/10 6/18 7/5 7/12 7/15 14/15 14/22
14/22 17/6 17/16 24/15 24/16 25/19
27/23
letter [12]  2/9 2/24 4/14 4/17 5/2 7/18
7/23 9/1 14/24 19/8 20/24 23/21
letters [1]  2/6
level [1]  24/2
liabilities [1]  21/25
light [1]  6/15
like [9]  4/24 5/5 6/19 8/10 12/18 15/15
17/1 22/16 33/11
likely [2]  12/19 31/21
likewise [1]  32/25
limit [2]  9/15 9/25
limitation [1]  9/5
limitations [3]  11/12 11/19 13/14
limiting [2]  11/7 11/14
limits [1]  23/20
line [1]  24/9
lines [1]  25/7
list [1]  28/6
little [2]  2/7 8/12
load [2]  19/9 19/24
log [3]  32/17 33/1 33/12
logs [1]  32/15
long [2]  25/11 30/14
longer [2]  15/13 29/8
look [5]  2/19 4/14 7/19 21/12 26/22
looking [4]  10/1 14/23 21/13 31/15
losing [2]  12/21 12/21
lot [1]  15/17
LOUISIANA [5]  1/2 1/8 1/21 24/21 34/4
Louisiana's [1]  24/25

## M

Mac [3]  12/6 12/6 16/22
made [2]  14/8 33/17

# M

MAGISTRATE [1]  1/12
magnitude [1]  19/12
make [6]  25/5 27/1 27/23 30/10 33/7
33/16
makes [2]  23/13 24/1
making [3]  7/18 15/12 23/25
many [9]  6/19 6/19 10/1 10/12 10/13
13/22 13/23 14/2 20/14
Mark [1]  33/18
match [1]  22/4
material [1]  26/6
materials [11]  20/6 25/21 25/21 25/22
26/2 26/5 26/8 26/11 26/12 26/17 27/4
matter [1]  34/6
may [7]  10/20 12/25 16/7 21/5 24/23
30/5 31/17
May 27 [1]  21/5
MC [1]  8/11
MC 252 [1]  8/11
MD [1]  1/5
me [16]  2/19 2/25 3/25 4/14 4/20 4/25
5/24 6/16 7/16 13/12 17/24 22/12
22/24 23/18 24/5 33/18
mean [1]  29/4
means [1]  16/22
mechanical [1]  1/24
mechanisms [1]  8/7
medical [2]  28/11 28/22
meet [1]  19/14
memorialize [2]  26/21 27/1
memorializing [1]  27/14
mention [1]  17/23 25/8 28/21
MEXICO [3]  1/6 23/24 24/4
Michel [7]  7/6 7/24 12/2 12/6 12/10
12/11 31/19
Michel's [6]  13/6 13/8 13/15 14/17
14/20 31/20
might [5]  11/8 19/10 21/16 25/6 30/22
Mike's [1]  2/5
mind [1]  8/12
minimum [1]  9/9
minor [1]  29/6
minutes [2]  17/10 21/14
misread [1]  6/7
miss [2]  3/17 5/20
missed [1]  3/23
mitigation [1]  18/2
mode [1]  15/25
modifications [1]  16/15
Monday [8]  6/17 6/18 6/22 17/14 18/22
18/23 32/23 33/14
money [1]  22/22
monitoring [1]  17/12
moot [1]  3/13
more [4]  10/23 14/9 19/12 28/20
morning [2]  2/12 6/18
mostly [1]  21/4
mother [1]  3/2
move [8]  13/3 13/6 14/10 14/22 17/6
29/14 30/5 31/10
moving [4]  2/24 14/17 20/4 30/2
Mr. [16]  3/23 4/10 4/10 4/13 5/6 24/22
31/1 31/8 31/11 31/17 31/22 32/13
32/16 33/9 33/11 33/17
Mr. Bamfield [2]  3/23 4/10
Mr. Bamfield's [1]  31/1
Mr. Bray [5]  4/10 4/13 5/6 32/13 32/16
Mr. Bray's [2]  33/9 33/11

Mr. Childs [2]  31/8 31/11
Mr. Cunningham [1]  3/21
Mr. Dart's [1]  24/22
Mr. Nomellini [1]  33/17
Ms. [2]  28/21 32/9
Ms. Hankey [1]  32/9
Ms. Pennington's [1]  28/21
much [4]  10/22 16/22 23/13 31/9
mute [1]  18/9
my [23]  2/5 2/17 2/19 3/1 3/2 3/25 4/14
4/22 5/2 7/1 7/16 7/22 8/12 12/5 14/19
17/21 18/22 19/17 20/21 25/10 28/6
30/3 34/5

# N

narrow [4]  9/15 20/20 20/22 22/17
narrowly [2]  9/6 9/22
natural [3]  15/11 16/1 16/8
need [8]  12/23 18/25 19/24 21/12
23/15 26/15 30/7 31/21
needing [1]  30/25
new [6]  1/8 1/21 19/20 19/21 19/21
28/16
New Orleans [1]  28/16
news [2]  29/4 29/15
next [7]  3/20 7/1 11/18 17/9 29/19
29/24 30/2
NIC [1]  10/9
night [1]  29/13
no [18]  6/21 7/3 15/13 17/3 18/7 18/7
18/25 20/4 21/10 24/10 28/3 28/23
29/8 30/2 30/18 30/20 30/20 33/2
No. [4]  3/4 14/23 16/19 21/9
No. 1 [2]  3/4 21/9
No. 11 [2]  14/23 16/19
nobody [2]  2/4 26/1
Nomellini [1]  33/17
non [1]  16/10
non-Coast [1]  16/10
nonresponsive [1]  15/9
nonstandard [1]  16/24
noon [1]  6/22
not [51]
note [1]  10/8
notes [5]  2/19 3/25 4/14 5/25 7/16
nothing [1]  19/17
now [6]  9/21 17/21 17/23 19/22 29/8
31/19
number [3]  10/18 12/21 14/3
numbers [1]  22/4
numerous [1]  19/13

# O

O'Rourke [1]  21/24
obey [1]  14/19
objection [1]  31/19
observe [1]  25/13
obviously [2]  20/15 30/17
occur [3]  29/18 29/20 29/24
off [5]  11/3 17/9 23/20 31/24 33/11
Official [3]  1/20 34/2 34/10
Oh [5]  3/24 7/3 18/10 23/13 32/9
oil [7]  1/5 1/5 8/3 15/13 15/19 16/1
16/8
okay [32]  3/2 3/3 3/19 5/12 5/20 7/5
7/10 8/8 8/24 10/2 10/7 14/11 14/21
16/14 17/6 17/11 18/7 18/10 20/8
20/17 20/25 21/19 23/16 24/12 25/9
25/17 27/25 28/1 28/18 29/21 33/13
33/15
on [70]

once [1]  23/6
one [26]  4/4/12/5/9/12 9/3 5/7/23 7/24
9/23 11/11 11/20 12/5 13/22 13/23
17/13 19/14 21/11 24/22 27/1 28/19
29/6 29/7 30/13 32/12
only [4]  2/8 14/3 29/23 31/2
operate [2]  2/14 18/14
operations [1]  4/18
opinion [1]  18/13
opponent's [1]  13/11
opportunity [1]  7/19
or [22]  5/5 5/14 8/11 9/17 11/12 14/13
15/12 16/15 18/6 18/9 18/25 19/6
19/21 22/23 23/19 23/25 24/10 26/4
27/7 27/23 28/4 29/15
order [8]  14/19 18/24 19/12 21/5 25/3
25/6 25/16 31/23
ordered [1]  20/6
originally [1]  8/5
Orleans [3]  1/8 1/21 28/16
other [13]  2/10 8/2 8/3 9/24 15/4 15/6
16/5 19/23 22/5 27/7 28/18 29/6 31/16
other's [1]  11/19
others [4]  3/5 3/11 8/11 17/2
otherwise [7]  4/19 10/24 11/6 13/24
15/12 26/8 26/12
our [16]  9/1 13/19 15/10 16/23 18/2
19/9 19/14 19/18 24/24 26/5 28/16
28/25 30/9 31/9 31/18 32/13
ourselves [1]  2/16
out [20]  4/18 6/16 8/19 14/7 16/21
16/24 18/9 18/15 19/15 19/19 19/19
19/23 22/6 22/14 28/3 28/22 28/25
29/15 29/17 33/16
outside [5]  12/23 23/23 30/5 30/12
30/13
outstanding [2]  16/18 21/11
overbroad [1]  8/12
overlaps [1]  10/15
own [2]  26/13 26/14

# P

p.l.c [1]  21/14
page [7]  2/23 2/24 4/14 5/2 14/23
16/15 23/21
page 2 [1]  23/21
page 3 [2]  2/24 5/2
pages [1]  4/17
paper [1]  28/2
part [8]  9/3 19/20 20/12 26/15 27/1
27/4 27/6 27/20
participate [1]  25/12
particular [1]  12/6
parties [7]  13/10 22/25 25/2 26/12
26/19 30/11 30/14
parties' [2]  26/13 26/14
party [1]  26/5
past [2]  14/20 26/4
peanut [2]  6/8 7/3
pen [3]  26/25 27/14 28/2
penalty [3]  25/2 25/13 27/6
pending [2]  25/15
Pennington [2]  28/10 28/10
Pennington's [1]  28/21
people [2]  2/11 24/17
percent [1]  4/12
Perfect [1]  33/19
perfectly [1]  29/23
peril [2]  12/10 12/24
period [2]  10/3 26/10

## P

person [2]  5/23 19/6
phase [4]  25/2 25/13 26/7 27/6
phone [4]  3/1 20/2 23/12 23/14
phrase [1]  12/20
place [2]  30/1 31/3
placing [1]  13/14
plaintiffs [1]  25/11
plan [2]  18/23 25/5
planning [1]  15/20
play [1]  17/1
please [2]  2/9 32/9
point [5]  8/18 9/21 12/14 29/19 30/24
poses [1]  12/6
possibility [2]  22/14 31/15
possible [4]  16/22 17/17 19/19 25/8
Possolo [1]  16/12
potential [1]  3/20
Poydras [1]  1/21
practices [1]  26/4
predominantly [1]  15/8
prejudice [1]  21/17
premature [2]  17/24 18/12
preparedness [1]  15/20
present [2]  14/4 17/23
presumably [1]  14/2
previously [3]  9/2 9/2 27/9
primarily [1]  22/13
principles [1]  25/25
prior [6]  8/16 25/1 25/1 26/6 26/10 26/16
privilege [8]  32/7 32/14 32/15 32/17 32/18 33/1 33/10 33/12
probably [2]  23/5 33/15
problem [4]  2/9 6/21 16/25 33/2
problems [1]  7/4
procedures [1]  12/5
proceed [2]  30/13 32/9
proceedings [4]  1/24 2/1 33/23 34/6
process [5]  21/12 24/1 27/4 27/6 27/7
processed [1]  12/8
processes [3]  15/12 16/1 16/8
produce [7]  9/10 13/8 20/5 20/6 20/15 22/20 26/1
produced [14]  9/20 10/14 12/8 15/8 19/11 20/7 20/8 20/13 21/5 23/4 26/4 26/12 26/15 32/15
producing [2]  9/18 14/5
production [22]  5/5 5/5 6/9 6/12 7/6 8/13 8/18 14/5 14/23 16/19 16/23 18/18 19/18 19/21 20/3 20/16 21/2 27/12 30/25 32/24 33/5 33/9
productions [1]  19/9 19/23 29/7
projections [1]  21/13
promised [1]  19/23
pronounce [1]  7/11
proposal [2]  12/2 33/16
proposals [7]  7/19 7/23 11/19 11/22 14/25 16/14 23/19
propose [3]  11/1 13/11 13/16
proposed [6]  4/9 12/9 15/3 17/14 18/1 22/4
proprietary [1]  17/4
provide [1]  31/10
providing [1]  21/24
public [1]  27/21
publicly [6]  11/12 26/2 26/4 26/13 27/16 27/23
pull [2]  15/22 28/3

pulled [1]  26/13
pulling [1]  15/17
push [3]  8/19 8/22 16/21
pushed [1]  12/12
put [8]  12/10 12/24 14/5 14/6 16/9 23/9 28/2 28/22

## Q

quantification [4]  8/2 8/3 8/6 9/4
question [2]  7/25 16/8
questioning [2]  23/22 24/10
quick [1]  30/21
quite [6]  18/3 19/14 21/15 21/18 27/12 33/20
quote [1]  17/15

## R

Rachel [2]  23/14 32/10
RADC [2]  13/25 14/13
raise [2]  28/7 32/12
raised [2]  23/1 32/13
ran [1]  15/24
range [4]  3/13 10/4 11/8 11/15
ranges [1]  17/18
rate [1]  20/13
RE [1]  1/5
reach [2]  29/17 33/16
reached [1]  26/19
read [1]  7/1
really [3]  7/22 8/15 13/23
reason [2]  13/20 28/11
recall [1]  31/17
received [3]  2/6 17/14 18/1
recognize [1]  16/7
recognizing [1]  31/24
reconsider [1]  11/9
record [2]  27/1 34/6
recorded [1]  1/24
recorder [1]  28/5
recovering [1]  29/5
recovery [1]  8/7
redo [2]  10/14 12/10
refusing [1]  22/20
regard [2]  16/18 32/14
regarding [4]  21/24 29/13 32/13 32/18
regardless [1]  30/1
rejected [1]  7/22
related [3]  21/6 21/25 25/14
relating [5]  12/3 21/7 21/9 21/17 25/3
relative [1]  21/24
relevant [4]  9/24 14/8 16/8 21/16
rely [1]  27/10
remain [1]  28/22
remained [1]  29/25
remains [1]  27/3
removal [1]  13/24 14/12
report [5]  10/9 18/19 19/3 19/4 19/5
reported [1]  10/12
reporter [4]  1/20 3/7 34/3 34/10
reports [4]  10/17 10/22 21/6 27/8
represent [1]  9/14
reproposals [1]  7/22
request [8]  9/9 10/3 10/5 14/23 16/19 25/8 31/10 31/18
requested [2]  9/2 20/11
requests [2]  9/6 9/24
required [2]  13/7 26/1
requirements [1]  9/17
requires [1]  14/7
resolve [2]  14/16 33/10
resolved [1]  32/18

respect [10]  3/18 3/23 13/2 13/9 30/24
respond [1]  12/25
responder [1]  25/4
responders [1]  24/18
responding [1]  2/11
response [2]  10/2 27/20
responses [1]  21/21
rest [1]  33/11
result [2]  11/4 31/18
retired [4]  7/12 7/14 7/24 7/25
returns [1]  21/6
review [2]  20/15 23/24
RFP [7]  8/3 16/9 19/22 21/6 21/7 21/8 21/14
RFP 1 [1]  21/6
RFP 11 [2]  16/9 19/22
RFP 12 [1]  21/8
RFP 2 [1]  21/7
RFP 4 [1]  21/14
RFPs [1]  8/20
RIG [1]  1/5
right [16]  2/4 3/24 3/24 4/11 4/11 5/8 5/11 11/11 14/11 15/14 17/6 20/4 26/20 30/20 31/5 33/6
ringing [1]  3/1
Robertson [3]  28/10 28/12 28/13
Roger [2]  7/9 7/14
rolling [1]  2/16
ruling [1]  22/14
run [7]  11/19 12/16 12/23 13/9 14/12 14/15 20/10
running [5]  8/1 13/13 13/14 13/18 21/12
rush [1]  28/3

## S

said [7]  6/11 7/9 9/19 14/1 14/7 25/15 26/21
sales [3]  3/20 23/17 23/19
SALLY [1]  1/11
same [1]  4/9
Sarah [24]  3/6 3/10 5/17 5/22 5/23 6/25 9/12 9/17 11/1 11/11 13/12 14/1 14/16 14/24 14/25 18/18 26/21 27/8 27/13 28/19 28/24 30/14 32/7 33/16
saw [1]  18/19
say [8]  4/15 6/18 7/7 11/21 17/24 18/12 25/11 31/21
saying [4]  3/5 9/12 9/17 21/25
says [1]  23/21
SCAT [1]  12/18
schedule [4]  12/13 24/22 30/25 31/6
scheduled [2]  13/3 29/19
scientific [1]  15/13
scope [1]  22/17
search [32]  4/9 4/21 5/6 5/6 8/4 8/19 10/14 10/15 10/15 11/20 12/8 12/9 12/10 12/13 12/24 13/10 13/12 13/15 13/19 13/20 14/3 15/3 15/7 15/11 15/24 16/2 17/15 17/18 18/1 18/14 19/21 20/12
searched [1]  12/18
searches [7]  6/19 8/16 13/13 16/9 17/21 19/22 20/12
searching [3]  5/18 12/7 16/6
second [1]  3/4
Section [1]  1/6
see [14]  4/13 5/24 6/19 6/22 7/5 7/15 11/18 14/22 16/14 17/7 24/15 24/16

**S**
see... [2]  25/11 25/19
seek [1]  25/12
seeking [2]  12/19 13/11
seem [1]  22/18
seems [3]  22/24 23/18 24/4
selling [1]  24/4
send [1]  19/5
separate [1]  15/3
served [1]  21/20
server [2]  19/3 19/7
set [2]  19/6 27/19
settlement [1]  2/12
seven [2]  33/4 33/8
seventh [3]  4/22 4/25 5/1
share [1]  17/4
shared [2]  26/15 27/4
SharePoint [1]  27/19
she [5]  5/23 13/12 13/13 14/1 29/5
shore [1]  15/22
shoreline [2]  12/4 12/17
short [2]  19/11 31/23
shot [1]  11/22
should [12]  7/10 9/20 11/4 13/19 14/4
  18/19 22/22 22/24 23/15 25/2 29/18
  32/4
shouldn't [3]  14/5 14/6 28/12
show [1]  12/19
shown [1]  25/7
SHUSHAN [1]  1/11
side [1]  27/7
sides [1]  27/10
significant [2]  12/21 13/23
similarly [1]  31/1
simply [3]  9/1 16/23 17/13
since [1]  2/5
site [1]  27/19
situation [2]  28/23 31/1
six [1]  30/17
skim [2]  8/1 8/10
skimmed [1]  8/4
skimmers [1]  15/18
skimming [2]  8/15 9/8
Smith [3]  3/16 4/8 18/11
so [42]
software [1]  1/25
some [9]  7/18 12/3 16/7 18/13 19/9
  20/21 20/22 24/17 25/25
someone [2]  2/8 17/12
something [7]  4/6 7/22 22/24 23/5 24/5
  24/8 25/18
sometime [2]  19/6 29/18
soon [2]  20/5 21/15
sorry [12]  3/1 3/9 3/24 4/4 4/11 5/16
  6/7 6/7 6/17 9/4 20/9 28/19
sort [2]  21/21 22/17
sought [3]  8/3 10/13 12/16
speak [2]  23/2 29/12
speaking [1]  27/8
specific [4]  8/20 19/3 24/10 24/10
specifically [3]  9/8 15/3 26/2
specifics [2]  23/19 24/3
specs [1]  19/14
spent [1]  22/22
spill [2]  1/5 21/25
spreadsheet [1]  22/5
stages [1]  17/20
stand [1]  6/22
standing [1]  23/15

**S**
start [3]  2/4 13/18 20/19
started [3]  9/18 13/24 17/
starting [1]  5/13
starts [1]  5/14
State [1]  24/21
states [16]  1/1 1/12 4/9 4/22 9/10
  10/21 10/23 14/7 22/16 25/13 25/15
  27/24 31/25 32/5 32/11 34/3
STATUS [1]  1/11
stenography [1]  1/24
step [1]  11/18
Steve [3]  21/23 23/1 23/11
Steve's [1]  23/21
still [2]  21/11 28/9
stipulate [3]  22/1 22/2 22/25
stipulation [2]  22/14 22/23
stipulations [2]  22/4 22/19
STR [1]  12/18
straightening [1]  18/15
Street [1]  1/21
strike [2]  2/22 4/16
string [3]  8/9 10/16 16/2
stuff [2]  10/17 16/21
subject [2]  22/23 28/11
submitted [1]  21/23
substantial [2]  8/12 14/4
substantially [1]  8/21
such [5]  8/1 10/21 11/2 23/22 27/8
sufficiently [1]  33/9
suggest [4]  2/8 9/13 10/20 24/25
suggestion [1]  2/8
suggestions [1]  23/19
summaries [1]  10/17
summary [1]  10/10
supplemental [1]  21/20
supplies [1]  23/7
supposed [1]  16/2
sure [13]  6/21 13/1 14/19 18/4 18/20
  20/20 20/20 22/3 29/10 30/10 30/23
  33/7 33/16
suspended [1]  30/2
system [1]  8/22

**T**
table [1]  11/4
tailored [2]  9/6 9/22
take [7]  11/3 11/20 17/21 21/12 26/25
  27/13 31/3
taken [2]  6/26 31/24
taking [3]  30/1 31/17 31/20
talk [3]  2/18 6/10 22/7
talking [4]  15/25 20/14 27/17 30/18
tape [1]  28/5
targeted [2]  8/20 15/11
tax [1]  21/6
team [2]  12/17 28/24
technical [1]  12/5
Technically [1]  12/22
technique [1]  12/4
TELEPHONE [1]  1/11
tell [3]  4/25 22/8 32/23
tend [1]  22/21
term [8]  4/22 4/23 5/7 13/22 14/8 14/11
  14/15 15/13
terms [38]
test [1]  15/25
texted [1]  29/12
than [3]  14/9 15/6 22/5
thank [13]  2/15 3/19 12/1 18/17 20/1
  21/19 23/16 24/13 24/14 28/14 29/2

  30/16 33/22
that's [21]  2/23 3/6 3/21 4/11 4/11 5/9
  5/10 6/5 6/21 6/23 7/11 9/18 16/13
  19/7 21/15 24/9 28/6 30/8 31/1 31/7
  33/20
their [4]  17/4 17/14 26/14 26/16
them [6]  2/19 17/21 19/5 20/21 20/23
  31/23
then [10]  2/24 19/6 23/18 25/4 26/3
  27/13 29/16 30/4 31/8 32/25
there [12]  4/21 7/23 15/13 17/12 18/13
  19/8 24/24 27/2 27/5 28/22 29/6 29/15
there's [8]  17/24 18/4 19/16 21/17
  27/18 28/3 28/11 28/23
therefore [1]  31/12
these [7]  9/6 9/11 9/16 11/6 11/21 16/7
  25/6
they [26]  6/11 6/12 7/8 7/21 15/8 15/19
  15/22 17/1 17/3 17/6 17/16 17/16
  17/17 17/21 20/22 22/17 22/18 24/3
  25/4 25/5 25/12 25/21 26/2 26/3 27/5
  29/10
thing [5]  7/17 17/13 25/8 28/18 28/20
things [5]  10/21 12/18 15/15 19/18 29/6
think [41]
third [2]  5/13 26/11
this [39]
those [29]  2/14 3/12 5/16 5/18 6/2 6/4
  7/20 9/22 9/24 10/22 11/2 11/3 11/19
  12/23 15/1 15/24 16/3 16/9 16/15 18/2
  18/15 19/10 20/7 20/8 21/16 25/22
  26/15 27/10 27/11
though [1]  19/1
thought [2]  4/6 27/12
thoughts [1]  33/14
thousand [1]  10/12
thousands [2]  20/14 27/20
three [1]  16/15
through [7]  2/18 2/19 5/12 5/24 8/22
  10/5 20/19
Thursday [1]  6/17
time [11]  7/2 8/23 12/14 13/6 13/7 14/8
  16/6 19/11 25/19 26/10 32/6
timeline [1]  32/21
tiniest [1]  20/12
today [4]  6/17 19/8 21/21 23/12
together [1]  25/19
told [2]  13/12 18/2
tomorrow [2]  19/6 20/23
Toni [4]  1/20 34/2 34/9 34/9
too [1]  8/12
touch [1]  33/22
tough [1]  2/13
toward [1]  23/6
towards [1]  12/12
transcript [2]  26/23 34/5
transcription [1]  1/25
tree [2]  19/4 19/5
tremendous [1]  9/15
trial [3]  31/12 31/13 31/24
true [1]  34/4
try [8]  2/7 2/9 2/11 2/14 7/1 9/15 20/21
  29/16
trying [6]  8/19 18/9 18/15 20/19 29/15
  30/5
Tusa [4]  1/20 34/2 34/9 34/9
turbulence [2]  15/16 15/21
turns [1]  14/7
Tusa [4]  1/20 34/2 34/9 34/9
two [10]  7/23 9/21 11/21 14/25 15/5

**T**

two... [5]  16/14 17/17 28/8 29/6 30/21
type [2]  11/13 27/10
types [1]  23/24

**U**

U.S [16]  6/11 7/6 7/19 13/9 13/14
13/18 16/16 17/14 18/6 18/18 20/11
20/18 23/20 27/9 27/19 31/12
U.S.'s [5]  2/24 3/3 31/9 31/19 31/22
unable [1]  4/4
under [2]  23/20 23/24
understand [10]  9/17 14/18 20/22 22/3
22/9 23/3 24/17 27/18 28/10 33/16
understanding [4]  22/5 26/18 33/3 34/5
understood [5]  2/19 15/10 16/1 24/11
24/25
undertaken [1]  9/14
unfortunately [1]  32/22
UNITED [14]  1/1 1/12 4/9 4/22 9/10
10/21 10/23 14/7 22/16 27/24 31/25
32/5 32/11 34/3
United States [11]  4/9 4/22 9/10 10/21
10/23 14/7 22/16 27/24 31/25 32/5
32/11
unless [1]  26/2
until [3]  6/16 18/23 32/25
unwilling [2]  22/12 23/8
up [14]  2/7 2/13 3/21 10/12 12/19
15/11 15/17 15/19 17/13 18/25 19/6
22/4 27/19 31/14
update [2]  18/23 21/1
updated [1]  18/19
upstream [1]  23/25
us [21]  2/7 2/9 2/11 8/10 10/14 12/7
13/20 14/22 17/16 17/17 21/1 22/18
24/15 24/21 26/24 29/5 29/12 29/16
31/10 32/25 33/14
use [3]  9/8 26/5 26/16
used [2]  13/20 26/9
user [1]  16/22
uses [1]  15/16
using [2]  1/24 4/9

**V**

various [1]  8/6
versus [2]  15/18 25/21
very [14]  7/23 9/6 9/15 9/16 11/25 13/3
13/12 13/21 21/15 25/25 29/12 31/8
31/20 31/23
voices [1]  3/8
volume [1]  8/18
voluminous [3]  10/18 11/2 27/12

**W**

w/5 [1]  4/18
wait [3]  6/17 29/3 32/2
waiting [1]  28/9
want [13]  8/24 10/8 15/13 17/3 18/5
18/6 22/7 23/1 23/6 24/7 28/7 28/21
33/7
wanted [9]  4/22 17/13 17/24 28/22
28/23 29/23 30/10 31/14 32/12
wants [1]  23/22
warning [1]  20/11
was [26]  3/9 4/4 4/21 8/13 8/16 9/2 9/3
9/12 10/3 10/13 12/17 13/13 13/14
15/10 16/1 16/2 18/20 18/20 18/22
19/8 23/17 24/23 24/24 26/23 27/8
33/17

Washington [1]  29/11
wasn't [2]  24/1 24/3
wave [1]  15/15 15/21
way [5]  8/20 9/12 20/19 24/23 24/24
we [191]
we'll [4]  24/5 29/3 32/2 33/22
weathering [2]  15/16 15/19
web [1]  19/6
week [8]  18/21 24/18 29/19 29/24 30/2
30/19 31/2 31/3
weeks [1]  30/17
well [17]  7/10 10/18 11/8 11/10 11/25
14/21 14/22 17/1 20/17 21/9 21/25
23/13 28/23 31/20 32/17 33/13 33/22
went [1]  12/3
were [24]  8/5 10/13 13/13 13/15 14/9
15/4 15/4 15/7 15/11 15/12 15/17
15/19 15/24 15/25 18/8 18/9 20/10
22/22 25/7 25/19 25/20 29/6 29/15
29/15
what [34]  2/6 2/13 3/21 4/14 4/25 5/20
5/24 6/15 6/16 8/21 9/2 9/2 9/17 10/16
15/15 15/21 15/22 16/1 16/18 20/18
22/1 22/3 22/8 22/17 23/24 23/25
24/15 26/21 27/4 28/4 29/10 29/13
32/23 32/25
what's [2]  23/3 32/21
whatever [2]  22/22 25/16
when [12]  7/8 9/19 10/16 13/12 15/24
20/22 24/5 24/8 26/21 28/3 32/15
32/23
where [5]  2/25 6/22 7/15 9/18 14/22
whether [9]  7/25 13/5 18/9 22/23 23/23
24/3 29/3 29/15 31/15
which [20]  4/1 4/5 5/15 8/11 8/15 9/16
9/25 10/1 10/17 10/22 12/16 14/3 16/1
16/22 19/4 20/14 21/14 28/16 29/4
32/13
while [4]  6/1 13/17 20/2 27/5
who [6]  2/9 3/7 17/16 24/1 24/8 30/4
whoever [2]  22/22
why [6]  6/21 11/11 11/14 13/20 20/17
20/22
will [30]  8/21 11/9 11/16 11/17 11/23
12/10 12/14 14/3 14/16 14/18 14/21
18/2 18/14 19/6 19/15 20/21 20/23
23/9 25/15 26/3 29/4 29/17 29/19
29/24 31/3 31/12 31/17 31/20 31/23
32/24
willing [2]  13/3 14/10
willingness [1]  31/9
wishes [1]  28/25
within [6]  9/4 9/5 9/25 15/16 17/9 26/12
within-15-character [1]  9/4
within-15-words [1]  9/5
without [2]  26/5 26/9
witness [12]  17/16 18/2 21/24 22/12
22/15 22/20 23/2 30/4 30/9 30/25
31/12 31/24
witnesses [2]  16/16 17/17
word [1]  10/11
words [3]  8/3 9/5 15/15
work [6]  10/21 14/21 18/14 20/19
22/16 23/6
worked [1]  12/6
working [3]  19/3 19/10 19/22
worry [1]  7/3
would [24]  2/15 4/23 5/5 6/20 8/10 9/9
9/25 11/20 14/12 14/12 15/21 16/11
22/16 23/23 25/8 26/11 26/23 27/2

27/9 27/12 27/22 31/21 32/15 33/10
writing [1]  26/22
wrong [1]  22/12

**Y**

Yeah [1]  6/3
Yep [1]  22/10
yes [11]  3/9 3/11 4/3 5/3 6/10 6/24 8/25
14/14 16/17 18/8 23/11
yesterday [4]  2/5 17/18 18/20 18/20
yet [3]  18/1 21/15 21/18
you [76]
you're [3]  3/24 3/24 10/16
your [53]
Your Honor [31]  3/9 3/15 3/18 3/22
4/21 6/5 6/14 7/21 10/8 10/20 11/10
12/25 14/18 16/13 16/21 18/8 18/22
21/3 22/8 23/11 24/11 24/13 24/20
25/10 25/24 26/25 28/8 30/16 30/21
32/2 32/22