1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  OIL SPILL BY THE OIL RIG   *   10-MD-2179
            *DEEPWATER HORIZON* IN THE    *
6           GULF OF MEXICO ON            *   Section J
            APRIL 20, 2010               *
7                                        *   June 26, 2014
                                         *
8   Applies to:  10-4536                 *   New Orleans, Louisiana
                                         *
9   * * * * * * * * * * * * * * * * * * *

10

11              TELEPHONE STATUS CONFERENCE BEFORE
                 THE HONORABLE SALLY SHUSHAN
12              UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20
    Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
21                                 500 Poydras Street, HB-406
                                   New Orleans, Louisiana 70130
22                                 (504) 589-7778

23

24
    Proceedings recorded by mechanical stenography using
25  computer-aided transcription software.

**<u>PROCEEDINGS</u>**

**(June 26, 2014)**

<div style="margin-left:40px">

12:59  1

12:59  2

01:04  3       THE COURT:  Good afternoon to everybody.  How are the

01:04  4   depos going?

01:04  5       MS. HIMMELHOCH:  They are going well, Your Honor.

01:04  6   There's one issue that I don't think is ripe for discussion

01:04  7   today but we just want to flag for you, and that is that we

01:04  8   have had a disagreement with BP about the effect of their

01:04  9   written objections.

01:04  10          As you recall, you ruled on a motion to compel

01:04  11  that we brought for those topics where BP had said explicitly

01:04  12  that they were not going to produce a witness on the topic.  We

01:05  13  discovered in the deposition of Mr. Morrison that there were

01:05  14  other topics on which they were unwilling to provide any

01:05  15  testimony and yet that was not identified.  Their position was

01:05  16  that the objections that they served on us essentially modified

01:05  17  the deposition topics that we had served and that we were bound

01:05  18  by their objections and not by the topic that we had served.

01:05  19          I don't think at this point we are requesting

01:05  20  any relief for the Morrison deposition, but I just want to flag

01:05  21  this as an open dispute between us and BP in case it arises in

01:05  22  another deposition and we need to bring you in at the time to

01:05  23  address a question of whether or not a question needs to be

01:05  24  answered because it falls within our topic but outside of what

01:05  25  BP's interpretation of that topic is.

</div>

|     |     |                                                                        |
| --- | --- | ---------------------------------------------------------------------- |
| 01:06 | 1 | **THE COURT:**  Okay. |
| 01:06 | 2 | **MS. KARIS:**  Your Honor, this is Carrie Karis. |
| 01:06 | 3 | **THE COURT:**  Yes, Carrie. |
| 01:06 | 4 | **MS. KARIS:**  Since I was at Mr. Morrison's deposition, |
| 01:06 | 5 | if I could respond very briefly, recognizing that the U.S. is |
| 01:06 | 6 | not asking for any relief at this time. |
| 01:06 | 7 |         Suffice it to say, I don't agree with the |
| 01:06 | 8 | characterization of what information or notice had been |
| 01:06 | 9 | provided to the U.S. with respect to what Mr. Morrison would |
| 01:06 | 10 | speak to.  The U.S. asked BP to provide a witness on what the |
| 01:06 | 11 | economic impact of the spill was to the local Gulf economies, |
| 01:06 | 12 | which we contend for a variety of reasons is the subject of |
| 01:06 | 13 | expert testimony.  BP does not have in-house information as to |
| 01:06 | 14 | what the impact was on the Gulf. |
| 01:06 | 15 |         We had made that very clear in our objection, |
| 01:06 | 16 | and we stated that the witness would be put up specifically to |
| 01:06 | 17 | speak to half of that topic, which was the other half, that is, |
| 01:06 | 18 | what benefit BP's employees and services provide to the |
| 01:07 | 19 | economy.  So I don't agree that it wasn't clear what |
| 01:07 | 20 | Mr. Morrison would speak to. |
| 01:07 | 21 |         If and when the U.S. moves on this, we can take |
| 01:07 | 22 | this issue up further.  As I indicated in the deposition, |
| 01:07 | 23 | Mr. Morrison was not prepared to speak to that topic, we |
| 01:07 | 24 | weren't proffering him on that topic, and there definitely have |
| 01:07 | 25 | been sufficient motions to compel for issues where we had |

1    objections or the U.S. had objections to what a witness was

2    being offered to testify about.  So there was an opportunity to

3    raise this in advance.  There was no doubt, based on the

4    objection, that Morrison was not going to speak to this and he

5    wasn't prepared to speak to this.

6          THE COURT:  Okay.

7          MS. HIMMELHOCH:  That's the crux of the problem,

8    Your Honor.  While we understand that they may have expert

9    testimony, they have been asking us for this information and we

10   have been providing the information that is available to us now

11   despite the fact that we are going to be producing an expert.

12         If the answer in the deposition was BP has no

13   in-house information, we would not be here at this moment

14   raising this as a potential issue for the additional

15   deposition.  What we are worried about is they interpret a

16   topic as calling for expert testimony and, therefore, they

17   don't have to decide or discover or prepare for whether or not

18   there's any in-house BP information related to that topic.

19         If that is appropriate, then they are imposing a

20   double standard on what they are expecting from us in our

21   30(b)(6) witnesses and what they are providing to us in

22   depositions.  I don't think, though, as I said, we are asking

23   for any relief right now.  I just wanted you to know this was

24   an issue that was bubbling out.

25         THE COURT:  Okay.

01:08   1          **MS. HIMMELHOCH:**  Other than that, the depositions are

01:08   2   going very well.

01:09   3          **THE COURT:**  Good.  Good.  I went over to the Pan Am

01:09   4   Building for a salad the other day and forgot that you all were

01:09   5   there.  I was reminded when I saw one of your colleagues in

01:09   6   line behind me and I thought, "Oh, I have to stay away from the

01:09   7   Pan Am for an extended period."  All right, guys.

01:09   8          **MS. HIMMELHOCH:**  At least until January.

01:09   9          **THE COURT:**  Exactly.  Exactly.  That's okay.  Their

01:09  10   salads haven't been very good lately.

01:09  11          **MS. KARIS:**  Half the shops are shut down over there.

01:09  12          **THE COURT:**  Exactly.  All right.  Let's see.

01:09  13          **MS. KARIS:**  Your Honor, I'm sorry.  I would say there

01:09  14   is one more issue with respect to the depositions.  I'm happy

01:09  15   to defer it -- actually, two more issues.  I'm happy to defer

01:09  16   it to hear what the Court's agenda and preference is, but I

01:09  17   don't want to leave it as if there are no other issues with

01:09  18   respect to the deps.

01:09  19          **THE COURT:**  Okay.  Well, let's go ahead and cover

01:09  20   what's on your mind so you don't forget.

01:10  21          **MS. KARIS:**  Okay.  Terrific.  The first issue relates

01:10  22   to an examination that took place on Tuesday in response to a

01:10  23   30(b)(6) topic that BP has served on the United States in which

01:10  24   the United States put up Barron Mace.  I may have that

01:10  25   backwards.  Mace Barron, actually.

1       **MS. HIMMELHOCH:**  It is Mace Barron.

2       **MS. KARIS:**  Mace Barron.

3              During the deposition, as BP's counsel was going

4       to use a document to examine the witness, the United States

5       asserted privilege over that document and inadvertent

6       production.

7              We are in the process of further evaluating that

8       assertion.  Our initial reaction is that that is not a

9       privileged document, but we want to make sure we reflect on it,

10      and I want to raise with the Court that we may be seeking

11      further relief with respect to that issue.  We would be filing

12      a motion at the appropriate time, once we have the opportunity

13      to finalize our assessment of that issue.

14      **THE COURT:**  Okay.

15      **MS. KARIS:**  The second issue is that I had indicated

16      to the Court when we were last together that we may be

17      withdrawing our request for the Childs deposition.  I am

18      confirming that BP is, in fact, going to withdraw the request

19      for the Childs deposition.  So that deposition does not need to

20      go forward.  The United States, as I indicated last time, has

21      not listed him as a trial witness and, therefore, there is no

22      reason to proceed with that deposition.

23      **THE COURT:**  Okay.

24      **MS. HIMMELHOCH:**  I absolutely do not want to look a

25      gift horse in the mouth, Your Honor.  The one point I want to

01:11  1    make is that Childs was designated for one of the 30(b)(6)
01:11  2    topics.  Is BP also withdrawing that 30(b)(6) topic?
01:12  3              MS. KARIS:  Yes, we are.
01:12  4              MS. HIMMELHOCH:  Okay.  Then I am not looking the
01:12  5    gift horse in the mouth at all.  I will simply say thank you.
01:12  6              THE COURT:  No, it's a bigger gift as a matter of
01:12  7    fact.
01:12  8              MS. HIMMELHOCH:  Exactly.
01:12  9              THE COURT:  All right, kids.  Okay.  So that gets us
01:12  10   up-to-date on depositions.  The biggest issue that I see for
01:12  11   today is the production of documents and privilege logs for
01:12  12   Bamfield and Bray.
01:12  13             What we heard from Peter was that he thought BP
01:12  14   could comply with one week in advance of depositions to produce
01:12  15   documents and privilege logs.  The United States has responded
01:12  16   that they don't think that's sufficient.  So that's where we
01:13  17   find ourselves.
01:13  18             I want to propose a schedule that perhaps could
01:13  19   take care of the disagreement and logjam.  I don't know what --
01:13  20             MR. NOMELLINI:  Your Honor --
01:13  21             THE COURT:  Mark, have you got something?
01:13  22             MR. NOMELLINI:  The only thing I would add -- good
01:13  23   afternoon, Your Honor -- is as I perceived it -- I could be
01:13  24   wrong.  As I perceived it, the U.S.'s disagreement was with the
01:13  25   privilege log schedule for Mr. Bray.

THE COURT:  Is that right, Sarah, it's only Bray?

MS. HIMMELHOCH:  That's correct, Your Honor, that is the issue.  I think we are okay on Bamfield.

THE COURT:  Okay.  Well, then, good.  That makes it easier.

MS. HIMMELHOCH:  Yes.  Correct.

THE COURT:  It seems to me that we should think about -- and Mark, please, comment -- on getting the production and privilege logs out on an expedited rolling basis so that, for example -- this is what Mike put together, and July 2 is next Wednesday.

By July 2 the first installation for Bray's production would come out with July 9 being the first installation of the privilege log, seven days later.  Then that same day the second installation of production would happen.  Then a further privilege log would have to come out.  What Mike gave me doesn't take care of a further installation of a privilege log, so we would have to fool around with that.

MR. NOMELLINI:  Your Honor, it's Mark.  I'm happy to comment on that.

Thank you, Mike, for putting that together.

So the United States' e-mail, as I read it, had to doing with the privilege log for Mr. Bray, not the production.

THE COURT:  Okay.

1    **MR. NOMELLINI:**  So on that what we will aim for,

2  Your Honor, is to -- it certainly will comply with whatever

3  schedule is set by the Court as fast as we can and in

4  particular, because it's the U.S.'s concern, getting the Bray

5  privilege log out to the U.S. as it's available, not polishing

6  that until the last day, if we can, and providing that in

7  installments.  The exact timing of those installments I can't

8  forecast with 100 percent accuracy, but I hear the Court and

9  that's what we will do.

10    **THE COURT:**  Let me ask you this, Mark.  Do we have a

11  forecast?  Are we talking about 10 documents, 200 documents, or

12  2,000 documents?

13    **MR. NOMELLINI:**  For the privilege log, you know, I

14  would have to -- I could probably get that answer to you pretty

15  quickly, Your Honor.  Maybe I can even send an e-mail before

16  this call is over.

17    **THE COURT:**  Okay.

18    **MR. NOMELLINI:**  In terms of documents, I think we are

19  probably talking about for Mr. Bray maybe -- boy, you know, I

20  really want to check before we finally determine it, but maybe

21  half a thousand.  I think the privilege log for Bray is going

22  to be bigger because he is an attorney.

23    **THE COURT:**  Right.

24    **MR. NOMELLINI:**  That's where I hesitate more.

25    **THE COURT:**  That's fine.  I don't want you to stick

1  your nose out and make a guesstimate that's not correct, but

2  that gives me some idea of what we are talking about.

3          MR. NOMELLINI:  I'm just sending Peter an e-mail,

4  "How many documents will be on the Bray privilege log,

5  estimated?" and I underscore "estimated."

6          THE COURT:  Guesstimated.

7          MR. NOMELLINI:  So we'll see if we can get that quick

8  turnaround from Peter on that and then we can provide

9  Your Honor with more information on that.

10          THE COURT:  That would be good.  Thanks.

11               Then as that comes rolling out, what I would

12  like to do is have you all serve us as well as the U.S. so that

13  we can start looking at it at the same time as the U.S., so we

14  don't have the lag time of the U.S. looking at it, telling us

15  what their problem is, having you respond.  It seems to me we

16  are not going to have that luxury.

17          MR. NOMELLINI:  Yep.  We will serve it on the Court,

18  Your Honor.

19          THE LAW CLERK:  We are going to have to get the

20  unredacted --

21          THE COURT:  Yeah, I guess so.  I think that's right.

22  When you serve us, would you mind also sending the unredacted

23  document for us to look at it as we are reviewing the log.

24          MR. LANGAN:  Even before there's a challenge?

25          THE COURT:  Bray is set for July 16.

01:18  1          **MR. LANGAN:**  That's Andy Langan talking, by the way.

01:18  2          **THE COURT:**  We won't rule on it before there's an

01:18  3  objection, but it seems to me that Mike and I need to be

01:19  4  looking at them.

01:19  5               Maybe what we can do is, Sarah, as this comes in

01:19  6  to you, and if you all will give me your rolling objections --

01:19  7          **MS. HIMMELHOCH:**  Of course, Your Honor.  Once we get

01:19  8  a sense of the volume, we will give you a turnaround for when

01:19  9  we can get you objections so that you will know how soon after

01:19  10  you get the privilege log you will be getting any objections we

01:19  11  have to the privilege log.

01:19  12          **THE COURT:**  Right.  Exactly.

01:19  13          **MS. HIMMELHOCH:**  We need to know the rough volume

01:19  14  before we can come up with that estimate.

01:19  15          **THE COURT:**  Maybe that's what we do, Andy, is take it

01:19  16  up on a rolling basis and review the documents that the

01:19  17  United States says they have an objection to.

01:19  18          **MR. LANGAN:**  Thank you, Your Honor.

01:19  19          **MR. NOMELLINI:**  Your Honor, Peter has come through.

01:19  20          **THE COURT:**  From down in the dungeon, huh?

01:20  21          **MR. LANGAN:**  He is over in the bunker.

01:20  22          **MR. NOMELLINI:**  So we would estimate -- and this is a

01:20  23  very rough estimate -- something like 800, 900 documents on the

01:20  24  privilege log.

01:20  25          **THE COURT:**  Okay.

1    **MS. HIMMELHOCH:**  Your Honor, I really would like to
2    have some firm dates because here's our problem.  After about
3    the 2nd, every one of us is going to be in depos fairly
4    regularly from that point forward, so it's going to be a
5    difficult scheduling challenge for us.
6            As you reminded BP when they decided to use
7    Mr. Bray, we always knew this was going to be an issue given
8    that he is an attorney.  We would really ask that you direct BP
9    to give us firm dates, that they be earlier in July than the
10   9th for at least some of the privilege documents -- or some of
11   the priv. logs to come to us, so that we can use the time,
12   before we are all consumed by depositions, effectively.
13           **THE COURT:**  Remembering that July 2 is less than a
14   week away.
15           **MS. HIMMELHOCH:**  I remember that.  I would say that
16   we all have to pull off some miracles in document production
17   and document review here.  I think given the burden that we
18   have faced and met in discovery, it is not unfair to ask BP to
19   do the same.  I think you do have to remember that while their
20   custodial productions have been on the order of 10,000 or
21   15,000, our custodial productions have been on the order of
22   100,000.  So I don't think it is unfair to say to BP this is a
23   critical issue for the United States.  Please dedicate the
24   resources necessary to get at least some of the privilege log
25   to us by the 2nd of July.

01:21   1    THE COURT:  Yeah, I think that's fair.

01:22   2         Mark, what do you think about that?  Remember

01:22   3    that it has to go through two stages, one, the United States

01:22   4    has to look at it and, two, we have to look at it, all prior to

01:22   5    Wednesday, July 16.

01:22   6    MR. NOMELLINI:  Your Honor, we will get the Court and

01:22   7    the United States what we can by the 2nd of July, maybe it will

01:22   8    even be the 3rd of July, but we understand what the Court is

01:22   9    saying.  It may be that we are able to include less in the

01:22   10   first instance in order to meet that.  But we understand what

01:22   11   the Court is driving at, and we are not going to sit on

01:22   12   anything or delay anything until the last round and understand

01:23   13   doing it on a rolling basis.

01:23   14   THE COURT:  Okay.

01:23   15   MS. HIMMELHOCH:  We appreciate that, Mark.

01:23   16   THE COURT:  Thanks, Mark.

01:23   17   MR. NOMELLINI:  So, Judge, what we have in terms of

01:23   18   estimate is -- again, this is a really ballpark number subject

01:23   19   to Peter's couple minutes of due diligence -- about 800 to 900

01:23   20   documents on the log, about 400 to 500 documents to produce.

01:23   21   It could change.  If we get more information, we will let the

01:23   22   U.S. know.

01:23   23   THE COURT:  Good.  Thank you.  I appreciate it, Mark.

01:23   24   We'll just keep it rolling.

01:23   25   MR. NOMELLINI:  Yes.

1    **THE COURT:**  Let's move on to production of custodial

2  files relative to Michel and Laferriere.  Any issues there,

3  guys?

4    **MS. HIMMELHOCH:**  Your Honor, we have completed the

5  Jacqui Michel custodial collection.  We completed it just

6  early, seven days before the deposition.  We have done several

7  large productions of the Michel custodial files responsive to

8  searches we had agreed to in the RFPs.  Then for the searches

9  that were ordered on the 29th, we got them done.  By Friday we

10  had produced the nonprivileged, and yesterday we completed

11  production of the documents that we could release from the

12  privilege review.  So they have everything for Dr. Michel.

13    Captain Laferriere's documents should go out

14  very shortly.  I will remind the Court and BP that we still

15  don't have a date for Captain Laferriere.  It is because he has

16  been deployed to respond to the emergency created by the influx

17  of minors without parents, of the illegal immigrants or

18  whatever you want to call them who have come into the country

19  without their parents.  He is coordinating the dispatch of

20  medical and other care to all of the kids.  So we only are able

21  to hear from him occasionally, and it's an e-mail saying, "I

22  still don't know when I will be released from this deployment."

23    If we continue not to get a date from him, we

24  will reexamine whether there's another individual who can cover

25  his 30(b)(6) topic.  Then he can be produced in his individual

1    capacity if BP still wants him in his individual capacity.  We

2    are still struggling with getting a date out of the captain

3    because of his emergency duties.

4            **THE COURT:**  That's a mess.

5            **MS. HIMMELHOCH:**  Yes, it is, Your Honor.

6            **MS. KARIS:**  Your Honor, can I address the issue of

7    Dr. Michel's files first?

8            **THE COURT:**  Sure.

9            **MS. KARIS:**  We certainly appreciate the United States

10   completing Dr. Michel's custodial file.  However, we do have an

11   issue with not only the volume but the timing of Dr. Michel's

12   deposition for the following reason.

13           As the Court may recall when we were discussing

14   and debating the terms for Dr. Michel, Dr. Michel's deposition

15   is scheduled for Wednesday, July 2, and I had expressed a

16   concern about the volume of documents that may be produced, let

17   alone the timing of that production.  While the United States

18   did, in fact, provide us with 18,000 documents on June 25, on

19   June 23 we got 31,000 documents.  Prior to that we had gotten

20   11,000 documents on June 10 and the like.

21           What I will say is many of the documents

22   produced before this Wednesday were documents that were

23   responsive to discovery requests for which those documents were

24   due on May 27.  If the Court will recall, Sarah had made the

25   point to the Court that they are working as fast as they can to

1    get documents out.

2              Without arguing back and forth on the timing of

3    the production and whether we could have and should have gotten

4    those documents sooner, we are now in a situation where

5    Dr. Michel's deposition is scheduled for next Wednesday and we

6    have gotten over 50,000 documents just this week, totaling over

7    100,000 pages.

8              I had raised this concern with the United States

9    last week.  On Friday Steve O'Rourke sent me an e-mail

10   recognizing the potential challenges with the production they

11   may have and had offered to move the deposition to August 1.

12   It was our understanding that that was the first day Dr. Michel

13   was available, recognizing it is outside the dep period.

14             On Tuesday morning, literally as I was about to

15   send an e-mail saying we will take August 1 -- and the reason I

16   didn't do it on Monday is because I was in a deposition with

17   Ms. Folse -- I got an e-mail from Steve saying, "We withdraw

18   our offer and now you will take Dr. Michel's deposition on

19   July 2."

20             We are asking for relief from the Court to move

21   the deposition to August 1 in light of the volume of documents

22   that we have received; not only documents that come straight

23   from her custodial file but, frankly, a lot of other documents

24   that because of the timing of the production we are jammed to

25   review 100,000 documents.

01:28  1    To quote what Sarah said earlier, she said
01:28  2  everyone is in depositions fairly regularly.  The calendar is
01:28  3  pretty intense on depositions.  To get 100,000 documents within
01:28  4  literally less than 10 days of when Dr. Michel's deposition is
01:28  5  scheduled to take place puts us at a significant disadvantage.
01:29  6    I have asked the U.S. to go back to the August 1
01:29  7  date that they had offered and told us Dr. Michel is available.
01:29  8  We cannot appear to reach agreement on that.  So if the U.S. is
01:29  9  willing to do that, that would be fantastic.  It would help all
01:29  10  of us.  If the U.S. is not willing to do that, then we would
01:29  11  seek relief from the Court.
01:29  12    I understand the United States is complaining
01:29  13  about when it's going to get Mr. Bamfield's documents, when
01:29  14  they are going to get Mr. Bray's log, Mr. Bray's documents, and
01:29  15  yet we are not talking about 100,000 documents there.  Here we
01:29  16  are talking about -- I'm sorry, 100,000 pages, over 50,000
01:29  17  documents.
01:29  18    So I'm interested in hearing from the U.S. as to
01:29  19  whether they are willing to move that deposition date back.
01:29  20  Otherwise, I would ask for relief from the Court because we are
01:29  21  otherwise significantly disadvantaged.
01:30  22    **MS. HIMMELHOCH:**  Your Honor, I think the portrayal of
01:30  23  disadvantages is, frankly, a little disingenuous.  The vast
01:30  24  majority of the documents produced from Dr. Michel's custodial
01:30  25  file constituted what are known as shoreline treatment

recommendations or shoreline segment inspection reports.  BP,
during the response, received every single one of those
documents as they were generated.  They are available to BP and
they have been available to BP since they were generated in
2010, 2011, 2012, and 2013.  So the idea that somehow we have
dumped new information on them I think is unfair.

          I think also that we have been abiding by a
seven-day-before-the-deposition rule, and BP chose to ask for
vast volumes of information.  BP should live with the
consequences of forcing the United States to collect, review,
process, and produce as fast as humanly possible documents that
we know for sure the vast majority of which BP has in its own
possession.  For that reason we think the deposition should go
forward as scheduled.

          The characterization of our offer is slightly
incorrect in the sense that we made the offer of August 1
because we weren't sure we were going to be able to complete
the production seven days before the deposition.  It turns out
that my litigation support pulled off a miracle and managed to
do that despite far less than the eight weeks BP claims is
necessary for custodial production.  When we discovered that we
were able to meet the practice in this case of seven days
before the deposition, we went back to a date that's within the
deposition period that had previously been scheduled and that
meets the needs of the schedules of our lawyers.

01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:32
01:33
01:33
01:33
01:33

1          THE COURT:  Okay.  Gotcha.  Sarah, do we know whether

2     Michel is available on August 1?

3          MS. HIMMELHOCH:  I believe she is, Your Honor.  It is

4     a difficult date for her, but it is one we can make.

5          THE COURT:  Let's make August 1 and that way we don't

6     have to argue about how much they had or didn't have ahead of

7     time.

8               Let's talk now --

9          MS. HIMMELHOCH:  Your Honor, before we move on, the

10    offer of August 1 was made on the condition that BP would not

11    seek any change in the expert deadlines on the basis of that

12    date.

13         THE COURT:  Okay.

14         MS. HIMMELHOCH:  If we are going to produce her on

15    that date, we want that condition attached.

16         THE COURT:  Carrie, is that agreeable?

17         MS. KARIS:  Yes, Your Honor.  We will order an

18    expedited transcript and obviously use that transcript as need

19    be.

20         THE COURT:  Okay.  That's good.

21         MS. KARIS:  I will raise the issue, then, of -- with

22    respect to Dr. Michel, I understand that, but in light of that

23    request -- I completely understand and am entirely sympathetic

24    to the United States' situation with respect to Captain

25    Laferriere.  But if I can ask that we get Captain Laferriere's

documents as soon as possible and not wait to schedule his

deposition, that would help, so that we are not getting a

significant volume of documents very close to the expert

discovery cutoff.

MS. HIMMELHOCH:  It is absolutely not our intention

to hold off on the Coast Guard production, including

Captain Laferriere's documents.  Our problem is that there's

almost literally steam coming out of our machines trying to

process all of the pages that are responsive to the latest

searches that were ordered.

We were trying to get the production that

included the captain's documents out yesterday and the copying

is not yet complete.  We started it on Monday and it is not yet

complete.  We intend to get it out as soon as our computer

finishes spitting it out.  So it should be well before whatever

date is selected for his deposition.

THE COURT:  All right.  That sounds good, guys.

You all had last time spoken about BPXP's

proposal to eliminate certain categories of documents.  Did

that kind of fall off the map or was an agreement reached?

MS. HIMMELHOCH:  I'm sorry, Your Honor.  We were

consulting internally and I didn't hear what you asked.

THE COURT:  There you go again.

MS. HIMMELHOCH:  Sorry.  My peanut gallery.

THE COURT:  That's okay.  BPXP had made a proposal to

eliminate certain categories of documents for these two
witnesses.  Does anybody remember that?

        MS. HIMMELHOCH:  For which two witnesses?

        THE COURT:  For Michel and Laferriere.

        MS. HIMMELHOCH:  It turns out, Your Honor, that given
the time it takes to do the collection, just the computer time,
we couldn't wait for an additional proposal from BP, so we went
ahead and ran the strings proposed.

        THE COURT:  All right.

        I take it that the technical issues that we
talked about with Dr. Michel's production are resolved, huh,
Sarah?

        MS. HIMMELHOCH:  With her custodial production, I
don't think there are any significant technical issues.  We had
one document that was missing metadata and an image that was
missing that we have fixed.

        We do have that same contractor who caused a
problem before with about four of the productions of the hard
drives that were collected from NOAA.  When we collected them,
we thought they were simply photographs.  It turns out that
there was a lot of responsive information on them.  We decided
we would go ahead and produce that responsive information.

        I won't bore you with the technical details, but
the computer made a mistake and assigned duplicate Bates
numbers to documents on two different hard drives, so we have

01:36 1    to solve that before BP can access those four hard drives.
01:36 2    It's isolated to these individual productions.  It doesn't
01:36 3    affect any of the other productions.
01:36 4               We anticipate that by Thursday of next week we
01:36 5    will be shipping out replacements.  The reason I'm taking as
01:36 6    long as Thursday is I'm not going to count on the contractor
01:36 7    getting it right this time.  We are going to take it in-house.
01:36 8    We are going to look at it, make sure it actually meets the
01:36 9    specifications.
01:36 10              We didn't have time to do that and we were
01:36 11   anxious to get these out.  It's a reputable contractor who
01:36 12   should have been able to meet these standards.  They didn't.
01:36 13   This time we are going to make sure they did before we get it
01:36 14   out to you.  So Thursday of next week we will be shipping
01:37 15   replacements for the production numbers that I listed in my
01:37 16   e-mail to you with my status report.
01:37 17         MS. KARIS:  Your Honor, if I could just ask -- and I
01:37 18   apologize if this was in your e-mail -- what is the volume of
01:37 19   documents we are speaking to in these four groups?
01:37 20         MS. HIMMELHOCH:  You can check it from the status
01:37 21   report.  You have the production numbers.  In a separate part
01:37 22   of that spreadsheet is an alignment of the production numbers
01:37 23   and the volume in those production numbers.  I do not have the
01:37 24   numbers off the top of my head.
01:37 25         MS. KARIS:  If you had a ballpark, that would be very

1  helpful.

2  **MS. HIMMELHOCH:**  It's not an insignificant number.

3  It's in the hundreds of thousands.

4  **MS. KARIS:**  Oh.  Okay.  And these are related to the

5  custodial file of Dr. Michel?

6  **MS. HIMMELHOCH:**  No, they are not.  They are NOAA

7  hard drives that were created by the various forward operating

8  bases and incident command posts environmental unit that were

9  supposed to be a photo archive but we discovered they also used

10 as backup for their individual laptops so that they didn't wait

11 until they got to somewhere where they could back up to the

12 network, which is what they were supposed to do.

13        So these are backups of the hard drives of the

14 NOAA employees who were working in the environmental unit at

15 various forward operating bases and incident command posts.

16 When we looked at them, those documents were very responsive to

17 a number of the discovery requests, which is why we have

18 decided to go ahead and produce those despite the fact that

19 they weren't part of the agreed upon search.

20 **MS. KARIS:**  I am obviously not tuned in,

21 unfortunately, to the details of this.  I just want to make

22 sure I understand if these documents would implicate some of

23 the depositions that are going on because obviously there are

24 depositions taking place daily of some of these folks,

25 including NOAA employees.  We'll take a look.  If we have any

further discussion on that, we can get back to you.

MS. HIMMELHOCH:  None of the NOAA employees who are being deposed appear to be custodians of the documents on these hard drives.

MS. KARIS:  Okay.

MS. HIMMELHOCH:  The documents do relate to issues in the litigation, but we are all producing documents related to various topics after depositions have occurred.  We got a large hard drive from BP yesterday of data that would have been relevant to the Laura Folse deposition.  That's the nature of the schedule that we are on.

MS. KARIS:  Okay.

MS. HIMMELHOCH:  But they are not custodial files of any of the NOAA employees who are being deposed.

MS. KARIS:  Well, I hear you and that's fine.  When I hear 100,000 documents, I understand what you are saying about data, but I think data might be slightly be different than 100,000 custodial documents.  Let's take a look at what they are, and we will address them if necessary.

THE COURT:  Any issues we need to cover with regard to Anadarko?

MS. KIRBY:  Hi, Judge.  It's Ky Kirby for Anadarko.

THE COURT:  Hey, Ky.  How are you doing?

MS. KIRBY:  I'm good.  Thank you, Judge.

We reached agreement with the U.S. on search

01:40    1    terms a week ago.

01:40    2           THE COURT:  Good.

01:40    3           MS. KIRBY:  We are on track, I think, to complete the

01:40    4    first custodial production next week and the second one the

01:40    5    week after, both a week before the depositions, so I think we

01:40    6    are going to be all right.

01:40    7           THE COURT:  Good.  Excellent report.

01:40    8             Sarah, let's talk about the file tree for the

01:40    9    Cassini server.  Anything we should talk about there?

01:40   10           MS. HIMMELHOCH:  I think we are on track, Your Honor.

01:40   11    We sent the file list to BP.  They notified us that they wanted

01:40   12    us to, in fact, copy everything.  We identified for them that

01:40   13    was work product that we will not be producing, and we have

01:40   14    agreed to collect the roughly 8 terabytes of data that is

01:41   15    responsive.  We have committed to begin that search on Monday,

01:41   16    June 30.  I don't believe it will take us more than a couple of

01:41   17    days to do the copying, and then we will produce it in native

01:41   18    format with a flip sheet.

01:41   19             So, again, I don't think it will take us long to

01:41   20    produce it.  I think we are looking to the end of next week or

01:41   21    the beginning of the week thereafter for the production of that

01:41   22    data.  I don't think we can move any faster if we tried.

01:41   23           THE COURT:  Let's talk about do we have any remaining

01:41   24    issues regarding the liabilities and costs for the spill?  Have

01:41   25    we nailed everything down on that?

1    **MR. NOMELLINI:**  Your Honor, it's Mark.  I'm glad you

2  raised it because there is an issue on that.

3         First, I'm going to propose to Sarah that we

4  combine the steam coming out of her machines with the steam

5  coming out of our machines and try to market it in some way.

6         **THE COURT:**  You could get carbon credits for that,

7  huh?

8         **MR. NOMELLINI:**  There you go.

9         So we received the ruling on the summary chart

10  and then on Mr. Robertson's topics which are related.  The

11  issue we now have, which really wasn't teed up for the Court,

12  is with the backup materials for the chart, which is about

13  400,000 documents or more, millions of pages of invoices,

14  checks, and related materials.

15         The U.S. has said that they don't want those.  I

16  don't blame them, frankly, for that.  We have provided sample

17  pages to show how the process works and went through those with

18  the United States.  They haven't asked for more.

19         The question now is what to do with the other

20  millions of pages that we haven't produced.  One thing that's

21  been raised that was of some concern to us is the United States

22  in one call said, "Well, you, BP, haven't produced the business

23  records to prove the costs," which as I say is a bit concerning

24  because they asked -- and, again, I don't blame them -- that we

25  not produce the voluminous backup.

01:43   1           If we need to produce it, we will.  So it's less
01:43   2   of a legal issue than a practical issue that I'm flagging.  At
01:43   3   some point we are going to need to decide if we need to produce
01:43   4   those millions of pages.  It's going to be a massive production
01:43   5   if we do it.  Maybe that's just a question for us, but we
01:44   6   wanted to see if there is some group perspective on that
01:44   7   because historically we have been good as a group at solving
01:44   8   practical issues like this.
01:44   9           THE COURT:  Yeah.  Let me tell you my gut reaction.
01:44  10           Sarah, why don't you all think about this and
01:44  11   let us know whether you could live with it.
01:44  12           Why don't you pick, I don't know, five
01:44  13   categories of costs that you see on the spreadsheet that you're
01:44  14   interested in and you could do a sampling.
01:44  15           Mark, I take it that's possible, huh?
01:44  16           MR. NOMELLINI:  Yes.
01:44  17           THE COURT:  So you can do a sampling at your
01:44  18   discretion of five areas of expenditures and ask BP to produce
01:44  19   the backup for those expenditures.  If it matches up, you
01:45  20   should have some assurance that you got to pick it, it matches
01:45  21   up, all is well with the summary, huh?
01:45  22           MS. HIMMELHOCH:  Your Honor, I certainly will take
01:45  23   that under consideration.  It seems like a good idea.  I think
01:45  24   there would need to be some detail fleshing out of that.
01:45  25           To be quite honest, because Mark was traveling

01:45
01:45
01:45
01:45
01:45
01:45
01:45
01:45
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46
01:46

1    and our point person on this has been in deposition, we have

2    not spoken to each other about this issue since the order came

3    out, so we will certainly take your suggestion.  There may be

4    an easier suggestion that our point person, Ms. Hankey, has in

5    mind that I'm not aware of right now.

6               We will get with BP and we will work something

7    out on this.  It is a practical issue where we don't want the

8    millions of checks, but we do want some level of confidence.

9    Your sampling approach seems right.  I don't know, given the

10   number of categories, whether five is sufficient.  What we mean

11   by "category," do we mean a line item in the Excel spreadsheet

12   or do we mean something broader than that?

13          THE COURT:  Right.

14          MS. HIMMELHOCH:  I think all of that we can talk

15   through with BP.  If we can't reach an agreement on it very

16   quickly, we will come back and ask you for a specific call on

17   that issue.

18          MS. MCPHEE:  I think that's fine, Sarah.  Look, if

19   there's an easier way to skin the cat and Ms. Hankey has it,

20   you know I believe in easier is better.

21          MS. HIMMELHOCH:  Yes.  So we will inform Ms. Hankey

22   of your suggestion, and we will make sure that we get in touch

23   with BP very shortly and talk about the practicalities, and if

24   we can't resolve it amongst ourselves come back to you very

25   quickly so that this can be resolved.

01:46    1          THE COURT:  No, but I do think that it's resolvable.
01:46    2   This is not keeping me up at night.
01:46    3          MS. HIMMELHOCH:  Nor is it, frankly, keeping us up at
01:47    4   night.  It's just we haven't got to talking it through with BP
01:47    5   yet.
01:47    6          THE COURT:  Cool.  Okay.  Let's see.  Is there
01:47    7   anything else I have on my agenda?
01:47    8              Well, I do have "any other issues," which I'm
01:47    9   scared to ask about, but I guess I will.
01:47   10          MR. LANGAN:  I've got one, Your Honor.
01:47   11          THE COURT:  Okay.
01:47   12          MR. LANGAN:  Andy Langan.
01:47   13              Your Honor, this is not an issue for today, but
01:47   14   I wanted to put it on the Court's radar screen.  We know that
01:47   15   the scheduling order has a date for deposition bundling and
01:47   16   designations sometime down the road.
01:47   17          THE COURT:  Yeah.
01:47   18          MS. HIMMELHOCH:  Your Honor has also indicated -- and
01:47   19   I think this emanates from Judge Barbier -- that there will
01:47   20   need to be limits on the number of deposition bundles, and we
01:47   21   understand that.
01:47   22          THE COURT:  Right.
01:47   23          MR. LANGAN:  We are starting to think through the
01:47   24   practical implications of the fact that there will be a limit
01:47   25   on the number of deposition bundles.  I just wanted to put it

out there, as we talk to the Court about what a reasonable number would be, the following issue that we have been grappling with internally and that is this.

The number of depositions that are actually occurring is in some way a reflection of the number of 30(b)(6) designees that the parties have made.  BP has made some 30(b)(6) designations of people.  The United States has.

It just so happens that the United States, perhaps because of the way our topics were, has a number of designees -- for instance, for Topic 9, they have four or five or six designees just for one topic, to take different pieces of it.  As a result of that, we are going to end up with many more depositions, perhaps, that are 30(b)(6) deps than they will have of us because we have fewer people covering the same number of topics.

What we are trying to avoid down the road is a scenario in which we pay a price for the fact there are more 30(b)(6) designees and, therefore, more depositions and the number of deposition designees becomes a blunt instrument against us, through nobody's fault because I'm sure it was nobody's intent, but do you see what I'm saying, Your Honor?

THE COURT:  I do.

MR. LANGAN:  I don't have a solution today.  There's not a ripe dispute today, but it's something that we are thinking about.  We just wanted to put it out there for

1   discussion to kick down the road for a couple of weeks.

2            MS. HIMMELHOCH:  I want to put out there simply the

3   United States' position that the number of designees is driven

4   by the breadth of the deposition topics.  I don't think that

5   adjusting the number of bundles by the number of designees is

6   appropriate.

7            The alternative would be we will cut down our

8   number of designees and we'll just provide much broader and

9   less detailed testimony to BP, and that is the approach that BP

10  has taken.  But we should not be punished for being thorough in

11  providing the information requested by BP.

12           I do think --

13           MR. LANGAN:  Sounds like they had a strategy in mind.

14           MS. HIMMELHOCH:  -- one of the things I'm seeing that

15  we should talk about when BP, the United States, and Anadarko

16  talk about this is that some of this is driven by the need to

17  get documents into evidence, so that some of the bundles are

18  driven simply because we want certain documents in evidence.

19  It may be that we come up with an alternative to having to

20  designate deposition testimony in order to get documents in,

21  that there's some category of what we called in Phase Two the

22  orphan documents.

23           MR. LANGAN:  Freebies.

24           THE COURT:  Did you hear Andy?  He said "freebies."

25           MS. HIMMELHOCH:  Freebies, essentially, yes, that the

1  parties can rely on deposition testimony to respond to
2  objections, but they don't actually have to designate the
3  deposition testimony, because I think that drives a lot of the
4  concern about bundling, quite frankly.  So if there's a shift
5  in the limit on documents as compared to the limits on bundles,
6  I think it might reduce the parties' concerns.
7          I think what Andy has pointed to is something
8  that the U.S. and the defendants need to sit down and talk
9  about because we haven't -- we are just brainstorming to you
10 without having tried to work it out amongst ourselves.
11     THE COURT:  Yeah.  No, but I am glad we know the
12 issue, and I do like the idea of the orphan documents.
13 Remember, we made a lot of progress in Phase Two in stipulating
14 that these documents were admissible and did not need a witness
15 to authenticate them to get them in.  That's a good idea,
16 Sarah, so thank you.
17     MS. HIMMELHOCH:  We'll approach this problem with a
18 practical solution as soon as we can set up a call with BP and
19 Anadarko to talk that issue through.
20          Andy, I don't know if you are done with your
21 other topics --
22     MR. LANGAN:  That was it, Sarah.  Thank you very
23 much.
24          Thanks, Your Honor.
25     MS. HIMMELHOCH:  I have one other topic that I just

01:50 ... 01:51 (timestamps)

01:51   1   want to put on the radar.  Again, we haven't talked to BP or

01:51   2   Anadarko about this.

01:51   3                    We have been looking at the scheduling order,

01:52   4   and there's a July 25 deadline for designating nondeposition

01:52   5   exhibits.  It's coming to us that that may be a little early in

01:52   6   the process.  We want to talk to BP and Anadarko about whether

01:52   7   there's a better place to put that particular deadline.  As I

01:52   8   said, I haven't even raised this yet with BP and Anadarko.

01:52   9                    Oh, we have?

01:52   10                   So we have begun that conversation, but we

01:52   11  haven't finished it yet.  It will be something that we might

01:52   12  want to put on the agenda for next status conference.

01:52   13          THE COURT:  Sounds good.  That sounds like it's not

01:52   14  going to be a highly debated topic.

01:52   15          MS. HIMMELHOCH:  No.  I think it's just looking at

01:52   16  what is the best place to put that particular obligation in the

01:52   17  order of what's going on in the case.

01:52   18          THE COURT:  Right.  Good, good, good.

01:52   19                   All right.  Anything else?

01:52   20          MS. HIMMELHOCH:  That's it for us, Your Honor.

01:52   21          THE COURT:  That's good, Sarah.  Thank you.

01:52   22                   Well, I guess that will do it for us for the

01:53   23  day.  We will talk to you all two weeks from today unless we

01:53   24  need to get together sooner.

01:53   25          MS. HIMMELHOCH:  Thank you, Your Honor.

01:53   1          THE COURT:  Thanks.  Everybody have a good day.

01:53   2          (Proceedings adjourned.)

01:53   3                        * * *

4                        CERTIFICATE

5          I, Toni Doyle Tusa, CCR, FCRR, Official Court

6   Reporter for the United States District Court, Eastern District

7   of Louisiana, certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from

9   the record of proceedings in the above-entitled matter.

10

11

12                              _s/ Toni Doyle Tusa_
                                Toni Doyle Tusa, CCR, FCRR
13                              Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

MR. LANGAN: [11] 10/23 10/25 11/17 11/22 12/1 12/4 12/10 12/13 31/11 31/22 32/21

MR. NOMELLINI: [18] 7/19 7/21 8/18 8/25 9/12 9/17 9/23 10/2 10/6 10/16 11/18 11/21 13/5 13/16 13/24 25/25 26/7 27/15

MS. HIMMELHOCH: [47]

MS. KARIS: [19] 3/1 3/3 5/10 5/12 5/20 6/1 6/14 7/2 15/5 15/8 19/16 19/20 22/16 22/24 23/3 23/19 24/4 24/11 24/14

MS. KIRBY: [3] 24/21 24/23 25/2

MS. MCPHEE: [1] 28/17

Omit elements: Timecodes [1] 34/2

Page break [1] 1/25

Resume elements: Timecodes [1] 1/25

THE COURT: [70]

THE LAW CLERK: [1] 10/18

# 1

10 [3] 9/11 15/20 17/4
10,000 [1] 12/20
10-4536 [1] 1/8
10-MD-2179 [1] 1/5
100 [1] 9/8
100,000 [8] 12/22 16/7 16/25 17/3 17/15 17/16 24/16 24/18
11,000 [1] 15/20
15,000 [1] 12/21
16 [2] 10/25 13/5
18,000 [1] 15/18

# 2

2,000 [1] 9/12
20 [1] 1/6
200 [1] 9/11
2010 [2] 1/6 18/5
2011 [1] 18/5
2012 [1] 18/5
2013 [1] 18/5
2014 [2] 1/7 2/2
2179 [1] 1/5
23 [1] 15/19
25 [2] 15/18 33/4
26 [2] 1/7 2/2
27 [1] 15/24
29th [1] 14/9
2nd [3] 12/3 12/25 13/7

# 3

30 [10] 4/21 5/23 7/1 7/2 14/25 25/16 30/5 30/7 30/13 30/18
31,000 [1] 15/19
3rd [1] 13/8

# 4

400 [1] 13/20
400,000 [1] 26/13
406 [1] 1/21
4536 [1] 1/8

# 5

50,000 [2] 16/6 17/16
500 [2] 1/21 13/20
504 [1] 1/22
589-7778 [1] 1/22

# 7

70130 [1] 1/21
7778 [1] 1/22

# 8

800 [2] 11/23 13/19

# 9

900 [2] 11/23 13/19
9th [1] 12/10

# A

abiding [1] 18/7
ability [1] 34/8
able [5] 13/9 14/20 18/17 18/22 22/12
about [37]
above [1] 34/9
above-entitled [1] 34/9
absolutely [2] 6/24 20/5
access [1] 22/1
accuracy [1] 9/8
actually [5] 5/15 5/25 22/8 30/4 32/2
add [1] 7/22
additional [2] 4/14 21/7
address [3] 2/23 15/6 24/19
adjourned [1] 34/2
adjusting [1] 31/5
admissible [1] 32/14
advance [2] 4/3 7/14
affect [1] 22/3
after [4] 11/9 12/2 24/8 25/5
afternoon [2] 3/7 7/23
again [5] 13/18 20/23 25/19 26/24 33/1
against [1] 30/20
agenda [3] 5/16 29/7 33/12
ago [1] 25/1
agree [2] 3/7 3/19
agreeable [1] 19/16
agreed [3] 14/8 23/19 25/14
agreement [4] 17/8 20/20 24/25 28/15
ahead [5] 5/19 19/6 21/8 21/22 23/18
aided [1] 1/25
aim [1] 9/1
alignment [1] 22/22
all [23] 5/4 5/7 5/12 7/5 7/9 10/12 11/6 12/12 12/16 13/4 14/20 17/9 20/9 20/17 20/18 21/9 24/7 25/6 27/10 27/21 28/14 33/19 33/23
almost [1] 20/8
alone [1] 15/17
also [5] 7/2 10/22 18/7 23/9 29/18
alternative [2] 31/7 31/19
always [1] 12/7
am [7] 5/3 5/7 6/17 7/4 19/23 23/20 32/11
amongst [2] 28/24 32/10
Anadarko [7] 24/21 24/22 31/15 32/19 33/2 33/6 33/8
Andy [6] 11/1 11/15 29/12 31/24 32/7 32/20
Andy Langan [1] 11/1
another [2] 2/22 14/24
answer [2] 4/12 9/14
answered [1] 2/24
anticipate [1] 22/4
anxious [1] 22/11
any [16] 2/14 2/20 3/6 4/18 4/23 11/10 14/2 19/11 21/14 22/23 23/25 24/11 24/20 25/22 25/23 29/8
anybody [1] 21/2
anything [5] 13/12 13/12 25/9 29/7 33/19
apologize [1] 22/18
appear [2] 17/8 24/3

Applies [1] 1/8
appropriate [1] 33/21 35/9
approach [3] 28/9 31/9 32/17
appropriate [3] 4/19 6/12 31/6
APRIL [1] 1/6
archive [1] 23/9
are [76]
areas [1] 27/18
argue [1] 19/6
arguing [1] 16/2
arises [1] 2/21
around [1] 8/18
as [51]
ask [10] 9/10 12/8 12/18 17/20 18/8 19/25 22/17 27/18 28/16 29/9
asked [5] 3/10 17/6 20/22 26/18 26/24
asking [4] 3/6 4/9 4/22 16/20
asserted [1] 6/5
assertion [1] 6/8
assessment [1] 6/13
assigned [1] 21/24
assurance [1] 27/20
at [30] 2/19 2/22 3/4 3/6 4/13 5/8 6/12 7/5 10/13 10/13 10/14 10/23 11/4 12/10 12/24 13/3 13/4 13/11 17/5 22/8 23/14 23/16 24/18 27/2 27/7 27/17 29/2 29/3 33/3 33/15
attached [1] 19/15
attorney [2] 9/22 12/8
August [8] 16/11 16/15 16/21 17/6 18/16 19/2 19/5 19/10
August 1 [8] 16/11 16/15 16/21 17/6 18/16 19/2 19/5 19/10
authenticate [1] 32/15
available [4] 4/10 9/5 16/13 17/7 18/3 18/4 19/2
avoid [1] 30/16
aware [1] 28/5
away [2] 5/6 12/14

# B

back [8] 16/2 17/6 17/19 18/23 23/11 24/1 28/16 28/24
backup [4] 23/10 26/12 26/25 27/19
backups [1] 23/13
backwards [1] 5/25
ballpark [2] 13/18 22/25
Bamfield [7] 7/12 8/3
Bamfield's [1] 17/13
Barbier [1] 29/19
Barron [4] 5/24 5/25 6/1 6/2
based [1] 4/3
bases [2] 23/8 23/15
basis [4] 8/9 11/16 13/13 19/11
Bates [1] 21/24
be [49]
because [21] 2/24 9/4 9/22 12/2 14/15 15/3 16/16 16/24 17/20 18/17 23/23 26/2 26/24 27/7 27/25 30/9 30/14 30/20 31/18 32/3 32/9
becomes [1] 30/19
been [18] 3/8 3/25 4/9 4/10 5/10 12/20 12/21 14/16 18/4 18/7 18/24 22/12 24/9 26/21 27/7 28/1 30/2 33/3
before [18] 1/11 9/15 9/20 10/24 11/2 11/14 12/12 14/6 15/22 18/8 18/18 18/23 19/9 20/15 21/18 22/1 22/13 25/5
begin [1] 25/15
beginning [1] 25/21

**B**

begun [1]  33/10
behind [1]  5/6
being [5]  4/2 8/13 24/3 24/14 31/10
believe [3]  19/3 25/16 28/20
benefit [1]  3/18
best [2]  33/16 34/8
better [2]  28/20 33/7
between [1]  2/21
bigger [2]  7/6 9/22
biggest [1]  7/10
bit [1]  26/23
blame [2]  26/16 26/24
blunt [1]  30/19
bore [1]  21/23
both [1]  25/5
bound [1]  2/17
boy [1]  9/19
BP [44]
BP's [3]  2/25 3/18 6/3
BPXP [1]  20/25
BPXP's [1]  20/18
brainstorming [1]  32/9
Bray [10]  7/12 7/25 8/1 8/23 9/4 9/19
 9/21 10/4 10/25 12/7
Bray's [3]  8/12 17/14 17/14
breadth [1]  31/4
briefly [1]  3/5
bring [1]  2/22
broader [2]  28/12 31/8
brought [1]  2/11
bubbling [1]  4/24
Building [1]  5/4
bundles [5]  29/20 29/25 31/5 31/17
 32/5
bundling [2]  29/15 32/4
bunker [1]  11/21
burden [1]  12/17
business [1]  26/22
but [32]  2/7 2/20 2/24 5/16 6/9 9/8 9/20
 10/1 11/3 13/8 13/10 15/11 16/23 19/4
 19/22 19/25 21/23 23/9 24/7 24/13
 24/17 27/5 28/8 29/1 29/9 29/13 30/21
 30/24 31/10 32/2 32/11 33/10

**C**

calendar [1]  17/2
call [5]  9/16 14/18 26/22 28/16 32/18
called [1]  31/21
calling [1]  4/16
came [1]  28/2
can [27]  3/21 9/3 9/6 9/15 10/7 10/8
 10/13 11/5 11/9 11/14 12/11 13/7
 14/24 14/25 15/6 15/25 19/4 19/25
 22/1 22/20 24/1 25/22 27/17 28/14
 28/25 32/1 32/18
can't [3]  9/7 28/15 28/24
cannot [1]  17/8
capacity [2]  15/1 15/1
captain [6]  14/13 14/15 15/2 19/24
 19/25 20/7
Captain Laferriere [1]  14/15
Captain Laferriere's [3]  14/13 19/25
 20/7
captain's [1]  20/12
carbon [1]  26/6
care [3]  7/19 8/17 14/20
Carrie [3]  3/2 3/3 19/16
case [2]  2/21 18/22 33/17
Cassini [1]  25/9

cat [1]  28/19
categories [1]  31/12
category [2]  28/11 31/21
caused [1]  21/17
CCR [3]  1/20 34/5 34/12
certain [3]  20/19 21/1 31/18
certainly [4]  9/2 15/9 27/22 28/3
CERTIFICATE [1]  34/4
certify [1]  34/7
challenge [1]  10/24 12/5
challenges [1]  16/10
change [2]  13/21 19/11
characterization [2]  3/8 18/15
chart [2]  26/9 26/12
check [2]  9/20 22/20
checks [2]  26/14 28/8
Childs [3]  6/17 6/19 7/1
chose [1]  18/8
claims [1]  18/20
clear [2]  3/15 3/19
close [1]  20/3
Coast [1]  20/6
Coast Guard [1]  20/6
colleagues [1]  5/5
collect [2]  18/10 25/14
collected [2]  21/19 21/19
collection [2]  14/5 21/6
combine [1]  26/4
come [10]  8/13 8/16 11/14 11/19 12/11
 14/18 16/22 28/16 28/24 31/19
comes [2]  10/11 11/5
coming [4]  20/8 26/4 26/5 33/5
command [2]  23/8 23/15
comment [2]  8/8 8/20
committed [1]  25/15
compared [1]  32/5
compel [2]  2/10 3/25
complaining [1]  17/12
complete [4]  18/17 20/13 20/14 25/3
completed [3]  14/4 14/5 14/10
completely [1]  19/23
completing [1]  15/10
comply [2]  7/14 9/2
computer [4]  1/25 20/14 21/6 21/24
computer-aided [1]  1/25
concern [5]  9/4 15/16 16/8 26/21 32/4
concerning [1]  26/23
concerns [1]  32/6
condition [2]  19/10 19/15
conference [1]  1/11 33/12
confidence [1]  28/8
confirming [1]  6/18
consequences [1]  18/10
consideration [1]  27/23
constituted [1]  17/25
consulting [1]  20/22
consumed [1]  12/12
contend [1]  3/12
continue [1]  14/23
contractor [3]  21/17 22/6 22/11
conversation [1]  33/10
Cool [1]  29/6
coordinating [1]  14/19
copy [1]  25/12
copying [2]  20/12 25/17
correct [4]  2/6 2/8 6/10 1 34/7
costs [3]  25/24 26/23 27/13
could [10]  3/5 7/14 7/18 7/23 9/14
 13/21 14/11 16/3 22/17 23/11 26/6
 27/11 27/14

couldn't [1]  21/7
count [1]  22/6
country [1]  14/18
couple [3]  13/19 25/16 31/1
course [1]  11/7
COURT [22]  1/1 1/20 6/10 6/16 9/3 9/8
 10/17 13/6 13/8 13/11 14/14 15/13
 15/24 15/25 16/20 17/11 17/20 26/11
 30/1 34/5 34/6 34/13
Court's [2]  5/16 29/14
cover [1]  5/19 14/24 24/20
covering [1]  30/14
created [1]  14/16 23/7
credits [1]  26/6
critical [1]  12/23
crux [1]  4/7
custodial [14]  12/20 12/21 14/1 14/5
 14/7 15/10 16/23 17/24 18/21 21/13
 23/5 24/13 24/18 25/4
custodians [1]  24/3
cut [1]  31/7
cutoff [1]  20/4

**D**

daily [1]  23/24
data [5]  24/9 24/17 24/17 25/14 25/22
date [12]  7/10 14/15 14/23 15/2 17/7
 17/19 18/23 19/4 19/12 19/15 20/16
 29/15
dates [2]  12/2 12/9
day [7]  5/4 8/15 9/6 16/12 18/8 33/23
 34/1
days [6]  8/14 14/6 17/4 18/18 18/22
 25/17
deadline [2]  33/4 33/7
deadlines [1]  19/11
debated [1]  33/14
debating [1]  15/14
decide [2]  4/17 27/3
decided [3]  12/6 21/21 23/18
dedicate [1]  12/23
DEEPWATER [1]  1/5
defendants [1]  32/8
defer [2]  5/15 5/15
definitely [1]  3/24
delay [1]  13/12
dep [1]  16/13
deployed [1]  14/16
deployment [1]  14/22
depos [2]  2/4 12/3
deposed [2]  24/3 24/14
deposition [40]
depositions [15]  4/22 5/1 5/14 7/10
 7/14 12/12 17/2 17/3 23/23 23/24 24/8
 25/5 30/4 30/13 30/18
deps [2]  5/18 30/13
designate [2]  31/20 32/2
designated [1]  7/1
designating [1]  33/4
designations [2]  29/16 30/7
designees [8]  30/6 30/10 30/11 30/18
 30/19 31/3 31/5 31/8
despite [3]  4/11 18/20 23/18
detail [1]  27/24
detailed [1]  31/9
details [2]  21/23 23/21
determine [1]  9/20
did [5]  15/18 20/19 22/13 31/24 32/14
didn't [6]  16/16 19/6 20/22 22/10 22/12

**D**

didn't... [1]  23/10
different [3]  21/25 24/17 30/11
difficult [2]  12/5 19/4
diligence [1]  13/19
direct [1]  12/8
disadvantage [1]  17/5
disadvantaged [1]  17/21
disadvantages [1]  17/23
disagreement [3]  2/8 7/19 7/24
discover [1]  4/17
discovered [3]  2/13 18/21 23/9
discovery [4]  12/18 15/23 20/4 23/17
discretion [1]  27/18
discussing [1]  15/13
discussion [3]  2/6 24/1 31/1
disingenuous [1]  17/23
dispatch [1]  14/19
dispute [2]  22/3 30/24
DISTRICT [4]  1/1 1/2 34/6 34/6
do [37]
document [7]  6/4 6/5 6/9 10/23 12/16
  12/17 21/15
documents [59]
does [3]  3/13 6/19 21/2
doesn't [2]  8/17 22/2
doing [3]  8/23 13/13 24/23
don't [32]  2/6 2/19 3/7 3/19 4/17 4/22
  5/17 5/20 7/16 7/19 9/25 10/14 12/22
  14/15 14/22 19/5 21/14 25/16 25/19
  25/22 26/15 26/16 26/24 27/10 27/12
  27/12 28/7 28/9 30/23 31/4 32/2 32/20
done [3]  14/6 14/9 32/20
double [1]  4/20
doubt [1]  4/3
down [8]  5/11 11/20 25/25 29/16 30/16
  31/1 31/7 32/8
Doyle [1]  1/20 34/5 34/12 34/12
Dr. [15]  14/12 15/7 15/10 15/11 15/14
  15/14 16/5 16/12 16/18 17/4 17/7
  17/24 19/22 21/11 23/5
Dr. Michel [6]  14/12 15/14 16/12 17/7
  19/22 23/5
Dr. Michel's [9]  15/7 15/10 15/11 15/14
  16/5 16/18 17/4 17/24 21/11
drive [1]  24/9
driven [3]  31/3 31/16 31/18
drives [7]  21/19 21/25 22/1 23/7 23/13
  24/4 32/3
driving [1]  13/11
due [2]  13/19 15/24
dumped [1]  18/6
dungeon [1]  11/20
duplicate [1]  21/24
during [2]  6/3 18/2
duties [1]  15/3

**E**

e-mail [9]  8/22 9/15 10/3 14/21 16/9
  16/15 16/17 22/16 22/18
each [1]  28/2
earlier [2]  12/9 17/1
early [2]  14/6 33/5
easier [4]  8/5 28/4 28/19 28/20
EASTERN [2]  1/2 34/6
economic [1]  3/11
economies [1]  3/11
economy [1]  3/19
effect [1]  2/8
effectively [1]  12/12

eight [1]  18/20
eliminate [2]  20/19 23/7
else [2]  29/7 33/19
emanates [1]  29/19
emergency [2]  14/16 15/3
employees [5]  3/18 23/14 23/25 24/2
  24/14
end [2]  25/20 30/12
entirely [1]  19/23
entitled [1]  34/9
environmental [2]  23/8 23/14
essentially [2]  2/16 31/25
estimate [4]  11/14 11/22 11/23 13/18
estimated [2]  10/5 10/5
evaluating [1]  6/7
even [4]  9/15 10/24 13/8 33/8
every [2]  12/3 18/2
everybody [2]  2/3 34/1
everyone [1]  17/2
everything [3]  14/12 25/12 25/25
evidence [2]  31/17 31/18
exact [1]  9/7
Exactly [5]  5/9 5/9 5/9 5/12 7/8 11/12
examination [1]  5/22
examine [1]  6/4
example [1]  8/10
Excel [1]  28/11
Excellent [1]  25/7
exhibits [1]  33/5
expecting [1]  4/20
expedited [2]  8/9 19/18
expenditures [2]  27/18 27/19
expert [6]  3/13 4/8 4/11 4/16 19/11
  20/3
explicitly [1]  2/11
expressed [1]  15/15
extended [1]  5/7

**F**

faced [1]  12/18
fact [8]  4/11 6/18 7/7 15/18 23/18
  25/12 29/24 30/17
fair [1]  13/1
fairly [2]  12/3 17/2
fall [1]  20/20
falls [1]  2/24
fantastic [1]  17/9
far [1]  18/20
fast [3]  9/3 15/25 18/13
faster [1]  25/22
fault [1]  30/20
FCRR [3]  1/20 34/5 34/12
fewer [1]  30/14
file [6]  15/10 16/23 17/25 23/5 25/8
  25/11
files [4]  14/2 14/7 15/7 24/13
filing [1]  6/11
finalize [1]  6/13
finally [1]  9/20
find [1]  7/17
fine [3]  9/25 24/15 28/18
finished [1]  33/11
finishes [1]  20/15
firm [2]  12/2 12/9
first [5]  5/21 8/12 8/13 13/10 15/7
  16/12 25/4 26/3
five [4]  27/12 27/18 28/10 30/10
fixed [1]  21/16
flag [2]  2/7 2/20
flagging [1]  27/2

fleshing [1]  27/24
folks [1]  23/24
following [2]  15/12 30/2
Folse [2]  16/17 24/10
fool [1]  8/18
forcing [1]  18/10
forecast [2]  9/8 9/11
foregoing [1]  34/7
forget [1]  5/20
forgot [1]  5/4
format [1]  25/18
forth [1]  16/2
forward [5]  6/20 12/4 18/14 23/7 23/15
four [4]  21/18 22/1 22/19 30/10
frankly [5]  16/23 17/23 26/16 29/3 32/4
freebies [3]  31/23 31/24 31/25
Friday [2]  14/9 16/9
further [6]  3/22 6/7 6/11 8/16 8/17 24/1

**G**

gallery [1]  20/24
gave [1]  8/17
generated [2]  18/3 18/4
get [27]  9/14 10/7 10/19 11/7 11/9
  11/10 12/24 13/6 13/21 14/23 16/1
  17/3 17/13 17/14 19/25 20/11 20/14
  22/11 22/13 24/1 26/6 28/6 28/22
  31/17 31/20 32/15 33/24
gets [1]  7/9
getting [6]  8/8 9/4 11/10 15/2 20/2 22/7
gift [3]  6/25 7/5 7/6
give [3]  11/6 11/8 12/9
given [4]  12/7 12/17 21/5 28/9
gives [1]  10/2
glad [2]  26/1 32/11
go [10]  5/19 6/20 13/3 14/13 17/6
  18/13 20/23 21/22 23/18 26/8
going [3]  2/4 2/5 2/12 4/4 4/11 5/2 6/3
  6/18 9/21 10/16 10/19 12/3 12/4 12/7
  13/11 17/13 17/14 18/17 19/14 22/6
  22/7 22/8 22/13 23/23 25/6 26/3 27/3
  27/4 30/12 33/14 33/17
good [22]  2/3 5/3 5/3 5/10 7/22 8/4
  10/10 13/23 19/20 20/17 24/24 25/2
  25/7 27/7 27/23 32/15 33/13 33/18
  33/18 33/18 33/21 34/1
got [9]  7/21 14/9 15/19 16/17 23/11
  24/8 27/20 29/4 29/10
Gotcha [1]  19/1
gotten [3]  15/19 16/3 16/6
grappling [1]  30/3
group [2]  27/6 27/7
groups [1]  22/19
Guard [1]  20/6
guess [3]  10/21 29/9 33/22
guesstimate [1]  10/1
Guesstimated [1]  10/6
GULF [3]  1/6 3/11 3/14
gut [1]  27/9
guys [3]  5/7 14/3 20/17

**H**

had [25]  2/8 2/11 2/17 2/18 3/8 3/15
  3/25 4/1 6/15 8/22 14/8 14/10 15/15
  15/19 15/24 16/8 16/11 17/7 18/24
  19/6 20/18 20/25 21/14 22/25 31/13
half [4]  3/17 3/17 5/11 9/21
Hankey [3]  28/4 28/19 28/21
happen [1]  8/15
happens [1]  30/8

**H**

happy [3]  5/14 5/15 8/19
hard [7]  21/18 21/25 22/1 23/7 23/13 24/4 24/9
has [20]  4/12 5/23 6/20 7/15 11/19 13/3 13/4 14/15 18/12 26/15 28/1 28/4 28/19 29/15 29/18 30/6 30/7 30/9 31/10 32/7
have [80]
haven't [9]  5/10 26/18 26/20 26/22 29/4 32/9 33/1 33/8 33/11
having [3]  10/15 31/19 32/10
HB [1]  1/21
HB-406 [1]  1/21
he [9]  4/4 7/13 9/22 11/21 12/8 14/15 14/19 14/25 31/24
head [1]  22/24
hear [7]  5/16 9/8 14/21 20/22 24/15 24/16 31/24
heard [1]  7/13
hearing [1]  17/18
help [2]  17/9 20/2
helpful [1]  23/1
her [5]  16/23 19/4 19/14 21/13 26/4
here [3]  4/13 12/17 17/15
here's [1]  12/2
hesitate [1]  9/24
Hey [1]  24/23
Hi [1]  24/22
highly [1]  33/14
him [5]  3/24 6/21 14/21 14/23 15/1 20/16
his [6]  14/25 14/25 15/1 15/3 20/1 20/16
historically [1]  27/7
hold [1]  20/6
honest [1]  27/25
Honor [38]
HONORABLE [1]  1/11
HORIZON [1]  1/5
horse [2]  6/25 7/5
house [4]  3/13 4/13 4/18 22/7
how [6]  2/3 10/4 11/9 19/6 24/23 26/17
However [1]  15/10
huh [5]  11/20 21/11 26/7 27/15 27/21
humanly [1]  18/11
hundreds [1]  23/3

**I**

I'm [19]  5/13 5/14 5/15 8/19 10/3 17/16 17/18 20/21 22/5 22/6 24/24 26/1 26/3 27/2 28/5 29/8 30/20 30/21 31/14
I've [1]  29/10
idea [5]  10/2 18/5 27/23 32/12 32/15
identified [2]  2/15 25/12
if [33]  3/5 3/21 4/12 4/19 5/17 9/6 10/7 11/6 13/21 14/23 15/1 15/24 17/8 17/10 19/14 19/25 22/17 22/18 22/25 23/22 23/25 24/19 25/22 27/1 27/3 27/5 27/6 27/19 28/15 28/18 28/23 32/4 32/20
illegal [1]  14/17
image [1]  21/15
immigrants [1]  14/17
impact [2]  3/11 3/14
implicate [1]  23/22
implications [1]  29/24
imposing [1]  4/19
in [87]
in-house [1]  3/13 4/13 4/18 22/7
inadvertent [1]  6/5

**J**

incident [2]  23/8 23/15
include [1]  20/12
included [1]  20/12
including [2]  20/6 23/25
incorrect [1]  18/16
indicated [3]  3/22 6/15 6/20 29/18
individual [5]  14/24 14/25 15/1 22/2 23/10
influx [1]  14/16
inform [1]  28/21
information [13]  3/8 3/13 4/9 4/10 4/13 4/18 10/9 13/21 18/6 18/9 21/21 21/22 31/11
initial [1]  6/8
insignificant [1]  23/2
inspection [1]  18/1
installation [4]  8/12 8/14 8/15 8/17
installments [2]  9/7 9/7
instance [2]  13/10 30/10
instrument [1]  30/19
intend [1]  20/14
intense [1]  17/3
intent [1]  30/21
intention [1]  20/5
interested [2]  17/18 27/14
internally [2]  20/22 30/3
interpret [1]  4/15
interpretation [1]  2/25
into [2]  14/18 31/17
invoices [1]  26/13
is [109]
isolated [1]  22/2
issue [27]  2/6 3/22 4/14 4/24 5/14 5/21 6/11 6/13 6/15 7/10 8/3 12/7 12/23 15/6 15/11 19/21 26/2 26/11 27/22 28/2 28/7 28/17 29/13 30/2 32/12 32/19
issues [11]  3/25 5/15 5/17 14/2 21/10 21/14 24/6 24/20 25/24 27/8 29/8
it [96]
it's [22]  7/6 8/1 8/19 9/4 9/5 12/4 14/21 17/13 22/2 22/11 23/2 23/3 24/22 26/1 27/1 27/4 29/1 29/4 30/24 33/5 33/13 33/15
item [1]  28/11
its [1]  18/12

**J**

Jacqui [1]  14/5
jammed [1]  16/24
January [1]  5/8
JUDGE [5]  1/12 13/17 24/22 24/24 29/19
Judge Barbier [1]  29/19
July [13]  8/10 8/12 8/13 10/25 12/9 12/13 12/25 13/5 13/7 13/8 15/15 16/19 33/4
July 16 [2]  10/25 13/5
July 2 [5]  8/10 8/12 12/13 15/15 16/19
July 25 [1]  33/4
July 9 [1]  8/13
June [6]  1/7 2/2 15/18 15/19 15/20 25/16
June 10 [1]  15/20
June 23 [1]  15/19
June 25 [1]  15/18
June 30 [1]  25/16
just [20]  2/7 2/20 4/23 10/3 13/24 14/5 16/6 21/6 22/17 23/21 27/5 29/4 29/25 30/8 30/11 30/25 31/8 32/9 32/25

**K**

Karis [1]  3/2
keep [1]  13/24
keeping [2]  29/2 29/3
kick [1]  31/1
kids [7]  7/9 14/20
kind [1]  20/20
Kirby [1]  24/22
knew [1]  12/7
know [17]  4/23 7/19 9/13 9/19 11/9 11/13 13/22 14/22 18/12 19/1 27/11 27/12 28/9 28/20 29/14 32/11 32/20
known [1]  17/25
Ky [2]  24/22 24/23
Ky Kirby [1]  24/22

**L**

Laferriere [4]  14/2 14/15 19/25 21/4
Laferriere's [3]  14/13 19/25 20/7
lag [1]  10/14
Langan [2]  11/1 29/12
laptops [1]  23/10
large [2]  14/7 24/8
last [6]  6/16 6/20 9/6 13/12 16/9 20/18
lately [1]  5/10
later [1]  8/14
latest [1]  20/9
Laura [1]  24/10
lawyers [1]  18/25
least [3]  5/8 12/10 12/24
leave [1]  5/17
legal [1]  27/2
less [6]  12/13 13/9 17/4 18/20 27/1 31/9
let [5]  9/10 13/21 15/16 27/9 27/11
let's [9]  5/12 5/19 14/1 19/5 19/8 24/18 25/8 25/23 29/6
level [1]  28/8
liabilities [1]  25/24
light [2]  16/21 19/22
like [9]  10/12 11/23 12/1 15/20 27/8 27/23 31/13 32/12 33/13
limit [1]  29/24 32/5
limits [1]  29/20 32/5
line [2]  5/6 28/11
list [1]  25/11
listed [2]  6/21 22/15
literally [3]  16/14 17/4 20/8
litigation [1]  18/19 24/7
little [2]  17/23 33/5
live [2]  18/9 27/11
local [1]  3/11
log [16]  7/25 8/14 8/16 8/18 8/23 9/5 9/13 9/21 10/4 10/23 11/10 11/11 11/24 12/24 13/20 17/14
logjam [1]  7/19
logs [4]  7/11 7/15 8/9 12/11
long [2]  22/6 25/19
look [8]  6/24 10/23 13/4 13/4 22/8 23/25 24/18 28/18
looked [1]  23/16
looking [7]  7/4 10/13 10/14 11/4 25/20 33/3 33/15
lot [4]  16/23 21/21 32/3 32/13
LOUISIANA [1]  1/2 1/8 1/21 34/7
luxury [1]  10/16

**M**

Mace [4]  5/24 5/25 6/1 6/2

**M**

machines [3]  20/8 26/4 26/5
made [9]  3/15 15/24 18/16 19/10 20/25 21/24 30/6 30/6 32/13
MAGISTRATE [1]  1/12
mail [9]  8/22 9/15 10/3 14/21 16/9 16/15 16/17 22/16 22/18
majority [2]  17/24 18/12
make [9]  6/9 7/1 10/1 19/4 19/5 22/8 22/13 23/21 28/22
makes [1]  8/4
managed [1]  18/19
many [3]  10/4 15/21 30/12
map [1]  20/20
Mark [11]  7/21 8/8 8/19 9/10 13/2 13/15 13/16 13/23 26/1 27/15 27/25
market [1]  26/5
massive [1]  27/4
matches [2]  27/9 27/20
materials [2]  26/12 26/14
matter [2]  7/6 34/9
may [12]  4/8 5/24 6/10 6/16 13/9 15/13 15/16 15/24 16/11 28/3 31/19 33/5
May 27 [1]  15/24
maybe [7]  9/15 9/19 9/20 11/5 11/15 13/7 27/5
MD [1]  1/5
me [11]  5/6 8/7 8/17 9/10 10/2 10/15 11/3 11/6 16/9 27/9 29/2
mean [3]  28/10 28/11 28/12
mechanical [1]  1/24
medical [1]  14/20
meet [3]  13/10 18/22 22/12
meets [2]  18/25 22/8
mess [1]  15/4
met [1]  12/18
metadata [1]  21/15
MEXICO [1]  1/6
Michel [11]  14/2 14/5 14/7 14/12 15/14 16/12 17/7 19/2 19/22 21/4 23/5
Michel's [9]  15/7 15/10 15/11 15/14 16/5 16/18 17/4 17/24 21/11
might [3]  24/17 32/6 33/11
Mike [4]  8/10 8/16 8/21 11/3
millions [3]  26/13 26/20 27/4 28/8
mind [4]  5/20 10/22 28/5 31/13
minors [1]  14/17
minutes [1]  13/19
miracle [1]  18/19
miracles [1]  12/16
missing [2]  21/15 21/16
mistake [1]  21/24
modified [1]  2/16
moment [1]  4/13
Monday [3]  16/16 20/13 25/15
more [11]  5/14 5/15 9/24 10/9 13/21 25/16 26/13 26/18 30/13 30/17 30/18
morning [1]  16/14
Morrison [6]  2/13 2/20 3/9 3/20 3/23 4/4
Morrison's [1]  3/4
motion [2]  2/10 6/12
motions [1]  3/25
mouth [2]  6/25 7/5
move [6]  14/1 16/11 16/20 17/19 19/9 25/22
moves [1]  3/21
Mr. [13]  2/13 3/4 3/9 3/20 3/23 7/25 8/23 9/19 12/7 17/13 17/14 17/14

**M**

26/10
Mr. Bradley [1]  17/13
Mr. Bray [4]  7/25 8/23 9/19 12/7
Mr. Bray's [2]  17/14 17/14
Mr. Morrison [4]  2/13 3/9 3/20 3/23
Mr. Morrison's [1]  3/4
Mr. Robertson's [1]  26/10
Ms. [4]  16/17 28/4 28/19 28/21
Ms. Folse [1]  16/17
Ms. Hankey [3]  28/4 28/19 28/21
much [3]  19/6 31/8 32/23
my [8]  18/19 20/24 22/15 22/16 22/24 27/9 29/7 34/8

**N**

nailed [1]  25/25
native [1]  25/17
nature [1]  24/10
necessary [3]  12/24 18/21 24/19
need [15]  2/22 6/19 11/3 11/13 19/18 24/20 27/1 27/3 27/3 27/24 29/20 31/16 32/8 32/14 33/24
needs [2]  2/23 18/25
network [1]  23/12
new [3]  1/8 1/21 18/6
next [7]  8/11 16/5 22/4 22/14 25/4 25/20 33/12
night [1]  29/2 29/4
no [9]  4/3 4/12 5/17 6/21 7/6 23/6 29/1 32/11 33/15
NOAA [6]  21/19 23/6 23/14 23/25 24/2 24/14
nobody's [2]  30/20 30/21
nondeposition [1]  33/4
None [1]  24/2
nonprivileged [1]  14/10
Nor [1]  29/3
nose [1]  10/1
not [48]
notice [1]  3/8
notified [1]  25/11
now [6]  4/10 4/23 16/4 16/18 19/8 26/11 26/19 28/5
number [16]  13/18 23/2 23/17 28/10 29/20 29/25 30/2 30/4 30/5 30/9 30/15 30/19 31/3 31/5 31/5 31/8
numbers [6]  21/25 22/15 22/21 22/22 22/23 22/24

**O**

O'Rourke [1]  16/9
objection [4]  3/15 4/4 11/3 11/17
objections [9]  2/9 2/16 2/18 4/1 4/1 11/6 11/9 11/10 32/2
obligation [1]  33/16
obviously [3]  19/18 23/20 23/23
occasionally [1]  14/21
occurred [1]  24/8
occurring [1]  30/5
off [5]  12/16 18/19 20/6 20/20 22/24
offer [4]  16/18 18/15 18/16 19/10
offered [3]  4/2 16/11 17/7
Official [3]  1/20 34/5 34/13
Oh [3]  5/6 23/4 33/9
OIL [2]  1/5 1/5
okay [25]  3/1 4/6 4/25 5/9 5/19 5/21 6/14 6/23 7/4 7/9 8/3 8/4 8/25 9/17 11/25 13/14 19/1 19/13 19/20 20/25 23/4 24/5 24/12 29/6 29/11
on [85]
once [2]  6/12 11/7

**O**

one [18]  2/6 5/5 5/14 6/25 7/1 7/14 26/22 29/10 30/11 31/14 32/25
only [5]  7/22 8/1 14/20 15/11 16/22
open [1]  2/21
operating [2]  23/7 23/15
opportunity [2]  4/2 6/12
or [20]  2/23 3/8 4/1 4/17 4/17 9/11 12/10 12/20 13/12 14/17 18/1 19/6 20/20 25/20 26/13 28/12 30/10 30/11 33/1
order [9]  12/20 12/21 13/10 19/17 28/2 29/15 31/20 33/3 33/17
ordered [2]  14/9 20/10
Orleans [2]  1/8 1/21
orphan [2]  31/22 32/12
other [13]  2/14 3/17 5/1 5/4 5/17 14/20 16/23 22/3 26/19 28/2 29/8 32/21 32/25
otherwise [2]  17/20 17/21
our [21]  2/24 3/15 4/20 6/8 6/13 6/17 12/2 12/21 16/12 16/18 18/15 18/25 20/5 20/7 20/8 20/14 26/5 28/1 28/4 30/9 31/7
ourselves [3]  7/17 28/24 32/10
out [29]  4/24 8/9 8/13 8/16 9/5 10/1 10/11 14/13 15/2 16/1 18/18 20/8 20/12 20/14 20/15 21/5 21/20 22/5 22/11 22/14 26/4 26/5 27/24 28/3 28/7 30/1 30/25 31/2 32/10
outside [2]  2/24 16/13
over [8]  5/3 5/11 6/5 9/16 11/21 16/6 16/6 17/16
own [1]  18/12

**P**

pages [7]  16/7 17/16 20/9 26/13 26/17 26/20 27/4
Pan [2]  5/3 5/7
Pan Am [2]  5/3 5/7
parents [2]  14/17 14/19
part [2]  22/21 23/19
particular [3]  9/4 33/7 33/16
parties [2]  30/6 32/1
parties' [1]  32/6
pay [1]  30/17
peanut [1]  20/24
people [2]  30/7 30/14
perceived [2]  7/23 7/24
percent [1]  9/8
perhaps [3]  7/18 30/9 30/13
period [3]  5/7 16/13 18/24
person [2]  28/1 28/4
perspective [1]  27/6
Peter [4]  7/13 10/3 10/8 11/19
Peter's [1]  13/19
Phase [2]  31/21 32/13
Phase Two [2]  31/21 32/13
photo [1]  23/9
photographs [1]  21/20
pick [2]  27/12 27/20
pieces [1]  30/11
place [5]  5/22 17/5 23/24 33/7 33/16
please [2]  8/8 12/23
point [7]  2/19 6/25 12/4 15/25 27/3 28/1 28/4
pointed [1]  32/7
polishing [1]  9/5
portrayal [1]  17/22
position [2]  2/15 31/3

## P

possession [1]  18/13
possible [3]  18/11 20/1 27/15
posts [2]  23/8 23/15
potential [2]  4/14 16/10
Poydras [1]  1/21
practical [5]  27/2 27/8 28/7 29/24 32/18
practicalities [1]  28/23
practice [1]  18/22
preference [1]  5/16
prepare [1]  4/17
prepared [2]  3/23 4/5
pretty [2]  9/14 17/3
previously [1]  18/24
price [1]  30/17
prior [2]  13/4 15/19
priv [1]  12/11
privilege [19]  6/5 7/11 7/15 7/25 8/9
8/14 8/16 8/18 8/23 9/3 9/5 9/13 9/21 10/4
11/10 11/11 11/24 12/10 12/24 14/12
privileged [1]  6/9
probably [2]  9/14 9/19
problem [6]  4/7 10/15 12/2 20/7 21/18
32/17
proceed [1]  6/22
proceedings [4]  1/24 2/1 34/2 34/9
process [5]  6/7 18/11 20/9 26/17 33/6
produce [13]  2/12 7/14 13/20 18/11
19/14 21/22 23/18 25/17 25/20 26/25
27/1 27/3 27/18
produced [7]  14/10 14/25 15/16 15/22
17/24 26/20 26/22
producing [3]  4/11 24/7 25/13
product [1]  25/13
production [26]  6/6 7/11 8/8 8/13 8/15
8/24 12/16 14/1 14/11 15/17 16/3
16/10 16/24 18/18 18/21 20/6 20/11
21/11 21/13 22/15 22/21 22/22 22/23
25/4 25/21 27/4
productions [6]  12/20 12/21 14/7 21/18
22/2 22/3
proffering [1]  3/24
progress [1]  32/13
proposal [3]  20/19 20/25 21/7
propose [2]  7/18 26/3
proposed [1]  21/8
prove [1]  26/23
provide [6]  2/14 3/10 3/18 10/8 15/18
31/8
provided [2]  3/9 26/16
providing [4]  4/10 4/21 9/6 31/11
pull [1]  12/16
pulled [1]  18/19
punished [1]  31/10
put [11]  3/16 5/24 8/10 29/14 29/25
30/25 31/2 33/1 33/7 33/12 33/16
puts [1]  17/5
putting [1]  8/21

## Q

question [4]  2/23 2/23 26/19 27/5
quick [1]  10/7
quickly [3]  9/15 28/16 28/25
quite [2]  27/25 32/4
quote [1]  17/1

## R

radar [2]  29/14 33/1
raise [3]  4/3 6/10 19/21
raised [4]  16/8 26/2 26/21 33/8

raising [1]  4/14
RE [1]  1/5
reach [2]  17/8 28/15
reached [2]  20/20 24/25
reaction [2]  6/8 27/9
read [1]  8/22
really [5]  9/20 12/1 12/8 13/18 26/11
reason [5]  6/22 12/12 16/15 18/13 22/5
reasonable [1]  30/1
reasons [1]  3/12
recall [3]  2/10 15/13 15/24
received [3]  16/22 18/2 26/9
recognizing [3]  3/5 16/10 16/13
recommendations [1]  18/1
record [1]  34/9
recorded [1]  1/24
records [1]  26/23
reduce [1]  32/6
reexamine [1]  14/24
reflect [1]  6/9
reflection [1]  30/5
regard [1]  24/20
regarding [1]  25/24
regularly [2]  12/4 17/2
relate [1]  24/6
related [5]  4/18 23/4 24/7 26/10 26/14
relates [1]  5/21
relative [1]  14/2
release [1]  14/11
released [1]  14/22
relevant [1]  14/22
relief [7]  2/20 3/6 4/23 6/11 16/20
17/11 17/20
rely [1]  32/1
remaining [1]  25/23
remember [5]  12/15 12/19 13/2 21/2
32/13
Remembering [1]  12/13
remind [1]  14/14
reminded [2]  5/5 12/6
replacements [2]  22/5 22/15
report [3]  22/16 22/21 25/7
Reporter [1]  1/20 34/6 34/13
reports [1]  18/1
reputable [1]  22/11
request [3]  6/17 6/18 19/23
requested [1]  31/11
requesting [1]  2/19
requests [2]  15/23 23/17
resolvable [1]  29/1
resolve [1]  28/24
resolved [2]  21/11 28/25
resources [1]  12/24
respect [6]  3/9 5/14 5/18 6/11 19/22
19/24
respond [4]  3/5 10/15 14/16 32/1
responded [1]  7/15
response [2]  5/22 18/2
responsive [7]  14/7 15/23 20/9 21/21
21/22 23/16 25/15
result [1]  30/12
review [5]  11/16 12/17 14/12 16/25
18/10
reviewing [1]  10/23
RFPs [1]  14/8
RIG [1]  1/5
right [18]  4/23 5/7 5/12 7/9 8/1 9/23
10/21 11/12 20/17 21/9 22/7 25/6 28/5
28/9 28/13 29/22 33/18 33/19

ripe [2]  2/6 30/24
RN [1]  1/16
Robertson's [1]  26/10
rolling [6]  8/9 10/11 11/6 11/16 13/13
13/24
rough [2]  11/13 11/23
roughly [1]  25/14
round [1]  13/12
rule [2]  11/2 18/8
ruled [1]  2/10
ruling [1]  26/9

## S

said [8]  2/11 4/22 17/1 17/1 26/15
26/22 31/24 33/8
salad [1]  5/4
salads [1]  5/10
SALLY [1]  1/11
same [5]  8/15 10/13 12/19 21/17 30/14
sample [1]  26/16
sampling [3]  27/14 27/17 28/9
Sarah [13]  8/1 11/5 15/24 17/1 19/1
21/12 25/8 26/3 27/10 28/18 32/16
32/22 33/21
saw [1]  5/5
say [7]  3/7 5/13 7/5 12/15 12/22 15/21
26/23
saying [6]  13/9 14/21 16/15 16/17
24/16 30/21
says [1]  11/17
scared [1]  29/9
scenario [1]  30/17
schedule [5]  7/18 7/25 9/3 20/1 24/11
scheduled [5]  15/15 16/5 17/5 18/14
18/24
schedules [1]  18/25
scheduling [3]  12/5 29/15 33/3
screen [1]  29/14
search [3]  23/19 24/25 25/15
searches [3]  14/8 14/8 20/10
second [3]  6/15 8/15 25/4
Section [1]  1/6
see [7]  5/12 7/10 10/7 27/6 27/13 29/6
30/21
seeing [1]  31/14
seek [2]  17/11 19/11
seeking [1]  6/10
seems [5]  8/7 10/15 11/3 27/23 28/9
segment [1]  18/1
selected [1]  20/16
send [2]  9/15 16/15
sending [2]  10/3 10/22
sense [2]  11/8 18/16
sent [2]  16/9 25/11
separate [1]  22/21
serve [3]  10/12 10/17 10/22
served [4]  2/16 2/17 2/18 5/23
server [1]  25/9
services [1]  3/18
set [3]  9/3 10/25 32/18
seven [8]  8/14 14/6 18/8 18/18 18/22
seven-day-before-the-deposition [1]
18/8
several [1]  14/6
she [2]  17/11 19/3
sheet [1]  25/18
shift [1]  32/4
shipping [2]  22/5 22/14
shops [1]  5/11
shoreline [2]  17/25 18/1

**S**

shortly [1]  14/14 28/23
should [11]  8/7 14/13 16/3 18/9 18/13
20/15 22/12 25/9 27/20 31/10 31/15
show [1]  26/17
SHUSHAN [1]  1/11
shut [1]  5/11
significant [3]  17/5 20/3 21/14
significantly [1]  17/21
simply [4]  7/5 21/20 31/2 31/18
since [3]  3/4 18/4 28/2
single [1]  18/2
sit [2]  13/11 32/8
situation [2]  16/4 19/24
six [1]  30/11
skin [1]  28/19
slightly [2]  18/15 24/17
so [45]
software [1]  1/25
solution [2]  30/23 32/18
solve [1]  22/1
solving [1]  27/7
some [20]  10/2 12/2 12/10 12/10 12/16
12/24 23/22 23/24 24/5 26/5 26/21 27/3
27/6 27/20 27/24 28/8 30/5 30/6 31/16
31/17 31/21
somehow [1]  18/5
something [7]  7/21 11/23 28/6 28/12
30/24 32/7 33/11
sometime [1]  29/16
somewhere [1]  23/11
soon [4]  11/9 20/1 20/14 32/18
sooner [2]  16/4 33/24
sorry [4]  5/13 17/16 20/21 20/24
sounds [4]  20/17 31/13 33/13 33/13
speak [6]  3/10 3/17 3/20 3/23 4/4 4/5
speaking [1]  22/19
specific [1]  28/16
specifically [1]  3/16
specifications [1]  22/9
spill [3]  1/5 3/11 25/24
spitting [1]  20/15
spoken [2]  20/18 28/2
spreadsheet [3]  22/22 27/13 28/11
stages [1]  13/3
standard [1]  4/20
standards [1]  22/12
start [1]  10/13
started [1]  20/13
starting [1]  29/23
stated [1]  3/16
STATES [22]  1/1 1/12 5/23 5/24 6/4
6/20 7/15 11/17 12/23 13/3 13/7 15/9
15/17 16/8 17/12 18/10 26/18 26/21
30/7 30/8 31/15 34/6
States' [3]  8/22 19/24 31/3
status [4]  1/11 22/16 22/20 33/12
stay [1]  5/6
steam [3]  20/8 26/4 26/4
stenography [1]  1/24
Steve [2]  16/9 16/17
stick [1]  9/25
still [4]  14/14 14/22 15/1 15/2
stipulating [1]  32/13
straight [1]  16/22
strategy [1]  31/13
Street [1]  1/21
strings [1]  21/8
struggling [1]  15/2

**T**

subject [2]  3/12 13/18
sufficient [3]  3/25 7/16 28/10
suggestion [3]  28/3 28/4 28/22
summary [2]  26/9 27/21
support [1]  18/19
supposed [2]  23/9 23/12
sure [9]  6/9 15/8 18/12 18/17 22/8
22/13 23/22 28/22 30/20
sympathetic [1]  19/23

take [17]  3/21 7/19 8/17 11/15 16/15
16/18 17/5 21/10 22/7 23/25 24/18
25/16 25/19 27/15 27/22 28/3 30/11
taken [1]  31/10
takes [5]  21/6
taking [2]  22/5 23/24
talk [13]  19/8 25/8 25/9 25/23 28/14
28/23 30/1 31/15 31/16 32/8 32/19
33/6 33/23
talked [2]  21/11 33/1
talking [7]  9/11 9/19 10/2 11/1 17/15
17/16 29/4
technical [3]  21/10 21/14 21/23
teed [1]  26/11
TELEPHONE [1]  1/11
tell [1]  27/9
telling [1]  10/14
terabytes [1]  25/14
terms [4]  9/18 13/17 15/14 25/1
Terrific [1]  5/21
testify [1]  4/2
testimony [8]  2/15 3/13 4/9 4/16 31/9
31/20 32/1 32/3
than [10]  5/1 12/9 12/13 17/4 18/20
24/17 25/16 27/2 28/12 30/13
thank [9]  7/5 8/21 11/18 13/23 24/24
32/16 32/22 33/21 33/25
Thanks [4]  10/10 13/16 32/24 34/1
that [231]
that's [26]  4/7 5/9 7/16 7/16 8/2 9/9
9/24 9/25 10/1 10/21 11/1 11/15 13/1
15/4 18/23 19/20 20/25 24/10 24/15
26/20 27/5 27/15 28/18 32/15 33/20
33/21
their [8]  2/8 2/15 2/18 5/9 10/15 12/19
14/19 23/10
them [13]  11/4 14/9 14/18 18/6 21/19
21/21 23/16 24/19 25/12 26/16 26/24
32/15 32/15
then [13]  4/19 7/4 8/4 8/14 8/16 10/8
10/11 14/8 14/25 17/10 19/21 25/17
26/10
there [28]  2/13 3/24 4/2 4/3 5/5 5/11
5/13 5/17 6/21 14/2 17/15 20/23 21/14
21/21 23/23 25/9 26/2 26/8 27/6 27/24
28/3 29/6 29/19 29/24 30/1 30/17
30/25 31/2
there's [12]  2/6 4/18 10/24 11/2 14/24
20/7 28/19 30/23 31/21 32/4 33/4 33/7
thereafter [1]  25/21
therefore [3]  4/16 6/21 30/18
these [11]  21/1 22/2 22/11 22/12 22/19
23/4 23/13 23/22 23/24 24/3 32/14
they [49]
thing [2]  7/22 26/20
things [1]  31/14
think [39]
thinking [1]  30/25

**U**

this [45]
though [2]  4/24
those [13]  2/11 9/7 15/23 16/4 18/2
22/1 22/23 23/16 23/18 26/15 26/17
27/4 27/19
though [1]  4/22
thought [3]  5/6 7/13 21/20
thousand [1]  9/21
thousands [1]  23/3
through [8]  11/19 13/3 26/17 28/15
29/4 29/23 30/20 32/19
Thursday [3]  22/4 22/6 22/14
time [14]  2/22 3/6 6/12 6/20 10/13
10/14 12/11 19/7 20/18 21/6 21/6 22/7
22/10 22/13
timing [5]  9/7 15/11 15/17 16/2 16/24
today [6]  2/7 7/11 29/13 30/23 30/24
33/23
together [4]  6/16 8/10 8/21 33/24
told [1]  17/7
Toni [4]  1/20 34/5 34/12 34/12
took [1]  5/22
top [1]  22/24
topic [16]  2/12 2/18 2/24 2/25 3/17
3/23 3/24 4/16 4/18 5/23 7/2 14/25
30/10 30/11 32/25 33/14
topics [10]  2/11 2/14 2/17 7/2 24/8
26/10 30/9 30/15 31/4 32/21
totaling [1]  16/6
touch [1]  28/22
track [2]  25/3 25/10
transcript [3]  19/18 19/18 34/8
transcription [1]  1/25
traveling [1]  27/25
treatment [1]  17/25
tree [1]  25/8
trial [1]  6/21
tried [2]  25/22 32/10
true [1]  34/7
try [1]  26/5
trying [3]  20/8 20/11 30/16
Tuesday [2]  5/22 16/14
tuned [1]  23/20
turnaround [2]  10/8 11/8
turns [1]  18/18 21/5 21/20
Tusa [4]  1/20 34/5 34/12 34/12
two [9]  5/15 13/3 13/4 21/1 21/3 21/25
31/21 32/13 33/23

**U**

U.S [17]  3/5 3/9 3/10 3/21 4/1 9/5
10/12 10/13 10/14 13/22 17/6 17/8
17/10 17/18 24/25 26/15 32/8
U.S.'s [2]  7/24 9/4
under [1]  27/23
underscore [1]  10/5
understand [10]  4/8 13/8 13/10 13/12
17/12 19/22 19/23 23/22 24/6 29/21
understanding [2]  16/12 34/8
unfair [3]  12/18 12/22 18/6
unfortunately [1]  23/21
unit [2]  23/8 23/14
UNITED [25]  1/1 1/12 5/23 5/24 6/4
6/20 7/15 8/22 11/17 12/23 13/3 13/7
15/9 15/17 16/8 17/12 18/10 18/19
26/18 26/21 30/7 30/8 31/3 31/15 34/6
United States [17]  5/23 5/24 6/4 6/20
7/15 11/17 12/23 13/3 15/9 15/17 16/8
17/12 18/10 26/18 26/21 30/8 31/15
United States what [1]  13/7

## U

United States [3]  8/22 19/24 31/3
unless [1]  33/23
unredacted [2]  10/20 10/22
until [4]  5/8 9/6 13/12 23/11
unwilling [1]  2/14
up [15]  3/16 3/22 5/24 7/10 11/14
11/16 23/11 26/11 27/19 27/21 29/2
29/3 30/12 31/19 32/18
up-to-date [1]  7/10
upon [1]  23/19
us [33]  2/16 2/21 4/9 4/10 4/20 4/21
7/9 10/12 10/14 10/22 10/23 12/3 12/5
12/9 12/11 12/25 15/18 17/5 17/7
17/10 25/11 25/12 25/16 25/19 26/21
27/5 27/11 29/3 30/14 30/20 33/5
33/20 33/22
use [4]  6/4 12/6 12/11 19/18
used [1]  23/9
using [1]  1/24

## V

variety [1]  3/12
various [3]  23/7 23/15 24/8
vast [3]  17/23 18/9 18/12
very [13]  3/5 3/15 5/2 5/10 11/23 14/14
20/3 22/25 23/16 28/15 28/23 28/24
32/22
volume [8]  11/8 11/13 15/11 15/16
16/21 20/3 22/18 22/23
volumes [1]  18/9
voluminous [1]  26/25

## W

wait [3]  20/1 21/7 23/10
want [21]  2/7 2/20 5/17 6/9 6/10 6/24
6/25 7/18 9/20 9/25 14/18 19/15 23/21
26/15 28/7 28/8 31/2 31/18 33/1 33/6
33/12
wanted [6]  4/23 25/11 27/6 29/14
29/25 30/25
wants [1]  15/1
was [36]
wasn't [3]  3/19 4/5 26/11
way [6]  11/1 19/5 26/5 28/19 30/5 30/9
we [241]
we'll [5]  10/7 13/24 23/25 31/8 32/17
Wednesday [5]  8/11 13/5 15/15 15/22
16/5
week [12]  7/14 12/14 16/6 16/9 22/4
22/14 25/1 25/4 25/5 25/5 25/20 25/21
weeks [3]  18/20 31/1 33/23
well [11]  2/5 5/2 5/19 8/4 10/12 20/15
24/15 26/22 27/21 29/8 33/22
went [4]  5/3 18/23 21/7 26/17
were [28]  2/12 2/13 2/14 2/17 5/4 6/16
14/9 15/13 15/22 15/22 15/23 18/3
18/4 18/17 18/22 20/10 20/11 20/21
21/19 21/20 22/10 23/7 23/8 23/12
23/14 23/16 30/9 32/14
weren't [3]  3/24 18/17 23/19
what [44]
what's [2]  5/20 33/17
whatever [3]  9/2 14/18 20/15
when [16]  3/21 5/5 6/16 10/22 11/8
12/6 14/22 15/13 17/4 17/13 17/13
18/21 21/19 23/16 24/15 31/15
where [7]  2/11 3/25 7/16 9/24 16/4
23/11 28/7
whether [9]  2/23 4/17 14/24 16/3 17/19

19/1 27/11 28/10 33/6
which [10]  4/12 9/1 23/22 23/24 24/9
18/12 21/3 23/12 23/17 26/10 26/11
26/12 26/23 29/8 30/17
while [3]  4/8 12/19 15/17
who [7]  14/18 14/24 21/17 22/11 23/14
24/2 24/14
why [2]  23/17 27/10 27/12
will [45]
willing [3]  17/9 17/10 17/19
withdraw [2]  6/18 16/17
withdrawing [2]  6/17 7/2
within [3]  2/24 17/3 18/23
without [4]  14/17 14/19 16/2 32/10
witness [7]  2/12 3/10 3/16 4/1 6/4 6/21
32/14
witnesses [3]  4/21 21/2 21/3
won't [2]  11/2 21/23
work [3]  25/13 28/6 32/10
working [2]  15/25 23/14
works [1]  26/17
worried [1]  4/15
would [32]  3/9 3/16 3/20 4/13 5/13 6/11
7/22 8/13 8/15 8/16 8/18 9/14 10/10
10/11 10/22 11/22 12/1 12/8 12/15
17/9 17/9 17/10 17/20 19/10 20/2
21/22 22/25 23/22 24/9 27/24 30/2
31/7
written [1]  2/9
wrong [1]  7/24

## Y

Yeah [5]  10/21 13/1 27/9 29/17 32/11
Yep [1]  10/17
yes [9]  3/3 7/3 8/6 13/25 15/5 19/17
27/16 28/21 31/25
yesterday [3]  14/10 20/12 24/9
yet [7]  2/15 17/15 20/13 20/13 29/5
33/8 33/11
you [73]
you're [1]  27/13
your [48]
Your Honor [32]  2/5 4/8 5/13 6/25 7/23
8/19 9/2 9/15 10/9 11/18 11/19 12/1
13/6 14/4 15/6 17/22 19/3 19/9 19/17
20/21 21/5 22/17 25/10 26/1 27/22
29/10 29/13 29/18 30/21 32/24 33/20
33/25