UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| This Document Applies to:<br>Edward Wisner Donation v. BP Exploration & Production, Inc.;<br>Civil Action No. 14-1525 | SECTION "J" |

### ORDER

Defendant BP Exploration & Production, Inc., has filed a "Motion to Dismiss Complaint for Breach of Contract, Specific Performance, and Injunction" in the captioned matter. Record Doc. No. 13177. Accordingly,

Plaintiff Edward Wisner Donation is hereby **ORDERED** to respond in writing to defendant's motion no later than **AUGUST 19, 2014**. Thereafter, a report and recommendation concerning the motion will be issued on the record without oral argument. The Clerk is directed to file this order in both MDL 2179 and C.A. No. 14-1525.

New Orleans, Louisiana, this ___4th___ day of August, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE