U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 04 2014

WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA (New Orleans)

JOSEPH CANNISTRA, et, al
    Plaintiff,

CASE NO.: 2:-CV-3048-CBJ-SS

Vs

TRANSOCEAN HOLDING, L.L.C.,
TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER INC.;
TRANSOCEAN L.T.D.; BP AMERICAN, INC.;
BP, PLC; BP EXPLORATION and PRODUCTION, INC.;
NORTH AMERICA, INC.; HALLIBURTON ENERGY
SERVICES, INC,; and CAMERON INTERNATIONAL
CORPORATION f/k/a COOPER CAMERON CORPORATION

    Defendants.

Lead Case No.: 2:-MD-2179-CJB-SS
In Re: Oil Spill by Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20th, 2010.

/2-3048

Section "J"

JURY TRIAL

TENDERED FOR FILING
AUG -4 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## MOTION FOR SUMMARY JUDGMENT

COMES NOW JOSEPH CANNISTRA, by and through himself as a pro se litigant, and avers as follows:

1. I am the Plaintiff in the above styled cause.

2. There is no issue of liability, and the at-fault parties are the Defendants, who are listed above.

3. An Amended Complaint was filed and served on Defendants, and Defendants failed to answer Plaintiff's Complaint within the time limits set forth by Rule 12 of the Federal Rules of Civil Procedure. (See attached exhibits, numbered 1 through 10).

4. Plaintiff demands Summary Judgment for the loss sustained as described in the original Complaint filed in December 2013 in the Middle District Court of Florida. (See attached Exhibit 11).

5. The Court should considers Defendants' failure to answer an *ipso facto* concession and admission that Plaintiff's Complaint is meritorious and is not subject to a viable challenge.

6. The monetary damages sought in this claim, as stated in Plaintiff's original Complaint filed in the Middle District of Florida, are $1,362,711.46, plus statutory prejudgment interest to date, plus all costs incurred in relation to the filing of this action.

WHEREFORE, and in view of the foregoing, Plaintiff moves this Honorable Court for an Order Granting Plaintiff Summary Final Judgment, awarding damages in the amount of $1,362,177.46, plus statutory prejudgment interest, costs, and for such other and further relief as this Court may deem just, proper, and equitable.

Joseph Cannistra, Pro-Se
812 Orange Ave. E.
Tampa, Fl. 33613
813 – 403-8487

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following Defendants:

BP P.L.C. c/o Prentice Hall, 801 Adlai,
Stevenson Dr., Springfield Il. 62703

BP Products N/A, Inc.
c/o Prentice-Hall Corp. Systems Inc.
1201 Hays Street
Tallahassee, Fl. 32301

Transocean Deepwater Inc.

4 Greenway Plaza
Houston Tx. 77046

Cameron International Corporation
CT Corporation Systems
1200 South Pine Island Road
Plantation, Fl. 33324

BP Exploration and Production, Inc.
CT Corporation Systems
1200 South Pine Island Road
Plantation, Fl. 33324

Halliburton Energy Services, Inc.
Capital Corporate Services
155 Office Plaza Drive, Suite A
Tallahassee, Fl. 32301

Transocean L.T.D.
4 Greenway Plaza
Houston Tx. 77406

Transocean Holdings, L.L.C.
c/o President John H. Briscoe
4 Greenway Plaza, Suite 700
Houston, Tx. 77046

Transocean Offshore Deepwater Drilling Inc.
4 Greenway Plaza
Houston, Tx. 77046

BP America Inc.
CT Corporate Systems
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

this 25th, day of July, 2014 via the U.S. Mail.

Joseph Cannistra

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

RE: JOSEPH CANNISTRA, Individually, and on behalf of EGES Inc., a/b/a "The Gathering Restaurant"

MDL NO.:21:CV2791T 23 TGW

HONORABLE MARRYDAY D.J.

**Plaintiff,**

MAGISTRATE JUDGE WILLSON

V

BP EXPLORATION & PRODUCTION Inc., et al.,

**Defendants.**

_____/

## AFFIDAVIT OF JOSEPH CANNISTRA IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before me, the undersigned authority, personally appeared JOSEPH CANNISTRA, who, after having been duly sworn, deposes and states as follows:

1. My name is JOSEPH CANNISTRA, and my current address is 812 Orange Ave. East, Tampa, Florida 33613.

2. I am over the age of eighteen (18), and I am fully competent to make the statements contained in this Affidavit based on my own personal knowledge.

3. I attest to the truth and accuracy of paragraphs 1, 2, 3, 4, 5, and 6 of PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, along with all attached exhibits, filed in the above-styled cause.

TENDERED FOR FILING

AUG -4 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this 31st day of July, 2014, by JOSEPH CANNISTRA, who is personally known to me or who has produced C503498494610 as identification, and who did take an oath.

_Joseph Cannistra_

_Gabrielle Lackey_
Signature of person taking acknowledgment

Gabrielle Lackey
Name of person taking acknowledgment

GABRIELLE LACKEY
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF046276
Expires 8/13/2017

Joseph Cannistra
813 Orange Ave
Tampa, Fl. 33613

Pro-Se
Clerk

RETURN RECEIPT REQUESTED

U.S District Court
Eastern District of Louisiana
500 Poydras Street Room C-151
New Orleans LA. 70130

CERTIFIED MAIL

7014 0510 0001 3020 4372





U.S. POSTAGE PAID
TAMPA, FL
36618
JUL 31 '14
AMOUNT
$7.82
00093427-09