UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG  * | | CIVIL ACTION: MD 2179 |
| "DEEPWATER HORIZON" IN THE  * | | |
| GULF OF MEXICO ON APRIL 20, 2010  * | | Honorable CARL J. BARBIER |
| * | | |
| * | | |
| Member Case: Edward Wisner Donation v. BP  * | | Magistrate Judge WILKINSON |
| Exploration & Production, Inc.  * | | |
| Civil Action No. 14-1525  * | | |

* * * * * * * * * * * * * * * * * * * * * *

**EXPARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF EXPEDITED MOTION FOR PRELIMINARY INJUNCTION**

**NOW COMES** Plaintiff**,** Edward Wisner Donation (hereinafter "Donation" or "Wisner") through undersigned counsel, who moves this Honorable Court for leave to file a Reply Memorandum in Support for Preliminary Injunction pursuant to *Federal Rule of Civil Procedure* 65.

WHEREFORE, Wisner respectfully moves the Court for an Order Granting it's Motion for Leave to file a Reply Memorandum in Support for Preliminary Injunction.

Respectfully submitted,

/s Soren Gisleson

| | |
|---|---|
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| Soren E. Gisleson, La Bar No. 26302 | Bob Wright La Bar No. 13691 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY |
| 820 O'Keefe Avenue | & EDWARDS LLC |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhkc.com | Fax No. (337) 233-2796 |
| E-Mail: sgisleson@hhkc.com | E-Mail: jimr@wrightroy.com |

1

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA  70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 4th day of August, 2014.

  **/s/Soren Gisleson**