UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | CIVIL ACTION: MD 2179<br><br>Honorable CARL J. BARBIER |
| Member Case: Edward Wisner Donation v. BP Exploration & Production, Inc. Civil Action No. 14-1525 | * * * | Magistrate Judge WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING the attached and foregoing Motion for Leave to file Reply Memorandum in Support for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65.

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memorandum in Support for Preliminary Injunction will be filed into the record.

Done this _____ day of _____, 2014.

_____
JUDGE

1