# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**         $23,614.54

Invoice number: 4933

Invoice date: 1/31/14

To: Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 3 | trip mileage (1/2/13) | $146.40 | $439.20 |
| 1 | 12/2/2013 expenses | $250.34 | $250.34 |
| 10 | Pardue hours at site (1/2/13) | $250.00 | $2,500.00 |
| 10 | Pardue hours at site (1/3/13) | $250.00 | $2,500.00 |
| 20 | Field environmental scientist (1/2-1/3) | $125.00 | $2,500.00 |
| 40 | Field techs (2 on 1/2-1/3) | $30.00 | $1,200.00 |
| 1 | Crescent Drilling (1/2-1/3) | $3,750.00 | $3,750.00 |
| 10 | Pardue hours (core descriptions) 1/4 | $250.00 | $2,500.00 |
| 10 | Field environmental scientist (core) 1/4 | $125.00 | $1,250.00 |
| 2 | Field equipment (ATV, trailer) | $200.00 | $400.00 |
| 5 | Temporary wells | $200.00 | $1,000.00 |
| 5 | Sampling Containers | $65.00 | $325.00 |
| 6 | Review and response of post-Karen plans | $250.00 | $1,500.00 |
| 14 | Analytical time (Pardue) | $250.00 | $3,500.00 |
| | | | $23,614.54 |

Make Payment to:

John H Pardue, PhD, PE

**EXHIBIT 2**

1/2 - 1/3/2014

### Receipt 1 (left)

```
[          ] SUPPLY LLC
[          ] RAPPELET RD
[   ] MEADOW, LA
BATCH: 8-3
S-A-L-E-S  D-R-A-F-T
  72979857
  920886321
[P]URCHASE
JAN 03, 14   07:36:16

L.                    $[2]y,

              ....IPT OF GOODS
SE[    ]D IN THE AMOUNT OF THE
[S]WN HEREON AND AGREES TO PERFORM
[O]BLIGATIONS SET FORTH [IN] THE
[C]R[D] AGREEMENT WITH T[HE I]SSUER

       FOR USING VISA

     CUSTOMER COPY

                              Total
                             11.98 T
N [CAM] [  ]    1   5.98   5.98 T
U 454[  ]
W[A]MPC[R]       1   0.75   0.75 T
[S]HU[F]S

Subtotal             18.72
R F B 9.2000%         1.72
                      0.00

[TOT]AL DUE          20.44

        Visa         20.44

  RECEIPT REQUIRED
   FOR RETURNS

WARRANTY INFORMATION
    AVAILABLE
  ON REQUEST

  << CUSTOMER COPY >>
```

### Receipt 2 (middle)

```
         KAJUN TRUCK PLAZA
         640 A O RAPPELET RD
         GOLDEN MEADOW, LA 70357

Merchant ID: 7603
                              Ref #: 0003
Clerk ID: 1

               Sale

XXXXXXXXXXXX6543
VISA            Entry Method: Swiped

Amount:          $    18.01
Tip:                   3.00
Total:                21.01

01/03/14                    07:30:35
Inv #: 000003       Appr Code: 826649
Transaction ID: 004003486352364
Apprvd: Online      Batch#: 000277

           Customer Copy
           THANK YOU!
```

### Receipt 3 (right)

```
              SHARP
           PRESENTS THE
       LEEVILLE SEAFOOD REST

01/03/2014   2:04PM        09
000000#8577           CLERK09

Shr Salad              T1 $12.95
Cup soup               T1  $4.95
Lunch                  T1  $7.95
House Salad            T1  $4.25
Shrimp                 T1 $14.95
Loaded                 T1  $1.05
Fish                   T1 $14.95
Fried Claw             T1  $9.95
Shr Salad              T1 $12.95
Shr poboy              T1  $9.95
Potato salad           T1  $2.50
soft drinks            T1  $1.50
soft drinks            T1  $1.50
soft drinks            T1  $1.50
soft drinks            T1  $1.50
Tea                    T1  $2.25
Tea                    T1  $2.25
coffee                 T1  $2.25
MDSE ST                   $109.15
TAX1                       $10.03

ITEMS        18Q
CHARGE2           $119.18

       grat    23.84

              SHARP
           PRESENTS THE
       LEEVILLE SEAFOOD REST
```

Total

143.02

1/2 - 1/5/2014

```
              KIEF HARDWARE, INC.
                16230 HWY 3235
                CUTOFF, LA 70345
                  985-325-7077


Transaction#: FA142595
Associate: LAURIE
Date: 01/02/2014      Time: 08:34:35 AM

                  *** SALE ***


NAB WHEAT THINS ORIG - 542689
    1.00 EACH @    $3.79 T          $3.79
MINI MOON PIE BANANA - 548633
    1.00 EACH @    $2.85 T          $2.85
TOSTITOS CANTINA TRAD CHP-07126600
    1.00 EACH @    $3.29 T          $3.29
OM CHEESE PIZZA - 928985
    2.00 EACH @    $3.09 T          $6.18
33GAL/10CT TRASH BAGS - 610151
    1.00 PKG @     $7.99 T          $7.99
NUTRI-GRAIN BARS BLUEBERR-35700
    1.00 EACH @    $2.95 T          $2.95
NAB NUTTER BUTTER - 542539
    1.00 EACH @    $4.29 T          $4.29
TOSTITOS BEAN CHEESE DIP-8536
    1.00 EACH @    $3.49 T          $3.49
5 GAL BUCKET - 782920
    2.00 EACH @    $5.99 T         $11.98
  084305355584
RED MARKING FLAGS - 151794
    1.00 EACH @    $5.79 T          $5.79
  024721109866
21" WHITE MARKING FLAG - 337497
    1.00 EACH @    $8.99 T          $8.99
  024721039378

                    Subtotal:   $61.59
           4%  - Louisiana:     $2.47
           5.2% - Lafourche:    $1.81
                       TOTAL:  $65.87

                        VISA:  $65.87
                      CHANGE:   $0.00


BUYER AGREES TO PAY TOTAL AMOUNT ABOVE
ACCORDING TO CARDHOLDER'S AGREEMENT
WITH ISSUER

Approval: 795344
CNUM: VISA-************6543
EXP: **/**
```