**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | ) | MAG. JUDGE WILKINSON |
| 14-1525 | ) | |
| | ) | |

**Rebuttal Declarations of John Pardue and S. Jeffress Williams**

NOW COME John Pardue and S. Jeffress Williams who, under penalty of perjury, hereby aver that they are over the age of 21, that the opinions and conclusions are their own, and that all factual statements are made upon personal knowledge:

1.    The Wisner Science Team consisting of J. Pardue and S.J. Williams, who have formal education and professional expertise in environmental engineering and coastal geology and processes, respectively, has more than 70 years of experience in doing field and laboratory studies, publishing results, and presenting research results at national and international conferences.  Both are recognized national and international experts in their respective fields, totally independent of any affiliations.  Both Pardue and Williams have spent much of their careers conducting studies and doing research along the Louisiana coast, including the Fourchon coast, and both have been actively engaged in assessing, monitoring and mapping the Fourchon coast on a regular and frequent schedule for the past four years since the DWH spill event starting in May 2010.



EXHIBIT
3

2.      Since 2010, Pardue has been physically present on Fourchon Beach, sampling and observing cleanup approaches, for over 100 days. During those events Pardue and his team, with the advice of S.J. Williams has collected and analyzed thousands of samples and collectively, the data sets from Fourchon Beach are the most extensive set of oil fate measurements collected during the spill.  Pardue and Williams have also had the benefit of the Wisner on-site full-time manager, who has documented on a daily basis over the past four years the state of the beach and wetlands from the start of oil coming ashore through the last clean-up phase.  This detailed scientific documentation for the Wisner land-trust holding is in the form of aerial photography, topographic surveys, written records and reports, and annotated photographs of the beach, wetlands and nearshore region.

3.      The result is that Pardue and Williams have a detailed and comprehensive understanding of the beach and wetlands landscape and processes prior to the oil coming ashore, storm, overwash and re-oiling events over the past four years, as well as the effects and impacts of various clean-up activities, their successes and failures to remove significant oil and sustain sediment in the beach system. Pardue and Williams' C.V.s are attached as Exhibits "A" and "B", respectively.

4.      The Fourchon headland coast is significantly different in landscape geomorphology, geology, biogeochemistry and coastal processes from other Gulf coast regions oiled by the DWH event.  Fourchon has more dynamic coastal processes of sediment erosion and accretion, the highest erosion rates of any shore in the world,  historic (1880s to 2005) erosion and land retreat rates have been 36 and 55 feet per year. Rates of erosion have increased significantly since 2005 and

since the Deepwater Horizon Spill when oil came first came ashore in May 2010. The actual shoreline change, i.e., erosion has been highly variable with high rates of erosion due to storms and cold fronts and some accretion during calm periods thereafter, but if we take an average of say 50 ft/yr retreat since May 2010, that yields a net shoreline retreat of greater than 200 feet.

5.   In addition, the beach is not solely sand but rather an admixture of sand and silt/mud/shell/organic debris, the coast is highly sediment starved, the beach is underlain by a relict clay/peat platform that extends into the offshore.  For these reasons, traditional oil assessment and clean-up techniques that might work for Florida or Alabama are not adequate.

6.   For example when oil started coming ashore in May 2010 the beach was highly eroded and low in elevation.   After initial oiling, storm overwash brought sand ashore, accreting the beach and covering the oil with as much as eight  feet of sediment.  As a result much of the beach is infused with layers of oil.  The large quantities of sand shell removed with oil from the beach and not replaced with clean sand has served to increase the vulnerability of the beach to erosion, surge flooding and sea level rise.

7.   We acknowledge that a great deal of oil has been removed from the beach and disposed of offsite, as well as very large volumes of beach sediments, sand, shells and organic materials.   None of the sediment removed has been replaced with clean compatible sediments.   The Fourchon beach system is already a highly erosive, sand-starved system and removal and disposal of sediment over the past 4

years has increased coastal erosion and made the coast even more vulnerable to erosion, flooding and storm overwash.

**Lyle Bruce Rebuttal:**

*8.*     Dr. Bruce's declaration centers around his belief that no further remediation is necessary, including at Breach 1, that natural recovery processes are continuing to degrade oil and that the assessment of oil in the Fourchon Beach has been complete.  His conclusions are based on factual misstatements from the scientific literature and my papers and measurements from Fourchon Beach.  It is also unclear if Bruce was ever present to observe any of the activities that he opines were conducted using the "so called" highest industry standards.

**Biodegradation of PAHs is <u>not</u> taking place at a significant rate and further remediation is <u>necessary</u> at Breach 1**

9.     Bruce states that evidence in the scientific literature and his interpretation of my peer-reviewed, published studies (Urbano et al., 2013; Elango et al, 2014, Lemelle et al, 2014) somehow contradicts my statement that natural recovery of oil was not occurring at the Breach 1 site, since $O_2$ is required for oil compounds to biodegrade.  However, the scientific studies cited by Bruce (the papers by Coates et al, 1997 and Meckenstock, et al., 2004) clearly show that only 2-ring PAHs, the naphthalenes, will biodegrade in the absence of $O_2$.

10.     In this spill, the naphthalene compounds largely evaporated at sea prior to reaching the shoreline so they are essentially absent from MC252 and irrelevant to understanding the fate of oil on the beach.  So the statement that the scientific literature indicates that PAHs degrade anaerobically is very misleading; one class

4

of these compounds may biodegrade under these conditions, but these are not even present on the beach.  Likewise, Bruce has not clearly read my papers and misinterpreted their application to the Breach 1 site.

11. The papers he has read only addressed surface oil in the intertidal and supratidal environments.  These studies show that crude oil components will degrade as long as oxygen is present.  When it is absent, degradation effectively ceases.  We recently presented this information at the oil spill industry's largest scientific conference  (Pardue et al., 2014, IOSC Conference Proceeding Paper; Westrick et al., 2014, IOSC Presentation).

12. Bruce cites the OSAT-II study as evidence that shoreline oil is non-toxic and poses no risk to human health or the environment.  Yet, the report was published in March 2011 and extensive clean-up operations continued for 3 more years resulting in millions of pounds of oiled materials removed from Gulf Coast beaches.  Most of that oiled material was removed from Fourchon Beach (~64%).  So if the oil posed no harm and it was rapidly biodegrading, why were such extensive efforts continued for so long?

13. A key finding from the OSAT-II report (pg. 2) was that "In most locations, models predict PAH concentrations in supratidal buried oil will decrease to 20% of current levels within 5 years.  However, there are isolated conditions where PAH concentrations are predicted to persist substantially longer".  These "isolated conditions" were found on Grand Isle, LA, a beach with similar character to that of Fourchon Beach and just a few miles away (OSAT-II Report, Annex E,

BIOMARUN).  Measurements and modeling by scientists employed by Incident Command found that PAHs would not degrade substantially in the subsurface conditions present at Grand Isle.  Data from only 3 beaches were used to make decisions, one in Alabama, one in Florida and Grand Isle in LA.

14.   The Grand Isle measurements and models are completely consistent with our data from Fourchon Beach and clearly should have informed Incident Command and the FOSC that Louisiana beaches had unique processes and required a different approach and toolbox than the beaches of Alabama, Mississippi and Florida.

15.   As early as Spring 2011, the OSAT-II report made an important finding with respect to Louisiana beaches, that the absence of $O_2$ from beach groundwater on Louisiana beaches would lead to negligible natural recovery from buried oil on the state's beaches.  Yet there is no evidence that this information was acted on by those responsible for advising the FOSC, including Hayward and Bruce.

16.   Data evidence that Breach 1 is degrading very slowly is attached as Exhibit "C". The data confirms the lack of change in the polycyclic aromatic hydrocarbon (PAH) concentrations in Breach 1.  In the table in the Attachment, data are provided from oil samples obtained over the course of the Wisner Science Team's investigations from 2010-2014.   Samples were analyzed using state of the art techniques for PAHs in the laboratory.  PAH data are presented as weathering ratios constructed to compare the amount of  more biodegradable, 3-ring PAHs (phenenathrene and dibenzothiophenes) to less biodegradable 4-ring chrysenes.

Data are present as a percentage and should be read as "percent of the PAH group remaining".

17.     As the weathering ratio declines, natural recovery of the oil is occurring with respect to these PAHs, through the process of biodegradation by hydrocarbon-degrading microorganisms.  Data clearly show the persistence of oil in Breach 1, similar to the persistence of oil we observe in submerged oil mats that break up during storms and wash ashore.  The oil is very similar in character to oil that reached the shoreline in May 2010 and only represents a 5% weathering rate per year for these compounds.  This insures that oil will be present at Breach 1 for decades to come.

**BP has __not__ used the highest industry standards in its response operations on the Wisner Donation Property and the remediation techniques recommended by the Wisner Science Team __are__ necessary for this setting.**

18.     While Bruce acknowledges that supplying $O_2$ to degrade hydrocarbons would be appropriate at an "industrial" site, he raises 9 issues that he believes would negate a decision to deploy this approach on Fourchon Beach.  Many of his issues raised are just factually incorrect and others are based on a lack of knowledge of this remedial approach.

19.     I maintain with my extensive experience on remediation technologies that this approach is the lowest cost approach with the lowest environmental impact that could be deployed at this site and would reach endpoints in the most rapid and effective manner.  A rebuttal of his 9 issues is below.

a.      *Use of the approach would require mechanical equipment, which would disturb the environment.*   In reality, only one day of mechanical equipment operation would be required to drill additional wells with a low-profile direct push system.  This is in contrast to the months of heavy equipment use (i.e., backhoes, bull-dozers) at the Breach 1 site during the ineffective application of SCAT-driven oil removal.

b.      *Operating a sparging system would require power and other equipment.*  The type of sparging proposed (i.e., Waterloo emitters), if used, does not require power and the use of compressed air in the limited area required would mitigate any noise or intrusive equipment.

c.      *Multiple applications of oxygen release compound would be required disturbing the bird nesting season and the environment.*   If multiple applications are required, they would be added through the existing well network at the site, no environmental disturbance would result and visits to reapply the material could be scheduled around nesting season, as would all activities described in the plan.  Again, this criticism is not consistent with the decisions made by Incident Command, who Bruce advised, to deploy heavy equipment and large groups of people during the clean-up from 2010-2013.

d.      *Changing the aquifer from anaerobic to aerobic conditions will take months and this will kill the anaerobic bacteria that are degrading the oil.*  As demonstrated above, the oil is not degrading under the anaerobic conditions present in Breach 1, therefore the statement and concern is just factually incorrect.

8

e.      *Regular maintenance of the air sparging system would be required including the use of antifouling agents*.  If, and when, a sparging system is used, minimal maintenance will be required and no anti-fouling chemicals would ever be appropriate in a groundwater setting. Maintenance of a spraging system such as the Waterloo emitter system would involve simply changing the permeable tubing occasionally.

f.      *Toxicological studies may be required on antifouling agents and oxygen release compounds*.  No antifouling agents would ever be used and the oxygen release compounds have been permitted in 100's of natural systems.  This is not an issue at all in this setting.

g.      *if a hurricane were to hit the site, the equipment placed will either be blown away or buried- either way, they would be destroyed, or worse, may create hazards that emerge after a storm or when the beach erodes*.  The equipment, which could be demobilized from the site in an hour, poses no hazard to the public at all.

h.      *The equipment would pose a hazard during beach replenishment work*. The suit was brought so that this clean-up work would be completed before the replenishment work begins, but the remediation approach would not pose any hazards to the CAM-II project but should be completed prior to that project beginning to provide the bets chance of success for both.

i.      *Pardue's research demonstrates that oil is biodegrading in Breach 1*. As described above, this is factually incorrect.  Our research demonstrates that the opposite is occurring at this location (see Attachment 1).

20.     Bruce maintains that remedial approaches used in the repetitive attempts to remediate Breach 1 were of the highest industry standard. Bruce does not clarify whether he was ever present during these operations or had the opportunity to observe the activities first-hand. The activities that I observed included the removal of oiled sands from below the water table and the futile attempts to manually sort oil from sand by laborers in the field.

21.     I also observed free oil and oiled sands in excess of the remedial standard being returned to the excavation hole.

22.     I observed oiled liquids from the excavation allowed to spill across the beach surface and run into the adjacent marsh.

23.     I observed that no follow-up sampling was conducted to determine whether the remedial standards were met at Breach 1 following the last attempt.

24.     Taken together, these observations indicate an operation that is so far out of industry standards of the environmental site remediation community that it be considered very ineffective.

**Assessment and remediation decisions on Wisner Donation Property have <u>not</u> been science-based.  Further assessment and remediation <u>is</u> necessary at the Wisner Donation Property.**

25.     Bruce argues that Snorkel SCAT was sufficient to delineate oil in the nearshore off Fourchon Beach.  It was wholly ineffective in delineating offshore oil deposits for the simple reason that the clay platform at Fourchon Beach, which has been found to be a geologic structure having critical importance to offshore oil deposits, extends substantially farther (100's of feet) than the Snorkel SCAT

teams are allowed to go.  In addition, due to rapid erosion, the present shoreline is approximately 200 feet landward of the shore when the oil started coming ashore in 2010 and thus the nearshore platform oiled in 2010 was likely well seaward of the Snorkel SCAT surveys.If they are only allowed to go 1/4 to 1/3 of the distance required to assess the full extent of the clay platform, then the assessment is clearly not sufficient.

26.   This has been proven after every storm where oil continues to break up and move onshore, repetitively exposing wildlife.

27.   Bruce is silent on the assessment of the impacted wetland and marsh areas adjacent to Fourchon Beach.   These were never assessed despite Wisner's continued request and documentation provided to demonstrate that oil was present in the mudflat and marsh areas.

28.   Bruce opines that a hurricane to disperse the oil back into the marsh or covering the oil sands with clean sands during the CAM-II beach restoration would be beneficial.  While it is clear that this would be beneficial to BP, we have a proposed a better approach; to provide an environment for bacteria to consume the oil components to non-toxic end products, mitigating oil pollution from Fourchon beach that has been stored on the property for the last 4 years.

29.   Bruce concludes by stating that the "science" demonstrates the decision to stop cleanup activities was correct.  He cites among other studies, my work, which he has misinterpreted, and the OSAT-II report which confirms our data that indicates that natural recovery of oil along Louisiana beaches would be very slow.

30.     Our data clearly show that the key to completing oil removal from this beach requires identifying and focusing on areas where oxygen is absent: oil buried deep in the supratidal, oil present in submerged oil mats and oil in the wetlands and mudflats.  Once this areas are identified, oil can be removed manually by complete excavation or by supplying oxygen and nutrients, if needed, using a whole range of industry standard approaches.

31.     SCAT has completely failed in this regard and has not made even the most basic measurements needed to accomplish this.

32.     In contrast, we have been to the area over 100 times making measurements.  We have extensive site-specific datasets that we have shared with the decision makers.

33.     We have presented our results at national and international meetings and published our results in high caliber peer-reviewed journals and will continue to do so.  Ultimately, this stretch of shoreline will have the largest set of published data of any area impacted by the spill.

34.     We stand by our scientific conclusions and practical experience in the field of site remediation and reaffirm the need to perform addition active remediation and assessment steps to complete the clean-up process.

**Gary Hayward Rebuttal**

35.     Hayward's declaration focuses on the application of SCAT processes to Fourchon and a rebuttal of requests for further remediation in the Breach 1 area and additional assessment requested for the nearshore and wetland environments.

36. Hayward's discussion of the SCAT process and operations conducted on Fourchon Beach is illustrative of how ineffective these procedures were at delineating and removing oil in a dynamic Louisiana coastal environment. Hayward presents these operational activities as if they were a systematic, linear series of activities leading to the Shoreline Cleanup Completion Plan, but in reality SCAT procedures, operations, and the science behind them, repetitively failed to remove the oil on Fourchon Beach.

37. Typical of this activity was the manual digging of 5,400 holes to identify buried oil on Fourchon Beach between 2010-2011. Holes were systematically dug, but only 18 inches deep, despite advice to the contrary by Wisner. In reality, oil was buried as much as 8 feet below the beach surface.

38. In 2011, 2012 and 2013, clean-up activities were substantially scaled back in the late summer/early Fall as the shoreline were assessed for "completion" (or movement out of Stage IV). In each year, tropical storms and hurricanes (TS Lee (2011), Hurricane Isaac (2012) and TS Karen (2013)) exposed oil that SCAT and Operations had failed to locate and remove.

39. This cycle was repeated three times with each storm spurring a new large project from Incident Command to identify and remove the remaining oil.

40. Hayward opines that there is not a "substantial amount of oiled sand and free oil remaining in front of Breach 1 as Wisner Donation consultants assert". Yet like Dr. Bruce, he has not collected or reviewed any data from the Breach 1 site

following the "completion" of the most recent clean-up activities.  So it is hard to understand what information he is basing his opinion upon.

41.    He critiques our method of collecting this data, even though direct push is the industry standard for collecting soil borings for these assessments.  We collected over 60 borings from this small area so clearly we have the spatial data to conclude that the remedial standard was not met.

42.    In addition, we have extensive chemical data, oxygen data, and nutrient data, including data collected as recently as July 2014. Taken together these data clearly and unequivocally indicate that oil exceeding the standard is present (in fact free oil is floating on a portion of the groundwater surface), is poorly weathered and the potential for further weathering is poor.

43.    Our opinion and plan is based on the most recent and detailed measurements at Breach 1, while Hayward and Bruce rely on observational data only that are nearly a year old.

44.    Like Bruce, Hayward states that the Snorkel SCAT approach was the definitive assessment for the nearshore aquatic environment.  However, it is a poorly suited approach for the Louisiana coastline since it relies on manually digging holes with shovels in as much as 4' of water, under challenging wave and current conditions, and visually examining the material removed before it disperses in our highly turbid water.

45.    While this likely works better in Florida, the ability of the method to identify oil, then make an immediate judgment on extent and whether it is recoverable is questionable at best.

46.     I have tried the method personally in this system and did not find it a credible way to identify oiled nearshore sediments.  The primary failing of the assessment, however, is that the clay platform at Fourchon Beach extends substantially farther (100's of feet) than the Snorkel SCAT teams are allowed to go. And the platform portion oiled in 2010, now about 200 feet seaward of the coast due to rapid coastal erosion, is well seaward of the region surveyed by Snorkel SCAT.

47.      If they are only allowed to go 1/4 to 1/3 of the distance required to assess the full extent of the clay platform, then the assessment is clearly not sufficient

48.     Hayward provides further details on the very cursory wetland assessment performed on the remainder of the Donation's property.  He states that that Wisner's Science Team have "provided no evidence that oiling conditions in the wetlands were a threat to the health of vegetation or wildlife, or that oiling conditions were such that they exceeded No Further Treatment guidelines or endpoint criteria to warrant any response actions in these areas".

50.     We have provided BP and Incident Command coordinates where free oil was observed in the marsh during the active portion of the spill, photographs of oiling during this period, and analytical data on oiling conditions in washover mudflats and the marsh.

51.     Wisner's Science Team has even constructed boardwalks, visible from the beach, which groups of scientists from LSU, Tulane and Texas Tech have used to access oiled marsh and mangrove sites behind Breach 3.

We declare under penalty of perjury that the foregoing is a true and correct statement of our opinions, analyses, and facts and that, if called as a witness, we would testify to the above based on our own personal knowledge, training, and experience.


Executed August 4, 2014


S/ John Pardue
John Pardue


S/S. Jeffress Williams

**Attachment #1**

Weathering ratios computed from PAH concentrations measured from oil on Fourchon Beach and other relevant locations

| Location | Date | PHEN/ CHRYS[1] | DIBENZ/ CHRYS[2] | Significance |
|---|---|---|---|---|
| Surface oil near wellhead[3] | 5/2010 | 93.5 | 73.8 | Initial weathering ratios near wellhead at surface |
| SOM[4] | 9/2011 | 91.7 ± 0.6 | 69.7 ± 2 | Post-TS Lee mat, essentially unweathered |
| SOM | 4/2013 | 79.0 ± 9 | 54.9±13 | Weathering ~5%/year |
| Breach 1 borings | 1/2014 | 76.4±7.8 | 58.9±5.1 | Weathering ~5%/year |
| SRBs (Elmer's Island) | 10/2011 | 56.4±18.2 | 37.5±6.8 | SRBs on beach surface for 18 months. Weathering ~28%/year |
| Intertidal buried oil | 3/2011-8/2011 | 26.1±25.1 | 24.1±18.2 | Buried oil in the intertidal washed with oxygenated seawater. Rapid weathering (i.e., 60-70%/year) but variable |

[1]   PHEN/ CHRYS = 100* (C1-,C2-,C3-C4-phenanthrenes)/ (C1-,C2-,C3-C4-phenanthrenes, C1-,C2-,C3-chrysenes)

[2]   DIBENZ/ CHRYS = 100* (C1-,C2-,C3-dibenzothiophenes)/ (C1-,C2-,C3-dibenzothiophenes, C1-,C2-,C3-chrysenes)

[3]Diercks et al., 2010

[4]Submerged oil mat

**John H. Pardue, Ph.D., P.E.**
**Director, Louisiana Water Resources Research Institute**
**Co-Director, Hazardous Substance Research Center, South & Southwest,**
**Louisiana State University**
**Professor of Civil & Environmental Engineering**
**Elizabeth Howell Stewart Professor**
**Louisiana State University**

Department of Civil & Environmental Engineering
Louisiana State University
Baton Rouge, LA  70803
(225)-578-8661  FAX (225)-578-8652
jpardue@.lsu.edu

**1. Educational Background:**

> B.S. (Biology) cum laude, Rhodes College, Memphis, TN, 1983
> M.S. (Marine Sciences) Louisiana State University, 1987
> Ph.D. (Civil Engineering) Louisiana State University, 1992

**2. Employment History:**

> 2004-present, Co-Director, Hazardous Substance Research Center, South & Southwest, Louisiana State University

> 2003-present, Elizabeth Howell Stewart Professor of Civil and Environmental Engineering, Louisiana State University

> 2002-present. Director, Louisiana Water Resources Research Institute, College of Engineering, Louisiana State University

> 1998-present. Elizabeth Howell Stewart Emerging Leader Professorship, College of Engineering, Louisiana State University

> 1998-2003   Associate Professor (with tenure) Department of Civil & Environmental Engineering, Louisiana State University

> 1995-1998 Assistant Professor, Department of Civil & Environmental Engineering, Louisiana State University

> 1992-1995 Assistant Professor-Research, Wetland Biogeochemistry Institute, Louisiana State University


EXHIBIT
A

### 3. Publications

#### A. Refereed Publications

P. Timothy Tate, Won Sik Shin, John H. Pardue, W. Andrew Jackson. (2011) Bioremediation of an Experimental Oil Spill in a Coastal Louisiana Salt Marsh. Water Air and Soil Pollution DOI 10.1007/s11270-0929-z

Lee, E.J. and J.H. Pardue. 2012. In review. Anaerobic Biodegradation of Petroleum Hydrocarbons under Sulfate-Reducing Conditions in Salt Marshes. *Env. Technology.*

Ravikrishna, R., H.W. Lee, S. Mbuligwe, K.T. Valsaraj and J.H. Pardue, 2010. Air Quality during demolition and recovery activities in post-Katrina New Orleans. *Environmental Toxicology and Chemistry*, 29: 1438-1444.

Lee, S; Pardue, JH; Moe, WM. 2009. Effect of sorption and desorption-resistance on biodegradation of chlorobenzene in two wetland soils  *J. Hazard. Mat.*  161 (1): 92-498

Min, JE; Kim, M; Pardue, JH, et al. 2008. Reduction of trichloroethylene and nitrate by zero-valent iron with peat. *J. Environ. Sci Health. Part A: toxic/hazardous substances & engineering*. 43(2):144-153

Reible, D.D.; C.N. Haas; J.H. Pardue 2006. Toxic and contaminant concerns generated by Hurricane Katrina. J. Environ. Engineering –ASCE 132(6):  565-566

Gomez-Hermosillo, C., J.H. Pardue and D.D. Reible. 2006. Wetland plant uptake of desorption-resistant organic compounds from sediments. *Environ. Sci. Technol*. *40*(10); 3229-3236

Kassenga, G.R. and J.H. Pardue. 2006. Effect of competitive terminal electron acceptor processes on dechlorination of *cis*-1,2-dichloroethene and1,2-dichloroethane in constructed wetland soils. *FEMS Microbiology Ecology* 57 (2): 311-323.

Pardue, J.H., W.M. Moe, D. McInnis, L.J. Thibodeaux, K.T. Valsaraj, E. Maciasz, I. van Heerden, N. Korevec and Q.Z. Yuan. 2005. Chemical and microbiological parameters in New Orleans floodwater following Hurricane Katrina. *Environ. Sci. Technol*. 39:8591 – 8599.

Dean, C., J.J. Sansalone, F.J. Cartledge, and J.H. Pardue. 2005. Influence of hydrology on storm water metal element speciation at the upper end of an urban watershed. *J. Environ. Engr. ASCE* 131:632-642.

Jackson, W.A., L. Martino, S, Hirsh, J. Wrobel and J.H. Pardue. 2005. Application of a dialysis sampler to monitor phytoremediation processes. *Environmental Monitoring & Assessment*. 107:155-171.

Kassenga, G., J.H. Pardue, W.A. Moe, and K. Bowman. 2004. Hydrogen thresholds as indicators of dehalorespiration in constructed treatment wetlands. *Environ. Sci. Technol.* 38 (4): 1024-1030.

Tan, K., W. A. Jackson, T.A. Anderson, and J.H. Pardue. 2004. Fate of perchlorate-contaminated water in upflow wetlands. *Water Research* 38:4173-4185.

Jeon, Mi-An, W.A. Jackson, T. Anderson and J.H. Pardue. 2004. Perchlorate remediation by electrokinetic extraction and electrokinetic injection of substrates. *J. of Bioremediation*. 8:65-78.

Lee, S., R.R. Kommalapati, K.T. Valsaraj, J.H. Pardue and W.D. Constant. 2004. Bioavailability of reversibly-sorbed and desorption-resistant 1,3-dichlorobenzene from a Louisiana Superfund site soil. *Water, Air, & Soil Pollut.* 158:207-221.

Lee, Sangjin, John H. Pardue, William Moe and K.T. Valsaraj. 2003. Mineralization of desorption-resistant 1,4-DCB in wetland soils. *Environmental Toxicology & Chemistry,* 22(10):2312-2322.

Shin, W.S., J.C. Park and J.H. Pardue. 2003. Oxygen dynamics in petroleum hydrocarbon contaminated salt marsh soils: III. A rate model. *Environ. Technol.* 24(7): 831-843.

Kassenga, G., J.H. Pardue, S. Blair and T. Ferraro. 2003. Treatment of chlorinated VOCs using treatment wetlands. *Ecological Engineering* 19(5):305-323.

Cothren, G., J.H. Pardue and S. Chen. 2002. Investigation of subsurface flow constructed wetland designs. *Public Works Management and Policy* 7(1); 32-45.

Lee. S., W. Moe, K.T. Valsaraj and J.H. Pardue. 2002. Effect of sorption and desorption-resistance on aerobic trichloroethylene biodegradation in soils. *Environ. Toxicol. & Chem.* 21(8):1609-1617.

Lee, S., R.R. Kommalapati, K.T. Valsaraj, J.H. Pardue and W.D. Constant. 2002. Rate limited desorption of volatile organic compounds from soils and implications for the remediation of a Louisiana Superfund site. *Environ. Monitor. & Assessment* 75:87-105.

Shin, W.S., Pardue, J.H., W.A. Jackson and S.J. Choi. 2001. Nutrient enhanced biodegradation of crude oil in tropical salt marshes. *Water Air & Soil Pollut.* 131:135-152.

Shin, W.S. and J.H. Pardue. 2001. Oxygen dynamics in crude oil contaminated salt marshes. 1. Aerobic respiration model. *Environ. Technol.* 22:845-854.

Shin, W.S. and J.H. Pardue. 2001. Oxygen dynamics in crude oil contaminated salt marshes. II. Carbonaceous sediment oxygen demand model. *Environ. Technol.* 22:855-867.

Rabbi, MF., B. Clark, R.J. Gale, E. Ozsu-Acar, J.H. Pardue and W.A. Jackson. 2000. In situ TCE bioremediation study using electrokinetic cometabolite injection. *Waste Management* 20(4); 279-286.

Shin, W.S., J.H. Pardue and W.A. Jackson. 2000. Oxygen demand and sulfate reduction in petroleum hydrocarbon contaminated salt marsh soils. *Water Research* 34:1345-1353.

Jackson, W.A. and J.H. Pardue. 1999. Quantifying the aerobic mineralization of contaminants using stable carbon isotope ratios. *Isotope Geochemistry* 787-792.

Jackson, W.A. and J.H. Pardue. 1999. Potential for intrinsic and enhanced crude oil biodegradation in Louisiana's freshwater marshes. *Wetlands* 19:28-34.

Jackson, W.A. and J.H. Pardue. 1999. Potential for enhancement of biodegradation of crude oil in Louisiana salt marshes using nutrient amendments. *Water Air & Soil Pollut.* 109:343-355.

Jackson, W.A. and J. Pardue. 1998. Assessment of metal inhibition of reductive dechlorination of hexachlorobenzene at a Superfund site. *Environmental Toxicology and Chemistry* 17:1441-1446.

Pardue, J.H. and T.Z. Guo. 1998. Biogeochemistry of radium-226 in contaminated bottom sediments and oilfield waste pits. *Journal of Environmental Radioactivity.* 39:239-253.

Jackson, W.A., R.R. Kommalapati, D. Roy and J.H.Pardue. 1998. Enhanced transport of bacteria through a soil matrix using colloial gas aphron suspensions. *J. of Environmental Science & Health, Part A. Environmental Science and Engineering.*

Yu, F-X, J.H. Pardue and D.D. Adrian. 1997. Evaluation of nine models for ungauged urban basins in Louisiana. *Journal of the American Water Resources*

*Association* 33:97-110.

Jackson, A. and Pardue, J.H. 1997. Seasonal variability of crude oil respiration potential in salt and fresh marshes. *Journal of Environmental Quality* 26:1140-1146.

Pardue, J.H., S. Kongara and W.J. Jones. 1996. Effect of Cd on reductive dechlorination of 2,3,4-trichloroaniline. *Environmental Toxicology and Chemistry* 15:1083-1088.

Jackson, A., J.H. Pardue and R. Araujo. 1996. Monitoring crude oil mineralization in salt marshes: use of stable carbon isotope ratios. *Environmental Science and Technology* 30:1139-1134.

Pezeshki, S.R., J.H. Pardue, and R.D. DeLaune. 1996. Leaf gas exchange and growth of flood-tolerant and flood-sensitive tree species under low soil redox conditions. *Tree Physiology* 16:453-458.

Constant, W.D., J.H. Pardue, R.D. DeLaune, K. Blanchard, and G. Breitenbeck. 1994. Enhancement of *in Situ* Microbial Degradation of Chlorinated Organic Waste at the Petro Processors Superfund Site. *Environmental Progress* 14:51-60.

Lindau, C.W., R.D. DeLaune, and J.H. Pardue. 1994. Inorganic nitrogen processing and assimilation of a forested wetland. *Hydrobiologia* 277:171-178.

Pardue, J.H., R.D. DeLaune, W.H. Patrick, Jr., and J.A. Nyman.  1994. Treatment of alligator farm wastewater using land application.  *Aquacultural Engineering* 13:129-145.

Pezeshki, S.R., J.H. Pardue, and R.D. DeLaune. 1993. The influence of soil oxygen deficiency on alcohol dehydrogenase activity, root porosity, ethylene production and photosynthesis in *Spartina patens. Environmental and Experimental Botany* 33:565-573.

Pardue, J.H., P.H. Masscheleyn, R.D. DeLaune, W.H. Patrick, Jr., and D.D. Adrian. 1993.  Assimilation of hydrophobic chlorinated organics in freshwater wetlands: sorption and sediment water exchange. *Environmental Science and Technology* 27:875-882.

Pardue, J.H., R.D. DeLaune, and W.H. Patrick, Jr. 1992. Use of Metal:Al correlation to predict elevated metal concentrations in Louisiana coastal wetlands. *Journal of Environmental Quality* 21:539-545.

Masscheleyn, P.H., J.H. Pardue, R.D. DeLaune, and W.H. Patrick, Jr. 1992. Phosphorus release and assimilatory capacity of lower Mississippi valley freshwater wetlands. *AWRA Water Resources Bulletin* 28:763-773.

Masscheleyn, P.H., J.H. Pardue, R.D. DeLaune, and W.H. Patrick, Jr. 1992. Chromium redox chemistry in a lower Mississippi valley bottomland hardwood wetland. *Environmental Science and Technology* 26:1217-1226.

Pezeshki, S.R., R.D. DeLaune, and J.H. Pardue. 1992. Sediment addition enhances transpiration and growth of *Spartina alterniflora* in deteriorating Louisiana Gulf Coast salt marshes. Wetland Ecology and Management 1:185-189

DeLaune, R.D., R.P. Gambrell, J.H. Pardue, and W.H. Patrick, Jr. 1990. Fate of petroleum hydrocarbons and toxic organics in Louisiana coastal environments. *Estuaries* 13:72-80.

DeLaune, R.D., S.R. Pezeshki, and J.H. Pardue. 1990. An oxidation-reduction buffer for evaluating the physiological response of plants to root oxygen stress. *Environmental and Experimental Botany* 30:243-247.

DeLaune, R.D., S.R. Pezeshki, J.H. Pardue, J.H. Whitcomb, and W.H. Patrick, Jr. 1990. Some influences of sediment addition to a deteriorating salt marsh in the Mississippi River deltaic plain: a pilot study. *Journal of Coastal Research* 6:181-188.

Pardue, J.H., R.D. DeLaune, W.H. Patrick, Jr. and J.H. Whitcomb. 1989. Effect of redox potential on fixation of [137]Cs in Mississippi alluvial plain sediment. *Health Physics* 57:781-789.

Pardue, J.H., R.D. DeLaune, C.J. Smith, and W.H. Patrick, Jr. 1988. Heavy metal concentrations along the Louisiana coastal zone. *Environment International* 14:403-406.

Lindau, C.W., K.R. Reddy, W. Lu, C.S. Khind, J.H. Pardue, and W.H. Patrick, Jr. 1989. Effect of redox potential on urea hydrolysis and nitrification in soil suspensions. *Soil Science* 148:184-190.

DeLaune, R.D., J. Whitcomb, W.H. Patrick, Jr., J.H. Pardue, and S.R. Pezeshki. 1989. Accretion and canal impact in a rapidly subsiding wetland. I. [137]Cs and [210]Pb techniques. *Estuaries* 12:247-259.

Lu, W., C.W. Lindau, J.H. Pardue, W.H. Patrick, Jr., K.R. Reddy, and C.S. Khind. 1989. Potential of phenylphosphorodiamidate and N-(N-Butyl) thiophosphoric triamide for inhibiting urea hydrolysis in simulated oxidized

and reduced soils. *Communications in Soil Science and Plant Analysis* 20:775-789.

Pardue, J.H., R.D. DeLaune, and W.H. Patrick, Jr.  1988.  Effect of sediment pH and oxidation-reduction potential on PCB mineralization. *Water, Air, and Soil Pollution* 37:439-447.

Pardue, J.H., R.D. DeLaune, and W.H. Patrick, Jr.  1988.  Removal of PCBs from wastewater in a simulated overland flow treatment system. *Water Research* 22:1011-1015.

Pardue, J.H., D.H. Kesler, J. Dabezies, and L. Prufert.  1986.  Phosphorus and chlorophyll degradation products in sediment from Reelfoot Lake, Tennessee. *Journal of the Tennessee Academy of Sciences* 61:46-49.

**B. Refereed Book Chapters**

Pardue, J.H., R.D. DeLaune, D.D. Adrian, and W.H. Patrick, Jr.  1993.  Reductive dechlorination of hexachlorobenzene in wetland soils. In, *Sorption and Degradation of Pesticides and Organic Chemicals in Soils*, SSSA Symposium Series, Madison, Wisconsin.

Pardue, J.H. and W.H. Patrick, Jr. 1995. Changes in metal speciation following alteration of sediment redox status. In, *Metal Cycling in Surface Sediments*, H. Allen (ed.), Ann Arbor Press, pp. 169-185.

Catallo, W.J., J.T. Blankemeyer, R.P. Gambrell, J.H. Pardue, and, K.R. Reddy. 1999. Workgroup I Synopsis: Biogeochemical Processes. In, *Ecotoxicology and Risk Assessment for Wetlands*. SETAC (Society of Environmental Toxicology and Chemistry) Special Publication Series, SETAC Foundation for Environmental Education, Pensacola, Florida pp.27-68.

**C Conference Proceedings Papers**

Adrian. D.D., Y. Zhang, D. Roy, J. Pardue and D. Muirhead. 1995. Sugarcane factory wastewater treatment in a natural diked wetland. In, Proceeding of the Conference on Natural and constructed wetlands for wastewater treatment and reuse. International Association on Water Quality, Villa Umbra, Perugia, Italy, October 26-28, 1995.

Pardue, J.H. 1993. Transport and fate of toxic materials in Louisiana's wetlands. In Proceedings from the 3rd annual conference on Environmental Concerns, public policies and remediation technologies. American Society of Environmental Sciences, September 24-25, 1993, Baton Rouge, LA , pp. 203-211.

Pardue, J.H. 1996. Reductive dechlorination and the intrinsic bioremediation of contaminated sediments in the Devil's Swamp wetland. WEFTEC '96. Proceedings. Dallas, TX  October 5-9, 1996.

Cothren, G.M., S. Chen and J. Pardue. 1996. The longitudinal dispersion and interstitial velocity relationship in subsurface flow constructed wetlands. WEFTEC '96 Proceedings. Dallas, TX, October 5-9, 1996.

Pardue, J.H., W.A. Jackson, R. Gale, M. Fazzle-Rabbi, B. Clark and E. Ozsu-Acar. 1998. Electrokinetics as a supporting technology for *in situ* TCE biodegradation. In, *Photo-, Electro- and Catalytic Mechanisms*, vol C1-5; pp. 461-465. Battelle's 1st International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 1998.

Clover, C.C, W.A. Jackson and J.H. Pardue. 1998 Natural attenuation of chlorobenzenes at the Petro-Processors, inc. site. In, *Natural Attenuation*, vol C1-3, pp. 75-80. Batelle's 1st International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 1998

Trail, K.L., W.A. Jackson, J.H. Pardue, W.D. Constant and D. McInnis. 1998. Attenuation of PCE: Induced Anoxic Versus Existing Oxic Conditions. In, *Natural Attenuation*, vol C1-3, pp., 69-73. Battelle's 1st International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 1998

Jackson, W.A. and J.H. Pardue. 1998. Assessment of Heavy Metal Inhibition of Reductive Dechlorination of Hexachlorobenzene. In, *Natural Attenuation*, vol C1-3, pp., 63-68. Batelle's 1st International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 1998

Jackson, W.A. and J.H. Pardue. 1999. Natural Attenuation Case Study for Chlorobenzenes in a Forested Wetland. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 9-16.

Leppich, J.A., J.H. Pardue and W. A. Jackson. 1999. Plant-air partitioning of chlorobenzenes in wetland vegetation at a Superfund site. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 17-24.

Pardue, J.H. and W.S. Shin. 1999. Desorption-resistance of organic compounds in wetland soils. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 25-32.

Shin, W.S., P.T. Tate, W.A. Jackson and J.H. Pardue. 1999. Bioremediation of an experimental oil spill in a salt marsh. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 33-40.

Gomez, C., J.H. Pardue and W.S. Shin. 1999. Bioavailability of desorption-resistant phenanthrene to wetland plants. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 145-152.

Pardue, J.H., G. Kassenga, and W.S. Shin. 1999. Design approaches for chlorinated VOC treatment wetlands. In, *Wetlands & Remediation, an International Conference*, Battelle Press, pp. 301-308.

Pardue, J.H., G. Nemeth, T. de Reamer, D. McInnis, W.A. Jackson and D. Green. 1999. Optimization strategy for enhancing biodegradation in an upland-wetland plume. (with Battelle's 2nd International Conference on Remediation of Chlorinated and Recalcitrant Organics, Monterey, CA, May 2000.

Pardue, J.H. 2001. Remediating Chlorinated Solvents in Wetlands: Natural Processes or an Active Approach? (Plenary Session Keynote). 2nd International Conference on Wetlands & Remediation, Burlington, VT, Sept. 5-6, 2001, Battelle Press. .

Kassenga, G. and J.H. Pardue. 2001.  Fate of TCE in Constructed and Natural Wetland Mesocosms. 2nd International Conference on Wetlands & Remediation, Burlington, VT, Sept. 5-6, 2001, Battelle Press.

Shin, W.S. and J.H. Pardue. 2001. Biphasic desorption of hydrophobic organic contaminants in highly organic wetland soils. 2nd International Conference on Wetlands & Remediation, Burlington, VT, Sept. 5-6, 2001, Battelle Press.

Gomez-Hermosillo, C. and J.H. Pardue. 2001. Bioavailability of non-ionic organics to wetland plants. 2nd International Conference on Wetlands & Remediation, Burlington, VT, Sept. 5-6, 2001, Battelle Press.

Pardue, J.H., W.A. Jackson, E.J. Lee, Julius Enock and W.S. Shin. 2001. Anaerobic biodegradation of crude oil in salt marshes. Sixth International In situ and On-site Bioremediation Symposium, San Diego, CA, June 4-7, 2001, Battelle Press; vol 6-5; 313-319.

Pardue, J.H., W.A. Jackson, L. Martino, S. Hirsch, and J. Wroebel. 2001. Application of a dialysis sampler to monitor phytoremediation processes. Sixth International In situ and On-site Bioremediation Symposium, San Diego, CA, June 4-7, 2001, Battelle Press, vol 6-5; pp. 207-214.

Jackson, W.A., M.A. Jeon, J.H. Pardue and T. Anderson. 2001. Enhanced natural attenuation of perchlorate in soils using electrokinetic injection. Sixth International In situ and On-site Bioremediation Symposium, San Diego, CA, June 4-7, 2001, vol 6-9; pp. 273-280.

**Extended abstracts**

Jackson, A. and J. Pardue. 1997. Biostimulation and natural attenuation of crude oil in Gulf Coast salt marshes. WERC-HSRC '97 Joint Conference on the Environment, pp. 289-293.

Pardue, J.H. and A. Jackson. 1997. Natural attenuation of toxic organic compounds in wetland environments. WERC-HSRC '97 Joint Conference on the Environment, pp. 243-247.

Jackson, A. and J. Pardue. 1995. Monitoring crude oil mineralization in salt marshes: use of stable carbon isotope ratios. EPA Symposium on Bioremediation of Hazardous Wastes: Research, Development and Field Evaluations, Rye Brook, NY, June, 1995, pp. 73-75.

Pardue, J. and A. Jackson. 1995. Predicting heavy metal inhibition of the in situ reductive dechlorination of organics at the Petro Processors, Inc. site. EPA Symposium on Bioremediation of Hazardous Wastes: Research, Development and Field Evaluations, Rye Brook, NY, June, 1995, pp. 92-93.

Pardue, J., A. Jackson and R.D. DeLaune. 1994. Biodegradation of petroleum hydrocarbons in wetlands: constraints on natural and engineered remediation. EPA Symposium on Bioremediation of Hazardous Wastes: Research, Development and Field Evaluations, San Francisco, CA, June, 1994, pp. 201-205.

Pardue, J., R.D. DeLaune, and W.H. Patrick. 1994. Effect of heavy metal availability and toxicity on anaerobic transformations of aromatic hydrocarbons. EPA Symposium on Bioremediation of Hazardous Wastes: Research, Development and Field Evaluations, San Francisco, June, 1994, pp. 189-193.

## 4. Research projects

Biodegradability of MC252 oil:sand aggregates in rapidly eroding beach environments. Gulf of Mexico Research Initiative (RFP-III). PI: John H Pardue, 2011.

Fate of MC 252 oil on barrier island habitats and ecosystem impacts. PI: John H Pardue, Walzer & Wiygul Law Firm, 2010-2011.

Recovery and remediation of emulsified oil contaminated marshes: biostimulation and natural recovery, Gulf of Mexico Research Initiative PI: John H Pardue, 2010-2012

Prediction of Wetland Sedimentation and Erosion Caused by Hurricanes. Q. Chen PI, Pardue and Willson, co-PIs. National Sea Grant, 2008-2010

Louisiana Water Resources Research Institute, US Geological Survey, Department of Interior. Annual administrative and information transfer grants, 2004-present.

Research and oversight at Petro Processors Inc. Superfund site.  W.D. Constant, W. Moe, J.Pardue, F. Rainey. Fifth District Court and NPC Services, Inc. 1995-present.

**[Federal]** Development of treatment wetland technology for VOC-contaminated groundwater John H. Pardue, William Moe and Fred Rainey, Louisiana State University, CICEET-NOAA, 2002-2005.

Rates of recovery of crude oil in sediments: development of the Meraux canal system as a long-term recovery study site, Louisiana Oil Spill Research and Development Program, John Pardue, PI, 2007-2009.

"Phytoremediation of wetlands and CDFs", J. Pardue. Hazardous Substance Research Center-South & Southwest, 2001-2007.

"Assessment & Remediation of public health impacts due to Hurricanes and major flooding events" Louisiana Millennium Health Excellence Fund; 2001-2007. I. Van Heerden, PI; Pardue and Reible, water modeling group.

"Cumulative Effects of Flood-Induced Seepage on Piping Problems Associated with Levee Failures: Experimental and Field Investigation with Analytical Modeling for Risk Assessment" Corps of Engineers, D. Adrian, V Singh, J.Pardue, 2000-2002.

"A water quality decision model for the identification of priority sites for the implementation of best management practices to maintain dissolved oxygen levels In the Ouachita River Basin" LA DEQ, Emy Roider, V Singh, D. Adrian, J.Pardue, 2001-2004.

"Role of anaerobic biodegradation on the natural recovery of crude oil spills in salt marshes" Louisiana Oil Spill Research and Development Program, 2000-2001, J. Pardue.

"Community Structure Analysis of Engineered Microbial Systems: Enhancement of a Biological Waste Treatment Laboratory" LA-BOR Enhancement, 2000-2001, J. Pardue and W. Moe.

Assessment of air emissions at the US Liquids exploration and production land treatment facility (Grand Bois, Louisiana). J. Pardue and K.T. Valsaraj. 1998-2000. Department of Energy- through Louisiana Department of Natural Resources.

Carbon cycling and hydrology in a shallow coastal estuary. Global Change Cluster. NASA-EPSCOR. L. Rouse and J. Pardue. Principal Investigators at LSU. Ken Holladay-UNO Project Manager. 1994-1999. Total project 1.6 million over 5 years.

**Federal]** Biological response and availability of desorption resistant organic pollutants. 1998-2001. D. Reible, J. Pardue (LSU), M. Tomson, J. Hughes (Rice Univ.), A. Suleiman (Southern U.). Defense Special Weapons Agency (Department of Defense).

Biological response and availability of desorption resistant organic pollutants, 1998-2002. J. Hughes, M. Tomson (Rice University)  D. Reible, J. Pardue (LSU) (and others). Hazardous Substance Research Center- South and Southwest.

Use of alternate electron acceptors and manipulation of soil redox levels for enhancing the *in situ* microbial degradation of Petro Processors waste.  1991-1993. J.H. Pardue, R.D. DeLaune, W.H. Patrick, Jr., and G.A. Breitenbeck, through Hazardous Waste Research Center, LSU.

*In situ* bioremediation through electrokinetic injection. LEQSF-Industrial Ties Research Subprogram. 1996-2000. J.H. Pardue, R. Gale and G. Breitenbeck.

Air:water fluxes of semivolatile organic compounds in coastal wetlands. 1996-2000. J.H. Pardue. Louisiana Education Quality Support Fund-Research Competitiveness Subprogram.

**[Federal]** Biodegradation of petroleum hydrocarbons in wetlands: constraints on natural and engineered remediation. 1993-1997. J.H. Pardue, R.D. DeLaune, and W.J. Catallo. U.S.-E.P.A.-Environmental Research Laboratory-Athens,

**[Federal]** Physical and chemical factors influencing production/emission of gaseous air pollutants from wastewater treatment systems and the processing of treatment derived sludges. 1996-1999. R.D. DeLaune, J.H. Pardue and I. Devai. National Science Foundation.

Environmental chemistry of engineered aquatic systems: enhancement of a water chemistry laboratory. LEQSF-Enhancement Subprogram, 1996. J.H. Pardue, R. Malone and K. Rusch

Potential for enhanced anaerobic BTEX degradation at the Blind River Spill. J.H. Pardue A. Jackson, and D.D. Adrian. Louisiana Oil Spill Coordinator's Office, Office of the Governor.  1996-1997.

Engineered application of bioremediation to oil spills in coastal wetlands: a field trial. 1996-1998. D.D. Adrian, A. Jackson, and J.H. Pardue. Louisiana Oil Spill Coordinator's Office.

**[Federal]** Capacity of lower Mississippi Valley wetlands to transform and assimilate anthropogenic substances.  1990-1993.  R.D. DeLaune, W.H. Patrick, Jr., C.W. Lindau, and J.H. Pardue, through US E.P.A.-Environmental Research Laboratory-Duluth.

**[Federal]** Effect of heavy metals on anaerobic degradation of aromatic hydrocarbons. 1992-1995. R.D. DeLaune, J.H. Pardue, and W.H. Patrick, Jr. U.S. E.P.A.-Environmental Research Laboratory-Athens.

Feasibility of using a soil detoxification system for treatment and reduction of aqueous hazardous waste.  1988-1989.  R.D. DeLaune, J.H. Pardue and W.H. Patrick, Jr., through Louisiana Department of Environmental Quality, Alternate Technology and Development/Waste Reduction Program.

Treatment of high-organic, low toxicity wastewaters using a soil biofilter system. 1990-1991. R.D. DeLaune, J.H. Pardue and W.H. Patrick, Jr., through U.S. Department of Interior, Louisiana Water Resources Research Institute.

Mobility and transport of radium-226 in sediment and waste pits. 1992-1995. R.D. DeLaune, J.H. Pardue, W.H. Patrick, Jr. and C.W. Lindau. U.S. E.P.A. through Hazardous Substance Research Center, South and Southwest.

Role of bottom sediment redox chemistry near oil production facilities on the sequester/release and/or degradation of metals, radionuclides, and organics. 1993-1996. R.D. DeLaune, J.H. Pardue, W.J. Catallo, and C.W. Lindau. Minerals Management Service through LSU's Coastal Marine Institute.

Burning as an alternative to remediation of oil spills in coastal wetland environments. 1993-1994. C.W. Lindau and J.H. Pardue. Louisiana Oil Spill Research and Development Program.

Note: Projects denoted as **Federal** are those projects from federal sources of funds where the project was awarded after a national competition.

**5. Awards**

Finalist, National Community Partner of the Year, Wildlife Habitat Council, 2009

LSU Rainmaker Award, 2008, 2007

LSU Distinguished Faculty Award, 2007

Elizabeth Howell Stewart Emerging Leader Professorship awarded in 1998. First emerging leader professorship awarded in the College of Engineering at LSU.

New Century Scholars selected participant, NSF, Stanford University, Summer 1998

Educator of the Year in the Civil & Environmental Engineering Department in 1996.

## 6. Major administrative assignments (last 5 years)

1. Louisiana Water Resources Research Institute (Director since 2002). Responsible for obtaining and reporting annual 104B grants and facilitating applications for 104G grants. Responsibilities include working with Congressional delegation and NIWR lobbyist to help insure continued funding of the national water institutes program.

2. University Planning Council (member since 2005). In 2009, responsible for leading subcommittee on the development of metrics and indicators for the Flagship Agenda 2020.

3. Environmental Engineering B.S. program (Program coordinator since 2005). Responsible for revising the Environmental Engineering undergraduate curriculum to meet current needs of the program (curriculum revision conducted from 2005-2010 completed).  Led preparations for successful ABET visit in 2010.

4. LSU Graduate Council (Chair in 2009 and member 2004-2009). Served as chair of the LSU Graduate Council in 2009. Responsible for Graduate Council meetings and organization of Council workflow.

5. School of the Coast and Environment Dean's search 2009. Committee Chairman. Responsible for leading search committee meetings, committee point of contact for search firm.

6. Department of Homeland Security Center of Excellence proposal. 2007. Led development of proposal to develop a DHS Center of Excellence (Center for Coastal Community Resilience) with LSU as lead and 13 partner universities. Selected for

site visit (final 3) and ultimately 1/3 of the proposal was funded, merging with winning proposal from UNC-Chapel Hill.

7. Hazardous Substance Research Center-South & Southwest. (Co-director since 2004). Responsible for meeting all contractual obligations with EPA since Dr. Danny Reible left for University of Texas in 2004.

8. Coastal and Ecological Engineering degree initiative. Co-led initiative, with Dr. Clint Willson, to develop a joint MS and PhD degree with the School of the Coastal & Environment in the area of Coastal and Ecological Engineering. Included preparation of proposals for Board of Regents, serving on search committees of faculty hires in the area and working with joint committees between the two colleges to develop the degree programs.

## 7. Recent cross-cutting areas

Dr. Pardue's recent cross-cutting research, teaching and service activities have had national impact on the topics described below. Activities related to those areas are described in detail below.

### A. Environmental Impacts of Hurricane Katrina

Dr. Pardue was very active in studying the environmental impacts of Hurricane Katrina in 2005 to present. His group published the first peer-reviewed scientific paper on Hurricane Katrina (Pardue, J.H., W.M. Moe, D. McInnis, L.J. Thibodeaux, K.T. Valsaraj, E. Maciasz, I. van Heerden, N. Korevec and Q.Z. Yuan. 2005. Chemical and microbiological parameters in New Orleans floodwater following Hurricane Katrina. Environ. Sci. Technol. 39:8591 – 8599).  This floodwater study was followed by work on the environmental effects of hurricane debris and the impacts of the large Meraux oil spill.

Floodwater Study: - The first sampling event in the Lakeview area occurred on September 3rd, 2005 just 4 days after the storm. Our data were the first samples collected for contaminants in floodwater (DEQ and EPA sampled waters in other portions of the city later in the same day). The second sampling event (Mid-City area) occurred on September 7th, 2005 and follow-up sampling was conducted in the 17th Street Canal from September 10th-17th, 2005. Canal data were shared with EPA and EPA contractors designing a treatment system for 17th Street Canal pumped floodwater. On, September 19th, 2005, a scientific paper describing our results was submitted for peer review to *Environmental Science & Technology* through a rapid review procedure. The fully peer-reviewed paper was released to the web on October 11th, 2005. This was the first independent study published on the environmental affects of Katrina. Numerous national media stories were done on the release of the data. The paper was the most downloaded paper for the journal for the calendar year 2005, despite being released in October.

Floodwater data was presented at the following venues, all invited:

November 7th, 2005. ACORN rebuilding forum @ LSU.

November 14-15[th], 2005. National Academies of Science meeting on "Strengthening the Scientific and Technical Responses to Hurricane Katrina: A Meeting of Experts" @ Washington DC.

November, 16th, 2005. Environmental Impacts of Disasters (special nighttime symposium) at the annual meeting of the Society of Environmental Toxicology and Chemistry (SETAC) @ Baltimore, Maryland

January 11th-12[th], 2006. American Geophysical Union meeting of experts on Hurricane Katrina, @ Washington, DC.

January, 23rd, 2006. American Chemical Society's Western region meeting at a special symposium on the environmental effects of flooding @Anaheim, California.

September 13th, 2006. *Chemical and Microbiological characteristics of Katrina floodwater and sediment.* 232nd ACS National Meeting, @ San Francisco, CA

October 27, 2006, *Chemical and Microbiological Characteristics of Katrina Floodwater and Sediments.* Extreme Water Events in Maryland, University of Maryland-College Park @ College Park, MD

**Hurricane Debris**: Worked with Vietnamese Community in New Orleans East to identify potential problems with disposal of hurricane debris in Type III landfills adjacent to their neighborhoods. Through this HSRC/LWRRI outreach project, Dr. Pardue authored white paper on "*Anticipating environmental problems facing hurricane debris landfills in New Orleans East*" that was widely distributed to stakeholders.  The effort resulted in the Chef Menteur landfill closest to the community being closed and enhanced monitoring at the largest Type III landfill at Old Gentilly. Dr. Pardue and Dr. K.T. Valsaraj in Chemical Engineering simultaneously performed air sampling at debris piles in the Lakeview neighborhood to identify potential chemical and particulate concerns. This peer-reviewed paper was the only published air pollution data from debris areas following the storm (Ravikrishna, R., H.W. Lee, S. Mbuligwe, K.T. Valsaraj and J.H. Pardue, 2010. Air Quality during demolition and recovery activities in post-Katrina New Orleans. *Environmental Toxicology and Chemistry*, 29: 1438-1444).

Debris issues were presented at the following venues, all invited:

Impact of post-Katrina cleanup operations on air quality. 232nd ACS National Meeting, September 13, 2006. @San Francisco, CA

Environmental Impacts of Debris and Rebuilding Post-Katrina presented at SSPEED conference, May 9, 2007 @Houston, TX

Hurricane debris and the environment: understanding impacts 3 years post-Katrina presented at SSPEED conference, October 30th, 2008, @Houston, TX

(upcoming) Environmental Impacts of Natural Hazards: Natech Events and the Transportation System at the 2011 NAS TRB Security Summit and Workshop, August 2011, @ Los Angeles, CA

**Meraux oil spill**: Worked with St. Bernard parish community of Meraux impacted by the Murphy Oil Spill caused by Katrina through the HSRC Biotech Initiative. Activities included developing recommendations for remediation of urban environments impacted by the spill. Subsequently, Dr. Pardue received additional funding from the Louisiana Oil Spill Coordinator's office to make the Meraux canal system a long-term oil spill recovery site. The work at Meraux raised a larger issue of the bulk storage of chemicals in surge zones that we were working on at the time of Katrina on a project funded by the state of Louisiana. We have presented in multiple venues on the Meraux site including:

"Environmental implications of bulk chemical storage in surge zones" presented at SSPEED conference, November 2007 @Houston, TX

"Hurricanes and Oil Spills: Lessons from Deep Horizon, Katrina and Ike"; Hurricane Ike Conference at Rice University, September, 2010 @Houston Texas

## B. Design and development of natural treatment of chlorinated VOC contaminated groundwater

Dr. Pardue's research on the fate of chlorinated VOCs has led to the development of a more sustainable treatment approach for contaminated groundwater. The approach developed from research performed at the Petro Processors Superfund site in Baton Rouge starting in early 1990's through work performed at Aberdeen Proving Ground in Maryland for a project funded by NOAA in the mid-2000's. Multiple Superfund, RCRA and state sites are considering the approach including 2 sites where the ideas developed in the Pardue lab are now being directly applied, the Resolve, Inc. Superfund site in North Dartmouth, MA and the Seaboard Chemical Site in Jamestown, NC. The HSRC Biotechnology Initiative has been critical in maintaining student and faculty involvement with this emerging technology. Recent presentations from Dr. Pardue on the approach include:

*Fate Processes in a Pilot-scale Natural Treatment System for Chlorinated VOCs* at Battelle International Conference on Remediation of Chlorinated and Recalcitrant Compounds, Monterey, CA, 2008.

*Sustainable Natural Treatment Systems for Chlorinated VOCs*, at Langhan Sustainable Remediation Policy and Technology Forum, 2010. Newark, NJ (invited)

**C. Deepwater Horizon Oil Spill**

Dr. Pardue has been active in the research response to the Deepwater Horizon Oil Spill which began in April 2010.  His past research on the fate and remediation of oil in wetland environments has been widely used in decisions on site clean-up. He has provided advice on remediation and response strategies, conducted new research on the spill and helped organize and presented at conferences related to spill research.

**Advice on clean-up approaches and protection of La's shoreline**. Dr. Pardue advised the state through the Horizon Science and Engineering Review Team (H-SERT) and led one of the standing committees (with Mark Zappi—Dean of Engineering at ULL). Through H-SERT, he reviewed and commented on dozens of documents and plans. Pardue set up a collaborative web review process for H-SERT and participated in a helicopter tour with state agencies. Pardue also advised the Governor's Office of Homeland Security and Emergency Preparedness (GOHSEP) and the LA National Guard on spill impacts.  He advised EPA   on   the   response, meeting privately with Dr. Paul Anastas, head of EPA Office of Research and Development to discuss biodegradation response approaches. Recently, Pardue has worked with the US Army Corps of Engineers and Office of Coastal Protection and Restoration (OCPR) to address residual oil issues on the Caminada Headlands project in Lafourche Parish, LA.

**Research on the fate and remediation of oil.** Research efforts have been funded by BP Gulf of Mexico Alliance (GOMA) funds given to LSU, Waltzer & Wiygul law firm and a BP-GOMA RFP-III rapid response proposal for summer 2011.  A primary focus has been studying the impact of spilled oil on the diverse coastal habitats on the Wisner Donation property in Lafourche Parish, one of the 10 largest landowners in the state. The Wisner Donation property includes 35,000 acres including Fourchon Beach. Dr. Pardue and students have travelled to Wisner areas to conduct research an average of once per week since October 2010. He participated in LSU's institutional response to the spill including participation in group meetings with Lisa Jackson, Head of EPA and Jane Lubchenko, Head of NOAA.

**Conference and presentations related to DH Spill.** Presented and helped organized multiple conferences and events since the spill. Including:

*Remediation of Marshes Impacted By the Deep Horizon Spill: Natural Recovery or Active Strategies?* Louisiana Oil and Gas Symposium, August, 2010 @ LSU

Scott Bioremediation Workshop, August 31, 2010, @ Pensacola, FL

*Hurricanes and Oil Spills: Lessons from Deep Horizon, Katrina and Ike*, Hurricane Ike Conference at Rice University, September, 2010, @ Houston Texas

*Engineered Remediation of Marshes Contaminated with Deep Horizon Crude Oil*, LSU Honors College Presentation, , Sept. 2010 @ LSU

*Remediation of Louisiana Coastal Environments Impacted By MC 252 Oil: Natural Recovery or Active Strategies?,* Board of Regents Oil Spill Symposium, November 2010 @ New Orleans, LA

*Distribution and Fate of MC252 Oil across an Elevational Gradient on Fourchon Beach, Louisiana* (presenter) and *Crude Oil Biodegradation in Spartina alterniflora Dominated Salt Marshes: Intrinsic Capacity, Limiting Conditions, and Success of Amendments in Field Applications (co-author);* SETAC Focused Oil Spill Conference, April 2011, @ Pensacola, FL (Steering Committee)

*Biodegradation of Emulsified MC252 Oil in Coastal Salt Marshes*; Battelle Bioremediation Conference, June 2011, @ Reno, NV (Session Chair)

## 8. Students

Ph.D.' s Completed (12) and 1 in progress

William Andrew Jackson, Ph.D., P.E.  Dissertation title: Bioremediation of oil spills in coastal wetlands: inherent potential, engineered response and new monitoring techniques, Graduated, Summer 1996, Current position: Professor- Texas Tech University

Gianna M. Cothren, Ph.D., P.E. Dissertation tile: Longitudinal dispersion and interstitial velocity relationship in subsurface flow constructed wetlands, Graduated, Fall, 1996, Current position: Associate Professor, Department of Civil & Environmental Engineering, University of New Orleans

Ronald J. Rovansek, Ph.D., P.E. Dissertation title: Water-borne Materials Exchange between Marshes and Open Waters of the Barataria Bay Estuary, Louisiana, USA, Graduated, Fall, 1997. Current position: Private consulting, P.A.C.E., Pennsylvania

Mohammed Fazle Rabbi, Ph.D., Dissertation title: Injection of species under electrical field to enhance bioremediation, Graduation date: Fall, 1997. Co-advisor with Roger Seals. Current position: Faculty, Bangladesh.

Won Sik Shin, Ph.D., Dissertation title: Sediment oxygen demand in coastal salt marshes: relationship to in situ bioremediation of crude oil spills, Graduated 1998. Current position: Associate Professor, Kyungpook National University, Daegu, South Korea.

Tim Tate, Ph.D., P.E. Dissertation title: Engineered optimization of crude oil degradation through periodic nutrient and oxygen application, techniques, Graduated: Summer, 1998. Current position: private consulting, Baton Rouge, LA.

Cesar Gomez-Hermosillo, Ph.D. Dissertation title: Wetland plant uptake of desorption-resistant organics, Graduated, Spring 2001. Current position: Researcher, University of Guadalajara, Mexico

Sangjin Lee, Ph.D., Dissertation title: Biodegradation of desorption-resistant organic contaminants in wetland soils. Graduated, Fall 2001. Current position: Research & Development Center, Korean Coast Guard, South Korea.

Gabriel Kassenga, Ph.D. Dissertation title: Treatment of Chlorinated Volatile Organic Compounds Using Wetland Systems.  Graduated, Spring 2003. Current position: Dean of the School of Environmental Sciences and Technology (SEST), Director of the Disaster Management Training Centre (DMTC), Ardhi University, Dar es Salaam, Tanzania.

Trudy Olin-Estes, Ph.D., P.E. Dissertation title: PAH and PCB Distribution in Sediment Fractions and Sorptive Phases. Graduation date: Spring 2005. Current position: Research Engineer, US Army Corps of Engineers, ERDC, Vicksburg, MS.

Steve Mbuligwe, Ph.D. Dissertation title:   Optimization of Treatment of Chlorinated Volatile Organic Compound Mixtures in Constructed Wetlands: Vegetation and Substrate Effects. Graduation date:  Fall 2008. Current position: Senior Instructor, School of Environmental Sciences and Technology (SEST), Ardhi University, Dar es Salaam, Tanzania.

Eun-Ju Lee, Ph.D. Dissertation title: Effects of Capping on Biodegradation of Organic Contaminants in Sediments.  Graduation date:  Spring 2008. Current position: Lecturer, Southern University, Baton Rouge, LA.


M.S. Students (12 completed, 4 in progress)

**S. Jeffress Williams**
Professional Coastal Scientist Consultant
24 Alder Lane
North Falmouth, MA 02556 USA
jeffresswilliams@comcast.net
508.563.6308; 774.392.2919 (cell)

U. S. Geological Survey (retired)
Senior Scientist Emeritus
Woods Hole Science Center
384 Woods Hole Road
Woods Hole, Massachusetts  02543 USA
jwilliams@usgs.gov, 508.457.2383

University of Hawaii at Manoa
Affiliate Facility
SOEST, Department of Geology and Geophysics
Honolulu, Hawaii  96822 USA
jwilliams@usgs.gov, 508.563.6308

**CV home page**: http://woodshole.er.usgs.gov/staffpages/jwilliams/index.html (Contains details on career achievement, research interests, and publications)

**Career Summary:**

S. Jeffress Williams, a national and international expert in coastal and marine geology, has focused on understanding the geologic history and processes of coastal, estuarine, wetland, and inner continental shelf regions. Williams is a consulting coastal scientist as well as holding appointments as a Senior Scientist Emeritus with the USGS and Affiliate Facility member with the University of Hawaii/Manoa in the SOEST Geology and Geophysics Department. He has more than 40 years of experience with the USGS, U.S. Army Corps of Engineers, and as an expert consultant conducting studies, communicating results of his research, and managing complex multidisciplinary projects on topics such as the geologic origins of coastal, estuarine and wetland systems, sea-level rise history, climate change effects on coasts, oil spill effects on Louisiana barrier islands and wetlands, ecosystem restoration, Louisiana delta plain subsidence, geologic origins of modern marine sand bodies, coastal sediment budgets, coastal and shelf sediment transport processes, and  coastal and riverine sediment management.

Williams has led more than 80 field studies along the Atlantic, Gulf of Mexico, Pacific, Great Lakes coasts, and the Irish Sea, UK and received numerous career achievement awards. He has authored or co-authored more than 375 publications, been a member on more than a dozen high-level national and state science committees, and has extensive experience working on multidisciplinary design teams, writing ecosystem management strategic plans, and making technical presentations. He gave invited testimony to the U.S. Congress on Hurricane Katrina effects on the Louisiana delta plain coast, recently has been an invited co-author on five books: *Gulf of Mexico- Origin, Waters, and Biota; the U.S. Global Change Research Program*



*CCSP/SAP 4.1 Report*; *Annual Review of Environment and Resources;* the *2013 U.S. National Climate Assessment Coastal Report;* and "Understanding and Predicting Change in the Coastal Ecosystems of the Gulf of Mexico", *Journal of Coastal Research* (2013), and organized and chaired a 'Coasts in Crisis' session of talks and posters at the 2014 Ocean Sciences Meeting in Hawaii .

**Employment:**

| | |
|---|---|
| 2010- Present | Professional Coastal Scientist Consultant |
| 2010- Present | Senior Scientist Emeritus, USGS, Woods Hole Science Center, Massachusetts |
| 2010- Present | Affiliate Faculty, Un. Hawaii/Manoa, SOEST, Dept. of Geology and Geophysics |
| 2000- 2010 | Senior Research Coastal Marine Geologist, USGS, Woods Hole Science Center |
| 1996- 2000 | Director, USGS Coastal and Marine Geology Program, Reston, Virginia |
| 1983- 1995 | Research Coastal Marine Geologist, USGS Reston |
| 1980- 1983 | Research Coastal Marine Geologist, USA Coastal Engineering Research Center, Ft Belvoir, VA |
| 1980 | Visiting Scientist Institute of Oceanographic Sciences, Taunton, England. |
| 1972- 1980 | Research Coastal Marine Geologist, USA Coastal Engineering Research Center, Washington DC |
| 1969- 1972 | Commissioned Officer, U.S. Army Corps of Engineers |

**Recent Awards:**

| | |
|---|---|
| 2010 | U.S. National Park Service Eastern Regional Director's Resource Award |
| 2010 | NPS Director's Natural Resources Research Career Achievement Award |
| 2009 | Coastal Zone Foundation Award for Career Achievement |
| 2009 | 40-year USGS Career Service Award, 2009 |
| 2009 | STAR Award for lead authorship on CCSP/SAP 4.1 Report |

**Consultant/ Expert Witness:**

| | |
|---|---|
| 2010- Present | Edward Wisner Donation Trust, Louisiana |
| 2011- 2012 | U.S. Army Corps of Engineers, Mobile District Office |
| 2011 | National Park Service, Hawaii |
| 2010 | Travelers Insurance Corp. |
| 2010 | NJ Department of Transportation |
| 2007 | U.S. Department of Justice/ NPS |
| 2005 | Invited testimony to Congress on Hurricane Katrina effects on the Gulf Coast |
| 2004 | JASON Foundation |
| 2001- 2005 | Louisiana Governor's Gulf Shoreline Advisory Committee |
| 2001- 2005 | NSF/UNOLS |
| 2003 | Office of Science and Technology |
| 2002-2003 | USA Corps of Engineers, New York District Office |
| 1993 | U.S. Navy |

| 1988 | U.S. Department of Justice/ USA Corps of Engineers, NY District Office |
| 1988 | U.S. Navy |
| 1985- 1986 | USA Corps of Engineers, Baltimore, New York, and Norfolk District Offices |
| 1985- 2010 | USGS Offshore Sand and Gravel commodity specialist |
| 1982- 1983 | U.S. EPA |
| 1982- 1984 | U.S. Navy |

**Committees and Boards:**

Gulf of Mexico Alliance, Lead of sediment management group
National Academy of Sciences/Ocean Studies Board
National Ocean Partnership Program
Technical Organizing Committee, Coastal Sediments Conferences, 1987 to 1999
1998 National Oceans Conference/ U.S. Oceans Commission
National Coral Reef Task Force
Louisiana Wetlands Restoration Task Force
Louisiana Offshore Sand Resource Task Force
Federal-State Louisiana Wetlands Task Force
Interagency Committee on Coastal Physical Processes
Dept. of Interior Gulf of Mexico Marine Minerals Task Force
Scientific Advisory Committee of the DOI Marine Minerals Technology Center
Louisiana Shoreline Advisory Committee
USGS Director's representative for Louisiana restoration
Woods Hole Oceanographic Institution Sea Grant Program Advisory Committee
.

**Recent publications:**

- Moore, L.J., Patsch, K., List, J.H., and **Williams, S.J.,** The Potential for Sea-Level-Rise-Induced Barrier Island Loss: Insights from the Chandeleur Islands, Louisiana, USA, *Marine Geology*, in press.

- Brock, J.C., Barras, J.A., and **Williams, S.J.** (eds.), 2013 Understanding and predicting change in the coastal ecosystems of the Gulf of Mexico, *Journal of Coastal Research,* Special Issue No. 63, pp.262.

- **Williams, S.J**, 2013, Sea-Level Rise Implications for Coastal Regions, *Journal of Coastal Research,* Special Issue No. 63, 184-196.

- **Williams, S.J.,** 2012, lead author of Chapter 2, Physical Climate Forces, pgs. 10-47 in Burkett, V.R. and Davidson, M.A. [Eds.]. (2012). *Coastal Impacts, Adaptation and Vulnerability: A Technical Input to the 2013 National Climate Assessment*, pp. 150.

- Moser, S.C., **Williams, S.J.** and Boesch, D.F. 2012, "Wicked" challenges at land's end: managing coastal vulnerability under climate change, *Annual Review of Environment and Resources*, 51-78.

3

- **Williams, S.J.,** Flocks, J., Jenkins, C., Khalil, S., and Moya, J., 2012, Offshore Sediment Character and Sand Resource Assessment of the Northern Gulf of Mexico, Florida to Texas, *Journal Coastal Research*, Special Issue No. 60, 30-44.

- **Williams, S.J**., Kulp, M., Penland, S., Kindinger, J.L., and Flocks, J.G., 2011, Mississippi River Delta Plain, Louisiana coast and inner shelf: Holocene geologic framework and processes, and resources, Chapter 11 in *The Gulf of Mexico- Its Origins, Waters and Biota Geology*, N.A. Buster and C.W. Holmes, eds, 175-193.

- Moore, L. J., J. H. List, **S. J. Williams,** and D. Stolper, 2010, Complexities in barrier island response to sea level rise: Insights from numerical model experiments, North Carolina Outer Banks, *J. Geophys. Res*., 115, F03004, doi:10.1029/2009JF001299.

- Pendleton, E.A., Thieler, E.R., and **Williams, S.J.,** 2010, Importance of coastal change variables in determining vulnerability to sea- and lake-level change: *Journal of Coastal Research*, v. 26, no. 1, 176-183.

- **Williams, S.J.,** 2010, Past, present, and future sea-level rise and effects on coasts under changing global climate, Chapter C in *Sand Resources, Regional Geology, and Coastal Processes of the Chandeleur Island Coastal System,* D.Lavoie, editor, USGS SIR 2009-5252, 37-44.

- Pendleton, E.A., Barras, J.A., **Williams, S.J**., and Twichell, D.C., 2010, Coastal vulnerability assessment of the Northern Gulf of Mexico to sea-level rise and coastal change: U.S. Geological Survey Open-File Report 2010-1146, available online at http://pubs.usgs.gov/of/2010/1146/.

- **Williams, S.J**. and B.T. Gutierrez, 2009. Sea-level Rise and Coastal Change: Causes and Implications for the Future of Coasts and Low-Lying Regions, *Shore and Beach,* 77(4), 13-21.

- **Williams, S.J**., B.T. Gutierrez, J.G. Titus, S.K. Gill, D.R. Cahoon, E.R. Thieler, K.E. Anderson, D. FitzGerald, V. Burkett, and J. Samenow, 2009, Sea-level rise and its effects on the coast. In: *Coastal Sensitivity to Sea-Level Rise: A Focus on the Mid-Atlantic Region*. A report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (lead authors)]. U.S. Environmental Protection Agency, Washington D.C., pp. 11-24.

- **Williams, S.J.,** E.R. Thieler, B.T. Gutierrez, D.B. Gesch, D.R. Cahoon, and K.E. Anderson, 2009, Part IV overview: National implications and a science strategy for moving forward. In: *Coastal Sensitivity to Sea-Level Rise: A Focus on the Mid-Atlantic Region*. A report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (lead

authors)]. U.S. Environmental Protection Agency, Washington D.C., pp. 177-178.

- **Williams, S.J.,** B.T. Gutierrez, J.G. Titus, K.E. Anderson, S.K. Gill, D.R. Cahoon, E.R. Thieler, and D.B. Gesch, 2009, Implications of sea-level rise to the nation. In: *Coastal Sensitivity to Sea-Level Rise: A Focus on the Mid-Atlantic Region*. A report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. [J.G. Titus (coordinating lead author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (lead authors)]. U.S. Environmental Protection Agency, Washington D.C., pp. 179-184.

For complete publication list please see:
http://woodshole.er.usgs.gov/staffpages/jwilliams/index.html

Compiled February 2014/SJW



**Fourchon Beach oil fate studies relevant to clean-up decisions**

John Pardue, PhD, PE and S. Jeffress Williams

EXHIBIT
C







0-4"   4-8"   8-12"   12-16"   16-20"   20-24"   24-28"   28-32"   32-36"   36-40"   40-44"   44-48"   48-52"

**WP-11**
Sand + solvent (hexane:acetone)
Layers exceeding std (16-20", 40-44")

# Washover event (Strong cold front)









