UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| This Document Applies to:<br>Edward Wisner Donation v. BP<br>Exploration & Production, Inc.;<br>Civil Action No. 14-1525 | SECTION "J" |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Plaintiff Edward Wisner Donation's Motion to File Documents Under Seal, Record Doc. No. 13226

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART.  Plaintiff's motion is granted insofar as it requests that Exhibits B, C, D, E, F, G and H to its Memorandum in Support of Motion in Limine to Consider Settlement Documents be placed under seal.

Plaintiff's motion is denied insofar as it requests filing under seal of its Memorandum in Support of its Motion in Limine, which the Clerk is directed NOT to file. Instead, counsel for plaintiff must retrieve, redraft and refile its Memorandum in Support, deleting confidential information, including quotes from the exhibits, and instead merely referring to exhibits with page or paragraph citations when necessary. The Clerk is directed to file this order in both MDL 2179 and C.A. No. 14-1525.

New Orleans, Louisiana, this \_\_\_4th\_\_\_ day of August, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE