UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon**" **in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to: 10-4536** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

### [Regarding Rear Admiral (ret.) Mary Landry]

On July 11, 2014, the U.S. served its third amended initial disclosures. They identified Rear Admiral (ret.) Mary Landry as a witness for the Penalty Phase trial. The U.S. submitted a letter dated July 28, 2014 in support of the addition of Admiral Landry. Rec. doc. 13246. BPXP submitted a letter, dated August 4, 2014, objecting to the change. Rec. doc. 13247.

The U.S. reports that Admiral Landry's testimony will relate to the penalty factor concerning BPXP's efforts to mitigate, minimize or prevent the effects of the spill. It argues that because of information gained in depositions concerning BPXP's defenses, it determined that Admiral Landry had discoverable information and that the U.S. might use her testimony to support its claims. It contends there will be no prejudice because Admiral Landry was deposed in Phase Two. It compares the decision to add the Admiral to BPXP's decision to add Steven Bray.

For the reasons presented by BPXP in its letter of August 4, 2014, the addition of Admiral Landry is not timely.

The deadline for an appeal of this order is **Friday, August 8, 2014**.

New Orleans, Louisiana, this 5th day of August, 2014.

                                              **SALLY SHUSHAN**
                                              **United States Magistrate Judge**