UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG | * | CIVIL ACTION: MD 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | |
| Member Case: Edward Wisner Donation v. BP | * | Magistrate Judge WILKINSON |
| Exploration & Production, Inc. | * | |
| Civil Action No. 14-1525 | * | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the attached and foregoing Motion for Leave to File Reply Memorandum in Support for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65, Record Doc. No. 13249,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memorandum in Support for Preliminary Injunction will be filed into the record.

New Orleans, Louisiana, this _____5th_____ day of August, 2014.

_____
United States Magistrate Judge

1