# INVOICE

John H Pardue, PhD, PE
6104 Riverbrook Dr, Baton Rouge, LA 70820
Taxpayer I.D. 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

**TOTAL DUE**      $23,614.54

Invoice number: 4933

Invoice date: 1/31/14

To: Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Detail:

| QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 3 | trip mileage (1/2/13) | $146.40 | $439.20 |
| 1 | 12/2/2013 expenses | $250.34 | $250.34 |
| 10 | Pardue hours at site (1/2/13) | $250.00 | $2,500.00 |
| 10 | Pardue hours at site (1/3/13) | $250.00 | $2,500.00 |
| 20 | Field environmental scientist (1/2-1/3) | $125.00 | $2,500.00 |
| 40 | Field techs (2 on 1/2-1/3) | $30.00 | $1,200.00 |
| 1 | Crescent Drilling (1/2-1/3) | $3,750.00 | $3,750.00 |
| 10 | Pardue hours (core descriptions) 1/4 | $250.00 | $2,500.00 |
| 10 | Field environmental scientist (core) 1/4 | $125.00 | $1,250.00 |
| 2 | Field equipment (ATV, trailer) | $200.00 | $400.00 |
| 5 | Temporary wells | $200.00 | $1,000.00 |
| 5 | Sampling Containers | $65.00 | $325.00 |
| 6 | Review and response of post-Karen plans | $250.00 | $1,500.00 |
| 14 | Analytical time (Pardue) | $250.00 | $3,500.00 |
|  |  |  | $23,614.54 |

Make Payment to:

John H Pardue, PhD, PE

**EXHIBIT 2**

1/2 – 1/3/2014

## Receipt 1 (Kajun Supply / partial)

```
KAJUN SUPPLY LLC
   A O RAPPELET RD
GOLDEN MEADOW, LA
BATCH: 0-3
S-A-L-E-S  D-R-A-F-T
  72979857
  920006321

PURCHASE
JAN 03, 14  07:36:16

L.                  $29.

            ...IPT OF GOODS
SE...  ...IN THE AMOUNT OF THE
WN HEREON AND AGREES TO PERFORM
OBLIGATIONS SET FORTH ... THE
...  AGREEMENT WITH TH ...SUER

    FOR USING VISA

    CUSTOMER COPY
```

```
                    Total
                    11.99 T

N TAM A...     1    5.99   5.99 T
U 4541

WAMPER         1    0.75   0.75 T
  HUFS

Subtotal            18.72
R F A 9.700%%       1.72
                    0.00

AL DUE              20.44

        Visa        20.44

RECEIPT REQUIRED
  FOR RETURNS

WARRANTY INFORMATION
   AVAILABLE
  ON REQUEST

<< CUSTOMER COPY >>
```

## Receipt 2 (Kajun Truck Plaza)

```
         KAJUN TRUCK PLAZA
         640 A O RAPPELET RD
         GOLDEN MEADOW, LA 70357

Merchant ID: 7603
                          Ref #: 0003
Clerk ID: 1

              Sale

XXXXXXXXXXXX6543
VISA           Entry Method: Swiped

Amount:         $    18.01
Tip:                  3.00
Total:               21.01

01/03/14              07:30:35
Inv #: 000003    Appr Code: 826649
Transaction ID: 004003486352364
Apprvd: Online   Batch#: 000277

            Customer Copy
            THANK YOU!
```

## Receipt 3 (Leeville Seafood Rest)

```
             SHARP
          PRESENTS THE
      LEEVILLE SEAFOOD REST

01/03/2014   2:04PM        09
000000#8577          CLERK09

Shr Salad          T1 $12.95
Cup soup           T1  $4.95
Lunch              T1  $7.95
House Salad        T1  $4.25
Shrimp             T1 $14.95
Loaded             T1  $1.05
Fish               T1 $14.95
Fried Claw         T1  $9.95
Shr Salad          T1 $12.95
Shr poboy          T1  $9.95
Potato salad       T1  $2.50
soft drinks        T1  $1.50
soft drinks        T1  $1.50
soft drinks        T1  $1.50
soft drinks        T1  $1.50
Tea                T1  $2.25
Tea                T1  $2.25
coffee             T1  $2.25
MDSE ST              $109.15
TAX1                  $10.03

ITEMS    18Q
CHARGE2         $119.18

        grat  23.84
           SHARP
        PRESENTS THE
    LEEVILLE SEAFOOD REST
```

Total

143.02

**KIEF HARDWARE, INC.**
16230 HWY 3235
CUTOFF, LA 70345
985-325-7077

www.cajunhardware.com

Transaction#: FA142595
Associate: LAURIE
Date: 01/02/2014    Time: 08:34:35 AM

*** SALE ***

| Item | Price |
|---|---|
| NAB WHEAT THINS ORIG - 542689  1.00 EACH @ $3.79 T | $3.79 |
| MINI MOON PIE BANANA - 548633  1.00 EACH @ $2.85 T | $2.85 |
| TOSTITOS CANTINA TRAD CHP-07126600  1.00 EACH @ $3.29 T | $3.29 |
| OM CHEESE PIZZA - 928985  2.00 EACH @ $3.09 T | $6.18 |
| 33GAL/10CT TRASH BAGS - 610151  1.00 PKG @ $7.99 T | $7.99 |
| NUTRI-GRAIN BARS BLUEBERR-35700  1.00 EACH @ $2.95 T | $2.95 |
| NAB NUTTER BUTTER - 542539  1.00 EACH @ $4.29 T | $4.29 |
| TOSTITOS BEAN CHEESE DIP-8536  1.00 EACH @ $3.49 T | $3.49 |
| 5 GAL BUCKET - 782920  2.00 EACH @ $5.99 T  084305355584 | $11.98 |
| RED MARKING FLAGS - 151794  1.00 EACH @ $5.79 T  024721109866 | $5.79 |
| 21" WHITE MARKING FLAG - 337497  1.00 EACH @ $8.99 T  024721039378 | $8.99 |

Subtotal: $61.59
4%  - Louisiana: $2.47
5.2% - Lafourche: $1.81
TOTAL: $65.87

VISA: $65.87
CHANGE: $0.00

BUYER AGREES TO PAY TOTAL AMOUNT ABOVE
ACCORDING TO CARDHOLDER'S AGREEMENT
WITH ISSUER

Approval: 795344
CNUM: VISA-************6543
EXP: **/**