UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 <br><br> SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**MOTION AND INCORPORATED MEMORANDUM TO FILE UNDER SEAL THE ANDRYLERNER PARTIES' REPLY MEMORANDUM IN SUPPORT OF THE ANDRY LERNER PARTIES' EMERGENCY MOTION FOR USE OF ESCROWED ATTORNEY'S FEES AND PAYMENT OF ALLOWED CLAIMS**

**NOW INTO COURT**, through undersigned counsel, comes AndryLerner, LLC, Jon Andry and Glen Lerner (the "AndryLerner Parties"), who pursuant to this Court's Standing Order regarding filing documents under seal, respectfully requests that they be permitted to file under seal their Reply Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims, based on the following:

1. Pursuant to the Court's July 30, 2014 Order [Doc. 13223] and other previous Orders regarding filings containing claimant information, claims information is "Confidential" and must be filed under seal under pre-Trial Order No. 13, as memorialized in the Court's May 22, 2012 Order regarding settlement implementation [Doc. 6573], and as set forth in the Court's Confidentiality Order of June 29, 2013 [Doc. 6822].

{N2861606.1}

2. The interests of justice are best served by having the Reply Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims and all attached Affidavits and Exhibits be filed Under Seal.

**WHEREFORE**, the AndryLerner Parties, respectfully request that their Reply Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims and all attached Affidavits and Exhibits be filed Under Seal.

Respectfully submitted,

/s/ Lewis O. Unglesby (#12498)
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

*Attorneys for Jon Andry*

/s/ Douglas S. Draper
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3333
Fax: (504) 299-3399
ddraper@hellerdraper.com

*Attorney for Andry Lerner, LLC*

/s/ Pauline F. Hardin
PAULINE F. HARDIN (# 6542)
JAMES E. WRIGHT, III (#13700)
VIRGINIA W. GUNDLACH (#18493)
Jones, Walker, Waechter, Poitevent,
    Carrere & Denegre
201 St. Charles Avenue - 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8570
Fax:  (504) 582-8011
phardin@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

{N2861606.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 5th day of August, 2014.

/s/ *Pauline F. Hardin*
Pauline F. Hardin