# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney Fees and Payment of Allowed Claims (Rec. Doc. 13212) and the Special Master's response to same (Rec. Doc. 13232). For essentially the reasons set forth in the Special Master's response,

IT IS ORDERED that the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney Fees and Payment of Allowed Claims (Rec. Doc. 13212) is DENIED.

Signed in New Orleans, Louisiana, this 5th day of August, 2014.

_____
United States District Judge