**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig       *     MDL 2179
      "Deepwater Horizon" in the Gulf   *
      of Mexico, on April 20, 2010     *     SECTION "J"
                                            *

Applies to:                        *     JUDGE BARBIER
                                    *
*12-970*                           *     MAGISTRATE SHUSHAN
                                    *

**<u>ORDER</u>**

Before the Court is AndryLerner LLC, et al.'s Motion to Alter or Amend Order Dated July 16, 2014 in Connection with the Motion of the Special Master for Return of Payments Made to Casey Thonn and Others. (Rec. Doc. 13233) The Court has considered the motion and supporting papers, but finds that the requested relief should be denied. Accordingly,

IT IS ORDERED that the Motion to Alter or Amend Order Dated July 16, 2014 in Connection with the Motion of the Special Master for Return of Payments Made to Casey Thonn and Others (Rec. Doc. 13233) is DENIED.

New Orleans, Louisiana, this 5th day of August, 2014.

_____
United States District Judge