UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on | * | |
| April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Only Civil Action Number | * | |
| 2014-01647 | * | MAGISTRATE SHUSHAN |
| | * | |
| *   *   *   *   *   *   *   * | | |

## MOTION TO REMAND AND FOR ATTORNEY FEES AND COSTS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gilbert V. Andry IV, and The Andry Law Firm, L.L.C. ("Plaintiffs"), who file this Motion to Remand and For Attorney Fees and Costs as this Court lacks subject matter jurisdiction over this matter which asserts only claims arising under state law and which was improperly removed to this Court by Defendants, BP Exploration & Production, Inc. and BP America Production Company ("Defendants"), on the basis of jurisdiction pursuant to the Outer Continental Shelf Lands Act ("OCSLA"), federal question jurisdiction and maritime jurisdiction.

This is a state law defamation case, period, against at least one non-diverse defendant. Plaintiffs filed suit in the 25th Judicial District Court for the Parish of Plaquemines seeking damages from defendants, BP Exploration & Production, Inc., BP America Production Company, Michael Kunselman and Mark Holstein. Specifically, the Plaintiffs asserted state law claims of defamation for Defendants' acts and omissions including, but not limited to, reporting and publication of false information concerning Plaintiffs, both in local media outlets and nationally

(New York Times, Washington Post and the Wall Street Journal), which damaged Plaintiffs locally and nationally.

The purported jurisdiction of this Court is, admittedly, not based upon diversity. Further, notably absent from Plaintiffs' Petition are any claims based in federal law and/or which involve substantially disputed questions of federal law. As set forth in the attached memorandum, the Defendants fail to meet their burden for removal. In fact, there was no objectively reasonable basis for removal in the first place. Accordingly, this Court lacks subject matter jurisdiction over this matter and it should be remanded.

**WHEREFORE, PREMISES CONSIDERED** Plaintiffs pray that this Court remand this matter to the proper state court of origin, and that this Court award the Plaintiffs attorney fees and costs incurred in the preparation of this motion.

        Respectfully submitted,

        THE BEZOU LAW FIRM

        s/Jacques F. Bezou, Sr.
        JACQUES F. BEZOU, SR., T.A. (3037)
        MATTHEW L. DEVEREAUX (32125)
        JACQUES F. BEZOU, JR (33728)
        534 East Boston Street
        Covington, Louisiana 70433
        Telephone: (985) 892-2111
        Facsimile: (985) 892-1413
        Email: jbezou@bezou.com
                jbezou2@bezou.com
                mdevereaux@bezou.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Remand and For Attorneys' Fees and Costs has been served on All counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of August, 2014.

s/Jacques F. Bezou, Sr.
JACQUES F. BEZOU, SR.