UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED: AUG -7 2014

WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that the AndryLerner Parties' Motion and Incorporated Memorandum to File Under Seal their Reply Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims and all attached Affidavits and Exhibits is **GRANTED**.

New Orleans, Louisiana this _5th_ day of _August_, 2014.

_____
UNITED STATES DISTRICT JUDGE

{N2861606.1}

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___