UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

SECOND SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF THE SPECIAL MASTER'S MOTION
FOR RETURN OF PAYMENTS MADE TO JARROD A. BURRLE AND OTHERS

COMES NOW Special Master Louis J. Freeh, who files this second supplemental memorandum in support of the motion to have claimant Jarrod A. Burrle return payments made by the Deepwater Horizon Economic Claims Center ("DHECC") on a fraudulent claim. For the following reasons, Burrle should be required to make restitution to the DHECC.

1.  As discussed in the Motion, the Special Master's investigators attempted to verify the existence of the nine purported customers documented on affidavits Burrle presented to the GCCF in support of Burrle's claim of selling $98,950 in blue crab in 2008.  *See* Memorandum in Support of Motion for Return of Payment at 8 (June 10, 2014) [Doc. Rec. 13010] (hereinafter "Memorandum").

2.  Four of the businesses on the affidavits did not appear to exist, could not be confirmed, and/or did not purchase seafood from Burrle.  *See* Memorandum at 8.  Included among these businesses were Mercedee's Place and Dominique's.  *Id*.

3.  On February 6, 2014, the Court issued an order requiring Burrle to produce identifying and contact information for, among other businesses, Mercedee's Place and Dominique's.  Order at 1-2 (Feb. 6, 2014) [Doc. Rec. 12297].  Burrle also was ordered to

produce identifying and contact information for his contact at these businesses, as well as all receipts, invoices, and other documentation supporting sales to these businesses. *Id*.

4. Burrle produced no information concerning Mercedee's Place or Dominique's.

5. On July 30, 2014, the Special Master's investigators conducted further investigation concerning Mercedee's Place and Dominique's.

6. The location for Dominique's, identified in the affidavits submitted by Burrle as 1700 Teche St. in New Orleans, appears to have formerly operated at 1200 Teche Street in New Orleans but was sold in November 2008 and is currently operating as Junior's. The former owner, Kevin Franklin, said that in 2008, Burrle sold him two bushels of crabs per week over a three month period at $25/bushel for total sales of about $600. Franklin said he had no records for the sales.

7. The location for Mercedee's Place, identified in the affidavits submitted by Burrle as 2502 Burgundy in New Orleans, actually appears to be located at 5200 Burgundy Street in New Orleans. The owner, Mercedes Gibson, stated that in 2008, Burrle sold her a bushel of crabs, shrimp and oysters in and out of season. Gibson never spent more than $75 per week purchasing seafood from Burrle. She said she bought crabs, shrimp and oysters from Burrle from 2008 until the 2010 oil spill. Gibson said she had no records for the sales.

8. The claimed various species purchased by Gibson are inconsistent with Burrle's SWS-1, which stated that all of his 2008 income came from blue crab sales. *See* Memorandum at Exhibit G. The claimed intermittent purchases at two stores at less than $100 per store per week also fails to account for the over eight tons of seafood per month that Burrle claimed to land from a 16-foot aluminum boat without any deckhand assistance. Of course, this catch included Burrle's claimed daily seafood consumption

several hundred times greater than the average rate, requiring an alleged daily diet per person of over five pounds of blue crab, almost three pounds of shrimp and almost two pounds of oysters.

9. Taken as a whole, the evidence indicates that Burrle's claim was based on false information, and a judgment is appropriate in favor of the DHECC.

                      Respectfully submitted,

                      ____/s/ Louis J. Freeh_____
                      Louis J. Freeh
                      Special Master

Dated:  August 8, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   8th   day of         August        , 2014, by electronic mail, on the following:

George M. Gates, IV
650 Poydras Street, Suite 2323
New Orleans, LA 70130-7208
*Attorneys for Jarrod A. Burrle*

Lewis O. Unglesby
Lance C. Unglesby
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
*Attorneys for Jon Andry*

Pauline F. Hardin
James E. Wright, III
Virginia W. Gundlach
Jones Walker LLP
201 St. Charles Ave. – 49th Floor
New Orleans, LA  70170

    and

William W. Taylor, III
Amit P. Mehta
Zuckerman Spaeder LLP
1800 M. Street, NW – Suite 1000
Washington, DC 20036-5807
*Attorneys for Glen J. Lerner*

Douglas S. Draper
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, LA  70130
*Attorneys for Andry Lerner, LLC*

George D. Fagan
Margaret F. Swetman
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
*Attorneys for Woodbridge Baric Pre-Settlement Funding, LLC*

David D. Bravo, Esq.
The Law Firm of David D. Bravo, APLC
610 Baronne St.
New Orleans, LA 70113

Leo J. Palazzo, Esq.
Jason Markey, Esq.
Mario A. Arteaga, Esq.
Palazzo Law Firm
732 Behrman Highway, Suite F
Gretna, LA  70056


/s/Louis J. Freeh
Louis J. Freeh