UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>      "Deepwater Horizon" in the Gulf<br>      of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Re:  Penalty Phase Telephone Conference on Thursday, August 7, 2014]

**1. Depositions.**

The parties reported that Captain Laferriere and Dr. Michel were deposed.  Robertson will not be deposed.

**2. Robyn Conmy**.

BPXP submitted is letter, dated August 6, opposing the addition of Robyn Conmy as a trial witness.  The response by the U.S. is due on Friday, August 8.

**3. Deposition Bundles**.

The parties reported that a proposed order and schedule for the preparation of deposition bundles will be submitted.  It may require Court resolution of one issue.  If so, short position papers will be submitted.

The current deadline for the Court to announce the number of deposition bundles per party that may be prepared is **Thursday, August 14**.  Rec. doc. 13183.

**4. Rule 30(b)(6) Topic concerning liabilities and costs for the spill**.

BPXP reported that it sent a letter on August 7 to the U.S. regarding backup information for the BPXP spread sheet.  It expects to complete production by the week of August 18.  The issue of whether a Rule 30(b)(6) deposition on this material is unresolved.  After the U.S. reviews the production, it will report its position on the need for such a deposition.

5. **Exchange of Non Deposition Exhibits**.

    The parties report that a proposed order will be submitted by August 8.

6. **BPXP's Privilege Claim over BP-HZN-2179MDL07337197.**

    On August 4, the U.S. submitted a letter objecting to BPXP's clawback of the document. BPXP's response is due on Friday, August 8.

7. **OPA Test Cases**.

    BP served the U.S. with a subpoena. The U.S. motion to quash (Rec. doc. 13209) is set for submission on August 8 with BPXP's opposition due on that date.

8. **Litigation Hold**.

    The U.S. reported no developments on negotiations with the parties on whether agencies can be released from the litigation hold. This will be carried over to a future conference.

9. **Experts**.

    On August 15, the simultaneous exchange of expert reports for Round 1 is to occur.

10. **NRDA Data**.

    The U.S. reported that it will submit an order on this matter.

11. **BPXP Document Production**.

    BPXP shall provide the U.S. with a written update on the status of its document production.

    The deadline for an appeal of this order is **Wednesday, August 13, 2014**.

    New Orleans, Louisiana, this 8th day of August, 2014.

                                                  **SALLY SHUSHAN**
                                                  **United States Magistrate Judge**