

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 6 2014
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-30883

MD 10-2179-J

IN RE: DEEPWATER HORIZON

---

UNITED STATES OF AMERICA,

 Plaintiff - Appellee

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED; ANADARKO PETROLEUM CORPORATION,

 Defendants - Appellants

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

O R D E R:

IT IS ORDERED that the appellee's unopposed motion for an extension of thirty (30) days, until September 10, 2014, in which to file a response to the petitions for rehearing en banc as requested by the court, is GRANTED.

        /s/FORTUNATO P. BENAVIDES

        FORTUNATO P. BENAVIDES
        UNITED STATES CIRCUIT JUDGE



# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 04, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30883    In Re: Deepwater Horizon  
                        USDC No. 2:10-MD-2179  
                        USDC No. 2:10-CV-4536

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Cindy M. Broadhead, Deputy Clerk  
                      504-310-7707

Mr. Aditya Bamzai  
Mr. William W. Blevins  
Mr. Brad D. Brian  
Mr. Jeffrey Bossert Clark Sr.  
Ms. Michelle Terry Delemarre  
Mr. James Joseph Dragna  
Ms. Ellen J. Durkee  
Mr. Kenneth G. Engerrand I  
Mr. Robert R. Gasaway  
Mr. Richard Cartier Godfrey  
Ms. Judy B. Harvey  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Brian D. Israel  
Mr. Bryan Michael Killian  
Mr. David Andrew Kirby  
Mr. Ky E. Kirby  
Ms. Deborah D. Kuchler  
Mr. James Andrew Langan  
Mr. Aaron Llyod Nielson  
Mr. Steven O'Rourke  
Mr. David Joseph Pfeffer  
Mr. James Parkerson Roy  
Mr. David Bruce Salmons  
Mr. Stephen Sidney Schwartz  
Ms. Maggie B. Smith  
Ms. Sharon Denise Smith  
Mr. R. Michael Underhill