UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 …………………………………………….. | : : :……… | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN ………………………………….. |

## MOTION TO REVIEW ORDER REGARDING ADMIRAL MARY LANDRY

The United States objects to the Order of the Magistrate Court (docket # 13251) striking the addition of Rear Admiral (ret.) Mary Landry from its 26(a) disclosures.  Because BP apparently plans to present evidence at trial regarding the details of the motivations behind certain response decisions taken by federal officials, the United States sought to supplement its 26(a) disclosures to include one of those officials – Admiral Landry.  The Magistrate Court has prevented the United States from doing so.  As explained more fully in the memorandum accompanying this motion, this decision was clearly erroneous or contrary to law because (1) the United States was prompt in supplementing its disclosures once discovery revealed the potential need for Admiral Landry as a witness, (2) there was no prejudice to BP, as it had the time opportunity to depose Admiral Landry or adjust its case strategy as it saw fit, and (3) BP had already been allowed to supplement its disclosures to add a rebuttal witness under extremely analogous circumstances.  For these reasons and the reasons set forth in the accompanying memorandum, the United States moves this Court to reverse the Magistrate Court's order striking Admiral Landry from its 26(a) disclosures.

1

Respectfully submitted,

| | |
|---|---|
| JOSHUA WILKENFELD | SAM HIRSCH |
| Acting Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | MICHAEL MCNULTY |
| Director, Torts Branch, Civil Division | STEVEN O'ROURKE |
| Admiralty and Aviation | Senior Attorney |
| SHARON SHUTLER | NANCY FLICKINGER |
| MALINDA LAWRENCE | Senior Attorney |
| LAURA MAYBERRY | PATRICK CASEY |
| Trial Attorneys | RICHARD GLADSTEIN |
| R. MICHAEL UNDERHILL, T.A | DANIEL S. SMITH |
| Attorney in Charge, West Coast Office | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |

/s/ Sarah Himmelhoch_____
SARAH HIMMELHOCH
Senior Level E-Discovery Coordinator
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-0180
Facsimile: 202-514-2583
E-mail: sarah.himmelhoch@usdoj.gov


KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.


/s/ Sarah Himmelhoch____
Sarah Himmelhoch