UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**ORDER ON THE UNITED STATES' MOTION REGARDING ADMIRAL MARY LANDRY**

Upon consideration of the United States' Motion to Review the Order Regarding Admiral Mary Landry, and the attachments thereto, this Court finds that of the Magistrate Court was clearly erroneous and contrary to law.  The instant motion is GRANTED and the Order of the Magistrate Court Regarding Admiral Mary Landry is REVERSED.  The United States shall be permitted to add Admiral Landry to its 26(a) disclosures as a may-call witness.

IT IS SO ORDERED this _____ day of _____, 2014, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE