# Attachment D



E-SERVICE
55153810
Mar 14 2014
04:47PM
File & ServeXpress

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : |
| | | MDL No. 2179 |
| | | SECTION: J |
| | | : |
| | | JUDGE BARBIER |
| This Document Relates to: 10-4536 | | : : |
| …………………………………………….. | | MAG. JUDGE SHUSHAN |
| | | : |

<u>**CLEAN WATER ACT – PENALTY PHASE**</u>

<u>**FIRST AMENDMENT TO UNITED STATES' INITIAL DISCLOSURES**</u>

<u>**UNDER FED. R. CIV. P. 26(a)(1)**</u>

The United States is in the process of locating witnesses and documents relevant to the Penalty Phase. The United States reserves the right to: (1) rely on all documents produced by any party in earlier Phases or this phase of MDL 2179; (2) rely on any testimony or exhibits offered in any prior trial phase or this phase  of MDL 2179; (3) rely on any testimony or exhibits from any deposition previously taken in MDL 2179, or to be taken in this phase; and (4) amend and supplement these disclosures as it conducts further investigation and discovery.  These disclosures do not in any way diminish the United States' right to additional discovery, including 30(b)(6) and other depositions.

These disclosures do not identify any witnesses or documents that relate to the Motion in Limine to Permit Relevant Evidence Concerning BP p.l.c. and Other BP Affiliates and our Motion in Limine to Limit Evidence About the Seriousness Factor (Rec. Docs. 12355 and

1

12373).  If those Motions in Limine are denied, the United States will supplement this initial disclosure under Rule 26(e).  The United States reserves the right to supplement or amend this initial disclosure under Rule 26(e) pending resolution of proposed stipulations and issues pertaining to the scope of both discovery and trial.

1.  **The name, last known address, and telephone number of each person likely to have information as described in Federal Rule of Civil Procedure 26(a)(1)(A), and the subjects of the information.**

Subject to the reservations stated herein, at this time, the United States is not intending to use fact witnesses to support its claims or defenses.  The United States incorporates by reference all individuals identified by BP Exploration & Production, Inc. and Anadarko Petroleum Corporation in their initial disclosures.  The United States reserves the right to call any witness necessary to authenticate, or lay the foundation for, any document the United States might rely upon in this litigation, or otherwise rely on record managers.

2.  **A general description, including location of all documents, data, compilations, and tangible things in the possession, custody or control of the United States as described in Federal Rule of Civil Procedure 26(a)(1)(B).**

The United States may support its Penalty Phase presentation with the following categories of documents to the extent they are admissible and not protected from disclosure due to privilege:

a.  Documents regarding BP and Anadarko's ability to pay the maximum Clean Water Act penalty that may be imposed in this case. These documents are publically

available, have been previously exchanged in MDL 2179 discovery, or will be obtained from BP or Anadarko in Phase III discovery.

b.  Documents regarding BP's management and process safety failures related to incidents other than Macondo.  These documents are publically available or have been previously exchanged in MDL 2179 discovery.

c.  Documents regarding BPXP unsafe drilling practices and insufficient reporting to the Department of the Interior at wells other than Macondo.  These documents are publically available, have been previously exchanged in MDL 2179 discovery, or are located in the records of the Bureau of Safety and Environmental Enforcement.

d.  Documents regarding previous penalties imposed on BP and their effect or lack thereof on BP's actions.  These documents are publically available or have been previously exchanged in MDL 2179 discovery.

e.  Documents concerning Anadarko's decision to enter into and participation under the Joint Operating Agreement regarding Macondo and its relationship with BP at Macondo and elsewhere in the Gulf of Mexico.  These documents are publically available, have been previously exchanged in MDL 2179 discovery, or will be obtained from BP or Anadarko in Phase III discovery.

f.  Documents regarding the amount of economic benefit that BP realized from the violation should the Court request evidence on this topic.  These documents are publically available, have been previously exchanged in MDL 2179 discovery, or will be obtained from BP or Anadarko in Phase III discovery.

g.   Documents regarding BPXP's role in the United States and Gulf Coast economies. These documents are publically available, have been previously exchanged in MDL 2179 discovery, or will be obtained from BP or Anadarko in Phase III discovery.

**3.   Computation of damages, as described in Federal Rule of Civil Procedure 26(a)(1)(C).**

This is a civil action for statutory civil penalties and does not include a claim for damages.

**4.   The existence and contents of any insurance agreement as described in Federal Rule of Civil Procedure 26(a)(1)(D).**

The United States does not have any insurance agreements in its name that are responsive to this disclosure.

//

//

//

//

//

//

//

//

4

Dated March 14, 2014

Respectfully submitted,

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division
PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys
R. MICHAEL UNDERHILL, T.A
Attorney in Charge, West Coast Office

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
SARAH HIMMELHOCH
MICHAEL MCNULTY
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney
PATRICK CASEY
RICHARD GLADSTEIN
DANIEL S. SMITH
Senior Counsel
ABIGAIL ANDRE
A. NATHANIEL CHAKERES
ANNA CROSS
RACHEL HANKEY
JUDY HARVEY
RACHEL KING
ERICA PENCAK
BRANDON ROBERS
GORDON YOUNG
Trial Attorneys


/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

Attorneys for the UNITED STATES OF AMERICA

5

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  March 14, 2014.                                                    /s/  Steven O'Rourke
                                                                                         _____

                                                                                         U.S. Department of Justice