# Attachment F


E-SERVICE
55527483
Jun 02 2014
12:24PM
File & ServeXpress

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        **MDL NO. 2179**
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010      **SECTION J**

Applies to: 10-4536               **JUDGE BARBIER**
                             **MAGISTRATE JUDGE SHUSHAN**

## <u>ORDER</u>

**[Re: Telephone Conference at 1:00 p.m. on Thursday, May 29, 2014]**

**1. <u>Steven Bray</u>.**

BPXP may add Mr. Bray as a "may call" witness. It is encouraged, however, to determine whether there is another person who can testify as to the corporate governance issues without presenting the attorney-client privilege issues which are likely associated with the production of documents and the deposition examination of Mr. Bray.

If Mr. Bray is added as a "may call" witness, the U.S. may identify him as one of the two BPXP fact or Rule 30(b)(6) witnesses for custodial file production. <u>See</u> Order for issues addressed at telephone conference on Thursday, May 15, 2014 (Rec. doc. 12892 at 3).

**2. <u>Brenda Pennington</u>.**

On May 23, 2014, the U.S. was ordered to choose to depose either Ms. Pennington or Denise Robertson. Rec. doc. 12932. Because of health issues, Ms. Pennington cannot be deposed. The U.S. will be limited to Ms. Robertson. If Ms. Pennington's health permits, the U.S. will be permitted to depose her at a later date.

3.  **James Hanzalik and Julia Hein.**

The request by the U.S. that the depositions of Captains Hein and Hanzalik be precluded

is denied.

The deadline for an appeal of this order is **Friday, June 6, 2014**.

New Orleans, Louisiana, this 2nd day of June, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**