# Attachment G

| | |
|---|---|
| **From:** | Karis, Hariklia |
| **To:** | Himmelhoch, Sarah (ENRD) |
| **Cc:** | Langan, Andrew; O"Rourke, Steve (ENRD); Andre, Abigail (ENRD); Horizon, Deepwater; Thomas.Lotterman@bingham.com; jim.dragna@bingham.com; Ky.Kirby@bingham.com; *mbrock@cov.com |
| **Subject:** | Re: MDL 2179: Penalty phase depositions |
| **Date:** | Friday, July 11, 2014 8:20:51 AM |

Sarah,

I'm writing to confirm that we will proceed with Adm. Landry's dep on July 28.

Carrie

Hariklia ("Carrie") Karis, P.C.

Sent from my iPhone

On Jul 8, 2014, at 11:59 AM, "Himmelhoch, Sarah (ENRD)" <Sarah.Himmelhoch@usdoj.gov> wrote:

> I will check on Dr. Michel
>
> Does the 28th not work for BP?

**From**: Langan, Andrew [mailto:alangan@kirkland.com]
**Sent**: Tuesday, July 08, 2014 12:44 PM Eastern Standard Time
**To**: Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD); Andre, Abigail (ENRD); Horizon, Deepwater
**Cc**: Lotterman, Thomas R. <Thomas.Lotterman@bingham.com>; Jim Dragna <jim.dragna@bingham.com>; Ky Kirby <Ky.Kirby@bingham.com>; *mbrock@cov.com <mbrock@cov.com>; Karis, Hariklia <hkaris@kirkland.com>
**Subject**: FW: MDL 2179: Penalty phase depositions

Dear Sarah:

Thanks for this note.   May I raise 2 questions please:

1.  Has the DOJ determined whether the Michel deposition (Aug 1) can be conducted in DC?

2  Would it be possible to have an alternative date proposed for Admiral Landry in addition to the July 28 suggested below?

Best regards

Andy

**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**

300 North LaSalle Street Chicago, IL 60654

Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Tuesday, July 08, 2014 10:40 AM
**To:** Langan, Andrew; 'Sally_Shushan@laed.uscourts.gov'; *steve.o'rourke@usdoj.gov; *abigail.andre@usdoj.gov; 'Mike_OKeefe@laed.uscourts.gov'; *connie.delgado@bingham.com; 'jim.dragna@bingham.com'; *deepwater.horizon@usdoj.gov; 'ky.kirby@bingham.com'; 'thomas.lotterman@bingham.com'; *mbrock@cov.com; Karis, Hariklia
**Subject:** Re: MDL 2179: Request for Resolution of Sample Disposal Request & Update on US Production

Dear Judge Shushan,

The United States agrees the sample disposal issue is resolved, thanks Andy.

On a different note, we continue to have difficulty getting a date for Capt Laferriere's deposition. Given the continued uncertainty, we will provide Admiral Landry as our designee on the dispersant topics for which we had designated Capt Laferriere. She is available to be deposed on July 28. We would request the deposition occur in DC. Because this date occurs outside the scheduled deposition period, we seek your leave to have the deposition on the 28th.

We will continue to try to find a date for the Captain to be deposed as a fact witness.

Respectfully,

Sarah D. Himmelhoch

---

**From**: Langan, Andrew [mailto:alangan@kirkland.com]
**Sent**: Monday, July 07, 2014 07:12 PM Eastern Standard Time
**To**: Himmelhoch, Sarah (ENRD); 'Sally Shushan' <Sally_Shushan@laed.uscourts.gov>; O'Rourke, Steve (ENRD); Andre, Abigail (ENRD); 'Mike_OKeefe@laed.uscourts.gov' <Mike_OKeefe@laed.uscourts.gov>; *connie.delgado@bingham.com <connie.delgado@bingham.com>; Dragna, Jim <jim.dragna@bingham.com>; Horizon, Deepwater; Kirby, Ky <ky.kirby@bingham.com>; Lotterman, Thomas <thomas.lotterman@bingham.com>; *mbrock@cov.com <mbrock@cov.com>; Horizon, Deepwater; Karis, Hariklia <hkaris@kirkland.com>
**Subject**: RE: MDL 2179: Request for Resolution of Sample Disposal Request & Update on US Production

Dear Judge Shushan:

Further to this, as we have alerted Sarah earlier today, we were able to use extra time

over the past few days to confirm that BP does not object to the disposition of these samples.  So this issue ought to be resolved.


Respectfully submitted,

Andy Langan


**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**

300 North LaSalle Street Chicago, IL 60654

Tel. +1-312-862-2064  Fax +1-312-862-2200


andrew.langan@kirkland.com

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Monday, July 07, 2014 3:12 PM
**To:** 'Sally Shushan'; *steve.o'rourke@usdoj.gov; *abigail.andre@usdoj.gov; 'Mike_OKeefe@laed.uscourts.gov'; *connie.delgado@bingham.com; Dragna, Jim; *deepwater.horizon@usdoj.gov; Kirby, Ky; Lotterman, Thomas; *mbrock@cov.com; *deepwater.horizon@usdoj.gov; Karis, Hariklia; Langan, Andrew
**Subject:** MDL 2179: Request for Resolution of Sample Disposal Request & Update on US Production

Dear Judge Shushan et al.

Please see the attached letter concerning an issue I would like to discuss during our Thursday conference call.

Respectfully,

Sarah D. Himmelhoch

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is


strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************