# Attachment H

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


                                      *
IN RE:  OIL SPILL BY THE OIL RIG      *   Docket 10-MD-2179
        DEEPWATER HORIZON IN THE      *
        GULF OF MEXICO ON             *   Section J (1)
        APRIL 20, 2010                *
                                      *   New Orleans, Louisiana
THIS DOCUMENT RELATES TO:             *
                                      *   July 10, 2014
#10-4536                              *
                                      *   1:00 p.m.
                                      *
* * * * * * * * * * * * * * * * * *


                 TELEPHONE STATUS CONFERENCE
             BEFORE THE HONORABLE SALLY SHUSHAN
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the United States        U.S. Department of Justice
of America:                  Environmental Enforcement Section
                             BY:  STEVEN O'ROURKE, ESQ.
                             BY:  SARAH D. HIMMELHOCH, ESQ.
                             BY:  RACHEL HANKEY, ESQ.
                             BY:  ERICA PENCAK, ESQ.
                             BY:  RICHARD GLADSTEIN, ESQ.
                             BY:  BRANDON ROBERS, ESQ.
                             Post Office Box 7611
                             Washington, DC 20044


For BP America Inc.,         Kirkland & Ellis, LLP
BP America Production        BY:  J. ANDREW LANGAN, ESQ.
Company, BP Company          BY:  PETER BARTOSZEK, ESQ.
North America Inc.,          BY:  MARK J. NOMELLINI, ESQ.
BP Exploration &             300 North Lasalle
Production Inc., BP          Chicago, Illinois 60654
Holdings North America
Limited, BP Products
North America Inc.:
```

```
 1   APPEARANCES:

 2

 3   For Anadarko Petroleum          Bingham McCutchen, LLP
     Corporation, Anadarko           BY:   THOMAS R. LOTTERMAN, ESQ.
     E&P Company LP:                 2020 K Street, NW
 4                                   Washington, DC 20006

 5

 6   For Anadarko Petroleum          Kuchler Polk Schell
     Corporation, Anadarko             Weiner & Richeson, LLC
 7   E&P Company LP:                 BY: ROBERT GUIDRY, ESQ.
                                     1615 Poydras Street
 8                                   Suite 1300
                                     New Orleans, Louisiana 70112
 9

10
     Official Court Reporter:        Jodi Simcox, RMR, FCRR
11                                   500 Poydras Street
                                     Room HB-406
12                                   New Orleans, Louisiana 70130
                                     (504) 589-7780
13                                   Jodi_Simcox@laed.uscourts.gov

14

15   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
16

17

18

19

20

21

22

23

24

25
```

1                              **I N D E X**

2                                                                    Page

3    SAMPLE DISPOSAL ISSUE                                              4

4    CAPTAIN LAFERRIERE                                                 4

5    DEPOSITION/TRIAL EXHIBITS                                          6

6    BRAY PRIVILEGE LOG                                                10

7    MACE BARRON                                                       10

8    DR. MICHEL                                                        11

9    30(B)(6) ON LIABILITY AND COST OF SPILL                           11

10   DEPOSITION BUNDLES                                                13

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PROCEEDINGS**

**(July 10, 2014)**

******

(OPEN COURT.)

**THE COURT:** Hey everybody. How are you doing?

**MS. HIMMELHOCH:** Good, Your Honor. How are you?

**THE COURT:** Fine. Thank you.

Sorry to keep you holding. Let's see. Where do we want to start? I wanted to confirm that everything is A-okay on that sample disposal issue.

**MS. HIMMELHOCH:** Yes, we are hunky-dory on that. Thank you.

**THE COURT:** I thought so, but I just wanted to make sure.

So then I'm moving on to Captain Laferriere.

**MR. LANGAN:** Yes, Your Honor.

**THE COURT:** Are those arrangements that have been discussed back and forth satisfactorily with BP?

**MR. LANGAN:** Your Honor, it's Andy Langan. I don't think so. We still have a strong interest in Laferriere's deposition in an individual capacity, and we're willing to wait for that.

**THE COURT:** Okay.

**MR. LANGAN:** So we would prefer, rather than swap out

1  Admiral Landry, who's already been deposed, as I recall, we
2  would rather wait for Laferriere even if it takes a little
3  while longer.
4             We've seen some depositions that have been
5  slotted in later in the schedule and we'd like to see how that
6  plays out, if we could.
7        **MS. HIMMELHOCH:**  Your Honor, we are not planning to
8  swap out the captain.  We understand BP still desires to have
9  Captain Laferriere testify in his individual capacity.  It's
10 just that we wanted to complete the 30(b)(6) topic, and we have
11 a witness who can do that.
12            So, as I said, we will continue to try and get
13 in touch with the captain and make him available for individual
14 deposition, subject to his emergency duties.  But we do want to
15 get the 30(b)(6) deposition closed out and finished, and we can
16 do that with Admiral Landry.
17       **THE COURT:**  Yeah.  That's how I understood it, Andy,
18 is that they were not taking the captain away from you, but
19 they did want to go ahead and get the 30(b)(6) done.
20       **MR. LANGAN:**  Uh-huh.
21       **THE COURT:**  Any problem with that?
22       **MR. LANGAN:**  Well, it's tough to argue with that.
23       **THE COURT:**  Yeah, it is.  No, Sarah understands that
24 she still needs to contact the captain.  The problem is, of
25 course, that more children continue to flood across the border.

1  **MS. HIMMELHOCH:**  Exactly.

2  **THE COURT:**  So with that understanding, I think we
3  can agree that we'll continue to look for the captain and find
4  a place for him.

5  **MR. LANGAN:**  Yeah.  So on the date, we're going to --
6  actually, Sarah graciously said there might be a possible
7  adjustment of the date, and I'd like to circle back to Sarah by
8  tomorrow on that.

9  **THE COURT:**  Okay.  That sounds good.  All right.
10             Now, we had the issue, next up, on exchange of
11  all nine deposition exhibits stamped with trial exhibit and
12  page number.  Do you remember that little discussion we had?

13  **MR. LANGAN:**  I do.

14  **MS. HIMMELHOCH:**  Yes, Your Honor, and my colleague,
15  Mr. Robers, is here to speak as to that.

16  **THE COURT:**  Yes, he raised the issue.  My thought on
17  that as was follows, guys, and I have no problem with moving
18  it.  I just don't think we can move it as far as was suggested.
19  Because if I look at the schedule, we have an exchange of good
20  faith exhibit lists on 9/29.

21  **MS. HIMMELHOCH:**  Yes, Your Honor.

22  **THE COURT:**  I anticipated that you-all were marking
23  your exhibits as you went.  Is that incorrect?

24  **MS. HIMMELHOCH:**  To the extent we're using them in
25  depositions, yes -- I'm sorry.  I'm speaking for Brandon.