# Attachment K



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| This Document Relates to: 10-4536 | : : | MAG. JUDGE SHUSHAN |

………………………………………………...

## CLEAN WATER ACT – PENALTY PHASE
## THIRD AMENDED UNITED STATES INITIAL DISCLOSURES
## UNDER FED. R. CIV. P. 26(a)(1)

The United States is in the process of locating witnesses and documents relevant to the Penalty Phase. The United States reserves the right to: (1) rely on all documents produced by any party in earlier phases or this phase of MDL 2179; (2) rely on any testimony or exhibits offered in any prior trial phase or this phase of MDL 2179; (3) rely on any testimony or exhibits from any deposition previously taken in MDL 2179, or to be taken in this phase; and (4) amend and supplement these disclosures as it conducts further investigation and discovery.  These disclosures do not in any way diminish the United States' right to additional discovery, including 30(b)(6) and other depositions.

The United States reserves the right to supplement or amend this initial disclosure under Rule 26(e) pending resolution of proposed stipulations and issues pertaining to the scope of both discovery and trial.

1. **The name, last known address, and telephone number of each person likely to have information as described in Federal Rule of Civil Procedure 26(a)(1)(A), and the subjects of the information.**

United States Coast Guard Lieutenant Frank Kulesa may have information concerning the seriousness of the violation.  Lieutenant Kulesa may be contacted through counsel for the United States, United States Department of Justice, Environment and Natural Resources Division, 601 D St, NW, Washington, D.C. 20004; telephone (202) 514-5471.

Brenda Pennington (BPXP Board Member) may have information concerning the relationship between BPXP, BP America, Inc., BP p.l.c. and other entities in the corporate chain as well as several of the penalty factors including the nature, extent, and degree of success of any efforts of the violator to minimize or mitigate the effects of the discharge, the economic impact of the penalty on the violator, and any other matters as justice may require.  Ms. Pennington is located at 501 Westlake Park Boulevard, Houston, Texas 77079.

D.B. Pinkert (BPXP Board Member) may have information concerning the relationship between BPXP, BP America, Inc., BP p.l.c. and other entities in the corporate chain as well as several of the penalty factors including the nature, extent, and degree of success of any efforts of the violator to minimize or mitigate the effects of the discharge, the economic impact of the penalty on the violator, and any other matters as justice may require.  Mr. Pinkert is located at 501 Westlake Park Boulevard, Houston, Texas 77079.

Denise Robertson (BPXP Board Member) may have information concerning the relationship between BPXP, BP America, Inc., BP p.l.c. and other entities in the corporate chain as well as several of the penalty factors including the nature, extent, and degree of success of any efforts of

the violator to minimize or mitigate the effects of the discharge, the economic impact of the penalty on the violator, and any other matters as justice may require. Ms. Robertson is located at 501 Westlake Park Boulevard, Houston, Texas 77079.

Dr. Robyn Conmy (United States Environmental Protection Agency Research Ecologist) may have information regarding the nature, extent, and degree of success of any efforts of the violator to minimize or mitigate the effects of the discharge. Dr. Conmy is located at 26 West Martin Luther King Drive, Cincinnati, Ohio, 45268.

United States Coast Guard Rear Admiral Mary E. Landry (Ret.) may have information regarding the nature, extent, and degree of success of any efforts of the violator to minimize or mitigate the effects of the discharge, and any other matters as justice may require. Admiral Landry is located at 2701 Martin Luther King Jr. Ave., SE, Washington, DC.

The United States incorporates by reference all individuals identified by BP Exploration & Production, Inc. and Anadarko Petroleum Corporation in their initial disclosures. The United States reserves the right to call any witness necessary to authenticate, or lay the foundation for, any document the United States might rely upon in this litigation, or otherwise rely on record managers.

2. **A general description, including location of all documents, data, compilations, and tangible things in the possession, custody or control of the United States as described in Federal Rule of Civil Procedure 26(a)(1)(B).**

3

The United States may support its Penalty Phase presentation with the following categories of documents to the extent they are admissible and not protected from disclosure due to privilege:

a. Documents regarding BP and Anadarko's ability to pay the maximum Clean Water Act penalty that may be imposed in this case. These documents are publically available, have been previously exchanged in MDL 2179 discovery, will be obtained from BP or Anadarko in Phase III discovery, or are located in the Administrative Records produced in Case No. 4:13-cv-02349 (S.D. Tex.).

b. Documents regarding BP's management and process safety failures related to the four incidents listed in the United States' March 3, 2014 Submission. These documents are publically available, have been previously exchanged in MDL 2179 discovery, or are located in the Administrative Records produced in Case No. 4:13-cv-02349 (S.D. Tex.).

c. Documents concerning the seriousness of the violation. These documents are publically available, have been previously exchanged in MDL 2179, will be obtained from BP in Phase III discovery, or are located in the records of the United States Coast Guard, the National Oceanic and Atmospheric Administration, the Department of Commerce, the Department of the Interior, the Environmental Protection Agency, the Department of Agriculture, the Department of Labor, or the Department of Health and Human Services.

d. Documents regarding BPXP's and Anadarko's role in the United States and Gulf Coast economies. These documents are publically available, have been previously

4

exchanged in MDL 2179 discovery, will be obtained from BP or Anadarko in Phase III discovery, or are located in the records of the Department of Commerce or Department of the Interior's Office of Natural Resources Revenue.

3. **Computation of damages, as described in Federal Rule of Civil Procedure 26(a)(1)(C).**

This is a civil action for statutory civil penalties and does not include a claim for damages.

4. **The existence and contents of any insurance agreement as described in Federal Rule of Civil Procedure 26(a)(1)(D).**

The United States does not have any insurance agreements in its name that are responsive to this disclosure.

Dated July 11, 2014

JOSHUA WILKENFELD
Acting Deputy Assistant Attorney General
Civil Division
PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys
R. MICHAEL UNDERHILL, T.A
Attorney in Charge, West Coast Office

Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
SARAH HIMMELHOCH
Senior Level E-Discovery Coordinator
MICHAEL MCNULTY
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney
PATRICK CASEY
RICHARD GLADSTEIN
DANIEL S. SMITH
Senior Counsel
ABIGAIL ANDRE
A. NATHANIEL CHAKERES
ANNA CROSS
RACHEL HANKEY
JUDY HARVEY
RACHEL KING
ERICA PENCAK
BRANDON ROBERS
GORDON YOUNG
Trial Attorneys


/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:   202-514-2583
E-mail:  steve.o'rourke@usdoj.gov
KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

Attorneys for the UNITED STATES OF AMERICA

6

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  July 11, 2014.                                                         /s/  Steven O'Rourke

                                                                                         U.S. Department of Justice