EX. A

```
 1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3   ***************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                              CIVIL ACTION NO. 10-MDL-2179 "J"
 7                            NEW ORLEANS, LOUISIANA
                              THURSDAY, MAY 26, 2011, 9:30 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     ***************************************************************
11
                 TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS
12           HEARD BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:        DOMENGEAUX WRIGHT ROY & EDWARDS
16                           BY:  JAMES P. ROY, ESQUIRE
                                  BRIAN C. COLOMB, ESQUIRE
17                                WILLIAM F. LARGE, ESQUIRE
                             P. O. BOX 3668
18                           556 JEFFERSON STREET
                             LAFAYETTE, LA  70502
19

20                           HERMAN HERMAN KATZ & COTLAR
                             BY:  STEPHEN J. HERMAN, ESQUIRE
21                           820 O'KEEFE AVENUE
                             NEW ORLEANS, LA  70113
22

23   FOR THE PLAINTIFFS:     BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQUIRE
24                           1000 DOMINION TOWER,
                             999 WATERSIDE DRIVE
25                           NORFOLK, VA  23510
```

1    might be a freshwater diversion.

2            THE COURT:  It seems like this is a little more removed

3    under whatever causation test we want to use.  It seems like this

4    is a little more removed than, for example, in the --

5            What's the name of Judge Minaldi's case, again?

6            MR. HERMAN:  The *Dunham Price*?

7            THE COURT:  Yes.

8            -- in that case, where they shut it down --

9    allegedly, in direct response to the spill, they had to shut down

10   and close this waterway.

11           You can certainly see the relationship there and

12   the foreseeability; but, whether that extends to this situation,

13   where it wasn't that they shut down, closed the Gulf of Mexico,

14   they put a moratorium in place.  I guess the argument on the

15   other side would be not because of -- it might be a but-for, but

16   for the spill, but it wasn't a direct cause of the spill, it

17   wasn't directly caused by the spill, because what they were

18   trying to do is put a better -- they weren't trying to clean up

19   anything.  They weren't doing it in direct response to the spill.

20   They were trying to prevent future spills, as I appreciate the

21   purpose of the moratorium.

22           MR. HERMAN:  Yes, Your Honor, that's correct as to part

23   of the purpose; but, part of the purpose was actually tied up in

24   fighting the spill itself and the actual -- that's why focusing

25   on the statutory language *due to damages to natural resources*,