EX. E

**Relevance of BPXP's Requests**

| Request | Text of Request | Topic | Relevance apart from "superseding cause" |
|---------|-----------------|-------|------------------------------------------|
| 1 | Documents related to the federal moratoriums on permitting or drilling activities imposed on May 28, 2010 and July 12, 2010. | Moratorium | OPA causation element: Plaintiffs allege losses from moratoriums; OPA requires that Plaintiffs' losses be "due to the injury, destruction, or loss of real property, personal property, or natural resources;" Plaintiffs therefore must show the Government's moratorium decisions were "due to," for example, natural resource destruction, as opposed to (as Judge Barbier framed the issue) each Plaintiff's loss being not "directly caused by the spill, because . . . [the moratoriums] weren't trying to clean up anything.  They weren't doing it in direct response to the spill.  They were trying to prevent future spills . . . ." *See* Opp. Br. at 3. |
| 2 | Documents discussing, or generated during the preparation of, the May 27, 2010 Department of the Interior ("DOI") report entitled "Increased Safety Measures for Energy Development on the Outer Continental Shelf" ("May 27, 2010 DOI Report"). | First Moratorium | Same as Request 1 |
| 3 | Documents identified in Attachment 1 to the the July 12, 2010 memorandum from Secretary Salazar to Michael Bromwich entitled "Decision memorandum regarding the suspension of certain offshore permitting and drilling activities on the Outer Continental Shelf." | Second Moratorium | Same as Request 1 |

| Request | Text of Request | Topic | Relevance apart from "superseding cause" |
|---------|-----------------|-------|-------------------------------------------|
| 4 | Non-privileged documents discussing the litigation challenging the moratorium imposed on May 28, 2010, namely *Hornbeck Offshore Services, L.L.C. v. Salazar* (Eastern District of Louisiana case no. 2:10-cv-1663), which was filed on June 7, 2010. | Legal challenge to first moratorium | Same as Request 1 |
| 5 | Non-privileged documents discussing the litigation challenging the moratoriums and the government's permitting practices, namely *Ensco Offshore Co. v. Salazar/ATP Oil & Gas Corp. v. Salazar* (Eastern District of Louisiana case no. 2:10-cv-1941), which was filed on July 9, 2010 and amended on July 20, 2010. | Legal challenge to government permitting practices | OPA causation element: Plaintiffs allege losses from the Government's permitting decisions; OPA requires that Plaintiffs' losses be "due to the injury, destruction, or loss of real property, personal property, or natural resources;" Plaintiffs therefore must show the Government's permitting decisions were "due to," for example, natural resource destruction, as opposed to prevention of future spills or noncompliance with requirements. |
| 6 | Documents transmitted by personnel working in any aspect of the petroleum industry to anyone at the DOI Related to the moratoriums, including potential moratoriums. | Industry communication with DOI | Same as Request 1<br><br>Damages: documents could discuss the presence or absence, nature and degree, of moratorium effects on companies in the petroleum industry. |

| Request | Text of Request | Topic | Relevance apart from "superseding cause" |
|---|---|---|---|
| 7 | Documents received from Bisso Marine, LLC, Black Elk Energy Offshore Operations, LLC, Blake International USA Rigs, L.L.C., Blake Holdings I, LLC, Blake 2 Workover & Drilling Co., Blake International Rigs, LLC, Certified Platform Services, L.L.C., Seahawk Drilling, Inc. (including any of its subsidiaries), Trinity Offshore, LLC, or Wadleigh Industries, Inc. | Plaintiffs' interactions with DOI | Same as Requests 1 & 5<br><br>Damages: documents could discuss the presence or absence, nature and degree, of moratorium effects on OPA Test Case Plaintiffs. |
| 8 | Documents discussing any of the entities listed in the previous Request. | DOI discussions re Plaintiffs | Same as Request 1, 5, 6 & 7 |
| 9 | Documents discussing changes or possible changes to the criteria, procedures or time required for obtaining permits to drill after April 20, 2010, and other documents generated or received as part of the process of analyzing or deciding upon such changes. | DOI permitting practices: changes in requirements for permits | Same as Request 5 |
| 10 | Documents discussing the number of applications for offshore oil drilling permits issued, denied or pending after April 20, 2010. | DOI permitting practices: burden on DOI to approve permits | Same as Request 5 |

| Request | Text of Request | Topic | Relevance apart from "superseding cause" |
|---------|-----------------|-------|------------------------------------------|
| 11 | Documents provided by petroleum industry personnel to anyone at the DOI between April 20, 2010 and the present discussing the issuance, non-issuance, criteria for issuance, or delay in consideration or issuance of permits to conduct offshore drilling. | DOI permitting practices: industry reaction to permitting practices | Same as Request 5<br><br>Damages and Mitigation: documents could discuss what steps others in the industry took to mitigate damages and comply with new regulations. |
| 12 | Documents discussing the reasons for any denial or delay of any application for a permit to conduct offshore oil drilling on the basis of any new rule, regulation, policy or procedure that was in effect after April 20, 2010, including documents sufficient to show the applicant, the permit application that was affected, and the reasons for the denial or delay in consideration or issuance of the permit. | DOI permitting practices | Same as Request 5 |
| 13 | Documents discussing federal regulatory action or inaction directed at offshore oil industry activity—including shallow water and deepwater activity—that occurred after May 28, 2010, including new or revised safety rules, regulations, inspections or permitting practices, and other documents generated or received as part of the process of analyzing or deciding upon such changes. | DOI permitting practices: heightened safety regulations | Same as Requests 1 & 5 |

| Request | Text of Request | Topic | Relevance apart from "superseding cause" |
|---|---|---|---|
| 14 | Documents discussing any actual or contemplated drilling or permitting moratorium following any other oil spill. | Prior government regulatory action | Same as Requests 1 & 5 |
| 15 | Documents discussing the proposed adoption of [various safety regulations].[1] | Heightened safety regulations and other permitting requirements | Same as Requests 1 & 5 |
| 16 | Documents discussing, or generated during the preparation of the DOI Inspector General's November 8, 2010 report, entitled "Investigative Report of Federal Moratorium on Deepwater Drilling." | DOI's internal investigation of the moratorium | Same as Request 1 |
| 17 | Documents produced to Congress in conjunction with the U.S. House of Representatives Committee on Natural Resources August 2, 2012 hearing regarding the DOI Inspector General's November 8, 2010 moratorium report (hearing entitled "Oversight of the Actions, Independence and Accountability of the Acting Inspector General of the Department of the Interior.") | Congressional investigation of the moratorium: Aug. 2, 2012 U.S. House Committee Hearing | Same as Request 1 |

---

[1] Request 15 detailed the following regulations: (a) NTL No. 2010-N05, which was issued on June 8, 2010. (b) NTL No. 2010-N06, which was issued on June 18, 2010. (c) NTL No. 2010-N10, which was issued on November 8, 2010. (d) the August 16, 2010 memorandum issued by Walter Cruickshank entitled "Use of Categorical Exclusions in Gulf of Mexico Region." (e) 75 Federal Register 63346, issued on October 14, 2010 and entitled "Oil and Gas and Sulphur Operations in the Outer Continental Shelf—Increased Safety Measures for Energy Development on the Outer Continental Shelf." (f) 75 Federal Register 63610, issued on October 15, 2010 and entitled "Oil and Gas and Sulphur Operations in the Outer Continental Shelf—Safety and Environmental Management Systems."

| Request | Text of Request | Topic | Relevance apart from "superseding cause" |
|---|---|---|---|
| 18 | Documents produced to Congress in conjunction with the U.S. House of Representatives Committee on Natural Resources September 13, 2012 hearing regarding the moratorium, entitled "Committee Oversight of Department of the Interior: Questioning of Key Department of the Interior Officials." | Congressional investigation of the moratorium: Sept. 13, 2012 U.S. House Committee Hearing | Same as Request 1 |
| 19 | Documents produced in response to the U.S. House of Representatives subpoena on Mary Kendall, Acting Inspector General, Department of the Interior, served by fax on April 12, 2012, for documents regarding the May 27, 2010 DOI Report. | Congressional investigation of the moratorium: Apr. 12, 2012 U.S. House Subpoena | Same as Request 1 & 5 |
| 20 | Documents produced in response to the U.S. House of Representatives subpoena on Ken Salazar, Secretary of the Department of the Interior, served by hand on April 3, 2012, for documents regarding the May 27, 2010 DOI Report. | Congressional investigation of the moratorium: Apr. 3, 2012 U.S. House Subpoena | Same as Requests 1 & 5 |
| 21 | Documents produced in response to letters issued by the U.S. House of Representatives Committee on Natural Resources to the DOI (or any individuals working at the DOI) requesting information concerning the Office of Inspector General's investigation regarding the May 27, 2010 DOI Report. | Congressional investigation of the moratorium: U.S. House Letters to DOI | Same as Requests 1 & 5 |

| Request | Text of Request | Topic | Relevance apart from "superseding cause" |
|---------|-----------------|-------|------------------------------------------|
| 22 | Documents produced in response to letters issued by the U.S. House of Representatives Committee on Natural Resources to the Department of Interior, Office of Inspector General (or any individuals working at the Office of Inspector General) requesting information concerning the Officer of Inspector General's investigation regarding the May 27, 2010 DOI Report. | Congressional investigation of the moratorium: U.S. House Letters to DOI OIG | Same as Requests 1 & 5 |
| 23 | Communications you had within DOI or its agencies or with any other persons or entities Relating to any of the above topics. | Communications | *WITHDRAWN BY BP IN OFFER OF COMPROMISE* |