# EX. F

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Tuesday, July 29, 2014 4:10 PM
**To:** Langan, Andrew
**Cc:** 'Sally Shushan'; Mike_OKeefe@laed.uscourts.gov; James Roy; Steve Herman; Duke Williams, III; Paul Sterbcow; *steve.o'rourke@usdoj.gov; *abigail.andre@usdoj.gov; *deepwater.horizon@usdoj.gov; *mbrock@cov.com; Regan, Matthew T; Keegan, Christopher W.
**Subject:** RE: 2014-07-29 US Motion to Quash Related Discovery Sought by BP

Dear Andy (and Judge Shushan) –

Our motion to quash does not and was not intended to delay our discussions, it was simply meant to get the motion before the court before our deadline for responding.  In addition, in the interests of judicial economy, we thought it better to submit just the one brief rather than two.

I had not realized until I re-read your email today that you were expecting me to propose custodians – in fact I thought I was awaiting your proposals.  That said, we look forward to your proposals on search terms and custodians and we will work with you cooperatively until and unless we receive relief from the Court.  We do not have a list of custodians in mind, since the requests are unlimited as to Bureau, office, or date.


Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)

---

**From:** Langan, Andrew [mailto:alangan@kirkland.com]
**Sent:** Tuesday, July 29, 2014 4:21 PM
**To:** Himmelhoch, Sarah (ENRD); shushan@laed.uscourts.gov
**Cc:** Mike_OKeefe@laed.uscourts.gov; Jim Roy; *sherman@hhkc.com; Duke Williams, III; Paul Sterbcow; O'Rourke, Steve (ENRD); Andre, Abigail (ENRD); Horizon, Deepwater; *mbrock@cov.com; Regan, Matthew T; Keegan, Christopher W.
**Subject:** RE: 2014-07-29 US Motion to Quash Related Discovery Sought by BP

Dear Sarah (and Judge Shushan):

We are reviewing the statements in the Declaration filed with the DOJ motion, and we are adjusting our proposed search terms with that new information.  We will shortly send DOJ a list of proposed custodians and search terms.  And we would then welcome the DOJ team input if Sarah and her team think they should be further narrowed or adjusted.

And just for clarification, in my Thursday, July 24 email to Sarah below the one Sarah just submitted to the Court, you'll see that I asked whether the DOJ had a list of custodians in mind.  I didn't hear back from Sarah until today, when Sarah said DOJ would file its motion.  The detailed discussion in the attachments to the DOJ moving papers -- about the volume of documents responsive to various requests -- is precisely the kind of information that could have facilitated further dialog among the parties, and still can.

Respectfully,

Andy Langan


**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Tuesday, July 29, 2014 2:49 PM
**To:** Langan, Andrew; shushan@laed.uscourts.gov
**Cc:** Mike_OKeefe@laed.uscourts.gov; Jim Roy; *sherman@hhkc.com; Duke Williams, III; Paul Sterbcow; *steve.o'rourke@usdoj.gov; *abigail.andre@usdoj.gov; *deepwater.horizon@usdoj.gov; *mbrock@cov.com; Regan, Matthew T; Keegan, Christopher W.
**Subject:** RE: 2014-07-29 US Motion to Quash Related Discovery Sought by BP

Dear Judge Shushan,

As I stated to Mr. Langan earlier today, we are awaiting BP's proposal for custodians and that we were going to file this motion but were willing to work with BP in the past. Given BP's insistence in earlier discovery disputes that it is the requesting party who selects search terms and custodians, I asked BP to propose those. Please see the attached email.

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)

---

**From:** Langan, Andrew [mailto:alangan@kirkland.com]
**Sent:** Tuesday, July 29, 2014 3:44 PM
**To:** shushan@laed.uscourts.gov
**Cc:** Mike_OKeefe@laed.uscourts.gov; Jim Roy; *sherman@hhkc.com; Duke Williams, III; Paul Sterbcow; Himmelhoch, Sarah (ENRD); O'Rourke, Steve (ENRD); Andre, Abigail (ENRD); Horizon, Deepwater; *mbrock@cov.com; Regan, Matthew T; Keegan, Christopher W.
**Subject:** FW: 2014-07-29 US Motion to Quash Related Discovery Sought by BP

Dear Judge Shushan,

The motion filed today by the United States (docket entry below) asks you to quash BP's subpoena to the Department of the Interior in the OPA test cases based on its alleged irrelevance and its breadth. The former argument is before Judge Barbier on Plaintiffs' Motion to Strike BP's Affirmative Defenses. We here address the second argument.

The breadth of a document request is ultimately determined, as a practical matter, by the negotiation of search terms and the identification of custodians whose records would be searched. We were in the midst of discussing those points

with Sarah when we received DOJ's.  Last Thursday, July 24, we asked Sarah if she had a proposal for search custodians.  We never heard back.

We are willing to continue engaging in that dialog, and suggest that the motion to quash filed today is premature until the parties have exhausted their attempts to meet and confer.  After all, the United States' motion expresses concern about the resources of this Court being consumed in adjudicating discovery disputes.  We believe we can narrow our dispute with DOJ  before the Court needs to become involved.

Respectfully submitted,

Andy Langan



**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com
**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Tuesday, July 29, 2014 12:57 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Motion to Quash


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U. S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Himmelhoch, Sarah on 7/29/2014 at 12:57 PM CDT and filed on 7/29/2014

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |
| **Filer:** | Federal Government Interests |
| **Document Number:** | 13209 |

**Docket Text:**
**MOTION to Quash** *subpoena by BP related to Supervening Cause Defense* **by Federal Government Interests. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Ex. 1 (Subpoena), # (4) Ex. 2 (Declaration), # (5) Ex. 3 (Depostion), # (6) Ex. 4 (Email))(Reference: 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006)(Himmelhoch, Sarah)**


**2:10-md-02179-CJB-SS Notice has been electronically mailed to:**

David J. Beck      dbeck@brsfirm.com

Deborah DeRoche Kuchler      dkuchler@kuchlerpolk.com, azebrick@kuchlerpolk.com, dgordon@kuchlerpolk.com, kcheralla@kuchlerpolk.com, rguidry@kuchlerpolk.com

Don Keller Haycraft      dkhaycraft@liskow.com, agoldman@liskow.com, bevers@liskow.com, dcreid@liskow.com, pfussell@liskow.com, pmjones@liskow.com

Donald E. Godwin      Don.Godwin@GodwinLewis.com, Alan.York@GodwinLewis.com, Angelica.Garcia@GodwinLewis.com, Bruce.Bowman@GodwinLewis.com, Carolyn.Raines@GodwinLewis.com, Carrie.Shelton@GodwinLewis.com, Floyd.Hartley@GodwinLewis.com, Gwen.Richard@GodwinLewis.com, Jenny.Martinez@GodwinLewis.com, Sean.Fleming@GodwinLewis.com

J. Andrew Langan      andrew.langan@kirkland.com, frank.sramek@kirkland.com, koneil@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com, uzo.dike@kirkland.com

James P. Roy      jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com

Kerry J. Miller      kmiller@frilot.com, mklinefelter@frilot.com, scavet@frilot.com

Ky E. Kirby      ky.kirby@bingham.com, joyce.belton@bingham.com, randall.levine@bingham.com

Luther J Strange , III      luther.strange@ago.state.al.us, pmills@ago.state.al.us

Lynn C Greer      lgreer@browngreer.com, tblankenship@browngreer.com, tsteilberg@dheclaims.com

Michael J. Lyle      mikelyle@quinnemanuel.com, ericlyttle@quinnemanuel.com, sylviasimson@quinnemanuel.com

Phillip A. Wittmann      pwittmann@stonepigman.com, afarris@stonepigman.com, aschiavi@stonepigman.com, boneil@stonepigman.com, BRS383@BRSfirm.com, cbertaut@stonepigman.com, cstarr@stonepigman.com, mbroussard@stonepigman.com

R Michael Underhill      mike.underhill@usdoj.gov, bonnie.li@usdoj.gov, christopher.f.coutu@uscg.mil, david.m.dubay@uscg.mil, emily.liu@usdoj.gov, heather.s.kennealy@uscg.mil, michelle.delemarre@usdoj.gov, peter.frost@usdoj.gov, sharon.shutler@usdoj.gov, stephen.flynn@usdoj.gov, torts.aa.files@usdoj.gov, veronica.garner@usdoj.gov

Stephen J. Herman      sherman@hhkc.com, jchauvin@hhklawfirm.com

**2:10-md-02179-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/29/2014] [FileNumber=6992551-0
] [280ecc5726e000e6bf06368ace69e1c19aa177c218aed3b1b449bd6d95b35f48d2b
1cc58291b8e81e215ab518136f84e87596b5fdb0a309a2a106bf6519f6dda]]
**Document description:**Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/29/2014] [FileNumber=6992551-1
] [344a07d2794ce13a45e691f405e8242ea38d74262d91ae81325f41da4b249e2ecdc
1dbaab2d20d86064ae946b713134976106f7ae9aab8d25bd5401becc94d0c]]
**Document description:**Memorandum in Support
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/29/2014] [FileNumber=6992551-2
] [4916335250c3a1c80e9b8ddf8c9fae05cebe09bee769e94b69a77a54b4c8d54ae6d
cdff4ee637bc79ede582d3361c20552314515debe9b7c0482fa28c3fd24db]]
**Document description:** Ex. 1 (Subpoena)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/29/2014] [FileNumber=6992551-3
] [6604f30cdca3cf67f2af7f03673c951bd8aeb1610f7ecea93da96beb68532b57d9c
b9d441db1646d3b3745663c096d666dee58450ba1a568fa5b3c31c9f148d4]]
**Document description:** Ex. 2 (Declaration)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/29/2014] [FileNumber=6992551-4
] [0fd855e9815d9b883bb1fc007f8279e31746a20086e61c9c23f4db75377909308d2
2e7716072fe1d7974cf288e73873e2e4de3a4530dc66f49161f2fb0f03386]]
**Document description:** Ex. 3 (Depostion)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/29/2014] [FileNumber=6992551-5
] [95dc0a7eb6ae3b2fbeb05ac4a7e1739cd571b29606412e207da6db248487dedab3b
19508657a7b1ebca16a5278b020a10c49cfe71d61963260642d13736a325e]]
**Document description:** Ex. 4 (Email)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=7/29/2014] [FileNumber=6992551-6
] [440f93b94f742b50c107cb8be22d64928ef45cda602696026d5adbe25d12d9b685f
6151b190d9229b6880e5b3817314bd238e368ca6341b7356bea4bac3f5918]]

*************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by

e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
**********************************************************

**********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
**********************************************************