# EX. H

July 31, 2014

**BP PROPOSALS TO NARROW SCOPE OF SUBPOENA**

| Subpoena Request Number(s) | Subject | Search terms run by Dept. of Interior declarant | Search terms proposed by BP to narrow scope | Date range proposed by BP to narrow the search |
|---|---|---|---|---|
| 1–3, 6 | Moratoriums | ("moratorium" AND ("drilling OR "permitting"))<br><br>From 4/20/2010 - present (110,971 hits in the Legacy Archive and 141,063 hits in ERDMS.)<br><br>*[Declaration describes applying this search to Request No. 1]* | (moratori* OR ban* OR restrict* OR halt* OR stop* OR pause OR prohibit* OR "30 day report" OR (July /3 memo*) OR (October /3 memo*))<br><br>AND "Gulf of Mexico" OR GOM OR (Gulf AND Spill) OR BP OR "oil spill" OR "spill of national significance" OR SON OR OCS OR "Outer Continental Shelf" OR deepwater OR (deep /2 water) OR shallowwater OR (shallow /2 water)<br><br>AND (drill* OR permit*) | April 20, 2010 – June 30, 2012 |
| 4–5 | Moratorium litigation | ("Moratorium" AND "Hornbeck")<br><br>10,457 hits in the Legacy Archive and 1,364 hits in ERDMS.<br><br>("Moratorium" AND "Ensco")<br><br>11,674 hits in the Legacy Archive and 831 hits in | (moratori* OR ((ban* OR restrict* OR halt* OR stop* OR pause OR prohibit*) /3 drill*))<br><br>AND (Hornbeck OR Ensco OR Feldman OR lawsui* OR sue* OR litigat* OR court OR circuit or appeal or illegal or injunction or enjoin* OR case*)<br><br>NOT ("privileged" OR "attorney work product") | April 20, 2010 – June 30, 2012 |

July 31, 2014

| | | ERDMS. | | |
|---|---|---|---|---|
| 7–8 | Plaintiff related documents | ("bisso marine" OR "black elk energy" OR "blake international" OR "blake holdings" OR "blake workover" OR "certified platform services" OR "seahawk drilling" OR "trinity offshore" OR "wadleigh industries" OR "seahawk mexico" OR "seahawk drilling management" OR "seahawk offshore management" OR "energy supply international" OR "seahawk drilling" OR "seahawk global holdings").<br><br>33,534 hits in the Legacy Archive and 39,944 hits in ERDMS. | (Bisso BUT NOT (Casey /2 Bisso)) OR "Black Elk" OR (Blake /5 (Rigs OR Holdings OR Workover OR Drilling OR International) OR "Certified Platform" OR CPS OR Seahawk OR ("Energy Supply" /2 (International OR Int'l) OR (Trinity /2 Offshore) OR Wadleigh | April 20, 2010 – June 30, 2012<br><br>**Note: for Requests 7–8, search should be conducted in the entire Legacy Archive database (i.e., not limited to highlighted custodians below). |
| 9–15 | Permitting | ((("change" OR "changes" OR "changing") AND ("criteria" OR "procedure" OR "procedures" OR "time" OR "timing") AND | (APD OR (appl* AND drill OR modify OR "by-pass") OR permit*)<br><br>AND ("Standard Operating Procedures" OR guideline OR polic* OR proced* OR evaluat* OR regulat* or requirement* OR NTL OR "Notice to Lessees" (delay /5 consideration) OR | April 20, 2010 – June 30, 2012 |

| | | ("permit to drill" OR "permits to drill") AND ("MMS" OR "BOEMRE" OR "BOEM" OR "BSEE" OR "Minerals Management Service" OR "Bureau of Ocean Energy" OR "Bureau of Safety and Environmental Enforcement")) | (delay /5 issuance)) | |
|---|---|---|---|---|
| | | 70,397 hits in the Legacy Archive and 275,230 hits in ERDMS. | | |
| | | *[Declaration describes applying this search to Request No. 9]* | | |
| | | ((("permits" AND "offshore drilling") AND ("issuance" OR "non-issuance" OR "criteria for issuance" OR (delay /5 consideration) OR (delay /5 issuance))) | | |
| | | 47,460 hits in the Legacy Archive and 20,839 hits in ERDMS. | | |

July 31, 2014

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | *[Declaration describes applying this search to Request No. 12]*<br><br>((("moratorium" AND "oil spill") AND ("drilling" OR "permitting"))<br><br>322,395 hits in the Legacy Archive and 36,230 hits in ERDMS<br><br>*[Declaration describes applying this search to Request No. 14]* |  |  |  |
| 16 | Investigative Report |  | "Investigative Report of Federal Moratorium on Deepwater Drilling" OR "inspector general" OR "IG" OR "Kendall"<br><br>AND investigation AND (Macondo OR morator* OR ban* OR restrict* OR halt* OR stop* OR pause OR prohibit*)) | April 20, 2010 – June 30, 2012 |  |
| 17–22 | Previously subpoenaed documents |  | No search terms needed | No date range needed |  |

## BP PROPOSED CUSTODIANS TO NARROW THE SEARCH

The following is a list of custodians identified by BPXP as having documents relevant to the subpoenaed requests. In an effort to narrow the requests as much as possible, we have identified 18 custodians whom we believe might possess the most relevant documents.

| Name | Agency | Bureau |
| --- | --- | --- |
| Absher, Dave | DOI | BOEMRE |
| Abshire, Jason A. | DOI | BOEMRE |
| Alfaro, Cesar L | DOI | BOEMRE |
| Anderson, James G. | DOI | BOEMRE |
| Ashworth, Kenneth A | DOI | BOEMRE |
| Basey, Tommy D. | DOI | BOEMRE |
| Baud, Richie D | DOI | BOEMRE |
| Beninato, Frances A | DOI | BOEMRE |
| Bennett, James F. | DOI | BOEMRE |
| Bisso, Casey R | DOI | BOEMRE |
| Black, Steve | DOI | |
| Blazquez, Ashton R | DOI | BOEMRE |
| Botros, Peter M | DOI | BOEMRE |
| Bouzigard, Kelly D | DOI | BOEMRE |
| Breeding, Darice Koder | DOI | BOEMRE |
| Bromwich, Michael | DOI | BOEMRE |
| Brooke Jr., Jefferson P. | DOI | BOEMRE |
| Broussard, Tommy J. Jr. | DOI | BOEMRE |
| Brown, Robert E. | DOI | BOEMRE |
| Buffington, Sharon L. | DOI | BOEMRE |

| Name | Agency | Bureau |
|---|---|---|
| Calvin, John | DOI | BOEMRE |
| Campbell, Aaron R | DOI | BOEMRE |
| Carrillo, Roberto M. | DOI | BOEMRE |
| Carter, Lynard | DOI | BOEMRE |
| Celata, Michael A. | DOI | BOEMRE |
| Christopher, Joseph A. | DOI | BOEMRE |
| Clemens, Elbert L. | DOI | BOEMRE |
| Conner, George | DOI | BOEMRE |
| Cooke, David W. | DOI | BOEMRE |
| Cooper, Elmo J. Ili | DOI | BOEMRE |
| Courtwright, William C. | DOI | BOEMRE |
| Couvillion, Phillip A | DOI | BOEMRE |
| Crawford, Gerald | DOI | BOEMRE |
| ==Cruickshank, Walter D.== | ==DOI== | ==BOEMRE== |
| Daigle, Michele M | DOI | BOEMRE |
| Deleon, Marco A | DOI | BOEMRE |
| ==Domangue, Bryan== | ==DOI== | ==BOEMRE== |
| Dunlap, Karen M. | DOI | BOEMRE |
| Dykes, James D. | DOI | BOEMRE |
| Emilien, David A. | DOI | BOEMRE |
| Fink, Bernard | DOI | BOEMRE |
| Fowler, Ronald Lee | DOI | BOEMRE |

| Name | Agency | Bureau |
|---|---|---|
| Gambino, Stephanie M. | DOI | BOEMRE |
| Glazner, Ann H. | DOI | BOEMRE |
| Green, Rebecca | DOI | BOEMRE |
| Haenny, Lesley M. | DOI | BOEMRE |
| Hail, James W. Jr. | DOI | BOEMRE |
| Hall, Joan L. | DOI | BOEMRE |
| Hasenkampf, Mark J | DOI | BOEMRE |
| Hauser, William | DOI | BOEMRE |
| Hayes, David | DOI | |
| Hebert, Michael J. | DOI | BOEMRE |
| Herbst, Lars | DOI | BOEMRE |
| Herdt, Mary L. | DOI | BOEMRE |
| Hoshman, Russell | DOI | BOEMRE |
| Hunter, Bradley J. | DOI | BOEMRE |
| Hutchinson, Michael P. | DOI | BOEMRE |
| Johnson, Bonnie Laborde | DOI | BOEMRE |
| Karl, Kevin J. | DOI | BOEMRE |
| Kassim, Kassim Y. | DOI | BOEMRE |
| Kendall, James J. Jr. | DOI | BOEMRE |
| Kennedy, Emily K | DOI | BOEMRE |
| Kocher, August J. III | DOI | BOEMRE |
| Kruse, Bernard J. III | DOI | BOEMRE |

| Name | Agency | Bureau |
|---|---|---|
| LaBelle, Robert | DOI | BOEMRE |
| Labiche, Lance C | DOI | BOEMRE |
| Lan, Christy | DOI | BOEMRE |
| Malbrue, Mark K. | DOI | BOEMRE |
| Martinez, Stephen | DOI | BOEMRE |
| Matthews, Jason R. | DOI | BOEMRE |
| McLean, Philip J. | DOI | BOEMRE |
| Mcquilliams, Jully S. | DOI | BOEMRE |
| Merritt, Stacie M | DOI | BOEMRE |
| Meyer, Thomas G | DOI | BOEMRE |
| Miner, Michael D | DOI | BOEMRE |
| Moore, David C. | DOI | BOEMRE |
| Moore, David M. | DOI | BOEMRE |
| Moore, Joel | DOI | BOEMRE |
| Moser, Cathy Lou | DOI | BOEMRE |
| Mouton, Marcus S. | DOI | BOEMRE |
| Mouton, Steven | DOI | BOEMRE |
| Mulino, Maureen M. | DOI | BOEMRE |
| Mullin, Joseph | DOI | BOEMRE |
| Nannen, Michelle | DOI | BOEMRE |
| Naranjo, Javier E. | DOI | BOEMRE |
| Nygren, Andrea | DOI | BOEMRE |

| Name | Agency | Bureau |
|---|---|---|
| Osterman, Mark C | DOI | BOEMRE |
| Outlaw, Jarvis L | DOI | BOEMRE |
| Pardi, Nicholas W. | DOI | BOEMRE |
| Pashayev, Rakhshan | DOI | BOEMRE |
| Peuler, Elizabeth A. | DOI | BOEMRE |
| Pilie', Clay M. | DOI | BOEMRE |
| Pohler, Craig A | DOI | BOEMRE |
| Powers, Jane S. | DOI | BOEMRE |
| Powers, Timothy J. | DOI | BOEMRE |
| ==Prendergast, Michael T.== | ==DOI== | ==BOEMRE== |
| Ranney, Robert N | DOI | BOEMRE |
| Rinaudo, Martin H. Jr | DOI | BOEMRE |
| Robinson, Blossom J. | DOI | BOEMRE |
| ==Rodi, John L.== | ==DOI== | ==BOEMRE== |
| Rogers, Bryan E | DOI | BOEMRE |
| Rose-Dullaghan, Jeni L. | DOI | BOEMRE |
| Rumney, Jean T. | DOI | BOEMRE |
| Schexnaildre, Scott J | DOI | BOEMRE |
| Simon, Galen R | DOI | BOEMRE |
| Singleton, Michael | DOI | BOEMRE |
| Slitor, Douglas L. | DOI | BOEMRE |
| Smith, Elliott S. | DOI | BOEMRE |

| Name | Agency | Bureau |
|---|---|---|
| Smith, Thomas D. | DOI | BOEMRE |
| Steffek, Timothy J. | DOI | BOEMRE |
| Sterling, Kevin | DOI | BOEMRE |
| Taylor, Gerald | DOI | BOEMRE |
| Tilton, Edward L Iv | DOI | BOEMRE |
| Tolbert, Michael J. | DOI | BOEMRE |
| Triebsch, George F. | DOI | BOEMRE |
| Trocquet, David | DOI | BOEMRE |
| Trosclair, Troy | DOI | BOEMRE |
| Waddell, Steven K. | DOI | BOEMRE |
| Wetzel, Nicholas | DOI | BOEMRE |
| Williams, Carrol S. | DOI | BOEMRE |
| Williams, T Scott | DOI | BOEMRE |
| Williamson, Larry D. | DOI | BOEMRE |
| Williamson, Warren W. | DOI | BOEMRE |
| Wilson, Amy G. | DOI | BOEMRE |
| Yam, Frank C. | DOI | BOEMRE |
| Bates, Alton | DOI | MMS |
| Birnbaum, Elizabeth | DOI | MMS |
| Danenberger, Elmer | DOI | MMS |
| Fortier, Barrett | DOI | MMS |
| Griffit, Michelle | DOI | MMS |

| Name | Agency | Bureau |
|---|---|---|
| Ishee, Mary Katherine | DOI | MMS |
| Izom, David | DOI | MMS |
| Josey, Justin [Jones, Mr.] | DOI | MMS |
| Josey, Randall [Jones, Mr.] | DOI | MMS |
| Kemkar, Neal | DOI | |
| Kendall, Mary | DOI | |
| Maclay, Don | DOI | MMS |
| McCarroll, John | DOI | MMS |
| Neal, Eric | DOI | MMS |
| Neal, Robert | DOI | MMS |
| Patton, Frank Keith | DOI | MMS |
| Salazar, Ken | DOI | |
| Saucier, Michael | DOI | MMS |
| Thibodeaux, Guy | DOI | MMS |
| Wright, Rusty | DOI | MMS |
| Wright, Harold "Rusty" | DOI | MMS OIG |