IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |
| This document relates to: Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386, and 13-2006 | | |

## DECLARATION OF DOMINIC E. DRAYE

I, Dominic E. Draye, am over twenty-one years of age and of sound mind and body. This Declaration is based on my personal knowledge.

1. I am an associate at Kirkland & Ellis LLP and one of the counsel for BPXP in these proceedings.

2. I am submitting this Declaration in support of BPXP's contemporaneously filed Memorandum in Opposition to the OPA Test Case Plaintiffs' Motion to Strike Affirmative Defenses and Motion *In Limine* Regarding Third-Party Fault.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Subpoena to Produce Documents issued by Seahawk Liquidating Trust on August 5, 2014.

4. Attached hereto as Exhibit 2 is a true and correct copy of the following website, http://www.uscg.mil/NPFC/claims/2012/N08057-0099%20PE%20Paid_Redacted.pdf last accessed on August 8, 2014.[1]

5. Attached hereto as Exhibit 3 is a true and correct copy of the following website, http://www.bloomberg.com/news/2011-10-11/permitorium-to-9-9-9-viewers-guide-to-the-jargon-of-debates.html, last accessed on August 8, 2014.

6. Attached hereto as Exhibit 4 is a true and correct copy of the following website, http://www.uscg.mil/npfc/claims/DWH_faqs.asp last accessed on August 8, 2014.

---

[1] For convenience, BP has included so-called "tiny url" citations for Internet materials in the accompanying Memorandum. The full Internet addresses appear here, and the exhibit numbers for this Declaration correspond to the numbers in the Memorandum.

7. Attached hereto as Exhibit 5 is a true and correct copy of the following website, http://www.uscg.mil/npfc/docs/PDFs/Deepwater/Moratorium_Denial.pdf last accessed on August 8, 2014.

8. Attached hereto as Exhibit 6 is a true and correct copy of the following website, http://www.uscg.mil/npfc/docs/PDFs/Deepwater/Recon/TerminationofEmploymentDuetoMoratoriumRECON_Denial.pdf last accessed on August 8, 2014.

9. Attached hereto as Exhibit 7 is a true and correct copy of the following website, http://www.uscg.mil/npfc/docs/PDFs/Deepwater/Recon/TerminationofEmploymentMoratoriumRECON_Denial.pdf last accessed on August 8, 2014.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Original Brief of Defendant-Appellant State of Louisiana through the Department of Transportation and Development in *In re Taira Lynn Marine Ltd.*, 444 F.3d 371 (5th Cir. 2006).

11. Attached hereto as Exhibit 9 is a true and correct copy of the following website, http://www.uscg.mil/NPFC/claims/2012/P05005-125%20PE%20Paid_Redacted.pdf last accessed on August 8, 2014.

12. Attached hereto as Exhibit 10 is a true and correct excerpted copy of RESTATEMENT (THIRD) OF TORTS: LIABILITY FOR ECONOMIC HARM (tentative draft no. 1 2012 & tentative draft no. 2 2014).

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

August 8, 2014

_____
Dominic E. Draye