UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Clawback of BPXP Document]**

Pursuant to PTO 14 (Rec. doc. 655) and Federal Rule of Civil Procedure 26(b)(5)(8), BPXP notified the U.S. that document BP-HZN-2179MDL07337197 was produced inadvertently. The U.S. objects to the clawback.  The U.S. submitted a letter dated August 4, 2014, and BPXP submitted a letter, dated August 8, 2014.   They will be filed under seal.

The U.S. objection to the clawback is overruled.  For the reasons stated by BPXP, the document is protected from disclosure by the attorney-client privilege and the work-product doctrine.

The deadline for the appeal of this order is **Monday, August 18, 2014**.

New Orleans, Louisiana, this 11th day of August, 2014.

SALLY SHUSHAN
**United States Magistrate Judge**