IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA (New Orleans)

RE: JOSEPH CANNISTRA, Individually,      CASE NO.: 2:12-CV-03048-CJB-SS
And on behalf of EGES Inc.,
d/b/a "The Gathering Restaurant""      Lead Case No.: 2:10-MD-02179-CJB-SS
Plaintiff,

vs

BP EXPLORATION & PRODUCTION Inc.,
et al.,
Defendants.

### REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT

**COMES NOW JOSEPH CANNISTRA,** by and through Joseph Cannistra as a Pro-Se litigant, and avers as follows:

1. I am the Pro-Se Plaintiff in the above styled course.

2. This plaintiff has filed a summons and complaint on all defendants, and all defendants failed to answer.

3. Plaintiff respectfully requests oral argument. Plaintiff believes oral argument will enable the Court to address any questions concerning the factual background, the nuances of this case, and will assist the Court with a more detailed understanding of the issues.

**WHEREFORE** and in view of the foregoing, plaintiff moves this Honorable Court to allow plaintiff to orally argue the Motion for Summary Judgment before it, and for such other and further relief as this Court may deem just, proper and equitable.

Joseph Cannistra Pro-Se
812 Orange Ave E.
Tampa, Fl. 33613

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served to the

following Defendants:

BP P.L.C. c/o Prentice Hall, 801 Adlai,
Stevenson Dr., Springfield, Il 62703

BP Product N/A, Inc.,
c/o Prentice-Hall Corporation Systems Inc.,
1201 Hays Street
Tallahassee, Fl. 32301

Transocean Deepwater Inc.,
4 Greenway Plaza
Houston, Tx. 77046

Cameron International Corporation
CT Corporation Systems
1200 South Pine Island Road
Plantation, Fl 33324

BP Exploration and Production, Inc.,
CT Corporate Systems
1200 South Pine Island Road
Plantation, Fl 33324

Halliburton Energy Services, Inc.,
Capital Corporate Services
155 Office Plaza Drive, Suite A
Tallahassee, Fl 32301

Transocean L.T.D.
4 Greenway Plaza
Houston, Tx. 77406

Transocean Holdings, L.L.C.
c/o President John H. Briscoe
4 Greenway Plaza, Suite 700
Houston Tx. 77046

Transocean Offshore Deepwater Drilling Inc.,
4 Greenway Plaza,
Houston, Tx. 77406

BP America, Inc.,
CT Corporate Systems
5615 Corporate Blvd., Suite 400B
Baton Rouge, La. 70808

his 4th day of August, 2014 via the U.S. Mail

*Joseph Cannistra*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RE: JOSEPH CANNISTRA, Individually,     CASE NO.: 2:12-CV-03048-CJB-SS
And on behalf of EGES Inc.,
d/b/a "The Gathering Restaurant"     Lead Case No.: 2:10-MD-02179-CJB-SS
Plaintiff,

vs.

BP EXPLORATION & PRODUCTION Inc.,
et al.,
Defendants.
_____/

TENDERED FOR FILING

AUG 11 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that Joseph Cannistra, by and through himself, as a Pro-Se Plaintiff, calls up for a Motion for Summary Judgment, on the 27th day of August, 2014, at the United States Courthouse for the Middle District of Louisiana, Courtroom at 9:30 in the A.M., before the Honorable Judge Carl J. Barbier, United States District Court Judge, CARL J. BARBIER, on a Motion For Summary Judgment, where Plaintiff will orally argue Plaintiffs motion on its merits before the Court for the relief sought.

Joseph Cannistra Pro-Se
812 Orange Ave E
Tampa, Fl. 33613

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served to the following Defendants:

BP P.L.C. c/o Prentice Hall, 801 Adlai,
Stevenson Dr., Springfield, Il 62703

BP Product N/A, Inc.,
c/o Prentice-Hall Corporation Systems Inc.,
1201 Hays Street
Tallahassee, Fl. 32301


Transocean Deepwater Inc.,
4 Greenway Plaza
Houston, Tx. 77046

Cameron International Corporation
CT Corporation Systems
1200 South Pine Island Road
Plantation, Fl 33324

BP Exploration and Production, Inc.,
CT Corporate Systems
1200 South Pine Island Road
Plantation, Fl 33324

Halliburton Energy Services, Inc.,
Capital Corporate Services
155 Office Plaza Drive, Suite A
Tallahassee, Fl 32301

Transocean L.T.D.
4 Greenway Plaza
Houston, Tx. 77406

Transocean Holdings, L.L.C.
c/o President John H. Briscoe
4 Greenway Plaza, Suite 700
Houston Tx. 77046

Transocean Offshore Deepwater Drilling Inc.,
4 Greenway Plaza,
Houston, Tx. 77406

BP America, Inc.,
CT Corporate Systems
5615 Corporate Blvd., Suite 400B
Baton Rouge, La. 70808

his 4th day of August, 2014 via the U.S. Mail

Joseph Cannistra

Joseph Cannistra
812 East Orange Avenue
Tampa, FL 33613

RETURN RECEIPT
REQUESTED

7014 0150 0002 3135 3285

CERTIFIED MAIL

United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130




U.S. POSTAGE
PAID
TAMPA, FL
33630
AUG 04, 14
AMOUNT
$6.70
00106232-66
70130