UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006 | MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Motion of U.S. to Quash (Rec. doc. 13209)]**

In the Oil Pollution Act ("OPA") Test Cases, BPXP served a subpoena on the U.S. related to the Department of Interior's deepwater drilling moratoriums and permitting delays. The U.S. contends that BP cannot evade OPA liability on the grounds that the government regulatory actions were an intervening cause. The U.S. argues that it has not waived sovereign immunity for claims related to regulation of deepwater drilling so it cannot be subjected to the discovery sought by BPXP. It urges that any benefits from the discovery sought by BPXP are outweighed by the costs of production. Rec. doc. 13209. BPXP responds to each of these arguments. Rec. doc. 13268.

BPXP reports that it was negotiating the scope of subpoena when the U.S. filed its motion and BPXP filed its opposition. Rec. doc. 13268. The Court will continue the motion of the U.S. to quash to be reset. The parties shall complete their negotiations over the scope of the subpoena including date ranges, search terms, custodians and other restrictions. This matter will remain on the agenda for Penalty Phase conferences, where the parties shall report on the status of the negotiations. When the motion is reset for submission, the parties will be given an opportunity to submit supplemental briefs.

IT IS ORDERED that the motion of the U.S. to quash related discovery sought by BPXP (Rec. doc. 13209) is CONTINUED without date as provided herein; and (2) the deadline for an appeal of this order is **Monday, August 18, 2014**.

New Orleans, Louisiana, this 12th day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**SALLY SHUSHAN**
**United States Magistrate Judge**