UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>         "Deepwater Horizon" in the Gulf<br>         of Mexico, on April 20, 2010<br><br>These Pleadings apply to:  *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

### *EX PARTE* MOTION FOR INTERIM REIMBURSEMENT OF SHARED EXPENSES

**NOW INTO COURT**, through Co-Liaison Counsel, come attorneys who have contributed funds for the common benefit of Plaintiffs in accordance with Pre-Trial Order No. 9, and respectfully request an Order approving an interim and interlocutory reimbursement and payment of shared expenses, for the reasons that follow:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement, a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order No. 9, subject to approval and order of the Court.[1]

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

II.

Since the Court's Order of April 11, 2014 [Doc 12664], Liaison Counsel and the PSC have contributed a total of $1,800,000.00 to be used for the common benefit of Plaintiffs in MDL No. 2179 under the procedures set forth in Pre-Trial Order No. 9, Sections I(4), III(1)(a) and IV.[2]

**WHEREFORE** Plaintiffs respectfully request an Order from the Court authorizing and directing Mr. Garrett to reimburse shared expenses to Liaison Counsel and the PSC on an interim and interlocutory basis.

This 12th day of August, 2014.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue | **& EDWARDS, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax. No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
| | *Plaintiffs Liaison Counsel* |

---

[2] *See* LETTER FROM PHILIP A. GARRETT, CPA, TO THE COURT, (Aug. 8, 2014) (Exhibit "A"); DECLARATION OF STEPHEN J. HERMAN (Aug, 12, 2014) (Exhibit "B"); *and,* ASSESSMENTS (attached as Exhibit "C").

## **CERTIFICATE OF SERVICE**

We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 12th day of August, 2014.

    /s/ Stephen J. Herman and James Parkerson Roy