UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | CIVIL ACTION: MD 2179<br><br>Honorable CARL J. BARBIER |
| Member Case: Edward Wisner Donation v. BP Exploration & Production, Inc. Civil Action No. 2:13-cv-00727 | * * * | Magistrate Judge SHUSHAN<br><br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff Rachel Boyd, who, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), provides notice that all claims asserted on her behalf against all named Defendants herein are voluntarily dismissed without prejudice.

WHEREFORE plaintiff prays that all claims asserted on her behalf against all named Defendants herein are voluntarily dismissed without prejudice.

/s/Soren E. Gisleson
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
**Herman, Herman & Katz, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sgisleson@hhklawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 13th day of August, 2014.


  **/s/Soren Gisleson**