UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## NOTICE OF APPEAL

Notice is hereby given that AndryLerner LLC ("Andry Lerner"), and its principals, Jonathan Andry and Glenn J. Lerner, (collectively "the AndryLerner Parties"), who are, respectively, a law firm representing claimants before the Claims Administrator's Office and non-parties in *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970, appeal to the United States Court of Appeals for the Fifth Circuit, pursuant to Federal Rules of Appellate Procedure 3 and 4, from the Final Judgment [Regarding Motion of the Special Master for Return of Payments Made to Casey Thonn and Others] entered on July 16, 2014 [Doc. 13150]. The Final Judgment granted the motion of Special Master Louis J. Freeh.

The parties to the Judgment are: Coastal Claims Group, LLC; Casey Thonn; Lionel Sutton; Andry Lerner LLC; Jonathan Andry; and Glen J. Lerner.

The names and addresses of their respective attorneys, as well as of the attorney for Special Master Freeh, are as follows:

4602030.1

Gregory A. Paw
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone (215) 981-4220
Facsimile: (215) 981-4750
*Attorney for Louis J. Freeh, Special Master*

Anthony Staines (La. Bar #12388)
Jason R. Kenney (La. Bar #29933)
Corey C. Parenton (La. Bar #32918)
Staines & Eppling
3500 N. Causeway Blvd., Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
*Attorneys for Coastal Claims Group, LLC*

Frank G. DeSalvo (La. Bar #4898)
Frank G. DeSalvo APLC
739 Baronne Street
New Orleans, LA 70113
Telephone: (504) 524-4191
Facsimile: (504) 821-0036
*Attorneys for Casey Thonn*

Michael S. Walsh (La. Bar #8500)
Taylor, Porter, Brooks & Phillips LLP
451 Florida Street, 8th Floor N
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
*Attorney for Lionel Sutton*

Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3333
Facsimile: (504) 299-3399
*Attorney for Andry Lerner, LLC*

4602030.1

Lewis O. Unglesby (La. Bar #12498)
Lance C. Unglesby (La. Bar #29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355
*Attorneys for Jonathan Andry*

Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
Jones Walker LLP
201 St. Charles Avenue,  49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Facsimile: (504) 589-8110

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
*Attorneys for Glen J. Lerner*

4602030.1

Respectfully submitted,

/s/ Lewis O. Unglesby
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

Attorney for Jonathan Andry


/s/ Douglas S. Draper
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3333
Facsimile: (504) 299-3399
ddraper@hellerdraper.com

Attorney for AndryLerner, LLC

/s/ William W. Taylor, III
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Facsimile: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

Attorneys for Glen J. Lerner

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 15th day of August, 2014.  Gregory A. Paw, counsel for the Special Master, was also served via electronic mail.

_/s/ William W. Taylor, III_
William W. Taylor, III

4602030.1