UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970. Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Lionel Sutton III hereby appeals to the United States Court of Appeals for the 5th Circuit from the Final Judgment in favor of the Special Master and against Lionel Sutton III entered in this action on July 16, 2014.

Respectfully Submitted,

Lionel H. Sutton, III
SUTTON LAW FIRM
935 Gravier Street, Ste. 1910
New Orleans, LA 70112
(504) 586-8899

By: _____
LIONEL H. SUTTON, III
Bar No. 20386

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15 day of August, 2014, filed a copy of the foregoing electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent out to all counsel using the court electronic filing system.

Lionel H. Sutton III