UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that the Andry Lerner Parties' Motion and Incorporated Memorandum to File Under Seal Their Ex Parte Motion and Incorporated Memorandum for Use of Escrowed Attorney's Fees to Satisfy Court's July 16, 2014 Final Judgment on the Thonn Clawback Motion and all attached Exhibits is **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

4603429.1