U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 1 8 2014

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig          MDL No. 2179
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010          SECTION: J

This Document Relates to:

All Cases          JUDGE BARBIER
         MAG. JUDGE SHUSHAN

_____/

## MOTION FOR LEAVE TO FILE OBJECTIONS AND OPPOSITION TO *EX PARTE* MOTION FOR INTERIM REIMBURSEMENT OF SHARED EXPENSES

NOW INTO COURT, appearing in proper person, comes Economic and Property Damages Class Member, Kevin LeMaire ("Mover"), respectfully seeking leave to file his *Objections and Opposition to Ex Parte Motion for Interim Reimbursement of Shared Expenses* ("Objections"). As explained in the proposed Objections, Mover objects to the *ex parte* Motion (R.Doc. 13281) and requests the Court deny said Motion because notice of the *ex parte* Motion for nontaxable costs has <u>not</u> been directed to the Class Members. *See*, Federal Rule of Civil Procedure Rule 23(h)(1); and, the evidence and records supporting the Motion are sealed from Class Members' access and view and the Class Members have not been afforded the opportunity to examine Class Counsels' nontaxable cost reimbursement Motion and its supporting evidence, inquire into the bases for various charges, and ensure they are adequately documented and supported

WHEREFORE, Class Member Kevin LeMaire respectfully prays that this Honorable Court grant him leave to file the attached Objections and Opposition.

1

Respectfully submitted,

By: _____

Kevin LeMaire, *in proper person*
16438 Spanish Oaks Boulevard
Prairieville, Louisiana 70769
Telephone: (225) 335-5521
Email: kuhnrod@aol.com

## ORDER

IT IS ORDERED THAT THE MOTION FOR LEAVE TO FILE OBJECTIONS AND OPPOSITION IS GRANTED.

_____
JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that on the __18__ day of August 2014, the foregoing Motion for Leave and its attachments were served on Co-Lead Class Counsel and Counsel for BP Parties via hand delivery and to all others listed below via email:

Stephen J. Herman   **Served By Hand Delivery to His Office**
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
*Co-Lead Class Counsel*

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
E-Mail: jimr@wrightroy.com
*Co-Lead Class Counsel*

Don K. Haycraft   **Served By Hand Delivery to His Office**
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
*Co-Counsel for BP Entities*

Kevin M. Downey
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Co-Counsel for BP Entities*
E-Mail: kdowney@wc.com

_____
Kevin LeMaire, *in proper person*

3