# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J | |
| This Document Relates To: All Cases | : | Honorable CARL J. BARBIER | |
| ……………………………………………... | : | Magistrate Judge SHUSHAN | |

## ORDER

**[Regarding Payment of Remaining Phase One and Phase Two Costs]**

On July 19, 2014, the Plaintiffs' Steering Committee ("PSC") brought to the Court's attention that there were "number of outstanding invoices from WorldWide (and/or inData) for deposition and/or trial expenses in connection with the Phase Two Trial, (including Deposition expenses, the preparation of Deposition Bundles, and apparently in-Trial expenses of some kind)." The PSC requested guidance as to the apportionment of the remaining costs that were tentatively allocated to the PSC, which can be summarized as follows:

| | |
|---|---|
| April 2013 Trial Cuts (P1) | 134,853.68 |
| May 2013 Trial Cuts (P1) | 140,541.86 |
| June 2013 Trial Cuts (P1) | 93,769.14 |
| July 2013 Trial Cuts | 109,849.75 |
| August 2013 Trial Cuts | 237,089.43 |
| September Trial Cuts | 427,432.34 |
| October Trial Cuts | 389,264.25 |
| November Trial Cuts | 146,363.28 |

1

Because the United States also participated as a plaintiff in both Phase One and Phase Two, the United States shall pay the PSC the sum of $839,581.87 in order to satisfy all of its obligations related to deposition expenses, the preparation of deposition bundles, and in-Trial expenses for the Phase One and Phase Two Trials. Payment shall be made in accordance with the instructions provided by the PSC.

New Orleans, this 18th day of August, 2014.

_____
SALLY SHUSHAN
United States Magistrate Judge