UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | CIVIL ACTION: MD 2179<br><br>Honorable CARL J. BARBIER |
| This Document Relates to:<br>Answer in Limitation filed in 2:10-CV-02771 [Rec. Doc. 326]<br>Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248]<br>Civil Action No. 14-1525<br>Civil Action No. 13-1971 | * * * * * * * * * | Magistrate Judge SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that Robert E. Couhig Jr., Susan A. Zeringue, and Jonathan P. Lemann of Couhig Partners LLC are hereby SUBSTITUTED as counsel of record for Plaintiff CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS (formerly known as "Associated Catholic Charities of New Orleans, Inc.").

New Orleans, Louisiana this _____ day of _____, 2014.

_____
United States District Judge