UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J(2) <br> * |
| Applies to: | * JUDGE BARBIER <br> * |
| Edward Wisner Donation v. BP Exploration & Production Inc. | * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON, JR. <br> * |
| No. 2:14-cv-1525 | * <br> * |

**BP EXPLORATION & PRODUCTION INC.'S EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED OPPOSITION MEMORANDUM TO THE EDWARD WISNER DONATION'S MOTION IN LIMINE TO CONSIDER SETTLEMENT DOCUMENTS WITH MOTION FOR PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc. ("BPXP") respectfully requests leave to file under seal an unredacted Opposition Memorandum to the Edward Wisner Donation's Motion in Limine to Consider Settlement Documents with Motion for Preliminary Injunction. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Filing the unredacted Opposition Memorandum under seal will allow the Court's consideration of the confidential settlement materials in question. Pending the Court's consideration of this motion, BPXP has filed a redacted version of the Opposition Memorandum.

Dated:  August 19, 2014

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
Shannon S. Holtzman (Bar #19933)
Greg L. Johnson (Bar #24477)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
R. Chris Heck
Christopher J. Esbrook
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

***Attorneys for BP Exploration & Production Inc.***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2014.

        /s/ Don K. Haycraft _____