**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179**<br><br>**SECTION J** |
| This document relates to all actions. | * * * * * * * * * | **Honorable CARL J. BARBIER**<br><br>**Magistrate Judge SHUSHAN** |

**JOINT DESIGNATIONS OF RECORD ON APPEAL**
**IN FIFTH CIRCUIT CASE NO. 14-30823**

**(counsel listed at end of filing)**

The parties adopt the designations previously filed in No. 13-30315.  *See* Joint Designations of Record on Appeal in Fifth Circuit Case No. 13-30315 (Doc. No. 9547), *In re: Deepwater Horizon*, MDL No. 2179 (E.D.La. Apr. 25, 2013).  In addition, the parties supplement those designations with the following record entries.

**MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 2 | 08/10/2010 | PRETRIAL ORDER #1 - Setting the Initial Pretrial Conference for 9/17/2010 09:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 8/10/2010. (Attachments: # 1 Schedule A, # 2 Schedule B)(Reference: All Cases)(mmm, ) (Entered: 08/10/2010) |
| MDL 2179 | 641 | 11/02/2010 | PRE-TRIAL ORDER NO. 13, order protecting confidentiality. Signed by Judge Carl Barbier on 11/2/2010.(Reference: ALL CASES)(caa, ) (Entered: 11/02/2010) |
| MDL 2179 | 5995 | 03/08/2012 | First Amended ORDER Creating Transition Process re 5988 Order. Signed by Judge Carl Barbier.(Reference: ALL CASES)(gec, ) (Entered: 03/08/2012) |
| MDL 2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # 1 DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # 2 Amended Economic and Property Damages Exhibit List Index, # 3 Exhibit 1A, # 4 Exhibit 1B, # 5 Exhibit 1C, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4A, # 9 Exhibit 4B, # 10 Exhibit 4C, # 11 Exhibit 4D, # 12 Exhibit 4E, # 13 Exhibit 5, # 14 Exhibit 6, # 15 Exhibit 7, # 16 Exhibit 8A, # 17 Exhibit 8B, # 18 Exhibit 8C, # 19 Exhibit 8D, # 20 Exhibit 8E, # 21 Exhibit 9, # 22 Exhibit 10, # 23 Exhibit 11A, # 24 Exhibit 11B, # 25 Exhibit 11C, # 26 Exhibit 12A, # 27 Exhibit 12B, # 28 Exhibit 12C, # 29 Exhibit 12D, # 30 Exhibit 13A, # 31 Exhibit 13B, # 32 Exhibit 14, # 33 Exhibit 15, # 34 Exhibit 16, # 35 Exhibit 17, # 36 Exhibit 18, # 37 Exhibit 19, # 38 Exhibit 20, # 39 Exhibit 21, # 40 Exhibit 22, # 41 Exhibit 23, # 42 Exhibit 24A, # 43 Exhibit 24B, # 44 Exhibit 25, # 45 Exhibit 26, # 46 Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg). (Entered: 05/03/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 6573 | 05/22/2012 | ORDER REGARDING SETTLEMENT IMPLEMENTATION re Motion of Class Counsel, the Economic and Property Damages Settlement Agreement ( 6567 ). Signed by Judge Carl Barbier on 5/22/2012. (Reference: ALL CASES, 12-970)(blg) (Entered: 05/22/2012) |
| MDL 2179 | 6822 | 06/29/2012 | ORDER Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 6/29/12.(Reference: all cases, including 12-970)(sek, ) (Entered: 06/29/2012) |
| MDL 2179 | 7104 | 08/13/2012 | MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Expert Report - Klonoff, # 4 Affidavit Issacharoff, # 5 Affidavit Herman, # 6 Affidavits: Rice -Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * VoO Charter Dispute Cases, 12-970)(sek, ) (Entered: 08/13/2012) |
| MDL 2179 | 7110 | 08/13/2012 | NOTICE by Class Counsel, BP Exploration & Production Inc., and BP America Production Company of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/14/2012 (gec, ). (Entered: 08/13/2012) |
| MDL 2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19 (Part 1), # 21 Exhibit 19 (Part 2), # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ). (Entered: 08/14/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re 7114 MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 . (Attachments: # 1 Exhibit A revision (re Seafood Program), # 2 Exhibit C (Summary of Objections), # 3 Exhibit D (in globo) (GCCF Winding Down), # 4 Affidavit Klonoff - Supplemental Report, # 5 Affidavit Greenwald, # 6 Exhibit Haycraft Ltr (VoO Offset), # 7 Exhibit BP Submission (VoO Offset), # 8 Exhibit Cantor Ltr (VoO Offset), # 9 Exhibit Ltr to Wilson (Customer Mix), # 10 Exhibit Citizen Article, # 11 Exhibit Palmer Orders)(Reference: B1 Cases; VoO Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| MDL 2179 | 7731 | 10/22/2012 | Reply in Support of BP Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012 by BP Defendants. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ). (Entered: 10/22/2012) |
| MDL 2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2013. (Reference: 12CA0968; 12CA0970)(clu, ) (Entered: 11/15/2012) |
| MDL 2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. and All Actions)(sek, ) (Entered: 12/21/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 8139 | 12/21/2012 | ORDER AND JUDGMENT Granting Final Approval of Economic and Property Damages Settlment and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12.(Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. and All Actions)(sek, ) (Entered: 12/21/2012) |
| MDL 2179 | 10564 | 07/02/2013 | ORDER Appointing Louis Freeh and the Freeh Group as Special Master. Signed by Judge Carl Barbier.(Reference: 12-970)(gec, ) (Entered: 07/02/2013) |
| MDL 2179 | 11273 | 09/06/2013 | MOTION for Extension of Time to File *Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Expedited Evidentiary Hearing* by Defendants BP Exploration & Production Inc., BP America Production Company. Motion(s) referred to Sally Shushan. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: All Cases)(Haycraft, Don) Modified on 9/9/2013 (gec, ). (Entered: 09/06/2013) |
| MDL 2179 | 11279 | 09/06/2013 | ORDER granting 11273 Motion for Extension of Time to File Objections to ClaimsAdministrator's Proposed 4th Quarter 2013 Budget. Signed by Magistrate Judge Sally Shushan on 9/6/2013. (Reference: ALL CASES)(caa, ) (Entered: 09/06/2013) |
| MDL 2179 | 11280 | 09/06/2013 | RESPONSE to Motion filed by Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau re 11273 MOTION for Extension of Time to File *Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Expedited Evidentiary Hearing*. (Reference: ALL CASES)(Palermo, Gina) Modified on 9/9/2013 (gec, ). (Entered: 09/06/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11288 | 09/06/2013 | ORDER re 11287 Special Master Louis J. Freeh's Report of September 6, 2013: IT IS HEREBY ORDERED that Special Master Louis J. Freeh shall undertake additional duties to those set forth in the July 2, 2013 Order of Appointment as stated in this order. IT IS FURTHER ORDERED that Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms, show cause why the Court should not adopt the findings and recommendations of the Special Master as set forth in this order. Pursuant to Rule 53 (f), these parties, as well as any other interested party, may file their response, or any objection or motion, with supporting memorandum (not exceeding 25 pages), to the Special Master's Report, no later than 14 days from the date of this Order. The Special Master may file a reply to any response, objections or motions, not later than 21 days from the date of this Order. No further briefing will be allowed without express leave of Court. Signed by Judge Carl Barbier on 9/6/13.(Reference: 12-970)(sek, ) (Entered: 09/06/2013) |
| MDL 2179 | 11289 | 09/09/2013 | MOTION for Extension of Time to File *Response to BP's Objections to the Proposed 2013 Fourth Quarter Budget* by Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau. Motion(s) referred to Sally Shushan. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: all cases)(Palermo, Gina) Modified on 9/10/2013 (gec, ). (Entered: 09/09/2013) |
| MDL 2179 | 11340 | 09/11/2013 | ORDER granting 11289 Motion for Extension of Time to File. The Claims Administrator shall file a brief responsive to BP's objections to the proposed 2013 fourth quarter budget, no longer than 10 pages, by Tuesday, September 17, 2013. Signed by Magistrate Judge Sally Shushan. (Reference: ALL CASES)(gec, ) (Entered: 09/11/2013) |
| MDL 2179 | 11347 | 09/11/2013 | OBJECTIONS by Defendant BP *to the Claims Administrators Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Reference: All Actions)(Haycraft, Don) Modified on 9/12/2013 (gec, ). (Additional attachment(s) added on 9/16/2013: # 7 SEALED Exhibit 2, # 8 SEALED Exhibit 4, # 9 SEALED Exhibit 8) (gec, ). (Entered: 09/11/2013) |

5

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11348 | 09/11/2013 | EXPARTE/CONSENT MOTION to Seal *Certain Exhibits in Support of BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing* by Defendant BP. Motion(s) referred to Sally Shushan. (Attachments: # 1 Proposed Order)(Reference: ALL ACTIONS)(Haycraft, Don) Modified on 9/12/2013 (gec, ). (Entered: 09/11/2013) |
| MDL 2179 | 11382 | 09/12/2013 | ORDER granting 11348 Motion to Seal. ORDERED that Exhibits 2, 4, and 8, and redacted portions of Exhibit 11, to the Declaration of Todd Brents (attached as Exhibit B to BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing) be filed under seal. Signed by Magistrate Judge Sally Shushan. (Reference: ALL CASES)(gec, ) (Entered: 09/16/2013) |
| MDL 2179 | 11401 | 09/17/2013 | Memorandum by Claims Administrator Patrick Juneau and Deepwater Horizon Court Supervised Settlement Program re BP's 11347 Objections to the Proposed 2013 Fourth Quarter Budget . (Attachments: # 1 Exhibit A, # 2 Exhibit B part 1, # 3 Exhibit B part 2, # 4 Exhibit C)(Reference: all cases)(Palermo, Gina) Modified on 9/18/2013 (gec, ). (Entered: 09/17/2013) |
| MDL 2179 | 11402 | 09/17/2013 | Memorandum by Economic & Property Damages Settlement Class re BP's 11347 Objections *to the 4th Quarter Budget Submitted by the Claims Administrator for the Court-Supervised Settlement Program.* (Reference: 12-970)(Herman, Stephen) Modified on 9/18/2013 (gec, ). (Entered: 09/17/2013) |
| MDL 2179 | 11550 | 09/30/2013 | ORDER Regarding BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing (Rec. doc. 11347 ). The Q4 budget will be revised to incorporate the changes proposed by David Odom on 9/5/2013; BP is ordered to fund the budget at the revised level of approximately $111 million within four working days, as stated within document. BP's request for an evidentiary hearing is denied. Any appeal of this order must be filed by Friday, October 4th at noon. Signed by Magistrate Judge Sally Shushan.(Reference: ALL CASES)(gec, ) (Entered: 09/30/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11973 | 12/13/2013 | OBJECTIONS by Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class *to Administrative Decision to Allow BP to Submit New "Evidence" in connection with Settlement Program Appeals.* (Reference: 12-970)(Herman, Stephen) Modified on 12/16/2013 (gec, ). (Entered: 12/13/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 12055 | 12/24/2013 | ORDER Responding to Remand of Business Economic Loss Issues. With respect to the calculation of Variable Profit under Exhibit 4C, the Court finds that revenue must be matched with the variable expenses incurred by a claimant in conducting its business, and that does not necessarily coincide with when revenue and variable expenses are recorded. Accordingly, IT IS ORDERED that the matter is remanded to the Claims Administrator, Patrick A. Juneau, with instructions to adopt and implement an appropriate protocol or policy for handling BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses. With respect to how causation is determined under the Settlement, the Court finds that BP is judicially estopped from arguing (1) that Exhibit 4B is not the exclusive means of determining whether a business economic loss is "as a result of" of the Deepwater Horizon Incident for purposes of the Settlement, including the Class Definition; (2) or that the Settlement contains, implicitly or explicitly, a causation requirement other than Exhibit 4B; (3) or that satisfying Exhibit 4B does not establish under the Settlement an irrebuttable presumption that a business' economic loss was "as a result of" the Deepwater Horizon Incident; (4) or making similar arguments. As a corollary to this ruling, the Court finds that whether a business economic loss is "as a result of" the Deepwater Horizon Incident for purposes of the Settlement is determined exclusively by Exhibit 4B. Furthermore, although the Court does not believe it has jurisdiction to consider these issues concerning Article III, Rule 23, and the Rules Enabling Act, the Court finds that the Settlement is not defective under Article III, Rule 23, or the Rules Enabling Act, nor was certification of the class improper. The Court maintains the preliminary injunction as amended on December 5, 2013 [Rec. Doc. 11928], pending further action by the Certification Panel or the BEL Panel of the Fifth Circuit. Signed by Judge Carl Barbier.(Reference: All Cases and 12-970)(gec, ) (Main Document 12055 replaced on 1/2/2014) (gec, ). (Entered: 12/24/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 12062 | 12/26/2013 | Memorandum by Defendant BP re 11973 Objections, BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 12/26/2013 (gec, ). (Additional attachment(s) added on 1/2/2014: # 3 SEALED Memorandum, # 4 SEALED Exhibit 1, # 5 SEALED Exhibit 2) (gec, ). (Entered: 12/26/2013) |
| MDL 2179 | 12076 | 01/02/2014 | ORDER granting 12060 Motion to Seal 12062 BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP and Exhibits 1 and 2. Signed by Judge Carl Barbier. (Reference: All Cases and 12-970)(gec, ) (Entered: 01/02/2014) |
| MDL 2179 | 12283 | 02/04/2014 | EXPARTE/CONSENT MOTION for Leave to File Reply Brief by Eligible Claimants and the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 2/5/2014 (gec, ). (Entered: 02/04/2014) |
| MDL 2179 | 12317 | 02/10/2014 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 12283 MOTION for Leave to File Reply Brief on Issue of Settlement Program Appeals. (Reference: All Cases)(Haycraft, Don) Modified on 2/11/2014 (gec, ). (Entered: 02/10/2014) |
| MDL 2179 | 12394 | 02/22/2014 | EXPARTE/CONSENT MOTION for Leave to File Motion under Seal by Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Order)(Reference: No. 12-970)(Herman, Stephen) Modified on 2/24/2014 (gec, ). (Entered: 02/22/2014) |
| MDL 2179 | 12404 | 02/24/2014 | **VACATED PER ORDERS 12502 , 12506 ** ORDER granting 12394 Motion for Leave to File Under Seal. Signed by Magistrate Judge Sally Shushan. (Reference: 12-970)(gec, ) Modified on 3/12/2014 (gec, ). (Entered: 02/24/2014) |
| MDL 2179 | 12413 | 02/24/2014 | MOTION to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11) (Reference: 12-970)(gec, ) Modified on 3/18/2014 (gec). (Entered: 02/25/2014) |

9

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 12496 | 03/10/2014 | EXPARTE/CONSENT MOTION to File Conditionally Under Seal Objection to the Magistrate Judge's 12404 Order Granting Class Counsel's Motion for Leave to File under Seal Motion to Protect and Preserve Claimant Confidentiality and Enforce the Orders of the Court by Defendants BP Exploration & Production, Inc., BP America Production Company. Motion(s) referred to Sally Shushan. (Attachments: # 1 Proposed Order)(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 3/11/2014 (gec, ). (Entered: 03/10/2014) |
| MDL 2179 | 12500 | 03/11/2014 | Response by Louis J. Freeh to 12413 Sealed Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court. (Reference: 12-970)(Paw, Gregory) Modified on 3/12/2014 (gec, ). (Entered: 03/11/2014) |
| MDL 2179 | 12501 | 03/11/2014 | EXPARTE/CONSENT MOTION to File Conditionally Under Seal BP's Opposition to Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court by Defendants BP Exploration & Production, Inc., BP America Production Company. Motion(s) referred to Sally Shushan. (Attachments: # 1 Proposed Order)(Reference: ALL CASES)(Haycraft, Don) Modified on 3/12/2014 (gec, ). (Entered: 03/11/2014) |
| MDL 2179 | 12502 | 03/12/2014 | ORDER Regarding PSC's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Rec. doc. 12413 ). The February 14, 2014 order granting Class Counsel's motion for leave to file under seal (Rec. doc. 12404 ) is VACATED. Class Counsel's motion for leave to file under seal (Rec. doc. 12394 ) is DENIED. On 3/24/2014, and in the absence of an order by District Judge Barbier, the Clerk shall unseal Class Counsel's 12413 Motion. BP's motion to file conditionally under seal its objection to the February 14, 2014 order (Rec. doc. 12496 ) is DENIED. The deadline for an appeal of this order is Friday, March 21, 2014. Signed by Magistrate Judge Sally Shushan. (Reference: 12-970)(gec, ) (Entered: 03/12/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 12506 | 03/12/2014 | AMENDED ORDER Regarding PSC's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Rec. doc. 12413 ). It is ORDERED that the February 24, 2014 order granting Class Counsel's motion for leave to file under seal (Rec. doc. 12404 ) is VACATED. Class Counsel's motion for leave to file under seal (Rec. doc. 12394 ) is DENIED. On Monday, March 24, 2014, in the absence of an order by District Judge Barbier and except for Exhibit 10 to the motion to protect, the Clerk shall unseal Class Counsel's 12413 Motion. BP's motion to file conditionally under seal its objection to the February 24, 2014 order (Rec. doc. 12496 ) and its motion to file conditionally under seal its opposition to Class Counsel's motion to protect (Rec. doc. 12501 ) are DENIED. The parties shall meet-and-confer on whether any exhibits to BPs opposition to the motion to protect and Class Counsel's reply should be filed under seal. After the expiration of the deadline for an appeal and the conclusion of the meet-and-confer, BP shall file its opposition in the record subject to any further orders regarding exhibits, if any, which will be filed under seal. On Tuesday, March 18, 2014, Class Counsel's reply to BP's opposition shall be served on all parties and the Court, but not filed in the record. Until a further order is issued regarding whether any exhibits to the reply will be filed under seal, Class Counsel shall not file the reply in the record. The deadline for an appeal of this order is Monday, March 17, 2014. Signed by Magistrate Judge Sally Shushan.(Reference: 12-970)(gec, ) (Entered: 03/12/2014) |
| MDL 2179 | 12517 | 03/14/2014 | ORDER re 11973 Regarding Class Counsel's Objection to Administrative Ruling Regarding the Admission of New "Evidence" by BP in Connection with Settlement Program Appeals; Ordered that Class Counsel's objection is OVERRULED. Signed by Judge Carl Barbier on 3/14/14.(Reference: 12-970)(sek) (Main Document 12517 replaced on 3/17/2014) (sek). (Additional attachment(s) added on 3/17/2014: # 1 SEALED ORDER) (sek). (Entered: 03/14/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 12535 | 03/18/2014 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 12413 MOTION to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Reference: All Cases and 12-970)(Haycraft, Don) Modified filer on 3/18/2014 (sek). (Entered: 03/18/2014) |
| MDL 2179 | 12539 | 03/18/2014 | REPLY to Response to Motion filed by All Plaintiffs re 12413 MOTION to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court. (Attachments: # 1 Exhibit A - E-Mail re Pot Sharing of Data, # 2 Exhibit B - E-Mail re Pot Seafood Investigations, # 3 Exhibit C - E-Mails with Welker re Fraud Checklists, # 4 Exhibit D - Req to BP for Fraud Checklists, # 5 Exhibit E - Req for BOLO List)(Reference: 12-970)(Herman, Stephen) Modified on 3/19/2014 (gec). (Entered: 03/18/2014) |
| MDL 2179 | 12540 | 03/18/2014 | SURREPLY in Opposition to Motion filed by Defendant BP re 12413 MOTION to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court. (Reference: All Cases and 12-970)(Haycraft, Don) Modified on 3/19/2014 (gec). (Entered: 03/18/2014) |
| MDL 2179 | 12544 | 03/19/2014 | ORDER granting 12283 Motion for Leave to File Reply by the Economic & Property Damages Settlement Class; The Court notes that it considered the reply brief before deciding the underlying motion. (See Order at 4-5, Rec. Doc. 12517). Signed by Judge Carl Barbier on 3/19/14. (Reference: 12-970)(sek) (Entered: 03/19/2014) |
| MDL 2179 | 12548 | 03/19/2014 | RESPONSE/MEMORANDUM in Support filed by All Plaintiffs re 12413 MOTION to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Response to BP's Sur-Reply Brief). (Reference: 12-970)(Herman, Stephen) (Entered: 03/19/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 12591 | 03/25/2014 | ORDER re 12413 Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court. The Claims Administrator is instructed to promptly take all steps necessary to comply with the terms of Section 4.4.14 and deny both BP and Class Counsel access to any individual claim file before the Program issues a Denial Notice or an Eligibility Notice. To the extent that CSSP Policy No. 378 requires amendment, the Claims Administrator will take the necessary steps to do so. In the interim period commencing immediately, neither BP nor Class Counsel is to access the Program data for the identified claims. Both BP and Class Counsel are instructed to promptly take all necessary steps to destroy all data in their possession relating to claims in which a Denial Notice or an Eligibility Notice has not been issued. Within thirty (30) days of entry of this Order they shall file a certification of the steps they have taken and certify that all such data has been destroyed. Accordingly, the motion is GRANTED. Signed by Judge Carl Barbier. (Reference: ALL CASES)(gec) (Entered: 03/25/2014) |
| MDL 2179 | 12659 | 04/10/2014 | AMENDED ORDER: Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court; ORDERED that the March 25, 2014 order (Rec. doc. 12591 ) is AMENDED and by Tuesday, May 27, 2014, BP and Class Counsel shall file a certification of the steps they have taken and certify that all data in their possession relating to claims in which a Denial Notice or an Eligibility Notice has not been issued has been destroyed. Signed by Judge Carl Barbier on 4/10/14.(Reference: all cases)(sek) (Entered: 04/10/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 12702 | 04/22/2014 | MOTION to Clarify or Amend 12591 Order re Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court by Defendants BP Exploration & Production, Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Exhibit 1 (Cantor Declaration - Redacted), # 4 Exhibit (Appeal Panel Decision - Redacted), # 5 Exhibit 3 (Stalters Declaration), # 6 Exhibit 4 (Lenhoff Declaration), # 7 Exhibit 5 (Juneau Letter))(Reference: 12-970 and All Cases)(Haycraft, Don) Modified on 4/23/2014 (gec). (Additional attachment(s) added on 4/28/2014 per Order #12755: # 8 SEALED Memo in Support, # 9 SEALED Exhibit 1, # 10 SEALED Exhibit 2) (sek). (Entered: 04/22/2014) |
| MDL 2179 | 12703 | 04/22/2014 | EXPARTE/CONSENT MOTION to Seal Document 12702 MOTION to Clarify or Amend 12591 Order, by Defendants BP Exploration & Production, Inc., BP America Production Company. (Attachments: # 1 Proposed Order)(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 4/23/2014 (gec). (Entered: 04/22/2014) |
| MDL 2179 | 12802 | 04/30/2014 | ORDER: Clarifying and Amending the Court's Order 12591 of March 25, 2014 on Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court as set forth in document. Signed by Judge Carl Barbier on 4/29/14.(Reference: 12-970)(sek) (Entered: 04/30/2014) |
| MDL 2179 | 12848 | 05/12/2014 | ORDER re 12702 MOTION to Clarify or Amend 12591 Order re Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court filed by Defendant. ORDERED that Class Counsel file an opposition to BP's motion by 5/21/2014 with any reply by BP to be filed by 5/27/2014 at which time the motion will be taken under advisement. Signed by Magistrate Judge Sally Shushan on 5/12/14.(Reference: All Cases)(plh) (Entered: 05/12/2014) |
| MDL 2179 | 12907 | 05/21/2014 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 12702 MOTION to Clarify or Amend 12591 Order re Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court . (Reference: No. 12-970)(Herman, Stephen) (Entered: 05/21/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 12931 | 05/23/2014 | ORDER Regarding Response from the Claims Administrator to BP's Motion to Clarify or Amend Order Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Rec. doc. 12702 ). The Claims Administrator is directed to file a response to the issues raised, and particularly whether the Program currently performs the functions itemized in Mr. Cantor's declaration. The response should be filed with the Court by the close of business on Monday, June 2, 2014. Neither Class Counsel nor BP may reply to the response by the Claims Administrator. Signed by Judge Carl Barbier.(Reference: ALL CASES, 12-970)(gec) (Entered: 05/23/2014) |
| MDL 2179 | 12947 | 05/27/2014 | REPLY MEMORANDUM in Support filed by Defendant BP re 12702 MOTION to Clarify or Amend 12591 Order re Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court. (Reference: All Cases and 12-970)(Haycraft, Don) Modified on 5/28/2014 (gec). (Entered: 05/27/2014) |
| MDL 2179 | 12964 | 06/02/2014 | Declaration by Patrick A. Juneau *of Scot Sherick in Compliance with May 23, 2014 Order (Rec. Doc. 12931)* (Reference: 12-970)(Forsyth, J.) (Entered: 06/02/2014) |
| MDL 2179 | 12987 | 06/04/2014 | STIPULATION AND ORDER: BP and Class Counsel hereby stipulate to the following with respect to the Court's Previous Orders of March 25, 2014 (Rec. Doc. 12591) and April 10, 2014 (Rec. Doc. 12659), Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court, and to the form of the Certification, attached as Exhibit 1; After consideration of this Stipulation, the Court hereby AMENDS its previous Orders (Rec. Docs. 12591 and 12659) as set forth in document. Signed by Judge Carl Barbier on 6/4/14. (Attachments: # 1 Exhibit 1)(Reference: 12-970)(sek) (Entered: 06/04/2014) |
| MDL 2179 | 13000 | 06/06/2014 | ORDERED that BP's motion 12702 to clarify or amend this Court's Order 12591 regarding Class Counsel's motion to protect and preserve claimant confidentiality is DISMISSED IN PART AS MOOT as to the procedural issues and DENIED as to the substantive issue. Signed by Judge Carl Barbier on 6/6/14. (Reference: 12-970)(sek) (Entered: 06/06/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 13003 | 06/07/2014 | NOTICE of Filing by Class Counsel re 12987 Order. (Attachments: # 1 Certificate of Class Counsel (re Pre-Determination Claims Data))(Reference: No. 12-970)(Herman, Stephen) Modified on 6/9/2014 (gec). (Entered: 06/07/2014) |
| MDL 2179 | 13098 | 07/01/2014 | STATUS REPORT *# 22 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review* by Patrick A. Juneau (Attachments: # 1 Exhibit A)(Reference: 2:10-md-02179)(Stanley, Richard) Modified on 7/2/2014 (gec). (Entered: 07/01/2014) |
| MDL 2179 | 13105 | 07/03/2014 | NOTICE OF APPEAL by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. as to 13000 Order on Motion to Amend/Correct, 12591 Order on Motion Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court. (Filing fee $ 505, receipt number 053L-4509459.) (Reference: All Cases)(Haycraft, Don) Modified on 7/7/2014 (gec). (Entered: 07/03/2014) |
| MDL 2179 | 13114 | 07/07/2014 | Notice of Compliance by Defendant BP re 12987 Order. (Reference: 12-970)(Haycraft, Don) Modified on 7/9/2014 (gec). (Entered: 07/07/2014) |
| MDL 2179 | 13234 | 07/31/2014 | STATUS REPORT *# 23 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review* by Patrick A. Juneau (Attachments: # 1 Exhibit A)(Reference: All cases)(Stanley, Richard) Modified on 8/1/2014 (gec). (Entered: 07/31/2014) |

16

August 20, 2014                               Respectfully submitted,


___/s/ Stephen J. Herman_____                ___/s/ James Parkerson Roy_____

Stephen J. Herman, La. Bar No. 23129          James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR          DOMENGEAUX WRIGHT ROY & EDWARDS
LLP                                                           LLC
820 O'Keefe Avenue                                556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                  Lafayette, Louisiana 70501
Telephone: (504) 581-4892                       Telephone: (337) 233-3033
Fax No. (504) 569-6024                            Fax No. (337) 233-2796

Lead Economic and Property Damages       Lead Economic and Property Damages
Class Counsel                                         Class Counsel

### *ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL*
_____

Joseph F. Rice                                       Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                               WILLIAMS LAW GROUP
28 Bridgeside Blvd.                                435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                      Maison Grand Caillou
Office:  (843) 216-9159                           Houma, LA 70360
Telefax: (843) 216-9290                          Office:  (985) 876-7595
                                                              Telefax: (985) 876-7594


Brian H. Barr                                        Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,           WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA    700 Broadway
316 South Baylen St., Suite 600              New York, NY  10003
Pensacola, FL 32502-5996                       Office:  (212) 558-5802
Office:  (850) 435-7045                           Telefax: (212) 344-5461
Telefax: (850) 436-6187


Jeffrey A. Breit                                      Rhon E. Jones
BREIT DRESCHER IMPREVENTO &         BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                                        PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000              218 Commerce St., P.O. Box 4160
Norfolk, VA 23510                                  Montgomery, AL 36104
Office:  (757) 670-3888                           Office:  (334) 269-2343
Telefax: (757) 670-3895                          Telefax: (334) 954-7555

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

_____

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

Jeffrey Lennard
Keith Moskowitz
DENTONS LLP
233 South Wacker Drive, Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

   _/s/ Theodore B. Olson_____
Theodore B. Olson
Miguel A. Estrada
Thomas G. Hungar
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 955-8500
Telefax: (202) 467-0539

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  (650) 849-5300
Telefax:  (650) 849-5333

   _/s/ Don K. Haycraft_____
Don K. Haycraft (Bar #14361)
S. Gene Fendler (Bar #05510)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA
PRODUCTION COMPANY, AND BP P.L.C.**

19

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this August 20, 2014.

<u>/s/ Don K. Haycraft</u>
Don K. Haycraft