UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | * * | CIVIL ACTION NO. 2179 SECTION J |
| THIS ALLIES TO: | * | Judge: Barbier |
| NO ;12-970 BON SECOUR FISHERIES INC. ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | * | Magistrate Judge: Shushan |

**MOTION TO ENROLL AS COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come plaintiff, Jarrod Burrle, who moves this Court for an Order adding George M Gates, IV (La. Bar #26295) 650 Poydras st. Suite 2525 New Orleans, La, 70130 as counsel of record.

WHEREFORE, Jarrod Burle, prays that this Honorable Court enter an Order adding George Gates, as counsel of record.

GEORGE M GATES, IV  (#26295)
650 Poydras St. New Orleans, La 70130
New Orleans, La. 70130
Telephone: 504.265.9909
Mobile:      202.255.1645
Fax:         888.583.3317
ggates@gateslawinc.com

Attorney for Plaintiff,
Jarrod Burle

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion has been served on all known counsel for all parties to this litigation by United States Mail, properly addressed and postage prepaid, or hand-delivery, on this 20th day of August, 2014.

GEORGE M GATES, IV  (#26295)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | * * | CIVIL ACTION NO.  2179 SECTION J |
| THIS ALLIES TO: | * | Judge: Barbier |
| NO ;12-970 BON SECOUR FISHERIES INC. ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | * | Magistrate Judge:  Shushan |

## **O R D E R**

Considering the foregoing Motion to Enroll;

**IT IS ORDERED** that George Gates be added as additional counsel of record for Jarrod Burrle

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
J  U  D  G  E