# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | * * | CIVIL ACTION NO. 2179<br><br>SECTION J |
| THIS ALLIES TO: | * | Judge: Barbier |
| NO ;12-970 BON SECOUR FISHERIES INC. ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | * | Magistrate Judge: Shushan |

## O R D E R

Considering the foregoing Motion to Enroll;

**IT IS ORDERED** that George Gates be added as additional counsel of record for Jarrod Burrle

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
J U D G E