UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>"DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO,<br>ON APRIL, 20TH 2010 | CIVIL ACTION NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS ALLIES TO: | MAGISTRATE: SHUSHAN |
| NO ;12-970  BON SECOUR FISHERIES INC.<br>ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME**

**NOW INTO COURT THROUGH,**, Jarrod Burrle who moves this Honorable Court for entry of an Order for an extension of time in the above captioned and numbered cause.  Counsel for Plaintiff respectfully requests an extension of time to respond to Special Masters Motion  in the captioned matter for the following reasons:

I.	The undersigned counsel is a newly retained and sole practitioner and has not had an opportunity to adequately prepare a response.

Respectfully submitted,

S/George M. Gates IV

GEORGE M GATES, IV  (#26295)
650 Poydras St. New Orleans, La 70130
New Orleans, La. 70130
Telephone: 504.265.9909
Mobile:     202.255.1645

Fax: 888.583.3317
ggates@gateslawinc.com

Attorney for Plaintiff,
Jarrod Burle
Email: ggates@gateslawinc.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | CIVIL ACTION NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS ALLIES TO: | MAGISTRATE: SHUSHAN |
| NO ;12-970  BON SECOUR FISHERIES INC. ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Extension of Time to Respond to Defendant's Motion For Summary Judgment:

**IT IS ORDERED** that the Plaintiff is granted an extension until the _____day of _____, 2013 to respond to Defendant's Motion For Summary Judgment.

Louisiana this _____ day of _____, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>"DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO,<br>ON APRIL, 20TH 2010<br><br>THIS ALLIES TO:<br><br>NO ;12-970 BON SECOUR FISHERIES INC.<br>ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | CIVIL ACTION NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE: SHUSHAN |

**************************************************************************

### 37.1 CERTIFICATE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served counsel of record by placing the same in the U.S. Mail properly addressed and postage prepaid this _____ day of _____, 2014.

/s/George Gates, IV
**GEORGE GATES, IV**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | CIVIL ACTION NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS ALLIES TO: | MAGISTRATE: SHUSHAN |
| NO ;12-970  BON SECOUR FISHERIES INC. ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | |

**************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that the Plaintiff, Jennifer O'Carroll is hereby granted an extension of time to respond to Defendant's Motion For Summary Judgment until the _____ day of _____, 2014, at _____ o'clock a.m. in the United States District Court for the  Middle  District of Louisiana.

Respectfully submitted,

 /s/ George Gates, IV_____
GEORGE M GATES, IV  (#26295)
650 Poydras St. New Orleans, La 70130
New Orleans, La. 70130
Telephone: 504.265.9909
Mobile:      202.255.1645
Fax:          888.583.3317
ggates@gateslawinc.com

Case 2:10-md-02179-CJB-DPC   Document 13306   Filed 08/20/14   Page 6 of 6