# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | CIVIL ACTION NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS ALLIES TO: | MAGISTRATE: SHUSHAN |
| NO ;12-970  BON SECOUR FISHERIES INC. ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | |

*************************************************************************

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Extension of Time to Respond to Defendant's Motion For Summary Judgment:

**IT IS ORDERED** that the Plaintiff is granted an extension until the _____day of _____, 2013 to respond to Defendant's Motion For Summary Judgment.

Louisiana this _____ day of _____, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**