UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to:<br>Nos. 10-2179; 10-4536; 10-2771 | * * | |
| | * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

ANADARKO PETROLEUM CORPORATION'S
MOTION FOR CLARIFICATION OR RECONSIDERATION OF THE COURT'S
ORDER REGARDING DEPOSITION BUNDLING
FOR THE PENALTY PHASE [REC. DOC. 13299]

MAY IT PLEASE THE COURT:

Anadarko Petroleum Corporation ("Anadarko") hereby moves the Court for clarification (or, alternatively, for reconsideration) of the Court's Order Regarding Deposition Bundling for the Penalty Phase [Rec. Doc. 13299]. For the reasons more particularly set forth in the accompanying memorandum of law, the procedures for deposition bundling contemplated by the Order will materially prejudice Anadarko, and should be amended.

WHEREFORE, Anadarko respectfully requests that the Court grant Anadarko's Motion for Clarification or Reconsideration.

Respectfully submitted,

DATED: August 20, 2014         **BINGHAM McCUTCHEN LLP**

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
Thomas R. Lotterman
thomas.lotterman@bingham.com
Randall M. Levine

randall.levine@bingham.com
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 20, 2014.

                                                                       /s/ *Ky E. Kirby*
                                                                        Ky E. Kirby