UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **Nos. 10-2179; 10-4536; 10-2771** | * | |
| | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Upon consideration of the Motion of Defendant Anadarko Petroleum Corporation for Clarification or Reconsideration of the Court's Order Regarding Deposition Bundling for the Penalty Phase [Rec. Doc. 13299], and good cause being shown, the Motion is hereby GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
UNITED STATES MAGISTRATE JUDGE