# APPENDIX 3

Page intentionally left blank

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by | * | MDL NO. 2179 |
|    The Oil Rig "Deepwater Horizon" | * | |
|    in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | Honorable CARL J. BARBIER |
| *Rec. doc. 13179 Judge Barbier's* | * | |
| *Order dated July 23, 2014* | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

## DECLARATION OF ALLEN W. LINDSAY, JR.
## PURSUANT TO 28 U.S.C. § 1746

The undersigned, who is over the age of 21 and otherwise confident to make this Declaration, which is based upon personal knowledge states as follows:

1. The Declarant is a Florida (and Alabama) licensed attorney since 1967. Since the summer of 2010, this firm, Lindsay & Lindsay, P.A. (formerly Lindsay & Andrews, P.A.), has been representing Deepwater Horizon Medical Benefit Settlement Class Members. As of August 19, 2014, this firm represents approximately 350 claimants/class members. As of July 23, 2014, this firm had filed 200 claims. Of those 156 were putative B-1 (chronic) claims. With the Court's decision of July 23, 2014, 147 (94%) of the filed B-1 claims are now disqualified.

2. This firm has approximately 150 more claims yet to be filed. Of these it is mathematically probable that at least 85 will be chronic health problems as contemplated in the "Specific Physical Conditions Matrix." It is further mathematically probable that approximately 80 of those will be rejected.

3. We are advised by the Claims Administrator that those claims will be "rejected" in full but no official notification of rejection has been received.

4. Of the 200 claims filed, 13 A-1s were paid on June 6, 2014, and on July 10, 2014, we received notification from the Claims Administrator that two (2) more A-1s had been approved for payment, but no further payments have been made.

5. I declare under penalty of perjury that this two page Declaration is true and correct.

Executed this 20th day of August, 2014.

_____
ALLEN W. LINDSAY, JR., on behalf of
LINDSAY & LINDSAY, P.A.