UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J(2) |
| Applies to: | * * | JUDGE BARBIER |
| Edward Wisner Donation v. BP Exploration & Production Inc. | * * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| No. 2:14-cv-1525 | * * | |

## ORDER

Considering BP Exploration & Production Inc.'s Ex Parte Motion for Leave to File Under Seal an unredacted version of its Opposition Memorandum to the Edward Wisner Donation's Motion in Limine to Consider Settlement Documents with Motion for Preliminary Injunction:

IT IS ORDERED that the Motion is GRANTED and that an unredacted version of its Opposition Memorandum will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Lousiana, this 20 day of August 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE