UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br>**SECTION J** |
| **Applies to: 10-4536** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Regarding Anadarko's Motion for Clarification (Rec. doc. 13307)]**

On August 19, 2014, an order regarding deposition bundling for the Penalty Phase was issued. Rec. doc. 13299. Anadarko Petroleum Corporation ("Anadarko") seeks clarification of this order or, in the alternative, for reconsideration.

Anadarko contends that the procedures in the August 19 order will materially prejudice it. It urges that because of Judge Barbier's stipulated order of February 29, 2012 (Rec. doc. 5930), the United States should not be permitted to cite deposition designations from Phase One against Anadarko unless such designations are identified early in the Penalty Phase and Anadarko is given the opportunity to object and make counter-designations.

1. By a date certain, the U.S. shall give Anadarko notice of every deposition designation from Phase One that it may cite in the Penalty Phase against Anadarko.

2. By a date certain, Anadarko shall serve the United States with its objections to such deposition designations.

3. By a date certain, Anadarko shall notify the Court and the United States of any deposition designations that it contends require counter-designations. The Court will determine whether Anadarko will be permitted to make such counter designations.

4. **Within seven calendar days of the entry of this order**, the parties shall meet-and-confer

to reach agreement on the deadlines for these steps. If they cannot agree, they shall submit two page position papers to the Court. A further order will be issued with the dates for steps one, two and three.

5. The deadlines for Anadarko's appeal of the August 19, 2014 order regarding deposition bundling for the Penalty Phase (Rec. doc. 13299) and the parties' appeal of this order are suspended pending issuance of the further order with the dates for steps one, two and three.

New Orleans, Louisiana, this 21st day of August, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**