UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010     SECTION J

Applies to: 10-4536     JUDGE BARBIER
   MAGISTRATE JUDGE SHUSHAN

## ORDER

[Re:  Penalty Phase Telephone Conference on Thursday, August 21, 2014]

**1. Rule 30(b)(6) Topic concerning liabilities and costs for the spill.**

The U.S. confirmed that BPXP produced the back-up information for the BPXP spread sheet. The U.S. is reviewing the information.  As promptly as possible it will notify BPXP and the Court whether a Rule 30(b)(6) deposition on this material is required.

**2. Litigation Hold.**

This will be removed from the agenda.  The U.S. shall notify the Court if further action is required on negotiations with the parties on whether agencies can be released from the litigation hold.

**3. BPXP Document Production.**

BPXP provided the U.S. with a written update on the status of its document production.

**4. Draft (8/20/14) of Order Regarding Amended Penalty Phase Schedule.**

The parties raised an issue concerning the October 15, 2014 deadline for Round 1 motions by parties objecting to exhibits.  The U.S. and BPXP shall meet-and-confer and agree on language for the October 15, 2014 entry.

The draft order will not be entered until the new entry for October 15 is received and other issues identified with the schedule are resolved.

5. **Deposition Summaries**.

The Court pointed out the requirement of submission deposition summaries on December 15, 2014.

6. **Phase One and Two Deposition Testimony**.

In preparation for the Phase Two trial, BPXP requested a ruling that testimony in Phase One depositions may be cited in Phase Two post-trial submissions only if that testimony either: (1) was not objected to during the Phase One deposition process on grounds that it pertains to Phase Two; or (2) was properly re-designated and submitted in Phase Two.  See Gasaway letter, dated August 8, 2013.  This issue was resolved during an August 13, 2013 conference call with the parties being permitted five supplemental deposition selections.

The Court's August 19, 2014 order regarding deposition bundling for the Penalty Phase provides, in part, that "[t]he parties may cite in their findings of fact and conclusions of law . . . deposition testimony from deposition bundles offered in Phase One or Two except to the extent an objection to that testimony has been sustained on grounds other than relevance to the Phase being tried."  Rec. doc. 13299 at 2.

BPXP requests modification of the August 19, 2014 order.  It seeks the same relief sought in Gasaway's letter of August 8, 2013 updated for the Penalty Phase.

> [T]estimony in Phase 1 and 2 depositions may be cited in Penalty Phase post-trial submissions only if that testimony either (1) was not objected to during the Phase 1 and 2 deposition submission process on grounds that it pertains to a different phase, or (2) was properly re-designated and submitted in a deposition bundle in the Penalty Phase.

Langam August 18, 2014 Letter.  BPXP contends that the Court adopted this approach during Phase Two over the objection of the U.S. as it related to Phase One deposition bundles.  This is not quite correct.  The Court did not enter the relief sought in the Gasaway letter of August 8,

2

2013.  Instead, the parties were permitted five supplemental deposition selections.

BPXP was asked to submit a list of the depositions at issue.

### 7. Experts.

The parties reported they are working on the schedule for the depositions of experts. BPXP agreed that, so long as there was compliance with PTO 13, the U.S. could share a report of a BPXP expert with another party to the MDL.

### 8. Lists of Fact and 30(b)(6) Depositions.

Anadarko, BPXP and the U.S. submitted their *in camera* lists.  These may be supplemented by the August 26, 2014 deadline for the lists.

The deadline for an appeal of this order is **Wednesday, August 27, 2014**.

New Orleans, Louisiana, this 22nd day of August, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**