UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

### ORDER

Before the Court is the Andry Lerner Parties' motion to file under seal. (Rec. Doc. 13291)

IT IS ORDERED that the motion is GRANTED. The clerk shall file the Andry Lerner Parties' Ex Parte Motion and Incorporated Memorandum for Use of Escrowed Attorney's Fees to Satisfy Court's July 16, 2014 Final Judgment on the Thonn Clawback Motion UNDER SEAL.

IT IS FURTHER ORDERED that the Special Master shall file a response, under seal and not exceeding 5 pages, no later than Thursday, August 28, 2014, after which the Court will take the matter under advisement.

New Orleans, Louisiana, this 22nd day of August, 2014.

_____
United States District Judge