# APPENDIX 1

Page intentionally left blank

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by | * | MDL NO. 2179 |
|    The Oil Rig "Deepwater Horizon" | * | |
|    In the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | Honorable CARL J. BARBIER |
| Rec. doc. 13179 Judge Barbier's | * | |
| Order dated July 23, 2014 | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

### AFFIDAVIT OF THE DOWNS LAW GROUP

**STATE OF FLORIDA**

**COUNTY OF DADE**

BEFORE ME this day personally appeared:

CRAIG T. DOWNS, ESQ. ON BEHALF OF THE DOWNS LAW GROUP

who, upon being first duly sworn, states that he is over the age of 21 and is competent to make this affidavit, which is based upon personal knowledge, and states the following:

I.

On behalf of The Downs Law Group, I have been a Florida licensed attorney for 25 years. Within those 25 years, my areas of practice have been mostly with Personal Injury and Maritime Law, amongst other types of law. Since June 27, 2012, The Downs Law Group has been representing Deepwater Horizon Medical Benefits Settlement Class Members. As of August 20, 2014, The Downs Law Group represents 3,600 Medical Benefits Settlement Class Members. If the Court were to define a Specified Physical Condition as a condition that was first manifested within 24, 48, or 72 hours, as it should, and the date of medical presentment or "diagnosis" was irrelevant, then The Downs Law Group would have submitted, to date, approximately 2,520 Diagnosed Chronic B1 Specified Physical Condition Claims, approximately 720 Diagnosed Acute A2 Specified

1

Physical Conditions, and approximately 360 Self-Diagnosed Acute A1 Specified Physical Conditions.

II.

Nevertheless, on July 23, 2014, the Court decided that a Level B1 and/or A2 Specified Physical Condition must be accompanied with medical presentment on or before April 16, 2012, making the word "manifestation" irrelevant. Due to this Court's Order dated July 23, 2014, The Downs Law Group will be submitting less than 10 Diagnosed Chronic B1 Specified Physical Condition Claims, instead of 2,500, and will be submitting less than 25 Diagnosed Acute A2 Specified Physical Condition Claims, instead of 720. This is because our clients are poor people that did not have sufficient funds or any access to health care.

III.

Lastly, it is imperative that the Court realize the outcome of the Court's Order dated July 23, 2014. After reviewing the current Medical Settlement Database at The Downs Law Group it has been approximated that less than 10% of the Medical Benefits Settlement Class Members have access to Medicare, Medicaid, or other Health Care Programs. This statistic, along with those mentioned in Paragraph 2, should allow the Court to better understand the near impossibility for a Medical Benefits Settlement Class Member to receive a medical diagnosis prior to April 16, 2012, and comport with the requirements of the SPC Matrix

IV.

In conclusion, I would respectfully reserve the right to amend, modify or supplement the above-mentioned findings, opinions and conclusions as future information may warrant.

X _____

Craig T. Downs, Esq. on behalf of The Downs Law Group

**SWORN TO** and subscribed before me this ___20___ day of ___August___, 20_14_.

_____
NOTARY PUBLIC

Jeffrey S. Carman
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF124334
Expires 5/19/2018

My commission expires:

_____ Personally Known

__✓__ Produced Identification

Type of Identification Produced: Driver's License  D-520-118-60-128-0