# APPENDIX 4

Page intentionally left blank

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by<br>The Oil Rig "Deepwater Horizon"<br>in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Rec. doc. 13179 Judge Barbier's<br>Order dated July 23, 2014 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## AFFIDAVIT OF FRANK J. D'AMICO, JR. APLC

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME this day personally appeared:

FRANK J. D'AMICO, JR. ON BEHALF OF THE LAW OFFICES OF FRANK J. D'AMICO, JR. APLC who, upon being first duly sworn, states that he is over the age of 21 and is competent to make this affidavit, which is based upon personal knowledge, and states the following:

I.

On behalf of The Law Offices of Frank J. D'Amico, Jr. APLC, I have been a Louisiana licensed attorney for 28 years. Within those 28 years, my expertise has been mostly with Personal Injury and Maritime Law, amongst other types of law.

II.

On July 23, 2014, the Court decided that a Level B1 and/or A2 Specified Physical Condition must be accompanied with medical presentment on or before April 16, 2012, making the word "manifestation" irrelevant. Within the realm of Judge Barbier's Order dated July 23, 2014, The Law Offices of Frank J. D'Amico, Jr. APLC have over a dozen claimants who have Chronic B1 Specified Physical Condition Claims ("Chronic B1 Conditions") but have not received a diagnosis for those conditions even though most have been presented to a medical professional. Reason being, our clients

are mostly poverty stricken people that did not have sufficient funds to obtain proper treatment or the medical provider from whom they sought treatment, failed to properly document their file.

III.

Accordingly, Class Members who have presented their B1 Chronic Conditions to a medical professional prior to April 16, 2012 but did not receive a "diagnosis," will be unable to recover under the Medical Benefits Settlement and will be forced to proceed through the back end litigation procedure. Such a result was not the true intentions of all parties when this Settlement was approved.

IV.

In conclusion, I would respectfully reserve the right to amend, modify or supplement the above-mentioned findings, opinions and conclusions as future information may warrant.

x _____

Frank J. D'Amico, Jr., Esq. on behalf of The Law Offices of

Frank J. D'Amico, Jr. APLC

SWORN TO and subscribed before me this 20th day of August, 2014.

_____
NOTARY PUBLIC

My commission expires: Michael A. McNulty, Jr.
LA Bar No. 9377
✓ Personally Known
My Commission is for Life
___ Produced Identification

Type of Identification Produced: _____