IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED

AUG 2 5 2014

WILLIAM W. BLEVINS
CLERK

In Re: Oil Spill by the Oil Rig "Deepwater      :
     Horizon" in the Gulf of Mexico          :   MDL NO. 2179
     On April 20, 2010                         :
                                               :   SECTION J
This Document Relates to:                       :
     Request of OM, LLC and                    :
     SUBLAXMI, LLC to                         :   HONORABLE CARL J. BARBIER
     Revoke Initial Opt-Out from              :
     Class and to Reinstate Claim             :   MAGISTRATE JUDGE SHUSHAN
                                               :
                                               :

_____

## MOTION OF OM, LLC AND SUBLAXMI, LLC TO REVOKE OPT-OUT DATED OCTOBER 30, 2012 AND TO REINSTATE CLAIM

The business owner of OM, LLC AND SUBLAXMI, LLC (the "LLCs"),

respectfully requests this Honorable Court to Revoke the Opt-Outs filed on behalf of the

LLCs on October 30, 2012 (See Composite Exhibit "A" attached hereto and made a part

hereof), to recognize and accept the Revocations of Opt Out filed on January 1, 2013

(See Composite Exhibit "B" attached hereto and made a part hereof), and to reinstate the

claims of the LLCs in the class action settlement at this time.

### PROCEDURAL HISTORY

The deadline to file a revocation of Opt Out was December 15, 2012, and albeit

late, the revocation in the instant matter was filed only 15 days thereafter, on January 1,

2013. The instructions provided by the Deep-water Horizon Portal Opt Out stated that

entities should immediately file all documentation with the revocation of Opt-Out. Thus,

all documentation was filed by both LLCs prior to receiving an acceptance or denial of

the requests to revoke Opt Out.

TENDERED FOR FILING

AUG 25 2014

U.S. DISTRICT COURT
Eastern District of Louisiana

Although it is BP's decision to approve or deny the revocation request, written consent should not to be unreasonably withheld. See Rec. Doc 6427-1 at §XI.G. In this case, the LLCs did not receive any letters approving or denying the requests and then were informed nine months later that both claims were closed on September 25, 2013 (See Composite Exhibit "C" attached hereto and made a part hereof). The Notice of Closed Claim Document (See Exhibit "C") dated September 24, 2013 stated "[i]f you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to Deep Water Horizon Court Supervised Settlement Program…Hammond, LA." This second request to revoke Opt Out was sent on September 27, 2013 (See Composite Exhibit "D" attached hereto and made a part hereof).

Thereafter the LLCs did not receive any documents or notices from BP or Class Counsel despite calls and status requests by the LLCs. The LLCs were informed in March 2014 when a call was made to check on the status of the claims that the claims were denied on November 25, 2013. An electronic copy of the letter that was never received by the LLCs is attached hereto as Exhibit "E" and made a part hereof. The explanation given was "based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA"). As a third attempt (and prior to filing this Motion), the LLCs filed on July 12, 2014 all of the documents directly to BP Internal Claims Program but were informed that on June 23, 2014, BP abruptly closed its internal claims program. (The July 12, 2014 correspondence is attached as Composite Exhibit "F" and made a part hereof).

## THE LLCs REQUEST REINSTATEMENT OF ITS CLAIMS AS REVOCATION MUST NOT BE UNREASONABLY WITHHELD BY BP OIL, THE REVOCATION WAS FILED ONLY 15 DAYS PREJUDICED IN ANY WAY BY THE ACTIONS OF THE LLCs LATE, THE ORIGINAL OPT OUT MAY NOT HAVE BEEN VALID AND BP OIL WAS NOT PREJUDICED IN ANY WAY BY THE ACTIONS OF THE LLCS

The LLCs respectfully request that this Honorable Court reinstate its claims with the Court Settlement Program as the LLCs suffered business losses due to the oil spill and should not be forced out of the settlement based on the unreasonable obstacles and denials imposed by BP Oil. A 15-day late filing should not be fatal to the legitimate claim of a small business that was negatively affected by the actions of BP Oil.

The Court is authorized under each settlement to extend the deadline for revoking Opt Out requests. See Rec. Doc. 6430-1 at §8.2.5 (permitting the Court to accept a revocation of Opt Out request from the Economic and Property Damages Class on good cause shown); id. at §28.1. In this particular case, the revocation of Opt Out was filed 15 days late but every formality was complied with and the revocation was filed in good faith according to the instructions provided.

Lastly, the LLCs do not believe that the initial Opt Outs (See Composite Exhibit "A") are valid and binding as a non-lawyer representative of the LLCs executed the initial Opt Outs and the specific instructions of the Opt Out and revocation of Opt Out state that the business owner only, not a lawyer or representative of the business, must execute the Opt Out and the revocation of Opt Out.

## CONCLUSION

For the reasons set forth above, the LLCs respectfully request that the Court enter the attached proposed Order to recognize and accept the LLCs' Revocations of Opt Out

as valid and binding and that the Court reinstate the LLCs claim with the Court

Settlement Program.

Dated: _19 August 2014_

RESPECTFULLY SUBMITTED,

By:   Chand A. Kalia
Owner of OM, LLC and SUBLAXMI, LLC.
Address: P.O. Box 13288
          Tampa, Fl 33681
Phone:   813-263-4373

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been filed with the

Clerk of the Court of the United States District Court for the District of Louisiana via

U.S. Mail, in accordance with the procedures established in the MDL 2179 on this _19_

day of _August_ , 2014.

By:
Owner of OM, LLC and SUBLAXMI, LLC

Chand A. Kalia
P.O. Box 13288
Tampa, FL 33681

RETURN RECEIPT
REQUESTED

U.S. District Court
Eastern District of Louisiana
Clerk of the Court, Pro Se Section
500 Poydras Street
New Orleans, LA 70130



CERTIFIED MAIL™

7034 0510 0000 1924 8749



1000

70130



U.S. POSTAGE
PAID
TAMPA, FL
33630
AUG 20, '14
AMOUNT
$8.45
00106590-16