Sent 10/31/2016

October 30, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

Subject: Opt-Out Letter

Dear Exclusions Representative:

I wish to be excluded from the Economic & Property Damages Class.

Name:        OM, LLC

Address:     1632 East 7th Avenue
             Tampa, Florida  33605

Phone:       813-263-4373

If you need anymore information please let me know. Thank you.

Sincerely,

Tony Kalia

EXHIBIT "A", P1

T 10/31/12

EXHIBIT "A", P2

October 30, 2012

Deepwater Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

Subject: Opt-Out Letter

Dear Exclusions Representative:

I wish to be excluded from the Economic & Property Damages Class.

Name:       SUBLAXMI, LLC

Address:    1505 North Dalemabry Hwy
            Tampa, Florida 33607

Phone:      813-263-4373

If you need anymore information please let me know. Thank you.

Sincerely,

Tony Kalia

Sent 1/3/2013

January 1, 2013

Deep-water Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

Re: OM, LLC

Subject: Revocation of Opt Out Letter

Dear Exclusions Representative:

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

I had filed an Economic (Business Claim) with in one of my subway shops and thought I could opt out in the others. I understand now that I cannot do this and will be filing the rest of my claims with the Deep-water Horizon Claims Center.

| | |
|---|---|
| Business Name: | OM, LLC (Subway Sandwich Shop) |
| Authorized Representative: | Tony Kalia |
| Address: | 1632 East 7th Avenue<br>Tampa, Florida 33605 |
| Phone: | 813-263-4373 |

Thank you.

Tony Kaila

EXHIBIT "B", P1



January 1, 2013

Deep-water Horizon Court-Supervised Settlement
Exclusions Department
PO Box 222
Hammond, LA 70404-0222

Re: SUBAXMI, LLC

Subject: Revocation of Opt Out Letter

Dear Exclusions Representative:

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

I had filed an Economic (Business Claim) with in one of my subway shops and thought I could opt out in the others. I understand now that I cannot do this and will be filing the rest of my claims with the Deepwater Horizon Claims Center.

| | |
|---|---|
| Business Name: | SUBAXMI, LLC (Subway Sandwich Shop) |
| Authorized Representative: | Tony Kalia |
| Address: | 1505 North Dale Mabry Hwy<br>Tampa, Florida 33607 |
| Phone: | 813-263-4373 |

Thank you.

Tony Kalia

EXHIBIT "B" P2



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: September 24, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last SUBLAXMI, LLC | First | Middle |
|---|---|---|---|
| Claimant ID | 100193381 | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

Deepwater Horizon Court Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at www.deepwaterhorizoneconomicsettlement.com. If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedureAnnouncement.pdf. If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

EXHIBIT "C", P1

# DEEPWATER HORIZON CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

English | En Español | Bảng Tiếng Việt

- Home
- News and Developments
- Download Files
- Claimant Info
- Notices
- Forms
- Payments
- Reporting
- Change Password / Email
- Log Off

## Claims Events/Notices

<< Back

### Claimant Information

Claimant ID: 100193381
GCCF Claimant ID:
Taxpayer Type: Business
SSN/EIN: *******4374
Represented By: Pro Se
Portal User: Yes

Name:
Business: SUBLAXMI, LLC
Address: 1505 North Dale Mabry Highway
Tampa FL 33607
Preferred Language: English

### Claim Information

Claim ID: 171305
Claim Type: Business Economic Loss
Claimed Benchmark Period: 2009

Business name: Subway Store #36125
Address: 1505 North Dale Mabry Highway, Tampa, FL, 33607

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Claim Closed | 09/25/2013 | | | | |
| Claims Review | 04/23/2013 | | | | |
| Claim Form Submitted | 03/19/2013 | | | | |

EXHIBIT "C", P2



**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: September 24, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last: OM, LLC | First | Middle |
|---|---|---|---|
| Claimant ID | 100191675 | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at www.deepwaterhorizoneconomicsettlement.com. If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedureAnnouncement.pdf. If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

EXHIBIT "C", P3



# DEEPWATER HORIZON CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

English | En Español | Bằng Tiếng Việt

- Home
- News and Developments
- Download Files
- Claimant Info
- Notices
- Forms
- Payments
- Reporting
- Change Password / Email
- Log Off

## Claims Events/Notices

<< Back

### Claimant Information

| | |
|---|---|
| Claimant ID: 100191675 | Name: |
| GCCF Claimant ID: | Business: OM, LLC |
| Taxpayer Type: Business | Address: 1632 East 7th Avenue |
| SSN/EIN: *****6812 | Tampa FL 33605 |
| Represented By: Pro Se | Preferred Language: English |
| Portal User: Yes | |

### Claim Information

| | |
|---|---|
| Claim ID: 184801 | Business name: Subway #23166 |
| Claim Type: Business Economic Loss | Address: 1632 East 7th Avenue, Tampa, FL, 33605 |
| Claimed Benchmark Period: 2009 | |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Claim Closed | 09/25/2013 | | | | |
| Response to Incompleteness Notice Received | 08/01/2013 | | | | |
| Incompleteness Notice | 07/30/2013 | 08/29/2013 11:59 PM CST | | 08/01/2013 | Chand, Kalia |
| Claims Review | 05/15/2013 | | | | |
| Claim Form Submitted | 04/22/2013 | | | | |

EXHIBIT "C", P4


**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## OPT-OUT REVOCATION REQUEST

NAME OF POTENTIAL CLASS MEMBER: SeBlaxme, LLC.

ADDRESS: P.O. Box 13288

CITY: Tampa   STATE: FL   ZIP CODE: 33681

PHONE: 813-263-4373

SOCIAL SECURITY NUMBER/EIN: 81-0674374

GCCF ID (Optional): N/A

DWH SETTLEMENT PROGRAM CLAIM NUMBER (Optional): 171305

ATTORNEY (Optional): N/A

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

TONY KALIA
Printed Name

Signature

9/27/2013
Date

BUSINESS PHYSICAL ADDRESS: 1505 N. DALE MABRY HWY
TAMPA, FL. 33607

PLEASE FORWARD BP APPROVAL LETTER TO ABOVE P.O. BOX ADDRESS.

TOLL FREE: 1-866-992-6174 | TTY: 1-888-584-7624 | www.deepwaterhorizoneconomicsettlement.com

EXHIBIT "D", P1



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## OPT-OUT REVOCATION REQUEST

NAME OF POTENTIAL CLASS MEMBER: OM, LLC.

ADDRESS: P.O. Box 13288

CITY: TAMPA   STATE: FL   ZIP CODE: 33681

PHONE: 813-263-4873

SOCIAL SECURITY NUMBER/EIN: 13-4226812

GCCF ID (Optional): N/A

DWH SETTLEMENT PROGRAM CLAIM NUMBER (Optional): 184801

ATTORNEY (Optional): N/A

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

Tony Kalia
Printed Name

VK
Signature

9/07/2013
Date

BUSINESS PHYSICAL ADDRESS: 1632 E. 7TH AVE.
TAMPA, FL. 33605

PLEASE FORWARD BP APPROVAL LETTER TO ABOVE P.O. BOX ADDRESS.

TOLL FREE: 1-866-992-6174   |   TTY: 1-888-584-7624   |   www.deepwaterhorizoneconomicsettlement.com

EXHIBIT "D", P2



NOVEMBER 25, 2013

OM, LLC
KALIA A CHAND
PO BOX 13288
TAMPA, FL 33681-3288

Re:     *Claim Determination Notification*
        Claim Number: 1102119-01 (LOSS OF PROFIT – BUSINESS)

Dear KALIA A CHAND:

This communication relates to the claim you filed with the BP Claims Program. Our claims file indicates that you are not currently represented by counsel. If you have retained counsel in this matter, please forward this communication to your attorney and have them contact us as soon as possible with regard to your claim.

The BP Claims Program has evaluated the above-referenced claim submitted on behalf of OM, LLC in relation to the Deepwater Horizon Incident on April 20, 2010 and subsequent oil spill. We have concluded that, based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1] Among the reasons for BP's conclusion are that it has not been demonstrated that the claimed losses resulted from the Deepwater Horizon Incident.

You may have a right to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

EXHIBIT "E", P1



NOVEMBER 25, 2013

SUBLAXMI, LLC
KALIA A CHAND
PO BOX 13288
TAMPA, FL 33681-3288

Re:   *Claim Determination Notification*
      Claim Number: 1102120-01 (LOSS OF PROFIT – BUSINESS)

Dear KALIA A CHAND:

This communication relates to the claim you filed with the BP Claims Program. Our claims file indicates that you are not currently represented by counsel. If you have retained counsel in this matter, please forward this communication to your attorney and have them contact us as soon as possible with regard to your claim.

The BP Claims Program has evaluated the above-referenced claim submitted on behalf of SUBLAXMI, LLC in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. We have concluded that, based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1] Among the reasons for BP's conclusion are that it has not been demonstrated that the claimed losses resulted from the Deepwater Horizon Incident.

You may have a right to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

EXHIBIT "E", P2

July 12, 2014

BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

Claimant Name: OM, LLC
Claim Number: 1102119-01 (Loss of Profit-Business)

Subject: Response to Claim Denial Determination

Dear BP Claims Program Administrator:

This communication relates to the above claim filed with the BP Claims Program. The reasons given for denial by your company were that I did not establish a right to compensation under OPA of 1990 and failed to demonstrate that the claimed losses resulted from the Deepwater Horizon Incident.

In response I state the following:

1. According to NPFC, business losses of this nature do not apply to the OPA of 1990. I contacted representatives of the U.S. Coast Guard (National Pollution Funds Center) as to my business losses. They responded that I need to file my claim with the responsible party which in this instant case is the BP Oil Company. Additionally, they stated that tourism based business losses do not fall under their purview.

2. BP's conclusions that I did not demonstrated that the claimed losses were a direct result from the Deepwater Horizon Incident has no foundation and legal standing. BP's agreement to abide by a settlement agreement over the spill has been held by the U.S. District Court in Louisiana and twice by the 5th U.S. Circuit Court of Appeals. The courts ruled that BP must stand by its agreement to pay business claims without requiring strict proof that the spill caused losses. Businesses were presumed to have suffered harm, proof of direct causation was not necessary. Recently, the U.S. Supreme Court denied BP's request to halt payments to spill victims.

In my claim submission I provided all the proof necessary to rightfully claim my loss of profits and petition your staff to review my claim again and stop delaying payment.

Sincerely,

Chand A. Kalia

Please note: Michael R. Cruz of Cruz-Solutions located at 3608 W. Azeele Street, Tampa, Florida 33609 is authorized to discuss my claim with your office. If you have any questions please contact Michael R. Cruz at 813-735-1684 or mrcsaenz@gmail.com Any and all correspondence shall be forwarded to OM, LLC. P.O. Box 13288, Tampa, Florida 33681. Thank you.

EXHIBIT "F", P1

July 12, 2014

BP Claims Program
501 Westlake Park
Houston, TX 77079

Claimant Name: SUBLAXMI, LLC
Claim Number: 1102120-01 (Loss of Profit-Business)

Subject: Response to Claim Denial Determination

Dear BP Claims Program Administrator:

This communication relates to the above claim filed with the BP Claims Program. The reasons given for denial by your company were that I did not establish a right to compensation under OPA of 1990 and failed to demonstrate that the claimed losses resulted from the Deepwater Horizon Incident.

In response I state the following:

1. According to NPFC, business losses of this nature do not apply to the OPA of 1990. I contacted representatives of the U.S. Coast Guard (National Pollution Funds Center) as to my business losses. They responded that I need to file my claim with the responsible party which in this instant case is the BP Oil Company. Additionally, they stated that tourism based business losses do not fall under their purview.

2. BP's conclusions that I did not demonstrated that the claimed losses were a direct result from the Deepwater Horizon Incident has no foundation and legal standing. BP's agreement to abide by a settlement agreement over the spill has been held by the U.S. District Court in Louisiana and twice by the 5th U.S. Circuit Court of Appeals. The courts ruled that BP must stand by its agreement to pay business claims without requiring strict proof that the spill caused losses. Businesses were presumed to have suffered harm, proof of direct causation was not necessary. Recently, the U.S. Supreme Court denied BP's request to halt payments to spill victims.

In my claim submission I provided all the proof necessary to rightfully claim my loss of profits and petition your staff to review my claim again and stop delaying payment.

Sincerely,

Chand A. Kalia


Please note: Michael R. Cruz of Cruz-Solutions located at 3608 W. Azeele Street, Tampa, Florida 33609 is authorized to discuss my claim with your office. If you have any questions please contact Michael R. Cruz at 813-735-1684 or mrcsaenz@gmail.com Any and all correspondence shall be forwarded to SUBLAXMI, LLC. P.O. Box 13288, Tampa, Florida 33681. Thank you.

EXHIBIT "F", P2