IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater      :
Horizon" in the Gulf of Mexico                  :      MDL NO. 2179
On April 20, 2010                               :
                                                :      SECTION J
This Document Relates to:                       :
Request of OM, LLC and                          :
SUBLAXMI, LLC to                                :      HONORABLE CARL J. BARBIER
Revoke Initial Opt-Out from                     :
Class and to Reinstate Claim                    :      MAGISTRATE JUDGE SHUSHAN
                                                :
_____         :

PROPOSED ORDER REVOKING OPT OUT OF OM, LLC AND SUBLAXMI, LLC
AND REINSTATING THE CLAIMS TO THE COURT SETTLEMENT PROGRAM

IT IS ORDERED THAT:

        The Opt Outs of OM, LLC and SUBLAXMI, LLC (dated October 30, 2012) are
hereby revoked and the claims of OM, LLC and SUBLAXMI, LLC are reinstated to the
Court Settlement Program.


DONE AND ORDERED in New Orleans, Louisiana, this ___ day of _____,
2014.




                                        _____
                                        THE HONORABLE CARL J. BARBIER
                                        UNITED STATES DISTRICT JUDGE