UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Civil Actions No. 10-2771 and 10-8888 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Weitz & Luxenberg, P.C.'s Motion to Withdraw. The Court having considered the same, it is

ORDERED that Weitz & Luxenberg, P.C.'s Motion to Withdraw is hereby **GRANTED.**

Until alternative counsel files an appearance on Plaintiff's behalf all correspondence and pleadings for the Plaintiff shall be mailed to: Kevin Carter, 2712 Bartlett Avenue, Apartment A4, Pascagoula, MS 39567.

Dated this ___ day of _____, 2014, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE