UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | CIVIL ACTION: MD 2179<br><br>Honorable CARL J. BARBIER |
| Member Case: Rachel Boyd v. BP Exploration & Production, Inc., et al. Civil Action No. 2:13-cv-00727 | * * * * | Magistrate Judge SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss:

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED** and that plaintiff, Rachel Boyd's claims asserted on her behalf against all named Defendants herein are voluntarily dismissed without prejudice.

New Orleans, Louisiana this 26th day of August, 2014.

_____
United States District Judge