#91                                                                                                               0232-11370

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG. DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION "J"<br>JUDGE CARL J. BARBIER |
| This Document Applies to<br>      2:13-CV-02386-CJB-SS | MAGISTRATE "1"<br>MAG. JUDGE SALLY SHUSHAN |

## MOTION TO COMPEL DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes defendant, Ameri-Force Craft Services, Inc., who respectfully moves this Court for an Order requiring plaintiff, Alonzo Odums, Jr., to respond to the Interrogatories and Request for Production of Documents propounded on December 11, 2013 in accordance with the applicable provisions of the Federal Rules of Civil Procedure.  Notwithstanding the lapse of all periods of time allowed to respond to said discovery requests, the plaintiff has failed to respond to said discovery requests, object, or obtain extensions from the Court in which to respond.  Accordingly, defendant, Ameri-Force Craft Services, Inc., moves for an Order compelling plaintiff to respond fully, completely and without objection to all outstanding discovery requests and to pay for all expenses and attorney's fees incurred in connection with this Motion as provided by Rule 37 of the Federal Rules of Civil Procedure.

                                                                                       Respectfully submitted:

                                                */s/ Edward S. Johnson*
EDWARD S. JOHNSON, T.A. (#7289)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for Ameri-Force Craft Services, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this __26th__ day of August, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                              */s/ Edward S. Johnson*