#92                                                                                                                                   0232-11370

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG. DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION "J"<br>JUDGE CARL J. BARBIER |
| **This Document Applies to**<br>      2:13-CV-02386-CJB-SS | MAGISTRATE "1"<br>MAG. JUDGE SALLY SHUSHAN |

## MEMORANDUM IN SUPPORT OF
## MOTION TO COMPEL DISCOVERY

**MAY IT PLEASE THE COURT:**

This matter is before the Court on defendant, Ameri-Force Craft Services, Inc.'s (hereinafter "defendant"), Motion to Compel Discovery. The plaintiff, Alonzo Odums, has filed suit alleging that he sustained personal injuries on or about April 20, 2010 through September 2010, while employed by Ameri-Force Craft Services, Inc. On December 11, 2013, defendant served upon plaintiff a Set of Interrogatories and a Set of Requests for Production of Documents. (See Set of Interrogatories to plaintiff and Set of Requests for Production of Documents to plaintiff, attached hereto as Exhibit "A"). On August 14, 2014, defense counsel sent correspondence to plaintiff's counsel noting that plaintiff had not yet responded to defendant's discovery requests. Defense counsel requested that plaintiff's discovery responses be provided by Tuesday, August 19, 2014. (See correspondence attached hereto as Exhibit "B"). Plaintiff's counsel did not respond to this correspondence, nor were plaintiff's discovery responses provided by August 19, 2014. Additionally, defense counsel in its August 14, 2014 correspondence

scheduled a time and date on August 19, 2014 at 9:30 a.m. to discuss plaintiff's overdue discovery responses as required by Rule 37 of the Federal Rules of Civil Procedure. (See Exhibit "B"). Plaintiff's discovery responses were not provided by August 19, 2014; nor did counsel participate in a Rule 37 discovery conference; and as of the time of filing of this Motion, discovery responses still have not been provided.

Answers are due and defendant herein requests an order compelling plaintiff to respond to the defendant's outstanding discovery as requested under the Federal Rules of Civil Procedure. Defendant further requests costs and attorney's fees incurred in connection with the filing of this Motion.

Respectfully submitted:

/s/ Edward S. Johnson
EDWARD S. JOHNSON, T.A. (#7289)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for Ameri-Force Craft Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this __26th__ day of August, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

__/s/ Edward S. Johnson__

2