

**Johnson, Johnson Barrios & Yacoubian**
A PROFESSIONAL LAW CORPORATION

One Shell Square
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139
504.528.3001   Fax 504.528.3030

BRETT W. CHALKE
E-MAIL: BWC@jjbylaw.com

December 11, 2013

<u>Via U.S. Mail and E-mail: rsteele@usagulf.com</u>

Ms. Ronna Steele
201 Huey P. Long Avenue
Gretna, LA 70053

Re:   Alonzo Odums, Jr. vs.
      Amer-Force Craft Services, Inc.
      USDC, E.D. LA, C.A. No.: 13-02384
      Our File: 000232-11370

Dear Ronna:

Pleases find Ameri-force Craft Services, Inc.'s Interrogatories and Requests for Production propounded to your client, Alonzo Odums, Jr.

Very truly yours,

JOHNSON, JOHN SON, BARRIOS, & YACOUBIAN

Brett W. Chalke

BWC/dfm/84

Attachment



82                                                            0232-11370

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALONZO ODUMS, JR. | CIVIL ACTION NO. 2:13-cv-02386 |
| VERSUS | SECTION "J"<br>JUDGE CARL J. BARBIER |
| AMERI-FORCE CRAFT SERVICES, INC. AND BP EXPLORATION AND PRODUCTION, INC. | MAGISTRATE "1"<br>MAG. JUDGE SALLY SHUSHAN |

## AMERI-FORCE CRAFT SERVICES, INC.'S
## INTERROGATORIES PROPOUNDED TO PLAINTIFF

TO:     Alonzo Odums, Jr.
         Through his attorneys of record:
         Ms. Ronna Steele
         201 Huey P. Long Avenue
         Gretna, LA 70053

**NOW INTO COURT**, through undersigned counsel, comes defendant, Ameri-Force, Inc., who propounds the following Interrogatories to plaintiff, Alonzo Odums, Jr., pursuant to the Federal Rules of Civil Procedure. These Interrogatories are to be answered within thirty (30) days from service hereof, under oath, with each answer set forth separately and in writing and in accordance with the instructions and definitions set forth below:

## DEFINITIONS AND INSTRUCTIONS

The term "PERSON" shall refer to any natural person, firm, partnership, corporation, association, group, organization or other type of entity or arrangement.

The term "YOU" or "YOUR" shall refer to the plaintiff, Alonzo Odums, Jr., his agents, attorneys, investigators, insurers and/or others acting at his request or on their behalf.

The terms "IDENTITY" or "IDENTIFY" or "IDENTIFICATION" – When used in reference to an individual, shall mean to state the person's full name, present or last known residential address, present or last known occupation and title, the person's present or last known employer and the person's present or last known business address and telephone number; when used in reference to a corporation or business entity, shall mean to state its full name, state and date of incorporation or formation, its principle place of business and its present or last known address; and when used in reference to a document, shall mean to state the type of document, its date, author or person who prepared it, addressee, title, present location, name and address of its custodian and the nature, substance and subject matter of the document with sufficient particularity to enable it to be readily identified and state whether the document will be made available to defendant for inspection and copying.

The term "DESCRIBE" – When used in reference to any act, occurrence, occasion, meeting, transaction, or conduct, shall mean to set forth the date, events constituting such act, occurrence, occasion, meeting, transaction, or conduct, its location, date, persons participating, present or involved, and documents relating or referring in any way thereto.

The terms "DOCUMENTS" shall mean and include any and all written, recorded, or graphic matter, however, produced or reproduced, including but not limited to

correspondence, telegrams, telexes, reports, writings, drawings, contracts, agreements, notes, memoranda, tape recordings and photographs.

Each interrogatory shall be deemed continuing. If after serving a response to any interrogatory, plaintiff obtains or discovers any additional information pertaining to such interrogatory, plaintiff is required to serve on defendant an amended answer to such interrogatory.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please state your full name, present residential address and telephone number, present business address and telephone number, social security number, date of birth, driver's license number, present marital status, citizenship status, and if you have ever served in any branch of the United States military, what branch.

### INTERROGATORY NO. 2:

Please state whether you have ever been arrested and/or convicted of any crimes (either felonies or misdemeanors) and, if so, for each arrest and/or conviction, please state the date and nature of the offense; the parish and/or county and state, as well as the court where the charge and/or conviction was pending; and the disposition of the charge and/or sentence imposed.

### INTERROGATORY NO. 3:

Please state in detailed narrative form any and all information you or any of your representatives have or are aware of relating to the alleged incident(s), including but not limited to the exact date and time of the alleged incident(s); how the alleged incident(s) occurred; the exact location(s) where the alleged incident(s) occurred; the facts leading

up to the alleged incident(s); and set forth all such information whether or not it is conflicting and whether or not this information serves to support your allegations against Ameri-Force Craft Services, Inc., including each and every act of negligence on the part of Ameri-Force Craft Services, Inc. upon which you base your claim for damages, and with respect to each, please state:

a) The name and address of, or if the identity of the person is unknown, a description of, the person or persons who you contend committed such acts of negligence.

b) The name and address of each person having or believed to have knowledge of each such act of negligence; and

c) The manner in which each such act of negligence contributed to the accident or incident sued upon herein and how each fact serves to establish a breach of a specific duty owed to you.

**INTERROGATORY NO. 4:**

Please identify any and all witnesses to the alleged incident(s) and, with respect to each such witness, please state the full name, current or last known address, telephone number, position or job title, and employer of each such witness.

**INTERROGATORY NO. 5:**

Please state the full name, current or last known address, telephone number, position or job title and employer of each and every person who claims to have or is reported to have any knowledge concerning the facts surrounding this litigation, whether or not you intend to call such person as a witness at trial, and with respect to each person please state in detail the knowledge that each is known or believed to have known and the sources of such information.

### INTERROGATORY NO. 6:

Please state whether you, your attorneys, representatives or anyone acting on your behalf have obtained statements in any form regarding any of the events or happenings giving rise to your claim and if so, please state:

a) The names and addresses of the persons from whom any such statements were taken;

b) The dates and places such statements were taken;

c) The names and addresses of the persons and employers of such persons who took such statements; and

d) Whether such statements were written, recorded, taken by a court reporter, stenographer or otherwise.

### INTERROGATORY NO. 7:

Please describe in detail any and all physical and/or mental injuries, illnesses or disabilities you claim to have received or suffered as a result of the incident(s) in your Complaint, and state in detail the exact nature, extent, date diagnosed and duration of any such injuries, illnesses or disabilities.

### INTERROGATORY NO. 8:

Please state whether you have ever suffered from the same illness or injury, or any similar illnesses or injury, as the one(s) you are now making claim for against Ameri-Force Craft Services, Inc. herein at any time prior to or subsequent to your alleged accident sued upon, and if so please state in detailed narrative form how you suffered such injury or illness, the treatment you received relative thereto, whether you were assigned any disability, and the eventual resolution of said illness or injury.


**INTERROGATORY NO. 9:**

Please list all physicians, osteopaths, chiropractors, hospitals, clinics or health care providers who have examined or treated you in connection with the injuries for which you are now making a claim, giving in each instance, the address of the individual and/or facility; reasons for which examination or treatment was sought; dates of each examination; the extent of treatment or hospitalization; final diagnosis; and whether any surgery was recommended or performed.

**INTERROGATORY NO. 10:**

Other than those identified in Interrogatory No. 9, please list all physicians, osteopaths, chiropractors, hospitals, clinics, or health care providers who have examined or treated you for any reason in the last <u>ten years</u>, giving in each instance, the address of the individual and/or facility; reasons for which examination or treatment sought; dates of each examination, treatment or hospitalization; final diagnosis; and whether any surgery was recommended or performed.

**INTERROGATORY NO. 11:**

Please state whether you are claiming as an element of damages in this action past and/or future loss of earnings and, if so, please state the amount of such past and/or future loss of earnings and provide a detailed basis upon which you have computed said amount.

**NTERROGATORY NO. 12:**

Please give an itemized list of all losses, expenses and/or damages you claim to have incurred as a result of the alleged accident and for which you seek to recover in this litigation.

## INTERROGATORY NO. 13

With respect to the vessel, platform, or non-vessel on which you were allegedly injured or sustained an illness, please state:

a) The name, address and telephone number of the owner of said vessel, platform, or non-vessel, the nature of your relationship in connection with said owner, including the exact length of time of such relationship and provide an exact accounting of your total work time spent aboard this vessel, platform, or non-vessel, along with a description of your responsibilities thereon;

b) The name, address and telephone number of the operator of said vessel, platform, or non-vessel, the nature of your relationship in connection with said operator, including the length of time of such relationship and provide an exact accounting of your total work time spent aboard this vessel, platform, or non-vessel, along with a description of your responsibilities thereon;

c) The name, address, telephone number and location of each and every person aboard the vessel, platform, or non-vessel, and the nature of your relationship or connection with each occupant.

## INTERROGATORY NO. 14:

With respect to any and all other vessels or platforms or other non-vessels to which you were assigned or performed work upon, please state:

a) The name, address and telephone number of the owner of said vessel, platform or non-vessel, the nature of your relationship in connection with said owner, including the exact length of time of such relationship and provide an exact accounting of your total work time spent aboard this vessel, platform or non-vessel, along with a description of your responsibilities thereon;

b) The name, address and telephone number of the operator of said vessel, platform or non-vessel, the nature of your relationship in connection with said operator, including the length of time of such relationship and provide an exact accounting of your total work time spent aboard this vessel, platform or non-vessel, along with a description of your responsibilities thereon; and

c) The name, address, telephone number and location of each and every person aboard the vessel, platform or non-vessel and the nature of your relationship or connection with each occupant.

**INTERROGATORY NO. 15:**

Please set forth your employment record (including any employment subsequent to the date of your alleged accident) for the past <u>ten years</u> and for each employment, please state the name and address of your employer; the period(s) of such employment; your position and/or job title with each employer; the exact work you performed; the locations of such work; the name of your immediate supervisor; the manner in which you were paid; your average weekly, bi-weekly or monthly salary; and indicate whether any pre-employment physical examination was made, and if so, the name of the physician who performed said physical examination.

**INTERROGATORY NO. 16:**

Please list all sources and amounts of income you have had since the date of the alleged accident(s) or incident(s).

**INTERROGATORY NO. 17:**

Please state the exact amount of income, for purposes of reporting your federal income taxes, you have had for the last six taxable years.

**INTERROGATORY NO. 18:**

Please state whether you have made any claims for insurance or indemnity protection, including but not limited to state workers' compensation benefits, LHWCA benefits, maintenance and cure benefits, etc., in connection with any alleged damages (personal injury or property) sustained by you as a result of the alleged accident and, if so, please describe the nature and amount of each and every claim and the provider of said benefits.

**INTERROGATORY NO. 19:**

Please state with particularity whether you have been a party to any lawsuit for personal injuries or otherwise, including but not limited to the nature of said lawsuit, the jurisdiction and venue in which said lawsuit was filed, the exact caption of said lawsuit, the court's docket number and eventual resolution of said lawsuit, if applicable.

**INTERROGATORY NO. 20:**

Please state the names, addresses and telephone numbers of any and all experts (including doctors) you have consulted or whom you may call at the trial of this matter and with respect to each witness, please state:

a) The subject matter in which such expert is expected to testify;

b) The substance of the facts and opinions to which each expert is expected to testify.

c) A summary of the grounds of each opinion; and

d) The identity or description of each book, learned treatise or other publication on which each expert may rely in support of his opinion.

**INTERROGATORY NO. 21:**

Please state the full name, address and telephone number of each and every person, including expert witnesses and doctors, physicians, healthcare providers, etc., whom you may call to testify as a fact witness at the trial of this matter, and briefly summarize the testimony each person will give.

**INTERROGATORY NO. 22:**

Please list any and all documents, exhibits, items of physical evidence and items of demonstrative evidence that you intend to introduce into evidence at the trial of this matter.

**INTERROGATORY NO. 23:**

Please state whether you have ever been a recipient of Medicare benefits. If so, please provide your Medicare health insurance claim number, the date your eligibility began, and whether Medicare has made any payments for healthcare services that are related to your alleged injuries herein. If Medicare has made payments for healthcare services for your alleged injuries herein, please state the amount of such payments, whether there exists a Medicare lien for benefits you have received and the amount of that lien, and whether Medicare has been contacted by you or your representative regarding your receipt of benefits for your alleged injuries herein and in this lawsuit. If Medicare has been contacted regarding your receipt of benefits for your alleged injuries herein, please explain in detail the result of any contractual agreements you have entered into in this regard.

**INTERROGATORY NO. 24:**

Have you ever been a recipient of social security disability benefits? If so, please provide the date you applied for such benefits, and if benefits were awarded, provide the date of such award, the period for which social security benefits were paid, the injury claimed that resulted in the award, and the date the injury occurred for which benefits were awarded. If you applied for social security disability benefits but benefits were not awarded, please state whether the application was denied and provide the date the denial of benefits was made, give the reason for the denial as provided by the social security Administration, state whether you appealed such denial, and the date and status of your appeal.

**INTERROGATORY NO. 25:**

Please list and describe in detail your estimated daily living expenses, including but not limited to, the costs you currently incur or expect to incur for housing, food, and any other accommodations associated therewith which you currently incur or expect to incur since the date of your alleged incident.

Respectfully submitted:

_____
EDWARD S. JOHNSON, T.A., (#7289)
BRETT W. CHALKE (#33769)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7701
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys For Ameri-Force Craft Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on counsel of record via facsimile, electronic transmission, and/or U.S. Mail, postage prepaid on this ___11th___ day of December, 2013.

_____

11

0232-11370

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALONZO ODUMS, JR.<br><br>VERSUS<br><br>AMERI-FORCE CRAFT SERVICES, INC. AND BP EXPLORATION AND PRODUCTION, INC. | CIVIL ACTION NO. 2:13-cv-02386<br><br>SECTION "J"<br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE "1"<br>MAG. JUDGE SALLY SHUSHAN |

## AMERI-FORCE CRAFT SERVICES, INC.'S
## REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF

TO: Alonzo Odums, Jr.
Through his attorneys of record:
Ms. Ronna Steele
201 Huey P. Long Avenue
Gretna, LA 70053

**NOW INTO COURT**, through undersigned counsel, comes defendant, Ameri-Force Craft Services, Inc., who propounds the following Request for Production of Documents to plaintiff, Alonzo Odums, Jr., pursuant to the Federal Rules of Civil Procedure. These Request for Production of Documents are to be answered within thirty (30) days from service hereof, under oath, with each response set forth separately and in writing and in accordance with the instructions and definitions set forth below:

### DEFINITIONS AND INSTRUCTIONS

The term "PERSON" shall refer to any natural person, firm, partnership, corporation, association, group, organization or other type of entity or arrangement.

The terms "YOU" or "YOUR" shall refer to the plaintiff, Alonzo Odums, Jr., his agents, attorneys, investigators, insurers and/or others acting at his request or on their behalf.

The terms "IDENTITY" or "IDENTIFY" or "IDENTIFICATION" - When used in reference to an individual, shall mean to state the person's full name, present or last known residential address, present or last known occupation and title, the person's present or last known employer and the person's present or last known business address and telephone number; when used in reference to a corporation or business entity, shall mean to state its full name, state and date of incorporation or formation, its principal place of business and its present or last known address; and when used in reference to a document, shall mean to state the type of document, its date, author or person who prepared it, addressee, title, present location, name and address of its custodian and the nature, substance and subject matter of the document with sufficient particularity to enable it to be readily identified and state whether the document will be made available to defendant for inspection and copying.

The term "DESCRIBE" - When used in reference to any act, occurrence, occasion, meeting, transaction, or conduct, shall mean to set forth the date, events constituting such act, occurrence, occasion, meeting, transaction, or conduct, its location, date persons participating, present or involved, and document relating or referring in any way thereto.

The term "DOCUMENTS" shall mean and include any and all written, recorded or graphic matter, however produced or reproduced, including but not limited to correspondence, telegrams, telexes, reports, writings, drawings, contracts, agreements,

notes, memoranda, tape recordings, video tapes and photographs. If any document requested is withheld on the basis of a privilege, please identify and describe each such document, indicate the date thereof, the author and addressee, the subject matter, and nature of the privilege upon which the document is withheld.

Each request shall be deemed continuing. If after serving a response to any request, plaintiff, Alonzo Odums, Jr., obtains or discover any additional information pertaining to such request, plaintiff is required to serve on defendants an amended response to such request.

### REQUEST FOR PRODUCTION NO. 1:

Any and all accident reports, incident reports, investigative reports or other written documents which in any way relate to the captioned litigation which you have in your possession.

### REQUEST FOR PRODUCTION NO. 2:

Any and all photographs which in any way relate to the captioned litigation, including but not limited to photographs of the alleged accident scene, any object involved in the alleged incident, and your alleged injuries or illnesses.

### REQUEST FOR PRODUCTION NO. 3:

Copies of any and all medical data and/or documents, including but not limited to medical reports, x-rays, x-ray notes, treatment notes, charts, test results, emergency room records, office notes, reports of surgery, and/or narrative reports, which you have in your possession which in any way relate to the treatment and/or examination of the injuries or illnesses for which you are now making a claim.

3

**REQUEST FOR PRODUCTION NO. 4:**

Copies of any medical data and/or documents, including but not limited to medical reports, x-rays, x-ray notes, treatment notes, charts, test results, emergency room records, office notes, reports of surgery, and/or narrative reports, which you have in your possession which in any way relate to the treatment and/or examination of you in the past ten years.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all bills, statements, receipts, invoices, or other documents evidencing hospital and/or medical expenses and/or charges incurred by you, your attorneys or any other persons as a result of the treatment of the injuries or illnesses allegedly sustained by you as a result of the incident described in your Complaint.

**REQUEST FOR PRODUCTION NO. 6:**

The federal and state income tax returns for plaintiff, including but not limited to W-2 forms, wage and tax statements for the taxable years 2007 – 2012 or, in the alternative, signed authorizations, which are attached hereto, allowing defendants to obtain said information.

**REQUEST FOR PRODUCTION NO. 7:**

Fully executed medical authorization form, the form of which is attached hereto.

**REQUEST FOR PRODUCTION NO. 8:**

Fully executed authorization for the release of employee information, the form of which is attached hereto.

**REQUEST FOR PRODUCTION NO. 9:**

Fully executed Social Security Request for Detailed Earnings Information form the form of which are attached hereto.

**REQUEST FOR PRODUCTION NO. 10:**

Fully executed authorization for the release of Medicare information, the form of which is attached hereto.

**REQUEST FOR PRODUCTION NO. 11:**

If you answered in response to Ameri-Force Craft Services, Inc.'s Interrogatory No. 1 that you have ever served in any branch of the United States Military, please fully execute the attached Military Service Authorization for Personnel and Medical Records.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents, cancelled checks, copies of checks, pay stubs, etc. reflecting any income received by you since the incident alleged in your Complaint, including any funds received through any compensation scheme.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all statements, be they recorded, oral, written, transcribed, or of any other nature, which are in your possession that bear any relation to the captioned litigation.

**REQUEST FOR PRODUCTION NO. 14:**

Copies of your driver's license, birth certificate and Social Security card.

**REQUEST FOR PRODUCTION NO. 15:**

Copies of any and all prior and/or subsequent lawsuits filed in your name or on your behalf.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all documents which in any way relate to any insurance or compensation claims filed by you as a result of, or in connection with, any alleged incident or accident, including the alleged incident(s) at issue herein.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all documents referred to or utilized by you or anyone of your representatives in answering any of the Interrogatories or Requests for Production of Documents propounded by the defendant herein.

**REQUEST FOR PRODUCTION NO. 18:**

Copies of any and all documents or other materials showing or referencing your work duties, work locations, work assignments, vessels involved and/or vessel ownership, platforms involved and/or platform ownership, etc. while you were employed in any capacity by Ameri-Force Craft Services, Inc. from the date of initial employment, including the dates of the alleged incident(s), to present.

**REQUEST FOR PRODUCTION NO. 19:**

Copies of any and all documents or other materials reflecting in detail your estimated daily living expenses, including but not limited to, the costs you currently incur or expect to incur for housing, food, and any other accommodations associated therewith which you currently incur or expect to incur since the date of your alleged incident(s).

**REQUEST FOR PRODUCTION NO. 20:**

Any and all reports, expert opinions, or other documents that plaintiff has relied upon or will rely upon to establish causation between the alleged incident(s) and plaintiff's present injuries or illnesses.

**REQUEST FOR PRODUCTION NO. 21:**

Any and all documents, tangible or physical evidence, which in any way relate to the captioned litigation, whether or not you plan to introduce these items into evidence at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 22:**

Any and all documents or exhibits which you may or will introduce into evidence at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 23:**

Any and all written reports or other documents prepared by any and all persons who might be considered expert witnesses having knowledge or information concerning any relevant facts involved in this litigation, including but not limited to, any and all expert reports.

Respectfully submitted:

EDWARD S. JOHNSON, T.A., (#7289)
BRETT W. CHALKE (#33769)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7701
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for Ameri-Force Craft Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record via facsimile, electronic transmission, and/or U.S. Mail, postage prepaid on this __11th__ day of December, 2013.

_____