**Johnson, Johnson Barrios & Yacoubian**
A PROFESSIONAL LAW CORPORATION

One Shell Square
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139
504.528.3001   Fax 504.528.3030

EDWARD S. JOHNSON
EMAIL
E-MAIL: ejohnson @jjbylaw.com

August 14, 2014

**Via U.S. Mail and E-mail: rsteele@usagulf.com**

Ms. Ronna Steele
201 Huey P. Long Avenue
Gretna, LA 70053

                Re:  Alonzo Odums, Jr. vs.
                      Amer-Force Craft Services, Inc.
                      USDC, E.D. LA, C.A. No.: 13-02384
                      Our File: 000232-11370

Dear Ronna:

      On December 11, 2013, our office propounded Interrogatories and Request for Production of Documents to your clients on behalf of Ameri-Force Craft Services, Inc.. The time period for responding to these discovery requests has long passed. Accordingly, I will contact you on Tuesday, August 19, 2014 at 9:30 a.m. for the purpose of discussing your clients' overdue discovery responses as required by FRCP 37. This conference will not be necessary should you provide me with your clients' discovery responses prior to August 19, 2014. Should you fail to participate in the FRCP 37 conference or fail to provide us with your clients' discovery responses prior to the conference, we will have no choice but to file a Motion to Compel. We trust that such action will not be necessary.

                          Very truly yours,

                JOHNSON, JOHN SON, BARRIOS, & YACOUBIAN

                        Edward S. Johnson

ESJ/dfm/90

