#93                                                                          0232-11370

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:   OIL SPILL by the OIL RIG. DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010** | **MDL NO: 2179**<br><br>**SECTION "J"**<br>**JUDGE CARL J. BARBIER** |
| **This Document Applies to**     **2:13-CV-02386-CJB-SS** | **MAGISTRATE "1"**<br>**MAG. JUDGE SALLY SHUSHAN** |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the foregoing Motion to Compel Discovery filed on behalf of Ameri-Force Craft Services in the above-numbered and captioned matter will come for submission on the __10th__ day of September, 2014 at 9:00 o'clock a.m., before the Honorable Sally Shushan.

Respectfully submitted:


_/s/ Edward S. Johnson_
EDWARD S. JOHNSON, T.A. (#7289)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for Ameri-Force Craft Services, Inc.

## CERTIFICATE OF SERVICE

   I hereby certify that on this __26th___ day of August, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.



     ____/s/ Edward S. Johnson_____