# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179** **SECTION J(2)** |
| **Applies to:** | * * | **JUDGE BARBIER** |
| **Edward Wisner Donation v. BP Exploration & Production Inc.** | * * * | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |
| **No. 2:14-cv-1525** | * * | |

## MOTION FOR LEAVE TO FILE BP EXPLORATION & PRODUCTION INC.'S (BPXP) REPLY MEMORANDUM IN SUPPORT OF BPXP'S MOTION TO DISMISS COMPLAINT FOR BREACH OF CONTRACT, SPECIFIC PERFORMANCE, AND INJUNCTION

NOW INTO COURT, through undersigned counsel, comes BP Exploration & Production Inc. ("BPXP"), who respectfully requests leave of Court to file the attached BP Exploration & Production Inc.'s (BPXP) Reply Memorandum In Support Of BPXP's Motion To Dismiss Complaint For Breach Of Contract, Specific Performance, And Injunction.

Dated: August 26, 2014

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
Shannon S. Holtzman (Bar #19933)
Greg L. Johnson (Bar #24477)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Christopher J. Esbrook
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of August, 2014.

    /s/ Don K. Haycraft