UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J(2) |
| Applies to: | * * | JUDGE BARBIER |
| Edward Wisner Donation v.<br>BP Exploration & Production Inc. | * * * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |
| No. 2:14-cv-1525 | * * | |

## ORDER

CONSIDERING THE FOREGOING Motion For Leave To File BP Exploration & Production Inc.'s (BPXP) Reply Memorandum In Support Of BPXP's Motion To Dismiss Complaint For Breach Of Contract, Specific Performance, And Injunction; Record Doc. No. 13325,

IT IS HEREBY ORDERED that the motion is GRANTED, and BP Exploration & Production Inc. is granted leave of Court to file its Reply Memorandum In Support Of BPXP's Motion To Dismiss Complaint For Breach Of Contract, Specific Performance, And Injunction

New Orleans, Louisiana, this _____27th_____ day of August, 2014.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE