UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: 2:12-cv-02338 | Judge Barbier |
| | Mag. Judge Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **VOLUNTARY JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come RICHARD and JANICE DANOS, Plaintiffs herein, and SUPERIOR LABOR SERVICES, INC., Defendant, and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, jointly move this Honorable Court for an order dismissing all claims of RICHARD and JANICE DANOS against SUPERIOR LABOR SERVICES, INC., as more particularly set forth below:

1.

Movers, RICHARD and JANICE DANOS and SUPERIOR LABOR SERVICES, INC., aver that they compromised the claims made by the particularly named Plaintiffs against this Defendant and this Defendant alone.

2.

Accordingly, RICHARD and JANICE DANOS move to dismiss all of their claims against SUPERIOR LABOR SERVICES, INC., with prejudice.

WHEREFORE, premises considered, Plaintiffs, RICHARD and JANICE DANOS, and Defendant, SUPERIOR LABOR SERVICES, INC., pray that an Order be entered dismissing with prejudice the claims of RICHARD and JANICE DANOS against SUPERIOR LABOR SERVICES, INC.

Respectfully submitted,

SMITH STAG, LLC, Attorneys at Law

/s/Bonnie A. Kendrick
**STUART H. SMITH (17805)**
**MICHAEL G. STAG (23314)**
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

Attorneys for Richard and Janice Danos

**ALLEN & GOOCH, A Law Corporation**

/s/Cade Evans
CADE EVANS/24405
P.O. Box 81129
Lafayette, LA  70598-1129
Telephone:  337-291-1660
Fax:  337-291-1665
Email:  CadeEvans@AllenGooch.com

Attorneys for Superior Labor Services, Inc.