# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | |
| | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | |
| 12-970 | * | MAG. JUDGE SHUSHAN |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEAL

Notice is hereby given that Walker Fishing Fleet, Inc., claimant in the Deepwater Horizon Economic & Property Damage Claims Settlement, appeals to the United States Court of Appeals for the Fifth Circuit from the district court's denial of judicial review of its Seafood Compensation Program Individual Fishing Quota ("IFQ") claim, No. XX193, as reflected in the Denial of Request for Discretionary Review Notice dated July 29, 2014 and attached in redacted form to this Notice of Appeal.

Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE**

_____s/Charles M. Thomas_____
**STEPHEN M. HUBER, BAR NO. 24463**
**CHARLES M. THOMAS, BAR NO. 31989**
**BRIAN P. MARCELLE, BAR NO. 25156**
1100 Poydras Street, Suite 1405
New Orleans, LA 70163
Charlie@huberslack.com
ATTORNEYS FOR CLAIMANT, WALKER FISHING FLEET, INC.

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of August, 2014.

                                                  __s/Charles M. Thomas____
                                                  **CHARLES M. THOMAS**



| | |
|---|---|
| **DENIAL OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE** |
| **DATE OF NOTICE:** July 29, 2014 |

| | | | |
|---|---|---|---|
| **I. CLAIMANT AND CLAIM INFORMATION** |
| **Claimant Name** | Last/Name of Business<br>WALKER FISHING FLEET. INC. | First | Middle |
| **Claimant ID** | | **Claim ID** | 193 |
| **Claim Type** | \multicolumn{3}{l}{Seafood Compensation Program} |
| **Law Firm** | \multicolumn{3}{l}{Huber, Slack,} |

### II. DENIAL OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection"). The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court denied the Request for Discretionary Review.

The Claims Administrator will process your claim according to the Notice of Appeal Panel Decision.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Denial of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

### IV. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this notice. This chart summarizes the status of those claims as of the date of this notice. You will receive or have already received separate notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in the How to Contact us with Questions or For Help Section of this notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Seafood Compensation Program | | Notice Issued After Appeal: Payable Claim or Claim Eligible But No Payment Due Determination |