IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) | ) | |
|       "Deepwater Horizon" | ) | MDL 2179 |
|       In the Gulf of Mexico. | ) | SECTION J |
|       On April 20, 2010 | ) | |
| This document relates to: | ) | JUDGE BARBIER |
| No. 12-970, Bon Secour | ) | |
| Fisheries, Inc., et al v. BP | ) | MAG. JUDGE SHUSHAN |
| | ) | |
| And All Actions | ) | |

## INDEX OF EXHIBITS

1. Registration Form
2. Purple Claim Form
3. Eligibility Notice
4. Notice of BP Appeal
5. Initial Proposal and Brief – BP
6. Initial Proposal – Claimant
7. Initial Brief – Claimant
8. Final Proposal and Brief – BP
9. Final Proposal – Claimant
10. Final Brief – Claimant
11. Notice of Appeal Panel Decision
12. Post-Appeal Eligibility Notice
13. Claimant 377 Signed Eligibility Notice
14. BP's Request for Discretionary Review Notice
15. Discretionary Court Review Request Notice
16. Objection to Discretionary Court Review
17. Notice of Denial of Request for Discretionary Court Review
18. Release Package and Acceptance
19. Registration Form
20. Purple Claim Form
21. Eligibility Notice
22. Notice of BP Appeal
23. Initial Proposal and Brief – BP
24. Initial Proposal – Claimant
25. Initial Brief – Claimant
26. Final Proposal and Brief – BP
27. Final Proposal – Claimant
28. Final Brief – Claimant
29. Notice of Appeal Panel Decision
30. Post-Appeal Eligibility Notice
31. Claimant 412 Signed Eligibility Notice
32. Rules Governing the Appeals Process
33. Fifth Circuit Opinion In re: Deepwater Horizon, Case Nos. 14-30398 and 14-30400, Doc. 0041274551 (5th Cir. August 25, 2014)