# Exhibit 16

Case 2:10-md-02179-CJB-DPC   Document 13333-18   Filed 08/28/14   Page 2 of 3

```
From: AppealsCoordinator <AppealsCoordinator@dhecc.com>
To: "ClaimForms@deepwaterhorizoneconomicsettlement.com"
<ClaimForms@deepwaterhorizoneconomicsettlement.com>  -
Subject: FW: ███████████████████ LLC, Claimant ID 100089377
Date: Wed, 25 Sep 2013 14:56:06 +0000
Transaction Date (UTC): 2013-09-25 15:00:06
```



```
From: Matt Andrews [mailto:mandrews@ejsaadlaw.com]
Sent: Tuesday, September 24, 2013 5:05 PM
To: AppealsCoordinator
Subject: ███████████████████ Claimant ID 100089377
```

Mr. Duval,

Due to a scheduling error on my part, I did not file the Claimant's objection by midnight yesterday, September 23, 2013. We ask that in your and Judge Barbier's discretion that this email may be accepted as the objection to the filing of BP's Request for Discretionary Review. As grounds for its objection, ███████████████████ references the Initial and Reply Briefs Filed by the Claimant and the Appeal Panel's Decision and Supporting Opinion. Based upon these documents, the facts and the Settlement Agreement the Award of the Appeal Panel should be confirmed.

Respectfully Submitted,

Matthew Andrews
[EJSF-EmailSig]

WHITEHEAD - 165

6207 Cottage Hill Road
Suite G
Mobile, AL 36609

T: 251.660.0888
F: 251.660.0777

ejsaadlaw.com



E.J. SAAD
LAW FIRM

WHITEHEAD - 166