# Exhibit 28

## RESPONSE AND FINAL PROPOSAL OF ROCON, INC.

respectfully submits this Final Offer and Response to BP Exploration & Production, Inc.'s, (BP), Initial Offer with regard to Claim No. 1779. This appeal is solely based on issues addressed in the Court's Orders of March 5, April 5, and April 9.          specifically disagrees with BP's arguments regarding the "Matching" and "Smoothing" issues.

adopts its prior facts and arguments as presented in its Initial Offer and Supporting Brief.          also directs the Appeal Panelist to footnote 1 of BP's Initial Brief which acknowledges that the issues presented by BP in its Appeal are "governed by the Court's Orders of March 5, April 5 and April 9" and therefore should be denied.

## CONCLUSION

For the reasons stated herein and in its prior brief,          asks the Appeal Panelist to issue a finding that the basis of BP's Appeal is unfounded, that          has complied with the terms of the Settlement Agreement, and that a Compensation Amount of $142,576.07 with a RTP Multiplier of 0.25 is the appropriate award. Such a result is in keeping with the terms, methods and formulae established by the Settlement Agreement.          further requests that the Appeal Panel confirm that the reimbursable accounting support determined by the Claim Administrator is appropriate. The Award granted by the Claim Administrator should be upheld.

- 132

s/E. J. Saad

E. J. Saad

s/Matthew Andrews

Matthew I. D. Andrews

Attorneys for Appellee/Respondent,

OF COUNSEL:

E. J. SAAD LAW FIRM
6207 Cottage Hill Road, Suite G
Mobile, Alabama  36609
Telephone (251) 660-0888
Fax:  (251) 660-0777
ejsaad@ejsaadlaw.com
mandrews@ejsaadlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Brief has been served on

the following named persons by electronic filing on this 20th day of May, 2013:

Richard C. Godfrey, Esq.
Kirkland & Ellis, LLP
300 North LaSalle Blvd.
Chicago, Illinois 60654


R. Keith Jarrett, Esq.
Liskow & Lewis
Suite 500
One Shell Square
701 Poydras Street
New Orleans, Louisiana 70113


/s/ Matthew Andrews
Matthew I. D. Andrews