IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) | | |
|     "Deepwater Horizon" ) | MDL 2179 | |
|     In the Gulf of Mexico. ) | SECTION J | |
|     On April 20, 2010 ) | | |
| | | |
| This document relates to: ) | JUDGE BARBIER | |
| No. 12-970, Bon Secour ) | | |
| Fisheries, Inc., et al v. BP ) | MAG. JUDGE SHUSHAN | |
| ) | | |
| And All Actions ) | | |

## PROOF OF SERVICE

    I do hereby certify that copies of the above and foregoing Motion to Confirm Arbitration Award and Memorandum of Authorities In Support of Motion to Confirm Arbitration Award have been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of August, 2014.

RESPECTFULLY SUBMITTED.

s/ E. J. Saad
E. J. SAAD (AL861451)
ejsaad@ejsaadlaw.com
s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)
mandrews@ejsaadlaw.com
ATTORNEYS FOR CLAIMANTS 377 AND 412

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 Cottage Hill Road, Suite G
Mobile, AL 36609
Telephone: (251) 660-0888
Fax: (251) 660-0777

s/Frederick T. Kuykendall, III
FREDERICK T/ KUYKENDALL, III
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
ftkuykendall@yahoo.com
ATTORNEY FOR CLAIMANTS 377 AND 412

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P. O. Box 2129
Fairhope, AL 36533
Phone: (251) 928-4008
Fax: (251) 928-2151