UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is OM, LLC and SUBLAXMI, LLC's Motion to Revoke Opt-Out and to Reinstate Claim. (Rec. Doc. 13319)

IT IS ORDERED that BP shall file a response, limited to 5 pages, by Thursday, September 11, 2014. BP shall also mail a copy of its response to Chand A. Kalia.

New Orleans, Louisiana, this 28th day of August, 2014.

_____
United States District Judge

**Note to Clerk:**
**Mail a copy of this Order to Chand A. Kalia, P.O. Box 13288, Tampa FL 33681.**