UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION: MD 2179<br><br>Honorable CARL J. BARBIER |
| This Document Relates to:<br>Answer in Limitation filed in 2:10-CV-02771 [Rec. Doc. 326]<br>Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248]<br>Civil Action No. 14-1525<br>Civil Action No. 13-1971 | Magistrate Judge SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

(Doc. 13240)

CONSIDERING the attached and foregoing Motion to Amend Pleadings,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Answer In Limitation filed in 10-cv-02771, Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248], Complaint for Breach of Contract, Specific Performance and Injunction [Rec. Doc. 1] in 2:14-cv-01525, and Complaint [Rec. Doc. 1] in 2:13-cv-01971 are AMENDED to include the following as additional plaintiffs:

1. Mayor Mitch J. Landrieu acting on behalf of the City of New Orleans as Trustee of the Edward Wisner Donation and the City of New Orleans individually as a beneficiary;

2. The Administrators of the Tulane Educational Fund as a beneficiary;

3. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College as a beneficiary;

4. The Salvation Army, Inc. as a beneficiary; and

5. The Wisner Heirs as a beneficiaries, identified on Exhibit "A" to Plaintiffs' Motion to Amend.

New Orleans, Louisiana this 28th day of August, 2014.

_____
United States District Judge