UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| *Applies to All Actions and 12-968; Plaisance, et al., individually and/on behalf of the Medical Benefits Settlement Class, v. BP Exploration & Production, Inc., et al.* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Briefing Schedule for Motions for Reconsideration of
July 23, 2014 Order regarding Medical Benefits Settlement – Policy Statement on
Classification of Chronic Physical Conditions (Rec. doc. 13179)]

On July 23, 2014, the Court issued an order regarding medical benefits settlement policy statement on classification of chronic physical conditions (Rec. doc. 13179) affirming the Claims Administrator's May 13, 2014 interpretation of the Medical Settlement Agreement with respect to claims for Chronic Specified Physical Conditions (Rec. doc. 12862). The following parties filed motions for reconsideration, support and/or clarification: Medical Benefits Class Counsel (Rec. doc. 13303); Howard L. Nations (Rec. doc. 13308); and the Downs Law Group, et al. (Rec. doc. 13318). BP's opposition is not to exceed 25 pages and shall be filed by the **close of business on September 12, 2014**. Any reply by Class Counsel is not to exceed 10 pages and shall be filed by the **close of business on September 19, 2014.** No other replies may be filed.

New Orleans, Louisiana, this 28th day of August, 2014.

_____
SALLY SHUSHAN
**United States Magistrate Judge**