IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) | ) | |
|       "Deepwater Horizon" | ) | MDL 2179 |
|       In the Gulf of Mexico. | ) | SECTION J |
|       On April 20, 2010 | ) | |
| | ) | |
| This document relates to: | ) | JUDGE BARBIER |
| No. 12-970, Bon Secour | ) | |
| Fisheries, Inc., et al v. BP | ) | MAG. JUDGE SHUSHAN |
| | ) | |
| And All Actions | ) | |

**REQUEST FOR ORAL ARGUMENT ON
MOTION TO CONFIRM ARBITRATION AWARDS
AND
MOTION TO CONSOLIDATE**

In accordance with Local Rule 78.1, counsel for Claimant 1000089377 and Claimant 100002412 respectfully request the Court to hear oral argument on Motion For Relief From Order And Leave To File And Motion To Confirm Arbitration Awards To Claimant 100089377 and Claimant 100002412 (Doc. 13333), and additionally move the Court pursuant to Federal Rule of Civil Procedure 42(a)(1), to consolidate for hearing, argument and disposition said Motion with Motion for Relief from Order, Motion for Leave to File and Motion to Confirm Arbitration Awards and Order Payment by Claimants 100118906, 100002435, 100108968, 100085956, 100002391, 100002383, 100146954 (Doc. 13196, 13197). As grounds Claimants show the Court as follows:

    1.    Motion for Relief from Order, Motion for Leave to File and Motion to Confirm Arbitration Awards and Order Payment by Claimants 100118906, 100002435, 100108968, 100085956, 100002391, 100002383, 100146954, (hereafter "Motion to Confirm I"), was filed July 28, 2014. (Doc. 13196).

    2.    Oral argument was requested in Motion to Confirm I. (Doc. 13200).

3. Motion For Relief From Order And Leave To File And Motion To Confirm Arbitration Awards To Claimant 100089377 And Claimant 100002412, (hereafter, "Motion to Confirm II"), was filed on August 28, 2014. (Doc. 13333).

4. Motion to Confirm II is before the Court following the release of the decision of the United States Court of Appeals for the Fifth Circuit on August 25, 2014 wherein the Fifth Circuit dismissed for lack of jurisdiction two appeals from the Court's Orders of March 26, 2014 and March 27, 2014. (Doc. 12594, 12598). See, In re Horizon, 2014 U.S. App. LEXIS 16377, Nos. 14-30398, 14-30400, Doc. 0051274551 (5th Cir. La. Aug. 25, 2014).

5. In its opinion, the Fifth Circuit noted that "**the district court's order neither confirmed nor denied confirmation of a purported arbitral award. . . .**" (emphasis added). In re Horizon, 2014 U.S. App. LEXIS 16377, Nos. 14-30398, 14-30400, Doc. 0051274551 (5th Cir. La. Aug. 25, 2014). The District Court's denial of Claimants' motions to confirm was not with prejudice and that this Court has not made a dispositive ruling on either Claimant 412 or Claimant 377's motion to confirm. See id.

6. Rule 42 states, in pertinent part, as follows:

(a) Consolidation. If actions before the court involve a common question of law or fact, the court may:
(1) join for hearing or trial any or all matters at issue in the actions;

U.S.C.S. Fed. Rules Civ. Proc. R. 42.

7. Motion to Confirm I and Motion to Confirm II share common questions of law and are based on similar fact patterns. Both motions present significant questions of federal law concerning the application of the Federal Arbitration Act. The memorandum in support filed in both motions are similar, however, the memorandum filed in Doc. 13333 is the more current

presentation and adequately addresses the legal argument applicable to both Doc. 13333 and 13196 regarding the confirmation of the motions to confirm arbitration awards.

8. Claimant-Movants are so similarly situated that judicial economy favors a single hearing for said Motions.

9. Consolidation of the motions to Confirm I and Confirm II will reduce the time and costs for the Court and the Parties involved in both motions.

WHEREFORE, Movants pray that the Court enter an order that said Motions hereinabove described be consolidated for hearing, argument and disposition and respectfully submit that oral argument will assist the Court in the adjudication of both matters.

RESPECTFULLY SUBMITTED,

s/ E. J. Saad
E. J. SAAD (AL861451)
ejsaad@ejsaadlaw.com

s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)
mandrews@ejsaadlaw.com
ATTORNEYS FOR CLAIMANTS

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA 36609
PHONE: 251-660-0888
Fax: 251-660-0777

S/Frederick T. Kuykendall, III
FREDERICK T. KUYKENDALL, III
ftkuykendall@yahoo.com
ATTORNEYS FOR CLAIMANTS

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151

CERTIFICATE OF SERVICE

I do hereby certify that copies of the above and foregoing Request for Oral Argument and Motion to Consolidate have been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of August, 2014.

s/E. J. Saad
E. J. SAAD (AL861451)