UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 2:12-cv-02338 | Judge Barbier<br>Mag. Judge Shushan |

**********************************************************************

### ORDER

CONSIDERING the foregoing Voluntary Joint Motion to Dismiss;

IT IS HEREBY ORDERED that that all claims of RICHARD and JANICE DANOS against SUPERIOR LABOR SERVICES, INC. in the captioned matter are dismissed, with prejudice, with each party to bear their own costs.

New Orleans, Louisiana this 29th day of August, 2014.

_____
United States District Judge