**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 10-4536* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is the United States' Motion to Review Order Regarding Admiral Mary Landry. (Rec. Doc. 13267). Having considered the United States' arguments, the relevant record, and the Magistrate Judge's Order (Rec. Doc. 13251), the Court finds the Magistrate Judge's decision was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly,

IT IS ORDERED that the United States' Motion to Review (Rec. Doc. 13267) is DENIED and the Magistrate Judge's Order (Rec. Doc. 13251) is AFFIRMED.

New Orleans, Louisiana, this 29th day of August, 2014

_____
United States District Judge