UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: *All Cases* | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Before the Court are two motions by Kevin LeMaire, who reports to be a member of the Economic and Property Damages class, that request leave to file (1) a Motion to Appoint Special Master (Rec. Docs. 12807) and (2) a supplement memorandum in support of same (Rec. Doc. 12982).

IT IS ORDERED that Mr. LeMaire's motions (Rec. Docs. 12807, 12982) are GRANTED insofar as they seek leave to file the listed documents.

Furthermore, after considering Mr. LeMaire's Motion to Appoint Special Master (Rec. Doc. 12807-2) and related papers,

IT IS ORDERED that the Motion to Appoint Special Master (Rec. Doc. 12807-2) is DENIED.

Also before the Court is an Ex Parte Motion for Interim Reimbursement of Share Expenses (Rec. Doc. 13281) and Mr. LeMaire's Motion for Leave to File Objections and Opposition to same (Rec. Doc. 13293).

IT IS ORDERED that the Motion for Leave to File Objections and Opposition (Rec. Doc.

13293) is GRANTED.

IT IS FURTHER ORDERED that Mr. LeMaire's objections and opposition (Rec. Doc. 13293-1) are OVERRULED and the Ex Parte Motion for Interim Reimbursement of Shared Expenses (Rec. Doc. 13281) is GRANTED.

IT IS FURTHER ORDERED that Philip A. Garrett, C.P.A., be and is hereby authorized and directed to arrange for the interim and interlocutory payment of shared cost reimbursements from the Common Benefit Fee and Cost Fund established pursuant to Section 5.16 of the Economic and Property Damages Class Settlement Agreement to the Common Benefit Attorneys and in the amounts reflected in Exhibit C to the Motion for Interim Reimbursement (Rec. Doc. 13281-3).

New Orleans, Louisiana, this 29th day of August, 2014

United States District Judge