IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the  Gulf of Mexico, on April 20, 2010 | *  *  *  *  * | MDL NO. 2179  SECTION: J |
| This document relates to all actions. | *  *  *  *  *  * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION
TO REMOVE THE CLAIMS ADMINISTRATOR IN EXCESS OF PAGE LIMIT**

Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file their Memorandum in Support of Motion to Remove the Claims Administrator in excess of the twenty-five-page limit imposed by Rule 7.7 of the Local Rules for the Eastern District of Louisiana.

BP seeks an extension of ten pages so that it can adequately address the significant issues regarding both the Claims Administrator's conduct and his management of the Court Supervised Settlement Program.

WHEREFORE, Defendants BP Exploration & Production, Inc. and BP America Production Company respectfully request this Court to grant them leave to file their Memorandum in Support of Motion to Remove the Claims Administrator in excess of the twenty-five-page limit.

September 2, 2014

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200



Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999


Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

***OF COUNSEL***

Respectfully submitted,

  */s/ Kevin M. Downey*
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029



  */s/ Don K. Haycraft*
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Richard C. Godfrey, P.C.
Wendy L. Bloom
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 2nd day of September, 2014.

*/s/ Don K. Haycraft*
Don K. Haycraft