IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to all actions. | * * * * * * * | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |

### BP'S MOTION TO REMOVE THE CLAIMS ADMINISTRATOR

Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully move this Court for an order removing Patrick A. Juneau from his roles as Claims Administrator and Settlement Trustee.  Recently disclosed evidence reveals that as counsel for the State of Louisiana, Mr. Juneau advocated vigorously on behalf of individual and business claimants seeking compensation from BP for alleged spill-related injuries—the parties whose claims he now decides in his role as Court-appointed "neutral."  Mr. Juneau failed to disclose that he had a conflict of interest.  This disabling conflict of interest at the outset, coupled with his subsequent failure to control misconduct and his inattention to the costs and operational difficulties of the CSSP, justify his removal.

For these reasons, BP respectfully requests that the Court remove Patrick A. Juneau from his roles as Claims Administrator and Settlement Trustee.  BP further asks this Court to order Mr. Juneau's recusal during the pendency of this Motion.  If the Court believes the record is insufficient at this time to remove Mr. Juneau, BP requests that the Court authorize it to conduct discovery and/or an evidentiary hearing to allow the Court and the parties to understand the scope of the Claims Administrator's representation of Louisiana and its impact here.

The grounds supporting these requests are set forth in the Memorandum filed herewith in support of this Motion.

| | |
|---|---|
| September 2, 2014 | Respectfully submitted, |
| Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 |    /s/ Kevin M. Downey<br>Kevin M. Downey<br>F. Lane Heard III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 434-5000<br>Telefax:  (202) 434-5029 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999 |    /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934 | Richard C. Godfrey, P.C.<br>Wendy L. Bloom<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200 |
| ***OF COUNSEL*** | Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 2nd day of September, 2014.

                                                */s/ Don K. Haycraft*
                                                Don K. Haycraft