**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| All Cases and No. 12-970 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

## ORDER

**[Granting BP's Motion to Remove the Claims Administrator]**

Before the Court is BP's Motion to Remove the Claims Administrator (Rec. Doc. _____).

After consideration of this Motion, the Court hereby **GRANTS** BP's Motion to Remove

the Claims Administrator, and it is **ORDERED** that:

1. Patrick A. Juneau is hereby removed from his positions as the Claims Administrator of

   the Court Supervised Settlement Program and as Settlement Trustee.

2. Pursuant to the procedure established in Section 4.3.3 of the Settlement Agreement for

   appointment of a replacement Claims Administrator, Lead Class Counsel or their

   designee and BP will agree to make a joint recommendation of one or more candidates

   for appointment by this Court as Claims Administrator.  They shall continue the process

   of joint recommendation as necessary until Court approval is obtained.

BP's request for discovery and/or an evidentiary hearing to allow the Court and the

parties to understand the scope of the Claims Administrator's representation of Louisiana, made

in the alternative, is mooted.

New Orleans, Louisiana, this _____ day of _____, 2014.


_____
**Carl J. Barbier**
**United States District Judge**