IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: All Cases and No. 12-970 | * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |

## ORDER

**[Regarding BP's Request for Recusal of the Claims Administrator Pending Consideration of BP's Motion to Remove the Claims Administrator]**

**CONSIDERING** BP's Motion to Remove the Claims Administrator (Rec. Doc. _____), the Court hereby orders as follows:

1. Patrick A. Juneau shall be recused from his roles as the Claims Administrator and Settlement Trustee pending a decision on BP's Motion to Remove the Claims Administrator.

New Orleans, Louisiana, this \_\_\_\_ day of September, 2014.

_____
**Carl J. Barbier
United States District Judge**