# Exhibit 1

<u>Exhibit 1</u>

**Chronology of Facts
Related to Patrick Juneau's Conflict of Interest**

| | |
|---|---|
| June 16, 2010 | The creation of an independent claims facility is announced, and Kenneth Feinberg is named as its head. |
| July 2, 2010 | Patrick Juneau, on behalf of his law firm, Juneau David APLC, enters into a Contract for Professional Legal Services with the Louisiana Department of Public Safety, Public Safety Services, Louisiana Oil Spill Coordinator's Office (LOSCO) (hereinafter "the Contract"). |
| *July 2010 – February 2011* | *Patrick Juneau advocates on behalf of the State of Louisiana and other Louisiana claimants before the GCCF.* |
| August 23, 2010 | The GCCF begins accepting claims for Emergency Advance Payments. |
| November 8, 2010 | Patrick Juneau emails Ken Feinberg to provide detailed comments on the GCCF's draft protocol, and attaches "valuation templates" according to which compensation should be calculated for claimants. |
| November 16, 2010 | Patrick Juneau emails Ken Feinberg requesting a meeting between Louisiana representatives and the GCCF, and further requesting that the GCCF advise him whether it is "interested in implementation of the templates." |
| November 17, 2010 | Patrick Juneau emails representatives of Feinberg Rozen, asking for a response to the detailed discussion of the GCCF's draft final protocol in his November 8, 2010 email. |
| November 22, 2010 | The GCCF transmits a proposed protocol and release regarding claimant compensation. |
| November 24, 2010 | Patrick Juneau emails Ken Feinberg commenting on the November 22, 2010 Protocol and Release, arguing against various limitations on compensation for claimants and expressing a "strong objection" to provisions in the release. |
| November 24, 2010 | Patrick Juneau transmits to Ken Feinberg by email "valuation Templates" and narratives in support of them. Juneau encourages Ken Feinberg to use the templates "in the evaluation of claims." The templates contain loose documentation |

| | |
|---|---|
| | requirements, for several claimant industries, including crabbers, restaurants, fin fishermen, shrimpers, and hotels. |
| December 21, 2010 | The PSC files a motion to supervise *ex parte* contacts between the GCCF and putative class members.  *See* Rec. Doc. 912. |
| February 1, 2011 | The State of Louisiana joins the PSC's motion to supervise the GCCF and adds a request that the Court prohibit the GCCF from requiring overly broad releases from claimants.  *See* Rec. Doc. 1091. |
| February 2, 2011 | The Court grants partial relief and orders further briefing on the motion to supervise the GCCF.  *See* Rec. Doc. 1098. |
| March 3, 2011 | The Contract is amended to increase Juneau David's maximum total compensation to $275,000, from $175,000. |
| April 19, 2011 | The State of Louisiana files a Complaint against BP seeking damages for, among other things, lost income from Louisiana residents as a result of the oil spill.  *See* Rec. Doc. 2031. |
| July 21, 2011 | The Contract is amended to terminate the agreement, effective July 21, 2011, instead of the previous termination date of June 30, 2013. |
| July 25, 2011 | The PSC files a motion seeking appointment of a Special Master to oversee the GCCF.  *See* Rec. Doc. 3423. |
| February 26 & 27, 2012 | BP and the PSC interview Patrick Juneau for the position of Claims Administrator. |
| March 1, 2012 | Patrick Juneau meets with Judge Barbier in advance of the public announcement of an Agreement in Principle the next day. |
| March 2, 2012 | The Economic and Property Damages Settlement Agreement in Principle is announced. |
| March 8, 2012 | Patrick Juneau is appointed as Claims Administrator of the Transition Process.  *See* Rec. Doc. 5995.  No disclosure of the Juneau David representation of Louisiana is referenced in the appointment order.  Between this date and June 4, 2012, Mr. Juneau oversees the transitions of claims from the GCCF to the CSSP. |
| May 1, 2012 | Preliminary Approval Hearing.  No disclosure of the Juneau David representation of Louisiana is made at the hearing. |

| | |
|---|---|
| May 2, 2012 | The Court grants Preliminary Approval of the Settlement Agreement. The Court appoints Patrick Juneau as Claims Administrator of the CSSP. *See* Rec. Doc. 6418. No disclosure of the Juneau David representation of Louisiana is contained in the order. |
| June 4, 2012 | The Court Supervised Settlement Program begins processing claims. |
| June 28, 2012 | *The Advertiser* quotes the Claims Administrator as stating that "Billions of dollars could flow into the hands of Louisiana's businesses and individuals through the BP settlement fund," and "[i]t will be one of the biggest economic investments in the state in years and it doesn't come from government funds or tax breaks." |
| *August 2012 – September 2012* | *The Claims Administrator advocates that BP should relax or waive certain documentation requirements contained in the Settlement Agreement.* |
| September 17, 2012 | BP agrees to waive certain documentation requirements at the Claims Administrator's urging. |
| November 8, 2012 | Final Approval Hearing. No disclosure of the Juneau David representation of Louisiana is made at the hearing. |
| December 21, 2012 | The Court grants final approval of the Settlement Agreement. *See* Rec. Doc. 8138. |
| July 2, 2013 | The Court appoints Louis J. Freeh as Special Master to conduct an independent investigation into suspected misconduct within the CSSP. *See* Rec. Doc. 10564. |
| August 1, 2013 | Patrick Juneau provides a sworn, on-the-record interview to Special Master Freeh in which he testifies that, as of February 2012, he "didn't have any involvement in anything in the spill. . . . didn't represent any claimants in the spill." *See* Rec. Doc. 12182-16 (withdrawn). |
| September 6, 2013 | Special Master Freeh submits his report, titled Independent Internal Investigation of the Deepwater Horizon Court Supervised Settlement Program. *See* Rec. Doc. 11287. |

3