# Exhibit 2

**Documents to Be Made Available Pursuant to Subpoena**

*From the Juneau David Firm*[1]

1. All emails, notes, memoranda, or any other documents containing, reflecting, or relating to any and all statements made to and by Patrick Juneau between July 2, 2010 and March 2, 2012 which reference or relate to:

    a. the Deepwater Horizon Oil Spill;

    b. BP;

    c. BP's purported responsibilities, liabilities, obligations, or fault as a result of the Deepwater Horizon Oil Spill; or

    d. claimants purportedly injured in the spill (whether individually or in any combination).

2. The files reflecting all documents reviewed and considered by Patrick Juneau between July 2, 2010 and March 2, 2012 related to or concerning:

    a. the Deepwater Horizon Oil Spill;

    b. BP;

    c. BP's purported responsibilities, liabilities, obligations, or fault as a result of the Deepwater Horizon Oil Spill; or

    d. claimants purportedly injured in the spill (whether individually or in any combination).

3. Documents reflecting communications between Patrick Juneau or any partner, employee, or staff of Juneau David and any agency, office, or representative of the State of Louisiana related to or concerning:

    a. the Deepwater Horizon Oil Spill;

    b. BP;

    c. BP's purported responsibilities, liabilities, obligations, or fault as a result of the Deepwater Horizon Oil Spill; or

    d. claimants purportedly injured in the spill (whether individually or in any combination).

---

[1] To the extent that the firm has any privileged communications responsive to the requests below, it should so state and state what privilege is being asserted on behalf of whom.

4. The client files from Juneau David relating to its representation of the State of Louisiana or any of its agencies or offices or representatives in any and all matters related to the Deepwater Horizon Oil Spill.

5. All pleadings from the case captioned *In re Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico*, April 20, 2010, MDL No. 2179 (E.D. La. 2010), which were reviewed by, commented upon, or drafted, in whole or in part, by Patrick Juneau or any partner, employee, or staff of Juneau David between July 2, 2010 and March 2, 2012.

6. All documents containing, reflecting, or relating to Patrick Juneau's comments upon, or drafting (in whole or in part) of, pleadings in the case captioned *In re Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico*, April 20, 2010, MDL No. 2179 (E.D. La. 2010).

7. Documents reflecting any communication from Patrick Juneau or the Juneau David firm to any representative of the Gulf Coast Claims Facility between July 2, 2010 and March 2, 2012.

8. Documents reflecting any communication between Patrick Juneau or Juneau David and any claimant or representative of a claimant in the Court Supervised Settlement Program about the Deepwater Horizon Oil Spill between July 2, 2010 and March 2, 2012.

9. Documents reflecting any communication between Patrick Juneau or Juneau David and any lawyer, staff, or agent of any PSC Member firm regarding the Deepwater Horizon Oil Spill or BP or any of its officers, employees, directors, consultants, advisers, lawyers, or other agents between July 2, 2010 and March 2, 2012.

10. Documents containing, reflecting, or relating to any disclosure made by Patrick Juneau to BP, or any lawyer or agent of BP, of his prior representation of Louisiana before his appointment as Claims Administrator.

11. Documents containing, reflecting, or relating to any waiver, agreement, acquiescence, or consent by BP, or any lawyer or agent of BP, to Patrick Juneau serving as Claims Administrator after having been informed of Patrick Juneau's prior representation of Louisiana.

*From the GCCF*

12. Documents reflecting any communication between Patrick Juneau or any partner, employee, or staff of Juneau David and the GCCF or any of its lawyers or staff between July 2, 2010 and March 2, 2012.

13. All documents reflecting statements in any form made by Patrick Juneau related to the Deepwater Horizon Oil Spill and any related issue, including compensation of claimants, documentation requirements for claimants, compensation methodologies for claimants, or the GCCF release.

*From All PSC Firms*

14. Copies of any documents reflecting communications between any lawyer, staff, or agent of any PSC Member firm and Patrick Juneau or Juneau David between July 2, 2010 and March 2, 2012.

15. Copies of any final or draft pleadings in MDL No. 2179 which were sent to or received from the Juneau David firm between July 2, 2010 and March 2, 2012.

16. Copies of any documents reflecting any discussion by anyone (including but not limited to PSC Member firms) with Patrick Juneau or the Juneau David firm or its lawyers, paralegals, staff, or agents on the following subjects: the GCCF release; documentation requirements for claimants alleging injury due to the Deepwater Horizon Oil Spill; compensation protocols; or compensation methodologies.

17. Copies of any documents reflecting any discussion by anyone (including but not limited to PSC Member firms) with any agency, office, or representative of the State of Louisiana regarding any of the following subjects: the GCCF release, documentation requirements for claimants alleging injury due to the Deepwater Horizon Oil Spill; compensation protocols; or compensation methodologies.

*From Adjusters International*

18. Copies of any contract or agreement between Adjusters International and Patrick Juneau or Juneau David in effect between July 2, 2010 and March 2, 2012 related to or concerning:

    a. the Deepwater Horizon Oil Spill;

    b. BP;

    c. Louisiana-based industries purportedly affected by the spill; or

    d. claimants purportedly injured in the spill (whether individually or in any combination).

19. Copies of any documents reflecting any discussion between any employee, staff, or agent of Adjusters International and Patrick Juneau or Juneau David between July 2, 2010 and March 2, 2012 regarding any of the following subjects: the documentation requirements for claimants alleging injury due the Deepwater Horizon Oil Spill; and compensation protocols, methodologies, or valuation templates.

20. The files reflecting all documents reviewed and considered by Adjusters International between July 2, 2010 and March 2, 2012 related to or concerning:

    e. the Deepwater Horizon Oil Spill;

    f. BP;

      g. Louisiana-based industries purportedly affected by the spill; or

      h. claimants purportedly injured in the spill (whether individually or in any combination).

21. All documents related to or concerning the development of methodologies to calculate lost profits or other forms of compensation for claimants in the Gulf Coast Claims Facility.

**Witnesses to Be Made Available for Testimony**

Patrick Juneau
Ken Feinberg (GCCF)
Elizabeth Murrill (Louisiana AG)
Mark Brady (Louisiana AG)
Megan Terrell (Louisiana AG)
Kristy Nichols (Louisiana AG)
Rich LaCour (Adjusters International)
Adjusters International by Fed. R. Civ. P. 30(b)(6)
Persons in all PSC Member firms who had contact with the Juneau David firm about any aspect of the Deepwater Horizon Oil Spill or claims arising from it or the manner in which such claims should be compensated, the GCCF, and the MDL No. 2179 before March 2, 2012.

BP may become aware of the need for additional witnesses and documents and reserves all rights to obtain such information.