# Exhibit 3

*419- 100365*
*694588*

# STATE OF LOUISIANA

## CONTRACT FOR PROFESSIONAL LEGAL SERVICES

**BE IT KNOWN THAT** this agreement is entered into by and between the Department of Public Safety, Public Safety Services/Louisiana Oil Spill Coordinator's Office (LOSCO) hereinafter sometimes referred to as ("State") and Juneau David, APLC hereinafter sometimes referred to as ("Counsel").

1.

Counsel hereby agrees to furnish the following services:

advice and *counsel to the State through the Department of Public Safety, Public Safety Services/LOSCO related to the claims process and allocation protocols utilized and developed by the Responsible Parties associated with and/or arising from the Deepwater Horizon Oil Spill, Mississippi Canyon*

The scope of this contract does not include litigation, unless requested by or consented to by the Attorney General, or proceedings arising out of or involving tort or worker's compensation.

These legal services are to be provided under the immediate supervision of Elizabeth Murrill, Deputy Executive Counsel to Governor Bobby Jindal, subject to secondary review by the Department of Justice, Office of the Attorney General.

2.

In consideration of services described hereinabove, State hereby agrees to pay the Counsel as follows:

See Attached Rate Schedule

The total of all sums payable under this contract including fees and reimbursement of expenses shall not exceed $175,000.00.

Counsel is authorized to associate with local counsel in other states as required by local court rules, subject to approval by the Attorney General and the Commissioner of Administration of such associated counsel and of rates to be paid. After such approval, Counsel is authorized to incorporate the billings of associated counsel with invoices submitted to the Attorney General.

Counsel will submit, at the end of each calendar month, an itemization of all work performed, listing time by date for work performed by hours, down to the quarter of an hour, with specific reference to the nature of the work performed (e.g., drafting of pleadings, research, review of files, etc.). Invoices for services shall be submitted by counsel to State for review and approval. All billings by Counsel for services rendered shall be submitted in compliance with LSA-R.S. 39:1521.1. Any invoices submitted to Counsel by associated counsel shall also comply with the invoicing terms required of Counsel.

Counsel shall be reimbursed for out-of-pocket expenses in accordance with the regulations issued by the Division of Administration. Travel time, at the direction and for the convenience of the State, is billable as services. Counsel agrees to comply with the instructions on Attachment #1 when submitting invoices.

Counsel hereby agrees that the responsibility for payment of taxes from the funds thus received under this agreement and/or legislative appropriation shall be said counsel's obligation and identified under Federal tax identification number ██████████

Counsel agrees to submit monthly statements. It is understood that should Counsel fail to submit statements within thirty (30) days following the end of each month, State shall not be responsible for payment thereof under this contract or in quantum meruit.

3.

The Legislative Auditor of the State of Louisiana and/or Division of Administration auditors may audit all records of Counsel which relate to this contract. Counsel shall maintain said records for a period of three years after the date of final payment under this contract.

4.

This contract is in effect for the period commencing July 2, 2010, and ending on June 30, 2013. Notwithstanding the foregoing, in no event shall this contract be valid until it has been approved in writing by the Director of the Office of Contractual Review and the Attorney General.

5.

The continuation of this contract is contingent upon the appropriation of funds to fulfill the requirements of the contract by the legislature. If the legislature fails to appropriate sufficient monies to provide for the continuation of the contract, or if such appropriation is reduced by the veto of the Governor or by any means provided in the appropriations act to prevent the total appropriation for the year from exceeding revenues for that year, or for any other lawful purpose, and the effect of such reduction is to provide insufficient monies for the continuation of the contract, the contract shall

terminate on the date of the beginning of the first fiscal year for which funds are not appropriated.

6.

Counsel shall not assign any interest in this contract and shall not transfer any interest in same (whether by assignment or novation), without prior written consent of the State, provided however, that claims for money due or to become due to the Counsel from the State under this contract may be assigned to a bank, trust company, or other financial institution without such prior written consent.   Notice of any such assignment or transfer shall be furnished promptly to the State and the Director of the Office of Contractual Review.

7.

Either party shall have the right to cancel this contract, with or without cause, by giving the other party (30) days written notice forwarded to their respective address by certified mail.  State has the right to cancel this contract upon less than thirty (30) days due to budgetary reductions and changes in funding priorities by the State.

Notice shall be sent Certified Mail, return receipt requested, to the following addresses:

| | |
|---|---|
| If to State: | Louisiana Oil Spill Coordinator's Office<br>Louisiana Department of Public Safety & Corrections<br>Public Safety Services<br>P. O. Box 66614<br>Baton Rouge, LA 70896 |
| If to Counsel: | Patrick A. Juneau<br>Juneau, David, APLC<br>P.O. Box 51268<br>Lafayette, LA 70505-1268 |

8.

All records, reports, documents and other material delivered or transmitted to Counsel by State shall remain the property of State, and shall be returned by Counsel to State, at Counsel's expense, at termination or expiration of this contract. All records, reports, documents, pleadings, exhibits or other material related to this contract and/or obtained or prepared by Counsel in connection with the performance of the services contracted for herein shall become the property of State, and shall, upon request, be returned by Counsel to State, at Counsel's expense, at termination or expiration of this contract.

9.

The State and Counsel acknowledge and agree that the Department of Justice has the right to review all records, reports, worksheets or any other material of either party related to this contract. The State and Counsel further agree that they or either of them will furnish to the Department of Justice, upon request, copies of any and all records, reports, worksheets, bills, statements or any other material of Counsel or State related to this contract.

10.

Counsel agrees to abide by the requirements of the following as applicable: Title VI of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, Federal Executive Order 11246 as amended, the Rehabilitation Act of 1973, as amended, the Vietnam Era Veteran's Readjustment Assistance Act of 1974, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, the Fair Housing Act of 1968 as amended,

and contractor agrees to abide by the requirements of the Americans with Disabilities Act of 1990.

Counsel agrees not to discriminate in its employment practices, and will render services under this contract without regard to race, color, religion, sex, sexual orientation, national origin, veteran status, political affiliation, or disabilities.

Any act of discrimination committed by counsel, or failure to comply with these statutory obligations when applicable shall be grounds for termination of this contract.

11.

This contract is not effective until approved by the Director of the Office of Contractual Review in accordance with La. R.S. 39:1502. It is the responsibility of the contractor to advise the State in advance if contract funds or contract terms may be insufficient to complete contract objectives.

12.

Any claim or controversy arising out of the contract shall be resolved by the provisions of LSA-R.S. 39:1524 - 1526.

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of this day of July 2, 2010.

WITNESSES SIGNATURES:

_____
DANIelle Lahni?t

_____
Stacey Oxley

LOUISIANA OIL SPILL COORDINATOR

BY: _____
JILL P. BOUDREAUX
DRS UNDERSECRETARY

**Telephone:  225-925-6032**

Karen Blanchard

_____
Felicia Guidry

COUNSEL

BY: _____
PATRICK A. JUNEAU, PARTNER
JUNEAU DAVID, APLC

**Tax I.D. #:** ████████

**Telephone:  337-269-0052**

CONCURRED BY:

_____   7/12/10
J.S. THOMPSON, JR.              DATE
STATE RISK DIRECTOR

APPROVED AS PER LETTER OF __7/12/10__
JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL

BY: _____
RICHARD L. McGIMSEY
ASSISTANT ATTORNEY GENERAL

A P P R O V E D
Office of the Governor
Office of Contractual Review

JUL 1 5 2010

Sandra D. Gullen
CR

**ATTACHMENT #1**

**INSTRUCTIONS FOR SUBMITTING INVOICES**

At the end of each calendar month, an itemization of all work performed, listing time by date for work performed by hours, down to the quarter of an hour with specific reference to the nature of the work performed *(e.g. drafting of expert reports, research, review of files, etc.)* should be invoiced to the Louisiana Department of Public Safety and Corrections/LOSCO.

Reimbursement for all expenses must have receipts or documentation attached to the invoices or reimbursement will not be made. Some examples of the receipts or documentation that will be accepted are given below:

1. Telephone expenses - a copy of the telephone bill indicating the telephone calls made in reference to the contract. A listing of telephone billings on the invoice with the original kept by counsel for review by the State.

2. Express Mail - a copy of the invoice from the vendor.

3. Travel expenses - purpose of the trip, miles traveled or airline ticket receipt, parking receipts, taxi receipts, hotel receipts (credit card receipt will not be accepted).

4. Photocopying - number of copies and the amount per copy; or if outside photocopying is utilized a receipt must be included.

When invoices are submitted at the end of each calendar month, you must indicate the amount of your contract, the amount billed to date and the remaining balance.

If your invoices are billed by each individual case that you have worked on please include a summary sheet for that month for that invoice.  Do not include any previous balances owed on the summary sheet.

LSA - R.S. 39:1521.1 calls for invoices to be submitted in the form of an affidavit.

CFMS # 694588
OCR #419-100365
Amendment # 01

**Amendment to Agreement between**

Louisiana Department of Public Safety & Corrections
Public Safety Services, Louisiana Oil Spill Coordinator's Office (LOSCO)
AND
Juneau David, APLC
P.O. Box 51268
Lafayette, LA 70505-1268

**Amendment Provisions**

**Change Agreement From:**

**Counsel hereby agrees to furnish the following services:**

These legal services are to be provided under the immediate supervision of Elizabeth Murrill, Deputy Executive Counsel to Governor Bobby Jindal, subject to secondary review by the Department of Justice, Office of the Attorney General.

**Add or Change To:**

**Counsel hereby agrees to furnish the following services:**

These legal services are to be provided under the immediate supervision of Mark Brady, Deputy Commissioner, Division of Administration, subject to secondary review by the Department of Justice, Office of the Attorney General.

Amendment becomes effective:  August 26, 2010

This amendment is necessary to change the supervision requirement in current contract and contains or has attached hereto all revised terms and conditions agreed upon by contracting parties.

IN WITNESS THEREOF, this amendment is signed and entered into on the date indicated above.

**Contractor:**

Patrick A. Juneau, Partner
Juneau David, APLC

**Public Safety Services:**

Jill P. Boudreaux, Undersecretary

**Witnesses:**

Felicia Guidry

SEP 28 2010

CFMS # 694588
OCR #419-100365
Amendment # 02

## Amendment to Agreement between

Louisiana Department of Public Safety & Corrections
Public Safety Services, Louisiana Oil Spill Coordinator's Office (LOSCO)
AND
Juneau David, APLC
P.O. Box 51268
Lafayette, LA  70505-1268

### Amendment Provisions

**Change Agreement From:**

   2. In consideration of services described hereinabove, State hereby agrees to pay the
Counsel as follows:

   The total of all sums payable under this contract including fees and reimbursement of
expenses shall not exceed $175,000.00.

**Add or Change To:**

   2. In consideration of services described hereinabove, State hereby agrees to pay the
Counsel as follows:

   The total of all sums payable under this contract including fees and reimbursement of
expenses shall not exceed $275,000.00.

Amendment becomes effective:  <u>March 3, 2011</u>

This amendment is necessary to increase the number of hours required to provide legal services
as described in the original scope of services and contains or has attached hereto all revised terms
and conditions agreed upon by contracting parties.

IN WITNESS THEREOF, this amendment is signed and entered into on the date indicated above.

**Contractor:**                                    **Witnesses:**

_____                   APR 05 2011
Patrick A. Juneau, Partner
Juneau David, APLC

**Public Safety Services:**

_____                   **RECEIVED**
Jill R. Boudreaux, Undersecretary          APR 15 2011

                                              APPROVED AS PER LETTER OF
                                              JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL

                                              BY: _____
                                                   RICHARD L. McGIMSEY
                                                   ASSISTANT ATTORNEY GENERAL

CFMS # 694588
OCR #419-100365
Amendment # 03

**Amendment to Agreement between**

Louisiana Department of Public Safety & Corrections
Public Safety Services, Louisiana Oil Spill Coordinator's Office (LOSCO)
AND
Juneau David, APLC
P.O. Box 51268
Lafayette, LA  70505-1268

**Amendment Provisions**

**Change Agreement From:**

4.  This contract is in effect for the period commending July 2, 2010 and ending on June 30, 2013.

**Add or Change To:**

4.  This contract is in effect for the period commending July 2, 2010 and ending on July 21, 2011.

Amendment becomes effective: <u>July 21, 2011</u>

This amendment is necessary to cancel contract as requested by Contractor.  All tasks have been performed in accordance with deliverables as originally listed.

IN WITNESS THEREOF, this amendment is signed and entered into on the date indicated above.

Contractor:

Patrick A. Juneau, Partner
Juneau David, APLC

Witnesses:

Felicia Guidry

Public Safety Services:

Jill P. Boudreaux, Undersecretary

AUG 16 2011