# Exhibit 4

CFMS # 694588
OCR #419-100365
Amendment # 02

## Amendment to Agreement between

Louisiana Department of Public Safety & Corrections
Public Safety Services, Louisiana Oil Spill Coordinator's Office (LOSCO)
AND
Juneau David, APLC
P.O. Box 51268
Lafayette, LA 70505-1268

### Amendment Provisions

**Change Agreement From:**

2. In consideration of services described hereinabove, State hereby agrees to pay the Counsel as follows:

The total of all sums payable under this contract including fees and reimbursement of expenses shall not exceed $175,000.00.

**Add or Change To:**

2. In consideration of services described hereinabove, State hereby agrees to pay the Counsel as follows:

The total of all sums payable under this contract including fees and reimbursement of expenses shall not exceed $275,000.00.

Amendment becomes effective: March 3, 2011

This amendment is necessary to increase the number of hours required to provide legal services as described in the original scope of services and contains or has attached hereto all revised terms and conditions agreed upon by contracting parties.

IN WITNESS THEREOF, this amendment is signed and entered into on the date indicated above.

Contractor:

_____
Patrick A. Juneau, Partner
Juneau David, APLC

Public Safety Services:

_____
Jill R. Boudreaux, Undersecretary

Witnesses:

_____
Felicia Guidry

_____

APR 05 2011

RECEIVED
APR 15 2011

APPROVED AS PER LETTER OF
JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL

BY: _____
RICHARD L. McGIMSEY
ASSISTANT ATTORNEY GENERAL