# Exhibit 5

1

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
7                              THURSDAY, AUGUST 1, 2013, 8:00 A.M.

8    THIS RELATES TO ALL CASES

9    ****************************************************************

10

11        SWORN STATEMENT OF **PATRICK A. JUNEAU, ESQUIRE**
          TAKEN BEFORE THE HONORABLE LOUIS J. FREEH
12                        SPECIAL MASTER

13

14   APPEARANCES:

15

16                         LOUIS J. FREEH, SPECIAL MASTER
                           JAMES BUCKNAM, ESQUIRE
17                         STEVE TIDWELL

18

19

20   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
21                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
22                              NEW ORLEANS, LA  70130
                                (504) 589-7779
23                              Cathy_Pepper@laed.uscourts.gov

24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.



EXHIBIT
16

**C O N F I D E N T I A L**

SM-03-JA000106

2

I N D E X

EXAMINATIONS                                              PAGE

**PATRICK JUNEAU**.......................................    4

EXAMINATION BY MR. FREEH............................    4

EXAMINATION BY MR. BUCKNAM..........................  102

EXAMINATION BY MR. TIDWELL..........................  118

EXAMINATION BY MR. BUCKNAM..........................  123

EXAMINATION BY MR. FREEH............................  123


E X H I B I T S

DESCRIPTION                                               PAGE

EXHIBIT PJ-10 WAS MARKED............................   36

EXHIBIT PJ-11 WAS MARKED............................   38

EXHIBIT PJ-4B WAS MARKED............................   50

EXHIBIT PJ-4C WAS MARKED............................   53

EXHIBIT JP-12 WAS MARKED............................   60

EXHIBIT PJ-13 WAS MARKED............................   60

EXHIBIT PJ-14 WAS MARKED............................   62

EXHIBIT PJ-15 WAS MARKED............................   67

EXHIBIT PJ-16 WAS MARKED............................   84

**OFFICIAL TRANSCRIPT**

SM-03-JA000107

3

1  EXHIBITS PJ-1, PJ-1A, PJ-1C, PJ-1D AND PJ-7 WERE      101
2  MARKED............................................
3  EXHIBITS PJ-2, PJ-3 AND PJ-4 WERE MARKED............  103
4  EXHIBIT PJ-9 WAS MARKED.............................  109
5  EXHIBIT PJ-8 WAS MARKED.............................  109
6  EXHIBIT PJ-17 WAS MARKED............................  116

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**OFFICIAL TRANSCRIPT**

SM-03-JA000108

4

1                P-R-O-C-E-E-D-I-N-G-S

2              THURSDAY, AUGUST 1, 2013

3

08:07AM  4

08:07AM  5        MR. FREEH:  We'll go on the record.

08:07AM  6            Mr. Juneau, do you swear that the information

08:07AM  7    you will give to the Special Master today will be the truth,

08:07AM  8    the whole truth and nothing but the truth?

08:07AM  9        THE WITNESS:  I do.

08:07AM 10        MR. FREEH:  Thank you very much.

11                **PATRICK JUNEAU**

12    was called as a witness and, after being first duly sworn, was

13    examined and testified on his oath as follows:

14                    EXAMINATION

15    BY MR. FREEH:

08:07AM 16    Q.    Mr. Juneau, could you just state for the record where

08:07AM 17    you're licensed to practice law, please.

08:07AM 18    A.    I'm licensed to practice in the state of Louisiana, and

08:08AM 19    I've been licensed since 1965.  I am admitted to practice in

08:08AM 20    many courts, including the United States Supreme Court, all of

08:08AM 21    the federal courts here in Louisiana, Fifth Circuit -- you

08:08AM 22    know, the way these certifications run, I think it's the Eighth

08:08AM 23    and Eleventh Circuits.  I'm not sure.  It was on my resumé --

08:08AM 24    but the two other Federal Circuits I've been involved in.

08:08AM 25            I also practiced in the Southern District of Texas in

**C O N F I D E N T I A L**

SM-03-JA000109

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 6 of 148
Case 2:10-md-02179-CJB-SS   Document 12382-10   Filed 09/07/14   Page 5 of 148

5

08:08AM 1    the federal court.  Obviously, in the Fifth Circuit here and
08:08AM 2    all state courts in Louisiana.
08:08AM 3             I have appeared in other state courts, you know, as a
08:08AM 4    lawyer, but just by individual admission.
08:08AM 5    Q.   You're an attorney in good standing in the state of
08:08AM 6    Louisiana?
08:08AM 7    A.   I am.
08:08AM 8    Q.   Where, sir, did you complete your law school?
08:08AM 9    A.   I completed -- I completed LSU Law School.  I went to
08:08AM 10   undergraduate school -- undergraduate school, United States
08:09AM 11   Army, then back to law school at LSU.
08:09AM 12   Q.   Have you continuously practiced law since the approximate
08:09AM 13   time you graduated from law school?
08:09AM 14   A.   Absolutely.  I mean, that's been my -- what I've done my
08:09AM 15   entire life.
08:09AM 16            I guess you could call it *the practice of law*; but, a
08:09AM 17   little twist to that is, starting about 25, maybe 27 years ago,
08:09AM 18   I did -- at the request of parties, I had done a lot of
08:09AM 19   mediation.  I've actually done about 4,000 mediations.
08:09AM 20            But I was appointed early, about 27 years ago, as a
08:09AM 21   special master in complex litigation.  The first case was
08:09AM 22   actually *Combustion, Inc.*, which was in the Middle District of
08:09AM 23   Louisiana.  It was the first big environmental case in
08:09AM 24   Louisiana.
08:09AM 25            I handled that case from inception through

**C O N F I D E N T I A L**

SM-03-JA000110

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 7 of 148
Case 2:10-md-02179-CJB-SS   Document 13382-10   Filed 09/07/14   Page 6 of 148

6

08:09AM  1    completion, that is, through negotiations, through the

08:10AM  2    settlement, through the allegations.  I conducted the hearings

08:10AM  3    and did all the reports to the Court.  Ultimately, the matter

08:10AM  4    was concluded.

08:10AM  5        The reason I mention it, you were talking about the

08:10AM  6    practice of law.  Since then, yeah, I've served maybe 35 or

08:10AM  7    45 times, by court appointment, federal and state, as a special

08:10AM  8    master in a lot of national cases, a lot of well recognized --

08:10AM  9    certainly well recognized cases in the south.

08:10AM 10        Kind of a blending in there, I've done a lot of

08:10AM 11    mediation -- continued to do some mediations across the

08:10AM 12    country, I mean, from California to the East Coast.

08:10AM 13        I mention that because I kind of got out of the trial

08:10AM 14    work per se that I did a lot of.  I mean, I've tried a lot of

08:10AM 15    cases.  I would say over the past 25, 27 years, it's a

08:11AM 16    combination of those two factors, by federal and state

08:11AM 17    appointment, that I've served in those capacities.

08:11AM 18        So whether you call that *the practice of law* or not,

08:11AM 19    it is, I guess, the practice of law.  You wouldn't be appointed

08:11AM 20    if you weren't a lawyer.  But it's not what I -- what I call

08:11AM 21    *the active practice of law*, that is, handling litigation,

08:11AM 22    plaintiff, defendant.

08:11AM 23        In further answer to your question, I was a defense

08:11AM 24    trial lawyer all my life.  That's all that controversy that's

08:11AM 25    been appearing in the paper.  The *New York Times* reported I was

**C O N F I D E N T I A L**

SM-03-JA000111

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 8 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 02/17/14 Page 7 of 148

7

08:11AM 1  a plaintiff trial lawyer. That was interesting because I'm a

08:11AM 2  past president of the Louisiana Defense Counsel Association --

08:11AM 3  a lot of the organizations.

08:11AM 4       But my point I'm trying to get to is I was actually a

08:11AM 5  trial lawyer most of my life, but a defense trial lawyer in

08:11AM 6  Louisiana. I grew up mainly in the maritime field because

08:11AM 7  that's where we are. You know, we live right off the coast. I

08:11AM 8  used to work offshore as a kid.

08:12AM 9       So in these federal courts here and all over

08:12AM 10  Louisiana, I mean, I've tried hundreds of cases; but, that's

08:12AM 11  been my -- the bulk of my practice, you know, since '65.

08:12AM 12  Q.  There came a time when you were appointed the Court Claims

08:12AM 13  Administrator for what's been referred to as the *Horizon* or the

08:12AM 14  *BP* matter?

08:12AM 15  A.  I vividly remember all of that, yes. Interesting story

08:12AM 16  behind all that.

08:12AM 17  Q.  Approximately when were you appointed, sir?

08:12AM 18  A.  I think that was in March, March or April. I don't have

08:12AM 19  the exact order here, but I vividly remember how all that came

08:12AM 20  about. I don't know if that's your question, but, I mean --

08:12AM 21  Q.  I didn't ask you that, but, certainly, you can explain

08:12AM 22  that.

08:12AM 23  A.  What happened, I was in my office in Lafayette, and I got

08:12AM 24  a call. I think there was a lawyer from the PSC on the phone,

08:13AM 25  and I think it was a lawyer from BP on the phone. I wasn't in

**C O N F I D E N T I A L**

SM-03-JA000112

Case 2:10-md-02179-CJB-SS   Document 13347-10   Filed 09/02/14   Page 9 of 148
Case 2:10-md-02179-CJB-SS   Document 13182-10   Filed 07/07/14   Page 9 of 148

8

08:13AM 1  that room, but I was in Lafayette.

08:13AM 2      I think this was on a Thursday or something like

08:13AM 3  that.  They asked me could I come to New Orleans.  There was a

08:13AM 4  meeting about the *Deepwater Horizon*.  Anybody that lives in the

08:13AM 5  Gulf South knows those words, obviously know about the whole

08:13AM 6  spill.  They asked me to come over here.

08:13AM 7      Now, I knew, from reading the newspaper -- I didn't

08:13AM 8  have any involvement in anything in the spill.  I didn't

08:13AM 9  represent any claimants in the spill, wasn't representing any

08:13AM 10 defendants in the spill, had really had no connection with the

08:13AM 11 spill per se.

08:13AM 12     They asked me to come because they were considering

08:13AM 13 some matters that had to do with some considerations of

08:13AM 14 appointment.  That's all I really knew.

08:13AM 15     I knew that settlement negotiations were underway

08:13AM 16 because it was in the paper.  The trial was set.  They bumped

08:13AM 17 the trial for about ten days or something like that.

08:14AM 18     So I came here.  They told me to meet at the

08:14AM 19 Ritz-Carlton hotel.  I went to the Ritz-Carlton.  They had a

08:14AM 20 conference room set up.  There were various people there.

08:14AM 21 There were several BP people there, all the lawyers for BP.

08:14AM 22 I'm not sure whether it was direct or not.

08:14AM 23 Q.   Do you remember which BP lawyers in specific?

08:14AM 24 A.   I remember Moskowitz being there.  I'm not sure if

08:14AM 25 Mark Holstein was at that meeting or not.  I just don't

**C O N F I D E N T I A L**

SM-03-JA000113

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 10 of 148
Case 2:10-md-02179-CJB-SS   Document 12167-10   Filed 01/07/14   Page 9 of 148

9

08:14AM 1   remember.

08:14AM 2   Q.    Then the plaintiffs' lawyers were represented?

08:14AM 3   A.    They had a representative of the plaintiffs.  I

08:14AM 4   remember -- I think -- I can remember Mr. Roy there.  I don't

08:14AM 5   know if Mr. Herman was there or not.  There were several people

08:14AM 6   in the room.

08:14AM 7   Q.    Did the meeting turn into, in effect, an interview of you

08:14AM 8   for this position?

08:14AM 9   A.    Exactly.  What I learned when I was there, that they were

08:14AM 10  in real serious stages of the settlement negotiations, the

08:14AM 11  terms of which I did not know.

08:14AM 12          They said that they were going to have to appoint

08:15AM 13  someone to be in charge of this operation.  I kind of knew what

08:15AM 14  those concepts were, having done that before.

08:15AM 15          They asked me what my thoughts are about handling

08:15AM 16  claims, how do you do claims, and how do you administer -- do

08:15AM 17  you have -- do you know of any problems you'd have about this?

08:15AM 18  I mean, real extensive.  I mean, it must have gone on for about

08:15AM 19  three hours.

08:15AM 20          I was told -- I don't know this for a fact, but I was

08:15AM 21  told there were about 10 or 12 people they were talking to from

08:15AM 22  around the country.  To this day, I don't even know who that

08:15AM 23  was.

08:15AM 24          We finished that discussion.  I got in my car.  I

08:15AM 25  drove here from Lafayette, which is about two hours.  I got in

**C O N F I D E N T I A L**

SM-03-JA000114

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 11 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/17/14 Page 11 of 148

10

08:15AM 1    my car, went back home.  I'm sitting in my house in my den with

08:15AM 2    my wife drinking coffee.

08:15AM 3            The next morning, somebody called -- you know, as God

08:15AM 4    be my witness, I don't remember who called -- somebody called

08:15AM 5    and said, could you come back?  I said, what do you mean, come

08:16AM 6    back when?  He said, come back today.  I said, okay.

08:16AM 7            So I got back in my car, went back to New Orleans.

08:16AM 8    All these meetings were at the Ritz-Carlton conference room --

08:16AM 9    or one of the conference rooms.

08:16AM 10           Then they expanded the group of people who were in

08:16AM 11   the room at the time.  There was -- I can remember -- it was

08:16AM 12   either the Assistant General Counsel or the General Counsel of

08:16AM 13   BP was there.  I do remember that.

08:16AM 14           I'm not sure if it was Mr. Neath or somebody else.

08:16AM 15   Somebody else was in that room.  I remember Moskowitz in the

08:16AM 16   room.  I think the same people were there.  They might have had

08:16AM 17   ten people.

08:16AM 18   Q.   But more people than the day before?

08:16AM 19   A.   Yes, sir.  Yes, sir.  It was just an expansion, from my

08:16AM 20   perspective, of the same things we talked about the day before.

08:16AM 21   I think -- it struck me as just being more exposure to more

08:16AM 22   people.  That's kind of how I viewed it.

08:16AM 23           I didn't see anything substantively that occurred,

08:16AM 24   you know, that was different from the first one.

08:17AM 25           Then they said, thank you very much.  I said, thank

**C O N F I D E N T I A L**

SM-03-JA000115

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 12 of 148
Case 2:10-md-02179-CJB-SS   Document 13182-10   Filed 07/17/14   Page 12 of 148

11

08:17AM 1  you very much.  I got in my car, and I drove back to Lafayette.

08:17AM 2         Then I got a call -- I think it must have been a

08:17AM 3  joint call, that's how most of these calls were -- and told me

08:17AM 4  that the parties had met, and that they had decided to select

08:17AM 5  one name.

08:17AM 6         Because, initially, I think Judge Barbier had asked

08:17AM 7  them, he said, "Give me three names, and I'll make an

08:17AM 8  appointment."  What they did is they came up with one name.

08:17AM 9  They wanted to know, if they did that, could I -- would I

08:17AM 10 accept an appointment like that?  Because we were still -- it

08:17AM 11 was general talk at that point.

08:17AM 12        I told them, yes.  I said, "Well, now" -- you know,

08:17AM 13 the devil is in the details.  I said, "Yeah, I need to know

08:17AM 14 more about what it is, but my inclination is yes."

08:17AM 15        I knew a lot about -- not the settlement per se, but

08:18AM 16 about the general process.

08:18AM 17        So it was either -- shortly thereafter, I mean, that

08:18AM 18 Monday or that Tuesday, I came back over here, and they said

08:18AM 19 they are going to submit the names to Judge Barbier.  I didn't

08:18AM 20 even talk to him.

08:18AM 21 Q.   I'm sorry, did they say "name" or "names," pleural?

08:18AM 22 A.   Name, single.  That's what they told me.

08:18AM 23        Then the next thing I knew, he had it under

08:18AM 24 consideration.  Then I was appointed.  I was asked to come back

08:18AM 25 here to start understanding kind of what the details were, I

**C O N F I D E N T I A L**

SM-03-JA000116

08:18AM 1     mean, you know, where they were about settlement negotiations,

08:18AM 2     and we started talking about it.

08:18AM 3         I had to conceptually start thinking about how in the

08:18AM 4     world do you put this thing together? Because I was told --

08:18AM 5     this is very unique for this case -- it is for me -- I was told

08:19AM 6     initially that we're going to make an appointment -- there were

08:19AM 7     going to be several appointments simultaneously, which I had

08:19AM 8     nothing to do with -- as they were going to appoint some

08:19AM 9     court-appointed vendors that I was to work with, some of which

08:19AM 10     had already been working, were working in the Gulf Coast Claim

08:19AM 11     Facility.

08:19AM 12         BrownGreer, Garden City, and Price Waterhouse were

08:19AM 13     the three; that they would be appointed as the vendors, and I

08:19AM 14     was to work with those people. They were subject, for lack of

08:19AM 15     a better word, to my general oversight, you know, from their

08:19AM 16     activities.

08:19AM 17         I knew BrownGreer because BrownGreer was the

08:19AM 18     appointed claims company in *Vioxx*, when Judge Fallon, here in

08:19AM 19     this Court -- I was appointed -- I handled that case as the

08:19AM 20     special master, so I knew who they were, and I had worked with

08:20AM 21     their senior people.

08:20AM 22         I knew who Price Waterhouse was, obviously; but, the

08:20AM 23     individual people, etcetera, you know, I had no knowledge of.

08:20AM 24         Then I was told that they were appointing

08:20AM 25     simultaneously with that appointment Postlethwaite &

**C O N F I D E N T I A L**

SM-03-JA000117

Case 2:10-md-02179-CJB-SS   Document 13347-10   Filed 09/02/14   Page 14 of 148
Case 2:10-md-02179-CJB-SS   Document 13387-10   Filed 09/02/14   Page 14 of 148

13

08:20AM 1    Netterville, which is another accounting firm, because they

08:20AM 2    wanted to have two accounting firms.  That was worked out,

08:20AM 3    obviously, between BP and the plaintiffs' group.

08:20AM 4    Q.   So you had no role in selecting that?

08:20AM 5    A.   No, none at all.  I mean, I found out then.

08:20AM 6         Then I was also told, as kind of the unknown part of

08:20AM 7    this whole mystery here, as another massive part of this case,

08:20AM 8    is you are going from this voluminous -- this program here, the

08:20AM 9    Gulf Coast Claims program that Ken Feinberg was -- to this

08:21AM 10   program here.  It's a totally different program.  There's no

08:21AM 11   question.

08:21AM 12   Q.   Much more complex?

08:21AM 13   A.   I'm going to explain that to you, if I can, in a minute.

08:21AM 14   But my point being, it will be the transition.  So that was a

08:21AM 15   little animal of its own.  I was in charge of the transition,

08:21AM 16   along with the Judge appointed Lynn Greer, of BrownGreer,

08:21AM 17   because they had been involved and would be involved in both,

08:21AM 18   as kind of transition coordinator working directly with me.

08:21AM 19        Because there were a significant number of claims

08:21AM 20   that were still here which had not been resolved under the

08:21AM 21   protocol of the Gulf Coast Claims Facility.  So I had to take

08:21AM 22   over that and make that transition, get those claims paid; and,

08:21AM 23   simultaneously, under the order, the original order, I was to

08:21AM 24   open the door for this whole program on June 4.  So we really

08:22AM 25   had two things going on.

**C O N F I D E N T I A L**

SM-03-JA000118

08:22AM 1  Q.   New program meaning the new claims process that you would

08:22AM 2  be administering?

08:22AM 3  A.   The new claims process, which is a totally different

08:22AM 4  process.  So 10 words or less, that's the short answer how I

08:22AM 5  got to the door.

08:22AM 6       Then, I will tell you that I thought a long time

08:22AM 7  before I agreed to accept this.  I talked to my family.  I've

08:22AM 8  got three kids, grand kids and a wife.  I had very, very

08:22AM 9  profitable, enjoyable contacts all over, from California to

08:22AM 10 Philadelphia, appointments that I had currently had.  I'm

08:22AM 11 finishing some of those up, which I disclosed to all the

08:22AM 12 parties.

08:22AM 13      Plus, I was doing mediation.  I didn't have to go all

08:22AM 14 over the world.  It really made it nice for me.

08:22AM 15      So I had to make those considerations, you know, to

08:23AM 16 give that up, which I had to give up.

08:23AM 17      The second thing was, this was a big unknown.  I

08:23AM 18 hadn't even seen the Settlement Agreement, didn't know what the

08:23AM 19 terms were, didn't know what they negotiated, etcetera.

08:23AM 20      So when you know that, you know, there is a lot

08:23AM 21 pitfalls that you -- it's a -- you go in at risk knowing that.

08:23AM 22 But, you know, from my simple perspective, it was -- we'll

08:23AM 23 never see one maybe in our lifetime like this again.  I'm

08:23AM 24 75 years old.  I said, maybe it's your choice in history right

08:23AM 25 here.  Go take a lick at it.

**C O N F I D E N T I A L**

SM-03-JA000119

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 16 of 148
Case 2:10-md-02179-CJB-SS Document 13892-10 Filed 01/17/14 Page 15 of 148

15

08:23AM 1      So, in short order, that's how I got here.

08:23AM 2   Q.   Mr. Juneau, during that process, the interview process as

08:23AM 3   you've described it to us -- thank you for the explanation --

08:23AM 4   what were you told by any of the parties about what staff or

08:23AM 5   personnel you could bring into your administration process?

08:23AM 6   A.   All they talked about, said, what kind of staff operations

08:24AM 7   do you have -- have you used in others.  I explained to them

08:24AM 8   explicitly what we had done, you know, the activities.  I said

08:24AM 9   it was pure relative to what the demands were because this is

08:24AM 10  an odd deal.  I'm going into this deal with multiple vendors,

08:24AM 11  you know.  I said, that's a hard thing to gauge.

08:24AM 12      We were talking about -- when we were talking -- I

08:24AM 13  remember talking to Keith Moskowitz about this -- I said, "I

08:24AM 14  don't know quite how to gauge that, you know."  I said, "I just

08:24AM 15  finished a case.  It was a massive case, but we were dealing

08:24AM 16  with singular people there that just directly reported to me.

08:24AM 17  We did that with about" -- I'm talking about the staff

08:24AM 18  immediately around me, not the vendor -- "was about seven or

08:24AM 19  eight people.  We've done that.  I can name the cases for you."

08:24AM 20  I said, "But I ain't seen the details.  I don't know what

08:25AM 21  you're expecting."

08:25AM 22      It's kind of an outgrowth after that.  BP sent me --

08:25AM 23  they were very, very active in this.  They asked me to go to

08:25AM 24  Houston and meet with them, wanted me to meet the media people,

08:25AM 25  you know, various things like that.

**C O N F I D E N T I A L**

SM-03-JA000120

08:25AM 1         Let me just tell you, I tell everybody, when I go in

08:25AM 2    something like that, I'll meet with anybody anyplace at any

08:25AM 3    time.  If you get something that's of controversy, let's get

08:25AM 4    everybody together.

08:25AM 5         I have an open door here.  You can come and talk to

08:25AM 6    me, whatever you want to talk.  So at that point, I'm trying to

08:25AM 7    solve information.

08:25AM 8         They said --

08:25AM 9    Q.    They meaning BP?

08:25AM 10   A.    BP, yeah.  Well, I told the same thing to plaintiffs'

08:25AM 11   lawyers.  But I remember BP said that -- they sent me -- they

08:25AM 12   said, "We think you need to have a CEO for this, because, you

08:25AM 13   know, in this role you're serving, you wear many hats.

08:25AM 14   Political people pulling here, you got to make appearances

08:26AM 15   here, you got to do this here.  You got people pulling on you,

08:26AM 16   the vendors and the whole thing."

08:26AM 17        I said, "Well, you know, the complexity of this case,

08:26AM 18   I can see that."

08:26AM 19        They submitted -- I think they gave -- they

08:26AM 20   interviewed three people.  A guy named Price Mounger.  He was

08:26AM 21   with AlixPartners, I believe.  I believe they are a consultant

08:26AM 22   for BP now.

08:26AM 23        David Odom, who works for me right now.

08:26AM 24        There was a third guy.  Right offhand, I can't

08:26AM 25   remember.

**C O N F I D E N T I A L**

SM-03-JA000121

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 18 of 148
Case 2:10-md-02179-CJB-SS   Document 13197-10   Filed 07/07/14   Page 17 of 148

17

08:26AM 1        The plaintiffs had submitted the names of about three

08:26AM 2   people.

08:26AM 3   Q.    I'm sorry, the names you just gave us, one you didn't

08:26AM 4   recall, those were names that you got from BP?

08:26AM 5   A.    Yeah.  I got three names from BP.

08:26AM 6   Q.    Including Odom's name?

08:26AM 7   A.    Including Odom's name.  Odom had worked at the Shaw Group

08:26AM 8   here in Baton Rouge, which is a rather substantial company.

08:26AM 9   He's now with Chicago Bridge, since all this has happened.

08:27AM 10  Q.    One was from AlixPartners.

08:27AM 11  A.    An AlixPartner.  I'll think of it maybe during the

08:27AM 12  discussion, but there was a third one because I have the

08:27AM 13  resumé.

08:27AM 14  Q.    Then you said the plaintiffs gave you some names?

08:27AM 15  A.    They gave me two or three names.

08:27AM 16       So what I did was I set up interviews, myself, with

08:27AM 17  each one of those, the three, you know, they had, and all of

08:27AM 18  the ones presented by the plaintiffs.  I weighed all of that.

08:27AM 19       BP had even talked -- I know they had talked to Odom

08:27AM 20  and AlixPartners about even what they thought was reasonable

08:27AM 21  compensation they were willing to pay, because they mentioned

08:27AM 22  to me, you know, at the time of the interview.

08:27AM 23       So I sat down and interviewed all of them

08:27AM 24  extensively.  I didn't even have an office at that point.  I

08:27AM 25  was using -- I'm the special master in *Propulsid*, which is that

**C O N F I D E N T I A L**

SM-03-JA000122

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 19 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 01/07/14 Page 19 of 148

18

08:27AM 1    national drug case.  It was in the Texaco building.  I had an

08:27AM 2    office there, and I used that to conduct those interviews.

08:28AM 3    That's where we did all of this original meeting.

08:28AM 4         I went through that.  I decided, after all those

08:28AM 5    interviews and testing, what I thought was the expertise of the

08:28AM 6    respective parties.  I felt comfortable.  I selected David Odom

08:28AM 7    of that group.

08:28AM 8         The object there was to have someone come in and deal

08:28AM 9    with the details of the operations.  As a lawyer, as you know,

08:28AM 10   that is probably not our strongest suit of expertise.

08:28AM 11   Q.   You wanted a chief administrative officer, but also a

08:28AM 12   chief executive officer, to run what would be a large and

08:28AM 13   complex business operation?

08:28AM 14   A.   That's correct.  Realizing -- what's called a *Pat Juneau*

08:28AM 15   *check sheet* here -- this is not the normal operation.  I've run

08:28AM 16   law firms.  I've been very active in business.  So I know what

08:29AM 17   it is to run, generally, a business.  I'm not a businessman

08:29AM 18   per se.  You'd have to say I'm primarily a lawyer.

08:29AM 19        This is a unique feature here.  BP was in on this,

08:29AM 20   the plaintiffs were in on this, and the Court was aware of

08:29AM 21   this.  So this is not dissected by anybody.

08:29AM 22        What we are is a collective group of independent

08:29AM 23   contractors by design.  BP wrote the original contracts.

08:29AM 24   Certainly, like with me, I'm an independent contractor.

08:29AM 25        For example, when they took us -- take me, we were --

**C O N F I D E N T I A L**

SM-03-JA000123

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 20 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/17/14 Page 19 of 147

19

08:29AM 1   not negotiating, we were working out the compensation part of

08:29AM 2   that, which I did with them.  Part of that was, is Mike

08:29AM 3   Juneau -- my son, obviously -- they ran the checks on both of

08:29AM 4   us, I know.  That was part of the clearance that everybody

08:29AM 5   agreed, that's what you want from here.

08:29AM 6          Then, independent contractor, I've got, for

08:29AM 7   example -- Dave Welker, for example, is an independent

08:30AM 8   contractor.  So is the other multiple groups, including

08:30AM 9   David Odom.

08:30AM 10         So what you have here, it's not like a General Motors

08:30AM 11  or a Walmart.  What it is, is independent contractors, which

08:30AM 12  are kind of an overview of it.

08:30AM 13         So I only mention that because it's kind of a hybrid

08:30AM 14  kind of an organization, which these are the cards that I'm

08:30AM 15  dealt with.  That's, accordingly, how we operated.

08:30AM 16         But my point was about this, the chief operating

08:30AM 17  officer thing was to assist in getting -- I knew there was a

08:30AM 18  lot of contracts things involved in that, all of the mechanics

08:30AM 19  of working with people.  I knew I didn't have time to do that.

08:30AM 20  I mean, I was going to be up to here.  So that's primarily what

08:30AM 21  we did.  That's exactly how David Odom was selected.

08:30AM 22

08:30AM 23

08:30AM 24

08:31AM 25



**C O N F I D E N T I A L**

SM-03-JA000124

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 21 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/07/14 Page 20 of 148

20



08:31AM 1
08:31AM 2
08:31AM 3
08:31AM 4
08:31AM 5
08:31AM 6
08:31AM 7
08:31AM 8
08:31AM 9
08:31AM 10
08:31AM 11
08:31AM 12
08:31AM 13
08:31AM 14
08:31AM 15
08:31AM 16
08:32AM 17
08:32AM 18
08:32AM 19
08:32AM 20
08:32AM 21
08:32AM 22
08:32AM 23
08:32AM 24
08:32AM 25

**C O N F I D E N T I A L**

| 08:32AM | 1 |
| 08:32AM | 2 |
| 08:32AM | 3 |
| 08:32AM | 4 |
| 08:32AM | 5 |
| 08:32AM | 6 |
| 08:32AM | 7 |
| 08:32AM | 8 |
| 08:32AM | 9 |
| 08:33AM | 10 |
| 08:33AM | 11 |
| 08:33AM | 12 |
| 08:33AM | 13 |
| 08:33AM | 14 |
| 08:33AM | 15 |
| 08:33AM | 16 |
| 08:33AM | 17 |
| 08:33AM | 18 |
| 08:33AM | 19 |
| 08:33AM | 20 |
| 08:33AM | 21 |
| 08:33AM | 22 |
| 08:34AM | 23 |
| 08:34AM | 24 |
| 08:34AM | 25 |

**C O N F I D E N T I A L**

SM-03-JA000126

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 23 of 148
Case 2:10-md-02179-CJB-SS   Document 13182-10   Filed 07/07/14   Page 22 of 148

22



**C O N F I D E N T I A L**

SM-03-JA000127

23



| | |
|---|---|
| 08:35AM | 1 |
| 08:35AM | 2 |
| 08:35AM | 3 |
| 08:35AM | 4 |
| 08:35AM | 5 |
| 08:35AM | 6 |
| 08:35AM | 7 |
| 08:35AM | 8 |
| 08:35AM | 9 |
| 08:35AM | 10 |
| 08:35AM | 11 |
| 08:35AM | 12 |
| 08:35AM | 13 |
| 08:35AM | 14 |
| 08:36AM | 15 |
| 08:36AM | 16 |
| 08:36AM | 17 |
| 08:36AM | 18 |
| 08:36AM | 19 |
| 08:36AM | 20 |
| 08:36AM | 21 |
| 08:36AM | 22 |
| 08:36AM | 23 |
| 08:36AM | 24 |
| 08:36AM | 25 |

**C O N F I D E N T I A L**

SM-03-JA000128

Case 2:10-md-02179-CJB-DPC  Document 13347-10  Filed 09/02/14  Page 25 of 148
Case 2:10-md-02179-CJB-SS  Document 13182-10  Filed 07/07/14  Page 24 of 148

24



C O N F I D E N T I A L

SM-03-JA000129

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 26 of 148
Case 2:10-md-02179-CJB-SS   Document 13192-10   Filed 01/17/14   Page 26 of 148

25



08:38AM 1
08:38AM 2
08:38AM 3
08:38AM 4
08:38AM 5
08:38AM 6
08:38AM 7
08:38AM 8
08:38AM 9
08:38AM 10
08:39AM 11
08:39AM 12
08:39AM 13
08:39AM 14
08:39AM 15
08:39AM 16
08:39AM 17
08:39AM 18
08:39AM 19
08:39AM 20
08:39AM 21
08:39AM 22
08:39AM 23
08:39AM 24
08:39AM 25

**C O N F I D E N T I A L**

SM-03-JA000130

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 27 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 01/07/14 Page 26 of 148

26



C O N F I D E N T I A L

SM-03-JA000131

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 28 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 01/07/14 Page 27 of 148

27



C O N F I D E N T I A L

SM-03-JA000132

28



08:42AM  1
08:42AM  2
08:42AM  3
08:43AM  4
08:43AM  5
08:43AM  6
08:43AM  7
08:43AM  8
08:43AM  9
08:43AM 10
08:43AM 11
08:43AM 12
08:43AM 13
08:43AM 14
08:43AM 15
08:43AM 16
08:43AM 17
08:43AM 18
08:43AM 19
08:43AM 20
08:43AM 21
08:43AM 22
08:43AM 23
08:43AM 24
08:43AM 25

**C O N F I D E N T I A L**

SM-03-JA000133

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 30 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/07/14 Page 29 of 148

29



C O N F I D E N T I A L

SM-03-JA000134

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 31 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/17/14 Page 30 of 148

30



08:45AM 14  Q.    Let me direct your attention to the period between your

08:45AM 15  selection and appointment and the establishment and

08:45AM 16  inauguration of the new claims process.  I think you referred

08:45AM 17  to that as *a transition period*?

08:45AM 18  A.    That's how the order reads, right.

08:45AM 19  Q.    During that transition period, did you sit down and spend

08:46AM 20  some time with Mr. Ken Feinberg with respect to understanding

08:46AM 21  the transition process?

08:46AM 22  A.    I went up and met with Ken in Washington.  He and I sat

08:46AM 23  down, and we walked through as he saw the universe.  We would

08:46AM 24  talk about things he thought -- just input from his standpoint.

08:46AM 25        I talked to him -- I don't know how many times --

**C O N F I D E N T I A L**

SM-03-JA000135

31

08:46AM 1   several times after that, just in general discussion telling

08:46AM 2   him what we were doing in the transition.  We kind of had the

08:46AM 3   mutual understanding, if I saw something that I needed from

08:46AM 4   him, he was very cooperative.  He said, "I'll give you whatever

08:46AM 5   you need."

08:46AM 6           I knew Feinberg before.  We're both members of the

08:46AM 7   International Academy -- not International -- the Academy of

08:46AM 8   Special Masters, Court-Appointed Special Masters.  That's how I

08:47AM 9   knew him.  It was a very fluid discussion.

08:47AM 10  Q.   So you had the one meeting with him in Washington early on

08:47AM 11  in the process?

08:47AM 12  A.   Yes, sir.

08:47AM 13  Q.   Did you attend that meeting by yourself?

08:47AM 14  A.   Yes.  Well, he was the only one there from his standpoint.

08:47AM 15  Q.   During the course of that conversation, did you ask him or

08:47AM 16  did he talk to you about processes he had set up in terms of

08:47AM 17  conflicts administration, codes of conduct, compliance,

08:47AM 18  anything related to those subjects?

08:47AM 19  A.   I don't recall that being discussed, either by me or by

08:47AM 20  him.

08:47AM 21  Q.   After that, you said you had several conversations with

08:47AM 22  him.  Those were telephone conversations?

08:47AM 23  A.   Uh-huh (affirmative response).  It wasn't a lot.  I mean,

08:47AM 24  you know, I said several.  I mean, I can remember -- a few.  I

08:47AM 25  guess we'll put it that way.

**C O N F I D E N T I A L**

SM-03-JA000136

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 33 of 148
Case 2:10-md-02179-CJB-SS   Document 13187-10   Filed 09/07/14   Page 32 of 147

32

| | | |
|---|---|---|
| 08:47AM | 1 | Q.    Did you meet separately or speak separately to any members |
| 08:47AM | 2 | of his previous staff, the Gulf claims staff? |
| 08:47AM | 3 | A.    Yeah, I do. |
| 08:47AM | 4 | Q.    Who was that, sir? |
| 08:48AM | 5 | A.    There was a crew that -- there was a big controversy going |
| 08:48AM | 6 | on.  One of the -- one of the main vendors in the program of |
| 08:48AM | 7 | Gulf Coast Claims Facility was the Worley claims group, |
| 08:48AM | 8 | W-O-R-L-E-Y.  They are from Hammond, Louisiana, as I recall. |
| 08:48AM | 9 | They wanted -- they wanted to be involved -- continue |
| 08:48AM | 10 | to be involved.  They had -- they were -- they had a lot of -- |
| 08:48AM | 11 | by background, there were a lot of insurance claims adjusters, |
| 08:48AM | 12 | and they had operated these claim centers and so forth.  They |
| 08:48AM | 13 | were the ones that staffed all of that.  They were coming to me |
| 08:48AM | 14 | asking me to get them put on as -- you know, as part of the |
| 08:48AM | 15 | claims process. |
| 08:48AM | 16 | So I talked on several occasions.  He had a lot of |
| 08:48AM | 17 | people call me, I can tell you that.  I discussed that with -- |
| 08:49AM | 18 | because I didn't know the background of that -- with BP and the |
| 08:49AM | 19 | PSC, you know, about the Worley group.  Their separate, but |
| 08:49AM | 20 | unanimous, agreement was they didn't want to see the Worley |
| 08:49AM | 21 | group touching anything regarding this system. |
| 08:49AM | 22 | I wasn't there when that -- but I had the current |
| 08:49AM | 23 | appointed vendors, so -- I would have had to make a change or |
| 08:49AM | 24 | add to that, so I elected not to make that change, when they |
| 08:49AM | 25 | gave me the input that they gave me. |

**C O N F I D E N T I A L**

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 34 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 07/14/14 Page 33 of 147

33

08:49AM 1    Then there was some discussion after that, that BP

08:49AM 2    was going to open up -- had to open up its own separate OPA

08:49AM 3    facility, which it still exists today.  There was an original

08:50AM 4    indication that they would consider the Worley group to do that

08:50AM 5    work.  Worley group thought they were going to do that work.

08:50AM 6    Then, when they opened it up, BP told them they were

08:50AM 7    not going to do that work.  The guy comes back to me and says,

08:50AM 8    "You know, what's all this?"  I said, "I don't have anything to

08:50AM 9    do with that.  I mean, I'm just making a decision, what I've

08:50AM 10   got to do to run this program."

08:50AM 11   But during the course of all that, you know, it was

08:50AM 12   the complaints about the Worley group.  For example, there was

08:50AM 13   a lot of complaints, a ton of complaints that they were

08:50AM 14   negotiating claims, maybe the individual claims, just like an

08:50AM 15   insurance adjuster, and you weren't getting consistent results

08:50AM 16   across the board.  Maybe they were allegedly -- adjusters were

08:50AM 17   making favors for friends they made.  They told me they had to

08:50AM 18   discharge some people to do with all of that.

08:50AM 19   That's kind of what separates this program.  It's not

08:51AM 20   a credit to me.  It's a credit to the Settlement Agreement.

08:51AM 21   This is an objective program.  That's the whole object of this

08:51AM 22   program is you take as much subjectivity as you can out of the

08:51AM 23   process, make it objective, and it won't be a matter like a

08:51AM 24   collision damage between an Allstate adjuster and me saying

08:51AM 25   it's $100 or it's $200 and negotiating back and forth.  The

**C O N F I D E N T I A L**

SM-03-JA000138

34

08:51AM  1    object is to find out what it's really worth according to the

08:51AM  2    standard and then apply it.

08:51AM  3         So the point about that is that there was a lot of

08:51AM  4    discussion in the early -- I mean, man, I had to have tons of

08:51AM  5    meetings.  I was more focused on doing my job than worrying

08:51AM  6    about all of that employment stuff, which company you employ

08:51AM  7    and so forth; except to say, there was unanimous agreement

08:51AM  8    between the two parties, they didn't want that company involved

08:51AM  9    as an additional vendor in this -- or during any phase of it.

08:51AM 10    Q.   Mr. Juneau, you're describing now the initial part of this

08:52AM 11    process and the background, which is very informative, I

08:52AM 12    appreciate that.

08:52AM 13         Aside from the recommendation of specific individuals

08:52AM 14    for you to consider in terms of your administration office, let

08:52AM 15    me ask you the following question:  Did the parties, and BP in

08:52AM 16    particular, ever submit to you or speak to you about

08:52AM 17    establishing a policy of conflicts for people that would be

08:52AM 18    working in the administration process?

08:52AM 19    A.   I don't remember anything like that.

08:52AM 20    Q.   They never submitted to you a written policy of conflicts

08:52AM 21    and asked you to apply it or consider it?

08:52AM 22    A.   I don't recall anything like that.

08:52AM 23    Q.   The same question as to --

08:52AM 24    A.   Not to me.

08:52AM 25    Q.   The same question as to what we would call *a code of*

**C O N F I D E N T I A L**

SM-03-JA000139

08:52AM 1    conduct or ethics policy?

08:52AM 2    A.   If they did, it didn't get to me, you know.

08:52AM 3    Q.   Same question with respect to a compliance policy or a set

08:52AM 4    of policies and procedures in the area of compliance?

08:53AM 5    A.   I have no knowledge of that.

08:53AM 6    Q.   As you began to set up your office, did you, yourself, or

08:53AM 7    anybody on your staff draft, initiate any process that would

08:53AM 8    lead to the establishment of those types of policies?

08:53AM 9    A.   Yes.   That's what I told David Odom.   I said, activate,

08:53AM 10   innovate, whatever word you want to use, a process that -- we

08:53AM 11   have tight contractual obligations here, since we're dealing

08:53AM 12   with independent contractors -- to include things of conflict

08:53AM 13   of interest and all that sort of stuff, and establish a code --

08:53AM 14   and I'll go through that with you in just a minute -- a code of

08:53AM 15   conduct that I want the people working here, and circulate

08:53AM 16   that.

08:53AM 17        We established and put in place a program about

08:54AM 18   entertainment, expenses, and regulations that control all of

08:54AM 19   us.   We did that.

08:54AM 20   Q.   You directed Mr. Odom to do that --

08:54AM 21   A.   That's exactly what I did.

08:54AM 22   Q.   -- very early on in his employment?

08:54AM 23   A.   Uh-huh (affirmative response).

08:54AM 24   Q.   Did he do so?

08:54AM 25   A.   Yeah.

**C O N F I D E N T I A L**

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 37 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/17/14 Page 36 of 148

36

08:54AM 1    Q.    Did he provide you with drafts or ultimately a written

08:54AM 2    statement of those policies?

08:54AM 3    A.    Yeah.  He -- I'm not trying to preempt the discussion, but

08:54AM 4    it pertains to what you're talking about.

08:54AM 5    Q.    Yes.  What we might do, because you have some documents,

08:54AM 6    is we'll just designate a number on them.

08:54AM 7    A.    If you want me to click them through, I mean, you already

08:54AM 8    have -- this is part of the Settlement Agreement.

08:54AM 9    Q.    I don't think we need that.  You just read from the

08:54AM 10   Settlement Agreement.  That was the prior document in the

08:54AM 11   record.

08:54AM 12   A.    Right.

08:54AM 13        This document was generated by us, by our office.

08:54AM 14   Q.    So let's call that PJ-1.

08:55AM 15        MR. BUCKNAM:  Actually, we have designation.  Please

08:55AM 16   begin with the number PJ-10.  Let's begin anything that you're

08:55AM 17   going to tender to us, please, the first one will be 10, and

08:55AM 18   then take in it sequence after that.

08:55AM 19        (WHEREUPON, at this point in the proceedings,

08:55AM 20   Exhibit PJ-10 was marked.)

08:55AM 21        THE WITNESS:  The only reason I brought these,

08:55AM 22   because it's obviously a focus of consideration.

08:55AM 23        What we did was, is we prepared these documents.

08:55AM 24   This is the document that goes to these vendors.  I'm including

08:55AM 25   the Court-appointed vendors.  I just put some little tabs here.

**C O N F I D E N T I A L**

SM-03-JA000141

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 38 of 148
Case 2:10-md-02179-CJB-SS Document 13382-10 Filed 09/02/14 Page 37 of 148

37

08:55AM  1          It refers, 2.5, to the code of conduct, which is

08:55AM  2    attached.

08:55AM  3    BY MR. FREEH:

08:55AM  4    Q.    That's a code of conduct that Mr. Odom drafted --

08:55AM  5    A.    Came from our office.

08:55AM  6    Q.    -- at your direction?

08:55AM  7    A.    That's right.

08:55AM  8          Then, another significant provision is paragraph 8 on

08:56AM  9    page 7 has to do with the confidentiality.  There is a

08:56AM 10    confidentiality thing that has got to be complied with because

08:56AM 11    of a court order, which was very -- a long negotiated, very

08:56AM 12    complex matter.

08:56AM 13          Then I put another tab, which is the code of conduct,

08:56AM 14    you know, that was attached to all of that.

08:56AM 15          This is what has been executed.  I just brought this

08:56AM 16    one as an example.  This one happens to be the Garden City

08:56AM 17    Group, but it's the same for all of them.  That's what all of

08:56AM 18    these vendors signed.

08:56AM 19    Q.    You're referring to PJ-10?

08:56AM 20    A.    10, yeah.

08:56AM 21    Q.    Let me ask you this while we are on PJ-10, before we move

08:56AM 22    on.  In addition to giving them to the vendors, were these

08:56AM 23    published or circulated or given to employees of the

08:56AM 24    administrative office, or was this solely for the vendors?

08:56AM 25    A.    Well, I mean, it's a part of our business records in the

# CONFIDENTIAL

SM-03-JA000142

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 39 of 148
Case 2:10-md-02179-CJB-SS Document 13187-16 Filed 01/04/14 Page 38 of 148

38

08:57AM 1   Claims Administrator's Office. I mean, that's part of our

08:57AM 2   documents that we retained.

08:57AM 3           MR. BUCKNAM: No, sir. What we're asking is, did

08:57AM 4   people such as Mr. Odom sign these documents as well as a

08:57AM 5   vendor company like Garden City Group?

08:57AM 6           THE WITNESS: Anybody that had employees, like --

08:57AM 7   I'll give you an example. Kirk Fisher's group, you know, that

08:57AM 8   does all this computer work, he signed that, in addition to the

08:57AM 9   Court-appointed vendor.

08:57AM 10          I'm going to just mark this PJ-11. This is

08:57AM 11  just -- this is the Lionel Sutton one.

08:57AM 12          (WHEREUPON, at this point in the

08:57AM 13  proceedings, Exhibit PJ-11 was marked.)

08:57AM 14          THE WITNESS: Then we had these individual people.

08:57AM 15  You know, it wasn't a company -- I say company per se. It

08:57AM 16  might have been the -- it wasn't the Garden City Group or

08:57AM 17  anything like that.

08:57AM 18  BY MR. FREEH:

08:57AM 19  Q.   Individual contractors.

08:57AM 20  A.   Individual contractors.

08:57AM 21          Now, so I said, we've got to have individual

08:57AM 22  contracts with respect to each of these people.

08:58AM 23          Now, I pulled -- this just happened to be the one for

08:58AM 24  Sutton -- and I tabbed on there, we have the various --

08:58AM 25  paragraph 7 on page 4, there is a very specific conflict of

**C O N F I D E N T I A L**

SM-03-JA000143

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 40 of 148
Case 2:10-md-02179-CJB-SS   Document 13182-10   Filed 07/07/14   Page 39 of 147

39

08:58AM 1    interest provision in that contract.

08:58AM 2    Q.    It's entitled, "Conflict of Interest and Recusal."

08:58AM 3    A.    Yes, sir.

08:58AM 4            MR. BUCKNAM:  Mr. Juneau, just for the record, the

08:58AM 5    document that you're referencing paragraph 7, page 4 of is the

08:58AM 6    document that you just marked PJ-11?

08:58AM 7            THE WITNESS:  That is correct.

08:58AM 8            MR. BUCKNAM:  Thank you.

08:58AM 9            THE WITNESS:  Now, with all those people, Reitano --

08:58AM 10   anybody, anybody was in that -- signed that document.

08:58AM 11           I don't know what y'all -- I don't know the

08:58AM 12   whole breadth of the question.  I do remember this -- and you

08:58AM 13   probably -- it dovetails into that.  After doing that, I

08:59AM 14   remember I told David Odom, and he did it.  They had, I know,

08:59AM 15   at least one staff meeting after all this where they reviewed

08:59AM 16   with the staff -- that would include people like Sutton -- the

08:59AM 17   code of conduct.

08:59AM 18           He can address that because he's the one that

08:59AM 19   conducted the meeting, but I know we did that.  That's in

08:59AM 20   addition to signing that document.

08:59AM 21   BY MR. FREEH:

08:59AM 22   Q.    Did you ever conduct a meeting with all the staff or all

08:59AM 23   the employees and discuss issues of conflict or recusal, to

08:59AM 24   your knowledge?

08:59AM 25   A.    That's that staff meeting I'm talking about.

**C O N F I D E N T I A L**

SM-03-JA000144

40

08:59AM 1    Q.    Were you present there?

08:59AM 2    A.    You know, I might have been there for a part of that

08:59AM 3    meeting.  I know I instructed Odom to do that.  He could tell

08:59AM 4    you specifically.

08:59AM 5          I think -- I go in and out of a lot of meetings in a

09:00AM 6    day's time, but -- I seem to recall having been there, but I

09:00AM 7    can't say that for sure.

09:00AM 8    Q.    Let me just take the instance of Mr. Sutton, who we're

09:00AM 9    going to talk about in a moment after we give our reporter a

09:00AM 10   short break.  But you did mark it as an exhibit, and we are

09:00AM 11   then referring to Mr. Sutton.

09:00AM 12         In other words, when he was brought on board,

09:00AM 13   obviously, he signed this document, as you've indicated and as

09:00AM 14   we have ourselves confirmed; is that correct?

09:00AM 15   A.    Yeah.

09:00AM 16   Q.    Are you the individual who hired Mr. Sutton?

09:00AM 17   A.    I guess you could say -- yeah, I think so.

09:00AM 18   Q.    Did anyone recommend that you hire him, if you recall?

09:00AM 19   A.    No.  I don't think -- I mean, I don't remember anybody --

09:00AM 20   this is what I remember.  I remember he sought the employment.

09:00AM 21         Obviously, his wife, she had been there since the

09:01AM 22   inception.  I knew Sutton before.  He was from New Iberia,

09:01AM 23   Louisiana.  He had worked for me for a short period of time, I

09:01AM 24   don't know, maybe a year -- I don't know how many years ago,

09:01AM 25   15 years ago or something like that -- in Lafayette, Louisiana.

**C O N F I D E N T I A L**

SM-03-JA000145

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 42 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 07/07/14 Page 42 of 148

41

09:01AM 1    I hadn't seen that guy. I had no contact with him

09:01AM 2    subsequent to that.

09:01AM 3    I hired his wife. Then he came and said he would

09:01AM 4    like to work. I considered that. I said, "Well, give me your

09:01AM 5    resumé."

09:01AM 6    I took the resumé. I went through the same process

09:01AM 7    as I told you I did with everybody else, both sides. Said they

09:01AM 8    did a background check, the same process.

09:01AM 9    I considered it. I talked to him. I talked -- I

09:01AM 10   knew that he knew a lot about -- because he was from

09:01AM 11   New Iberia, Louisiana -- the fishing industry, the boats and

09:01AM 12   things like that; and, to me -- that was an asset to me.

09:02AM 13   It's like saying -- if you're talking about a keel of

09:02AM 14   a boat, you don't have to explain to somebody what that is.

09:02AM 15   So the short answer to your question is I'm the one

09:02AM 16   that made that decision.

09:02AM 17   Q.   When you said you submitted his name or resumé to BP, did

09:02AM 18   they express any reservations about hiring him?

09:02AM 19   A.   I don't remember any. The only one -- the only one I

09:02AM 20   remember expressing any reservation -- I remember David Odom

09:02AM 21   telling me, he said, "You know, I don't think it's

09:02AM 22   necessarily" -- "because you got a man and wife employee." He

09:02AM 23   said that.

09:02AM 24   MR. BUCKNAM: Did Keith Moskowitz ever make any

09:02AM 25   statement along those lines to you, on behalf of BP?

## C O N F I D E N T I A L

SM-03-JA000146

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 43 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/07/14 Page 43 of 148

42

| | | |
|---|---|---|
| 09:02AM | 1 | THE WITNESS:  I don't remember any. |
| 09:02AM | 2 | MR. TIDWELL:  Sir, what was Odom's role and job |
| 09:02AM | 3 | description and title to be? |
| 09:02AM | 4 | THE WITNESS:  Well, I call it *chief executive* |
| 09:02AM | 5 | *officer*. |
| 09:02AM | 6 | MR. TIDWELL:  I'm sorry, I apologize.  What was |
| 09:02AM | 7 | Sutton's job description and role? |
| 09:02AM | 8 | THE WITNESS:  On the legal, that is, to handle the |
| 09:03AM | 9 | legal inquiries, do the legal research, assist in the |
| 09:03AM | 10 | responding to innumerable requests. |
| 09:03AM | 11 | We get e-mails, telephone calls every day. |
| 09:03AM | 12 | Assist in any of those questions that come up and respond to |
| 09:03AM | 13 | anything like that, respond to any assigned responsibilities I |
| 09:03AM | 14 | give regarding a legal question that affects what we're doing. |
| 09:03AM | 15 | MR. TIDWELL:  So you were increasing your legal |
| 09:03AM | 16 | staff? |
| 09:03AM | 17 | THE WITNESS:  Yes.  That's accurate. |
| 09:03AM | 18 | BY MR. FREEH: |
| 09:03AM | 19 | Q.   Let me talk about -- |
| 09:03AM | 20 | A.   We were getting undulated at that point. |
| 09:03AM | 21 | Q.   Let me talk about Mr. Sutton a little bit and ask you some |
| 09:03AM | 22 | questions.  You said you had previously worked with him before? |
| 09:03AM | 23 | A.   Yeah. |
| 09:03AM | 24 | Q.   What was your opinion of him as a lawyer and a |
| 09:03AM | 25 | practitioner? |

**C O N F I D E N T I A L**

SM-03-JA000147

| | | |
|---|---|---|
| 09:03AM | 1 | A.    I thought he was a pretty good lawyer. |
| 09:03AM | 2 | Q.    When you hired him and when you were in the process of |
| 09:03AM | 3 | hiring him, did you call anybody or attempt to check any |
| 09:03AM | 4 | references with respect to his professional abilities? |
| 09:03AM | 5 | A.    Well, you know, I knew personally about it.  I didn't call |
| 09:04AM | 6 | anybody at that point, myself, because I thought I had a |
| 09:04AM | 7 | personal knowledge, in dealing with him on a day-to-day basis |
| 09:04AM | 8 | over an extended period of time.  I knew what his level of |
| 09:04AM | 9 | legal talent was. |
| 09:04AM | 10 | Q.    You said, I think, that he approached you and inquired |
| 09:04AM | 11 | about the employment opportunities? |
| 09:04AM | 12 | A.    That's my recollection. |
| 09:04AM | 13 | Q.    Did his wife, prior to that, ask you to consider hiring |
| 09:04AM | 14 | him, if you recall? |
| 09:04AM | 15 | A.    I think she did, yeah.  I would say it was a |
| 09:04AM | 16 | combination -- we had a combination of the two together or |
| 09:04AM | 17 | separately; but, both did, yes. |
| 09:04AM | 18 | Q.    Did you bring to his attention when you were speaking with |
| 09:04AM | 19 | him that he needed to sign a form or an agreement that would |
| 09:04AM | 20 | agree to certain provisions? |
| 09:04AM | 21 | A.    This I remember like it was yesterday, because it's a talk |
| 09:04AM | 22 | I've given -- not a talk, a snippet I give to everybody.  "Let |
| 09:04AM | 23 | me tell you something" -- that's, I think, the words I used -- |
| 09:04AM | 24 | "if you're going to work for this program, you can't have any |
| 09:04AM | 25 | interest, any financial interest at all in this program.  From |

**C O N F I D E N T I A L**

SM-03-JA000148

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 45 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 07/07/14 Page 44 of 147

44

| | |
|---|---|
| 09:05AM 1 | this day forward, you have no financial interest.  You might |
| 09:05AM 2 | have had a claim before.  You've got to discharge the claim. |
| 09:05AM 3 | You've got to get it out of here.  You can't have any claim in |
| 09:05AM 4 | the future.  You can't have any reversionary interest or |
| 09:05AM 5 | anything else in any claim."  I mean, I tell that to everybody. |
| 09:05AM 6 | Q.    Did you tell that to Mr. Sutton? |
| 09:05AM 7 | A.    I did. |
| 09:05AM 8 | Q.    Did he appear to understand it? |
| 09:05AM 9 | A.    Oh, clearly. |
| 09:05AM 10 | Q.    Did he ask any questions to clarify it? |
| 09:05AM 11 | A.    No.  He said, "I represent a few," you know, "I have a few |
| 09:05AM 12 | claimants I've represented, but I'll recommend" -- "I'll give |
| 09:05AM 13 | them the names of attorneys and refer that out and discharge |
| 09:05AM 14 | any obligation and will not take any compensation for having |
| 09:05AM 15 | represented those people." |
| 09:05AM 16 | Q.    He said this during the interview process with you? |
| 09:05AM 17 | A.    I did. |
| 09:05AM 18 | Q.    Did he identify the names of any of those clients? |
| 09:05AM 19 | A.    You know, Judge, he may have mentioned one name.  I'm not |
| 09:06AM 20 | saying he did or didn't.  But if he did, I said, "Well, I can |
| 09:06AM 21 | tell you one thing, that is history.  You would have to |
| 09:06AM 22 | discharge that.  You ain't got nothing to do with it." |
| 09:06AM 23 | Q.    So you don't recall that he did mention a name? |
| 09:06AM 24 | A.    I don't want to say something that -- I just don't have |
| 09:06AM 25 | any specific recollection, but I'm not saying that he didn't. |

**C O N F I D E N T I A L**

SM-03-JA000149

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 46 of 148
Case 2:10-md-02179-CJB-SS   Document 13387-10   Filed 09/04/14   Page 45 of 148

45

09:06AM 1    Q.    So as you sit here today, do you recall him mentioning the

09:06AM 2    name *Casey Thonn* as one of his cases?

09:06AM 3    A.    You know, I've heard -- I'm trying to decipher today if I

09:06AM 4    heard it, but I sure know about it now.  I'm not sure that --

09:06AM 5    he may have mentioned that name, you know, at the time.

09:06AM 6    Because he said he just represented a few claimants, it would

09:06AM 7    make sense, I guess, that he might have mentioned that name.

09:06AM 8         I would have clearly told him, "Partner, you got to

09:06AM 9    get rid of that claim.  You have no representation today or

09:06AM 10   tomorrow.  I don't want anybody in this case to have anything

09:06AM 11   to do with any claim."

09:06AM 12   Q.    You said you would have.  Did you, in fact, tell him that?

09:06AM 13   A.    Oh, yeah.

09:06AM 14   Q.    Did he express any resistance or reservations?

09:07AM 15   A.    No, sir.

09:07AM 16   Q.    Did you tell him that he would have to sign a piece of

09:07AM 17   paper that would talk about having no conflicts or not

09:07AM 18   maintaining any conflicts?

09:07AM 19   A.    Judge, the details of which I don't remember, but I'm sure

09:07AM 20   I conveyed to him that we're going to have contractual

09:07AM 21   agreements that we're going to be signing here, and they are

09:07AM 22   going to confirm everything I'm telling you here verbally.

09:07AM 23   Q.    Was it your understanding, Mr. Juneau, that he was coming

09:07AM 24   aboard as a part-time or a full-time employee?

09:07AM 25   A.    It was full time, but I knew he was wrapping up.  He still

**CONFIDENTIAL**

SM-03-JA000150

09:07AM 1    had a few things he was handling, which was true of most

09:07AM 2    everybody in this situation, including me.

09:07AM 3        So I was aware he had some things he was still

09:07AM 4    wrapping up and doing; but, for all intents and purposes, he

09:07AM 5    was a full-time employee.

09:07AM 6    Q.    Was it your understanding then or was it ever your

09:07AM 7    understanding after that, that if he was a part-time employee,

09:08AM 8    he would not be subject to the same conflicts provisions as

09:08AM 9    others?

09:08AM 10   A.    Oh, no.   Those rules apply under any measure.

09:08AM 11   Q.    Did you learn at some point that he had reservations or

09:08AM 12   objections to certain parts of the employment agreement?

09:08AM 13   A.    You know, David Odom mentioned to me that he was concerned

09:08AM 14   about something, if he did some outside work on something, does

09:08AM 15   that preclude him from doing it.

09:08AM 16       David Odom told me he sat down and they worked

09:08AM 17   through that contractual dispute -- not dispute, a question.

09:08AM 18   Q.    This is before he went to work or before he signed the

09:08AM 19   agreement?

09:08AM 20   A.    I think that's true, yeah.

09:08AM 21   Q.    But you had none of those discussions directly with

09:08AM 22   Mr. Sutton?

09:08AM 23   A.    No.   I let Mr. Odom handle it.

09:08AM 24   Q.    Did you learn at any time before this matter became

09:09AM 25   public, which led to our appointment, did you learn at any time

**C O N F I D E N T I A L**

SM-03-JA000151

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 48 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 07/07/14 Page 48 of 148

47

| | | |
|---|---|---|
| 09:09AM | 1 | that Mr. Sutton was in a business relationship with |
| 09:09AM | 2 | Glen Lerner? |
| 09:09AM | 3 | A.   You know what I do remember, to answer that question, I |
| 09:09AM | 4 | think Mr. Sutton told me, he said, "I have an interest in a |
| 09:09AM | 5 | company named Crown."  I said, "Does Crown" -- I said, "Does |
| 09:09AM | 6 | Crown have any claim or have anything to do with this |
| 09:09AM | 7 | litigation?"  "No, it does not." |
| 09:09AM | 8 | I said, "Because it cannot and cannot in the future |
| 09:09AM | 9 | have anything to do with it, if that's what your interest is." |
| 09:09AM | 10 | I just happen to remember that name.  I don't remember the name |
| 09:09AM | 11 | of Lerner. |
| 09:09AM | 12 | Q.   At which point did he have this conversation with you |
| 09:09AM | 13 | about Crown?  Not Lerner, but Crown? |
| 09:09AM | 14 | A.   That was earlier.  Real early on. |
| 09:10AM | 15 | Q.   Before he was working -- |
| 09:10AM | 16 | A.   Yeah, when I was talking.  That's right.  I was saying, |
| 09:10AM | 17 | "Do you represent anybody," and so forth.  He said, "Well, |
| 09:10AM | 18 | I'm" -- and I think he mentioned, "I'm an officer" -- or "I |
| 09:10AM | 19 | have some interest in Crown."  I said, "Okay." |
| 09:10AM | 20 | Then I told him just what I just told you.  I think |
| 09:10AM | 21 | that was real early in the -- even before the execution of that |
| 09:10AM | 22 | agreement. |
| 09:10AM | 23 | Q.   Do you recall him mentioning that a man named Lerner was |
| 09:10AM | 24 | associated with Crown? |
| 09:10AM | 25 | A.   Judge, I don't remember that. |

**C O N F I D E N T I A L**

SM-03-JA000152

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 49 of 148
Case 2:10-md-02179-CJB-SS   Document 13347-10   Filed 01/07/14   Page 49 of 148

48

09:10AM 1    Q.   At that point in time -- he's coming aboard in November of

09:10AM 2    2012 -- would you have recognized the name Glen Lerner?

09:10AM 3    A.   No, not really.

09:10AM 4    Q.   Are you familiar with a firm in New Orleans called

09:10AM 5    *Andry Lerner*?

09:10AM 6    A.   I'm familiar with The Andry Law Firm.  I knew about that

09:10AM 7    name.

09:10AM 8    Q.   But the name Glen Lerner was not familiar to you?

09:10AM 9    A.   Lerner was not familiar to me, no.

09:10AM 10   Q.   Did Mr. Sutton tell you at any time that he was receiving

09:10AM 11   payments from Mr. Lerner?

09:11AM 12   A.   No, sir, I don't recall anything like that.

09:11AM 13   Q.   Did Mr. Sutton or anyone else tell you, prior to these

09:11AM 14   events becoming public, that Mr. Lerner was partners with

09:11AM 15   Jon Andry in the Andry Lerner Law Firm?

09:11AM 16   A.   I don't remember any discussions like that.

09:11AM 17   Q.   You said you don't recall, at least before the matters

09:11AM 18   here became public, the name Andry Lerner Law Firm?

09:11AM 19   A.   I really don't.  I remember Sutton saying -- you remember

09:11AM 20   when I told you, I said, "Well, if you've got a claim, you

09:11AM 21   can't" -- "you can't represent anybody in this thing, today or

09:11AM 22   tomorrow, in the future."

09:11AM 23        I think he may have told me that, "I referred" -- "I

09:11AM 24   gave two names of firms to go to."  I think one of the names --

09:11AM 25   I remember the name Andry is a firm he suggested these people

**C O N F I D E N T I A L**

09:11AM 1    consider.  There was some other name, of which I don't recall,

09:11AM 2    but I don't think that name was Lerner.

09:11AM 3    Q.    This was, again, at the time you were having these

09:11AM 4    employment discussions with him?

09:11AM 5    A.    Initial discussions.

09:11AM 6    Q.    You made it absolutely clear to him, your testimony here

09:12AM 7    this morning, that whatever financial interest he may have had

09:12AM 8    or whatever claim he had, he could have no further interest

09:12AM 9    once he came to work for you?

09:12AM 10   A.    Unquestionably.

09:12AM 11   Q.    You told us before he didn't question that or ask you any

09:12AM 12   clarifications or specifics?

09:12AM 13   A.    No.

09:12AM 14   Q.    It was your understanding that he fully understood what

09:12AM 15   you were telling him?

09:12AM 16   A.    Certainly.  If I didn't think that, I would have clarified

09:12AM 17   it.

09:12AM 18   Q.    Are you familiar with an entity called *Romeo Papa*?

09:12AM 19   A.    No -- you know, no.  That name popped up in the later

09:12AM 20   stages of this thing.  I had never heard of that name.

09:12AM 21   Q.    Okay.  When you say later stages, do you mean after this

09:12AM 22   matter became public?

09:12AM 23   A.    That's right.

09:12AM 24   Q.    Within the last few weeks?

09:12AM 25   A.    Yeah.  Relatively short period of time.

## CONFIDENTIAL

SM-03-JA000154

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 51 of 148
Case 2:10-md-02179-CJB-SS   Document 13187-10   Filed 01/07/14   Page 50 of 148

50

| | | |
|---|---|---|
| 09:12AM | 1 | Q.    Do you recall ever having a conversation with Mr. Sutton |
| 09:13AM | 2 | where he mentioned the name Romeo Papa? |
| 09:13AM | 3 | A.    No, sir. |
| 09:13AM | 4 | Q.    Do you recall ever having a conversation with Mr. Sutton |
| 09:13AM | 5 | when he told you he had an interest in a company named |
| 09:13AM | 6 | Romeo Papa? |
| 09:13AM | 7 | A.    No.  I don't recall any such conversation. |
| 09:13AM | 8 | Q.    Any recollection of a conversation where Mr. Sutton told |
| 09:13AM | 9 | you he was working in conjunction with a man named Perez? |
| 09:13AM | 10 | A.    No, sir. |
| 09:13AM | 11 | Q.    Did Mr. Sutton ever tell you that he had an interest in a |
| 09:13AM | 12 | company that was a claimant before the administrative office? |
| 09:13AM | 13 | A.    No, sir. |
| 09:13AM | 14 | Q.    Did he ever ask you for permission to stay associated with |
| 09:13AM | 15 | a company that was a current claimant before the administration |
| 09:13AM | 16 | office? |
| 09:13AM | 17 | A.    No, sir. |
| 09:13AM | 18 | Q.    Had he asked you that, what would you have told him? |
| 09:13AM | 19 | A.    No. |
| 09:13AM | 20 |         (WHEREUPON, at this point in the proceedings, |
| 09:13AM | 21 | Exhibit PJ-4B was marked.) |
| 09:13AM | 22 | BY MR. FREEH: |
| 09:13AM | 23 | Q.    Let me show you what we've marked as 4B.  Let's leave it |
| 09:14AM | 24 | this way.  You've not seen this document before, so I would ask |
| 09:14AM | 25 | you to take a look at it. |

**C O N F I D E N T I A L**

SM-03-JA000155

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 52 of 148
Case 2:10-md-02179-CJB-SS Document 13347-10 Filed 09/02/14 Page 52 of 148

51

09:14AM 1      It purports to be a Secretary of State Louisiana

09:14AM 2  document or public report.  Again, talks about a company called

09:14AM 3  *Romeo Papa* and lists some officers.  I would ask if any of that

09:14AM 4  is familiar to you?

09:14AM 5  A.   No, sir.

09:14AM 6  Q.   Do you recall ever having a conversation with Mr. Sutton

09:14AM 7  where you described to him a situation involving one of your

09:14AM 8  sons, a doctor, who had a claim that couldn't be processed

09:14AM 9  because you were the administrator?  If you recall?

09:15AM 10  A.   I may have had a conversation with him; but, the reason I

09:15AM 11  say that is because it came up -- I have a son that's a doctor,

09:15AM 12  and I found out he had filed a claim.  There were a lot of

09:15AM 13  claimants out there.

09:15AM 14      I told Keith Moskowitz -- I'm the one that told

09:15AM 15  him -- I said, "My son is not part of what we're doing.  He's a

09:15AM 16  doctor, got his own separate practice.  He's got a claim.  Is

09:15AM 17  that a problem for y'all," you know.

09:15AM 18      He really didn't say anything.  He nodded, you know,

09:15AM 19  like -- nothing.  I never heard any more about it.

09:15AM 20      Then we did -- I think Mike came up, and we sent him

09:15AM 21  a letter.  He said, "Well, we never responded, but I never told

09:15AM 22  you anything."  It didn't add up to me because I was the guy

09:16AM 23  that raised the issue.

09:16AM 24      Then when he said, "Well, that may be a problem for

09:16AM 25  us," I said, "Well, then I'll tell my son if you think that."

**C O N F I D E N T I A L**

SM-03-JA000156

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 53 of 148
Case 2:10-md-02179-CJB-SS Document 13347-10 Filed 09/07/14 Page 52 of 148

52

09:16AM 1    I talked to my son.  He said, "Well if that's the case, we'll

09:16AM 2    withdraw the claim."  That's what happened.  I told him that.

09:16AM 3          But I don't remember, to answer your question --

09:16AM 4    Q.   My question is, did you ever have that discussion with

09:16AM 5    Mr. Sutton that you recall?

09:16AM 6    A.   You know, I really don't -- I'm -- I may have mentioned

09:16AM 7    this to Sutton or somebody in my office that we had this claim.

09:16AM 8    I'm saying that could have happened.

09:16AM 9    Q.   Let me ask the question another way.  I'm not trying to

09:16AM 10   confuse.  I'm trying to --

09:16AM 11   A.   Sure.

09:16AM 12   Q.   -- ask a question based on what someone else has told me.

09:16AM 13          So you said Mr. Sutton never came to you and said he

09:16AM 14   was associated with a company called Romeo Papa?

09:16AM 15   A.   I don't ever recall that.

09:16AM 16   Q.   Leaving aside the name Romeo Papa, you don't recall

09:16AM 17   Mr. Sutton ever coming to you after he went to work for you and

09:16AM 18   saying, "I am related to a current claimant before the office"?

09:17AM 19   A.   I don't ever recall that, no, sir.

09:17AM 20   Q.   You don't recall a situation where he made that type of

09:17AM 21   statement to you or any other type of statement to you, where

09:17AM 22   you responded by giving the example of your own son and your

09:17AM 23   own experience with being connected to a claimant?

09:17AM 24   A.   I really don't recall that.

09:17AM 25          (WHEREUPON, at this point in the proceedings,

**C O N F I D E N T I A L**

SM-03-JA000157

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 54 of 148
Case 2:10-md-02179-CJB-SS Document 13347-10 Filed 09/02/14 Page 53 of 148

53

09:17AM 1    Exhibit PJ-4C was marked.)

09:17AM 2    BY MR. FREEH:

09:17AM 3    Q.   The other documents I have I'm just going to show you for

09:17AM 4    the record.   Again, they purport to be -- they don't purport to

09:17AM 5    be.   They are *Deepwater Horizon* Claims Center documents

09:17AM 6    regarding Romeo Papa.

09:17AM 7              This is 4C.   Again, you haven't seen these documents

09:17AM 8    before, and I'm just showing them to you to see if they refresh

09:17AM 9    any recollection about that name, and particularly that name in

09:17AM 10   connection with Mr. Sutton?

09:17AM 11   A.   No, sir.

09:18AM 12             MR. BUCKNAM:   May I ask a question, please?

09:18AM 13             MR. FREEH:   Yes.

09:18AM 14             MR. BUCKNAM:   Mr. Juneau, when you -- a few moments

09:18AM 15   ago you were talking about Mr. Sutton's wind-down of his

09:18AM 16   practice as he was coming aboard your staff.   Do you recall

09:18AM 17   talking about that?

09:18AM 18             THE WITNESS:   Yes.

09:18AM 19             MR. BUCKNAM:   You mentioned that that was consistent

09:18AM 20   with what many other people had to do as they were coming on

09:18AM 21   board?

09:18AM 22             THE WITNESS:   Uh-huh (affirmative response).

09:18AM 23             MR. BUCKNAM:   Did you understand him at that point

09:18AM 24   with respect to representing claimants that that work consisted

09:18AM 25   merely of transitioning them over to new counsel?

**C O N F I D E N T I A L**

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 55 of 148
Case 2:10-md-02179-CJB-SS Document 13847-10 Filed 01/07/14 Page 54 of 148

54

Case 2:10-md-02179-CJB-SS Document 13847-10 Filed 01/07/14 Page 54 of 148

09:18AM 1    THE WITNESS:  No.  I think I was aware he might have

09:18AM 2    had something that he was -- that didn't have anything to do

09:18AM 3    with the BP litigation.  He had something he was handling, and

09:18AM 4    he was finishing and still dealing with that matter.  That's

09:18AM 5    what I meant by that.

09:18AM 6        MR. BUCKNAM:  But with respect to claimants, the only

09:19AM 7    thing to be done at that point as he came aboard was to

09:19AM 8    transition those claimants over to new counsel, because he

09:19AM 9    would not have any continuing role representing claimants once

09:19AM 10   on board with your staff?

09:19AM 11       THE WITNESS:  Absolutely.  Absolutely.

09:19AM 12       MR. TIDWELL:  One to sort of follow on to that, sir,

09:19AM 13   if I may.  So he didn't advise you in any way that he had --

09:19AM 14   that he was representing claimants in other matters?

09:19AM 15       THE WITNESS:  I think I knew -- I think he said he

09:19AM 16   represented other -- he represented people who were not

09:19AM 17   claimants in this action.  I think I recall in the back of my

09:19AM 18   head he represented some guy in an automobile accident or

09:20AM 19   something, I think he said.  I don't even know who that was.

09:20AM 20       I said, "Is that" -- but he didn't represent

09:20AM 21   anybody that had any interest in the BP litigation, I mean, if

09:20AM 22   I'm making myself clear.  I just seem to recall that.

09:20AM 23       MR. TIDWELL:  Do you recall him saying whether or not

09:20AM 24   the gentleman that he was representing in the auto claim was a

09:20AM 25   claimant?

**C O N F I D E N T I A L**

SM-03-JA000159

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 56 of 148
Case 2:10-md-02179-CJB-SS Document 13827-10 Filed 01/07/14 Page 55 of 148

55

| | |
|---|---|
| 09:20AM | 1 |
| 09:20AM | 2 |
| 09:20AM | 3 |
| 09:20AM | 4 |
| 09:20AM | 5 |
| 09:20AM | 6 |
| 09:20AM | 7 |
| 09:20AM | 8 |
| 09:21AM | 9 |
| 09:21AM | 10 |
| 09:21AM | 11 |
| 09:21AM | 12 |
| 09:21AM | 13 |
| 09:21AM | 14 |
| 09:21AM | 15 |
| 09:21AM | 16 |
| 09:21AM | 17 |
| 09:21AM | 18 |
| 09:21AM | 19 |
| 09:21AM | 20 |
| 09:21AM | 21 |
| 09:21AM | 22 |
| 09:21AM | 23 |
| 09:21AM | 24 |
| 09:21AM | 25 |

THE WITNESS:  I really don't remember.  I just don't have that degree of recollection.

BY MR. FREEH:

Q.    Mr. Juneau, if you had learned during the course of your administration that Mr. Sutton, while he was working for you, was receiving monetary payments which were referral payments for a prior client who was a current claimant before the administration process, what, if anything, would you have done?

A.    Well, the first thing, I would have been one ticked off Cajun.  That's number one.

Number two, he would have been out of there instantaneously, and I would have reported that.

Q.    Similar type question, hypothetical question, if you had learned that he was the partner of a claimant who was currently pursuing a matter before the administration, what would you have done about that?

A.    The same thing.

Q.    If he had come to you and disclosed to you that he was a partner of a current claimant before the administration while he was a employee, what, if anything, would you have done or said to him?

A.    I would have considered that a violation of what the original commitment was.

Q.    There came a time when you became aware of certain allegations regarding Mr. Sutton receiving monies related to

**C O N F I D E N T I A L**

SM-03-JA000160

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 57 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 01/07/14 Page 56 of 148

56

09:22AM 1    claims before the administration, correct?

09:22AM 2    A.   That's right.

09:22AM 3    Q.   Approximately when was that?

09:22AM 4    A.   May 30.

09:22AM 5    Q.   How did you first learn of that, sir?

09:22AM 6    A.   I was speaking at a convention in Chicago on the 28th.   I

09:22AM 7    came back.   I got back here on the 30th.

09:22AM 8         Dave Welker and David Odom, as I recall, came into my

09:22AM 9    office.   Dave Welker told me that an anonymous source had

09:22AM 10   reported to him that there was some improper activity by

09:22AM 11   Lionel Sutton, and that had been reported to him.   He didn't

09:22AM 12   have any documents.   He didn't have anything other than he said

09:22AM 13   that he may have had some dealings -- I think -- it's detailed

09:22AM 14   in that report, but -- and I rely on that written report

09:23AM 15   because that's my best recollection -- but had gotten a

09:23AM 16   referral fee or something on some claims that were in the

09:23AM 17   *Deepwater Horizon*.   I vividly remember that.

09:23AM 18        I told him, I said, "David, let me tell you

09:23AM 19   something.   You got a lot more expertise in investigations than

09:23AM 20   I do.   You do whatever you got to do, however you think you got

09:23AM 21   to do it, to investigate this thing, and let's get to the

09:23AM 22   bottom of this thing because we've got to get this thing

09:23AM 23   cleared up."   That was on the 30th of May.

09:23AM 24   Q.   On the 30th of May, was there any discussion about talking

09:23AM 25   to Mr. Sutton or confronting Mr. Sutton at that time, to your

**C O N F I D E N T I A L**

SM-03-JA000161

| | | |
|---|---|---|
| 09:23AM | 1 | recollection? |
| 09:23AM | 2 | A.   No, I don't think so. |
| 09:23AM | 3 | Q.   You instructed David to continue the investigation, do |
| 09:23AM | 4 | whatever he could to get to the bottom of it? |
| 09:23AM | 5 | A.   Yeah. |
| 09:23AM | 6 | Q.   Did he then continue to report to you on a regular basis |
| 09:23AM | 7 | as to the progress of this investigation? |
| 09:23AM | 8 | A.   Yes.  I can't remember the intervals, but I remember |
| 09:24AM | 9 | seeing him in the halls.  We're real close to each other.  He |
| 09:24AM | 10 | told me he was continuing in the investigation of this matter. |
| 09:24AM | 11 | He was running public records and doing other things. |
| 09:24AM | 12 | Q.   By that time -- if you need the report to refresh your |
| 09:24AM | 13 | recollection, that's okay -- you were aware that it related to |
| 09:24AM | 14 | a claim by the name of *Casey Thonn*? |
| 09:24AM | 15 | A.   I think so. |
| 09:24AM | 16 | Q.   Did you take any steps, as the administrator, in terms of |
| 09:24AM | 17 | notifying any of the parties or the Court at that time? |
| 09:24AM | 18 | A.   I didn't -- you know, David and I talked about that.  We |
| 09:24AM | 19 | were trying to get some meat on the bone before -- I said -- I |
| 09:24AM | 20 | probably mentioned to David that I wanted to get some meat on |
| 09:24AM | 21 | the bone because I've got to address this matter to the Court; |
| 09:24AM | 22 | but, I know he's going to ask me, "Show me some facts, show me |
| 09:24AM | 23 | some meat." |
| 09:24AM | 24 | Q.   Did there come a point when you felt that you had |
| 09:25AM | 25 | sufficient information to take some direct action, either with |

**C O N F I D E N T I A L**

SM-03-JA000162

09:25AM 1   Mr. Sutton or to report it to someone?

09:25AM 2   A.    There did.

09:25AM 3   Q.    Approximately when was that?

09:25AM 4   A.    Well, that's when I called -- they completed their e-mail

09:25AM 5   research that we were doing.

09:25AM 6   Q.    When you say "they," you mean Mr. Welker?

09:25AM 7   A.    Welker was working with Chris Reade, and they were doing

09:25AM 8   all that.  I remember, they gave it to me late one evening, as

09:25AM 9   I recall.  They completed it.

09:25AM 10          I remember when I got that, I called Judge Barbier

09:25AM 11  that night, and I told him that I needed to meet with him.

09:25AM 12  David was trying to put up a -- just a narrative of what we had

09:25AM 13  learned thus far.

09:25AM 14          So, I think at 9 o'clock the next morning, I go over

09:25AM 15  to federal court, and I had this tentative report.  I said,

09:25AM 16  "This is what we found."  I said, "This concerns me."  I said,

09:26AM 17  "This is" -- "these things look like trouble to me."

09:26AM 18          Then we discussed the matter.  The Magistrate was --

09:26AM 19  I think she was there when we did that.  Then, the discussion

09:26AM 20  was, well, we need to -- it seems appropriate to tell both

09:26AM 21  parties, and Judge Barbier said, "I'm going to call them in."

09:26AM 22          I think it was about 2:00 or 2:30 that afternoon, he

09:26AM 23  called BP in, and he called the PSC in.  We were still working

09:26AM 24  on finalizing more details of the report.  He brought them in,

09:26AM 25  and he said, "Well, Pat, tell them what you had reported to

**C O N F I D E N T I A L**

SM-03-JA000163

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 60 of 148
Case 2:10-md-02179-CJB-SS Document 11387-10 Filed 09/10/13 Page 59 of 148

59

| | | |
|---|---|---|
| 09:26AM | 1 | me," and I told them. |
| 09:26AM | 2 | Q. Was Mr. Welker present? If you recall? |
| 09:26AM | 3 | A. You know, I don't think David was there. |
| 09:26AM | 4 | Q. So you were -- |
| 09:26AM | 5 | A. Well, wait a minute. |
| 09:26AM | 6 | Q. -- you were presenting the report, the information? |
| 09:26AM | 7 | A. Yeah, I had it in writing. He said -- and I said, "Well, |
| 09:27AM | 8 | this is not a complete report." I mean, "We're still looking |
| 09:27AM | 9 | at this matter." |
| 09:27AM | 10 | The Judge -- and he said, "Well, give them a copy." |
| 09:27AM | 11 | I gave them a copy, you know, and explained to them what it |
| 09:27AM | 12 | was. |
| 09:27AM | 13 | Then the aftermath of that was -- and it was very |
| 09:27AM | 14 | clear to me what we were doing -- we were dealing in confidence |
| 09:27AM | 15 | until we get this thing straightened out. |
| 09:27AM | 16 | I left there about 4:30 that afternoon. I think the |
| 09:27AM | 17 | guy with the AP called me at 5 o'clock and asked he -- he |
| 09:27AM | 18 | apparently had a copy of that report. He said BP had given him |
| 09:27AM | 19 | the report, and asked me whether I had a comment about it. I |
| 09:27AM | 20 | said I had no comment, you know. |
| 09:27AM | 21 | Q. Approximately what date was that, if you can reconstruct |
| 09:27AM | 22 | it from your papers there? Direct your attention to the end of |
| 09:28AM | 23 | May. |
| 09:28AM | 24 | A. I'm sure you all have that, do you not? That's the |
| 09:28AM | 25 | investigative report. |

**CONFIDENTIAL**

SM-03-JA000164

Case 2:10-md-02179-CJB-DPC  Document 13347-10  Filed 09/02/14  Page 61 of 148
Case 2:10-md-02179-CJB-SS  Document 13827-10  Filed 01/07/14  Page 60 of 148

60

09:28AM 1    Q.    Yes, we do.

09:28AM 2    A.    That was Holstein's letter to me.  Then I wrote --

09:28AM 3    Q.    We'll probably, just for the record, call that JP-12.

09:28AM 4              (WHEREUPON, at this point in the proceedings,

09:28AM 5    Exhibit JP-12 was marked.)

09:28AM 6              THE WITNESS:  Let me just make note.  It's composed

09:28AM 7    of two things.  One is it's the Mark Holstein letter to the

09:28AM 8    Court dated June 21, to the Court.  This is my reply to the

09:28AM 9    Court.

09:28AM 10   BY MR. FREEH:

09:28AM 11   Q.    So it's two documents in PJ-12?

09:28AM 12   A.    Apparently --

09:28AM 13             MR. BUCKNAM:  Excuse me.  Just for the sake of the

09:28AM 14   record, may we please mark Mr. Holstein's letter as PJ-12, and

09:28AM 15   then the document, Mr. Juneau, that you have in a plastic

09:28AM 16   binder, if we could please mark that PJ-13, which is what you

09:29AM 17   said is your reply to Mr. Holstein.

09:29AM 18             THE WITNESS:  That's correct.

09:29AM 19             MR. BUCKNAM:  Thank you.

09:29AM 20             (WHEREUPON, at this point in the proceedings,

09:29AM 21   Exhibit PJ-13 was marked.)

09:29AM 22             THE WITNESS:  This reply on July 1 -- that's when we

09:29AM 23   were talking about -- David Welker and I spent a good bit of

09:29AM 24   time making sure we documented what, when, where, you know, and

09:29AM 25   so forth, documents -- exactly what we did, how we did it, and

**C O N F I D E N T I A L**

SM-03-JA000165

09:29AM 1   incorporated it.  He and I were the joint participants in doing

09:29AM 2   this.

09:29AM 3               I missed the precise question --

09:29AM 4   BY MR. FREEH:

09:29AM 5   Q.   The question was about the date that you had this meeting

09:29AM 6   with the Judge and the parties, and then you got a call, you

09:29AM 7   said, pretty soon after from AP.

09:29AM 8   A.   Right.  Right.

09:29AM 9   Q.   Approximately when was that meeting?

09:29AM 10   A.   (Witness reviews the document.)

09:30AM 11   Q.   If you can't reconstruct it, that's fine.

09:30AM 12   A.   No, no.  Just give me a second.  I think I can do that.

09:30AM 13   (Witness reviews the document.)

09:31AM 14            On June 19 was when I met with Judge Barbier and

09:31AM 15   discussed those allegations.

09:31AM 16   Q.   So let me --

09:31AM 17   A.   Well, let me back up.

09:31AM 18   Q.   Let me state for the record, just if it refreshes your

09:31AM 19   recollection, on June 19th, you and Michael Juneau had a

09:31AM 20   meeting with Mr. Sutton, where you questioned him about these

09:31AM 21   matters.

09:31AM 22         Then, on June 20, three days later, there was another

09:31AM 23   interview by you, Michael and David Welker of Mr. Sutton.

09:31AM 24   A.   I think -- personally, I think I spoke to Sutton myself.

09:31AM 25   Mike wasn't there.

**C O N F I D E N T I A L**

SM-03-JA000166

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 63 of 148
Case 2:10-md-02179-CJB-SS Document 13347-10 Filed 01/07/14 Page 62 of 148

62

| | | |
|---|---|---|
| 09:31AM | 1 | Q. That would have been approximately when? |
| 09:32AM | 2 | A. Well, I thought it was the week of June 10th, as I recall. |
| 09:32AM | 3 | Q. All right. So let me ask you this, if this helps us to |
| 09:32AM | 4 | reconstruct it. I'll show you what we've previously marked |
| 09:32AM | 5 | as -- |
| 09:32AM | 6 | MR. FREEH: What are we up to, 14? |
| 09:32AM | 7 | MR. BUCKNAM: Yes. |
| 09:32AM | 8 | (WHEREUPON, at this point in the proceedings, |
| 09:32AM | 9 | Exhibit PJ-14 was marked.) |
| 09:32AM | 10 | BY MR. FREEH: |
| 09:32AM | 11 | Q. I'll show what you I have marked as PJ-14. This is a |
| 09:32AM | 12 | report by Michael about an interview or a meeting. |
| 09:32AM | 13 | A. I had that in this packet. |
| 09:32AM | 14 | Q. Is it your recollection that you spoke to Mr. Sutton alone |
| 09:32AM | 15 | before that? |
| 09:32AM | 16 | A. Just before that. That's right. |
| 09:32AM | 17 | Q. A couple of days? |
| 09:32AM | 18 | A. Yeah, it wasn't long before that. |
| 09:32AM | 19 | Q. So let me direct your attention to that meeting. Is this |
| 09:32AM | 20 | the first time you speak to him or confront him about this |
| 09:32AM | 21 | matter? |
| 09:32AM | 22 | A. Well, remember, I told you about the time that I saw |
| 09:32AM | 23 | Sutton -- I confronted him about this before this meeting that |
| 09:32AM | 24 | Mike and I had with him. |
| 09:33AM | 25 | Q. Where did that occur? |

**CONFIDENTIAL**

SM-03-JA000167

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 64 of 148
Case 2:10-md-02179-CJB-SS Document 13387-10 Filed 09/07/14 Page 63 of 148

63

09:33AM 1    A.    In my office.

09:33AM 2    Q.    Was it a few days before the meeting on the 17th reported

09:33AM 3    in PJ-14?

09:33AM 4    A.    Yeah.  I recorded somewhere when that was.

09:33AM 5    Q.    Why don't you take a moment and see if you can see that.

09:33AM 6          I'll just state for the record, we don't have any

09:33AM 7    record or memo of that particular meeting.

09:33AM 8    A.    No.  I didn't record a memo of that.  (Witness reviews the

09:33AM 9    file.)

09:33AM 10         Here it is, in this report of -- letter of July 1.

09:33AM 11   Q.    You're referring to exhibit --

09:33AM 12   A.    PJ-13.  I said -- when I was talking about the week of

09:33AM 13   June 10th, I said, "During that same week, I confronted

09:33AM 14   Mr. Sutton, and he denied the allegation."  That's what I was

09:34AM 15   talking about.

09:34AM 16   Q.    That's the only record of that particular meeting?

09:34AM 17   A.    Yes, that's true.

09:34AM 18   Q.    So let's go to that meeting for a few moments.  I'm going

09:34AM 19   to ask you a few questions, again, trying to reconstruct and

09:34AM 20   get your recollection as to that meeting.

09:34AM 21         Was that a meeting that you and Mr. Welker had talked

09:34AM 22   about before you confronted Mr. Sutton?

09:34AM 23   A.    I don't remember talking to David about that.

09:34AM 24   Q.    This was a meeting you initiated?

09:34AM 25   A.    I'm positive I initiated that meeting.

**C O N F I D E N T I A L**

SM-03-JA000168

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 65 of 148
Case 2:10-md-02179-CJB-SS Document 13192-10 Filed 07/07/14 Page 65 of 148

64

| | |
|---|---|
| 09:34AM 1 | Q.    Do you recall why you decided at that moment to speak to |
| 09:34AM 2 | him by yourself? |
| 09:34AM 3 | A.    Well, it was very troubling to me, you know, that this |
| 09:34AM 4 | allegation was made.  Somebody mentioned to me, you know, that |
| 09:34AM 5 | if we knew -- they were on suspension at that point, and they |
| 09:34AM 6 | were wondering what the heck was going on, Sutton and Reitano, |
| 09:34AM 7 | his wife.  I mean, "Why are we on suspension?  Nobody has |
| 09:35AM 8 | talked to us." |
| 09:35AM 9 | So, then I think I brought him in.  I said, "I've got |
| 09:35AM 10 | a question to ask you.  We've got some allegations of |
| 09:35AM 11 | impropriety.  I want to know, did you, in any fashion, have any |
| 09:35AM 12 | financial interest in any claim that had anything to do with |
| 09:35AM 13 | BP?"  That's in essence what I did. |
| 09:35AM 14 | It was very troubling to me.  That's why I did it. |
| 09:35AM 15 | Q.    What was his response? |
| 09:35AM 16 | A.    No. |
| 09:35AM 17 | Q.    Was that at a moment when this matter had become public, |
| 09:35AM 18 | or had it just become known within the office? |
| 09:35AM 19 | A.    No.  That was before. |
| 09:35AM 20 | Q.    How long a meeting was that, if you recall? |
| 09:35AM 21 | A.    It wasn't long.  It didn't take long.  Five minutes. |
| 09:35AM 22 | Q.    Do you recall you saying anything else or Mr. Sutton |
| 09:35AM 23 | saying anything else? |
| 09:35AM 24 | A.    No.  No.  I just knew it was a big focus of mine.  I was |
| 09:36AM 25 | very concerned about that.  I wanted to look him in the face |

**C O N F I D E N T I A L**

SM-03-JA000169

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 66 of 148
Case 2:10-md-02179-CJB-SS Document 13382-10 Filed 09/02/14 Page 66 of 148

65

09:36AM 1    and ask him that question.

09:36AM 2    Q.    Was he clear and without hesitation at that point denying

09:36AM 3    that he had any such interest?

09:36AM 4    A.    Absolutely.  He was adamant that he did not.

09:36AM 5    Q.    Did you remind him at that point, if you recall, about the

09:36AM 6    conflicts provisions and your policies?

09:36AM 7    A.    I didn't remind him because there wasn't any question that

09:36AM 8    he knew that that was the rule.

09:36AM 9    Q.    Did he at any time during that meeting say, Mr. Juneau,

09:36AM 10    words to the effect, I told you about that, you knew all about

09:36AM 11    that?

09:36AM 12    A.    No.

09:36AM 13    Q.    Did he admit or describe in any way that he was receiving

09:36AM 14    payments, but that you had approved those payments?

09:36AM 15    A.    No.

09:36AM 16    Q.    You said the meeting was five minutes or so?

09:36AM 17    A.    It was short.

09:36AM 18    Q.    The recording of it is the recording you just recited in

09:36AM 19    that document, which is a description of the meeting?

09:37AM 20    A.    Yes.  That's what I gave to the Court.

09:37AM 21    Q.    After you had that meeting, what, if anything, did you do

09:37AM 22    with respect to the conversation you had just had with

09:37AM 23    Mr. Sutton?

09:37AM 24    A.    Well, I knew we were continuing our investigation.  I

09:37AM 25    mean, I knew David Welker -- I didn't have any further

**C O N F I D E N T I A L**

SM-03-JA000170

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 67 of 148
Case 2:10-md-02179-CJB-SS Document 13387-10 Filed 09/10/14 Page 66 of 148

66

09:37AM  1    discussion with Sutton about the matter.

09:37AM  2    Q.    Did you go back and tell Mr. Welker about this discussion?

09:37AM  3    If you recall?

09:37AM  4    A.    I don't recall.

09:37AM  5    Q.    Did you talk to Michael about it?

09:37AM  6    A.    I might have mentioned it to Michael.  The only reason I

09:37AM  7    say might have, I'm not sure I did.  We share an apartment when

09:37AM  8    we're here together, but I don't specifically recall.

09:37AM  9    Q.    So you don't have a recollection of reporting that

09:37AM 10    conversation to anyone?

09:38AM 11    A.    No.

09:38AM 12    Q.    Then let me direct your attention to June 17th, which is

09:38AM 13    seven days later.  There now appears to be a more formal

09:38AM 14    interview of Mr. Sutton by you and Michael Juneau.  Do you

09:38AM 15    recall that?

09:38AM 16    A.    I do recall that.  That's recorded in that memo.

09:38AM 17          MR. BUCKNAM:  Excuse me, the memo that's marked

09:38AM 18    PJ-14, correct?

09:38AM 19          THE WITNESS:  It's dated June 20th, 2013.

09:38AM 20          MR. TIDWELL:  No, sir, I believe it's the report, not

09:38AM 21    Michael's --

09:38AM 22          THE WITNESS:  Oh, the report is dated PJ-13, but I

09:38AM 23    think he's asking about Michael's memo.

09:38AM 24          MR. FREEH:  I am.

09:38AM 25    BY MR. FREEH:

**C O N F I D E N T I A L**

SM-03-JA000171

67

| | | |
|---|---|---|
| 09:38AM | 1 | Q. There came a time, and I asked the question, June 17, |
| 09:38AM | 2 | 2013, I said there was a more formal interview of Mr. Sutton at |
| 09:38AM | 3 | that point in which you participated? |
| 09:38AM | 4 | A. Both of us were there. Mike and I both were there. |
| 09:38AM | 5 | Q. Also, David Welker was there? |
| 09:39AM | 6 | A. I think so. |
| 09:39AM | 7 | Q. Well, I'll show you what we've marked as PJ-14, and ask -- |
| 09:39AM | 8 | A. Whatever is recorded -- |
| 09:39AM | 9 | Q. -- if that refreshes your recollection? |
| 09:39AM | 10 | A. Well, it's talking about a meeting on June 19th when David |
| 09:39AM | 11 | was there. That's when we brought Tiger Sutton in. I remember |
| 09:39AM | 12 | that same night, I think, we had -- wait a minute. |
| 09:39AM | 13 | (WHEREUPON, at this point in the proceedings, |
| 09:39AM | 14 | Exhibit PJ-15 was marked.) |
| 09:39AM | 15 | BY MR. FREEH: |
| 09:39AM | 16 | Q. Well, let me show you another document which might help |
| 09:39AM | 17 | you put it in perspective. I'll show you what we'll call |
| 09:39AM | 18 | *PJ-15*. |
| 09:39AM | 19 | This is another interview of Mr. Sutton which takes |
| 09:39AM | 20 | place on June 20th. You, Michael Juneau and David Welker are |
| 09:39AM | 21 | present at this meeting. |
| 09:39AM | 22 | A. I distinctly remember that meeting. That was late one |
| 09:40AM | 23 | evening in our office. That's right. |
| 09:40AM | 24 | Q. That was a longer interview? |
| 09:40AM | 25 | A. That's right because -- my recollection was, Judge, was we |

**C O N F I D E N T I A L**

SM-03-JA000172

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 69 of 148
Case 2:10-md-02179-CJB-SS Document 11397-16 Filed 09/17/14 Page 68 of 148

68

| | |
|---|---|
| 09:40AM 1 | had at that time, between -- after this meeting, Mike and I -- |
| 09:40AM 2 | Q.    This meeting meaning on the 17th? |
| 09:40AM 3 | A.    On June 17th. |
| 09:40AM 4 | -- we didn't have those e-mails.  That hadn't been |
| 09:40AM 5 | produced to us. |
| 09:40AM 6 | After that, we got, you know, that e-mail trail. |
| 09:40AM 7 | Then David reports to that.  We said, okay, now we got some |
| 09:40AM 8 | flesh here, let's bring him in and go through his.  So me, Mike |
| 09:40AM 9 | and David Welker were there. |
| 09:40AM 10 | Q.    On the 20th? |
| 09:40AM 11 | A.    On the 20th. |
| 09:40AM 12 | Q.    So if I understand right then, you have three interviews |
| 09:40AM 13 | with Mr. Sutton? |
| 09:40AM 14 | A.    That's right. |
| 09:40AM 15 | Q.    One is on June 7th, just you and him? |
| 09:40AM 16 | A.    The week of June -- the week of June 10th. |
| 09:41AM 17 | Q.    I'm sorry, June 10th.  That's just you and him, and you |
| 09:41AM 18 | described that as a five-minute interview? |
| 09:41AM 19 | A.    That's right. |
| 09:41AM 20 | Q.    Then, there is a second interview on the 17th -- |
| 09:41AM 21 | A.    That Mike and I went. |
| 09:41AM 22 | Q.    Then a third interview on the 20th? |
| 09:41AM 23 | A.    What I'm conveying to you, in that interim period is when |
| 09:41AM 24 | Dave comes to me talking about this e-mail research. |
| 09:41AM 25 | Q.    So let me focus now on the interview of June 17th.  This |

**C O N F I D E N T I A L**

SM-03-JA000173

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 70 of 148
Case 2:10-md-02179-CJB-SS Document 13397-10 Filed 09/02/14 Page 69 of 148

69

09:41AM 1   is between the 10th, when you see him alone, and the 20th, when

09:41AM 2   you confront him with e-mails.

09:41AM 3          So directing your attention to the intervening

09:41AM 4   interview, Monday, June 17th, 2013.  This is reflected in

09:41AM 5   PJ-14, which is a memo from Michael Juneau to you.

09:41AM 6          If you recall, was that an interview of Mr. Sutton

09:42AM 7   that took place in your office?

09:42AM 8   A.    It was in my office.

09:42AM 9   Q.    Here in New Orleans?

09:42AM 10  A.    Yes.

09:42AM 11  Q.    Mr. Sutton was present, you were present, Michael was

09:42AM 12  present?

09:42AM 13  A.    Right.

09:42AM 14  Q.    Was David Welker present, if you recall?

09:42AM 15  A.    I don't remember -- I don't remember David being there.

09:42AM 16  Q.    Did you question Mr. Sutton?

09:42AM 17  A.    Yeah.  I think Mike and I both did.

09:42AM 18  Q.    Was it a more expansive interview of the one you had

09:42AM 19  conducted yourself --

09:42AM 20  A.    Yeah.  Yes, sir, it was.

09:42AM 21  Q.    -- on the 10th of June?

09:42AM 22  A.    It was -- right.

09:42AM 23  Q.    As best you recall, and you can certainly use PJ-14 if you

09:42AM 24  need to refresh your recollection, what did you ask him and

09:42AM 25  what did he say during the course of the interview?

**C O N F I D E N T I A L**

SM-03-JA000174

09:42AM 1  A.   Well, I mean, it's pretty detailed here.  My overall
09:42AM 2  recollection is he said he really didn't have an interest in
09:42AM 3  any -- a financial interest in anything.
09:42AM 4  Q.   So he repeated what he had told you alone on June 10th?
09:42AM 5  A.   That's the end result of that, that's right.
09:43AM 6  Q.   Did Michael ask him similar or additional questions?
09:43AM 7  A.   No.  It was -- I mean, it was just a little bit more in
09:43AM 8  depth; but, I mean, it was to the same issue.
09:43AM 9  Q.   How long of an interview was that, as best you recall?
09:43AM 10 A.   I'm guessing 15, 20 minutes, or something like that.
09:43AM 11 Q.   What was Mr. Sutton's demeanor during the interview as far
09:43AM 12 as you observed?
09:43AM 13 A.   He said, "I haven't done anything wrong."
09:43AM 14 Q.   Was he resentful, or did he get angry at any point when
09:43AM 15 you were questioning him?
09:43AM 16 A.   He wasn't angry.  He wasn't mad.  He just said, "I don't
09:43AM 17 know what" -- "I haven't done anything wrong.  I don't know
09:43AM 18 what I'm being" -- "I'm being wrongfully accused."
09:43AM 19 Q.   As best you recall, how specific were your questions about
09:43AM 20 whether or not he was receiving any payments or had any
09:43AM 21 financial interest in a current claim?
09:43AM 22 A.   I think, pretty specific.
09:43AM 23 Q.   You are very practiced in questioning witnesses and asking
09:44AM 24 necessary and relevant questions in an inquiry --
09:44AM 25 A.   I felt very comfortable with the questioning, that he knew

**C O N F I D E N T I A L**

SM-03-JA000175

09:44AM 1   what we were asking, and he responded that he didn't have any

09:44AM 2   financial interest.

09:44AM 3   Q.   Were you comfortable and satisfied with his answers?

09:44AM 4   A.   I didn't have any -- anything more than -- I had no

09:44AM 5   document, I had nothing.  I mean, all I had was, you know, the

09:44AM 6   allegation at that time and his statements.

09:44AM 7        So, I mean, I wasn't satisfied.  I was concerned, but

09:44AM 8   I didn't know.

09:44AM 9   Q.   Do you recall if you specifically asked him about a

09:44AM 10  *Casey Thonn* claim or mentioned the name *Casey Thonn*?

09:44AM 11  A.   No.

09:44AM 12  Q.   If you don't recall --

09:45AM 13  A.   No, I don't.  I just don't.

09:45AM 14  Q.   At the time of that interview, which is June 17th, were

09:45AM 15  you aware that the allegation against Mr. Sutton was in

09:45AM 16  relation to the claim entitled *Casey Thonn*?

09:45AM 17  A.   That's what I'm not sure of, Judge.  I just don't remember

09:45AM 18  that.

09:45AM 19  Q.   Right.  During the course of your interview, at any time

09:45AM 20  did Mr. Sutton say to you words to the effect, I have been -- I

09:45AM 21  have been receiving payments, and you, Mr. Juneau, approved

09:45AM 22  that?

09:45AM 23  A.   No, sir.  No, sir.

09:45AM 24  Q.   You would have recalled that if he said it?

09:45AM 25  A.   I sure think so.

## CONFIDENTIAL

SM-03-JA000176

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 73 of 148
Case 2:10-md-02179-CJB-SS   Document 13182-10   Filed 01/01/14   Page 73 of 148

72

09:45AM 1    Q.    Did he at any point in the interview make any statements,

09:45AM 2    words to the effect that he was allowed to receive payments

09:45AM 3    from a claim under some circumstances?

09:45AM 4    A.    No, sir.

09:45AM 5    Q.    Had he said that, you would have recorded that, or you

09:46AM 6    would have asked it be recorded in the memo?

09:46AM 7    A.    Absolutely.  I would recall that.  That was the whole

09:46AM 8    purpose of the discussion.

09:46AM 9    Q.    After that interview, there came a time when Mr. Welker

09:46AM 10   made you aware of certain e-mails which he had discovered in

09:46AM 11   the course of his investigation?

09:46AM 12   A.    He did.

09:46AM 13   Q.    Do you think that was when you first became aware of the

09:46AM 14   name *Casey Thonn*?

09:46AM 15   A.    I don't know.

09:46AM 16   Q.    I'm not trying to be confusing here, but --

09:46AM 17   A.    Oh, no.  It was very clear to me.  Then, it was.  I mean,

09:46AM 18   I just can't remember.

09:46AM 19   Q.    At the interview on June 17th, which was you, Michael and

09:46AM 20   Mr. Sutton, had you been aware of the name *Casey Thonn* as the

09:46AM 21   allegation, would you have confronted that or mentioned that to

09:46AM 22   Mr. Sutton?

09:46AM 23   A.    I think I probably would have.

09:46AM 24   Q.    Is it possible that you became aware of the name of that

09:47AM 25   particular claim after the interview on June 17th?

**C O N F I D E N T I A L**

09:47AM 1    A.    Yeah.

09:47AM 2    Q.    Let me direct your attention now to the longer interview

09:47AM 3    on June 20th, where Mr. Welker participates.  I don't have a

09:47AM 4    clean copy because I've got my notes on this.

09:47AM 5         Do you have PJ-15, what we've marked as 15?  This is

09:47AM 6    a report of Mr. Welker on the June 20th interview of

09:47AM 7    Mr. Sutton, where you and Michael are present, Michael Juneau.

09:47AM 8         MR. BUCKNAM:  Here is a clean copy of PJ-15.

09:47AM 9         MR. FREEH:  No, that's not it.  This is what I want.

09:47AM 10   BY MR. FREEH:

09:47AM 11   Q.    Let me show you what I've marked as PJ-15.  I have made

09:48AM 12   some underlinings and asterisks, but no other comments on the

09:48AM 13   document except one word.

09:48AM 14        So I'm showing you what's marked as PJ-15.  This is a

09:48AM 15   report by Mr. Welker of the interview which occurred on

09:48AM 16   June 20, 2013, again, with you, Michael Juneau, interviewing

09:48AM 17   Mr. Sutton.

09:48AM 18        I'd ask you just to look through that briefly, and

09:48AM 19   then I'm going to ask you some questions about it.

09:48AM 20        MR. FREEH:  Do you want to take a break?

09:48AM 21        THE REPORTER:  Yes.

09:48AM 22        THE COURT:  So we'll take a break, and Mr. Juneau can

09:48AM 23   read through it.

09:48AM 24        (WHEREUPON, at this point in the proceedings, a

09:48AM 25   recess was taken.)

**C O N F I D E N T I A L**

SM-03-JA000178

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 75 of 148
Case 2:10-md-02179-CJB-SS   Document 13187-10   Filed 01/07/14   Page 75 of 148

74

BY MR. FREEH:

Q.   All right.  So we're back on the record.  When we left, Mr. Juneau, I had showed you PJ-15, which is a report of an interview of Mr. Sutton dated June 20, 2013, at your offices on Gravier Street, attended by you, Mr. Welker and Mr. Juneau.

     Have you had a chance to look at that document?

A.   I read it.

Q.   This was now your third interview of Mr. Sutton in regard to these matters?

A.   That's correct.

Q.   Was it Mr. Welker who took the notes during the meeting?

A.   He did.

Q.   Approximately how long, your recollection, did the interview take?

A.   You know, we interviewed Sutton and his wife the same night.  That's why I'm hesitating.  That was kind of a tricky deal, which one came first, which came second.

     David is the one that had set it up.  I wasn't sitting there with a clock.  I'm guessing that would have been about 45 minutes, somehow, maybe.

Q.   You interviewed them separately, Christine and Tiger?

A.   We did.  Totally separately.

Q.   But the same people participated in the meeting?

A.   The same people.

Q.   So let's just talk about the interview of Mr. Sutton.

**C O N F I D E N T I A L**

SM-03-JA000179

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 76 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/17/14 Page 76 of 148

75

| | | |
|---|---|---|
| 10:03AM | 1 | Forty-five minutes, whatever your recollection is as to the |
| 10:03AM | 2 | length. Did you do the questioning, or did Mr. Welker do the |
| 10:03AM | 3 | questioning? |
| 10:03AM | 4 | A. We'll all kind of -- because we -- at that point, I had |
| 10:03AM | 5 | read, you know, these e-mails. David, obviously, had read the |
| 10:03AM | 6 | e-mails, and Mike had read the e-mails. So it was probably a |
| 10:03AM | 7 | blend of questions from all three of us. |
| 10:03AM | 8 | Q. One or more of you brought copies of the e-mails to the |
| 10:03AM | 9 | interview? |
| 10:03AM | 10 | A. We showed it to him. |
| 10:03AM | 11 | Q. Did you let him read the e-mails? |
| 10:03AM | 12 | A. Yeah. David -- as I recall, David handed them to him. |
| 10:03AM | 13 | Q. Did David do that, if you recall, all at once, or did he |
| 10:03AM | 14 | give them e-mails one by one as you questioned them, or do you |
| 10:04AM | 15 | recall how that process worked? |
| 10:04AM | 16 | A. I don't really remember. It might have been individually. |
| 10:04AM | 17 | Q. But it was not a case where you just read parts and |
| 10:04AM | 18 | language from different e-mails; in fact, he was showed the |
| 10:04AM | 19 | e-mails? |
| 10:04AM | 20 | A. I think so. |
| 10:04AM | 21 | Q. So during the course of that interview, did you or others |
| 10:04AM | 22 | questioning Mr. Sutton at the time specifically ask him if he |
| 10:04AM | 23 | had received any monies or payments or fees regarding any claim |
| 10:04AM | 24 | that was before the administration office? |
| 10:04AM | 25 | A. Yes, sir. |

**C O N F I D E N T I A L**

SM-03-JA000180

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 77 of 148
Case 2:10-md-02179-CJB-SS   Document 13187-10   Filed 07/07/14   Page 76 of 148

76

10:04AM  1   Q.   And what was his response?

10:04AM  2   A.   The answer was no.

10:04AM  3   Q.   And during the course of the interview, was he shown

10:04AM  4   various e-mails where references were made to fees, salaries

10:04AM  5   and the payments to him of money?

10:04AM  6   A.   Excuse me if my memory gets weak because I go through a

10:04AM  7   lot of meetings every day.  That one, I remember it like it was

10:04AM  8   yesterday.  We were sitting in that room.  And it shows --

10:05AM  9   there was a particular e-mail.  Either Mike or what you call it

10:05AM 10   gave it to him, "How do you explain this?"

10:05AM 11         In that e-mail, it said -- I think it was from Sutton

10:05AM 12   to somebody, and it said, "What about" -- and the word was -- I

10:05AM 13   remember it -- "my fee," F-E-E.

10:05AM 14         He was shown that, and he read it.  There was a

10:05AM 15   pause.  He says, "I can understand why y'all would have a

10:05AM 16   concern about that.  I can understand why your" -- "why your,

10:05AM 17   for lack of a better word, your antenna is up about that, and

10:05AM 18   maybe why you're questioning me about that now, but that was

10:05AM 19   a" -- I think the words used, "it was a misuse of that word.

10:05AM 20   That's not really what it was.  It wasn't a fee to me."  Then

10:06AM 21   he goes about this long story about what it was.

10:06AM 22         I can remember that because David, Mike and I were

10:06AM 23   sitting on one side, and he was across the table.  He was the

10:06AM 24   one offering that.  You know, we just -- David probably just

10:06AM 25   gave it to him and said, "Read that e-mail," and that was what

**C O N F I D E N T I A L**

SM-03-JA000181

10:06AM 1    his response was to the what you call it.

10:06AM 2         I may have very well said in that meeting, I said,

10:06AM 3    "That's a big concern to me," something like that, not

10:06AM 4    necessarily recorded, but that's kind of how that happened.  It

10:06AM 5    was volunteered from his standpoint about the response to the

10:06AM 6    inquiry.

10:06AM 7    Q.    During the course of the interview, you said he was shown

10:06AM 8    other e-mails?

10:06AM 9    A.    I think so.

10:06AM 10   Q.    The e-mails, as you recall them, had references to salary,

10:06AM 11   to fee, and specifically talked about and identified the

10:07AM 12   *Casey Thonn* claim?

10:07AM 13   A.    Yeah.

10:07AM 14   Q.    Mr. Sutton's response continuously, I take it from the

10:07AM 15   report and your testimony, is that he denied receiving any fee

10:07AM 16   in any form in any way regarding the *Casey Thonn* claim?

10:07AM 17   A.    Yeah.  Help me refresh my memory on that.  Remember when I

10:07AM 18   mentioned to you awhile ago, at least part of that recollection

10:07AM 19   was correct.  I remember him saying that there was a separate

10:07AM 20   automobile accident this guy had, had nothing to do with the *BP*

10:07AM 21   claim or anything, and there was a payment.  He acknowledged

10:07AM 22   that.

10:07AM 23        But Michael indicates that, "I'm not talking about

10:07AM 24   that automobile accident.  I'm talking about *Casey Thonn* having

10:07AM 25   any" -- "the *Casey Thonn* claim or claims, did you have any

**C O N F I D E N T I A L**

SM-03-JA000182

| | |
|---|---|
| 10:07AM 1 | interest or remuneration of money coming to you out of any |
| 10:08AM 2 | claim that was in this BP program?" The response was, "No." |
| 10:08AM 3 | Q. Was his response that all the monies that were being |
| 10:08AM 4 | referred to or referenced in the e-mails that he was shown had |
| 10:08AM 5 | to do with a company called *Crown*? |
| 10:08AM 6 | A. Yeah. |
| 10:08AM 7 | It kind of got convoluted, Judge, the way he was |
| 10:08AM 8 | talking. We all had the same reaction. But in 10 words or |
| 10:08AM 9 | less, the substance of what he, I guess, was saying, these |
| 10:08AM 10 | people owed -- some people owed me some money over here in |
| 10:08AM 11 | Crown, some of these lawyers; I'm not getting a fee, referral |
| 10:08AM 12 | fee or however you want to call that, out of this matter, but I |
| 10:08AM 13 | wanted to see that these attorneys got paid. I was interested |
| 10:08AM 14 | in seeing them -- I was tracking to see if they got paid |
| 10:09AM 15 | because if they got paid and they had the money, I would be |
| 10:09AM 16 | able to get my money out of what was owed to me in this Crown. |
| 10:09AM 17 | That was my appreciation of his explanation. |
| 10:09AM 18 | Q. Did you believe him? |
| 10:09AM 19 | A. Yeah. The word "fee" is the fee. I still have some |
| 10:09AM 20 | serious reservations about that. |
| 10:09AM 21 | That becomes very -- I guess, very subjective |
| 10:09AM 22 | analysis there, but it troubled the hell out of me. |
| 10:09AM 23 | Q. But not asking you about the words that were used either |
| 10:09AM 24 | in the e-mails or by him, when you got finished with the |
| 10:09AM 25 | interview -- you're an experienced and very able lawyer, you're |

**C O N F I D E N T I A L**

SM-03-JA000183

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 80 of 148
Case 2:10-md-02179-CJB-SS Document 13382-10 Filed 09/04/14 Page 79 of 148

79

10:09AM 1   a good questioner, you've done this for many years -- when you

10:09AM 2   finished the interview did you believe him, or did you think he

10:09AM 3   was lying to you?  On the issue of having received a fee or a

10:09AM 4   financial interest?

10:09AM 5   A.    A candid answer, I had real problems with his credibility

10:10AM 6   on that issue.

10:10AM 7   Q.    The problems --

10:10AM 8   A.    I think --

10:10AM 9   Q.    Sorry.

10:10AM 10   A.    -- I probably would have said that.  Knowing my nature, I

10:10AM 11   probably would have said that.  I said, "I have some real

10:10AM 12   serious problems with this."

10:10AM 13   Q.    Well, after that interview, did you speak to him again

10:10AM 14   directly about this matter?

10:10AM 15   A.    No.  The only time I saw him -- y'all have been up and

10:10AM 16   down that building on Exchange Place -- I saw him, he was

10:10AM 17   getting out of an elevator when I was getting in an elevator

10:10AM 18   across the hall one time.

10:10AM 19   Q.    Not too long ago?

10:10AM 20   A.    Not too, too long ago, but I didn't -- I had no

10:10AM 21   discussion.

10:10AM 22   Q.    During the course of this interview -- and this is the

10:10AM 23   interview on June 20th -- at any time in the interview did he

10:10AM 24   say -- do you recall him saying, "I got permission to receive a

10:10AM 25   fee relating to a claim before the administration office"?

**C O N F I D E N T I A L**

SM-03-JA000184

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 81 of 148
Case 2:10-md-02179-CJB-SS   Document 13182-10   Filed 07/07/14   Page 80 of 148

80

| | | |
|---|---|---|
| 10:10AM | 1 | A.   No, sir.  I might add, if you look on -- David takes real |
| 10:11AM | 2 | detailed notes; I guess, his training -- the last paragraph on |
| 10:11AM | 3 | page 2, to me, that's clearly what he's saying there. |
| 10:11AM | 4 | Q.   Could you read into the record, please, sir, that |
| 10:11AM | 5 | paragraph that you're referring to? |
| 10:11AM | 6 | A.   Well, it's a little bit convoluted, but that was a clear |
| 10:11AM | 7 | message to me.  He said, "He noted that if he was dishonest, he |
| 10:11AM | 8 | wouldn't have done it that way" -- this arrangement -- "at |
| 10:11AM | 9 | least not about the money.  He loves working here.  He |
| 10:11AM | 10 | indicated he believes this to be an issue between him and |
| 10:11AM | 11 | Pat Juneau because it makes him look like he was being |
| 10:12AM | 12 | dishonest with Pat because he told him he did not have a |
| 10:12AM | 13 | financial interest in the claim."  He didn't have any financial |
| 10:12AM | 14 | interest in his claim, is what I'm telling you today.  That's |
| 10:12AM | 15 | been consistent since day one. |
| 10:12AM | 16 | Judge, just on that subject, I mean, to get to the |
| 10:12AM | 17 | root of the matter, I don't care who it is, me, John Smith, |
| 10:12AM | 18 | Lionel Sutton, anybody, anybody has got a financial interest, |
| 10:12AM | 19 | and I believe that, they've got an interest, you're history in |
| 10:12AM | 20 | this case.  That's a breach of every obligation I think you |
| 10:12AM | 21 | have to this program and to the professional code of |
| 10:12AM | 22 | professionalism. |
| 10:12AM | 23 | We have a statute on that in Louisiana which governs |
| 10:12AM | 24 | every lawyer that I can rely on to do that.  I got that statute |
| 10:12AM | 25 | here.  That's just an absolute total no-no. |

**CONFIDENTIAL**

SM-03-JA000185

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 82 of 148
Case 2:10-md-02179-CJB-SS   Document 13187-10   Filed 07/07/14   Page 82 of 148

81

10:12AM 1     Q.    You were also aware, I take it, that the Louisiana code of

10:13AM 2    conduct requires that if there is a lawyer splitting or

10:13AM 3    referring a fee to a lawyer outside his firm, it has to be

10:13AM 4    recorded in writing?

10:13AM 5    A.    Yeah.  You got it in spades.  That's exactly what it says.

10:13AM 6          You know, let me tell you, I thought a long time

10:13AM 7    about everything that's occurred here; but, during the course

10:13AM 8    of the -- I just pulled this thing.  We have a specific --

10:13AM 9    rules of court, professionalism.  They address conflicts of

10:13AM 10    interest.

10:13AM 11          I've been through this as lawyers, as people when you

10:13AM 12    have someone that's governed by a specific statute, which has

10:13AM 13    very stringent regulations and rules that you've got to follow,

10:13AM 14    that's a big factor to me because I have to rely on these

10:13AM 15    people to do that.

10:13AM 16          Now, beyond that, it's a trustworthy matter.  You

10:13AM 17    didn't ask the question, but I'll be very candid with you.  If

10:14AM 18    I made a mistake -- and I make mistakes every day, I guess, and

10:14AM 19    especially -- but if I made a mistake, it's being trustworthy.

10:14AM 20    Or maybe somebody didn't do what they were supposed to do, if

10:14AM 21    that's, in fact, what happened.

10:14AM 22          That's 10 words or less, that's my thought.

10:14AM 23    Q.    Now, Mr. Juneau, staying with this same exhibit, you were

10:14AM 24    on page 2 of PJ-15.  Let me direct your attention to a little

10:14AM 25    bit higher in the document, about a third of the way down.

**C O N F I D E N T I A L**

SM-03-JA000186

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 83 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 01/07/14 Page 82 of 148

82

| | |
|---|---|
| 10:14AM 1 | The sentence says, quote, "They were loosy-goosy with |
| 10:14AM 2 | the Crown account because they were all friends. He stated |
| 10:14AM 3 | that has been constant since 2009. He indicated that the |
| 10:14AM 4 | $4,900 referred to as his share of *Thonn* was not money owed to |
| 10:14AM 5 | him because of the settlement money. When it said Jon was to |
| 10:14AM 6 | send the 4,900 to Glen, it wasn't Jon's share, it was Glen's |
| 10:15AM 7 | share. When he wrote" -- "when he wrote it, didn't think it |
| 10:15AM 8 | looked suspicious. He was making sure Glen Lerner got his |
| 10:15AM 9 | share of the *Thonn* fee and then used the money for Crown, LLC." |
| 10:15AM 10 | Is that consistent with what you remember him saying |
| 10:15AM 11 | during that interview? |
| 10:15AM 12 | A.   Yeah.  To tell you the truth, I remember him saying that, |
| 10:15AM 13 | and I really didn't understand what he was saying.  Kind of the |
| 10:15AM 14 | discussion went on and on. |
| 10:15AM 15 | That's why I came back to the question.  I said, I |
| 10:15AM 16 | mean, I'm reading your e-mail, you know, I know what looks to |
| 10:15AM 17 | me to be a referral fee here, or some revisionary fee. |
| 10:15AM 18 | Q.   I had asked you whether after this interview Mr. Sutton |
| 10:15AM 19 | ever spoke to you or contacted you again, and you said no, |
| 10:15AM 20 | correct? |
| 10:15AM 21 | A.   No, sir.  No, sir. |
| 10:15AM 22 | Q.   To your knowledge, did he ever call Michael Juneau or |
| 10:15AM 23 | David Welker or anyone else after this interview on June 20, |
| 10:15AM 24 | 2013, and say words to the effect, I want to correct the |
| 10:16AM 25 | record, and I've just realized there are some things that I |

**C O N F I D E N T I A L**

SM-03-JA000187

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 84 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 07/07/14 Page 83 of 147

83

10:16AM 1    should have said but didn't say?

10:16AM 2    A.   I don't recall anything like that.  Certainly not to me.

10:16AM 3    Q.   Let me go back to another question I asked you earlier

10:16AM 4    about Mr. Sutton.  You had said Mr. Sutton never came to you

10:16AM 5    and mentioned a case named Romeo Papa that he had an interest

10:16AM 6    or connection with, which was then a claim before the

10:16AM 7    administrator.

10:16AM 8    A.   Yes.  After the fact is the first time I ever heard this

10:16AM 9    name, Romeo Papa.

10:16AM 10   Q.   I asked you the question before, but I'm going to ask it

10:16AM 11   in a slightly different way.  You never had a conversation with

10:16AM 12   Mr. Sutton where he said he had a question or concern about a

10:16AM 13   personal claim that he was related to before the administrator,

10:16AM 14   which predicated a conversation by you about your own son

10:17AM 15   having a medical claim related to the administration?

10:17AM 16   A.   No.  I don't remember anything.

10:17AM 17        I've told you, I may have mentioned to him or to

10:17AM 18   somebody else there that -- I brought up this question about

10:17AM 19   the son.  I was stunned when -- when we wait three weeks, I

10:17AM 20   didn't hear a thing from Keith Moskowitz.  Then, when we

10:17AM 21   brought it up again -- we were the initiator of all this

10:17AM 22   stuff -- he said, "Oh, no, I didn't tell you."  I said, "What

10:17AM 23   do you mean, you didn't tell me?  We were sitting in my office.

10:17AM 24   I brought it up."

10:17AM 25        Now, I may have mentioned that in that context I have

**C O N F I D E N T I A L**

SM-03-JA000188

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 85 of 148
Case 2:10-md-02179-CJB-SS Document 13827-10 Filed 01/07/14 Page 85 of 148

84

10:17AM 1    mentioned, but it didn't have anything to do with any relation,

10:17AM 2    to my recollection, having to do with anything -- any interest

10:17AM 3    that he had in the claim.  I don't remember anything like that.

10:17AM 4    Q.    You don't recall ever relating that story to Mr. Sutton in

10:17AM 5    his response to telling you he had a personal claim before the

10:17AM 6    administrator?

10:17AM 7    A.    No, sir.

10:17AM 8    Q.    You would remember that conversation?

10:17AM 9    A.    I think so.

10:17AM 10   Q.    Did you ever tell Mr. Sutton that -- I'm sorry.

10:18AM 11   A.    The answer is no.  If somebody would have had that, I

10:18AM 12   would have probably said, "Well, the son is withdrawing the

10:18AM 13   claim.  What are you talking to me about this?"  I mean, this

10:18AM 14   is an absolute no.

10:18AM 15   Q.    After this interview on June 20th, Mr. Sutton submitted a

10:18AM 16   resignation to you; is that correct?

10:18AM 17   A.    Yes.

10:18AM 18   Q.    Did you ask him to resign, or did he volunteer to resign?

10:18AM 19   A.    I didn't ask him to resign.

10:18AM 20   Q.    Do you recall receiving his resignation letter?

10:18AM 21   A.    I do.

10:18AM 22   Q.    Do you have that?

10:18AM 23          MR. FREEH:  All right.  Let me mark what's PJ-16.

10:18AM 24          (WHEREUPON, at this point in the proceedings,

10:18AM 25   Exhibit PJ-16 was marked.)

**C O N F I D E N T I A L**

SM-03-JA000189

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 86 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 01/17/14 Page 86 of 148

85

BY MR. FREEH:

Q.   Ask you if that's the e-mail he sent you when he resigned?

A.   (Witness reviews the document.)  Yeah.  I think that's accurate.  It's accurate.  That's the resignation letter, yeah.

Q.   It's dated Friday, June 21, 2013, which would be the day -- or the morning, because it's 8:13 a.m., after the interview.  Does that agree with your recollection as to about when you received this?

A.   Yes.

Q.   In this document, which is less than a page in length, at no point in this document does he state or admit in any way, shape or fashion that he did, in fact, receive fees or payments relating to a claim before the administration office, correct?

A.   That's what I read.

Q.   Nowhere in this document does he state words to the effect that any monies he received with respect to a claim before the administration office were known to the administration office or approved by someone in the administration office?

A.   I didn't see that in there.

Q.   I'm going to ask you a few questions about Christine Reitano.  You mentioned that you hired her before Mr. Sutton went to work for you?

A.   Yes, that was early on.

Q.   How did you come to hire her?  Did someone recommend her to you?

**C O N F I D E N T I A L**

SM-03-JA000190

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 87 of 148
Case 2:10-md-02179-CJB-SS   Document 13187-10   Filed 01/07/14   Page 86 of 148

86

| | | |
|---|---|---|
| 10:20AM | 1 | A.    She applied for the job.  She said, "You have an |
| 10:20AM | 2 | opportunity I would like."  This was the real formative stage |
| 10:20AM | 3 | of the thing.  I didn't even have an office at the time. |
| 10:21AM | 4 | We were using the sixth floor conference room in the |
| 10:21AM | 5 | building -- you know where our offices is there.  Sutton and |
| 10:21AM | 6 | his wife, as you know, have an office in that building.  She |
| 10:21AM | 7 | mentioned to me, "If you" -- "I would be very much interested |
| 10:21AM | 8 | in working in that program." |
| 10:21AM | 9 | Q.    Before she approached you, did you know her? |
| 10:21AM | 10 | A.    No.  No.  No.  I knew him.  I did not know her. |
| 10:21AM | 11 | No, let me take that back.  I may have met her, |
| 10:21AM | 12 | because she was married to him, once -- maybe once or twice; |
| 10:21AM | 13 | but, I mean, I don't even know if I would have recognized her |
| 10:21AM | 14 | at the time. |
| 10:21AM | 15 | Q.    She was not a social friend? |
| 10:21AM | 16 | A.    Oh, no. |
| 10:21AM | 17 | Q.    You had never worked with her as an attorney? |
| 10:21AM | 18 | A.    Never. |
| 10:21AM | 19 | Q.    Did there come a time when you did, in fact, hire her? |
| 10:21AM | 20 | A.    There was. |
| 10:21AM | 21 | Q.    What convinced you or persuaded you that she would be |
| 10:21AM | 22 | someone appropriate to hire for that position? |
| 10:21AM | 23 | A.    Well, she is very bright.  I mean, it was very obvious |
| 10:22AM | 24 | talking to her.  She had a good academic resumé, I thought. |
| 10:22AM | 25 | She was very bright. |

**C O N F I D E N T I A L**

SM-03-JA000191

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 88 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 01/07/14 Page 87 of 147

87

10:22AM 1    We were in the -- in the formative stages of the

10:22AM 2    case. Judge, let me tell you something, that stage of the

10:22AM 3    world, it was scrambled eggs. I got a Court Order telling me

10:22AM 4    to open this facility on June 4th, and to make the transition,

10:22AM 5    which turned out to be a half billion dollar claim. You're

10:22AM 6    looking at it, me and Mike. That's all. That's really all we

10:22AM 7    got.

10:22AM 8    All of these issues are bubbling. We knew we had to

10:22AM 9    activate this thing. It ain't the easiest thing in the world

10:22AM 10   in five states to find somebody who doesn't have any contact

10:22AM 11   with the BP litigation.

10:22AM 12   She approached me. She seemed very bright to me,

10:22AM 13   credentials. I did the same process I told you about earlier,

10:22AM 14   about circulating the resumé and so forth, got the approval.

10:23AM 15   Q.   So you sent it to BP and the plaintiffs' counsel?

10:23AM 16   A.   Absolutely. I've done that consistently.

10:23AM 17   Q.   Did BP come back with any comments or --

10:23AM 18   A.   No. As a matter of fact, they drafted the first agreement

10:23AM 19   that was signed with her.

10:23AM 20   Q.   Never raised any concerns about her --

10:23AM 21   A.   Never.

10:23AM 22   Q.   -- employment?

10:23AM 23   A.   Never.

10:23AM 24   To be honest with you, we have dealt with 10 million

10:23AM 25   issues in this case. The girl -- well, the lady proved out to

**C O N F I D E N T I A L**

SM-03-JA000192

10:23AM 1    be very intelligent, very quick in understanding, you know,

10:23AM 2    documents about that thick.

10:23AM 3            She -- she did -- she did quality work that I saw

10:23AM 4    over that extended period of time, from inception till --

10:23AM 5    Tiger Sutton came on November 1, as I recall.

10:23AM 6            That period of time, I mean, she was more or less a

10:23AM 7    funnel, because I had no other source, you know, that we were

10:23AM 8    dealing with.  She was carrying a pretty substantial load

10:23AM 9    during that period of time.

10:23AM 10   Q.   You said that it was hard to find people who had no

10:24AM 11   connection to the case, the BP matter; is that correct?

10:24AM 12   A.   Yeah, that's a fact.

10:24AM 13   Q.   When you interviewed --

10:24AM 14   A.   I'm not saying she was the last of the food chain.  I'm

10:24AM 15   not trying to convey that to you.  But that -- by the way, that

10:24AM 16   is still true today.  Michael Juneau and I are doing all

10:24AM 17   this -- well, we're doing the work of about ten lawyers right

10:24AM 18   now.  It's just the nature of it.

10:24AM 19           First of all, we got this controversy that's going on

10:24AM 20   out there; but, we're woefully short.  If you went out today

10:24AM 21   and said you were looking -- you'd probably get a lot of

10:24AM 22   applications, but you -- I worked for this firm, we did this.

10:24AM 23   You may have this firm, you may have that.  We've seen that

10:24AM 24   constantly.  It's a shrinking market for us.

10:24AM 25   Q.   With respect to Christine Reitano, when you were speaking

**C O N F I D E N T I A L**

SM-03-JA000193

Case 2:10-md-02179-CJB-DPC  Document 13347-10  Filed 09/02/14  Page 90 of 148
Case 2:10-md-02179-CJB-SS  Document 13182-16  Filed 07/17/14  Page 89 of 148

89

10:24AM 1   to her about hiring her, bringing her aboard as a lawyer, did
10:24AM 2   you check any of her references yourself, did you ask for any
10:24AM 3   experiences or talk to her about what her training or
10:25AM 4   experience was in any type of a claims administration process?
10:25AM 5   A.    I knew -- two reasons I hired her.  It wasn't just
10:25AM 6   availability.  I would not do that.  She had experience in
10:25AM 7   dealing -- because this is a little -- this complex litigation
10:25AM 8   world is its own animal out there.  She had had experience in
10:25AM 9   dealing in this complex litigation world with claims and class
10:25AM 10  action things; about that, I knew.  That's all on her resumé.
10:25AM 11         That background, in addition to her academics, were
10:25AM 12  things that were very attractive to me, you know.  I don't
10:25AM 13  know -- then I told you what I did, about I sent it to BP, they
10:25AM 14  do the background, same thing we did in the past.
10:25AM 15         I don't know that I went further than that, and I
10:25AM 16  don't think I did.  I was satisfied with that, me.
10:26AM 17         I think -- you know, I don't remember, but I have --
10:26AM 18  I seem to recall either BP and/or the plaintiffs interviewing
10:26AM 19  her because I had made that a policy.  Anybody -- I want to
10:26AM 20  hire anybody, come talk to them.  That's what I'm fixing to do.
10:26AM 21  I've made that available to everybody.
10:26AM 22  Q.    While you were in the process of hiring her and discussing
10:26AM 23  her working for you, did she tell you that she had some matters
10:26AM 24  and cases that were before the Claims Administrator, to your
10:26AM 25  recollection?

**C O N F I D E N T I A L**

SM-03-JA000194

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 91 of 148
Case 2:10-md-02179-CJB-SS   Document 13187-10   Filed 01/07/14   Page 90 of 147

90

10:26AM 1    A.   No.   No.   It was very, very abundantly clear -- I think

10:26AM 2    Christine Reitano understands in spades -- that if you work at

10:26AM 3    that office, you can't have any interest coming to you out of

10:26AM 4    any claim that's filed.   I don't have any doubt about that at

10:26AM 5    all.

10:26AM 6    Q.   But that wasn't my question.   My question was, when you

10:27AM 7    were in the hiring process, did she disclose to you that at

10:27AM 8    that time she did represent a matter that was a claimant before

10:27AM 9    the administrator?

10:27AM 10   A.   I think she did.   I think she said they had represented a

10:27AM 11   few.   I said, "If you have that, you can't work here.   You have

10:27AM 12   to refer that to an attorney, and you can't retain any interest

10:27AM 13   or have any interest or participation at all in any such claim,

10:27AM 14   that claim or any other claim."   But she did -- she did

10:27AM 15   disclose that.

10:27AM 16   Q.   Did she agree to do any transfers or remove herself from

10:27AM 17   any case that had an interest?

10:27AM 18   A.   Absolutely.

10:27AM 19   Q.   You were satisfied that you had clearly communicated that

10:27AM 20   to her?

10:27AM 21   A.   I'm totally satisfied.

10:27AM 22   Q.   After she came on board, what were her legal

10:27AM 23   responsibilities and functions working in your office, and did

10:27AM 24   they change?

10:27AM 25   A.   Well, two main things -- or three main things.   One, we

**C O N F I D E N T I A L**

SM-03-JA000195

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 92 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/07/14 Page 91 of 148

91

10:28AM 1    get literally hundreds of inquiries, from the lawyers, from BP,

10:28AM 2    from the Plaintiffs Steering Committee, claimants directly,

10:28AM 3    *pro se* claimants, what's the status of my claim? All those

10:28AM 4    things probably have my name on it.

10:28AM 5         I try to get those out, so they'll go -- we have

10:28AM 6    contacts at BrownGreer and find out what -- we communicate. I

10:28AM 7    have to monitor those, because if there is a backlog of things

10:28AM 8    that's not getting done -- that's how -- one of the mechanisms

10:28AM 9    that I have to find that out. So she did a lot of that.

10:28AM 10        She was kind of a funnel for me. You've probably

10:28AM 11   read we have over, what, 480 policies, the overwhelming

10:28AM 12   majority of which is agreed to by both parties. It's a reduced

10:29AM 13   number that we had. She would funnel those things, as being a

10:29AM 14   conduit between BrownGreer and me, in getting those done.

10:29AM 15        I would have had her do, in some of those instances,

10:29AM 16   opinions, legal opinions of what she thought that

10:29AM 17   Settlement Agreement did to this or this. But in 99 percent of

10:29AM 18   those meetings was a conglomeration of meetings. We had

10:29AM 19   accountants, we had the BrownGreer people and her, and then all

10:29AM 20   of those things, they would funnel to me.

10:29AM 21        The important thing about all of that is -- I made

10:29AM 22   this a policy when I took this job, because I know how this

10:29AM 23   rodeo is held -- I personally reviewed and was informed and

10:29AM 24   checked off on every policy we have this in case. Nobody else

10:29AM 25   did that. I did that. I had a reason for doing that, because

**C O N F I D E N T I A L**

SM-03-JA000196

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 93 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 01/07/14 Page 92 of 148

92

10:29AM 1    I wanted to know the totality of what we're dealing with.

10:29AM 2         We've had -- we've had many discussions where I've

10:30AM 3    disagreed with the accountants.  We've had many I've disagreed

10:30AM 4    with a lawyer, Christine Reitano, or with BrownGreer.  We've

10:30AM 5    had many that we all concurred in.  But the bottom line is, is

10:30AM 6    the buck stops here.  It did because I made it a purpose to

10:30AM 7    review each of those.

10:30AM 8         So to answer your question, she served as a funnel,

10:30AM 9    you know, in a lot of those activities.

10:30AM 10   Q.    Yes, sir.

10:30AM 11   A.    So the real question there was, was she -- was she

10:30AM 12   determinative of any policy that we issued, you know, and so

10:30AM 13   forth?  She was just -- to me, just like one other person on

10:30AM 14   this myriad group of people that gave me input, but she wasn't

10:30AM 15   a determining factor on the policy.  She didn't do that.

10:30AM 16   Q.    Would you characterize her role as your main lawyer, your

10:30AM 17   main legal counsel?

10:31AM 18   A.    For a period of time -- yes, for a period of time, she

10:31AM 19   was, because that was the only employee I really had, except --

10:31AM 20   and I've got to make an exception here -- when we -- when we

10:31AM 21   initiated this whole program and they wanted me to do this job,

10:31AM 22   BP was concerned about my staff.  That's why they checked out

10:31AM 23   Mike and wanted Mike, because Mike is a very, very bright

10:31AM 24   experienced lawyer.  We got commitment for him to come part

10:31AM 25   time, and this has turned out a lot more full time than it has

**CONFIDENTIAL**

SM-03-JA000197

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 94 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/07/14 Page 93 of 147

93

| | |
|---|---|
| 10:31AM 1 | been part time. |
| 10:31AM 2 | As it worked out, the lawyers, you know, who we've |
| 10:31AM 3 | had working -- David Duval handles, basically, the appellate |
| 10:31AM 4 | stuff; we had Christine being the funnel for all of this |
| 10:31AM 5 | stuff -- we were getting overloaded with the same thing. I |
| 10:31AM 6 | mean, we were getting e-mails this high (indicating). That's |
| 10:32AM 7 | when we had hired Lionel Sutton, you know, to do that. |
| 10:32AM 8 | When all of that is going on, Mike, at my direction, |
| 10:32AM 9 | had been intimately -- he's probably the guy that's got the |
| 10:32AM 10 | biggest picture of this whole case, this whole BEL issue, which |
| 10:32AM 11 | is a huge issue there. He's the one that coordinates all the |
| 10:32AM 12 | meetings with the accountants and has the feedback and so |
| 10:32AM 13 | forth. Judge Barbier -- |
| 10:32AM 14 | Q.   You're talking about Michael now? |
| 10:32AM 15 | A.   Mike Juneau. I'm trying to define the legal section. |
| 10:32AM 16 | Judge Barbier and Judge Shushan, I think, will |
| 10:32AM 17 | confirm what I'm telling you. When they want to know, they've |
| 10:32AM 18 | got a serious legal matter involving a process in our office, |
| 10:32AM 19 | that's who they call. |
| 10:32AM 20 | I think Judge Barbier will tell you, he said, "Well, |
| 10:32AM 21 | Pat, if you want to leave, leave, but don't take him." |
| 10:32AM 22 | It was -- that's how the deal was set up. It started |
| 10:33AM 23 | as a part-time thing. It's becoming a lot more involved than |
| 10:33AM 24 | we thought. |
| 10:33AM 25 | But was she critical in the legal department, |

**C O N F I D E N T I A L**

SM-03-JA000198

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 95 of 148
Case 2:10-md-02179-CJB-SS Document 13347-10 Filed 01/07/14 Page 94 of 148

94

| | | |
|---|---|---|
| 10:33AM | 1 | involved in making those decisions for that good period of |
| 10:33AM | 2 | time, the answer is yes. |
| 10:33AM | 3 | Q.    Let me ask the question in a slightly different way.   As |
| 10:33AM | 4 | an experienced lawyer, you're familiar with the term and the |
| 10:33AM | 5 | role of what's usually called a *general counsel* for an entity |
| 10:33AM | 6 | or a corporation? |
| 10:33AM | 7 | A.    She didn't serve in that capacity. |
| 10:33AM | 8 | Q.    You answered my question. |
| 10:33AM | 9 | In your administration -- |
| 10:33AM | 10 | A.    She might have thought that, but it wasn't in my eye. |
| 10:33AM | 11 | Q.    In your administration, did you have designated, either |
| 10:33AM | 12 | officially or unofficially or in your own understanding, some |
| 10:33AM | 13 | one person as a chief ethics officer? |
| 10:33AM | 14 | A.    A chief ethics officer?  You mean, did we take a stamp and |
| 10:34AM | 15 | put that on somebody's head, the answer is no. |
| 10:34AM | 16 | My vision of that was, right, wrong or indifferent -- |
| 10:34AM | 17 | ain't that many people there, you know, essentially 15 to |
| 10:34AM | 18 | 17 people -- |
| 10:34AM | 19 | Q.    Right. |
| 10:34AM | 20 | A.    -- so if somebody had any kind of answer, that's why we've |
| 10:34AM | 21 | got David Odom to deal with that. |
| 10:34AM | 22 | I never close my door.  Unless maybe you want to come |
| 10:34AM | 23 | talk to me about this matter, I'll close the door.  But I've |
| 10:34AM | 24 | always envisioned anybody had any problem, they could come to |
| 10:34AM | 25 | us and discuss that. |

**C O N F I D E N T I A L**

SM-03-JA000199

10:34AM 1    Q.    Similar question with a different phrase.    Many times in

10:34AM 2    complex legal administrations, there's a lawyer designated as a

10:34AM 3    conflicts counselor.

10:34AM 4         It's a term that's used often in cases where there

10:34AM 5    are issues that arise with respect to possible conflicts.

10:35AM 6    Sometimes an administrator uses an in-house lawyer.    Sometimes

10:35AM 7    they use an outside lawyer.    They use the phrase, at least

10:35AM 8    commonly understood by me, as conflicts counsel.

10:35AM 9         Or, again, without stamping a label on something, did

10:35AM 10   you have a go-to lawyer inside or outside the administration

10:35AM 11   that in your mind was a person you would go to with respect to

10:35AM 12   conflicts?

10:35AM 13   A.    I don't remember the precise time; but, later in this

10:35AM 14   litigation, I guess maybe you could say -- you could have

10:35AM 15   designated it earlier, but there wasn't maybe three of us there

10:35AM 16   at the time.

10:35AM 17        But we -- we have had just issues that come up in my

10:35AM 18   mind, other people's mind about conflicts.    Rick Stanley,

10:35AM 19   outside counsel, Stanley, Reuter here, is a very well known,

10:35AM 20   accomplished ethics lawyer, does that work.    We go to him to

10:36AM 21   seek advice on that.

10:36AM 22        When I've got employment issues, have to deal with --

10:36AM 23   might have had to do with HIPAA or the contract issues,

10:36AM 24   employment issues, discharge issues that we talk about, the

10:36AM 25   Sessions firm, David Forsyth, outside firm I use to do that.

**C O N F I D E N T I A L**

SM-03-JA000200

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 97 of 148
Case 2:10-md-02179-CJB-SS Document 13382-10 Filed 09/02/14 Page 96 of 148

96

10:36AM 1    So I primarily -- when those issues come, I farm that

10:36AM 2    out to independent people.  I don't have an in-house person to

10:36AM 3    do that.

10:36AM 4    Q.    With respect to Mr. Sutton, from time to time did you task

10:36AM 5    him or direct him to respond to a particular attorney or

10:36AM 6    individual that was inquiring about the status of claims?

10:36AM 7    A.    Oh, yeah.

10:36AM 8    Q.    That was a regular part of his work?

10:36AM 9    A.    That goes on today.  Unfortunately, we are having to do

10:36AM 10   it, just the two of us.

10:36AM 11   Q.    Do you recall ever directing him to deal with an attorney

10:37AM 12   named Jon Andry with respect to claims that Andry had before

10:37AM 13   the administrator?

10:37AM 14   A.    I never directed him to do that.

10:37AM 15   Q.    Do you recall ever requesting or directing him to address

10:37AM 16   or respond to issues relating to what's known as the Andry Law

10:37AM 17   Firm claim, which was a $7 million claim before the

10:37AM 18   administrator?

10:37AM 19   A.    To me -- no, I would have never done that.  To me, that's

10:37AM 20   just one of 195,000.  I think everybody knows -- I'm pretty

10:37AM 21   direct in my discussion with people.  I'm sure I would have

10:37AM 22   used words like, look, we ain't pushing nobody's case through

10:37AM 23   here.  I'm not here to foster anybody's case.

10:37AM 24       We're not here to -- let the system work, do its

10:37AM 25   work.  If you need to follow up on something that you need an

**C O N F I D E N T I A L**

SM-03-JA000201

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 98 of 148
Case 2:10-md-02179-CJB-SS   Document 13187-10   Filed 07/07/14   Page 97 of 147

97

10:37AM 1    inquiry follow-up, you go to -- we've got BrownGreer contacts

10:37AM 2    that will give you the information to respond.

10:38AM 3        If it's a problem that BrownGreer is not doing their

10:38AM 4    work, just come tell me about it.  They're bogged down.  If

10:38AM 5    we've got accountants getting behind, you let me know.  That's

10:38AM 6    why I have the communication.

10:38AM 7        So the answer to that is absolutely no.  I mean, I've

10:38AM 8    never had that -- he's never made that request to me.

10:38AM 9    Q.   You don't recall ever asking him to look at a particular

10:38AM 10   claim, such as the ones I've mentioned to you, or respond to a

10:38AM 11   lawyer who was asking you about the claim?

10:38AM 12   A.   About the Andry claim?

10:38AM 13   Q.   Yes.

10:38AM 14   A.   No.  I don't recall anything like that.

10:38AM 15       I will tell you, this on the record -- you hesitate

10:38AM 16   what you say, but I don't know Jon -- I know Jon Andry; not

10:38AM 17   personally, but I know him.  I'm a lawyer.  He's a younger

10:38AM 18   lawyer.

10:38AM 19       Jon is a real pushy kind of guy.  I guess if you

10:38AM 20   check with the Court, that's what you would find.  They

10:38AM 21   appeared in the Court about release of the funds and all of

10:38AM 22   that stuff the other day.  You could kind of blend that if you

10:39AM 23   read the pleadings.

10:39AM 24       So we get pushed all the time by people.  Claimants

10:39AM 25   push us, people -- politicians push us, everybody pushes us.

# C O N F I D E N T I A L

SM-03-JA000202

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 99 of 148
Case 2:10-md-02179-CJB-SS Document 13187-10 Filed 07/07/14 Page 98 of 147

98

| | |
|---|---|
| 10:39AM 1 | But that's not our role. That's not our job. We try to |
| 10:39AM 2 | stick -- but if somebody complains about something, I have an |
| 10:39AM 3 | obligation to check into the matter to see if it's valid or not |
| 10:39AM 4 | valid. |
| 10:39AM 5 | Delay, you didn't process a claim, da-da, da-da, we |
| 10:39AM 6 | respond individually to requests like that, but that's just to |
| 10:39AM 7 | find what the answer is. It's not to assist somebody with the |
| 10:39AM 8 | claim. |
| 10:39AM 9 | Q. When Mr. Sutton first came to work at your office, did you |
| 10:39AM 10 | think of that or understand that to be a part-time job or a |
| 10:39AM 11 | full-time job? |
| 10:39AM 12 | A. His job? |
| 10:39AM 13 | Q. His job at your office? |
| 10:39AM 14 | A. Essentially full time, except I was going to allow people, |
| 10:39AM 15 | which we've done -- because they've got an outside life here -- |
| 10:39AM 16 | if you had something you had to finish up, you were dealing |
| 10:40AM 17 | with something, that I explained to you earlier, I allowed |
| 10:40AM 18 | that, but I consider this full-time employment. |
| 10:40AM 19 | Q. Were you aware at any time that he was using the |
| 10:40AM 20 | administration office space to conduct his own private legal |
| 10:40AM 21 | business? |
| 10:40AM 22 | A. I remember one time, he asked me, he said -- he had to |
| 10:40AM 23 | take a deposition in our office. I said, "It's on a case you |
| 10:40AM 24 | had before? It doesn't have anything to do with this?" He |
| 10:40AM 25 | said, "Yeah, the people are coming, and I don't have a place." |

**C O N F I D E N T I A L**

SM-03-JA000203

Case 2:10-md-02179-CJB-DPC   Document 12347-10   Filed 02/07/14   Page 100 of 148
Case 2:10-md-02179-CJB-SS   Document 12167-10   Filed 01/17/14   Page 99 of 148

99

| | | |
|---|---|---|
| 10:40AM | 1 | I allowed that to happen.  Yeah, I did that. |
| 10:40AM | 2 | Q.   At the time that he resigned -- |
| 10:40AM | 3 | A.   I might add to you, the reason I did that was an |
| 10:40AM | 4 | accommodation.  I have myself -- I'm the Special Master in |
| 10:40AM | 5 | Toyota on the West Coast -- I've had people come at night -- we |
| 10:40AM | 6 | had a meeting in the conference room the other night.  I have a |
| 10:40AM | 7 | few of those matters still, so I've used that facility just for |
| 10:40AM | 8 | that; but, it doesn't have anything to do with my work. |
| 10:40AM | 9 | Q.   At the time that he resigned from your employment, |
| 10:41AM | 10 | approximately how many hours was he working a week, or how full |
| 10:41AM | 11 | time was his work, as best you understood it? |
| 10:41AM | 12 | A.   Him or me? |
| 10:41AM | 13 | Q.   Mr. Sutton? |
| 10:41AM | 14 | A.   Oh, I look at it as a five-day week, Monday through |
| 10:41AM | 15 | Friday. |
| 10:41AM | 16 | Q.   Would he have been allowed or was he authorized in his |
| 10:41AM | 17 | employment to inquire about particular claims and try to push |
| 10:41AM | 18 | or facilitate any claims through the administration process? |
| 10:41AM | 19 | A.   He was authorized because it was all of our roles to |
| 10:41AM | 20 | inquire if you had an inquiry.  He -- it was not his role to |
| 10:41AM | 21 | push a claim or to affect a claim. |
| 10:42AM | 22 | I read something -- I read this e-mail exchange.  I |
| 10:42AM | 23 | think I saw where there was a lot of calls -- not a lot of |
| 10:42AM | 24 | calls, there were a lot of inquiries on a claim.  I don't know |
| 10:42AM | 25 | what the etiology of that was.  What he was trying to do was to |

**C O N F I D E N T I A L**

SM-03-JA000204

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 101 of 148
Case 2:10-md-02179-CJB-SS   Document 12382-10   Filed 02/17/14   Page 101 of 148

100

10:42AM  1    check the status.

10:42AM  2            I think I read somewhere where he said, "Well, I'm

10:42AM  3    just trying to check on his claim, just check on his claim."

10:42AM  4    Based on what I saw, that was an awful lot of calls.  It looked

10:42AM  5    look he was pushing, you know what I mean.

10:42AM  6            Now, I mean, I don't know what his explanation is,

10:42AM  7    but his explanation is, I'm just checking because I want to

10:42AM  8    check.

10:42AM  9            It's a difference between checking on a claim and

10:42AM 10    pushing a claim.  A push is -- no, we don't do that.  Okay.

10:42AM 11            I get claims that come to me and they say, "Would you

10:42AM 12    check on the status?  It's been six months."  I'm obliged, I

10:43AM 13    check.  I don't push the claim.

10:43AM 14            The accountants can tell you that.  I mean, you know.

10:43AM 15    I say, whatever the rotation is, go do what you got to do.

10:43AM 16            But I said, "Hey, look, this claim has been sitting

10:43AM 17    here nine months; if this is out of order and it don't meet our

10:43AM 18    normal flow, go handle the case."

10:43AM 19            Judge, we get those -- we get people that filed a

10:43AM 20    claim yesterday and sending those kind of letters tomorrow.

10:43AM 21    Q.    Mr. Juneau, I'm going to show you a series of documents.

10:43AM 22    These documents, I'll represent to you, are formulations of

10:43AM 23    policies, new policies on confidentiality, on conflict of

10:43AM 24    interest, gifts, entertainment and gratuities, employee

10:43AM 25    checklists, and one which is called a *draft protection policy.*

**C O N F I D E N T I A L**

SM-03-JA000205

Case 2:10-md-02179-CJB-DPC Document 13847-10 Filed 09/02/14 Page 102 of 148
Case 2:10-md-02179-CJB-SS Document 13847-10 Filed 03/17/14 Page 102 of 148

101

| | |
|---|---|
| 10:43AM 1 | These are new policies, I'll represent to you, that |
| 10:43AM 2 | have been recently formulated. So I'll just show them to you. |
| 10:44AM 3 | These are Exhibits PJ-1, 1A, 1C, 1D and 7. |
| 10:44AM 4 | (WHEREUPON, at this point in the proceedings, |
| 10:44AM 5 | Exhibits PJ-1, PJ-1A, PJ-1C, PJ-1D and PJ-7 were marked.) |
| 10:44AM 6 | BY MR. FREEH: |
| 10:44AM 7 | Q.   I'm not going to ask you any detail.  I'm just going to |
| 10:44AM 8 | ask you whether these are policies that you and your office |
| 10:44AM 9 | have recently put into place and implemented as part of your |
| 10:44AM 10 | administration? |
| 10:44AM 11 | A.   That's correct. |
| 10:44AM 12 | Can I go back to one thing you asked earlier, because |
| 10:44AM 13 | I think it would be relevant to fully answer your question? |
| 10:44AM 14 | Q.   Yes. |
| 10:44AM 15 | A.   When you're talking about inquiries and so forth, I guess |
| 10:44AM 16 | a lot of times we learn through experience.  Kind of when I saw |
| 10:44AM 17 | that, you know, I said, you know, maybe that's something we've |
| 10:44AM 18 | got to think about. |
| 10:44AM 19 | So what I had our IT people look at, just give us a |
| 10:45AM 20 | report, if we've got somebody repetitively looking at the |
| 10:45AM 21 | cases.  I guess you've got to set some benchmark or something, |
| 10:45AM 22 | you know; but, I said, "Y'all recommend something to me." |
| 10:45AM 23 | That's kind of what spurred that in my mind about |
| 10:45AM 24 | when I saw -- like, the Sutton thing, I said, that sounds like |
| 10:45AM 25 | a pretty good thing to do. |

**C O N F I D E N T I A L**

SM-03-JA000206

10:45AM 1      So we are doing that.  They come up with that policy,

10:45AM 2  but that's where it came from.  It wasn't my virgin thought,

10:45AM 3  you know, at the time.

10:45AM 4  Q.    Did you come to learn, by the way, recently, that

10:45AM 5  BrownGreer has had the capacity to do that for some time, check

10:45AM 6  on the number of inquiries that someone was making on a

10:45AM 7  particular claim?

10:45AM 8  A.    Yeah, yeah, yeah, yeah, which I think is a good thing.

10:45AM 9  Q.    At some other point, and not in terms of my interview, I'm

10:45AM 10 going to come back to you, and we're going to discuss policies

10:45AM 11 and formulation --

10:45AM 12 A.    Right.

10:45AM 13 Q.    -- in a different -- in a different manner.

10:46AM 14      MR. TIDWELL:  A follow-up question?

10:46AM 15      MR. FREEH:  Yes.

10:46AM 16      MR. TIDWELL:  Sir, were you aware that BrownGreer had

10:46AM 17 not communicated to your IT staff for a number of months that

10:46AM 18 there was the capacity to determine who was checking claims?

10:46AM 19      THE WITNESS:  No, not really.

10:46AM 20      Look, this question about checking and so forth

10:46AM 21 is kind of surfacing now; but, I wasn't -- I wasn't aware of

10:46AM 22 what, by the end of the discussion, you could, did, didn't, you

10:46AM 23 didn't or whatever, no, I wasn't aware.

10:46AM 24           EXAMINATION

10:46AM 25 BY MR. BUCKNAM:

**C O N F I D E N T I A L**

SM-03-JA000207

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 104 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 02/17/14 Page 104 of 148

103

10:46AM 1    Q.    When did you first learn that, Mr. Juneau, that the system

10:46AM 2    enabled that?

10:46AM 3    A.    Well, I think -- as God be my witness, I don't remember

10:46AM 4    the precise date, but it was sometime when they were showing --

10:46AM 5    they started checking Sutton's involvement, you know, that he

10:46AM 6    had a lot of hits on a case.

10:47AM 7    Q.    So would that be within the last couple of months?

10:47AM 8    A.    Yeah, I would think so.

10:47AM 9    Q.    Mr. Freeh had just asked you some questions regarding

10:47AM 10   policies that were recently implemented, and you've answered

10:47AM 11   those questions.

10:47AM 12         I want to go back to policies that would have been in

10:47AM 13   effect at the beginning of this year or at the end of last

10:47AM 14   year, around the time Mr. Sutton came on board.

10:47AM 15         Was there a policy in effect at that time for

10:47AM 16   employees to disclose outside employment or to seek your

10:47AM 17   permission to engage in outside employment outside of the

10:47AM 18   claims office?

10:47AM 19   A.    I think I've discussed that issue with people, you know,

10:47AM 20   in meetings with them, that if -- you know, you can't -- if you

10:47AM 21   want to do any kind of employment, I've got to know about that.

10:47AM 22         (WHEREUPON, at this point in the proceedings,

10:48AM 23   Exhibits PJ-2, PJ-3 and PJ-4 were marked.)

10:48AM 24   BY MR. BUCKNAM:

10:47AM 25   Q.    I'm going to show you three documents marked PJ-2, PJ-3

**C O N F I D E N T I A L**

SM-03-JA000208

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 105 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 02/17/14 Page 104 of 148

104

| | | |
|---|---|---|
| 10:48AM | 1 | and PJ-4, and ask you, sir, to take a look at these three |
| 10:48AM | 2 | documents, please. |
| 10:48AM | 3 | A.    (Witness reviews the documents.)  Yeah, I remember |
| 10:49AM | 4 | David Odom coming to me around this time. |
| 10:49AM | 5 | Q.    For the record, can you just tell us, what is PJ-2? |
| 10:49AM | 6 | A.    Well, he submitted this policy to me, asked me to review |
| 10:49AM | 7 | the policy, thought it was appropriate, and I approved that |
| 10:49AM | 8 | policy.  That's my approval right there. |
| 10:49AM | 9 | Q.    If I may, sir, on PJ-2, is this a request to engage in |
| 10:49AM | 10 | outside employment by -- |
| 10:49AM | 11 | A.    Chris Reade. |
| 10:49AM | 12 | Q.    -- by Chris Reade? |
| 10:49AM | 13 | A.    Yes. |
| 10:49AM | 14 | Q.    Is this an approval -- a request by Mr. Reade dated |
| 10:49AM | 15 | July 17th of last year, and your approval back to him to engage |
| 10:49AM | 16 | in outside employment? |
| 10:49AM | 17 | A.    Yes.  That's right. |
| 10:49AM | 18 | Q.    What is PJ-3?  Is that a request?  Who is that a request |
| 10:49AM | 19 | from? |
| 10:49AM | 20 | A.    David Odom -- wait a minute.  Excuse me.  Excuse me.  I'm |
| 10:50AM | 21 | bad at reading -- I think this is David Odom to me. |
| 10:50AM | 22 | Q.    Is that dated July 17th, 2012, as well, sir? |
| 10:50AM | 23 | A.    That's right. |
| 10:50AM | 24 | Q.    Did you approve that request? |
| 10:50AM | 25 | A.    I did. |

# C O N F I D E N T I A L

10:50AM 1  Q.   The approval is dated July 18th?

10:50AM 2  A.   That's right.

10:50AM 3  Q.   Then the last one is PJ-4.  Is this an e-mail dated

10:50AM 4  July 17, 2012?

10:50AM 5  A.   That's right.

10:50AM 6  Q.   Who is this from?

10:50AM 7  A.   David Welker.

10:50AM 8  Q.   Is Mr. Welker seeking your permission to engage in outside

10:50AM 9  employment?

10:50AM 10  A.   That's what it was, and I reviewed that and approved it.

10:50AM 11  Q.   You approved this by e-mail response dated July 18th,

10:50AM 12  correct?

10:50AM 13  A.   That's right.

10:50AM 14  Q.   To your knowledge, did anyone else submit e-mail requests

10:50AM 15  or written requests to you to engage in outside employment

10:50AM 16  which you approved?

10:50AM 17  A.   Right offhand, I don't recall any.

10:51AM 18  Q.   I would just ask you to take a look, if you would, at the

10:51AM 19  text of PJ-2 and the text of PJ-3, which are the requests by

10:51AM 20  Mr. Odom -- excuse me, by Mr. Reade and Mr. Odom.

10:51AM 21       Is the text of the two requests essentially the same?

10:51AM 22  A.   It sure looks like it.

10:51AM 23  Q.   If I could just read into the record PJ-2.  "Pursuant to

10:51AM 24  the *Deepwater Horizon* Claim Center Confidentiality and

10:51AM 25  Non-Disclosure Agreement, Conflict of Interest and Recusal

**C O N F I D E N T I A L**

SM-03-JA000210

| | |
|---|---|
| 10:51AM 1 | Section, I am seeking your approval to continue work with other |
| 10:51AM 2 | companies that I have established.  Although I work full-time |
| 10:51AM 3 | on the *Deepwater Horizon* economic claims program, I spend some |
| 10:51AM 4 | additional time in these companies which provide software and |
| 10:51AM 5 | other services.  These companies' products and services do not |
| 10:51AM 6 | in any way present a conflict of interest to my role as the CIO |
| 10:51AM 7 | of the DHECC." |
| 10:51AM 8 | A.   That's correct. |
| 10:51AM 9 | Q.   Other than referencing the different title between |
| 10:52AM 10 | Mr. Odom and Mr. Reade, is the e-mail between PJ-2 and PJ-3 the |
| 10:52AM 11 | same? |
| 10:52AM 12 | A.   It's identical, with that exception. |
| 10:52AM 13 | Q.   Did either of these gentlemen ever identify for you in |
| 10:52AM 14 | written fashion the name of the company or companies that they |
| 10:52AM 15 | were involved in? |
| 10:52AM 16 | A.   I think they -- I think they verbally told me.  I can |
| 10:52AM 17 | remember David Odom telling me what companies he -- software |
| 10:52AM 18 | companies he was operating outside of this, that he had |
| 10:52AM 19 | interest in -- |
| 10:52AM 20 | Q.   But he continued to represent to you that they did not |
| 10:52AM 21 | have a conflict of interest with respect to his role -- |
| 10:52AM 22 | A.   Oh, yeah. |
| 10:52AM 23 | Q.   -- at the *Deepwater Horizon*? |
| 10:52AM 24 | A.   Yes, sir. |
| 10:52AM 25 | Q.   Then, finally, with respect to Mr. Welker's request, am I |

**C O N F I D E N T I A L**

SM-03-JA000211

10:52AM 1  correct that this is a completely different request in which

10:52AM 2  he's asking for permission to assist the local Sheriff's Office

10:52AM 3  in providing --

10:52AM 4  A.   I remember that, because I remember St. Bernard Parish.

10:52AM 5  Q.   -- in providing some internal affairs help, correct?

10:52AM 6  A.   Yes.   That's correct.

10:52AM 7  Q.   Now, you said that Mr. Odom -- you thought Mr. Odom had

10:53AM 8  talked to you about the software company that did not have

10:53AM 9  anything to do with the *Deepwater Horizon* Claims Center.

10:53AM 10       Did Mr. Odom ever talk to you about a company called

10:53AM 11  *Crescent City Group*?

10:53AM 12  A.   I don't remember that.

10:53AM 13  Q.   Did Mr. Reade ever talk to you about a company called

10:53AM 14  *Crescent City Group*?

10:53AM 15  A.   That doesn't -- I don't have any recollection of that.

10:53AM 16  Q.   Did any of the -- I'm going to ask you some names, and

10:53AM 17  just ask you if any of these people ever submitted any written

10:53AM 18  requests for waiver to engage in outside employment.

10:53AM 19       Did you ever receive one from Christine Reitano?

10:53AM 20  A.   No, I don't think so.

10:53AM 21  Q.   Lionel Sutton?

10:53AM 22  A.   No, but I told you about the verbal discussion I had with

10:53AM 23  him.

10:53AM 24  Q.   Yes, sir.

10:53AM 25  A.   Yeah.

**C O N F I D E N T I A L**

SM-03-JA000212

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 109 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 03/17/14 Page 109 of 148

108

| | | |
|---|---|---|
| 10:53AM | 1 | Q. Christina Hendricks? |
| 10:53AM | 2 | A. No. |
| 10:53AM | 3 | Q. David Duval? |
| 10:53AM | 4 | A. No. |
| 10:53AM | 5 | Q. Kirk Fisher? |
| 10:54AM | 6 | A. I didn't receive any -- I don't remember receiving any |
| 10:54AM | 7 | from Kirk Fisher. I knew about -- he had told me about the |
| 10:54AM | 8 | outside interests in the company he had. I knew about that |
| 10:54AM | 9 | verbally. |
| 10:54AM | 10 | Q. Did he tell you what the company did? |
| 10:54AM | 11 | A. I think -- Kirk is a very accomplished guy. He's a |
| 10:54AM | 12 | part-time professor at LSU in internal auditing and so forth, |
| 10:54AM | 13 | so it would be a spin-off, as I recall, of some sort of |
| 10:54AM | 14 | computer thing that may have to do with staffing or something |
| 10:54AM | 15 | like that. |
| 10:54AM | 16 | Q. Did any of these people who are on your staff at the |
| 10:54AM | 17 | *Deepwater Horizon* ever talk to you about their taking on a role |
| 10:54AM | 18 | in the -- what's referred to as the *Chinese Drywall* settlement |
| 10:54AM | 19 | administration? |
| 10:55AM | 20 | A. Any of which people? |
| 10:55AM | 21 | Q. Mr. Duval, Mr. Reade, Mr. Odom, Mr. Fisher, any of those |
| 10:55AM | 22 | people. |
| 10:55AM | 23 | A. The only thing I remember, it came to me -- I saw there |
| 10:55AM | 24 | was a brochure. David Odom may have been the initiator of |
| 10:55AM | 25 | that. I think he put it together, and a group of people were |

**C O N F I D E N T I A L**

SM-03-JA000213

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 110 of 148
Case 2:10-md-02179-CJB-SS Document 13387-10 Filed 01/17/14 Page 109 of 148

109

10:55AM 1  listed therein was Duval, Fisher, some others.

10:55AM 2        I told him I didn't like that.  I thought that

10:55AM 3  conflicted with what we're doing there.  He told me that they

10:55AM 4  pulled that proposal down.

10:55AM 5        (WHEREUPON, at this point in the proceedings,

10:55AM 6  Exhibit PJ-9 was marked.)

10:55AM 7  BY MR. BUCKNAM:

10:56AM 8  Q.  All right.  Mr. Juneau, I'm going to show you what has

10:56AM 9  been marked as PJ-9.

10:56AM 10  A.  Yes.

10:56AM 11  Q.  I'm going to ask you, is that the document that you

10:56AM 12  referred to as the *brochure* listing people and their various

10:56AM 13  responsibilities, the document that you said you did not like?

10:56AM 14        MR. FREEH:  Can we state for the record that our

10:56AM 15  records show that the document that Mr. Juneau is looking at

10:56AM 16  was sent to him as a copy of an e-mail transmission?

10:56AM 17        MR. BUCKNAM:  Yes.  I apologize.

10:56AM 18        MR. FREEH:  Why don't you show him that.

10:56AM 19        MR. BUCKNAM:  Yes.

10:56AM 20        MR. FREEH:  It might help him refresh his

10:56AM 21  recollection.

10:56AM 22        (WHEREUPON, at this point in the proceedings,

10:56AM 23  Exhibit PJ-8 was marked.)

10:56AM 24  BY MR. BUCKNAM:

10:56AM 25  Q.  Mr. Juneau, I'm going to show you a document marked

**C O N F I D E N T I A L**

SM-03-JA000214

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 111 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 03/17/14 Page 111 of 148

110

| | |
|---|---|
| 10:56AM 1 | PJ-8 -- I apologize, sir, I should have shown this to you |
| 10:56AM 2 | before -- |
| 10:56AM 3 | A.     Uh-huh (affirmative response). |
| 10:56AM 4 | Q.     -- which is an e-mail which appears to be dated |
| 10:57AM 5 | March 19, 2013, from -- excuse me, March 19, 2013, from |
| 10:57AM 6 | David Odom to Lynn Greer, with a copy to you, called "*Chinese* |
| 10:57AM 7 | *Drywall* Proposal." |
| 10:57AM 8 | Then there is some text addressed to Lynn, in which |
| 10:57AM 9 | he says -- Mr. Odom says he's reaching out to Judge Fallon, |
| 10:57AM 10 | john Perry, Pat Juneau and others. |
| 10:57AM 11 | Do you recall receiving that e-mail, sir? |
| 10:57AM 12 | A.     I could have -- you know, I'm not -- I don't specifically |
| 10:57AM 13 | remember the e-mail.  I do know -- I do know that I got the |
| 10:57AM 14 | brochure, but it listed -- what I'm looking for here -- |
| 10:57AM 15 | MR. TIDWELL:  In the back, sir, is who all -- |
| 10:57AM 16 | THE WITNESS:  The names? |
| 10:57AM 17 | MR. TIDWELL:  -- all the people that were proposed |
| 10:57AM 18 | for the project. |
| 10:57AM 19 | THE WITNESS:  That's what I was looking for. |
| 10:57AM 20 | MR. TIDWELL:  It's an addendum. |
| 10:57AM 21 | THE WITNESS:  I think that's, in essence, the |
| 10:57AM 22 | project -- Lynn Greer was appointed, as I recall. |
| 10:57AM 23 | BY MR. BUCKNAM: |
| 10:58AM 24 | Q.     I apologize for the quality of the copy, Mr. Juneau, the |
| 10:58AM 25 | way it came out; but, if you take a look at what's called |

**C O N F I D E N T I A L**

SM-03-JA000215

10:58AM 1   *Appendix B, Key Personnel Resumés*, I think you'll find the

10:58AM 2   resumés of Mr. Fischer and some other folks in there?

10:58AM 3   A.   I think this is what I was talking about.

10:58AM 4   Q.   Now, Mr. Juneau, before you received that document -- or

10:58AM 5   before you saw that document for the first time, had anyone

10:58AM 6   asked for your permission to submit a proposal with one of the

10:58AM 7   vendors on *Deepwater Horizon* in connection with another matter?

10:58AM 8   A.   I don't recall that.  I recall David Odom saying, you

10:58AM 9   know, that people looking at other things -- well -- I mean,

10:58AM 10   other interests if this thing -- at the end of this, where do

10:58AM 11   we go, and so forth and so on.  I said, "Well, I don't know

10:59AM 12   about that."

10:59AM 13        Then he put together -- then, the next thing I saw

10:59AM 14   was the -- this proposal.  I saw all these people listed.

10:59AM 15   Then, as a matter of fact, it even caught my attention, I seen

10:59AM 16   something in there, reference, Patrick Juneau.  I said, wait a

10:59AM 17   minute, wait a minute, I got a program to run here.  Don't

10:59AM 18   reference me -- first of all, reference me on anything.

10:59AM 19        I said, I'm not -- I see that as a problem, you

10:59AM 20   doing -- applying for work like that.  Y'all might have other

10:59AM 21   companies of other people who can do that; but, to me, I found

10:59AM 22   objection to that, and I expressed that to David Odom.  He

10:59AM 23   subsequently told me shortly thereafter, "We concur.  We've

10:59AM 24   pulled down this application."

10:59AM 25   Q.   Is there an individual who previously was employed at your

**C O N F I D E N T I A L**

SM-03-JA000216

10:59AM 1    office by the name of *Scott Sherrick* (spelled phonetically)?

10:59AM 2    A.    Yes.

10:59AM 3    Q.    Who was Scott Sherrick?  What was his role on your staff?

11:00AM 4    A.    He worked with Kirk Fisher.

11:00AM 5    Q.    Did there come a time when Mr. Sherrick separated from the

11:00AM 6    claims office?

11:00AM 7    A.    Yes.

11:00AM 8    Q.    Why was that, sir?

11:00AM 9    A.    That was me.

11:00AM 10   Q.    Can you explain --

11:00AM 11   A.    The short of that was I thought Mr. Sherrick was a very

11:00AM 12   competent guy, very knowledgeable computer guy; but, man, his

11:00AM 13   dealing -- you could sit in a meeting for five minutes.  His

11:00AM 14   dealings with other people, he was an irritant factor to people

11:00AM 15   in the room.

11:00AM 16            I just said I thought that was a bad mix.  I told

11:00AM 17   Kirk Fisher that I didn't think it would be appropriate for him

11:00AM 18   to serve -- it had nothing to do with his competence.  It was a

11:00AM 19   personality --

11:00AM 20   Q.    Did it have anything to do with the *Chinese Drywall*

11:00AM 21   proposal?

11:00AM 22   A.    No, it did not.

11:00AM 23   Q.    Did it have anything to do with the efforts Mr. Sherrick

11:00AM 24   had made to streamline the efficiencies at BrownGreer?

11:00AM 25   A.    No, sir.

**C O N F I D E N T I A L**

SM-03-JA000217

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 114 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 02/17/14 Page 114 of 148

113

11:00AM 1     Q.    So it had to do more with personality clashes and what you

11:01AM 2     viewed as --

11:01AM 3     A.    That -- I mean, you know, that's what I viewed it.  That's

11:01AM 4     how I looked at it.

11:01AM 5     Q.    Again, if I could just go back, when Mr. Odom and

11:01AM 6     Mr. Reade submitted their virtually identical requests for

11:01AM 7     permission to engage in outside employment, did they ever

11:01AM 8     elaborate upon what company or companies they were talking

11:01AM 9     about to you in writing?

11:01AM 10    A.    I don't remember seeing it in writing.  I may have -- I

11:01AM 11    seem to recall we had some verbal discussions about that, the

11:01AM 12    details of which I don't remember.

11:01AM 13          Just based on explanations given to me, I thought --

11:01AM 14    I was focused on what I had to do here.  I thought we were

11:01AM 15    going to fulfill our -- I was all right with that, based on

11:01AM 16    what they told me.

11:01AM 17          THE WITNESS:  I guess we are wiser men with the

11:02AM 18    passage of time, Judge.

11:02AM 19    BY MR. BUCKNAM:

11:02AM 20    Q.    Again, I just -- I know you've mentioned outside this room

11:02AM 21    on prior occasions about other policies that have been

11:02AM 22    implemented that you would like to discuss further; but, if we

11:02AM 23    could just keep these focused on the policies that were in

11:02AM 24    effect at the time.

11:02AM 25    A.    Oh, yeah.  Let me just mention that to you right now.

**C O N F I D E N T I A L**

SM-03-JA000218

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 115 of 148
Case 2:10-md-02179-CJB-SS Document 13382-10 Filed 09/17/14 Page 115 of 148

114

| | | |
|---|---|---|
| 11:02AM | 1 | Q. Sure. |
| 11:02AM | 2 | A. I mean, I don't know -- there's a lot of things I don't |
| 11:02AM | 3 | need to address with y'all today; but, I have a lot of input |
| 11:02AM | 4 | into policies and things that I -- the overall reach that I |
| 11:02AM | 5 | see, except for -- let me just make this one comment, and I'm |
| 11:02AM | 6 | going to skip through that -- as a -- just as an example, it |
| 11:02AM | 7 | was me who decided to have an independent auditing firm. We |
| 11:02AM | 8 | had three names. We selected one. Everybody approved. The |
| 11:02AM | 9 | scope was approved, etcetera, etcetera, etcetera. |
| 11:02AM | 10 | I said, y'all come in and do two audits. It's |
| 11:03AM | 11 | continuous; it's not just one, it's over a quarter. You do |
| 11:03AM | 12 | quarters. Do a process audit. They were here for hours and |
| 11:03AM | 13 | hours. |
| 11:03AM | 14 | MR. FREEH: Which accounting firm or company? |
| 11:03AM | 15 | THE WITNESS: CliftonLarson. It's a national deal. |
| 11:03AM | 16 | They had a team over here, and they come back every so often. |
| 11:03AM | 17 | What I was going to say -- I think this is in |
| 11:03AM | 18 | y'all's packet, I'm not sure. |
| 11:03AM | 19 | MR. TIDWELL: We have that, sir, and we have the |
| 11:03AM | 20 | schedule for what they are doing. |
| 11:03AM | 21 | THE WITNESS: I just wanted to make sure -- from my |
| 11:03AM | 22 | perspective, I said, them people know a whole hell of a lot, |
| 11:03AM | 23 | right, wrong or indifferent, about what we're doing. I just |
| 11:03AM | 24 | wanted to make sure that was on the radar screen. That's all I |
| 11:03AM | 25 | was saying about it. |

**C O N F I D E N T I A L**

SM-03-JA000219

Case 2:10-md-02179-CJB-DPC  Document 13347-10  Filed 09/02/14  Page 116 of 148
Case 2:10-md-02179-CJB-SS  Document 12382-10  Filed 02/17/14  Page 116 of 148

115

| | | |
|---|---|---|
| 11:03AM | 1 | MR. TIDWELL:  Yes, sir.  It is. |
| 11:03AM | 2 | THE WITNESS:  You can talk to those people.  You have |
| 11:03AM | 3 | my complete permission. |
| 11:03AM | 4 | BY MR. BUCKNAM: |
| 11:03AM | 5 | Q.  Thank you very much.  Mr. Juneau, may I have -- |
| 11:03AM | 6 | A.  But my point is -- |
| 11:03AM | 7 | Q.  All right. |
| 11:03AM | 8 | A.  -- I don't intend to get -- there are other policy issues. |
| 11:03AM | 9 | We're trying to segregate these issues today, and I'm all fine |
| 11:03AM | 10 | with that.  So I don't intend to go through those, except to |
| 11:03AM | 11 | make one comment.  I would be remiss to what we're doing. |
| 11:04AM | 12 | In the mix -- and it blends over into the Sutton |
| 11:04AM | 13 | matter -- is all of the things we're trying to do about the |
| 11:04AM | 14 | integrity and the viability and what we've accomplished, and |
| 11:04AM | 15 | we've got a long way to go, is it takes two people to dance on |
| 11:04AM | 16 | the dance floor. |
| 11:04AM | 17 | We have encountered a lot of obstacles, man, and I |
| 11:04AM | 18 | just don't know how much you know about that.  I don't know if |
| 11:04AM | 19 | that's relevant to you.  I'm just telling you.  I got the |
| 11:04AM | 20 | facts.  All I want to do is do the job. |
| 11:04AM | 21 | I'm saying, to have a complete picture, you got to |
| 11:04AM | 22 | know what the obstacles are.  The reason I say that is because |
| 11:04AM | 23 | I don't know -- this is the one document I don't think you've |
| 11:04AM | 24 | seen, I think. |
| 11:04AM | 25 | We did a response to a BP letter on -- they wrote me |

**CONFIDENTIAL**

SM-03-JA000220

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 117 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 03/17/14 Page 117 of 148

116

11:04AM  1   a letter on -- wrote a letter to the Court on July 1, which was

11:04AM  2   given to the press.  Then I responded to that -- to their

11:05AM  3   inquiry and went through meticulous detail, and it outlines the

11:05AM  4   kind of stuff.

11:05AM  5           I don't know if y'all have that report or not; but,

11:05AM  6   to have the overall picture -- and this is going back from day

11:05AM  7   one to the current time, so it includes not just -- it's the

11:05AM  8   entire process.

11:05AM  9           If y'all don't have that document, if there is one

11:05AM 10   document I would say you've really got to read, it tells you

11:05AM 11   the story about who is doing what and whatnot, so --

11:05AM 12           MR. FREEH:  So let's mark that as --

11:05AM 13           THE WITNESS:  I'm going to shut up after that.

11:05AM 14           MR. FREEH:  -- 17.  So we'll mark that as PJ-17.

11:05AM 15           (WHEREUPON, at this point in the proceedings,

11:05AM 16   Exhibit PJ-17 was marked.)

11:05AM 17           THE WITNESS:  I'll get focused on the policies you

11:05AM 18   need to address.

11:05AM 19           MR. BUCKNAM:  Mr. Juneau, you've been very helpful.

11:05AM 20   Thank you.

11:05AM 21           MR. FREEH:  We will review that, and, as was made

11:05AM 22   clear in the Judge's order, there will be a second phase, and

11:05AM 23   we'll have more opportunity to work on that.  But you're right,

11:05AM 24   a lot of it is relevant to --

11:05AM 25           THE WITNESS:  That's the only reason I mentioned that

**C O N F I D E N T I A L**

SM-03-JA000221

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 118 of 148
Case 2:10-md-02179-CJB-SS   Document 12382-10   Filed 02/17/14   Page 118 of 148

117

11:05AM 1    about that report.

11:05AM 2    BY MR. BUCKNAM:

11:05AM 3    Q.    May I ask you, sir, if you have ever been told the name

11:05AM 4    ████████████, or ██████████████? It's spelled

11:06AM 5    ███████████████████████.

11:06AM 6          Has BrownGreer ever briefed you on an employee by the

11:06AM 7    name of ██████████████ that they have?

11:06AM 8    A.    Me?

11:06AM 9    Q.    Yes, sir.

11:06AM 10   A.    Not me.

11:06AM 11   Q.    Has anyone ever briefed --

11:06AM 12   A.    Never heard the name.

11:06AM 13   Q.    Has anyone ever briefed you on the fact that ███████

11:06AM 14   is the mother of Casey Thonn's child?

11:06AM 15   A.    Somewhere -- somewhere, somebody said within the past two

11:06AM 16   weeks or something, just recently, something about Casey Thonn

11:06AM 17   and some BrownGreer employee.  That's all I really know.

11:06AM 18         I'm going to tell you, that's -- boom.  Like, walking

11:06AM 19   down the hall, somebody might have mentioned that to me.

11:06AM 20         MR. FREEH:  Within the last two weeks or so?

11:06AM 21         THE WITNESS:  Yeah.  That's all I know.

11:07AM 22         MR. TIDWELL:  So you don't know anything further

11:07AM 23   about what action might have been taken about that employee?

11:07AM 24         THE WITNESS:  Not really.  I mean, that could have

11:07AM 25   gotten through to somebody in my office, but, I mean, they

**C O N F I D E N T I A L**

| | |
|---|---|
| 11:07AM 1 | didn't -- |
| 11:07AM 2 | BY MR. BUCKNAM: |
| 11:07AM 3 | Q.   It didn't make it to your level? |
| 11:07AM 4 | A.   You don't have to go very high to get there, but, no, I |
| 11:07AM 5 | don't know. |
| 11:07AM 6 | EXAMINATION |
| 11:07AM 7 | BY MR. TIDWELL: |
| 11:07AM 8 | Q.   Sir, just a couple of things to follow on to some |
| 11:07AM 9 | questions that the director asked you. |
| 11:07AM 10 | Christine Hendricks, how did she come to be employed |
| 11:07AM 11 | in the CAO? |
| 11:07AM 12 | A.   That's an interesting story.  We had this subsistence |
| 11:07AM 13 | program to activate.  It's the one program that -- it was the |
| 11:07AM 14 | last piece to kind of come on, because they really hadn't done |
| 11:07AM 15 | much in that Settlement Agreement; so, the whole thing got |
| 11:07AM 16 | dumped on our lap. |
| 11:07AM 17 | It said, you know, in the terms of the agreement, you |
| 11:07AM 18 | have got to have somebody to be in charge of it.  BP wanted me |
| 11:08AM 19 | to hire and was pushing a guy named -- he was from Abbeville, |
| 11:08AM 20 | Louisiana.  He came here and met with me.  I want to say his |
| 11:08AM 21 | last name was Landry.  He was a nice guy. |
| 11:08AM 22 | I thought he was competent.  He wanted to work.  He |
| 11:08AM 23 | said, "I just want to work part time.  I want to work just |
| 11:08AM 24 | occasionally.  I don't want to be a full-time employee.  I |
| 11:08AM 25 | don't have a whole lot of time to do with it."  So I knew that |

**C O N F I D E N T I A L**

SM-03-JA000223

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 120 of 148
Case 2:10-md-02179-CJB-SS Document 13347-10 Filed 03/17/14 Page 120 of 148

119

11:08AM 1    that wouldn't fit what we had to do.

11:08AM 2          So then I said I've got to find me somebody to do

11:08AM 3    this.  Then I started looking at the whole program.  This is a

11:08AM 4    Wildlife and Fisheries question if there ever was one.  I mean,

11:08AM 5    it's an enforcement issue.  So I picked up the phone and called

11:08AM 6    the Wildlife and Fisheries Department of Louisiana.  I said, "I

11:09AM 7    think I need to speak to the director there."  I said, "Y'all

11:09AM 8    got anybody?"

11:09AM 9          He said -- he gave me a name of a fellow who may or

11:09AM 10   may not retire, was head of it and had done the regulation

11:09AM 11   parts, done the testing of crabbers and all of that stuff.

11:09AM 12   Really knew a lot of material.

11:09AM 13         I met with him in Baton Rouge.  David Odom was with

11:09AM 14   me.  I talked to him twice.  Very, very knowledgeable guy.

11:09AM 15   He's like a colonel with the wildlife and fisheries.

11:09AM 16         He said, "But I got eight months" -- "or a year left

11:09AM 17   to retire.  How long does your program last?"  I said, "I don't

11:09AM 18   know."  That's that question of employment I was telling you

11:09AM 19   about.  He said, "I really couldn't do it."

11:09AM 20         So I looked at him, and I said -- and I can get his

11:09AM 21   name for you -- but I said, "Do you know somebody that's really

11:09AM 22   got this experience?"  He said, "Yeah, I do."  He said this

11:10AM 23   girl, Christina Hendricks, is now working in -- I think she was

11:10AM 24   in Illinois at the time, but she's from Louisiana.  But he

11:10AM 25   said, "She's been involved in the regulatory stage, she's been

# C O N F I D E N T I A L

SM-03-JA000224

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 121 of 148
Case 2:10-md-02179-CJB-SS Document 13382-10 Filed 09/17/14 Page 121 of 148

120

| | |
|---|---|
| 11:10AM 1 | involved in the enforcement stage.  She's understands |
| 11:10AM 2 | everything that you're talking about." |
| 11:10AM 3 | So I called her.  She came in.  We interviewed her. |
| 11:10AM 4 | David Odom was there.  We talked to her.  In my opinion, she |
| 11:10AM 5 | fit the bill of what we were looking for. |
| 11:10AM 6 | Q.   Would that mainly be subsistence? |
| 11:10AM 7 | A.   Strictly subsistence. |
| 11:10AM 8 | Q.   So did you run -- was this one that you had to run through |
| 11:10AM 9 | the Judge and run through the -- |
| 11:10AM 10 | A.   Same thing.  Background check, BP.  Go, here it is, here |
| 11:10AM 11 | is the lady.  The reason I know, because they sent me this |
| 11:10AM 12 | other guy, you know. |
| 11:10AM 13 | Q.   Right. |
| 11:10AM 14 | Then, on David Duval? |
| 11:10AM 15 | A.   Same thing. |
| 11:10AM 16 | Q.   No.  How did he come to you?  How did he come to your |
| 11:10AM 17 | attention? |
| 11:10AM 18 | A.   Oh, wait.  I think -- I think Magistrate Shushan told me |
| 11:11AM 19 | that David -- if they had a position, he would be a good |
| 11:11AM 20 | candidate for a job like that.  That's where that name came |
| 11:11AM 21 | from. |
| 11:11AM 22 | Q.   The position that you were looking to fill that came about |
| 11:11AM 23 | that he filled would have been what? |
| 11:11AM 24 | A.   Well, we were building -- somebody had to monitor this |
| 11:11AM 25 | massive appeal process that's going on.  So it was the |

**C O N F I D E N T I A L**

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 122 of 148
Case 2:10-md-02179-CJB-SS Document 13182-10 Filed 07/17/14 Page 122 of 148

121

11:11AM 1    coordination between the lawyers and the filing of the appeals

11:11AM 2    and BrownGreer, in getting that marshalled through.

11:11AM 3         So I had to -- I knew I had to establish a section

11:11AM 4    for somebody to coordinate, because it was going to get out of

11:11AM 5    hand quickly.  That's the position.

11:11AM 6    Q.   Kirk Fisher, how did he come to your attention and get

11:11AM 7    hired?

11:11AM 8    A.   He was recommended to me by David Odom.

11:11AM 9    Q.   David Odom.

11:12AM 10        How would -- is Kirk Fisher and all the employees

11:12AM 11   that are working for him -- all of the ones that are working

11:12AM 12   for him, do they subcontract through his company?

11:12AM 13   A.   Yes.

11:12AM 14   Q.   So in the appeals process or in the CAO, what role does

11:12AM 15   Kirk Fischer and all of his employees play?

11:12AM 16   A.   All this big internal -- well, two roles.  It's turned out

11:12AM 17   to be a much bigger role than I anticipated.  We have the

11:12AM 18   internal quality checking back and forth between accountants.

11:12AM 19   We have the QA's and all that.

11:12AM 20        I layered over that an internal audit system that our

11:12AM 21   office runs to check that.  Then I layered on top of that the

11:13AM 22   CliftonLarson layer.

11:13AM 23        So we have permanent people, and they've been very,

11:13AM 24   very, very, very active in the review and analysis of these

11:13AM 25   checks.  If we have exceptions, that's when they get back

**C O N F I D E N T I A L**

SM-03-JA000226

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 123 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 03/17/14 Page 123 of 148

122

11:13AM 1 together to see if they are variable versus fixed expenses.
11:13AM 2   They serve a real critical auditing arm.
11:13AM 3          Secondarily, we get more requests for reports than
11:13AM 4   Carter's got liver pills.  He generates for me on a constant --
11:13AM 5   all these charts, y'all see all these charts about
11:13AM 6   productivity, efficiency, claims in, claims out, we report that
11:13AM 7   to the Court on a monthly basis.  We publish most of those
11:13AM 8   reports on the website monthly.
11:14AM 9          So his staff is -- and the people that work for him
11:14AM 10  are primarily involved in doing those two big activities.
11:14AM 11  Q.   That will all be important when we get to the process
11:14AM 12  phase.
11:14AM 13  A.   Big time.
11:14AM 14  Q.   Yes, sir.
11:14AM 15  A.   Big time.  I can't stress that enough.  I mean, spend as
11:14AM 16  many hours you want to spend with them, you know.
11:14AM 17         Personally, it's way beyond my pay grade about the
11:14AM 18  details of the computer business.  But I will tell you, I will
11:14AM 19  tell you, I was skeptical about all of that when we first got
11:14AM 20  in.
11:14AM 21         As it turns out, it may turn out to be the biggest
11:14AM 22  thing -- because we're get pounded about that stuff.  Thank God
11:14AM 23  we got the mechanism to look it all up and get it all done.
11:14AM 24  But that's their role.  That's the permanent internal audit
11:14AM 25  role.

**C O N F I D E N T I A L**

SM-03-JA000227

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 124 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 02/17/14 Page 124 of 148

123

Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 02/17/14 Page 124 of 148

11:14AM 1                              EXAMINATION

11:14AM 2    BY MR. BUCKNAM:

11:14AM 3    Q.    Mr. Juneau, may I just go back to something you mentioned

11:14AM 4    a few minutes ago.  We were talking about how it was not the

11:14AM 5    responsibility of anyone in the staff to push or respond to

11:15AM 6    pressure to push or expedite a claim, correct?

11:15AM 7    A.    Uh-huh (affirmative response).

11:15AM 8    Q.    With respect to The Andry Law Firm, by which I am

11:15AM 9    referring to the law firm that Gibby Andry is associated with,

11:15AM 10   did anyone from that law firm ever seek to have their claim,

11:15AM 11   seven million dollar claim, pushed or expedited?

11:15AM 12   A.    Not to my knowledge.

11:15AM 13   Q.    Did Gibby Andry ever --

11:15AM 14   A.    Never talked to me about it.

11:15AM 15   Q.    -- ask you to expedite it?

11:15AM 16   A.    No.

11:15AM 17   Q.    Okay.  Thank you.

11:15AM 18   A.    I've never really had any contact with them at all about

11:15AM 19   it.

11:15AM 20                             EXAMINATION

11:15AM 21   BY MR. FREEH:

11:15AM 22   Q.    Mr. Juneau, one question.  Focus your attention back on

11:15AM 23   the date of June 20, 2013.  That's the interview you,

11:15AM 24   Mr. Juneau and Mr. Welker had with Mr. Sutton.

11:15AM 25   A.    Sutton.

**C O N F I D E N T I A L**

SM-03-JA000228

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 125 of 148
Case 2:10-md-02179-CJB-SS   Document 12382-10   Filed 02/07/14   Page 125 of 148

124

| | | |
|---|---|---|
| 11:15AM | 1 | Q.   You also told us that there was a separate interview the |
| 11:15AM | 2 | same night with Christine Reitano? |
| 11:15AM | 3 | A.   She was after Tiger Sutton.  That's right. |
| 11:15AM | 4 | Q.   The same people conducted the interview? |
| 11:15AM | 5 | A.   Uh-huh (affirmative response). |
| 11:15AM | 6 | Q.   Have you ever seen a report of that interview? |
| 11:15AM | 7 | A.   I thought David did that. |
| 11:16AM | 8 | Q.   I'm not questioning whether he did or not. |
| 11:16AM | 9 | A.   No, I'm just -- |
| 11:16AM | 10 | Q.   I'm asking if you -- |
| 11:16AM | 11 | A.   I know he was taking copious notes when we were talking in |
| 11:16AM | 12 | there. |
| 11:16AM | 13 | Q.   You didn't take any? |
| 11:16AM | 14 | A.   I don't remember -- I didn't take any notes.  You couldn't |
| 11:16AM | 15 | read it if I write it.  But I don't recall.  I thought there |
| 11:16AM | 16 | was a report like that. |
| 11:16AM | 17 | Q.   All right.  Going back to your recollection of that |
| 11:16AM | 18 | interview -- and I don't have anything to refresh your |
| 11:16AM | 19 | recollection, or I would show it to you -- what is your |
| 11:16AM | 20 | recollection as you sit here today about what she was asked and |
| 11:16AM | 21 | what she said during that interview? |
| 11:16AM | 22 | A.   Well, her recollection was -- boy, that was one hell of an |
| 11:16AM | 23 | emotional meeting.  I can tell you that.  It was not pretty. |
| 11:16AM | 24 | She said, "I don't know what y'all are talking about, |
| 11:16AM | 25 | these e-mails.  I don't know anything about any fee.  I don't |

**C O N F I D E N T I A L**

SM-03-JA000229

11:16AM 1   know about any referral fee." She says, "I'm telling you, I

11:16AM 2   don't think we got any interest at all. My husband and I

11:17AM 3   knew" -- in essence, said, "I know I'm not supposed to have any

11:17AM 4   interest in anything, and I don't know of no interest that we

11:17AM 5   have in the balance." So, you know, going through the e-mails

11:17AM 6   didn't do any benefit to her.

11:17AM 7   Q.   Did you go through the same e-mails that you had --

11:17AM 8   A.   Yeah, yeah, yeah.

11:17AM 9   Q.   -- with her husband?

11:17AM 10   A.   She did. Yeah. She said -- she was, in essence, very,

11:17AM 11   very emotional. She said, "Look, I worked my tail off on this

11:17AM 12   thing. I can't believe" -- and she did. She said, "I just

11:17AM 13   can't believe I'm getting questioned" -- "you're here

11:17AM 14   questioning me about it. This is wrong. I'm getting drug into

11:17AM 15   something I ain't got nothing to do with."

11:17AM 16         That's kind of what the meeting was. The consensus

11:17AM 17   of David Welker, Mike Juneau and myself was, you know, I don't

11:17AM 18   know if she knows what -- anything about these transactions,

11:17AM 19   one way or the other.

11:18AM 20   Q.   You found at the time her answers to be credible and

11:18AM 21   truthful, as far as you could tell?

11:18AM 22   A.   As far as I could tell. The only -- all three of us felt

11:18AM 23   the same way, that the only -- the only caveat to that was,

11:18AM 24   man, y'all don't know what y'all are doing inside this marriage

11:18AM 25   here. You know, I mean, that's kind of the conclusion we drew.

**C O N F I D E N T I A L**

SM-03-JA000230

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 127 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 03/17/14 Page 126 of 148

126

| 11:18AM | 1 | MR. FREEH: Mr. Juneau, I'm finished with my |
| 11:18AM | 2 | questions. I'm going to ask my colleagues in a moment if they |
| 11:18AM | 3 | have any further questions. |
| 11:18AM | 4 | Anything that you would like to say or |
| 11:18AM | 5 | supplement or put on the record based on the interview and the |
| 11:18AM | 6 | subjects we've covered here this morning? |
| 11:18AM | 7 | THE WITNESS: Yes, I would because it relates to kind |
| 11:18AM | 8 | of what we're talking about. |
| 11:18AM | 9 | MR. FREEH: Please, go right ahead. |
| 11:18AM | 10 | THE WITNESS: This is an incredibly unique case. |
| 11:18AM | 11 | We've never seen one like it, ever. Every day is a new day |
| 11:18AM | 12 | that we make it. |
| 11:19AM | 13 | Is there -- is there checks, balances and things |
| 11:19AM | 14 | you can do or not do? I guarantee, you're looking at one son |
| 11:19AM | 15 | of a gun that's open to that since day one; but, I can assure |
| 11:19AM | 16 | you, I can assure you, my concern has been, and it should be, |
| 11:19AM | 17 | did any of this stuff that we're talking about -- I had -- I |
| 11:19AM | 18 | knew we were running into difficulty. From the day that I made |
| 11:19AM | 19 | the implementation of this BEL thing and the day the Judge made |
| 11:19AM | 20 | that ruling, that's when all communication stopped with BP in |
| 11:19AM | 21 | this matter. They stopped coming to our office, they |
| 11:19AM | 22 | stopped -- when we had meetings, they wouldn't attend. It's |
| 11:19AM | 23 | been a problem. It's a shame like that, because it takes |
| 11:19AM | 24 | everybody to work together. |
| 11:19AM | 25 | What I'm trying to get to is, my concern was, is |

**C O N F I D E N T I A L**

SM-03-JA000231

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 128 of 148
Case 2:10-md-02179-CJB-SS   Document 12387-10   Filed 02/17/14   Page 128 of 148

127

11:20AM  1    I don't like -- it irritates the hell out of me, if you've got

11:20AM  2    a problem with somebody that isn't doing what they are supposed

11:20AM  3    to be doing, okay.

11:20AM  4              My concern really was I wanted to make sure the

11:20AM  5    integrity of this program, that the claims that went out that

11:20AM  6    we pay and process are not affected by what we're talking about

11:20AM  7    here.

11:20AM  8              I'm just telling you from my -- from what we've

11:20AM  9    done.  Boy, we've -- we went through it in spades looking at

11:20AM 10    things, you know, flip-flopping the cases and doing all

11:20AM 11    kinds -- I don't see that at all here.

11:20AM 12              That was my view before.  It would take Einstein

11:20AM 13    to get into this system; but, I'm not seeing in the case any

11:20AM 14    influence or any payment we made there.  That's just my

11:20AM 15    personal opinion, but I think that's kind of at the underlying

11:20AM 16    part here.

11:20AM 17              My message -- not message -- what I'd simply,

11:20AM 18    Judge, like to convey to you is that I think we did -- and,

11:20AM 19    look, I've got plenty things to do with my life, but I think

11:21AM 20    the people, the primary people involved in this thing did one

11:21AM 21    hell of a job.  Ain't never been one like this.

11:21AM 22              If there is improvements we can improve, I want

11:21AM 23    to know about it.  I would like to get those implemented.  But

11:21AM 24    it ain't because of motivation.  It ain't because of intent.

11:21AM 25    It ain't because of not trying to accomplish what we're trying

**C O N F I D E N T I A L**

SM-03-JA000232

Case 2:10-md-02179-CJB-DPC   Document 13847-10   Filed 09/02/14   Page 129 of 148
Case 2:10-md-02179-CJB-SS   Document 12382-10   Filed 02/17/14   Page 129 of 148

128

11:21AM  1   to, and it ain't because of any financial motivation, I mean,

11:21AM  2   from this side of the aisle that we're dealing with.

11:21AM  3            Now, the only reason I say that is because there

11:21AM  4   is a huge, huge task left to be performed that affects a lot of

11:21AM  5   people and affects five states.  I am very concerned -- I'll

11:21AM  6   just level with you -- I'm very concerned if we get off mission

11:21AM  7   here.  That's a big concern of mine.  I mean, I've got -- I

11:21AM  8   gave up one year of my life to get this damn thing floating.

11:21AM  9            When I found out about this thing with

11:22AM 10   Tiger Sutton -- you don't know me personally, but I was one

11:22AM 11   irritated Cajun, and still am today, okay, because it's put us

11:22AM 12   off mission here.

11:22AM 13            I don't really have anything other than to tell

11:22AM 14   you that I know what the motivation, what we have been trying

11:22AM 15   to do.  This Judge has been incredible in availability and time

11:22AM 16   and so forth.  I wouldn't want -- and I'll tell you, and I'll

11:22AM 17   tell him, if I was -- if I'm an obstacle to this problem, to

11:22AM 18   this thing, I got things to do, places to go and so forth; but,

11:22AM 19   it ain't because we're not doing what we think is the right

11:22AM 20   thing to do.

11:22AM 21            With all that said and done, I don't want to

11:22AM 22   lose purpose of the mission.  The mission has been, if you look

11:22AM 23   at that report, that big report, the mission is to derail this

11:22AM 24   process, okay.  That's not what my assignment is.

11:22AM 25            I don't want that to be diversionary.  That's

**C O N F I D E N T I A L**

SM-03-JA000233

11:23AM 1 all I'm telling you about.  So, that's the $64 speech, but

11:23AM 2 that's my take on the thing.

11:23AM 3    I will tell you, if there's any other thing that

11:23AM 4 y'all need.  On the control process -- I'm not telling you

11:23AM 5 anything your staff doesn't know -- it is one complicated

11:23AM 6 mixture of parts.  But the fact that we got all these

11:23AM 7 Court-appointed vendors and we got all this thing, it's really

11:23AM 8 remarkable where we are.  I'm in shock.  It's $4 billion in

11:23AM 9 status, and with a lot of work left to be done, a ton of work.

11:23AM 10    From my perspective, I hope to goodness this

11:23AM 11 Fifth Circuit Court of Appeals makes this ruling.  I'll follow

11:23AM 12 whatever rule you want to follow.  Just give me the rules.

11:23AM 13    So there is nobody in this state looking for an

11:23AM 14 opinion quicker than me, whatever the opinion is.  I don't

11:23AM 15 care.  Give me the opinion, and we'll follow the opinion.

11:23AM 16    So I'm going to shut up.  That's my story.  I

11:23AM 17 appreciate you allowing me the liberty.

11:23AM 18   MR. FREEH:  I will just state for the record,

11:24AM 19 Mr. Juneau, that we have been very grateful to you personally,

11:24AM 20 but also to your staff, for very full and total cooperation and

11:24AM 21 responsiveness with respect to our limited role here with

11:24AM 22 respect to the inquiry.  So we appreciate that very much, and

11:24AM 23 personally thank you for that assistance.

11:24AM 24   THE WITNESS:  When you get to the control section,

11:24AM 25 you'll be eating more meals here in New Orleans because y'all

**C O N F I D E N T I A L**

SM-03-JA000234

Case 2:10-md-02179-CJB-DPC   Document 13347-10   Filed 09/02/14   Page 131 of 148
Case 2:10-md-02179-CJB-SS   Document 12392-10   Filed 02/17/14   Page 131 of 148

130

11:24AM  1    have got a lot more stuff to do.

11:24AM  2              MR. FREEH:  All right.  Thank you very much.

11:24AM  3              THE WITNESS:  Thank you very much.

11:24AM  4              MR. BUCKNAM:  Thank you, sir.

11:24AM  5              MR. TIDWELL:  Thank you, sir.

        6              (WHEREUPON, at 11:24 a.m., the proceedings were

        7    concluded.)

        8                         *     *     *

        9

       10

       11                    REPORTER'S CERTIFICATE

       12

       13        I, Cathy Pepper, Certified Realtime Reporter, Registered

       14    Merit Reporter, Certified Court Reporter of the State of

       15    Louisiana, Official Court Reporter for the United States

       16    District Court, Eastern District of Louisiana, do hereby

       17    certify that the foregoing is a true and correct transcript to

       18    the best of my ability and understanding from the record of the

       19    proceedings in the above-entitled and numbered matter.

       20

       21

       22              *s/Cathy Pepper*
                       _____

       23              Cathy Pepper, CRR, RMR, CCR
                       Certified Realtime Reporter
       24              Registered Merit Reporter
                       Official Court Reporter
       25              United States District Court
                       Cathy_Pepper@laed.uscourts.gov

                         **C O N F I D E N T I A L**

SM-03-JA000235

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 132 of 148
Case 2:10-md-02179-CJB-SS Document 12342-15 Filed 03/07/14 Page 132 of 148

1

**$**

$100 [1] - 33:25
$200 [1] - 33:25
$4,900 [1] - 82:4
$64 [1] - 129:1

**'**

'65 [1] - 7:11

**1**

1 [6] - 1:7, 4:2, 60:22, 63:10, 88:5, 116:1
10 [7] - 9:21, 14:4, 36:17, 37:20, 78:8, 81:22, 87:24
10-MD-2179 [1] - 1:6
101 [1] - 3:1
102 [1] - 2:7
103 [1] - 3:3
109 [2] - 3:4, 3:5
10th [7] - 62:2, 63:13, 68:16, 68:17, 69:1, 69:21, 70:4
116 [1] - 3:6
118 [1] - 2:8
11:24 [1] - 130:6
12 [1] - 9:21
123 [2] - 2:9, 2:10
14 [1] - 62:6
15 [4] - 40:25, 70:10, 73:5, 94:17
17 [4] - 67:1, 94:18, 105:4, 116:14
17th [12] - 63:2, 66:12, 68:2, 68:3, 68:20, 68:25, 69:4, 71:14, 72:19, 72:25, 104:15, 104:22
18th [2] - 105:1, 105:11
19 [3] - 61:14, 110:5
195,000 [1] - 96:20
1965 [1] - 4:19
19th [2] - 61:19, 67:10
1A [1] - 101:3
1C [1] - 101:3
1D [1] - 101:3

**2**

2 [2] - 80:3, 81:24
2,500 [1] - 24:10
2.5 [1] - 37:1
20 [7] - 1:5, 61:22,

70:10, 73:16, 74:4, 82:23, 123:23
2009 [1] - 82:3
2010 [1] - 1:5
2012 [3] - 48:2, 104:22, 105:4
2013 [12] - 1:7, 4:2, 66:19, 67:2, 69:4, 73:16, 74:4, 82:24, 85:5, 110:5, 123:23
20th [10] - 66:19, 67:20, 68:10, 68:11, 68:22, 69:1, 73:3, 73:6, 79:23, 84:15
21 [2] - 60:8, 85:5
25 [2] - 5:17, 6:15
27 [3] - 5:17, 5:20, 6:15
28th [1] - 56:6
2:00 [1] - 58:22
2:30 [1] - 58:22

**3**

3,000 [1] - 24:10
30 [1] - 56:4
30th [3] - 56:7, 56:23, 56:24
35 [1] - 6:6
36 [1] - 2:17
38 [1] - 2:18

**4**

4 [6] - 2:5, 2:6, 13:24, 38:25, 39:5, 129:8
4,000 [1] - 5:19
4,900 [1] - 82:6
4.3.9 [2] - 20:15, 29:24
45 [2] - 6:7, 74:20
480 [1] - 91:11
4:30 [1] - 59:16
4B [1] - 50:23
4C [1] - 53:7
4th [1] - 87:4

**5**

5 [1] - 59:17
50 [1] - 2:19
500 [1] - 1:21
504 [1] - 1:22
53 [1] - 2:20
589-7779 [1] - 1:22

**6**

60 [3] - 2:21, 2:22, 24:17
62 [1] - 2:23
67 [1] - 2:24

**7**

7 [5] - 37:9, 38:25, 39:5, 96:17, 101:3
70130 [1] - 1:22
75 [1] - 14:24
7th [1] - 68:15

**8**

8 [1] - 37:8
84 [1] - 2:25
8:00 [1] - 1:7
8:13 [1] - 85:6

**9**

9 [1] - 58:14
90 [1] - 24:18
99 [1] - 91:17

**A**

A.M [1] - 1:7
a.m [2] - 85:6, 130:6
Abbeville [1] - 118:19
abilities [1] - 43:4
ability [1] - 130:18
able [2] - 78:16, 78:25
aboard [7] - 24:1, 45:24, 48:1, 53:16, 54:7, 89:1
above-entitled [1] - 130:19
absolute [2] - 80:25, 84:14
absolutely [6] - 5:14, 49:6, 54:11, 65:4, 72:7, 87:16, 90:18, 97:7
abundantly [1] - 90:1
academic [1] - 86:24
academics [1] - 89:11
Academy [1] - 31:7
accept [2] - 11:10, 14:7
accident [3] - 54:18, 77:20, 77:24
accommodation [1] -

99:4
accomplish [1] - 127:25
accomplished [4] - 26:20, 95:20, 108:11, 115:14
according [1] - 34:1
accordingly [1] - 19:15
account [1] - 82:2
accountants [6] - 91:19, 92:3, 93:12, 97:5, 100:14, 121:18
accounting [3] - 13:1, 13:2, 114:14
accurate [3] - 42:17, 85:4
accused [1] - 70:18
acknowledged [1] - 77:21
ACTION [1] - 1:6
action [4] - 54:17, 57:25, 89:10, 117:23
activate [3] - 35:9, 87:9, 118:13
active [4] - 6:21, 15:23, 18:16, 121:24
activities [4] - 12:16, 15:8, 92:9, 122:10
activity [1] - 56:10
adamant [1] - 65:4
add [4] - 32:24, 51:22, 80:1, 99:3
addendum [1] - 110:20
addition [4] - 37:22, 38:8, 39:20, 89:11
additional [3] - 34:9, 70:6, 106:4
address [6] - 39:18, 57:21, 81:9, 96:15, 114:3, 116:18
addressed [1] - 110:8
adjuster [2] - 33:15, 33:24
adjusters [2] - 32:11, 33:16
administer [1] - 9:16
administering [1] - 14:2
administration [26] - 15:5, 30:7, 31:17, 34:14, 34:18, 50:15, 55:5, 55:8, 55:15, 55:19, 56:1, 75:24, 79:25, 83:15, 85:13, 85:17, 85:18, 89:4, 94:9, 94:11, 95:10, 98:20, 99:18, 101:10, 108:19

administrations [1] - 95:2
administrative [3] - 18:11, 37:24, 50:12
administrator [8] - 51:9, 57:16, 83:7, 83:13, 84:6, 90:9, 95:6, 96:13, 96:18
Administrator [3] - 7:13, 20:16, 89:24
Administrator's [1] - 38:1
admission [1] - 5:4
admit [2] - 65:13, 85:11
admitted [1] - 4:19
advance [1] - 29:17
advice [1] - 95:21
advise [1] - 54:13
affairs [1] - 107:5
affect [1] - 99:21
affected [1] - 127:6
affects [3] - 42:14, 128:4, 128:5
aftermath [1] - 59:13
afternoon [2] - 58:22, 59:16
ago [10] - 5:17, 5:20, 23:11, 40:24, 40:25, 53:15, 77:18, 79:19, 79:20, 123:4
agree [4] - 22:8, 43:20, 85:7, 90:16
agreed [3] - 14:7, 19:5, 91:12
agreement [12] - 22:19, 22:23, 29:24, 32:20, 34:7, 43:19, 46:12, 46:19, 47:22, 87:18, 118:17
Agreement [6] - 14:18, 20:15, 33:20, 36:8, 36:10, 91:17, 105:25, 118:15
agreements [1] - 45:21
ahead [2] - 20:12, 126:9
ain't [13] - 15:20, 26:17, 44:22, 87:9, 94:17, 96:22, 125:15, 127:21, 127:24, 127:25, 128:1, 128:19
aisle [1] - 128:2
alarming [1] - 21:22
AlixPartner [1] - 17:11
AlixPartners [3] - 16:21, 17:10, 17:20
ALL [1] - 1:8

**C O N F I D E N T I A L**

allegation [5] - 63:14, 64:4, 71:6, 71:15, 72:21
allegations [4] - 6:2, 55:25, 61:15, 64:10
allegedly [2] - 21:12, 33:16
allow [1] - 98:14
allowed [4] - 72:2, 98:17, 99:1, 99:16
allowing [1] - 129:17
Allstate [1] - 33:24
alone [3] - 62:14, 69:1, 70:4
analysis [2] - 78:22, 121:24
AND [2] - 3:1, 3:3
Andry [14] - 48:5, 48:6, 48:15, 48:18, 48:25, 96:12, 96:16, 97:12, 97:16, 123:8, 123:9, 123:13
angry [2] - 70:14, 70:16
animal [2] - 13:15, 89:8
anonymous [1] - 56:9
answer [16] - 6:23, 14:4, 27:21, 41:15, 47:3, 52:3, 76:2, 79:5, 84:11, 92:8, 94:2, 94:15, 94:20, 97:7, 98:7, 101:13
answered [2] - 94:8, 103:10
answers [2] - 71:3, 125:20
antenna [1] - 76:17
anticipated [1] - 121:17
anyplace [1] - 16:2
AP [2] - 59:17, 61:7
apartment [1] - 66:7
apologize [4] - 42:6, 109:17, 110:1, 110:24
appeal [1] - 120:25
Appeals [1] - 129:11
appeals [2] - 121:1, 121:14
appear [1] - 44:8
APPEARANCES [1] - 1:14
appearances [1] - 16:14
appeared [2] - 5:3, 97:21
appearing [1] - 6:25
appellate - 93:3
Appendix [1] - 111:1

applicant [1] - 29:4
application [1] - 111:24
applications [1] - 88:22
applied [1] - 86:1
apply [3] - 34:2, 34:21, 46:10
applying [1] - 111:20
appoint [2] - 9:12, 12:8
Appointed [1] - 31:8
appointed [21] - 5:20, 6:19, 7:12, 7:17, 11:24, 12:9, 12:13, 12:18, 12:19, 13:16, 27:23, 29:19, 29:22, 30:6, 30:11, 30:12, 32:23, 36:25, 38:9, 110:22, 129:7
appointing [1] - 12:24
appointment [9] - 6:7, 6:17, 8:14, 11:8, 11:10, 12:6, 12:25, 30:15, 46:25
appointments [2] - 12:7, 14:10
appreciate [3] - 34:12, 129:17, 129:22
appreciation [1] - 78:17
approached [3] - 43:10, 86:9, 87:12
appropriate [4] - 58:20, 86:22, 104:7, 112:17
approval [9] - 20:16, 27:22, 87:14, 104:8, 104:14, 104:15, 105:1, 106:1
approve [2] - 26:19, 104:24
approved [10] - 22:5, 65:14, 71:21, 85:18, 104:7, 105:10, 105:11, 105:16, 114:8, 114:9
approximate [1] - 5:12
April [1] - 7:18
APRIL [1] - 1:5
area [1] - 35:4
arise [1] - 95:5
arm [1] - 122:2
Army [1] - 5:11
arrangement [1] - 80:8
arrangements [1] - 26:16
aside [2] - 34:13, 52:16

asset [1] - 41:12
assigned [1] - 42:13
assignment [1] - 128:24
assist [5] - 19:17, 42:9, 42:12, 98:7, 107:2
assistance [1] - 129:23
Assistant [1] - 10:12
associated [4] - 47:24, 50:14, 52:14, 123:9
Association [1] - 7:2
assure [2] - 126:15, 126:16
asterisks [1] - 73:12
attached [2] - 37:2, 37:14
attempt [1] - 43:3
attend [2] - 31:13, 126:22
attended [1] - 74:5
attention [13] - 30:10, 30:14, 43:18, 59:22, 62:19, 66:12, 69:3, 73:2, 81:24, 111:15, 120:17, 121:6, 123:22
attorney [5] - 5:5, 86:17, 90:12, 96:5, 96:11
attorneys [2] - 44:13, 78:13
attractive [1] - 89:12
audit [3] - 114:12, 121:20, 122:24
auditing [3] - 108:12, 114:7, 122:2
audits [1] - 114:10
AUGUST [2] - 1:7, 4:2
authorized [2] - 99:16, 99:19
auto [1] - 54:24
automobile [3] - 54:18, 77:20, 77:24
availability [2] - 89:6, 128:15
available [2] - 29:4, 89:21
aware [16] - 18:20, 22:7, 46:3, 54:1, 55:24, 57:13, 71:15, 72:10, 72:13, 72:20, 72:24, 81:1, 98:19, 102:16, 102:1, 102:23
awful [1] - 100:4
awhile [1] - 77:18

**B**

background [20] - 21:1, 21:17, 21:20, 23:9, 23:12, 23:13, 23:16, 23:18, 23:20, 28:3, 28:6, 28:24, 29:13, 32:11, 32:18, 34:11, 41:8, 89:11, 89:14, 120:10
backgrounds [2] - 27:25, 28:1
backlog [3] - 24:6, 24:10, 91:7
bad [3] - 25:21, 104:21, 112:16
balance [1] - 125:5
balances [1] - 126:13
Barbier [9] - 11:6, 11:19, 58:10, 58:21, 61:14, 93:13, 93:16, 93:20
based [5] - 52:12, 100:4, 113:13, 113:15, 126:5
basis [3] - 43:7, 57:6, 122:7
Baton [2] - 17:8, 119:13
became [6] - 46:24, 48:18, 49:22, 55:24, 72:13, 72:24
become [2] - 64:17, 64:18
becomes [1] - 78:21
becoming [2] - 48:14, 93:23
BEFORE [1] - 1:11
began [1] - 35:6
begin [2] - 36:16
beginning [1] - 103:13
behalf [1] - 41:25
behind [2] - 71:6, 97:5
BEL [2] - 93:10, 126:19
believes [1] - 80:10
benchmark [1] - 101:21
benefit [1] - 125:6
Bernard [1] - 107:4
best [9] - 22:18, 22:23, 27:14, 56:15, 69:23, 70:9, 70:19, 99:11, 130:18
bet [1] - 25:21
better [4] - 12:15, 26:10, 27:18, 76:17
between [14] - 13:3, 30:10, 30:14, 33:24,

34:8, 68:1, 69:1, 80:10, 91:14, 100:9, 106:9, 106:10, 121:1, 121:18
beyond [2] - 81:16, 122:17
big [13] - 5:23, 14:17, 24:4, 32:5, 64:24, 77:3, 81:14, 121:16, 122:10, 122:13, 122:15, 128:7, 128:23
bigger [1] - 121:17
biggest [2] - 93:10, 122:21
bill [1] - 120:5
billion [2] - 87:5, 129:8
binder [1] - 60:16
bit [6] - 19:23, 42:21, 60:23, 70:7, 80:6, 81:25
blend [2] - 75:7, 97:22
blending [1] - 6:10
blends [1] - 115:12
board [9] - 33:16, 40:12, 53:21, 54:10, 90:22, 103:14
boat [1] - 41:14
boats [1] - 41:11
bob [1] - 26:21
bogged [1] - 97:4
bone [2] - 57:19, 57:21
boom [1] - 117:18
bottom [3] - 56:22, 57:4, 92:5
boy [2] - 124:22, 127:9
BP [51] - 7:14, 7:25, 8:21, 8:23, 10:13, 13:3, 15:22, 16:9, 16:10, 16:11, 16:22, 17:4, 17:5, 17:19, 18:19, 18:23, 20:3, 20:4, 20:16, 20:25, 21:6, 21:15, 21:19, 22:4, 22:10, 22:11, 23:12, 23:18, 23:22, 26:9, 26:17, 26:18, 32:18, 33:1, 33:6, 34:15, 41:17, 41:25, 54:3, 54:21, 58:23, 59:18, 64:13, 77:20, 78:2, 87:11, 87:15, 87:17, 88:11, 89:13, 89:18, 91:1, 92:22, 115:25, 118:18, 120:10, 126:20
breach [1] - 80:20

**C O N F I D E N T I A L**

SM-03-JA000237

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 134 of 148
Case 2:10-md-02179-CJB-SS Document 12382-10 Filed 02/19/14 Page 134 of 148

3

**breadth** [1] - 39:12
**break** [3] - 40:10, 73:20, 73:22
**Bridge** [1] - 17:9
**briefed** [3] - 117:6, 117:11, 117:13
**briefly** [1] - 73:18
**bright** [4] - 86:23, 86:25, 87:12, 92:23
**bring** [3] - 15:5, 43:18, 68:8
**bringing** [1] - 89:1
**brochure** [3] - 108:24, 109:12, 110:14
**brought** [11] - 28:23, 36:21, 37:15, 40:12, 58:24, 64:9, 67:11, 75:8, 83:18, 83:21, 83:24
**Brown** [1] - 27:9
**BrownGreer** [19] - 12:12, 12:17, 13:16, 25:6, 26:24, 27:8, 91:6, 91:14, 91:19, 92:4, 97:1, 97:3, 102:5, 102:16, 112:24, 117:6, 117:17, 121:2
**bubbling** [1] - 87:8
**buck** [1] - 92:6
**BUCKNAM** [38] - 1:16, 23:5, 23:8, 23:11, 23:16, 23:22, 23:24, 36:15, 38:3, 39:4, 39:8, 41:24, 53:12, 53:14, 53:19, 53:23, 54:6, 60:13, 60:19, 62:7, 66:17, 73:8, 102:25, 103:24, 109:7, 109:17, 109:19, 109:24, 110:23, 113:19, 115:4, 116:19, 117:2, 118:2, 123:2, 130:4
**BUCKNAM..............
......** [2] - 2:7, 2:9
**building** [5] - 18:1, 79:16, 86:5, 86:6, 120:24
**bulk** [2] - 7:11, 24:21
**bumped** [1] - 8:16
**business** [7] - 18:13, 18:16, 18:17, 37:25, 47:1, 98:21, 122:18
**businessman** [1] - 18:17
**BY** [39] - 1:4, 1:24, 1:25, 2:6, 2:7, 2:8, 2:9, 2:10, 4:15, 26:1,

28:14, 37:3, 38:18, 39:21, 42:18, 50:22, 53:2, 55:3, 60:10, 61:4, 62:10, 66:25, 67:15, 73:10, 74:1, 85:1, 101:6, 102:25, 103:24, 109:7, 109:24, 110:23, 113:19, 115:4, 117:2, 118:2, 118:7, 123:2, 123:21

**C**

**Cajun** [2] - 55:10, 128:11
**California** [2] - 6:12, 14:9
**candid** [2] - 79:5, 81:17
**candidate** [1] - 120:20
**cannot** [2] - 47:8
**CAO** [2] - 118:11, 121:14
**capacities** [1] - 6:17
**capacity** [3] - 94:7, 102:5, 102:18
**car** [4] - 9:24, 10:1, 10:7, 11:1
**cards** [1] - 19:14
**care** [2] - 80:17, 129:15
**Carlton** [3] - 8:19, 10:8
**carrying** [1] - 88:8
**Carter's** [1] - 122:4
**case** [26] - 5:21, 5:23, 5:25, 12:5, 12:19, 13:7, 15:15, 16:17, 18:1, 24:23, 45:10, 52:1, 75:17, 80:20, 83:5, 87:2, 87:25, 88:11, 90:17, 91:24, 93:10, 96:22, 96:23, 98:23, 100:18, 103:6, 126:10, 127:13
**CASES** [1] - 1:8
**cases** [15] - 6:8, 6:9, 6:15, 7:10, 15:19, 24:6, 24:10, 24:17, 26:14, 26:25, 45:2, 89:24, 95:4, 101:21, 127:10
**Casey** [13] - 45:2, 57:14, 71:10, 71:16, 72:14, 72:20, 77:12, 77:16, 77:24, 77:25, 117:14, 117:16

**Cathy** [2] - 130:13, 130:23
**CATHY** [1] - 1:20
**cathy_Pepper@laed.
uscourts.gov** [1] - 1:23
**Cathy_Pepper@laed
.uscourts.gov** [1] - 130:25
**caught** [1] - 111:15
**caused** [1] - 23:9
**caveat** [1] - 125:23
**CCR** [2] - 1:20, 130:23
**Center** [3] - 53:5, 105:24, 107:9
**centers** [1] - 32:12
**CEO** [1] - 16:12
**certain** [4] - 43:20, 46:12, 55:24, 72:10
**certainly** [7] - 6:9, 7:21, 18:24, 23:7, 49:16, 69:23, 83:2
**CERTIFICATE** [1] - 130:11
**certifications** [1] - 4:22
**CERTIFIED** [1] - 1:20
**Certified** [3] - 130:13, 130:14, 130:23
**certify** [1] - 130:17
**chain** [1] - 88:14
**chance** [1] - 74:6
**change** [3] - 32:23, 32:24, 90:24
**characterize** [1] - 92:16
**charge** [2] - 9:13, 13:15, 118:18
**charts** [2] - 122:5
**check** [23] - 18:15, 21:17, 21:20, 22:8, 23:12, 23:13, 23:16, 23:18, 29:13, 41:8, 43:3, 89:2, 97:20, 98:3, 100:1, 100:3, 100:8, 100:12, 100:13, 102:5, 120:10, 121:21
**checked** [7] - 22:4, 28:6, 28:13, 91:24, 92:22
**checking** [6] - 100:7, 100:9, 102:18, 102:20, 103:5, 121:18
**checklists** [1] - 100:25
**checks** [4] - 19:3, 23:20, 121:25, 126:13
**Chicago** [2] - 17:9,

56:6
**chief** [6] - 18:11, 18:12, 19:16, 42:4, 94:13, 94:14
**child** [1] - 117:14
**Chinese** [3] - 108:18, 110:6, 112:20
**choice** [2] - 14:24, 27:22
**Chris** [3] - 58:7, 104:11, 104:12
**Christina** [2] - 108:1, 119:23
**Christine** [8] - 74:21, 85:21, 88:25, 90:2, 92:4, 93:4, 107:19, 118:10, 124:2
**CIO** [1] - 106:6
**Circuit** [3] - 4:21, 5:1, 129:11
**Circuits** [2] - 4:23, 4:24
**circulate** [1] - 35:15
**circulated** [1] - 37:23
**circulating** [1] - 87:14
**circumstances** [1] - 72:3
**City** [6] - 12:12, 27:12, 27:13, 37:16, 38:5, 38:16, 107:11, 107:14
**CIVIL** [1] - 1:6
**claim** [69] - 24:12, 28:12, 32:12, 44:2, 44:3, 44:5, 45:9, 45:11, 47:6, 48:20, 49:8, 51:8, 51:12, 51:16, 52:2, 52:7, 54:24, 57:14, 64:12, 70:21, 71:10, 71:16, 72:3, 72:25, 75:23, 77:12, 77:16, 77:21, 77:25, 78:2, 79:25, 80:13, 80:14, 83:6, 83:13, 83:15, 84:3, 84:5, 84:13, 85:13, 85:16, 87:5, 90:4, 90:13, 90:14, 91:3, 96:17, 97:10, 97:11, 97:12, 98:5, 98:8, 99:21, 99:24, 100:3, 100:9, 100:10, 100:13, 100:16, 100:20, 102:7, 123:6, 123:10, 123:11
**Claim** [2] - 12:10, 105:24
**claimant** [9] - 50:12, 50:15, 52:18, 52:23,

54:25, 55:7, 55:14, 55:19, 90:8
**claimants** [13] - 8:9, 44:12, 45:6, 51:13, 53:24, 54:6, 54:8, 54:9, 54:14, 54:17, 91:2, 91:3, 97:24
**claims** [32] - 9:16, 12:18, 13:19, 13:22, 14:1, 14:3, 30:7, 30:16, 32:2, 32:7, 32:11, 32:15, 33:14, 56:1, 56:16, 77:25, 89:4, 89:9, 96:6, 96:12, 99:17, 99:18, 100:11, 102:18, 103:18, 106:3, 112:6, 122:6, 127:5
**Claims** [11] - 7:12, 13:9, 13:21, 20:15, 24:8, 27:5, 32:7, 38:1, 53:5, 89:24, 107:9
**clarifications** [1] - 49:12
**clarified** [1] - 49:16
**clarify** [1] - 44:10
**clashes** [1] - 113:1
**class** [1] - 89:9
**Class** [1] - 20:17
**clean** [2] - 73:4, 73:8
**cleaning** [1] - 24:11
**clear** [8] - 28:10, 49:6, 54:22, 59:14, 65:2, 72:17, 80:6, 90:1, 116:22
**clearance** [1] - 19:4
**cleared** [2] - 28:7, 56:23
**clearly** [4] - 44:9, 45:8, 80:3, 90:19
**click** [1] - 36:7
**client** [1] - 55:7
**clients** [1] - 44:18
**CliftonLarson** [2] - 114:15, 121:22
**clock** [1] - 74:19
**close** [3] - 57:9, 94:22, 94:23
**Coast** [8] - 6:12, 12:10, 13:9, 13:21, 24:8, 27:5, 32:7, 99:5
**coast** [1] - 7:7
**code** [9] - 34:25, 35:13, 35:14, 37:1, 37:4, 37:13, 39:17, 80:21, 81:1
**codes** [1] - 31:17
**coffee** [1] - 10:2

**C O N F I D E N T I A L**

4

**colleagues** [1] - 126:2
**collective** [1] - 18:22
**collision** [1] - 33:24
**colonel** [1] - 119:15
**combination** [3] - 6:16, 43:16
**Combustion** [1] - 5:22
**comfortable** [3] - 18:6, 70:25, 71:3
**coming** [12] - 25:4, 32:13, 45:23, 48:1, 52:17, 53:16, 53:20, 78:1, 90:3, 98:25, 104:4, 126:21
**comment** [4] - 59:19, 59:20, 114:5, 115:11
**comments** [2] - 73:12, 87:17
**commitment** [3] - 22:3, 55:23, 92:24
**Committee** [1] - 91:2
**commonly** [1] - 95:8
**communicate** [1] - 91:6
**communicated** [2] - 90:19, 102:17
**communication** [2] - 97:6, 126:20
**companies** [6] - 28:25, 106:2, 106:4, 106:14, 106:17, 106:18, 111:21, 113:8
**companies'** [1] - 106:5
**company** [25] - 12:18, 17:8, 20:18, 23:17, 34:6, 34:8, 38:5, 38:15, 47:5, 50:5, 50:12, 50:15, 51:2, 52:14, 78:5, 106:14, 107:8, 107:10, 107:13, 108:8, 108:10, 113:8, 114:14, 121:12
**comparisons** [1] - 27:4
**compensation** [3] - 17:21, 19:1, 44:14
**competence** [1] - 112:18
**competent** [2] - 112:12, 118:22
**complains** [1] - 98:2
**complaints** [3] - 33:12, 33:13
**complete** [4] - 5:8, 59:8, 115:3, 115:21
**completed** [5] - 5:9, 21:24, 58:4, 58:9

**completely** [1] - 107:1
**completion** [1] - 6:1
**complex** [7] - 5:21, 13:12, 18:13, 37:12, 89:7, 89:9, 95:2
**complexity** [1] - 16:17
**compliance** [3] - 31:17, 35:3, 35:4
**complicated** [1] - 129:5
**complied** [1] - 37:10
**composed** [1] - 60:6
**computer** [4] - 38:8, 108:14, 112:12, 122:18
**COMPUTER** [1] - 1:25
**concepts** [1] - 9:14
**conceptually** [1] - 12:3
**concern** [8] - 23:9, 76:16, 77:3, 83:12, 126:16, 126:25, 127:4, 128:7
**concerned** [8] - 46:13, 64:25, 71:7, 92:22, 128:5, 128:6
**concerns** [2] - 58:16, 87:20
**concluded** [2] - 6:4, 130:7
**conclusion** [2] - 25:15, 125:25
**concur** [1] - 111:23
**concurred** [1] - 92:5
**conduct** [11] - 18:2, 31:17, 35:1, 35:15, 37:1, 37:4, 37:13, 39:17, 39:22, 81:2, 98:20
**conducted** [5] - 6:2, 23:12, 39:19, 69:19, 124:4
**conduit** [1] - 91:14
**conference** [5] - 8:20, 10:8, 10:9, 86:4, 99:6
**confidence** [1] - 59:14
**confidentiality** [3] - 37:9, 37:10, 100:23
**Confidentiality** [1] - 105:24
**confirm** [1] - 45:22, 93:17
**confirmed** [1] - 40:14
**conflict** [6] - 35:12, 38:25, 39:23, 100:23, 106:6, 106:21
**Conflict** [2] - 39:2, 105:25

**conflicted** [1] - 109:3
**conflicts** [13] - 31:17, 34:17, 34:20, 45:17, 45:18, 46:8, 65:6, 81:9, 95:3, 95:5, 95:8, 95:12, 95:18
**confront** [2] - 62:20, 69:2
**confronted** [4] - 62:23, 63:13, 63:22, 72:21
**confronting** [1] - 56:25
**confuse** [1] - 52:10
**confusing** [1] - 72:16
**conglomeration** [1] - 91:18
**conjunction** [1] - 50:9
**connected** [1] - 52:23
**connection** [5] - 8:10, 53:10, 83:6, 88:11, 111:7
**conscious** [1] - 125:16
**consent** [2] - 20:17, 21:4
**conservative** [1] - 24:25
**consider** [8] - 29:22, 30:6, 33:4, 34:14, 34:21, 43:13, 49:1, 98:18
**consideration** [2] - 11:24, 36:22
**considerations** [2] - 8:13, 14:15
**considered** [5] - 28:12, 29:18, 41:4, 41:9, 55:22
**considering** [1] - 8:12
**consisted** [1] - 53:24
**consistent** [4] - 33:15, 53:19, 80:15, 82:10
**consistently** [1] - 87:16
**constant** [2] - 82:3, 122:4
**constantly** [1] - 88:24
**consultant** [1] - 16:21
**contact** [4] - 28:22, 41:1, 87:10, 123:18
**contacted** [2] - 25:24, 82:19
**contacts** [4] - 14:9, 25:23, 91:6, 97:1
**contemplates** [2] - 22:17, 22:18
**context** [1] - 83:25
**continue** [4] - 32:9, 57:3, 57:6, 106:1

**continued** [2] - 6:11, 106:20
**continuing** [3] - 54:9, 57:10, 65:24
**continuous** [1] - 114:11
**continuously** [2] - 5:12, 77:14
**contract** [2] - 39:1, 95:23
**contractor** [4] - 18:24, 19:6, 19:8, 30:4
**contractors** [6] - 18:23, 19:11, 29:20, 35:12, 38:19, 38:20
**contracts** [3] - 18:23, 19:18, 38:22
**contractual** [3] - 35:11, 45:20, 46:17
**control** [3] - 35:18, 129:4, 129:24
**controversy** [4] - 6:24, 16:3, 32:5, 88:19
**convention** [1] - 56:6
**conversation** [13] - 31:15, 47:12, 50:1, 50:4, 50:7, 50:8, 51:6, 51:10, 65:22, 66:10, 83:11, 83:14, 84:8
**conversations** [2] - 31:21, 31:22
**convey** [2] - 88:15, 127:18
**conveyed** [1] - 45:20
**conveying** [1] - 68:23
**convinced** [1] - 86:21
**convoluted** [2] - 78:7, 80:6
**cooperation** [1] - 129:20
**cooperative** [1] - 31:4
**coordinate** [1] - 121:4
**coordinates** [1] - 93:11
**coordination** [1] - 121:1
**coordinator** [1] - 13:18
**copies** [1] - 75:8
**copious** [1] - 124:11
**copy** [8] - 59:10, 59:11, 59:18, 73:4, 73:8, 109:16, 110:6, 110:24
**corporation** [1] - 94:6
**correct** [22] - 18:14, 21:8, 39:7, 40:14, 56:1, 60:18, 66:18, 74:10, 77:19, 82:20,

82:24, 84:16, 85:13, 88:11, 101:11, 105:12, 106:8, 107:1, 107:5, 107:6, 123:6, 130:17
**costing** [1] - 25:19
**counsel** [10] - 21:7, 22:6, 26:18, 53:25, 54:8, 87:15, 92:17, 94:5, 95:8, 95:19
**Counsel** [4] - 7:2, 10:12, 20:17
**counselor** [1] - 95:3
**country** [2] - 6:12, 9:22
**couple** [3] - 62:17, 103:7, 118:8
**course** [12] - 23:13, 31:15, 33:11, 55:4, 69:25, 71:19, 72:11, 75:21, 76:3, 77:7, 79:22, 81:7
**Court** [4] - 4:20, 6:3, 7:12, 12:19, 18:20, 27:23, 29:19, 29:22, 30:2, 30:6, 30:11, 30:12, 31:8, 36:25, 38:9, 57:17, 57:21, 60:8, 60:9, 65:20, 87:3, 97:20, 97:21, 116:1, 122:7, 129:7, 129:11, 130:14, 130:15, 130:16, 130:24, 130:25
**COURT** [3] - 1:1, 1:20, 73:22
**court** [8] - 5:1, 6:7, 12:9, 37:11, 58:15, 81:9
**Court-appointed** [10] - 27:23, 29:19, 29:22, 30:6, 30:11, 30:12, 31:8, 36:25, 38:9, 129:7
**court-appointed** [1] - 12:9
**courts** [5] - 4:20, 4:21, 5:2, 5:3, 7:9
**covered** [1] - 126:6
**crabbers** [1] - 119:11
**credentials** [1] - 87:13
**credibility** [1] - 79:5
**credible** [1] - 125:20
**credit** [2] - 33:20
**Crescent** [2] - 107:11, 107:14
**crew** [1] - 32:5
**critical** [2] - 93:25, 122:2
**criticize** [1] - 27:18

**C O N F I D E N T I A L**

SM-03-JA000239

Case 2:10-md-02179-CJB-DPC Document 13387-10 Filed 09/02/14 Page 136 of 148
Case 2:10-md-02179-CJB-SS Document 12342-10 Filed 02/17/14 Page 136 of 148

5

**Crown** [12] - 47:5, 47:6, 47:13, 47:19, 47:24, 78:5, 78:11, 78:16, 82:2, 82:9
**CRR** [2] - 1:20, 130:23
**current** [7] - 32:22, 50:15, 52:18, 55:7, 55:19, 70:21, 116:7

**D**

**da-da** [5] - 24:12, 24:13, 98:5
**damage** [1] - 33:24
**damn** [1] - 128:8
**dance** [2] - 115:15, 115:16
**darned** [1] - 22:19
**data** [1] - 24:5
**date** [4] - 59:21, 61:5, 103:4, 123:23
**dated** [11] - 60:8, 66:19, 66:22, 74:4, 85:5, 104:14, 104:22, 105:1, 105:3, 105:11, 110:4
**Dave** [5] - 19:7, 25:11, 56:8, 56:9, 68:24
**David** [84] - 16:23, 18:6, 19:9, 19:21, 20:5, 20:22, 28:2, 28:19, 28:20, 28:21, 29:9, 35:9, 39:14, 41:20, 46:13, 46:16, 56:8, 56:18, 57:3, 57:18, 57:20, 58:12, 59:3, 60:23, 61:23, 63:23, 65:25, 67:5, 67:10, 67:20, 68:7, 68:9, 69:14, 69:15, 74:18, 75:5, 75:12, 75:13, 76:22, 76:24, 80:1, 82:23, 93:3, 94:21, 95:25, 104:4, 104:20, 104:21, 105:7, 106:17, 108:3, 108:24, 110:6, 111:8, 111:22, 119:13, 120:4, 120:14, 120:19, 121:8, 121:9, 124:7, 125:17
**day's** [1] - 40:6
**day-to-day** [1] - 43:7
**days** [8] - 8:17, 22:16, 24:17, 24:18, 61:22, 62:17, 63:2, 66:13
**deal** [12] - 15:10, 18:8, 20:14, 22:12, 27:20,
74:17, 93:22, 94:21, 95:22, 96:11, 114:15
**dealing** [12] - 15:15, 35:11, 43:7, 54:4, 59:14, 88:8, 89:7, 89:9, 92:1, 98:16, 112:13, 128:2
**dealings** [2] - 56:13, 112:14
**dealt** [2] - 19:15, 87:24
**decided** [4] - 11:4, 18:4, 64:1, 114:7
**decipher** [1] - 45:3
**decision** [6] - 21:25, 24:18, 25:18, 33:9, 41:16
**decisions** [1] - 94:1
**deck** [1] - 28:10
**DEEPWATER** [1] - 1:4
**Deepwater** [9] - 8:4, 53:5, 56:17, 105:24, 106:3, 106:23, 107:9, 108:17, 111:7
**defendant** [1] - 6:22
**defendants** [1] - 8:10
**defense** [6] - 6:23, 7:5, 29:14
**Defense** [1] - 7:2
**define** [1] - 93:15
**degree** [1] - 55:2
**delay** [1] - 98:5
**demands** [1] - 15:9
**demeanor** [1] - 70:11
**den** [1] - 10:1
**denied** [2] - 63:14, 77:15
**denying** [1] - 65:2
**Department** [1] - 119:6
**department** [1] - 93:25
**deposition** [1] - 98:23
**depth** [1] - 70:8
**derail** [1] - 128:23
**describe** [1] - 65:13
**described** [3] - 15:3, 51:7, 68:18
**describing** [1] - 34:10
**description** [3] - 42:3, 42:7, 65:19
**DESCRIPTION** [1] - 2:15
**design** [1] - 18:23
**designate** [2] - 29:25, 36:6
**designated** [3] - 94:11, 95:2, 95:15
**designation** [2] - 26:15, 36:15
**detail** [3] - 24:14,
101:7, 116:3
**detailed** [3] - 56:13, 70:1, 80:2
**details** [11] - 11:13, 11:25, 15:20, 18:9, 21:21, 25:17, 27:2, 45:19, 58:24, 113:12, 122:18
**determinative** [1] - 92:12
**determine** [1] - 102:18
**determining** [1] - 92:15
**device** [1] - 25:10
**devil** [1] - 11:13
**DHECC** [1] - 106:7
**difference** [1] - 100:9
**differences** [1] - 27:10
**different** [11] - 10:24, 13:10, 14:3, 75:18, 83:11, 94:3, 95:1, 102:13, 106:9, 107:1
**differently** [1] - 27:19
**difficulty** [1] - 126:18
**direct** [11] - 8:22, 30:10, 30:14, 57:25, 59:22, 62:19, 66:12, 73:2, 81:24, 96:5, 96:21
**directed** [2] - 35:20, 96:14
**directing** [3] - 69:3, 96:11, 96:15
**direction** [2] - 37:6, 93:8
**directly** [5] - 13:18, 15:16, 46:21, 79:14, 91:2
**director** [2] - 118:9, 119:7
**disagreed** [2] - 92:3
**discharge** [5] - 33:18, 44:2, 44:13, 44:22, 95:24
**disclose** [3] - 90:7, 90:15, 103:16
**disclosed** [2] - 14:11, 55:18
**Disclosure** [1] - 105:25
**discovered** [1] - 72:10
**discuss** [4] - 39:23, 94:25, 102:10, 113:22
**discussed** [5] - 31:19, 32:17, 58:18, 61:15, 103:19
**discussing** [1] - 89:22
**discussion** [18] - 9:24, 17:12, 31:1, 31:9,
33:1, 34:4, 36:3, 52:4, 56:24, 58:19, 66:1, 66:2, 72:8, 79:21, 82:14, 96:21, 102:22, 107:22
**discussions** [6] - 46:21, 48:16, 49:4, 49:5, 92:2, 113:11
**dishonest** [2] - 80:7, 80:12
**dispute** [2] - 46:17
**dissected** [1] - 18:21
**distinctly** [1] - 67:22
**District** [5] - 4:25, 5:22, 130:16, 130:25
**DISTRICT** [2] - 1:1, 1:1
**diversionary** [1] - 128:25
**doctor** [3] - 51:8, 51:11, 51:16
**document** [32] - 36:10, 36:13, 36:24, 39:5, 39:6, 39:10, 39:20, 40:13, 50:24, 51:2, 60:15, 61:10, 61:13, 65:19, 67:16, 71:5, 73:13, 74:6, 81:25, 85:3, 85:10, 85:11, 85:15, 109:11, 109:13, 109:15, 109:25, 111:4, 111:5, 115:23, 116:9, 116:10
**documented** [1] - 60:24
**documents** [16] - 36:5, 36:23, 38:2, 38:4, 53:3, 53:5, 53:7, 56:12, 60:11, 60:25, 88:2, 100:21, 100:22, 103:25, 104:2, 104:3
**dollar** [3] - 25:21, 87:5, 123:11
**dollars** [1] - 26:21
**done** [31] - 5:14, 5:18, 5:19, 6:10, 9:14, 15:8, 15:19, 23:18, 26:12, 26:16, 27:15, 54:7, 55:8, 55:16, 55:20, 70:13, 70:17, 79:1, 80:8, 87:16, 91:8, 91:14, 96:19, 98:15, 118:14, 119:10, 119:11, 122:23, 127:9, 128:21, 129:9
**door** [5] - 13:24, 14:5,
16:5, 94:22, 94:23
**doubt** [1] - 90:4
**dovetails** [1] - 39:13
**down** [15] - 17:23, 25:4, 25:11, 26:17, 30:19, 30:23, 46:16, 53:15, 79:16, 81:25, 97:4, 109:4, 111:24, 117:19
**draft** [4] - 22:22, 23:1, 35:7, 100:25
**drafted** [2] - 37:4, 87:18
**drafts** [1] - 36:1
**drew** [1] - 125:25
**drinking** [1] - 10:2
**drove** [2] - 9:25, 11:1
**drug** [2] - 18:1, 125:14
**Drywall** [3] - 108:18, 110:7, 112:20
**duly** [1] - 4:12
**dumped** [1] - 118:16
**During** [1] - 63:13
**during** [22] - 15:2, 17:11, 26:23, 30:19, 31:15, 33:11, 34:9, 44:16, 55:4, 65:9, 69:25, 70:11, 71:19, 74:11, 75:21, 76:3, 77:7, 79:22, 81:7, 82:11, 88:9, 124:21
**Duval** [5] - 33:3, 108:3, 108:21, 109:1, 120:14

**E**

**e-mail** [17] - 58:4, 68:6, 68:24, 76:9, 76:11, 76:25, 82:16, 85:2, 99:22, 105:3, 105:11, 105:14, 106:10, 109:16, 110:4, 110:11, 110:13
**e-mails** [21] - 42:11, 68:4, 69:2, 72:10, 75:5, 75:6, 75:8, 75:11, 75:14, 75:18, 75:19, 76:4, 77:8, 77:10, 78:4, 78:24, 93:6, 124:25, 125:5, 125:7
**early** [7] - 5:20, 31:10, 34:4, 35:22, 47:14, 47:21, 85:23
**easiest** [1] - 87:9
**East** [1] - 6:12
**Eastern** [1] - 130:16

**CONFIDENTIAL**

SM-03-JA000240

6

EASTERN [1] - 1:1
eating [1] - 129:25
economic [1] - 106:3
effect [9] - 9:7, 65:10, 71:20, 72:2, 82:24, 85:15, 103:13, 103:15, 113:24
effectively [1] - 22:13
efficiencies [1] - 112:24
efficiency [1] - 122:6
efficient [1] - 25:13
efforts [1] - 112:23
eggs [1] - 87:3
eight [2] - 15:19, 119:16
Eighth [1] - 4:22
Einstein [1] - 127:12
either [10] - 10:12, 11:17, 22:22, 31:19, 57:25, 76:9, 78:23, 89:18, 94:11, 106:13
elaborate [1] - 113:8
elected [1] - 32:24
elevator [1] - 79:17
Eleventh [1] - 4:23
emotional [2] - 124:23, 125:11
employ [1] - 34:6
employed [2] - 111:25, 118:10
employee [11] - 41:22, 45:24, 46:5, 46:7, 55:20, 92:19, 100:24, 117:6, 117:17, 117:23, 118:24
employees [7] - 29:19, 37:23, 38:6, 39:23, 103:16, 121:10, 121:15
employment [22] - 34:6, 35:22, 40:20, 43:11, 46:12, 49:4, 87:22, 95:22, 95:24, 98:18, 99:9, 99:17, 103:16, 103:17, 103:21, 104:10, 104:16, 105:9, 105:15, 107:18, 113:7, 119:18
enabled [1] - 103:2
encountered [2] - 27:17, 115:17
end [5] - 59:22, 70:5, 102:22, 103:13, 111:10
enforcement [2] - 119:5, 120:1
engage [7] - 103:17,

104:9, 104:15, 105:8, 105:15, 107:18, 113:7
enjoyable [1] - 14:9
entertainment [2] - 35:18, 100:24
entire [2] - 5:15, 116:8
entitled [3] - 39:2, 71:16, 130:19
entity [2] - 49:18, 94:5
environmental [1] - 5:23
envisioned [1] - 94:24
especially [1] - 81:19
ESQUIRE [2] - 1:11, 1:16
essence [4] - 64:13, 110:21, 125:3, 125:10
essentially [3] - 94:17, 98:14, 105:21
establish [2] - 35:13, 121:3
established [2] - 35:17, 106:2
establishing [1] - 34:17
establishment [2] - 30:15, 35:8
etcetera [5] - 12:23, 14:19, 114:9
ethics [4] - 35:1, 94:13, 94:14, 95:20
etiology [1] - 99:25
evening [2] - 58:8, 67:23
events [1] - 48:14
exact [1] - 7:19
exactly [6] - 9:9, 19:21, 22:1, 35:21, 60:25, 81:5
EXAMINATION [10] - 2:6, 2:7, 2:8, 2:9, 2:10, 4:14, 102:24, 118:6, 123:1, 123:20
EXAMINATIONS [1] - 2:3
examined [1] - 4:13
example [10] - 18:25, 19:7, 27:8, 27:12, 33:12, 37:16, 38:7, 52:22, 114:6
except [6] - 30:11, 30:12, 34:7, 73:13, 92:19, 98:14, 114:5, 115:10
exception [3] - 28:10, 92:20, 106:12
exceptions [1] - 121:25

exchange [1] - 99:22
Exchange [1] - 79:16
excuse [8] - 26:2, 60:13, 66:17, 76:6, 104:20, 105:20, 110:5
executed [1] - 37:15
execution [2] - 22:18, 47:21
executive [2] - 18:12, 42:4
exhibit [3] - 40:10, 63:11, 81:23
EXHIBIT [12] - 2:17, 2:18, 2:19, 2:20, 2:21, 2:22, 2:23, 2:24, 2:25, 3:4, 3:5, 3:6
Exhibit [12] - 36:20, 38:13, 50:21, 53:1, 60:5, 60:21, 62:9, 67:14, 84:25, 109:6, 109:23, 116:16
EXHIBITS [2] - 3:1, 3:3
Exhibits [3] - 101:3, 101:5, 103:23
exists [1] - 33:3
expanded [1] - 10:10
expansion [1] - 10:19
expansive [1] - 69:18
expecting [1] - 15:21
expedite [2] - 123:6, 123:15
expedited [1] - 123:11
expenses [2] - 35:18, 122:1
experience [6] - 52:23, 89:4, 89:6, 89:8, 101:16, 119:22
experienced [3] - 78:25, 92:24, 94:4
experiences [1] - 89:3
expertise [4] - 18:5, 18:10, 21:12, 56:19
explain [6] - 7:21, 13:13, 25:16, 41:14, 76:10, 112:10
explained [3] - 15:7, 59:11, 98:17
explanation [4] - 15:3, 78:17, 100:6, 100:7
explanations [1] - 113:13
explicitly [1] - 15:8
exposure [1] - 10:21
express [2] - 41:18, 45:14
expressed [1] - 111:22

expressing [1] - 41:20
extended [2] - 43:8, 88:4
extensive [1] - 9:18
extensively [1] - 17:24, 28:24
eye [1] - 94:10

**F**

F-E-E [1] - 76:13
face [1] - 64:25
facilitate [1] - 99:18
Facility [5] - 12:11, 13:21, 24:8, 27:5, 32:7
facility [3] - 33:3, 87:4, 99:7
fact [15] - 9:20, 20:7, 23:19, 26:21, 45:12, 75:18, 81:21, 83:8, 85:12, 86:19, 87:18, 88:12, 111:15, 117:13, 129:6
factor [3] - 81:14, 92:15, 112:14
factors [1] - 6:16
facts [2] - 57:22, 115:20
Fallon [2] - 12:18, 110:9
falls [1] - 29:23
familiar [11] - 25:22, 26:6, 26:7, 27:10, 48:4, 48:6, 48:8, 48:9, 49:18, 51:4, 94:4
family [1] - 14:7
far [4] - 58:13, 70:11, 125:21, 125:22
farm [1] - 96:1
fashion [3] - 64:11, 85:12, 106:14
faulting [1] - 25:19
favors [1] - 33:17
feature [1] - 18:19
federal [8] - 4:21, 5:1, 6:7, 6:16, 7:9, 58:15
Federal [1] - 4:24
fee [17] - 56:16, 76:13, 76:20, 77:11, 77:15, 78:11, 78:12, 78:19, 79:3, 79:25, 81:3, 82:9, 82:17, 124:25, 125:1
feedback [1] - 93:12
fees [3] - 75:23, 76:4, 85:12
Feinberg [3] - 13:9,

30:20, 31:6
fellow [1] - 119:9
felt [4] - 18:6, 57:24, 70:25, 125:22
few [16] - 28:13, 31:24, 44:11, 45:6, 46:1, 49:24, 53:14, 63:2, 63:18, 63:19, 85:20, 90:11, 99:7, 123:4
field [2] - 7:6, 21:13
Fifth [4] - 4:21, 5:1, 129:11
file [1] - 63:9
filed [3] - 51:12, 90:4, 100:19
filing [1] - 121:1
fill [1] - 120:22
filled [1] - 120:23
finalizing [1] - 58:24
finally [1] - 106:25
financial [13] - 28:24, 43:25, 44:1, 49:7, 64:12, 70:3, 70:21, 71:2, 79:4, 80:13, 80:18, 128:1
fine [2] - 61:11, 115:9
finish [1] - 98:16
finished [5] - 9:24, 15:15, 78:24, 79:2, 126:1
finishing [2] - 14:11, 54:4
firm [12] - 13:1, 48:4, 48:25, 81:3, 88:22, 88:23, 95:25, 114:7, 114:14, 123:9, 123:10
Firm [5] - 48:6, 48:15, 48:18, 96:17, 123:8
firms [3] - 13:2, 18:16, 48:24
first [19] - 4:12, 5:21, 5:23, 10:24, 22:22, 36:17, 55:9, 56:5, 62:20, 72:13, 74:17, 83:8, 87:18, 88:19, 98:9, 103:1, 111:5, 111:18, 122:19
Fischer [2] - 111:2, 121:15
Fisher [8] - 20:22, 108:5, 108:7, 109:1, 112:4, 112:17, 121:6, 121:10
fisher [1] - 108:21
Fisher's [1] - 38:7
Fisheries [2] - 119:4, 119:6
fisheries [1] - 119:15

**CONFIDENTIAL**

SM-03-JA000241

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 138 of 148
Case 2:10-md-02179-CJB-SS Document 12342-10 Filed 03/17/14 Page 138 of 148

7

**fishing** [1] - 41:11
**fit** [2] - 119:1, 120:5
**five** [10] - 21:11, 21:12, 64:21, 65:16, 68:18, 75:1, 87:10, 99:14, 112:13, 128:5
**five-day** [1] - 99:14
**five-minute** [1] - 68:18
**fixed** [1] - 122:1
**fixing** [1] - 89:20
**flesh** [1] - 68:8
**flip** [1] - 127:10
**flip-flopping** [1] - 127:10
**floating** [1] - 128:8
**floor** [2] - 86:4, 115:16
**flopping** [1] - 127:10
**flow** [1] - 100:18
**fluid** [1] - 31:9
**focus** [4] - 36:22, 64:24, 68:25, 123:22
**focused** [4] - 34:5, 113:14, 113:23, 116:17
**folks** [1] - 111:2
**follow** [9] - 54:12, 81:13, 96:25, 97:1, 102:14, 118:8, 129:11, 129:12, 129:15
**follow-up** [2] - 97:1, 102:14
**following** [1] - 34:15
**follows** [1] - 4:13
**food** [1] - 88:14
**foregoing** [1] - 130:17
**form** [3] - 27:18, 43:19, 77:16
**formal** [2] - 66:13, 67:2
**formative** [2] - 86:2, 87:1
**formulated** [1] - 101:2
**formulation** [1] - 102:11
**formulations** [1] - 100:22
**Forsyth** [1] - 95:25
**forth** [17] - 26:25, 28:25, 32:12, 33:25, 34:7, 47:17, 60:25, 87:14, 92:13, 93:13, 101:15, 102:20, 108:12, 111:11, 121:18, 128:16, 128:18
**forty** [1] - 75:1
**forty-five** [1] - 75:1
**forward** [1] - 44:1
**foster** [1] - 96:23

**frames** [1] - 26:13
**Frank** [1] - 117:5
**fraud** [6] - 21:13, 22:2, 24:4, 24:7, 25:9, 27:10
**Freeh** [1] - 103:9
**FREEH** [43] - 1:11, 1:15, 4:5, 4:10, 4:15, 26:1, 28:14, 37:3, 38:18, 39:21, 42:18, 50:22, 53:2, 53:13, 55:3, 60:10, 61:4, 62:6, 62:10, 66:24, 66:25, 67:15, 73:9, 73:10, 73:20, 74:1, 84:23, 85:1, 101:6, 102:15, 109:14, 109:18, 109:20, 114:14, 116:12, 116:14, 116:21, 117:20, 123:21, 126:1, 126:9, 129:18, 130:2
**FREEH..................** [2] - 2:6, 2:10
**Friday** [2] - 85:5, 99:15
**friend** [1] - 86:15
**friends** [2] - 33:17, 82:2
**■■■■■** [4] - 117:4, 117:7, 117:13
**fulfill** [1] - 113:15
**full** [11] - 45:24, 45:25, 46:5, 92:25, 98:11, 98:14, 98:18, 99:10, 106:2, 118:24, 129:20
**full-time** [6] - 45:24, 46:5, 98:11, 98:18, 106:2, 118:24
**fully** [2] - 49:14, 101:13
**functions** [1] - 90:23
**funds** [1] - 97:21
**funnel** [6] - 88:7, 91:10, 91:13, 91:20, 92:8, 93:4
**funneling** [1] - 25:10
**future** [3] - 44:4, 47:8, 48:22

**G**

**■■■■■** [3] - 117:4, 117:7
**Garden** [6] - 12:12, 27:12, 27:13, 37:16, 38:5, 38:16

**gauge** [2] - 15:11, 15:14
**General** [3] - 10:12, 19:10
**general** [5] - 11:11, 11:16, 12:15, 31:1, 94:5
**generally** [1] - 18:17
**generated** [1] - 36:13
**generates** [1] - 122:4
**gentleman** [1] - 54:24
**gentlemen** [1] - 106:13
**Gibby** [2] - 123:9, 123:13
**gifts** [1] - 100:24
**girl** [3] - 27:8, 87:25, 119:23
**given** [6] - 28:6, 37:23, 43:22, 59:18, 113:13, 116:2
**Glen** [5] - 47:2, 48:2, 48:8, 82:6, 82:8
**Glen's** [1] - 82:6
**go-to** [1] - 95:10
**God** [3] - 10:3, 103:3, 122:22
**goodness** [1] - 129:10
**goosy** [1] - 82:1
**governed** [1] - 81:12
**governs** [1] - 80:23
**grade** [1] - 122:17
**graduated** [1] - 5:13
**grand** [1] - 14:8
**grateful** [1] - 129:19
**gratuities** [1] - 100:24
**Gravier** [1] - 74:5
**Greer** [4] - 13:16, 27:9, 110:6, 110:22
**grew** [1] - 7:6
**Group** [6] - 17:7, 37:17, 38:5, 38:16, 107:11, 107:14
**group** [13] - 10:10, 13:3, 18:7, 18:22, 32:7, 32:19, 32:21, 33:4, 33:5, 33:12, 38:7, 92:14, 108:25
**groups** [1] - 19:8
**guarantee** [1] - 126:14
**guess** [5] - 5:16, 6:19, 21:2, 31:25, 40:17, 45:7, 78:9, 78:21, 80:2, 81:18, 95:14, 97:19, 101:15, 101:21, 113:17
**guessing** [2] - 70:10, 74:19
**Guidepost** [5] - 24:7,

25:3, 25:10, 25:20
**GULF** [1] - 1:5
**Gulf** [9] - 8:5, 12:10, 13:9, 13:21, 24:8, 25:23, 27:5, 32:2, 32:7
**gun** [1] - 126:15
**guy** [23] - 16:20, 16:24, 20:2, 21:19, 21:20, 24:25, 28:9, 33:7, 41:1, 51:22, 54:18, 59:17, 77:20, 93:9, 97:19, 108:11, 112:12, 118:19, 118:21, 119:14, 120:12

**H**

**half** [3] - 22:11, 87:5
**hall** [2] - 79:18, 117:19
**halls** [1] - 57:9
**Hammond** [1] - 32:8
**hand** [1] - 121:5
**handed** [1] - 75:12
**handle** [3] - 42:8, 46:23, 100:18
**handled** [3] - 5:25, 12:19, 24:15
**handles** [1] - 93:3
**handling** [4] - 6:21, 9:15, 46:1, 54:3
**hard** [2] - 15:11, 88:10
**hats** [1] - 16:13
**HB406** [1] - 1:21
**head** [3] - 54:18, 94:15, 119:10
**heading** [1] - 22:2
**hear** [1] - 83:20
**heard** [6] - 45:3, 45:4, 49:20, 51:19, 83:8, 117:12
**hearings** [1] - 6:2
**heck** [1] - 64:6
**held** [1] - 91:23
**hell** [6] - 20:2, 78:22, 114:22, 124:22, 127:1, 127:21
**help** [4] - 67:16, 77:17, 107:5, 109:20
**helpful** [1] - 116:19
**helps** [1] - 62:3
**Hendricks** [3] - 108:1, 118:10, 119:23
**hereby** [1] - 130:16
**Herman** [1] - 9:5
**herself** [1] - 90:16
**hesitate** [1] - 97:15
**hesitating** [1] - 74:16

**hesitation** [1] - 65:2
**high** [2] - 93:6, 118:4
**higher** [1] - 81:25
**HIPAA** [1] - 95:23
**hire** [11] - 20:16, 21:3, 22:3, 29:24, 30:3, 40:18, 85:24, 86:19, 86:22, 89:20, 118:19
**hired** [7] - 40:16, 41:3, 43:2, 85:21, 89:5, 93:7, 121:7
**hires** [1] - 23:21
**hiring** [8] - 21:5, 30:2, 41:18, 43:3, 43:13, 89:1, 89:22, 90:7
**history** [4] - 14:24, 24:3, 44:21, 80:19
**hits** [1] - 103:6
**Holstein** [3] - 8:25, 60:7, 60:17
**Holstein's** [2] - 60:2, 60:14
**home** [1] - 10:1
**honest** [1] - 87:24
**HONORABLE** [1] - 1:11
**hope** [1] - 129:10
**Horizon** [10] - 7:13, 8:4, 53:5, 56:17, 105:24, 106:3, 106:23, 107:9, 108:17, 111:7
**HORIZON** [1] - 1:4
**hotel** [1] - 8:19
**hours** [7] - 9:19, 9:25, 22:16, 99:10, 114:12, 114:13, 122:16
**house** [3] - 10:1, 95:6, 96:2
**Houston** [1] - 15:24
**Hub** [9] - 23:17, 23:24, 25:22, 25:24, 26:15, 26:18, 27:20, 27:21
**huge** [3] - 24:6, 24:21, 93:11, 128:4
**hundreds** [2] - 7:10, 91:1
**husband** [2] - 125:2, 125:9
**hybrid** [1] - 19:13
**hypothetical** [1] - 55:13

**I**

**Iberia** [2] - 40:22, 41:11
**identical** [2] - 106:12,

**C O N F I D E N T I A L**

SM-03-JA000242

8

113:6
**identified** [1] - 77:11
**identify** [2] - 44:18,
106:13
**Illinois** [1] - 119:24
**immediately** [1] -
15:18
**implementation** [1] -
126:19
**implemented** [4] -
101:9, 103:10,
113:22, 127:23
**important** [3] - 24:4,
91:21, 122:11
**impressed** [1] - 21:25
**improper** [1] - 56:10
**impropriety** [1] -
64:11
**improve** [2] - 25:13,
127:22
**improved** [1] - 27:11
**improvements** [1] -
127:22
**IN** [2] - 1:4, 1:5
**in-house** [2] - 95:6,
96:2
**inauguration** [1] -
30:16
**Inc** [1] - 5:22
**inception** [3] - 5:25,
40:22, 88:4
**inclination** [1] - 11:14
**include** [2] - 35:12,
39:16
**includes** [1] - 116:7
**including** [8] - 4:20,
17:6, 17:7, 19:8,
21:2, 30:1, 36:24,
46:2
**incorporated** [1] -
61:1
**increasing** [1] - 42:15
**incredible** [1] - 128:15
**incredibly** [1] - 126:10
**independent** [9] -
18:22, 18:24, 19:6,
19:7, 19:11, 30:4,
35:12, 96:2, 114:7
**indicated** [3] - 40:13,
80:10, 82:3
**indicates** [1] - 77:23
**indicating** [1] - 93:6
**indication** [1] - 33:4
**indifferent** [2] - 94:16,
114:23
**individual** [11] - 5:4,
12:23, 23:8, 33:14,
38:14, 38:19, 38:20,
38:21, 40:16, 96:6,
111:25

**individually** [2] -
75:16, 98:6
**individuals** [1] - 34:13
**industry** [1] - 41:11
**influence** [1] - 127:14
**information** [7] - 4:6,
16:7, 25:9, 27:14,
57:25, 59:6, 97:2
**informative** [1] - 34:11
**informed** [1] - 91:23
**inherited** [1] - 23:25
**initial** [2] - 34:10, 49:5
**initiate** [1] - 35:7
**initiated** [4] - 20:6,
63:24, 63:25, 92:21
**initiator** [2] - 83:21,
108:24
**innovate** [1] - 35:10
**innumerable** [1] -
42:10
**input** [5] - 23:2, 30:24,
32:25, 92:14, 114:3
**inquire** [2] - 99:17,
99:20
**inquired** [1] - 43:10
**inquiries** [5] - 42:9,
91:1, 99:24, 101:15,
102:6
**inquiring** [1] - 96:6
**inquiry** [6] - 70:24,
77:6, 97:1, 99:20,
116:3, 129:22
**inside** [2] - 95:10,
125:24
**instance** [1] - 40:8
**instances** [1] - 91:15
**instantaneously** [1] -
55:12
**instructed** [2] - 40:3,
57:3
**insurance** [2] - 32:11,
33:15
**integrity** [2] - 115:14,
127:5
**intelligent** [1] - 88:1
**intend** [2] - 115:8,
115:10
**intent** [1] - 127:24
**intents** [1] - 46:4
**Interest** [2] - 39:2,
105:25
**interest** [40] - 35:13,
39:1, 43:25, 44:1,
44:4, 47:4, 47:9,
47:19, 49:7, 49:8,
50:5, 50:11, 54:21,
64:12, 65:3, 70:2,
70:3, 70:21, 71:2,
78:1, 79:4, 80:13,
80:14, 80:18, 80:19,

81:10, 83:5, 84:2,
90:3, 90:12, 90:13,
90:17, 100:24,
106:6, 106:19,
106:21, 125:2, 125:4
**interested** [3] - 25:25,
78:13, 86:7
**interesting** [4] - 7:1,
7:15, 20:8, 118:12
**interests** [2] - 108:8,
111:10
**interim** [1] - 68:23
**internal** [6] - 107:5,
108:12, 121:16,
121:18, 121:20,
122:24
**International** [2] -
31:7
**interrupt** [1] - 22:20
**intervals** [1] - 57:8
**intervening** [1] - 69:3
**interview** [56] - 9:7,
15:2, 17:22, 29:12,
29:15, 44:16, 61:23,
62:12, 66:14, 67:2,
67:19, 67:24, 68:18,
68:20, 68:22, 68:25,
69:4, 69:6, 69:18,
69:25, 70:9, 70:11,
71:14, 71:19, 72:1,
72:9, 72:19, 72:25,
73:2, 73:6, 73:15,
74:4, 74:8, 74:14,
74:25, 75:9, 75:21,
76:3, 77:7, 78:25,
79:2, 79:13, 79:22,
79:23, 82:11, 82:18,
82:23, 84:15, 85:7,
102:9, 123:23,
124:1, 124:4, 124:6,
124:18, 124:21,
126:5
**interviewed** [6] -
16:20, 17:23, 74:15,
74:21, 88:13, 120:3
**interviewing** [2] -
73:16, 89:18
**interviews** [5] - 17:16,
18:2, 18:5, 21:24,
68:12
**intimately** [3] - 25:7,
25:11, 93:9
**investigate** [1] - 56:21
**investigation** [9] -
22:2, 24:7, 25:4,
25:5, 57:3, 57:7,
57:10, 65:24, 72:11
**investigations** [1] -
56:19
**investigative** [1] -

59:25
**involved** [19] - 4:24,
13:17, 19:18, 24:23,
25:7, 25:12, 27:7,
27:13, 32:9, 32:10,
34:8, 93:23, 94:1,
106:15, 119:25,
120:1, 122:10,
127:20
**involvement** [2] - 8:8,
103:5
**involving** [2] - 51:7,
93:18
**irritant** [1] - 112:14
**irritated** [1] - 128:11
**irritates** [1] - 127:1
**issue** [6] - 51:23, 70:8,
79:3, 79:6, 80:10,
93:10, 93:11,
103:19, 119:5
**issued** [1] - 92:12
**issues** [14] - 23:9,
39:23, 87:8, 87:25,
95:5, 95:17, 95:22,
95:23, 95:24, 96:1,
96:16, 115:8, 115:9
**IT** [2] - 101:19, 102:17
**itself** [1] - 22:23

## J

**JAMES** [1] - 1:16
**Jennifer** [1] - 27:12
**job** [14] - 34:5, 42:2,
42:7, 86:1, 91:22,
92:21, 98:1, 98:10,
98:11, 98:12, 98:13,
115:20, 120:20,
127:21
**john** [1] - 110:10
**John** [1] - 80:17
**joint** [2] - 11:3, 61:1
**Jon** [6] - 48:15, 82:5,
96:12, 97:16, 97:19
**Jon's** [1] - 82:6
**JP-12** [3] - 2:21, 60:3,
60:5
**Judge** [25] - 11:6,
11:19, 12:18, 13:16,
44:19, 58:10, 58:21,
59:10, 61:6, 61:14,
67:25, 71:17, 78:7,
80:16, 87:2, 93:13,
93:16, 93:20, 110:9,
113:18, 120:9,
126:19, 127:18,
128:15
**judge** [3] - 45:19,
47:25, 100:19

**Judge's** [1] - 116:22
**July** [8] - 60:22, 63:10,
104:15, 104:22,
105:1, 105:4,
105:11, 116:1
**June** [34] - 13:24,
60:8, 61:14, 61:19,
61:22, 62:2, 63:13,
66:12, 66:19, 67:1,
67:10, 67:20, 68:3,
68:15, 68:16, 68:17,
68:25, 69:4, 69:21,
70:4, 71:14, 72:19,
72:25, 73:3, 73:6,
73:16, 74:4, 79:23,
82:23, 84:15, 85:5,
87:4, 123:23
**Juneau** [48] - 4:6,
4:16, 15:2, 18:14,
19:3, 20:21, 23:5,
27:24, 28:15, 34:10,
39:4, 45:23, 53:14,
55:4, 60:15, 61:19,
65:9, 66:14, 67:20,
69:5, 71:21, 73:7,
73:16, 73:22, 74:3,
74:5, 80:11, 81:23,
82:22, 88:16, 93:15,
100:21, 103:1,
109:8, 109:15,
109:25, 110:10,
110:24, 111:4,
111:16, 115:5,
116:19, 123:3,
123:22, 123:24,
125:17, 126:1,
128:19
**JUNEAU** [2] - 1:11,
4:11
**JUNEAU.....................
................ [1] - 2:5

## K

**keel** [1] - 41:13
**keep** [1] - 113:23
**Keith** [4] - 15:13,
41:24, 51:14, 83:20
**Ken** [3] - 13:9, 30:20,
30:22
**Keough** [1] - 27:12
**Key** [1] - 111:1
**kid** [1] - 7:8
**kids** [2] - 14:8
**kind** [38] - 6:10, 6:13,
9:13, 10:22, 11:25,
13:6, 13:18, 15:6,
15:22, 19:12, 19:13,
19:14, 22:11, 31:2,
33:19, 74:16, 75:4,

**C O N F I D E N T I A L**

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 140 of 148
Case 2:10-md-02179-CJB-SS Document 12342-15 Filed 01/07/14 Page 139 of 148

9

77:4, 78:7, 82:13, 91:10, 94:20, 97:19, 97:22, 100:20, 101:16, 101:23, 102:21, 103:21, 116:4, 118:14, 125:16, 125:25, 126:7, 127:15
**kinds** [1] - 127:11
**Kirk** [10] - 20:22, 24:2, 38:7, 108:5, 108:7, 108:11, 112:4, 112:17, 121:6, 121:10, 121:15
**knowing** [3] - 14:21, 30:1, 79:10
**knowledge** [7] - 12:23, 35:5, 39:24, 43:7, 82:22, 105:14, 123:12
**knowledgeable** [2] - 112:12, 119:14
**known** [4] - 64:18, 85:17, 95:19, 96:16
**knows** [4] - 8:5, 30:1, 96:20, 125:18

**L**

**L-A-N-E** [1] - 21:19
**LA** [1] - 1:22
**label** [1] - 95:9
**laborious** [1] - 27:1
**lack** [2] - 12:14, 76:17
**lady** [2] - 87:25, 120:11
**Lafayette** [7] - 7:23, 8:1, 9:25, 11:1, 24:25, 26:3, 40:25
**Landry** [1] - 118:21
**Lane** [3] - 21:19, 23:10, 28:9
**language** [1] - 75:18
**lap** [1] - 118:16
**large** [1] - 18:12
**last** [11] - 49:24, 80:2, 88:14, 103:7, 103:13, 104:15, 105:3, 117:20, 118:14, 118:21, 119:17
**late** [2] - 58:8, 67:22
**Law** [8] - 5:9, 48:6, 48:15, 48:18, 96:16, 123:8
**law** [13] - 4:17, 5:8, 5:11, 5:12, 5:13, 5:16, 6:6, 6:18, 6:19, 6:21, 18:16, 123:9,

123:10
**lawyer** [26] - 5:4, 6:20, 6:24, 7:1, 7:5, 7:24, 7:25, 18:9, 18:18, 42:24, 43:1, 78:25, 80:24, 81:2, 81:3, 89:1, 92:4, 92:16, 92:24, 94:4, 95:2, 95:6, 95:7, 95:10, 95:20, 97:11, 97:17, 97:18
**lawyers** [1] - 8:21, 8:23, 9:2, 16:11, 78:11, 81:11, 88:17, 91:1, 93:2, 121:1
**layer** [1] - 121:22
**layered** [2] - 121:20, 121:21
**lead** [2] - 20:16, 35:8
**learn** [7] - 46:11, 46:24, 46:25, 56:5, 101:16, 102:4, 103:1
**learned** [4] - 9:9, 55:4, 55:14, 58:13
**least** [6] - 21:11, 39:15, 48:17, 77:18, 80:9, 95:7
**leave** [4] - 25:16, 50:23, 93:21
**leaving** [1] - 52:16
**led** [1] - 46:25
**left** [5] - 59:16, 74:2, 119:16, 128:4, 129:9
**legal** [15] - 20:21, 42:8, 42:9, 42:14, 42:15, 43:9, 90:22, 91:16, 92:17, 93:15, 93:18, 93:25, 95:2, 98:20
**length** [2] - 75:2, 85:10
**Lerner** [14] - 47:2, 47:11, 47:13, 47:23, 48:2, 48:5, 48:8, 48:9, 48:11, 48:14, 48:15, 48:18, 49:2, 82:8
**less** [4] - 14:9, 78:9, 81:22, 85:10, 88:6
**letter** [10] - 51:21, 60:2, 60:7, 60:14, 63:10, 84:20, 85:4, 115:25, 116:1
**letters** [1] - 100:20
**level** [3] - 43:8, 118:3, 128:6
**Levine** [3] - 26:21, 28:15, 29:20
**liberty** [1] - 129:17
**licensed** [3] - 4:17,

4:18, 4:19
**lick** [1] - 14:25
**life** [6] - 5:15, 6:24, 7:5, 98:15, 127:19, 128:8
**lifetime** [1] - 14:23
**limited** [1] - 129:21
**line** [1] - 92:5
**lines** [1] - 41:25
**Lionel** [6] - 22:20, 38:11, 56:11, 80:18, 93:7, 107:21
**list** [1] - 21:24
**listed** [3] - 109:1, 110:14, 111:14
**listing** [1] - 109:12
**lists** [1] - 51:3
**literally** [1] - 91:1
**litigation** [9] - 5:21, 6:21, 47:7, 54:3, 54:21, 87:11, 89:7, 89:9, 95:14
**live** [1] - 7:7
**liver** [1] - 122:4
**lives** [1] - 8:4
**LLC** [1] - 82:9
**load** [1] - 88:8
**local** [2] - 24:25, 107:2
**Look** [2] - 26:10, 125:11
**look** [22] - 22:14, 24:24, 50:25, 58:17, 64:25, 73:18, 74:6, 80:1, 80:11, 96:22, 97:9, 99:14, 100:5, 100:16, 101:19, 102:20, 104:1, 105:18, 110:25, 122:23, 127:19, 128:22
**looked** [7] - 24:14, 24:22, 27:8, 82:8, 100:4, 113:4, 119:20
**looking** [16] - 22:1, 25:12, 59:8, 87:6, 88:21, 101:20, 109:15, 110:14, 110:19, 111:9, 119:3, 120:5, 120:22, 126:14, 127:9, 129:13
**looks** [2] - 82:16, 105:22
**loosy** [1] - 82:1
**loosy-goosy** [1] - 82:1
**lose** [1] - 128:22
**LOUIS** [2] - 1:11, 1:15
**Louisiana** [22] - 4:18, 4:21, 5:2, 5:6, 5:23, 5:24, 7:2, 7:6, 7:10,

25:1, 32:8, 40:23, 40:25, 41:11, 51:1, 80:23, 81:1, 118:20, 119:6, 119:24, 130:15, 130:16
**LOUISIANA** [2] - 1:1, 1:6
**loves** [1] - 80:9
**LSU** [3] - 5:9, 5:11, 108:12
**luxury** [1] - 27:6
**lying** [1] - 79:3
**Lynn** [5] - 13:16, 27:9, 110:6, 110:8, 110:22

**M**

**mad** [1] - 70:16
**Magistrate** [2] - 58:18, 120:18
**mail** [17] - 58:4, 68:6, 68:24, 76:9, 76:11, 76:25, 82:16, 85:2, 99:22, 105:3, 105:11, 105:14, 106:10, 109:16, 110:4, 110:11, 110:13
**mails** [21] - 42:11, 68:4, 69:2, 72:10, 75:5, 75:6, 75:8, 75:11, 75:14, 75:18, 75:19, 76:4, 77:8, 77:10, 78:4, 78:24, 93:6, 124:25, 125:5, 125:7
**main** [5] - 32:6, 90:25, 92:16, 92:17
**maintaining** [1] - 45:18
**majority** [1] - 91:12
**man** [8] - 22:14, 34:4, 41:22, 47:23, 50:9, 112:12, 115:17, 125:24
**manner** [1] - 102:13
**March** [4] - 7:18, 110:5
**maritime** [1] - 7:6
**mark** [7] - 38:10, 40:10, 60:14, 60:16, 84:23, 116:12, 116:14
**Mark** [2] - 8:25, 60:7
**marked** [26] - 36:20, 38:13, 39:6, 50:21, 50:23, 53:1, 60:5, 60:21, 62:4, 62:9, 62:11, 66:17, 67:7,

67:14, 73:5, 73:11, 73:14, 84:25, 101:5, 103:23, 103:25, 109:6, 109:9, 109:23, 109:25, 116:16
**MARKED** ............ [1] - 3:3
**MARKED** .................. ......... [10] - 2:17, 2:18, 2:19, 2:20, 2:21, 2:22, 2:23, 2:24, 2:25, 3:6
**MARKED** .................. ......... [2] - 3:4, 3:5
**MARKED** .................. [1] - 3:2
**market** [1] - 88:24
**marriage** [1] - 125:24
**married** [1] - 86:12
**marshalled** [1] - 121:2
**massive** [3] - 13:7, 15:15, 120:25
**Master** [2] - 4:7, 99:4
**MASTER** [2] - 1:12, 1:15
**master** [4] - 5:21, 5:8, 12:20, 17:25
**Masters** [2] - 31:8
**material** [1] - 119:12
**matter** [32] - 6:3, 7:14, 20:7, 20:21, 33:23, 37:12, 46:24, 49:22, 54:4, 55:15, 57:10, 57:21, 58:18, 59:9, 62:21, 64:17, 66:1, 78:12, 79:14, 80:17, 81:16, 87:18, 88:11, 90:8, 93:18, 94:23, 98:3, 111:7, 111:15, 115:13, 126:21, 130:19
**matters** [7] - 8:13, 48:17, 54:14, 61:21, 74:9, 89:23, 99:7
**meals** [1] - 129:25
**mean** [61] - 5:14, 6:12, 6:14, 7:10, 7:20, 9:18, 10:5, 11:17, 12:1, 13:5, 19:20, 22:12, 22:15, 25:1, 25:20, 26:6, 31:23, 31:24, 33:9, 34:4, 36:7, 37:25, 38:1, 40:19, 44:5, 49:21, 54:21, 58:6, 59:8, 64:7, 65:25, 70:1, 70:7, 70:8, 71:5, 71:7, 72:17, 80:16,

**C O N F I D E N T I A L**

SM-03-JA000244

82:16, 83:23, 84:13,
86:13, 86:23, 88:6,
93:6, 94:14, 97:7,
100:5, 100:6,
100:14, 111:9,
113:3, 114:2,
117:24, 117:25,
119:4, 122:15,
125:25, 128:1, 128:7
**meaning** [4] - 14:1,
16:9, 21:6, 68:2
**meant** [1] - 54:5
**measure** [1] - 46:10
**meat** [3] - 57:19,
57:20, 57:23
**MECHANICAL** [1] -
1:24
**mechanics** [1] - 19:18
**mechanism** [1] -
122:23
**mechanisms** [1] -
91:8
**media** [1] - 15:24
**mediation** [3] - 5:19,
6:11, 14:13
**mediations** [2] - 5:19,
6:11
**medical** [1] - 83:15
**meet** [7] - 8:18, 15:24,
16:2, 32:1, 58:11,
100:17
**meeting** [42] - 8:4,
8:25, 9:7, 18:3,
31:10, 31:13, 39:15,
39:19, 39:22, 39:25,
40:3, 61:5, 61:9,
61:20, 62:12, 62:19,
62:23, 63:2, 63:7,
63:16, 63:18, 63:20,
63:21, 63:24, 63:25,
64:20, 65:9, 65:16,
65:19, 65:21, 67:10,
67:21, 67:22, 68:1,
68:2, 74:11, 74:23,
77:2, 99:6, 112:13,
124:23, 125:16
**meetings** [9] - 10:8,
34:5, 40:5, 76:7,
91:18, 93:12,
103:20, 126:22
**mega** [1] - 25:2
**members** [2] - 31:6,
32:1
**memo** [7] - 63:7, 63:8,
66:16, 66:17, 66:23,
69:5, 72:6
**memory** [3] - 20:11,
76:6, 77:17
**men** [1] - 113:17
**mention** [6] - 6:5,

6:13, 19:13, 21:18,
44:23, 113:25
**mentioned** [29] -
17:21, 19:22, 21:9,
28:15, 44:19, 45:5,
45:7, 46:13, 47:18,
50:2, 52:6, 53:19,
57:20, 64:4, 66:6,
71:10, 72:21, 77:18,
83:5, 83:17, 83:25,
84:1, 85:21, 86:7,
97:10, 113:20,
116:25, 117:19,
123:3
**mentioning** [2] - 45:1,
47:23
**merely** [1] - 53:25
**MERIT** [1] - 1:21
**Merit** [2] - 130:14,
130:24
**message** [3] - 80:7,
127:17
**met** [6] - 11:4, 30:22,
61:14, 86:11,
118:20, 119:13
**meticulous** [1] - 116:3
**MEXICO** [1] - 1:5
**Michael** [18] - 61:19,
61:23, 62:12, 66:5,
66:6, 66:14, 67:20,
69:5, 69:11, 70:6,
72:19, 73:7, 73:16,
77:23, 82:22, 88:16,
93:14
**Michael's** [2] - 66:21,
66:23
**Middle** [1] - 5:22
**might** [19] - 10:16,
36:5, 38:16, 40:2,
44:1, 45:7, 54:1,
66:6, 66:7, 67:16,
75:16, 80:1, 94:10,
95:23, 99:3, 109:20,
111:20, 117:19,
117:23
**Mike** [20] - 19:2,
20:21, 51:20, 61:25,
62:24, 67:4, 68:1,
68:8, 68:21, 69:17,
75:6, 76:9, 76:22,
87:6, 92:23, 93:8,
93:15, 125:17
**million** [3] - 87:24,
96:17, 123:11
**millions** [4] - 25:1,
25:2, 26:20
**mind** [5] - 20:8, 95:11,
95:18, 101:23
**mine** [2] - 64:24, 128:7
**minute** [6] - 13:13,

30:3, 35:14, 59:5,
67:12, 68:18,
104:20, 111:17
**minutes** [7] - 64:21,
65:16, 70:10, 74:20,
75:1, 112:13, 123:4
**missed** [1] - 61:3
**mission** [5] - 128:6,
128:12, 128:22,
128:23
**mistake** [2] - 81:18,
81:19
**mistakes** [1] - 81:18
**misuse** [1] - 76:19
**mix** [2] - 112:16,
115:12
**mixture** [1] - 129:6
**moment** [7] - 23:11,
28:16, 40:9, 63:5,
64:1, 64:17, 126:2
**moments** [2] - 53:14,
63:18
**Monday** [3] - 11:18,
69:4, 99:14
**monetary** [1] - 55:6
**money** [11] - 24:24,
26:11, 76:5, 78:1,
78:10, 78:15, 78:16,
80:9, 82:4, 82:5,
82:9
**monies** [4] - 55:25,
75:23, 78:3, 85:16
**monitor** [2] - 91:7,
120:24
**monthly** [2] - 122:7,
122:8
**months** [10] - 100:12,
100:17, 102:17,
103:7, 119:16
**morning** [5] - 10:3,
49:7, 58:14, 85:6,
126:6
**Moskowitz** [6] - 8:24,
10:15, 15:13, 41:24,
51:14, 83:20
**most** [6] - 7:5, 11:3,
29:15, 29:16, 46:1,
122:7
**mother** [1] - 117:14
**motivation** [3] -
127:24, 128:1,
128:14
**Motors** [1] - 19:10
**Mounger** [1] - 16:20
**move** [4] - 24:16,
24:18, 26:13, 37:21
**moving** [1] - 24:11
**MR** [96] - 2:6, 2:7, 2:8,
2:9, 2:10, 4:5, 4:10,
4:15, 23:5, 23:8,

23:11, 23:16, 23:24,
26:1, 27:24, 28:3,
28:14, 36:15, 37:3,
38:3, 38:18, 39:4,
39:8, 39:21, 41:24,
42:2, 42:6, 42:15,
42:18, 50:22, 53:2,
53:12, 53:13, 53:14,
53:19, 53:23, 54:6,
54:12, 54:23, 55:3,
60:10, 60:13, 60:19,
61:4, 62:6, 62:7,
62:10, 66:17, 66:20,
66:24, 66:25, 67:15,
73:8, 73:9, 73:10,
73:20, 74:1, 84:23,
85:1, 101:6, 102:14,
102:15, 102:16,
102:25, 103:24,
109:7, 109:14,
109:17, 109:18,
109:19, 109:20,
109:24, 110:15,
110:17, 110:20,
110:23, 113:19,
114:14, 114:19,
115:1, 115:4,
116:12, 116:14,
116:19, 116:21,
117:2, 117:20,
117:22, 118:2,
118:7, 123:2,
123:21, 126:1,
126:9, 129:18,
130:2, 130:4, 130:5
**multiple** [2] - 15:10,
19:8
**must** [2] - 9:18, 11:2
**mutual** [1] - 31:3
**myriad** [1] - 92:14
**mystery** [1] - 13:7

## N

**name** [51] - 11:5, 11:8,
11:21, 11:22, 15:19,
17:6, 17:7, 19:23,
25:7, 28:17, 28:19,
29:2, 29:14, 29:25,
41:17, 44:19, 44:23,
45:2, 45:5, 45:7,
47:10, 48:2, 48:7,
48:8, 48:18, 48:25,
49:1, 49:2, 49:19,
49:20, 50:2, 52:16,
53:9, 57:14, 71:10,
72:14, 72:20, 72:24,
83:9, 91:4, 106:14,
112:1, 117:3, 117:7,
117:12, 118:21,

119:9, 119:21,
120:20
**named** [9] - 16:20,
21:19, 47:5, 47:23,
50:5, 50:9, 83:5,
96:12, 118:19
**names** [18] - 11:7,
11:19, 11:21, 17:1,
17:3, 17:4, 17:5,
17:14, 17:15, 21:12,
44:13, 44:18, 48:24,
107:16, 110:16,
114:8
**narrative** [1] - 58:12
**national** [3] - 6:8,
18:1, 114:15
**nature** [2] - 79:10,
88:18
**Neath** [1] - 10:14
**necessarily** [2] -
41:22, 77:4
**necessary** [1] - 70:24
**need** [13] - 11:13,
16:12, 31:5, 36:9,
57:12, 58:20, 69:24,
96:25, 114:3,
116:18, 119:7, 129:4
**needed** [2] - 31:3,
43:19, 58:11
**negotiated** [2] - 14:19,
37:11
**negotiating** [2] - 19:1,
33:14, 33:25
**negotiations** [4] - 6:1,
8:15, 9:10, 12:1
**Netterville** [1] - 13:1
**never** [25] - 14:23,
20:13, 34:20, 49:20,
51:19, 51:21, 52:13,
83:4, 83:11, 86:17,
86:18, 87:20, 87:21,
87:23, 94:22, 96:14,
96:19, 97:8, 117:12,
123:14, 123:18,
126:11, 127:21
**NEW** [2] - 1:6, 1:22
**new** [6] - 14:1, 14:3,
30:16, 53:25, 54:8,
100:23, 101:1,
126:11
**New** [8] - 6:25, 8:3,
10:7, 25:3, 40:22,
41:11, 48:4, 69:9,
129:25
**newspaper** [2] - 8:7,
27:4
**next** [5] - 10:3, 11:23,
23:3, 58:14, 111:13
**nice** [3] - 14:14, 20:2,
118:21

**C O N F I D E N T I A L**

SM-03-JA000245

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 142 of 148
Case 2:10-md-02179-CJB-SS Document 12342-10 Filed 02/17/14 Page 142 of 148

11

**night** [8] - 58:11, 67:12, 74:16, 99:5, 99:6, 124:2
**nine** [1] - 100:17
**nixed** [1] - 21:23
**NO** [1] - 1:6
**nobody** [4] - 24:17, 64:7, 91:24, 129:13
**nobody's** [1] - 96:22
**Non** [1] - 105:25
**Non-Disclosure** [1] - 105:25
**none** [3] - 13:5, 23:4, 46:21
**normal** [2] - 18:15, 100:18
**note** [1] - 60:6
**noted** [1] - 80:7
**notes** [5] - 73:4, 74:11, 80:2, 124:11, 124:14
**nothing** [8] - 4:8, 12:8, 44:22, 51:19, 71:5, 77:20, 112:18, 125:15
**notifying** [1] - 57:17
**November** [2] - 48:1, 88:5
**nowhere** [1] - 85:15
**number** [6] - 13:19, 24:9, 36:6, 36:16, 55:10, 55:11, 91:13, 102:6, 102:17
**numbered** [1] - 130:19
**numbers** [2] - 26:21, 26:22

### O

**o'clock** [2] - 58:14, 59:17
**oath** [1] - 4:13
**object** [3] - 18:8, 33:21, 34:1
**objection** [2] - 21:4, 111:22
**objections** [1] - 46:12
**objective** [2] - 33:21, 33:23
**obligation** [3] - 44:14, 80:20, 98:3
**obligations** [1] - 35:11
**obliged** [1] - 100:12
**observed** [1] - 70:12
**obstacle** [1] - 128:17
**obstacles** [2] - 115:17, 115:22
**obvious** [1] - 86:23
**obviously** [10] - 5:1,

8:5, 12:22, 13:3, 19:3, 20:18, 36:22, 40:13, 40:21, 75:5
**occasionally** [1] - 118:24
**occasions** [2] - 32:16, 113:21
**occur** [1] - 62:25
**occurred** [3] - 10:23, 73:15, 81:7
**odd** [1] - 15:10
**Odom** [47] - 16:23, 17:7, 17:19, 18:6, 19:9, 19:21, 20:5, 28:2, 28:3, 28:19, 28:20, 28:21, 29:9, 29:20, 35:9, 35:20, 37:4, 38:4, 39:14, 40:3, 41:20, 46:13, 46:16, 46:23, 56:8, 94:21, 104:4, 104:20, 104:21, 105:20, 106:10, 106:17, 107:7, 107:10, 108:21, 108:24, 110:6, 110:9, 111:8, 111:22, 113:5, 119:13, 120:4, 121:8, 121:9
**Odom's** [3] - 17:6, 17:7, 42:2
**OF** [3] - 1:1, 1:5, 1:11
**offering** [1] - 76:24
**offhand** [2] - 16:24, 105:17
**office** [41] - 7:23, 17:24, 18:2, 34:14, 35:6, 36:13, 37:5, 37:24, 50:12, 50:16, 52:7, 52:18, 56:9, 63:1, 64:18, 67:23, 69:7, 69:8, 75:24, 79:25, 83:23, 85:13, 85:17, 85:18, 86:3, 86:6, 90:3, 90:23, 93:18, 98:9, 98:13, 98:20, 98:23, 101:8, 103:16, 112:1, 112:6, 117:25, 121:21, 126:21
**Office** [2] - 38:1, 107:2
**officer** [7] - 18:11, 18:12, 19:17, 42:5, 47:18, 94:13, 94:14
**officers** [1] - 51:3
**offices** [3] - 25:22, 74:4, 86:5
**Official** [2] - 130:15, 130:24

**official** [1] - 30:7
**OFFICIAL** [1] - 1:20
**officially** [1] - 94:12
**offshore** [1] - 7:8
**often** [2] - 95:4, 114:16
**OIL** [2] - 1:4, 1:4
**old** [1] - 14:24
**ON** [1] - 1:5
**once** [5] - 49:9, 54:9, 75:13, 86:12
**one** [94] - 10:9, 10:24, 11:5, 11:8, 14:23, 17:3, 17:10, 17:12, 17:17, 20:8, 20:13, 20:19, 22:14, 23:19, 23:21, 24:3, 24:23, 27:2, 27:3, 28:10, 28:16, 31:10, 31:14, 32:6, 36:17, 37:16, 38:11, 38:23, 39:15, 39:18, 41:15, 41:19, 44:19, 44:21, 45:2, 48:24, 51:7, 51:14, 54:12, 55:9, 55:10, 58:8, 60:7, 67:22, 68:15, 69:18, 73:13, 74:17, 74:18, 75:8, 75:14, 76:7, 76:23, 76:24, 79:18, 80:15, 90:25, 91:8, 92:13, 93:11, 94:13, 96:20, 98:22, 100:25, 101:12, 105:3, 107:19, 111:6, 114:5, 114:8, 114:11, 115:11, 115:23, 116:7, 116:9, 118:13, 119:4, 120:8, 123:22, 124:22, 125:19, 126:11, 126:14, 126:15, 127:20, 127:21, 128:8, 128:10, 129:5
**ones** [4] - 17:18, 32:13, 97:10, 121:11
**OPA** [1] - 33:2
**open** [6] - 13:24, 16:5, 33:2, 87:4, 126:15
**opened** [1] - 33:6
**operated** [2] - 19:15, 32:12
**operating** [2] - 19:16, 106:18
**operation** [6] - 9:13, 18:13, 18:15, 20:20, 27:5, 27:13
**operations** [2] - 15:6, 18:9

**opinion** [7] - 42:24, 120:4, 127:15, 129:14, 129:15
**opinions** [2] - 91:16
**opportunities** [1] - 43:11
**opportunity** [2] - 86:2, 116:23
**order** [9] - 7:19, 13:23, 15:1, 29:23, 30:18, 37:11, 100:17, 116:22
**Order** [1] - 87:3
**organization** [1] - 19:14
**organizations** [1] - 7:3
**organized** [1] - 26:25
**original** [5] - 13:23, 18:3, 18:23, 33:3, 55:23
**ORLEANS** [2] - 1:6, 1:22
**Orleans** [5] - 8:3, 10:7, 48:4, 69:9, 129:25
**Orran** [1] - 27:9
**ourselves** [1] - 40:14
**outgrowth** [1] - 15:22
**outlines** [1] - 116:3
**outside** [20] - 28:17, 46:14, 81:3, 95:7, 95:10, 95:19, 95:25, 98:15, 103:16, 103:17, 104:10, 104:16, 105:8, 105:15, 106:18, 107:18, 108:8, 113:7, 113:20
**overall** [3] - 70:1, 114:4, 116:6
**overloaded** [1] - 93:5
**oversight** [1] - 12:15
**overview** [1] - 19:12
**overwhelming** [1] - 91:11
**owed** [4] - 78:10, 78:16, 82:4
**own** [11] - 13:15, 20:18, 29:10, 33:2, 51:16, 52:22, 52:23, 83:14, 89:8, 94:12, 98:20

### P

**packet** [2] - 62:13, 114:18
**page** [6] - 37:9, 38:25, 39:5, 80:3, 81:24, 85:10

**PAGE** [2] - 2:3, 2:15
**paid** [4] - 13:22, 78:13, 78:14, 78:15
**Papa** [9] - 49:18, 50:2, 50:6, 51:3, 52:14, 52:16, 53:6, 83:5, 83:9
**paper** [3] - 6:25, 8:16, 45:17
**papers** [1] - 59:22
**paragraph** [6] - 29:24, 37:8, 38:25, 39:5, 80:2, 80:5
**Parish** [1] - 107:4
**part** [27] - 13:6, 13:7, 19:1, 19:2, 19:4, 23:2, 23:25, 24:2, 32:14, 34:10, 36:8, 37:25, 38:1, 40:2, 45:24, 46:7, 51:15, 77:18, 92:24, 93:1, 93:23, 96:8, 98:10, 101:9, 108:12, 118:23, 127:16
**part-time** [5] - 45:24, 46:7, 93:23, 98:10, 108:12
**participants** [1] - 61:1
**participated** [2] - 67:3, 74:23
**participates** [1] - 73:3
**participation** [1] - 90:13
**particular** [9] - 34:16, 63:7, 63:16, 72:25, 76:9, 96:5, 97:9, 99:17, 102:7
**particularly** [1] - 53:9
**parties** [15] - 5:18, 11:4, 14:12, 15:4, 18:6, 20:25, 21:4, 21:6, 27:22, 34:8, 34:15, 57:17, 58:21, 61:6, 91:12
**partner** [2] - 55:14, 55:19
**Partner** [1] - 45:8
**partners** [1] - 48:14
**parts** [4] - 46:12, 75:17, 119:11, 129:6
**passage** [1] - 113:18
**past** [5] - 6:15, 7:2, 26:2, 89:14, 117:15
**Pat** [6] - 18:14, 58:25, 80:11, 80:12, 93:21, 110:10
**PATRICK** [3] - 1:11, 2:5, 4:11
**Patrick** [1] - 111:16
**pause** [1] - 76:15

**C O N F I D E N T I A L**

SM-03-JA000246

pay [3] - 17:21, 122:17, 127:6
payment [2] - 77:21, 127:14
payments [11] - 48:11, 55:6, 65:14, 70:20, 71:21, 72:2, 75:23, 76:5, 85:12
payroll [1] - 30:4
people [91] - 8:20, 8:21, 9:5, 9:21, 10:10, 10:16, 10:17, 10:18, 10:22, 12:14, 12:21, 12:23, 15:16, 15:19, 15:24, 16:14, 16:15, 16:20, 17:2, 19:19, 20:19, 21:2, 21:12, 21:15, 25:6, 27:2, 27:5, 27:15, 28:7, 29:16, 29:25, 30:1, 30:2, 30:5, 32:17, 33:18, 34:17, 35:15, 38:4, 38:14, 38:22, 39:9, 39:16, 44:15, 48:25, 53:20, 54:16, 74:23, 74:24, 78:10, 81:11, 81:15, 88:10, 91:19, 92:14, 94:17, 94:18, 96:2, 96:21, 97:24, 97:25, 98:14, 98:25, 99:5, 100:19, 101:19, 103:19, 107:17, 108:16, 108:20, 108:22, 108:25, 109:12, 110:17, 111:9, 111:14, 111:21, 112:14, 114:22, 115:2, 115:15, 121:23, 122:9, 124:4, 127:20, 128:5
people's [1] - 95:18
Pepper [3] - 130:13, 130:22, 130:23
PEPPER [1] - 1:20
per [5] - 6:14, 8:11, 11:15, 18:18, 38:15
percent [1] - 91:17
Perez [1] - 50:9
performed [1] - 128:4
period [14] - 30:10, 30:14, 30:17, 30:19, 40:23, 43:8, 49:25, 68:23, 88:4, 88:6, 88:9, 92:18, 94:1
permanent [2] - 121:23, 122:24
permission [8] - 50:14, 79:24,

103:17, 105:8, 107:2, 111:6, 113:7, 115:3
Perry [1] - 110:10
person [4] - 92:13, 94:13, 95:11, 96:2
personal [4] - 43:7, 83:13, 84:5, 127:15
personality [2] - 112:19, 113:1
personally [8] - 43:5, 61:24, 91:23, 97:17, 122:17, 128:10, 129:19, 129:23
personnel [1] - 15:5
Personnel [1] - 111:1
perspective [5] - 10:20, 14:22, 67:17, 114:22, 129:10
persuaded [1] - 86:21
pertains [1] - 36:4
Petkauskas [1] - 25:7
phase [5] - 34:9, 116:22, 122:12
Philadelphia [1] - 14:10
phone [3] - 7:24, 7:25, 119:5
phonetically [2] - 23:17, 112:1
phrase [2] - 95:1, 95:7
picked [1] - 119:5
picture [3] - 93:10, 115:21, 116:6
piece [4] - 24:4, 45:16, 113:14
pills [1] - 122:4
pitfalls [1] - 14:21
PJ-1 [4] - 3:1, 36:14, 101:3, 101:5
PJ-10 [5] - 2:17, 36:16, 36:20, 37:19, 37:21
PJ-11 [4] - 2:18, 38:10, 38:13, 39:6
PJ-12 [2] - 60:11, 60:14
PJ-13 [5] - 2:22, 60:16, 60:21, 63:12, 66:22
PJ-14 [8] - 2:23, 62:9, 62:11, 63:3, 66:18, 67:7, 69:5, 69:23
PJ-15 [9] - 2:24, 67:14, 67:18, 73:5, 73:8, 73:11, 73:14, 74:3, 81:24
PJ-16 [3] - 2:25, 84:23, 84:25
PJ-17 [3] - 3:6,

116:14, 116:16
PJ-1A [2] - 3:1, 101:5
PJ-1C [2] - 3:1, 101:5
PJ-1D [2] - 3:1, 101:5
PJ-2 [6] - 3:3, 103:23, 103:25, 104:5, 104:9, 105:19, 105:23, 106:10
PJ-3 [6] - 3:3, 103:23, 103:25, 104:18, 105:19, 106:10
PJ-4 [4] - 3:3, 103:23, 104:1, 105:3
PJ-4B [2] - 2:19, 50:21
PJ-4C [2] - 2:20, 53:1
PJ-7 [2] - 3:1, 101:5
PJ-8 [3] - 3:5, 109:23, 110:1
PJ-9 [3] - 3:4, 109:6, 109:9
Place [1] - 79:16
place [8] - 25:24, 35:17, 67:20, 69:7, 98:25, 101:9
places [1] - 128:18
plaintiff [2] - 6:22, 7:1
plaintiffs [7] - 9:3, 17:1, 17:14, 17:18, 18:20, 26:10, 89:18
Plaintiffs [1] - 112:1
plaintiffs' [7] - 9:2, 13:3, 16:10, 21:7, 22:6, 26:18, 87:15
plastic [1] - 60:15
play [1] - 121:15
pleadings [1] - 97:23
plenty [2] - 25:15, 127:19
pleural [1] - 11:21
plus [1] - 14:13
point [42] - 7:4, 11:11, 13:14, 16:6, 17:24, 19:16, 21:10, 28:16, 34:3, 36:19, 38:12, 42:20, 43:6, 46:11, 47:12, 48:1, 50:20, 52:25, 53:23, 54:7, 57:24, 60:4, 60:20, 62:8, 64:5, 65:2, 65:5, 67:3, 67:13, 70:14, 72:1, 73:24, 75:4, 84:24, 85:11, 101:4, 102:9, 103:22, 109:5, 109:22, 115:6, 116:15
policies [16] - 35:4, 35:8, 36:2, 65:6, 91:11, 100:23, 101:1, 101:8,

102:10, 103:10, 103:12, 113:21, 113:23, 114:4, 116:17
policy [16] - 34:17, 34:20, 35:1, 35:3, 89:19, 91:22, 91:24, 92:12, 92:15, 100:25, 102:1, 103:15, 104:6, 104:7, 104:8, 115:8
political [1] - 16:14
politicians [1] - 97:25
popped [1] - 49:19
position [5] - 9:8, 86:22, 120:18, 120:22, 121:5
positive [1] - 63:25
possessed [1] - 28:25
possible [2] - 72:24, 95:5
Postlethwaite [1] - 12:25
pounded [1] - 122:22
POYDRAS [1] - 1:21
practice [11] - 4:17, 4:18, 4:19, 5:16, 6:6, 6:18, 6:19, 6:21, 7:11, 51:16, 53:16
practiced [3] - 4:25, 5:12, 70:23
practitioner [1] - 42:25
precise [4] - 24:9, 61:3, 95:13, 103:4
preclude [1] - 46:15
predicated [1] - 83:14
preempt [1] - 36:3
prepared [1] - 36:23
present [9] - 40:1, 59:2, 67:21, 69:11, 69:12, 69:14, 73:7, 106:6
presented [1] - 17:18
presenting [1] - 59:6
president [1] - 7:2
press [1] - 116:2
pressure [1] - 123:6
pretty [9] - 24:25, 43:1, 61:7, 70:1, 70:22, 88:8, 96:20, 101:25, 124:23
previous [1] - 28:22, 32:2
previously [3] - 42:22, 62:4, 111:25
Price [1] - 12:12, 12:22, 16:20
primarily [4] - 18:18, 19:20, 96:1, 122:10

primary [1] - 127:20
private [1] - 98:20
pro [1] - 91:3
problem [9] - 21:22, 51:17, 51:24, 94:24, 97:3, 111:19, 126:23, 127:2, 128:17
problems [6] - 9:17, 27:16, 27:17, 79:5, 79:7, 79:12
procedures [1] - 35:4
PROCEEDINGS [1] - 1:24, 4:1
proceedings [17] - 36:19, 38:13, 50:20, 52:25, 60:4, 60:20, 62:8, 67:13, 73:24, 84:24, 101:4, 103:22, 109:5, 109:22, 116:15, 130:6, 130:19
process [46] - 11:16, 14:1, 14:3, 14:4, 15:2, 15:5, 22:13, 23:25, 24:3, 25:9, 26:23, 29:2, 29:12, 30:7, 30:16, 30:21, 31:11, 32:15, 33:23, 34:11, 34:18, 35:7, 35:10, 41:6, 41:8, 43:2, 44:16, 55:8, 75:15, 87:13, 89:4, 89:22, 90:7, 93:16, 98:5, 99:18, 114:12, 116:8, 120:25, 121:14, 122:11, 127:6, 128:24, 129:4
processed [1] - 51:8
processes [1] - 31:16
produced [1] - 68:5
PRODUCED [1] - 1:25
productivity [1] - 122:6
products [1] - 106:5
professional [2] - 43:4, 80:21
professionalism [2] - 80:22, 81:9
professor [1] - 108:12
profitable [1] - 14:9
program [27] - 13:8, 13:9, 13:10, 13:24, 14:1, 25:6, 27:10, 32:6, 33:10, 33:19, 33:21, 33:22, 35:17, 43:24, 43:25, 78:2, 80:21, 86:8, 92:21, 106:3, 111:17, 118:13, 119:3,

**C O N F I D E N T I A L**

SM-03-JA000247

Case 2:10-md-02179-CJB-DPC Document 13387-10 Filed 09/02/14 Page 144 of 148
Case 2:10-md-02179-CJB-SS Document 12342-10 Filed 03/17/14 Page 144 of 148

13

119:17, 127:5
**programs** [1] - 27:7
**progress** [1] - 57:7
**project** [2] - 110:18, 110:22
**proposal** [4] - 109:4, 111:6, 111:14, 112:21
**Proposal** [1] - 110:7
**proposed** [3] - 19:23, 29:6, 110:17
**Propulsid** [1] - 17:25
**prosecute** [1] - 24:19
**prosecuted** [2] - 24:19, 24:20
**protection** [1] - 100:25
**protocol** [1] - 13:21
**proved** [1] - 87:25
**provide** [2] - 36:1, 106:4
**providing** [2] - 107:3, 107:5
**provision** [4] - 20:24, 21:16, 37:8, 39:1
**provisions** [3] - 43:20, 46:8, 65:6
**prudently** [1] - 24:24
**PSC** [5] - 7:24, 21:8, 21:16, 32:19, 58:23
**public** [7] - 46:25, 48:14, 48:18, 49:22, 51:2, 57:11, 64:17
**publish** [1] - 122:7
**published** [1] - 37:23
**pull** [1] - 20:8
**pulled** [4] - 38:23, 81:8, 109:4, 111:24
**pulling** [2] - 16:14, 16:15
**pure** [1] - 15:9
**purport** [2] - 53:4
**purports** [1] - 51:1
**purpose** [3] - 72:8, 92:6, 128:22
**purposes** [1] - 46:4
**pursuant** [3] - 20:24, 21:16, 105:23
**pursuing** [1] - 55:15
**push** [8] - 97:25, 99:17, 99:21, 100:10, 100:13, 123:5, 123:6
**pushed** [2] - 97:24, 123:11
**pushes** [1] - 97:25
**pushing** [4] - 96:22, 100:5, 100:10, 118:19
**pushy** [1] - 97:19

**put** [16] - 12:4, 22:14, 26:22, 31:25, 32:14, 35:17, 36:25, 37:13, 58:12, 67:17, 94:15, 101:9, 108:25, 111:13, 126:5, 128:11
**putting** [1] - 23:21

## Q

**QA's** [1] - 121:19
**quality** [3] - 88:3, 110:24, 121:18
**quarter** [1] - 114:11
**quarters** [1] - 114:12
**questioned** [3] - 61:20, 75:14, 125:13
**questioner** [1] - 79:1
**questioning** [8] - 70:15, 70:23, 70:25, 75:2, 75:3, 75:22, 76:18, 124:8, 125:14
**questions** [15] - 42:12, 42:22, 44:10, 63:19, 70:6, 70:19, 70:24, 73:19, 75:7, 85:20, 103:9, 103:11, 118:9, 126:2, 126:3
**quick** [1] - 88:1
**quicker** [1] - 129:14
**quickly** [1] - 121:5
**quite** [1] - 15:14
**quote** [1] - 82:1

## R

**R-O-M-M-E-Y-E-R** [1] - 117:5
**radar** [1] - 114:24
**raised** [2] - 51:23, 87:20
**ran** [1] - 19:3
**rather** [1] - 17:8
**RE** [1] - 1:4
**reach** [1] - 114:4
**reaching** [1] - 110:9
**reaction** [1] - 78:8
**read** [19] - 36:9, 73:23, 74:7, 75:5, 75:6, 75:11, 75:17, 76:14, 80:4, 85:14, 91:11, 97:23, 99:22, 100:2, 105:23, 116:10, 124:15
**Read** [1] - 76:25
**Reade** [12] - 29:5, 29:8, 29:21, 58:7, 104:11, 104:12,

104:14, 105:20, 106:10, 107:13, 108:21, 113:6
**reading** [3] - 8:7, 82:16, 104:21
**reads** [1] - 30:18
**real** [12] - 9:10, 9:18, 47:14, 47:21, 57:9, 79:5, 79:11, 80:1, 86:2, 92:11, 97:19, 122:2
**realized** [1] - 82:25
**realizing** [1] - 18:14
**really** [32] - 8:10, 8:14, 13:24, 14:14, 22:12, 26:4, 27:2, 34:1, 48:3, 48:19, 51:18, 52:6, 52:24, 55:1, 70:2, 75:16, 76:20, 82:13, 87:6, 92:19, 102:19, 116:10, 117:17, 117:24, 118:14, 119:12, 119:19, 119:21, 123:18, 127:4, 128:13, 129:7
**REALTIME** [1] - 1:20
**Realtime** [2] - 130:13, 130:23
**reason** [12] - 6:5, 21:18, 28:9, 36:21, 51:10, 66:6, 91:25, 99:3, 115:22, 116:25, 120:11, 128:3
**reasonable** [1] - 17:20
**reasons** [1] - 89:5
**recalled** [1] - 71:24
**receive** [5] - 72:2, 79:24, 85:12, 107:19, 108:6
**received** [5] - 75:23, 79:3, 85:8, 85:16, 111:4
**receiving** [10] - 48:10, 55:6, 55:25, 65:13, 70:20, 71:21, 77:15, 84:20, 108:6, 110:11
**recently** [5] - 101:2, 101:9, 102:4, 103:10, 117:16
**recess** [1] - 73:25
**recited** [1] - 65:18
**recognized** [4] - 6:8, 6:9, 48:2, 86:13
**recollection** [28] - 43:12, 44:25, 50:8, 53:9, 55:2, 56:15, 57:1, 57:13, 61:19, 62:14, 63:20, 66:9,

67:9, 67:25, 69:24, 70:2, 74:13, 75:1, 77:18, 84:2, 85:7, 89:25, 107:15, 109:21, 124:17, 124:19, 124:20, 124:22
**recommend** [4] - 40:18, 44:12, 85:24, 101:22
**recommendation** [3] - 20:6, 29:10, 34:13
**recommendations** [1] - 22:4
**recommended** [2] - 20:5, 121:8
**reconstruct** [4] - 59:21, 61:11, 62:4, 63:19
**record** [23] - 4:5, 4:16, 21:6, 36:11, 39:4, 53:4, 60:3, 60:14, 61:18, 63:6, 63:7, 63:8, 63:16, 74:2, 80:4, 82:25, 97:15, 104:5, 105:23, 109:14, 126:5, 129:18, 130:18
**recorded** [7] - 63:4, 66:16, 67:8, 72:5, 72:6, 77:4, 81:4
**RECORDED** [1] - 1:24
**recording** [2] - 65:18
**records** [3] - 37:25, 57:11, 109:15
**Recusal** [1] - 39:2,
**recusal** [1] - 39:23
**reduced** [1] - 91:12
**refer** [2] - 44:13, 90:12
**reference** [3] - 111:16, 111:18
**referenced** [2] - 23:11, 78:4
**references** [4] - 43:4, 76:4, 77:10, 89:2
**referencing** [2] - 39:5, 106:9
**referral** [5] - 55:6, 56:16, 78:11, 82:17, 125:1
**referred** [8] - 7:13, 26:25, 30:16, 48:23, 78:4, 82:4, 108:18, 109:12
**referring** [6] - 37:19, 40:11, 63:11, 80:5, 81:3, 123:9
**refers** [1] - 37:1
**reflected** [1] - 69:4

**reflects** [1] - 21:20
**refresh** [7] - 20:11, 53:8, 57:12, 69:24, 77:17, 109:20, 124:18
**refreshes** [2] - 61:18, 67:9
**regard** [1] - 74:8
**regarding** [7] - 32:21, 42:14, 53:6, 55:25, 75:23, 77:16, 103:9
**region** [1] - 25:23
**Registered** [1] - 130:13
**REGISTERED** [1] - 1:21
**registered** [1] - 130:24
**regular** [2] - 57:6, 96:8
**regulation** [1] - 119:10
**regulations** [2] - 35:18, 81:13
**regulatory** [1] - 119:25
**Reitano** [8] - 39:9, 64:6, 85:21, 88:25, 90:2, 92:4, 107:19, 124:2
**related** [6] - 31:15, 52:18, 55:25, 57:13, 83:13, 83:15
**relates** [1] - 126:7
**RELATES** [1] - 1:8
**relating** [4] - 79:25, 84:4, 85:13, 96:16
**relation** [2] - 71:16, 84:1,
**relationship** [2] - 30:5, 47:1
**relative** [1] - 15:9
**relatively** [1] - 49:25
**release** [1] - 97:21
**relevant** [4] - 70:24, 101:13, 115:19, 116:24
**rely** [3] - 56:14, 80:24, 81:14
**remarkable** [1] - 129:8
**remember** [82] - 7:15, 7:19, 8:23, 8:24, 9:1, 9:4, 10:4, 10:11, 10:13, 10:15, 15:13, 16:11, 16:25, 20:4, 21:11, 21:18, 21:21, 23:1, 24:9, 31:24, 34:19, 39:12, 39:14, 40:19, 40:20, 41:19, 41:20, 42:1, 43:21, 45:19, 47:3, 47:10, 47:25, 48:16, 48:19, 48:25, 52:3, 55:1,

**C O N F I D E N T I A L**

56:17, 57:8, 58:8, 58:10, 62:22, 63:23, 67:11, 67:22, 69:15, 71:17, 72:18, 75:16, 76:7, 76:13, 76:22, 77:17, 77:19, 82:10, 82:12, 83:16, 84:3, 84:8, 89:17, 95:13, 98:22, 103:3, 104:3, 106:17, 107:4, 107:12, 108:6, 108:23, 110:13, 113:10, 113:12, 124:14
**remind** [2] - 65:5, 65:7
**remiss** [1] - 115:11
**remove** [1] - 90:16
**remuneration** [1] - 78:1
**reorganized** [1] - 25:16
**repeated** [1] - 70:4
**repetitively** [1] - 101:20
**reply** [3] - 60:8, 60:17, 60:22
**report** [33] - 24:17, 24:18, 24:20, 26:13, 51:2, 56:14, 57:6, 57:12, 58:1, 58:15, 58:24, 59:6, 59:8, 59:18, 59:19, 59:25, 62:12, 63:10, 66:20, 66:22, 73:6, 73:15, 74:3, 77:15, 101:20, 116:5, 117:1, 122:6, 124:6, 124:16, 128:23
**reported** [7] - 6:25, 15:16, 55:12, 56:10, 56:11, 58:25, 63:2
**REPORTER** [4] - 1:20, 1:20, 1:21, 73:21
**Reporter** [7] - 130:13, 130:14, 130:15, 130:23, 130:24, 130:24
**reporter** [1] - 40:9
**REPORTER'S** [1] - 130:11
**reporting** [2] - 27:25, 66:9
**reports** [7] - 6:3, 24:14, 27:4, 28:4, 68:7, 122:3, 122:8
**represent** [9] - 8:9, 44:11, 47:17, 48:21, 54:20, 90:8, 100:22, 101:1, 106:20
**representation** [1] -

45:9
**representative** [1] - 9:3
**represented** [6] - 9:2, 44:12, 44:15, 45:6, 54:16, 54:18, 90:10
**representing** [5] - 8:9, 53:24, 54:9, 54:14, 54:24
**request** [9] - 5:18, 97:8, 104:9, 104:14, 104:18, 104:24, 106:25, 107:1
**requested** [1] - 23:17
**requesting** [1] - 96:15
**requests** [9] - 42:10, 98:6, 105:14, 105:15, 105:19, 105:21, 107:18, 113:6, 122:3
**requires** [1] - 81:2
**research** [3] - 42:9, 58:5, 68:24
**resentful** [1] - 70:14
**reservation** [1] - 41:20
**reservations** [4] - 41:18, 45:14, 46:11, 78:20
**resign** [3] - 84:18, 84:19
**resignation** [3] - 84:16, 84:20, 85:4
**resigned** [3] - 85:2, 99:2, 99:9
**resistance** [1] - 45:14
**resolved** [1] - 13:20
**respect** [20] - 23:8, 30:7, 30:20, 35:3, 38:22, 43:4, 53:24, 54:6, 65:22, 85:16, 88:25, 95:5, 95:11, 96:4, 96:12, 106:21, 106:25, 123:8, 129:21, 129:22
**respective** [1] - 18:6
**respond** [8] - 42:12, 42:13, 96:5, 96:16, 97:2, 97:10, 98:6, 123:5
**responded** [4] - 51:21, 52:22, 71:1, 116:2
**responding** [1] - 42:10
**response** [10] - 64:15, 76:1, 77:1, 77:5, 77:14, 78:2, 78:3, 84:5, 105:11, 115:25
**response)** [7] - 28:21, 31:23, 35:23, 53:22, 110:3, 123:7, 124:5

**responsibilities** [3] - 42:13, 90:23, 109:13
**responsibility** [1] - 123:5
**responsible** [1] - 24:11
**responsive** [1] - 25:14
**responsiveness** [1] - 129:21
**result** [1] - 70:5
**results** [1] - 33:15
**resumé** [4] - 4:23, 17:13, 20:20, 20:24, 28:8, 41:5, 41:6, 41:17, 86:24, 87:14, 89:10
**resumés** [3] - 21:14, 21:15, 111:2
**Resumés** [1] - 111:1
**retain** [1] - 90:12
**retained** [1] - 38:2
**retire** [2] - 119:10, 119:17
**Reuter** [1] - 95:19
**reversionary** [1] - 44:4
**review** [5] - 29:13, 92:7, 104:6, 116:21, 121:24
**reviewed** [1] - 39:15, 91:23, 105:10
**reviews** [5] - 61:10, 61:13, 63:8, 85:3, 104:3
**revised** [1] - 27:11
**revisionary** [1] - 82:17
**Rick** [1] - 95:18
**rid** [1] - 45:9
**RIG** [1] - 1:4
**risk** [1] - 14:21
**Ritz** [3] - 8:19, 10:8
**Ritz-Carlton** [3] - 8:19, 10:8
**RMR** [2] - 1:20, 130:23
**rodeo** [1] - 91:23
**role** [18] - 13:4, 16:13, 42:2, 42:7, 54:9, 92:16, 94:5, 98:1, 99:20, 106:6, 106:21, 108:17, 112:3, 121:14, 121:17, 122:24, 122:25, 129:21
**roles** [2] - 99:19, 121:16
**Roma** [2] - 25:7, 27:9
**Romeo** [9] - 49:18, 50:2, 50:6, 51:3, 52:14, 52:16, 53:6, 83:5, 83:9
**room** [12] - 8:1, 8:20,

9:6, 10:8, 10:11, 10:15, 10:16, 76:8, 86:4, 99:6, 112:15, 113:20
**ROOM** [1] - 1:21
**rooms** [1] - 10:9
**root** [1] - 80:17
**rotation** [1] - 100:15
**Rouge** [2] - 17:8, 119:13
**Roy** [1] - 9:4
**rule** [2] - 65:8, 129:12
**rules** [4] - 46:10, 81:9, 81:13, 129:12
**ruling** [2] - 126:20, 129:11
**run** [10] - 4:22, 18:12, 18:15, 18:17, 25:5, 33:10, 111:17, 120:8, 120:9
**running** [2] - 20:18, 57:11, 126:18
**runs** [1] - 121:21

## S

**s/Cathy** [1] - 130:22
**sake** [1] - 60:13
**salaries** [2] - 22:5, 76:4
**salary** [3] - 22:3, 22:8, 77:10
**sat** [4] - 17:23, 25:11, 30:22, 46:16
**satisfied** [5] - 71:3, 71:7, 89:16, 90:19, 90:21
**save** [2] - 26:11, 26:20
**saw** [17] - 22:22, 24:15, 27:16, 30:23, 31:3, 62:22, 79:15, 79:16, 88:3, 99:23, 100:4, 101:16, 101:24, 108:23, 111:5, 111:13, 111:14
**schedule** [1] - 114:20
**school** [5] - 5:8, 5:10, 5:11, 5:13
**School** [1] - 5:9
**scope** [1] - 114:9
**Scott** [2] - 112:1, 112:3
**scrambled** [1] - 87:3
**screen** [1] - 114:24
**se** [8] - 6:14, 8:11, 11:15, 18:18, 38:15, 91:3
**searches** [1] - 21:1

**second** [5] - 14:17, 61:12, 68:20, 74:17, 116:22
**secondarily** [1] - 122:3
**Secretary** [1] - 51:1
**section** [3] - 93:15, 121:3, 129:24
**Section** [1] - 106:1
**see** [19] - 10:23, 14:23, 16:18, 25:13, 27:17, 32:20, 53:8, 63:5, 69:1, 78:13, 78:14, 85:19, 98:3, 111:19, 114:5, 122:1, 122:5, 127:11
**seeing** [5] - 23:1, 57:9, 78:14, 113:10, 127:13
**seek** [1] - 95:21, 103:16, 123:10
**seeking** [2] - 105:8, 106:1
**seem** [4] - 40:6, 54:22, 89:18, 113:11
**segregate** [1] - 115:9
**select** [1] - 11:4
**selected** [3] - 18:6, 19:21, 114:8
**selecting** [1] - 13:4
**selection** [1] - 30:15
**send** [2] - 29:14, 82:6
**sending** [1] - 100:20
**senior** [1] - 12:21
**sense** [1] - 45:7
**sent** [13] - 15:22, 16:11, 20:25, 21:15, 23:20, 28:8, 51:20, 85:2, 87:15, 89:13, 109:16, 120:11
**sentence** [1] - 82:1
**separate** [5] - 32:19, 33:2, 51:16, 77:19, 124:1
**separated** [1] - 112:5
**separately** [5] - 32:1, 43:17, 74:21, 74:22
**separates** [2] - 27:23, 33:19
**sequence** [1] - 36:18
**series** [1] - 100:21
**serious** [4] - 9:10, 78:20, 79:12, 93:18
**serve** [3] - 94:7, 112:18, 122:2
**served** [3] - 6:6, 6:17, 92:8
**services** [2] - 106:5
**serving** [1] - 16:13
**Sessions** [1] - 95:25

**C O N F I D E N T I A L**

**set** [9] - 8:16, 8:20, 17:16, 31:16, 35:3, 35:6, 74:18, 93:22, 101:21
**Settlement** [7] - 14:18, 20:15, 33:20, 36:8, 36:10, 91:17, 118:15
**settlement** [8] - 6:2, 8:15, 9:10, 11:15, 12:1, 22:17, 82:5, 108:18
**seven** [4] - 15:18, 22:16, 66:13, 123:11
**several** [8] - 8:21, 9:5, 12:7, 22:17, 31:1, 31:21, 31:24, 32:16
**shame** [1] - 126:23
**shape** [1] - 85:12
**share** [5] - 66:7, 82:4, 82:6, 82:7, 82:9
**Shaw** [1] - 17:7
**sheet** [1] - 18:15
**Sheriff's** [1] - 107:2
**Sherrick** [5] - 112:1, 112:3, 112:5, 112:11, 112:23
**shock** [1] - 129:8
**short** [9] - 14:4, 15:1, 40:10, 40:23, 41:15, 49:25, 65:17, 88:20, 112:11
**shortly** [2] - 11:17, 111:23
**shoulder** [1] - 22:14
**Show** [1] - 57:22
**show** [17] - 50:23, 53:3, 57:22, 62:4, 62:11, 67:7, 67:16, 67:17, 73:11, 100:21, 101:2, 103:25, 109:8, 109:15, 109:18, 109:25, 124:19
**showed** [3] - 74:3, 75:10, 75:18
**showing** [3] - 53:8, 73:14, 103:4
**shown** [5] - 76:3, 76:14, 77:7, 78:4, 110:1
**shows** [1] - 76:8
**shrinking** [1] - 88:24
**Shushan** [2] - 93:16, 120:18
**shut** [2] - 116:13, 129:16
**side** [2] - 76:23, 128:2
**sides** [1] - 41:7
**sign** [3] - 38:4, 43:19, 45:16

**signed** [7] - 22:25, 37:18, 38:8, 39:10, 40:13, 46:18, 87:19
**significant** [2] - 13:19, 37:8
**signing** [2] - 39:20, 45:21
**similar** [3] - 55:13, 70:6, 95:1
**simple** [2] - 14:22, 27:21
**simply** [1] - 127:17
**simultaneous** [1] - 26:22
**simultaneously** [3] - 12:7, 12:25, 13:23
**single** [1] - 11:22
**singular** [1] - 15:16
**sit** [5] - 26:17, 30:19, 45:1, 112:13, 124:20
**sitting** [4] - 10:1, 74:19, 76:8, 76:23, 83:23, 100:16
**situation** [3] - 46:2, 51:7, 52:20
**six** [1] - 100:12
**sixth** [1] - 86:4
**skeptical** [1] - 122:19
**skip** [1] - 114:6
**slightly** [2] - 83:11, 94:3
**Smith** [1] - 80:17
**snippet** [1] - 43:22
**social** [1] - 86:15
**software** [3] - 106:4, 106:17, 107:8
**solely** [1] - 37:24
**solve** [1] - 16:7
**someone** [10] - 9:13, 18:8, 19:24, 52:12, 58:1, 81:12, 85:18, 85:24, 86:22, 102:6
**sometime** [1] - 103:4
**sometimes** [2] - 19:25
**somewhere** [4] - 63:4, 100:2, 117:15
**son** [10] - 19:3, 51:11, 51:15, 51:25, 52:1, 52:22, 83:14, 83:19, 84:12, 126:14
**sons** [1] - 87:8
**soon** [1] - 61:7
**sorry** [7] - 11:21, 17:3, 21:6, 42:6, 68:17, 79:9, 84:10
**sort** [3] - 35:13, 54:12, 108:13
**sought** [1] - 40:20
**sounds** [1] - 101:24
**source** [4] - 27:14,

28:18, 56:9, 88:7
**south** [1] - 6:9
**South** [1] - 8:5
**Southern** [1] - 4:25
**space** [1] - 98:20
**spades** [3] - 81:5, 90:2, 127:9
**speaking** [3] - 43:18, 56:6, 88:25
**Special** [4] - 4:7, 31:8, 99:4
**SPECIAL** [2] - 1:12, 1:15
**special** [4] - 5:21, 6:7, 12:20, 17:25
**specific** [9] - 8:23, 26:12, 34:13, 38:25, 44:25, 70:19, 70:22, 81:8, 81:12
**specifically** [6] - 40:4, 66:8, 71:9, 75:22, 77:11, 110:12
**specifics** [1] - 49:12
**speech** [1] - 129:1
**spelled** [3] - 23:17, 112:1, 117:4
**spend** [4] - 30:19, 106:3, 122:15, 122:16
**spending** [2] - 24:24, 25:1
**spent** [1] - 60:23
**spill** [5] - 8:6, 8:8, 8:9, 8:10, 8:11
**SPILL** [1] - 1:4
**spin** [1] - 108:13
**spin-off** [1] - 108:13
**splitting** [1] - 81:2
**spurred** [1] - 101:23
**St** [1] - 107:4
**staff** [22] - 15:4, 15:6, 15:17, 20:16, 32:2, 35:7, 39:15, 39:16, 39:22, 39:25, 42:16, 53:16, 54:10, 92:22, 102:17, 108:16, 112:3, 122:9, 123:5, 129:5, 129:20
**staffed** [1] - 32:13
**staffing** [1] - 108:14
**stage** [4] - 86:2, 87:2, 119:25, 120:1
**stages** [4] - 9:10, 49:20, 49:21, 87:1
**stamp** [1] - 94:14
**stamping** [1] - 95:9
**standard** [1] - 34:2
**standing** [1] - 5:5
**standpoint** [4] - 28:7, 30:24, 31:14, 77:5

**Stanley** [2] - 95:18, 95:19
**start** [2] - 11:25, 12:3
**started** [4] - 12:2, 93:22, 103:5, 119:3
**starting** [1] - 5:17
**state** [14] - 4:16, 4:18, 5:2, 5:3, 5:5, 6:7, 6:16, 61:18, 63:6, 85:11, 85:15, 109:14, 129:13, 129:18
**State** [2] - 51:1, 130:14
**statement** [4] - 36:2, 41:25, 52:21
**STATEMENT** [1] - 1:11
**statements** [2] - 71:6, 72:1
**STATES** [1] - 1:1
**states** [2] - 87:10, 128:5
**States** [4] - 4:20, 5:10, 130:15, 130:25
**status** [5] - 91:3, 96:6, 100:1, 100:12, 129:9
**statute** [3] - 80:23, 80:24, 81:12
**stay** [1] - 50:14
**staying** [1] - 81:23
**Steering** [1] - 91:2
**STENOGRAPHY** [1] - 1:24
**steps** [1] - 57:16
**STEVE** [1] - 1:16
**stick** [1] - 98:2
**still** [12] - 11:10, 13:20, 33:3, 45:25, 46:3, 54:4, 58:23, 59:8, 78:19, 88:16, 99:7, 128:11
**stopped** [3] - 126:20, 126:21, 126:22
**stops** [1] - 92:6
**story** [7] - 7:15, 27:1, 76:21, 84:4, 116:11, 118:12, 129:16
**straightened** [1] - 59:15
**streamline** [1] - 112:24
**streamlined** [1] - 26:23
**Street** [1] - 74:5
**STREET** [1] - 1:21
**stress** [1] - 122:15
**strictly** [1] - 120:7
**stringent** [1] - 81:13
**strongest** [1] - 18:10

**struck** [3] - 10:21, 20:14, 24:15
**structured** [1] - 25:20
**stuff** [12] - 24:11, 34:6, 35:13, 83:22, 93:4, 93:5, 97:22, 116:4, 119:11, 122:22, 126:17, 130:1
**stunned** [1] - 83:19
**subcontract** [1] - 121:12
**subject** [4] - 12:14, 27:22, 46:8, 80:16
**subjective** [1] - 78:21
**subjectivity** [1] - 33:22
**subjects** [2] - 31:18, 126:6
**submit** [4] - 11:19, 34:16, 105:14, 111:6
**submitted** [8] - 16:19, 17:1, 34:20, 41:17, 84:15, 104:6, 107:17, 113:6
**subsequent** [1] - 41:2
**subsequently** [1] - 111:23
**subsistence** [3] - 118:12, 120:6, 120:7
**substance** [1] - 78:9
**substantial** [2] - 17:8, 88:8
**substantively** [1] - 10:23
**sufficient** [1] - 57:25
**suggested** [1] - 48:25
**suggestions** [1] - 27:3
**suit** [1] - 18:10
**supplement** [1] - 126:5
**supposed** [4] - 26:13, 81:20, 125:3, 127:2
**Supreme** [1] - 4:20
**surfacing** [1] - 102:21
**suspension** [2] - 64:5, 64:7
**suspicious** [1] - 82:8
**Sutton** [86] - 20:22, 38:11, 38:24, 39:16, 40:8, 40:11, 40:16, 40:22, 42:21, 44:6, 46:22, 47:1, 47:4, 48:10, 48:13, 48:19, 50:1, 50:4, 50:8, 50:11, 51:6, 52:5, 52:7, 52:13, 52:17, 53:10, 55:5, 55:25, 56:11, 56:25, 58:1, 61:20, 61:23, 61:24, 62:14, 62:23, 63:14,

**C O N F I D E N T I A L**

SM-03-JA000250

63:22, 64:6, 64:22,
65:23, 66:1, 66:14,
67:2, 67:11, 67:19,
68:13, 69:6, 69:11,
69:16, 71:15, 71:20,
72:20, 72:22, 73:7,
73:17, 74:4, 74:8,
74:15, 74:25, 75:22,
76:11, 80:18, 82:18,
83:4, 83:12, 84:4,
84:10, 84:15, 85:22,
86:5, 88:5, 93:7,
96:4, 98:9, 99:13,
101:24, 103:14,
107:21, 115:12,
123:24, 123:25,
124:3, 128:10
**Sutton's** [5] - 42:7,
53:15, 70:11, 77:14,
103:5
**swear** [1] - 4:6
**SWORN** [1] - 1:11
**sworn** [1] - 4:12
**system** [6] - 26:14,
32:21, 96:24, 103:1,
121:20, 127:13

---

### T

**tab** [1] - 37:13
**tabbed** [1] - 38:24
**table** [2] - 23:21, 76:23
**tabs** [1] - 36:25
**tail** [1] - 125:11
**TAKEN** [1] - 1:11
**talent** [1] - 43:9
**talks** [4] - 20:15,
26:18, 51:12
**task** [2] - 96:4, 128:4
**team** [2] - 22:2, 114:16
**technically** [1] - 29:18
**telephone** [2] - 31:22,
42:11
**ten** [3] - 8:17, 10:17,
88:17
**tender** [1] - 36:17
**tentative** [1] - 58:15
**term** [2] - 94:4, 95:4
**terms** [8] - 9:11,
14:19, 22:1, 31:16,
34:14, 57:16, 102:9,
118:17
**testified** [1] - 4:13
**testimony** [2] - 49:6,
77:15
**testing** [2] - 18:5,
119:11
**Texaco** [1] - 18:1
**Texas** [1] - 4:25

**text** [4] - 105:19,
105:21, 110:8
**THE** [1] - 1:4, 1:5,
1:11, 4:9, 23:7,
23:10, 23:15, 23:18,
23:23, 24:2, 28:2,
28:5, 36:21, 38:6,
38:14, 39:7, 39:9,
42:1, 42:4, 42:8,
42:17, 53:18, 53:22,
54:1, 54:11, 54:15,
55:1, 60:6, 60:18,
60:22, 66:19, 66:22,
73:21, 73:22,
102:19, 110:16,
110:19, 110:21,
113:17, 114:15,
114:21, 115:2,
116:13, 116:17,
116:25, 117:21,
117:24, 126:7,
126:10, 129:24,
130:3
**thereafter** [2] - 11:17,
111:23
**therein** [1] - 109:1
**they've** [5] - 27:15,
80:19, 93:17, 98:15,
121:23
**thick** [1] - 88:2
**thinking** [1] - 12:3
**third** [5] - 16:24,
17:12, 68:22, 74:8,
81:25
**THIS** [1] - 1:8
**Thonn** [14] - 45:2,
57:14, 71:10, 71:16,
72:14, 72:20, 77:12,
77:16, 77:24, 77:25,
82:4, 82:9, 117:16
**Thonn's** [1] - 117:14
**thoughts** [1] - 9:15
**three** [20] - 9:19, 11:7,
12:13, 14:8, 16:20,
17:1, 17:5, 17:15,
17:17, 21:12, 61:22,
68:12, 75:7, 83:19,
90:25, 95:15,
103:25, 104:1,
114:8, 125:22
**throughout** [1] - 25:23
**THURSDAY** [2] - 1:7,
4:2
**Thursday** [1] - 8:2
**ticked** [1] - 55:9
**TIDWELL** [18] - 1:16,
27:24, 28:3, 42:2,
42:6, 42:15, 54:12,
54:23, 66:20,
102:14, 102:16,

110:15, 110:17,
110:20, 114:19,
115:1, 117:22,
118:7, 130:5
**TIDWELL.................**
**.........** [1] - 2:8
**Tiger** [5] - 67:11,
74:21, 88:5, 124:3,
128:10
**tight** [1] - 35:11
**timelines** [3] - 24:16,
26:12, 26:22
**title** [2] - 42:3, 106:9
**TO** [1] - 1:8
**today** [15] - 4:7, 10:6,
33:3, 45:1, 45:3,
45:9, 48:21, 80:14,
88:16, 88:20, 96:9,
114:3, 115:9,
124:20, 128:11
**together** [8] - 12:4,
16:4, 43:16, 66:8,
108:25, 111:13,
122:1, 126:24
**tomorrow** [3] - 45:10,
48:22, 100:20
**ton** [2] - 33:13, 129:9
**tons** [1] - 34:4
**took** [10] - 18:25,
20:14, 20:24, 21:14,
21:15, 27:11, 41:6,
69:7, 74:11, 91:22
**top** [1] - 121:21
**total** [2] - 80:25,
129:20
**totality** [1] - 92:1
**totally** [5] - 13:10,
14:3, 27:9, 74:22,
90:21
**touching** [1] - 32:21
**town** [1] - 26:3
**Toyota** [1] - 99:5
**tracking** [1] - 78:14
**trail** [1] - 68:6
**training** [2] - 80:2,
89:3
**transactions** [1] -
125:18
**TRANSCRIPT** [1] -
1:24
**transcript** [1] - 130:17
**transfers** [1] - 90:16
**transition** [11] - 13:14,
13:15, 13:18, 13:22,
24:6, 30:17, 30:19,
30:21, 31:2, 54:8,
87:4
**transitioning** [1] -
53:25
**transmission** [1] -

109:16
**trial** [7] - 6:13, 6:24,
7:1, 7:5, 8:16, 8:17
**tricky** [1] - 74:16
**tried** [2] - 6:14, 7:10
**trouble** [1] - 58:17
**troubled** [1] - 78:22
**troubling** [2] - 64:3,
64:14
**true** [5] - 46:1, 46:20,
63:17, 88:16, 130:17
**trustworthy** [2] -
81:16, 81:19
**truth** [4] - 4:7, 4:8,
82:12
**truthful** [1] - 125:21
**try** [4] - 24:24, 91:5,
98:1, 99:17
**trying** [20] - 7:4, 16:6,
36:3, 45:3, 52:9,
52:10, 57:19, 58:12,
63:19, 72:16, 88:15,
93:15, 99:25, 100:3,
115:9, 115:13,
126:25, 127:25,
128:14
**Tuesday** [1] - 11:18
**turn** [2] - 9:7, 122:21
**turned** [2] - 87:5,
92:25, 121:16
**turns** [1] - 122:21
**twice** [2] - 86:12,
119:14
**twist** [1] - 5:17
**two** [23] - 4:24, 6:16,
9:25, 13:2, 13:25,
17:15, 26:20, 34:8,
43:16, 48:24, 55:11,
60:7, 60:11, 89:5,
90:25, 96:10,
105:21, 114:10,
115:15, 117:15,
117:20, 121:16,
122:10
**type** [4] - 52:20, 52:21,
55:13, 89:4
**types** [1] - 35:8

---

### U

**ultimately** [2] - 6:3,
36:1
**unanimous** [2] -
32:20, 34:7
**under** [6] - 11:23,
13:20, 13:23, 29:23,
46:10, 72:3
**undergraduate** [2] -
5:10

**underlinings** [1] -
73:12
**underlying** [1] -
127:15
**understood** [3] -
49:14, 95:8, 99:11
**underway** [1] - 8:15
**undulated** [1] - 42:20
**unfortunately** [1] -
96:9
**unique** [3] - 12:5,
18:19, 126:10
**UNITED** [1] - 1:1
**United** [4] - 4:20, 5:10,
130:15, 130:25
**universe** [1] - 30:23
**unknown** [2] - 13:6,
14:17
**unless** [1] - 94:22
**unofficially** [1] - 94:12
**unquestionably** [1] -
49:10
**unreasonably** [1] -
20:17
**up** [48] - 7:6, 8:20,
11:8, 14:11, 14:16,
17:16, 19:20, 22:2,
23:24, 25:3, 30:22,
31:16, 33:2, 33:6,
35:6, 42:12, 45:25,
46:4, 49:19, 51:11,
51:20, 51:22, 56:23,
58:12, 61:17, 62:6,
74:18, 76:17, 79:15,
83:18, 83:21, 83:24,
93:22, 95:17, 96:25,
97:1, 98:16, 102:1,
102:14, 116:13,
119:5, 122:23,
128:8, 129:16
**uses** [1] - 95:6

---

### V

**valid** [2] - 98:3, 98:4
**variable** [1] - 122:1
**various** [5] - 8:20,
15:25, 38:24, 76:4,
109:12
**vendor** [6] - 15:18,
23:25, 27:23, 34:9,
38:5, 38:9
**vendors** [16] - 12:9,
12:13, 15:10, 16:16,
27:6, 30:11, 30:12,
32:6, 32:23, 36:24,
36:25, 37:18, 37:22,
37:24, 111:7, 129:7
**verbal** [2] - 107:22,

---

## CONFIDENTIAL

SM-03-JA000251

Case 2:10-md-02179-CJB-DPC Document 13347-10 Filed 09/02/14 Page 148 of 148
Case 2:10-md-02179-CJB-SS Document 12382-15 Filed 02/19/14 Page 148 of 148

17

113:11
**verbally** [5] - 28:6, 28:11, 45:22, 106:16, 108:9
**versus** [1] - 122:1
**viability** [1] - 115:14
**view** [2] - 29:19, 127:12
**viewed** [4] - 10:22, 24:22, 113:2, 113:3
**violation** [1] - 55:22
**Vioxx** [1] - 12:18
**virgin** [1] - 102:2
**virtually** [1] - 113:6
**vision** [1] - 94:16
**vividly** [3] - 7:15, 7:19, 56:17
**voluminous** [1] - 13:8
**volunteer** [1] - 84:18
**volunteered** [1] - 77:5

---

## W

**W-2** [1] - 30:4
**W-O-R-L-E-Y** [1] - 32:8
**wait** [7] - 59:5, 67:12, 83:19, 104:20, 111:16, 111:17, 120:18
**waiver** [1] - 107:18
**walked** [1] - 30:23
**walking** [1] - 117:18
**Walmart** [1] - 19:11
**WAS** [12] - 2:17, 2:18, 2:19, 2:20, 2:21, 2:22, 2:23, 2:24, 2:25, 3:4, 3:5, 3:6
**Washington** [2] - 30:22, 31:10
**Waterhouse** [2] - 12:12, 12:22
**ways** [1] - 25:12
**weak** [1] - 76:6
**wear** [1] - 16:13
**website** [1] - 122:8
**week** [8] - 22:16, 62:2, 63:12, 63:13, 68:16, 99:10, 99:14
**weeks** [4] - 49:24, 83:19, 117:16, 117:20
**weighed** [1] - 17:18
**Welker** [33] - 19:7, 19:22, 20:22, 21:9, 21:18, 21:25, 25:11, 56:8, 56:9, 58:6, 58:7, 59:2, 60:23, 61:23, 63:21, 65:25,

66:2, 67:5, 67:20, 68:9, 69:14, 72:9, 73:3, 73:6, 73:15, 74:5, 74:11, 75:2, 82:23, 105:7, 105:8, 123:24, 125:17
**Welker's** [1] - 106:25
**WERE** [2] - 3:1, 3:3
**West** [1] - 99:5
**whatnot** [1] - 116:11
**wheel** [1] - 22:15
**WHEREUPON** [16] - 36:19, 38:12, 50:20, 52:25, 60:4, 60:20, 62:8, 67:13, 73:24, 84:24, 101:4, 103:22, 109:5, 109:22, 116:15, 130:6
**whole** [19] - 4:8, 8:5, 13:7, 13:24, 16:16, 25:8, 25:9, 25:23, 27:13, 33:21, 39:12, 72:7, 92:21, 93:10, 114:22, 118:15, 118:25, 119:3
**wife** [10] - 10:2, 14:8, 20:23, 40:21, 41:3, 41:22, 43:13, 64:7, 74:15, 86:6
**Wildlife** [2] - 119:4, 119:6
**wildlife** [1] - 119:15
**willing** [1] - 17:21
**wind** [1] - 53:15
**wind-down** [1] - 53:15
**wiser** [1] - 113:17
**withdraw** [1] - 52:2
**withdrawing** [1] - 84:12
**withheld** [1] - 20:17
**Witness** [5] - 61:10, 61:13, 63:8, 85:3, 104:3
**WITNESS** [46] - 4:9, 23:7, 23:10, 23:15, 23:18, 23:23, 24:2, 28:2, 28:5, 36:21, 38:6, 38:14, 39:7, 39:9, 42:1, 42:4, 42:8, 42:17, 53:18, 53:22, 54:1, 54:11, 54:15, 55:1, 60:6, 60:18, 60:22, 66:19, 66:22, 102:19, 110:16, 110:19, 110:21, 113:17, 114:15, 114:21, 115:2, 116:13, 116:17, 116:25,

117:21, 117:24, 126:7, 126:10, 129:24, 130:3
**witness** [3] - 4:12, 10:4, 103:3
**witnesses** [1] - 70:23
**woefully** [1] - 88:20
**wondering** [1] - 64:6
**word** [8] - 12:15, 21:3, 35:10, 73:13, 76:12, 76:17, 76:19, 78:19
**words** [15] - 8:5, 14:4, 20:3, 40:12, 43:23, 65:10, 71:20, 72:2, 76:19, 78:8, 78:23, 81:22, 82:24, 85:15, 96:22
**works** [1] - 16:23
**world** [6] - 12:4, 14:14, 87:3, 87:9, 89:8, 89:9
**Worley** [6] - 32:7, 32:19, 32:20, 33:4, 33:5, 33:12
**worrying** [1] - 34:5
**worth** [1] - 34:1
**wrapping** [2] - 45:25, 46:4
**write** [2] - 22:19, 124:15
**writing** [4] - 59:7, 81:4, 113:9, 113:10
**written** [6] - 34:20, 36:1, 56:14, 105:15, 106:14, 107:17
**wrongfully** [1] - 70:18
**wrote** [6] - 18:23, 60:2, 82:7, 115:25, 116:1

---

## Y

**y'all** [17] - 29:3, 39:11, 51:17, 76:15, 79:15, 111:20, 114:3, 114:10, 116:5, 116:9, 119:7, 122:5, 124:24, 125:24, 129:4, 129:25
**Y'all** [1] - 101:22
**y'all's** [1] - 114:18
**year** [6] - 40:24, 103:13, 103:14, 104:15, 119:16, 128:8
**years** [7] - 5:17, 5:20, 6:15, 14:24, 40:24, 40:25, 79:1
**yesterday** [3] - 43:21,

76:8, 100:20
**York** [2] - 6:25, 25:3
**younger** [1] - 97:17
**yourself** [6] - 30:6, 31:13, 35:6, 64:2, 69:19, 89:2

**C O N F I D E N T I A L**

SM-03-JA000252