# Exhibit 6



1 of 3 DOCUMENTS

Copyright 2012 Daily Advertiser
All Rights Reserved
Daily Advertiser (Lafayette, Louisiana)

**June** 28, 2012 Thursday

**SECTION:** GROWTH & BUSINESS

**LENGTH:** 359 words

**HEADLINE: BP settlement** money expected soon

**BYLINE:** By, Claire **Taylor**

**BODY:**

   As early as mid-July, money set aside for the BP oil spill class-action lawsuit settlement could begin flowing into the hands of claimants, Claims Administrator Patrick Juneau Jr. of Lafayette told The Daily Advertiser on Monday.

   The court-supervised settlement program that Juneau heads began June 4, replacing the Gulf Coast Claims Facility program implemented immediately after the April 2010 Macondo/BP explosion and subsequent spill.

   As of Monday morning, 18,820 claims had been filed with the class-action settlement program, Juneau said.

   Billions of dollars could flow into the hands of Louisiana's businesses and individuals through the **BP settlement** fund, he said. It will be one of the biggest economic investments in the state in years and it doesn't come from government funds or tax breaks, he said.

   "It's all administered here, which I think is a tremendous plus for the Gulf Coast," Juneau said.

   There's been a steady increase in the number of claims filed since June 4 and Juneau expects it to continue, largely because people are realizing the eligibility requirements are much broader than they were before.

   Individuals and businesses can visit the new website - www.deepwaterhorizoneconomicsettlement.com - to review the categories and parameters to determine if they might qualify for a payout.  In most cases you can calculate the benefits you'd receive online, he said.

   One feature of the website is you can type in your name and address and it tells you the zone you're in. For instance, an address in Morgan City may qualify for a payout because it's in an economic loss zone but not in a real property claim zone.

   "When in doubt, file," Juneau said.

Page 2

BP settlement money expected soon Daily Advertiser (Lafayette, Louisiana) June 28, 2012 Thursday

It costs nothing to file a claim, he added.

You have until April of 2014 to file a claim.

Payouts from the proposed class-action settlement agreement could begin as early as mid- to late-July , Juneau said.

The class-action settlement agreement received preliminary approval from a federal judge, BP and the claimants. A hearing is set for Nov. 8 for the judge to give final approval.

Medical expenses and losses associated with the federal drilling moratorium do not qualify under this program.

**LOAD-DATE:** June 28, 2012