# Exhibit 9



# Ken Feinberg's claims agency starts work tomorrow

**Dennis Persica** By **Dennis Persica**
**Follow on Twitter**
on August 22, 2010 at 2:42 PM, updated August 22, 2010 at 2:48 PM

People who have filed claims with BP for damages from the **Gulf of Mexico oil spill** will have to file new claims beginning Monday.


Associated Press file photo
Ken Feinberg

But now the claims will be filed with the independent body set up by BP and the federal government.

"Tomorrow morning, the Gulf Coast Claims Facility is up and running," said Ken Feinberg, who was appointed by President Barack Obama to administer the fund. "BP is out of the claims-processing business beginning tomorrow."

However, Feinberg said in an afternoon telephone press conference, that people who already have filed claims with BP will not have to produce documentation of their claims again. The documentation will be transferred from BP to the claims facility.

Feinberg said the facility he oversees will handle claims from businesses and individuals who say they were harmed by the leak of crude oil and methane following the April 20 explosion on the Deepwater Horizon oil rig, which killed 11 workers.

Other agencies will handle claims for damages from state, local and federal government entities as well as claims from workers who say their livelihood is being harmed by the moratorium on deep-water drilling imposed by the federal government after the accident.

Feinberg said individuals or businesses filing claims through the Gulf Coast Claims Facility will be able to do so in person, by fax, by mail or **online** . Claimants also will be able to track the progress of their claims online.

Feinberg described the claims program as "entirely voluntary."

"Nobody is required to participate," he said. But he added that claimants will probably find it much faster to deal with the claims process than to try to pursue their cases in court.

"I take the position that if I won't find you elgible (for a claims payment), I believe no court will find you eligible," he said.

The claims facility was set up via the $20 billion that BP has promised to pay to handle claims.

Feinberg said he will be in Biloxi, Miss., Monday for the first day of claims-taking by the new agency.

© 2014 NOLA.com. All rights reserved.