# Exhibit 11

**Terrell, Megan K.**

| | |
|---|---|
| **From:** | Felicia A. Guidry <FGG@juneaudavid.com> on behalf of Patrick A. Juneau <PAJ@juneaudavid.com> |
| **Sent:** | Wednesday, November 24, 2010 2:08 PM |
| **To:** | Ken Feinberg |
| **Cc:** | Mark Brady; murrille@GOV.STATE.LA.US; Terrell, Megan K. |
| **Subject:** | GCCF Protocol |

Dear Ken:

Here are my comments on the November 22, 2010 protocol and release:

a) In Section 1 A, it should state "Pursuant to a determination by the USCG, filing a claim for a sum certain to the GCCF constitutes presentment of a claim to BP, as the Responsible Party, under OPA, whether the claim is for emergency advance, interim or final payment." This Section should also include this sentence "Filing a claim under the GCCF for OPA damages is a required "conditioned precedent" to seeking payment from the Oil Spill Liability Trust Fund ("OSLTF"), administered by the USCG, or filing a lawsuit, in State or Federal Court. Failure of an individual or business to comply with the presentment requirement in OPA could result in a denial of a claimants OSLTF claim and/or dismissal of a claimant's OPA lawsuit;

b) In both Sections II C and D the following sentence should be included "The reasonable costs incurred by the claimant in assessing the damages claim. This includes the reasonable costs of estimating the damages claim, but not attorneys fees or other administrative costs associated with preparation of the claim";

c) Under Section II E, to delete the words "not otherwise compensated" in the sentence that now reads "records showing expenditures for medical care not otherwise compensated";

d) The causation section II F should read: "The GCCF will only pay for harm, damage or removal costs that is proximately caused by the Spill. The GCCF's causation determinations of OPA claims will be guided by OPA and federal law interpreting OPA and the proximate cause doctrine. Determinations of non-OPA claims will be guided by applicable law. The GCCF will take into account, among other things, geographic proximity, nature of industry, and dependence upon injured natural resources." (This is the <u>same definition</u> that was contained in your protocol for Advanced Payments with the exception that I have inserted the words removal costs for reasons of clarity. There should be <u>no</u> difference or standard).

e) Section IV it should provide "Interim claims may not be made more frequently than once per month and may be made quarterly." (Please note that interim payments cover only "past damages," this was not the case with the emergency payment). This Section should also include a statement that "income received performing oil removal or other oil related work for BP shall not be used to offset against any interim damages or loss of income claims submitted to the GCCF";

f) In Section IV B a sentence should be added that states "income received for performing oil removal or other related work for BP shall not be used to offset against any final damages or loss of income claims submitted to the GCCF";

g) In Section VI(B) there should be no limit set as a requirement for a claimant to appeal;

1

h) Section V E should read "The amount of compensation shall be reduced by the amount of collateral compensation that is allowed by the applicable law. (To include the language that is now in the draft protocol would allow collateral source deductions that are not permitted in existing law).

i) The present draft of the protocol requires the execution of the release for a final payment. The release as drafted includes a release of parties in addition to BP. The release also provides for a subrogation of the claimant's rights to BP. The State of Louisiana continues to have <u>strong objection</u> to theses provisions in the release and insists that these provisions be removed. Sections 1702 and 1715 of OPA do not support the insertion of the subrogation language that is in the release.

**PATRICK A. JUNEAU**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email:  paj@juneaudavid.com
       fgg@juneaudavid.com