# Exhibit 12

CFMS # 694588
OCR #419-100365
Amendment # 03

## Amendment to Agreement between

Louisiana Department of Public Safety & Corrections
Public Safety Services, Louisiana Oil Spill Coordinator's Office (LOSCO)
AND
Juneau David, APLC
P.O. Box 51268
Lafayette, LA 70505-1268

### Amendment Provisions

**Change Agreement From:**

    4. This contract is in effect for the period commending July 2, 2010 and ending on June 30, 2013.

**Add or Change To:**

    4. This contract is in effect for the period commending July 2, 2010 and ending on July 21, 2011.

Amendment becomes effective: July 21, 2011

This amendment is necessary to cancel contract as requested by Contractor. All tasks have been performed in accordance with deliverables as originally listed.

IN WITNESS THEREOF, this amendment is signed and entered into on the date indicated above.

Contractor:

Patrick A. Juneau, Partner
Juneau David, APLC

Witnesses:

Felicia Guidry

Public Safety Services:

Jill P. Boudreaux, Undersecretary

AUG 16 2011