# Exhibit 14

# Terrell, Megan K.

| | |
|---|---|
| **From:** | Felicia A. Guidry <FGG@juneaudavid.com> on behalf of Patrick A. Juneau <PAJ@juneaudavid.com> |
| **Sent:** | Wednesday, November 24, 2010 2:25 PM |
| **To:** | Ken Feinberg |
| **Cc:** | Mark Brady; murrille@GOV.STATE.LA.US; Terrell, Megan K. |
| **Subject:** | Narratives for Valuation Templates |
| **Attachments:** | FINAL Narrative Summary Crab Deckhand Captain.doc; FINAL Narrative Summary FinFish.doc; FINAL Narrative Summary Hotel.doc; FINAL Narrative Summary Restaurant.doc; FINAL Narrative Summary Shrimp Deckhand - Captain.doc |

Ken:

    As a follow-up to our email concerning the valuation templates, you will find attached narratives in support of those templates. We would encourage you to use these templates in the evaluation of claims.

    Happy Thanksgiving!


PATRICK A. JUNEAU
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email:  paj@juneaudavid.com
       fgg@juneaudavid.com

## Crab Industry – Captain & Deckhand Baseline Compensation Models

The Crab Captain & Deckhand Compensation models was designed to assist with the calculations for payments of interim and final claims filed by claimants with little or no documentation. Nearly 1/3 of the domestic seafood consumed in the contiguous United States comes from Louisiana. Louisiana is the number one provider of crabs in the United States supporting and augmenting other regions catches which are in decline due to environmental and biologic conditions. Crabs are caught primarily by very small vessels and are either sold into picking houses or are shipped as a live product throughout the country, primarily to the eastern seaboard. Louisiana's crab industry is vital to not only the State's economy but the nation economy, providing revenue to local, parish and State governments across the country. The crab industry provides significant blue collar employment in Louisiana primarily to low and moderate hourly wage earners and to persons in the restaurant industry across the United States. The model is intended to be primarily used as a method to calculate lost income streams and revenues. If a claimant suffered a real or personal property loss, this formula would not compensate them for that loss.

The key component driving this model's creation was access to confidential Federal and State trip ticket data that is provided by crabbers individually per trip to the Louisiana Department of Wildlife & Fisheries. Summarized on a monthly basis for several years, this data contains information on vessel size and location of catch. This empirical data coupled with extensive field industry interviews with the crab industry has provided the means to properly reflect the financial baseline for the industry.

The process used for developing the baseline compensation models consisted of conducting individual field interviews with affected crabbers and crab related businesses to specifically identify and document broad impacts on this industry sector industry. In total over 150 field interviews were held.

After our models were completed, we field-tested each model with actual financial information from affected claimants and the end result demonstrated that our models closely paralleled the actual results from the data we examined. We met with several key individuals, businesses and Crab Task Force members.

Generally when determining a lost earnings and profits the first component in that process involves determining the amount of revenues you expect to generate for the affected period. Once that calculation is determined, a deduction must be applied for any revenues actually received. Saved expenses would then be subtracted and increased expenses added to arrive at the lost earnings and profits for the affected period.

In the case of captains and deckhands with little or no documentation available, we utilized the following methodology to calculate lost earnings and profits.

### Base Line Compensation Models

1

Average value earned per landing was determined using accumulated revenue data from Louisiana Wildlife and Fisheries. We analyzed monthly trip landing information from January 2007 through June 2010. Furthermore, we extracted average dollar value earned per landing from all vessel trips broken down into three categories based on vessel size (1. Vessels 0ft. – 50ft. 2. Vessels 51ft. – 80ft. 3. Vessels 81ft. and up). These figures were used consistently throughout each model as the starting point for determining estimated monthly compensation. All other components used to compute the estimated monthly compensation vary by boat size and are addressed below.

### Small Boat (0ft. – 50ft.)

For a small boat (0ft. – 50ft.), the vessel owner is the captain. The compensation for captains of these vessels is the gross revenue less trip-related expenses.

The estimated trip-related expenses consist of fuel, bait, groceries, ice; in some instances, deckhand labor is applicable. Small boats typically burn approximately twenty-five (25) gallons of fuel per trip. The fuel is most often purchased from land-based gas stations and we have estimated the average per gallon price of this fuel at three dollars ($3.00) per gallon.

Bait is essential in the crab industry and thus a material expense. Most crabbers will bait an average of two hundred fifty (250) to three hundred (300) traps per day which requires approximately five (5) boxes of bait at a cost of seventeen dollars ($17.00) per box for a total daily expenditure of eighty-five dollars ($85.00).

Groceries are purchased daily for the captain and generally amount to no more than ten dollars ($10.00) per trip. Ice is also needed for daily operations and costs approximately fifteen dollars ($15.00) per trip.

Most crab fishermen do not utilize deckhands. However, some captains prefer to employ deckhands and most commonly structure their pay in the form of a flat daily rate. A deckhand on a crab boat will typically earn ninety dollars ($90.00) per trip.

We have determined through multiple field-industry interviews that a typical crab fisherman on a small boat will make approximately two hundred (200) trips per year. We analyzed the trip frequency by month for all crab landings reported to the Louisiana Department of Wildlife and Fisheries from January 2007 through June 2010. We then determined the percentage of trips taken for each month and multiplied that figure by the total number of annual trips to arrive at the estimated number of trips taken each month. The average baseline monthly compensation was determined by multiplying the net trip revenue by the number of trips taken each month.

### Medium Boat (51ft. – 80ft.)

2

The crab industry is almost exclusively fished by small vessels and the number of landings reported by the Louisiana Department of Wildlife and Fisheries for medium boats is negligible; they were not considered for this evaluation.

### Large Boat (81ft. and Up)
The crab industry is almost exclusively fished by small vessels and the number of landings reported by the Louisiana Department of Wildlife and Fisheries for large boats is negligible; they were not considered for this evaluation.

## Restaurant Baseline Compensation Model

The Restaurant Compensation model was designed to assist GCCF and the State of Louisiana assist industry claimants with the calculation s for payments of interim and final claims, who have little or no documentation. Small family and sole proprietor restaurants are a vital component of rural Louisiana parish economies, providing local employment options in addition to meeting locations. If a claimant suffered a real or personal property loss, this formula would not compensate them for that loss.

The key component driving this model originated from accumulating established data obtained from audited financial statements and other pertinent financial information of Louisiana claimants. This empirical data provided the means to properly reflect the financial baseline for the restaurant industry.

After our models were completed, we field-tested each model with actual financial information from affected claimants and the end result demonstrated that our models closely paralleled the actual results from the data we examined. Key individuals and or businesses include the following:

1. Family owned seafood restaurant less than 1 mile from Gulf of Mexico
2. National restaurant chain
3. Regional restaurant chain

Generally, when determining lost earnings and profits, the first component in that process involves determining the amount of revenues you expect to generate for the affected period. Once that calculation is determined, a deduction must be applied for any revenues actually received. Saved expenses would then be subtracted and increased expenses added to arrive at the lost earnings and profits for the affected period.

In the case of restaurants with little or no documentation available, we utilized the following methodology to calculate lost earnings and profits.

### Restaurants
We analyzed multiple restaurant types ranging from small family-owned or single facility operations to the larger regional and national chains. In coastal Louisiana many of our restaurants are of the single sole nature and the sale of seafood products is a standard item. From an accounting perspective, our analysis found that most utilized similar chart of accounts and the expenses and that these entities were roughly the same when weighed against gross sales.

We created a model for restaurants using gross sales as the driver and presenting the respective expenses as a percentage of gross sales. The percentages within each expense category can vary slightly, but we have confirmed that a well-operated restaurant should experience a net profit of thirty percent (30%) (before income taxes and accelerated/bonus depreciation).

1

# Fin Fishing – Captain & Deckhand Baseline Compensation Models

The Fin Fishing Captain & Deckhand Compensation models was designed to assist with the calculations for payments of interim and final claims filed by claimants with little or no documentation. Nearly 1/3 of the domestic seafood consumed in the contiguous United States comes from Louisiana. Louisiana is the second largest producer of fin fish in the nation. With a wide range of commercially viable fin fish species to harvest, resulting from our marsh and wetland areas acting as nursery habitats, Louisiana's fin fishers are not only a key economic driver but a part of the State's cultural identity and key contributor to our international culinary legacy. Fin fishers are vital to the State's economy providing revenue to local, parish and State governments and employment to low and moderate hourly wage earners. The model is intended to be primarily used as a method to calculate lost earnings and profits. If a claimant suffered a real or personal property loss, this formula would not compensate them for that loss.

The key component driving this models creation was access to confidential Federal and State trip ticket data that is provided by commercial fisherman individually per trip to the Louisiana Department of Wildlife & Fisheries. Summarized on a monthly basis for several years, this data contains information on vessel size and location of catch. This empirical data coupled with extensive field industry interviews with the commercial fishing industry has provided the means to properly reflect the financial baseline for this industry sector.

The process used for developing the baseline compensation models consisted of conducting individual field interviews with affected commercial fisherman and related businesses to specifically identify and document broad impacts on this industry sector industry.

The models were then developed and field tested with actual financial information and the end result demonstrated that our models closely paralleled the actual results from the data we examined.

Generally when determining a lost earnings and profits claim the first component in that process involves determining the amount of revenues you expect to generate for the affected period. Once that calculation is determined, a deduction must be applied for any revenues actually received. Saved expenses would then be subtracted and increased expenses added to arrive at the lost earnings and profits for the affected period.

In the case of captains and deckhands with little or no documentation available, we utilized the following methodology to calculate lost earnings and profits.

> ### Base Line Compensation Models
> Average value earned per landing was determined using accumulated revenue data from Louisiana Wildlife and Fisheries. We analyzed monthly trip landing information from January 2007 through June 2010. Furthermore, we extracted average dollar value earned per landing from all vessel trips broken down into

1

three categories based on vessel size (1. Vessels 0ft. – 50ft. 2. Vessels 51ft. – 80ft. 3. Vessels 81ft. and up). These figures were used consistently throughout each model as the starting point for determining estimated monthly compensation. All other components used to compute the estimated monthly compensation vary by boat size and are addressed below.

### Nearshore - Small Boat (0ft. – 50ft.)

For a small boat (0ft. – 50ft.), the vessel owner is the captain. The compensation for captains of these vessels is typically calculated as seventy percent (70%) of the net landing value. Hence, the captain's compensation per trip is seventy percent (70%) of the gross dollar value of the catch sold at the docks less the trip-related expenses.

The estimated trip-related expenses consist of fuel, bait, tackle, groceries, ice and deckhand labor. Small boats typically burn approximately thirty-five (35) gallons of fuel per trip. The fuel is most often purchased from land-based gas stations and we have estimated the average price of this fuel at three dollars ($3.00) per gallon.

Bait is essential in the fin fishing industry and thus a material expense. Fin fishermen are tasked with baiting multiple hooks on long-lines which usually amounts to approximately seventy-five dollars ($75.00) per trip for vessels of this size.

Tackle is a key component for fin fishermen and the per trip burden can be estimated at forty dollars ($40.00).

Groceries are purchased daily for the captain and crew and generally amount to no more than thirty dollars ($30.00) per trip. Ice is also needed for daily operations and costs approximately thirty dollars ($30.00) per trip.

There is usually only one deckhand on vessels of this size and they customarily receive thirty percent (30%) of the net landing value. Hence, the compensation per trip for a deckhand on a small vessel can be computed as thirty percent (30%) of the net landing value (gross dollar value of the catch sold at the docks less the trip-related expenses).

We have determined through multiple field-industry interviews that a nearshore typical fin fisherman on a small boat will make approximately one hundred eighty (180) trips per year. We analyzed the trip frequency by month for all nearshore fin fish landings reported to the Louisiana Department of Wildlife and Fisheries from January 2007 through June 2010. We then determined the percentage of trips taken for each month and multiplied that figure by the total number of annual trips to arrive at the estimated number of trips taken each month. The average baseline monthly compensation for captains and deckhands was determined by multiplying their respective percentages of the net trip revenue by the number of trips taken each month.

### Nearshore - Medium Boat (51ft. – 80ft.)
For a medium boat (51ft. – 80ft.), the vessel owner is usually the captain; although some owners use for-hire captains. The compensation for captains of these vessels is typically calculated as sixty percent (60%) of the net landing value. Hence, the captain's compensation per trip is sixty percent (60%) of the gross dollar value of the catch sold at the docks less the trip-related expenses.

The estimated trip-related expenses consist of fuel, bait, tackle, groceries, ice and deckhand labor. Medium boats typically burn approximately sixty (60) gallons of fuel per trip. The fuel is most often purchased from a marina and we have estimated the average price of dockside fuel at four dollars ($4.00) per gallon.

Bait is essential in the fin fishing industry and thus a material expense. Fin fishermen are tasked with baiting multiple hooks on long-lines which usually amounts to approximately one hundred twenty dollars ($120.00) per trip for vessels of this size.

Tackle is a key component for fin fishermen and the per trip burden can be estimated at one hundred dollars ($100.00).

Groceries are purchased daily for the captain and crew and generally amount to no more than forty-five dollars ($45.00) per trip. Ice is also needed for daily operations and costs approximately fifty dollars ($50.00) per trip.

There are usually two deckhands on vessels of this size and they customarily split forty percent (40%) of the net landing value. Hence, the compensation per trip for each deckhand on a medium vessel can be computed as twenty percent (20%) of the net landing value (gross dollar value of the catch sold at the docks less the trip-related expenses).

We have determined through multiple field-industry interviews that a typical nearshore fin fisherman on a medium boat will make approximately one hundred eighty (180) trips per year. We analyzed the trip frequency by month for all nearshore fin fish landings reported to the Louisiana Department of Wildlife and Fisheries from January 2007 through June 2010. We then determined the percentage of trips taken for each month and multiplied that figure by the total number of annual trips to arrive at the estimated number of trips taken each month. The average baseline monthly compensation for captains and deckhands was determined by multiplying their respective percentages of the net trip revenue by the number of trips taken each month.

### Nearshore - Large Boat (81ft. and Up)
The fin fishing industry is almost exclusively fished by small and medium vessels and the number of landings reported by the Louisiana Department of Wildlife and

3

Fisheries for large boats is negligible; they were not considered for this evaluation.

**Offshore - Small Boat (0ft. – 50ft.)**
For a small boat (0ft. – 50ft.), the vessel owner is the captain. The compensation for captains of these vessels is typically calculated as seventy percent (70%) of the net landing value. Hence, the captain's compensation per trip is seventy percent (70%) of the gross dollar value of the catch sold at the docks less the trip-related expenses.

The estimated trip-related expenses consist of fuel, bait, tackle, groceries, ice and deckhand labor. Small boats typically burn approximately one hundred fifty (150) gallons of fuel per trip. The fuel is most often purchased from land-based gas stations and we have estimated the average price of this fuel at three dollars ($3.00) per gallon.

Bait is essential in the fin fishing industry and thus a material expense. Fin fishermen are tasked with baiting multiple hooks on long-lines which usually amounts to approximately two hundred dollars ($200.00) per trip for vessels of this size.

Tackle is a key component for fin fishermen and the per trip burden can be estimated at one hundred fifty dollars ($150.00).

Groceries are purchased daily for the captain and crew and generally amount to no more than one hundred dollars ($100.00) per trip. Ice is also needed for daily operations and costs approximately seventy-five dollars ($75.00) per trip.

There is usually only one deckhand on vessels of this size and they customarily receive thirty percent (30%) of the net landing value. Hence, the compensation per trip for a deckhand on a small vessel can be computed as thirty percent (30%) of the net landing value (gross dollar value of the catch sold at the docks less the trip-related expenses).

We have determined through multiple field-industry interviews that a typical offshore fin fisherman on a small boat will make approximately sixty (60) trips per year. We analyzed the trip frequency by month for all fin fish landings reported to the Louisiana Department of Wildlife and Fisheries from January 2007 through June 2010. We then determined the percentage of trips taken for each month and multiplied that figure by the total number of annual trips to arrive at the estimated number of trips taken each month. The average baseline monthly compensation for captains and deckhands was determined by multiplying their respective percentages of the net trip revenue by the number of trips taken each month.

**Offshore - Medium Boat (51ft. – 80ft.)**

4

For a medium boat (51ft. – 80ft.), the vessel owner is usually the captain; although some owners use for-hire captains. The compensation for captains of these vessels is typically calculated as sixty percent (60%) of the net landing value. Hence, the captain's compensation per trip is sixty percent (60%) of the gross dollar value of the catch sold at the docks less the trip-related expenses.

The estimated trip-related expenses consist of fuel, bait, tackle, groceries, ice and deckhand labor. Medium boats typically burn approximately two hundred fifty (250) gallons of fuel per trip. The fuel is most often purchased from a marina and we have estimated the average price of dockside fuel at four dollars ($4.00) per gallon.

Bait is essential in the fin fishing industry and thus a material expense. Fin fishermen are tasked with baiting multiple hooks on long-lines which usually amounts to approximately five hundred dollars ($500.00) per trip for vessels of this size.

Tackle is a key component for fin fishermen and the per trip burden can be estimated at two hundred fifty dollars ($250.00).

Groceries are purchased daily for the captain and crew and generally amount to no more than two hundred dollars ($200.00) per trip. Ice is also needed for daily operations and costs approximately one hundred fifty dollars ($150.00) per trip.

There are usually two deckhands on vessels of this size and they customarily split forty percent (40%) of the net landing value. Hence, the compensation per trip for each deckhand on a medium vessel can be computed as twenty percent (20%) of the net landing value (gross dollar value of the catch sold at the docks less the trip-related expenses).

We have determined through multiple field-industry interviews that a typical offshore fin fisherman on a medium boat will make approximately forty-eight (48) trips per year. We analyzed the trip frequency by month for all fin fish landings reported to the Louisiana Department of Wildlife and Fisheries from January 2007 through June 2010. We then determined the percentage of trips taken for each month and multiplied that figure by the total number of annual trips to arrive at the estimated number of trips taken each month. The average baseline monthly compensation for captains and deckhands was determined by multiplying their respective percentages of the net trip revenue by the number of trips taken each month.

### Offshore - Large Boat (81ft. and Up)
The fin fishing industry is almost exclusively fished by small and medium vessels and the number of landings reported by the Louisiana Department of Wildlife and Fisheries for large boats is negligible; they were not considered for this evaluation.

5

# Shrimp Industry – Captain & Deckhand Baseline Compensation Models

The Shrimp Captain & Deckhand Compensation models was designed to assist with the calculations for payments of interim and final claims filed by claimants with little or no documentation. Nearly 1/3 of the domestic seafood consumed in the contiguous United States comes from Louisiana. Louisiana is the largest producer of shrimp in the nation and this industry is a defining cultural identifier of our State and the Gulf of Mexico. Louisiana's shrimp industry is not only a multi-billion dollar economic driver to the State but a key contributor to our tourism and culinary industries as well. Shrimpers are vital to the State's economy providing millions of dollars in revenue to local, parish and State governments. The industry as a result of landings by captains and deckhands employs thousands of persons throughout the seafood distribution system. The model is intended to be primarily used as a method to calculate lost earnings and profits. If a claimant suffered a real or personal property loss, this formula would not compensate them for that loss

The key component driving this model's creation was access to confidential Federal and State trip ticket data that is provided by shrimpers individually as they land there catch. This landings data is reported to the Louisiana Department of Wildlife & Fisheries per trip. The model uses summarized monthly landings data based on several years and includes data from 2010. This data contains information on vessel size and location of catch. This empirical data coupled with extensive field industry interviews with the shrimp industry has provided the means to properly reflect the financial baseline for the industry.

The process used for developing the baseline compensation models consisted of conducting individual field interviews with affected shrimpers and related businesses from across the impacted areas so that we could correctly and specifically identify and document broad impacts on this industry sector industry as the industry has both an inshore and offshore fleet. In total over 150 field interviews were held.

After our models were completed, we field-tested each model with actual financial information from affected claimants and the end result demonstrated that our models closely paralleled the actual results from the data we examined. Key individuals and or businesses include the following:

1. Shrimp Associations
2. Shrimp Harvester Advisory Panel representatives
3. Shrimp Fishermen

Furthermore, our models were refined by working closely with the Technical Assistance Centers engaged by the State of Louisiana who are on the front lines in our parishes and in direct contact working with claimants who are experiencing challenges regarding the BP and GCCF oil spill claim process. The specific TAC units contacted to complete that task includes the following:

1. Coastal Community Consulting (CCC) – TAC Organization
2. Mary Queen of Vietnam CDC – TAC Organization
3. Volunteers of America (Acadiana) – TAC Organization
4. GNO Inc.

Generally when determining a business interruption loss the first component in that process involves determining the amount of revenues you expect to generate for the affected period. Once that calculation is determined, a deduction must be applied for any revenues actually received. Saved expenses would then be subtracted and increased expenses added to arrive at the net revenue lost for the affected period.

In the case of captains and deckhands with little or no documentation available, we utilized the following methodology to calculate lost earnings and profits.

### Base Line Compensation Models
Average value earned per landing was determined using accumulated revenue data from Louisiana Wildlife and Fisheries. We analyzed monthly trip landing information from January 2007 through June 2010. Furthermore, we extracted average dollar value earned per landing from all vessel trips broken down into three categories based on vessel size (1. Vessels 0ft. – 50ft. 2. Vessels 51ft. – 80ft. 3. Vessels 81ft. and up). These figures were used consistently throughout each model as the starting point for determining estimated monthly compensation. All other components used to compute the estimated monthly compensation vary by boat size and are addressed below.

### Small Boat (0ft. – 50ft.)
For a small boat (0ft. – 50ft.), the vessel owner is the captain. The compensation for captains of these vessels is typically calculated as sixty percent (60%) of the gross landing value. Hence, the captain's compensation per trip is the gross dollar value of the catch sold at the docks multiplied by sixty percent (60%).

The estimated trip-related expenses consist of fuel, ice, groceries, salt and deckhand labor. Fuel, ice, groceries and salt typically amount to approximately fifteen percent (15%) of the gross landing value for vessels of this size. Therefore, trip-related expenses can be computed by multiplying the gross dollar value of the catch sold at the docks by fifteen percent (15%).

There is usually only one deckhand on vessels of this size and they customarily receive twenty-five percent (25%) of the gross landing value. Hence, the compensation per trip for a deckhand on a small vessel can be computed by multiplying the gross dollar value of the catch sold at the docks by twenty-five percent (25%).

2

We have determined through multiple field-industry interviews that a typical trip for a small boat lasts approximately four to six days with most trips lasting closer to four days. Therefore, we have estimated the total number of trips a vessel of this size could fish for any given month would be four and a half. We have multiplied the earnings per trip for captains and deckhands by the average number of trips per month to arrive at the average baseline monthly compensation for each.

### Medium Boat (51ft. – 80ft.)

For a medium boat (51ft. – 80ft.), the vessel owner is usually the captain; although some owners use for-hire captains. The vessel owner will generally retain fifty percent (50%) of the gross landing value to provide the vessel and to finance all repairs and maintenance, equipment, insurance and other expenses that are not trip-related.

The compensation for captains of these vessels typically ranges from eleven percent (11%) to fifteen percent (15%) of the gross landing value depending on the number of deckhands working. If there are two deckhands, the captain will receive fifteen percent (15%) of the gross landing value and if there are three, they are generally paid closer to eleven percent (11%). Hence, a captain's compensation per trip on a medium vessel can be computed by multiplying the gross dollar value of the catch sold at the docks by either eleven percent (11%) or fifteen percent (15%), depending on the number of crew working each trip.

The estimated trip-related expenses consist of fuel, ice, groceries, salt and deckhand labor. Fuel, ice, groceries and salt typically amount to approximately fifteen percent (15%) of the gross landing value for vessels of this size. Therefore, trip-related expenses can be computed by multiplying the gross dollar value of the catch sold at the docks by fifteen percent (15%).

There are usually two or three deckhands on vessels of this size and they customarily receive eight percent (8%) to ten percent (10%) of the gross landing value depending on the number of deckhands working each trip. If there are two deckhands, each deckhand will receive ten percent (10%) of the gross landing value and if there are three, each deckhand will receive eight percent (8%). Hence, a deckhand's compensation per trip on a medium vessel can be computed by multiplying the gross dollar value of the catch sold at the docks by either eight percent (8%) or ten percent (10%), depending on the number of deckhands working.

We have determined through multiple field-industry interviews that a typical trip for a medium boat lasts approximately seven to twelve days. Therefore, we have estimated the total number of trips a vessel of this size could fish for any given month at three. We have multiplied the earnings per trip for captains and deckhands by the average number of trips per month to arrive at the average baseline monthly compensation for each.

3

### Large Boat (81ft. and Up) – Captain Owned
The ownership of large boats (81ft. and Up) vary with some captains owning the vessels and others utilizing for-hire captains. The compensation for captain-owners of these vessels is typically calculated as thirty percent (30%) of the gross landing value. Hence, the captain's compensation per trip is the gross dollar value of the catch sold at the docks multiplied by thirty percent (30%).

The estimated trip-related expenses consist of fuel, groceries, salt and deckhand labor. Fuel, groceries and salt typically amount to approximately fifty percent (50%) of the gross landing value for vessels of this size. These vessels have freezers on board so there are no expenditures for ice, however, these boats use significantly more fuel than their smaller counterparts. Therefore, trip-related expenses can be computed by multiplying the gross dollar value of the catch sold at the docks by fifty percent (50%).

There are usually four deckhands on vessels of this size and they customarily receive five percent (5%) of the gross landing value each. Hence, the compensation per trip for each deckhand on a large vessel owned by the captain can be computed by multiplying the gross dollar value of the catch sold at the docks by five percent (5%).

We have determined through multiple field-industry interviews that a typical trip for a large boat lasts approximately thirty to thirty-five days with the maximum number of annual trips totaling seven. Therefore, we have estimated the total number of trips a vessel of this size could fish for any given month would average slightly less than one per month. We have multiplied the earnings per trip for captains and deckhands by the average number of trips per month to arrive at the average baseline monthly compensation for each.

### Large Boat (81ft. and Up) – Non-Captain Owned
The ownership of large boats (81ft. and Up) vary with some captains owning the vessels and others utilizing for-hire captains. The vessel owner will generally retain fifty percent (50%) of the gross landing value to provide the vessel and to finance all repairs and maintenance, equipment, insurance and other expenses that are not trip-related.

The compensation of for-hire captains on these vessels is typically calculated as fourteen percent (14%) of the net landing value (gross landing value less trip-related expenses). Hence, the captain's compensation per trip is the net dollar value of the catch sold at the docks multiplied by fourteen percent (14%).

The estimated trip-related expenses consist of fuel, groceries, salt and deckhand labor. Fuel, groceries and salt typically amount to approximately fifty percent (50%) of the gross landing value for vessels of this size. These vessels have freezers on board so there are no expenditures for ice, however, these boats use

4

significantly more fuel than their smaller counterparts. Therefore, trip-related expenses can be computed by multiplying the gross dollar value of the catch sold at the docks by fifty percent (50%).

There are usually four deckhands on vessels of this size and they customarily receive four percent (4%) of the net landing value each (gross landing value less trip-related expenses). Hence, the compensation per trip for each deckhand, on a large vessel that is not owned by the captain, can be computed by multiplying the net dollar value of the catch sold at the docks by four percent (4%).

We have determined through multiple field-industry interviews that a typical trip for a large boat lasts approximately thirty to thirty-five days with the maximum number of annual trips totaling seven. Therefore, we have estimated the total number of trips a vessel of this size could fish for any given month would average slightly less than one per month. We have multiplied the earnings per trip for captains and deckhands by the average number of trips per month to arrive at the average baseline monthly compensation for each.

# Hotel Baseline Compensation Model

The Hotel Compensation model was designed to assist GCCF and the State of Louisiana assist industry claimants with the calculation s for payments of interim and final claims, who have little or no documentation. Hotel stays are critical component of Louisiana's economy, providing revenue to local, parish and State government and significant employment in the affected areas primarily to low and moderate hourly wage earners. The size, sophistication and type of hotels, motels and bread and breakfast stay vary dramatically in Louisiana based on the location. The model is intended to be primarily used as a method to calculate lost earnings and profits. If a claimant suffered a real or personal property loss, this formula would not compensate them for that loss.

The key components driving this model originated from accumulated established data obtained from multiple hotel financial statements and Smith Travel Research. This empirical data provided the means to properly reflect the financial baseline for the restaurant industry.

After our models were developed, we field-tested the model with actual financial information. The results demonstrated that this model closely paralleled the actual results from the data we examined. Key individuals and or businesses include the following:

1. Hotel developers
2. Hotel management firms
3. Louisiana Hotel & Lodging Association representatives
4. Regionally impacted Convention & Visitors Bureau representatives

Generally, when determining lost earnings and profits, the first component in that process involves determining the amount of revenues you expect to generate for the affected period. Once that calculation is determined, a deduction must be applied for any revenues actually received. Saved expenses would then be subtracted and increased expenses added to arrive at the lost earnings and profits for the affected period.

In the case of hotels with little or no documentation available, we utilized the following methodology to calculate lost earnings and profits.

**Hotels**
We gathered information from various industry leaders in the hotel and lodging industry and consulted with national and regional hotel owners, developers and operators to create a baseline compensation model.

We analyzed the financial results of operations for over forty (40) hotels. The data set evaluated ranged from hotels with around fifty (50) rooms to those with larger capacities of just over one hundred (100) rooms. Hotels researched ranged from large national brands to small individually owned and operated facilities. This cross section is representative of the hotels affected by the oil spill and were in use at the time of the event. While there was varying levels of sophistication with accounting systems,. we found most facilities utilized a similar chart of accounts and the expenses were roughly the same when weighed against gross sales.

1

We created a model for hotels using gross sales as the driver and presenting the respective expenses as a percentage of gross sales. The percentages within each expense category can vary slightly, but we have substantiated that a well-operated hotel should experience a net profit of approximately thirty-two percent (32%) (before income taxes and accelerated/bonus depreciation).