# Exhibit 15

## Terrell, Megan K.

| | |
|---|---|
| **From:** | Felicia A. Guidry <FGG@juneaudavid.com> |
| **Sent:** | Wednesday, November 17, 2010 1:58 PM |
| **To:** | Krista@feinbergrozen.com |
| **Cc:** | Mark Brady; murrille@GOV.STATE.LA.US; Terrell, Megan K. |
| **Subject:** | Valuation Templates |
| **Attachments:** | BIACM 11510- Index.pdf; P01 - BIACM 11510.pdf; P02 - BIACM 11510.pdf; P03 - BIACM 11510.pdf; P04 - BIACM 11510.pdf; P05 - BIACM 11510.pdf; P06 - BIACM 11510.pdf; P07 - BIACM 11510.pdf; P08 - BIACM 11510.pdf; P09 - BIACM 11510.pdf; P10 - BIACM 11510.pdf; P11 - BIACM 11510.pdf; P12 - BIACM 11510.pdf; P13 - BIACM 11510.pdf; P14 - BIACM 11510.pdf; P15 - BIACM 11510.pdf; P16 - BIACM 11510.pdf |

Krista:

Below is a copy of the email, with attachments, that were sent to Mr. Feinberg on November 8, 2010.

Since you are in the process of developing the final claims process, it would be appreciated if you would advise as to whether or not the issues set forth in my email below have been addressed.

**PATRICK A. JUNEAU**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email:  paj@juneaudavid.com
        fgg@juneaudavid.com

---

**From:** Felicia A. Guidry **On Behalf Of** Patrick A. Juneau
**Sent:** Monday, November 08, 2010 9:03 AM
**To:** 'Ken Feinberg'
**Subject:** Draft Final Protocol

Dear Ken:

Thank you very much for sending us your working draft of the Gulf Coast Facility Protocol for Interim and Final Claims dated November 1, 2010. The following are our comments as a result of our initial review of the working draft:

a)   In Section 1 A, it should state that GCCF is intended to replace BP's claims facility for individuals and businesses. In that same Section it should state "Pursuant to a determination by the USCG, filing a claim for a sum certain to the GCCF constitutes presentment of a claim to BP, as the Responsible Party, under OPA, whether the claim is for emergency advance, interim or final payment." This Section should also include this sentence "Filing a claim under the GCCF for OPA damages is a required "conditioned precedent" to seeking payment from the Oil Spill Liability Trust Fund ("OSLTF"), administered by the

1

USCG, or filing a lawsuit, in State or Federal Court. Failure of an individual or business to comply with the presentment requirement in OPA could result in a denial of a claimants OSLTF claim and/or dismissal of a claimant's OPA lawsuit;

b)    In both Sections II C and D the following sentence should be included "The reasonable costs incurred by the claimant in assessing the damages claim. This includes the reasonable costs of estimating the damages claim, but not attorneys fees or other administrative costs associated with preparation of the claim";

c)    Under Section II E, to delete the words "not otherwise compensated" in the sentence that now reads "records showing expenditures for medical care not otherwise compensated";

d)    The causation section II F should read: "The GCCF will only pay for harm, damage or removal costs that is proximately caused by the Spill. The GCCF's causation determinations of OPA claims will be guided by OPA and federal law interpreting OPA and the proximate cause doctrine. Determinations of non-OPA claims will be guided by applicable law. The GCCF will take into account, among other things, geographic proximity, nature of industry, and dependence upon injured natural resources." (This is the same definition that was contained in your protocol for Advanced Payments with the exception that I have inserted the words removal costs for reasons of clarity. There should be no difference or standard).

e)    Section IV it should provide "Interim claims may not be made more frequently than once per month and may be made quarterly." (Please note that interim payments cover only "past damages," this was not the case with the emergency payment). This Section should also include a statement that "income received performing oil removal or other oil related work for BP shall not be used to offset against any interim damages or loss of income claims submitted to the GCCF";

f)    In Section IV B a sentence should be added that states "income received for performing oil removal or other related work for BP shall not be used to offset against any final damages or loss of income claims submitted to the GCCF";

g)    Section V should state that the 90 days begins to run from the date a claim is submitted to the GCCF by the claimant;

h)    In Section V B the notification should state the reason for any denial, reduction or increase, to any claimed amount;

i)    An appeal process should definitely be provided. The suggestion is that a panel of three judges will be available in each of the five Gulf States to hear appeals of the administrator's decisions. A three-member GCCF appeals panel would be created for each of the five states. When the GCCF program was initially announced it was clearly stated that an appeal process would be provided;

j)    Section V E should read "The amount of compensation shall be reduced by the amount of collateral compensation that is allowed by the applicable law. (To include the language that is now in the draft protocol would allow collateral source deductions that are not permitted in existing law).

k)    Under Section VI it should be made clear that you will provide the information and reports that you previously agreed to provide. Please remember that there was still an outstanding issue about providing some information in certain zip codes. We addressed this issue, but we have not had a reply.

l)    The present draft of the protocol requires for the execution of the release for a final payment. The release as drafted includes a release of parties in addition to BP. The release also provides for a subrogation of the claimant's rights to BP. The State of Louisiana has strong objection to theses provisions in the release and insists that these provisions be removed.

On another matter, we have raised on several occasions the difficulty we and our claimants are having with understanding the evaluation process. In an effort to address this issue, the State has spent considerable time and expense

2

in developing valuation templates. I have taken the liberty to attach them and our people are prepared to explain them in depth with your people. Please let me know and I will make the appropriate contact for you.


Sincerely,
**PATRICK A. JUNEAU**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email:  paj@juneaudavid.com
          fgg@juneaudavid.com

# Business Interruption Average Calculation Models

| | Part |
|---|---|
| Captains - Shrimp (Small Boat) | 1 |
| Captains - Shrimp (Medium Boat) | 2 |
| Captains - Shrimp (Large Boat - Captain Owned) | 3 |
| Captains - Shrimp (Large Boat - Non-Captain Owned) | 4 |
| Deckhands - Shrimp (Small Boat) | 5 |
| Deckhands - Shrimp (Medium Boat) | 6 |
| Deckhands - Shrimp (Large Boat - Captain Owned) | 7 |
| Deckhands - Shrimp (Large Boat - Non- Captain Owned) | 8 |
| Charter Boat Captain - (Inshore) | 9 |
| Charter Boat Captain - (Offshore > 3 Miles) | 10 |
| Charter Boat Captain - (Offshore < 3 Miles) | 11 |
| Charter Boat Fishing - Deckhand (Offshore > 3 Miles) | 12 |
| Charter Boat Fishing - Deckhand (Offshore < 3 Miles) | 13 |
| Crab | 14 |
| Crab Deckhand | 15 |
| Restaurant Model | 16 |

© Adjusters International, Inc.

**Shrimp - Deckhand**
Business Interruption Compensation Model for Emergency Payments
Large Boat (81ft. and Up) - Captain Owned

| | # of Deckhands | % of Gross | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Avg. | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value Earned per Landing (Gross) | | | 44,449.07 | 48,405.05 | 36,804.29 | 28,226.16 | 50,710.65 | 70,166.50 | 72,626.38 | 77,594.61 | 74,057.47 | 59,017.21 | 66,227.91 | 50,319.28 | 56,548.72 | 1 |
| Est. Trip-Related Expenses | | 50% | 22,224.54 | 24,202.53 | 18,402.15 | 14,113.08 | 25,355.32 | 35,083.25 | 36,313.19 | 38,797.30 | 37,018.74 | 29,508.61 | 33,113.95 | 25,159.64 | | 2 |
| Est. Captain Earnings per Landing | | 30% | 13,334.72 | 14,521.52 | 11,041.29 | 8,467.85 | 15,213.19 | 21,049.95 | 21,787.92 | 23,278.38 | 22,211.24 | 17,705.16 | 19,868.37 | 15,095.78 | | 3 |
| Est. Total Deckhand Earnings per Landing | | 20% | 8,889.81 | 9,681.01 | 7,360.86 | 5,645.23 | 10,142.13 | 14,033.30 | 14,525.28 | 15,518.92 | 14,807.49 | 11,803.44 | 13,245.58 | 10,063.86 | | |
| Est. Deckhand Earnings per Landing (each) | 4 | 5% | 2,222.45 | 2,420.25 | 1,840.21 | 1,411.31 | 2,535.53 | 3,508.33 | 3,631.32 | 3,879.73 | 3,701.87 | 2,950.86 | 3,311.40 | 2,515.96 | | 4 |
| Est. Number of Landings per Month | | | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | | 5 |
| Est. Monthly Deckhand Compensation | | | 1,296.43 | 1,411.81 | 1,073.46 | 823.26 | 1,479.06 | 2,046.52 | 2,118.27 | 2,263.18 | 2,159.43 | 1,721.34 | 1,931.65 | 1,467.65 | 1,649.34 | |

Note 1: Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries. We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

Note 2: Estimated trip-related expenses include (fuel, groceries and salt) and represent roughly 50 percent of the gross landing value. Percentage is based on extensive one-on-one industry field interviews; including interviews with officers of the LA Shrimp Association.

Note 3: Captain earnings percentages were determined based on extensive one-on-one industry field interviews and represents 30 percent of gross landing value as the captain is also the owner of the vessel.

Note 4: Deckhand earnings percentages were determined based on extensive one-on-one industry field interviews and represents 5 percent of the gross landing value for each deckhand. There are typically 4 deckhands on these large vessels.

Note 5: Extensive one-on-one industry field interviews indicate large vessels are out for 30-35 days on average. Their season typically yields a maximum of 7 trips.

**Crab**
Business Interruption Compensation Model for Emergency Payments

| | January | February | March | April | May | June | July | August | September | October | November | December | Annual | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value per Landing | 493.90 | 471.79 | 423.61 | 428.20 | 411.51 | 434.31 | 369.43 | 343.34 | 456.13 | 358.07 | 374.78 | 484.73 | | 1 |
| Est. Trip-Related Expenses: | | | | | | | | | | | | | | 2 |
| Fuel | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | | |
| Deckhand | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Bait | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | | |
| Groceries | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | | |
| Ice | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | | |
| Total Est. Trip-Related Expenses | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | | |
| Est. Net Trip Revenue | 308.90 | 286.79 | 238.61 | 243.20 | 226.51 | 249.31 | 184.43 | 158.34 | 271.13 | 173.07 | 189.78 | 299.73 | | |
| Est. Number of Trips per Month | 10.21 | 10.35 | 13.16 | 18.40 | 24.27 | 26.86 | 22.22 | 21.40 | 14.80 | 15.55 | 12.56 | 10.24 | 200 | 3 |
| Total Est. Net Trip Revenue | 3,153.94 | 2,968.56 | 3,140.56 | 4,474.47 | 5,497.49 | 6,695.54 | 4,097.25 | 3,387.76 | 4,011.74 | 2,690.91 | 2,383.28 | 3,068.52 | 45,570.03 | |

Note 1:   Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries
We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

Note 2:   The estimated trip-related expenses were obtained from field industry interviews and consist of fuel, bait, groceries and ice.
Most crabbers do not utilize deckhands.

Note 3:   The estimated number of trips were obtained from field industry interviews, but will vary for each captain

Shrimp - Captain
Business Interruption Compensation Model for Emergency Payments
Small Boat (0ft. - 50ft.), Captain Owned

| | % of Value | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Avg. | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value Earned per Landing | | 1,805.31 | 2,305.16 | 1,634.37 | 1,548.88 | 1,494.11 | 1,844.91 | 1,157.17 | 1,669.50 | 1,877.45 | 1,600.29 | 1,756.12 | 1,652.74 | 1,707.17 | 1 |
| Est Vessel Owner/Captain Earnings per Landing | 60% | 1,083.19 | 1,383.10 | 980.62 | 989.33 | 896.47 | 1,106.95 | 694.30 | 1,001.70 | 1,126.47 | 960.17 | 1,053.67 | 1,015.64 | | 2 |
| Est Trip-Related Expenses | 15% | 270.80 | 345.77 | 245.16 | 247.33 | 224.12 | 276.74 | 173.58 | 250.43 | 281.62 | 240.04 | 263.42 | 253.91 | | 3 |
| Est Deckhand Earnings per Landing | 25% | 451.33 | 576.29 | 408.59 | 412.22 | 373.53 | 461.23 | 289.29 | 417.38 | 469.36 | 400.07 | 439.03 | 423.18 | | 4 |
| Est Number of Landings per Month | | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | | 5 |
| Est. Monthly Captain Compensation | | 4,874.34 | 6,223.93 | 4,412.80 | 4,451.99 | 4,034.10 | 4,981.26 | 3,124.37 | 4,507.66 | 5,069.11 | 4,320.78 | 4,741.51 | 4,570.39 | 4,609.35 | |

Note 1: Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries.
We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

Note 2: Vessel owner's/captain's earnings were determined based on extensive one-on-one industry field interviews and represents
60 percent of gross landing value. On these small boats, the vessel owner is the captain.

Note 3: Estimated trip-related expenses include (fuel, ice, groceries and salt) and represent roughly 15 percent of the
gross landing value. Percentage is based on extensive one-on-one industry field interviews, including interviews
with officers of the LA Shrimp Association.

Note 4: Deckhand earnings percentages were determined based on extensive one-on-one industry field interviews and represent
25 percent of the gross landing value. Typically there is only one deckhand on these sized boats.

Note 5: Extensive one-on-one industry field interviews indicate small boats are out for 4-6 days on average.

**Shrimp - Deckhand**
Business Interruption Compensation Model for Emergency Payments
Large Boat (81ft. and Up) - Non-Captain Owned

| | # of Deckhands | % of Net | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Avg. | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value Earned per Landing (Gross) | | | 44,449.07 | 48,465.03 | 36,804.29 | 28,226.16 | 50,710.65 | 70,166.50 | 72,626.38 | 77,594.61 | 74,037.47 | 59,017.21 | 66,227.91 | 50,319.28 | 56,548.72 | 1 |
| Est Trip-Related Expenses (Net) | | 50% | 22,224.54 | 24,202.53 | 18,402.15 | 14,113.08 | 25,355.32 | 35,083.25 | 36,313.19 | 38,797.30 | 37,018.74 | 29,508.61 | 33,113.95 | 25,159.64 | | 2 |
| Est Captain Earnings per Landing | | 14% | 3,111.43 | 3,388.55 | 2,576.30 | 1,975.83 | 3,549.75 | 4,911.66 | 5,083.85 | 5,431.62 | 5,182.62 | 4,131.20 | 4,635.95 | 3,522.35 | | 3 |
| Est Total Deckhand Earnings per Landing | | 36% | 8,000.83 | 8,712.91 | 6,624.77 | 5,080.71 | 9,127.92 | 12,629.97 | 13,072.75 | 13,967.03 | 13,326.74 | 10,623.10 | 11,921.02 | 9,057.47 | | 4 |
| Est. Deckhand Earnings per Landing (each) | 4 | 9% | 2,000.21 | 2,178.23 | 1,656.19 | 1,270.18 | 2,281.98 | 3,157.49 | 3,268.19 | 3,491.76 | 3,331.69 | 2,655.77 | 2,980.26 | 2,264.37 | | 4 |
| Est. Number of Landings per Month | | | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | | 5 |
| Est. Monthly Deckhand Compensation | | | 1,166.79 | 1,270.63 | 965.11 | 740.94 | 1,331.15 | 1,841.87 | 1,906.44 | 2,036.86 | 1,943.48 | 1,549.20 | 1,738.48 | 1,320.88 | 1,484.40 | |

**Note 1:** Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries
We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

**Note 2:** Estimated trip-related expenses include (fuel, groceries and salt) and represent roughly 50 percent of the
gross landing value. Percentage is based on extensive one-on-one industry field interviews, including interviews
with officers of the LA Shrimp Association.

**Note 3:** Captain earnings percentages were determined based on extensive one-on-one industry field interviews and represents
14 percent of the net landing value as the captain is not the owner of the vessel.

**Note 4:** Deckhand earnings percentages were determined based on industry field interviews and represents 9 percent
of the net landing value (gross less trip-related expenses)  There are typically 4 deckhands on these large vessels.

**Note 5:** Extensive one-on-one industry field interviews indicate large vessels are out for 30-35 days on average. Their season
typically yields a maximum of 7 trips

**Crab Deckhand**
Business Interruption Compensation Model for Emergency Payments

| | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Average | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est. Number of Trips per Month | 20 | 20 | 20 | 20 | 25 | 25 | 25 | 25 | 20 | 20 | 20 | 20 | 21.67 | 1 |
| Est. Revenue per Trip | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | | 2 |
| Est. Expenses per Trip | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 3 |
| Est. Monthly Revenue | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,950.00 | |

Note 1: The estimated number of trips for each year were obtained from field industry interviews

Note 2: The estimated revenue per trip were obtained from field industry interviews with Louisiana commercial crabbers

Note 3: Deckhands do not incur any expenses - all expenses are paid by captain and/or boat owner

**Shrimp – Captain**
Business Interruption Compensation Model for Emergency Payments
Medium Boat (51ft. – 80ft.), Captain Owned

| | % of Value | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Avg. | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value Earned per Landing | | 10,772.59 | 10,930.51 | 11,454.63 | 8,261.56 | 7,926.15 | 12,464.99 | 10,961.00 | 8,717.55 | 9,760.96 | 9,155.53 | 9,956.55 | 10,660.69 | 10,085.54 | 1 |
| Est. Vessel Owner Earnings per Landing | 50% | 5,386.30 | 5,465.25 | 5,727.32 | 4,130.78 | 3,963.08 | 6,232.50 | 5,480.50 | 4,358.68 | 4,880.48 | 4,577.77 | 4,968.27 | 5,330.35 | | 2 |
| Est. Trip-Related Expenses | 15% | 1,615.89 | 1,639.58 | 1,718.19 | 1,239.23 | 1,188.92 | 1,869.75 | 1,644.15 | 1,307.60 | 1,464.14 | 1,373.33 | 1,490.48 | 1,599.10 | | 3 |
| Est. Captain Earnings per Landing | 11% | 1,184.99 | 1,202.36 | 1,260.01 | 908.77 | 871.88 | 1,371.15 | 1,205.71 | 958.91 | 1,073.71 | 1,007.11 | 1,093.02 | 1,172.68 | | 4 |
| Est. Total Deckhand Earnings per Landing | 24% | 2,585.42 | 2,623.32 | 2,749.11 | 1,982.77 | 1,902.28 | 2,991.60 | 2,630.64 | 2,092.16 | 2,342.63 | 2,197.33 | 2,384.77 | 2,558.57 | | 5 |
| Est. Number of Landings per Month | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 6 |
| Est. Monthly Captain Compensation | | 3,554.96 | 3,607.07 | 3,780.03 | 2,726.31 | 2,615.63 | 4,113.45 | 3,617.13 | 2,876.73 | 3,221.12 | 3,021.33 | 3,279.06 | 3,518.03 | 3,327.57 | |

Note 1: Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries. We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

Note 2: Vessel owner's/captain's earnings were determined based on extensive one-on-one industry field interviews and represents 50 percent of gross landing value. The captain on vessels of this size may or may not be the owner

Note 3: Estimated trip-related expenses include (fuel, ice, groceries and ssh) and represent roughly 15 percent of the gross landing value. Percentage is based on extensive one-on-one industry field interviews, including interviews with officers of the LA Shrimp Association.

Note 4: Captain earnings percentages were determined based on extensive one-on-one industry field interviews and represents 11 to 15 percent of the gross landing value - the captain may or may not be the owner of the vessel. Captain's percentage depends on whether there are 2 or 3 deckhands.

Note 5: Deckhand earnings percentages were determined based on extensive one-on-one industry field interviews and represents 8 to 10 percent of the gross landing value. The deckhands percentage depends on whether there are 2 or 3 deckhands

Note 6: Extensive one-on-one industry field interviews indicate medium boats are out for 7-12 days on average

**Charter Fishing Captain**
Business Interruption Compensation Model for Emergency Payments
Inshore

| | January | February | March | April | May | June | July | August | September | October | November | December | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est. Revenue per Trip | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 1 |
| Est. Trip-Related Expenses: | | | | | | | | | | | | | 2 |
| Fuel | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | |
| Deckhand | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Bait | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | |
| Tackle | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | |
| Ice | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | |
| Total Est. Trip-Related Expenses | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | |
| Est. Net Trip Revenue | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | |
| Est. Number of Trips per Month | 5.00 | 5.00 | 20.00 | 20.00 | 25.00 | 25.00 | 25.00 | 25.00 | 20.00 | 20.00 | 5.00 | 5.00 | 3 |
| Est. Monthly Income | 2,625.00 | 2,625.00 | 10,500.00 | 10,500.00 | 13,125.00 | 13,125.00 | 13,125.00 | 13,125.00 | 10,500.00 | 10,500.00 | 2,625.00 | 2,625.00 | |

**Note 1:** The estimated revenues per trip were obtained from one-on-one field industry interviews with several inshore charter boat captains and by consulting multiple Louisiana charter boat captain's rate schedules. The inshore charter captains charge a set fee per trip inclusive of fuel.

**Note 2:** The estimated trip-related expenses were obtained from one-on-one field industry interviews with several inshore charter boat captains and consist of fuel, bait, tackle and ice.

**Note 3:** The estimated number of trips were obtained from one-on-one field industry interviews with several inshore charter boat captains. The number of trips are an average and will vary for each captain.

BUSINESS INCOME EVALUATION FOR RESTAURANT / RETAIL INDUSTRY

| NAME: | 0 | SCHEDULE |
|---|---|---|
| ADDRESS: | 0 | 1/0 - R1 |
| CLAIM NUMBER: | 0 | Page 1 of 2 |

Period Covered

## Historical Sales Data

### Revenue

| | 2009 | | 2008 | | 2007 |
|---|---|---|---|---|---|
| January | | | | | |
| February | | | | | |
| March | | | | | |
| April | | | | | |
| May | | | | | |
| June | | | | | |
| July | | | | | |
| August | | | | | |
| September | | | | | |
| October | | | | | |
| November | | | | | |
| December | | | | | |
| Total | 0 | | 0 | | 0 |

*Claimant can photocopy this recap page and attach to claims prepared for each period / month.

BUSINESS INCOME EVALUATION FOR RESTAURANT / RETAIL INDUSTRY

| NAME: | 0 | SCHEDULE |
|---|---|---|
| ADDRESS: | 0 | 1/0 - R1 |
| CLAIM NUMBER: | 0 | Page 2 of 2 |

**Period Covered**

## Income Projection

| Projected Revenue | | Actual Revenue | | Net Revenue Lost |
|---|---|---|---|---|
| | − | | = | 0 |

How was Projected Revenue calculated:

Previous Years' Data:

| Month | Year | Total Revenue |
|---|---|---|
| | 2009 | |
| | 2008 | |
| | 2007 | |

*Show Revenue for only that time frame claimed above

BUSINESS INCOME EVALUATION FOR RESTAURANT / RETAIL  INDUSTRY

| NAME: | 0 | SCHEDULE |
|---|---|---|
| ADDRESS: | 0 | 1/0  - R2 |
| CLAIM NUMBER: | 0 | Page 1 of 1 |

Period Covered

Historical Costs of Goods Sold

| | Total Costs of Goods Sold | | Total Gross Revenue | | Costs of Goods Sold Percentage |
|---|---|---|---|---|---|
| 2009 | | / | | = | |
| 2008 | | / | | = | |
| 2007 | | / | | = | |
| Total | 0 | / | 0 | = | |

Costs of Goods Sold Projection

| Net Revenue Lost | | Projected Costs of Goods Sold Percentage | | Projected Costs of Goods Sold |
|---|---|---|---|---|
| | X | | = | |

How was Projected Costs of Goods Sold calculated:

*Calculate Costs of Goods Sold Percentage using total costs of goods sold expenses to the years list

BUSINESS INCOME EVALUATION FOR RESTAURANT / RETAIL INDUSTRY

| NAME: | | SCHEDULE |
|---|---|---|
| ADDRESS: | 0 | 1/0 - R3 |
| CLAIM NUMBER: | 0 | **Page 1 of 4** |
| | 0 | |

Period Covered

Variable Historical Costs

Total Gross Revenue: 2009    Total Gross Revenue: 2008    Total Gross Revenue: 2007

Expenses

| VARIABLE EXPENSES | Total Expense - 2009 | Percentage of Gross Revenue | Total Expense - 2008 | Percentage of Gross Revenue | Total Expense - 2007 | Percentage of Gross Revenue |
|---|---|---|---|---|---|---|
| Contract Labor | | | | | | |
| Supplies | | | | | | |
| Waste Removal | | | | | | |
| Linen Expense | | | | | | |
| Other - _____ | | | | | | |
| Other - _____ | | | | | | |
| Other - _____ | | | | | | |
| Other - _____ | | | | | | |
| Other - _____ | | | | | | |

*Claimant can photocopy this recap page and attach to claims prepared for each period / month.

BUSINESS INCOME EVALUATION FOR RESTAURANT / RETAIL INDUSTRY

| NAME: | 0 | SCHEDULE |
|---|---|---|
| ADDRESS: | 0 | 1/0 - R3 |
| CLAIM NUMBER: | 0 | Page 2 of 4 |

Period Covered

Variable Costs Projection

| VARIABLE SAVED EXPENSES | Percentage of Gross Revenue | Net Revenue Lost | Total Variable Saved Expenses |
|---|---|---|---|
| Contract Labor | | 0 | 0 |
| Supplies | | 0 | 0 |
| Waste Removal | | 0 | 0 |
| Linen Expense | | 0 | 0 |
| Other - _____ | | 0 | 0 |
| Other - _____ | | 0 | 0 |
| Other - _____ | | 0 | 0 |
| Other - _____ | | 0 | 0 |
| Other - _____ | | 0 | 0 |

How were Variable Saved Expenses Calculated:

| TOTAL VARIABLE SAVED EXPENSES | 0 |
|---|---|

* Note only the costs that have been saved or reduced.
* Saved expenses are those expenses that have been reduced or eliminated as a result of the decline in revenue from the oil spill

BUSINESS INCOME EVALUATION FOR RESTAURANT / RETAIL  INDUSTRY

| NAME: | o | SCHEDULE |
|---|---|---|
| ADDRESS: | o | 1/0  - R3 |
| CLAIM NUMBER: | o | **Page 3 of 4** |

| Period Covered | |
|---|---|

Historical Fixed Costs

| | Total Gross Revenue | 2009 | | Total Gross Revenue | 2008 | | Total Gross Revenue | 2007 |
|---|---|---|---|---|---|---|---|---|

| FIXED EXPENSES | Total Expense - 2009 | Monthly Average Expense | Total Expense - 2008 | Monthly Average Expense | Total Expense - 2007 | Monthly Average Expense |
|---|---|---|---|---|---|---|
| Advertising | | 0 | | 0 | | 0 |
| Car and Truck Expense | | 0 | | 0 | | 0 |
| Depreciation | | 0 | | 0 | | 0 |
| Employee Benefit Plan | | 0 | | 0 | | 0 |
| Insurance | | 0 | | 0 | | 0 |
| Mortgage Interest | | 0 | | 0 | | 0 |
| Other Interest | | 0 | | 0 | | 0 |
| Legal and Professional Services | | 0 | | 0 | | 0 |
| Office Expense | | 0 | | 0 | | 0 |
| Pension and Profit Sharing Plans | | 0 | | 0 | | 0 |
| Rent or Lease - Machinery | | 0 | | 0 | | 0 |
| Rent or Lease - Other | | 0 | | 0 | | 0 |
| Repairs and Maintenance | | 0 | | 0 | | 0 |
| Taxes and Licenses | | 0 | | 0 | | 0 |
| Travel | | 0 | | 0 | | 0 |
| Meals | | 0 | | 0 | | 0 |
| Entertainment | | 0 | | 0 | | 0 |
| Wages | | 0 | | 0 | | 0 |
| Utilities | | 0 | | 0 | | 0 |
| Other - _____ | | 0 | | 0 | | 0 |
| Other - _____ | | 0 | | 0 | | 0 |
| Other - _____ | | 0 | | 0 | | 0 |
| Other - _____ | | 0 | | 0 | | 0 |
| Other - _____ | | 0 | | 0 | | 0 |
| TOTAL FIXED EXPENSES | 0 | 0 | 0 | 0 | 0 | 0 |

*Claimant can photocopy this recap page and attach to claims prepared for each period / month.

BUSINESS INCOME EVALUATION FOR RESTAURANT / RETAIL INDUSTRY

| NAME: | | SCHEDULE |
|-------|---|----------|
| ADDRESS: | 0 | 1/0 - R3 |
| CLAIM NUMBER: | 0 | **Page 4 of 4** |

Period Covered

Fixed Costs Projection

| FIXED SAVED EXPENSES | Projected Monthly Average Expense | Saved Expense | How were Fixed Saved Expenses Calculated: |
|---|---|---|---|
| Advertising | | | |
| Car and Truck Expense | | | |
| Depreciation | | | |
| Employee Benefit Plan | | | |
| Insurance | | | |
| Mortgage Interest | | | |
| Other Interest | | | |
| Legal and Professional Services | | | |
| Office Expense | | | |
| Pension and Profit Sharing Plans | | | |
| Rent or Lease - Machinery | | | |
| Rent or Lease - Other | | | |
| Repairs and Maintenance | | | |
| Taxes and Licenses | | | |
| Travel | | | |
| Meals | | | |
| Entertainment | | | |
| Wages | | | |
| Utilities | | | |
| Other - _____ | | | |
| Other - _____ | | | |
| Other - _____ | | | |
| Other - _____ | | | |
| Other - _____ | | | |

| TOTAL FIXED SAVED EXPENSES | |
|---|---|

\* Note only the costs that have been saved or reduced.
\* Saved expenses are those expenses that have been reduced or eliminated as a result of the decline in revenue from the oil spill

BUSINESS INCOME EVALUATION FOR RESTAURANT / RETAIL INDUSTRY

| NAME: | | SCHEDULE |
|---|---|---|
| ADDRESS: | | - R |
| CLAIM NUMBER: | | Page 1 of 1 |

Period Covered

|  | | Sub-Schedule |
|---|---|---|
| Projected Revenue | 0 | R1 |
| LESS: Actual Revenue | 0 | R1 |
| EQUALS: Net Revenue Lost | 0 | |
| LESS: Costs of Goods Sold | 0 | R2 |
| EQUALS: Gross Profit Lost | 0 | |
| LESS: Projected Variable Saved Expenses | 0 | R3 |
| LESS: Projected Fixed Saved Expenses | 0 | R3 |
| EQUALS: Claimed Business Income Lost | 0 | |

*Claimant should use a MONTH / YEAR format for the schedule number preceding each form found in the top, right-hand of each claim form.

NAME:

ADDRESS:

CLAIM NUMBER:

| Time Frame | Projected Revenue | LESS: Actual Revenue | EQUALS: Net Revenue Lost | LESS: Costs of Goods Sold | EQUALS: Gross Profit Lost | LESS: Projected Variable Saved Expenses | LESS: Projected Fixed Saved Expenses | EQUALS: Claimed Business Income Lost | Schedule Attached |
|---|---|---|---|---|---|---|---|---|---|
| __/__ to __/__ | | - | = | - | = | - | - | = | |
| __/__ to __/__ | | - | = | - | = | - | - | = | |
| __/__ to __/__ | | - | = | - | = | - | - | = | |
| __/__ to __/__ | | - | = | - | = | - | - | = | |
| __/__ to __/__ | | - | = | - | = | - | - | = | |
| __/__ to __/__ | | - | = | - | = | - | - | = | |
| TOTAL | | | | | | | | | |

*Claimant should use a MONTH/YEAR format. I.E. May 2010 would be 05/2010, for each set of forms completed. That form designation is then used as a label in the last column of this recap schedule.

**Shrimp - Captain**
Business Interruption Compensation Model for Emergency Payments
Large Boat (81ft. and Up) - Captain Owned

| | % of Value | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Avg. | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value Earned per Landing | | 44,449.07 | 48,405.05 | 36,804.29 | 28,226.16 | 50,710.65 | 70,166.50 | 72,626.38 | 77,594.61 | 74,037.47 | 59,017.21 | 66,227.91 | 50,319.28 | 56,548.72 | 1 |
| Est. Trip-Related Expenses | 50% | 22,224.54 | 24,202.53 | 18,402.15 | 14,113.08 | 25,355.32 | 35,083.25 | 36,313.19 | 38,797.30 | 37,018.74 | 29,508.61 | 33,113.95 | 25,159.64 | | 2 |
| Est. Captain Earnings per Landing | 30% | 13,334.72 | 14,521.52 | 11,041.29 | 8,467.85 | 15,213.19 | 21,049.95 | 21,787.92 | 23,278.38 | 22,211.24 | 17,705.16 | 19,868.37 | 15,095.78 | | 3 |
| Est. Total Deckhand Earnings per Landing | 20% | 8,889.81 | 9,681.01 | 7,360.86 | 5,645.23 | 10,142.13 | 14,033.30 | 14,525.28 | 15,518.92 | 14,807.49 | 11,803.44 | 13,245.58 | 10,063.86 | | 4 |
| Est. Number of Landings per Month | | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | | 5 |
| Est. Monthly Captain Compensation | | 7,778.59 | 8,470.88 | 6,440.75 | 4,939.58 | 8,874.36 | 12,279.14 | 12,709.62 | 13,579.06 | 12,956.56 | 10,328.01 | 11,589.88 | 8,805.87 | 9,896.03 | |

Note 1:  Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries
We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

Note 2:  Estimated trip-related expenses include (fuel, groceries and salt) and represent roughly 50 percent of the
gross landing value. Percentage is based on extensive one-on-one industry field interviews, including interviews
with officers of the LA Shrimp Association.

Note 3:  Captain earnings percentages were determined based on extensive one-on-one industry field interviews and represents
30 percent of gross landing value as the captain is also the owner of the vessel.

Note 4:  Deckhand earnings percentages were determined based on extensive one-on-one industry field interviews and represents
5 percent of the gross landing value for each deckhand.  There are typically 4 deckhands on these large vessels.

Note 5:  Extensive one-on-one industry field interviews indicate large vessels are out for 30-35 days an average.  Their season
typically yields a maximum of 7 trips.

**Charter Fishing Captain**
Business Interruption Compensation Model for Emergency Payments
Offshore Greater than 3 Miles

| | January | February | March | April | May | June | July | August | September | October | November | December | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est. Revenue per Trip | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1 |
| Est. Trip-Related Expenses: | | | | | | | | | | | | | 2 |
| Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Deckhand | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | |
| Bait | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | |
| Tackle | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | |
| Ice | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | |
| Total Est. Trip-Related Expenses | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | 310.00 | |
| Est. Net Trip Revenue | 890.00 | 890.00 | 890.00 | 890.00 | 890.00 | 890.00 | 890.00 | 890.00 | 890.00 | 890.00 | 890.00 | 890.00 | |
| Est. Number of Trips per Month | 5.00 | 5.00 | 20.00 | 20.00 | 25.00 | 25.00 | 25.00 | 25.00 | 20.00 | 20.00 | 5.00 | 5.00 | 3 |
| Est. Monthly Income | 4,450.00 | 4,450.00 | 17,800.00 | 17,800.00 | 22,250.00 | 22,250.00 | 22,250.00 | 22,250.00 | 17,800.00 | 17,800.00 | 4,450.00 | 4,450.00 | |

**Note 1:**  The estimated revenue per trip were obtained from field industry interviews and multiple Louisiana charter boat captains rate schedules.  The offshore charter captains charge a set fee per trip plus the cost of fuel.

**Note 2:**  The estimated trip-related expenses were obtained from one-on-one field industry interviews with several inshore charter boat captains and consist of deckhand, bait, tackle and ice.

**Note 3:**  The estimated number of trips were obtained from one-on-one field industry interviews with several inshore charter boat captains.  The number of trips are an average and will vary for each captain.

**Shrimp - Captain**
Business Interruption Compensation Model for Emergency Payments
Large Boat (81ft. and Up) - Non-Captain Owned

| | % of Net | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Avg. | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value Earned per Landing (Gross) | | 44,449.07 | 48,405.05 | 36,804.29 | 28,226.16 | 50,710.65 | 70,166.50 | 72,626.38 | 77,594.61 | 74,037.47 | 59,017.21 | 66,227.91 | 50,319.28 | 56,548.72 | 1 |
| Est. Trip-Related Expenses (Net) | 50% | 22,224.54 | 24,202.53 | 18,402.15 | 14,113.08 | 25,355.32 | 35,083.25 | 36,313.19 | 38,797.30 | 37,018.74 | 29,508.61 | 33,113.95 | 25,159.64 | | 2 |
| Est. Captain Earnings per Landing | 14% | 3,111.43 | 3,388.35 | 2,576.30 | 1,975.83 | 3,549.75 | 4,911.66 | 5,083.85 | 5,431.62 | 5,182.62 | 4,131.20 | 4,635.95 | 3,522.35 | | 3 |
| Est Total Deckhand Earnings per Landing | 36% | 8,000.83 | 8,712.91 | 6,624.77 | 5,080.71 | 9,127.92 | 12,629.97 | 13,072.75 | 13,967.03 | 13,326.74 | 10,623.10 | 11,921.02 | 9,057.47 | | 4 |
| Est. Number of Landings per Month | | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | 0.58 | | |
| Est. Monthly Boat Owner Compensation | | 1,815.00 | 1,976.54 | 1,502.84 | 1,152.57 | 2,070.68 | 2,865.13 | 2,965.58 | 3,168.45 | 3,023.20 | 2,409.87 | 2,704.31 | 2,054.70 | 2,309.07 | 5 |

Note 1: Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

Note 2: Estimated trip-related expenses include (fuel, groceries and salt) and represent roughly 50 percent of the gross landing value. Percentage is based on extensive one-on-one industry field interviews, including interviews with officers of the LA Shrimp Association.

Note 3: Captain earnings percentages were determined based on extensive one-on-one industry field interviews and represents 14 percent of the net landing value as the captain is not the owner of the vessel.

Note 4: Deckhand earnings percentages were determined based on extensive one-on-one industry field interviews and represents 36 percent of the net landing value. There are typically 4 deckhands on these large vessels.

Note 5: Extensive one-on-one industry field interviews indicate large vessels are out for 30-35 days on average. Their season typically yields a maximum of 7 trips.

**Charter Fishing Captain**
Business Interruption Compensation Model for Emergency Payments
Offshore Less than 3 Miles

| | January | February | March | April | May | June | July | August | September | October | November | December | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est. Revenue per Trip | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1 |
| **Est. Trip-Related Expenses:** | | | | | | | | | | | | | 2 |
| Fuel | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | |
| Deckhand | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | |
| Bait | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | |
| Tackle | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | |
| Ice | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | |
| Total Est. Trip-Related Expenses | 475.00 | 475.00 | 475.00 | 475.00 | 475.00 | 475.00 | 475.00 | 475.00 | 475.00 | 475.00 | 475.00 | 475.00 | |
| Est. Net Trip Revenue | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | 525.00 | |
| Est. Number of Trips per Month | 5.00 | 5.00 | 20.00 | 20.00 | 25.00 | 25.00 | 25.00 | 25.00 | 20.00 | 20.00 | 5.00 | 5.00 | 3 |
| Est. Monthly Income | 2,625.00 | 2,625.00 | 10,500.00 | 10,500.00 | 13,125.00 | 13,125.00 | 13,125.00 | 13,125.00 | 10,500.00 | 10,500.00 | 2,625.00 | 2,625.00 | |

**Note 1:** The estimated revenues per trip were obtained from one-on-one field industry interviews with several charter boat captains and consulting multiple Louisiana charter boat captain's rate schedules. The offshore charter captains not venturing further than 3 miles from shore, include fuel in the cost of the trip.

**Note 2:** The estimated trip-related expenses were obtained from one-on-one field industry interviews with several inshore charter boat captains and consist of fuel, deckhand, bait, tackle and ice.

**Note 3:** The estimated number of trips were obtained from one-on-one field industry interviews with several inshore charter boat captains. The number of trips are an average and will vary for each captain

**Shrimp - Deckhand**
Business Interruption Compensation Model for Emergency Payments
Small Boat (0ft. - 50ft.) Captain Owned

| | % of Gross | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Avg. | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value Earned per Landing (Gross) | | 1,803.31 | 2,305.16 | 1,634.37 | 1,648.88 | 1,494.11 | 1,844.91 | 1,157.17 | 1,669.50 | 1,877.45 | 1,600.29 | 1,756.12 | 1,692.74 | 1,707.17 | 1 |
| Est. Vessel Owner/Capt. Earnings per Landing | 60% | 1,081.19 | 1,383.10 | 980.62 | 989.33 | 896.47 | 1,106.95 | 694.30 | 1,001.70 | 1,126.47 | 960.17 | 1,053.67 | 1,015.64 | | 2 |
| Est. Trip-Related Expenses | 15% | 270.80 | 345.77 | 245.16 | 247.33 | 224.12 | 276.74 | 173.58 | 250.43 | 281.62 | 240.04 | 263.42 | 253.91 | | 3 |
| Est. Deckhand Earnings per Landing | 25% | 451.33 | 576.29 | 408.59 | 412.22 | 373.53 | 461.23 | 289.29 | 417.38 | 469.36 | 400.07 | 439.03 | 423.18 | | 4 |
| Est. Number of Landings per Month | | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | | 5 |
| Est. Monthly Deckhand Compensation | | 2,030.97 | 2,593.30 | 1,838.66 | 1,854.99 | 1,680.87 | 2,075.53 | 1,301.82 | 1,878.19 | 2,112.13 | 1,800.32 | 1,975.63 | 1,904.33 | 1,920.56 | |

**Note 1:** Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries. We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

**Note 2:** Vessel owner's/captain's earnings were determined based on extensive one-on-one industry field interviews and represents 60 percent of gross landing value. On these small boats, the vessel owner is the captain.

**Note 3:** Estimated trip-related expenses include (fuel, ice, groceries and salt) and represent roughly 15 percent of the gross landing value. Percentage is based on extensive one-on-one industry field interviews, including interviews with officers of the LA Shrimp Association.

**Note 4:** Deckhand earnings percentages were determined based on extensive one-on-one industry field interviews and represent 25 percent of the gross landing value. Typically there is only one deckhand on these sized boats.

**Note 5:** Extensive one-on-one industry field interviews indicate small boats are out for 4-6 days on average.

**Charter Fishing Deckhand**
Business Interruption Compensation Model for Emergency Payments
Offshore Greater than 3 Miles

| | January | February | March | April | May | June | July | August | September | October | November | December | Annual | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est. Number of Trips per Month | 5.00 | 5.00 | 20.00 | 20.00 | 25.00 | 25.00 | 25.00 | 25.00 | 20.00 | 20.00 | 5.00 | 5.00 | | 1 |
| Est. Revenue per Trip | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | | 2 |
| Est. Expenses per Trip | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 3 |
| Est. Monthly Revenue | 500.00 | 500.00 | 2,000.00 | 2,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,000.00 | 2,000.00 | 500.00 | 500.00 | 20,000.00 | |

**Note 1:** The estimated number of trips were obtained from one-on-one field industry interviews with several inshore charter boat captains. The number of trips are an average and will vary for each deckhand.

**Note 2:** The estimated revenue per trip was obtained from one-on-one field industry interviews with Louisiana charter fishing captains. In addition to compensation paid by the captain, a material portion of overall deckhand compensation comes from gratuities which will vary for each deckhand and not accounted for in this calculation.

**Note 3:** Deckhands do not incur any expenses - all expenses are paid by captain and/or boat owner

Shrimp - Deckhand
Business Interruption Compensation Model for Emergency Payments
Medium Boat (51ft. - 80ft.) Captain Owned

| | # of Deckhands | % of Gross | January | February | March | April | May | June | July | August | September | October | November | December | Yearly Avg. | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Value Earned per Landing (Gross) | | | 10,772.59 | 10,930.51 | 11,454.63 | 8,261.56 | 7,926.15 | 12,464.99 | 10,961.00 | 8,717.35 | 9,760.96 | 9,155.53 | 9,936.55 | 10,660.69 | 10,083.54 | 1 |
| Est. Vessel Owner Earnings per Landing | | 50% | 5,386.30 | 5,465.25 | 5,727.32 | 4,130.78 | 3,963.08 | 6,232.50 | 5,480.50 | 4,358.68 | 4,880.48 | 4,577.77 | 4,968.27 | 5,330.35 | | 2 |
| Est. Trip-Related Expenses | | 15% | 1,615.89 | 1,639.58 | 1,718.19 | 1,239.23 | 1,188.92 | 1,869.75 | 1,644.15 | 1,307.60 | 1,464.14 | 1,373.33 | 1,490.48 | 1,599.10 | | 3 |
| Est. Captain Earnings per Landing | | 11% | 1,184.99 | 1,202.36 | 1,260.01 | 908.77 | 871.88 | 1,371.15 | 1,205.71 | 958.91 | 1,073.71 | 1,007.11 | 1,093.02 | 1,172.68 | | 4 |
| Est. Total Deckhand Earnings per Landing | | 24% | 2,585.42 | 2,623.32 | 2,749.11 | 1,982.77 | 1,902.28 | 2,991.60 | 2,630.64 | 2,092.16 | 2,342.63 | 2,197.33 | 2,384.77 | 2,558.57 | | |
| Est. Deckhand Earnings per Landing (each) | 3 | 8% | 861.81 | 874.44 | 916.37 | 660.92 | 634.09 | 997.20 | 876.88 | 697.39 | 780.88 | 732.44 | 794.92 | 852.86 | | 5 |
| Est. Number of Landings per Month | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 6 |
| Est. Monthly Deckhand Compensation | | | 2,585.42 | 2,623.32 | 2,749.11 | 1,982.77 | 1,902.28 | 2,991.60 | 2,630.64 | 2,092.16 | 2,342.63 | 2,197.33 | 2,384.77 | 2,558.57 | 2,420.05 | |

Note 1: Data on average value earned per landing was provided by LA Department of Wildlife and Fisheries. We compared the monthly averages from January 2007 - June 2010 and used the highest monthly average for each month.

Note 2: Vessel owner's/captain's earnings were determined based on extensive one-on-one industry field interviews and represents 50 percent of gross landing value. The captain on vessels of this size may or may not be the owner.

Note 3: Estimated trip-related expenses include (fuel, ice, groceries and salt) and represent roughly 15 percent of the gross landing value. Percentage is based on extensive one-on-one industry field interviews; including interviews with officers of the LA Shrimp Association.

Note 4: Captain earnings percentages were determined based on extensive one-on-one industry field interviews and represents 11 to 15 percent of the gross landing value - the captain may or may not be the owner of the vessel. Captain's percentage depends on whether there are 2 or 3 deckhands.

Note 5: Deckhand earnings percentages were determined based on extensive one-on-one industry field interviews and represents 8 to 10 percent of the gross landing value. The deckhands percentage depends on whether there are 2 or 3 deckhands.

Note 6: Extensive one-on-one industry field interviews indicate medium boats are out for 7-12 days on average.

**Charter Fishing Deckhand**
Business Interruption Compensation Model for Emergency Payments
Offshore Less than 3 Miles

| | January | Febuary | March | April | May | June | July | August | September | October | November | December | Annual | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est. Number of Trips per Month | 5.00 | 5.00 | 20.00 | 20.00 | 25.00 | 25.00 | 25.00 | 25.00 | 20.00 | 20.00 | 5.00 | 5.00 | | 1 |
| Est. Revenue per Trip | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | | 2 |
| Est. Expenses per Trip | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 3 |
| Est. Monthly Revenue | 500.00 | 500.00 | 2,000.00 | 2,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,000.00 | 2,000.00 | 500.00 | 500.00 | 20,000.00 | |

**Note 1:** The estimated number of trips were obtained from one-on-one field industry interviews with several inshore charter boat captains. The number of trips are an average and will vary for each deckhand.

**Note 2:** The estimated revenue per trip was obtained from one-on-one field industry interviews with Louisiana charter fishing captains. In addition to compensation paid by the captain, a material portion of overall deckhand compensation comes from gratuities which will vary for each deckhand and not accounted for in this calculation.

**Note 3:** Deckhands do not incur any expenses - all expenses are paid by captain and/or boat owner