# Exhibit 18

PAT JENNEN
―――――――――――――

- En a series of cases. Vioxx ▉▉▉▉

Across Avandia Companies mnc here
↳ Special Master in case

None Take can Literary

(Consulted w/ LA (state) about class feidey mass)

―――――――――――――

① Ams + Make Process
Buerjer @ Bennett → Make Titer
Class Act Rmj

② Posteri-mee @ Asheville w/ccc/
Trkfn

Look like Vioxx Model

No Dep/Sp'l the Master

CA Julie Trotter

NJ Matson Karimian Trial ?
Consum, Urban Law studies
of NJ
Cons Nato.

---

7-10 peron staff

March