# Exhibit 20



## Louisiana's Legal Journal

Friday, August 29, 2014   Last Update: **08/29/14 08:33 am**

Home » Deepwater Horizon » Federal Court » Federal District Court » Issues » News » Top Stories »

✉ Email to Friend

# Deepwater Horizon Claims Administrator Patrick Juneau defends negative statements made about BP's CEO

July 26, 2014 1:06 PM
By KYLE BARNETT

NEW ORLEANS – Deepwater Horizon Claims Administrator Patrick Juneau said he was not threatening to sue the chief executive of BP PLC when he told a Lafayette newspaper recently that the oil executive had publicly disparaged his reputation to a degree that was "actionable."

In a recent interview with Lafayette-based newspaper *The Daily Advertiser*, Juneau claimed BP CEO Bob Dudley lied and publicly stated Juneau had "willfully misinterpreted" the legal settlement agreement over the energy giant's 2010 Deepwater Horizon oil spill.



Claims Administrator Patrick Juneau

Juneau has been under attack by BP and other critics since late 2012 over claims he misinterpreted the business economic loss (BEL) portion of the settlement agreement arising from the spill, resulting in the over payment of hundreds of million of dollars in claims. BP had long claimed that the calculation method Juneau was using to determine payouts did not properly match income against expenses for business that were claiming a loss associated with the spill. Late last year, the U.S. Court of Appeals for the Fifth Circuit agreed with BP, ordering Juneau to adopt a different method of calculating losses. Some plaintiff's lawyers say the new method of calculating losses will sharply reduce settlement amounts for many claimants.

In his interview with the *Advertiser*, Juneau said Dudley accused him of "willfully'' misinterpreting the terms of the settlement, an accusation he vehemently denied. In the interview, Juneau said he considered Dudley's comments "actionable,'' suggesting they might form the basis for a disparagement suit.

"BP's CEO Bob Dudley said I was willfully misinterpreting the settlement; that's a lie and, yes, it is actionable," Juneau said in the *Advertiser* piece.

In an interview with the Louisiana Record, Juneau said that while he does not remember calling Dudley a liar when speaking to the *Advertiser*, he is standing by the other statements that appear in the article.

"I don't recall using the word, I did say there was no question that was not correct, not true, use whatever word you want to use," he said.

In using the term "actionable" with regard to Dudley's comments, Juneau said it was not in the context of potential litigation.

"For somebody to say something like that in that context is sanctionable. You can get sanctioned in Federal Court because you can't use those words. I'm not talking about lawsuits here. It is inappropriate, inaccurate and not correct," Juneau said.

In response to Juneau's statement, Geoff Morrell, BP senior vice president, U.S. communications and external affairs, said Dudley never used the term "willfully misinterpreted" to describe Juneau's handling of the claims.

"We have never questioned Mr. Juneau's personal integrity, yet Mr. Juneau has asserted that we have personally offended him, and he has falsely accused our CEO of lying and says that he has judged certain of our statements to be 'actionable.' All of this seems unusual for a claims administrator working on behalf of the court in administering a settlement," he said.

In fact, *Appointing Special Masters and Other Judicial Adjuncts: A Benchbook For Judges And Lawyers*, published by the Academy of Court-Appointed Masters, defines rules special masters, such as Juneau, should go by to avoid even the appearance of bias.

8/29/2014 Deepwater Horizon Claims Administrator Patrick Juneau defends negative statements made about BP's CEO | Louisiana Record

Case 2:10-md-02179-CJB-DPC Document 13347-25 Filed 09/02/14 Page 3 of 4

"A judicial adjunct must be patient, dignified, respectful, and courteous; apply an even- handed and unbiased process; and treat all parties with respect," the guide says.

In referencing the guide, Melissa Landry, executive director of Louisiana Lawsuit Abuse Watch, said Juneau's comments in the *Advertiser* article raise questions about his ability to fairly administer the settlement as he is charged to do as a court-appointed special master.

"Special masters are supposed to administer settlements without favor to either side," Landry said. "Juneau's threatening comments, which were made in a public forum, seem to suggest that he's not acting with impartiality."

Despite concerns raised about his objectivity, Juneau said while he was personally offended by Dudley's supposed remarks, it will not change his professional objectivity on the matter.

"(It would) be dishonest to say it wasn't personally offensive. I think it was extremely inaccurate, inappropriate and shouldn't have been made," he said. "And I would have hoped they retracted that, but it doesn't affect one iota what I am doing here."

This entry was posted in Deepwater Horizon, Federal Court, Federal District Court, Issues, News and tagged 2010 Deepwater Horizon oil spill, Academy of Court-Appointed Masters, Appointing Special Masters and Other Judicial Adjuncts: A Benchbook For Judges And Lawyers, Bob Dudley, Deepwater Horizon Claims Administrator, Lafayette, Louisiana Lawsuit Abuse Watch, Patrick Juneau, The Daily Advertiser, U.S. Fifth Circuit Court of Appeals. Bookmark the permalink.

## More Stories by Kyle Barnett

- Doctor blamed for prescribing allergic patient wrong drug
- Fitness center sued after machine allegedly breaks and injures patron
- Coca-Cola sued by former employee who complained of alleged harassment, injury
- Man sues over injuries alleged in fall down stairs
- Nail salon sued for allegedly burning customer's feet with chemicals
- Homeowner sued after boy allegedly falls on ice, shatters leg at home
- Grocery store sued over alleged cart malfunction that resulted in customer injury
- Jefferson Parish Sheriff's Office sued over traffic accident
- Deepwater Horizon investigator Louis Freeh seriously injured in auto accident
- Contractor sued by couple for allegedly incomplete, substandard work

AROUND THE WEB                                                                   WHAT'S THIS?

Healthy LifeStyle
**Controversial "Skinny Pill" Sweeps the Nation**

Lifestyle Journal
**Little Known Way to Pay Off Mortgage**

Newsmax Health
**4 Bodily Signs a Heart Attack is Near**

Men's Life & Health
**Controversy Over New Steroid Alternative**

ALSO ON LOUISIANA RECORD

**Clinic sued for allegedly allowing unlicensed and suspended …**
1 comment

**Heir to historic Brennan's Restaurant loses appeal over attorney …**
1 comment

**Saks Fifth Avenue sued by African-American patron allegedly …**
1 comment

**Coon: Deepwater Horizon settlement troubled after being …**
1 comment

8/29/2014 Deepwater Horizon Claims Administrator Patrick Juneau defends negative statements made about BP's CEO | Louisiana Record

Case 2:10-md-02179-CJB-DPC Document 13347-25 Filed 09/02/14 Page 4 of 4

**2 Comments**    **Louisiana Record**        Login

Sort by Best        Share    Favorite ★

Join the discussion…

**Tom Young** • a month ago

Give it up LA Record.

1 ▲ | ▼ • Reply • Share ›

**Ron** • a month ago

BP agrees to a class settlement deal as trial was fast approaching that involves payment of compensatory damage claims that it had no defense to anyway, wipes out its massive punitive damage exposure, and allows it to avoid the strategic disadvantage of simultaneously defending itself in the upcoming trial against the settling plaintiffs AND the US/DOJ's "gross negligence" claim that would enhance its CWA penalty exposure by $14B. Then, only after achieving the dismissal of the punitive damage claims and the strategic trial benefit, it has second thoughts about the deal and mounts a PR campaign that lambasts and personally attacks the judge and settlement administrator for enforcing the deal as agreed, while seeking a do-over (unsuccessfully) from the court of appeal. Have I got that right? So now, when one of the targets of BP's PR campaign forthrightly acknowledges that he found it offensive, as anyone would (DUH!), he should be replaced? Since nobody could seriously believe that BP and its lawyers got worked by the PSC's lawyers, I'd say the PR campaign was designed all along to either cause the judge and the settlement administrator to give BP the do-over it wanted, or else to provoke them to the point that they could no longer be "impartial" and then they'd have to be replaced.

▲ | ▼ • Reply • Share ›

✉ Subscribe     ⓓ Add Disqus to your site

---

**Louisiana Record** | **Louisiana's Legal Journal**

Privacy Policy | Sitemap    Copyright © 2014. All rights reserved.

| Star Wars Trilogy … | Star Wars: The … | Star Wars Trilogy … |
|---|---|---|
| Blu-ray | Blu-ray | Blu-ray |
| $59.99 **$39.96** | $139.99 **$87.00** | $59.99 **$39.96** |