# Exhibit 24

10/9/12

To: Keith

We are getting swamped in the office with tons of legal issues that have arisen. These issues, together with the expanded roles we are fulfilling, create a real need for us to add an additional attorney to our staff. Christine's husband, Lionel Sutton, is a lawyer I have a lot of confidence in and he would be a great selection for the slot. I talked to him and he is willing to commit to the project. I would suggest an income of $20,000 per month. It would be on an independent contractor basis. His resume is attached. Please let me know if BP agrees to the recommendation.

**LIONEL H. SUTTON, III**
935 Gravier Street
Suite 1910
New Orleans, LA 70112

## INTRODUCTION

Lionel Sutton obtained his Juris Doctor degree from Tulane Law School in 1990 and has been licensed to practice in Louisiana State and Federal Courts since that time. He was licensed in Texas State Courts in 2006. Following law school, he was initially employed by an insurance defense firm. Since 1993, he has maintained his own general litigation practice. He also has ownership interests in a wastewater reclamation company and an offshore supply boat company.

## LEGAL EXPERIENCE

He has represented thousands of clients in a variety of cases, including criminal defense, domestic disputes, personal injury, business disputes and complex commercial litigation. Following Hurricane Katrina, he represented commercial fishermen and marina operators in insurance disputes. He is acutely aware of the uniqueness of those types of claims. He has also represented oyster fishermen and landowners in leasehold disputes and has a good understanding of that industry. He has represented plaintiffs and defendants in numerous multi-party matters including: *Cherie Chimento v. Wyeth-Ayerst Laboratories Company*, Parish of St. Bernard, State of Louisiana; *Sutton's Steel & Supply, Inc. v. BellSouth Mobility, Inc.*, Parish of Iberia, State of Louisiana; *Brenda Garza Adams v. Ford Motor Company, Inc.*, Parish of Allen, State of Louisiana; *Abrusley v. Centennial Lafayette Cellular Corporation, et al*, Parish of Allen, State of Louisiana; *Zyra R. Sonnier, et al v. Radiofone, Inc.*, Parish of Plaquemines, State of Louisiana; *Gloria Berry v. The Burlington Northern and Santa Fe Railway Company*, Western District of Louisiana, Lafayette-Opelousas Division; *Marilyn Spitzfaden v. Dow Corning Corporation*, et al, Parish of Orleans, State of Louisiana; *Dumas v. Angus Chemical Company*, et al, Parish of Ouachita, State of Louisiana; *Scott, et al v. The American Tobacco Company, Inc.*, et al, Parish of Orleans, State of Louisiana.

## BUSINESS EXPERIENCE

In addition to maintaining a law practice, Lionel Sutton has operated a number of businesses in the energy, environmental and marine industries. Since 2006, he has owned and operated a number of offshore supply vessels. He has represented his company in new builds and contract negotiations. Following the oil spill, he worked with engineers to develop technology to clean contaminated beaches and marshes. He spent time in the field with BP contractors and Coast Guard personnel evaluating damages. Recently, one of his companies has developed a state of the art process for cleaning flow back and produced water in the shale plays. He has a good working knowledge of most aspects of the oil and gas industry.