# Exhibit 27

**From:** Patrick Juneau <pjuneau@dheclaims.com>
**Sent:** Monday, September 17, 2012 1:15 PM
**To:** Christine Reitano
**Subject:** Re: BP-Expedited Claim

Send to bg with request that they expedite. Paj

---

Patrick Juneau

On Sep 17, 2012, at 10:58 AM, "Christine Reitano" <creitano@dheclaims.com> wrote:

> We've got it, thanks Calvin.
>
> Christine
>
>> **From:** Calvin Fayard <Calvin@fayardlaw.com>
>> **Date:** Monday, September 17, 2012 11:41 AM
>> **To:** Christine Reitano <creitano@dheclaims.com>
>> **Cc:** Patrick Juneau <pjuneau@dheclaims.com>
>> **Subject:** BP-Expedited Claim
>>
>> Pat/Christine,
>>
>> Per our meeting last week, Pat mentioned for members of the PSC to send along claim numbers for claims that have been filed and are larger claims that perhaps could be looked at more quickly. To that end, Fayard and Honeycutt respectfully submits DHE claim # [redacted] for your consideration.
>>
>> Thank you,
>> Calvin
>>
>> Calvin C. Fayard, Jr.
>> FAYARD & HONEYCUTT
>> 519 Florida Avenue, SW
>> Denham Springs, LA 70726
>> 225-664-4193
>> calvinfayard@fayardlaw.com

1

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

| | |
|---|---|
| From: | Christine Reitano <creitano@dheclaims.com> |
| Sent: | Thursday, September 20, 2012 6:14 PM |
| To: | Orran Brown; Lynn Greer |
| Subject: | FW: URGENT! |

Can still review all seafood/oyster submitted.

From: Christine Reitano <creitano@dheclaims.com>
Date: Thursday, September 20, 2012 6:12 PM
To: Lynn Greer <LGreer@browngreer.com>, Orran Brown <OBrown@browngreer.com>
Cc: Patrick Juneau <pjuneau@dheclaims.com>
Subject: URGENT!

Orran and Lynn

Steve herman and Jim Roy were just in with a list of new directives and the like.

!. We are to only expedite up to three claims across two or more claim types amongst the forwarded PSC expedited claim requests. Class Counsel to apprise PSC of change.

2. Class Counsel would like to expedite review of roughly 24 claims across different claim types for each of the major objectors: Smith Stag; Rick Kuykendall; Sher Garner; Farrell & Patel, Brent Coon; Buzbee.

3. Cease and desist reviewing Class Representatives! - If they all sign releases they are no longer able to stand as class reps.

4. How is the program reviewing private oyster leaseholders at present – in or out; has this issue been on the "spreadsheet for the parties" does it need to be decided by neutral/claim administrator?

5. Joe Rice's question, does the SWS-25 read to require claimant to include all owners' %'s; If not, does that mean that Wendy's approval of the form means that BP is no longer requiring that submission per Keith's 9/17 letter?