# Exhibit 29

# American Zombie

Independent Investigative Journalism and Commentary from New Orleans, LA

Wednesday, June 04, 2014

## DHECC - Lionel Sutton Interview Part 3 - recipe for a zombie

In the third installment of the Lionel Sutton interview series, I'm going to focus on the investigation conducted by Special Master Louis Freeh which led to Sutton, his wife Christine Reitano, and the Andry Lerner Law Firm being accused of various criminal activity.   Specifically, we will examine how, in Reitano's case, these allegations led to termination from the Claims Office.

**Fraud   ...**

Before we get into the nuances of the "Freeh Style" investigation techniques, I want to show you a particular sound byte regarding fraudulent seafood claims.

Folks have criticized me for "burying the lead" in past posts, and I think they have a damn good point so let's kick this post off with a bang:

Lionel Sutton - 15 - Page 60 - 2.mov from Jason Berry on Vimeo.

A disclaimer:  Lionel qualified this statement by saying he was not absolutely sure that this particular instance of fraud is what Louis Freeh was referring to on page 60 of his first report.  The only person who knows that, for sure, is Louis Freeh.  Unfortunately, it appears Freeh lost the scent and we may never know what firm he was talking about.

Good news is it doesn't matter.  Fraud has been alleged….now we all know.

Let me restate this revelation ….**A plaintiff steering committee firm filed FRAUDULENT seafood claims….multiple.  After it was discovered by employees in the Claims Office it was brought to the attention of the**

### Zombie be who?



**Dambala - Jason Brad Berry**
New Orleans, Sovereign City-State
ashedambala@gmail.com
View my complete profile

### Snake Gods need love too



### The Truitt Law Firm, Inc.



Zombie recommends Truitt Law for you legal needs

### Dozidotes



Check out Dozidotes jewelry made right here in Nawlins'!

**Claims Administrator, Pat Juneau.**

According to Sutton, Pat simply told the firm not to do it again...a mere slap on the hand.

This epiphany begs the question, "Were the fraudulent claims paid out even after it was brought to the attention of the Claims Administrator?"

Unfortunately, we have no way of knowing that unless Juneau addresses the matter, publicly.

Chew on this whole thing for a second....then let's take a look at the issues Freeh's first report addressed.

### Lying liars who lie?

I think it's preposterous to assume Louis Freeh isn't aware of this PSC firm's fraudulent seafood claims. And I can't imagine Judge Barbier doesn't know about it considering Sutton wrote it down in a memo of opposition his attorney filed with the Court.

Understand this.....these falsified claims by the PSC firm are ILLEGAL.

Please consider the gravitas here....a PSC firm used their knowledge of the claims process to manipulate and file false seafood claims. This wasn't a simple scam to milk BP, it is detrimental to the other class seafood claimants.

Lionel explains why in this byte:

Lionel Sutton - 14 - Page 60 - 1.mov from Jason Berry on Vimeo.

If this allegation is true......Juneau is absolutely complicit in a cover up. Freeh is complicit if he doesn't act against the firm. Judge Barbier is complicit if he doesn't demand that Louis Freeh make the allegations public and suggest criminal charges be brought against the firm in the same way Freeh did to Sutton and Reitano.

### A disclaimer...

I know who the alleged firm is...at least the one Sutton is referring to in these sound bytes. But that doesn't mean it's the same firm Freeh was referring to on



**Consider It Done in NOLA**

Errands run, groceries made...contact CID NOLA

**Follow by Email**

Email address... Submit

**Blog Archive**

Blog Archive ▼

**Followers**



Join this site
with Google Friend Connect

**Members (106)** More »

Already a member? Sign in

**Brains I Feed On**

adrostos

Aminaminamina... Say What?!!

animamundi

Ashley Morris

b.rox

Becky Houtman...great writer

BigEZBear

Blog of New Orleans

Cenlamar

page 60.

I also know how the seafood claims were manipulated, in fact I expounded on it in this post.

I plan on revealing who this PSC firm is soon but I want to validate the story through one more source (the 4th) and I want to give the firm an opportunity to respond to the allegations. I also have a standing request to interview Pat Juneau that has yet to be acknowledged.

## Justice isn't Freeh

The real question mark that arises from this revelation is why would Freeh be protecting the PSC firm? Why would Judge Barbier allow it? Most importantly, was Louis Freeh really brought into the picture to actually conduct an unbiased investigation?

Finally...has Freeh even come close to conducting an unbiased investigation?

The litmus test for those questions lies with Freeh's charges against Christine Reitano more so than Lionel Sutton. Sutton explains the allegations Freeh brought against Reitano in this byte, also, he talks about the evidence Freeh accrued to make the charges:

Lionel Sutton - -8 -Chrisitne and Mancuso.mov from Jason Berry on Vimeo.

To recap here, Freeh claimed Reitano knew her husband, Lionel Sutton, was getting the referral fee on the Thonn claim and she then lied to his investigators about it under oath.

Lionel states in this byte that Christine absolutely did not know about the referral fee because he never told her.

I know it's difficult to digest but if there's one thing I've learned from writing this blog, never assume a wife knows what a husband is doing...and vice-versa. I can quote you three husband/wife scenarios I've written about on this blog where this fact holds true....Bennett, Ellis, St. Pierre...Meffert. OK, that's four....number five is forever grateful I stopped at four.

Freeh also stated that Reitano was using her position at the Claims Office to

### Sidebar links

- confederacy of dunces
- Cryptogon
- Daily Kingfish
- Dangerblond...hell yeah
- Disenfranchised Citizen
- Ernie the Attorney
- Fiyou on the Bayou
- G-Bitch...fuckin' eh
- Gentilly Girl
- George Washington's Blog
- Good Children
- Gumbo Pie
- HammHawk
- http://frogpondish.blogspot.com/
- Huff Po
- Humid City...Loki is da schnizzel
- humidhaney
- ilostmyipod
- Independent Nix
- Keep It Trill
- Library Chronicles
- Liprapslament
- Maitri's VatulBlog
- Metroblogging
- Mikeb302000
- Minor Wisdon
- Mitchell's Musings
- Moldy City
- Moose Denied
- New Orleans Ladder - Edtilla
- New Orleans Slate
- NOLA
- Noladishu
- NOLAFemmes

negotiate a larger referral fee for Sutton with the Andry Lerner firm.  His basis for this statement was a phone conversation Reitano had with Andry Lerner attorney,  Christine Mancuso.

Reitano vehemently denied this allegation after Freeh released his report.  In fact, even Mancuso denied the allegation Freeh made against Reitano.

Here Sutton discusses how Freeh obtained the evidence to levy his allegations:

Lionel Sutton - 9 - Freeh no deposition, acct false accusation.mov from Jason Berry on Vimeo.

No actual affidavits or depositions were taken by the Freeh group in their investigation with the exception of Pat Juneau, Lionel Sutton and Christine Reitano.  Instead, the investigators "interpreted" the witnesses' testimony.

Now,  two of these witnesses have come forward to contradict the allegations made in the Freeh report.

**Purgatory**

What's more, Judge Barbier has denied the accused parties' request for discovery, including their ability to take their own depositions with the key witnesses:

Lionel Sutton - 11 - Not allowed discovery.mov from Jason Berry on Vimeo.

| |
|---|
| NolaMotion |
| Northwest Carrollton |
| Official Rising Tide Blog |
| people get ready |
| Pistolette |
| Public Sphere Nola |
| Ray in New Orleans |
| right hand thief |
| Scout Prime |
| Slabbed |
| Slimbolala |
| SMORGASBLOG...possibly funnier than the Onion...ht to erster |
| SophMom |
| Spocko's Brain |
| Squandered Heritage |
| Suspect Device |
| Thanks, Katrina |
| The 3rd Battle of New Orleans |
| The Chicory |
| The Frog Pond |
| the garden of irks and delights |
| The Hungry Termite |
| The Nation |
| The Truth and other Lies |
| thoughts of the dark rose |
| travelling mermaid |
| We Could Be Famous |
| Wet Bank Guide |
| Wonkette |

**Copyright**



American Zombie by Dambala, AsheDambala, Jason Brad Berry is licensed under a Creative Commons Attribution-

Not only has the Court denied the accused the right to discovery and due process, Barbier had Christine Reitano's "breach of contract" lawsuit against the Claims Office (and BP) removed from civil court and into his own court.

There, it lies in limbo:

Lionel Sutton - 16 - Reitano issues and MDL.mov from Jason Berry on Vimeo.

Why would Barbier deny Reitano her civil rights and bury this case? I humbly ask, "Does that constitute obstruction of justice?"

They are being denied the right to face their accuser and question witnesses in order to argue their innocence. How is that legal?

### A zombie?

In the next segment, I'll address impetus. Most notably why both Freeh and Judge Barbier seem intent on protecting the PSC firm that filed the fraudulent claims . Also, why the Judge is denying Andry Lerner, Sutton...and most importantly, Reitano...due process.

--> hounds kuzimu uchaguzi wako

Posted by Dambala - Jason Brad Berry at 6/04/2014 01:01:00 AM 
Labels: Andry Lerner, Barbier, BP claims, BP oil spill, Christine Reitano, DHECC, Freeh, Herman and Herman, Judge Barbier, Lionel Sutton, Pat Juneau, Pepper Hamilton, The Freeh Group, Thonn

## 8 comments:

NonCommercial-NoDerivs 3.0 United States License. Based on a work at theamericanzombie.com. Permissions beyond the scope of this license may be available at ashedambala@gmail.com.

StatCounter

**Anonymous said...**

Can you explore, in detail, what makes what the "page 60" law firm did on some of the seafood claims it filed fraudulent? I'm not saying they didn't do something horrifically fraudulent, but after reading all of your posts on the matter, I still don't know what they did that constitutes actual fraud. Here are some quotes from your recent posts that helps explain where my confusion is coming from:

"A plaintiff steering committee firm filed FRAUDULENT seafood claims....multiple"

"According to Sutton, Pat simply told the firm not to do it again...a mere slap on the hand."

"Understand this.....these falsified claims by the PSC firm are ILLEGAL."

"I also know how the seafood claims were manipulated, in fact I expounded on it in this post."

In the other post you reference in the above quote, you made the statement that: "There are basically two ways to assess this, tax returns and "trip tickets". You then provided your initial feelings as to what you thought might be going on. However, your explanation was made really early on in your investigation and may have changed since then based on the fact that the scenario you put forth originally is the opposite of what Freeh said was happening in his report. Specifically, you argue that trip tickets may have been manipulated, but Freeh's whole complaint is that the claimants were using (more favorable) tax returns, not trip tickets. So, manipulation of trip ticket data (which ultimately wasn't used at all) wouldn't have helped Thonn or the others Freeh mentions and wouldn't inflate their claims if trip ticket data was not even used. Below is how Freeh explained the problem:

From Freeh report:
"In interviews conducted with the DHECC Quality Control Group, it was pointed out that BG noticed that several claimants from AndryLerner and another law firm were submitting claims in which the claimants' tax returns were significantly more favorable than their trip tickets, as was the case with Mr. Thonn."

If claimants were allowed to support their seafood claims with EITHER (1) trip tickets, or (2) tax returns, and the Settlement agreement expressly states that the claim reviewers are to utilize the claimant's supporting documentation in a way that produces the maximum amount of reimbursement allowable under the settlement, then how are these claims fraudulent simply because one allowable method resulted in a larger method than another allowable method that wasn't used? I must be missing something major. I understand that Thonn filed inaccurate/fraudulent tax returns (which is clearly fraudulent), BUT, had he filed correct returns, I understand that his claim would have been considered perfectly payable despite the fact that it was

much larger than it would have been if it were calculated based on trip ticket data instead of tax returns. If that's true, then unless there is some OTHER evidence that the "page 60" firm did something not allowed by the terms of the settlement agreement, then I don't understand how you get to the conclusion that they did something "ILLEGAL" or otherwise fraudulent. Hell, if using either form of documentation is ok, then I can't even figure out how Juneau could justify telling the "page 60" firm or any others to stop doing something that is allowed under the settlement (I.e., using more favorable tax returns instead of trip tickets).

Help me understand what I am missing here. This is all very fascinating to me.

June 4, 2014 at 9:15:00 AM CDT



**Dambala - Jason Brad Berry** said...

Essentially, they fudged numbers in order to qualify for a larger payout. They purposely falsified claimants' income.

June 4, 2014 at 9:42:00 AM CDT



**Dambala - Jason Brad Berry** said...

It's not just choosing tax returns over trip tickets....it's actually fudging the numbers.

June 4, 2014 at 9:44:00 AM CDT

Kevin said...

Lionel:

Were the investigator notes or report of the Interview of Benjamin Arceneaux/Kyle Neathery (July 24, 2013)produced to you as part of the Freeh documents Judge Barbier allowed to be disclosed?

If so, do those interview notes identify the "other law firm" submitting claims in which the claimants' tax returns were significantly more favorable than their trip tickets?

Do you know if the DHECC has also conducted an internal audit into the Seafood Compensation Program claims represented by the "other law firm", or did the DHECC just audit the AndryLerner Firm?

June 4, 2014 at 1:16:00 PM CDT

Anonymous said...

Ok, so it was actual data manipulation, not a choice that just happened to cost BP a lot more money than the other option. That makes more sense.

So, the "page 60" firm must have filed fraudulent amended tax returns for their clients to increase their income in the right years prior to the spill, or they created or knowingly used forged/fraudulent tax returns that were never actually filed with the IRS (i,e, like Thonn) but were

instead created just for use with their BP claim? After all, there would be no reason to suspect that any particular tax return filed prior to the settlement coming out was fraudulently altered or misstated revenues in manner designed to artificially inflate a claim against BP years down the road. I guess those "page 60" firm fraudulent claims must have involved amended or fake tax returns in some way.

I don't know which side was right in the Thonn claim situation, but that dispute didn't start over tax returns. At first it was all about referral fees. Regardless, I do recall there at least being actual evidence of fraud such as returns being submitted with the claim that didn't match with the ones on file with the IRS, etc. On the other hand, I haven't seen anyone, including Sutton, explain what, exactly Freeh found that suggested fraud. I expected him to mention something specific about the fraudulent nature of the mystery PSC firm's actions, but he never really addressed that head on. I remember when I first read Freeh's report that this allegation, at least as it was described in the report, seemed more like it was just a misunderstanding on Freeh's part because he didn't know that the settlement actually allowed the use of tax returns or trip tickets, whichever was more favorable. I thought that was just an excusable mistake by Freeh since he just recently started working on BP settlement issues at that time and it might reasonably appear suspect to an outsider if you didn't know that what they did was expressly allowed. The reason I'm so curious about the specifics of how they acted fraudulently is because I initially thought Freeh was just misinterpreting perfectly appropriate behavior (at least on this particular issue).

June 4, 2014 at 1:42:00 PM CDT

Sutton said...

Notes of that interview were provided as part of the discovery that was allowed.
The notes are 206 typed lines. All but 12 lines were completely blacked out.
The 12 lines do not reveal in other law firms. They do acknowledge that it was common for tax returns to be higher than trip tickets and that there was a pattern in all claims to attribute as much income as possible to shrimping because the settlement was written more favorably for shrimpers.

June 4, 2014 at 2:46:00 PM CDT

Kevin said...

Would any reader knowing the answer(s) to any of the following questions, please post the answers?

Of the Andry "law entities" (Andry Law Firm, LLC; Andry Law Group, LLC; or AndryLerner, LLC), which is the entity that contributed $165,000 in assessments to the PSC prior to 12/31/12 to be used for the common benefit of all plaintiffs in MDL 2179?

Was it disclosed by David Duval to the DHECC that, in addition to

representing individual clients, the family law firm also contributed $215,000 in common benefit assessments by 12/31/12?

These assessments, along with another $19 million for class counsel and other common benefit attorneys, were reimbursed in February 2013. It looks like these firms stand to receive some common benefit fees, too.

June 4, 2014 at 3:21:00 PM CDT

**Kevin said...**

Sutton at June 4, 2014 at 2:46:00 PM CDT, said:

"They do acknowledge that it was common for tax returns to be higher than trip tickets and that there was a pattern in all claims to attribute as much income as possible to shrimping because the settlement was written more favorably for shrimpers."

Thank you for the response and, particularly, the interview and the light it sheds.

Would it be correct to say that an income tax form doesn't specify or distinguish "shrimp income" from all other sources making up the total income reported in that tax form? Would it also be correct to say that trip tickets do specify what the seafood claimant said s/he actually caught and sold? Would it be accurate to say tax forms were submitted by claimants who attributed more seafood income to shrimp catches and sales even when the trip tickets could/would show otherwise?

June 4, 2014 at 5:09:00 PM CDT

Post a Comment

### Links to this post

Create a Link

Home    Older Post

Subscribe to: Post Comments (Atom)

Powered by Blogger.