IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF <u>MOTION TO REMOVE THE CLAIMS ADMINISTRATOR</u>**

Pursuant to Pre-Trial Order 13 (Rec. Doc. 641), the Economic and Property Damages Settlement Agreement (Rec. Doc. 6430-1), and the Court's May 22, 2012 and June 29, 2012 orders regarding claimant confidentiality (Rec. Docs. 6573 and 6822), Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file unredacted versions of the following filings under seal:

- Declaration of Daniel A. Cantor;
- Declaration of Todd Brents;
- Exhibit 5 to the Declaration of Todd Brents;
- Exhibit 8 to the Declaration of Todd Brents;
- Declaration of Mark Hutchins;
- Exhibit E to the Declaration of Mark Hutchins;
- Exhibit G to the Declaration of Mark Hutchins;
- Declaration of Charles Cipione;

- Exhibit E to the Declaration of Charles Cipione;

- Exhibit F to the Declaration of Charles Cipione;

- Exhibit J to the Declaration of Charles Cipione; and

- Exhibit K to the Declaration of Charles Cipione.

These filings contain discussion of individual claims and claimants or other materials that are "confidential" pursuant to the above-referenced orders.

If granted leave to file under seal, BP will file public versions of these pleadings with any arguably confidential information redacted.

WHEREFORE, Defendants BP Exploration & Production, Inc. and BP America Production Company respectfully request this Court to grant them leave to file unredacted versions of the Declaration of Daniel A. Cantor; Declaration of Todd Brents; Exhibit 5 to the Declaration of Todd Brents; Exhibit 8 to the Declaration of Todd Brents; Declaration of Mark Hutchins; Exhibit E to the Declaration of Mark Hutchins; Exhibit G to the Declaration of Mark Hutchins; Declaration of Charles Cipione; Exhibit E to the Declaration of Charles Cipione; Exhibit F to the Declaration of Charles Cipione; Exhibit J to the Declaration of Charles Cipione; and Exhibit K to the Declaration of Charles Cipione under seal.

| | |
|---|---|
| September 2, 2014 | Respectfully submitted, |
| | |
| Mark Holstein |   /s/ Kevin M. Downey |
| BP AMERICA INC. | Kevin M. Downey |
| 501 Westlake Park Boulevard | F. Lane Heard III |
| Houston, TX  77079 | WILLIAMS & CONNOLLY LLP |
| Telephone:  (281) 366-2000 | 725 Twelfth Street, N.W. |
| Telefax:  (312) 862-2200 | Washington, DC  20005 |
| | Telephone:  (202) 434-5000 |
| | Telefax:  (202) 434-5029 |
| | |
| Daniel A. Cantor |   /s/ Don K. Haycraft |
| Andrew T. Karron | S. Gene Fendler (Bar #05510) |
| ARNOLD & PORTER LLP | Don K. Haycraft (Bar #14361) |
| 555 Twelfth Street, N.W. | R. Keith Jarrett (Bar #16984) |
| Washington, DC 20004 | LISKOW & LEWIS |
| Telephone:  (202) 942-5000 | 701 Poydras Street, Suite 5000 |
| Telefax:  (202) 942-5999 | New Orleans, LA 70139 |
| | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| Jeffrey Lennard | |
| Keith Moskowitz | Richard C. Godfrey, P.C. |
| DENTONS US LLP | Wendy L. Bloom |
| 233 South Wacker Drive | Kirkland & Ellis LLP |
| Suite 7800 | 300 North LaSalle Street |
| Chicago, IL  60606 | Chicago, IL 60654 |
| Telephone:  (312) 876-8000 | Telephone:  (312) 862-2000 |
| Telefax:  (312) 876-7934 | Telefax:  (312) 862-2200 |
| | |
| *OF COUNSEL* | Jeffrey Bossert Clark |
| | Dominic E. Draye |
| | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| | Washington, DC 20005 |
| | Telephone:  (202) 879-5000 |
| | Telefax:  (202) 879-5200 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 2nd day of September, 2014.

> */s/ Don K. Haycraft*
> Don K. Haycraft