UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | NO.: 2:10-MD-2179 SECTION: "J" |
| This Document Applies to | : | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisdheries, Inc, et al v. BP Exploration & Production Inc., et al | : | MAG. JUDGE SHUSHAN |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, defendant herein, Jarrod Burrle, who through undersigned counsel respectfully requests that his attorney of record, Frank G. DeSalvo, be stricken from the record. Defendant has retained new counsel.

Respectfully submitted,

/S/ FRANK G. DeSALVO
_____

**FRANK G. DeSALVO (#4898)**
739 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 524-4191
Facsimile: (504) 821-0036

### CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to Withdraw as Attorney of Record for Jarrod Burrle has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3 day of September, 2014.

/s/ Frank G. DeSalvo
_____