UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

IT IS ORDERED that a Status Conference is scheduled for Wednesday, September 24, 2014 at 9:30 a.m. in Courtroom C-268.

The purpose of the Status Conference is to address procedural issues surrounding the Court's Show Cause Order of September 6, 2013. (Rec. Doc. 11288). Counsel for the Show Cause Parties identified on page 3 of Show Cause Order shall attend.

New Orleans, Louisiana, this 3rd day of September, 2014.

_____
United States District Judge