UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *All Cases* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

IT IS ORDERED that a Status Conference is scheduled for Thursday, September 25, 2014 at 9:00 a.m.

During the Status Conference, the Court will hear oral argument on the following matters:

1. BP's Motion for Restitution and Injunctive Relief. (Rec. Doc. 13073)

2. OPA Test Case Plaintiffs' Motion to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of Any Alleged "Superseding" Cause Defense Premised on Governmental Action or Inaction Following the Spill. (Rec. Doc. 13108)

3. Motions for Reconsideration of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions. (Rec. Doc. 13303, 13308, 13318)

The first and second matters have been fully briefed; no further briefing shall be permitted. As to the third matter, the only briefs permitted are those listed in the Magistrate Judge's Order of August 28, 2014 (Rec. Doc. 13337).

Liaison Counsel may suggest other matters for the Court to consider at this Status Conference.

New Orleans, Louisiana, this 3rd day of September, 2014.

_____
United States District Judge