**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|      "Deepwater Horizon" in the Gulf | * | |
|      of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *10-2771 and 10-4536* | * | MAG. JUDGE SHUSHAN |
| | * | |

**<u>ORDER</u>**
**[As to Various Motions Relating to the Phase One Trial]**

There are many pending motions relating to the Phase One trial. The Court addresses those motions in this Order, which issues simultaneously with the Phase One Findings of Fact and Conclusions of Law.

<u>Adverse Inferences from 5th Amendment Invocations</u>

Various parties moved for adverse inferences based on certain witnesses invoking the Fifth Amendment's protection against self-incrimination.[1] The Court finds that the requested inferences are not warranted. Accordingly,

IT IS ORDERED that the motions are DENIED.

Transocean also moved to withdraw certain of its objections to other parties' requested adverse inferences.[2]  In light of the Court's ruling above, this motion  is DENIED AS MOOT.

<u>Evidentiary Motions and Objections</u>

Multiple motions and other objections were filed seeking to exclude certain witnesses,

---

[1]  Rec. Docs. 5873, 5879, 5885, 7637, 7639, 7644, 7645, 8601, 8672, 8674, 8678.

[2]  Rec. Doc. 6676.

evidence, demonstratives, or deposition bundles.[3]  To the extent these motions and objections were either (1) resolved by the parties, (2) withdrawn, or (3) concern witnesses, evidence, demonstratives, or deposition bundles that were not called, admitted, or otherwise used at trial, the motions and objections are DENIED AS MOOT.  With respect to the remaining motions and objections, to the extent the Court has not already ruled , they are DENIED or OVERRULED.

Spoliation Sanctions

BP filed two motions requesting sanctions against Halliburton due to its alleged destruction and spoliation of evidence.  The first motion was filed during the Phase One trial following Halliburton's disclosure that it had discovered a cement sample that had been on the DEEPWATER HORIZON.[4]  The PSC, States of Alabama and Louisiana, and United States each filed submissions that supported some aspects of BP's motion, but not others.[5]  After the Phase One trial,  Halliburton pled guilty to destroying other evidence—computer simulations that it performed during the weeks following the blowout and explosions.  BP's second motion came on the heels of this development and requested permission to supplement the Phase One trial record with two exhibits: Halliburton's guilty plea agreement and a press release by the United States.[6]  The PSC, Alabama, and Louisiana jointly filed a similar motion seeking to supplement the record with Halliburton's plea agreement, factual allocution, joint memo, and minute entry, as well as the transcript from Halliburton's rearraignment and sentencing hearing.[7]  The United States filed a brief that largely opposed both of

---

[3] Rec. Docs. 5245, 5391, 5398, 5404, 5406, 5419-5435, 5782, 8599, 8600, 8703, 9131, 9253.

[4] Rec. Doc. 8977.

[5] Rec. Docs. 8979, 8991, 8992.

[6] Rec. Doc. 11005.

[7]  Rec. Doc. 11511.

BP's motions.[8]  Halliburton filed oppositions to all of the above motions.[9]

Having considered the parties' arguments, the Court rules as follows:

IT IS ORDERED that the Phase One trial record is reopened and supplemented with TREX 26152 (Plea Agreement, Factual Allocution, Joint memo, and Minute Entry) and TREX 120231 (Transcript of Sept. 19, 2013 Rearraignment and Sentencing Hearing), both of which are attached to the PSC and the States' motion.[10]

IT IS FURTHER ORDERED that, pursuant to Federal Rule 37 and the Court's inherent authority, the Court makes the adverse finding that the Displace 3D simulations, if not deleted by Halliburton employees, would have indicated that using 6 centralizers, as opposed to 21, would not have caused cement channeling in the Macondo well.

The Court finds that the deletion of the Displace 3D simulations was done intentionally and in bad faith.  The Court finds that this sanction is just and specifically relates to the particular claim or defense at issue in the order(s) to preserve and provide discovery.  The Court also finds that this sanction does not amount to a default judgment, the dismissal of any of Halliburton's claims, or the disposal of any claims against Halliburton.

IT IS FURTHER ORDERED that the motions[11] are, in all other respects, DENIED.

---

[8] Rec. Doc. 11517.

[9] Rec. Docs. 9022, 11571, 11573.  The PSC, States, and BP filed replies to Halliburton's latter responses.  Rec. Docs. 11625, 11631.

[10] Rec. Doc. 11511.

[11] Rec. Docs. 8977, 11005, 11511.

<u>Rule 52(c) Motions</u>

BP and Halliburton each moved for judgment on partial findings under Federal Rule of Civil Procedure 52(c).

IT IS ORDERED that BP's and Halliburton's Rule 52(c) motions[12] are DENIED.

Triton Asset Leasing GmbH, one of the Transocean entities, also moved for judgment on partial findings.[13]  That motion is addressed in the Phase One Findings of Fact and Conclusions of Law.

<u>Motions to File Late Claims (Short Form Joinders) in Limitation</u>

Multiple motions have been filed seeking to file claims in the limitation action beyond the monition date of September 16, 2011.

IT IS ORDERED that the motions[14] are GRANTED.

New Orleans, Louisiana, this 4th day of September, 2014.

_____
United States District Judge

---

[12] Rec. Docs. 8962, 10470, 10471.

[13] Rec. Doc. 10465.

[14] Rec. Docs. 10545, 10558, 10560, 10563, 10681, 10682, 10735, 10765, 10793, 10841, 10868*, 10884, 10913, 10919, 11102, 11154, 11194, 11195, 11444, 11551, 11565, 11591, 11592, 11605, 11717, 11776, 11777, 11787, 11788, 11955, 12067, 12069, 12070, 12099, 12125, 12207, 12270, 12298, 12310, 12432, 12448, 12850, 12851, 12974, 13175.

*The motion at Rec. Doc. 10868 seeks to amend a previous motion to file a late short form joinder.  Both the motion to amend and the (now amended) motion to file a late short form joinder are granted.