IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All Actions* | * * | Magistrate Judge SHUSHAN |

## ORDER

Considering the foregoing Ex-Parte Motion to Supplement Record with Omitted Exhibit Attachments;

**IT IS ORDERED** that the motion is granted and that Record Document Number 13347-15 filed by Defendants BP Exploration & Production Inc. and BP America Production Company be and is hereby supplemented with the Declaration of Mark Holstein, along with the exhibits to that Declaration, attached to the above referenced motion as Exhibit A.

New Orleans, Louisiana, this _____ day of _____ 2014.

_____
**UNITED STATES DISTRICT COURT JUDGE**