UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *All Cases* | * | MAGISTRATE SHUSHAN |
| | * | |

### ORDER
[Rescheduling Status Conferences]

In light of a conflict with important Jewish Holy Days beginning on sundown on Wednesday, September 24, and ending on sundown on Friday, September 26, the Status Conferences previously scheduled for Wednesday, September 24 at 9:30 a.m.[1] and Thursday, September 25 at 9:00 a.m.[2] are CANCELLED and RESCHEDULED as follows:

On **Tuesday, September 23, 2014, at 2:00 p.m.**, the Court will hold a Status Conference to address procedural issues surrounding the Court's Show Cause Order of September 6, 2013.[3] Counsel for the Show Cause Parties identified on page 3 of the Show Cause Order shall attend. This Status Conference replaces the one previously scheduled for Wednesday, September 24.

On **Wednesday, September 24 at 9:00 a.m.,** the Court will hold a Status Conference during

---

[1] Rec. Doc. 13351

[2] Rec. Doc. 13352

[3] Rec. Doc. 11288.

which it will hear oral arguments regarding (1) BP's Motion for Restitution and Injunctive Relief,[4] (2) the OPA Test Case Plaintiffs' Motion to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of Any Alleged "Superseding" Cause Defense Premised on Governmental Action or Inaction Following the Spill,[5] and (3) the Motions for Reconsideration of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions.[6]  Liaison Counsel may suggest other matters for the Court to consider at this Status Conference.  This Status Conference replaces the one previously scheduled for Thursday, September 25.

New Orleans, Louisiana, this 4th day of September, 2014.

_____
United States District Judge

---

[4] Rec. Doc. 13073.  This matter has been fully briefed; no further briefing shall be permitted.

[5] Rec. Doc. 13108.  This matter has been fully briefed; no further briefing shall be permitted.

[6] Rec. Doc. 13303, 13308, 13318. Only those briefs listed in the Magistrate Judge's Order of August 28, 2014 (Rec. Doc. 13337) shall be permitted.