UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br><br>*No. 10-2771 and All Cases* | * * * * * | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

The Court, having determined that there is no just reason for delay in directing the final judgment as to the Court's grant of Cameron International Corporation's ("Cameron") Motions for Judgment on Partial Findings (Rec. Doc. 8969, 9136), as set forth more fully on the record of the Phase One Trial on March 20 and April 3, 2013, while other rights and liabilities of the other parties remain for adjudication:

It is therefore ORDERED, ADJUDGED and DECREED that Cameron is not liable for the blowout, explosion, and/or subsequent oil spill concerning the Macondo well and the DEEPWATER HORIZON semi-submersible Mobile Offshore Drilling Unit and, pursuant to Federal Rule of Civil Procedure 54(b), judgment be and hereby is entered in favor of Cameron, dismissing with prejudice all claims, including counter-claims, cross-claims, and third-party claims, asserted against Cameron in this multidistrict litigation, No. 10-md-2179.

New Orleans, Louisiana, this 4th day of September, 2014.

_____
United States District Judge