UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | | SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| *No. 10-2771 and All Cases* | * * * | MAG. JUDGE SHUSHAN |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

The Court, having determined that there is no just reason for delay in directing the final judgment as to the Court's grant of M-I L.L.C.'s Motion for Judgment on Partial Findings (Rec. Doc. 8969), as set forth more fully on the record of the Phase One Trial on March 20, 2013, while other rights and liabilities of the other parties remain for adjudication:

It is therefore ORDERED, ADJUDGED and DECREED that M-I L.L.C. is not liable for the blowout, explosion, and/or subsequent oil spill concerning the Macondo well and the DEEPWATER HORIZON semi-submersible Mobile Offshore Drilling Unit and, pursuant to Federal Rule of Civil Procedure 54(b), judgment be and hereby is entered in favor of M-I L.L.C., dismissing with prejudice all claims, including counter-claims, cross-claims, and third-party claims, asserted against M-I L.L.C. in this multidistrict litigation, No. 10-md-2179.

New Orleans, Louisiana, this 4th day of September, 2014.

_____
United States District Judge