UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | NO.: 2:10-MD-2179 SECTION: "J" |
| This Document Applies to | : | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisdheries, Inc, et al v. BP Exploration & Production Inc., et al | : | MAG. JUDGE SHUSHAN |

**JOINT MOTION AND INCORPORATED MEMORANDUM TO SUBSTITUTE COUNSEL**

**NOW INTO COURT** comes the defendant, Jarrod Burrle, who through undersigned counsel respectfully requests that this Court enter an order withdrawing Frank G. DeSalvo as counsel of record due to the defendant retaining new counsel. Mr. George M. Gates, IV, will replace Mr. DeSalvo as lead counsel of record for the defendant in this case.

**WHEREFORE** the undersigned attorneys respectfully request that Frank G. DeSalvo be withdrawn as counsel of record for Jarrod Burrle and George M. Gates replace Mr. DeSalvo as lead counsel of record for the defendant in this case.

Respectfully submitted,

/s/ Frank G. DeSalvo
FRANK G. DeSALVO, Bar No. 04898
739 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 524-4191
Facsimile:   (504) 821-0036

/s/ George M. Gates, IV
GEORGE M. GATES, IV
650 Poydras St. Suite 2525
New Orleans, La 70130
Tekrema Law Center
5640 Burgundy St., NOLA
Telephone: (504) 265-9909
Facsimile: (888) 583-3317

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Motion to Withdraw as Attorney of Record for Jarrod Burrle has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4 day of September, 2014.

/s/ Frank G. DeSalvo