UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>JUDGE CARL J. BARBIER |
| Applies to:<br>*10-3168 Douglas Harold Brown* | MAGISTRATE JUDGE SHUSHAN |

**PARTIAL ORDER of DISMISSAL**

The Court having been advised by the parties, that all of the claims asserted by Douglas Harold Brown, against Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Triton Hungary Asset Management Limited Liability Company, have firmly been compromised.

**IT IS ORDERED** that the claims of **Douglas Harold Brown,** be and they are hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable amount of time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT,** if witnesses have been subpoenaed, **EVERY WITNESS** MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 3rd day of September, 2014.

_____
CARL J. BARBIER
United States District Judge