UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.   2179 NUMBER: |
| This Order Relates to: SHORT FORM JOINDERS Civil Action No.: | * * * | SECTION:   "J" JUDGE:  BARBIER |
| 2:10-cv-08888 | * * | MAGISTRATE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR ACCEPTANCE OF
SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes various Claimants as set forth on Exhibit "A" (Claimants"), who move this Court for acceptance of their late-filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding:) and/or on or more Master Complaints in MDL 2179, as applicable. In support of their motion, the Claimants declare as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding and/or joining one or more Master Complaints in MDL 2179 for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Because claimants were unaware of the Court-established deadline, or had not yet fully realized their damages, claimants did not meet the September 16, 2011 deadline. As a result Claimants did not meet the deadline as set by the Court.

4. No prejudice will result form the acceptance of the Short Form Joinder field after September 16, 2011. Moreover, this Honorable Court issued a stay order regarding all claims filed related to the Master Complaints.

For these reasons, Claimants respectfully request that the Court grant Movant's Motion for Leave to File Short Form Joinders, and that the Court deem said Short Form Joinders are timely filed in the Transocean Limitation Proceeding and/or one or more of the Master Complaints.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Bonnie A. Kendrick* | */s/ Kelley B. Stewart* |
| **STUART H. SMITH (17805)** | **KELLEY B. STEWART (# 492132)** |
| Email: ssmith@stag.com | Email: kstewart@krupnicklaw.com |
| **MICHAEL G. STAG (23314)** | The Law Offices of Krupnick, Campbell |
| Email: mstag@smithstag.com | Malone, Buser, Slama, Hancock, Liberman |
| **BONNIE A. KENDRICK (31806** | P.A |
| Email: bkendrick@smithstag.com | 12 Southeast 7th Street - #801 |
| 365 Canal Street, Suite 2850 | Fort Lauderdale, Florida 33301 |
| New Orleans, Louisiana 70130 | Telephone: (954) 763-8181 #8619 |
| Telephone: (504) 593-9600 | Facsimile: (954) 763-8292 |
| Facsimile: (504) 593-9601 | |
| Attorney for Plaintiffs | Co-Counselors for Plaintiffs |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2179, on this 4[h] day of September, 2014.

    */s/ Bonnie A. Kendrick*_____
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

*/s/ Kelley B. Stewart*_____
**KELLEY B. STEWART (492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*