UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.     2179  NUMBER: |
| This Order Relates to: SHORT FORM JOINDERS Civil Action No.: | * * * | SECTION:     "J" JUDGE:  BARBIER |
| 2:10-cv-08888 | * * | MAGISTRATE:  SHUSHAN |

******************************************

**MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF
SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come various Claimants as set forth on Exhibit "A" (Claimants"), who file this Memorandum in Support of its Motion For leave To File Short Form Joinders Beyond The September 16, 2011 Deadline. This claimants seek this Honorable Court's permission to accept claimants' late-filed claims in the limitation proceeding and/or one or more of the Master Complaints in MDL 2179 for the following reasons:

1. Because claimants were unaware of the Court-established deadline, or had not yet fully realized its damages, they did not timely file short form joinders of one or more of the Master Complaints in the MDL 2179 proceeding.

2. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court-established filing system under the action 2:10-cv-0888-CJB-SS. A stay order remains in effect.

3. A stay order issued by this Honorable Court remains in effect regarding short form joinders of one or more Master Complaints in MDL 2179; and there is no prejudice to the limiting parties or other defendants.

For these reasons, claimants respectfully request that the Court accept his late-filed short forms and grant the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011 Deadline.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Bonnie A. Kendrick* | */s/ Kelley B. Stewart* |
| **STUART H. SMITH (17805)** | **KELLEY B. STEWART (# 492132)** |
| Email: ssmith@stag.com | Email: kstewart@krupnicklaw.com |
| **MICHAEL G. STAG (23314)** | The Law Offices of Krupnick, Campbell |
| Email: mstag@smithstag.com | Malone, Buser, Slama, Hancock, Liberman |
| **BONNIE A. KENDRICK (31806** | P.A |
| Email: bkendrick@smithstag.com | 12 Southeast 7th Street - #801 |
| 365 Canal Street, Suite 2850 | Fort Lauderdale, Florida 33301 |
| New Orleans, Louisiana  70130 | Telephone: (954) 763-8181 #8619 |
| Telephone: (504) 593-9600 | Facsimile: (954) 763-8292 |
| Facsimile:  (504) 593-9601 | |
| | |
| Attorney for Plaintiffs | Co-Counselors for Plaintiffs |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Deadline has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2179, on this 4th day of September 2014.

/s/ Bonnie A. Kendrick
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

/s/ Kelley B. Stewart
**KELLEY B. STEWART (492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*