UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.   2179 NUMBER: |
| This Order Relates to: SHORT FORM JOINDERS Civil Action No.: | * * * * | SECTION:   "J" JUDGE:  BARBIER |
| 2:10-cv-08888 | * * | MAGISTRATE:  SHUSHAN |

******************************************

## MOTION FOR ACCEPTANCE OF LIMITATION
## SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

# EXHIBIT A

| Claimant Name | Date of Filing | Short Form Document Number |
|---|---|---|
| Bogart and Daugherty Consulting, Inc. | September 4, 2014 | 136889 |
| Chester Berry | September 4, 2014 | 136890 |
| Finnegans Wake Irish Pub | September 4, 2014 | 136891 |
| Frank P. Toppino LTD, PTR PTR | September 4, 2014 | 136892 |
| Store 4 You | September 4, 2014 | 136893 |
| Hillsborough Center Associates, LLC | September 4, 2014 | 136894 |
| Baldwin Acquisitions, LLC | September 4, 2014 | 136895 |
| Montessori Children's School of Key West, Inc. | September 4, 2014 | 136896 |
| Abdul Yglesias | September 4, 2014 | 136897 |
| TBT, LLC | September 4, 2014 | 136898 |
| Spanish Pointe Marina, Inc. | September 4, 2014 | 136899 |

| F.P.T. & R.J.B., LP | September 4, 2014 | 136900 |