UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.   2179 |
| | | NUMBER: |
| This Order Relates to: SHORT FORM JOINDERS | * * | SECTION:   "J" |
| Civil Action No.: | * * | JUDGE:  BARBIER |
| 2:10-cv-08888 | * * | MAGISTRATE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the Motion for Acceptance of Short Form Joinders Filed Beyond the September 16, 2011 Monition Date and Supporting Memorandum:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, the action 2:10-CV-08888-CJBSS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771) and/or one or more of the Master Complaints of MDL 2179, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of _____, 2014.

_____
**JUDGE**