UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : | NO.: 2:10-MD-2179 SECTION: "J" |
| This Document Applies to | : | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisdheries, Inc, et al v. BP Exploration & Production Inc., et al | : | MAG. JUDGE SHUSHAN |

ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the name of Frank G. DeSalvo be withdrawn as the attorney of

record for defendant, Jarrod Burrle.

**IT IS FURTHER ORDERED** that George M. Gates, IV, replace Frank G. DeSalvo as lead

counsel of record for defendant Jarrod Burrle in the above-captioned case.

New Orleans, Louisiana, this 8th day of September, 2014.

_____
United States District Judge