UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *All Cases* | * | MAGISTRATE SHUSHAN |
| | * | |

**ORDER**
**[Scheduling Briefing on BP's Motion to Remove the Claims Administrator]**

Before the Court is BP's Motion to Remove the Claims Administrator (Rec. Doc. 13347-2);

IT IS ORDERED that any response by the Claims Administrator shall be filed not later than Wednesday, October 15, 2014, and shall not exceed 35 pages, excluding exhibits. Any reply by BP shall be filed not later than Wednesday, October 29, 2014, and shall not exceed 10 pages. No new or additional exhibits shall be included with BP's reply.

The Court will advise if it requires oral argument.

New Orleans, Louisiana, this 8th day of September, 2014.

_____
United States District Judge