IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**CONSIDERING** BP's Motion for Leave To File Memorandum In Support of Motion to Remove the Claims Administrator in Excess of Page Limit, the Court hereby orders as follows:

1. The Motion is **GRANTED**, provided BP's Memorandum In Support of Motion to Remove the Claims Administrator does not exceed thirty-five (35) pages, exclusive of exhibits.

New Orleans, Louisiana, this 8th day of September, 2014.

Carl J. Barbier
United States District Judge