IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering BP's Motion And Incorporated Memorandum In Support of Motion To File Under Seal Exhibits In Support Of Motion To Remove The Claims Administrator, and for a further order directing that unredacted versions of the Declaration of Daniel A. Cantor; Declaration of Todd Brents; Exhibit 5 to the Declaration of Todd Brents; Exhibit 8 to the Declaration of Todd Brents; Declaration of Mark Hutchins; Exhibit E to the Declaration of Mark Hutchins; Exhibit G to the Declaration of Mark Hutchins; Declaration of Charles Cipione; Exhibit E to the Declaration of Charles Cipione; Exhibit F to the Declaration of Charles Cipione; Exhibit J to the Declaration of Charles Cipione; and Exhibit K to the Declaration of Charles Cipione, be filed under seal:

**IT IS HEREBY ORDERED**, that BP's Motion is **GRANTED**; and it is further

**ORDERED** that unredacted versions of the Declaration of Daniel A. Cantor; Declaration of Todd Brents; Exhibit 5 to the Declaration of Todd Brents; Exhibit 8 to the Declaration of Todd Brents; Declaration of Mark Hutchins; Exhibit E to the Declaration of Mark Hutchins; Exhibit G to the Declaration of Mark Hutchins; Declaration of Charles Cipione; Exhibit E to the Declaration of Charles Cipione; Exhibit F to the Declaration of Charles Cipione; Exhibit J to the

Declaration of Charles Cipione; and Exhibit K to the Declaration of Charles Cipione, be filed under seal pending further order of the Court.

New Orleans, Louisiana, this 8th day of September, 2014.

_____
**Carl J. Barbier**
**United States District Judge**