UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG | * | CIVIL ACTION: MD 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | |
| This Document Relates to: | * | Magistrate Judge SHUSHAN |
| Answer in Limitation filed in 2:10-CV-02771 | * | |
| [Rec. Doc. 326] | * | |
| Short Form Joinders filed in MDL | * | |
| 2179 through 10-9999 [Rec. Doc. 401] | * | |
| and 10-8888 [Rec. Doc. 133248] | * | |
| Civil Action No. 14-1525 | * | |
| Civil Action No. 13-1971 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR
## CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS

Plaintiff, CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS (formerly known as "Associated Catholic Charities of New Orleans, Inc."), through the Plaintiffs' Steering Committee recently intervened in the Answer In Limitation filed in 10-cv-02771 [Rec. Doc. 326], Short Form Joinders filed in MDL 2179 through 10-9999 [Rec. Doc. 401] and 10-8888 [Rec. Doc. 133248], Complaint for Breach of Contract, Specific Performance and Injunction [Rec. Doc. 1] in 2:14-cv-01525, and Complaint [Rec. Doc. 1] in 2:13-cv-01971. Plaintiff, CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS, now respectfully requests that this Honorable Court enter an order enrolling Robert E. Couhig, Jr., Susan A. Zeringue, and Jonathan P. Lemann of Couhig Partners LLC in substitution of present counsel as counsel of

1

record for CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS (formerly known as "Associated Catholic Charities of New Orleans, Inc.") in these matters.

Dated: September 8<u>th</u>, 2014

RESPECTFULLY SUBMITTED:

/s/ Jonathan P. Lemann

Couhig Partners LLC
Robert E. Couhig Jr. (#4439)
Susan A. Zeringue (#18096)
Jonathan P. Lemann (#26380)
1100 Poydras Street, Suite 3250
New Orleans, LA 70613
Telephone:  504-588-1288
Facsimile:  504-588-9750
Email:  lemannjp@couhigpartners.com
Email:  couhigre@couhigpartners.com
Email:  zeringues@couhigpartners.com

And

/s/ Soren Gisleson

| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| Soren E. Gisleson, La Bar No. 26302 | Bob Wright La Bar No. 13691 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY |
| 820 O'Keefe Avenue | & EDWARDS LLC |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhkc.com | Fax No. (337) 233-2796 |
| E-Mail: sgisleson@hhkc.com | E-Mail: jimr@wrightroy.com |

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

2

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980

Joel Waltzer (LA #19268)
Clay Garside (LA #29873)
Robert Wiygul (LA #17411)
WALTZER WIYGUL, & GARSIDE, LLC
1000 Behrman Highway
Gretna, LA 70056
Office: (504) 340-6300
Fax (504) 340-6330

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 8th day of September, 2014.

/s/ Jonathan P. Lemann
______________________________________