# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "*Deepwater* | : | MDL No. 2179 |
| *Horizon*" in the Gulf of Mexico, on | : | |
| April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates To: 13-706, 13-810, | : | Honorable CARL J. BARBIER |
| 13-1143, 13-1185, 13-1222, | : | Magistrate Judge SHUSHAN |
| 13-1386 and 13-2006 | : | |

………………………………………………...

**NOTICE OF ERRATA TO UNITED STATES' STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES (Doc. No. 13108) AND MEMORANDUM IN SUPPORT OF MOTION TO QUASH RELATED DISCOVERY SOUGHT BY BP**

Notice is hereby given of an error in the United States' Statement in Support of Plaintiffs' Motion to Strike Affirmative Defenses and Memorandum in Support of Motion to Quash Related Discovery Sought by BP. In particular, on page 6 of the Statement, the United States was discussing BP's discovery requests directed at internal documents discussing two challenges to the moratorium decisions – the *Hornbeck* and the *Ensco* matters. The United States said that it has produced the administrative record for the "*Hornbeck* matter." In fact, the United States has produced the administrative record for the *Ensco* matter, rather than the *Hornbeck* matter.

1

Respectfully submitted,

| | |
|---|---|
| JOSHUA WILKENFELD | SAM HIRSCH |
| Acting Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | Senior Level E-Discovery Coordinator |
| Admiralty and Aviation | MICHAEL McNULTY |
| SHARON SHUTLER | Senior Counsel |
| MALINDA LAWRENCE | NANCY FLICKINGER |
| LAURA MAYBERRY | Senior Attorney |
| Trial Attorneys | PATRICK CASEY |
| R. MICHAEL UNDERHILL, T.A | RICHARD GLADSTEIN |
| Attorney in Charge, West Coast Office | DANIEL S. SMITH |
| | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |

/s/ Sarah D. Himmelhoch
_____
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:   202-514-2583
E-mail:  steve.o'rourke@usdoj.gov
KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                           /s/ Sarah D. Himmelhoch