UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *Nos. 10-2771 and 10-4536* | * * | MAGISTRATE SHUSHAN |

# ORDER
### [Revising Phase One Findings of Fact and Conclusions of Law]

The Court has made three minor revisions to its September 4, 2014 Findings of Fact and Conclusions of Law (Rec. Doc. 13355), which are listed below. These revisions do not alter the substance of the document. A revised copy of the Findings of Fact and Conclusions of Law is attached to this order.

Page 21, ¶ 74: "which willd depart" changed to "which will depart"

Page 59, ¶ 233: "12:30 a.m. on April 19, 2010" changed to "12:30 a.m. on April 20, 2010"[1]

Page 82, ¶ 323: "Transocean's flow out sensor was not bypassed, and therefore the Transocean drill crew could still monitor flow out" changed to "Transocean's flow out sensor was not bypassed; therefore, the Transocean drill crew could still monitor flow out."

New Orleans, Louisiana, this 9th day of September, 2014.

_____
United States District Judge

---

[1] Paragraph 233 states the time and date when the operation to pump cement concluded. Other parts of the Findings of Fact and Conclusions of Law correctly state that the cement job concluded on April 20 at 12:30 a.m. *See* ¶¶ 158, 178, 185. Paragraph 233 inadvertently stated the date as April 19.