# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-31023

MD 10-2179-J

In re: JONATHAN BEAUREGARD ANDRY; GLENN J. LERNER; ANDRY LERNER, L.L.C.,

Petitioners

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

Before KING, JOLLY and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED;

IT IS FURTHER ORDERED that petitioners' motion to file the petition for writ of mandamus and exhibits in support of the petition under seal is GRANTED;

IT IS FURTHER ORDERED that petitioners' motion to supplement the district court record with an affidavit from Christine Mancuso is GRANTED;

IT IS FURTHER ORDERED that petitioners' motion to modify the Court's Letter Order dated September 2, 2014 is DENIED; and

IT IS FURTHER ORDERED that the motion of the Special Master to file his response and exhibits in support of the response under seal is GRANTED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 08, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31023    In re: Jonathan Andry, et al
                          USDC No. 2:10-MD-2179

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Honorable Carl J. Barbier
Mr. William W. Blevins
Mr. Douglas Scott Draper
Mrs. Pauline Fransen Hardin
Mr. Amit Priyavadan Mehta
Mr. Gregory A. Paw
Mr. Lewis O. Unglesby