

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_____
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
_X_ Dkd_____
___ CtRmDep____
___ Doc. No.____

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy  0.5 SEP 2014
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 05, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31026    In re: Deepwater Horizon
                            USDC No. 2:10-MD-2179
                            USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

In addition to filing the joint designation of the record with the District Court, please notify this court by separate letter that the designation has been filed and provide us with the document number assigned to that filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. William W. Blevins
Mr. Don Keller Haycraft
Mr. Charles Marshall Thomas