UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MULTI DIST LITIGATION <br><br> NO: 10md2179 <br><br> SECTION: J (1) |

ATTACHMENTS TO DOCUMENT NO. 13370

    DESCRIPTION:  CD - Exhibit #23

    FILED BY:   BP

    FILE DATE:   9/9/14

ARE LOCATED IN THE CLERK'S OFFICE.