UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | Section: J |
| This document relates to: 2:10-cv-08888-CJB-SS | * * * | JUDGE BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE**

Now comes various Claimants as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

1

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Claimants respectfully request that the Court grant Movants' Motion for Acceptance of Short Form Joinders Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

*Glago Law Firm, LLC*

*/s/ Mark P. Glago*
**Mark P. Glago, Bar No. 25395**
909 Poydras Street, Suite 2950
New Orleans, Louisiana 70112
Telephone: (504) 599-8666
Facsimile: (504) 599-8699

**ATTORNEY FOR THE PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Claimants' Memorandum in Support of Motion for Acceptance of Short Form Joinders has been served upon All Counsel by electronically uploading the same to File and Serve in accordance with Pretrial Order NO. 12, and that the foregoing was electronically filed with the Clerk of Court of United States District Court of the Eastern District of Louisiana via the CM/ECF System, which will send

notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of September, 2014

                                          /s/ *Mark P. Glago*_____