| EXHIBIT "A" | | |
|---|---|---|
| Name | Date Filed | Document Number |
| 2VA TRANS L.L.C. | 4/22/2014 | 136910 |
| AD GRAPHICS, INC. | 11/4/2013 | 136905 |
| JASON BLANCHARD | 4/25/2013 | 136912 |
| DELTA FUEL MANAGEMENT LLC | 11/4/2013 | 136911 |
| DEREK ESTELLE | 6/17/2012 | 136922 |
| DISCOUNT VALUE INC. | 11/4/2013 | 136917 |
| FARBRITECH INCORPORATED | 3/15/2013 | 136915 |
| THE FRENCH QUARTER VET INC. | 4/22/2014 | 136908 |
| GARDEN DISTRICT PET HOSPITAL, INC. | 4/22/2014 | 136907 |
| LEE GILYOT | 4/22/2014 | 136906 |
| MICHAEL GRIFFITH | 11/22/2013 | 136921 |
| IRISH CHANNEL PROPERTIES | 4/22/2014 | 136920 |
| KLOTZ & EARLY | 4/16/2013 | 136916 |
| REMEDIES APOTHECARY, INC. | 4/21/2014 | 136918 |
| PATRICK RICKS (Union Street Barber) | 4/21/2014 | 136913 |
| VAUGHN DIESEL, INC. | 4/21/2014 | 136909 |
| MATTHEW WOOD | 4/22/2014 | 136919 |