# EXHIBIT A

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0330092359

Sublaxmi, LLC
1505 North Dale Mabry Hwy
Tampa, FL 33607

November 27, 2012

**Re:   Extended Deadline to Revoke Opt Out Request By Sublaxmi, LLC**

Dear Sublaxmi, LLC:

On November 16, 2012, the Court issued an Order extending the deadline to revoke requests for exclusion ("opt out requests") from the Economic & Property Damages Settlement Class to December 15, 2012. That Order is attached. We received a request to exclude you from the Economic & Property Damages Settlement Class. *If you still wish to exclude yourself from the Settlement Class, no action is required, and you may disregard this letter.*

If you choose to revoke your opt out request, you must also agree to withdraw and waive any objections that you may have to the Economic Loss & Property Damages Settlement. To revoke your opt out request, complete the enclosed form and mail it to the following address:

>   Deepwater Horizon Court-Supervised Settlement Program
>   Exclusions Department
>   P.O. Box 222
>   Hammond, LA 70404-0222.

**Your request must be postmarked by December 15, 2012 and must be personally signed by you, not your attorney.**

If you choose to revoke your opt out request, this does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at www.deepwaterhorizoneconomicsettlement.com.

If you have questions about this letter, you may call the Claims Administrator at 1-866-992-6174. If you are represented by an attorney, you should also consult your attorney about the decision to remain excluded from the Settlement Class or to revoke your opt out request.

>   Sincerely,
>
>   Exclusions Department
>   Deepwater Horizon Claims Center
>   Economic & Property Damages

Case 2:10-md-02179-CJB-DPC   Document 13387-1   Filed 09/11/14   Page 3 of 5



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

### REVOCATION OF OPT OUT REQUEST

**NAME OF POTENTIAL CLASS MEMBER:** _____

**ADDRESS:** _____

**CITY:** _____  **STATE:** _____  **ZIP CODE:** _____

**PHONE:** _____

**SOCIAL SECURITY NUMBER/EIN:** _____

**GCCF ID (Optional):** _____

**DWH SETTLEMENT PROGRAM CLAIM NUMBER (Optional):** _____

**ATTORNEY (Optional):** _____

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

_____     _____
Printed Name                                                  Signature

_____
Date

**THIS REVOCATION REQUEST MUST BE POSTMARKED BY DECEMBER 15, 2012.**

TOLL FREE: 1-866-992-6174  |  TTY: 1-888-584-7624  |  www.deepwaterhorizoneconomicsettlement.com

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0330116318

Om, LLC
1632 East 7Th Avenue
Tampa, FL 33605

November 27, 2012

**Re:   Extended Deadline to Revoke Opt Out Request By Om, LLC**

Dear Om, LLC:

On November 16, 2012, the Court issued an Order extending the deadline to revoke requests for exclusion ("opt out requests") from the Economic & Property Damages Settlement Class to December 15, 2012. That Order is attached. We received a request to exclude you from the Economic & Property Damages Settlement Class. *If you still wish to exclude yourself from the Settlement Class, no action is required, and you may disregard this letter.*

If you choose to revoke your opt out request, you must also agree to withdraw and waive any objections that you may have to the Economic Loss & Property Damages Settlement. To revoke your opt out request, complete the enclosed form and mail it to the following address:

> Deepwater Horizon Court-Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222.

**Your request must be postmarked by December 15, 2012 and must be personally signed by you, not your attorney.**

If you choose to revoke your opt out request, this does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at www.deepwaterhorizoneconomicsettlement.com.

If you have questions about this letter, you may call the Claims Administrator at 1-866-992-6174. If you are represented by an attorney, you should also consult your attorney about the decision to remain excluded from the Settlement Class or to revoke your opt out request.

Sincerely,

Exclusions Department
Deepwater Horizon Claims Center
Economic & Property Damages

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

### REVOCATION OF OPT OUT REQUEST

NAME OF POTENTIAL CLASS MEMBER: _____

ADDRESS: _____

CITY: _____   STATE: _____   ZIP CODE: _____

PHONE: _____

SOCIAL SECURITY NUMBER/EIN: _____

GCCF ID (Optional): _____

DWH SETTLEMENT PROGRAM CLAIM NUMBER (Optional): _____

ATTORNEY (Optional): _____

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

_____         _____
Printed Name                    Signature

_____
Date

**THIS REVOCATION REQUEST MUST BE POSTMARKED BY DECEMBER 15, 2012.**

TOLL FREE: 1-866-992-6174   |   TTY: 1-888-584-7624   |   www.deepwaterhorizoneconomicsettlement.com