# EXHIBIT B

| | |
|---|---|
| From: | Tressler, David M. |
| To: | mrcsaenz@gmail.com |
| Cc: | Jakola, Katie |
| Subject: | FW: BP Claim: Request Opt Out Revocation Approval Letters |
| Date: | Tuesday, October 08, 2013 7:21:32 PM |

Mr. Cruz:

Katie Jakola forwarded me your email.  BP exercised the sole discretion granted to it under the Settlement Agreement to reject the untimely revocation requests of the two claimants referenced in your letter, Sublaxmi, LLC and Om, LLC.  As a result, they remain opted out of the Settlement and cannot file claims with the Settlement Program.  It is my understanding that the Program's Exclusions Department has or will be sending letters to this effect to your two clients and/or their attorneys on record.

Regards,

David M. Tressler
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, Illinois 60654
Direct: 312-862-2188
dtressler@kirkland.com

---

**From:** Michael Cruz [mailto:mrcsaenz@gmail.com]
**Sent:** Wednesday, October 02, 2013 1:01 PM
**To:** Jakola, Katie
**Subject:** BP Claim: Request Opt Out Revocation Approval Letters

Ms. Jakola:

I was sent to you by Steve Herman of the Class Counsel's Office. I need your help in reference to BP Approval Letters that I never received after sending in two Opt Out Revocation Requests.

If you would, please take a look at the attached pdf which explains my situation. If you are not the person I need to talk to can you direct me to the right department.

Thank you.

Michael R. Cruz, Claim Preparer
on Behalf of Tony Kalia, Claimant