UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * | MAG. JUDGE SHUSAN |
| | * | |
| Case No. 2:10-cv-08888-CJB-SS | * | |

**************************************************************************

## MOTION FOR ACCEPTANCE OF LIMITATION
## SHORT FORM JOINDERS FILED AFTER THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come Claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., As Owners, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon. A list of the claimants who filed late short form joinders and are joint Movants for the purpose of this motion is attached hereto as "Exhibit A." Claimants state the following as the basis for this motion:

1. This Court established an April 20, 2011 monition date for the filing of claims in the Transocean limitation proceeding.

2. This Court extended the deadline for the filing claims in the Transocean limitation proceeding to September 16, 2011.

3. Because Claimants were unaware of the deadline, or had yet to fully realize their damages, they did not contact counsel in the time to meet the September 16, 2011 deadline. As a result, Claimants did not meet the deadline as set by the Court.

4. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. No Action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

5. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order granting this Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted,

/s/ Joseph M. Bruno_____
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2014, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System which will provide notice to all counsel of record.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)