UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * * | MAG. JUDGE SHUSAN |
| Case No. 2:10-cv-08888-CJB-SS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE LIMITATION SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE**

# EXHIBIT A

| **Claimant** | **Date Filed** | **Docket Number** |
|---|---|---|
| 1. Sean Marrero | 07/30/2014 | 136859 |
| 2. Gannon Leary | 07/30/2014 | 136860 |
| 3. Savannah Coffee, LLC | 07/30/2014 | 136861 |
| 4. Delmer Bodden | 08/13/2014 | 136867 |
| 5. Julissa Bodden | 08/13/2014 | 136868 |
| 6. Llewellyn Butler | 08/13/2014 | 136869 |
| 7. Ervin Evans | 08/13/2014 | 136870 |
| 8. Wayne Jones | 08/13/2014 | 136871 |
| 9. Ivory Levi | 08/13/2014 | 136872 |
| 10. Sidney Mason | 08/13/2014 | 136873 |
| 11. Charles Mieding | 08/13/2014 | 136874 |
| 12. Joseph Miller | 08/13/2014 | 136875 |
| 13. Reginald Richardson | 08/13/2014 | 136876 |
| 14. David Sampson | 08/13/2014 | 136877 |
| 15. Alvin Shields | 08/13/2014 | 136878 |
| 16. Shawn Theriot | 08/13/2014 | 136879 |
| 17. Derrick Thornton | 08/13/2014 | 136880 |
| 18. Gwendolyn Victorian | 08/13/2014 | 136881 |
| 19. John Douglas | 08/22/2014 | 136883 |
| 20. Leroy Guillard | 08/22/2014 | 136884 |
| 21. Tracy Johnson | 08/22/2014 | 136885 |
| 22. Tyrone Steib | 08/22/2014 | 136886 |
| 23. Tiffany Douglas rep by Ilka Douglas | 09/11/2014 | 136923 |