UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 13-2386 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion of Ameri-Force Craft Services to Compel (Rec. doc. 13324)]**

On August 26, 2014, the defendant, Ameri-Force Craft Services, Inc. ("Ameri-Force"), filed a motion to compel discovery from plaintiff, Alonzo Odums ("Odums").

IT IS ORDERED that: (1) Ameri-Force's motion to compel (Rec. doc. 13324) is set for submission on **Wednesday, September 24, 2014**, on briefs and without oral argument; and (2) the deadline for Odums to submit an opposition is **Friday, September 19, 2014**.

New Orleans, Louisiana, this 12th day of September, 2014.

SALLY SHUSHAN
United States Magistrate Judge