UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010          SECTION J

Applies to: 10-4536                       JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

## ORDER

[Re:  Penalty Phase Telephone Conference on Thursday, September 4, 2014]

**1. Deposition Bundles - BPXP.**

    In the order for the August 21, 2014 telephone conference, BPXP was asked to submit a list of depositions which it contends must be re-designated if the U.S. wants to use them in the Penalty Phase.  In its August 26, 2014 letter, BPXP listed about 65 depositions.  At the September 4 conference, BPXP reported that it objected to the use of deposition transcripts for any purpose, where it objected to the testimony and did not cross-designate because it was the wrong phase.  The U.S. responded that there is very little testimony that was subject to a wrong phase BPXP objection that the U.S. contends is pertinent to the Penalty Phase.  The U.S. asked whether BPXP's issue with the use of the deposition transcripts for the Penalty Phase is confined to the portion of the deposition where there was a wrong phase BPXP objection.  It also asked if testimony that was subject to a wrong phase BPXP objection in Phase One and the same testimony was submitted in Phase Two without a wrong phase BPXP objection, is available for use in the Penalty Phase.  If its positions are accepted, the U.S. reports that there are only about four depositions at issue.

    The parties agreed to carry the discussion offline to attempt to resolve their issues.  If the parties are unable to resolve them, they are shall submit their respective positions at least 24

hours before the next conference on September 18, 2014.

**2. Deposition Bundles – Anadarko**.

There is agreement that if Anadarko finds that a Penalty Phase citation by the U.S. to a deposition designation submitted in Phase One inadvertently omitted the counter-designation submitted by Anadarko to inData for Phase One and served on the parties, Anadarko shall be able to correct the submission.  BPXP shall have the same right.

**3. Deposition Bundles – Number Permitted**.

The Court will confer with Judge Barbier on the limit, but will recommend allowing 57 deposition bundles.  The parties were asked to consider this and report whether it is agreeable.

**4. Rule 30(b)(6) Topic concerning liabilities and costs for the spill**.

The U.S. reported that it will not be necessary to have a further Rule 30(b)(6) deposition concerning the back-up information produced by BPXP for its spread sheet.

**5. Deadlines for motions on objections to exhibits**.

BPXP reported its agreement with the U.S. proposal.  The following will be included in a revised scheduling order:

10/15/2014    Optional motions (limited to 10 pages double-spaced) addressing the admissibility of up to ten sample documents where an objection to the document has been made and not withdrawn.

The revised scheduling order will include exhibit deadlines submitted by BPXP on August 15, 2014 and the dates from the Order regarding deposition bundling (Rec. doc. 13299).

**6. Trial**.

There was discussion about Judge Barbier's plans for the trial.  He envisions a two-week trial with each side allotted four full seven and a half hour days.  There would be no limit on the number of fact witnesses.  The Court will confer with Judge Barbier on limits on the number of

experts, the order of proof and when rebuttal testimony is presented.

7. **Expert Schedule**.

The parties reported substantial progress on the schedule of expert depositions. If any issues arise, they will contact the Court.

8. **September 23 and 24 Status Conferences.**

There was discussion concerning the topics for the status conferences with Judge Barbier. It is confirmed that the conferences will not cover the general status of the State of Alabama case or the OPA test cases. Judge Barbier may consider separate status conferences in those matters in the future.

The deadline for an appeal of this order is **Wednesday, September 10, 2014**.

New Orleans, Louisiana, this 12th day of September, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**