UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico on April 20, 2010

THIS DOCUMENT RELATES TO:

| | | |
|---|---|---|
| HARBORWALK TWO, LLC | * | MDL 2179 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | SECTION: "J" (1) |
| | * | |
| BP EXPLORATION & PRODUCTION, | * | JUDGE CARL BARBIER |
| INC.; BP AMERICA PRODUCTION | * | |
| COMPANY; BP P.L.C.; AND CARR, | * | MAG. JUDGE SALLY SHUSHAN |
| RIGGS & INGRAM, L.L.C. | * | |
| | * | |
| Defendants. | * | |
| | * | |
| CIVIL ACTION NO. 2:14-CV-01872 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

Pursuant to Local Rule 7.8, Defendant, Carr, Riggs & Ingram, L.L.C., reserving all defenses, and suggesting to the Court that it needs additional time to investigate this matter and to prepare and serve responsive pleadings to Plaintiff's Complaint for Damages, hereby moves for an additional twenty-one (21) days, until and including October 2, 2014, within which to serve responsive pleadings herein. Carr, Riggs & Ingram, L.L.C. has not been granted a prior extension of time to plead by the court, and Plaintiff has not filed an objection in the record to an extension of time to plead. Plaintiff's counsel does not object to this motion.

2332697-1

Respectfully submitted,

  /s/Charles P. Blanchard
CHARLES P. BLANCHARD, #18798, T.A.
H. MICHAEL BUSH, #23430
         -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
blanchard@chaffe.com
bush@chaffe.com

*Attorneys for Defendant*
*Carr, Riggs & Ingram, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2014, a copy of this Motion for Extension of Time Within Which to File Responsive Pleadings was filed with the Clerk of Court using the CM/ECF system. All counsel of record are being served with this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

  /s/Charles P. Blanchard

2332697-1