UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of
Mexico on April 20, 2010

THIS DOCUMENT RELATES TO:

| | | |
|---|---|---|
| HARBORWALK TWO, LLC | * | MDL 2179 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | SECTION: "J" (1) |
| | * | |
| BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; AND CARR, RIGGS & INGRAM, L.L.C. | * | JUDGE CARL BARBIER |
| | * | |
| | * | MAG. JUDGE SALLY SHUSHAN |
| | * | |
| Defendants. | * | |
| | * | |
| CIVIL ACTION NO. 2:14-CV-01872 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Ex Parte Motion for Extension of Time Within Which to File Responsive Pleadings:

**IT IS HEREBY ORDERED** that Defendant, Carr, Riggs & Ingram, L.L.C., be and is hereby granted an additional twenty-one (21) days, or until October 2, 2014, within which to file responsive pleadings to the plaintiff's Complaint for Damages.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
**JUDGE**

2332697-1