UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to all cases | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Page Limitations]

Pursuant to Local Rule 7.7, a trial brief or memorandum supporting or opposing a motion must not exceed 25 pages, excluding exhibits, and a reply brief or memorandum must not exceed 10 pages, excluding exhibits. This Rule is clarified so that each page shall have left, right, top and bottom margins of no less than one inch. At least 12 point type is required for all text, except footnotes. At least 10 point type is required for footnotes. The spacing between lines shall be double-spaced and set so that on a page without footnotes, there shall be no more than 23 lines.

New Orleans, Louisiana, this 15th day of September, 2014.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**