UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## LIU'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Defendant Liberty Insurance Underwriters, Inc. ("LIU") moves the Court for leave to file its Supplemental Memorandum in support of its Motions for Partial Summary Judgment Concerning Forfeiture of Coverage (Rec. Doc. No. 12580) and Texas Insurance Code § 541 Claim (Rec. Doc. No. 12578) and in opposition to Cameron's Motion for Partial Summary Judgment (Rec. Doc. No. 122440). On September 4, 2014, this Court issued Findings of Fact and Conclusions of Law holding that Transocean's indemnity claim against BP was valid and enforceable. (Rec. Doc. No. 13355, at p. 145). This holding is relevant to arguments LIU and Cameron made in connection with the summary judgment briefing in this matter. The Supplemental Memorandum briefly addresses the effect of the Court's September 9, 2014 opinion on the parties' positions and further shows that LIU is entitled to partial summary judgment as sought in its Motions (and that Cameron's partial motion should be denied). Accordingly, LIU requests that the Court grant its Motion for Leave and permit Liberty to file its Supplemental Memorandum.

880438

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

And

Christopher W. Martin
Federal I.D. 13515
Robert G. Dees
Federal I.D. 13899
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

**Attorneys for Liberty Insurance Underwriters, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of September, 2014.

*/s/ Judy Y. Barrasso*

880438