UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010     SECTION J

Applies to: 10-4536     JUDGE BARBIER
    MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Anadarko's motion for reconsideration (Rec. doc. 13307)]**

On August 19, the order regarding deposition bundling for the Penalty Phase was issued. Rec. doc. 13299. On August 20, 2014, Anadarko moved for clarification or reconsideration. Rec. doc. 13307. On August 21, 2014, Anadarko and the U.S. were ordered to meet-and-confer. Rec. doc. 13312. On August 29, 2014, Anadarko reported on the results of the meet-and-confer. At the September 4, 2014, Penalty Phase telephone conference, the U.S. confirmed its agreement with Anadarko. This is reflected in the order for the telephone conference. Rec. doc. 13390 at 2.

Accordingly, IT IS ORDERED that Anadarko's motion for reconsideration (Rec. doc. 13307) is DISMISSED as MOOT.

New Orleans, Louisiana, this 16th day of September, 2014.

         _____
         **SALLY SHUSHAN**
         **United States Magistrate Judge**