UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Bobby Rogers Sr,
Plaintiff

-vs-

BP,
Defendant(s)

CIVIL ACTION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   SEP 16 2014

WILLIAM W. BLEVINS
CLERK

No. MDL2179J-1

Section "J" Mag "1"

## Motion for funds of compensation for the use of information and knowledge

TENDERED FOR FILING

SEP 16 2014

U.S. DISTRICT COURT
Eastern District of Louisiana

**My name is Bobby Rogers Sr. and during the BP oil spill in 2010 Deep Water Horizon** was advertising on T.V. that they needed help in the form of information or knowledge in order to stop the gushing oil well because they could not figure out how to stop it. After seeing this I starting thinking about it and one day the idea just came to me on what can be used to stop the spill. Due to the fact that it was an emergency situation and the environment as well as my home was in danger I decided to contact BP and Deep Water Horizon with my information and designs. After calling Deep Water Horizon I was able to speak with Ms. Jessica Diller to whom I discussed about the compensation that was being advertised on T.V. for any crucial information. While speaking to her she stated that if they used my designs, information, or knowledge in any way that I would be "well compensated" for it. Afterwards I was instructed to send them my designs and information so I did. After sending them my designs and information I contacted Ms. Diller again and instructed her on how to apply my designs and knowledge in order to stop the oil well from leaking any more oil into the environment. Afterwards I did not hear from them again and thought that they just brushed aside my information and designs until one day in July of 2013 I was watching the news on which they were showing the device that they used to stop the oil spill. This device used a combination of a rubber seal under compression which allowed the oil to flow through to pressure release valves and a siphon pipe that ran up to oil tankers. I was shocked to see this because it was the same in nature although not completely identical which is protected by intellectual property rights. Both there device and my designs incorporated a rubber seal under compression, release valves, and a siphon pipe as the main components in order to stop the spill. I then wrote to BP on August 28, 2013 to which I received no response. On September 23, 2013 I wrote them another letter to which I received a response on October 7, 2013. In this response they claim that they did not use the information and knowledge that I had provided for them and therefore was not entitled to compensation.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Date: 9/15/2014

Signature: _Bobby J. Rogers_

Bobby J. Rogers SR. 13285
East Main St. Larose, LA. 70373
Day Phone # 985-693-4818
    Cell # 985-232-2276

**Certificate of Service:** I hereby certify that I have served a copy of this document on all counsel for record either in person or by mailing it postage prepaid on this _15_ day of _September_ 20 _14_.

Signature: _Bobby J. Rogers_

TENDERED FOR FILING

SEP 1 6 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Hi   To Whom it My Concern

My Name is Bobby J. Rogers SR. I'm
writing About My Conversation over the
Phone with Mrs. Jessica Diller At
Deep Water Horizon I called 281-366-5511
Mrs J. Diller Ansered the Phone And I
Asked Her. If they had looked At
My drawing's And told She told Me
She wasen't sure. I told Mrs Diller
that they needed to look At My Drawings
that I sent them the knowledge
or technology to stop the oil Leak
For Compensation And I Ask her Again
if they would Compensate Me, And
Mrs. Diller Said if they used used
my knowledge or technology I would
Be compensated. I Also told Mrs. Diller
that They had the Knowledge And technology
to cut the pipe Above the Blow out Preventer
the they could cut it with A SAw And
if that did not work to cut it with
A pipe Sheer And to Make the Rubber
Seal to specks 5' 10' 15' or 30' whatever
it took I told Mrs Diller that
they needed to Put A siphon Pipe →

TENDERED FOR FILING

SEP 16 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

And a valve or valves cut the pipe
leave the valve or valves open
insert the Rubber seal Make the
compression to seal the Rubber seal
And slowly close the valve or
valves to Make sure that the Rubber
seal Held. I Also told Mrs. J.
Diller that I was sorry And
appoligize and told Her that I
was not Hollering at Her. That
I had a natural Deep voice
when I get Excited and she told
Me she understood understood
understood And Excepted My appology
And I Asked Her again if I
would Be compensated and Mrs. J.
Diller Again told Me that if they
used My Knologe Knowledge or
thee technology that I would Be
compensated.

Sign

Date June 28-2014.
P.S. This Phone Conversation took Place on
The 05/15/10 At 5:42 PM

Billing Cycle Date: 04/29/10 – 05/28/10
Account Number: 578002706873
Bill Reprint

## Call Detail (Continued)

985-232-2276

User Name: **BOBBY J. ROGERS**

Rate Code: 7ESM=Unlimited Expd M2M, NWF3=NIGHT & WEEKENDS UNL, RM21=2100 Rollover Mins
Rate Period (PD): NW=Nwknd, DT=Daytime
Feature: M2MC=Expanded Mobile To Mobile, VM=VoiceMail, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 283 | | 05/13 | 11:05AM | 985-232-2277 | HOUMA LA | 5 | 7ESM | DT | M2MC | | | 0.00 |
| 284 | | 05/13 | 11:12AM | 985-722-6043 | INCOMI CL | 2 | 7ESM | DT | M2MC | | | 0.00 |
| 285 | | 05/13 | 11:13AM | 985-232-2277 | HOUMA LA | 1 | 7ESM | DT | M2MC | | | 0.00 |
| 286 | | 05/13 | 12:12PM | 985-637-9815 | INCOMI CL | 6 | RM21 | DT | | | | 0.00 |
| 287 | | 05/13 | 1:02PM | 985-232-2277 | INCOMI CL | 3 | 7ESM | DT | M2MC | | | 0.00 |
| 288 | | 05/13 | 1:45PM | 985-232-2277 | HOUMA LA | 1 | 7ESM | DT | M2MC | | | 0.00 |
| 289 | | 05/13 | 3:32PM | 985-637-9815 | INCOMI CL | 8 | RM21 | DT | | | | 0.00 |
| 290 | | 05/13 | 6:53PM | 985-709-2920 | HOUMA LA | 6 | 7ESM | DT | M2MC | | | 0.00 |
| 291 | | 05/13 | 7:55PM | 281-366-5511 | BUFFAL TX | 3 | RM21 | DT | | | | 0.00 |
| 292 | | 05/13 | 8:57PM | 281-366-5511 | BUFFAL TX | 3 | RM21 | DT | | | | 0.00 |
| 293 | FRI | 05/14 | 8:21AM | 985-709-2920 | HOUMA LA | 4 | 7ESM | DT | M2MC | | | 0.00 |
| 294 | | 05/14 | 9:43AM | 985-637-9815 | HOUMA LA | 28 | RM21 | DT | | | | 0.00 |
| 295 | | 05/14 | 10:11AM | 985-637-9815 | HOUMA LA | 1 | RM21 | DT | | | | 0.00 |
| 296 | | 05/14 | 10:20AM | 985-232-2277 | INCOMI CL | 3 | 7ESM | DT | M2MC | | | 0.00 |
| 297 | | 05/14 | 10:31AM | 985-232-2277 | HOUMA LA | 1 | 7ESM | DT | M2MC | | | 0.00 |
| 298 | | 05/14 | 10:32AM | 985-232-2277 | INCOMI CL | 1 | 7ESM | DT | M2MC | | | 0.00 |
| 299 | | 05/14 | 10:33AM | 281-366-5511 | BUFFAL TX | 2 | RM21 | DT | | | | 0.00 |
| 300 | | 05/14 | 10:35AM | 281-366-5511 | BUFFAL TX | 4 | RM21 | DT | | | | 0.00 |
| 301 | | 05/14 | 10:57AM | 281-366-5511 | BUFFAL TX | 3 | RM21 | DT | | | | 0.00 |
| 302 | | 05/14 | 11:14AM | 985-232-2277 | HOUMA LA | 5 | 7ESM | DT | M2MC | | | 0.00 |
| 303 | | 05/14 | 11:25AM | 504-799-7576 | INCOMI CL | 2 | RM21 | DT | | | | 0.00 |
| 304 | | 05/14 | 11:27AM | 985-637-1049 | HOUMA LA | 1 | RM21 | DT | | | | 0.00 |
| 305 | | 05/14 | 11:28AM | 985-631-9604 | MORGAN LA | 3 | RM21 | DT | | | | 0.00 |
| 306 | | 05/14 | 11:34AM | 504-799-7576 | NEWORL LA | 1 | RM21 | DT | | | | 0.00 |
| 307 | | 05/14 | 11:36AM | 504-799-7576 | INCOMI CL | 2 | RM21 | DT | | | | 0.00 |
| 308 | | 05/14 | 2:58PM | 228-323-8207 | INCOMI CL | 3 | RM21 | DT | | | | 0.00 |
| 309 | | 05/14 | 7:44PM | 985-232-2277 | HOUMA LA | 1 | 7ESM | DT | M2MC | | | 0.00 |
| 310 | | 05/14 | 7:45PM | 985-232-2277 | INCOMI CL | 1 | 7ESM | DT | M2MC | | | 0.00 |
| 311 | SAT | 05/15 | 10:47AM | 985-637-9815 | HOUMA LA | 2 | NWF3 | NW | | | | 0.00 |
| 312 | | 05/15 | 10:54AM | 985-788-7408 | MANDEV LA | 2 | NWF3 | NW | | | | 0.00 |
| 313 | | 05/15 | 12:32PM | 985-232-2277 | INCOMI CL | 2 | 7ESM | NW | M2MC | | | 0.00 |
| 314 | | 05/15 | 1:43PM | 985-232-2277 | INCOMI CL | 11 | 7ESM | NW | M2MC | | | 0.00 |
| 315 | | 05/15 | 2:42PM | 985-232-2277 | INCOMI CL | 5 | 7ESM | NW | M2MC | | | 0.00 |
| 316 | | 05/15 | 3:20PM | 985-232-2277 | INCOMI CL | 5 | 7ESM | NW | M2MC | | | 0.00 |
| 317 | | 05/15 | 3:53PM | 985-232-2277 | INCOMI CL | 5 | 7ESM | NW | M2MC | | | 0.00 |
| 318 | | 05/15 | 4:49PM | 985-232-2277 | INCOMI CL | 3 | 7ESM | NW | M2MC | | | 0.00 |
| 319 | | 05/15 | 5:07PM | 985-637-9815 | HOUMA LA | 1 | NWF3 | NW | | | | 0.00 |
| 320 | | 05/15 | 5:32PM | 985-637-9815 | INCOMI CL | 3 | NWF3 | NW | | | | 0.00 |
| 321 | | 05/15 | 5:41PM | 281-366-0285 | BUFFAL TX | 1 | NWF3 | NW | | | | 0.00 |
| 322 | | 05/15 | 5:42PM | 281-366-5511 | BUFFAL TX | 6 | NWF3 | NW | | | | 0.00 |
| 323 | | 05/15 | 6:08PM | 985-709-2920 | HOUMA LA | 5 | 7ESM | NW | M2MC | | | 0.00 |
| 324 | | 05/15 | 6:18PM | 985-232-2277 | HOUMA LA | 7 | 7ESM | NW | M2MC | | | 0.00 |
| 325 | SUN | 05/16 | 3:45AM | 985-637-9815 | HOUMA LA | 1 | NWF3 | NW | | | | 0.00 |
| 326 | | 05/16 | 9:59PM | 985-232-2277 | HOUMA LA | 1 | 7ESM | NW | M2MC | | | 0.00 |
| 327 | | 05/16 | 10:00PM | 985-232-2277 | HOUMA LA | 1 | 7ESM | NW | M2MC | | | 0.00 |
| 328 | | 05/16 | 10:01PM | 985-693-4818 | LAROSE LA | 1 | 7ESM | NW | M2MC | | | 0.00 |
| 329 | | 05/16 | 10:02PM | 985-232-2277 | HOUMA LA | 1 | 7ESM | NW | M2MC | | | 0.00 |
| 330 | SUN | 05/23 | 7:52AM | 985-232-2276 | VMAIL CL | 2 | NWF3 | NW | VM | | | 0.00 |
| 331 | | 05/23 | 7:55AM | 985-232-2277 | HOUMA LA | 22 | 7ESM | NW | M2MC | | | 0.00 |
| 332 | | 05/23 | 8:44AM | 985-232-2277 | HOUMA LA | 15 | 7ESM | NW | M2MC | | | 0.00 |
| 333 | | 05/23 | 9:02AM | 504-799-7576 | NEWORL LA | 8 | NWF3 | NW | | | | 0.00 |
| 334 | | 05/23 | 9:11AM | 985-232-2277 | HOUMA LA | 15 | 7ESM | NW | M2MC | | | 0.00 |
| 335 | | 05/23 | 9:30AM | 985-691-1772 | LAROSE LA | 1 | NWF3 | NW | | | | 0.00 |
| 336 | | 05/23 | 9:31AM | 985-691-1772 | LAROSE LA | 1 | NWF3 | NW | | | | 0.00 |



Make Rubber Plug to Fit Inside Diameter of Tubing

All Thread Welded to Inside Plate

1" to 2" Thick Plate

Home PH. # 985-693-4818
Cell 985-232-3376

Deep Water Super Plug

Make Plug with Bleeder Valves or without

1 Rubber Seal Inside of Plate

Lock Nut

Weld to outside Plate only Pipe will Valve to Release Pressure to Seat Plug

Welded Nut to Hold Backup to tighten O Lock Nut

Valve

Valve

Weld to outside Plate only Pipe will Valve to Release Pressure to Seat Plug

E Mail address   LAROSER   Rogers Marine LLC

Design By Bobby Rogers SR.
At Rogers Marine LLC
I Hope this Could Be of Help
I Realy thing This Would Work.

From: rogersmarinellc <rogersmarinellc@aol.com>
To: horizonsupport <horizonsupport@oegllc.com>
Subject: Deep Water Super Plug
Date: Thu, May 13, 2010 9:38 pm
Attachments: Deep_Water_Super_Plug.JPG (344K)

*Phoned and Made Verbal Agreement at 7:55 pm and at 8:57 PM on 5/13/10*

1 Attached Images



From: rogersmarinellc <rogersmarinellc@aol.com>
To: horizonsupport <horizonsupport@oegllc.com>
Subject: Deep Water Super Plug
Date: Fri, May 14, 2010 12:04 pm
Attachments: Deep_Water_Super_Plug.JPG (344K), Deep_Water_Super_Plug_2.JPG (303K)

*[handwritten: Called on Phone 10/14/10 3 Times And again to Ms. Jessica Diller agreed to Compensate Me for My Information or Knowledge]*

To Whom It May Concern:
    I Bobby Rogers Sr. At Rogers Marine LLC sent you two Diagrams of Deep Water Super Plugs One and Two.

    I would like to let your Engineers Know. That these Plugs can be Designed with Hydrolic means to make the Plugs Seal inside
        of tubing or caseing.

*[handwritten: Phoned at 10:33 Am At 10:35 Am And At 10:57 Am made A Verbal Agreement to Send more Inforior Know.]*

Thank You
Bobby Rogers

---

2 Attached Images



---





Supper Plug

Pipe Connection

Valve

Lock Nut

1" Steel Plate Do Not Weld

Rubber Seal

Rubber Seal

Pipe Weld Pipe on inside Plate

1" Steel Plate

Rogers Marron LLC

CHOOSE It



Give This Blue Print to Mr. George on Triton Crusader Sent w/d Well a Copy of D/W Plug (Stopper) (Bob Zibeman) on the 5/20/10 Wild Well Fourchon

Pipe going up to Ship

Compress Rubber Seal in tubing Makeing Rubber Seal and Catching all of the oil

Hydrolic Ram

Rubber All Around Seal Hydrolic Ram Pipe

By Ralph Bozz

Waters Deep Blues

By Ralph Bozz

Hydrolic Ram

Plate of Iron Welded to pipe

Make Plus to fit w/d Well with 3/8" or 1/2" of Ply Around

Tubing all is Comming out of

Plate of Iron do not Weld must Slid over Pipe to Compress Rubber Seal

This → End of Pipe is Threaded in to the Pipe going to Ship outside

30' Long Pipe 15" O/D

Do not weld.

Weld Pad Eye to Connect Hydrolic Rams

Hydrolic Ram two or 4 Rams Can Be Used to Compress Rubber Seal

Rubber Seal Put over Pipe all the way to Stop Plate

5' Long Rubber Seal
15" ● I/D
20" O/D
3" Thick all Around

Inside of Jetting Pipe

1" thick Plate
20" O/D
15" I/D
Need two
Weld to Pipe

This Plug is Bored on a 21" I/D tubing. Whatever the tubing is, is the I/D. Must Build to Size!

Deep Water Stopper Plug
Sent to Wild Well Control

By

Roger Morin S.E.

Home # 985-693-4818 (985)
Cell # 985-232-2276 or 232-2277

Dear Sir

Mc. Mike Cortez        Hi

My Name is Bobby J. Rogers SR I Am
writing to Let you Know About the oil
Spill in the Gulf of Mexico. During the oil
Spill, I Contacted Horizon Support + Wild well
in Port Fourchen, Because they were Asking
for Help to Stop the oil Leak. The Leak was
Very Big, and Also it was An Emergency
Situation. I told them, that I have the
Technology to Stop the Spill, Also I Asked
if I Send them My Drawings on How to
Stop the Spill, if I would Be Compansated
if they used my Technology, And they
Agreed to Compansate Me. Mc. Cortez
Horizon Support + Wild Well took My words,
My Drawings, And My Technology And used
it, Very Success Fully in An Emergency
Situation. Now I Am going to Ask You A
Question, Does Deep water Plug
Sound Familiar?

TENDERED FOR FILING

SEP 1 6 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Mr. Cortez, I still have the original Drawings of the Deep Water Supper Plug's, That were Sent to Horizon Support And Wild Well in Port Fourchon. I Also have Email Copy's, Phone Records, And Peoples names, of who I was in Contact with. All of My Drawings which I have, Consist of A Rubber Seal under Compression with A Valve "or" Valves And Syphon Pipe to A Station. Mr Cortez, when I told Horizon Support And Wild well that, I have the Technology to Stop the Spill, I gave them My word, And I was Also true to it! They Also gave Me there word that I would Be Compansated for ~~Technology~~ My Technology And to this Day They were not true to there Word!

Mr. Cortez with all that Being said, I would Like For Horizon Support. & Wild Well to Be true to there word! Therefore, I am requesting Payment for The Issue at Hand "Issue Price" Mr. Mike Cortez, Please Contact Me Back, So, we can, Discuss the "Issue Price" to find a Solution for this Situation Mr. Cortes an agreement is an agreement, And many Verbal agreements are Legally binding! Sir, you can contact Me By Phone, or By writing.

Home Phone # 985-693-4818
Cell # 985-232-2276
P.O. Box 1002
Larose, LA. 70373

Thanks
Sign _____
Date Aug. 28-2013

Dear Sir

Mr. Mike Cortez  Hi.
My name is Bobby J. Rogers SR. I'm
writing you again to let you know
about the agreement we had at the
time of the oil spill in the Gulf
of Mexico. "Morcondo oil spill".
Mr. Cortez the agreement was that
I would produce the techonlogy, are
knowledge, which I did, And Mrs. or
Miss Jessica Diller And Mr. A. Rob
Zimmerman Agreed that I would
be compansated for my knowledge
are Technology. Mr. Cortez I Am
Requesting for Horizon Support,
B.P., And Wild Well to contact
Me Back so we can discuss
compansation price. Mr. Cortez
this Agreement is legally binding
by Law. Sir the last letter I
wrote you was on the 28 of Aug.
2013 which I mailed that Day

Next →Z        TENDERED FOR FILING

SEP 16 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Mr. Cortez I will send you Another copy of the first Letter Alone with this one. I will Also send you two copy's of My Drawings. Sir. if you look closely At My Drawings you will See the Knowledge Are Technology

1. "A rubber seal under compression"

2. "A valve or valves to regulate, direct, or control the flow of A fluid."

3. "A siphon Pipe to A station or A ship"

Now with All that Being said I Hightly Request ya'll contact Me Back. for discussion of Compansation Price!

Thank's       today is the 23 of Sept. 2013

Sign [signature]

P.S. that is the same Knowledge Are Technology, that was used to stop the oil spill!

**bp**



## Jayne Piana

Counsel
Global Patents and Technology Law

BP America Inc.
BP Legal
501 Westlake Park Blvd.
Houston, TX 77079

Via U.S. Mail

October 7, 2013

Mr. Bobby Rogers, Sr.
P.O. Box 1002
Larose, LA  70373

Direct: 281-504-2892
Email: Jayne.Piana@bp.com

Dear Mr. Rogers:

I am writing in reply to your letters dated August 28 and September 23, 2013 addressed to Mike Cortez, BP's Manager of Oil Spill Technology, in which you have requested payment for your submission to Horizon Support, which you called "Deep Water Super Plug."

BP is very appreciative of the many thousands of people across the globe who offered their ideas for stopping the flow of oil into the Gulf and for containing the oil. People from over 100 different countries suggested over 100,000 ideas for stopping the flow of oil in the Gulf of Mexico or containing the spill. Many of the ideas received were very similar to each other, including many that duplicated or were similar to our own internal ideas and developments.

Our records reflect that you submitted two diagrams depicting your idea by way of two emails from rogersmarinellc@aol.com dated May 13, 2010 and May 14, 2010.  Briefly your submission suggested using rubber seals within two steel plates compressed by a threaded nut and equipped with a pipe connection and valve.

BP's technical screening team reviewing suggestions reviewed your submissions and did not progress them past the first stage of review concluding that the idea could not be applied under the very challenging and specific operating conditions of the DWH well.  Emails from Horizon Support to you at rogersmarinellc@aol.com were sent on May 17, 2010 to inform you of this assessment.  Accordingly, your proposals were not passed on to the team of scientists and engineers developing the equipment and processes used in the Gulf of Mexico on the well and therefore were not used by BP. As a result, we do not consider compensation to be justified.

Mr. Bobby Rogers
October 7, 2013
Page 2 of 2

The two individuals you mention in your September 23 letter, Ms. Jessica Diller and Mr. A. Rob Zimmerman, are not employed by BP and are unknown to me. If you have more information regarding your correspondence with these individuals, please provide it.

Finally please accept our thanks for your interest in stopping the Gulf of Mexico oil leak. We truly appreciate you taking the time and effort to submit your proposals.

I would appreciate it if you would address any further correspondence on this matter to me.

Yours sincerely,

Jayne Piana

Counsel
Global Patents and Technology Law - Exploration & Production

P.S.    I attempted to email you a copy of this letter for your convenience to the email address you had previously, rogersmarinellc@aol.com, but it bounced back.

Mrs. JAyne PiANA

I Am writing in regeards to Your
Letter, that was sent oct. 7, 2013
You stated in your Letter that BP's
technical team reviewed my drawings
but did not past the first stage.
I disagree! ya'll Accepted my work
And now ya'll saying my work is
dis satisfied, But ya'll used my
technology or knowledge from My
drawings And the knowtation I
sent. therefore its clearly been Accepted
no matter what ya'll say. there fore
ya'll the client are obligated to
compensate Me. I had a verbal
Agreement Agreement with Ms. Jessica
Diller At Horizon Support to be
compensated for My work And I
Had An Agreement with Mr. A. Rob
Zimmerman At Wild Well in Port
Fouschen to Be compensated for
My work,

Mrs. Jayne

the Property is not in those copies,
but its in the information or
Knowledge and technology reflected
reflected in them. Y'll can clearly
see the Relation in Appearance of
nature, Alike though not Identical
Mathematics. Mrs Jayne (IP) law is
a Legal concept which refers to
Creations of the Mind for which
Exclusive Rights Are recognized
Copy right Legislation is part of the
wider Body of Law Known As (IP)
the term Intellectual refers broadly
to the creation of the Human Mind
Intellectual Property rights the
interests of Creators by giving them
property over creations Mrs Jayne
under the Bill of Rights it states
the right to due Process, And right to
Just compansation for property taken
by An eminent domain

Mrs. Jagne An Emergency is A
Situation that Poses An Immediate
risk to Health, Life, Property An
Environment. Now Y'll were on National
Television asking the People for
Help to Stop the oil leak Because
Ya'll did not know what to do Because
Everythine Else Y'll tried failed!
Ms Jagne My drawing clearly Shows
the Knowledge and Technology
reflected in them. the Samething
Yo'll Used to Stop the oil leak.
I will State it again A Rubber
Seal under compression (no matter
how you compress it.) A Valve or
Valves to Reduce, slow the flow
of oil and then Stopping it,
And A Siphon Pipe to A Ship
Now Mrs Jayne with all that
Being Said I Would hightly
consider Justifiable Compensation

Ms Jayne this Knowitation comes from Ya'll The inverted funnel bet Like Cap which is slightly wider than the Severed Pipe, will be placed over the spewing oil, And A Rubber Seal on the inside will Attempt to keep the oil from escaping. Rubber Seal under compression several Valves to Slow the Flow of oil and then Stoping it. And A Siphon pipe to A ship. Ms Jayne Im the fellow that Explained to Ms. Jessica Diller How to Put this in Place for it to Work and I Also Apologized to her during our Phone Conversation. Now Ya'll Know where that Knowledge the technology comes from it comes from what I sent Ya'll in An Agreement for compensation. Now Lets try to Resolve this Between Us?

Thanks   Sign _____
Date   Oct. 10. 2013

## bp



**Jayne Piana**

Counsel
Global Patents and Technology Law

BP America Inc.
BP Legal
501 Westlake Park Blvd.
Houston, TX 77079

Via U.S. Mail

October 7, 2013

Mr. Bobby Rogers, Sr.
P.O. Box 1002
Larose, LA 70373

Direct: 281-504-2892
Email: Jayne.Piana@bp.com

Dear Mr. Rogers:

I am writing in reply to your letters dated August 28 and September 23, 2013 addressed to Mike Cortez, BP's Manager of Oil Spill Technology, in which you have requested payment for your submission to Horizon Support, which you called "Deep Water Super Plug."

BP is very appreciative of the many thousands of people across the globe who offered their ideas for stopping the flow of oil into the Gulf and for containing the oil. People from over 100 different countries suggested over 100,000 ideas for stopping the flow of oil in the Gulf of Mexico or containing the spill. Many of the ideas received were very similar to each other, including many that duplicated or were similar to our own internal ideas and developments.

Our records reflect that you submitted two diagrams depicting your idea by way of two emails from rogersmarinellc@aol.com dated May 13, 2010 and May 14, 2010. Briefly your submission suggested using rubber seals within two steel plates compressed by a threaded nut and equipped with a pipe connection and valve.

BP's technical screening team reviewing suggestions reviewed your submissions and did not progress them past the first stage of review concluding that the idea could not be applied under the very challenging and specific operating conditions of the DWH well. Emails from Horizon Support to you at rogersmarinellc@aol.com were sent on May 17, 2010 to inform you of this assessment. Accordingly, your proposals were not passed on to the team of scientists and engineers developing the equipment and processes used in the Gulf of Mexico on the well and therefore were not used by BP. As a result, we do not consider compensation to be justified.

*I You Look At My Email Sent to Horizon Support You will See the Knecotation I sent to the Engineers. And Not Just wimproced By A threaded nut. A Rubber Seal Under Compression!*

Mr. Bobby Rogers
October 7, 2013
Page 2 of 2

The two individuals you mention in your September 23 letter, Ms. Jessica Diller and Mr. A. Rob Zimmerman, are not employed by BP and are unknown to me. If you have more information regarding your correspondence with these individuals, please provide it.

Finally please accept our thanks for your interest in stopping the Gulf of Mexico oil leak. We truly appreciate you taking the time and effort to submit your proposals.

I would appreciate it if you would address any further correspondence on this matter to me.

Yours sincerely,

Jayne Piana

Counsel
Global Patents and Technology Law - Exploration & Production

P.S.   I attempted to email you a copy of this letter for your convenience to the email address you had previously, rogersmarinellc@aol.com, but it bounced back.

Dear Mrs Jayne Piana

Hi My Name is Robby J. Rogers Sr.
I'm writing to Respond to you Letter
to the Deepwater Horizon Incident
Mrs. Piana the whole Knowledge and
Technology in My drawings is
A Rubber Seal. A Valve or Valves
and a Siphon Pipe to a station!
the Rubber Seal May Be compressed
By any Means and I have Proff
of that Via E-mail and Phone
Records. Now Mrs Piana my Drawings
Are Related in appearance of Nature,
Alike though not Identical
Mathematics. In Law originality
has become an Important Legal Concept
with respect to Intellectual Property
where Creativity and Invention has
Manifest as copyrightable works

TENDERED FOR FILING

SEP 1 6 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## Verbal Agreement

An Agreement is An Agreement, And Many
Verbal Agreements Are Legally Binding
Clients know they're supposed to pay
what You Both Agreed upon. Neither a
Collection Agency nor A Judge will
require you to produce a contract.
This Article will examine the circumstances
under which A verbal agreement is
legally binding And the options Available
to help you collect From A client when
you Don't have A written Contract.

The types of Agreements that are binding
If you said you would deliver something
of Value And the client Agreed to
Compensate You for that in some way,
You have An Agreement, whether this
took Place over the Phone, in Person
or Via an E-mail exchange. For A
Verbal Agreement to be binding, you
And the client simply need to Agree
on two things
The services you will Perform! and
What you will Recieve in Exchange!

Intellectual Property relates to items of information or knowledge which can be incorporated in tangible objects at the same time in an unlimited number of copies at different locations any where in the world. The property is not in those copies, but in the information or knowledge reflected in them. Mrs Piant A Major cause of conflict in client contractor relationships is client dissatisfaction with the work provided. Remember because you are not an employee, in general, your work must be acceptable to the client before he is obligated to pay you. Of course, if the client claims that your work was not acceptable but used it anyway, document that use in whatever way possible. If the client uses it it, its clearly been accepted no matter what the client says.

Mrs Jayne Piant under My Constitutional Rights in My Bill of Rights it States, the Right to Just compansation for Property taken By eminent domain. Now Mrs Piant I suggust you contact Me Back By Phone to talk compensation Are I will take All My Evidence And go to the News with It.

My Phone # is 985-693-4818
Cell 985-232-2276
Dated this day on July 14 2014 Sign



**bp**



**Jayne Piana**

Senior Counsel
Global Patents and Technology Law

BP America Inc.
BP Legal
501 Westlake Park Blvd.
Houston, TX 77079

Via Certified Mail, Return Receipt Requested

July 7, 2014

Mr. Bobby Rogers, Jr.
P.O. Box 1002
Larose, LA  70373

Direct: 281-504-2892
Email: Jayne.Piana@bp.com

Dear Mr. Rogers:

I am writing to respond to your recent phone call to the Deepwater Horizon Incident line regarding your suggestion to stop the flow of oil during the Deepwater Horizon accident.

Please find enclosed a copy of a letter I sent last year regarding your suggestion.  I am sending this letter certified mail, return receipt requested to ensure that it is received by you.

I would appreciate it if you would address any further correspondence on this matter to me.

Yours sincerely,

Jayne Piana

Jayne Piana

Enclosure

the inverted funnel like cap
which is slightly wider than the
severed pipe, will be placed over
the spewing oil, and a rubber seal
on the inside will attempt to keep
oil from escaping

This Comment was made
By a BR B.P. Rep.

World (/World)   USA (/USA)   Commentary (/Commentary)   Business (/Business)   Energy / Environment (/Environment)   Innovation
Science (/Science)   Culture (/The-Culture)   Books (/Books)   Take Action (/Take-Action)   (/content/search)

*The Dates on this Calaborate around the time with the Dates not on My Phone Records & designs*

ENERGY/ENVIRONMENT (/ENVIRONMENT)

(/About/Contact/Feedback/About-these-Ads)

# BP oil spill: 'Mystery plumber' may be brains behind containment cap

An anonymous plumber provided sketches of a flange and seal design six weeks ago that is almost identical to the containment cap lowered onto the Macondo well in the Gulf of Mexico. It's the latest effort to stop the BP oil spill.

By Patrik Jonsson, Staff writer    JULY 15, 2010



About these ads (/About/Contact/Feedb



(/Environment/2014/0827/
change-Is-your-opinion-infi
science-Take-our-quiz/Gas?
cmpid=prc:enviro:b)
Climate change: Is your opinion
science? Take our quiz!
(/Environment/2014/0827/Clima
your-opinion-informed-by-scien
quiz/Gas?cmpid=prc:enviro:b)

"Joe the Plumber" became a household name in 2008, but will anyone ever

*How can the Plumber Become A Name in 2008 when the San took Place in 2010*

know the identity of the plumber who may have brought BP to the brink of stopping the oil gushing into the Gulf of Mexico (/tags/topic/Gulf+of+Mexico).

Six weeks ago, Robert Bea (/tags/topic/Robert+Bea), an engineering professor at the University of California, Berkeley (/tags/topic/University+of+California-Berkeley), received a late-night call from an apologetic "mystery plumber." The caller said he had a sketch for,

(https://w1.buysub.com/se

*Also it wasn't Mr. R. Bea I spoke with it was Mrs. Jessica Diller that I spoke with And Apologized To*

how to solve the problem at the bottom of the Gulf. It was a design for a containment cap that would fit snugly over the top of the failed blowout preventer at the heart of the Gulf oil spill.

cds_mag_code=CSZ&cds_p

**4 Free issue**
**SUBSCRIBE**
(https://w1.buysub.com/se
cds_mag_code=CSZ&cds_p

Professor Bea, a former Shell executive and well-regarded researcher, thought the idea looked good and sent the sketches directly to the US Coast Guard (/tags/topic/U.S.+Coast+Guard) and to a clearinghouse set up to glean ideas from outside sources for how to cap the stubborn Macondo well.

**Recommended: Could you pass a US citizenship test? (/USA/2011/0104/Could-you-pass-a-US-citizenship-test/Who-signs-bills)**

When Bea saw the design of the containment cap lowered onto the well last week, he marveled at its similarity to the sketches from the late-night caller, whose humble refusal to give his name at the time nearly brought Bea to tears.

"The idea was using the top flange on the blowout preventer as an attachment point and then employing an internal seal against that flange surface," says Bea. "You can kind of see how a plumber thinks this way. That's how they have to plumb homes for sewage."



(/USA/2011/0104/Could-you-pass-a-US-citizenship-test)

**TEST YOUR KNOWLEDGE** (/csrnlists/quizzes) | Could you pass a US citizenship test? (/USA/2011/0104/Could-you-pass-a-US-citizenship-test/Who-signs-bills)

BP has received 300,000 ideas from around the world



(/Photo-Galleries/Photos-of-the-Day/2013/Photos-of-the-day-02-08)

**PHOTOS OF THE DAY** (/Photo-Galleries/Photos-of-the-Day) | Photos of the day 02/08 (/Photo-Galleries/Photos-of-the-Day/2013/Photos-of-the-day-02-08)

Smart Home Gadgets for Avoiding Disaster
TIME Magazine



(http://www.csmonitor.com/USA/2010/0622/Gulf-oil-spill-Americans-pitch-their-ideas-for-cleaning-it-up) for how to cap the well after decades-old methods failed. Everyone from amateur inventors to engineers, Hollywood stars to hucksters, have swamped the unified command with ideas.

BP executive Doug Suttles (/tags/topic/Doug+Suttles) says the new containment cap design came from weeks of trial and error. "We've been adding and trying new things constantly," Mr. Suttles said last week.

The design was originally intended to increase BP's ability to siphon oil from the well to containment ships on the surface. But in the past two weeks, it became clear to the company that the design, if it passed certain well integrity tests, could also be used to stop the flow altogether. If successful, the containment structure will be a turning point in the Gulf oil spill drama.

BP spokesman Mark Salt (/tags/topic/Mark+Salt) says, "There's no way of finding out at the moment" whether Bea's forwarded suggestion from the self-described "lowly plumber" made it into the design. "There's also a good chance that this was already being designed by the time this [tip] came in."

On the other hand, Mr. Salt adds, "I'm sure we've used bits and pieces of suggestions [from the outside] and have picked things out that could be used going forward."

As part of the response, the BP oil (/tags/topic/BP+plc) spill unified command has set up a triage of more than 30 technical personnel who put suggestions into three buckets: not possible; already considered; or feasible. According to the website, there are about 100 ideas from the outside being considered as ways to help stem the wellhead flow.

**Related:**

## Related Stories

(/Environment/2010/0713/Gulf-oil-spill-BP-tests-whether-new-cap-can-stop-leak)
Gulf oil spill: BP tests whether new cap can stop leak
(/Environment/2010/0713/Gulf-oil-spill-BP-tests-whether-new-cap-can-stop-leak)

- BP tests begin amid hope that Gulf oil spill is ending
  (/Environment/2010/0714/BP-tests-begin-amid-hope-that-Gulf-oil-spill-is-ending)

- How fast will the Gulf bounce back from the BP oil spill?
  (/Environment/2010/0713/How-fast-will-the-Gulf-bounce-back-from-the-BP-oil-spill)

*What'd we miss?　Tell us what angles to cover next.*

*Share this story:*

(https://plus.google.com/share?)

**Make a Differe**
Inspired? Here are some way
difference on this iss

TAKE ACTION (/Take-A

**Follow Stories Lik**
Get the Monitor stories you
delivered to your inb

Enter your email ...

url=http://www.csmonitor.com/Environment/2010/0715/BP-oil-spill-Mystery-plumber-may-be-brains-behind-containment-cap)

MORE          EMAIL

PRINT (/layout/set/print/Environment/2010/0715/BP-oil-spill-Mystery-plumber-may-be-brains-behind-containment-cap)

About these ads (/About/Contact/Feedb

(/About/Contact/Feedback/About-these-Ads)

(/)

## STAY CURRENT. GO FAR.

DISCOVER THE MONITOR DIFFERENCE
(/About)

ABOUT (/ABOUT)    |    CONTACT US (/ABOUT/CONTACT)    |    SUBSCRIBE (HTTPS://W1.BUYSUB.COM/PUBS/TF/CSZ/PRINT_DIGITAL
CDS_PAGE_ID=156346&CDS_MAG_CODE=CSZ&ID=1402508303756&LSID=4162123823704111&6&VID=1&CDS_RESPONSE_KEY=I4FZXSUBP)    |    E-READERS (/
                    |    ADVERTISE WITH US (/ABOUT/ADVERTISE)    |    CAREERS (/ABOUT/CAREERS)    |    FIND US ONLINE (/ABOUT/FIND-US-O

CONTENT MAP (/CSM/CONTENTMAP)    |    TEXT (/TEXTEDITION)    |    MULTIMEDIA (/MULTIMEDIA)    |    CORRECTIONS (/ABOUT/CORRECTIONS)    |    ART
                    © The Christian Science Monitor. All Rights Reserved. Terms under which this service is provided to you. (/About/Terms) Privacy Policy. (/About/Pr
                                                        CULTURE/ARTICLES-ON-CHRISTIAN-SCIENCE)



s Seal Under Compression
de of Cap.

CBSNews.com                                                              Search

CBSNEWS   CBS/AP

# BP: Cap in Place, Oil Leak "Part of the Design"



CBS

Shares     Tweets     Stumble     Email                              More +

*Updated at 8:29 p.m. ET*

Waves of gooey tar balls washed ashore where crabbers had worked the Louisiana wetlands on Friday as BP engineers adjusted a sophisticated cap over the Gulf oil gusher, trying to collect the crude now fouling four states.

Even though the inverted funnel-like device was set over the leak late Thursday, crude continued to spew into the sea in the nation's worst oil spill.

Special Section: Disaster in the Gulf
Obama to Return to Gulf Next Week as BP Caps Gusher

BP will continue using toxic dispersants to break up the oil on the surface and right at the wellhead, **CBS News Correspondent Mark Strassmann** reports from Grand Isle, La., The company has used almost two million gallons of dispersants so far. A panel of federal experts Friday recommended its continued use despite harm it causes to underwater sea life.

The sustained oil leakage, according to BP officials, was expected as engineers hope to close several open vents on the cap throughout the day in the latest attempt to contain the oil.

"We do have the cap successfully in place. ... And the oil you see escaping right

---

Most Popular

01   "Extreme" solar storm streaking towards Earth, scientists say

02   "Blade Runner" Pistorius avoids murder charge, still faces possible "culpable homicide"

03   How to watch today's Apple event

04   Apple lifts curtain on iPhone 6, Apple Watch

05   First look at the new Apple Watch



JCPenney® Official Site

Pumps

US Postal Jobs (Hiring)

now is actually part of the design," BP's chief operating officer Doug Suttles told **CBS "The Early Show"** Friday. "What we have is four vent valves on the top of this cap. We'll be successfully closing those vent valves through the course of the day.'"

BP also announced plans to ~~provide a daily warning updates on how much crude~~ is being collected by their oil drillship Enterprise.

"Things are going as planned," said BP senior vice president Kent Wells. "We now have 12 hours of experience with this. It's never done at 5,000 feet before, but I am quite encouraged."

Suttles said the valves have been left open to avoid drawing water into the containment device. The company will begin closing the vents in an effort to "capture the vast majority of the flow," ~~Suttles~~ said.

It's the latest bid to contain - not plug - the nation's worst spill. Even if the cap is successful, it will not collect all the oil coming out. Stopping the leak is still months away.

But officials were ~~optimistic when the inverted funnel-like system, wrapped in~~ hoses and more sophisticated than previous devices, started pumping oil ~~and gas~~ to a tanker ~~on the surface.~~

Coast Guard Adm. Thad Allen, the government's point man for the disaster, said a very rough estimate of current collection would be about 42,000 gallons a day — less than one-tenth of the amount leaking from the well -- and stressed that the number was an estimate. Later, BP said in a tweet that, since it was installed Thursday night, it had collected about 76,000 gallons.

"Progress is being made, but we need to caution against over-optimism," he said.

Suttles said the goal is to capture more than 90 percent of the flow, which has spewed between 21 million and 46 million gallons of oil since a rig exploded on April 20 about 50 miles from the Louisiana coast, killing 11 workers. BP was leasing the rig and is responsible to fix and clean up the spill.

As they worked on the system underwater, the effect of the BP spill was widely seen. Swimmers at Pensacola Beach rushed out the water after wading into the mess. Brown pelicans coated in chocolate syrup-like oil flailed and struggled in the surf on a Louisiana island. The oil on the beaches of East Grand Terre near Grand Isle, La., were stained in hues of rust and crimson, much like the color of drying blood.

"In Revelations, it says the water will turn to blood. That's what it looks like out here - like the Gulf is bleeding," said P.J. Hahn, director of coastal zone

### Most Shared


"Extreme" solar storm streaking towards Earth, scientists say


NCAA lifts Penn State's bowl ban, restoring scholarships in 2015


Arizona flash floods leave freeways closed, drivers stranded


First look at the new Apple Watch


Common Rx drugs could raise risk for Alzheimer's



### Most Discussed


White House: No action on immigration until after midterm elections


Ted Cruz walks out of Christian event after being booed


Ray Rice's wife defends player, blasts media


Obama will strike ISIS "wherever they exist," including Syria


Ray Rice cut by Ravens after damning video emerges

management for Plaquemines Parish as he kneeled down to take a picture of an oil-coated feather. "This is going to choke the life out of everything."

President Obama visited the Louisiana coast Friday, his second trip in a week and the third since the disaster unfolded following an April 20 oil rig explosion. Eleven workers were killed.

On Thursday, he told CNN's Larry King that he was ▓▓▓▓ over the disaster.

According to a **CBS News** poll, a majority of Americans believe the Obama administration and BP ▓▓▓▓▓▓▓▓▓▓ to clean up the oil spill. Sixty-three percent believe the government is not doing enough and 70 percent believe the same for BP.

Overall, 44 percent disapprove with the Obama administrations handling of the crisis, with 38 percent satisfied. Sixty-eight percent disapproved of BP's response, compared with just 21 percent who felt it was adequate. Those findings are similar to a CBS News poll conducted last week.



(BP)

On Thursday, the U.S. sent BP a ▓▓▓▓▓▓▓▓, which accounts for three-quarters of the company's obligations to the government to date, reports **CBS Radio News White House correspondent Peter Maer**.

A mile below the water's surface, the cap has different colored hoses loosely attached to it to help combat the near-freezing temperatures and icylike crystals that could clog it. The device started pumping oil and gas to a tanker on the surface overnight, but it wasn't clear how much.

To put the cap in place, BP had to slice off the main pipe with giant shears after a diamond-edged saw became stuck. By doing so, they risked increasing the flow by as much as 20 percent, though Allen said it was still too soon to know whether that had happened.

"Once the containment cap is on and it's working, we hope the rate is significantly reduced," he said.

The jagged cut forced crews to use a looser fitting cap, but Allen did not rule out trying to again smooth out the cut with the diamond saw if officials aren't satisfied with the current cap.

The best chance to plug the leak is a pair of relief wells, which are at least two months away. The well has spit out between 22 million and 47 million gallons of oil, according to government estimates.

In Florida, spotters who had been seeing a few tar balls in recent days found a substantially larger number before dawn on the beaches of the Gulf Islands National Seashore and nearby areas, a county emergency official said. The park is a long string of connected barrier islands near Pensacola.

David Lucas, of Jonesville, La., and a group of friends abruptly ended their visit to Pensacola Beach after wading into oily water.

"It was sticky brown globs out there," Lucas said after the group cleaned their feet in the parking lot and headed south to Orlando.

Just to the west at Gulf Shores, Ala., Wendi Butler watched glistening clumps of oil roll onto the white sand beach during a morning stroll. An oily smell was in the air.

"You don't smell the beach breeze at all," said Butler, 40.



Map shows the forecast location for oil for Friday, June 4, 2010.

(AP/CBS/NOAA)

Butler moved to Perdido Bay from Mobile days before the spill. Now, her two kids don't want to visit because of the oil and she can't find a job.

"Restaurants are cutting back to their winter staffs because of it. They're not hiring," she said.

Meanwhile, BP PLC Chief Executive Tony Hayward sought to reassure investors, saying the company has "considerable firepower" to cope with the severe, long-running costs. Hayward and other senior BP executives struck a penitent note in their first comprehensive update to shareholders since the oil rig explosion, stressing their commitment to rebuilding BP's tarnished reputation, improving safety measures and restoring the damaged Gulf coast.

"We will meet our obligations both as a responsible company and also as a necessary step to rebuilding trust in BP as a long term member of the business communities in the U.S. and around the world," said BP Chairman Carl-Henric Svanberg. "This is in the interest of all our stakeholders."

In oil-soaked Grand Isle, BP representative Jason French might as well have painted a bulls-eye on his back. His mission was to be BP's representative at a meeting for 50 or so residents who had gathered at a church to vent.

"We are all angry and frustrated," he said. "Feel free tonight to let me see that anger. Direct it at me, direct it at BP, but I want to assure you, the folks in this community, that we are working hard to remedy the situation."

Residents weren't buying it.

"Sorry doesn't pay the bills," said Susan Felio Price, who lives near Grand Isle.

"Through the negligence of BP we now find ourselves trying to roller-skate up a mountain," she said. "We're growing really weary. We're tired. We're sick and tired of being sick and tired. Someone's got to help us get to the top of that mountain."

Newly disclosed internal Coast Guard documents from the day after the explosion aboard the Deepwater Horizon rig indicated that U.S. officials were warning of a leak of 336,000 gallons per day of crude from the well in the event of a complete blowout.

The volume turned out to be much closer to that figure than the 42,000 gallons per day that BP first estimated. Weeks later it was revised to 210,000 gallons. Now, an estimated 500,000 to 1 million gallons of crude is believed to be leaking daily.

The Center for Public Integrity, which initially reported the Coast Guard logs, said it obtained them from Rep. Darrell Issa, R-Calif., ranking Republican on the House Oversight and Government Reform Committee.

The logs also showed early in the disaster that remote underwater robots were unable to activate the rig's blowout preventer, which was supposed to shut off the flow from the well in the event of such a catastrophic failure.

© 2010 CBS Interactive Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report.

Shares    Tweets    Stumble    Email                    More +

**CBSNews**
Featured in U.S.



**9/11 Memorial Museum unveils powerful new exhibit**



**13 years after 9/11, are we safer?**

Popular on CBS News


Zeus, world's tallest dog, dead at 5


Ohio prison escape wasn't a complete surprise


James Brown calls on men to help prevent domestic violence


Despite multiple malpractice payouts, doctors often keep practicing


Feds tighten regulations on reporting workplace accidents


Girl killed on 9/11 honored by scholarship in her name


Ravens fans, men and women, wear Rice's No. 27

Investigation into Tony Stewart crash completed



BP: Cap in Place, Oil Leak "Part of the Design" - CBS News

# Comments

Search...

Intransitive =
to rest satisfied or apparently
satisfied, or to rest without
opposition and discontent (usually
implying previous opposition or
discontent) to accept or consent
by silence or emitting to object -
Followed by "in" sometimes also by
"with" and "to"

Similiar =
Related in appearance of nature,
Alike though not Identical
Mathematics

Originality =
in Law originality has become an
Important Legal Concept with respect
to Intellectual Property, where
Creativity and Invention has
Manifest as copyrightable works

TENDERED FOR FILING

SEP 1 6 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Intellectual Property =
Intellectual Property relates to items
of information or knowledge which
can be incorporated in tangible objects
At the same time in an unlimited number
of copies At different Locations Anywhere
in the world. The property is not in
those copies, but in the information
or knowledge reflected in them.

(IP) Law is a legal concept which
refers to Creations of the mind for
which Exclusive Rights Are recognized

Under (IP) Law - owners Are granted
Certain exclusive rights to A variety
of Intangible Assets Such as Musical,
Literary, and Artistic works; discoveries
And Inventions; And words, Phrases,
Symbols, And designs Common types of (IP)
include copyrights, trademarks, Patents,
Industrial design rights Trade dress
And in some jurisdictions Trade Secrets

Copyright Legislation - is part of the
wider Body of Law Known as (IP)
The term Intellectual refers broadly
to the creation of the Human Mind
Intellectual Property rights the interests
of creators by giving them property
over creations

Literary, Artistic, And Scientific works
Performances of Peforming Artists,
Phonograms, And Broadcast
Inventions in All fields of Human Endeavors
Scientific Discoveries;
Industrial Designs;
Trademarks, service marks, And Commercial
names and Disignations
Protection Againts unfair competition
And All other rights resulting from
Intellectual Activity in The
Industrial and Scientific Literary or
Artistic fields

Emergency = An Emergency is A Situation that Poses An Immediate risk to Health, Life, Property An Environment

Situation = Manner of Being situated; Location or Position with reference to Environment.

Originality = in Law originality has Become An important Legal Concept with respect to Intellectual Property where Creativity And Envention has Manifest As Copyrightable works

Compression - the act of Compressing. the effect, result or consequence of Being compressed.

Valve = A Valve is a device that regula regulates, directs or controls the Flow of A Fluid (gases, Liquids, Fluidized solids, or Slurries) By opening, Closing, or partially obstructing various passage ways.

Compression = the Act of Compressing
the effect, result or consequence
of Being compressed


Valve > A valve is a device that
regulates, directs or controls the
flow of a fluid (gases, liquids,
fluidized solids, or slumes) By
opening, closing, or partially obstructing
various passage ways: for processing
of oil, gas and Petroleum


Siphon = the word Siphon (pipe, tube)
Also spelled (Syphon) is some times
used to refer to a wide variety of
Devices that involve the flow of
Liquids through tubes, pipes to.
A Station


Station = is A place or position where
A person or thing stands or is
Assigned to stand; A Post

Interlectual property relates to items of information or knowledge, which can be incorporated in tangible objects at the same time in an unlimited number of copies at different locations anywhere in the world. The property is not in those copies but in the information or knowledge reflected in them. Intellectual Property rights are also characterized by certain limitations such as limited duration in the case of Copyright and Patents.

For processing of oil, gas And
And Petroleum

Siphon - the word siphon (pipe, tube)
Also spelled (Syphon) is sometimes
used to refer to A wide variety of
Devices that involve the flow of
Liquids through tubes to A station

Station - is A place or position where
a person or thing stands or is Assigned
to stand; A Post

Discuss = to consider or Examine by
Argument, comment, ect. etc. to talk
over or write about, especially to
explore Solutions, Debate i to discuss
the. Issue At HAnd

Issue At hAnd = Meaning, definition
At issue, BAck Issue, Issue Price,
MAke An Issue of.

Verbal Agreement?

An agreement is an agreement, and many Verbal Agreements Are Legally Binding. Clients know they're supposed to pay what you Both Agreed upon. Neither a Collection Agency nor a judge will require you to produce a contract. This Article will examine the circumstances under which a verbal agreement is Legally binding and the options available to help you collect From A client when you Don't have a written Contract.

The types of agreements that Are binding If you said you would deliver something of value and the client Agreed to Compensate you for that in some way, you have an agreement, whether this took place over the Phone, in Person or via an E-mail Exchange. For A verbal Agreement to be Binding, you and the client simply need to Agree on two things:
The services you will Perform
What you will Recieve in Exchange.

A major cause of conflict in
client contractor relationships is client
dissatisfaction with the work
provided. Remember, Because you are
not an employee, in general, your work
must be acceptable to the client before
he is obligated to pay you. of course,
if the client claims that your work was
unacceptable but used it Anyway,
document that use in whatever way
possible. If the client uses it, its
clearly been accepted no matter
what the client says

Situation = Manner of Being situated
location or Position with Reference
to Environment

Technologies significantly affect
Human as well as other animal
species, ability to control and adapt to
~~there~~ their natural environments.
The term can either be Applied
generally or to specific Areas; examples
include construction technology,
medical technology, and information
technology.

Knowledge is a Fimiliarity with
Something, which can include facts,
information, discriptions, or skills
Acquired through experence or education

Knowledge definition Artificial intelligence
science the objects, concepts And
relationships that are Assumed to exist
in some Area of ~~inte~~ interest.



**UNITED STATES POSTAL SERVICE**

U.S. POSTAGE
PAID
LAROSE LA
70373
SEP 15 '14
AMOUNT
**$11.75**
00093233-01
70130

1006

7013 3020 0000 2582 2005

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

FROM: Bobby J. Rogers SR
PO Box 1802 LaRose LA
70373

TO: Clerk of Court Eastern Distri
500 Poydras Street
New Orleans LA 70130

Room C-151

# PRIORITY
# ★ MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

P S00001000014

 This envelope is made from post-consumer waste. Please recycle – again.