UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

Bobby Rogers Sr,  
Plaintiff

CIVIL ACTION

-vs-

No. MDL2179J-1

BP,  
Defendant(s)

Section "J" Mag "1"

Proposed order:

Motion for funds of compensation for the use of information and knowledge

Order Granted  _____

Judge

TENDERED FOR FILING

SEP 1 6 2014

U.S. DISTRICT COURT  
Eastern District of Louisiana  
Deputy Clerk