UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

CONSENT MOTION
FOR EXTENSION OF TIME FOR JARROD A. BURRLE TO RESPOND
TO SPECIAL MASTER'S MOTION FOR RETURN OF PAYMENTS

COMES NOW Special Master Louis J. Freeh, who files this consent motion for an extension of time for Jarrod A. Burrle ("Burrle") to respond to the Special Master's motion seeking return of payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), and states as follows:

1. On June 10, 2014, the Special Master filed a motion seeking return of payments made by the DHECC on a seafood compensation claim filed by Burrle [Rec. Doc. 13010].

2. On June 17, 2014, the Court entered an order requiring that any opposition to the Special Master's motion be filed by July 25, 2014 [Rec. Doc. 13025].

3. On August 20, 2014, attorney George Gates filed motions to enroll as Burrle's counsel and to extend the time to respond to the Special Master's motion [Rec. Doc. 13305, 13306].  The Clerk of Court marked both motions as deficient.

4. On September 4, 2014, a new motion to enroll Mr. Gates as Burrle's counsel was filed, which the Court granted on September 8, 2014 [Rec. Doc. 13367].

5. On September 15, 2014, counsel for the Special Master contacted Mr. Gates, and offered to provide copies of the docket filings related to the Special Master's June 10, 2014

motion. Mr. Gates requested a 30-day continuance for filing a response to the Special Master's motion. Counsel for the Special Master had no objection to the request, and offered to file a consent motion concerning the request with the Court.

6. On September 16, 2014, counsel for the Special Master provided Mr. Gates by email with copies of the docket filings related to the Special Master's motion.

7. On September 16, 2014, counsel for the Special Master contacted all other counsel who have filed or received papers related to the Special Master's motion, advising counsel of the request by Mr. Gates for additional time to file a response. Counsel for the Special Master asked if any counsel objected to the request for additional time.

8. Counsel for Andry Lerner, LLC, Glen Lerner, and Woodbridge Baric Pre-Settlement Funding, LLC had no objection to the extension request. Counsel for Jon Andry, David Bravo, and the Palazzo Law Firm did not respond to the Special Master's inquiry.

9. The proposed extension is consistent with the time needed for counsel to investigate and draft a response brief. The continuance does not prejudice either those who already have opposed the Special Master's motion or the public interest.

10. For these reasons, the Special Master asks the Court to enter an order directing that any response by Jarrod A. Burrle to the Special Master's motion for return of payments made by the DHECC should be filed 30 days from the date of entry of the Court's order, with any reply brief by the Special Master to be filed 14 days after Burrle's filing.

                                          Respectfully submitted,

                                          _____/s/ Louis J. Freeh_____
                                          Louis J. Freeh
                                          Special Master

Dated: September 17, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this ___17th___ day of ___September___, 2014, by electronic mail, on the following:

George M. Gates, IV
650 Poydras Street, Suite 2323
New Orleans, LA 70130-7208
*Attorneys for Jarrod A. Burrle*

Lewis O. Unglesby
Lance C. Unglesby
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
*Attorneys for Jon Andry*

Pauline F. Hardin
James E. Wright, III
Virginia W. Gundlach
Jones Walker LLP
201 St. Charles Ave. – 49th Floor
New Orleans, LA 70170

    and

William W. Taylor, III
Amit P. Mehta
Zuckerman Spaeder LLP
1800 M. Street, NW – Suite 1000
Washington, DC 20036-5807
*Attorneys for Glen J. Lerner*

Douglas S. Draper
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, LA 70130
*Attorneys for Andry Lerner, LLC*

George D. Fagan
Margaret F. Swetman
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
*Attorneys for Woodbridge Baric Pre-Settlement Funding, LLC*

David D. Bravo, Esq.
The Law Firm of David D. Bravo, APLC
610 Baronne St.
New Orleans, LA 70113

Leo J. Palazzo, Esq.
Jason Markey, Esq.
Mario A. Arteaga, Esq.
Palazzo Law Firm
732 Behrman Highway, Suite F
Gretna, LA 70056


/s/Louis J. Freeh
Louis J. Freeh