UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

Before the Court is a consent motion for an extension of time for Jarrod A. Burrle ("Burrle") to respond to the Special Master's motion seeking return of payments made by the Deepwater Horizon Economic Claims Center [Rec. Doc. 13010]. Upon consideration of this consent motion,

IT IS HEREBY ORDERED that any response by Burrle to the Special Master's motion shall be filed on or before _____. Any reply by the Special Master to Burrle's response shall be filed on or before _____. The Court will advise the parties if it requires oral argument.

Signed in New Orleans, Louisiana, this _____ day of September, 2014.

_____
United States District Judge