UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: Nos. 10-2179; 10-4536; 10-2771 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANADARKO PETROLEUM CORPORATION'S MEMORANDUM REGARDING THE LENGTH OF THE PENALTY PHASE TRIAL

Anadarko Petroleum Corporation respectfully submits this memorandum regarding the length of the Penalty Phase trial scheduled to begin on January 20, 2015. At the March 21, 2014 status conference, the trial length discussed by the Court and the parties was three weeks. Anadarko made the point then that it needed to have separate time allotted for its own unique case, which it estimated would take roughly two trial days. During the discovery conference on September 4, 2014, the parties were advised that the Court is now contemplating a two-week trial with each "side" getting four seven-and-one-half hour trial days to put on its case. Anadarko respectfully submits that this reduced trial length would deprive Anadarko of its ability to put on a full and fair defense to the United States' Clean Water Act claims. It therefore asks that the Court allow a three-week Penalty Phase trial, and agrees with the points made by BPXP in *BPXP's Memorandum Regarding Penalty Phase Trial Time* filed this date.

Anadarko makes the following supplemental points. The size of the potential CWA penalties that the United States may seek against each defendant in this phase is unprecedented - some $18 billion against BP and over $4 billion against Anadarko. To boot (and setting aside, for the moment, Anadarko's disagreement with this position), the United States has argued that

the defendants bear the burden of proof on each of the eight penalty factors that the Court must consider for purposes of assessing a penalty.  *See* U.S. Mem. on the Burden of Proof [Rec. Doc. 12479].  For obvious reasons, it is critical that each defendant have sufficient trial time to present its case.  While there is some overlap on certain factors between the defendants (such as seriousness, where BP will take the lead and Anadarko does not intend to present additional evidence), many factors remain that are unique to Anadarko—*e.g.*, its specific mitigation efforts, the economic impact of a penalty on Anadarko, and factor 8 "other matters" such as the effect of imposing penalties on non-operating parties.

      Anadarko currently plans to have one fact witness and two expert witnesses testify at trial.  The United States has submitted three expert reports that express opinions on Anadarko-specific matters, which is more than Anadarko initially anticipated given the United States' early predictions.  Anadarko cannot elicit meaningful direct, cross, and redirect testimony from these six witnesses in just a few hours.  From its perspective, the case has expanded, not contracted.  Accordingly, Anadarko respectfully requests that the Court revert to a three-week trial length, consisting of 30 hours per week (over 4 days per week), with each side receiving one half of the full trial time.

                              Respectfully submitted,

DATED: September 17, 2014         **BINGHAM McCUTCHEN LLP**

                              /s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
Thomas R. Lotterman
Thomas.lotterman@bingham.com
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

Attorneys for Anadarko Petroleum Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on September 17, 2014.

                                                        /s/ *Ky E. Kirby*
                                                          Ky E. Kirby