UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

### GLEN J. LERNER'S MOTION AND INCORPORATED MEMORANDUM REQUESTING LEAVE OF COURT TO FILE MEMORANDUM CONCERNING PROCEDURES FOR RESOLUTION OF SHOW CAUSE ORDER

**NOW INTO COURT**, through undersigned counsel, comes Glen J. Lerner, who, reserving all rights and defenses, appears solely for the purpose of requesting that this Court permit him to file a memorandum concerning procedures for resolution of issues related to the Court's September 6, 2013 Order. Rec. Doc. 11288 (the "Show Cause Order" or the "Order"). Lerner seeks to file a memorandum of no more than 12 pages and no exhibits, attached hereto as Exhibit A (the "Proposed Memorandum").

The Court has set a status conference in this matter for September 23, 2013, and has advised that it intends at the conference to address procedural issues surrounding the Show Cause Order. The Court has indicated that it will accept no further filings relating to the Show Cause Order and the Special Master's Report. Rec. Doc. 12446. However, numerous parties and their counsel will be present at the status conference. To facilitate efficient resolution and provide for an orderly process, Lerner believes that the Proposed Memorandum will aid the Court in setting procedures for the resolution of procedural issues and the merits of the Show Cause Order.

4627487.1

For the foregoing reasons, Glen J. Lerner respectfully requests that the Court grant this Motion and direct the Clerk to accept the Proposed Memorandum for filing.

Date:  September 18, 2014                    Respectfully submitted,


*/s/ William W. Taylor, III*
William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

AND

Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

*Attorneys for Glen J. Lerner*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18th day of September, 2014.

                                                          */s/ William W. Taylor, III*
                                                          William W. Taylor, III

4627487.1