UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**ORDER**

**CONSIDERING** Glen J. Lerner's Motion Requesting Leave of Court to File Memorandum Concerning Resolution of Show Cause Order

**IT IS ORDERED** that the Motion is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Clerk shall accept Glen J. Lerner's Memorandum Concerning Resolution of Show Cause Order for filing.

New Orleans, Louisiana this _____ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE