UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | ) | MAG. JUDGE WILKINSON |
| 14-1525 | ) | |
| | ) | |

## OBJECTION AND APPEAL OF THE MAGISTRATE'S REPORT AND RECOMMENDATION

**NOW COMES** Plaintiff, Edward Wisner Donation (hereinafter "Donation" or "Wisner") through undersigned counsel, who submits the instant Objection and Appeal of the Magistrate's Report and Recommendation [Rec. Doc. 17] in accordance with Fed. R. Civ. Proc. 72(b)(2). Wisner objects to the Magistrate's findings related to Wisner's Expedited Motion for Preliminary Injunction [MDL Rec. Doc. 13152] and its findings related to Wisner's Motion in Limine [MDL Rec. Doc. 13227].[1] Wisner does not object or appeal from the Magistrate's decisions related to the denial of BP's Motion to Dismiss [MDL Rec. Doc. 13177].

While it objects generally to the Magistrate's recommendations and reserves its rights to argue and/or submit additional evidence to the District Court should it so request, Wisner makes two discreet points. First, the Magistrate's findings as to the interpretation of the Access Agreement should be limited to the confines of the standard with which he reviewed the issue, namely, that the likelihood of success on the merits prong of a preliminary injunction was not

---

[1] While the Magistrate noted that "[a]ll parties had not consented to proceed" before the Magistrate, *id.* at 24, Wisner did in fact consent to proceed before the Magistrate at the status conference. BP refused to submit. To the extent any further consent is needed, Wisner does so here.

1

satisfied. *Recommendation*, at 16. There has been no evidentiary hearing or discovery. Wisner should still be entitled to pursue discovery on this issue.

Second, Wisner is agreeable, subject to the reservation of rights herein, to a settlement conference before the Magistrate to discuss the residual clean-up operations damage as well as resolving the issue of significant outstanding costs to be reimbursed under the Access Agreement. Ideally, these outstanding issues can be resolved contemporaneously with these objections.

As to all other issues, Wisner adopts and incorporates by reference all of its law, argument, and evidence submitted in its Expedited Motion for Preliminary Injunction [MDL Rec. Doc. 13152], Reply in Support of Expedited Motion for Preliminary Injunction [Rec. Doc. 16], Opposition to BP's Motion to Dismiss [MDL Rec. Doc. 13296], and Motion in Limine [MDL Rec. Doc. 13227].


Respectfully submitted,

/s Soren Gisleson

| | |
|---|---|
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| Soren E. Gisleson, La Bar No. 26302 | Bob Wright La Bar No. 13691 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY |
| 820 O'Keefe Avenue | & EDWARDS LLC |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhkc.com | Fax No. (337) 233-2796 |
| E-Mail: sgisleson@hhkc.com | E-Mail: jimr@wrightroy.com |

Calvin C. Fayard, Jr. La. Bar No. 5486
C. Caroline Fayard La. Bar No. 30888
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Fred Herman La Bar No. 6811
Law Offices of Fred Herman
1010 Common St., Suite 3000
New Orleans, LA  70112
Phone: 504-581-7070
Fax: 504-581-7083

Walter Leger, Jr. La. Bar No. 8278
Leger & Shaw
600 Carondelet St., 9th Floor
New Orleans, LA 70130
Phone: (504) 588-9043
Fax: (504) 588-9980

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system, and *via* E-Mail and by U.S. Mail this 19th day of September, 2014.


  **/s/Soren Gisleson**