IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * * | SECTION J |
| This document relates to 12-970 | * * | |
| | * * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

## JOINT MOTION OF BP AND THE ECONOMIC CLASS FOR ENTRY OF ORDER REGARDING INSURANCE PROCEEDS FOR TRANSOCEAN PERSONNEL

BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") and the *Deepwater Horizon* Economic and Property Damages Settlement Class (the "Economic Class" and together with BP, the "Parties"), by and through their respective undersigned counsel, hereby jointly move for the entry of the attached order.

In furtherance of this motion, the Parties stipulate and agree that BP's transfer of $82,170,000.00 to a trust account established as described and authorized by court order (Rec. Doc. 12997) to retain such funds in accordance with the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as amended on May 2, 2012 (Rec. Doc. 6430-1) ("Settlement Agreement") shall, without more, fully and finally satisfy and discharge BP's obligations under the Settlement Agreement relating in any way to "Insurance Proceeds for Transocean Personnel," as such term is referred to in Section 5.14 of the Settlement Agreement and Section 1.1.4.2 of Exhibit 21 thereto.

The Parties further stipulate and agree that, upon BP's transfer of the aforementioned funds to the aforementioned trust account, neither the Economic Class, nor any member of the Economic Class, nor any of its Class Counsel shall make any claim that the Economic Class, any member of the Economic Class, or any of its Class Counsel is entitled to any payment of any greater or further amount for "Insurance Proceeds for Transocean Personnel" or that BP has not fully satisfied or discharged its obligations under Section 5.14 of the Settlement Agreement and Section 1.1.4.2 of Exhibit 21 thereto.

This Joint Motion is expressly without prejudice to any rights, claims or objections that BP, the Economic Class, and/or Economic Class Counsel has or may have, now or in the future, with regard to the interpretation or implementation of the Settlement Agreement in any respects not addressed by this Joint Motion, and each of BP, the Economic Class, and Economic Class Counsel expressly reserves any such claims and objections.

A proposed order accompanies this Joint Motion.

| | |
|---|---|
| Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX 77079<br>Telephone: (281) 366-2000<br>Telefax: (312) 862-2200 | /s/ Robert C. "Mike" Brock<br>Robert C. "Mike" Brock<br>Allan B. Moore<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 662-5985<br>Telefax: (202) 662-6291 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Telefax: (202) 942-5999 | /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108 |
| Kevin M. Downey<br>F. Lane Heard III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Telefax: (202) 434-5029 | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Telefax: (312) 862-2200 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Telefax: (312) 876-7934<br><br>*OF COUNSEL* | Jeffrey Bossert Clark<br>Dominic E. Draye<br>Thomas P. Weir<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

Date: September 19, 2014

*ECONOMIC AND PROPERTY DAMAGES LEAD CLASS COUNSEL*

*[signature]*

Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024

Lead Economic and Property Damages
Class Counsel

Respectfully submitted,

*[signature]*

James Parkerson Roy, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796

Lead Economic and Property Damages
Class Counsel

*ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL*

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Telefax: (843) 216-9290

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office: (757) 670-3888
Telefax: (757) 670-3895

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
Office: (985) 876-7595
Telefax: (985) 876-7594

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of September 2014.

_/s/ Don K. Haycraft_
Don K. Haycraft