IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * * | SECTION J |
| This document relates to 12-970 | * * | |
| | * * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |

## ORDER REGARDING
## INSURANCE PROCEEDS FOR TRANSOCEAN PERSONNEL

The Court has considered the Joint Motion of BP and the Economic Class for Entry of Order Regarding Insurance Proceeds for Transocean Personnel, as submitted jointly by BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") and the *Deepwater Horizon* Economic and Property Damages Settlement Class (the "Economic Class"). The Joint Motion is hereby GRANTED.

IT IS ORDERED that BP shall transfer $82,170,000.00 to a trust account established as described and authorized by court order (Rec. Doc. 12997) to retain such funds in accordance with the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as amended on May 2, 2012 (Rec. Doc. 6430-1) ("Settlement Agreement").

IT IS FURTHER ORDERED that the transfer of such sum, without more, fully and finally satisfies and discharges BP's obligations under the Settlement Agreement relating in any way to "Insurance Proceeds for Transocean Personnel," as such term is referred to in Section 5.14 of the Settlement Agreement and Section 1.1.4.2 of Exhibit 21 thereto.

IT IS FURTHER ORDERED that, upon BP's transfer of the aforementioned funds to the aforementioned trust account, neither the Economic Class, nor any member of the Economic Class, nor any of its Class Counsel shall make any claim that the Economic Class, any member of the Economic Class, or any of its Class Counsel is entitled to any payment of any greater or further amount for "Insurance Proceeds for Transocean Personnel" or that BP has not fully satisfied or discharged its obligations under Section 5.14 of the Settlement Agreement and Section 1.1.4.2 of Exhibit 21 thereto.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE