UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-311 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is Liberty Insurance Underwriters, Inc.'s Motion for Leave to File Supplemental Memorandum. (Rec. Doc. 13398)

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 19th day of September, 2014.

_____
United States District Judge