UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| **No. 12-970** | * | **MAGISTRATE SHUSHAN** |
| | * | |

## ORDER

Before the Court is Glen J. Lerner's Motion Requesting Leave of Court to File Memorandum Concerning Procedures for Resolution of Show Cause Order.  (Rec. Doc. 13407).

In an earlier motion, which followed voluminous briefing and exhibits in connection with the Show Cause Order, Mr. Lerner's counsel sought leave to file a "response" to the Special Master's reply.  (Rec. Doc. 12434)  The Court denied that motion and further stated that it "WILL ACCEPT NO FURTHER FILINGS RELATING TO THE SEPTEMBER 6, 2013 SHOW CAUSE ORDER AND SPECIAL MASTER'S REPORT."  (Rec. Doc. 12446) (emphasis in original).  The Court emphasizes that when it said "NO FURTHER FILINGS" it meant exactly that.  Accordingly,

IT IS ORDERED that the instant Motion Requesting Leave of Court to File Memorandum Concerning Procedures for Resolution of Show Cause Order (Rec. Doc. 13407) is DENIED.

IT IS FURTHER ORDERED that Glen Lerner's proposed memorandum (Rec. Doc. 13407-1) be  STRUCK from the record.

New Orleans, Louisiana, this 19th day of September, 2014.

_____
United States District Judge