UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 12-970 and All Cases | * * | MAGISTRATE SHUSHAN |

### ORDER
[Regarding the Court-Designated Neutrals' Recommendations for the Seafood Compensation Program Supplemental Distribution]

The Court previously appointed John W. Perry, Jr., Daniel J. Balhoff, and Randi S. Ellis to serve as Court-Designated Neutrals over the Seafood Compensation Program within in *Deepwater Horizon* Economic and Property Damages Settlement. (Rec. Doc. 8426). This appointment included investigating and proposing a fair distribution of the balance of the seafood settlement fund. The Court has received the Court-Designated Neutrals' recommendations. Accordingly,

IT IS ORDERED that the attached letter and recommendations be filed into the record.

IT IS FURTHER ORDERED that any objections or comments to the Court-Designated Neutrals' recommendations be filed by Monday, October 20, 2014. After this date, the Court will either adopt, modify, or reject the recommendations.

New Orleans, Louisiana, this 19th day of September, 2014.

_____
United States District Judge