# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to all actions. | * * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE AND FILE UNDER SEAL EXHIBIT

Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully move the Court to file under seal Exhibit 32 Part B (Declaration of Mark Hutchins) to BP's Motion to Remove the Claims Administrator, Rec. Doc. 13347-38, and to substitute the attached document into the record of these proceedings in its place.

The Declaration of Mark Hutchins includes, as Exhibit I thereto, an agreement between PricewaterhouseCoopers LLP ("PwC") and the Claims Administrator.  PwC asserts that this document is subject to confidentiality restrictions that prohibit its public use or disclosure and has requested that this document be filed under seal.  To avoid litigation over the subject, BP does not object to filing this document under seal.  The attached document is an identical copy of Exhibit 32 Part B (Declaration of Mark Hutchins) to BP's Motion to Remove the Claims Administrator, but with Exhibit I omitted.

WHEREFORE, Defendants BP Exploration & Production, Inc. and BP America Production Company respectfully request this Court file under seal Exhibit 32 Part B

(Declaration of Mark Hutchins) to BP's Motion to Remove the Claims Administrator, Rec. Doc. 13347-38, and to substitute the attached document in its place.

| | |
|---|---|
| September 22, 2014 | Respectfully submitted, |
| Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 |   /s/ Kevin M. Downey<br>Kevin M. Downey<br>F. Lane Heard III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 434-5000<br>Telefax:  (202) 434-5029 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999 |   /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934 | Richard C. Godfrey, P.C.<br>Wendy L. Bloom<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200 |
| ***OF COUNSEL*** | Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 22nd day of September, 2014.

*/s/ Don K. Haycraft*
Don K. Haycraft