IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering BP's Motion And Incorporated Memorandum In Support of Motion To Substitute and File Under Seal Exhibit:

**IT IS HEREBY ORDERED**, that BP's Motion is **GRANTED**; and it is further

**ORDERED** that Exhibit 32 Part B (Declaration of Mark Hutchins) to BP's Motion to Remove the Claims Administrator, Rec. Doc. 13347-38, be filed under seal, and that the document attached to BP's Motion be substituted into the record of these proceedings in its place.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
**Carl J. Barbier**
**United States District Judge**