

DALLAS **HOUSTON** PLANO

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332 Fax

www.GodwinLewis.com

DONALD E. GODWIN, SHAREHOLDER
BOARD CERTIFIED - CIVIL TRAIL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:     214.939.4412
DIRECT FAX:      214.527.3112
Don.Godwin@GodwinLewis.com

September 19, 2014

**VIA EMAIL**

The Honorable Carl J. Barbier
United States District Judge
500 Poydras Street, Room C-268
New Orleans, Louisiana  70130

Re:   *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States District Court, Eastern District of Louisiana

Dear Judge Barbier:

In response to the Court's Order Rescheduling Status Conference (Dkt. No. 13357), HESI requests that the Court add to the agenda for the September 24, 2014 Status Conference a discussion of setting a briefing schedule for HESI's pending Motion for Summary Judgment Regarding Indemnification and/or Contribution For Civil Penalties (Dkt. No. 10753).

As the Court may remember, HESI filed its summary judgment motion on July 15, 2013, in accordance with the Phase Two trial timeline for dispositive motions.  At the Working Group Conference held telephonically on July 19, 2013, Judge Shushan advised that the Court had determined that HESI's motion (as well as two others) would not be resolved before the start of the Phase Two trial.  The Working Group Conference Order states: "The requirement to brief these motions is suspended pending further order from Judge Barbier."  (Dkt. No. 10810, p. 3)

Given the issuance of the Court's Phase One Findings of Fact and Conclusions of Law, and the impending Penalty Phase trial, HESI suggests that resolution of its pending motion would be timely and would appreciate the opportunity to discuss a potential briefing schedule with the Court.

2486675 v1-24010/0002 CORR

The Honorable Carl J. Barbier
September 19, 2014
Page 2

                                      Sincerely yours,

                                      Donald E. Godwin

DEG:fmh

cc:     Magistrate Judge Sally Shushan
         MDL 2179 Liaison Counsel
         Mr. Ben Allums
         Mr. Mike O'Keefe

2486675 v1-24010/0002 CORR