IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br><br>ABRADO, LLC v. BP EXPLORATION & PRODUCTION, INC., et al.<br>EDLA Case No. 2:13-cv-01770-CJB-SS | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, ABRADO, LLC, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41 and Pretrial Order No. 34, and files this Notice of Voluntary Dismissal With Prejudice whereby Plaintiff is dismissing the above-captioned action with prejudice against all Defendants and each party is to bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system and will be served electronically on all counsel of record via LexisNexis File & Serve on this 22th day of September, 2014.

Respectfully submitted,
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

/s/ *A. Renee Preston*
**A. Renee Preston – Florida Bar #639801**
**Brian H. Barr – Florida Bar #493041**
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
850.435.7000 (Telephone)
850.436.6074 (Fax