UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br>Judge Barbier<br><br>Magistrate "1" |
| This Document Relates to: | Magistrate Judge Shushan |
| 2:12-cv-01485<br>2:13-cv-05369 | |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME
TO FILE RESPONSE TO PTO 57**

COME NOW Plaintiffs, JOSEPH YERKES, GREGORY MARLER, AUSTIN NORWOOD, and JOSHUA BENGSON ("Plaintiffs"), and move for an extension of time in which to respond to Pre-Trial Order No. 57 ("PTO 57") and would show:

1. Plaintiffs have provided counsel with information responsive to PTO 57 including information regarding dates, times, and places of exposure to dispersants.

2. However, due to the nature of the proceeding and the stay imposed by this Court, it is nearly impossible for the Plaintiffs to obtain or provide all the information requested in PTO 57.  PTO 25, ¶8 ("Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints") (Rec. Doc. 983).

3. Plaintiffs' counsel has contacted counsel for the Plaintiffs' Steering Committee ("PSC") who has indicated that the PSC has no objection to Plaintiffs' requested extension of time.

4. At this moment, the Plaintiffs are awaiting responses from multiple FOIA requests, which have been made in an effort to obtain relevant information that may help in providing responses to the Court's criteria set forth in PTO 57. These FOIA requests seek the orders given by the FOSC to the armed forces or private entities concerning the aerial application of dispersants between April 20, 2010, and August 31, 2010, and all flight details. It also seeks the orders given by the FOSC to the armed forces or private entities concerning the aerial application of dispersants on July 30, 2010, and all flight details.

5. Furthermore, the Court ordered bar on individual plaintiffs conducting discovery has prevented these plaintiffs from providing thorough and adequate responses to the criteria set forth in PTO 57.

6. Specifically, Plaintiffs would seek, among other available forms of discovery, the following information:

    a. Instructions and/or Guidelines provided by the Federal Government and/or Coast Guard to the Clean-up Responder Defendants—for both aircraft and vessels;

    b. Plane flight patterns and/or way points;

    c. Schedule of flights sent out each day covering the periods of May 2010 to August 2010;

    d. Names of the aircraft and vessels used and, if possible, the dates and times that these aircraft and vessels were being used;

  e. Names and addresses of the aircraft and vessel crew members (i.e. Pilot/Captain, Spotters);

  f. Communication logs between the aircraft/vessels and Central Command center; and

  g. An official SCAT map that is used by both BP and the Federal Government in identifying areas touched by oil.

  7. The request for an extension of time to respond to PTO 57 is not made in bad faith, and due to the large number of pending claims there will be no prejudice as a result to either the Court or the Clean-up Defendants.

  8. In similar situations involving motions for summary judgment, courts have recognized that an extension of time for discovery is appropriate when relevant information is entirely within one party's control to ensure that the other party has access to adequate information to respond. *See, e.g., Iverson v. Johnson Gas Appliance Co.,* 172 F.3d 524, 531 (8th Cir. 1999).

  9. Accordingly, Plaintiffs request an extension of time to respond to those portions of PTO 57 which require information which is outside of Plaintiffs' control until such time as the Court-imposed stay on discovery is lifted and Plaintiffs are able to conduct adequate discovery on those issues.

  10. In the alternative, should the Court decline to extend the time to respond so as to allow the Plaintiffs to conduct formal discovery, Plaintiffs request an extension of time of 60 days to respond to PTO 57 with the 60 days to run from the date the Plaintiffs receive the information responsive to their FOIA requests.

11. Plaintiffs have attempted to contact counsel for BP to inquire as to whether they can agree to the requested extension of time. However, Plaintiffs were not able to receive a response before the filing of this motion.

WHEREFORE, the Plaintiffs, JOSEPH YERKES, GREGORY MARLER, AUSTIN NORWOOD, and JOSHUA BENGSON, request an extension of time in which to propound discovery and/or gather information necessary to adequately respond to PTO 57 and such other relief as the Court deems just and proper.

Respectfully submitted.

    KRUPNICK, CAMPBELL, MALONE,
    BUSER, SLAMA, HANCOCK,
    LIBERMAN, P.A.


    By: /s/   Kelley B. Stewart

    Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
    12 Southeast Seventh Street, Suite 801
    Fort Lauderdale, Florida  33301-3434
    954-763-8181 telephone
    954-763-8292 facsimile

    and

    Stuart H. Smith, Esquire
    Louisiana Bar Number:  17805
    ssmith@smithstag.com
    SMITH STAG, L.L.C.
    One Canal Place, Suite 2850
    365 Canal Street
    New Orleans, Louisiana  70130
    (504) 593-9600 telephone
    (504) 593-9601 facsimile

    *Attorneys for Plaintiffs*

**CERTIFICATE OF NON-SUPPORT**

The undersigned certifies, pursuant to Pretrial Order No. 11, that she has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Motion for Extension of Time to File Response to PTO 57.  Plaintiffs' Liaison Counsel has not agreed to support Plaintiffs' motion as of the date of this filing.

Dated on this 22 day of September 2014.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By: /s/    Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Motion for Extension of Time to File Response to PTO 57 has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of September 2014.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By:  /s/   Kelley B. Stewart

Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

and

Stuart H. Smith, Esquire
Louisiana Bar Number:  17805
ssmith@smithstag.com
SMITH STAG, L.L.C.
One Canal Place, Suite 2850
365 Canal Street
New Orleans, Louisiana  70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*