UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179 <br><br> Section "J" <br> Judge Barbier <br><br> Magistrate "1" |
| This Document Relates to: | Magistrate Judge Shushan |
| 2:12-cv-01485 <br> 2:13-cv-05369 | |

### PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF
### MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PTO 57

Plaintiffs, JOSEPH YERKES, GREGORY MARLER, AUSTIN NORWOOD, and JOSHUA BENGSON ("Plaintiffs"), file this Memorandum of Law in Support of their Motion for Extension of Time to File Response to Pre-Trial Order No. 57 ("PTO 57") and state as follows:

Federal Rule of Civil Procedure 6(b) provides in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time….

The district court is granted broad discretion to expand filing deadlines. *Hetzel v. Bethlehem Steel*, 50 F. 3d 360 (5th Cir. 1995).

As set forth in Plaintiffs' Motion for an Extension of Time to File Response to PTO 57, Plaintiffs have good cause for requesting an extension of time.  The Court-imposed stay has prevented the Plaintiffs from conducting discovery which would provide information needed

to respond to PTO 57. Moreover, much of the information sought by PTO 57 is entirely within the control of third parties over whom Plaintiffs have no control. Thus, Plaintiffs' inability to respond to portions of PTO 57 is not due to Plaintiffs' failure to timely conduct discovery.

Plaintiffs have issued Freedom of Information Act ("FOIA") requests in an effort to ameliorate their inability to access to pertinent and necessary information via discovery. Plaintiffs await responses to the FOIA requests but said responses will not be available in time to respond to the Court's imposed deadline to respond to PTO 57.

Therefore, Plaintiffs have shown good cause for requesting an extension of time for responding to PTO 57.

Respectfully submitted.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN, P.A.

        By: /s/   Kelley B. Stewart

        Kelley B. Stewart, Esquire
        Florida Bar Number:  492132
        kstewart@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida  33301-3434
        954-763-8181 telephone
        954-763-8292 facsimile

        and

        Stuart H. Smith, Esquire
        Louisiana Bar Number:  17805
        ssmith@smithstag.com
        SMITH STAG, L.L.C.
        One Canal Place, Suite 2850
        365 Canal Street

New Orleans, Louisiana 70130
(504) 593-9600 telephone
(504) 593-9601 facsimile

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Memorandum in Support of Motion for Extension of Time to File Response to Pre-Trial Order No. 57 ("PTO 57") has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of September 2014.

    KRUPNICK, CAMPBELL, MALONE,
    BUSER, SLAMA, HANCOCK,
    LIBERMAN, P.A.

    By: /s/   Kelley B. Stewart

    Kelley B. Stewart, Esquire
    Florida Bar Number:  492132
    kstewart@krupnicklaw.com
    12 Southeast Seventh Street, Suite 801
    Fort Lauderdale, Florida  33301-3434
    954-763-8181 telephone
    954-763-8292 facsimile

    and

    Stuart H. Smith, Esquire
    Louisiana Bar Number:  17805
    ssmith@smithstag.com
    SMITH STAG, L.L.C.
    One Canal Place, Suite 2850
    365 Canal Street
    New Orleans, Louisiana  70130
    (504) 593-9600 telephone
    (504) 593-9601 facsimile

    *Attorneys for Plaintiffs*