UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179  Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

O R D E R

Before the Court is a consent motion for an extension of time for Jarrod A. Burrle ("Burrle") to respond to the Special Master's motion seeking return of payments made by the Deepwater Horizon Economic Claims Center [Rec. Doc. 13010]. Upon consideration of this consent motion,

IT IS HEREBY ORDERED that any response by Burrle to the Special Master's motion shall be filed on or before __October 22, 2014__. Any reply by the Special Master to Burrle's response shall be filed on or before __November 5, 2014__. The Court will advise the parties if it requires oral argument.

Signed in New Orleans, Louisiana, this __22nd__ day of September, 2014.

_____
United States District Judge