UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 14-1525, Edward Wisner Donation v. BP Exploration & Production, Inc. | * * | MAG. JUDGE WILKINSON |

## ORDER

On September 5, 2014, the Magistrate Judge issued a Report and Recommendation (Rec. Doc. 13366) concerning (1) BP's Motion to Dismiss Complaint for Breach of Contract, Specific Performance, and Injunction (Rec. Doc. 13177), (2) the Edward Wisner Donation's Motion for Preliminary Injunction (Rec. Doc. 13152), and (3) the Edward Wisner Donation's Motion in Limine to Consider Settlement Documents with Motion for Preliminary Injunction (Rec. Doc. 13227). The Edward Wisner Donation timely filed an objection to part of the Report and Recommendation. (Rec. Doc. 13409).

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Edward Wisner Donation's objections, hereby overrules the objections, approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

IT IS ORDERED that BP's Motion to Dismiss Complaint for Breach of Contract, Specific Performance, and Injunction (Rec. Doc. 13177) is DENIED.

IT IS FURTHER ORDERED that Edward Wisner Donation's Motion for Preliminary Injunction (Rec. Doc. 13152) is DENIED.

IT IS FURTHER ORDERED that Edward Wisner Donation's Motion in Limine to Consider

Settlement Documents with Motion for Preliminary Injunction (Rec. Doc. 13227) is DENIED.

IT IS FURTHER ORDERED that the previous referral order (Rec. Doc. 13099 in C.A. No. 10-md-2179 and Rec. Doc. 7 in C.A. No. 14-1525) is VACATED.

IT IS FURTHER ORDERED that this matter is hereby REFERRED to Magistrate Judge Wilkinson solely for purposes of conducting a settlement conference on the question of what alleged damages might be attributable to the cleanup and response operations subject to the Access Agreement between the parties and whether an agreement between the parties concerning that issue might be reached before commencement of the Cam II project.

New Orleans, Louisiana, this 22nd day of September, 2014.

United States District Judge

**NOTE TO CLERK:**
**File in 10-md-2179 and 14-1525.**