UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
    "DEEPWATER HORIZON" in the
    GULF OF MEXICO, on
    APRIL 20, 2010

THIS DOCUMENT RELATES TO:

*CASES IN PLEADING BUNDLE B3*
    2:12-cv-2155
    2:12-cv-02338
    2:12-cv-2048
    2:13-cv-3747
    2:14-cv-1155

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

_____/

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PTO 57

Plaintiffs in the above specified matters ("Plaintiffs") file this Memorandum of Law in Support of their Motion for Extension of Time in which to Respond to Pre-Trial Order No. 57 ("PTO 57") and state as follows:

Federal Rule of Civil Procedure 6(b) provides in pertinent part:

When an act may or must be done within a specified time, the court may, for good cause, extend the time….

The district court is granted broad discretion to expand filing deadlines. *Hetzel v. Bethlehem Steel*, 50 F. 3d 360 (5th Cir. 1995).

As set forth in Plaintiffs' Motion for Extension of Time to Respond to PTO 57, Plaintiffs have good cause for requesting an extension of time. The Court imposed stay has prevented the Plaintiffs from conducting discovery which would provide information needed to respond to PTO 57. Moreover, much of the information sought by PTO 57 is

entirely within the control of third parties over whom Plaintiffs have no control. Thus, Plaintiffs' inability to respond to portions of PTO 57 is not due to Plaintiffs' failure to timely conduct discovery.

Plaintiffs have issued Freedom of Information Act ("FOIA") requests in an effort to ameliorate their inability to access to pertinent and necessary information via discovery. Plaintiffs await responses to the FOIA requests but said responses will not be available in time to respond to the Court's imposed deadline to respond to PTO 57.

Therefore, Plaintiffs have shown good cause for requesting an extension of time for responding to PTO 57.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Motion for Extension of Time to File Response to PTO 57 has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of September 2014.

                         _/s/ Bonnie A. Kendrick_____
                         **STUART H. SMITH (17805)**
                         Email: ssmith@smithstag.com
                         **MICHAEL G. STAG (23314)**
                         Email: mstag@smithstag.com
                         **BONNIE A. KENDRICK (31806)**
                         Email: bkendrick@smithstag.com
                         365 Canal Street, Suite 2850
                         New Orleans, Louisiana 70130
                         Telephone: (504) 593-9600
                         Facsimile: (504) 593-9601

*/s/ Kelley B. Stewart*
**KELLEY B. STEWART (492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*