UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Re: Penalty Phase Telephone Conference on Thursday, September 18, 2014]

**1. Deposition Bundles - BPXP.**

On September 17, 2014, the U.S. (Steve O'Rourke) submitted a letter concerning the deposition bundle issue for BPXP. Rec. doc. 13414. There was agreement that, subject to the two rules described in page 2 of the letter, the U.S. will not cite in its proposed findings of fact any testimony to which BPXP objected as the wrong phase. The only exceptions are the pages specified in the September 17 letter for the Rainey Phase Two and the Dupree Phase One depositions. If BPXP wishes to assert new objections or counter-designations, it may do so. The U.S. may assert objections to any counter-designations.

**2. Expert Witnesses**.

There was agreement that: (a) the parties shall designate the expert witnesses they intend to call at trial (November 19 for the U.S. and November 25 for BPXP and Anadarko); (b) these experts will be called in the parties' cases-in-chief; (c) there will not be any rebuttal experts or rebuttal expert testimony; (d) a party's right to pull down an expert before the trial is reserved; and (e) the deadlines to identify expert witnesses who will testify in their cases-in-chief shall be the deadlines for pulling down an expert (January 9, 2015 for the U.S. and January 12, 2015 for BPXP and Anadarko).

3. **Fact Witnesses**.

   Resolution of the listing of fact witnesses for the parties' cases-in-chief and rebuttal is deferred.

4. **Page limitation for Pre-Trial statements**.

   The U.S. may submit a 15 page Pre-Trial statement with no more than 10 pages concerning BPXP and no more than 5 pages concerning Anadarko. BPXP and Anadarko may submit a joint 15 page Pre-Trial statement with no more than 10 pages for BPXP and 5 pages for Anadarko.

5. **Deposition Bundles – Anadarko**.

   There are two parts to the agreement between the U.S. and Anadarko. First, if Anadarko finds that a Penalty Phase citation by the U.S. to a deposition designation submitted in Phase One inadvertently omitted the counter-designation submitted by Anadarko, Anadarko shall be able to correct the submission (BPXP shall have the same right). Second, the objections Anadarko previously made to Phase One deposition designations are reinstated.

6. **Deposition Summaries**.

   Each deposition bundle shall include two summaries: (1) one from the U.S.; and (2) a joint summary from BPXP and Anadarko. It will not be necessary for the parties to agree on an objective portion of the summary. Deposition summaries shall be submitted by December 5, 2014.

7. **Deposition Bundles – Number Permitted**.

   Judge Barbier will accept 57 deposition bundles.

8. **Deadline for objections to deposition designations**.

   December 5, 2014 shall be the deadline for objections to deposition designations. It will

not be necessary for the parties to respond to the objections.

9. **inData**.

BPXP reported that it is in communication with inData. It will be provided with the Amended Penalty Phase Schedule. The parties shall confer on the exhibits and whether the tasks performed by inData with exhibits in Phases One and Two will be performed by inData or one of the parties in the trial of the Penalty Phase.

10. **Trial**.

The parties shall have three trial weeks consisting of 90 hours or 45 hours per side. There will be no limits on fact witnesses or on experts.

11. **Expert Deposition Schedule**.

The parties anticipate the remaining issues on the expert deposition schedule will be resolved.

12. **September 24 Status Conference.**

Trial teams are not required to attend the September 24, 2010 status conference.

13. **October 6 Confidentiality Deadline**.

There was agreement that the October 6 deadline was no longer necessary. The confidentiality issues will be handled by the October 3, deadline.

The deadline for an appeal of this order is **Friday, September 27, 2014**.

New Orleans, Louisiana, this 22nd day of September, 2014.

~~SALLY SHUSHAN~~
**United States Magistrate Judge**