# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                         MDL: 2179

        "Deepwater Horizon" in the Gulf            Section J

        Of Mexico, on April 20, 2010               JUDGE BARBIER

Applies to:  *10-4536*                                   MAG. JUDGE SHUSHAN

## ORDER

### [Regarding Amended Penalty Phase Schedule]

| | |
|---|---|
| 09/26/2014 | Simultaneous exchange of reply expert reports.  Round 3:  Rebuttal.  No new experts allowed.  Opinions expressed in this round may only directly rebut opinions expressed in Round 2; i.e., they cannot contain a new methodology nor address matters that are not directly responsive to facts, assumptions, methods and opinions raised in Round 2. |
| 09/26/2014 | Exchange good faith exhibit lists. |
| 10/02/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 10/03/2014 | Serve objections to exhibit lists exchanged on 09/26/2014.  Produce TREX and page stamped versions of any exhibit not previously produced in this litigation.  Parties will also produce redacted and TREX stamped versions of exhibits over which they are narrowing their confidentiality claims, as well as a list of exhibits over which they are withdrawing confidentiality claims.[1] |
| 10/06/2014-10/10/2014 | Meet and confer regarding objections to good faith exhibit lists.  Meet and confer regarding redaction and de-confidentialization of exhibits. |
| 10/06/2014 | Commencement of expert depositions. |
| 10/15/2014 | Optional motions (limited to 10 pages double-spaced) addressing the admissibility of up to ten sample documents where an objection to the document has been made and not withdrawn. |
| 10/16/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |

---

[1]   Each party is responsible for redacting and de-confidentializing any exhibit that it produced in discovery, regardless of which party has listed that document on an exhibit list.

10/22/2014    Oppositions to 10-15-14 motions.

10/30/2014    Telephone Discovery Conference at 1:00 p.m. Central Time

10/31/2014    Each side provides its initial designations of depositions on its list of depositions.

11/03/2014    Deadline for completion of expert depositions.

11/13/2014    Telephone Discovery Conference at 1:00 p.m. Central Time

11/14/2014    File Pre-Trial motions.[2]

11/19/2014    U.S. designates the expert witnesses it intends to call at trial.

11/24/2014    Each side provides counter designations for depositions on the other side's list of depositions.

11/25/2014    BPXP and Anadarko designate the expert witnesses they intend to call at trial.

11/27/2014    Thanksgiving

11/28/2014    Each side provides any rebuttal designations for depositions on its list of depositions.

12/04/2014    Telephone Discovery Conference at 1:00 p.m. Central Time.

12/05/2014    Deadline for all parties to object to deposition designations and provide them to inData.

12/05/2014    Deadline for the submission of 3 page deposition summaries to inData. The U.S. may submit deposition summaries independent of BPXP and Anadarko. They shall submit joint deposition summaries.

12/05/2014    *Daubert* Motions filed.[3]

12/08/2014    Oppositions to Pre-Trial Motions filed.

12/09/2014    File Motions in Limine ("MILs") and Pre-Trial stipulations.[4]

---

[2] These motions are for dispositive issues and legal issues the Court can resolve at an early stage. Memoranda in support of a motion are limited to 15 pages, opposition memoranda to 15 pages, and reply memoranda to 5 pages.

[3] Memoranda in support of a motion are limited to 15 pages, opposition memoranda to 15 pages, and reply memoranda to 5 pages. The parties are reminded that this is a bench trial and that they should use great caution in filing *Daubert* motions.

| | |
|---|---|
| 12/12/2014 | Exchange final exhibit lists, which may include both deposition and non-deposition exhibits. |
| 12/12/2014 | The U.S. will disclose video clips it intends to use in its case-in-chief. |
| 12/12/2014 | Final witness and exhibit lists. |
| 12/12/2014 | inData certifies the bundles as complete. |
| 12/15/2014 | Oppositions to *Daubert* Motions. |
| 12/15/2014 | Deadline for the submission of redacted expert reports to Judge Barbier and Ben Allums (2 binders and an electronic set). |
| 12/15/2014 | The parties are to submit electronic deposition bundles to Judge Barbier. |
| 12/15/2014 | Technical equipment moved into Courthouse and Judge Barbier's courtroom. |
| 12/17/2014 | 9:30 a.m. Technical walk through for parties' technical staff only. |
| 12/18/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 12/19/2014 | Serve objections to 12/12/2014 supplemental exhibit lists. Parties will also produce redacted and TREX stamped versions of exhibits over which they are narrowing their confidentiality claims, as well as a list of exhibits over which they are withdrawing confidentiality claims. Produce TREX and page stamped versions of all exhibits not previously produced with TREX stamps. |
| 12/19/2014 | Pre-Trial statements[5]; MILs oppositions; and replies to Pre-Trial Motions. |
| 12/19/2014 | BPXP and Anadarko will disclose video clips they intend to use in their cases-in-chief. |
| 12/22/2014 | Reply to *Daubert* Motions. |
| 12/29/2014 | The U.S. will disclose video clips it intends to use in rebuttal to BPXP's and Anadarko's clips, if any. |

---

[4] Memoranda in support are limited to 15 pages, opposition memoranda to 15 pages, and reply memoranda to 5 pages.  No MILs are to raise issues regarding exhibits previously ruled upon.  Again, because this is a bench trial, the parties should exercise caution in filing MILs.

[5] The U.S. may submit a 15 page Pre-Trial statement with no more than 10 pages concerning BPXP and no more than 5 pages concerning Anadarko.  BPXP and Anadarko may submit a joint 15 page Pre-Trial statement with no more than 10 pages for BPXP and 5 pages for Anadarko.  The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial.  It may contain summaries of material facts or lists of contested facts or issues of law.  The parties shall not submit a formal pre-trial order.

12/29/2014    Reply briefs for MILs.

12/29/2014    Week of 12/29 – Parties to meet and confer on remaining objections with each party selecting up to 25 objections to challenge.

01/05/2015    The parties shall exchange all demonstratives and opening slides that they can reasonably anticipate using in openings.[6] The parties shall exchange demonstratives to be utilized for *the direct examination* of a prospective witness 48 hours before the day the demonstrative aides are to be used for the first time. Demonstrative aides to be used in *cross-examination* will be exchanged no later than 8 p.m. on the night before they are to be used for the first time. Both of these deadlines (*i.e.,* for demonstratives to be used in direct or cross) shall apply to any modified versions of demonstratives that were previously disclosed.

01/08/2015    Telephone Discovery Conference at 1:00 p.m. Central Time

01/09/2015    U.S. to identify witnesses who will testify during its case-in-chief.

01/09/2015    Supplies brought into the Courthouse.

01/09/2015    Tentative date for Final Pre-Trial Conference at 2:00 p.m.

01/12/2015    Deadline for objections to demonstratives and slides exchanged on 01-05-15.[7]

01/12/2015    BPXP and Anadarko to identify witnesses who will testify during their cases-in-chief.

01/20/2015    Commencement of Penalty Phase trial.

02/05/2015    Projected Conclusion of Penalty Phase trial.

---

[6] A simple opening or closing statement outline, bullet points, exhibits or portions of an exhibit, or a portion of written transcript of a deposition, video clips of a deposition and the like are not "demonstrative" aides and need not be exchanged in advance of their use at trial. If they are excerpts from an exhibit or a written transcript of a deposition or a video clip of a deposition, they shall clearly identify their source by reference to the exhibit number, date of deposition and page number of the transcript.

If an aide is something newly created or based on an exhibit which has been manipulated in some way, that is a "demonstrative." All demonstratives based on an exhibit shall clearly identify their source by reference to the exhibit number and be identified in accord with Phase One procedure.

[7] Limited to 5 pages collectively for all objections per party.

02/19/2015     Final Marshaling Conference at 2:00 p.m.

New Orleans, Louisiana, this 22nd day of September, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**