IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | Oil Spill by the Oil Rig | ) | |
| | "Deepwater Horizon" | ) | MDL 2179 |
| | In the Gulf of Mexico. | ) | SECTION J |
| | On April 20, 2010 | ) | |
| | | | |
| This document relates to: | | ) | JUDGE BARBIER |
| No. 12-970, Bon Secour | | ) | |
| Fisheries, Inc., et al v. BP | | ) | MAG. JUDGE SHUSHAN |
| | | ) | |
| And All Actions | | ) | |

**NOTICE OF APEAL OF CLAIMANTS, 100118906, 100002435, 100108968, 100085956, 100002391, 100002383, 100146954, 100089377 and 100002412, TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT FROM ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA (DOC. 13349)**

Notice is hereby given that Claimants, 100118906, 100002435, 100108968, 100085956, 100002391, 100002383, 100146954, 100089377 and 100002412, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from Order (Rec. Doc. 13349) dated 2nd day of September, 2014, denying Claimants' Motions for Relief from Order and Leave to File Motion to Confirm Arbitration Awards and Order Payment. (Rec. Docs. 13196, 13197, 13333). The District Court has jurisdiction over the admiralty and maritime action brought against BP under 28 U.S.C. § 1333, 33 U.S.C. § 2717(b), and 46 U.S.C. § 30101 and this Notice of appeal is made pursuant to Section 16 of the Federal Arbitration Act, 9 U.S.C. §16 and applicable federal rules.

RESPECTFULLY SUBMITTED.

s/E. J. Saad
E. J. SAAD (AL861451)
ejsaad@ejsaadlaw.com

s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)

mandrews@ejsaadlaw.com
ATTORNEYS FOR CLAIMANTS
100118906, 100002435, 100108968, 100085956,
100002391, 100002383, 100146954, 100089377
and 100002412

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA  36609
PHONE: 251-660-0888
Fax:  251-660-0777

*S/Frederick T. Kuykendall, III*
FREDERICK T. KUYKENDALL, III
ftkuykendall@yahoo.com
ATTORNEY FOR CLAIMANTS
100118906, 100002435, 100108968, 100085956,
100002391, 100002383, 100146954, 100089377
and 100002412

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151

2