IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | Oil Spill by the Oil Rig ) | |
| | "Deepwater Horizon" ) | MDL 2179 |
| | In the Gulf of Mexico. ) | SECTION J |
| | On April 20, 2010 ) | |
| | | |
| This document relates to: ) | | JUDGE BARBIER |
| No. 12-970, Bon Secour ) | | |
| Fisheries, Inc., et al v. BP ) | | MAG. JUDGE SHUSHAN |
| | ) | |
| And All Actions ) | | |

## PROOF OF SERVICE

I do hereby certify that copies of the above and foregoing Notice of Appeal filed by Claimants, 100118906, 100002435, 100108968, 100085956, 100002391, 100002383, 100146954, 100089377 and 100002412, have been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of September, 2014.

RESPECTFULLY SUBMITTED.

s/E. J. Saad
E. J. SAAD (AL861451)
ejsaad@ejsaadlaw.com

s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)
mandrews@ejsaadlaw.com
ATTORNEYS FOR CLAIMANTS
100118906, 100002435, 100108968, 100085956,
100002391, 100002383, 100146954, 100089377
and 100002412

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA  36609
PHONE: 251-660-0888
Fax:  251-660-0777

*S/Frederick T. Kuykendall, III*
FREDERICK T. KUYKENDALL, III
ftkuykendall@yahoo.com
ATTORNEY FOR CLAIMANTS
100118906, 100002435, 100108968, 100085956, 100002391, 100002383, 100146954, 100089377 and 100002412

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151