UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 13-2386 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Motion of Ameri-Force Craft Services to Compel (Rec. doc. 13324)]**

On August 26, 2014, the defendant, Ameri-Force Craft Services, Inc. ("Ameri-Force"), filed a motion to compel discovery from plaintiff, Alonzo Odums ("Odums"). Ameri-Force seeks an order requiring Odums to respond to interrogatories and requests for production of documents. Rec. doc. 13324. The motion was set for September 24, 2014. The deadline for Odums' opposition was Friday, September 19, 2014. Rec. doc. 13389. Odums did not submit any opposition. Accordingly, this motion is deemed to be unopposed, and, further, it appearing that the motion has merit,

IT IS ORDERED that Ameri-Force's motion to compel discovery (Rec. doc. 13324) is GRANTED. **Within fourteen (14) calendar days of the entry of this order**, Odums shall respond to Ameri-Force's discovery requests fully and in writing, in accordance with Federal Rules of Civil Procedure 33 and 34. All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived.

New Orleans, Louisiana, this 24th day of September 2014.

                                                  **SALLY SHUSHAN**
                                                **United States Magistrate Judge**