IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering BP's Motion And Incorporated Memorandum In Support of Motion To Substitute and File Under Seal Exhibit (Rec. Doc. 13418):

**IT IS HEREBY ORDERED**, that BP's Motion is **GRANTED**; and it is further

**ORDERED** that Exhibit 32 Part B (Declaration of Mark Hutchins) to BP's Motion to Remove the Claims Administrator (Rec. Docs. 13347-38, 13370-41) be filed under seal, and that the document attached to BP's Motion (Rec. Doc. 13418) be substituted into the public record of these proceedings in its place.

New Orleans, Louisiana this 23rd day of September, 2014.

_____
United States District Judge