Minute Entry
Barbier, J.
September 23, 2014
JS 10: 1 hr. 27 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG | :   MDL NO. 2179 |
|       "DEEPWATER HORIZON" in the | :   (REF:  12-970) |
|       GULF OF MEXICO, on | : |
|       APRIL 20, 2010 | :   SECTION: J (1) |
|  | : |
|  | : |
|  | :   JUDGE BARBIER |
|  | :   MAG. JUDGE SHUSHAN |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

| COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS |

TUESDAY, SEPTEMBER 23, 2014  2:00 P.M.
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE
RE SHOW CAUSE ORDER [11288]

As to Show cause parties: Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms.

ORDERED that all pending motions and objections pertaining to subject matter jurisdiction, personal jurisdiction, service or sufficiency of process, the Special Master's authority, etc., [E.g., 11683, 11988, 12467, 12646, 12656] are DENIED and OVERRULED for reasons stated.

ORDERED that objections to or appeals from Magistrate Shushan's discovery orders regarding this matter are OVERRULED for reasons stated. [12082, 12083, 12085, 12118]

Requests for an evidentiary hearing were argued.  The matter was taken under advisement.

ORDERED that the attached "Special Master Investigative Files - Phase 1," produced by Greg Paw on behalf of the Special Master, be admitted into the record.

PRESENT:  (see attached)