# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig
# "Deepwater Horizon"

## Status Conference–September 23, 2014

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| MARY Olive PIERSON | 225-922-6765 | Christine Reitano |
| Harry Rosenberg | 584-9219 | Gibby Andry |
| William W Taylor | 202 778 1810 | GLEN LERNER |
| KEISHA STANTON | 202 778 1841 | — |
| Douglas Draper | 504-2993300 | Andry Lerner LLC |
| James Wrong | 504 582-8234 | GLEN LERNER |
| Lewis Unglesby | 225 387 0620 | Jon Andry |
| Lionel Sutton | 504 957 4669 | Lionel Sutton |
| Kevin Dowey | 202-434-546 | BP |
| Paul Smith | 525-2200 | Andry Law Firm |
| Steve Gele | 1 | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig
# "Deepwater Horizon"

## Status Conference–September 23, 2014

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| GREGORY PAW | 267 421 7033 | Special Master |
| BRIAN NICHILO | " | Special Master |