# EXHIBIT LIST

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | | DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA |
| | | DOCKET NUMBER<br>MDL NO. 2179 (REF: 12-970) |
| | | STATUS CONFERENCE DATE<br>September 23, 2014 |
| PRESIDING JUDGE<br>CARL J. BARBIER | COURT REPORTER<br>Karen Ibos | COURTROOM DEPUTY<br>Stephanie Kall |
| DESCRIPTION OF EXHIBIT | ADMITTED | DATE |
| Special Master Investigative Files - Phase 1," produced by Greg Paw on behalf of the Special Master | X | September 23, 2014 |