**Special Master Investigative Files - Phase 1**

**NOTE:**
Highlighting in yellow indicates materials produced to show cause parties
Highlighting in green indicates public source documents

A. Information from CAO
    1. Employment agreements
    2. Code of Conduct policy
    3. Conflict of Interest policy
    4. CAO claim look-up history
    5. CAO telephone records
    6. Preliminary investigation record
        a. Juneau interviews with Sutton
        b. Michael Juneau interview with Jonathan Andry
        c. Dave Welker review
        d. CAO review of Sutton emails
        e. CAO Andry Lerner preliminary claims review
        f. CAO Thonn preliminary claims review
        g. CAO HUB fraud investigation
B. CAO Email Database
    1. CAO searchable database of all CAO staff emails from June 2012 to August 2013
    2. CAO emails used in Special Master interviews and report
    3. CAO emails produced to show cause parties (consists of all emails cited in the report, plus a search through the full CAO searchable database of the terms "Andry" and "Lerner," as well as the client name and client claim identification number for each claim filed by the Andry Lerner firm on behalf of its clients in the subject line of the emails)

C. Transcripts from Special Master sworn interviews
    1. Andry, Jonathan   (7-30-13)
    2. Juneau, Patrick   (8-1-13)
    3. Lerner, Glen   (7-31-13)
    4. Reitano, Christina   (7-29-13)
    5. Sutton, Lionel   (7-29-13)

D. Reports from Special Master interviews
    1. Andry, Gilbert (8-1-13) (unredacted)
    2. Arceneaux, Ben   (7-24-13) (redacted)
    3. Atkinson, Bill (8-10-13) (redacted)
    4. Becnel, Danny   (7-23-13) (counsel for DHECC claimants)
    5. Brown, Orran   (7-23-13 & 8-1-13) (managing partner of BrownGreer)
    6. Bryant, Mike (7-30-13) (unredacted)
    7. Buchanan, Dave   (7-24-13) (HUB investigator)
    8. Cable, Bill   (8-7-13) (BrownGreer employee who reviewed Frommeyer issues)
    9. Cahill, Jeff   (7-30-13) (unredacted)

10. Cirami, Steve   (7-23-13) (unredacted)
11. Dartez, Joey   (7-31-13) (unredacted)
12. Davis, Dustin   (7-31-13) (BrownGreer employee who reviewed Thonn claim)
13. DeSantis, Susan   (7-30-13) (unredacted)
14. Duval, David   (7-15-13, 8-22-13, 8-27-13 & 8-28-13) (redacted 7-15, 8-22; unredacted 8-27, 8-28
15. Elmhurst, Tim   (7-31-13) (unredacted)
16. Fisher, Kirk   (7-18-13 & 8-8-13) (redacted)
17. Frey, Kayla   (7-18-13) (CAO employee who tracks Code of Conduct issues)
18. Frommyer, Gabrielle   (7-31-13) (former girlfriend of Thonn)
19. Gonzales, Tim   (8-27-13) (redacted)
20. Greer, Lynn   (7-24-13 & 8-1-13) (partner in BrownGreer)
21. Hacker, Charles   (7-23-13) (lead partner at PwC)
22. Haddad, Bart   (8-2-13) (unredacted)
23. Hendrick, Christina   (7-16-13) (CAO employee on subsistence claims)
24. Herrington, Marea   (7-30-13) (unredacted)
25. Holstein, Mark   (7-16-13) (BP counsel)
26. Jenkins, Rebecca (Foreman)   (7-17-13) (redacted)
27. Juneau, Michael   (7-16-13, 8- 8-13 & 8-21-13) (redacted 7-16, 8-8; unredacted 8-21)
28. Keough, Jennifer   (7-23-13) (Garden City Group COO)
29. LeBoeuf, Kailey   (8-2-13) (unredacted)
30. Levine, Robert   (7-11-13, 8-8-13 & 8-29-13) (redacted 8-8 only)
31. Mancuso, Christine   (8-7-13) (unredacted)
32. Mercier, Todd   (7-24-13) (HUB investigator)
33. Midgette, Brian   (8-7-13) (Brown Greer employee who reviewed Thonn claim)
34. Mitchell, Henry   (7-17-13) (redacted)
35. Moskowitz, Keith   (7-25-13) (BP counsel)
36. National Center for Disaster Fraud (8-19-13) (law enforcement program)
37. Neathery, Kyle   (7-24-13) (redacted)
38. Odom, David   (7-11-13 & 8-8-13) (redacted 7-11) (8-8 only to BrownGreer)
39. Ollendike, Phillip   (7-17-13) (CAO quality assurance employee)
40. Perez, Robert   (8-2-13) (unredacted)
41. Petkausas, Roma   (8-5-13) (BrownGreer head of anti-fraud program)
42. Reade, Chris   (7-10-13, 8-1-13 & 8-6-13) (CAO IT head)
43. Rinaldi, Chris   (7-16-13) (redacted)
44. Rubio, Mary   (8-3-13) (redacted)
45. Sherick, Scot   (7-26-13) (redacted; only to BrownGreer)
46. Staley, Mark   (7-16-13)  (redacted)
47. Steilberg, Tracy   (7-11-13 & 8-27-13) (unredacted)
48. Stevenson, Scott   (8-29-13) (unredacted)
49. Tate, Leslie Butler   (8- 8-13) (unredacted)
50. Taylor, Denise   (8-9-13) (BrownGreer HR function)
51. Thonn, Casey   (7-31-13) (redacted)
52. Torres, Catherine   (7-24-13) (P&N supervisor)
53. Warner, Nicholas   (8- 2-13) (BrownGreer employee, knows Thonn)

      54. Welker, Dave   (8-6-13) (redacted)
      55. Wilkinson, Jordan   (7-15-13) (P&N supervisor)
      56. Williams, Justin   (8-2-13) (BrownGreer claims reviewer)
      57. Zola, Neil   (7-17-13) (redacted)

E. DHECC claims data
    1. Andry Lerner claims
    2. Romeo Papa claims
    3. Gabrielle Frommeyer look ups/emails

F. Court Proceedings
    1. Hearing transcript before Judge Barbier (7-19-13)
    2. Motion to Issue Subpoenas (7-26-13)
    3. Motion for Production of Documents against Andry Lerner (8-23-13)
        a. Andry Lerner's interview of Lionel Sutton
    4. Christine Mancuso affidavit  (7-29-13)

G. Crown
    1. Incorporation and business records
    2. Payments to Lionel Sutton

H. Romeo Papa
    1. Incorporation and business records
    2. DHECC claim records

I. Crescent City Group - Chinese Drywall Settlement program

J. Subpoena Responses
    1. Productions from Andry Lerner
        a. Andry Lerner emails with Sutton on Thonn claim
        b. Coastal Claims Group Thonn claim analysis
        c. Andry Lerner emails on Thonn intake
        d. Andry Lerner-Reitano Attorney Referral Agreement
        e. Materials provided to Andry Lerner by Reitano
        f. Andry Lerner emails on Thonn claim
        g. Andry Lerner claim filings on Thonn claim
        h. DHECC payments to Andry Lerner on Thonn claim
        i. Andry Lerner appeals filings on Thonn claim
        j. Andry Lerner subsistence filings on Thonn claim
        k. Thonn DHECC claim file from Sutton & Reitano
        l. Operating Agreement of Andry Lerner, L.L.C.
        m. Emails of December 2012 between Jon Andry and Glen Lerner
        n. May 8, 2012 Letter and full attorney referral agreement
        o. Notes of Andry Lerner interview of Sutton

    2. Productions from Glen Lerner
        a. Emails between Lerner and Sutton
        b. Redacted emails between Lerner and Sutton
        c. Emails between Sutton-Lerner from Jeff Cahill
        d. Sutton wire transfer/payment documents
    3. Production from Andry Law Firm
        a. Subpoena objections
        b. Claim registration form
        c. Andry Law Firm articles of incorporation
        d. Andry Law Firm claim calculation

    4. ==Production from Regions Bank==
        a. ==Crown dormant bank account (for relevant time period)==
        b. Sutton & Reitano law firm bank account
        c. Sutton, Reitano personal bank account
    5. ==Production of Sprint cell phones records==
        a. ==Sutton==
        b. ==Reitano==
    6. Production from Equifax

K. <u>Special Master Investigation</u>
    1. Integrated master timeline
    2. ==Phone record analysis==
    3. Thonn claims analysis
    4. Correspondence from Andry Lerner to Special Master
    5. Background research files
        a. ==Casey Thonn public source documents==
        b. ==Jon Andry public source documents==
        c. ==Glen Lerner public source documents==
        d. Other witness public source documents
    6. Legal research
        a. Special Master proceedings (Fed. R. Civ. P. 53)
        b. Fiduciary obligations
        c. Louisiana Rules of Professional Conduct (referral agreements)
        d. Mail & wire fraud
        e. Money laundering
        f. Unclean hands doctrine
        g. False statements
        h. Fifth Circuit principles of evidentiary analysis
    7. September 6, 2013 Report
        a. ==Report==
        b. Working papers and drafts
        c. ==Footnote documentation support==

L. <u>Special Master Discovery Productions to Show Cause Parties</u>
  1. Jonathan Andry
     a. SM-01 (616 pages) (contains supporting materials for all footnote references in the September 6, 2013 report pertaining to the issues relevant to Jonathan Andry)
     b. SM-02 (1,010 pages) (contains transcripts and exhibits for sworn testimony of 1) Jonathan Andry; 2) Glen Lerner; 3) Christina Reitano; and 4) Lionel Sutton)
     c. SM-03 (1,317 pages) (contains the following discovery:
        - Special Master Interview notes as indicated in Section D
        - Redacted sworn statement of Patrick Juneau
        - Documents from former CAO office of Christina Reitano
        -Documents from former CAO office of Lionel Sutton
        - CAO claim look-up history as noted in Section A(4)
        - CAO Andry Lerner preliminary review as noted in Section A(6)(e)
        - CAO Thonn preliminary review as noted in Section A(6)(f)
        - CAO HUB fraud investigation as noted in Section A(6)(g) above
        -CAO investigative report of July 1, 2013
        - Andry Lerner claims data as noted in Section E(1) above
        -CAO interview notes of CAO staff (Reitano, Duval, Steilberg, Cirami, Hendrick, Staley and Rinaldi)
        -HUB report on Casey Thonn claims
        -Public source documents concerning Gibby Andry, Casey Thonn, Jonathan Andry and Lionel Sutton
        - CAO emails as noted in Section B(3)

  2. Glen Lerner
     a. SM-01 (647 pages) (contains supporting materials for all footnote references in the September 6, 2013 report pertaining to the issues relevant to Glen Lerner)
     b. SM-02 (12 pages) (pursuant to the Court's October 16, 2013 Order, contains discovery of the responses of witnesses to questions asked by Mr. James A. Cobb during the course of interviews conducted by the Special Master which Mr. Cobb attended)
     c. SM-03 (1,010 pages) (contains transcripts and exhibits for sworn testimony of 1) Jonathan Andry; 2) Glen Lerner; 3) Christina Reitano; and 4) Lionel Sutton)
     d. SM-04 (1,317 pages) (contains the following discovery:
        - Special Master Interview notes as indicated in Section D
        - Redacted sworn statement of Patrick Juneau
        - Documents from former CAO office of Christina Reitano
        -Documents from former CAO office of Lionel Sutton
        - CAO claim look-up history as noted in Section A(4)
        - CAO Andry Lerner preliminary review as noted in Section A(6)(e)
        - CAO Thonn preliminary review as noted in Section A(6)(f)
        - CAO HUB fraud investigation as noted in Section A(6)(g) above

    -CAO investigative report of July 1, 2013
    - Andry Lerner claims data as noted in Section E(1) above
    -CAO interview notes of CAO staff (Reitano, Duval, Steilberg, Cirami, Hendrick, Staley and Rinaldi)
    -HUB report on Casey Thonn claims
    -Public source documents concerning Gibby Andry, Casey Thonn, Jonathan Andry and Lionel Sutton
    - CAO emails as noted in Section B(3)

 3. Lionel Sutton
   a. SM-01 (769 pages) (contains supporting materials for all footnote references in the September 6, 2013 report pertaining to the issues relevant to Lionel Sutton)
   b. SM-02 (1,010 pages) (contains transcripts and exhibits for sworn testimony of 1) Jonathan Andry; 2) Glen Lerner; 3) Christina Reitano; and 4) Lionel Sutton)
   c. SM-03 (1,317 pages) (contains the following discovery:
    - Special Master Interview notes as indicated in Section D
    - Redacted sworn statement of Patrick Juneau
    - Documents from former CAO office of Christina Reitano
    -Documents from former CAO office of Lionel Sutton
    - CAO claim look-up history as noted in Section A(4)
    - CAO Andry Lerner preliminary review as noted in Section A(6)(e)
    - CAO Thonn preliminary review as noted in Section A(6)(f)
    - CAO HUB fraud investigation as noted in Section A(6)(g) above
    -CAO investigative report of July 1, 2013
    - Andry Lerner claims data as noted in Section E(1) above
    -CAO interview notes of CAO staff (Reitano, Duval, Steilberg, Cirami, Hendrick, Staley and Rinaldi)
    -HUB report on Casey Thonn claims
    -Public source documents concerning Gibby Andry, Casey Thonn, Jonathan Andry and Lionel Sutton
    - CAO emails as noted in Section B(3)

 4. Christina Reitano
   a. SM-01 (701 pages) (contains supporting materials for all footnote references in the September 6, 2013 report pertaining to the issues relevant to Christina Reitano)
   b. SM-02 (1,010 pages) (contains transcripts and exhibits for sworn testimony of 1) Jonathan Andry; 2) Glen Lerner; 3) Christina Reitano; and 4) Lionel Sutton)
   c. SM-03 (1,317 pages) (contains the following discovery:
    - Special Master Interview notes as indicated in Section D
    - Redacted sworn statement of Patrick Juneau
    - Documents from former CAO office of Christina Reitano
    -Documents from former CAO office of Lionel Sutton

        - CAO claim look-up history as noted in Section A(4)
        - CAO Andry Lerner preliminary review as noted in Section A(6)(e)
        - CAO Thonn preliminary review as noted in Section A(6)(f)
        - CAO HUB fraud investigation as noted in Section A(6)(g) above
        -CAO investigative report of July 1, 2013
        - Andry Lerner claims data as noted in Section E(1) above
        -CAO interview notes of CAO staff (Reitano, Duval, Steilberg, Cirami, Hendrick, Staley and Rinaldi)
        -HUB report on Casey Thonn claims
        -Public source documents concerning Gibby Andry, Casey Thonn, Jonathan Andry and Lionel Sutton
        - CAO emails as noted in Section B(3)

5. The Andry Law Firm
    a. SM-01 (577 pages) (contains supporting materials for all footnote references in the September 6, 2013 report pertaining to the issues relevant to The Andry Law Firm)
    b. SM-02 (12 pages) (pursuant to the Court's October 16, 2013 Order, contains discovery of the responses of witnesses to questions asked by Mr. James A. Cobb during the course of interviews conducted by the Special Master which Mr. Cobb attended)
    c. SM-03 (1,010 pages) (contains transcripts and exhibits for sworn testimony of 1) Jonathan Andry; 2) Glen Lerner; 3) Christina Reitano; and 4) Lionel Sutton)
    d. SM-04 (1,317 pages) (contains the following discovery:
        - Special Master Interview notes as indicated in Section D
        - Redacted sworn statement of Patrick Juneau
        - Documents from former CAO office of Christina Reitano
        -Documents from former CAO office of Lionel Sutton
        - CAO claim look-up history as noted in Section A(4)
        - CAO Andry Lerner preliminary review as noted in Section A(6)(e)
        - CAO Thonn preliminary review as noted in Section A(6)(f)
        - CAO HUB fraud investigation as noted in Section A(6)(g) above
        -CAO investigative report of July 1, 2013
        - Andry Lerner claims data as noted in Section E(1) above
        -CAO interview notes of CAO staff (Reitano, Duval, Steilberg, Cirami, Hendrick, Staley and Rinaldi)
        -HUB report on Casey Thonn claims
        -Public source documents concerning Gibby Andry, Casey Thonn, Jonathan Andry and Lionel Sutton
        - CAO emails as noted in Section B(3)

6. Andry Lerner, L.L.C.
    a. SM-01 (12 pages) (pursuant to the Court's October 16, 2013 Order, contains discovery of the responses of witnesses to questions asked by Mr. James

- 8 -

A. Cobb during the course of interviews conducted by the Special Master which Mr. Cobb attended)

b. SM-02 (1,010 pages) (contains transcripts and exhibits for sworn testimony of 1) Jonathan Andry; 2) Glen Lerner; 3) Christina Reitano; and 4) Lionel Sutton)

c. SM-03 (1,317 pages) (contains the following discovery:
- Special Master Interview notes as indicated in Section D
- Redacted sworn statement of Patrick Juneau
- Documents from former CAO office of Christina Reitano
-Documents from former CAO office of Lionel Sutton
- CAO claim look-up history as noted in Section A(4)
- CAO Andry Lerner preliminary review as noted in Section A(6)(e)
- CAO Thonn preliminary review as noted in Section A(6)(f)
- CAO HUB fraud investigation as noted in Section A(6)(g) above
-CAO investigative report of July 1, 2013
- Andry Lerner claims data as noted in Section E(1) above
-CAO interview notes of CAO staff (Reitano, Duval, Steilberg, Cirami, Hendrick, Staley and Rinaldi)
-HUB report on Casey Thonn claims
-Public source documents concerning Gibby Andry, Casey Thonn, Jonathan Andry and Lionel Sutton
- CAO emails as noted in Section B(3)