Minute Entry
Barbier, J.
September 24, 2014
JS 10: 2 hr. 13 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | : | (Ref:  All Cases, 12-968, |
|     GULF OF MEXICO, on | : |  12-970) |
|     APRIL 20, 2010 | : | SECTION: J (1) |
| | : | |
| | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

COURTROOM DEPUTY:                              COURT REPORTER:
STEPHANIE KALL                                 CATHY PEPPER

WEDNESDAY, SEPTEMBER 24, 2014  9:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE

Transocean counsel Kerry Miller, United States counsel Steve O'Rourke, and BP counsel Andy Langan discussed preservation of issues relating to Transocean's potential liability for any surface discharge of oil.  The parties agreed that the issue was not resolved by the Phase One Findings of Fact and Conclusions of Law, but could be deferred until a later date.

Halliburton counsel Don Godwin, BP counsel Andy Langan, United States counsel Steve O'Rourke, and Transocean counsel Mike Doyen discussed a potential briefing schedule on Halliburton's pending motion for summary judgment regarding indemnification and/or contribution for civil penalties [Rec. Doc. 10753].  The matter was taken under advisement.

Oral Argument: Motions for Reconsideration of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions [Rec. Docs. 13303, 13308, 13318]; Argued; Steve Herman for movers;  Kevin Hodges for BP.  ORDERED that the motions are taken under advisement.

Oral Argument: BP's Motion for Restitution and Injunctive Relief [Rec. Doc. 13073]; Argued; Kevin Downey for BP; Steve Herman for the Class.  ORDERED that the motion

is DENIED.

PRESENT: (see attached)