# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 24, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Breit, Jeff | 757-622-6000 | PSC |
| Cabrase, Elizabeth | 415 956 1000 | PSC |
| Michael Palmintier | 225 343 3735 | PSC |
| Sterbcow, Paul | 504 588 1500 | PSC |
| Jones, Rhon | 334 451 0301 | PSC |
| Calvin Fayard | 664 9193 | PSC |
| Joe Rice | 843.830.0710 | PSC |
| Matt Lundy | 337-439-0707 | PSC |
| Brian Barr | 850-572-2164 | PSC |
| Robin Greenwald | 212-558-5802 | PSC |
| Steve O'Rourke | 202/514-2779 | USA |
| Brandon Taylor (for Phil Cossica) | 394-9000 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 24, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Andrew Langan | 312 862-2064 | BP |
| Kevin Downey | | BP |
| Ken Hes | | |
| Sharon Hoffman | 504.556.4148 | BP |
| Kevin Hodges | 202-434-5221 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 24, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Steve Herman | (504) 680-0554 | Class |
| Allan Kanner | 504 524 5777 | Louisiana |
| Robert Cunningham | 251-471-6191 | Class |
| James P. Roy | 337-278-7892 | Class/PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 24, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | 214-939-4412 | Haliburton |
| Alan York | 713-595-8301 | " |
| Jenny Martinez | 214-939-4620 | " |