# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-30974

MD 10-2179-J

IN RE:    DEEPWATER HORIZON

-------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, ET AL,

      Defendants

v.

GLENN J. LERNER; LIONEL SUTTON, III,

      Movants - Appellants

v.

LOUIS J. FREEH,

      Appellee

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   SEP 2 4 2014

WILLIAM W. BLEVINS
CLERK

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

Under 5ᵀᴴ Cɪʀ. R. 42.3, the appeals of Jonathan Andry and Andry Lerner, L.L.C., are dismissed as of September 22, 2014, for want of prosecution. The appellants failed to timely order transcripts and make financial arrangements with court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana     SEP 2 2 2014

# *United States Court of Appeals*
## FIFTH CIRCUIT
## OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 22, 2014

Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 14-30974   In re: Deepwater Horizon
                    USDC No. 2:10-MD-2179
                    USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate, as to
appellants Jonathan Andry and Andry Lerner, L.L.C.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Shea E. Pertuit*

                  By:
                  Shea E. Pertuit, Deputy Clerk
                  504-310-7666

P.S. to Counsel:  You will receive instructions for a
designation order, as well as an updated caption, under separate
cover.

cc w/encl:
      Mr. Douglas Scott Draper
      Mrs. Virginia Weichert Gundlach
      Mrs. Pauline Fransen Hardin
      Mr. Amit Priyavadan Mehta
      Mr. Gregory A. Paw
      Mr. Lionel Howard Sutton III
      Mr. William W. Taylor III
      Mr. Lance Covington Unglesby
      Mr. Lewis O. Unglesby
      Mr. James E. Wright III

14-30974


IN RE:  DEEPWATER HORIZON

_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

          Plaintiffs

v.


BP EXPLORATION & PRODUCTION, INCORPORATED, ET AL,

          Defendants


v.

GLENN J. LERNER; LIONEL SUTTON, III,

          Movants - Appellants


v.

LOUIS J. FREEH,

          Appellee