**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig        **MDL NO. 2179**
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010        **SECTION J**

Applies to: 13-2386        **JUDGE BARBIER**
       **MAGISTRATE JUDGE SHUSHAN**

**ORDER**

**[Regarding Ameri-Force Motion to Compel (Rec. doc. 13324)]**

On April 22, 2013, Alonzo Odums, Jr., filed a complaint against Ameri-Force Services, Inc. ("Ameri-Force") and BP Exploration and Production, Inc. ("BPXP").[1]  Odums alleges that following the oil spill he was employed by Ameri-Force as a Jones Act seaman, he was assigned to a vessel in the Vessels of Opportunity program, and he suffered injuries as result of exposure to dispersants.   He seeks damages and reports that he opted out of the master class settlement.   CA 13-2386 (Rec. doc. 1).   MDL pretrial orders were filed in the record.   CA 13-2386 (Rec. doc. 4).

Paragraph 8 of PTO 1 provides that "[a]ll outstanding discovery proceedings are stayed, and no further discovery shall be initiated."  Rec. doc. 2 at 6-7.   PTO 11 defined Pleading Bundle P3 to "include all claims related to post-explosion clean-up efforts. . ."  Rec doc. 569 at 3.   PTO 25 further clarified Pleading Bundle B3:

> **Clean-Up, Medical Monitoring, and Post-April 20 Personal Injury Claims.**
> This pleading bundle will include all claims, of any type, relating to post-explosion clean-up efforts asserted against Defendants not named in the B1 Master Complaint, as well as all claims for personal injury and/or medical monitoring for exposure or other injury occurring after the explosion and fire of April 20, 2010.

Rec doc. 983 at 2.   All individual petitions or complaints that fell within Pleading Bundle B3, whether pre-existing or filed thereafter, were stayed until further order of the Court.   Id. at 4. Pursuant to these orders, Odums' claim is stayed and no discovery may be initiated.

---

[1]  Ameri-Force is not a Clean-Up Responder defendant.   They are identified in PTO 57 at n.1 (Rec. doc. 13158 at 1).

IT IS ORDERED as follows:  (1) the order of September 12, 2014 (Rec. doc. 13389) setting the motion of Ameri-Force to compel for submission and the order of September 24, 2014 (Rec. doc. 13431) granting the motion of Ameri-Force to compel are VACATED; and (2) the motion of Ameri-Force to compel (Rec. doc. 13324) is DISMISSED without prejudice to re-urge at such time as the stay applicable to Odums' claim is lifted and the parties are permitted to proceed with discovery.

New Orleans, Louisiana, this 25th day of September, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**