UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>  "Deepwater Horizon" in the Gulf<br>  of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-1485, 13-5369, 12-2155,<br>12-2388, 12-2048, 13-3747 and 14-1155<br>Cases in Pleading Bundle B3 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

# ORDER

**[Regarding Plaintiffs' Motions for Extension (Rec. docs. 13422 and 13426)]**

On July 17, 2014, PTO 57 established a protocol for disclosures clarifying the basis for the B3 claims against the Clean-Up Responder Defendants. Rec. doc. 13158. B3 claims are defined in PTO 11 (Rec. doc. 569) and PTO 25 (Rec. doc. 983). The Clean-Up Responder Defendants are identified in footnote 1 of PTO 57. Rec. doc. 13158 at 1. The protocol is only directed to plaintiffs:

> [W]ho believe they have specific evidence that any Clean-Up Responder Defendant(s) failed to act pursuant to the authority and direction of the federal government in conducting oil remediation and clean-up response operations ("clean-up"), and in so doing, caused, in whole or in part, their "B3" injuries and/or damages, are subject to this Order.

Rec. doc. 13158 at 1-2. PTO 57 provides that such plaintiffs had until September 22, 2014 to serve any sworn statement and supporting information on both Liaison Counsel for the Clean-Up Responder Defendants and Plaintiffs' Liaison Counsel. Id. at 2.

Although PTO 57 was issued more than 65 days before the September 22, 2014 deadline, counsel for the plaintiffs in the referenced cases waited until September 22 to file motions for an extension of time to respond to PTO 57. They seek an extension until such time as the stay on discovery is lifted, they are able to conduct adequate discovery and they receive responses to their

FOIA requests.   The relief sought by these plaintiffs negates the purpose of the PTO 57 protocol.

IT IS ORDERED that:  (1) the plaintiffs' motions for an extension of time to respond to PTO 57 (Rec. docs. 13422 and 13426) are DENIED; and (2) only the plaintiffs listed in these two motions (Rec. docs. 13422 and 13426) shall have **fourteen (14) calendar days** from the entry of this order to comply with PTO 57.

New Orleans, Louisiana, this 26th day of September, 2014.

_____
**CARL J. BARBIER**
**United States District Judge**