UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

**ORDER**
[Scheduling Hearing Re: Show Cause Order of September 6, 2013]

On September 6, 2013, the Court issued an order directing Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms ("Show Cause Parties") to show cause why the Court should not adopt the recommendations of the Special Master. (Rec. Doc. 11288) On September 23, 2014, following substantial briefing, a status conference was held during which the Court heard requests from the Show Cause Parties for an evidentiary hearing. (Rec. Doc. 13433) Having considered those requests, the Court rules as follows:

IT IS ORDERED that, pursuant to Federal Rule of Civil Procedure 53(f)(1), the Court will hold a hearing on Friday, November 7, 2014, at 8:00 a.m. for the purpose of considering objections to the Special Master's report. The Court anticipates that this hearing will take one day.

IT IS FURTHER ORDERED that by Friday, October 17, 2014, the parties are to exchange and file with the Court papers identifying:

1. any person a party intends to call as a live witness;

2. any additional documents or exhibits a party will seek to introduce at the hearing; and

3. a list of specific factual issues a party believes are in dispute and must be decided by

the Court.

The parties may agree to use affidavits or declarations in lieu of live testimony. No further discovery will be allowed.

New Orleans, Louisiana, this 26th day of September, 2014.

                                                                                                                 United States District Judge