MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 26, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| This Document Applies to:<br>  Edward Wisner Donation v. BP Exploration<br>  & Production, Inc.; Civil Action No. 14-1525 | SECTION "J" |

Judge Barbier has referred the referenced member case to me "solely for purposes of conducting a settlement conference on the question of what alleged damages might be attributable to the cleanup and response operations subject to the Access Agreement between the parties and whether an agreement between the parties concerning that issue might be reached before commencement of the Cam II project." Accordingly, a telephone conference was conducted by me on this date. Participating were: Soren Gisleson, representing plaintiff; Christopher Esbrook, representing defendant. Counsel will provide me with a letter no later than **October 10, 2014**, outlining their proposal and timeline for further discussion of possible settlement of some of the remediation and reimbursement issues in the member case. The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member case, C.A. No. 14-1525.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:   0 : 15