

56097640
Sep 26 2014
05:08PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to *U.S. v. BP* | * | |
| *Exploration & Prod. Co.*, No. 2:10-cv-04536 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANADARKO PETROLEUM CORPORATION'S FIRST GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST

Defendant Anadarko Petroleum Corporation ("Anadarko"), hereby respectfully submits their First Good Faith Penalty Trial Exhibit List in accordance with this Court's Order dated September 22, 2014 [Rec. Doc. 13428].

Anadarko hereby designates all exhibits included on the attached list. As depositions and discovery are ongoing, and as permitted by the September 22, 2014 Order, Anadarko respectfully reserves the right to supplement its list with such additional relevant documents it may deem appropriate given such depositions and discovery. Anadarko further reserves the right to seek to designate or use at trial any exhibit it deems appropriate that is listed or designated by any other party.

DATED: September 26, 2014        Respectfully submitted,

BINGHAM McCUTCHEN, LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com

A/76397245.1

2

2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing document *Anadarko Petroleum Corporation's First Good Faith Penalty Phase Trial Exhibit List* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the procedures established in MDL 2179, on September 26, 2014.

                                                    /s/ *Ky E. Kirby*
                                                    Ky E. Kirby