In RE: oil spill by the oil Rig Deep water Horizon in the Gulf of Mexico April 20-2010...



MDL. 2179

CASE NO # 2.13: cv-02441
C-JB-SS
Claimant ID NO. #
10020 3562...

Dear Clerk of Court...

I need the following Information from your court....

① What is my Court Date as of the Above Listed Date - 9-20-14

② Has my Attorney Mr. Charles F. Herd JR. Contacted this Court Leting it know that he is my Lawyer?

③ Did the last Ruleing by the Court Against BP. for the 18 Billen Stop prymentts to the Claimants...?

TENDERED FOR FILING
SEP 29 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



I know BP. Lost in the 5th District Court And was odered to start Back to paying Claims off - Did the 18 Billion Ruleing Stop those Payments?

I need this Infomation As soon As this Clerks office can Respond to me and send it.

I Thank you For your Time in Advance -

God Bless you.

And This Court.

John M. Benoit

John. M. Bennett #060152
Columbia CI
216 S.E. Corrections Way
Lake City, Florida.
32025

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

7013 0860 9999

ZIP 32025