MDL 2179 J(1)

Dear Clerk:

I'm BP Oil Claimant: 1096369 and ~~Imdetained~~ and wrote the Hurricane Disaster Katrina Recovery Policy and Helped Governor Blanco to Recover. Our Policy for Creating Businesses went into Lower Parishes where oil spill effected along with whole Southeast region. Our policy went 5 states wide. We did not join "Deep Water Horizon - on April 20, 2010 (MDL No. 2179) Multi District Litigation. I'm seeking a contact on Attorneys that settled that in Louisiana or where they abide. Also a Draft of the Complaint in the least text size as possible in print. Finally, I'm Seeking the Holder of the Environmental Settlement to the Region Agency that has the Funds for the Environmental Damage. Could you please Research or ask Judge and give me a contact reference. We are the Louisiana ENF Regional Development Corporation Who I'm doing the Ground work to file a late action or Seek Grant from Federal Agency for Job Creation. Thank You

John Fitzgerald Henderson Sr.
John Fitzgerald Henderson Sr.
D87291 - Santa Rosa C.I.
5850 E. Milton Road
Milton Florida 32583

TENDERED FOR FILING
SEP 29 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

P.S. Please mail GCCF Letter Back to me
Thank You!   ~~Salam!~~ May YAH Bless You!

# GCCF
# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com


ICF0620466224

ENUF REGIONAL DEVELOPMENT CORPORATION   Today's Date:         October 14, 2011
c/o BROAD AND CASSEL
WAYNE RICH
390 NORTH ORANGE AVENUE
SUITE 1400
ORLANDO, FL 32801

Re:   Follow-Up to Previous Denial Letter
      GCCF Claimant Identification Number: 1096369

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 ("Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

You previously filed a claim with the GCCF seeking damages relating to the Oil Spill. The GCCF sent you a Denial Letter that denied your claim for the reasons explained in that letter. If you think you should have been paid and can provide supporting documentation to tie your losses to the Oil Spill, you may file a new Claim Form and any supporting documents you have. The GCCF will review that claim and send you a letter explaining the outcome of that review. If you have not signed a Release and Covenant Not to Sue, you may file a new claim with the GCCF until the program ends in August of 2013.

If you disagree with the GCCF's denial of your Interim Payment or Final Payment claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving OPA claims, or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Oil Spill. General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at www.uscg.mil/npfc/claims. Information regarding the multidistrict litigation may be obtained from the court's website at www.laed.uscourts.gov. A claim for physical injury is not a claim under OPA and therefore cannot be submitted to the NPFC.

Sincerely,

Kenneth R. Feinberg

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility



MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

FOR MAILING



US POSTAGE >> PITNEY BOWES

ZIP 32583
02 1W
0001370476 SEP 25 2014
$ 000.48⁰

JOHN FITZGERALD HENDERSON SR. D87241
SANTA ROSA CORRECTION INSTITUTION
5850 E. MILTON ROAD
MILTON, FLORIDA 32583

C/O JUDICIAL CLERK
U.S. DISTRICT COURT
500 POYDRAS ST. RM# C151
NEW ORLEANS, LA 70130

Postage on Back