1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  OIL SPILL BY THE OIL RIG   *   10-MD-2179
            *DEEWATER HORIZON* IN THE    *
6           GULF OF MEXICO ON           *   Section J
            APRIL 20, 2010              *
7                                       *   September 18, 2014
                                        *
8   Applies to:  10-4536               *   New Orleans, Louisiana
                                        *
9   * * * * * * * * * * * * * * * * * * *

10

11              TELEPHONE STATUS CONFERENCE BEFORE
                 THE HONORABLE SALLY SHUSHAN
12             UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20
    Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
21                               500 Poydras Street, B-406
                                 New Orleans, Louisiana 70130
22                               (504) 589-7778

23

24
    Proceedings recorded by mechanical stenography using
25  computer-aided transcription software.

**PROCEEDINGS**

**(September 18, 2014)**

THE COURT:  Good afternoon everybody.  How are you doing?

MS. HIMMELHOCH:  Good, Your Honor.  How about yourself?

THE COURT:  Real fine.  Thank you for asking, Sarah.

All right, guys.  Sorry we are a little bit late.  As you know, I do not intend that.

Why don't we start with the thing that came across our desk last, which is the issue of whether or not the U.S. and BP and Anadarko have or have not agreed on the proposals that you took offline.  We got a communication from Carrie saying she thought it was a done deal and so let's get that straight first.

MS. KARIS:  Sure.  I'm happy to start, Your Honor.  This is Carrie.

I looked at Steve's letter and I also go back to the conversations we had, and I believe we do have agreement with the U.S.  Just to summarize that, our agreement was that for Phase One depositions, with the exception of the three noted in Steve's letter, the specific testimony that was objected to as not relevant to Phase One would be off the table unless redesignated as part of the current round of depositions.

1    Then with respect to Phase Two, I have had an
2 opportunity to go back and look at those depositions as well
3 and am in agreement with what Steve has proposed there as well.
4 It was less of an issue in Phase Two because we did have an
5 opportunity to counter-designate since we had to go back
6 through and redesignate those depositions.
7    So with that and looking at Steve's letter, I
8 believe we have agreement, but I don't want to speak for the
9 U.S.
10    THE COURT:  Okay.  So let's hear from the U.S. as to
11 whether they agree with Carrie that there is agreement.
12    MS. HIMMELHOCH:  Your Honor, I think what Carrie is
13 saying is that she agrees with what we have set forth in our
14 letter.  Of course, since we set it forth in our letter, we
15 agree with it.  I'm worried that I'm not understanding if
16 Carrie is making a distinction from what we have set forth in
17 the letter we sent you.
18    THE COURT:  Okay.  Carrie?
19    MS. KARIS:  Sure.  The one thing that was unclear to
20 me was the U.S. starts by referencing all Phase One bundles
21 having been admitted as part of Judge Barbier's recent order,
22 and the discussion that we had was that the testimony that was
23 specifically objected to -- not the entire depositions but just
24 the testimony objected to as not relevant to Phase One -- was
25 not going to be cited or used as part of penalty unless it was

specifically redesignated again, again with the exception of
those three depositions.

    **THE COURT:**  Correct.

    **MS. HIMMELHOCH:**  Or put into Phase Two.  In other
words, if it was designated in Phase One, objected to in
Phase One, redesignated in Phase Two and not objected to in
Phase Two, we can cite it.

    **MS. KARIS:**  Correct.

    **MS. HIMMELHOCH:**  Right.  But we are not going to
stand on the fact that we think the objections in Phase One
have already been overruled.  We are going to abide by the
offer we made in Steve's letter.

    **THE COURT:**  So let's make sure.  You all have
identified the three exceptions; is that correct?

    **MS. KARIS:**  That is correct.

    **THE COURT:**  What are we going to do with regard to
those?

    **MS. HIMMELHOCH:**  It's really only two depositions.
It's three categories.  One is there are some of these that are
on our bundling list that, assuming we get all 57 of the
depositions, we will rebundle in Phase Three, and then two
specific depositions, Rainey's Phase Two deposition and
Dupree's Phase One deposition.

        I think all you need to do, Your Honor, is put
in your order after this conference a statement that the U.S.

1    has agreed that subject to the two rules Steve puts forth in

2    his letter, the United States will not cite to, in its findings

3    of fact, any testimony to which BP objected as wrong phase

4    except Rainey Phase Two, the specified pages, and Dupree

5    Phase One, the specified pages; and that if BP wishes to assert

6    new objections or counter-designate, it may, but the

7    United States may assert objections to those

8    counter-designations.

9         THE COURT:  Okay.  Carrie, you heard that.  Any

10    disagreement?

11         MS. KARIS:  No.  I think that's right, Your Honor.

12         THE COURT:  Whew.  That's a big load off, isn't it?

13         MS. HIMMELHOCH:  It took us a long time to confirm we

14    agree, but we do.

15         THE COURT:  Next, why don't we talk about the

16    scheduling order.  Everybody got to comment.  The U.S. made a

17    couple of proposals.  Then we heard back from Ky --

18              Excuse me, guys.  I'm going to go get some

19    water.  Hold on.

20         MS. HIMMELHOCH:  Absolutely.

21         THE COURT:  Sorry about that, guys.  We heard from Ky

22    and then we heard back from Andy.

23         MS. HIMMELHOCH:  Your Honor, I think there's only two

24    issues outstanding because we have all agreed except on the

25    question of how is the selection of experts going to happen and

1    the other is the length of the pretrial briefs.

2              On how the selection of experts is going to

3    happen, the question is two rounds or one.  We think since

4    everybody designated in every round that it should be one round

5    of selection, each of us picks who we are going to bring to

6    trial, and then there's no question of response or rebuttal or

7    anything like that.

8              **THE COURT:**  I thought that made sense.  Does anybody

9    object to that?

10              **MS. KARIS:**  Your Honor, this is not an objection as

11    much as a question.  I don't know whether the U.S. is going to

12    get a rebuttal case.  I understand that's a separate

13    discussion.  Will we know when we get the U.S.'s list or at

14    some time before trial which of those experts the U.S. intends

15    to call as rebuttal if the Court allows them to have a rebuttal

16    case?  In other words, we are only going to get one list, but

17    how are we going to be able to distinguish who is going to be

18    called in their case in chief as opposed to later?

19              **MS. HIMMELHOCH:**  I think that it's fairly clear that

20    this is not a traditional plaintiff, defendant, plaintiff case.

21    So I think, as in Phase Two, we will put on all of our

22    evidence, then the defendants will put on all of --

23              I'm sorry.  It's different from Phase Two.  We

24    will put on all of our evidence.  The defendants will put on

25    all of their expert evidence.  If there is appropriate rebuttal

01:13  1   to any party's evidence, any party who has appropriate rebuttal

01:13  2   can offer appropriate fact witness rebuttal.

01:13  3           **THE COURT:**  Carrie, are you thinking about that?

01:13  4           **MS. KARIS:**  I'm not sure I understood the last part.

01:14  5           **MS. KIRBY:**  I didn't either.

01:14  6           **MR. LANGAN:**  Your Honor, it's Andy.  I don't mean to

01:14  7   butt in here, but I guess the thing that has us scratching our

01:14  8   heads is that there was briefing that I believe is unresolved

01:14  9   about burden of proof.  I think I have this right.  I think we

01:14  10  mentioned this in our brief yesterday.

01:14  11          The United States took the position that it's

01:14  12  actually the defendants that have the burden of proof on some

01:14  13  or even all of the penalty factors.  If that's the case, how

01:14  14  does that fit with them now saying they get to go first and

01:14  15  last?

01:14  16          **MS. HIMMELHOCH:**  No.  Andy, I'm sorry, I didn't mean

01:14  17  to interrupt you, but I'm not saying we get to go first and

01:14  18  last.  I thought we had agreed we would go first simply because

01:14  19  somebody has to go first.  I thought that had already been

01:14  20  agreed on the order of proof.

01:14  21          What I was saying with respect to rebuttal is

01:14  22  because there are different burdens of proof for the different

01:14  23  elements of the penalty case, BP may have some fact witness

01:14  24  rebuttal to the ones on which they bear the burden and we may

01:14  25  have some fact witness rebuttal on the ones for which we bear

1    the burden.

2            MS. KIRBY:  How are we going to know which ones those

3    are, Sarah?  This is Ky, by the way.  We have different views

4    on who bears the burden.

5            MS. HIMMELHOCH:  Right.  Those briefs are pending,

6    and I assume that we will ask the Court to rule on that

7    pretrial.  If he doesn't, then we are going to ask him to guide

8    us as to whether or not he is going to permit any of the

9    parties rebuttal, but it is not the United States' position

10   that we have exclusive right to rebuttal.

11           The only reason I raised the issue of rebuttal

12   was because, as drafted, the order said plaintiffs pick their

13   experts then defendants pick their experts.  And if we were

14   going with the model of plaintiff, defendant, then the way

15   American trials work is plaintiff, defendant, plaintiff gets

16   rebuttal chance.

17           I'm happy to treat this as what we think it is,

18   which is a mixed bag of factors, and therefore all the parties

19   pick at the same time their experts, and whoever goes first

20   puts on all their experts first and whoever goes second puts on

21   all their experts second and there is no rebuttal expert.  We

22   can work out the fact witness issue at a later day.

23           MS. KIRBY:  Why not just put everything on in your

24   case in chief?

25           MS. HIMMELHOCH:  Well, there's a reason why rebuttal

01:16  1    exists, which is there are times when the other party produces
01:16  2    surprise at trial and rebuttal is there to serve the
01:16  3    truth-seeking function of responding to unanticipated arguments
01:16  4    or evidence.
01:16  5            THE COURT:  But, Sarah, you're limiting, as I hear
01:16  6    what you are saying, true rebuttal to fact witnesses.
01:16  7            MS. HIMMELHOCH:  Yes, Your Honor.
01:16  8            THE COURT:  And everybody puts on their experts in
01:17  9    their case in chief.
01:17  10           MS. HIMMELHOCH:  Correct.
01:17  11           THE COURT:  What if you want to call one of your
01:17  12   experts in rebuttal, I guess is what Ky is asking you.
01:17  13               Is that right, Ky?
01:17  14           MS. KIRBY:  Well, I'm saying why make a distinction
01:17  15   between fact and expert for rebuttal?  If we are going to do
01:17  16   expert rebuttal in the case in chief, why not fact witness
01:17  17   rebuttal in the case in chief?  I don't know what the
01:17  18   distinction is.
01:17  19           MS. HIMMELHOCH:  The distinction is that we have the
01:17  20   four corners rule for experts.
01:17  21           MS. KIRBY:  Right.
01:17  22           MS. HIMMELHOCH:  So the chance of unexpected
01:17  23   testimony or unexpected issues arising is minimized because we
01:17  24   all know going into the trial what the scope of an expert
01:17  25   witness' testimony will be.

1        For fact witnesses, we don't know ahead of time

2   precisely what the scope of the fact witnesses' testimony will

3   be and, therefore, there's a reason to distinguish between

4   experts and fact witnesses when it comes to whether or not we

5   preserve everybody's right to have appropriate rebuttal for

6   fact witnesses.

7        **MS. KIRBY:**  So this all hinges on whether or not

8   Judge Barbier is going to parse out the burdens of proof on

9   each factor.

10        **THE COURT:**  That's right.  But from an expert point

11   of view, if we go with Sarah's proposal, everybody just

12   designates their experts.

13        Is that right, Sarah?

14        **MS. HIMMELHOCH:**  Yes, and we all do it on the same

15   day.

16        **THE COURT:**  Exactly.  Without knowing what

17   Judge Barbier is going to do, is there an objection to that?

18   It just seems to me that that's the best way to approach it.

19        **MS. HIMMELHOCH:**  We can worry about the fact witness

20   question later because I don't think it affects the timeline

21   that you are trying to finalize.

22        **THE COURT:**  I agree.  I don't think it does.  We will

23   have to get to the fact witnesses at a later date, but can

24   everybody live with a simultaneous date?

25        **MS. KARIS:**  Your Honor, this is Carrie.  I guess the

1   one caveat, the one reservation I have is it is still not clear

2   how many experts each side is going to get.  As the Court is

3   aware from a variety of different briefings, some of the issues

4   in terms of what experts we are going to call perhaps or not

5   call will depend on what issues, for example, the U.S. decides

6   to put forth.

7              So we can do simultaneous exchange, that's fine,

8   especially if the number is in line with the number of experts

9   we have disclosed.  Thus far for the discovery process, that

10  makes perfect sense.  If the number is going to be something

11  smaller, in some ways our witnesses will depend on, in part at

12  least, who the expert witnesses are and what issues the U.S.

13  may choose to present on.

14         **MS. HIMMELHOCH:**  But that would be a quandary that

15  every party faces.  We would face that same quandary as well.

16         **MR. BROCK:**  Judge Shushan, this is Mike Brock.  I

17  think I have a question and then maybe a comment.  Are we

18  saying that on the designated date that the United States will

19  provide a list of all experts it expects to call at trial --

20  and BP will do the same and Anadarko will do the same -- and

21  once that disclosure is made, the experts for the government

22  will be called in its case in chief, there will not be rebuttal

23  expert testimony in the trial?  We will leave the fact witness

24  issue to another day, but there will not be rebuttal expert

25  testimony?  Is that right?

01:20  1      **THE COURT:**  As I understand Sarah's suggestion, that

01:21  2  is correct.

01:21  3              Sarah, do you --

01:21  4      **MS. HIMMELHOCH:**  That is my suggestion.  Sorry,

01:21  5  Your Honor.

01:21  6      **MR. BROCK:**  Okay.  Good.  So I think that as long as

01:21  7  the folks on the defense side have the option of pulling down

01:21  8  an expert in the event that the government doesn't list all of

01:21  9  its witnesses or doesn't list witnesses that we anticipate they

01:21  10  might call, that seems fine to me.  There might be witnesses

01:21  11  that we don't want to call if the government says in its

01:21  12  initial disclosure there are witnesses it's not calling from

01:21  13  its expert lineup.

01:21  14      **THE COURT:**  Well, that's a good point, Mike, and I

01:21  15  assume that the U.S. also would like the right to pull down.

01:21  16      **MS. HIMMELHOCH:**  Yes, Your Honor.  I think we would

01:21  17  view this selection as the maximum number of witnesses we would

01:21  18  call but not a guarantee that we would call every single

01:21  19  witness at trial.

01:22  20      **THE COURT:**  Mike, what do you think about that?

01:22  21      **MR. BROCK:**  I think that sounds okay.  I probably

01:22  22  would like to talk to Carrie and confirm that, but I think that

01:22  23  sounds okay.

01:22  24      **THE LAW CLERK:**  Do we need a deadline for pulling

01:22  25  down?

THE COURT:  You heard Mike, and that was going to be
my next question.  Do you want to think about jointly a
deadline by which you tell the other parties you're not calling
an expert?

MS. HIMMELHOCH:  Your Honor, my sense would be that
we -- the initial reaction the U.S. has is I think every party
should retain its flexibility subject to the witness
notification requirements that the Court imposes, the three
days before you have to tell the other side who you are calling
and that kind of thing.

I think our initial reaction is we would prefer
to retain the flexibility to drop, with sufficient notice that
Judge Barbier doesn't have to read what he doesn't have to
read.

THE COURT:  That's right.  Good.

MS. HIMMELHOCH:  Other than that, I think we prefer
everybody keep their flexibility.

THE COURT:  Mike, you don't need to commit to it, but
do you agree with that?

MR. BROCK:  That sounds okay to me, but if we could
just have an hour maybe after the call to confer and then we
will get back with you.

THE COURT:  That will be fine.  I'll give you even
more than an hour.  How about that?

MR. BROCK:  That's fine.  Thank you.

01:23   1          THE COURT:  Okay.  No worries.

01:23   2             Sarah, remind me, what was our second issue we

01:23   3   needed to resolve?

01:23   4          MS. HIMMELHOCH:  I wasn't sure if this was a typo in

01:23   5   the BP e-mail or a purposeful thing.  I had proposed 10 pages

01:23   6   and then 5 pages specifically for Anadarko-related issues for

01:23   7   both the U.S. and Anadarko for the pretrial briefs.

01:23   8          THE COURT:  Right.

01:23   9          MS. HIMMELHOCH:  Anadarko came back and said, "We

01:23   10  would prefer 6 pages."  U.S. is fine with 6 pages.  BP came

01:23   11  back and proposed 15 for the U.S., 10 for BP, and 6 for

01:23   12  Anadarko, which would mean they got 16 and we got 15.  We

01:24   13  didn't see a reason for that, so I wasn't sure if it was a typo

01:24   14  or --

01:24   15         MR. LANGAN:  It was absolutely not a typo.

01:24   16         THE COURT:  Sarah, let's think about it.  Did Andy

01:24   17  send out something with a typo?

01:24   18         MS. HIMMELHOCH:  I'm sorry, Andy.  I did not mean to

01:24   19  imply you would ever have a typographical error.

01:24   20         MR. LANGAN:  Let me just say this.  My earlier draft

01:24   21  said 13 for the U.S.  This was in a fit of charity that I went

01:24   22  to 15, Sarah.

01:24   23         THE COURT:  That was nice of you.

01:24   24         MR. LANGAN:  I thought so, and then I got her e-mail

01:24   25  back saying 16.  Then I said I should have stuck with 13.

01:24  1          **THE COURT:**  I'll tell you what we are going to do.

01:24  2  We are going to go with 10, 10, 5, and 5.  That should be a

01:24  3  fair skinning of the cat.

01:24  4          **MS. HIMMELHOCH:**  Thank you, Your Honor.

01:24  5          **MR. LANGAN:**  Can I make sure I understand that?  What

01:24  6  is -- 10, 10, 5, and 5 is what?

01:24  7          **THE COURT:**  United States 10, BP 10, Anadarko 5,

01:25  8  U.S. 5.

01:25  9          **MS. KIRBY:**  Judge, just to be clear -- this is Ky --

01:25  10  I would like to be able to add our section on to whatever BP

01:25  11  writes, but I don't have to take up a page with signature

01:25  12  blocks and captions and all that --

01:25  13          **THE COURT:**  Go for it.  Do a joint submission with

01:25  14  your separate submission.  That's fine.

01:25  15          United States, you may do likewise.

01:25  16          **MS. HIMMELHOCH:**  But we have to make sure that we

01:25  17  spend no more than 5 on Anadarko.

01:25  18          **THE COURT:**  That's right.

01:25  19          **MS. HIMMELHOCH:**  Or joint.

01:25  20          **THE COURT:**  Yeah.  You can give a joint brief so your

01:25  21  caption is only done once and your signatures are only done

01:25  22  once, but you get 10 pages for BP and 5 pages for Anadarko.

01:25  23          Let's talk about a few other things.  Ky, you

01:26  24  had raised an additional issue that you wanted as part of the

01:26  25  agreement to add some additional language that you believe I

1   omitted from our last conference.

2          MS. KIRBY:  Yes, I did, Your Honor.  When we were

3   excused from the Phase One trial, because the order said -- and

4   we made this clear.  We said it expressly.  Because the order

5   said nothing in the Phase One trial that was submitted could be

6   presented as evidence against Anadarko, then on that basis

7   Anadarko withdrew its objections to the deposition

8   designations.

9          Of course, there were many designations, for

10  instance, that were all about purported culpability, which we

11  have all seen the judge rule on three times now.  However, I

12  have a feeling it's going to rear its ugly head again, and it's

13  critical that my objections to the Phase One designations that

14  have been submitted and are cited by the U.S. against us -- and

15  I don't think it will be many, but I don't know yet what the

16  U.S. is going to cite -- are considered reinstated so I do not

17  look like I waived my position and my right to enforce the

18  judge's ruling.  And there are other reasons why we objected

19  from time to time, although not many.

20         THE COURT:  Okay.  So, U.S., do you have any

21  objection to that additional stipulation or order that the

22  earlier objections of Anadarko will be reinstated?

23         MS. HIMMELHOCH:  No objection at all, Your Honor.

24         THE COURT:  There you go.

25         THE LAW CLERK:  That's not changed by Judge Barbier's

01:27   1   September 4 order, right?

01:27   2           MS. HIMMELHOCH:  We agree with that as well.  He has

01:27   3   not overruled objections he never considered.

01:28   4           THE COURT:  That's right.  Okay.  Good.  So that's

01:28   5   taken care of, huh, guys?

01:28   6                Let me see what else I have.  I'm looking to see

01:28   7   what I have covered and what I have not covered.

01:28   8                One thing you all raised was deposition

01:28   9   summaries, and I would like that to be by side.  So each

01:28   10  deposition bundle will include two summaries, one for U.S, one

01:28   11  for BP/Anadarko.  Remember that we are going to want to give

01:28   12  Judge Barbier the overview of why you're making the

01:28   13  designations that you have made and giving him citations to the

01:28   14  important parts to lead him right in to what you are relying

01:29   15  on.  Okay?

01:29   16          MS. HIMMELHOCH:  Okay, Your Honor.  I think you need

01:29   17  to change the wording of the timeline because right now it's

01:29   18  written as permissive and I think what you are saying is they

01:29   19  are required.

01:29   20          THE COURT:  I think that's right, Sarah.  I will go

01:29   21  back to check the wording on that, but I think that's right.  I

01:29   22  think Judge Barbier in Phase Two -- remember we changed it, and

01:29   23  he found them helpful in Phase Two.

01:29   24          MS. HIMMELHOCH:  Okay.  So we will follow the format

01:29   25  of Phase Two except that we won't try to agree on the objective

1    part.

2           THE COURT:  Exactly.  Exactly.  So, yes, we will

3    change that wording when we get down to the final, final, final

4    revision.

5           MS. HIMMELHOCH:  Okay.

6           THE COURT:  So let's see, what else have we got?

7    Deposition bundles, anybody want to talk about that?

8           MS. HIMMELHOCH:  I think, Your Honor, we are in good

9    shape to follow the schedule that we have now agreed on.  We

10   have every piece scheduled out.  The parties have agreed who is

11   doing initial designations.  I think we are set up to go and

12   run, assuming that we are allowed to bundle all of the

13   depositions listed on all of the parties' lists.

14          THE COURT:  You have the go-ahead.  57 bundles.  No

15   more.

16          MS. HIMMELHOCH:  Understood, Your Honor.

17          MR. LANGAN:  Thank you, Your Honor.

18          MS. KARIS:  Thank you.

19          THE COURT:  You all had the issue of the deadline for

20   objections to deposition designations and seem to have agreed

21   on December 5 as being the day.

22          MS. HIMMELHOCH:  Yes, Your Honor, for that and for

23   submission of the summaries so that both can be included in the

24   bundle.

25          THE COURT:  The only thing that occurred to me -- and

01:30
01:30
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:31
01:32
01:32
01:32
01:32
01:32
01:32

1   I'm thinking it through -- was are people going to want to

2   respond to objections or you just note your objections and it

3   goes into your bundle?

4           MS. HIMMELHOCH:  That's what we did in Phase One and

5   Phase Two.  I think given everything else that will be going on

6   by that point in time, the U.S. would prefer to just simply

7   have the objections noted.

8           THE COURT:  Fine.  That's not too late for, in your

9   view, InData to get the information and put your bundles

10  together?  Everybody is comfortable with that date?

11          MS. HIMMELHOCH:  You know, to be honest, I haven't

12  talked to inData.

13          THE COURT:  Well, that's something that I guess we

14  should look forward to.  When we get this next and final

15  version of the timeline, it seems to me that the group should

16  call inData, supply them with this timeline, and somebody take

17  the lead with them to make sure that they are on top of this,

18  because if you will recall we had some issues with them in the

19  last two phases.

20          MS. HIMMELHOCH:  Given Andy's extraordinary

21  organizational capabilities, I think Andy is the appropriate

22  person.

23          MR. LANGAN:  You know, it could be we have already

24  given inData a heads-up, but we can follow up on that.

25          THE COURT:  Andy, I just want to make sure this goes

1    smoothly and we don't have any balls dropped from inData's
2    point of view.  From the parties' point of view, I'm not
3    worried.  I'm really not.  You all are doing great on getting
4    this done.  I'm worried that we are not advising and keeping
5    them in the loop and making sure that they are working toward
6    the end result.
7            MS. KARIS:  Your Honor, this is Carrie.  We have
8    given them a heads-up, a preliminary heads-up certainly.  Of
9    course, we didn't know what the final number of dep bundles
10   would be.  They are in the loop and we'll continue to do that.
11           THE COURT:  Likewise on the exhibits, everything that
12   they are going to be involved in.  Are they going to be
13   involved in exhibits this time or are you all just going to do
14   that yourself?
15           MS. HIMMELHOCH:  What did they do with exhibits last
16   time?
17           THE COURT:  Well, let's think about that.
18           THE LAW CLERK:  They had the joint process of putting
19   them up.
20           MS. HIMMELHOCH:  Right, they did do the posting for
21   the website.
22           THE COURT:  Yeah, they did the posting.  So I guess,
23   you know, whatever their involvement is going to, I would like
24   to know that you all have agreed and instructed them.
25           MS. HIMMELHOCH:  We will confer with the parties

01:33    1    about that.  It may be that one of the parties might want to --
01:33    2    because where they were posting it was the PSC website, which
01:33    3    of course I don't think is appropriate for a trial to which the
01:33    4    PSC is not a party.  So we will work out what website they will
01:33    5    be posted to and whether it makes sense to require InData to do
01:33    6    that or whether one of the parties can take on that obligation.
01:33    7    We have not talked about that amongst ourselves.
01:33    8             THE COURT:  Okay.  Well, let's just keep that in the
01:33    9    back of our minds for future discussion, but I don't want that
01:33   10    to slip through.
01:34   11             MR. BROCK:  How about length of trial?
01:34   12             THE COURT:  Is that you, Mr. Brock?  Is that you?
01:34   13             MR. BROCK:  Yes, it is, Your Honor.
01:34   14             THE COURT:  How did I know that?
01:34   15             MR. BROCK:  I just have a one-track mind.
01:34   16             THE COURT:  Here's the deal.  I spoke to
01:34   17    Judge Barbier today and he will give the parties three trial
01:34   18    weeks, which consists of 90 hours or 45 hours per side.  Is
01:34   19    that your computation, Mr. Brock?
01:34   20             MR. BROCK:  Yes, ma'am.
01:34   21             THE COURT:  He will do that.  He would like to do it
01:34   22    in less time and urges you all to try to do that and may kind
01:35   23    of move you along, but you do have 45 hours per side.
01:35   24             MS. HIMMELHOCH:  Your Honor, has he given any
01:35   25    indication whether he going to now go back to instituting

1   witness or expert limits?

2           THE COURT:  I spoke to him about that and he is going

3   to let the clock control that.

4           MS. HIMMELHOCH:  Both for experts and fact?

5           THE COURT:  That is my understanding.  I will verify

6   with him on experts.  So let's say that's my understanding

7   subject to my correcting it either today or tomorrow.

8           MS. HIMMELHOCH:  Understood.

9           MR. BROCK:  We support that and that would be

10  consistent with our request.

11          THE COURT:  Yes, it would be.  I know that.

12              Is there any remaining issue, guys, with the

13  schedule for expert depositions?

14          MR. LANGAN:  No.

15          THE COURT:  That was good, Andy.

16          MR. LANGAN:  I guess we have made a proposal, haven't

17  we, Carrie, for the last couple of days?

18          MS. KARIS:  Yes, Your Honor.  We have agreed on all

19  round one, and we have given dates that comport with some of

20  Steve's requests for the remaining experts from round two.  So

21  I haven't heard any objections since sending them.

22          MS. HIMMELHOCH:  At first blush, we think they are

23  okay.  We are just trying to confirm a couple of scheduling

24  points.  I think we got it yesterday afternoon, and we have

25  some phone calls out to confirm schedules.  We will get back to

01:36    1    BP very shortly.  I don't anticipate there being a significant

01:36    2    problem.

01:36    3             THE COURT:  Good.  That's great.

01:36    4             MR. BROCK:  May I ask one other question, Your Honor?

01:36    5             THE COURT:  Sure, Mike.

01:36    6             MR. BROCK:  We had raised in our letter to you

01:37    7    concerning the conference with the Court next week whether or

01:37    8    not trial teams needed to be present for that.

01:37    9             THE COURT:  Yes.

01:37   10             MR. BROCK:  It sounded liked probably not, but I

01:37   11    guess I just wanted to confirm that.  We didn't want to be

01:37   12    absent if he expected us.

01:37   13             THE COURT:  No, I don't believe he expects it.  I

01:37   14    think he is going to have a full plate.  He is planning on

01:37   15    covering everything on the docket in the morning.  Did his

01:37   16    notice give a dial-in number?

01:37   17             MR. LANGAN:  Your Honor, it's Andy.  I don't think

01:37   18    so.  So as I understand it, the two things on the docket have

01:37   19    to do with something about the medical settlement and a motion

01:37   20    for reconsideration, and the other thing is BP's motion for

01:37   21    clawback.  Those are the two issues, right?

01:37   22             THE COURT:  That's right.  That's right.

01:37   23             MR. LANGAN:  And nothing else, I guess, is really the

01:37   24    question.

01:37   25             THE COURT:  That is my understanding.  I will check

```
01:37   1   again, but I don't think he is expecting trial teams.
01:38   2          MR. LANGAN:  We appreciate that, Your Honor.
01:38   3          MR. BROCK:  Thank you.
01:38   4          THE COURT:  I think that takes care of what I wanted
01:38   5   to cover.  What else is on your collective minds?
01:38   6          MS. HIMMELHOCH:  Your Honor, I just had a quick
01:38   7   followup question.  Given what's on the docket, I'm not sure
01:38   8   Judge Barbier is expecting the United States at all at that
01:38   9   hearing.  Since you have agreed to go back and check with him,
01:38  10   if you can confirm whether he is expecting the U.S. to be there
01:38  11   at all, that would be helpful.
01:38  12          THE COURT:  I don't think he is, Sarah, but subject
01:38  13   to my verification.
01:38  14          MS. KIRBY:  Judge, also perhaps you could ask the
01:38  15   same about Anadarko.  It sounds like we don't need to come
01:38  16   either.
01:38  17          THE COURT:  I tend to agree with that.
01:38  18          MS. KIRBY:  I do have one other thing I wanted to
01:38  19   give you a heads-up about, Judge.
01:38  20          THE COURT:  Okay.
01:38  21          MS. KIRBY:  We have a rapidly approaching round one
01:39  22   good-faith exhibit list coming due, and I think it's due next
01:39  23   Friday about the same time the third round of expert reports
01:39  24   are due.  I raised with the parties the fact that given that
01:39  25   expert reports are just finishing that day and depositions that
```

1  haven't even started that perhaps we should be agreeing that

2  for now this good-faith trial exhibit list doesn't need to try

3  to include exhibits related to experts.

4       I haven't heard back.  I just raised it

5  yesterday, but I just wanted to give you a heads-up that if

6  there's an agreement, we may be asking you to bless that

7  arrangement.

8       **MS. HIMMELHOCH:**  Ky, I just finally got an answer.

9  If you want, I can give it to you right now, which is from our

10 perspective it's a good-faith exhibit list.  So if we know now

11 we want to put it on our exhibit list, whether it's expert or

12 not, we put it on.  That doesn't preclude any party if they

13 discover later, as the course of expert discovery proceeds,

14 that something that we knew about now but didn't think we were

15 going to list -- it doesn't preclude us from adding it to the

16 list in that second installment.

17      So I think nobody is precluded from adding

18 expert documents at this phase.  To the extent that they know

19 they want to use them at trial, they should be added at this

20 phase to minimize sort of the back-end dump of exhibits.  But

21 the United States certainly isn't intending to argue if you add

22 something to the exhibit list in the second round, unless

23 there's a phenomenal dump at the end that seems to be not in

24 good faith, that parties can't add anything related to experts

25 in the second round of the exhibit list.

01:40  1     **THE COURT:**  So, Ky, what I heard her say is, I think,
01:40  2  that if your expert has a document that he really is relying
01:41  3  and you know about it and it's going to be in his expert
01:41  4  report, it should make it to the good-faith list.
01:41  5     **MS. KIRBY:**  Right.  Well, the way I look at it,
01:41  6  Judge, that just means that everybody will be extra careful and
01:41  7  put on their list everything in every report at a minimum.
01:41  8  Okay.  That's fine, then.
01:41  9     **THE COURT:**  What else is on the collective minds?
01:41  10    **MR. BARTOSZEK:**  Your Honor, this is Peter.  How are
01:41  11  you doing?
01:41  12    **THE COURT:**  Fine, Peter.  How are you?
01:41  13    **MR. BARTOSZEK:**  I'm doing well.  I just wanted to
01:41  14  quickly raise the point that Sarah made and I think Ky agreed
01:41  15  and then Andy expounded upon yesterday regarding the October 6
01:41  16  confidentiality deadline.
01:41  17        I think the collective mindset there was that we
01:41  18  handled the confidentiality issue in our October 4 proposed
01:41  19  deadline, that the October 6 deadline was no longer necessary.
01:41  20  I don't think there was any conflict on that, but I think it
01:41  21  was just one of the points left in the e-mails going around
01:42  22  yesterday.
01:42  23    **THE COURT:**  Right, it was.  It was.  I didn't see any
01:42  24  conflicts, so we will make that revision.
01:42  25    **MR. BARTOSZEK:**  Thank you, Your Honor.

01:42   1          **THE COURT:**  You're welcome.

01:42   2              What else?

01:42   3          **MS. HIMMELHOCH:**  Nothing from the U.S., Your Honor.

01:42   4          **THE COURT:**  Well, thanks a lot.  I will try to get

01:42   5   back to you on the balls that are in my court as soon as I can.

01:42   6   I have a 2:00 conference, so it may not be until late this

01:42   7   afternoon or perhaps even tomorrow morning.

01:42   8              (Proceedings adjourned.)

01:42   9                              * * *

       10                          <u>**CERTIFICATE**</u>

       11          I, Toni Doyle Tusa, CCR, FCRR, Official Court

       12   Reporter for the United States District Court, Eastern District

       13   of Louisiana, certify that the foregoing is a true and correct

       14   transcript, to the best of my ability and understanding, from

       15   the record of proceedings in the above-entitled matter.

       16

       17

       18                          <u>*s/ Toni Doyle Tusa*</u>
                                    Toni Doyle Tusa, CCR, FCRR
       19                          Official Court Reporter

       20

       21

       22

       23

       24

       25

MR. BARTOSZEK: [3]  26/9 26/12
26/21
MR. BROCK: [14]  11/15 12/5 12/20
13/19 13/24 21/10 21/12 21/14 21/19
22/8 23/3 23/5 23/9 24/2
MR. LANGAN: [12]  7/5 14/14 14/19
14/23 15/4 18/16 19/22 22/13 22/15
23/16 23/22 24/1
MS. HIMMELHOCH: [50]
MS. KARIS: [11]  2/15 3/18 4/7 4/14
5/10 6/9 7/3 10/24 18/17 20/6 22/17
MS. KIRBY: [12]  7/4 8/1 8/22 9/13
9/20 10/6 15/8 16/1 24/13 24/17 24/20
26/4
Omit elements: Timecodes [1]  27/8
Page break [1]  1/25
Resume elements: Timecodes [1]  1/25
THE COURT: [75]
THE LAW CLERK: [3]  12/23 16/24
20/17

# 1

10 [9]  14/5 14/11 15/2 15/2 15/6 15/6
15/7 15/7 15/22
10-4536 [1]  1/8
10-MD-2179 [1]  1/5
13 [2]  14/21 14/25
15 [3]  14/11 14/12 14/22
16 [2]  14/12 14/25
18 [2]  1/7 2/2

# 2

20 [1]  1/6
2010 [1]  1/6
2014 [2]  1/7 2/2
2179 [1]  1/5
2:00 conference [1]  27/6

# 4

406 [1]  1/21
45 [2]  21/18 21/23
4536 [1]  1/8

# 5

500 [1]  1/21
504 [1]  1/22
57 [2]  4/20 18/14
589-7778 [1]  1/22

# 7

70130 [1]  1/21
7778 [1]  1/22

# 9

90 [1]  21/18

# A

abide [1]  4/11
ability [1]  27/14
able [2]  6/17 15/10
about [24]  2/5 5/15 5/21 7/3 7/9 10/19
12/20 13/2 13/24 14/16 15/23 16/10
18/7 20/17 21/1 21/7 21/11 22/2 23/19
24/15 24/19 24/23 25/14 26/3
above [1]  27/15
above-entitled [1]  27/15
absent [1]  23/12
absolutely [2]  5/20 14/15
across [1]  2/11
actually [1]  7/12
add [4]  15/10 15/25 25/21 25/24
added [1]  25/19

adding [2]  25/15 25/17
additional [1]  24/13
adjourned [1]  27/8
admitted [1]  3/21
advising [1]  20/4
affects [1]  10/20
after [2]  4/25 13/21
afternoon [2]  2/3 22/24 27/7
again [4]  4/1 4/1 16/12 24/1
against [2]  16/6 16/14
agree [8]  3/11 3/15 5/14 10/22 13/19
17/2 17/25 24/17
agreed [2]  2/12 5/1 5/24 7/18 7/20
18/9 18/10 18/20 20/24 22/18 24/9
26/14
agreeing [1]  25/1
agreement [7]  2/19 2/20 3/3 3/8 3/11
15/25 25/6
agrees [1]  3/13
ahead [2]  10/1 18/14
aided [1]  1/25
all [34]
allowed [1]  18/12
allows [1]  6/15
along [1]  21/23
already [3]  4/11 7/19 19/23
also [3]  2/18 12/15 24/14
although [1]  16/19
am [1]  3/3
American [1]  8/15
amongst [1]  21/7
Anadarko [14]  2/12 11/20 14/6 14/7
14/9 14/12 15/7 15/17 15/22 16/6 16/7
16/22 17/11 24/15
Anadarko-related [1]  14/6
Andy [10]  5/22 7/6 7/16 14/16 14/18
19/21 19/25 22/15 23/17 26/15
Andy's [1]  19/20
another [1]  11/24
answer [1]  25/8
anticipate [2]  12/9 23/1
any [13]  5/3 5/9 7/1 7/18 8/20 20/1
21/24 22/12 22/21 25/12 26/20 26/23
anybody [2]  6/18 18/7
anything [2]  6/7 25/24
Applies [1]  1/8
appreciate [1]  24/2
approach [1]  10/18
approaching [1]  24/21
appropriate [6]  6/25 7/1 7/2 10/5 19/21
21/3
APRIL [1]  1/6
are [55]
argue [1]  25/21
arguments [1]  9/3
arising [1]  9/23
around [1]  26/21
arrangement [1]  25/7
as [34]
ask [4]  8/6 8/7 23/4 24/14
asking [3]  2/7 9/12 25/6
assert [2]  5/5 5/7
assume [2]  8/6 12/15
assuming [4]  4/20 18/12
at [22]  2/18 3/2 3/7 6/13 8/19 8/22 9/2
10/23 11/11 11/19 12/19 16/23 22/22
24/8 24/8 24/11 25/18 25/19 25/19
25/23 26/5 26/7
aware [1]  11/3

# B

B-406 [1]  1/21
back [17]  2/18 3/2 3/5 5/17 5/22 13/22
14/9 14/11 14/25 17/21 21/9 21/25
22/25 24/9 25/4 25/20 27/5
back-end [1]  25/20
bag [1]  8/18
balls [2]  20/1 27/5
Barbier [7]  10/8 10/17 13/13 17/12
17/22 21/17 24/8
Barbier's [2]  3/21 16/25
basis [1]  16/6
be [45]
bear [2]  7/24 7/25
bears [1]  8/4
because [12]  3/4 5/24 7/18 7/22 8/12
9/23 10/20 16/3 16/4 17/17 19/18 21/7
been [3]  3/21 4/11 7/19 16/14
before [3]  1/11 6/14 13/9
being [2]  18/21 23/1
believe [5]  2/19 3/8 7/8 15/25 23/13
best [2]  10/18 27/14
between [2]  9/15 10/3
big [1]  5/12
bit [1]  2/8
bless [1]  25/6
blocks [1]  15/12
blush [1]  22/22
both [3]  14/7 18/23 22/4
BP [13]  2/12 5/3 5/5 7/23 11/20 14/5
14/10 14/11 15/7 15/10 15/22 17/11
23/1
BP's [1]  23/20
BP/Anadarko [1]  17/11
brief [2]  7/10 15/20
briefing [1]  7/8
briefings [1]  11/3
briefs [3]  6/1 8/5 14/7
bring [1]  6/5
Brock [3]  11/16 21/12 21/19
bundle [4]  17/10 18/12 18/24 19/3
bundles [3]  3/20 18/7 18/14 19/9 20/9
bundling [1]  4/20
burden [5]  7/9 7/12 7/24 8/1 8/4
burdens [2]  7/22 10/8
but [33]
butt [1]  7/7

# C

call [11]  6/15 9/11 11/4 11/5 11/19
12/10 12/11 12/18 12/18 13/21 19/16
called [2]  6/18 11/22
calling [3]  12/12 13/3 13/9
calls [1]  22/25
came [3]  2/10 14/9 14/10
can [14]  4/7 7/2 8/22 10/19 10/23 11/7
15/5 15/20 18/23 19/24 21/6 24/10
25/9 27/5
can't [1]  25/24
capabilities [1]  19/21
caption [1]  15/21
captions [1]  15/12
care [2]  17/5 24/4
careful [1]  26/6
Carrie [12]  2/14 2/17 3/11 3/12 3/16
3/18 5/9 7/3 10/25 12/22 20/7 22/17
case [11]  6/12 6/16 6/18 6/20 7/13
7/23 8/24 9/9 9/16 9/17 11/22
cat [1]  15/3
categories [1]  4/19

**C**

caveat [1]  11/1
CCR [3]  1/20 27/11 27/18
certainly [2]  20/8 25/21
CERTIFICATE [1]  27/10
certify [1]  27/13
chance [2]  8/16 9/22
change [2]  17/17 18/3
changed [2]  16/25 17/22
charity [1]  14/21
check [3]  17/21 23/25 24/9
chief [6]  6/18 8/24 9/9 9/16 9/17 11/22
choose [1]  11/13
citations [1]  17/13
cite [3]  4/7 5/2 16/16
cited [2]  3/25 16/14
clawback [1]  23/21
clear [4]  6/19 11/1 15/9 16/4
clock [1]  22/3
collective [3]  24/5 26/9 26/17
come [1]  24/15
comes [1]  10/4
comfortable [1]  19/10
coming [1]  24/22
comment [2]  5/16 11/17
commit [1]  13/18
communication [1]  2/13
comport [1]  22/19
computation [1]  21/19
computer [1]  1/25
computer-aided [1]  1/25
concerning [1]  23/7
confer [2]  13/21 20/25
conference [5]  1/11 4/25 16/1 23/7
   27/6
confidentiality [2]  26/16 26/18
confirm [6]  5/13 12/22 22/23 22/25
   23/11 24/10
conflict [1]  26/20
conflicts [1]  26/24
considered [2]  16/16 17/3
consistent [1]  22/10
consists [1]  21/18
continue [1]  20/10
control [1]  22/3
conversations [1]  2/19
corners [1]  9/20
correct [7]  4/3 4/8 4/14 4/15 9/10 12/2
   27/13
correcting [1]  22/7
could [4]  13/20 16/5 19/23 24/14
counter [3]  3/5 5/6 5/8
counter-designate [2]  3/5 5/6
counter-designations [1]  5/8
couple [3]  5/17 22/17 22/23
course [5]  3/14 16/9 20/9 21/3 25/13
court [11]  1/1 1/20 6/15 8/6 11/2 13/8
   23/7 27/5 27/11 27/12 27/19
cover [1]  24/5
covered [2]  17/7 17/7
covering [1]  23/15
critical [1]  16/13
culpability [1]  16/10
current [1]  2/24

**D**

date [4]  10/23 10/24 11/18 19/10
dates [1]  22/19
day [5]  8/22 10/15 11/24 18/21 24/25
days [2]  13/9 22/17

deadline [6]  12/24 13/3 18/19 26/16
   26/19 26/19
deal [2]  2/14 21/16
December [1]  18/21
December 5 [1]  18/21
decides [1]  11/5
DEEPWATER [1]  1/5
defendant [6]  6/20 8/14 8/15
defendants [4]  6/22 6/24 7/12 8/13
defense [1]  12/7
dep [1]  20/9
depend [2]  11/5 11/11
deposition [7]  4/22 4/23 16/7 17/8
   17/10 18/7 18/20
depositions [12]  2/21 2/25 3/2 3/6 3/23
   4/2 4/18 4/21 4/22 18/13 22/13 24/25
designate [2]  3/5 5/6
designated [3]  4/5 6/4 11/18
designates [1]  10/12
designations [7]  5/8 16/8 16/9 16/13
   17/13 18/11 18/20
desk [2]  2/11
dial [1]  23/16
dial-in [1]  23/16
did [10]  3/4 14/16 14/18 16/2 19/4
   20/15 20/20 20/22 21/14 23/15
didn't [7]  7/5 7/16 14/13 20/9 23/11
   25/14 26/23
different [5]  6/23 7/22 7/22 8/3 11/3
disagreement [1]  5/10
disclosed [1]  11/9
disclosure [2]  11/21 12/12
discover [1]  25/13
discovery [2]  11/9 25/13
discussion [3]  3/22 6/13 21/9
distinction [3]  3/16 9/14 9/18 9/9
distinguish [2]  6/17 10/3
DISTRICT [4]  1/1 1/2 27/12 27/12
do [32]
docket [3]  23/15 23/18 24/7
document [1]  26/2
documents [1]  25/18
does [3]  6/8 7/14 10/22
doesn't [8]  8/7 12/8 12/9 13/13 13/13
   25/2 25/12 25/15
doing [5]  2/4 18/11 20/3 26/11 26/13
don't [24]  2/10 3/8 5/15 6/11 7/6 9/17
   10/1 10/20 10/22 12/11 13/18 15/11
   16/15 16/15 20/1 21/3 21/9 23/1 23/13
   23/17 24/1 24/12 24/15 26/20
done [4]  2/14 15/21 15/21 20/4
down [4]  12/7 12/15 12/25 18/3
Doyle [4]  1/20 27/11 27/18 27/18
draft [1]  14/20
drafted [1]  8/12
drop [1]  13/12
dropped [1]  20/1
due [3]  24/22 24/22 24/24
dump [2]  25/20 25/23
Dupree [1]  5/4
Dupree's [1]  4/23

**E**

e-mail [2]  14/5 14/24
e-mails [1]  26/21
each [4]  6/5 10/9 11/2 17/9
earlier [2]  14/20 16/22
EASTERN [2]  1/2 27/12
either [3]  7/5 22/7 24/16
elements [1]  7/23

else [7]  17/6 18/6 19/5 23/23 24/5 26/9
   26/7
end [3]  20/6 25/20 25/23
enforce [1]  16/17
entire [1]  3/23
entitled [1]  27/15
error [1]  14/19
especially [1]  11/8
even [4]  7/13 13/23 25/1 27/7
event [1]  12/8
ever [1]  14/19
every [6]  6/4 11/15 12/18 13/6 18/10
   26/7
everybody [9]  2/3 5/16 6/4 9/8 10/11
   10/24 13/17 19/10 26/6
everybody's [1]  10/5
everything [5]  8/23 19/5 20/11 23/15
   26/7
evidence [6]  6/22 6/24 6/25 7/1 9/4
   16/6
Exactly [3]  10/16 18/2 18/2
example [1]  11/5
except [3]  5/4 5/24 17/25
exception [2]  2/21 4/1
exceptions [1]  4/14
exchange [1]  11/7
exclusive [1]  8/10
Excuse [1]  5/18
excused [1]  16/3
exhibit [6]  24/22 25/2 25/10 25/11
   25/22 25/25
exhibits [5]  20/11 20/13 20/15 25/3
   25/20
exists [1]  9/1
expected [1]  23/12
expecting [3]  24/1 24/8 24/10
expects [2]  11/19 23/13
expert [21]  6/25 8/21 9/15 9/16 9/24
   10/10 11/12 11/23 11/24 12/8 12/13
   13/4 22/1 22/13 24/23 24/25 25/11
   25/13 25/18 26/2 26/3
experts [23]  5/25 6/2 6/14 8/13 8/13
   8/19 8/20 8/21 9/8 9/12 9/20 10/4
   10/12 11/2 11/4 11/8 11/19 11/21 22/4
   22/6 22/20 25/3 25/24
expounded [1]  26/15
expressly [1]  16/4
extent [1]  25/18
extra [1]  26/6
extraordinary [1]  19/20

**F**

face [1]  11/15
faces [1]  11/15
fact [18]  4/10 5/3 7/2 7/23 7/25 8/22
   9/6 9/15 9/16 10/1 10/2 10/4 10/6
   10/19 10/23 11/23 22/4 24/24
factor [1]  10/9
factors [2]  7/13 8/18
fair [1]  15/3
fairly [1]  6/19
faith [5]  24/22 25/2 25/10 25/24 26/4
far [1]  11/9
FCRR [3]  1/20 27/11 27/18
feeling [1]  16/12
few [1]  15/23
final [5]  18/3 18/3 18/3 19/14 20/9
finalize [1]  18/2
finally [1]  25/8
findings [1]  5/2

## F

fine [10]  2/7 11/7 12/10 13/23 13/25 14/10 15/14 19/8 26/8 26/12
finishing [1]  24/25
first [8]  2/15 7/14 7/17 7/18 7/19 8/19 8/20 22/22
fit [2]  7/14 14/21
flexibility [3]  13/7 13/12 13/17
folks [1]  12/7
follow [3]  17/24 18/9 19/24
followup [1]  24/7
foregoing [1]  27/13
format [1]  17/24
forth [5]  3/13 3/14 3/16 5/1 11/6
forward [1]  19/14
found [1]  17/23
four [1]  9/20
Friday [1]  24/23
full [1]  23/14
function [1]  9/3
future [1]  21/9

## G

get [17]  2/14 4/20 5/18 6/12 6/13 6/16 7/14 7/17 10/23 11/2 13/22 15/22 18/3 19/9 19/14 22/25 27/4
gets [1]  8/15
getting [1]  20/3
give [8]  13/23 15/20 17/11 21/17 23/16 24/19 25/5 25/9
given [8]  19/5 19/20 19/24 20/8 21/24 22/19 24/7 24/24
giving [1]  17/13
go [17]  2/18 3/2 3/5 5/18 7/14 7/17 7/18 7/19 10/11 15/2 15/13 16/24 17/20 18/11 18/14 21/25 24/9
go-ahead [1]  18/14
goes [4]  8/19 8/20 19/3 19/25
going [41]
good [14]  2/3 2/5 12/6 12/14 13/15 17/4 18/8 22/15 23/3 24/22 25/2 25/10 25/24 26/4
good-faith [4]  24/22 25/2 25/10 26/4 18/6 22/24 25/8
got [8]  2/13 5/16 14/12 14/12 14/24 18/6 22/24 25/8
government [3]  11/21 12/8 12/11
great [2]  20/3 23/3
group [1]  19/15
guarantee [1]  12/18
guess [8]  7/7 9/12 10/25 19/13 20/22 22/16 23/11 23/23
guide [1]  8/7
GULF [1]  1/6
guys [5]  2/8 5/18 5/21 17/5 22/12

## H

had [13]  2/19 3/1 3/5 3/22 7/18 7/19 14/5 15/24 18/19 19/18 20/18 23/6 24/6
handled [1]  26/18
happen [2]  5/25 6/3
happy [2]  2/16 8/17
has [9]  3/3 5/1 7/1 7/7 7/19 13/6 17/2 21/24 26/2
have [65]
haven't [5]  19/11 22/16 22/21 25/1 25/4
having [1]  3/21
he [59]  8/7 8/8 13/13 17/2 17/3 17/23 21/17 21/21 21/21 21/24 21/25 22/2 23/12 23/13 23/14 23/14 24/1 24/10

24/12 26/2
head [10]
heads [6]  7/8 19/24 20/8 20/8 24/19 25/5
heads-up [5]  19/24 20/8 20/8 24/19 25/5
hear [2]  3/10 9/5
heard [8]  5/9 5/17 5/21 5/22 13/1 22/21 25/4 26/1
hearing [1]  24/9
helpful [2]  17/23 24/11
her [2]  14/24 26/1
here [1]  7/7
Here's [1]  21/16
him [6]  8/7 17/13 17/14 22/2 22/6 24/9
hinges [1]  10/7
his [3]  5/2 23/15 26/3
Hold [1]  5/19
honest [1]  19/11
Honor [32]
HONORABLE [1]  1/11
HORIZON [1]  1/5
hour [2]  13/21 13/24
hours [3]  21/18 21/18 21/23
how [13]  2/3 2/5 5/25 6/2 6/17 7/13 8/2 11/2 13/24 21/11 21/14 26/10 26/12
However [1]  16/11
hung [1]  17/5

## I

I'll [2]  13/23 15/1
I'm [18]  2/16 3/15 3/15 5/18 6/23 7/4 7/16 7/17 8/17 9/14 14/18 17/6 19/1 20/2 20/3 20/4 24/7 26/13
identified [1]  4/14
if [26]  3/15 4/5 5/5 6/15 6/25 7/13 8/7 8/13 9/11 9/15 10/11 11/8 11/10 12/11 13/20 14/4 14/13 19/18 23/12 24/10 25/5 25/9 25/10 25/12 25/21 26/2
imply [1]  14/19
important [1]  17/14
imposes [1]  13/8
in [75]
include [2]  17/10 25/3
included [1]  18/23
inData [5]  19/9 19/12 19/16 19/24 21/5
inData's [1]  20/1
indication [1]  21/25
information [1]  19/9
initial [4]  12/12 13/6 13/11 18/11
installment [1]  25/16
instance [1]  16/10
instituting [1]  21/25
instructed [1]  20/24
intend [1]  2/9
intending [1]  25/21
intends [1]  6/14
interrupt [1]  7/17
into [3]  4/4 9/24 19/3
involved [2]  20/12 20/13
involvement [1]  20/23
is [93]
isn't [2]  5/12 25/21
issue [10]  2/11 3/4 8/11 8/22 11/24 14/2 15/24 18/19 22/12 26/18
issues [8]  5/24 9/23 11/3 11/5 11/12 14/6 19/18 23/21
it [59]
it's [15]  4/18 4/19 6/19 6/23 7/6 7/11 12/12 16/12 16/12 17/17 23/17 24/22

25/10 25/11 26/3
it'll [1]  8/2

## J

joint [4]  15/13 15/19 15/20 20/18
jointly [1]  13/2
judge [16]  1/12 3/21 10/8 10/17 11/16 13/13 15/9 16/11 16/25 17/12 17/22 21/17 24/8 24/14 24/19 26/6
Judge Barbier [7]  10/8 10/17 13/13 17/12 17/22 21/17 24/8
Judge Barbier's [2]  3/21 16/25
Judge Shushan [1]  11/16
judge's [1]  16/18
just [24]  2/20 3/23 8/23 10/11 10/18 13/21 14/20 15/9 19/2 19/6 19/25 20/13 21/6 21/15 22/23 23/11 24/6 24/25 25/4 25/5 25/8 26/6 26/13 26/21

## K

keep [2]  13/17 21/8
keeping [1]  20/4
kind [2]  13/10 21/22
knew [1]  25/14
know [18]  2/9 6/11 6/13 8/2 9/17 9/24 10/1 16/15 19/11 19/23 20/9 20/23 20/24 21/14 22/11 25/10 25/18 26/3
knowing [1]  10/16
knowledge [1]  10/16
Ky [10]  5/17 5/21 8/3 9/12 9/13 15/9 15/23 25/8 26/1 26/14

## L

language [1]  15/25
last [8]  2/11 7/4 7/15 7/18 16/1 19/19 20/15 22/17
late [3]  2/9 19/8 27/6
later [5]  6/18 8/22 10/20 10/23 25/13
lead [2]  17/14 19/17
least [1]  11/12
leave [1]  11/23
left [1]  26/21
length [2]  6/1 21/11
less [1]  3/4 21/22
let [3]  14/20 17/6 22/3
let's [2]  2/14 3/10 4/13 14/16 15/23 18/6 20/17 21/8 22/6
letter [9]  2/18 2/22 3/7 3/14 3/14 3/17 4/12 5/2 23/6
like [9]  6/7 12/15 12/22 15/10 16/17 17/9 20/23 21/21 24/15
liked [1]  23/10
likewise [2]  15/15 20/11
limiting [1]  9/5
limits [1]  22/1
line [1]  11/8
lineup [1]  12/13
list [16]  4/20 6/13 6/16 11/19 12/8 12/9 24/22 25/2 25/10 25/11 25/15 25/16 25/22 25/25 26/4 26/7
listed [1]  18/13
lists [1]  18/13
little [1]  2/8
live [1]  10/24
load [1]  5/12
long [2]  5/13 12/6
longer [1]  26/19
look [4]  3/2 16/17 19/14 26/5
looked [1]  2/18
looking [3]  3/7 17/6
loop [2]  20/5 20/10

**L**

lot [1]  27/4
LOUISIANA [4]  1/2 1/8 1/21 27/13

**M**

ma'am [1]  21/20
made [8]  4/12 5/16 6/8 11/21 16/4
  17/13 22/16 26/14
MAGISTRATE [1]  1/12
mail [2]  14/5 14/24
mails [1]  26/21
make [8]  4/13 9/14 15/5 15/16 19/17
  19/25 26/4 26/24
makes [2]  11/10 21/5
making [3]  3/16 17/12 20/5
many [4]  11/2 16/9 16/15 16/19
matter [1]  27/15
maximum [1]  12/17
may [11]  5/6 5/7 7/23 7/24 11/13 15/15
  21/1 21/22 23/4 25/6 27/6
maybe [2]  11/17 13/21
MD [1]  1/5
me [10]  3/20 5/18 10/18 12/10 13/20
  14/2 14/20 17/6 18/25 19/15
mean [4]  7/6 7/16 14/12 14/18
means [1]  26/6
mechanical [1]  1/24
medical [1]  23/19
mentioned [1]  7/10
MEXICO [1]  1/6
might [3]  12/10 12/10 21/1
Mike [6]  11/16 12/14 12/20 13/1 13/18
  23/5
mind [1]  21/15
minds [3]  21/9 24/5 26/9
mindset [1]  26/17
minimize [1]  25/20
minimized [1]  9/23
minimum [1]  26/7
mixed [1]  8/18
model [1]  8/14
more [3]  13/24 15/17 18/15
morning [2]  23/15 27/7
motion [2]  23/19 23/20
move [1]  21/23
Mr. [2]  21/12 21/19
Mr. Brock [2]  21/12 21/19
much [1]  6/11
my [14]  12/4 13/2 13/5 14/20 16/13
  16/17 16/17 22/5 22/6 22/7 23/25
  24/13 27/5 27/14

**N**

necessary [1]  26/19
need [6]  4/24 12/24 13/18 17/16 24/15
  25/2
needed [2]  14/3 23/8
never [1]  17/3
new [3]  1/8 1/21 5/6
next [5]  5/15 13/2 19/14 23/7 24/22
nice [1]  14/23
no [11]  5/11 6/6 7/16 8/21 14/1 15/17
  16/23 18/14 22/14 23/13 26/19
nobody [1]  25/17
not [47]
note [1]  19/2
noted [2]  2/22 19/7
nothing [3]  16/5 23/23 27/3
notice [2]  13/12 23/16
notification [1]

now [9]  7/14 16/11 17/17 18/9 21/25
  25/2 25/25 26/13
number [6]  11/8 11/8 11/10 12/17 20/9
  23/16

**O**

object [1]  6/9
objected [7]  2/23 3/23 3/24 4/5 4/6 5/3
  16/18
objection [4]  6/10 10/17 16/21 16/23
objections [12]  4/10 5/6 5/7 16/7 16/13
  16/22 17/3 18/20 19/2 19/2 19/7 22/21
objective [1]  17/25
obligation [1]  21/6
occurred [1]  18/25
October [3]  26/15 26/18 26/19
October 4 [1]  26/18
October 6 [2]  26/15 26/19
off [2]  2/23 5/12
offer [2]  4/12 7/2
Official [3]  1/20 27/11 27/19
offline [1]  2/13
OIL [2]  1/5 1/5
okay [18]  3/10 3/18 5/9 12/6 12/21
  12/23 13/20 14/1 16/20 17/4 17/15
  17/16 17/24 18/5 21/8 22/23 24/20
  26/8
omitted [1]  16/1
on [58]
once [3]  11/21 15/21 15/22
one [32]
one-track [1]  21/15
ones [5]  7/24 7/25 8/2
only [7]  4/18 5/23 6/16 8/11 15/21
  15/21 18/25
opportunity [2]  3/2 3/5
opposed [1]  6/18
option [1]  12/7
or [30]
order [9]  3/21 4/25 5/16 7/20 8/12 16/3
  16/4 16/21 17/1
organizational [1]  19/21
Orleans [2]  1/8 1/21
other [20]  4/4 6/1 6/16 9/1 13/3 13/9
  13/16 15/23 16/18 23/4 23/20 24/18
our [20]  2/11 2/20 3/13 3/14 4/20 6/21
  6/24 7/7 7/10 11/11 13/11 14/2 15/10
  16/1 21/9 22/10 23/6 25/9 25/11 26/18
ourselves [1]  21/7
out [6]  8/22 10/8 14/17 18/10 21/4
  22/25
outstanding [1]  5/24
overruled [2]  4/11 17/3
overview [1]  17/12

**P**

page [1]  15/11
pages [8]  5/4 5/5 14/5 14/6 14/10
  14/10 15/22 15/22
parse [1]  19/12
part [7]  2/24 3/21 3/25 7/4 11/11 15/24
  18/1
parties [10]  8/9 8/18 13/3 18/10 20/25
  21/1 21/6 21/17 24/24 25/24
parties' [2]  18/13 20/2
parts [1]  17/14
party [6]  7/1 9/1 11/15 13/6 21/4 25/12
party's [1]  7/1
penalty [3]  3/25 7/13 7/23
pending [1]  8/5
people [1]  19/1

per [2]  21/18 21/23
perhaps [4]  11/4 24/14 25/1 27/7
permissive [1]  17/18
permit [1]  8/8
person [1]  19/22
perspective [1]  25/10
Peter [2]  26/10 26/12
phase [30]
Phase One [12]  2/21 2/23 3/20 3/24
  4/6 4/10 4/23 5/5 16/3 16/5 16/13 19/4
Phase Three [1]  4/21
Phase Two [8]  3/1 3/4 4/4 6/21 17/22
  17/23 17/25 19/5
phases [1]  19/19
phenomenal [1]  25/23
phone [1]  22/25
pick [3]  8/12 8/13 8/19
picks [1]  6/5
piece [1]  18/10
plaintiff [6]  6/20 6/20 8/14 8/15 8/15
plaintiffs [1]  8/12
planning [1]  23/14
plate [1]  23/14
point [6]  10/10 12/14 19/6 20/2 20/2
  26/14
points [2]  22/24 26/21
position [3]  7/11 8/9 16/17
posted [1]  21/5
posting [3]  20/20 20/22 21/2
Poydras [1]  1/21
precisely [1]  10/2
preclude [2]  25/12 25/15
precluded [1]  25/17
prefer [4]  13/11 13/16 14/10 19/6
preliminary [1]  20/8
present [2]  11/13 23/8
presented [1]  16/6
preserve [1]  10/5
pretrial [3]  6/1 8/7 14/7
probably [2]  12/21 23/10
problem [1]  23/2
proceedings [4]  1/24 2/1 27/8 27/15
proceeds [1]  25/13
process [1]  11/9 20/18
produces [1]  9/1
proof [5]  7/9 7/12 7/20 7/22 10/8
proposal [2]  10/11 22/16
proposals [2]  2/13 5/17
proposed [4]  3/3 14/5 14/11 26/18
provide [1]  11/19
PSC [2]  21/2 21/4
pull [1]  12/15
pulling [2]  12/7 12/24
purported [1]  16/10
purposeful [1]  14/5
put [12]  4/4 4/24 6/21 6/22 6/24 6/24
  8/23 11/6 19/9 25/11 25/12 26/7
puts [4]  5/1 8/20 8/20 9/8
putting [1]  20/18

**Q**

quandary [2]  11/14 11/15
question [10]  5/25 6/3 6/6 6/11 10/20
  11/17 13/2 23/4 23/24 24/7
quick [1]  24/6
quickly [1]  26/14

**R**

Rainey [1]  5/4
Rainey's [1]  4/22

**R**

raise [1]  26/14
raised [6]  8/11 15/24 17/8 23/6 24/24 25/4
rapidly [1]  24/21
RE [1]  1/5
reaction [2]  13/6 13/11
read [2]  13/13 13/14
Real [1]  2/7
really [4]  4/18 20/3 23/23 26/2
rear [1]  16/12
reason [4]  8/11 8/25 10/3 14/13
reasons [1]  16/18
rebundle [1]  4/21
rebuttal [25]  6/6 6/12 6/15 6/15 6/25 7/1 7/2 7/21 7/24 7/25 8/9 8/10 8/11 8/16 8/21 8/25 9/2 9/6 9/12 9/15 9/16 9/17 10/5 11/22 11/24
recall [1]  19/18
recent [1]  3/21
reconsideration [1]  23/20
record [1]  27/15
recorded [1]  1/24
redesignate [1]  3/6
redesignated [3]  2/24 4/1 4/6
referencing [1]  3/20
regard [1]  4/16
regarding [1]  26/15
reinstated [2]  16/16 16/22
related [3]  14/6 25/3 25/24
relevant [2]  2/23 3/24
relying [2]  17/14 26/2
remaining [2]  22/12 22/20
remember [2]  17/11 17/22
remind [1]  14/2
report [2]  26/4 26/7
Reporter [3]  1/20 27/12 27/19
reports [2]  24/23 24/25
request [1]  22/10
requests [1]  22/20
require [1]  21/5
required [1]  17/19
requirements [1]  13/8
reservation [1]  11/1
resolve [1]  14/3
respect [2]  3/1 7/21
respond [1]  19/2
responding [1]  9/3
response [1]  6/6
result [1]  20/6
retain [2]  13/7 13/12
revision [2]  18/4 26/24
RIG [1]  1/5
right [30]
round [9]  2/24 6/4 6/4 22/19 22/20 24/21 24/23 25/22 25/25
rounds [1]  6/3
rule [3]  8/6 9/20 16/11
rules [1]  5/1
ruling [1]  16/18
run [1]  18/12

**S**

said [7]  8/12 14/9 14/21 14/25 16/3 16/4 16/5
SALLY [1]  1/11
same [7]  8/19 10/14 11/15 11/20 11/20 24/15 24/23
Sarah [11]  2/7 8/3 9/5 10/13 12/3 14/2 14/16 14/22 17/20 24/12 26/14

Sarah's [2]  10/11 12/1
say [3]  10/20 22/1 26/1
saying [10]  2/14 3/13 7/14 7/17 7/21 9/6 9/14 11/18 14/25 17/18
says [1]  12/11
schedule [2]  18/9 22/13
scheduled [1]  18/10
schedules [1]  22/25
scheduling [2]  5/16 22/23
scope [2]  9/24 10/2
scratching [1]  7/7
second [6]  8/20 8/21 14/2 25/16 25/22 25/25
section [2]  1/6 15/10
see [5]  14/13 17/6 17/6 18/6 26/23
seeking [1]  9/3
seem [1]  18/20
seems [4]  10/18 12/10 19/15 25/23
seen [1]  16/11
selection [4]  5/25 6/2 6/5 12/17
send [1]  14/17
sending [1]  22/21
sense [4]  6/8 11/10 13/5 21/5
sent [1]  3/17
separate [2]  6/12 15/14
September [3]  1/7 2/2 17/1
September 4 [1]  17/1
serve [1]  9/2
set [4]  3/13 3/14 3/16 18/11
settlement [2]  23/19
shape [1]  18/9
she [2]  2/14 3/13
shortly [1]  23/1
should [9]  6/4 13/7 14/25 15/2 19/14 19/15 25/1 25/19 26/4
SHUSHAN [2]  1/11 11/16
side [6]  11/2 12/7 13/9 17/9 21/18 21/23
signature [1]  15/11
signatures [1]  15/21
significant [1]  23/1
simply [2]  7/18 19/6
simultaneous [2]  10/24 11/7
since [5]  3/5 3/14 6/3 22/21 24/9
single [1]  12/18
skinning [1]  15/3
slip [1]  21/10
smaller [1]  11/11
smoothly [1]  20/1
so [31]
software [1]  1/5
some [12]  4/19 5/18 6/14 7/12 7/23 7/25 11/3 11/11 15/25 19/18 22/19 22/25
somebody [2]  7/19 19/16
something [6]  11/10 14/17 19/13 23/19 25/14 25/22
soon [1]  27/5
sorry [6]  2/8 5/21 6/23 7/16 12/4 14/18
sort [1]  25/20
sounded [1]  23/10
sounds [4]  12/21 12/23 13/20 24/15
speak [1]  3/8
specific [2]  2/22 4/22
specifically [3]  3/23 4/1 14/6
specified [2]  5/4 5/5
spend [1]  15/17
SPILL [1]  1/5
spoke [2]  21/16 22/2
stand [1]  4/10

start [2]  2/10 2/16
starts [1]  3/20
statement [1]  4/25
STATES [11]  1/1 1/12 5/2 5/7 7/11 11/18 15/7 15/15 24/8 25/21 27/12
States' [1]  8/9
STATUS [1]  1/11
stenography [1]  1/24
Steve [2]  3/3 5/1
Steve's [5]  2/18 2/22 3/7 4/12 22/20
still [1]  11/1
stipulation [1]  16/21
straight [1]  2/15
Street [1]  1/21
stuck [1]  14/25
subject [4]  5/1 13/7 22/7 24/12
submission [3]  15/13 15/14 18/23
submitted [2]  16/5 16/14
sufficient [1]  13/12
suggestion [2]  12/1 12/4
summaries [3]  17/9 17/10 18/23
summarize [1]  2/20
supply [1]  19/16
support [1]  22/9
sure [13]  2/16 3/19 4/13 7/4 14/4 14/13 15/5 15/16 19/17 19/25 20/5 23/5 24/7
surprise [1]  9/2

**T**

table [1]  2/23
take [3]  15/11 19/16 21/6
taken [1]  17/5
takes [1]  24/4
talk [4]  5/15 12/22 15/23 18/7
talked [2]  19/12 21/7
teams [1]  23/8 24/1
TELEPHONE [1]  1/11
tell [3]  13/3 13/9 15/1
tend [1]  24/17
terms [1]  11/4
testimony [9]  2/22 3/22 3/24 5/3 9/23 9/25 10/2 11/23 11/25
than [3]  13/16 13/24 15/17
Thank [7]  2/7 13/25 15/4 18/17 18/18 24/3 26/25
thanks [1]  27/4
that [177]
that's [25]  5/11 5/12 6/12 7/13 10/10 10/18 11/7 12/14 13/15 13/25 15/14 15/18 16/25 17/4 17/4 17/20 17/21 19/4 19/8 19/13 22/6 23/3 23/22 23/22 26/8
their [13]  6/18 6/25 8/12 8/13 8/19 8/20 8/21 9/8 9/9 10/12 13/17 20/23 26/7
them [12]  6/15 7/14 17/23 19/16 19/17 19/18 20/5 20/8 20/19 20/24 24/21 25/19
then [17]  3/1 4/21 5/17 5/22 6/6 6/22 8/7 8/13 8/14 11/17 13/21 14/6 14/24 14/25 16/6 26/8 26/15
there [22]  3/3 3/11 4/19 6/25 7/8 7/22 8/21 9/1 9/2 10/7 11/12 11/22 11/24 12/10 12/12 16/9 16/18 16/24 22/12 23/1 24/10 26/17 26/20
there's [6]  5/23 6/6 8/25 10/3 25/6 25/23
therefore [2]  8/18 10/3
these [1]  4/19
they [22]  3/11 7/14 7/24 12/9 14/12

## T

they... [17]  17/18 19/17 20/5 20/10
20/12 20/12 20/15 20/18 20/20 20/22
21/2 21/4 22/22 25/12 25/18 25/19
25/19
thing [9]  2/10 3/19 7/7 13/10 14/5 17/8
18/25 23/20 24/18
things [2]  15/23 23/18
think [51]
thinking [2]  7/3 19/1
third [1]  24/23
this [29]
those [9]  3/2 3/6 4/2 4/17 5/7 6/14 8/2
8/5 23/21
thought [5]  2/14 6/8 7/18 7/19 14/24
three [8]  2/21 4/2 4/14 4/19 4/21 13/8
16/11 21/17
through [3]  3/6 19/1 21/10
Thus [1]  11/9
time [11]  5/13 6/14 8/19 10/1 16/19
16/19 19/6 20/13 20/16 21/22 24/23
timeline [4]  10/20 17/17 19/15 19/16
times [2]  9/1 16/11
today [2]  21/17 22/7
together [1]  19/10
tomorrow [2]  22/7 27/7
Toni [4]  1/20 27/11 27/18 27/18
too [1]  19/8
took [3]  2/13 5/13 7/11
top [1]  19/17
toward [1]  20/5
track [1]  21/15
traditional [1]  6/20
transcript [1]  27/14
transcription [1]  1/25
treat [1]  8/17
trial [16]  6/6 6/14 9/2 9/24 11/19 11/23
12/19 16/3 16/5 21/3 21/11 21/17 23/8
24/1 25/2 25/19
trials [1]  8/15
true [2]  9/6 27/13
truth [1]  9/3
truth-seeking [1]  9/3
try [4]  17/25 21/22 25/2 27/4
trying [2]  10/21 22/23
Tusa [4]  1/20 27/11 27/18 27/18
two [23]  3/1 3/4 4/4 4/6 4/7 4/18 4/21
4/22 5/1 5/4 5/23 6/3 6/21 6/23 17/10
17/22 17/23 17/25 19/5 19/19 22/20
23/18 23/21
typo [4]  14/4 14/13 14/15 14/17
typographical [1]  14/19

## U

U.S [24]  2/12 2/20 3/9 3/10 3/20 4/25
5/16 6/11 6/14 11/5 11/12 12/15 13/6
14/7 14/10 14/11 14/21 16/14 16/16
16/20 17/10 19/6 24/10 27/3
U.S. [1]  15/8
U.S. 5 [1]  15/8
U.S.'s [1]  6/13
ugly [1]  16/12
unanticipated [1]  9/3
unclear [1]  3/19
understand [4]  6/12 12/1 15/5 23/18
understanding [5]  3/15 22/5 22/6 23/25
27/14
understood [3]  7/4 18/16 22/8
unexpected [2]  9/22 9/23
UNITED [12]  1/1 1/12 5/2 5/7 7/11 8/9

11/18 15/7 15/15 24/8 25/21 27/12
United States [8]  5/2 5/4 9/11 15/1
15/7 15/15 24/8 25/21
United States' [1]  8/9
unless [3]  2/24 3/25 25/22
unresolved [1]  7/8
until [1]  27/6
up [9]  15/11 18/11 19/24 19/24 20/8
20/8 20/19 24/19 25/5
upon [1]  26/15
urges [1]  21/22
us [7]  5/13 6/5 7/7 8/8 16/14 23/12
25/15
use [1]  25/19
used [1]  3/25
using [1]  1/24

## V

variety [1]  11/3
verification [1]  24/13
verify [1]  22/5
version [1]  19/15
very [1]  23/1
view [5]  10/11 12/7 19/9 20/2 20/2
views [1]  8/3

## W

waived [1]  16/17
want [14]  3/8 9/11 12/11 13/2 17/11
18/7 19/1 19/25 21/1 21/9 23/11 25/9
25/11 25/19
wanted [6]  15/24 23/11 24/4 24/18
25/5 26/13
was [32]
wasn't [2]  14/4 14/13
water [1]  5/19
way [4]  8/3 8/14 10/18 26/5
ways [1]  11/11
we [140]
we'll [1]  20/10
website [3]  20/21 21/2 21/4
week [1]  23/7
weeks [1]  21/18
welcome [1]  27/1
well [13]  3/2 3/3 8/25 9/14 11/15 12/14
17/2 19/13 20/17 21/8 26/5 26/13 27/4
went [1]  14/21
were [6]  8/13 16/2 16/9 16/10 21/2
25/14
what [39]
what's [1]  24/7
whatever [2]  15/10 20/23
when [6]  6/13 9/1 10/4 16/2 18/3 19/14
where [1]  21/2
whether [12]  2/11 3/11 6/11 8/8 10/4
10/7 21/5 21/6 21/25 23/7 24/10 25/11
Whew [1]  5/12
which [15]  2/11 5/3 6/14 7/24 7/25 8/2
8/18 9/1 13/3 14/12 16/10 21/2 21/3
21/18 25/9
who [7]  6/5 6/17 7/1 8/4 11/12 13/9
18/10
whoever [2]  8/19 8/20
why [8]  2/10 5/15 8/23 8/25 9/14 9/16
16/18 17/12
will [41]
wishes [1]  5/5
withdrew [1]  16/7
Without [1]  10/16
witness [10]  7/2 7/23 7/25 8/22 9/16
10/13 10/13 12/19 13/7 22/1

witness' [1]  9/25
witnesses [3]  9/9 9/24 10/6
10/23 11/11 11/12 12/9 12/9 12/10
12/12 12/17
witnesses' [1]  10/2
won't [1]  17/25
wording [3]  17/17 17/21 18/3
words [2]  4/5 6/16
work [3]  8/15 8/22 21/4
working [1]  20/5
worried [3]  3/15 20/3 20/4
worries [1]  14/1
worry [1]  10/19
would [23]  2/23 7/18 11/14 11/15 12/15
12/16 12/17 12/18 12/22 13/5 13/11
14/10 14/12 14/19 15/10 17/9 19/6
20/10 20/23 21/21 22/9 22/11 24/11
writes [1]  15/11
written [1]  17/18
wrong [1]  5/3

## Y

Yeah [2]  15/20 20/22
yes [11]  9/7 10/14 12/16 16/2 18/2
18/22 21/13 21/20 22/11 22/18 23/9
yesterday [5]  7/10 22/24 25/5 26/15
26/22
yet [1]  16/15
you [76]
you're [4]  9/5 13/3 17/12 27/1
your [45]
Your Honor [28]
yourself [2]  2/6 20/14