## UNITED STATES DISTRICT COURT
## EASTERN DISTICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| *Applies to: All Cases* | * * * | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Extension of Time for Initial Settlement Payment]**

The parties to the HESI Punitive Damages and Assigned Claims Settlement Agreement ("SA") filed with the Court on September 2, 2014 (Doc. No. 13346-1), have notified the Court that significant progress has been made in selecting a Trustee and/or Escrow Agent contemplated for the Qualified Settlement Fund ("QSF") pursuant to Section 9 of the SA. However, they advise that additional time is needed to finalize the parties' recommendation of a Trustee and/or Escrow Agent for approval by the Court. Therefore, the Court hereby extends the deadline for the initial payment into the QSF contemplated in Section 9.A.ii and the initial payment of the common benefit fee and costs award contemplated in Section 23.D.i. of the SA. Both initial payments shall be made by HESI within three (3) business days following this Court's entry of an Order appointing the Trustee and/or Escrow Agent under the terms of the SA, but **no later than October 30, 2014**, barring further extension by the Court.

New Orleans, Louisiana, this 2nd day of October, 2014.

CARL J. BARBIER
United States District Judge