# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J <br> * |
| This document relates to: | * <br> * |
| Nos. 10-2771; 10-4536 | * HONORABLE CARL J. BARBIER <br> * <br> * MAGISTRATE JUDGE SHUSHAN <br> * <br> * |

---

## MOTION BY BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY TO AMEND THE FINDINGS, ALTER OR AMEND THE JUDGMENT, OR FOR A NEW TRIAL

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for BP Exploration & Production Inc. and BP America Production Company*

Pursuant to Rules 52 and 59 of the Federal Rules of Civil Procedure, BP Exploration & Production Inc. and BP America Production Company respectfully move this Court to amend the findings entered by the Court on September 4, 2014, *see* Dkt. Entry 13355, to alter or amend the judgment, or for a new trial.  The grounds for this motion are set forth in a memorandum in support that is being submitted concurrently with this motion.

Date: October 2, 2014                    Respectfully submitted,


                                         /s/ Don K. Haycraft
                                         Don K. Haycraft (Bar #14361)
                                         R. Keith Jarrett (Bar #16984)
                                         Liskow & Lewis
                                         701 Poydras Street, Suite 5000
                                         New Orleans, Louisiana 70139-5099
                                         Telephone: (504) 581-7979
                                         Facsimile: (504) 556-4108

                                         Richard C. Godfrey, P.C.
                                         Andrew Langan, P.C.
                                         Hariklia Karis, P.C
                                         Matthew Regan, P.C.
                                         Kirkland & Ellis LLP
                                         300 North LaSalle Street
                                         Chicago, IL 60654
                                         Telephone: (312) 862-2000
                                         Facsimile: (312) 862-2200

                                         Robert C. "Mike" Brock
                                         Covington & Burling LLP
                                         1201 Pennsylvania Avenue, NW
                                         Washington, DC 20004-2401
                                         Telephone: (202) 662-6000
                                         Facsimile: (202) 662-6291

                                         *Attorneys for BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of October, 2014.


/s/ Don K. Haycraft
Don K. Haycraft