UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>* |
| This document relates to:<br><br>Nos. 10-2771; 10-4536 | *<br>*   HONORABLE CARL J. BARBIER<br>*<br>*   MAGISTRATE JUDGE SHUSHAN<br>* |

**EX PARTE MOTION BY BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY FOR LEAVE
TO FILE EXHIBIT UNDER SEAL**

PLEASE TAKE NOTICE that the undersigned parties respectfully request leave to file under seal the exhibit attached to their Motion to Amend the Findings, Alter or Amend the Judgment, or for a New Trial, which is being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, certain deposition testimony and exhibits have been designated as confidential and must be sealed. In particular, the deposition transcript comprising the exhibit remains under a confidentiality designation by Halliburton.

Pending the Court's consideration of this motion, the undersigned parties will provide the Court and parties' counsel with an <u>unredacted</u> version of the exhibit. Subsequently, the undersigned parties will file in the record a <u>redacted</u> version of the exhibit that does not contain material designated as confidential by the parties in this case.

Date: October 2, 2014							Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C. J.
Andrew Langan, P.C.
Hariklia Karis, P.C
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for BP Exploration & Production Inc. and BP America Production Company*

2

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of October, 2014.

                                                /s/ Don K. Haycraft
                                                Don K. Haycraft