UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: Nos. 10-2771; 10-4536 | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. and BP America Production Company for Leave To File Exhibit Under Seal;

IT IS ORDERED that the Motion is GRANTED.  BP Exploration & Production Inc. and BP America Production Company are ordered to provide the Court and parties' counsel with an unredacted version of the exhibit and thereafter file in the record a redacted version of the exhibit.  The unredacted exhibit received by the Court will be filed UNDER SEAL.

New Orleans, Louisiana, this __ day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE