IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | CASE NO.<br><br>SECTION: J |
| This Document Relates to: | HONORABLE CARL J. BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

No. 12-CV-968

**Leonard J. Heimgartner,**
A natural person

     Plaintiff,
**v.**
**BP Exploration and Production, Inc.,** a Delaware Corporation, **& BP America Production Co.,** a Delaware Corporation

     Defendants.

## MOTION FOR ENLARGEMENT OF TIME

  COMES NOW the Medical Benefits Class Member, LEONARD J. HEIMGARTNER, by and through undersigned Counsel, and files this Motion for Enlargement of Time, pursuant to Federal Rule of Civil Procedure r. 1.090(b), stating in support thereof:

1.  The Medical Settlement Agreement (hereinafter "MSA") states in pertinent part that "LATER MANIFESTED PHYSICAL CONDITION shall mean a physical condition that is first diagnosed in a MEDICAL BENEFITS SETTLEMENT CLASS MEMBER after April 16, 2012 . . . ."

2.  Presently before the Court are three motions for reconsideration of this Court's July 23, 2014 Order relating to Later Manifested Physical Conditions (LMPC) and chronic conditions. Rec. Docs. 13303, 13308, & 13318.

3.  On April 11, 2014, the Claims Administrator advised Mr. Heimgartner that BP refused to mediate his LMPC claim.

4. Mr. Heimgartner's current deadline to file a BELO Claim is October 10, 2014.

5. This Court's Final Order on the LMPC definition of chronic condition may affect Mr. Heimgartner's right to file an SPC Claim for his conditions.

6. Furthermore, on October 2, 2014, Daniel Perez, Esq. spoke with Kevin Hodges, Esq. with regard to the filing of this Motion for Enlargement of Time. During this discussion, Mr. Hodges informed Mr. Perez that Defendants are not oppose the relief requested for an enlargement of time to file a BELO Lawsuit by this motion. Defendants make no representations as to the facts or positions asserted herein as to Mr. Heimgartner's right to file an SPC claim or other claims, do not waive their right to dispute same, and do not waive or modify any terms of the MSA..

We respectfully request an enlargement of time with a period certain ending ten (10) days after this Court's Final Order, or the final results of any appeals that may arise therefrom, to allow Mr. Heimgartner to properly file a BELO Lawsuit, pursuant to §VIII of the MSA, for any alleged LMPC listed on the notice sent by the Claims Administrator on April 11, 2014, for these conditions.

This 3rd day of October, 2014.

Respectfully Submitted,

Craig T. Downs /s/
Craig T. Downs
Florida Bar No. 801089
CDowns@downslawgroup.com

Daniel A. Perez
Florida Bar No. 98725
DPerez@downslawgroup.com
*The Downs Law Group*
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Phone: (305) 444-8226
Fax: (305) 444-6773

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was electronically filed on this 3<u>rd</u> day of October, 2014. Notice of this filing will be sent to all parties (BP Exploration and Production, Inc. & BP America Production Co.) by operation of the Court's electronic filing system. Specifically, notice of this filing was sent electronically and via facsimile to Kevin M. Hodges, Williams & Connolly, LLP, 725 Twefth Street, N.W., Washington, D.C. 20005 (Telefax: (202) 434-5029); Don K Haycraft, Liskow & Lewis, 701 Poydras Street, Suite 5000, New Orleans, La 70139 (Telefax: (504) 556-4108). Parties may access this filing through the court's ECF system and/or PACER.

    <u>Craig T. Downs /s/</u>
    Craig T. Downs
    ***The Downs Law Group***
    3250 Mary Street, Suite 307
    Coconut Grove, FL 33133
    Phone: (305) 444-8226
    Fax: (305) 444-6773
    cdowns@downslawgroup.com