UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Order Regarding Exhibits]

Pursuant to the Amended Penalty Phase Schedule (Rec. doc. 13428), the parties are engaged in a process of listing exhibits for the trial of the Penalty Phase, conferring regarding objections to exhibits, and resolving issues regarding documents which were, in whole or part, designated as confidential under PTO 13 (Rec. doc. 641) and related orders.  Notwithstanding this process, a document designated as confidential under PTO 13 and related orders shall remain subject to the terms of those orders unless and until the document is offered and introduced into evidence during the Penalty Phase trial.

New Orleans, Louisiana, this 3rd day of October, 2014.

SALLY SHUSHAN
United States Magistrate Judge