UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>2:13-cv-02026;<br>2:13-cv-01989; and<br>2:13-cv-01965 | JUDGE CARL BARBIER<br><br>MAGISTRATE SALLY SHUSHAN |

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel of record, comes Plaintiffs M&M Wireline & Offshore Services, LLC (Case No. 2:13-cv-02026), Sig's Bunkhouse, LLC (Case No. 2:13-cv-01989), and Trinity Insurance Services, Inc. (Case No. 2:13-cv-01965), who respectfully move this Court to issue an Order enrolling Paul D. Rees (LA Bar # 19266) and Reese F. Williamson (LA Bar # 35591) as additional counsel of record for the aforementioned parties.

Plaintiffs respectfully request that all further notices and copies of pleadings, papers and other material relevant to this action should be served upon Paul D. Rees and Reese F. Williamson in addition to counsel Jonathan B. Andry.

Respectfully Submitted,

**THE ANDRY LAW GROUP**

/s/ *Jonathan B. Andry*
610 Baronne Street
New Orleans, LA  70113
Telephone:     (504) 525-5535
Facsimile:      (504) 586-8933

&

/s/ *Paul D. Rees*
Paul D. Rees (LA Bar # 19266)
WEILER & REES, LLC
7039 Hwy 190 East Svc Rd Ste A
Covington, LA  70433
Telephone 985-674-1443
Fax 985-674-9082

&

/s/ *Reese F. Williamson*
Reese F. Williamson (LA Bar # 35591)
7039 Hwy 190 East Svc Rd Ste A
Covington, LA  70433
Telephone 985-807-3399

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of October, 2014.

/s/ *Paul D. Rees*
Paul D. Rees