UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

JOINT DESIGNATIONS
FOR RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO. 14-30974

Pursuant to the September 22, 2014 Order in Fifth Circuit Case No. 14-30974, Appellants (except Jonathan Andry) and Appellee file these joint designations for the District Court to use in constructing the Record on Appeal. For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the Record. The parties also request that the Court include in the Record the full docket sheets for the cases listed in the caption.

Counsel for Jonathan Andry has not responded to requests to prepare these Joint Designations, nor has counsel for Jonathan Andry provided notice of any other items to designate on the Record of Appeal.

| CASE NO. | DATE | DOC. REC. | DOCUMENT |
|---|---|---|---|
| MDL 2179 | 5-3-12 | 6430 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company |
| MDL 2179 | 7-2-13 | 10564 | ORDER |
| MDL 2179 | 9-6-13 | 11288 | ORDER |

| | | | |
|---|---|---|---|
| MDL 2179 | 11-7-13 | 11820 | SEALED DOCUMENT |
| MDL 2179 | 1-8-14 | 12107 | MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others by Louis J. Freeh |
| MDL 2179 | 1-24-14 | 12223 | ORDER |
| MDL 2179 | 2-13-14 | 12330 | EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply by Movant Casey Thonn |
| MDL 2179 | 2-14-14 | 12334 | ORDER |
| MDL 2179 | 2-14-14 | 12336 | Response by Defendants BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. to 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others |
| MDL 2179 | 2-14-14 | 12339 | MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss by Lionel H. Sutton, III |
| MDL 2179 | 2-14-14 | 12348 | RESPONSE to Motion filed by Andry Lerner, L.L.C., Jon Andry, Glen Lerner re 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others |
| MDL 2179 | 2-24-14 | 12411 | REPLY to Response to Motion filed by Louis J. Freeh re 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others (Reply to Response of Andry Lerner, LLC, Jon Andry, and Glen Lerner 12348 ) |
| MDL 2179 | 2-24-14 | 12412 | REPLY to Response to Motion filed by Louis J. Freeh re 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others (Reply to Response of Lionel Sutton) 12339 MOTION to Dismiss |
| MDL 2179 | 2-25-14 | 12422 | Supplemental Memorandum filed by Louis J. Freeh, in SUPPORT of 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others (Supplement to Motion re: Coastal Claims Group, LLC) |
| MDL 2179 | 2-26-14 | 12423 | EXPARTE/CONSENT MOTION for Leave to File Motion to Dismiss Motion of the Special Master for Return of Payments made to Casey C. Thonn and Others by Coastal Claims Group, LLC |
| MDL 2179 | 3-6-14 | 12451 | REPLY to Response to Motion filed by Louis J. Freeh re 12423 MOTION for Leave to File Motion to Dismiss Motion of the Special Master for Return of Payments made to Casey C. Thonn and Others |
| MDL 2179 | 3-24-14 | 12584 | MEMORANDUM filed by Louis J. Freeh Status Update Concerning 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others |

| | | | |
|---|---|---|---|
| MDL 2179 | 3-25-14 | 12593 | RESPONSE to Motion by Casey Thonn re 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others |
| MDL 2179 | 3-31-14 | 12612 | REPLY to Response to Motion filed by Louis J. Freeh re 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others |
| MDL 2179 | 4-1-14 | 12616 | EXPARTE/CONSENT MOTION for Leave to File Response to Coastal Claims Group's Sur-Reply to the Motion of The Special Master for Return of Payments Made to Casey C. Thonn and Others by Louis J. Freeh |
| MDL 2179 | 4-29-14 | 12794 | ORDER & REASONS |
| MDL 2179 | 5-7-14 | 12829 | SUR-REPLY by Coastal Claims Group LLC to the Reply re 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others |
| MDL 2179 | 5-7-14 | 12830 | RESPONSE filed by the Special Master to Coastal Claims Group's Sur-reply re 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others |
| MDL 2179 | 7-15-14 | 13137 | Response to 12794 Order Special Master's Proposed Form for Entry of Final Judgment Regarding Claims Filed by Casey C. Thonn with the Deepwater Horizon Economic Claims Center by Louis J. Freeh |
| MDL 2179 | 7-16-14 | 13150 | JUDGMENT |
| MDL 2179 | 7-29-14 | 13214 | **DEFICIENT* MOTION to Alter 13150 Judgment - Rule 54(b) in Connection with the Motion of the Special Master for Return of Payments Made to Casey Thonn and Others by AndryLerner LLC, John Andry, Glen Lerner |
| MDL 2179 | 7-31-14 | 13233 | MOTION to Alter Judgment re 13150 by Andry Lerner, L.L.C., John Andry and Glen Lerner |
| MDL 2179 | 8-5-14 | 13257 | ORDER |
| MDL 2179 | 8-15-14 | 13289 | NOTICE OF APPEAL by Defendants AndryLerner LLC, Jonathan Andry, Glenn J. Lerner as to 13150 Judgment - Rule 54(b) |
| MDL 2179 | 8-15-14 | 13290 | NOTICE OF APPEAL by Defendant Lionel Sutton, III as to 13150 Judgment - Rule 54(b) |
| MDL 2179 | 8-15-14 | 13317 | SEALED EXPARTE MOTION for Use of Escrowed Attorney's Fees to Satisfy Court's July 16, 2014 Final Judgment on the Thonn Clawback Motion by Defendants AndryLerner LLC, Jonathan Andry and Glen Lerner |

| | | | |
|---|---|---|---|
| MDL 2179 | 8-27-14 | 13330 | SEALED: OPPOSITION of the Special Master to the Andry Lerner Parties' 13317 MOTION for Use of Escrowed Attorney's Fees to Satisfy Court's July 16, 2014 Final Judgment |

Respectfully submitted,


\_\_\_\_/s/  Gregory A. Paw_____
Gregory A. Paw
Pepper Hamilton LLP
301 Carnegie Center, Ste. 400
Princeton, New Jersey  08543-5276
*Counsel for Special Master Louis J. Freeh*


\_\_\_\_/s/  Pauline F. Hardin_____
Pauline F. Hardin
James E. Wright, III
Virginia W. Gundlach
Jones Walker LLP
201 St. Charles Ave. – 49th Floor
New Orleans, LA  70170

    And

William W. Taylor, III
Amit P. Mehta
Zuckerman Spaeder LLP
1800 M. Street, NW – Suite 1000
Washington, DC 20036-5807
*Attorneys for Glen J. Lerner*


\_\_\_\_/s/  Douglas S. Draper_____
Douglas S. Draper
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, LA  70130
*Attorneys for Andry Lerner, LLC*

                                                                   /s/ Lionel Howard Sutton III
Lionel Howard Sutton III
Sutton & Reitano
935 Gravier Street, Ste. 1910
New Orleans, LA 70112
*Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 this __6th__ day of ____October____, 2014.

                                                ___/s/ Gregory A. Paw___
                                                Gregory A. Paw