UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 |
| | : | Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

SUPPLEMENTAL DESIGNATION OF APPELLEE
FOR RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO. 14-30974

Pursuant to the September 22, 2014 Order in Fifth Circuit Case No. 14-30974, Appellee files this supplemental designation for the District Court to use in constructing the Record on Appeal. The Appellee requests that the District Court include in the designation of record for the Record on Appeal the following docket entry from *United States v. Casey Thonn*, Criminal Docket 2:14-cr-00207-SRD-SS (E.D. La.), and reserves the right to supplement the Record on Appeal pending the further proceedings in the *Thonn* matter. For those docket entries that have attachments or exhibits, the Appellee intends that these attachments or exhibits should also be included in the Record.

| CASE NO. | DATE | DOC. REC. | DOCUMENT |
|---|---|---|---|
| 2:14-cr-00207 | 9-23-14 | 1 | INFORMATION (Felony) as to Casey Thonn (1) count(s) 1-2 |

Respectfully submitted,

_____/s/ Gregory A. Paw_____
Gregory A. Paw
Pepper Hamilton LLP
301 Carnegie Center, Ste. 400
Princeton, New Jersey 08543-5276
*Counsel for Special Master Louis J. Freeh*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 this   6th   day of      October     , 2014.

                                                       /s/ Gregory A. Paw
                                                  Gregory A. Paw