UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| Applies to:<br><br>*No. 12-968* | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER
### [Extending Deadline to File "BELO" Lawsuit for Certain Medical Benefits Class Members]

Under the Medical Benefits Class Action Settlement Agreement ("Medical Settlement"), a Class Member seeking compensation from BP for a Later-Manifested Physical Condition must file a "Back-End Litigation Option Lawsuit" ("BELO lawsuit") within 6 months of either (a) a notice by the Claims Administrator of BP's election not to mediate or (b) written confirmation by the Claims Administrator that the mediation did not resolve the Class Member's claim. (Medical Settlement § VIII.G.1.b, Rec. Doc. 6427).

IT IS ORDERED that if a Class Member's deadline for filing a BELO lawsuit would otherwise occur on or before this Court has ruled on the pending motions for reconsideration of the July 23, 2014 Order Regarding Chronic Specified Physical Conditions (Rec. Docs. 13303, 13308, 13318), that deadline is hereby extended until **10 days** after this Court issues its ruling on those motions.

In accordance with this extension,

IT IS FURTHER ORDERED that Leonard J. Heimgartner's Motion for Enlargement of

Time (Rec. Doc. 13459) is GRANTED IN PART and DENIED IN PART.[1]

New Orleans, Louisiana, this 3rd day of October, 2014.

                                                    *[signature]*
                                                  United States District Judge

---

[1] Mr. Heimgarner's motion is denied insofar as it requested an extension of time to include any resulting appeals.