UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig        *        MDL 2179
       "Deepwater Horizon" in the Gulf        *
       Of Mexico, on April 20, 2010        *        SECTION "J"
                         *
Applies to:        *        JUDGE BARBIER
                         *
12-02248        *        MAGISTRATE SHUSHAN

## ORDER

Considering the foregoing Motion to Substitute as Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Barbara L. Bossetta be substitute as counsel of record by defendant, Global Fabrication, L.L.C. in the captioned matter.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
JUDGE CARL J. BARBIER