UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER
FOR RETURN OF PAYMENTS MADE TO JASON ZIRLOTT AND CAPT JAY, LLC

COMES NOW the Special Master, Louis J. Freeh, seeking to remedy a fraud committed upon the Deepwater Horizon Economic Claims Center ("DHECC") by claimants Jason Zirlott ("Zirlott") and Capt Jay, LLC ("Capt Jay"), in which Zirlott was a member. Zirlott and Capt Jay falsely represented to the DHECC that all of their 2009 revenue was from commercial shrimping, when over 80 percent of this revenue in fact came from lucrative marine cleanup work. Zirlott even was prominently featured in a 2009 newspaper article demonstrating how he finds marine debris with sonar equipment.

The Special Master seeks an order requiring Zirlott and Capt Jay to repay the DHECC the sum of $282,742.13 paid on these claims, less the $43,222.81 already repaid to the DHECC on October 3, 2014, by the former legal counsel to Zirlott and Capt Jay. The Special Master further seeks an order prohibiting Zirlott and Capt Jay from participating in any further seafood distributions.

Respectfully submitted,

_____/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated: October 7, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served this ____7th____ day of October, 2014, on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/Louis J. Freeh
Louis J. Freeh