2006006941  Book-5910 Page-1649
Total Number of Pages: 2

# STATE OF ALABAMA

**DOMESTIC LIMITED LIABILITY COMPANY**
**ARTICLES OF ORGANIZATION GUIDELINES**

**INSTRUCTIONS:**
**STEP 1:** THE NAME OF THE LIMITED LIABILITY COMPANY MUST CONTAIN THE WORDS LIMITED LIABILITY COMPANY, LLC OR L.L.C.
**STEP 2:** FILE THE ORIGINAL AND TWO COPIES OF THE ARTICLES OF ORGANIZATION IN THE COUNTY WHERE THE LLC'S REGISTERED OFFICE IS LOCATED. THE SECRETARY OF STATE'S FILING FEE IS $40. PLEASE CONTACT THE JUDGE OF PROBATE TO VERIFY THE PROBATE FILING FEE.

PURSUANT TO THE ALABAMA LIMITED LIABILITY COMPANY ACT, THE UNDERSIGNED HEREBY ADOPTS THE FOLLOWING ARTICLES OF ORGANIZATION.

**Article I** The name of the Limited Liability Company: _Capt. Jay L.L.C_
(Your company title must end with the words Limited Liability Company, L.L.C. or LLC)

**Article II** The duration of the Limited Liability Company is _Perpetual_.

**Article III** The Limited Liability Company has been organized for the following purpose(s): _Commercial Fishing and or Water Debris Clean Up_

**Article IV** The **street address** (NO PO BOX) of the registered office: _10177 Bellingrath Rd. Theodore Al 36582_ and the name of the registered agent at that office: _Jason D Zirlott_

**Article V** The **names** and **addresses** of the initial member(s), and organizer (if any):
_Jason Darrell Zirlott_
_Kenneth Darrell Zirlott_
(Attach additional sheets if necessary.)

**Article VI** If the Limited Liability Company is to be managed by one or more managers, list the names and addresses of the managers who are to serve until the first annual meeting of the members or until their successors are elected and qualified.

Any provision that is not inconsistent with the law for the regulation of the internal affairs of the Limited Liability Company is permitted to be set forth in the operating agreement of the LLC.

IN WITNESS THEREOF, the undersigned members executed these Articles of Organization on this the _31st_ day of _January_, 20_06_.

THIS DOCUMENT PREPARED BY:
_Jason D Zirlott_

_Jason D Zirlott_
Signature of Member/Organizer

DLL 1.1 Rev. 6/2001

```
State of Alabama-Mobile County
I certify this instrument was filed on:
      January 31, 2006 @   10:27:08 AM
  RECORDING FEE              $35.00
  S.R. FEE                    $2.00
  RECORDING FEES              $1.00
  TOTAL AMOUNT               $38.00

2006006941
Don Davis, Judge of Probate
```

CERTIFIED TRUE COPY
Probate Court of Mobile Co., AL
Don Davis, Judge

Signature _____
Joe McEachern, Jr. Chief Clerk

Date: 31 January 2006