## BP HORIZON OIL SPILL CLAIMS FORM -- COMMERCIAL FISHERMAN

1. Name of Claimant -
   Please Print

   Jason D. Zirlott

2. Address and Telephone Number

   [redacted]

3. Social Security Number

   [redacted] 1676

4. State Commercial Fisherman
   License Number
   TX LA MS AL FL

   AL# 1019017
   LA# 359205

5. Please describe fully the nature of
   The damages suffered. If you claim
   damage to a vessel or equipment,
   please describe fully the nature of
   the damage. If your claim is for loss
   of income, fully describe how your
   income has been affected.

   Commercial shrimping has been shut down due to oil spill, so I cant shrimp to make money

6. Name of Vessel(s):
   State Vessel License Number(s)
   TX LA MS AL FL

   Capt. Jay
   647608

6866-124-152463   KENNETH ZIRLOTT
Commercial Fisherman Claim Form/Questionaire

7. Please state the amount of catch and/or sales of fish taken from the area of your claim was affected by the oil spill for the prior three years and provide the date(s) of catch sale.

_____

_____

_____

8. Do your have records of the catch and/or sales receipts?

yes_____

9. Please state the amout of income you declared on your tax returns from sales of fish for the past three years.

2009 162,304

2008 118,418

2007 148,458

10. Define the exact area you fish or the location of set lines.

Mississippi

Louisianna

Alabama

_____

11. Are you employed full time as a commercial fisherman?

Yes   X   No _____

If no, what is your other employment/ occupation, and what percentage of your income is derived from employment other than fishing?

_____

_____

12. Since April 21, 2010, have you attempted to fish outside of the area which you claim is affected by the oil spill.

Yes _____ No  ✓

If so, please identify the specific location(s) and the amount of fish caught and/or sold from that area, and the income derived from those sales. (Attach records please)

_____
_____
_____
_____
_____
_____
_____ ?
_____
_____
_____
_____
_____

13. Please state the amount of the claim you are presenting here, and explain how you arrived at that amount. Please specify if claim is purely Economic damages or if your claim also consists of physical damages to your vessel(s) and/or equipment.

14. Have you submitted, or do you plan to submit this claim to any other party, such as an insurance company or a government agency?

Yes_____ No_____ ?

15. If so, please state the name and address of this party.

_____
_____

16. Are you represented by an attorney?

Yes_____ No __X__

17. If yes, please state the name and address of your attorney.

_____
_____

*The above information is necessary to identify the nature of your claim, verify that you are the proper claimant, and provide the necessary information needed to evaluate the claim. Your prompt response will help expedite the handling of your claim pursuant to the Oil Pollution Act of 1990 (OPA 90). Please use additional sheets to provide your response, if necessary. If you have any questions or require assistance, please call.*

*All claims alleging a fisheries loss, must provide the documentation and/or information requested on the documentation checklist and execute the enclosed fisheries Documentation Authorization Form.*

_____
Signature

6/12/10
_____
Date

## FISHERIES LOSS
## COMMERCIAL FISHERMAN
### File Checklist for Documentation

**A.  DAILY SALES JOURNALS**

____ DAILY SALES JOURNALS JANUARY 1, 2010-MARCH 31, 2010

____ DAILY SALES JOURNALS JANUARY 1, 2009-DECEMBER 2009

____ DAILY SALES JOURNALS JANUARY 1, 2008-DECEMBER 2008

**B.  SALES RECEIPTS**

____ VENDOR SALES RECEIPTS-JANUARY 1, 2010-CURRENT

____ VENDOR SALES RECEIPTS JANUARY 1, 2009-DECEMBER 2009

____ VENDOR SALES RECEIPTS JANUARY 1, 2008 - CURRENT

**C.  INCOME TAX STATEMENTS**

__✓__ 2009 FEDERAL INCOME TAX RETURN (profit/loss for business)

__✓__ 2008 FEDERAL INCOME TAX RETURN (profit/loss for business)

**D.  LICENSE NUMBER(S)**

__✓__     COPY OF COMMERCIAL FISHERMAN LICENSE
          LICENSE NO: _____

__✓__     COPY OF COMMERCIAL GEAR LICENSE
          LICENSE NO: _____

__✓__     COPY OF COMMERCIAL VESSEL LICENSE