# Beaumont Enterprise

## Sonar scanning underway to inventory Ike debris in Texas waters

Sarah Moore
Published 12:00 am, Monday, February 23, 2009



Jason Zirlott looks over scanned images from the bottom of Galveston Bay looking for Hurricane Ike debris. Guiseppe Barranco/The Enterprise

Hurricane Ike's rearrangement of the upper Texas Gulf Coast involved the deposit of thousands of homes and businesses, as well as their contents, into area waterways.

Now, it's the [Texas General Land Office](#)'s task to haul it back out.

Last week, the GLO signed contracts with Crowder Gulf and DRC group, both out of Alabama, said spokesman [Jim Suydam](#). The cleanup is expected to cost about $21 million.

But before the job could be put out for bid, the GLO had to have an estimate of how much debris is lurking in the Gulf.

Dan Rackard and Chuck Pinson of Crowder Gulf and their crew have spent the better part of the past three months in an operation to scan the Galveston, Trinity, East and West bays with sonar equipment to map out Ike debris.

Next month, they'll scan Sabine Lake.

All told, the job entails covering about 570 square miles, scanning and GPS marking the debris sites.

Boats towing a digital side scan sonar, called a "tow-fish" - an item that looks something like a 4-foot long, slim yellow missile - trawl the bays, taking readings for every square foot. The sonar provides a high resolution image down to three inches, making it possible to identify items like decorative figurines, small toys and household implements.

Everything that a person could find in and around a home or business can now be found in Southeast Texas water-ways.

Only now it's waterlogged and covered with barnacles.

"We found a tractor-trailer (recently) off of Kemah," Rackard said.

Hurricane debris is a mind-boggling potpourri of vehicles, furniture, appliances, building material, caskets and even, occasionally, human remains.

"We know most of the debris is in East Bay," Pinson said, adding that most of the buildings and vehicles washed off of Bolivar Peninsula ended up there.

Rackard described the task of scanning for all of this debris as being "like mowing grass ??? mind-numbingly boring."

The work does have its perks, however.

When Jason Zirlott was out one day, he cruised over "something really big" that he later found out was a Civil War era ship resting on the bay floor.

The bay is liberally sprinkled with historic shipwrecks, but this one might be previously undocumented, said Steve Hoyt, state marine archeologist.

It is by far the most exciting item Rackard's crew ever found.

Along those lines, the crew hopes to find the Mercury space capsule that was supposedly lost in Trinity Bay in 1962.

Rackard said historic and environmental issues create challenges in a cleanup like this. Crowder Gulf goes out of its way to avoid damaging historic sites or adversely impacting the environment while involved in cleanup efforts like this one.

Dolphin companionship also is part of the job description.

The sonar tends to attract the aquatic mammals, which swim over to see what's making that noise.

Some seem fascinated by the sonar device, hanging around for hours.

Zirlott showed off a sonar readout of dolphin courting a scanner. On the bronze screen, the dolphin showed up as a gold curved object hugging the sonar.

Scanning for debris is a much cleaner and easier task than hauling it out of the drink.

"This is some of the dirtiest work you've ever seen," Pinson said, adding that barnacles add to the fun by transforming every surface into a cutting edge "like razor blades."

Crowder Gulf contracts with fishermen to do the removal work.

Pinson and Rackard spoke highly of the strength and work ethic of these maritime contractors.

In their regular line of work, fishermen compete to see who comes home with the biggest catch. This is no different.

And it isn't easy work.

Hauling up a water-logged king-sized mattress is not for sissies.

Even a plastic lounge chair that's been in the water for a while can weigh in at close to 50 pounds, including oysters and barnacles, Pinson said.