1205 - LWF



# MARINE SUBCONTRACT

**STATE OF** _____Louisiana_____

**COUNTY of**_____**DEPT OF**_Wildlife & Fisheries_____

KNOW ALL MEN BY THESE PRESENTS that,

WHEREAS, **CrowderGulf**, hereinafter referred to as ("**Contractor**"), was awarded a Contract for Storm Debris Services by _LA Wildlife & Fisheries_, and,

WHEREAS, Contractor and _____Capt. Jay LLC( Jason Zirlott)_____ (hereinafter referred to as "**Subcontractor**") have entered into an agreement based upon the following terms and conditions:

(1) **Subcontractor** agrees to perform said contract as per the terms, specifications and conditions of said contract with _LA Wildlife & Fisheries_, a copy of which can be obtained at the Disaster Administration Office located in Theodore, Alabama.

(2) **Subcontractor** specifically understands and agrees they must obtain insurance as required by the above-described contract, and a certifica: of that insurance must be posted with **Contractor** before work under this agreement shall commence. All contractors must furnish the following insurance policies, general liability, workman's comp, and longshoremans' **before the first check is issued.** If for any reason CrowderGulf does not receive this documentation, it will result in **termination and/or deduction of insurance from the weekly paycheck if the subcontractor has performed any work**. Requirements and instructions are attached hereto and marked "Exhibit A".

(3) **Subcontractor** agrees to do the required work in a timely, efficient and workmanlike manner, as required under said contract. **Subcontractor management personnel** must be on-site and in charge of their assigned areas at all times.

(4) **Subcontractor** represents that they are experienced with Side Sonar Scanning/Surveying and that they have the necessary equipment, manpower, materials and funding to perform said contract. Requirements and instruc'ons are attached hereto and marked "Exhibit B". **Subcontractor** agrees to limit the number of tiers directly employed by **Subcontractor** to a minimum of one tier.

(5) **Subcontractor** agrees to pay all local, state, and federal taxes incurred during the performance of said contract; and **Subcontractor** specifically agrees to make all necessary withholding tax deductions from employees' salaries for state and federal taxes and shall provide all persons employed with the necessary and appropriate

1099, and/or W-2 statements as required by law. **Subcontractor** agrees to adhere to all U.S. Department of Labor regulations.

(6) **Subcontractor** further agrees and understands that it is in no way an agent, servant, or employee of the **Contractor** and shall in no way hold themselves out as being anything other than a subcontractor for said **Contractor**.

(7) **Subcontractor** warrants that it is not a debarred contractor and understands that any infraction of the local, state or federal law, or provisions of the above contract, shall mean immediate termination.

(8) **Subcontractor** shall be paid in accordance with the following schedule for the performance of said contract:

| Description of Service | Rate | Unit | CG Rep Initial | Subcont Rep Initial |
|---|---|---|---|---|
| Debris surveying services for immediate post storm surveying to identifying submerged debris in the contracted areas | | | | |
| Side Sonar Surveying | $864.00 | Square Mile | (initial) | JDZ |

Payment shall be made as follows:

a) Once an invoice is received and reviewed by CrowderGulf Representatives, then an invoice will be processed for payment.

b) Ninety per cent (90%) on a weekly basis, following the second week. Payment will be made two weeks in arrear on the Thursday following the week ending the previous Sunday.

d) The money withheld on a weekly basis will be paid: (1) Upon final release of the contract between CrowderGulf and its client, (2) Upon **Subcontractor** completing all their obligations such as damage repairs, and (3) Satisfactory payment and settlement with **ALL** their employees and subcontractors.

(9) **Subcontractor's** failure to perform as required by the general contract and this subcontract shall be grounds for immediate termination of said contract.

(10) **Subcontractor** agrees to hold harmless and indemnify **Contractor** and _____LA Wildlife & Fisheries_____, for all damages, losses, and/or expenses in the event **Subcontractor's** failure to perform this subcontract and the general contract as hereinabove described.

DATED this the __1st__ day of _____July_____, 2009

Contractor:

By: _Jenny Todd_

Print Name: _Jenny Todd_

Its: _Subcontracts Mgr._

Witness: _Melinda Kahnle_

Subcontractor:

By: _Jason D. Zirlott_

Print Name: _Jason Darrell Zirlott_

Its: _____

Witness: _____

## "EXHIBIT A"

### INSTRUCTIONS FOR OBTAINING AND SENDING INSURANCE CERTIFICATES

1. You *and all contractors, drivers, operators, etc., working for you* must have insurance coverage and such coverage must meet or exceed these limits for you to be able to work under this contract: **general liability** ($1,000,000/per occurrence) **workman's comp** ($500,000/per occurrence) and **longshoreman's** policies.

2. The following must be named as certificate holders on your general liability, workman's comp and longshoreman's policies:

   a. CrowderGulf, 5435 Business Parkway, Theodore, Alabama 36582
   b. The City or County where you are working as stated in the Subcontractor Contract.

3. Have your insurance agent fax a certificate verifying your policy information for general liability, worker's compensation and longshoreman's insurance to (251) 459-7433 ATTN: Jenny Todd, original should be mailed to CrowderGulf.

   If you have any questions, contact **Jenny Todd** at (251) 459-7430.

**NOTE:** All contractors must furnish insurance certificates for general liability, workman's comp, and longshoreman's insurance **before the first check is issued.** If for any reason CrowderGulf does not receive this documentation, it will result in **termination and/or deduction of insurance from the weekly paycheck**.

\*\*Said insurance deductions for marine subcontractors shall be made based on labor rates exclusively paid per week.\*\*

Exhibit A

# "EXHIBIT B"
## Subcontractor Requirements List

As the **Subcontractor**, I have read and understand that the following list is part of the **Subcontractor's** responsibilities and by signing this contract, I agree to abide by the said requirements.

### Vessel Requirements:

**Vessels are required to provide their own fuel.**

**Vessels are required to have:**
- VHF-FM Radio
- Life Jacket (vest type) to worn by each person onboard at all time while vessel is underway.
- GPS with upload/download capability, compatible with Garmin Map Source software.

### Personnel:
- Vessel operator must demonstrate ability to use GPS, showing knowledge of tracks and waypoint features of unit.
- Each vessel towing a trawl must have at least 2 (two) crew not to include and assigned riders/observers.
- Vessel crew is responsible to complete onsite repairs of assigned net(s), and return net(s) in serviceable condition upon job completion.

### Retainage:

A 10 percent retainer will be held pending job completion and return on all issued equipment to include Hook pole, Hooks with drag-bar, and Net(s).

DATED this the 30th day of June, 2009

Contractor:  
By: _Jenny Todd_ (signature)  
Print Name: Jenny Todd  
Its: Subcontracts Mgr.  
Witness: Melinda Kohnle

Subcontractor:  
By: _Jason D. Gillott_ (signature)  
Print Name: Jason Darrell Zillott  
Its: _____  
Witness: _____

*CrowderGulf is an Equal Opportunity Employer. It is our policy to provide an employment and work process free of any unlawful discrimination. We will promote the value of a diverse work force, which fosters fair treatment of all individuals based on knowledge, skill, ability and performance.*

Exhibit B