

# MARINE SUBCONTRACT

**STATE OF** _____Texas_____

**COUNTY of**_____Galveston_____ **FOR** _____

KNOW ALL MEN BY THESE PRESENTS that,

WHEREAS, **CrowderGulf,** hereinafter referred to as ("**Contractor**"), was awarded a Contract for Storm Debris Services by  TX GLO – Project No: 91170A – DF – Zones 4, 5, 6, 7,and/or 8. , and,

WHEREAS, Contractor and _____Jason Zirlott_____ (hereinafter referred to as "**Subcontractor**") have entered into an agreement based upon the following terms and conditions:

(1)   **Subcontractor** agrees to perform said contract as per the terms, specifications and conditions of said contract with  TX GLO – Project No: 91170A – DF – Zones 4, 5, 6, 7,and/or 8. , a copy of which can be obtained at the Disaster Administration Office located in Theodore, Alabama.

(2)   **Subcontractor** specifically understands and agrees they must obtain insurance as required by the above-described contract, and a certificate of that insurance must be posted with **Contractor** before work under this agreement shall commence. All contractors must furnish the following insurance policies, general liability, workman's comp, and longshoremans' insurance **before the first check is issued.** If for any reason CrowderGulf does not receive this documentation, it will result in **termination and/or deduction of insurance from the weekly paycheck if the subcontractor has performed any work**. Requirements and instructions are attached hereto and marked "Exhibit A".

(3)   **Subcontractor** agrees to do the required work in a timely, efficient and workmanlike manner, as required under said contract. **Subcontractor management personnel** must be on-site and in charge of their assigned areas at all times.

(4)   **Subcontractor** represents that they are experienced with marine debris removal and that they have the necessary equipment, manpower, materials and funding to perform said contract. Requirements and instructions are attached hereto and marked "Exhibit B". **Subcontractor** agrees to limit the number of tiers directly employed by **Subcontractor** to a minimum of one tier.

(5) **Subcontractor** agrees to pay all local, state, and federal taxes incurred during the performance of said contract; and **Subcontractor** specifically agrees to make all necessary withholding tax deductions from employees' salaries for state and federal taxes and shall provide all persons employed with the necessary and appropriate 1099, and/or W-2 statements as required by law. **Subcontractor** agrees to adhere to all U.S. Department of Labor regulations.

(6) **Subcontractor** further agrees and understands that it is in no way an agent, servant, or employee of the **Contractor** and shall in no way hold themselves out as being anything other than a subcontractor for said **Contractor**.

(7) **Subcontractor** warrants that it is not a debarred contractor and understands that any infraction of the local, state or federal law, or provisions of the above contract, shall mean immediate termination.

(8) **Subcontractor** shall be paid in accordance with the following schedule for the performance of said contract:

| Description of Service | Rate | Unit | CG Rep Initial | Subcont Rep Initial |
|---|---|---|---|---|
| Marine debris removal services of Hurricane Ike generated debris in West Bay(4), Sabine Lake(5), Galveston Island(6), Bolivar Island(7) and/or Village of Surfside Beach(8) as covered under TX GLO – Project No: 91170A-DF. | | | | |
| 4/23 forward – CY or Hourly, whichever is greater. Boats will furnish their own fuel. Hourly will be based on GPS Tracking of CrowderGulf | $100.00 | CY | ⟨initials⟩ | |
| | $90.00 | Hour | | |
| | | | | |
| | | | | |
| | | | | |

Payment shall be made as follows:

    a) Once an invoice is received and reviewed by CrowderGulf Representatives, then an invoice will be processed for payment. Invoices must detail **labor** (1/3) and **equipment rental** (2/3) costs and split them accordingly.

    b) CrowderGulf will deduct all **General Liability** and **Workers Compensation** insurance from subcontractor **based on said invoiced labor costs**. Subcontractor must provide **Marine Longshoreman's insurance.**

    c) Ninety per cent (90%) on a weekly basis, following the second week. Payment will be made two weeks in arrear on the Thursday following the week ending the previous Sunday.

    d) The money withheld on a weekly basis will be paid: (1) Upon final release of the contract between CrowderGulf and its client, (2) Upon **Subcontractor** completing all their obligations such as damage repairs, and (3) Satisfactory payment and settlement with **ALL** their employees and subcontractors.

If CrowderGulf personnel have to get involved to resolve problems between a subcontractor and their employees and/or subcontractor(s), **Subcontractor** will be charged for these services.

(9) **Subcontractor's** failure to complete final marine cleanup in their assigned areas to the satisfaction of CrowderGulf and the client, will result in forfeiture of the **Subcontractor's** retainage. The retainage will be used to pay other subcontractors to complete final marine cleanup of said area.

(10) **Subcontractor's** failure to perform as required by the general contract and this subcontract shall be grounds for immediate termination of said contract.

(11) **Subcontractor** agrees to hold harmless and indemnify **Contractor** and __TX GLO – Project No: 91170A – DF – Zones 4, 5, 6, 7, and/or 8.__, for all damages, losses, and/or expenses in the event **Subcontractor's** failure to perform this subcontract and the general contract as hereinabove described.

**DATED** this the 11th day of June, 2009.

Contractor:
By: _Jenny Todd_
Print Name: _Jenny Todd_
Its: _Subcontracts Mgr._
Witness: _Melinda Kohale_

Subcontractor:
By: _____
Print Name: _____
Its: _____
Witness: _____

### REQUIRED INFORMATION

Company Name: _____

Contact Name: _____

Address: _____

Phone #: _____  Cell Phone #: _____

Fax #: _____  Email: _____

Social Security/Federal I.D. #: _____

Please check all that apply:

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|
| *Disabled Veteran Owned* | *Hub Zone* | *Small Business* | *Small Disadvantaged Business* | *Veteran Owned* | *Woman Owned* |

Insurance Certificate must be sent to CrowderGulf office in order to verify the following coverage:

Liability Insurance:       Worker's Compensation:           Longshoreman's
    1,000,000                      500,000                      Insurance

<u>Checks to be sent to: (One option must be checked)</u>

Satellite Location ☐     Mailed To Office/Residence ☐     Fed Ex To Office/Residence (Account Number Must Be Included) ☐

**Please note, once you have received your first check, this is where all checks will be sent unless the DAO office is notified in writing.**

---

**CrowderGulf Disaster Administration Office**
5435 Business Parkway
Theodore, Alabama 36582
251-459-7430 (phone)
251-459-7433 (fax)

\* ALL DOCUMENTATION MUST BE PROVIDED TO THE DAO OFFICE NO LATER THAN TEN DAYS FOLLOWING THE EXECUTION OF THIS SUBCONTRACT.