8:38 PM
01/03/10
Cash Basis

# Capt.Jay LLC
## Profit & Loss
### January through December 2009



09

|  | Jan - Dec 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Gulf Equipment Corporation** | |
|   Crowder-Gulf | 77,967.31 |
| **Total Gulf Equipment Corporation** | 77,967.31 |
| Rouge Marine Services | 52,739.98 |
| Seafood Stock | 30,048.48 |
| **Total Income** | 160,755.77 |
| **Expense** | |
| **Automobile Expense** | |
|   Gas | 3,553.74 |
|   Repairs and Maintenance | 1,369.66 |
|   Automobile Expense - Other | 1,061.52 |
| **Total Automobile Expense** | ~~5,984.92~~  40408.50 |
| Bank Service Charges | 446.50 |
| **Capt. Jay** | |
|   Fuel | 4,800.62 |
|   Groceries | 10,309.21 |
|   Fuel/Ice | 15,160.41 |
| **Total Capt. Jay** | 30,270.24 |
| Contract Labor | 5,502.50 |
| Credit Line | 8,800.00  *paying back the ODP (capt. mentn)* |
| Dues and Subscriptions | 155.00 |
| Equipment | 11,959.89  *see breakd* |
| Equipment Payment | 16,701.28  *check+oan DS* |
| **Insurance** | |
|   Automobile Insurance 1 | 476.89 |
|   Automobile Insurance 2 | 513.02 |
|   Automobile Insurance 3 | 535.32 |
|   Health Insurance | 8,028.02 |
|   Insurance - Other | 200.00 |
| **Total Insurance** | 9,753.25 |
| Licenses and Permits | 2,802.00 |
| Medical Expense | 391.75 |
| Miscellaneous | 1,714.94 |
| Professional Fees | 600.00 |
| Rent | 480.00 |
| Repairs | 94.10 |
| Share | 14,324.54 |
| **Supplies** | |
|   Office Supplies | 178.40 |
|   Supplies - Other | 10,543.09 |
| **Total Supplies** | 10,721.49 |
| Telephone | 75.59 |
| **Travel & Ent** | |
|   Entertainment | 1,138.93 |
|   Meals | 3,265.48 |
|   Travel | 7,389.35 |
|   Travel & Ent - Other | 1,370.59 |
| **Total Travel & Ent** | 13,164.35 |
| **Total Expense** | 133,942.34 |
| **Net Ordinary Income** | 26,813.43 |


COPY

8:38 PM
01/03/10
Cash Basis

# Capt.Jay LLC
## Profit & Loss
### January through December 2009

|  | Jan - Dec 09 |
|---|---|
| **Other Income/Expense** | |
| **Other Income** | |
| The Organized Seafood Assoc. | 4,600.00 |
| Other Income | 705.75 |
| Overdraft Protection Transfer | 9,818.00 |
| **Total Other Income** | 15,123.75 |
| **Other Expense** | |
| Other Expenses | -2,500.00 |
| **Total Other Expense** | -2,500.00 |
| **Net Other Income** | 17,623.75 |
| **Net Income** | 44,437.18 |

*Handwritten annotations:*

- grant for Katrina damage
- 68787 Eric owed
- Crowley gulf
- Jason - 2637083
- Truck miles - 625683  2-71, 19,324 Avalanch $24755.c
- CASH - 764.82 ✓
- Kenny - 2382126
- Truck miles
- shares
- Billy Guillotte ✓ 5524 00
- Eric Williams 2627 1940 00 / 687
- Joey Thompson 1011 4407 00
- Clinton Zirlott ✓ 2335 21
- Dickie Collier 125 00
- Jason & Kenny
- Milton

28,463.00 *+
25,683.00 +
19,324.00 +
003
73,470.00 *

73,470.00 ×
0.55=
40,408.50 *
000
0.00 *

0.00   G*

26,370.82 *+
23,841.26 +

50,212.08 *

5,524.00 *+
2,627.00 +
4,407.00 +
2,335.00 +
004
1099   14,893.00 ◊
125.00 +
005
15,018.00 *

000
0.00   G*