## Rogue Marine Services LLC
32851 River Rd
Orange Beach, Alabama 36561

| DATE | SOURCE | JOB LOCATION | AMOUNT |
|---|---|---|---:|
| 03/19/07 | MM/GEV Inv 07001, 07002, 07003 | Miss Gulf Coast | $ 30,663.25 |
| 04/26/07 | MM/GEV Inv 07004 | Miss Gulf Coast | $ 32,486.40 |
| 05/11/07 | MM/GEV Inv 07005, 07006 | Miss Gulf Coast | $ 99,722.88 |
| 06/02/07 | MM/GEV Inv 07007, Inv 07008 | Miss Gulf Coast | $ 122,238.72 |
| 06/29/07 | MM/GEV Inv 07009 | Miss Gulf Coast | $ 73,785.60 |
| 07/13/07 | MM/GEV Inv 07010 | Miss Gulf Coast | $ 45,446.40 |
| 07/26/07 | MM/GEV Inv 07011 | Miss Gulf Coast | $ 73,664.64 |
| 10/02/07 | CG Inv 07017 | La Gulf Coast | $ 217,382.40 |
| | | | **$ 695,390.29** |
| 03/04/08 | CG Inv 07019 | La Gulf Coast | $ 161,379.20 |
| 06/02/08 | CG Inv 08001 | La Gulf Coast | $ 77,907.20 |
| 06/02/08 | CG Inv 08002 | La Gulf Coast | $ 77,907.20 |
| 09/15/08 | BDI Inv 08003 | Gulfport, Ms | $ 3,000.00 |
| 10/05/08 | BDI Inv 08004a | Beaumont, Tx | $ 18,000.00 |
| 10/11/08 | BDI Inv 08006 | Lake Charles, La | $ 3,000.00 |
| 12/19/08 | BDI Inv 08007 | Pascagoula, Ms | $ 9,000.00 |
| | | | **$ 350,193.60** |
| 01/10/09 | CG Inv 08008 | Galveston, Tx | $ 53,600.67 |
| 01/24/09 | CG Inv 09001 | Galveston, Tx | $ 52,977.74 |
| 02/07/09 | CG Inv 09002 | Galveston, Tx | $ 108,455.48 |
| 02/18/09 | CG Inv 09004 | Galveston, Tx | $ 106,355.06 |
| 02/20/09 | CG Inv 09005 | Galveston, Tx | $ 70,935.86 |
| 09/28/09 | CG Inv 09006 | Galveston, Tx | $ 14,799.36 |
| 06/26/09 | CG Inv 09007 | Grand Isle, La | $ 27,824.00 |
| 06/26/09 | CG Inv 09008 | Galveston, Tx | $ 7,231.19 |
| | | | **$ 442,179.36** |
| 01/29/10 | E&E Engineering | E. Cote Blanche Bay, La | $ 7,490.00 |

Crowder Gulf  5435 Business Parkwy Theodore. Al 36582
Matthews Marine / Gulf Equipment Ventures 5435 Business Pkwy Theodore, Al 36582
Bosarge Diving Inc PO Box 2455 Pascagoula, Ms 39569
E & E Environmental Consultants PO Box 11186 Jefferson, La 70181

# Rogue Marine Services LLC

# INVOICE

INVOICE # 09001
JANUARY 9, 2009

**TO:**

Crowder Gulf
5435 Business Parkway
Theodore, Alabama 36582

**FOR:**

Attention: Dan Rackard

| DESCRIPTION | AMOUNT |
|---|---|
| **Sonar Surveys / Texas** | |
| Galveston Bay | |
| Equipment Rental | $ 46,022.40 |
| Labor | $ 8,121.60 |
| **Total Square Miles**  30 @ $ 1804.80 per/sq mile ($2.82/ac) | |
| TOTAL | $ 54,144.00 |

Make all checks payable to: Rogue Marine Services LLC
Payment is due upon receipt.

**Thank you for your business!**

# Rogue Marine Services LLC

# INVOICE

INVOICE # 09002
JANUARY 20, 2009

**TO:**

Crowder Gulf
5435 Business Parkway
Theodore, Alabama 36582

**FOR:**

Attention: Dan Rackard

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **Sonar Surveys / Texas** | | |
| Galveston Bay | | |
| Mobilization Fees / 5 boats @ $500 each | | $2,500.00 |
| Equipment Rental | | $ 92,044.80 |
| Labor | | $ 16,243.20 |
| **Total Square Miles** | 60 @ $ 1804.80 per/sq mile ($2.82/ac) | |
| | TOTAL | $ 110,788.00 |

Make all checks payable to: Rogue Marine Services LLC
Payment is due upon receipt.

**Thank you for your business!**

# Rogue Marine Services LLC

# INVOICE

INVOICE # 09004
FEBRUARY 6, 2009

**TO:**
Crowder Gulf
5435 Business Parkway
Theodore, Alabama 36582

**FOR:**
Attention: Dan Rackard

| DESCRIPTION | AMOUNT |
|---|---|
| **Sonar Surveys / Texas** | |
| Galveston Bay | |
| Equipment Rental | $ 46,022.40 |
| Labor | $ 8,121.60 |
| **Total Square Miles**   30 @ $ 1804.80 per/sq mile ($2.82/ac) | |
| TOTAL | $ 54,144.00 |

Make all checks payable to: Rogue Marine Services LLC
Payment is due upon receipt.

**Thank you for your business!**

# Rogue Marine Services LLC

# INVOICE

INVOICE # 09005
FEBRUARY 16, 2009

**TO:**

Crowder Gulf
5435 Business Parkway
Theodore, Alabama 36582

**FOR:**

Attention: Dan Rackard

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **Sonar Surveys / Texas** | | |
| Galveston Bay | | |
| Equipment Rental | | $ 61,363.20 |
| Labor | | $ 10,828.80 |
| **Total Square Miles** | 40 @ $ 1804.80 per/sq mile ($2.82/ac) | |
| | TOTAL | $ 72,192.00 |

Make all checks payable to: Rogue Marine Services LLC
Payment is due upon receipt.

**Thank you for your business!**

# Rogue Marine Services LLC

# INVOICE

INVOICE # 09006
FEBRUARY 26, 2009

**TO:**

Crowder Gulf
5435 Business Parkway
Theodore, Alabama 36582

**FOR:**

Attention: Dan Rackard

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **Sonar Surveys / Texas** | | |
| Galveston Bay | | |
| (Final Invoice - Total of 228.2 sq miles scanned, processed, and submitted) | | |
| Equipment Rental | | $ 12,579.46 |
| Labor | | $ 2,219.90 |
| **Total Square Miles** | 8.2 @ $ 1804.80 per/sq mile ($2.82/ac) | |
| | TOTAL | $ 14,799.36 |

Make all checks payable to: Rogue Marine Services LLC
Payment is due upon receipt.

**Thank you for your business!**

# Rogue Marine Services LLC

# INVOICE

INVOICE # 09007
FEBRUARY 26, 2009

**TO:**

Crowder Gulf
5435 Business Parkway
Theodore, Alabama 36582

**FOR:**

Attention: Dan Rackard

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **Sonar Surveys / Louisiana** | | |
| Louisiana Grids | | |
| 602, 603, 604, 605, 606 | 18.5 sq miles | |
| (Final Invoice) | | |
| Equipment Rental | | $ 23,650.40 |
| Labor | | $ 4,173.60 |
| **Total Square Miles** | 18.5 @ $ 1504 per/sq mile | |
| | TOTAL | $ 27,824.00 |

Make all checks payable to: Rogue Marine Services LLC
Payment is due upon receipt.

**Thank you for your business!**

# Rogue Marine Services LLC

# INVOICE

INVOICE # 09008
JUNE 25, 2009

**TO:**

Crowder Gulf
5435 Business Parkway
Theodore, Alabama 36582

**FOR:**

Attention: Dan Rackard

| DESCRIPTION | AMOUNT |
|---|---|
| **Sonar Surveys / Louisiana** | |
| Insurance deducted from Texas invoices. | $ 7,231.19 |
| TOTAL | $ 7,231.19 |

Make all checks payable to: Rogue Marine Services LLC
Payment is due upon receipt.

**Thank you for your business!**