# Rogue Marine Services LLC

| | | | | | | | | | NO. | ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|

**EXPENDITURES**

| DATE | WHOM PAID | DESC | JOB | CHK NO | ACCT | AMT |
|---|---|---|---|---|---|---|
| 01/02/09 | Clark Exxon | | | exx | 4 | $ 32.25 |
| 01/02/09 | Hardees | | | cash | 30 | $ 4.19 |
| 01/05/09 | Dell | laptop | 704 | cc | 17 | $ 853.91 |
| 01/08/09 | Capt Jay LLC | | 704 | 345 | 34 | $ 10,500.00 |
| 01/08/09 | Capt Jay LLC | | 704 | 345 | 17 | $ 239.98 |
| 01/12/09 | Raceway | | | cc | 4 | $ 23.00 |
| 01/12/09 | B&H Photo | monitor | 800 | cc | 27 | $ 384.40 |
| 01/13/09 | AT&T Mobility | | 801 | cc | 28 | $ 87.98 |
| 01/16/09 | Marinesonic | 12v supply | 801 | cc | 21 | $ 91.35 |
| 01/17/09 | Clark Exxon | | 704 | exx | 4 | $ 35.25 |
| 01/17/09 | Thomason Storage | | 801 | 346 | 20 | $ 120.00 |
| 01/17/09 | Walmart | mount/cable | 800 | cc | 17 | $ 80.85 |
| 01/17/09 | LuLu's | | 704 | cash | 30 | $ 22.84 |
| 01/19/09 | Hardees | | 704 | cash | 30 | $ 5.28 |
| 01/19/09 | Chevron | | 704 | chv | 4 | $ 33.00 |
| 01/19/09 | Noah's Ark | | 704 | cc | 30 | $ 40.19 |
| 01/20/09 | Homeport Marina | | 800 | cc | 20 | $ 400.00 |
| 01/20/09 | Homeport Marina | | 800 | cc | 8 | $ 23.53 |
| 01/20/09 | Premier Mounts | mount | 800 | cc | 17 | $ 74.78 |
| 01/21/09 | Angel Gas | | 704 | cc | 4 | $ 28.25 |
| 01/21/09 | Mcdonalds | | 704 | cash | 30 | $ 6.70 |
| 01/21/09 | Flying J | | 704 | cc | 4 | $ 35.00 |
| 01/25/09 | Ni-Cole LLC | | 704 | 348 | 34 | $ 3,700.00 |
| 01/25/09 | Capt Jay LLC | | 704 | 349 | 34 | $ 10,500.00 |
| 01/27/09 | City of Prattville | | 801 | 350 | 16 | $ 85.00 |
| 01/27/09 | Chesapeake Tech | maint agree | 801 | cc | 17 | $ 1,150.00 |
| 01/27/09 | U-Create a Sign | boat name | 800 | cc | 27 | $ 127.91 |
| 01/27/10 | Amazon | vac | 800 | cc | 17 | $ 61.12 |
| 01/27/09 | Dell | | 801 | cc | 17 | $ 73.78 |
| 01/28/09 | Herrods Chevron | | | chv | 4 | $ 77.32 |
| 01/28/09 | Herrods Chevron | | | chv | 4 | $ 30.00 |
| 02/01/09 | Capt Jay LLC | | 704 | 351 | 34 | $ 10,500.00 |
| 02/01/09 | Ni-Cole LLC | | 704 | 352 | 34 | $ 4,400.00 |
| 02/03/09 | Big Brothers Big Sis | | | cc | 6 | $ 100.00 |
| 02/03/09 | Dell | | 801 | cc | 17 | $ 1,698.05 |
| 02/03/09 | Dell | | 801 | cc | 17 | $ 149.73 |
| 02/07/09 | LuLu's | | | cc | 30 | $ 100.00 |
| 02/08/09 | Pappa Rocco's | | | cc | 30 | $ 52.77 |
| 02/08/09 | LuLu's | | | cash | 30 | $ 30.36 |
| 02/09/09 | Tom Thunb | | | cc | 4 | $ 38.50 |
| 02/09/09 | Lowe's | | 800 | cc | 21 | $ 13.41 |
| 02/09/09 | Mcdonalds | | | cash | 30 | $ 7.31 |
| 02/09/09 | Mcdonalds | | | cash | 30 | $ 4.57 |

**ACCOUNTS**

| NO. | ACCOUNT |
|---|---|
| 1 | MATERIALS |
| 2 | ACCOUNTING |
| 3 | ADVERTISING |
| 4 | AUTO EXPENSE |
| 5 | CARTONS |
| 6 | CONTRIBUTIONS |
| 7 | DELIVERY EXP |
| 8 | ELECTRICITY |
| 9 | ENTERTAINMENT |
| 10 | FREIGHT |
| 11 | HEAT |
| 12 | INSURANCE |
| 13 | INTEREST |
| 14 | LAUNDRY |
| 15 | LEGAL EXP |
| 16 | LICENSES |
| 17 | MISC EXP |
| 18 | OFFICE EXP |
| 19 | POSTAGE |
| 20 | RENT |
| 21 | REPAIRS |
| 22 | TAX-SALES |
| 23 | TAX-SS/MED |
| 24 | TAX-STATE |
| 25 | TAX-OTHER |
| 26 | SELLING EXP |
| 27 | SUPPLIES |
| 28 | TELEPHONE |
| 29 | TRADE DUES |
| 30 | TRAVEL EXP |
| 31 | WAGES/COMM |
| 32 | WATER |
| 33 | BOAT FUEL |
| 34 | CONTRACT LABOR |
| 35 | |
| 51 | NOTES PAYABLE |
| 52 | FED INC TAX |
| 53 | LOANS PAYABLE |
| 54 | LOANS RECEIVABLE |
| 55 | PERSONAL |
| 56 | FIXED ASSETS |
| 57 | |

# Rogue Marine Services LLC

| Date | Payee | Memo | Acct | Ref | Code | Amount |
|------|-------|------|------|-----|------|--------|
| 02/10/09 | Sam's | | 800 | cc | 27 | $ 44.37 |
| 02/10/09 | Marinesonic | | 801 | cc | 21 | $ 1,629.60 |
| 02/10/09 | LuLu's | | | cc | 30 | $ 100.00 |
| 02/10/09 | GPS Store | | 801 | cc | 27 | $ 54.90 |
| 02/11/09 | Capt Jay LLC | | 704 | 354 | 34 | $ 10,500.00 |
| 02/11/09 | Ni-Cole LLC | | 704 | 353 | 34 | $ 4,600.00 |
| 02/13/09 | Homeport Marina | | 800 | cc | 20 | $ 400.00 |
| 02/13/09 | Homeport Marina | 161 | 800 | cc | 8 | $ 20.93 |
| 02/13/09 | Homeport Marina | 126 gal | 800 | cc | 33 | $ 204.46 |
| 02/13/09 | Best RV | inverter | 704 | cc | 27 | $ 281.14 |
| 02/16/09 | Capt Jay LLC | | 704 | 355 | 34 | $ 10,500.00 |
| 02/16/09 | Ni-Cole LLC | | 704 | 356 | 34 | $ 6,300.00 |
| 02/18/09 | USPS | stamps | 801 | cc | 19 | $ 42.00 |
| 02/18/09 | AT&T Mobility | | 801 | cc | 28 | $ 87.98 |
| 02/19/09 | Marc 1 Carwash | | | cc | 4 | $ 10.00 |
| 02/19/09 | Herrods Chevron | | | chv | 4 | $ 31.50 |
| 02/23/09 | Ala Dept of Revenue | BPT | 801 | 358 | 25 | $ 100.00 |
| 02/23/09 | Capt Jay LLC | | 704 | 359 | 34 | $ 3,500.00 |
| 02/23/09 | Ni-Cole LLC | | 704 | 360 | 34 | $ 3,300.00 |
| 02/23/09 | Office Depot | | 704 | cash | 18 | $ 8.13 |
| 02/24/09 | Kangaroo | | 704 | chv | 4 | $ 31.75 |
| 02/24/09 | Kangaroo | | 704 | cc | 4 | $ 37.00 |
| 02/25/09 | Mcdonalds | | | cash | 30 | $ 9.70 |
| 02/25/09 | Peppers Deli | | | cc | 30 | $ 26.11 |
| 02/26/09 | Peppers Deli | | | cash | 30 | $ 9.24 |
| 02/26/09 | Jones Canvas | rent | 801 | 363 | 20 | $ 50.00 |
| 02/26/09 | LuLu's | | | cash | 30 | $ 17.39 |
| 02/27/09 | Foley Beach Express | | | cash | 4 | $ 3.00 |
| 02/27/09 | Clark Exxon | | 704 | cc | 4 | $ 38.85 |
| 02/27/09 | Coastal Canvas | | 800 | 364 | 21 | $ 50.00 |
| 03/04/09 | Jackson Thornton | tax prep | 801 | 366 | 2 | $ 950.00 |
| 03/06/09 | Herrods Chevron | | | chv | 4 | $ 33.50 |
| 03/07/09 | Hardees | | | cash | 30 | $ 3.72 |
| 03/11/09 | LCP | | 801 | 367 | 34 | $ 50,000.00 |
| 03/11/09 | LCP | | 801 | 129 | 34 | $ 100,000.00 |
| 03/13/09 | Homeport Marina | | 800 | cc | 20 | $ 400.00 |
| 03/13/09 | Homeport Marina | 70 | 800 | cc | 8 | $ 9.10 |
| 03/13/09 | AT&T Mobility | | 800 | cc | 28 | $ 87.98 |
| 03/14/09 | Walmart | | 800 | cc | 27 | $ 32.63 |
| 03/14/09 | Bluewater | | 800 | cc | 27 | $ 183.14 |
| 03/14/09 | Hooters | | | cash | 30 | $ 21.24 |
| 03/15/09 | LuLu's | | | cash | 30 | $ 20.87 |
| 03/15/09 | Hooters | | | cash | 30 | $ 37.95 |
| 03/15/09 | Herrods Chevron | | | chv | 4 | $ 37.50 |
| 03/16/09 | McDonalds | | | cash | 30 | $ 5.62 |
| 03/17/09 | Bay Minnette BP | | | cc | 4 | $ 30.00 |
| 03/20/09 | New Image Promo | parkas | 801 | 368 | 3 | $ 405.00 |

# Rogue Marine Services LLC

| Date | Vendor | Item | Acct | Cat | Type | $ Amount |
|---|---|---|---|---|---|---|
| 03/20/09 | Bass Pro | | | cash | 27 | $ 9.89 |
| 03/23/09 | River Marine Supply | mount | 800 | cc | 27 | $ 49.64 |
| 03/27/09 | Target | | 800 | cc | 27 | $ 24.94 |
| 04/03/09 | Jones Canvas | | 801 | 369 | 20 | $ 100.00 |
| 04/03/09 | Herrods Chevron | | | chv | 4 | $ 37.00 |
| 04/04/09 | Sam's | | 800 | cc | 27 | $ 31.93 |
| 04/04/09 | West Marine | PFD's | 800 | cc | 2 | $ 40.31 |
| 04/04/09 | The Hangout | | | cc | 30 | $ 105.82 |
| 04/04/09 | LuLu's | | | cc | 30 | $ 44.08 |
| 04/05/09 | Calypso Joe's | | | cc | 30 | $ 44.36 |
| 04/06/09 | Foley Beach Express | | | cash | 4 | $ 3.00 |
| 04/06/09 | Jones Canvas | | | 370 | 20 | $ 85.00 |
| 04/06/09 | Shell | | | cc | 4 | $ 35.50 |
| 04/14/09 | AT&T Mobility | | | cc | 28 | $ 88.37 |
| 04/14/09 | Homeport Marina | | 800 | cc | 20 | $ 400.00 |
| 04/14/09 | Homeport Marina | | 800 | cc | 8 | $ 13.00 |
| 04/14/09 | Herrods Chevron | | | chv | 4 | $ 36.50 |
| 04/15/09 | Perfect Shine | | | cc | 4 | $ 9.00 |
| 04/21/09 | Bay Minette BP | | | cc | 4 | $ 41.25 |
| 04/21/09 | Peppers Deli | | | cash | 30 | $ 7.62 |
| 04/22/09 | Sam's | rod holder | 800 | cc | 27 | $ 59.59 |
| 04/22/09 | Fish Camp | | | cash | 30 | $ 26.55 |
| 04/22/09 | Shoreline True Value | | 800 | cash | 27 | $ 3.59 |
| 04/23/09 | Big O's | | | cash | 30 | $ 5.18 |
| 04/24/09 | Sam's | shorepower | 800 | cc | 21 | $ 117.70 |
| 04/24/09 | Foley Beach Express | | | cash | 4 | $ 3.00 |
| 04/24/09 | McDonalds | | | cash | 30 | $ 5.39 |
| 04/24/09 | Herrods Chevron | | | chv | 4 | $ 39.50 |
| 04/30/09 | Perfect Shine | | | cc | 4 | $ 9.00 |
| 05/01/09 | Herrods Chevron | | | chv | 4 | $ 24.50 |
| 05/07/09 | Mcdonalds | | | cash | 30 | $ 5.44 |
| 05/07/09 | Herrods Chevron | | | chv | 4 | $ 33.50 |
| 05/09/09 | Hooters | | | cash | 30 | $ 27.85 |
| 05/10/09 | Mcdonalds | | | cash | 30 | $ 4.53 |
| 05/10/09 | Clark Exxon | | | exx | 4 | $ 40.25 |
| 05/12/09 | Perfect Shine | | | cc | 4 | $ 9.00 |
| 05/13/09 | Herrods Chevron | | | chv | 4 | $ 34.00 |
| 05/13/09 | Homeport Marina | | 800 | cc | 20 | $ 400.00 |
| 05/13/09 | Homeport Marina | | 800 | cc | 8 | $ 29.90 |
| 05/13/09 | Homeport Marina | fuel | 800 | cc | 33 | $ 107.02 |
| 05/14/09 | Fisk Insurance | Liability Ins | 801 | | 12 | $ 9,150.00 |
| 05/15/09 | Clark Exxon | | | exx | 4 | $ 27.50 |
| 05/19/09 | AT&T Mobility | | 801 | cc | 28 | $ 88.80 |
| 05/21/09 | Office Depot | data card | 801 | cc | 18 | $ 24.94 |
| 05/23/09 | Herrods Chevron | | | chv | 4 | $ 30.75 |
| 05/23/09 | Bluewater | bulbs | 800 | cash | 27 | $ 7.84 |
| 05/23/09 | Peppers Deli | | | cash | 30 | $ 9.24 |

# Rogue Marine Services LLC

| Date | Vendor | Item | Acct | Pay | | $ | Amount |
|------|--------|------|------|-----|---|---|--------|
| 05/23/09 | Office Depot | card reader | 801 | cc | 18 | $ | 21.59 |
| 05/23/09 | LuLu's | | | cash | 30 | $ | 23.33 |
| 05/25/09 | Big O's | | | cash | 30 | $ | 14.44 |
| 05/25/09 | Clark Exxon | | | exx | 4 | $ | 38.00 |
| 05/26/09 | 3Tailer | compass | 800 | cc | 21 | $ | 143.54 |
| 05/30/09 | Cobbs Ford Chevron | | | chv | 4 | $ | 27.50 |
| 06/05/09 | Walmart | | | cc | 27 | $ | 67.96 |
| 06/05/09 | Sam's | | | cc | 27 | $ | 55.19 |
| 06/06/09 | Niki's Seafood | | | cc | 30 | $ | 42.89 |
| 06/07/09 | Clark Exxon | | | exx | 4 | $ | 49.25 |
| 06/11/09 | Homeport Marina | boat fuel | 800 | cc | 33 | $ | 231.18 |
| 06/13/09 | Raceway | | | cc | 4 | $ | 37.25 |
| 06/13/09 | Peppers Deli | | | cash | 30 | $ | 11.42 |
| 06/14/09 | Winn Dixie | | | cash | 30 | $ | 6.75 |
| 06/14/09 | Mcdonalds | | | cash | 30 | $ | 5.62 |
| 06/14/09 | Sam's | | | | 27 | $ | 32.82 |
| 06/15/09 | Bay Minette BP | | | cc | 4 | $ | 44.00 |
| 06/15/09 | AT&T Mobility | | 801 | cc | 28 | $ | 88.80 |
| 06/16/09 | Bluewater | filters | 800 | cc | 27 | $ | 50.33 |
| 06/17/09 | Homeport Marina | boat storage | 800 | cc | 20 | $ | 400.00 |
| 06/17/09 | Homeport Marina | elec | 800 | cc | 8 | $ | 52.91 |
| 06/18/09 | Laser Copy | mic rep | 800 | cash | 19 | $ | 18.64 |
| 06/18/09 | Homeport Marina | fuel | 800 | cc | 33 | $ | 162.68 |
| 06/19/09 | Perfect Shine | | | cc | 4 | $ | 9.00 |
| 06/22/09 | Bay Minette BP | | | cc | 4 | $ | 46.75 |
| 06/22/09 | Smart Resort | internet acces | 801 | cc | 17 | $ | 84.95 |
| 06/22/09 | Raymarine | mic rep | 800 | cc | 21 | $ | 100.00 |
| 06/23/09 | Jones Canvas | storage | 801 | 376 | 20 | $ | 200.00 |
| 06/23/09 | State Farm Ins | insurance | | cc | 4 | $ | 459.03 |
| 06/24/09 | Lowe's | multitester | 801 | cc | 27 | $ | 33.47 |
| 06/24/09 | Bass Pro | mask/fins | | cc | 27 | $ | 32.75 |
| 06/25/09 | Fore and Aft Marine | cylinder | 800 | cc | 21 | $ | 717.57 |
| 06/25/09 | Bluewater | solenoid | 800 | cc | 21 | $ | 129.53 |
| 06/27/09 | Laser Copy | fedex | 704 | cc | 19 | $ | 33.57 |
| 06/27/09 | Herrods Chevron | | | chv | 4 | $ | 28.00 |
| 06/27/09 | Perfect Shine | | | cc | 4 | $ | 9.00 |
| 07/01/09 | Office Depot | dvd's | 704 | cash | 18 | $ | 19.51 |
| 07/02/09 | USPS | | 704 | | 19 | $ | 13.05 |
| 07/04/09 | Peppers Deli | | | cash | 30 | $ | 9.57 |
| 07/05/09 | Clark Exxon | | | cc | 30 | $ | 0.99 |
| 07/05/09 | Clark Exxon | | | exx | 4 | $ | 53.00 |
| 07/06/09 | Sam's | | | cc | 27 | $ | 72.43 |
| 07/11/09 | Perfect Shine | | | cc | 4 | $ | 9.00 |
| 07/13/09 | AT&T Mobility | | 801 | cc | 28 | $ | 89.18 |
| 07/15/09 | Homeport Marina | slip rent | 800 | cc | 20 | $ | 400.00 |
| 07/15/09 | Homeport Marina | | 800 | cc | 8 | $ | 97.11 |
| 07/17/09 | Herrods Chevron | | | chv | 4 | $ | 41.50 |

# Rogue Marine Services LLC

| Date | Vendor | Item | Code | Qty | | Amount |
|------|--------|------|------|-----|---|--------|
| 07/18/09 | Bluewater | | cc | 21 | $ | 30.64 |
| 07/19/09 | Clark Exxon | | cc | 4 | $ | 31.67 |
| 07/26/09 | Raceway | | cc | 4 | $ | 40.01 |
| 07/26/09 | Foley Beach Express | | cash | 4 | $ | 3.00 |
| 07/26/09 | Sam's | | cc | 27 | $ | 86.81 |
| 07/28/09 | Chevron | | cc | 4 | $ | 43.00 |
| 07/28/09 | McDonalds | | cash | 30 | $ | 4.89 |
| 07/30/09 | Herrods Chevron | | cc | 4 | $ | 34.00 |
| 07/31/09 | NFL Hardware | | cash | 21 | $ | 5.43 |
| 08/02/09 | Clark Exxon | | cc | 4 | $ | 43.00 |
| 08/04/09 | Homeport Marina | fuel | 800 | cc | 33 | $ | 430.33 |
| 08/05/09 | Herrods Chevron | | chv | 4 | $ | 36.47 |
| 08/05/09 | Herrods Chevron | | chv | 4 | $ | 29.50 |
| 08/07/09 | Homeport Marina | fuel | 800 | cc | 33 | $ | 134.27 |
| 08/10/09 | A+ Storage | rent | 379 | 20 | $ | 127.97 |
| 08/13/09 | Herrods Chevron | | chv | 4 | $ | 26.25 |
| 08/13/09 | Herrods Chevron | washer flu | chv | 4 | $ | 2.44 |
| 08/13/09 | Peppers Deli | | cash | 30 | $ | 10.12 |
| 08/14/09 | Barge N Chevron | | chv | 4 | $ | 53.25 |
| 08/15/09 | Hooters | | cash | 30 | $ | 40.62 |
| 08/15/09 | Tequila Bay | | cash | 30 | $ | 33.08 |
| 08/15/09 | Walmart | | cc | 27 | $ | 36.54 |
| 08/17/09 | Autozone | weatherstrip | 800 | cash | 27 | $ | 15.18 |
| 08/17/09 | Bluewater | shurhold | 800 | cc | 27 | $ | 47.85 |
| 08/19/09 | AT&T Mobility | internet | 801 | cc | 28 | $ | 89.18 |
| 08/19/09 | The GPS Store | vhf | 801 | cc | 27 | $ | 154.90 |
| 08/19/09 | Texas GLO | bids | 380 | 27 | $ | 79.20 |
| 08/19/09 | Pacer Marine | indicator lts | 800 | cc | 21 | $ | 19.34 |
| 08/19/09 | I Boats | led lites | 800 | cc | 21 | $ | 25.40 |
| 08/20/09 | West Marine | led lites | 800 | cc | 21 | $ | 58.20 |
| 08/20/09 | The GPS Store | vhf | 800 | cc | 27 | $ | 134.90 |
| 08/21/09 | Homeport Marina | slip rent | 800 | cc | 20 | $ | 400.00 |
| 08/21/09 | Homeport Marina | elec | 800 | cc | 8 | $ | 100.75 |
| 08/21/09 | Herrods Chevron | | chv | 4 | $ | 45.50 |
| 08/24/09 | Madison Shell | | cc | 4 | $ | 51.50 |
| 08/24/09 | Cape Canaveral | | cc | 4 | $ | 43.00 |
| 08/24/09 | Commanders Club | | cash | 30 | $ | 17.46 |
| 08/25/09 | South Beach Chevron | | chv | 4 | $ | 26.75 |
| 08/25/09 | Capt J's | | cc | 30 | $ | 28.84 |
| 08/26/09 | Jiffy Food Mart | | chv | 4 | $ | 33.35 |
| 08/26/09 | Tom Thunb | | cc | 4 | $ | 48.01 |
| 08/26/09 | Hardees | | cash | 30 | $ | 4.70 |
| 08/26/09 | Holiday Inn | | cc | 30 | $ | 221.98 |
| 08/31/09 | Jones Canvas | rent | 801 | 381 | 20 | $ | 320.00 |
| 08/31/09 | Lowe's | elec conn | 800 | cc | 27 | $ | 17.74 |
| 09/02/09 | Sovereign Control | led lites | 800 | cc | 21 | $ | 90.80 |
| 09/05/09 | Autauga Chevron | | chv | 4 | $ | 41.00 |

# Rogue Marine Services LLC

| Date | Vendor | Description | Acct | Pay | Code | Amount |
|------|--------|-------------|------|-----|------|--------|
| 09/09/09 | Amazon | guides | 800 | cc | 27 | $ 64.06 |
| 09/09/09 | Marc 1 Carwash | | | cc | 4 | $ 12.00 |
| 09/09/09 | Herrods Chevron | | | chv | 4 | $ 25.50 |
| 09/11/09 | Mcdonalds | | | cash | 30 | $ 5.39 |
| 09/11/09 | Tequila Bay | | | cash | 30 | $ 24.91 |
| 09/12/09 | Mikee's | | | cash | 30 | $ 9.80 |
| 09/12/09 | Sovereign Control | led lites | 800 | cc | 21 | $ 70.51 |
| 09/13/09 | Clark Exxon | | | exx | 4 | $ 42.76 |
| 09/14/09 | West Marine | led lites | 800 | cc | 21 | $ 39.14 |
| 09/15/09 | AT&T Mobility | | 801 | cc | 18 | $ 89.18 |
| 09/16/09 | AIM | GPS | 801 | cc | 27 | $ 1,444.65 |
| 09/16/09 | Homeport Marina | slip rent | 800 | cc | 20 | $ 400.00 |
| 09/16/09 | Homeport Marina | elec | 800 | cc | 8 | $ 41.44 |
| 09/16/09 | Golden Software | Surfer 9 | 801 | cc | 18 | $ 707.00 |
| 09/18/09 | Herrods Chevron | | | chv | 4 | $ 40.00 |
| 09/19/09 | Mcdonalds | | | cash | 30 | $ 6.53 |
| 09/20/09 | Clark Exxon | | | exx | 4 | $ 36.00 |
| 09/21/09 | Smart Resort | internet acce | 801 | cc | 18 | $ 84.95 |
| 09/23/09 | Raceway | | | cc | 4 | $ 29.00 |
| 09/25/09 | Sam's | | | cc | 27 | $ 29.39 |
| 09/24/09 | Clark Exxon | | | exx | 4 | $ 30.50 |
| 09/25/09 | Big O's | | | cash | 30 | $ 9.54 |
| 09/25/09 | Tacky Jacks | | | cash | 30 | $ 8.25 |
| 09/26/09 | Tacky Jacks | | | cash | 4 | $ 4.50 |
| 09/27/09 | Burris Market | | | cash | 30 | $ 20.09 |
| 09/28/09 | Homeport Marina | fuel | 800 | cc | 33 | $ 152.33 |
| 09/28/09 | Kangaroo | | | cc | 4 | $ 46.50 |
| 10/02/09 | A+ Storage | rent | 383 | | 20 | $ 207.00 |
| 10/09/09 | Bay Minette BP | | | cc | 4 | $ 44.50 |
| 10/10/09 | Peppers Deli | | | cash | 30 | $ 7.62 |
| 10/12/09 | JTH Electronics | sat dome | 800 | cc | 27 | $ 2,215.89 |
| 10/13/09 | Homeport Marina | rent | 800 | cc | 20 | $ 400.00 |
| 10/13/09 | Homeport Marina | elec | 800 | cc | 8 | $ 25.12 |
| 10/13/09 | Packaging Machinery | aluminum | 800 | cash | 21 | $ 13.20 |
| 10/14/09 | Russell Do It | paint | 800 | cc | 21 | $ 13.83 |
| 10/15/09 | AT&T Mobility | | 801 | cc | 28 | $ 89.06 |
| 10/15/09 | Chevron | | | chv | 4 | $ 50.25 |
| 10/17/09 | Burger King | | | cash | 30 | $ 4.45 |
| 10/17/09 | Walmart | | 800 | cc | 21 | $ 12.47 |
| 10/17/09 | Radio Shack | | 800 | cc | 21 | $ 38.13 |
| 10/18/09 | Clark Exxon | | | exx | 4 | $ 38.00 |
| 10/18/09 | Burris Market | | | cash | 30 | $ 9.77 |
| 10/18/09 | McDonalds | | | cash | 30 | $ 5.67 |
| 10/20/09 | Progressive Ins | boat ins | 800 | 385 | 12 | $ 1,777.00 |
| 10/20/09 | Probate Judge | truck tag | | 384 | 4 | $ 155.69 |
| 10/20/09 | Probate Judge | boat reg | 801 | 384 | 16 | $ 131.00 |
| 10/23/09 | Chevron | | | chv | 4 | $ 50.25 |

# Rogue Marine Services LLC

| Date | Name | Type | Acct | Cat | | Amount |
|------|------|------|------|-----|---|--------|
| 10/23/09 | Foxy's | | | cc | 30 | $ 20.00 |
| 10/23/09 | Radio Shack | | 800 | cc | 21 | $ 9.80 |
| 10/24/09 | Bluewater | | 800 | cc | 21 | $ 45.58 |
| 10/24/09 | Walmart | | 800 | cc | 27 | $ 156.17 |
| 10/24/09 | Mikee's | | | cash | 30 | $ 9.80 |
| 10/25/09 | Clark Exxon | | | exx | 4 | $ 27.50 |
| 10/25/09 | McDonalds | | | cash | 30 | $ 7.12 |
| 10/26/09 | Jones Canvas | rent | 801 | 386 | 20 | $ 200.00 |
| 11/02/09 | Herrods Chevron | | | cc | 4 | $ 44.01 |
| 11/03/09 | Burris Market | | | cash | 30 | $ 13.01 |
| 11/04/09 | Bluewater | | 800 | cc | 21 | $ 60.51 |
| 11/04/09 | Walmart | | | cc | 30 | $ 70.95 |
| 11/04/09 | Winn Dixie | | | cc | 30 | $ 198.89 |
| 11/05/09 | Panama City Marina | fuel | 800 | cc | 33 | $ 351.77 |
| 11/07/09 | Panama City Marina | fuel | 800 | cc | 33 | $ 360.64 |
| 11/08/09 | Homeport Marina | fuel | 800 | cc | 33 | $ 182.81 |
| 11/09/09 | Hooters | | | cash | 30 | $ 45.67 |
| 11/10/09 | LCP | | 801 | 388 | 34 | $ 12,000.00 |
| 11/11/09 | Clark Exxon | | | exx | 4 | $ 35.00 |
| 11/16/09 | Homeport Marina | | 800 | cc | 20 | $ 400.00 |
| 11/16/09 | Homeport Marina | | 800 | cc | 8 | $ 27.68 |
| 11/16/09 | Chevron | | | chv | 4 | $ 38.75 |
| 11/16/09 | Chevron | | | chv | 4 | $ 38.00 |
| 11/16/09 | Mcdonalds | | | cash | 30 | $ 3.42 |
| 11/16/09 | Sunpass | toll | | cash | 4 | $ 2.50 |
| 11/16/09 | Expressway | toll | | cash | 4 | $ 1.50 |
| 11/16/09 | Chevron | | | chv | 4 | $ 40.75 |
| 11/16/09 | Expressway | toll | | cash | 4 | $ 1.50 |
| 11/16/09 | Expressway | toll | | cash | 4 | $ 1.00 |
| 11/16/09 | Sunpass | toll | | cash | 4 | $ 2.50 |
| 11/16/09 | Shell | | | cc | 4 | $ 50.00 |
| 11/16/09 | Dunkin Donuts | | | cash | 30 | $ 2.02 |
| 11/16/09 | AT&T Mobility | | 801 | cc | 28 | $ 89.06 |
| 11/16/09 | Wendy's | | | cash | 30 | $ 2.57 |
| 11/20/09 | Direct TV | | 800 | cc | 17 | $ 26.99 |
| 11/23/09 | Herrods Chevron | | | chv | 4 | $ 47.75 |
| 11/24/09 | Clark Exxon | | | exx | 4 | $ 36.50 |
| 11/25/09 | Wind Creek | | | cc | 30 | $ 10.75 |
| 11/27/09 | Autauga Chevron | | | chv | 4 | $ 37.75 |
| 11/28/09 | Autauga Chevron | | | chv | 4 | $ 29.65 |
| 12/03/09 | Bay Minette BP | | | cc | 4 | $ 57.00 |
| 12/03/09 | Fish Camp | | | cash | 30 | $ 25.15 |
| 12/07/09 | Herrods Chevron | | | chv | 4 | $ 50.75 |
| 12/11/09 | Shrimp Basket | | | cash | 30 | $ 39.73 |
| 12/13/09 | Clark Exxon | | | exx | 4 | $ 44.00 |
| 12/12/09 | Goal Line | | | cash | 30 | $ 21.23 |
| 12/15/09 | AT&T Mobility | | 801 | cc | 28 | $ 89.06 |

# Rogue Marine Services LLC

| 12/17/09 | Homeport Marina | | 800 | cc | 20 | $ | 400.00 |
|---|---|---|---|---|---|---|---|
| 12/17/09 | Homeport Marina | | 800 | cc | 8 | $ | 36.00 |
| 12/18/09 | Herrods Chevron | | | chv | 4 | $ | 45.50 |
| 12/22/09 | Direct TV | | 800 | cc | 17 | $ | 31.49 |
| 12/27/09 | Beach Camera | water cam | | cc | 27 | $ | 305.98 |
| 12/28/09 | Jones Canvas | | 801 | 389 | 20 | $ | 200.00 |
| 12/28/09 | A+ Storage | | | 390 | 20 | $ | 207.00 |
| 12/28/09 | State Farm Ins | | | cc | 4 | $ | 434.67 |
| 12/28/09 | LCP | | 801 | 1011 | 34 | $ | 8,792.61 |
| 12/29/09 | Marc 1 Carwash | | | cc | 4 | $ | 10.00 |
| 12/29/09 | Office Depot | | 801 | cc | 18 | $ | 18.42 |
| 12/31/09 | The Hangout | | | cash | 30 | $ | 61.02 |
| 12/31/09 | Herrods Chevron | | | chv | 4 | $ | 36.00 |

Rogue Marine Services LLC

⋮