UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

PROPOSED
ORDER AND FINAL JUDGMENT

Upon consideration of the Special Master's motion to have claimants Jason Zirlott and Capt Jay, LLC, return payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), and any opposition thereto or hearing thereon, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The DHECC claim awards in favor of Jason Zirlott based upon Claim 113685, and in favor of Capt Jay, LLC, based upon Claim 108398 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Jason Zirlott and Capt Jay, LLC, jointly and severally, requiring Jason Zirlott and Capt Jay, LLC, to make restitution to the DHECC in the amount of $239,519.32, plus post-judgment interest; and

3. IT IS FURTHER ORDERED that Jason Zirlott and Capt Jay, LLC, shall participate in no further distributions under the DHECC Seafood Compensation Program; and

4. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2014.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE