UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION "J" |
| This Document Relates To: 12-970 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

**NOTICE OF APPEAL**

Notice is hereby given that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP"), defendants in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970, appeal to the United States Court of Appeals for the Fifth Circuit from the Order denying BP's Motion for Restitution and Injunctive Relief (Rec. Doc. 13435) entered on September 24, 2014.

October 7, 2014                                    Respectfully submitted,

    */s/ Kevin M. Downey*

Mark Holstein                                      Kevin M. Downey
BP AMERICA INC.                                    F. Lane Heard III
501 Westlake Park Boulevard                        WILLIAMS & CONNOLLY LLP
Houston, TX 77079                                  725 Twelfth Street, N.W.
Telephone: (281) 366-2000                          Washington, D.C. 20005
Telefax: (312) 862-2200                            Telephone: (202) 434-5000
                                                                                       Telefax:  (202) 434-5029

Daniel A. Cantor                                      */s/ Don K. Haycraft*
Andrew T. Karron                                   S. Gene Fendler (Bar #05510)
ARNOLD & PORTER LLP                                Don K. Haycraft (Bar #14361)
555 Twelfth Street, NW                             R. Keith Jarrett (Bar #16984)
Washington, DC 20004                               LISKOW & LEWIS
Telephone: (202) 942-5000                          701 Poydras Street, Suite 5000
Telefax: (202) 942-5999                            New Orleans, Louisiana 70139
                                                                                      Telephone: (504) 581-7979
Robert C. "Mike" Brock                             Telefax: (504) 556-4108
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004                             Richard C. Godfrey, P.C.
Telephone: (202) 662-5985                          J. Andrew Langan, P.C.
Telefax: (202) 662-6291                            Wendy L. Bloom
                                                                                      KIRKLAND & ELLIS LLP
Jeffrey Lennard                                    300 North LaSalle Street
Keith Moskowitz                                    Chicago, IL 60654
DENTONS US LLP                                     Telephone: (312) 862-2000
233 South Wacker Drive                             Telefax: (312) 862-2200
Suite 7800
Chicago, IL 60606                                  Jeffrey Bossert Clark
Telephone: (312) 876-8000                          Dominic E. Draye
Telefax: (312) 876-7934                            KIRKLAND & ELLIS LLP
                                                                                      655 Fifteenth Street, N.W.
***OF COUNSEL***                                   Washington, D.C. 20005
                                                                                      Telephone: (202) 879-5000
                                                                                      Telefax: (202) 879-5200

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA***
***PRODUCTION COMPANY, AND BP P.L.C.***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of October, 2014.

                                                  /s/ Don K. Haycraft
                                                  Don K. Haycraft