UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>2:13-cv-02026;<br>2:13-cv-01989; and<br>2:13-cv-01965 | JUDGE CARL BARBIER<br><br>MAGISTRATE SALLY SHUSHAN |

## ORDER

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED that Paul D. Rees (LA Bar # 19266) and Reese F. Williamson (LA Bar # 35591) are enrolled as additional counsel of record for Plaintiffs M&M Wireline & Offshore Services, LLC (Case No. 2:13-cv-02026), Sig's Bunkhouse, LLC (Case No. 2:13-cv-01989), and Trinity Insurance Services, Inc. (Case No. 2:13-cv-01965), in the above captioned matter.

New Orleans, Louisiana this 7th day of October, 2014.

_____
United States District Judge