UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| 12-02248 | * | MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute as Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Barbara L. Bossetta be substituted in place of Christy L. Johnson as counsel of record for defendant, Global Fabrication, L.L.C. in the captioned matter.

New Orleans, Louisiana this 7th day of October, 2014.

_____
United States District Judge