# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 02, 2014



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 07 2014
WILLIAM W. BLEVINS
CLERK

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 14-30974    In re: Deepwater Horizon  
                USDC No. 2:10-MD-2179  
                USDC No. 2:12-CV-970

The court has taken the following action in this case:  
Appellant's motion to reopen the appeal as to Andry Lerner, L.L.C. is GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Dawn D. Victoriano, Deputy Clerk  
504-310-7717

P.S. Attached please find an updated caption which should be used in all future filings.

Mrs. Virginia Weichert Gundlach  
Mrs. Pauline Fransen Hardin  
Mr. Amit Priyavadan Mehta  
Mr. Gregory A. Paw  
Mr. Lionel Howard Sutton III  
Mr. William W. Taylor III  
Mr. James E. Wright III

___ Fee _____  
___ Process _____  
_X_ Dkt _____  
___ CtRmDep _____  
___ Doc. No. _____

14-30974

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, ET AL,

    Defendants

v.

ANDRY LERNER, L.L.C.; GLENN J. LERNER; LIONEL SUTTON, III,

    Movants - Appellants

v.

LOUIS J. FREEH,

    Appellee