UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION BY BPXP FOR LEAVE TO FILE CERTAIN EXHIBITS IN SUPPORT OF BPXP'S MOTION TO STRIKE THE EXPERT REPORTS OF WALTER H. CANTRELL AND RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO UNRELATED PRIOR INCIDENTS UNDER SEAL**

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal Exhibits B and C attached to its Motion to Strike the Expert Reports of Walter H. Cantrell and Renewed Motion *in Limine* to Exclude Evidence Relating to Unrelated Prior Incidents (the "Motion"), which is being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, the expert report comprising the exhibit remains under a confidentiality designation by the United States. WHEREFORE, BPXP respectfully prays the Court for an Order that Exhibits B and C attached to the Motion be filed under seal.

Dated: October 7, 2014.

Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft

KE 33677919.2

Don K. Haycraft (Bar No. 14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Barry E. Fields, P.C.
Hariklia ("Carrie") Karis, P.C.
Matthew T. Regan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
Kimberly O. Branscome
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of October, 2014.

                                                                  */s/ Don K. Haycraft*
                                                                  Don K. Haycraft

KE 33677919.2