# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibits B and C Under Seal:

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibits B and C to BPXP's Motion to Strike the Expert Reports of Walter H. Cantrell and Renewed Motion *in Limine* to Exclude Evidence Relating to Unrelated Prior Incidents (the "Motion") is filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of October, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

KE 33677919.2