# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3

 4                                        *
    IN RE:  OIL SPILL BY THE OIL RIG      *   Docket 10-MD-2179
 5          DEEPWATER HORIZON IN THE      *
            GULF OF MEXICO ON             *   Section J (1)
 6          APRIL 20, 2010                *
                                          *   New Orleans, Louisiana
 7                                        *
                                          *   March 21, 2014
 8                                        *
    Applies to:  All Cases                *   9:00 a.m.
 9                                        *
    * * * * * * * * * * * * * * * * * *   *
10                                        *
    UNITED STATES OF AMERICA              *   C.A. 10-4536
11                                        *
                                          *   Section J (1)
12  versus                                *
                                          *   New Orleans, Louisiana
13                                        *
    BP EXPLORATION & PRODUCTION,          *   March 21, 2014
14  INC., ET. AL.                         *
                                          *   9:00 a.m.
15  * * * * * * * * * * * * * * * * * *   *

16
                STATUS CONFERENCE RE: PENALTY PHASE
17                  AND MOTION HEARING BEFORE
                  THE HONORABLE CARL J. BARBIER
18                UNITED STATES DISTRICT JUDGE
                              AND
19                THE HONORABLE SALLY SHUSHAN
                  UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25
                           OFFICIAL TRANSCRIPT
```

```
 1   government has to have that information.
 2           MR. O'ROURKE:  I apologize for mentioning the other
 3   factors, but the factual information I'm talking about could go
 4   to violations or it could go to different factors and that's
 5   why there's confusion about which it is.
 6           THE COURT:  All right.  Mr. Langan wants to say
 7   something.
 8           MR. LANGAN:  Your Honor, I seldom disagree with Judge
 9   Shushan, but actually her order was more specific than just
10   disclosures.  It said at page 3:  "By Wednesday, March 12th,
11   the U.S. is to provide a two-page submission regarding any
12   other statutory violations by BPXP that it believes are
13   pertinent to this factor, along with a listing of the dates and
14   nature of the violations."  And that was under the history of
15   prior violations.
16           THE COURT:  And in response to that, the government
17   said what?  What did they do?  They identified those four?
18           MR. LANGAN:  And they briefed the motion in limine.
19   And, yeah, I believe that's it.
20           THE COURT:  Okay.
21           MR. LANGAN:  And said that they're looking for
22   others, I think.
23           THE COURT:  Here's my ruling on that:  I'm going to
24   rule that the government is limited to -- my initial ruling is
25   the government's going to be allowed to use -- to not go beyond
```

1   the four that they've identified.  And with respect to those
2   four, once the government makes its -- I guess, discloses --
3   you know, I'm not going to decide now whether any of those four
4   specifically are admissible or not.  We'll deal with those in
5   due course.
6            They'll produce their expert reports, you'll get
7   a chance to respond, or you can file a motion later to strike
8   any as not relevant for the reasons you've argued before and
9   we'll look at each one individually.
10           **MR. LANGAN:**  Thank you, Your Honor.
11           **THE COURT:**  All right.  Thank you.
12           Okay.  Let's talk about the economic benefit to
13  the violator, if any, resulting from the violation.  My
14  understanding from reading the briefs, and I want counsel to
15  correct me if I misunderstood, but my sense is that BP is
16  arguing, of course, that it did not receive any economic
17  benefit; and the government is suggesting that there may have
18  been some economic benefit, but in comparison to the potential
19  fines that we're talking about in this case, it's essentially
20  irrelevant -- this factor is essentially irrelevant.
21           Have I said that right?
22           **MR. O'ROURKE:**  Steve O'Rourke, Your Honor.
23           Yes, you summarized our position correctly.  The
24  evidence of the economic benefit is already in the record from
25  Phase One, if there were delays, that saved them money and so

```
 1  motion also, which is Record Document 12347.
 2              The second part of that motion by BP is to
 3  exclude evidence relating to unrelated prior incidents, and
 4  that was what we talked about earlier.  I'm going to --
 5              This is what I'll do:  I'm going to deny BP's
 6  motion to the extent it seeks a ruling from the Court, that at
 7  this time the government's evidence on prior incidents has to
 8  be limited to BPXP violations of Section 311, with a further
 9  stipulation that the government is limited to coming forward
10  with the four specific cases that they've identified, and BP
11  will have a chance to -- we'll have a chance to make the final
12  decision before trial as to whether any or all of those are
13  admissible or not.
14              **MR. LANGAN:**  Thank you, Your Honor.
15              **THE COURT:**  Okay.
16              **MS. HIMMELHOCH:**  Your Honor, Sarah Himmelhoch.  Just
17  a quick question on your ruling on the culpability motion.
18              **THE COURT:**  Yes.
19              **MS. HIMMELHOCH:**  Since we are going factor by factor,
20  some of these facts may be relevant to arguments under "such
21  other factors as may be required."  So my question is:  Is your
22  ruling that the types of facts discussed in the motion may not
23  be entered as to any factor or only as to the culpability
24  factor?
25              **THE COURT:**  As to what we just talked about, I don't
```