UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**This Pleading Relates To**<br>• 10-4182 (*Alabama v. BP*)<br>• 10-4183 (*Alabama v. Transocean, et. al*)<br>• 13-2645 (*Alabama v. Anadarko & MOEX*)<br>• 13-2646 (*Alabama v. Transocean*)<br>• 13-2647 (*Alabama v. Halliburton*)<br>• 13-2813 (*Alabama v. BP*) | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### NOTICE OF APPEARANCE
### BY THE GOVERNOR OF THE STATE OF ALABAMA
### BY AND THROUGH COUNSEL

Comes now, the undersigned, by and on behalf of Robert Bentley, the Governor of the State of Alabama (the "Governor"), and hereby notice their appearance on behalf of the Governor and thus the State of Alabama in this action.

The Governor and Luther Strange, the Attorney General of the State of Alabama (the "Attorney General"), have, from the date of the assumption of their respective offices, worked together on behalf of the people of Alabama in furtherance of the State's claims against those responsible for the damage done to the State of Alabama as a result of the *Deepwater Horizon* disaster.  The Governor has and continues to defer to the Attorney General as the lead counsel on behalf of the State in this litigation.  However, the Governor has every right, and in fact a duty and responsibility, to share that burden in this most significant case.

1

Thus, the Governor has directed the undersigned to appear in this action on his behalf as additional counsel for the State of Alabama.

Dated, this the 9th day of October, 2014.

/s/ Rhon E. Jones
Jere L. Beasley (ASB-1981-A35J)
Rhon E. Jones (ASB-7747-E52R)
J. Parker Miller (ASB-7363-H53M)
Richard D. Stratton (ASB-3939-T76R)
Jennifer E. Day (ASB-7094-Y87Z)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone: 334.269.2343
Facsimile: 334.954.7555
Jere.Beasley@beasleyallen.com
Rhon.Jones@beasleyallen.com
Parker.Miller@beasleyallen.com
Rick.Stratton@Beasleyallen.com
Jenna.Day@beasleyallen.com
Counsel for Governor

/s/ Cooper Shattuck
Cooper Shattuck (ASB-5109-T47R)
Special Counsel to Governor on BP Issues
500 University Boulevard East
Tuscaloosa, Alabama 35401
Telephone: 205-348-7380
cshattuck@uasystem.ua.edu

/s/ David Byrne, Sr.
David Byrne, Sr. (ASB-0354-R69D)
Chief Legal Advisor
Franklin R. Johnson (ASB-5821-I70J)
Deputy Legal Advisor
Governor Robert Bentley
600 Dexter Avenue, Room NB-05
Montgomery, Alabama 36130
Telephone: 334-242-7120
David.Byrne@governor.alabama.gov
Franklin.Johnson@governor.alabama.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of October 2014.

                                              /s/ Rhon E. Jones