IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON April 20, 2010 | * * * * * | MDL No. 2179  SECTION: J |
| This document relates to: 2:10-cv-09999-CJB-SS | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-9999, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2014.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON | * | |
| April 20, 2010 | * | SECTION: J |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| 2:10-cv-09999-CJB-SS | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

# EXHIBIT A

| CLIENT NAME | DATE OF FILING | DOCUMENT NUMBER |
|---|---|---|
| Prichard Housing Authority | 07/18/2014 | 479 |
| City of Prichard, Alabama | 07/18/2014 | 480 |
| Mobile Housing Board | 07/18/2014 | 481 |