UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *Nos. 10-2771, 10-4536* | * * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is BP's Motion to Amend the Findings, Alter or Amend the Judgment, or for a New Trial (Rec. Doc. 13457);

IT IS ORDERED that any party to the Phase One trial wishing to file a response (not exceeding 25 pages, double-spaced) shall do so by Thursday, October 23, 2014. Any reply by BP shall be limited to 5 pages, double-spaced, and filed by Thursday October 30, 2014. BP shall include no exhibits, attachments, etc., with its reply brief. After October 30, the Court will take the matter under advisement. No further briefing will be permitted.

FURTHER ORDERED that BP's Ex Parte Motion for Leave to File Exhibit Under Seal (Rec. Doc. 13458) is GRANTED.

New Orleans, Louisiana, this 9th day of October, 2014.

_____
United States District Judge