UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br><br>*No. 10-2771 and All Cases* | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**BP P.L.C.'S MOTION FOR RULE 54(B)
ENTRY OF FINAL JUDGMENT**

Defendant BP p.l.c. asks the Court to enter a final judgment dismissing BP p.l.c. consistent with the Court's ruling in its Findings of Fact and Conclusions of Law for the Phase One Trial (Rec. Doc. 13355) concerning the liability of BP p.l.c. Entry of a final judgment dismissing BP p.l.c. from these proceedings is proper as a consequence of the Phase One ruling and the Court's prior rulings in these proceedings, and because there is no just reason for delay.

The factual and legal bases supporting this Motion are set forth in the accompanying BP p.l.c.'s Memorandum in Support of Its Motion for Rule 54(b) Entry of Final Judgment.

Date: October 10, 2014          Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

        Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Hariklia Karis, P.C.
        Matthew Regan, P.C.
        Kirkland & Ellis LLP
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        Robert C. "Mike" Brock
        Kirkland & Ellis LLP
        655 Fifteenth Street, N.W.
        Washington, D.C. 20005
        Telephone:  (202) 879-5000
        Facsimile:  (202) 879-5200

        *Attorneys for BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of October, 2014.

/s/ Don K. Haycraft
Don K. Haycraft