UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates To: | * * | |
| *No. 10-2771 and All Cases* | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

### BP P.L.C.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR RULE 54(B) ENTRY OF FINAL JUDGMENT

This Court ruled in its September 4, 2014 Findings of Fact and Conclusions of Law for the Phase One Trial ("Phase One Ruling") that BP p.l.c. was "not liable under general maritime law" in connection with the *Deepwater Horizon* Incident. (Phase One Ruling ¶¶ 573, 614 (Rec. Doc. 13355)). Under this Court's rulings, no viable claims now remain against BP p.l.c., and BP p.l.c. respectfully moves that the Court enter a final judgment with respect to BP p.l.c. pursuant to Federal Rule of Civil Procedure 54(b).

### ARGUMENT

In a case involving multiple claims or parties, Federal Rule of Civil Procedure 54(b) empowers the Court to "direct entry of a final judgment as to one or more, but fewer than all claims or parties" where a final judgment is appropriate and the Court determines that "there is no just reason for delay." Fed. R. Civ. P. 54(b). Under this Court's rulings, no viable claims remain against BP p.l.c., and so entry of a final judgment is appropriate. This Court ruled in its Phase One Ruling that BP p.l.c. was "not liable under general maritime law" in connection with the *Deepwater Horizon* Incident. (Phase One Ruling ¶¶ 573, 614 (Rec. Doc. 13355)). The Court

has also previously dismissed all state law claims arising from the Incident and has held that BP Exploration & Production Inc. ("BPXP")—rather than BP p.l.c.—was the holder of the MC-252 leasehold and so a Responsible Party liable under Oil Pollution Act of 1990, 33 U.S.C. § 2701, *et seq*. (Order and Reasons As to Motions to Dismiss the B1 Master Complaint at 38 (Rec. Doc. 3830); Order and Reasons As to the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment Regarding Liability under the CWA and OPA at 5-8 (Rec. Doc. 5809); Phase One Ruling ¶ 475 (noting that "BPXP is the only BP entity named as a defendant in the United States' [Clean Water Act] complaint.")). Accordingly, under this Court's rulings, no viable claims remain against BP p.l.c., and judgment in favor of BP p.l.c. is appropriate.[1]

There is also no reason to delay final judgment in favor of BP p.l.c. In determining whether any reason justifies delay of a final order, the Court must consider both "justice to the litigants" and "the interest of sound judicial administration." *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 6 (1980). Here, both considerations support the entry of a final judgment at this time. Because no viable claims now remain against BP p.l.c. under this Court's rulings, BP p.l.c. is entitled to dismissal from these proceedings, and issuing a final judgment now will serve the interest of sound judicial administration by simplifying the litigation. Accordingly, the Court should enter a final judgment in favor of BP p.l.c.

---

[1] Indeed, the Court has entered final judgments with respect to Cameron International Corporation and M-I L.L.C. based on its Phase One findings. (Rec. Doc. 13358; Rec. Doc. 13359). The proposed Final Judgment that BP p.l.c. has attached for the Court's consideration as Exhibit A to this motion is in substantially the same form as these judgments.

## CONCLUSION

For the foregoing reasons, BP p.l.c. respectfully requests that this Court enter a final judgment dismissing BP p.l.c. from these proceedings pursuant to Rule 54(b). BP p.l.c. attaches a proposed Final Judgment for the Court's consideration as Exhibit A.

Date: October 10, 2014                              Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Attorneys for BP p.l.c.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of October, 2014.

      /s/ Don K. Haycraft
      Don K. Haycraft