UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| *No. 10-2771 and All Cases* | * | MAGISTRATE JUDGE SHUSHAN |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

The Court, having determined that there is no just reason for delay in directing the final judgment as to the Court's ruling in its Findings of Fact and Conclusions of Law for the Phase One Trial (Rec. Doc. 13355) concerning the liability of BP p.l.c., while other rights and liabilities of the other parties remain for adjudication:

It is therefore ORDERED, ADJUDGED and DECREED that BP p.l.c. is not liable for the blowout, explosion, and/or subsequent oil spill concerning the Macondo well and the DEEPWATER HORIZON semi-submersible Mobile Offshore Drilling Unit and, pursuant to Federal Rule of Civil Procedure 54(b), judgment be and hereby is entered in favor of BP p.l.c., dismissing with prejudice all claims, including counter-claims, cross-claims, and third-party claims, asserted against BP p.l.c. in this multidistrict litigation, No. 10-md-2179.

New Orleans, Louisiana, this __th day of October, 2014.

 

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE