UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 2:13-cv-5373, 2:13-cv-05385, 2:13-cv-05386, 2:13-cv-05364, 2:13-cv-05365, 2:13-cv-2323, 2:13-cv-2396 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of Raquel Moya, Esq., of Farrell & Patel, Attorneys At Law, as counsel for the Plaintiffs in all cases listed above.

Pursuant to Fed. R. Civ P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned counsel in addition to Lead Counsel, Wesley J. Farrell, Esq.

Respectfully submitted,

*/s/ Raquel Moya, Esq.*

Farrell & Patel, Attorneys at Law
FL Bar No. 99904
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-645-7745
Fax: 800-946-6711

Wesley J. Farrell, Esq.
Farrell & Patel, Attorneys at Law
FL Bar No. 71783
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-645-7745
Fax: 800-946-6711

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12 on this 10th day of October, 2014.

/s/ Raquel Moya, Esq.