
# ORGANO World

October 6, 2014

**United States District Court, Eastern District of Louisiana**
**Attention: Honorable Carl J. Barbier, Judge**
500, Poydras Street
New Orleans, LA 70130

Subject: <u>Moving Prematurely from a Reconsideration Request to a Post-Reconsideration Denial</u>

<u>Dear Judge Barbier,</u>

This is the second time I write to your attention based on our important claim. We are having difficulty in understanding why there is so much resistance to processing our claim. Surprisingly, the latest justification to not process is based on a Reconsideration Analysis that states: '*As a Canadian business, the claimant is excluded from the Settlement Agreement.*' We have never seen this criteria before and question: Why now?

Also concerning is the fact that all our arguments and information produced to justify our Reconsideration Request appears to have been ignored. We do not know if this is the exact situation but the latest documentation received from the DHCC supports such a conclusion. There are no references nor rebuttal of our position. <u>Our claim has moved prematurely from a Reconsideration Request to a Post-Reconsideration Request.</u>

For your information we have attached copies of our latest memo to the DHCC of October 6, 2014 as well as copies of the Denial Notice of August 19, 2013 and Post Reconsideration Denial Notice of August 22, 2014.

The DHCC has done a terrific job of bringing law and order to the BP settlement process. The fairness and integrity shown are very encouraging as the oil industry has a terrible record for lack of respect for the victims of their errors. We congratulate you and your team as big companies feel they can intimidate everyone and you have valiantly prevailed.

We would greatly appreciate if our claim could now move forward quickly based the fact that the intent of the Court in preparing the Settlement Agreement was a continuation of the GCCF.

Yours truly,

*[signature]*

Frederick Churchill
attachments (2)

TENDERED FOR FILING

OCT 08 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

560 McEachran Ave., Montréal (Québec) Canada H2V 3C4 - Telephone: 514 277 2867 - Fax: 514 277 7335 - www.organoworld.com



OrganoWorld Inc.

Montreal September 18, 2013



EASTERN DISTRICT OF LOUISIANA

OCT 08 2014

WILLIAM W. BLEVINS
CLERK

**Deepwater Horizon Claims Centre**
Claimant ID 100176218, Claim ID 197049 & 149020

<u>Subject:</u> Transition Coordinator Requested to Evaluate OrganoWorld GCCF Claim

**A) The Basis of the Settlement Agreement Agreed to by the Court and the Plaintiff**

We are issuing a request for reconsideration based on a failure to take into account relevant information and facts and most importantly on a failure to follow stated actions and objectives accepted by the Court and the Plaintiffs in the Court Settlement Agreement.

The Defendant has refused to negotiate a settlement, has refused to provide any document that would discredit the OrganoWorld claim and has refused to consider our GCCF claim. Our GCCF claim is rightly pending and must be evaluated by the Transition Coordinator as per article 4.2.2. of the Settlement Agreement

We are now humbling requesting that the Court advice the Transition Coordinator to continue '*to evaluate our current GCCF claim currently pending*' as clearly specified in the Settlement Agreement and to do this as clearly specified; '*where appropriate under the existing GCCF rules, methodologies, and protocols*'.

OrganoWorld is clearly **not a new claim** as identified in article 4.2.2 below and are not subject to newly created rules that could retroactively eliminate our previously established GCCF claim, nor change the GCCF rules. Retroactive conditions are <u>not part</u> of processing unresolved GCCF claims.

As for the stated motives for exclusion in Chapter 2 of the Settlement Agreement, (Exclusions from the Economic and Property Damages Settlement Class Definition), there are no motives for OrganoWorld being identified or classified as an excluded individual or entity.

**B) Continuation of Unresolved GCCF Claims as per the Settlement Agreement**

Article 4.2 of the Damages Settlement Agreement defines the Transition Claims Process that essentially covers the transition of pending or refused GCCF claims into MDL-2179 claims. The mandate of the GCCF was terminated and the MDL-2179 claims process was established specifically; to complete existing GCCF claims, to re-evaluate GCCF claims that were previously refused for unjust cause, and also, to evaluate any remaining new claims that have yet to be registered.



TENDERED FOR FILING

OCT 08 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1 | Page

OrganoWorld Inc.                                    Montreal- September 18, 2013

Below are listed 'key excerpts' from articles of the said Settlement Agreement:

Article 4.2.2

'The Court has directed the Transition Coordinator to evaluate claims currently pending with the GCCF and evaluate any new claims submitted before the Settlement Program agreed to by the Parties is opened, and, where appropriate under the existing GCCF rules, methodologies, and protocols, to pay the amounts set forth in the Court's March 8, 2012 First Amended Order Creating Transition Process.'

Article 4.2.3.2

'If a PENDING UNRESOLVED GCCF CLAIM is in process the Transition Process will continue processing that claim....'

Based on the two above articles and the fact that OrganoWorld had a pending, unresolved GCCF Claim in progress (GCCF Claimant ID 1640230) the Transition Coordinator must continue to process the OrganoWorld claim.

**The intent of the Court and the Plaintiff**

The intent of the Court in creating the Transition Claims Process is clearly to include all existing GCCF claimants; this is most clearly established in the article 4.4.9 which indicates that even GCCF claims that were refused or denied can now be re-evaluated in the Transition Process. If the intent was to close all the existing GCCF claims and treat all unresolved claims under new rules this would have been clearly stated as there is a tremendous difference for the plaintiff. As written, the Settlement Agreement specifies the exact opposite, as it clearly creates a transition process for evaluating unresolved GCCF claims that abides by GCCF rules, methodologies and protocols. This is the treatment of their GCCF claim that is requested by OrganoWorld-plaintiff.

If there was any intention or desire by the Court or the Plaintiffs to retroactively exclude any existing unresolved GCCF claims this would normally have been clearly identified in the Transition Process (articles 4.2) or in the definition of RELEASED CLAIMS (article 10.2) of the Settlement Agreement or as part of the excluded individuals or entities as prescribed in chapter 2. On the contrary, the Settlement Process clearly establishes the intention to continue to process all unresolved GCCF claims and this includes the OrganoWorld claim.

To terminate, correspondence with Timothy G. Lynch, Deputy General Counsel for Litigation and Enforcement of the Department of Energy was previously provided by OrganoWorld. It also supports that existing unresolved GCCF claims are intended to be processed within MDL-2179.

*Status: Pending Judicous Analysis of Organo World GCCF Positioning Fee*

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# DENIAL NOTICE

**DATE OF NOTICE:** August 19, 2013
**DEADLINE FOR RE-REVIEW OR RECONSIDERATION REQUEST:** September 18, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business: ORGANO WORLD INC | First | Middle |
| **Claimant ID** | 100176218 | **Claim ID** | 197049 |
| **Claim Type** | Business Economic Loss | | |
| **Industry Designation** | Unknown | **Economic Loss Zone** | |

## II. DENIAL EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and are denying it under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP for the following reason(s):

Under Section 1.2 of the Settlement Agreement, your business is not a member of the Economic and Property Damages Settlement Class and cannot make any claims. Your business did not meet any of the following class membership requirements from Section 1.2:1. Your business did not own, operate, or lease a physical facility in the Gulf Coast Areas or Specified Waters of the Gulf of Mexico at any time from April 20, 2010 to April 16, 2012 that either (1) sold products in the Gulf Coast Areas or Specified Waters of the Gulf of Mexico directly to Consumers or End Users of those products, or to another Entity that sold those products directly to Consumers or End Users of those products; or (2) regularly purchased Seafood harvested from Specified Gulf Waters in order to produce goods for resale.2. Your business is not a service business with at least one full-time employee performing his or her full-time services while physically present in the Gulf Coast Areas or Specified Waters of the Gulf of Mexico at any time from April 20, 2010 through April 16, 2012.3. Your business did not own, operate, or lease a vessel that was either (1) Home Ported in the Gulf Coast Areas at any time from April 20, 2010 to April 16, 2012, or (2) that landed Seafood in the Gulf Coast Areas at any time from April 20, 2009 to April 16, 2012.4. Your business did not own or lease Real Property in the Gulf Coast Areas at any time from April 20, 2010 to April 16, 2012.

## III. YOUR OPTIONS AFTER THIS NOTICE

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program. However, you may seek Re-Review or Reconsideration of this claim if you choose not to accept this determination of your claim.

Re-Review is available to you *only* if you have additional documents to submit in support of your claim. If you select Re-Review, we will re-review your claim and you will still have your right to Reconsideration after you receive a new determination on your claim. Reconsideration is available to you even if you do not have additional documents to submit if you believe we failed to take into account relevant information or data or did not follow the Settlement Agreement's standards governing this claim.

To request Re-Review or Reconsideration, you must do the following on or before the Deadline for Re-Review or Reconsideration Request date listed at the top of this Denial Notice: (1) complete the **Request for Re-Review or Reconsideration Form** accompanying this Notice or the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Re-Review or Reconsideration Form. We will close this claim if you do not submit a Re-Review or Reconsideration Request on or before the deadline.

If you are dissatisfied with the outcome of your Re-Review, you will have the right to file for Reconsideration and have the right to file an appeal. If you request Reconsideration and are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an appeal; however, you must submit a timely Request for Reconsideration if you later wish to appeal. **If you do not submit a Request for Re-Review or Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an appeal, and this claim will remain closed.** For a complete list of documents required to support your claim, go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for this claim type.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or for help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

### V. HOW TO RESPOND TO THIS NOTICE

Submit your **Request for Re-Review or Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail** (Postmarked no later than your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Re-Review or Reconsideration Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Re-Review or Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

## VI. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section IV of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Business Economic Loss | 149020 | Claimant Requested Re-Review After Claim Denied |

# RE-REVIEW OR RECONSIDERATION REQUEST FORM

**DATE OF DENIAL NOTICE:** August 19, 2013

**DEADLINE TO SUBMIT FORM:** September 18, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business: ORGANO WORLD INC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100176218 | **Claim ID** | 197049 |
| **Claim Type** | Business Economic Loss | | |
| **Industry Designation** | Unknown | **Economic Loss Zone** | |

## II. OPTIONS FOR RE-REVIEW OR RECONSIDERATION

After receiving this Denial Notice, if you choose not to accept this determination of your claim, you have the option to seek Re-Review or Reconsideration, which will result in a new review of your claim based on the additional documents you submit or new information you provide on this Form.

  A. **Re-Review.** Re-Review is available to you *only* if you have additional documents to submit in support of your claim. If you select Re-Review, we will review your claim again and you will maintain your Reconsideration rights after you receive a new determination on your claim.

  B. **Reconsideration.** Reconsideration is available to you even if you do not have additional documents to submit if you believe the Settlement Program: (1) failed to take into account relevant information or data; or (2) failed to follow the standards in the Settlement Agreement.

Use this Form to request Re-Review in Section III.A or Reconsideration in Section III.B. **NOTE** that by requesting Re-review or Reconsideration you are certifying that you understand that your claim could remain denied.

## III. REQUEST FOR RE-REVIEW OR RECONSIDERATION

### A. RE-REVIEW OPTIONS

☐ I request **Re-Review of my entire claim** instead of Reconsideration and certify that I am providing additional documents in support of my claim. I understand that if I have not submitted new documents by the time of the new review, the Settlement Program will deem my Re-Review request to be a request for Reconsideration and will perform a Reconsideration review, followed only by the option to appeal if I remain dissatisfied with the outcome.

Please provide any additional information you would like the reviewer to have for the Re-Review request (You may attach additional sheets if necessary):

*See attached 2 page memo RE [signature]*

### B. RECONSIDERATION OPTIONS

| | |
|---|---|
| ☐ | I request **Reconsideration** instead of Re-Review and understand that I may provide additional documentation in support of my claim. I understand that if I remain dissatisfied with the outcome of the claim following Reconsideration, my only option is to appeal the claim. Select the reason(s) you are requesting Reconsideration from the options below. |
| ☑ | Failure to take into account relevant information or data |
| ☑ | Failure to follow the standards in the Settlement Agreement |

Please provide any additional information you would like the reviewer to have for your Reconsideration request (You may attach additional sheets if necessary):

*See attached 2-page memo.*

### IV. HOW TO SUBMIT THIS FORM

Submit your **Re-Review or Reconsideration Request Form** online with any accompanying documents by uploading them to the DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all the documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Re-Review or Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

OrganoWorld Inc.                                              Montreal - October 6, 2014

**Deepwater Horizon Claims Center**
**Claimant ID 100176218, Claim ID 197049, (GCCF ID 1640230)**

On September 18, 2013 following a Denial Notice, OrganoWorld submitted a Reconsideration Request. This request was based on:

- Failure to take into account relevant information and data
- Failure to follow standards in the Settlement Agreement

To date, OrganoWorld has not received any interpretation or argumentation from the DHCC that would indicate that our GCCF Claim should not be processed under MDL-2179. Attached to our September 18, 2013 request was a detailed explanation of the standards set in the Settlement Agreement for GCCF cases.

By this present memo we are requesting a formal and detailed rebuttal of our interpretation of the status and eligibility of our claim as produced September 18, 2013. If it is not possible to rebut our position the only remaining recourse is for the OrganoWorld GCCF claim to be processed as specified and intended in the Settlement Agreement.

As we quite clearly indicated in our argumentation, OrganoWorld is <u>not a new claim</u> and conditions applicable for new MDL-2179 claims <u>cannot be retroactively applied</u> to our claim. As directed by the Court, the Transition Coordinator must continue to process our GCCF claim.

On August 22, 2014 a Post-Reconsideration Denial Notice was sent to OrganoWorld. It is not due process to issue a Post-Reconsideration Denial before having duly completed the Reconsideration Request.

The only information provided in the reconsideration analysis of August 22, 2014 states:

*Reconsideration Review: As a Canadian business, the claimant is excluded from the Settlement Agreement.*

Nowhere in the <u>GCCF criteria</u> nor in the <u>MDL-2179 Settlement Agreement</u> is there any mention that a Canadian business is not eligible or to be exclude from the Settlement Agreement. We have no idea of why it now appears. It is not possible to eliminate our claim based on criteria that do not exist in the Settlement Agreement: This is troubling. The above described <u>Reconsideration Review argument</u> is nonexistent and accordingly cannot be used to justify having completed a Reconsideration Analysis.

TENDERED FOR FILING

OCT 0 0 2014

1 | Page
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

OrganoWorld Inc.                                    Montreal - October 6, 2014

Our position remains:

- Without supportive arguments to support that our GCCF claim should not be processed, the <u>Transition Coordinator must respect the intent of the Settlement Agreement and process our GCCF claim.</u> The justifications are explained in detail in our September 18, 2013 Reconsideration Request document.

- Without having taken into account the relevant information provided in our Reconsideration Request, MDL-2179 coordinators cannot simply ignore it, add new <u>unjustified and non-existent criteria</u> and then move on to a Post-Reconsideration Denial Notice.

- We are patiently awaiting your genuine, completed, Reconsideration Analysis based on the additional information provided September 18, 2013.

Included with this memorandum are a copy of the Denial Notice of August 19, 2013 and the OrganoWorld position of September 18, 2013. We have noted the status of the Denial Notice as : *'Pending judicious analysis of the OrganoWorld GCCF Claim positioning.'*

Also included is a copy of the Post-Reconsideration Denial Notice of August 22, 2014 with its status noted as: *'Void: Invalid Reconsideration Review'*.

Please advise us at your earliest convenience of your decision on this most important matter of whether or not to proceed with our GCCF claim.

May we thank you for your time and effort spent in giving due consideration of our claim.

Yours truly,
Frederick Churchill

cc. Honorable Carl J. Barbier, Judge

2 | P a g e

STATUS: Void, Invalid Reconsideration Review

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# POST - RECONSIDERATION DENIAL NOTICE
## DATE OF NOTICE: August 22, 2014
## DEADLINE FOR APPEAL REQUEST: September 22, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/ Name of Business: ORGANO WORLD INC | First | Middle |
|---|---|---|---|
| Claimant ID | 100176218 | Claim ID | 197049 |
| Claim Type | Business Economic Loss | | |
| Industry Designation | Unknown | Economic Loss Zone | |

### II. DENIAL EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We previously sent you a Denial Notice for this claim, you requested Reconsideration, and we reviewed your claim again. Your claim remains denied under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP for the following reason(s):

2. Under Section 1.2 of the Settlement Agreement, your business is not a member of the Economic and Property Damages Settlement Class and cannot make any claims. Your business did not meet any of the following class membership requirements from Section 1.2:1. Your business did not own, operate, or lease a physical facility in the Gulf Coast Areas or Specified Waters of the Gulf of Mexico at any time from April 20, 2010 to April 16, 2012 that either (1) sold products in the Gulf Coast Areas or Specified Waters of the Gulf of Mexico directly to Consumers or End Users of those products, or to another Entity that sold those products directly to Consumers or End Users of those products; or (2) regularly purchased Seafood harvested from Specified Gulf Waters in order to produce goods for resale.2. Your business is not a service business with at least one full-time employee performing his or her full-time services while physically present in the Gulf Coast Areas or Specified Waters of the Gulf of Mexico at any time from April 20, 2010 through April 16, 2012.3. Your business did not own, operate, or lease a vessel that was either (1) Home Ported in the Gulf Coast Areas at any time from April 20, 2010 to April 16, 2012, or (2) that landed Seafood in the Gulf Coast Areas at any time from April 20, 2009 to April 16, 2012.4. Your business did not own or lease Real Property in the Gulf Coast Areas at any time from April 20, 2010 to April 16, 2012.

### III. RECONSIDERATION ANALYSIS

Reconsideration Review: As a Canadian business, the claimant is excluded from the Settlement Agreement.

### IV. APPEAL OF THIS DENIAL

DEN-3 v.3   WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM   Claimant ID: 100176218
Page 1 of 2   Claim ID: 197049

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program. However, you may file an Appeal if you would like your claim to be reviewed by an Appeals panel. If you choose to file an Appeal, the Appeals panel will review the complete record of your claim to determine if you are eligible for compensation. To request an Appeal, go to your DWH Portal, provide the basis of your appeal, and submit your $100.00 filing fee online using our secure online payment system. If you do not use the DWH portal, you must complete the **Request for Appeal Form** accompanying this Notice. If you elect to return your Request for Appeal form, you can pay the filing fee by sending a check or money order made out to Appeal Processing Account for $100.00 to **Appeal Processing Account**, P.O. Box 85006, Richmond, VA 23285- 5006.

You must submit your Appeal on or before the Deadline for Appeal Request date listed at the top of this Denial Notice. We will close this claim if you do not file an Appeal on or before the deadline. To avoid delays in the processing of your Appeal, we recommend filing your appeal online through your portal. If you file within the required timeframe, an Appeals Coordinator will send you a Notice of Appeal and a schedule for filings.

**If you do not submit a Request for Appeal or submit one after the deadline for doing so has passed, this claim will be closed.** If you submit your claim for an Appeal, the determination of the Appeal Panel is final, and you may not resubmit your claim after an Appeal decision. For more information on your right to Appeal, go to www.deepwaterhorizoneconomicsettlement.com.

### V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

### VI. HOW TO RESPOND TO THIS NOTICE

Use the DWH portal to file an Appeal and pay the applicable filing fee. If you do not use the DWH Portal, follow the instructions on the Request for Appeal Form that is attached to this Notice.

### VII. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in the How to Contact us with Questions or For Help Section of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

|   | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Business Economic Loss | 149020 | Claimant Requested Reconsideration After Claim Denied |



Orspm-khaled Inc
560, Avenue McEACHRAN
Montreal Qc
H2V-3C4 CANADA

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans
Louisiana 70130
USA

Attention of: Carl J. Barbier, Judge

