IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL Case No.** 2179 |
| **Leonard J. Heimgartner,** a natural person  **Plaintiff,** | |
| v. | Section J |
| **BP. Exploration and Production, Inc.,** a Delaware Corporation**, & BP America Production Co.,** a Delaware Corporation  **Defendants** | |
| | Judge Barbier |
| **This document relates to:** 12-CV-968, "Pending Litigation for LMPC0008298" & Rec. Doc. 13179. | Mag. Judge Shushan |

## **ORDER**

Before the Court is Mr. Heimgartner's Motion for an Enlargement of Time (Rec. Doc. 13459 as amended Oct. 13, 2014);

IT IS ORDERED that Mr. Heimgartner's request for an enlargement of time, with a period certain ending ten (10) days after the later of this Court's Final Order relating to issues discussed in Rec. Doc. 13179 and subsequently raised for reconsideration in Rec. Docs. 13303, 13308, & 13318, or any appeals that may arise therefrom, is hereby granted.  Any deadline for Mr. Heimgartner to file a BELO claim for "chronic asthma" and "tinnitus" are hereby tolled pursuant to this Order.

New Orleans, Louisiana, this ___ day of October, 2014.

_____
United States District Judge