UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010          SECTION J

Applies to: 10-4536                        JUDGE BARBIER
                                           MAGISTRATE JUDGE SHUSHAN

## ORDER

[Re:  Penalty Phase Telephone Conference on Thursday, October 2, 2014]

**1. Good Faith Exhibit Lists.**

The U.S., Anadarko and BPXP exchanged good faith exhibit lists.

**2. Schedule Changes**.

The deadline for objections to exhibit lists was extended from Friday, October 3, 2014, to **Wednesday, October 8, 2014**.

The parties agreed that by **Friday, October 3, 2014**, they will TREX stamp documents that have not been previously produced.

The parties will meet-and-confer before **Friday, October 31, 2014** regarding documents without Bates numbers that they may need to perform a proper objection process.

By **Friday, October 31, 2014**, the parties shall:  (1) complete production of their redacted, deconfidentialized exhibits from the 9/26 round of exhibits; (2) provide a list of exhibits from the 9/26 round of exhibits that are deconfidentialized in their entirety; and (3) provide a list of all exhibits from the 9/26 round of exhibits over which they are maintaining a confidentiality claim.

**3. Trial Proceedings**.

The U.S. will proceed first; BPXP and Anadarko will be second; and any real rebuttal by

the U.S. will be last.

If the U.S. presents an expert with affirmative opinions and some rebuttal opinions, it is anticipated that Judge Barbier will let the expert's report serve as the direct testimony and testimony on both affirmative and rebuttal opinions will be taken on direct. If something occurs during the presentation of the BPXP or Anadarko cases which makes it necessary to recall the expert, this would be real rebuttal and may be permitted.

**4. inData**.

BPXP confirmed that it has communicated with inData. The U.S. and Anadarko will be part of the communications with inData in preparation for the trial.

**5. Opening Statements**.

There will not be additional time for opening statements. The parties may use some of their allotted time for opening statements. The parties shall meet-and-confer on an agreement as to how much time each party shall use for opening statements.

**6. Courthouse Space**.

Each party will have space in the courthouse during the trial.

**7. Order Regarding Exhibits**.

An issue was raised by the parties concerning documents designated as confidential under PTO 13. In response, an order was issued on October 3, 2014 (Rec. doc. 13461).

The deadline for an appeal of this order is **Friday, October 17, 2014**.

New Orleans, Louisiana, this 14th day of October, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**