UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| This Document Applies to:<br>  Edward Wisner Donation v. BP Exploration<br>  & Production, Inc.; Civil Action No. 14-1525 | SECTION "J" |

## ORDER

As ordered by Judge Barbier, Record Doc. No. 13425 in MDL 2179 and Record Doc. No. 18 in C.A. No. 14-1525, and requested by counsel, a **Settlement Conference** as to limited issues in the referenced member case is set on **DECEMBER 4, 2014 at 3:30 p.m.** before me. The Clerk is directed to file and docket this order in the records of both MDL 2179 and the individual member case, C.A. No. 14-1525.

New Orleans, Louisiana, this ___15th___ day of October, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**