UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### DECLARATION OF ELIZABETH J. CABRASER

I, Elizabeth J. Cabraser, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am licensed to practice law in the State of California and, inter alia, the United States Supreme Court and the U.S. Fifth Circuit Court of Appeals.

2. I have been appointed by the Court to serve as a member of the Plaintiffs' Steering Committee in MDL No. 2179 and one of the Class Counsel for the Economic & Property Damages Settlement Class. I participated in many of the meetings and sessions comprising the negotiations for the Economic Settlement, commencing in the Fall of 2011 and continuing through and after the submission of the Settlement Agreement to the Court.

3. I submit this Declaration to provide the Court with additional facts regarding the subject of BP's Motion to Remove the Claims Administrator [Doc 13347], specifically that, BP is aware of Mr. Juneau's Prior Consultation for the State of Louisiana.

4. I personally attended at least one meeting in the course of the Economic Settlement negotiations at which Mr. Juneau was interviewed by Class Counsel and Counsel for BP prior to agreement by BP and Class Counsel/PSC to recommend Mr. Juneau to the Court as Claims Administrator for the Economic Settlement.

5. It is my belief that at one of these interview meetings with Mr. Juneau, his prior representation of the State of Louisiana was disclosed. It was my recollection that BP's counsel had no concerns regarding this representation. I believe that BP Counsel interviewed Mr. Juneau several times, in addition to the interview(s) at which I was present, and affirmatively supported him for the Claims Administrator's position.

1200206.1

6. Prior to Mr. Juneau's appointment as Claims Administrator, in conversations with BP counsel in connection with the various interviews, and at the conclusion of the interview process, BP counsel indicated that they were thoroughly familiar with Mr. Juneau's background, had investigated and evaluated him thoroughly; and on at least one occasion acknowledged their awareness of his prior communication with Mr. Feinberg and the GCCF on behalf of the State of Louisiana.

7. I do not recall BP Counsel ever asking Class Counsel for additional information regarding Mr. Juneau, or expressing any objections, hesitations or concerns.

Signed, under penalty of perjury, this <u>13th</u> day of <u>October</u>, <u>2014</u>, in San Francisco, California.

*[signature]*

Elizabeth J. Cabraser

1200206.1