# EXHIBIT  1

**Exhibit 1**

Chronology of Facts Related to Patrick Juneau's Contributions to the
Gulf Coast Claims Facility and Later Appointment as
Claims Administrator of the Court Supervised Settlement Program

| Date | Event |
|---|---|
| **April 20- July 15, 2010** | The Deepwater Horizon platform explodes, killing 11 people and releasing crude oil into the Gulf of Mexico for the next 87 days. |
| **May 17, 2010** | The Terrebonne Parish District Attorney files suit against BP in the name of the State of Louisiana in the 32nd Judicial District Court for the Parish of Terrebonne for damages due to the destruction of wildlife and aquatic life as a result of the oil spill.  This is one of several cases filed by coastal Louisiana parishes.  BP later removes the cases to federal court in the MDL 2179 proceedings, and the Court denies the Motion to Remand. *See* Orders Denying Remand (October 6, 2010), Rec. Docs. 470 & 471. |
| **June 16, 2010** | While oil continues to flow into the Gulf of Mexico, BP creates the Gulf Coast Claims Facility (the "GCCF") to speed emergency claims processing.  BP appoints Kenneth Feinberg to head the program.  BP Memorandum at 5. |
| **July 2, 2010** | As the GCCF claims process is being established, Patrick Juneau is hired as a liaison by the Louisiana Attorney General to assist the State with understanding GCCF processes and protocols.  His contract specifically notes that it "does not include litigation."  Rather, Mr. Juneau is retained to provide advice and counsel on matters "related to the claims process and allocation protocols utilized and developed by the Responsible Parties associated with and/or arising from the Deepwater Horizon Oil Spill."  The contract has a three-year maximum term and is based on hourly rates, with a maximum cap amount of $175,000.  The contract is amended on March 3, 2011, to increase the maximum cap to $275,000. BP Motion, Ex. 3 and 4. |
| **July 9-August 9, 2010** | Patrick Juneau and Mr. Feinberg exchange several emails as Mr. Feinberg is developing claims processing protocol for the GCCF.  *See* Ex. 2. |
| **July 15, 2010** | Patrick Juneau, Kenneth Feinberg, BP Vice-President Darryl Willis, and others spend the day traveling around Louisiana in three helicopters for a series of town hall meetings in Harahan, Houma, Port Sulphur, and Lafitte. Mr. Juneau and two Louisiana officials meet with Mr. Feinberg for lunch and an "End of Day Wrap up."  *See* Ex. 2B; Ex. 2 at ¶ 12. |

| Date | Event |
|------|-------|
| **August 13, 2010** | Patrick Juneau meets BP's Geir Robinson at a meeting of State and local officials at the Claiborne Building in Baton Rouge, LA.  Ex. 2 at ¶ 13.<br><br>Kenneth Feinberg emails Mr. Juneau and other state liaisons a draft of GCCF protocols dated August 13, 2010.  Mr. Feinberg also suggests an in-person meeting in September with the liaisons and possibly the Attorneys General themselves to further discuss the release language.  Mr. Juneau submits comments from the State of Louisiana on Mr. Feinberg's draft protocol dated August 7, 2010.  Ex. 2A. |
| **August 18, 2010** | Kenneth Feinberg meets with Patrick Juneau in a closed-door meeting following a town hall at the Pontchartrain Center in Kenner, LA.  *See* Ex. 2 at ¶ 14. |
| **August 19, 2010** | Kenneth Feinberg emails Patrick Juneau and other state liaisons the Final Emergency Protocol.  He thanks the Governors and Attorneys General for their assistance, emphasizes the importance of their support, and pledges to work directly with the States in drafting a Final Protocol.  Ex. 2A. |
| **August 23, 2010** | The GCCF begins accepting claims for Emergency Advance Payments.  BP Memorandum at 5. |
| **September 13, 2010** | Kenneth Feinberg and Patrick Juneau meet for a business dinner at Juban's Restaurant in Baton Rouge, LA.  *See* Ex. 2 at ¶ 15. |
| **October 12, 2010** | *New York Times* reporter David Segal emails Patrick Juneau indicating that Segal got Mr. Juneau's name, number, and e mail from Kenneth Feinberg for Mr. Segal's Sunday business section feature story on proximity claims.  Ex. 2 at ¶ 16. |
| **October 23, 2010** | David Segal publishes his *New York Times* article describing Mr. Juneau as "working as a liaison to Mr. Feinberg on behalf of the attorney general of Louisiana."  BP Motion, Exhibit 10 (amended), Rec. Doc. 13370-42. |
| **November 8-24, 2010** | Kenneth Feinberg and Patrick Juneau again exchange a series of emails over the GCCF's draft Final Protocols and release language, similar to the comments solicited and exchanged during the drafting of the emergency protocols.  *See* BP Motion. Ex. 11, 14, and 15. |
| **November 17, 2010** | Louisiana Attorney General Buddy Caldwell writes to Kenneth Feinberg, copying BP's Mark Holstein and Jack Lynch as well as his fellow Attorneys General, giving Louisiana's comments on the GCCF release and draft protocol.  The letter specifically mentions Mr. Juneau's work on these issues and his communications with Mr. Feinberg, saying: "I would also like to incorporate by reference the comments submitted to you, via email, on November 8, 2010 by Patrick Juneau."  BP Motion, Ex 10 (amended), Rec. Doc. 13370-44 at 10-12. |
| **November 22, 2010** | Kenneth Feinberg responds to Attorney General Caldwell's letter dated November 17, 2010, thanking him for "[his] constructive criticism and, especially, the assistance of Patrick Juneau over the past few months."  BP Motion, Ex 10 (amended), Rec. Doc. 13370-44 at 14-15. |

| Date | Event |
|------|-------|
| **December 7, 2010** | Representatives of BP's legal team, including attorneys Mark Holstein of BP and Daniel Cantor of Arnold & Porter, host a conference call with the Attorneys General of the Gulf States to discuss the GCCF release language, wherein Patrick Juneau participates as a representative of the State of Louisiana. Ex. 2 at ¶ 17. |
| **December 21, 2010** | The PSC requests that the Court supervise the GCCF and any *ex parte* communications between BP and putative class members through the GCCF. Rec. Doc. 912. |
| **February 1, 2011** | The State of Louisiana joins the PSC and several other Gulf States already joined in the Motion to request that the court supervise the GCCF communications process. Patrick Juneau is not an attorney of record on Louisiana's Notice of Joinder. Rec. Doc. 1091. The Court grants the PSC's motion in a 15-page order on February 2, 2011, and orders further briefing. Rec. Doc. 1098. The State of Louisiana submits a supplemental brief in response to the Court's order on February 17, 2011. Rec. Doc. 1308. |
| **April 19, 2011** | The State of Louisiana files a claim for damages against BP in the MDL 2179 proceedings. Patrick Juneau is not an attorney of record on the Complaint and is not involved in the filing or preparation of the complaint. Rec. Doc. 2031; *see also* Ex. 2 at ¶ 9. |
| **July 21, 2011** | Roughly one year after the oil spill ended, with the GCCF protocols now well-established, Patrick Juneau terminates his contract for consulting services with the State of Louisiana. BP Motion, Ex. 3, at 13. |
| **February 26 & 27, 2012** | Seven months after Patrick Juneau terminates his consulting contract with the State of Louisiana, BP and the PSC jointly interview him for the position of Claims Administrator. During that interview, Mr. Juneau specifically tells all parties, including BP attorney Keith Moskowitz, of his prior role with the State during the GCCF process—as documented by Mr. Moskowitz's own handwritten notes. BP Motion Ex. 18. Mr. Juneau also answers all questions that are addressed to him by the Parties during the two-day interview process. *See* Exhibit 2, Declaration of Patrick Juneau. The Parties interview other candidates as well, but jointly submit only Mr. Juneau's name to the Court for consideration. *See* Tr. of Final Fairness Hearing, Rec. Doc. 7892 at 278. |
| **March 2, 2012** | The Economic and Property Damages Settlement Agreement in Principle is announced. The State of Louisiana is not a party to the Settlement Agreement, and, as a governmental entity, is specifically excluded from the settlement class. *See* Ex. 2 at ¶¶ 22-23. |
| **March 8, 2012** | Patrick Juneau is appointed Claims Administrator of the Transition Process. During the transition process, Mr. Juneau again meets with Kenneth Feinberg to discuss the GCCF program and effectuate a smooth transition to the Court Supervised Settlement Program (the "CSSP"). BP Motion, Ex. 5 at 30. |
| **May 1, 2012** | The Court holds a Preliminary Approval Hearing. Rec. Doc. 6395. |

| Date | Event |
|---|---|
| **May 2, 2012** | The Court grants Preliminary Approval of the Settlement Agreement, appointing Patrick Juneau as Claims Administrator of the CSSP.  Rec. Doc. 6418. |
| **June 4, 2012** | The CSSP begins processing claims.  *See* Tr. of Final Fairness Hearing, Rec. Doc. 7892 at 81. |
| **November 8, 2012** | The Court holds a final approval hearing for the Settlement.  BP does not raise any objection to Mr. Juneau's appointment or conduct as Claims Administrator, or to his prior work history, at the Preliminary or Final Approval Hearings. Rec. Doc. 7892.  By this time, Mr. Juneau has served as Claims Administrator of the transition process and the CSSP for over nine months and has processed more than 79,000 claims, authorizing payments of more than $1.3 billion to claimants since the program's commencement on June 4, 2012.  *Id.* at 85. |
| **December 21, 2012** | The Court grants final approval of the Settlement Agreement.  Rec. Doc. 8138. |
| **July 2, 2013** | The Court appoints the Hon. Louis J. Freeh as Special Master.  Rec. Doc. 10564. |
| **August 1, 2013** | Mr. Juneau provides an on-the-record interview about allegations of staff misconduct to the Special Master.  In answer to the simple question, "Approximately when were you appointed, sir?" Mr. Juneau volunteers a lengthy narrative summary of how he was appointed, indicating that he did not represent any claimants or defendants in the spill when he was called in to interview and "really had no connection with the spill per se." At no time in the publicly viewable portions of the transcript does the Special Master inquire about Mr. Juneau's services for the State of Louisiana.  BP Motion, Ex. 5. |
| **September 6, 2013** | After a thorough investigation of allegations of staff misconduct, Special Master Freeh submits his report, noting that Mr. Juneau had displayed proper conduct and set an "ethical tone at the top."  Rec. Doc. 11287. |
| **September 2, 2014** | BP submits a Motion to Remove Patrick Juneau as Claims Administrator, including declarations from Mark Holstein and Daniel Cantor (both of whom were participants in the December 7, 2010 conference call also attended by Mr. Juneau).  BP Motion, Ex. 10 and 13.  Although Keith Moskowitz is listed as an attorney of record on the Motion, he does not submit a similar (or any other) declaration, despite his handwritten notes documenting Mr. Juneau's disclosure, which notes were presented as an exhibit to the Motion.  BP Motion, Ex. 18. |