# EXHIBIT  11



# New BP claims boss is a stark contrast to Ken Feinberg (gallery)

**George Talbot | gtalbot@al.com** By **George Talbot | gtalbot@al.com**
**Email the author** | **Follow on Twitter**
on August 08, 2012 at 4:37 PM, updated August 08, 2012 at 5:57 PM

Loading Photo Gallery

**MOBILE, Alabama** -- "This is not the Feinberg operation."

So said U.S. Rep. Jo Bonner, by way of introducing Patrick Juneau.

Juneau is the Louisiana lawyer appointed to replace Ken Feinberg as administrator of the claims process for the **2010 Gulf oil spill**.

Juneau joined Bonner at a news conference in Mobile on Wednesday to offer an update on his progress since launching the Deepwater Horizon Claims Center in June.

In a little less than two months, Juneau has issued more than 1,400 "determination letters" to claimants offering them a total of $62 million. That total includes $17 million to claimants in Mississippi and $20 million to claimants in Alabama, he said.

Recipients can choose to accept the payment or negotiate for more. Juneau said his advice to anyone hurt by the April 20, 2010, catastrophe — even those previously denied by Feinberg — was to file a new claim.

"This is an entirely new program with much broader eligibility requirements," he said. "I can tell you for a fact that there are thousands of people eligible for compensation, but they've got to file a claim to get it."

Bonner said he was encouraged by Juneau's work so far. The Mobile Republican feuded with Feinberg over the slow pace and tight-fisted style of his Gulf Coast Claims Facility, which operated for 18 months ending in March.

"I believe (Juneau) is here to correct the flaws of the earlier process," said Bonner, flanked Wednesday by mayors and county officials from communities surrounding Mobile Bay. "He comes from our part of the world. He didn't have to take a plane to get here. We have someone who, for the first time, understands us."

Juneau, 74, and Feinberg, 66, are both accomplished trial lawyers who specialize in complex mediation cases, but that's where the similarities stop.

Feinberg, a native of Brockton, Mass., worked as a top aide to U.S. Sen. Ted Kennedy, D-Mass., and made his name as administrator of the 9/11 victims compensation fund. His blunt, fast-talking style often clashed with Gulf Coast elected officials.

Juneau, a native of Lafayette, is a former Army captain and a graduate of Louisiana State University. On a sweltering morning in downtown Mobile, he wore a white poplin suit and professed his love generally for the Gulf Coast and specifically for the peach milkshakes served at Burris Farm Market in Loxley.

"We've been coming here for 25 years, to the beach at Gulf Shores," he said. "I eat here, I sleep here, and I'm not going anywhere. My point is, this is not foreign to me. I've got a job to do and I'm going to make sure it's done right. My only motivation is to process and pay legitimate claims."

Juneau said the claims process is off to a smooth start and is ramping up steadily. He said that, as of Wednesday, he'd received 47,078 claims from across the Gulf Coast. Alabama had 7,443 claims filed, or about 16 percent of the total; Mississippi filed 5,390, or about 10 percent.

"I'm comfortable where we are. It's a prompt, efficient process, and we're ready to work for the people," he said. "My message to everyone is 'When in doubt, file a claim.' Doesn't cost you a nickel. We want eligible people to get paid."

© 2014 AL.com. All rights reserved.