# EXHIBIT 14


### FINANCIAL WEBSITE OF THE YEAR

| Money Home | *Markets* | Saving & banking | Investing | Bills | Cars | Holidays | Cards & loans | Pensions | Mortgages & home | Experts | Forums | Login |

# BP suffers revolt as executive pay packages are rejected by 32pc of investors

By ROB DAVIES
PUBLISHED: 16:44 EST, 10 April 2014 | UPDATED: 16:44 EST, 10 April 2014

**3**
View comments

BP suffered a bruising revolt against its executive pay deals as 32 per cent of investors refused to back last year's remuneration policy.

The vote came as chief executive Bob Dudley said BP could act as a 'bridge' between Russia and the West, in the light of the stand-off over Ukraine, thanks to its near 20 per cent stake in Kremlin-backed energy giant Rosneft.

At a lively annual meeting, 13 per cent of investors who filled in a ballot voted against Dudley's 2013 pay deal, worth up to £6.6million, while 19 per cent declined to support it by abstaining.

Several shareholders criticised the scale of BP's largesse, even though pay committee chairman Antony Burgmans warned that directors frequently receive 'offers from elsewhere'.

The revolt came despite a change of heart by City institution Standard Life Investments, which voted in favour after last year telling BP to 'raise its game' when setting the targets used to calculate pay.


© Reuters
**Revolt:** Several shareholders criticised the scale of BP's largesse

**Search** ○ All Articles ○ Share prices

Portfolio | Newsletters | Guides
Savings rates | Deals | Calculators

### QUICK WAYS TO SAVE MONEY

| Credit cards | Cheaper insurance |
|  |  |
| Savings accounts | Best mortgages |
|  |  |
| Cut your energy bills | Current accounts |
|  |  |
| Cheapest loans | £12.50 share dealing |
|  |  |

**More...**
- Marks & Spencer shares tumble as retailer's 'revival' lacks spark

BP's exposure to Russia, as well as its legal battle against Gulf of Mexico compensation claims, dominated the rest of the agenda. Dudley said trade links between Russia and Europe had been 'an important source of security'. He added: 'That has to continue. We play an important role and a bridge.'

The American also insisted it was highly unlikely that Russia would flex its muscles by turning off the gas taps to Europe.

One shareholder said BP (up 1.1p to 484p) had underestimated the 'litigious nature of Americans' by agreeing to an oil spill compensation settlement with 'loose wording' following the Deepwater Horizon disaster in 2010. But Dudley said the settlement wording was being wilfully misinterpreted.

'If you write an agreement that's pretty clear and someone decides to interpret it in a different way, you have a fight,' said Dudley.

Another investor said people in Louisiana were given to jumping in front of cars in the hope of a payout. 'You're describing the atmosphere there very well,' said BP chairman Carl-Henric Svanberg.

### Share or comment on this article

- FTSE 100
- DOW
- OIL
- GOLD



**Market buzz**
See who is talking about **BP**


October
Last 30 days: 263  BLOGS 21  NEWS 131

Sponsored Links by Taboola

   

Forget the iPhone 6. Next hit Apple product revea... | Social Security: How To Get $1,000 More a Month | 26 Hottest Girls Of Football! | 7 Credit Cards You Should Not Ignore If Yo...

**Ads by G**
3BR Rent Home $4!
www.ren cker.com
Bad Credit Money Do Rent To O Instantly.

Compens www.cor ndemand Simplify E Performar Download Whitepape

Man Chea Score www.the tionprogr 1 simple t credit scor 217 pts. B this!

5.75% Hi CD topicolog Open A Hi CD & Get For 12/Mo Insured!

Get Paid Survey? surveymc nes.com Easy Mone Home - Tr Take Surv Get Paid (