IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

## *EX PARTE* MOTION TO FILE DECLARATION EXHIBITS AND DECLARATION UNDER SEAL

Patrick Juneau, through undersigned counsel, and in his capacity as Claims Administrator of the Court Supervised Settlement Program (the "CSSP"), respectfully moves the Court to issue an Order allowing it to file Exhibits C, D and F to the Declaration of Robert Levine and an unredacted version of the Declaration of David Smith, which are exhibits five and eight respectively to the Memorandum in Opposition to BP's Motion to Remove the Claims Administrator being filed contemporaneously with this motion, ("The Opposition") under seal. In support, Mr. Juneau represents as follows:

In its Memorandum in Support of Motion to Remove the Claims Administrator (Rec. Doc. 13347-5), BP raises arguments concerning the CSSP's budget and the IBM report—both of which contain confidential information. In responding to these arguments, the Claims Administrator must also refer to these documents.

Because a Protective Order has not yet been entered by the Court as to this matter, and to preserve the confidentiality of the DHEPDCC budgets and vendor pricing and the IBM report, Mr. Juneau requests that the Court accept for filing under seal Exhibits C, D and F to the Declaration of Robert Levine and an unredacted version of the Declaration of David Smith

which are exhibits five and eight respectively to the Memorandum in Opposition to BP's Motion to Remove the Claims Administrator.

Respectfully submitted,

/s/ Richard C. Stanley
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
STANLEY, REUTER, ROSS, THORNTON &
 ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com

Phillip A. Wittmann, 13625
John M. Landis, 7958
C. Lawrence Orlansky, 2039
Maggie A. Broussard, 33033
STONE, PIGMAN, WALTHER, WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
pwittmann@stonepigman.com

Attorneys for the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2014, I electronically filed the foregoing *Ex Parte* Motion to File Declaration Exhibits and Declaration Under Seal with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                */s/  Richard C. Stanley*