IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

## O R D E R

Considering the foregoing *Ex Parte* Motion to File Declaration Exhibits and Declaration Under Seal filed by Patrick Juneau, in his capacity as Claims Administrator of the Court Supervised Settlement Program;

**IT IS ORDERED** that the motion be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibits C, D and F to the Declaration of Robert Levine and an unredacted version of the Declaration of David Smith, which are exhibits five and eight respectively to the Memorandum in Opposition to BP's Motion to Remove the Claims Administrator, shall be filed and maintained **UNDER SEAL** pending further orders of the Court.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Carl J. Barbier
United States District Judge