IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-31026

MD 10-2179-J

United States Court of Appeals
Fifth Circuit

**FILED**
October 8, 2014

Lyle W. Cayce
Clerk

IN RE: DEEPWATER HORIZON

------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

WALKER FISHING FLEET, INCORPORATED,

    Claimant - Appellant

O R D E R:

    IT IS ORDERED that appellant's unopposed motion to supplement the record on appeal is GRANTED.

    IT IS FURTHER ORDERED that appellant's unopposed motion to place supplemental record under seal is GRANTED.

    /s/ James L. Dennis
JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE

Updated Case Caption

IN RE: DEEPWATER HORIZON
-----------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; PLAINTIFFS' STEERING COMMITTEE,

    Defendants - Appellees

v.

WALKER FISHING FLEET, INCORPORATED,

    Claimant - Appellant

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 08, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31026    In re: Deepwater Horizon  
                         USDC No. 2:10-MD-2179  
                         USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*[signature: Dantrell Johnson]*

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

Mr. William W. Blevins  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Charles Marshall Thomas

P.S. to All Parties: In light of the fact that appellee Plaintiffs' Steering Committee was added as an appellee to this appeal on October 8, 2014, attached is an updated case caption that must be used on all future filings in this case.