IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 15 2014
WILLIAM W. BLEVINS
CLERK

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By Shea E. Pertuit
Deputy
New Orleans, Louisiana    OCT 0 8 2014

___ Fee_____
___ Process_____
_X_ Dkhd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 08, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 14-31107    In re: Deepwater Horizon  
USDC No. 2:10-MD-2179  
USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____  
Shea E. Pertuit, Deputy Clerk  
504-310-7666

P.S. to counsel: You must file the joint designation of the record, in the district court, within 14 days from the above date.

Mr. William W. Blevins  
Mr. Don Keller Haycraft  
Mr. Frederick T. Kuykendall III  
Mr. Elias John Saad