UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010      SECTION J

Applies to: 10-4536      JUDGE BARBIER
                                         MAGISTRATE JUDGE SHUSHAN

### ORDER

[Re: Penalty Phase Telephone Conference on Thursday, October 16, 2014]

**1. Exhibit Schedule.**

The parties reported that after the meet-and-confer regarding objections to good faith exhibit lists, some objections remained. The parties agreed not to file any motions addressing the admissibility of exhibits at this time.

**2. BPXP Motion to Strike and Exclude Evidence (Rec. doc. 13475).**

On October 7, 2014, BPXP filed a motion to strike the expert reports of Walter Cantrell and exclude evidence relating to unrelated prior incidents during the Penalty Phase. Rec. doc. 13475. The parties shall meet-and-confer on a schedule for filing the opposition of the U.S. and the reply by BPXP which may permit resolution of the motion prior to the December 15, 2014 deadline for the submission of redacted expert reports to Judge Barbier.

**3. Deposition Bundles.**

At the request of the parties the deadlines for counter designations and rebuttal designations were changed. The new deadlines are:

11/17/14     Each side provides counter designations for depositions on the other side's list of depositions.

11/25/14     Each side provides any rebuttal designations for depositions on its list of depositions.

4. **Expert Depositions**.

   The parties reported no issues with the scheduling of expert depositions.

5. **Opening Statements**.

   The parties agreed on an allocation of time for opening statements. The U.S. will have 100 minutes. BPXP will have 80 minutes. Anadarko will have 20 minutes. All time used will reduce the parties' allotted trial time.

   New Orleans, Louisiana, this 16th day of October, 2014.

   **SALLY SHUSHAN**
   **United States Magistrate Judge**