1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  OIL SPILL BY THE OIL RIG   *   10-MD-2179
             *DEEPWATER HORIZON* IN THE   *
6            GULF OF MEXICO ON            *   Section J
             APRIL 20, 2010               *
7                                         *   October 10, 2014
                                          *
8    Applies to:  10-4182, 10-4183,       *   New Orleans, Louisiana
                  13-2645, 13-2646,       *
9                 13-2647, 13-2813        *
                                          *
10   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

11

12
                    TELEPHONE STATUS CONFERENCE BEFORE
13                  THE HONORABLE SALLY SHUSHAN
                    UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20
     Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
21                                 500 Poydras Street, B-406
                                   New Orleans, Louisiana 70130
22                                 (504) 589-7778

23

24

25   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

1          **I N D E X**

2                                                    <u>PAGE</u>

3    Production Update                              3

4    Stipulation Re: Excusing Transocean           5

5    Production Issues                             13

6    State Tax and Revenue Database               26

7    Fact and 30(b)(6) Depositions                30

8    Rebuttal Fact Witnesses                      45

9    Expert Witnesses                             50

10   Miscellaneous                                56

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>PROCEEDINGS</u>**

**(October 10, 2014)**

THE COURT:  Good morning everybody.  How are you doing?

MR. YORK:  Good morning, Judge Shushan.

THE COURT:  Good morning, Alan.

MR. LANGAN:  Good morning, Your Honor.

THE COURT:  How are you?  Good morning.

All right.  Let's see.  Corey, are you there?

MR. MAZE:  I am here and I'm ready to go.

THE COURT:  Always raring, huh?

MR. MAZE:  Yes, ma'am.

THE COURT:  That's good.  I like it, Corey.  That's the right attitude.

MR. MAZE:  I hope I still have it.

THE COURT:  Oh, you still have it, Corey.  You still have it, baby.

Let's talk, kids.  Let's get an overview on production first from Alabama.

MR. MAZE:  Okay.  As of today Alabama has produced approximately 150,000 documents of about 950,000 pages.  As we told the defendants as the deadline was coming, the two things we weren't able to get out by the deadline, one of them is -- and you will see it in 2(a).  It's a group of documents from our Department of Labor and ADECA, economic documents which

1 contain personal information like names, addresses, social

2 security numbers, account information that we are just not

3 allowed by law to turn over, at least in a way that would allow

4 it to get released.

5        I know you have the same issue with the federal

6 government and that was what led to PTO 50.  We have drafted

7 something similar to PTO 50 that would allow us to turn that

8 over.  We have given that draft to the defendants.  As soon as

9 we work it out amongst the parties, we will get it to the Court

10 and we will be able to produce those documents.

11        The other set is a large batch of documents we

12 got very late from our Department of Conservation and Natural

13 Resources, which has a lot of NRD-related documents in it and

14 again another agenda item.  We are presently going through and

15 reviewing those documents one by one.  So it was just not

16 feasible for us to get that out by the 3rd.

17        The issues that we have are on No. 2, so I will

18 turn it over to Andy or Paul to discuss the defendants'.

19      **THE COURT:**  Okay.  Thanks.

20      **MR. COLLIER:**  Good morning, Your Honor.  It's Paul

21 Collier on behalf of BP.

22      **THE COURT:**  Hi, Paul.

23      **MR. COLLIER:**  So with respect to BP's document

24 production, we have produced approximately 1.6 million

25 documents, and we produced those by the October 3 deadline.

11:33
11:33
11:33
11:33
11:33
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:34
11:35
11:35

1    There's a very small volume of material that we are still in

2    the process of producing.  We should have that out in the next

3    week, but it's a very small volume.  I think it's probably in

4    the hundreds of documents that are being produced.  We informed

5    Alabama last week that this would be after the October 3

6    deadline.  So that's kind of where we are with our document

7    production.

8               In addition to the materials we produced by

9    October 3, we also substantially produced our custodial file

10   materials.  So we are ahead of the game at least with respect

11   to custodial files and getting that produced, and those are in

12   the hands of Alabama at this stage.

13        **THE COURT:**  Good, good, good, good.  Anybody else

14   want to report?  Those really are the two main players, huh?

15        **UNIDENTIFIED SPEAKER:**  Correct.

16        **THE COURT:**  Good.  Let's jump to topic No. 7 and ask

17   Kerry to chime in on that stipulation because you might not

18   need to stay on for the rest of the call, huh?

19        **MR. KERRY MILLER:**  Well, that's my interest,

20   Judge Fallon -- I mean Judge Shushan.  I'm reading something

21   about Judge Fallon -- is to not be on any of these calls in the

22   future.

23               So just by way of history, Transocean worked

24   with Alabama and with BP really up until the time of the HESI

25   settlement and Judge Barbier's Phase One ruling came out right

1   around Labor Day and got pretty darn close to an agreed upon
2   stipulation which would excuse Transocean from the Alabama
3   compensatory damages trial.
4          Obviously the Halliburton settlement and the
5   ruling by Judge Barbier took priority in the course of the
6   month of September.  Now that the Alabama discovery is really
7   getting going, I talked to Corey last week about getting this
8   back on everybody's radar screen who might be interested in
9   trying to get this pushed through.  My client has made a
10  decision it would prefer not to incur the expense associated
11  with the trial in exchange for the stipulation that was
12  attached to something substantially similar that could be
13  agreed upon by the parties and entered by the Court.  So when
14  Corey circulated the e-mail about this Friday's conference, I
15  wanted to get it on the agenda.
16         Number one, as Your Honor knows, we had kept you
17  advised of the status of our work on the stipulation over the
18  course of July and August.  Number two is to possibly -- not
19  Court-imposed deadlines, but some agreed upon deadlines to try
20  and get this thing done.  Again, Transocean, BP, and Alabama
21  were very close to finalizing a stipulation right before
22  Labor Day.
23         I understand from talking to Paul Collier
24  yesterday that Chris Heck, who was our point of contact at BP,
25  is away on his honeymoon this week.  We are happy to wait for

11:36
11:36
11:36
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:38
11:38
11:38
11:38
11:38
11:38

1   Chris to get back and get his feet back on the ground working

2   on this next week to get this done.

3                I guess I will add one more thing.  There was

4   some thought internally on our side that maybe after the

5   Phase One ruling what we had worked on and basically come to an

6   agreement on, with the exception of a couple sentences and a

7   couple of paragraphs, should be changed in light of the ruling.

8   But I think it was Corey's thought, as well as ours, in light

9   of the fact that there are new trial motions and likely

10   appeals, it was probably just best to pretty much leave it as

11   it was prior to the ruling.  So I think Alabama and Transocean,

12   at least, agree that what we had worked up as of late August

13   should still be the operative document, and we are hoping to

14   get it finalized in the next week or two.

15        THE COURT:  Good.  Now, let me ask the next question,

16   of course.  Does anybody else have any interest in this?  And,

17   of course, the first person that comes to my mind would be

18   Halliburton jumping on the bandwagon.

19        MR. YORK:  Your Honor, this is Alan York.  We had a

20   conference call among the parties yesterday, and I did note to

21   all of the parties that Halliburton does have some concerns

22   about this stipulation -- not with regard to it applying to

23   Transocean.  I don't anticipate we would have any issue there,

24   but we are in a different position than, I think, any of the

25   other remaining parties in that we have no OPA liability at

all.  Our only liability under the Court's B1 order is under general maritime law, which of course is going to be limited by *Robins Dry Dock*, and with regard to Alabama's claims is going to be limited, we think, primarily to physical damage to proprietary interests.

          The reason that we don't think that such a stipulation would work for us is that we do believe that we still have a limited interest here.  We recognize that BP is going to be taking the leading oar, and we have allowed that to happen consistently and have worked with BP and just dovetailed wherever we can, but we have a divergent interest in that for our purposes -- given the pendency of BP's motion to amend the findings, subsequent potential appeals and everything else, we have a divergent interest in wanting to make sure that the amount of damages that are attributable to physical damage to proprietary interests are as low as possible.

          THE COURT:  Okay.

          MR. YORK:  That's an interest that BP simply doesn't share because they are liable for everything, strictly liable under OPA.  So at this point I don't think that the stipulation works for Halliburton, but we do recognize that going into this our role is certainly limited here.

          THE COURT:  Gotcha.  Okay.

          Anybody else want to chime in on that issue?

          MR. LANGAN:  Your Honor, it's Andy Langan for BP.

| | |
|---|---|
| 11:39 | 1 |
| 11:40 | 2 |
| 11:40 | 3 |
| 11:40 | 4 |
| 11:40 | 5 |

First of all, I appreciate and endorse Kerry's summary of the history and the status here, I think it was spot-on, and appreciate the fact that my partner, Chris Heck, is going to get back and be able to hopefully sign off on the last version of this vis-à-vis the Transocean stipulation.

Thank you, Kerry, for your patience and forbearance on that.

Your Honor, on to the other point, I think there are other defendants that might consider whether or not a similar arrangement works for them.  Maybe it works for MOEX and Anadarko too.  From BP's perspective, our interest all along has been simply to make sure the states' compensatory damage claims are adjudicated at one time, in one proceeding, with one bite at the apple, and avoiding the idea that we go to trial with Alabama, a determination is made by judge or jury, as the case may be, and we would be facing subsequent piecemeal claims that would thereafter be subject to potential indemnity claims for additional amounts.

**THE COURT:**  Right.

**MR. LANGAN:**  Not that that's the intent of Corey and the state, but to adequately represent our client, that has been our interest.

We think that what Transocean has come up with meets that interest and at the same time meets Transocean's interest not to participate in the trial where it's not

1  necessary.

2            I hear what Alan is saying, but I can assure him

3  we share the interest in minimizing all damages, proprietary

4  interests under *Robins Dry Dock* to state-owned property and

5  otherwise.  So I'm not really sure I understand the distinction

6  he is drawing here, but I think we ought to continue to have

7  those discussions and see if there's some way we can work this

8  out that protects everybody.

9            THE COURT:  I agree with that, Andy, and I think

10 that's a good goal.  I can't force anybody to do it, but it

11 seems to me that at least in part Halliburton could jump on the

12 bandwagon, and I think Anadarko and MOEX might be good

13 candidates as well, but --

14            MR. YORK:  Judge Shushan, this is Alan again.  Just

15 to be clear, I do believe we have jumped on the bandwagon,

16 largely.  What we have been focusing on -- and I think that the

17 BP team can verify this -- is we certainly have been

18 cooperative with everything that BP has been doing to lead the

19 charge on the overall damages.  Like I say, we have this

20 concern that we do have this one area where our interests are

21 not completely aligned --

22            THE COURT:  Right.

23            MR. YORK:  -- and given the uncertainty of where all

24 the claims lie at this point, we are not comfortable giving up

25 that position.

```
11:43   1        THE COURT:  I'm with you.  All right.  Have we
11:43   2   exhausted this one?
11:43   3        MR. LANGAN:  One last comment.  I just wanted to note
11:43   4   that Anadarko has recently raised with us the possibility of
11:43   5   "Hey, maybe this will work for us too," and I didn't want to
11:43   6   let this conversation pass without noting that Anadarko has
11:43   7   raised internally with us "Hey, this might work."
11:43   8        THE COURT:  Well, I think that's right.  I have been
11:43   9   saying, "Hey, this might work," for months now, so I'm on that
11:43  10   bandwagon.
11:43  11        MR. HASTINGS:  This is Doug Hastings with Anadarko,
11:43  12   and that is something we would like to explore.
11:43  13        THE COURT:  Good.  Well, guys, now is the time to
11:43  14   explore it because it looks to me, according to the schedule,
11:43  15   that some hot and heavy discovery is getting ready to take
11:43  16   place, huh?
11:43  17        MR. KERRY MILLER:  Judge, it's Kerry again.  Look, I
11:44  18   appreciate Alan's comments for Halliburton and Anadarko's
11:44  19   potential interests in this.  Certainly I want to give Chris
11:44  20   the time to get back in the office, but I would like to have
11:44  21   some oversight by Your Honor to see that this can get done --
11:44  22        THE COURT:  Yeah.
11:44  23        MR. KERRY MILLER:  -- in the next two to three weeks,
11:44  24   say, before we get into the hot and heavy lifting that is on
11:44  25   the schedule coming up.
```

1    **THE COURT:**  Well, here's what I would propose on

2  that, Kerry.  It seems to me we go ahead and we finalize the

3  stipulation involving Transocean.  And then if others want to

4  do a similar or identical stipulation, they can get to work on

5  it.  I'm really to roll on your stipulation, subject to Chris

6  coming back and giving us any final comments or red lines that

7  he might want.

8    **MR. KERRY MILLER:**  That sounds good to me.  I

9  appreciate that.

10    **THE COURT:**  So follow up with Chris.  Unless there's

11  a problem, I'm going to be expecting to see that stipulation

12  come my way as a final.

13    **MR. LANGAN:**  Your Honor, we share Kerry's interest in

14  getting this done.  Chris does too.  We have no interest

15  whatsoever in letting this drag out.

16    **THE COURT:**  No, I know that, Andy, and I appreciate

17  it.

18    So rather than following up with you guys,

19  unless there's a problem, I'm going to assume, Kerry, that you

20  are going to send me the final, final agreed to, etc.  Okay?

21    **MR. KERRY MILLER:**  Just to rehash what Andy said,

22  Corey and Chris have been great to work with on this.  It has

23  been nothing but productive.  So with that said, Your Honor,

24  I'm going to sign off on the call.

25    **THE COURT:**  That was why I jumped to No. 7 on the

| | |
|---|---|
| 11:45 | 1 |
| 11:45 | 2 |
| 11:45 | 3 |
| 11:45 | 4 |
| 11:45 | 5 |
| 11:45 | 6 |
| 11:45 | 7 |
| 11:45 | 8 |
| 11:45 | 9 |
| 11:46 | 10 |
| 11:46 | 11 |
| 11:46 | 12 |
| 11:46 | 13 |
| 11:46 | 14 |
| 11:46 | 15 |
| 11:46 | 16 |
| 11:46 | 17 |
| 11:46 | 18 |
| 11:46 | 19 |
| 11:46 | 20 |
| 11:46 | 21 |
| 11:46 | 22 |
| 11:46 | 23 |
| 11:46 | 24 |
| 11:46 | 25 |

1  agenda.

2          MR. MILLER:  Thanks.

3          THE COURT:  See you later.

4          MR. KERRY MILLER:  Have a nice weekend.  Bye.

5          THE COURT:  Thank you.  Okay.  Let's go back up to

6  agenda item No. 2, production issues.  Do you want to take the

7  lead on that one, Corey?

8          MR. MAZE:  I do.  With 2(a), it's what I explained

9  earlier.  It's simply a question of protecting the personal

10  information of a lot of persons who are not parties to this

11  case like names, addresses, bank accounts, social security,

12  etc.  I think the ball is in the defendant's court.  We have

13  sent them a draft.  I think they are reviewing it now and will

14  get back to us.

15          THE COURT:  Okay.  Basically the way you intend to

16  handle it is to put into place a confidentiality order and

17  later on, if we need to use these documents at trial, we will

18  redact them.

19          MR. MAZE:  Yes.  It's going to be very similar to

20  PTO 50.  They will be marked with a particular marker that

21  shows they are confidential under this particular order, and it

22  will have procedures for how to use them if they need to be

23  used.

24          THE COURT:  Good.  Does anybody want to comment on

25  that one?

1    **MR. COLLIER:**  Your Honor, this is Paul Collier on

2    behalf of BP.  Yeah, just real briefly.  Corey is right.  We

3    are still reviewing the proposal that they made and the draft

4    PTO.

5              Just preliminarily, though, I did want to put

6    out there that we don't necessarily agree with Corey's position

7    that this is similar to PTO 50 and the issues that were

8    addressed there, but we will get back to Corey in due course

9    with our position on that.

10             **THE COURT:**  Okay, Paul.  Thanks.

11             What's the issue with search terms for custodial

12   files?

13             **MR. MAZE:**  I assume you would like me to go first

14   again?

15             **THE COURT:**  You got it.

16             **MR. MAZE:**  Back at the time that we were negotiating

17   search terms, it was brought to our attention that there was a

18   possibility that several of the departments and agencies would

19   not have the ability -- they don't have the technological

20   ability to run search strings like we were negotiating, and the

21   Court ultimately entered the order.

22             **THE COURT:**  Right.

23             **MR. MAZE:**  So before the Court entered its order,

24   Parker Miller and I called BP and said, "This may be a problem.

25   If it is a problem, we wanted to let you know that well ahead

11:48  1    of time.  If it turns out they can't do it, we will let you

11:48  2    know and we will try to come up with a reasonable solution."

11:48  3    At least Alabama's view was that was the understanding between

11:48  4    the parties.

11:48  5              We have met with the departments, etc.  I won't

11:48  6    go into the details unless I need to later.  In September we

11:48  7    called BP again and said, "The problem that we told you might

11:48  8    occur has occurred in a large number of the departments and

11:48  9    agencies."  They simply don't have the technological

11:48  10   capability.  They don't have the e-discovery platforms, etc.,

11:48  11   that get used in cases like that to run the search terms.

11:48  12             So they had the search terms.  They understand

11:48  13   the claims.  They have the discovery that is being sought, the

11:48  14   request for production.  We have met with them on countless

11:48  15   occasions.  They ran a reasonable search of all their files,

11:48  16   turned everything over.  We informed BP late in September that

11:48  17   this is what they were having to do to meet the deadline.  We

11:49  18   submitted to them a letter explaining exactly what we had done,

11:49  19   why we were doing it, and BP objects to the inability of the

11:49  20   departments and agencies to run the search terms.  I understand

11:49  21   that, and I assume that they will want to jump in now.

11:49  22             **MR. COLLIER:**  Your Honor, this is Paul Collier on

11:49  23   behalf of BP on that particular issue.  Yeah, a couple points

11:49  24   in response.

11:49  25             The start point, really, here is the fact that

1    the use of the search term protocol was heavily negotiated

2    between the parties back in July and was then submitted to the

3    Court and endorsed in an order that the Court entered.  We

4    spent a lot of time working with Alabama to negotiate those

5    search terms and, as we understood it, reached agreement as to

6    how those would be performed and conducted against the

7    custodial files of Alabama's witnesses.

8             We didn't really hear anything else about that

9    issue until late September, and at that point in time BP had

10   already run many of the custodial files against the search term

11   protocol and produced those materials to Alabama.  So we have

12   done an extensive production already using the search term

13   protocol that had been negotiated and agreed upon.

14            So the concern there, obviously, is the fact

15   that we have already gone through and used the search term

16   protocol that was agreed and negotiated and entered by the

17   Court and now we are hearing from Alabama that it's not going

18   to do that.  It's going to do something different that was not

19   negotiated.

20            The other issue, Your Honor, that I will raise

21   is that we are not really hearing a good explanation as to why

22   these state departments and agencies are not able to

23   technologically be able to run these searches.  This is the

24   reason why BP and all the other parties have brought in

25   e-discovery vendors to be able to work with them through that

process.  It's not usual for an entity to have that capability
itself and often necessitates the use of an e-discovery vendor
to be able to make that work.  So what we are not hearing is
really from a technical perspective why Alabama is unable to
have an e-discovery vendor come in and be able to run these
search terms and be able to make the necessary custodial file
production just like BP has done.

         **MR. MAZE:**  Your Honor, I have two responses to both
of those.  The first one is if we step back and think about
what the search terms do, they limit the scope of what's turned
over.  In other words, they reduce the amount that you get.  By
doing what Alabama did, which is simply tell the department,
"Send us every single thing that is responsive to what we are
showing you," then the defendants get every single thing.
Running it through search terms would only limit the number of
things they got from us.  So there's not a prejudice in that
they didn't get enough.

         Number two is the answer to Paul's question is
the state is not BP.  We are not a billion dollar corporation.
The governor's attorneys have been doing this pro bono.  The
state's attorney general's office literally has a zero budget.
I don't mean for this case.  I mean the entire office literally
has a budget for zero for this year.

         We have done everything we could over the past
several months to go to every department and agency, every

individual and say, "Give us everything that you have that is
responsive to these things."  We have met with them over
hundreds of hours, and we have produced over 150,000 documents
of close to a million pages.  Frankly, we think that that is a
reasonable search.  We understand that we are not able to run
the search terms the way BP does, and we think we have a valid
reason that we can't.

          **THE COURT:**  Okay.

          **MR. LANGAN:**  Your Honor, it's Andy.  Can I just make
one point here, if I could, please?

          **THE COURT:**  Sure, Andy.

          **MR. LANGAN:**  I think that we are hearing a similar
point of view from Corey on a number of different issues, which
goes something like this:  We are not as big as BP.  We don't
have the resources BP does.  We can't do that.

               I want to take a step back and let's put this
into context.  Putting aside the issue of the $1.5 billion
claim or more that's being made, the State of Alabama wanted to
be the OPA test case.  They begged to be the OPA test case.
Other states would have been glad to have been the lead test
case.  They wanted it and Your Honor accommodated that.  So I
don't think it's fair, having put themselves out front in this
process, to then turn around and say, "Oh, I'm sorry.  We are
not prepared to proceed.  We don't have the resources to
proceed."

11:53   1          I don't think that's fair, and I don't think
11:53   2     that's what the Court had in mind when you made Alabama the
11:53   3     lead economic OPA test case for the states and local
11:54   4     government, and I don't think it's an argument that the Court
11:54   5     should listen very hard to.
11:54   6          **THE COURT:**  Okay.
11:54   7          **MR. MAZE:**  I have a quick response and I will be
11:54   8     done, Judge Shushan.
11:54   9          **THE COURT:**  Okay, Corey.
11:54  10          **MR. MAZE:**  Number one, I never said that Alabama was
11:54  11     not prepared.  We have done everything possible over the last
11:54  12     several months to get them everything we could by October 3.
11:54  13     To say that Alabama is not prepared, not working hard, or would
11:54  14     not do the same or a better job than another state is simply
11:54  15     not true.
11:54  16          Number two, through all of that speech about
11:54  17     Alabama not being deserving of this, I still haven't heard
11:54  18     where BP is prejudiced.  We have still done a reasonable search
11:54  19     and given them everything we could from these departments.  The
11:54  20     fact that we didn't run a set of search terms to narrow down
11:54  21     what they were given, I don't understand why this is a problem
11:54  22     that wouldn't let Alabama go forward.
11:54  23          **THE COURT:**  Okay.
11:54  24          **MR. COLLIER:**  Your Honor, this is Paul Collier, if I
11:54  25     could just respond very briefly to that last point.

1    **THE COURT:**  Sure.

2    **MR. COLLIER:**  This was an agreement that was

3  negotiated between the parties and then was endorsed by the

4  Court.  The other point is that the protocol that the parties

5  agreed to with respect to their document production is that

6  there would be a reasonable search of their files to produce

7  documents responsive to the RFPs plus a custodial file search

8  of those materials using the search terms that were negotiated.

9  So it sounds like really what we are getting now from Alabama

10  is just the first part and not the second part of the custodial

11  file production using the search terms, which is what exactly

12  BP has done.  So from that standpoint we are being prejudiced.

13    **THE COURT:**  Okay.

14    **MR. COLLIER:**  On a point, Your Honor, if I could,

15  with respect to the fact that we have not been able to identify

16  yet how we have been prejudiced, one of the reasons for that is

17  that over 75 percent of the Alabama document production is not

18  reviewable by us at this stage because we have been having

19  issues with the load files that they have been providing to us.

20  So we are not even in a position as of yet to be able to review

21  the document production they have made to us because of

22  e-discovery issues on the side of Alabama --

23    **THE COURT:**  Okay.

24    **MR. COLLIER:**  -- which obviously has precluded our

25  ability to be able to assess what exactly they have produced to

11:56   1   us and whether or not they are meeting their obligation.

11:56   2          THE COURT:  Okay.  Well, Corey go ahead, finish up,

11:56   3   and then let me ask some questions.

11:56   4          MR. MAZE:  I will, and I'll be very brief.  The

11:56   5   number one point, as to Paul's question about there being

11:56   6   prejudice because of the custodial files, the amended initial

11:56   7   disclosure that the state has of all state witnesses, those

11:56   8   witnesses are included in the 12 departments that were part of

11:56   9   the departmental search.  So those witnesses are included in

11:56   10  the departmental production that we have made.

11:56   11         I think -- and if I'm wrong on this, I will let

11:56   12  you know.  I think the only person in our amended initial

11:56   13  disclosure that is not part of this search is a U.S.

11:56   14  Coast Guard representative and, frankly, we just don't have the

11:56   15  ability to turn over his file.

11:56   16         As to the second point, I agree with Paul.

11:56   17  There are technical problems with some of the things we have

11:57   18  turned over and we can talk about those now.  We have worked

11:57   19  through most of them.  The big one that he is talking about,

11:57   20  75 percent will be dealt with by the end of today and it will

11:57   21  not be a problem.

11:57   22         So we have never contended that this would be a

11:57   23  perfect and smooth and seamless process in which there weren't

11:57   24  mistakes.  We are just now getting to review a lot -- over a

11:57   25  million of BP's pages came to us on Monday and we are just

getting to start reviewing them.  It's very likely that we may
find problems too.  Those are things that need to be worked out
amongst the parties, not the Court, unless it gets to the point
where we can't work them out amongst each other.

            THE COURT:  Okay.  Let's do this, if you don't mind,
guys.  What I would like to do is get first from BP a
three-page double-spaced letter pointing out what you think the
shortcomings of Alabama's production is and why it doesn't
comply with the negotiated protocol.

            And then I would like to hear back, same-page
limitation, Corey, as to what the problems have been and why
you think what you have done is equal to what we put into place
as far as the negotiated search terms and how they would be
run, and let me take a look at that.

            When do you all want to try to get that to me?
I guess BP is first.  So, Paul, do you want to comment?

            MR. COLLIER:  Sure.  Could we say Tuesday,
Your Honor?  Would that work?

            THE COURT:  Close of business Tuesday is fine.

            MR. LANGAN:  Your Honor, you said double-spaced
letter, right?  I want to be very certain about that.

            THE COURT:  Yes.  Yes, I did say double-spaced.  I'm
not going to count the number of lines.

            MR. LANGAN:  That's unusual.  I just wanted to be
clear.

|        |    |                                                                           |
|--------|----|---------------------------------------------------------------------------|
| 11:59  | 1  | **THE COURT:**  Yeah.  My eyesight is getting worse as                     |
| 11:59  | 2  | time in the MDL goes on.  I tell you what.  Let's make it four             |
| 11:59  | 3  | pages so nobody can complain they couldn't give me everything             |
| 11:59  | 4  | they wanted.                                                              |
| 11:59  | 5  | **MR. LANGAN:**  Yeah, but only three for Corey.                           |
| 11:59  | 6  | **THE COURT:**  No, two for Corey.                                         |
| 11:59  | 7  | **MR. LANGAN:**  Okay.                                                     |
| 11:59  | 8  | **THE COURT:**  Four pages each party double-spaced,                       |
| 11:59  | 9  | please, and I won't count the lines.  Listen, if you don't want            |
| 11:59  | 10 | to put letterhead on, I will accept that.                                 |
| 11:59  | 11 | **MR. MAZE:**  Is Friday close of business okay for our                    |
| 11:59  | 12 | response?                                                                 |
| 11:59  | 13 | **THE COURT:**  That's fine, Corey.                                        |
| 11:59  | 14 | Next up under No. 2 is NRD-related documents.                              |
| 11:59  | 15 | Do you want to lead off?                                                   |
| 11:59  | 16 | **MR. MAZE:**  I will take the lead on that again.                         |
| 11:59  | 17 | **THE COURT:**  Okay.                                                      |
| 11:59  | 18 | **MR. MAZE:**  Our understanding of the case has always                    |
| 11:59  | 19 | been that NRD was not a part of this case.  The scheduling                 |
| 12:00  | 20 | order clearly excludes it.  During our July 10 conference, you             |
| 12:00  | 21 | specifically said it wasn't part of the case and, in fact, Andy            |
| 12:00  | 22 | said he didn't believe it was part of the case.                           |
| 12:00  | 23 | For that reason, when Alabama has been going                               |
| 12:00  | 24 | through the documents we were receiving from the departments              |
| 12:00  | 25 | and agencies, we have been excluding from production NRD                   |

12:00 1 documents, documents between the trustees and their counsel,
12:00 2 documents between the trustees and other states, documents
12:00 3 between the trustees and the federal government about meetings,
12:00 4 analysis, etc.  We believe those are nonresponsive.  They don't
12:00 5 go to any particular claim in this case and, in fact, were
12:00 6 intentionally excluded because that is a claim that we are
12:00 7 currently generating and have not at least presented to BP
12:00 8 under their theory of presentment.
12:00 9         So at this point we don't think NRD documents
12:00 10 can or should be produced as part of the production for the
12:00 11 claims in this case.  I think the issue is BP simply wanted to
12:01 12 know what it is we were excluding and why, so I think I gave
12:01 13 that explanation.
12:01 14         THE COURT:  Okay.  BP.
12:01 15         MR. COLLIER:  This is Paul Collier again.  Yeah,
12:01 16 that's right.  Corey laid out the issue.  I think principally
12:01 17 we are in agreement.  We just got last night Corey's
12:01 18 explanation as far as what exactly they are withholding and how
12:01 19 they are going about that.  We may have some issues and
12:01 20 concerns about the details of that, but that's something I
12:01 21 think we can work with Alabama to address.
12:01 22         THE COURT:  Okay.  Generally, I agree that we clearly
12:01 23 all intended that NRD was a later phase that would not be
12:01 24 included in the Alabama test trial.  If you all can't reach
12:01 25 agreement on that, let's put it on the agenda for the next

12:01  1    get-together.

12:01  2              **MR. MAZE:**  This is Corey.  There is one thing that

12:01  3    will probably be on the agenda for next time, so I'm going to

12:01  4    bring it up now.  I think where we need clarification from

12:02  5    Your Honor sooner than later is privilege logs are due next

12:02  6    Friday.

12:02  7              **THE COURT:**  Uh-huh.

12:02  8              **MR. MAZE:**  Our contention is that the NRD documents

12:02  9    are simply nonresponsive and, therefore, they don't have to be

12:02  10   on the privilege log.  I don't know what the defendants'

12:02  11   thought on that is, but I just wanted to put it on the Court's

12:02  12   radar because that is something we are currently doing is

12:02  13   creating a log.

12:02  14             Again, we have withheld documents because they

12:02  15   are NRD documents.  They are not responsive to the claims.  So

12:02  16   I simply wanted to raise it with the Court and see if you had

12:02  17   any initial thoughts or, if not, just to tell the parties to

12:02  18   try to work it out amongst each other.

12:02  19             **THE COURT:**  Well, no -- and, Paul, I'm going to let

12:02  20   you comment.  My initial thought is if they are not relevant to

12:02  21   this trial and are relevant to a later phase, then they are not

12:02  22   privileged, they are just not relevant, and so they need not be

12:02  23   logged.

12:02  24             If indeed, Paul, one, you don't agree with that

12:03  25   or, two, after you confer with Corey on these NRD-related

12:03 1   documents and you disagree, let me know.

12:03 2            MR. COLLIER:  Understood, Your Honor.  That sounds

12:03 3   right, but let us confer on that issue, if you don't mind.  We

12:03 4   will let you know.  That principally sounds correct.

12:03 5            THE COURT:  Right.  I don't think that anybody should

12:03 6   take the time and trouble to log things that are not relevant

12:03 7   to this case.

12:03 8            MR. COLLIER:  We agree, Your Honor.

12:03 9            THE COURT:  Okay.  So let's move on to No. 3, state

12:03 10  tax and revenue database.

12:03 11           MR. MAZE:  This is Corey.  I don't remember if it was

12:03 12  on our conference call, or I think it may have just been back

12:03 13  and forth through the e-mails, but we previously discussed with

12:03 14  the Court as part of what Alabama would do to produce documents

12:03 15  that may help this case move along was give BP access to the

12:03 16  state tax and revenue database for particular things that they

12:03 17  identified they needed.  We have done so.

12:04 18           There may be nothing to discuss on the call.  It

12:04 19  may be something we can work out amongst the parties, but we

12:04 20  just wanted to bring it the Court's attention that that is part

12:04 21  of the production.  If the defendants have anything they want

12:04 22  to bring up, then they are certainly welcome to.  Parker

12:04 23  Miller, who has been helping, with the government's counsel,

12:04 24  has been a lead on this and he is here to address any questions

12:04 25  if we have any.

12:04
12:04
12:04
12:04
12:04
12:04
12:04
12:04
12:04
12:04
12:04
12:05
12:05
12:05
12:05
12:05
12:05
12:05
12:05
12:05
12:05
12:05
12:05
12:05
12:05

1          **THE COURT:**  Okay.

2          **MR. COLLIER:**  Your Honor, this is Paul Collier on

3   behalf of BP.  I think there is a disagreement here with

4   respect to the state tax and revenue database, where I think we

5   do have a dispute as to whether or not they have produced to us

6   what they said they would.

7          My understanding was that Alabama was going to

8   provide to us access to the state revenue and tax database and

9   provide to us information we requested from that database.  To

10  date we have had a challenge understanding what exactly is in

11  that tax and revenue database.

12         What I understand they have given us is one

13  1,500-page spreadsheet from the tax and revenue database that

14  is very challenging for us to understand and comprehend what

15  exactly it is showing to us.  It has not been provided to us in

16  an electronic format that we can actually make some sense of

17  it.

18         It may not necessarily be worth the Court's time

19  right now trying to discuss this issue because we still have

20  questions to go back to Alabama on, but I do want to put out

21  there that we do think that there is a dispute here, but I'm

22  hopeful that we can still resolve it between the parties

23  without the Court's intervention.

24         **THE COURT:**  Okay.  That's a good summary.

25         Parker, do you have access to an electronic

1  version of what you have already produced?

2          MR. PARKER MILLER:  Judge, not in front of me.  Good

3  morning, by the way.

4          THE COURT:  I don't mean in front of you, just

5  access.  In other words, can it be supplied in electronic

6  format?

7          MR. PARKER MILLER:  Judge, the problem with these two

8  databases -- and there are actually two.  There is one with the

9  Department of Revenue that maintains gross revenues and there

10  is also a database with the Department of Finance.  Both of

11  these databases are on mainframes and they are massive in the

12  amount of entries they maintain within them.  So one of the

13  challenges we have had, it's extremely difficult -- I think

14  it's almost impossible to provide the database to them, but

15  what we have been trying to do is discuss with the defendants

16  what their contents are so we can determine internally how we

17  can query out what it is they want.

18          So, for instance, just to give you just a brief

19  example, in the gross tax revenue database that Revenue

20  maintains, it's going to have not just tax revenues, but it's

21  going to have information that's internal to that particular

22  department all the way from payroll to utilities to everything.

23  So it's not the traditional database that you think of when you

24  think in terms of a tax database.

25          So what we have tried to do on the front end is

to provide BP the primary reports that are generated out of these databases.  And the main one, which is the official document that the state relies upon for gross tax revenues, is the state abstract, and we provided that I think going back 24 fiscal years.

I would agree with Paul.  I think it's probably better left to the parties at this point, and I think ultimately we can work those out.  I guess if we can't, we will come back to you.

THE COURT:  Okay.

MR. MAZE:  This is Corey.  I just want to add one thing.  The document that Paul is talking about, the 1,500-page document, that is completely separate and apart from what Parker is talking about, a database.  That was a TXT file that we got as part of our production.  We just turned it over.

If they need a native of that, we can certainly provide it, but it doesn't have anything to do with the database that Parker is talking about.  We just want to make sure that the defendants don't believe that we believe that particular document was our burden under the state tax and revenue database.  We will continue working with them just as Parker said.

THE COURT:  Okay.  I do think that it is important that you all confer and talk about what format it should be produced in.  It sounds like the TXT is not helpful.  Let's try

12:08   1   to get that straight.  We will touch back on our next one as to

12:08   2   whether or not you have been able to work it out.

12:08   3           **MR. MAZE:**  We will.

12:08   4           **THE COURT:**  Okay.  Good.  Now let's move on to No. 4,

12:09   5   fact and 30(b)(6) witness depositions.  Corey, do you want to

12:09   6   lead us through that?

12:09   7           **MR. MAZE:**  I do.  I want to start with "(b)" and just

12:09   8   put the Court on notice that presently we are supposed to have

12:09   9   a final calendar to you by next Wednesday.

12:09  10          **THE COURT:**  May I assume that's not going to happen?

12:09  11          **MR. MAZE:**  I think that in about five minutes you

12:09  12  will probably assume that, yes.

12:09  13          **THE COURT:**  Okay.

12:09  14          **MR. MAZE:**  When we are talking about "(a)," I think

12:09  15  what we wanted to get from a guidance from the Court was simply

12:09  16  talking about witnesses.  I can tell you that Alabama's amended

12:09  17  initial disclosure identified, I think, 21 witnesses.  That may

12:09  18  be right or wrong.

12:09  19          As we told the defendants yesterday, we have an

12:09  20  amended initial disclosure.  We talked amongst ourselves about

12:09  21  trying to really shore up exactly who it was we wanted and what

12:09  22  claims.  We are ready to file that as soon as we get any

12:09  23  guidance from the Court, if any is necessary, but we will do

12:10  24  that today.  I think it's going to have somewhere in the 20 to

12:10  25  25 witnesses from the state that we need to -- sorry.  Go

ahead.

THE COURT:  When you say 20 to 25, are we talking all fact witnesses and some of those also doubling as 30(b)(6) witnesses?

MR. MAZE:  Correct.  I think -- not that I think. What we will file today is an amended initial disclosure. Those state witnesses that we identify will not only be the fact witnesses necessary to prove our case, they will also encompass every 30(b)(6) topic.

THE COURT:  Okay.  So with this list you will be able to cover all 30(b)(6) topics requested by anyone plus put up your fact witnesses?

MR. MAZE:  Yes, to prove our case.  Now, there will be additional witnesses we may want to take from a third party or the defendants, but that's the list that we need to prove our facts plus answer all the 30(b)(6) topics.

THE COURT:  Does BP have a projection on number?

MR. COLLIER:  Yes, Your Honor.  This is Paul Collier. So I think where we are with respect to fact and 30(b)(6) witnesses, it's approximately nine to ten.

THE COURT:  Okay.  All right.

MR. COLLIER:  Let me add one more caveat to that, Your Honor, if I may.  We haven't seen Alabama's documents yet, or at least had the opportunity to review it for some of the issues we have already discussed.

12:11  1        **THE COURT:**  Right.

12:11  2        **MR. COLLIER:**  So there is some concern there that we

12:11  3  may need more on that, but that's kind of where we are right

12:11  4  now, at least with respect to BP witnesses.

12:11  5        **THE COURT:**  Okay.  Anadarko or anybody want to chime

12:11  6  in?  Obviously not.

12:11  7            Okay.  We have fact and 30(b)(6) depositions

12:11  8  commencing on the current calendar on November 3.  Corey, are

12:12  9  you suggesting that in addition to moving the 10-15 date that

12:12  10 that commencement date would move?

12:12  11       **MR. MAZE:**  I'm not suggesting that.  If that became

12:12  12 necessary, I don't necessarily think we would object to it, but

12:12  13 I think there is still a possibility we could get it done.

12:12  14           One thing that Alabama would suggest is if BP

12:12  15 has issues with being able to identify who they want based on

12:12  16 our document production or other issues, I think one way to

12:12  17 alleviate that is similar to what you did in the test case, and

12:12  18 that is to say you will put the BP witnesses up front.  To the

12:12  19 extent that their document production is, quote/unquote, more

12:12  20 complete or ready to go, if we spent November deposing BP

12:12  21 witnesses and then spent the remaining time deposing the

12:13  22 Alabama witnesses, I think we could alleviate a lot of concerns

12:13  23 and stay on the schedule that you have already put together.

12:13  24       **THE COURT:**  Okay.

12:13  25       **MR. LANGAN:**  Your Honor, I thought Alabama was the

| | |
|---|---|
| 12:13 | 1 |
| 12:13 | 2 |
| 12:13 | 3 |
| 12:13 | 4 |
| 12:13 | 5 |

1  plaintiff.

2         THE COURT:  Did you?

3         MR. LANGAN:  Obviously, we generally have a little

4  bit of a problem with what Corey is suggesting.  If there is

5  going to be a delay in the schedule because of discovery

6  issues, that does happen sometimes.  I don't think the solution

7  is to punish BP for having its house in order by making the

8  defendant put its witnesses up front.  That doesn't sound to me

9  like the right remedy.

10         MR. MAZE:  Your Honor, this is Corey.  That's fine.

11  We try to punish BP where we can.

12         THE COURT:  I thought that was the point of this

13  lawsuit.

14         MR. MAZE:  I did too.  I think that what we need to

15  do, if you will allow us to push that date back --

16         Andy, are you okay with, let's say, the next

17  Wednesday, you know, push it back seven days?

18         And if we can get a calendar done before that,

19  we will report it to you and just give the parties time to work

20  through it.

21         MR. LANGAN:  We may want to hear from Paul or Chad on

22  this.  I'm sure pushing back the calendar date by a week is

23  fine, and I think we have to sort of wait and see what happens,

24  right, about a complete calendar.

25         MR. COLLIER:  Corey and Your Honor, this is Paul

12:14  1   again.  I guess the one comment I would make on that is we

12:14  2   would be okay with one week right now, pushing it back, but the

12:14  3   concern still remains with respect to Alabama's document

12:14  4   production and our inability to review it as of yet.  So one

12:14  5   week is fine.  That's presuming these other document issues get

12:14  6   resolved quickly.  But we may still be in a position, even with

12:14  7   that week extension, that it's not sufficient for our purposes.

12:14  8        THE COURT:  While we are on that topic, in other

12:14  9   situations in the MDL, we have found it useful to get vendors

12:15 10   together or tech people and tech people together.  Is that

12:15 11   something we should think about doing pretty quickly?

12:15 12        MR. MAZE:  This is Corey.  I think our technical

12:15 13   staff has been in contact with BP's technical staff pretty much

12:15 14   on a daily basis this week.  They certainly know each other and

12:15 15   have been talking about a lot of these issues that Paul and

12:15 16   Andy raised today.

12:15 17        THE COURT:  Okay.

12:15 18        MR. MAZE:  If they feel that they haven't been

12:15 19   responsive or need to know who they are, certainly they can ask

12:15 20   and I will get them in contact.

12:15 21        THE COURT:  Okay.

12:15 22        MR. MAZE:  We are willing to work through any issues

12:15 23   that they find.

12:15 24        MR. COLLIER:  This is Paul, Your Honor.  That's

12:15 25   correct, we have been in contact with the vendor, or at least

1  the vendors have been in direct contact, so that is helping the
2  process.  And you are absolutely right, that is a positive step
3  and something that can work towards some of these production
4  issues.
5                **THE COURT:**  Okay.
6                **MR. COLLIER:**  Just one additional issue I did want to
7  raise, though, Your Honor, which may not necessarily fall into
8  the hands of the e-discovery people and the e-discovery
9  vendors, is that we have been getting a lot of documents from
10 Alabama that have not been complying with PTO 16 as far as the
11 metadata that would be supplied.
12               Most specifically and probably most troubling
13 from our point of view is that with respect to e-mails, we have
14 noticed that there is a lot of e-mail that is not -- well, I
15 think most of the e-mail is being produced without any metadata
16 information, including the custodian, making it extremely
17 challenging for us to be able to segregate any specific
18 witness' e-mails from the production and being able to search
19 that and use that for purposes of, first of all, evaluating
20 whether or not this is a witness we would want to depose and
21 then, second, being able to segregate that material to help us
22 even get ready for that deposition.
23               So that's a major concern for us and one that I
24 don't necessarily know is going to be something that can be
25 rectified just by the e-discovery vendors getting together.

Like I said, we have only really started to be able to unveil these issues because only recently we have been able to review Alabama's production.  This again doesn't even consider the over 75 percent of Alabama's production that we can't even look at just yet.

THE COURT:  So, Corey, on the metadata, what do your technical people say about that?

MR. MAZE:  Our technical people say that when we are receiving the productions from the departments that the e-mails are coming in in HTML format and not, I think, MSG, which is what BP is telling us they are used to, and because of that a lot of the fields that might come in if it were in a different format natively aren't produced in the same way.  We are producing the e-mails exactly as we receive them, with the fields that are populated exactly as we get them, the same way that PTO 16 requires.

I think what we may want to do is -- and because I don't have them sitting in here with me -- if you want to add one page to next week's briefs, I can just add a page explanation or use part of our brief to explain exactly what's going on.

THE COURT:  All right.  I'm going to add a page.  Why don't we find out what's going on because it seems to me that the format issues should have been agreed to long ago.  If there is an issue that they can't format it the way BP wants

| | |
|---|---|
| 12:18 | 1 |
| 12:18 | 2 |
| 12:18 | 3 |
| 12:18 | 4 |
| 12:18 | 5 |
| 12:18 | 6 |
| 12:18 | 7 |
| 12:18 | 8 |
| 12:18 | 9 |
| 12:18 | 10 |
| 12:19 | 11 |
| 12:19 | 12 |
| 12:19 | 13 |
| 12:19 | 14 |
| 12:19 | 15 |
| 12:19 | 16 |
| 12:19 | 17 |
| 12:19 | 18 |
| 12:19 | 19 |
| 12:19 | 20 |
| 12:19 | 21 |
| 12:19 | 22 |
| 12:19 | 23 |
| 12:19 | 24 |
| 12:19 | 25 |

1  it, that's one thing; but if it can be formatted so that the

2  metadata is there and can assist, I guess that's something

3  else.

4  **MR. MAZE:**  We will do that.  Again, between now and

5  the time you get the briefs, I'll have our technical staff

6  working with BP's to see if we can resolve anything so you

7  don't have to.

8  **THE COURT:**  Paul, it seems to me if you could put

9  together your hit parade of things that you want your technical

10  people to discuss and cover with Alabama's technical people,

11  it's an agenda that they can work their way through hopefully

12  early next week, maybe we will all have a better feel for, say,

13  Wednesday of next week.

14  **MR. COLLIER:**  Understood, Your Honor.  We will

15  definitely do that.  Like I said, we are still really coming to

16  grips with the full gravity of the issues that we are having

17  with Alabama's document production.

18  **THE COURT:**  Right.

19  **MR. COLLIER:**  So we will certainly attempt to pull

20  those issues together and provide them to Alabama's technical

21  people to see if we can get them resolved.

22  **THE COURT:**  Good.  So let's do this.  Let's agree

23  that we are going to bump the date by which the joint fact and

24  30(b)(6) deposition schedule is sent over to me, and what falls

25  from that?  We will just bump that one date for the time being;

12:19   1   is that correct?

12:19   2              MR. MAZE:  From Alabama, that's fine, Your Honor.  If

12:20   3   we need to revisit other dates, we certainly can.

12:20   4              THE COURT:  Okay.

12:20   5              MR. COLLIER:  Yeah, that's fine with us, Your Honor.

12:20   6              MR. LANGAN:  That would be one week?

12:20   7              MR. COLLIER:  One week, yeah.

12:20   8              THE COURT:  Yeah.

12:20   9              MR. COLLIER:  So we are extending the October 15 to

12:20   10  October 22.  Is that right, Your Honor?

12:20   11             THE COURT:  That's right.  Now, next up, locations.

12:20   12  Tell me about that.

12:20   13             MR. MAZE:  Sure.  This is Corey.  From what you have

12:20   14  already heard, not counting any third parties or additional

12:20   15  party witnesses that the parties may notice, 23 of the 33 or 25

12:20   16  of the 35 potential witnesses sound like they are going to be

12:20   17  state employees and our contention is, at least with respect to

12:20   18  the state employees, the depositions should be in Montgomery

12:20   19  because that's why they are all located.

12:20   20             I don't think that the defendants have a problem

12:20   21  with that.  I think that they are simply deciding where they

12:20   22  would like to depose the BP or other defendant witnesses.  Our

12:21   23  only contention on that is, Your Honor, if we have to travel

12:21   24  somewhere else to depose them, that's fine with us.  We would

12:21   25  just ask that it be a consistent location so that we are not

12:21
12:21
12:21
12:21
12:21
12:21
12:21
12:21
12:21
12:21
12:21
12:21
12:21
12:22
12:22
12:22
12:22
12:22
12:22
12:22
12:22
12:22
12:22
12:22
12:22

1    back and forth between cities as much as possible.

2              MR. LANGAN:  Your Honor, it's Andy Langan.  I'm

3    afraid we don't agree with Corey on this.  Obviously, there is

4    a lot of history here.  If you go back to early in the

5    proceedings, there was a lot of discussion about where

6    depositions were going to be.

7              BP took the position that our employees should

8    be deposed in Houston.  The Court, after hearing from all the

9    parties, including the states, issued an order that said, "No,

10   no, no, the default for depositions in this MDL is going to be

11   New Orleans," and that's really been the rule ever since.  That

12   should be the rule here as a default.  Anyway, New Orleans

13   ought to be the default just like it has been the whole time,

14   over our objection, but that's what the Court ordered.

15             Now, I know that in the OPA test cases we have a

16   proviso that says that in certain circumstances the parties can

17   agree for a particular witness or particular circumstances to

18   maybe agree on another location, but the default needs to be

19   New Orleans and that needs to continue to be the case even in

20   this situation as well.  It's only fair.  We would have rather

21   produced all our people in Texas from the beginning.  The Court

22   said no.

23             THE COURT:  Yes, we did.

24             MR. MAZE:  This is Corey.  First of all, as a legal

25   matter, we don't believe this case is going to be or can be

12:22  1    tried as part of the MDL.  The MDL statute only allows you to
12:22  2    do pretrial proceedings.  As we are going to argue next
12:22  3    February, this case can and should be sent back to Montgomery,
12:22  4    in the district in which it was filed, for trial because that's
12:22  5    what lexicon and the statute requires.  If we are using Andy's
12:23  6    theory that we must do the depositions where the trial will
12:23  7    be -- because that's why it was done in New Orleans the first
12:23  8    time -- then all of the depositions should be in Montgomery if
12:23  9    we are correct.
12:23  10            Now, we are not pushing for that extreme rule,
12:23  11   although we think that's the right one.  We are simply saying,
12:23  12   for the convenience of the witnesses, let's have it where a
12:23  13   majority of them will be.  If the state witnesses live and work
12:23  14   in Montgomery, allow them to be deposed in Montgomery.  If BP
12:23  15   chooses that they want all of their depositions in Houston, we
12:23  16   will travel there.  If they want to have BP witnesses in
12:23  17   New Orleans, we will travel there.  Just don't make 20 to 25
12:23  18   state employees travel to New Orleans for a deposition when
12:23  19   it's not necessary.
12:23  20           MR. LANGAN:  Your Honor, Corey's lexicon example is
12:23  21   totally off the mark.  These are pretrial proceedings.  A
12:23  22   deposition is a classic example of a pretrial proceeding.  The
12:23  23   pretrial proceedings the Court has already ordered, including
12:23  24   depositions, need to proceed in New Orleans.  Again, we would
12:24  25   have loved it if Corey's rule had been the rule from the

beginning.  That's the rule we wanted.  That wasn't the rule we got.  We ought to have consistency here.  The door swings both ways.  We have heard that many, many times in this litigation. I don't understand why all of the sudden the rule is going to be we have to go to where the witnesses are.  That wasn't the rule when it came time for our witnesses.

MR. MAZE:  Well, if I may make a point there, Alabama wasn't a party to those negotiations.  They were done in November of 2010.  Attorney General Strange and myself, we didn't even come to the MDL until later.  I think he was appointed coordinating counsel in January of 2011.  So to the extent that you are saying we are barred because we negotiated New Orleans, it's simply not true.  We weren't any part of those negotiations.

Again, that was pretrial for the MDL for the limitation in liability trial, which was going to be in New Orleans.  We are talking about a trial which we believe will be in Montgomery and, more importantly, a trial in which a majority of the witnesses live in Montgomery.

THE COURT:  Let me think about this.  My knee-jerk inclination is New Orleans, but we might come up with a hybrid schedule to try to accommodate the state workers.

Corey, the vast majority of them are Montgomery people?

MR. MAZE:  Yes, that's correct.

12:25   1          **THE COURT:**  I'll get you something on that pretty
12:25   2   quickly.
12:25   3                    Participation at depositions, let's talk about
12:25   4   that issue.
12:25   5          **MR. MAZE:**  This is Corey.  What I put for counsel for
12:25   6   the Alabama governor, as the Court knows, the attorney general
12:25   7   and the governor have been jointly preparing and getting this
12:25   8   case ready for trial.  Parker, who you spoke to earlier, is
12:25   9   counsel for the governor.  We fully intend, and believe, to use
12:25  10   both the attorney general counsel and the governor's counsel at
12:26  11   the depositions.
12:26  12                    The governor under state law has the right to
12:26  13   appoint and send counsel to any civil case in which the state
12:26  14   has an interest, which we obviously do in this case.  And it's
12:26  15   our intention to, for example, let Parker Miller take one
12:26  16   deposition while Corey Maze may be taking one somewhere else.
12:26  17   We have been hearing from BP for the last three or four weeks
12:26  18   that they don't believe that's right, that the governor's
12:26  19   counsel have no right to be there, etc., but they haven't told
12:26  20   the Court yet.
12:26  21                    What we simply want to avoid is if they really
12:26  22   intend to prevent the governor's counsel from participating at
12:26  23   the depositions that they bring it up now and tell the Court
12:26  24   now why they don't believe that the governor's counsel has any
12:26  25   right to be at the depositions instead of waiting until the

| | |
|---|---|
| 12:26 | 1 | first week and bringing it up when it's going to be a problem. |
| 12:26 | 2 |         **MR. LANGAN:**  Your Honor, it's Andy.  It's fair for |
| 12:26 | 3 | Corey to ask for our position up front, and we do have a |
| 12:27 | 4 | position.  Let me say a word about it now and then I would like |
| 12:27 | 5 | to file something in writing about this.  There is history to |
| 12:27 | 6 | this issue.  It's a very important issue.  There is law on the |
| 12:27 | 7 | issue, and we would like to submit something in writing on |
| 12:27 | 8 | this. |
| 12:27 | 9 |         Just to give a preview of it, the governor is |
| 12:27 | 10 | not a party to this litigation.  The party to the litigation is |
| 12:27 | 11 | the State of Alabama.  The State of Alabama can only |
| 12:27 | 12 | participate through its attorney general.  There is history |
| 12:27 | 13 | here where Attorney General Strange took some steps to |
| 12:27 | 14 | discharge counsel and only rely on the attorney general to |
| 12:27 | 15 | prosecute the case and his staff. |
| 12:27 | 16 |         We would like to be heard on this.  We would |
| 12:27 | 17 | like to make a written submission.  The bottom line is the |
| 12:27 | 18 | governor is not a party to the case, only the state is a party |
| 12:27 | 19 | to the case, and there is a difference. |
| 12:27 | 20 |         **THE COURT:**  Okay.  Well, look -- |
| 12:27 | 21 |         **MR. LANGAN:**  We do think clarity is needed here.  We |
| 12:27 | 22 | would like to file something in writing in a week. |
| 12:28 | 23 |         **THE COURT:**  Okay.  How many pages do you need, |
| 12:28 | 24 | double-spaced?  And I take it this will be a pleading, huh? |
| 12:28 | 25 |         **MR. LANGAN:**  Correct.  Five pages. |

|        |    |                                                              |
|--------|----|--------------------------------------------------------------|
| 12:28  | 1  | THE COURT:  All right.  Corey, you want a week after         |
| 12:28  | 2  | that?                                                         |
| 12:28  | 3  | MR. MAZE:  Yes, Your Honor, one week is fine.                |
| 12:28  | 4  | THE COURT:  Then what about the issue of multiple            |
| 12:28  | 5  | defendants, Corey?                                           |
| 12:28  | 6  | MR. MAZE:  The question was -- and we just wanted            |
| 12:28  | 7  | clarification.  I assume the rule is going to be as it always |
| 12:28  | 8  | has been that the defendants, if they have six hours for a   |
| 12:28  | 9  | deposition -- or the order says six and a half hours.  Is that |
| 12:28  | 10 | 30 minutes for Alabama and six hours for the defendants to   |
| 12:28  | 11 | divide amongst themselves or is it just one defendant?  Is it |
| 12:28  | 12 | just one questioner on behalf of all of the defendants?      |
| 12:28  | 13 | THE COURT:  Yeah.  The way we have handled it in the         |
| 12:28  | 14 | past -- and Andy is going to be able to remind us what the past |
| 12:28  | 15 | was, a little history --                                     |
| 12:28  | 16 | MR. LANGAN:  Yes.                                             |
| 12:28  | 17 | THE COURT:  -- but we did it by side.                        |
| 12:29  | 18 | MR. LANGAN:  Yes.  Your Honor, I would suggest we            |
| 12:29  | 19 | might let the stipulation issue play out a little bit here.  |
| 12:29  | 20 | THE COURT:  Okay.                                            |
| 12:29  | 21 | MR. LANGAN:  I do think this can be accommodated.            |
| 12:29  | 22 | The defendants will need to divide time.                     |
| 12:29  | 23 | THE COURT:  That's right.                                    |
| 12:29  | 24 | MR. LANGAN:  The defendants' side will need to divide        |
| 12:29  | 25 | time, if necessary.  If we can't agree among ourselves, then we |

will come to the Court and ask for you to call balls and
strikes about who gets what time.  I expect we will be able to
work it out.

**THE COURT:**  So do I.

**MR. LANGAN:**  I think even Halliburton agrees that BP
probably needs to take the lead on most of these deps; but if
there is an issue, we will ask for the Court to referee it.

**THE COURT:**  Okay.

**MR. YORK:**  Judge, this is Alan York.  We agree with
what Andy said.  As I said earlier, we understand our role in
this case, and we are going to work with BP to coordinate so
that the Court doesn't have to get involved.

**THE COURT:**  Corey, I guess the answer to your
question is it's per side, and this case has two sides as I see
it.  Does that answer the question?

**MR. MAZE:**  Yes.  We just wanted to make sure that we
had an answer if there were any arguments amongst anybody at
some point in the future.

**THE COURT:**  Now let's get down to rebuttal fact
witnesses.

**MR. MAZE:**  No. 5 and No. 6, I was going to throw
Kerry Miller under the bus and he got off the phone, so I can't
do it anymore.

**THE COURT:**  Well, you can throw him under; he just
won't know it.

12:30   1         **MR. MAZE:**  That's even better.  Kerry Miller wanted

12:30   2  me to ask the Court if it had any idea if we were going to

12:30   3  learn sooner than later about whether this was a jury versus a

12:30   4  bench trial.  The reason that Kerry Miller wanted to know that

12:30   5  is it may affect the number of witnesses or how we proceed,

12:30   6  etc.  Not knowing that, I think there is still a little bit of

12:30   7  uncertainties.  So with that caveat, let me address No. 5

12:30   8  first.

12:31   9         **THE COURT:**  Okay.

12:31  10         **MR. MAZE:**  The state has the burden of proof, and we

12:31  11  don't know yet exactly how the defendants are going to defend

12:31  12  their claims.  In fact, they have told us since April all the

12:31  13  way through this week that they hold open or at least reserve

12:31  14  the right to bring counterclaims against the state.

12:31  15         The one particular one we have been discussing

12:31  16  is the misappropriation of grant money and their discovery

12:31  17  request against the state on that.  Depending on how the

12:31  18  defendants defend their claims or if they have an affirmative

12:31  19  claim against Alabama, which they have pleaded, then Alabama

12:31  20  may need rebuttal fact witnesses to defend against that claim.

12:31  21  Frankly, if we have to put the calendar together in two weeks,

12:31  22  I'm not going to know who those persons are.

12:31  23         I'm opening this up to the Court.  My thought

12:31  24  would be to hold open a very limited number of witnesses that

12:32  25  the state may notice at some point in the proceedings that they

1  could depose as a potential rebuttal fact witness after we have
2  seen what the defendants' case is.
3       THE COURT:  Andy, do you want to comment?
4       MR. MORRISS:  Judge, this is Chad Morriss on behalf
5  of BP.  I guess our thought on this issue about the grants and
6  the setoff in mitigation is really simply this.  Corey has
7  asked us to identify whether we have a claim or not.  The
8  problem is if the grants have specific language about how the
9  money can be used and BP had a right to ask for an accounting.
10  BP has asked for an accounting and the state has not responded
11  to that.
12       We have furthered our request and discovery in
13  this case asking for details of how the grant money was spent.
14  The answer to that question will determine whether or not we
15  have potential claims.  If they have not used the money in
16  accordance with the language of the grant, then there's an
17  argument that we would have a setoff and that any judgment or
18  amount could be reduced after a verdict was entered.
19       It's likely that most of these issues will be in
20  the form of mitigation, not really a setoff, but the witnesses
21  and the knowledge about how the grants were used is with the
22  state.  They should already have that information and really
23  shouldn't need rebuttal witnesses to address that.  We won't
24  know whether we have a claim about those grants until we see
25  how the money was spent.

12:33  1          THE COURT:  Okay.  Gotcha.

12:33  2          MR. MAZE:  Your Honor, this is Corey.  I do need to

12:33  3    address something really quick.  Two things, actually.

12:33  4          Number one, the response that Alabama has not

12:33  5    responded to its disbursements, we have actually spent more

12:33  6    time and given two responses to that particular interrogatory.

12:33  7    In fact, we have spent more time responding to that

12:33  8    interrogatory than anything else we have done in response to

12:33  9    written interrogatories.

12:33  10         Number two, as Chad has just said, BP is looking

12:34  11   at fact discovery as an avenue to raise a potential claim

12:34  12   against Alabama for wrongly disbursing those monies.  On

12:34  13   Monday -- or Tuesday because Monday is a holiday.  On Tuesday

12:34  14   Alabama is going to file a motion to dismiss that claim because

12:34  15   it's barred.  We have been spending months trying to get BP to

12:34  16   identify what their claims were.  They should be dismissed.  We

12:34  17   should not have to go through discovery to have BP conjure up a

12:34  18   claim that shouldn't be a part of this case.  So I'm just

12:34  19   putting everyone on notice that there will be a filing Tuesday

12:34  20   to dismiss that particular claim.

12:34  21         THE COURT:  Okay.  Corey, I'm going to give you up to

12:34  22   two rebuttal witnesses, if you need them, after the fact

12:34  23   witness depositions have closed and after you have been

12:34  24   provided with knowledge of all the claims that BP is asserting,

12:35  25   whether it's a counterclaim or whether it's an offset claim.  I

1    don't think any of it should be a surprise to you, but you have

2    got up to two.  How about that?

3              MR. MAZE:  That works perfect, Your Honor.

4              MR. MORRISS:  Your Honor, this is Chad again.  Can we

5    assume that the rebuttal witnesses would be limited to this

6    litigation setoff issue that we are talking about?

7              THE COURT:  That would be my thought, Chad, yes.

8              MR. MAZE:  Your Honor, this is Corey.  I think it

9    would depend on what it is that BP actually shows that they are

10   going to do.  I don't know exactly yet what their claims may or

11   may not be.  Today we are talking about wrongful expenditure of

12   grant money, but what if they come up with some different

13   theory in the middle of December?  I think we should just hold

14   them open in case something comes up.  I'm not saying that we

15   will have to use them.  We just need them just in case.

16             MR. MORRISS:  Your Honor, this is Chad again.

17             THE COURT:  Yeah, Chad.

18             MR. MORRISS:  I'm sorry.  I didn't mean to interrupt.

19             THE COURT:  No, it's okay.

20             MR. MORRISS:  Our only concern is that this is just

21   sort of a back door way of having a second bite at the apple

22   for identifying witnesses.  The only claim issue that we have

23   talked about or raised has been on setoff and mitigation.  If

24   BP, within the scheduling order, files some sort of amendment

25   and makes a claim or adds an affirmative defense that requires

12:36   1   some additional witness, then obviously for good cause the

12:36   2   state can move to add a witness, which has been done in some of

12:36   3   the other phases.

12:36   4           THE COURT:  Correct.

12:36   5           MR. MORRISS:  To have two or three additional

12:36   6   witnesses to use however they would like as rebuttal would not

12:36   7   be what has been done in the past and would be unfair to BP

12:36   8   would be our position.

12:36   9           THE COURT:  No, and I tend to agree.

12:36   10          If something comes up that's unknown, Corey,

12:36   11  you're going to let me know and we can take care of it.  This

12:36   12  is to be used solely for rebuttal on any theory of recoupment

12:37   13  or offset.

12:37   14          MR. MAZE:  Understood, Your Honor.

12:37   15          THE COURT:  Okay?

12:37   16          MR. MAZE:  Yes.

12:37   17          THE COURT:  All right.  Let's see.  Expert witnesses.

12:37   18          MR. MAZE:  I don't know that there is anything to

12:37   19  discuss.  I know that we made our submissions to you last week,

12:37   20  and the reason it's on there is because the order, I believe,

12:37   21  has you announcing the number next Wednesday.  It's either next

12:37   22  Wednesday or Friday.

12:37   23          THE COURT:  Yeah.  It's the 15th, whenever that is.

12:37   24          MR. MAZE:  I think that is Wednesday.

12:37   25          THE COURT:  I'm not going to give anything away from

12:37  1    the *in camera* submissions, but there seems to be on both sides
12:37  2    more than one person on the same topic.  I'm concerned about
12:38  3    that.  Are you all envisioning doing what we are doing in the
12:38  4    penalty phase where we're letting as many go and you're going
12:38  5    to let the time clock control, are you envisioning that I will
12:38  6    put limitations on it -- which, by the way, I'm inclined to do
12:38  7    after having looked at the *in camera* submissions.  What are
12:38  8    your thoughts about how you want to handle this?
12:38  9          MR. MAZE:  Your Honor, this is Corey first.  Again,
12:38  10   this is why I started this conversation about jury versus bench
12:38  11   trial.  I'm not sure that we are going to use a clock in a jury
12:38  12   trial or that would be right or appropriate.  It's really hard
12:38  13   for us to address some of these questions without knowing.
12:38  14         THE COURT:  Well, I hear you.  I don't think that
12:38  15   Judge Barbier thinks a time clock can't be used in a jury
12:38  16   trial.
12:38  17         MR. MAZE:  Okay.  Then that's fine.
12:39  18         THE COURT:  Maybe he has to allot more time just as a
12:39  19   matter of course because juries need more time for breaks,
12:39  20   etc., etc., but I think he thinks a time clock controls
12:39  21   regardless.
12:39  22         MR. LANGAN:  Your Honor, it's Andy, and Chad may want
12:39  23   to chime in here too.  I think we have been assuming that the
12:39  24   presiding judge is going to have some kind of time limits.
12:39  25         THE COURT:  Right.

MR. LANGAN:  That would be a governor, therefore, on parties' presentation time, including number of experts.

THE COURT:  Well, that would.  So what you are saying, Andy, is you would be happy not having me cut back and deposing all experts; is that correct?

MR. LANGAN:  I think so.  Some of this may shake out if we are able to work out stipulations about the participation of other parties.

MR. MORRISS:  Your Honor, this is Chad again.  The only thing I would say about the experts is that to the extent there is duplication on the BP side, that results from the issue that Halliburton raised earlier about their interest being slightly different.  So we have gone to great efforts to both limit the number of experts and to eliminate duplication on our end.

So one concern that we have is just looking at the number of witnesses that the state has identified, to the extent that there are issues that we don't think are relevant but that are covered by experts that the state raises, you know, we may need to respond to that.  We submitted a list that we believe was in keeping with the Court's prior history of very few experts, do not duplicate, and we are sort of surprised at the number of witnesses that the state has identified and have some concern about, you know, other issues that we may have to address with additional experts.

12:41  1     **THE COURT:**  You're talking about their identification

12:41  2  of fact and 30(b)(6) witnesses, huh?

12:41  3     **MR. MORRISS:**  No, the identification of the number of

12:41  4  experts that they plan to use.  So they have identified the

12:41  5  number of experts that they plan to use, and we were just sort

12:41  6  of surprised at how many there were and what that might mean

12:41  7  once the disclosure.

12:41  8     **THE COURT:**  Okay.  So here's the question for both

12:41  9  sides.  You all know how many experts are on the list that was

12:41  10  provided to me.  Do you want me to make a cut now; or do you

12:41  11  want to go through the discovery phase with a possible cut by

12:41  12  the parties or by me after these depositions are taken; or,

12:41  13  third, we just rely on whatever clock Judge Barbier imposes?

12:41  14           Now, one of the problem, of course -- and,

12:42  15  Corey, you are right about jury versus nonjury -- is the clock

12:42  16  would have to be expanded because the expert reports will not

12:42  17  serve as the direct testimony of those experts, right?

12:42  18     **MR. MAZE:**  Yes, Your Honor.  With regard to your

12:42  19  question, I think Alabama's position today would be let's

12:42  20  proceed with the number of experts that the parties have

12:42  21  identified.  The one question that the state has is:  Are we

12:42  22  treating nonretained experts, I think what we have called in

12:42  23  previous phases lay experts, as persons who will be subjected

12:42  24  to depositions twice?  So to the extent that one of the state's

12:42  25  experts is a lay expert who is also going to testify as a fact

12:42  1   witness, do they need to be deposed during the fact witness

12:42  2   period and the expert witness period or only once and how would

12:42  3   that work?

12:43  4           THE COURT:  I think they only get deposed once, but I

12:43  5   do think, Corey -- they are on your fact and 30(b)(6) witness

12:43  6   list, correct?  Corey, did you hear the question?

12:43  7           MR. MAZE:  Yes, I did.  I just need to ask one

12:43  8   question internally real quick.

12:43  9           THE COURT:  Okay.

12:43  10          MR. MAZE:  Can I respond to the entire group by

12:43  11  e-mail 30 minutes after this call, just to give you a correct

12:43  12  answer to that?

12:43  13          THE COURT:  Sure.

12:43  14          MR. MAZE:  I don't want to say anything now and

12:43  15  somebody say I misrepresented something to the Court.

12:43  16          THE COURT:  No, that's fine.  I'm assuming that you

12:43  17  have identified 99.9 percent of your witnesses who are on your

12:43  18  30(b)(6) and fact list and that overlaps with your lay experts.

12:44  19  So if I'm right, then -- I'm going to let you respond to

12:44  20  everybody.  What I would like you to do is reflect on that list

12:44  21  who are the people you will be using as lay experts and give a

12:44  22  brief summary of their areas of expertise so that when they are

12:44  23  deposed during the fact period, the defendants will be able to

12:44  24  cover their lay expert opinion.

12:44  25          MR. MAZE:  Yes, Your Honor.  Let me see if I have

12:44  1    this straight.  By close of business today, we were supposed to
12:44  2    file an amended initial disclosure with sort of our list of
12:44  3    intended witnesses.  How about right after we file that we send
12:44  4    an e-mail to the Court and the parties saying this is our
12:44  5    amended initial disclosure and also here is the overlap or here
12:45  6    are the persons on that list who may also give lay expert
12:45  7    opinion?
12:45  8            THE COURT:  And then a brief summary of the area of
12:45  9    expertise and opinion.
12:45  10           MR. MAZE:  Yes, we will do that.
12:45  11           MR. LANGAN:  Your Honor, for BP, would it be possible
12:45  12   for us to think on this and develop a position over the next
12:45  13   couple of days?
12:45  14           THE COURT:  Yeah.  Sooner rather than later, but
12:45  15   that's my gut reaction on how we should develop it.  But, yeah,
12:45  16   Andy, go ahead.
12:45  17           MR. LANGAN:  Thank you.  I'm familiar with the model
12:45  18   we used in the penalty phase where a hybrid witness who has
12:45  19   factual knowledge as well as expert opinions was deposed one
12:45  20   time for an extended period of time.
12:45  21           THE COURT:  That's right.  We might have to add a
12:45  22   little time to these witnesses' deposition periods, but the one
12:45  23   deposition policy seems to me to be a good one.
12:46  24           MR. LANGAN:  You will recall Elliot Taylor was in
12:46  25   that position in the penalty phase.

| | | |
|---|---|---|
| 12:46 | 1 | THE COURT:  Correct. |
| 12:46 | 2 | MR. LANGAN:  We worked that out, and I think it |
| 12:46 | 3 | worked pretty well.  So that might be a model we will suggest, |
| 12:46 | 4 | but we really need to -- just like Corey is doing, we need to |
| 12:46 | 5 | have a little conversation here. |
| 12:46 | 6 | THE COURT:  That's fine.  No worries. |
| 12:46 | 7 | MR. LANGAN:  Thank you, Your Honor. |
| 12:46 | 8 | MR. MAZE:  Your Honor, does that mean you still want |
| 12:46 | 9 | us to disclose who these persons are today and list them? |
| 12:46 | 10 | THE COURT:  Yeah.  Go ahead and get that off your |
| 12:46 | 11 | desk.  It will make you feel better.  It will also allow BP to |
| 12:46 | 12 | chew on how many people we are talking about.  Okay? |
| 12:46 | 13 | MR. MAZE:  We will. |
| 12:46 | 14 | THE COURT:  All right.  We have taken care of No. 7, |
| 12:46 | 15 | so let's talk miscellaneous. |
| 12:46 | 16 | MR. LANGAN:  Your Honor, is there any sense that we |
| 12:46 | 17 | should be evolving towards some regular conversations or |
| 12:46 | 18 | interactions with the Court in some fashion, either in person |
| 12:46 | 19 | or over the phone? |
| 12:46 | 20 | THE COURT:  Well, I hate to say it, but that had |
| 12:46 | 21 | occurred to me. |
| 12:46 | 22 | MR. MAZE:  We agree with that. |
| 12:47 | 23 | THE COURT:  Well, you know, my Thursdays are getting |
| 12:47 | 24 | very booked.  I have now got every other week is penalty phase |
| 12:47 | 25 | and every other week is OPA test cases.  Let's see.  What time, |

| | |
|---|---|
| 12:47 | 1 |
| 12:47 | 2 |
| 12:47 | 3 |
| 12:47 | 4 |

1   Andy, do we have -- we have OPA and penalty phase every week at
2   1:00, huh?
3          MR. LANGAN:  That's correct.  1:00 central is the
4   time we have landed on for those.
5          THE COURT:  Would it work to do it at 11:00 every
6   other Thursday for Alabama?  It should take us no more than an
7   hour.  Everybody takes a lunch and comes back for the
8   1:00 conference.
9          MR. LANGAN:  Your Honor, that will work fine for us.
10          MR. MAZE:  The same with Alabama.
11          THE COURT:  Okay.  We will send out a schedule.  We
12   will pick which week we start.  I guess we can start not next
13   week but the week after, and we will send out the schedule.
14          Okay.  So what we have decided is I am not going
15   to make a preliminary cut on the number of experts, but I am
16   reserving the right to make a cut after the depositions unless
17   you all have agreed that you're going to either let the clock
18   control or after the depositions you have shortened the length
19   of your list, huh?
20          MR. MAZE:  Yes.  I just want to make clear that I
21   think there's three different things we have talked about
22   filing in the next few weeks.  I just want to make sure we have
23   deadlines, etc., established.
24          THE COURT:  All right.
25          MR. MAZE:  Next Tuesday BP will file a five-page

12:48  1   brief that covers its issues with Alabama's production, that

12:48  2   being the two things we talked about were use of search terms

12:48  3   for custodial files and problems reading e-mails, and then

12:48  4   Alabama would respond with five pages on Friday.

12:49  5              The second thing is BP or the defendants as a

12:49  6   whole next Friday will file a -- and I forget the number of

12:49  7   pages for the brief, but a brief --

12:49  8              MR. LANGAN:  Five.

12:49  9              MR. MAZE:  It is five -- about the governor's

12:49 10   participation at deposition.

12:49 11              MR. LANGAN:  I'm sorry.  Corey, I would put it

12:49 12   slightly differently.

12:49 13              MR. MAZE:  Okay.

12:49 14              MR. LANGAN:  The whole issue of the governor's

12:49 15   appearance, not being a party to the case, etc.  It's not just

12:49 16   appearance at deposition.  It's a broader issue than that.

12:49 17              MR. MAZE:  Right.  I was just trying to give

12:49 18   shorthand so we could get through the briefs, but that's fine.

12:49 19   You can frame it however you want to.  I'm just trying to make

12:49 20   sure that I understand the dates.  Is it next Friday for

12:49 21   defendants, Friday after for the state?

12:49 22              THE COURT:  Correct.  Correct.

12:49 23              MR. MAZE:  That's how many pages?

12:49 24              THE COURT:  That's five pages.  The first brief, I

12:49 25   think you all got me to four pages.  I don't think it was five.

|  |  |
|---|---|
| 12:49 | 1 |
| 12:49 | 2 |
| 12:50 | 3 |

**MR. MAZE:**  Well, we added a page because BP brought up issues with e-mails, and I asked you to extend it to five so I could address that particular concern.

            **THE COURT:**  You're correct.  You're correct.  I stand corrected.

            **MR. COLLIER:**  That was our understanding as well, Your Honor.

            **THE COURT:**  All right.  Good.

            **MR. MORRISS:**  And then I have promised next Tuesday to file a motion to dismiss any claim with regard to setting off based on BP expenditures being misappropriated, etc., and I will file that under the normal rules for a motion and then having a supporting brief double-spaced.

            **THE COURT:**  That sounds good.  We will talk again on the 23rd at 11:00 a.m.

            **MR. MAZE:**  Thank you, Your Honor.

            **THE COURT:**  Everybody have a good weekend.  Thank you.

            (Proceedings adjourned.)

                              * * *

1        **<u>CERTIFICATE</u>**

2              I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, certify that the foregoing is a true and correct

5    transcript, to the best of my ability and understanding, from

6    the record of proceedings in the above-entitled matter.

7

8

9                                    *s/ Toni Doyle Tusa*

                                     Toni Doyle Tusa, CCR, FCRR
10                                   Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

13 [1] 2/2
26 [6] 26/20 27/18 50/20
3 [1] 2/2
30 [1] 2/2
45 [1] 2/2
5 [1] 2/2
50 [1] 2/2
56 [1] 2/2
Co: [2] 1/25 2/2
Expert Witnesses [1] 2/2
Fact and 30(b)(6) Depositions [1] 2/2
In: [16] 3/19 3/19 5/15 5/15 13/4 13/4
 26/8 26/8 30/3 30/3 45/18 45/18 50/16
 50/16 56/13 56/13
Miscellaneous [1] 2/2
MR. COLLIER: [25] 4/19 4/22 13/25
 15/21 19/23 20/1 20/3 20/23 22/16
 24/14 26/1 26/7 27/1 31/17 31/21 32/1
 33/24 34/23 35/5 37/13 37/18 38/4
 38/6 38/8 59/5
MR. HASTINGS: [1] 11/10
MR. KERRY MILLER: [6] 5/18 11/16
 11/22 12/7 12/20 13/3
MR. LANGAN: [39] 3/6 8/24 9/19 11/2
 12/12 18/8 18/11 22/19 22/23 23/4
 23/6 32/24 33/2 33/20 38/5 39/1 40/19
 43/1 43/20 43/24 44/15 44/17 44/20
 44/23 45/4 51/21 51/25 52/5 55/10
 55/16 55/23 56/1 56/6 56/15 57/2 57/8
 58/7 58/10 58/13
MR. MAZE: [73]
MR. MILLER: [1] 13/1
MR. MORRISS: [9] 47/3 49/3 49/15
 49/17 49/19 50/4 52/8 53/2 59/8
MR. PARKER MILLER: [2] 28/1 28/6
MR. YORK: [6] 3/4 7/18 8/17 10/13
 10/22 45/8
Omit elements: Timecodes [2] 1/25
 59/19
Page break [2] 2/2 59/19
Production Issues [1] 2/2
Production Update [1] 2/2
Rebuttal Fact Witnesses [1] 2/2
Resume elements: Timecodes [1] 2/2
State Tax and Revenue Database [1]
 2/2
Stipulation Re: Excusing Transocean
 [1] 2/2
THE COURT: [140]
UNIDENTIFIED SPEAKER: [1] 5/14

$
$1.5 [1] 18/17
$1.5 billion [1] 18/17

1
1,500-page [2] 27/13 29/12
1.6 [1] 4/24
10 [3] 1/7 3/2 23/20
10-15 [1] 32/9
10-4182 [1] 1/8
10-4183 [1] 1/8
10-MD-2179 [1] 1/5
11:00 [1] 57/5
11:00 a.m [1] 59/15
12 [1] 21/8
13-2645 [1] 1/8
13-2646 [1] 1/8
13-2647 [1] 1/9
13-2813 [1] 1/9
15 [2] 32/9 38/9

150,000 [2] 3/21 18/3
15th [1] 50/20
16 [2] 35/10 36/16
1:00 [2] 57/2 57/3
1:00 conference [1] 57/8

2
20 [4] 1/6 30/24 31/2 40/17
2010 [2] 1/6 41/9
2011 [1] 41/11
2014 [2] 1/7 3/2
21 [1] 30/17
2179 [1] 1/5
22 [1] 38/10
23 [1] 38/15
23rd [1] 59/15
24 [1] 29/4
25 [4] 30/25 31/2 38/15 40/17
2645 [1] 1/8
2646 [1] 1/8
2647 [1] 1/9
2813 [1] 1/9

3
30 [11] 30/5 31/3 31/9 31/11 31/16
 31/19 32/7 37/24 53/2 54/5 54/18
30 minutes [2] 44/10 54/11
33 [1] 38/15
35 [1] 38/16
3rd [1] 4/16

4
406 [1] 1/21
4182 [1] 1/8
4183 [1] 1/8

5
50 [4] 4/6 4/7 13/20 14/7
500 [1] 1/21
504 [1] 1/22
589-7778 [1] 1/22

7
70130 [1] 1/21
75 percent [3] 20/17 21/20 36/4
7778 [1] 1/22

9
950,000 [1] 3/21
99.9 percent [1] 54/17

A
a.m [1] 59/15
ability [5] 14/19 14/20 20/25 21/15 60/5
able [25] 3/23 4/10 9/4 16/22 16/23
 16/25 17/3 17/5 17/6 18/5 20/15 20/20
 20/25 30/2 31/10 32/15 35/17 35/18
 35/21 36/1 36/2 44/14 45/2 52/7 54/23
about [59] 3/21 5/21 6/7 6/14 7/22 16/8
 17/9 19/16 21/5 21/18 21/19 22/21
 24/3 24/19 24/20 29/12 29/14 29/18
 29/24 30/11 30/14 30/16 30/20 33/24
 34/11 34/15 36/7 38/12 39/5 41/17
 41/20 42/3 43/4 43/5 44/4 45/2 46/3
 47/5 47/8 47/21 47/24 49/2 49/6 49/11
 49/23 51/2 51/8 51/10 52/7 52/10
 52/12 52/24 53/1 53/15 55/3 56/12
 57/21 58/2 58/9
above [1] 60/6
above-entitled [1] 60/6
absolutely [1] 35/2
abstract [1] 29/4

accept [1] 23/10
accommodate [1] 41/22
accommodated [2] 18/21 44/21
accordance [1] 47/16
according [1] 11/14
account [1] 4/2
accounting [2] 47/9 47/10
accounts [1] 13/11
actually [5] 27/16 28/8 48/3 48/5 49/9
add [8] 9/18 31/14 31/22 36/18 36/19
 36/22 50/2 55/21
added [2] 5/8 32/9
addition [2] 5/8 32/9
additional [7] 9/18 31/14 35/6 38/14
 50/1 50/5 52/25
address [8] 24/21 26/24 46/7 47/23
 48/3 51/13 52/25 59/3
addressed [1] 14/8
addresses [2] 4/1 13/11
adds [1] 49/25
ADECA [1] 3/25
adequately [1] 9/21
adjourned [1] 59/19
adjudicated [1] 9/13
advised [1] 6/17
affect [1] 46/5
affirmative [2] 46/18 49/25
afraid [1] 39/3
after [17] 5/5 7/4 25/25 39/8 44/1 47/1
 47/18 48/22 48/23 51/7 53/12 54/11
 55/3 57/13 57/16 57/18 58/21
again [19] 4/14 6/20 10/14 11/17 14/14
 15/7 23/16 24/15 25/14 34/1 36/3 37/4
 40/24 41/15 49/4 49/16 51/9 52/9
 59/14
against [7] 16/6 16/10 46/14 46/17
 46/19 46/20 48/12
agencies [5] 14/18 15/9 15/20 16/22
 23/25
agency [1] 17/25
agenda [7] 4/14 6/15 13/1 13/6 24/25
 25/3 37/11
ago [1] 36/24
agree [16] 7/12 10/9 14/6 21/16 24/22
 25/24 26/8 29/6 37/22 39/3 39/17
 39/18 44/25 45/9 50/9 56/22
agreed [9] 6/1 6/13 6/19 12/20 16/13
 16/16 20/5 36/24 57/17
agreement [5] 7/6 16/5 20/2 24/17
 24/25
agrees [1] 45/5
ahead [7] 5/10 12/2 14/25 21/2 31/1
 55/16 56/10
aided [1] 1/25
Alabama [48] 3/19 3/20 5/5 5/12 5/24
 6/2 6/6 6/20 7/11 9/15 16/4 16/11
 16/17 17/4 17/12 18/18 19/2 19/10
 19/13 19/17 19/22 20/9 20/17 20/22
 22/23 24/21 24/24 26/14 27/7 27/20
 32/14 32/22 32/25 35/10 38/2 41/7
 42/6 43/11 43/11 44/10 46/19 46/19
 48/4 48/12 48/14 57/6 57/10 58/4
Alabama's [14] 8/3 15/3 16/7 22/8
 30/16 31/23 34/3 36/3 36/4 37/10
 37/17 37/20 53/19 58/1
Alan [5] 3/6 7/19 10/2 10/14 45/9
Alan's [1] 11/18
aligned [1] 10/21
all [44] 3/9 7/21 8/1 9/1 9/11 10/3

**A**

all... [38]  10/23 11/1 15/15 16/24 19/16
21/7 22/15 24/23 24/24 28/22 29/24
31/2 31/11 31/16 31/21 35/19 36/22
37/12 38/19 39/8 39/21 39/24 40/8
40/15 41/4 44/1 44/12 46/12 48/24
50/17 51/3 52/5 53/9 56/14 57/17
57/24 58/25 59/8
alleviate [2]  32/17 32/22
allot [1]  51/18
allow [5]  4/3 4/7 33/15 40/14 56/11
allowed [2]  4/3 8/9
allows [1]  40/1
almost [1]  28/14
along [2]  9/12 26/15
already [9]  16/10 16/12 16/15 28/1
31/25 32/23 38/14 40/23 47/22
also [8]  5/9 28/10 31/3 31/8 53/25 55/5
55/6 56/11
although [1]  40/11
always [3]  3/11 23/18 44/7
am [3]  3/10 57/14 57/15
amend [1]  8/12
amended [7]  21/6 21/12 30/16 30/20
31/6 55/2 55/5
amendment [1]  49/24
among [1]  7/20 44/25
amongst [8]  4/9 22/3 22/4 25/18 26/19
30/20 44/11 45/17
amount [4]  8/15 17/11 28/12 47/18
amounts [1]  9/18
Anadarko [6]  9/11 10/12 11/4 11/6
11/11 32/5
Anadarko's [1]  11/18
analysis [1]  24/4
Andy [19]  4/18 8/25 10/9 12/16 12/21
18/9 18/11 23/21 33/16 34/16 39/2
43/2 44/14 45/10 47/3 51/22 52/4
55/16 57/1
Andy's [1]  40/5
announcing [1]  50/21
another [3]  4/14 19/14 39/18
answer [7]  17/18 31/16 45/13 45/15
45/17 47/14 54/12
anticipate [1]  7/23
any [25]  5/21 7/16 7/23 7/24 12/6 24/5
25/17 26/24 26/25 30/22 30/23 34/22
35/15 35/17 38/14 41/13 42/13 42/24
45/17 46/2 47/17 49/1 50/12 56/16
59/10
anybody [8]  5/13 7/16 8/24 10/10 13/24
26/5 32/5 45/17
anymore [1]  45/23
anyone [1]  31/11
anything [9]  16/8 26/21 29/17 37/6 48/8
50/18 50/25 54/14
Anyway [1]  39/12
apart [1]  29/13
appeals [2]  7/10 8/13
appearance [2]  58/15 58/16
apple [2]  9/14 49/21
Applies [1]  1/8
applying [1]  7/22
appoint [1]  42/13
appointed [1]  41/11
appreciate [5]  9/1 9/3 11/18 12/9 12/16
appropriate [1]  44/7
approximately [3]  3/21 4/24 31/20
APRIL [2]  1/6 46/12

are [134]
area [2]  10/20 20/5
areas [1]  54/22
aren't [1]  36/13
argue [1]  40/2
argument [2]  19/4 47/17
arguments [1]  45/17
around [2]  6/1 18/23
arrangement [1]  9/10
as [69]
aside [1]  18/17
ask [11]  5/16 7/15 21/3 34/19 38/25
43/3 45/1 45/7 46/2 47/9 54/7
asked [2]  47/7 47/10 59/2
asking [1]  47/13
asserting [1]  48/24
assess [1]  20/25
assist [1]  37/2
associated [1]  6/10
assume [7]  12/19 14/13 15/21 30/10
30/12 44/7 49/5
assuming [2]  51/23 54/16
assure [1]  10/2
at [44]  4/3 5/10 5/12 6/24 7/12 7/25
8/20 9/13 9/14 9/24 10/11 10/24 13/17
14/16 15/3 16/9 20/18 22/14 24/7 24/9
29/7 31/24 32/4 34/25 36/5 38/17 42/3
42/10 42/22 42/25 45/17 46/13 46/25
48/11 49/21 51/7 52/16 52/23 53/6
57/1 57/5 58/10 58/16 59/15
attached [1]  6/12
attempt [1]  37/19
attention [2]  14/17 26/20
attitude [1]  3/14
attorney [7]  17/21 41/9 42/6 42/10
43/12 43/13 43/14
attorneys [1]  17/20
attributable [1]  8/15
August [2]  6/18 7/12
avenue [1]  48/11
avoid [1]  42/21
avoiding [1]  9/14
away [2]  6/25 50/25

**B**

B-406 [1]  1/21
B1 [1]  8/1
baby [1]  3/17
back [29]  6/8 7/1 7/1 9/4 11/20 12/6
13/5 13/14 14/8 14/16 16/2 17/9 18/16
22/10 26/12 27/20 29/4 29/9 30/1
33/15 33/17 33/22 34/2 39/1 39/4 40/3
49/21 52/4 57/7
ball [1]  13/12
balls [1]  45/1
bandwagon [4]  7/18 10/12 10/15 11/10
bank [1]  13/11
Barbier [3]  6/5 51/15 53/13
Barbier's [1]  5/25
barred [2]  41/12 48/15
based [2]  32/15 59/11
basically [2]  7/5 13/15
basis [1]  34/14
batch [1]  4/11
be [126]
became [1]  32/11
because [25]  5/17 8/19 11/14 20/18
20/21 21/6 24/6 25/12 25/14 27/19
33/5 36/2 36/11 36/17 36/23 38/19
40/4 40/7 41/12 48/13 48/14 50/20

51/19 53/16 59/1
57/11 [48]  8/21 8/22 10/17 10/18
11/8 12/22 12/23 16/13 17/20 18/20
18/20 20/15 20/16 20/18 20/19 22/11
23/19 23/23 23/25 26/12 26/23 26/24
27/15 28/15 30/2 34/13 34/15 34/18
34/25 35/1 35/9 35/10 36/2 36/24
39/11 39/13 40/25 42/7 42/17 44/8
46/15 48/15 48/23 49/23 50/2 50/7
51/23
before [5]  1/12 6/21 11/24 14/23 33/18
begged [1]  18/19
beginning [2]  39/21 41/1
behalf [6]  4/21 14/2 15/23 27/3 44/12
47/4
being [15]  5/4 15/13 18/18 19/17 20/12
21/5 32/15 35/15 35/18 35/21 37/25
52/13 58/2 58/15 59/11
believe [13]  8/7 10/15 23/22 24/4 29/19
29/19 39/25 41/17 42/9 42/18 42/24
50/20 52/21
bench [2]  46/4 51/10
best [2]  7/10 60/5
better [5]  19/14 29/7 37/12 46/1 56/11
between [9]  15/3 16/2 20/3 24/1 24/2
24/3 27/22 37/4 39/1
big [2]  18/14 21/19
billion [2]  17/19 18/17
bit [3]  33/4 44/19 46/6
bite [2]  9/14 49/21
bono [1]  17/20
booked [1]  56/24
both [7]  17/8 28/10 41/2 42/10 51/1
52/14 53/8
bottom [1]  43/17
BP [66]
BP's [6]  4/23 8/12 9/11 21/25 34/13
37/6
breaks [1]  51/19
brief [10]  21/4 28/18 36/20 54/22 55/8
58/1 58/7 58/7 58/24 59/13
briefly [2]  14/2 19/25
briefs [3]  36/19 37/5 58/18
bring [5]  25/4 26/20 26/22 42/23 46/14
bringing [1]  43/1
broader [1]  58/16
brought [3]  14/17 16/24 59/1
budget [2]  17/21 17/23
bump [2]  37/23 37/25
burden [2]  29/20 46/10
bus [1]  45/22
business [3]  22/19 23/11 55/1
but [54]  5/3 6/19 7/8 7/24 8/11 8/21
9/21 10/2 10/6 10/10 10/13 11/20
12/23 14/8 23/5 24/20 25/11 26/3
26/13 26/19 27/20 27/21 28/14 28/20
29/17 30/23 31/15 32/3 32/12 34/2
34/6 37/1 39/14 39/18 41/21 42/19
44/17 45/6 47/20 49/1 49/12 51/1
51/20 52/19 54/4 55/14 55/15 55/22
56/4 56/20 57/13 57/15 58/7 58/18
Bye [1]  13/4

**C**

calendar [6]  30/9 32/8 33/18 33/22
33/24 46/21
call [7]  5/18 7/20 12/24 26/12 26/18
45/1 54/11
called [3]  14/24 15/7 53/22
calls [1]  5/21

C

came [3] 5/25 21/25 41/6
camera [2] 51/1 51/7
can [45] 8/11 10/2 10/7 10/17 11/21
12/4 18/9 21/18 23/3 24/10 24/21
26/19 27/16 27/22 28/5 28/16 28/17
29/8 29/16 30/16 33/11 33/18 34/19
35/3 35/24 36/19 37/1 37/2 37/6 37/11
37/21 38/3 39/16 39/25 40/3 43/11
44/21 45/24 47/9 49/4 50/2 50/11
54/10 57/12 58/19
can't [12] 10/10 15/1 18/7 18/15 22/4
24/24 29/8 36/4 36/25 44/25 45/22
51/15
candidates [1] 10/13
capability [2] 15/10 17/1
care [2] 50/11 56/14
case [35] 9/16 13/11 17/22 18/19 18/19
18/21 19/3 23/18 23/19 23/21 23/22
24/5 24/11 26/7 26/15 31/8 31/13
32/17 39/19 39/25 40/3 42/8 42/13
42/14 43/15 43/18 43/19 45/11 45/14
47/2 47/13 48/18 49/14 49/15 58/15
cases [3] 15/11 39/15 56/25
cause [1] 50/1
caveat [2] 31/22 46/7
CCR [3] 1/20 60/2 60/9
central [1] 57/3
certain [2] 22/21 39/16
certainly [9] 8/22 10/17 11/19 26/22
29/16 34/14 34/19 37/19 38/3
CERTIFICATE [1] 60/1
certify [1] 60/4
Chad [9] 33/21 47/4 48/10 49/4 49/7
49/16 49/17 51/22 52/9
challenge [1] 27/10
challenges [1] 28/13
challenging [2] 27/14 35/17
changed [1] 7/7
charge [1] 10/19
chew [1] 56/12
chime [4] 5/17 8/24 32/5 51/23
chooses [1] 40/15
Chris [8] 6/24 7/1 9/3 11/19 12/5 12/10
12/14 12/22
circulated [1] 6/14
circumstances [2] 39/16 39/17
cities [1] 39/1
civil [1] 42/13
claim [15] 18/18 24/5 24/6 46/19 46/20
47/7 47/24 48/11 48/14 48/18 48/20
48/25 49/22 49/25 59/10
claims [15] 8/3 9/13 9/17 9/18 10/24
15/13 24/11 25/15 30/22 46/12 46/18
47/15 48/16 48/24 49/10
clarification [2] 25/4 44/7
clarity [1] 43/21
classic [1] 40/22
clear [3] 10/15 22/25 57/20
clearly [2] 23/20 24/22
client [2] 6/9 9/21
clock [7] 51/5 51/11 51/15 51/20 50/13
53/15 57/17
close [6] 6/1 6/21 18/4 22/19 23/11
55/1
closed [1] 48/23
Coast [1] 21/14
Coast Guard [1] 21/14
Collier [8] 4/21 6/23 14/1 15/22 19/24

24/15 27/2 31/18
come [7] 7/6 23/12 30/3 41/4 11/25
29/9 36/12 41/10 41/21 45/1 49/12
comes [4] 7/17 49/14 50/10 57/7
comfortable [1] 10/24
coming [5] 3/22 11/25 12/6 36/10 37/15
commencement [1] 32/10
commencing [1] 32/8
comment [6] 11/3 13/24 22/16 25/20
34/1 47/3
comments [2] 11/18 12/6
compensatory [2] 6/3 9/12
complain [1] 23/3
complete [2] 32/20 33/24
completely [2] 10/21 29/13
comply [1] 22/9
complying [1] 35/10
comprehend [1] 27/14
computer [1] 1/25
computer-aided [1] 1/25
concern [9] 10/20 16/14 32/2 34/3
35/23 49/20 52/16 52/24 59/3
concerned [1] 51/2
concerns [3] 7/21 24/20 32/22
conducted [1] 16/6
confer [3] 25/25 26/3 29/24
conference [6] 1/12 6/14 7/20 23/20
26/12 57/8
confidential [1] 13/21
confidentiality [1] 13/16
conjure [1] 48/17
Conservation [1] 4/12
consider [2] 9/9 36/3
consistency [1] 41/2
consistent [1] 38/25
consistently [1] 8/10
contact [5] 6/24 34/13 34/20 34/25
35/1
contain [1] 4/1
contended [1] 21/22
contention [3] 25/8 38/17 38/23
contents [1] 28/16
context [1] 18/17
continue [1] 10/6 29/21 39/19
control [2] 51/5 57/18
controls [1] 51/20
convenience [1] 40/12
conversation [3] 11/6 51/10 56/5
conversations [1] 56/17
cooperative [1] 10/18
coordinate [1] 45/11
coordinating [1] 41/11
Corey [50] 3/9 3/13 3/16 6/7 6/14 9/20
12/22 13/7 14/2 14/8 18/13 19/9 21/2
22/11 23/5 23/6 23/13 24/16 25/2
25/25 26/11 29/17 30/3 32/8 33/4
33/10 33/25 34/12 36/6 38/13 39/3
39/24 41/23 42/5 42/16 43/3 44/1 44/5
45/13 47/6 48/2 48/21 49/8 50/10 51/9
53/15 54/5 54/6 56/4 58/11
Corey's [5] 7/8 14/6 24/17 40/20 40/25
corporation [1] 17/19
correct [19] 5/15 26/4 31/5 34/25 38/1
40/9 41/25 43/25 50/4 52/5 54/6 54/11
56/1 57/3 58/22 58/22 59/4 59/4 60/4
corrected [1] 59/5
could [16] 6/12 10/11 17/24 18/10
19/12 19/19 19/25 20/14 22/17 32/13
32/22 37/8 47/1 47/18 58/18 59/3
couldn't [1] 23/3

counsel [12] 24/1 26/23 41/11 42/5
42/12 42/13 42/18 42/19 44/19 42/22
42/24 43/14
count [2] 22/23 23/9
counterclaim [1] 48/25
counterclaims [1] 46/14
counting [1] 38/14
countless [1] 15/14
couple [4] 7/6 7/7 15/23 55/13
course [8] 6/5 6/18 7/16 7/17 8/2 14/8
51/19 53/14
court [38] 1/1 1/20 4/9 6/13 6/19 13/12
14/21 14/23 16/3 16/3 16/17 19/2 19/4
20/4 22/3 25/16 26/14 30/8 30/15
30/23 39/8 39/14 39/21 40/23 42/6
42/20 42/23 45/17 45/25 45/2 46/2
46/23 54/15 55/4 56/18 60/2 60/3
60/10
Court's [6] 8/1 25/11 26/20 27/18 27/23
52/21
Court-imposed [1] 6/19
cover [3] 31/11 37/10 54/24
covered [1] 52/19
covers [1] 58/1
creating [1] 25/13
current [1] 32/8
currently [2] 24/7 25/12
custodial [10] 5/9 5/11 14/11 16/7
16/10 17/6 20/7 20/10 21/6 58/3
custodian [1] 35/16
cut [5] 52/4 53/10 53/11 57/15 57/16

D

daily [1] 34/14
damage [3] 8/4 8/15 9/13
damages [4] 6/3 8/15 10/3 10/19
darn [1] 6/1
database [15] 26/10 26/16 27/4 27/8
27/9 27/11 27/13 28/10 28/14 28/19
28/23 28/24 29/14 29/18 29/21
databases [3] 28/8 28/11 29/2
date [7] 27/10 32/9 32/10 33/15 33/22
37/23 37/25
dates [2] 38/3 58/20
Day [2] 6/1 6/22
days [2] 33/17 55/13
deadline [5] 3/22 3/23 4/25 5/6 15/17
deadlines [3] 6/19 6/19 57/23
dealt [1] 21/20
December [1] 49/13
decided [1] 57/14
deciding [1] 38/21
decision [1] 6/10
DEEPWATER [1] 1/5
default [4] 39/10 39/12 39/13 39/18
defend [3] 46/11 46/18 46/20
defendant [3] 33/8 38/22 44/11
defendant's [1] 13/12
defendants [20] 3/22 4/8 9/9 17/14
26/21 28/15 29/19 30/19 31/15 38/20
44/5 44/8 44/10 44/12 44/22 46/11
46/18 54/23 58/5 58/21
defendants' [4] 4/18 25/10 44/24 47/2
defense [1] 49/25
definitely [1] 37/15
delay [1] 33/5
department [7] 3/25 4/12 17/12 17/25
28/9 28/10 28/22
departmental [2] 21/9 21/10
departments [9] 14/18 15/5 15/8 15/20

**D**

departments... [5]  16/22 19/19 21/8
 23/24 36/9
depend [1]  49/9
Depending [1]  46/17
depose [4]  35/20 38/22 38/24 47/1
deposed [6]  39/8 40/14 54/1 54/4
 54/23 55/19
deposing [3]  32/20 32/21 52/5
deposition [10]  35/22 37/24 40/18
 40/22 42/16 44/9 55/22 55/23 58/10
 58/16
depositions [18]  30/5 32/7 38/18 39/6
 39/10 40/6 40/8 40/15 40/24 42/3
 42/11 42/23 42/25 48/23 53/12 53/24
 57/16 57/18
deps [1]  45/6
deserving [1]  19/17
desk [1]  56/11
details [3]  15/6 24/20 47/13
determination [1]  9/15
determine [2]  28/16 47/14
develop [2]  55/12 55/15
did [12]  7/20 14/5 17/12 22/22 32/17
 33/2 33/14 35/6 39/23 44/17 54/6 54/7
didn't [7]  11/5 16/8 17/17 19/20 23/22
 41/10 49/18
difference [1]  43/19
different [7]  7/24 16/18 18/13 36/12
 49/12 52/13 57/21
differently [1]  58/12
difficult [1]  28/13
direct [2]  35/1 53/17
disagree [1]  26/1
disagreement [1]  27/3
disbursements [1]  48/5
disbursing [1]  48/12
discharge [1]  43/14
disclose [1]  56/9
disclosure [8]  21/7 21/13 30/17 30/20
 31/6 53/7 55/2 55/5
discovery [17]  6/6 11/15 15/10 15/13
 16/25 17/2 17/5 20/22 33/5 35/8 35/8
 35/25 46/16 47/12 48/11 48/17 53/11
 57/10 50/19
discuss [6]  4/18 26/18 27/19 28/15
 37/10 50/19
discussed [2]  26/13 31/25
discussing [1]  46/15
discussion [1]  39/5
discussions [1]  10/7
dismiss [3]  48/14 48/20 59/10
dismissed [1]  48/16
dispute [2]  27/5 27/21
distinction [1]  10/5
district [5]  1/1 1/2 40/4 60/3 60/3
divergent [2]  8/11 8/14
divide [3]  44/11 44/22 44/24
do [60]  8/7 8/21 10/10 10/15 10/20
 12/4 13/6 13/8 15/1 15/17 16/18 16/18
 17/10 18/15 19/14 22/5 22/6 22/15
 22/16 23/15 26/14 27/5 27/20 27/21
 27/25 28/15 28/25 29/17 29/23 30/5
 30/7 30/23 33/15 36/6 36/17 37/4
 37/15 37/22 40/2 40/6 42/14 43/3
 43/21 43/23 44/21 45/4 45/23 47/3
 48/2 49/10 51/6 52/22 53/10 53/10
 54/1 54/5 54/20 55/10 57/1 57/5
Dock [2]  8/3 10/4
document [15]  4/23 5/6 7/13 20/5
 20/17 20/21 29/3 29/12 29/13 29/20
 42/18 42/19 43/3 43/5
documents [26]  3/21 3/24 3/25 4/10
 4/11 4/13 4/15 4/25 5/4 13/17 18/3
 20/7 23/14 23/24 24/1 24/1 24/2 24/2
 24/9 25/8 25/14 25/15 26/1 26/14
 31/23 35/9
does [10]  7/16 7/21 12/14 13/24 18/6
 18/15 31/17 33/6 45/15 56/8
doesn't [6]  8/18 22/8 29/17 33/8 36/3
 45/12
doing [10]  3/4 10/18 15/19 17/12 17/20
 25/12 34/11 51/3 51/3 56/4
dollar [1]  17/19
don't [49]  7/23 8/6 8/20 14/6 14/19
 15/9 15/10 17/22 18/14 18/22 18/24
 19/1 19/1 19/4 19/21 21/14 22/5 23/9
 24/4 24/9 25/9 25/10 25/24 26/3 26/5
 26/11 28/4 29/19 32/12 33/6 35/24
 36/18 36/23 37/7 38/20 39/3 39/25
 40/17 41/4 42/18 42/24 46/11 49/1
 49/10 50/18 51/14 52/18 54/14 58/25
done [21]  6/20 7/2 11/21 12/14 15/18
 16/12 17/7 17/24 19/8 19/11 19/18
 20/12 22/12 26/17 32/13 33/18 40/7
 41/8 48/8 50/2 50/7
door [2]  41/2 49/21
double [6]  22/7 22/20 22/22 23/8 43/24
 59/13
double-spaced [6]  22/7 22/20 22/22
 23/8 43/24 59/13
doubling [1]  31/3
Doug [1]  11/11
dovetailed [1]  8/10
down [2]  19/20 45/19
Doyle [4]  1/20 60/2 60/9 60/9
draft [3]  4/8 13/13 14/3
drafted [1]  4/6
drag [1]  12/15
drawing [1]  10/6
Dry [2]  8/3 10/4
Dry Dock [2]  8/3 10/4
due [2]  14/8 25/5
duplicate [1]  52/22
duplication [2]  52/11 52/14
during [3]  23/20 54/1 54/23

**E**

e-discovery [8]  15/10 16/25 17/2 17/5
 20/22 35/8 35/8 35/25
e-mail [5]  6/14 35/14 35/15 54/11 55/4
e-mails [7]  26/13 35/13 35/18 36/9
 36/14 58/3 59/2
each [4]  22/4 23/8 25/18 34/14
earlier [4]  13/9 42/8 45/10 52/12
early [2]  37/12 39/4
EASTERN [2]  1/2 60/3
economic [2]  3/25 19/3
efforts [1]  52/13
either [3]  50/21 56/18 57/17
electronic [3]  27/16 27/25 28/5
eliminate [1]  52/14
Elliot [1]  55/24
else [6]  5/13 7/16 8/13 8/24 16/8 37/3
 38/24 42/16 48/8
employees [4]  38/17 38/18 39/7 40/18
encompass [1]  31/9
end [3]  21/20 28/25 52/15
endorse [1]  9/1
endorsed [2]  16/3 20/3
enough [1]  17/17
ensure [1]  17/14
entire [2]  17/22 54/10
entitled [1]  60/6
entity [1]  17/1
entries [1]  28/12
envisioning [2]  51/3 51/5
equal [1]  22/12
established [1]  57/23
etc [12]  12/20 13/12 15/5 15/10 24/4
 42/19 46/6 51/20 51/20 57/23 58/15
 59/11
evaluating [1]  35/19
even [9]  20/20 34/6 35/22 36/3 36/4
 39/19 41/10 45/5 46/1
ever [1]  39/11
every [9]  17/13 17/14 17/25 17/25 31/9
 56/24 56/25 57/1 57/5
everybody [5]  3/3 10/8 54/20 57/7
 59/17
everybody's [1]  6/8
everyone [1]  48/19
everything [11]  8/13 8/19 10/18 15/16
 17/24 18/1 19/11 19/12 19/19 23/3
 28/22
evolving [1]  56/17
exactly [12]  15/18 20/11 20/25 24/18
 27/10 27/15 30/21 36/14 36/15 36/20
 46/11 49/10
example [4]  28/19 40/20 40/22 42/15
exception [1]  7/6
exchange [1]  6/11
excluded [1]  24/6
excludes [1]  23/20
excluding [2]  23/25 24/12
excuse [1]  6/2
exhausted [1]  11/2
expanded [1]  53/16
expect [1]  45/2
expecting [1]  12/11
expenditure [1]  49/11
expenditures [1]  59/11
expense [1]  6/10
expert [7]  50/17 53/16 53/25 54/2
 54/24 55/6 55/19
expertise [2]  54/22 55/9
experts [18]  52/2 52/5 52/10 52/14
 52/19 52/22 52/25 53/4 53/5 53/9
 53/17 53/20 53/22 53/23 53/25 54/18
 54/21 57/15
explain [1]  36/20
explained [1]  13/8
explaining [1]  15/18
explanation [4]  16/21 24/13 24/18
 36/20
explore [2]  11/12 11/14
extend [1]  59/2
extended [1]  55/20
extending [1]  38/9
extension [1]  34/7
extensive [1]  16/12
extent [5]  32/19 41/12 52/10 52/18
 53/24
extreme [1]  40/10
extremely [2]  28/13 35/16
eyesight [1]  23/1

**F**

facing [1]  9/16

**F**

fact [28]  7/9 9/3 15/25 16/14 19/20
20/15 23/21 24/5 30/5 31/3 31/8 31/12
31/19 32/7 37/23 45/19 46/12 46/20
47/1 48/7 48/11 48/22 53/2 53/25 54/1
54/5 54/18 54/23
facts [1]  31/16
factual [1]  55/19
fair [4]  18/22 19/1 39/20 43/2
fall [1]  35/7
Fallon [2]  5/20 5/21
falls [1]  37/24
familiar [1]  55/17
far [3]  22/13 24/18 35/10
fashion [1]  56/18
FCRR [3]  1/20 60/2 60/9
feasible [1]  4/16
February [1]  40/3
federal [2]  4/5 24/3
feel [3]  34/18 37/12 56/11
feet [1]  7/1
few [2]  52/22 57/22
fields [2]  36/12 36/15
file [17]  5/9 17/6 20/7 20/11 21/15
29/14 30/22 31/6 43/5 43/22 48/14
55/2 55/3 57/25 58/6 59/10 59/12
filed [1]  40/4
files [10]  5/11 14/12 15/15 16/7 16/10
20/6 20/19 21/6 49/24 58/3
filing [2]  48/19 57/22
final [5]  12/6 12/12 12/20 12/20 30/9
finalize [1]  12/2
finalized [1]  7/14
finalizing [1]  6/21
Finance [1]  28/10
find [3]  22/2 34/23 36/23
findings [1]  8/13
fine [14]  22/19 23/13 33/10 33/23 34/5
38/2 38/5 38/24 44/3 51/17 54/16 56/6
57/9 58/18
finish [1]  21/2
first [15]  3/19 7/17 9/1 14/13 17/9
20/10 22/6 22/16 35/19 39/24 40/7
43/1 46/8 51/9 58/24
fiscal [1]  29/5
five [9]  30/11 43/25 57/25 58/4 58/8
58/9 58/24 58/25 59/2
five-page [1]  57/25
focusing [1]  10/16
follow [1]  12/10
following [1]  12/18
forbearance [1]  9/7
force [1]  10/10
foregoing [1]  60/4
forget [1]  58/6
form [1]  47/20
format [7]  27/16 28/6 29/24 36/10
36/13 36/24 36/25
formatted [1]  37/1
forth [2]  26/13 39/1
forward [1]  19/22
found [1]  34/9
four [4]  23/2 23/8 42/17 58/25
frame [1]  58/19
frankly [3]  18/4 21/14 46/21
Friday [7]  23/11 25/6 50/22 58/4 58/6
58/20 58/21
Friday's [1]  6/14
front [7]  18/22 28/2 28/4 28/25 32/18

33/8 43/3
fully [1]  42/9
furthered [1]  47/12
future [2]  5/22 45/18

**G**

game [1]  5/10
gave [1]  24/12
general [7]  8/2 41/9 42/6 42/10 43/12
43/13 43/14
general's [1]  17/21
generally [2]  24/22 33/3
generated [1]  29/1
generating [1]  24/7
get [46]  3/18 3/23 4/4 4/9 4/16 6/9 6/15
6/20 7/1 7/1 7/2 7/14 9/4 11/20 11/21
11/24 12/4 13/14 14/8 15/11 17/11
17/14 17/17 19/12 22/6 22/15 25/1
30/1 30/15 30/22 32/13 33/18 34/5
34/9 34/20 35/22 36/15 37/5 37/21
42/1 45/12 45/19 48/15 54/4 56/10
58/18
get-together [1]  25/1
gets [2]  22/3 45/2
getting [13]  5/11 6/7 6/7 11/15 12/14
20/9 21/24 22/1 23/1 35/9 35/25 42/7
56/23
give [13]  11/19 18/1 23/3 26/15 28/18
33/19 43/9 48/21 50/25 54/11 54/21
55/6 58/17
given [7]  4/8 8/12 10/23 19/19 19/21
27/12 48/6
giving [2]  10/24 12/6
glad [1]  18/20
go [20]  3/10 9/14 12/2 13/5 14/13 15/6
17/25 19/22 21/2 24/5 27/20 30/25
32/20 39/4 41/5 48/17 51/4 53/11
55/16 56/10
goal [1]  10/10
goes [2]  18/14 23/2
going [58]  4/14 6/7 8/2 8/3 8/9 8/21 9/3
12/11 12/19 12/20 12/24 13/19 16/17
16/18 22/23 23/23 24/19 25/3 25/19
27/7 28/20 28/21 29/4 30/10 30/24
33/5 35/24 36/21 36/22 36/23 37/23
38/16 39/6 39/10 39/25 40/2 41/4
41/16 43/1 44/7 44/14 45/11 45/21
46/2 46/11 46/22 48/14 48/21 49/10
50/11 50/25 51/4 51/11 51/24 53/25
54/19 57/14 57/17
gone [2]  16/15 52/13
good [28]  3/3 3/5 3/6 3/7 3/8 3/13 4/20
5/13 5/13 5/13 5/13 5/16 7/15 10/10
10/12 11/13 12/8 13/24 16/21 27/24
28/2 30/4 37/22 50/1 55/23 59/8 59/14
59/17
got [14]  4/12 6/1 14/15 17/16 24/17
29/15 41/2 45/22 49/2 56/24 58/25
Gotcha [2]  8/23 48/1
government [3]  4/6 19/4 24/3
government's [1]  26/23
governor [7]  42/6 42/7 42/9 42/12 43/9
43/18 52/1
governor's [7]  17/20 42/10 42/18 42/22
42/24 58/9 58/14
grant [4]  46/16 47/13 47/16 49/12
grants [4]  47/5 47/8 47/21 47/24
gravity [1]  37/16
great [2]  12/22 52/13

grips [1]  37/16
ground [1]  7/1
group [2]  3/24 54/10
Guard [1]  21/14
guess [8]  7/3 22/16 29/8 34/1 37/2
45/13 47/5 57/12
guidance [2]  30/15 30/23
GULF [1]  1/6
gut [1]  55/15
guys [3]  11/13 12/18 22/6

**H**

had [18]  6/16 7/5 7/12 7/19 15/12
15/18 16/9 16/13 19/2 25/16 27/10
28/13 31/24 40/25 45/17 46/2 47/9
56/20
half [1]  44/9
Halliburton [8]  6/4 7/18 7/21 8/21 10/11
11/18 45/5 52/12
handle [2]  13/16 51/8
handled [1]  44/13
hands [2]  5/12 35/8
happen [3]  8/10 30/10 33/6
happens [1]  33/23
happy [2]  6/25 52/4
hard [3]  19/5 19/13 51/12
has [46]  3/20 4/13 6/9 9/12 9/21 9/23
10/18 11/4 11/6 12/22 15/8 17/7 17/21
17/23 20/12 20/24 21/7 23/18 23/23
26/23 26/24 27/15 32/15 34/13 39/13
40/23 42/12 42/14 42/24 44/8 45/14
46/10 47/6 47/10 47/10 48/4 48/10
49/23 50/2 50/7 50/21 51/18 52/17
52/23 53/21 55/18
Hastings [1]  11/11
hate [1]  56/20
have [187]
haven't [4]  19/17 31/23 34/18 42/19
having [9]  15/17 18/22 20/18 33/7
37/16 49/21 51/7 52/4 59/13
he [10]  10/6 12/7 21/19 23/22 26/24
41/10 45/22 45/24 51/18 51/20
hear [6]  10/2 16/8 22/10 33/21 51/14
54/6
heard [4]  19/17 38/14 41/3 43/16
hearing [6]  16/17 16/21 17/3 18/12
39/8 42/17
heavily [1]  16/1
heavy [2]  11/15 11/24
Heck [2]  6/24 9/3
help [2]  26/15 35/21
helpful [1]  29/25
helping [2]  26/23 35/1
here [21]  3/10 8/8 8/22 9/2 10/6 15/25
18/10 26/24 27/3 27/21 36/18 39/4
39/12 41/2 43/13 43/21 44/19 51/23
55/5 55/5 56/5
here's [2]  12/1 53/8
HESI [1]  5/24
Hey [3]  11/5 11/7 11/9
Hi [1]  4/22
him [2]  10/2 45/24
his [4]  6/25 7/1 21/15 43/15
history [15]  5/23 9/2 39/4 43/5 43/12
44/15 52/21
hit [1]  37/9
hold [3]  46/13 46/24 49/13
holiday [1]  48/13
honeymoon [1]  6/25

**H**

Honor [58]  3/7 4/20 6/16 7/19 8/25 9/8 11/21 12/13 12/23 14/1 15/22 16/20 17/8 18/9 18/21 19/24 20/14 22/18 22/20 25/5 26/2 26/8 27/2 31/18 31/23 32/25 33/10 33/25 34/24 35/7 37/14 38/2 38/5 38/10 38/23 39/2 40/20 43/2 44/3 44/18 48/2 49/3 49/4 49/8 49/16 50/14 51/9 51/22 52/9 53/18 54/25 55/11 56/7 56/8 56/16 57/9 59/7 59/16
HONORABLE [1]  1/13
hope [1]  3/15
hopeful [1]  27/22
hopefully [2]  9/4 37/11
hoping [1]  7/13
HORIZON [1]  1/5
hot [2]  11/15 11/24
hour [1]  57/7
hours [4]  18/3 44/8 44/9 44/10
house [3]  37/7
Houston [2]  39/8 40/15
how [25]  3/3 3/8 13/22 16/6 20/16 22/13 24/18 28/16 43/23 46/5 46/11 46/17 47/8 47/13 47/21 47/25 49/2 51/8 53/6 53/9 54/2 55/3 55/15 56/12 58/23
however [2]  50/6 58/19
HTML [1]  36/10
huh [9]  3/11 5/14 5/18 11/16 25/7 43/24 53/2 57/2 57/19
hundreds [2]  5/4 18/3
hybrid [2]  41/21 55/18

**I**

I'll [3]  21/4 37/5 42/1
I'm [35]  3/10 5/20 10/5 11/1 11/9 12/5 12/11 12/19 12/24 18/23 21/11 22/22 25/3 25/19 27/21 32/11 33/22 36/22 39/2 46/22 46/23 48/18 48/21 49/14 49/18 50/25 51/2 51/6 51/11 54/16 54/19 54/19 55/17 58/11 58/19
idea [2]  9/14 46/2
identical [1]  12/4
identification [2]  53/1 53/3
identified [7]  26/17 30/17 52/17 52/24 53/4 53/21 54/17
identify [5]  20/15 31/7 32/15 47/7 48/16
identifying [1]  49/22
if [69]
important [2]  29/23 43/6
importantly [1]  41/18
imposed [1]  6/19
imposes [1]  53/13
impossible [1]  28/14
in [155]
in camera [1]  51/7
inability [2]  15/19 34/4
inclination [1]  41/21
inclined [1]  51/6
included [3]  21/8 21/9 24/24
including [4]  35/16 39/9 40/23 52/2
incur [1]  6/10
indeed [1]  25/24
indemnity [1]  9/17
individual [1]  18/1
information [4]  4/1 4/2 13/10 27/9 28/21 35/16 47/22
informed [2]  5/4 15/16
initial [9]  21/6 21/12 25/17 25/20 30/17 31/6 55/2 55/5

instance [1]  28/18
instead [1]  28/8
intend [3]  13/15 42/9 42/22
intended [2]  24/23 55/3
intent [1]  9/20
intention [1]  42/15
intentionally [1]  24/6
interactions [1]  56/18
interest [15]  5/19 7/16 8/8 8/11 8/14 8/18 9/11 9/22 9/24 9/25 10/3 12/13 12/14 42/14 52/12
interested [1]  6/8
interests [5]  8/5 8/16 10/4 10/20 11/19
internal [1]  28/21
internally [4]  7/4 11/7 28/16 54/8
interrogatories [1]  48/9
interrogatory [2]  48/6 48/8
interrupt [1]  49/18
intervention [1]  27/23
into [7]  8/21 11/24 13/16 15/6 18/17 22/12 35/7
involved [1]  45/12
involving [1]  12/3
is [225]
issue [27]  4/5 7/23 8/24 14/11 15/23 16/9 16/20 18/17 24/11 24/16 26/3 27/19 35/6 36/25 42/4 43/6 43/6 43/7 44/4 44/19 45/7 47/5 49/6 49/22 52/12 58/14 58/16
issued [1]  39/9
issues [24]  4/17 13/6 14/7 18/13 20/19 20/22 24/19 31/25 32/15 32/16 33/6 34/5 34/15 34/22 35/4 36/2 36/24 37/16 37/20 47/19 52/18 52/24 58/1 59/2
it [134]
it's [49]  3/24 4/20 5/3 5/3 8/25 9/25 11/17 13/8 13/9 13/19 16/17 16/18 17/1 18/9 18/22 19/4 22/1 28/13 28/14 28/20 28/20 28/23 29/6 30/24 31/20 34/7 37/11 39/2 39/20 40/19 41/13 42/14 43/1 43/2 43/6 45/14 47/19 48/15 48/25 48/25 49/19 50/20 50/21 50/23 51/12 51/22 58/15 58/16
item [2]  4/14 13/6
its [6]  14/23 33/7 33/8 43/12 48/5 58/1
itself [1]  17/2

**J**

January [1]  41/11
January of [1]  41/11
jerk [1]  41/20
job [1]  19/14
joint [1]  37/23
jointly [1]  42/7
judge [18]  1/13 3/5 5/20 5/20 5/21 5/25 6/5 9/15 10/14 11/17 19/8 28/2 28/7 45/9 47/4 51/15 51/24 53/13
Judge Barbier [3]  6/5 51/15 53/13
Judge Barbier's [1]  5/25
Judge Fallon [1]  5/20
judgment [1]  47/17
July [3]  6/18 16/2 23/20
July 10 [1]  23/20
jump [3]  5/16 10/11 15/21
jumped [2]  10/15 12/25
jumping [1]  7/18
juries [1]  51/19
jury [6]  9/15 46/3 51/10 51/11 51/15 53/15

just [66]

**K**

keeping [1]  52/21
kept [1]  6/16
Kerry [8]  5/17 9/6 11/17 12/2 12/19 45/22 46/1 46/4
Kerry's [2]  9/1 12/13
kids [1]  3/18
kind [3]  5/6 32/3 51/24
knee [1]  41/20
knee-jerk [1]  41/20
know [27]  4/5 12/16 14/25 15/2 21/12 24/12 25/10 26/1 26/4 33/17 34/14 34/19 35/24 39/15 45/25 46/4 46/11 46/22 47/24 49/10 50/11 50/18 50/19 52/20 52/24 53/9 56/23
knowing [2]  46/6 51/13
knowledge [3]  47/21 48/24 55/19
knows [2]  6/16 42/6

**L**

Labor [3]  3/25 6/1 6/22
Labor Day [1]  6/22
laid [1]  24/16
landed [1]  57/4
Langan [2]  8/25 39/2
language [2]  47/8 47/16
large [2]  4/11 15/8
largely [1]  10/16
last [9]  5/5 6/7 9/4 11/3 19/11 19/25 24/17 42/17 50/19
late [4]  4/12 7/12 15/16 16/9
later [9]  13/3 13/17 15/6 24/23 25/5 25/21 41/10 46/3 55/14
law [4]  4/3 8/2 42/12 43/6
lawsuit [1]  33/13
lay [6]  53/23 53/25 54/18 54/21 54/24 55/6
lead [9]  10/18 13/7 18/20 19/3 23/15 23/16 26/24 30/6 45/6
leading [1]  8/9
learn [1]  46/3
least [11]  4/3 5/10 7/12 10/11 15/3 24/7 31/24 32/4 34/25 38/17 46/13
leave [1]  7/10
led [1]  4/6
left [1]  29/7
legal [1]  39/24
length [1]  57/18
let [23]  7/15 11/6 14/25 15/1 19/22 21/3 21/11 22/14 25/19 26/1 26/3 26/4 31/22 41/20 42/15 43/4 44/19 46/7 50/11 51/5 54/19 54/25 57/17
let's [22]  3/9 3/18 3/18 5/16 13/5 18/16 22/5 23/2 24/25 26/9 29/25 30/4 33/16 37/22 37/22 40/12 42/3 45/19 50/17 53/19 56/15 56/25
letter [3]  15/18 22/7 22/21
letterhead [1]  23/10
letting [2]  12/15 51/4
lexicon [2]  40/5 40/20
liability [3]  7/25 8/1 41/16
liable [2]  8/19 8/19
lie [1]  10/24
lifting [1]  11/24
light [2]  7/7 7/8
like [29]  3/13 4/1 10/19 11/12 11/20 13/11 14/13 14/20 15/11 17/7 18/14 20/9 22/6 22/10 29/25 33/9 36/1 37/15 38/16 38/22 39/13 43/4 43/7 43/16

**L**

like... [5]  43/17 43/22 50/6 54/20 56/4
likely [1]  7/9 22/1 47/19
limit [3]  17/10 17/15 52/14
limitation [2]  22/11 41/16
limitations [1]  51/6
limited [6]  8/2 8/4 8/8 8/22 46/24 49/5
limits [1]  51/24
line [1]  43/17
lines [3]  12/6 22/23 23/9
list [11]  31/10 31/15 52/20 53/9 54/6
54/18 54/20 55/2 55/6 56/9 57/19
listen [2]  19/5 23/9
literally [2]  17/21 17/22
litigation [4]  41/3 43/10 43/10 49/6
little [6]  33/3 44/15 44/19 46/6 55/22
56/5
live [2]  40/13 41/19
load [1]  20/19
local [1]  19/3
located [1]  38/19
location [2]  38/25 39/18
locations [1]  38/11
log [3]  25/10 25/13 26/6
logged [1]  25/23
logs [1]  25/5
long [1]  36/24
look [4]  11/17 22/14 36/4 43/20
looked [1]  51/7
looking [2]  48/10 52/16
looks [1]  11/14
lot [11]  4/13 13/10 16/4 21/24 32/22
34/15 35/9 35/14 36/12 39/4 39/5
LOUISIANA [4]  1/2 1/8 1/21 60/4
loved [1]  40/25
low [1]  8/16
lunch [1]  57/7

**M**

ma'am [1]  3/12
made [8]  6/9 9/15 14/3 18/18 19/2
20/21 21/10 50/19
MAGISTRATE [1]  1/13
mail [5]  6/14 35/14 35/15 54/11 55/4
mails [7]  26/13 35/13 35/18 36/9 36/14
58/3 59/2
main [2]  5/14 29/2
mainframes [1]  28/11
maintain [1]  28/12
maintains [2]  28/9 28/20
major [1]  35/23
majority [3]  40/13 41/19 41/23
make [20]  8/14 9/12 17/3 17/6 18/9
23/2 27/16 29/18 34/1 40/17 41/7
43/17 45/16 53/10 56/11 57/15 57/16
57/20 57/22 58/19
makes [1]  49/25
making [2]  33/7 35/16
many [9]  16/10 41/3 41/3 43/23 51/4
53/6 53/9 56/12 58/23
maritime [1]  8/2
mark [1]  40/21
marked [1]  13/20
marker [1]  13/20
massive [1]  28/11
material [2]  5/1 35/21
materials [4]  5/8 5/10 16/11 20/8
matter [3]  39/25 51/19 60/6
may [31]  9/16 14/24 22/1 24/19 26/12
26/15 26/18 26/19 27/18 30/10 30/17
31/14 31/23 32/3 33/21 34/6 35/7
35/17 35/19 41/3 46/9 46/11 46/19
46/25 49/10 49/11 51/22 52/6 52/20
52/25 55/6
maybe [6]  7/4 9/10 11/5 37/12 39/18
51/18
Maze [1]  42/16
MD [1]  1/5
MDL [7]  23/2 34/9 39/10 40/1 40/1
41/10 41/15
me [33]  7/15 10/11 11/14 12/2 12/8
12/20 14/13 21/3 22/14 22/15 23/3
26/1 28/2 31/22 33/8 36/18 36/23 37/8
37/24 38/12 41/20 43/4 46/2 46/7
50/11 52/4 53/10 53/10 53/12 54/25
55/23 56/21 58/25
mean [7]  5/20 17/22 17/22 28/4 49/18
53/6 56/8
mechanical [1]  1/25
meet [1]  15/17
meeting [1]  21/1
meetings [1]  24/3
meets [2]  9/24 9/24
met [3]  15/5 15/14 18/2
metadata [4]  35/11 35/15 36/6 37/2
MEXICO [1]  1/6
middle [1]  49/13
might [14]  5/17 6/8 9/9 10/12 11/7 11/9
12/7 15/7 36/12 41/21 44/19 53/6
55/21 56/3
Miller [6]  14/24 26/23 42/15 45/22 46/1
46/4
million [3]  4/24 18/4 21/25
mind [4]  7/17 19/2 22/5 26/3
minimizing [1]  10/3
minutes [3]  30/11 44/10 54/11
misappropriated [1]  59/11
misappropriation [1]  46/16
miscellaneous [1]  56/15
misrepresented [1]  54/15
mistakes [1]  21/24
mitigation [3]  47/6 47/20 49/23
model [2]  55/17 56/3
MOEX [2]  9/10 10/12
Monday [3]  21/25 48/13 48/13
money [6]  46/16 47/9 47/13 47/15
47/25 49/12
monies [1]  48/12
Montgomery [8]  38/18 40/3 40/8 40/14
40/14 41/18 41/19 41/23
month [1]  6/6
months [4]  11/9 17/25 19/12 48/15
more [12]  7/3 18/18 31/22 32/3 32/19
41/18 48/5 48/7 51/2 51/18 51/19 57/6
morning [1]  3/3 3/5 3/6 3/7 3/8 4/20
28/3
Morriss [1]  47/4
most [6]  21/19 35/12 35/12 35/15 45/6
47/19
motion [4]  8/12 48/14 59/10 59/12
motions [1]  57/4
move [5]  26/9 26/15 30/4 32/10 50/2
moving [1]  32/9
MSG [1]  36/10
much [3]  7/10 34/13 39/1
multiple [1]  44/4
must [1]  40/6
my [31]  5/19 6/9 7/17 9/3 12/12 23/1
25/20 27/7 41/20 46/23 49/7 55/15
56/23 60/5

**N**

names [2]  4/1 13/11
narrow [1]  19/20
native [1]  29/16
natively [1]  36/13
Natural [1]  4/12
necessarily [5]  14/6 27/18 32/12 35/7
35/24
necessary [7]  10/1 17/6 30/23 31/8
32/12 40/19 44/25
necessitates [1]  17/2
need [29]  5/18 13/17 13/22 15/6 22/2
25/4 25/22 29/16 30/25 31/15 32/3
33/14 34/19 38/3 40/24 43/23 44/2
44/24 46/20 47/23 48/2 48/22 49/15
51/19 52/20 54/1 54/7 56/4 56/4
needed [2]  26/17 43/21
needs [3]  39/18 39/19 45/6
negotiate [1]  16/4
negotiated [9]  16/1 16/13 16/16 16/19
20/3 20/8 22/9 22/13 41/12
negotiating [2]  14/16 14/20
negotiations [2]  41/8 41/14
never [2]  19/10 21/22
new [13]  1/8 1/21 7/9 39/11 39/12
39/19 40/7 40/17 40/18 40/24 41/13
41/17 41/21
New Orleans [10]  39/11 39/12 39/19
40/7 40/17 40/18 40/24 41/13 41/17
41/21
next [26]  5/2 7/2 7/14 7/15 11/23 23/14
24/25 25/3 25/5 30/1 30/9 33/16 36/19
37/12 37/13 38/11 40/2 50/21 50/21
55/12 57/12 57/22 57/25 58/6 58/20
59/9
nice [1]  13/4
night [1]  24/17
nine [1]  31/20
no [21]  5/16 7/25 12/14 12/16 13/6
23/6 23/14 25/19 39/9 39/10 39/10
39/22 42/19 45/21 45/21 49/19 50/9
53/3 54/16 56/6 57/6
No. [6]  4/17 12/25 26/9 30/4 46/7
56/14
No. 2 [1]  4/17
No. 3 [1]  26/9
No. 4 [1]  30/4
No. 5 [1]  46/7
No. 7 [2]  12/25 56/14
nobody [1]  23/3
nonjury [1]  53/15
nonresponsive [2]  24/4 25/9
nonretained [1]  53/22
normal [1]  59/12
not [100]
note [2]  7/20 11/3
nothing [2]  12/23 26/18
notice [4]  30/8 38/15 46/25 48/19
noticed [1]  35/14
noting [1]  11/6
November [2]  32/8 32/20 41/9
November 3 [1]  32/8
now [28]  6/6 7/15 11/9 11/13 13/13
15/21 16/17 20/9 21/18 21/24 25/4
27/19 30/4 31/13 32/4 34/2 37/4 38/11
39/15 40/10 42/23 42/24 43/4 45/19
53/10 53/14 54/14 56/24
NRD [9]  4/13 23/14 23/19 23/25 24/9

myself [1]  41/9

**N**

NRD... [4]  24/23 25/8 25/15 25/25
NRD-related [3]  4/13 23/14 25/25
number [25]  6/16 6/18 15/8 17/15
17/18 17/18 19/10 19/16 21/5 22/23
31/17 46/5 46/24 48/4 48/10 50/21
52/2 52/14 52/17 52/23 53/3 53/5
53/20 57/15 58/6
Number one [2]  6/16 48/4
Number two [3]  6/18 17/18 48/10
numbers [1]  4/2

**O**

oar [1]  8/9
object [1]  32/12
objection [1]  39/14
objects [1]  15/19
obligation [1]  21/1
obviously [8]  6/4 16/14 20/24 32/6 33/3
39/3 42/14 50/1
occasions [1]  15/15
occur [1]  15/8
occurred [2]  15/8 56/21
October [8]  1/7 3/2 4/25 5/5 5/9 19/12
38/9 38/10
October 22 [1]  38/10
October 3 [4]  4/25 5/5 5/9 19/12
off [7]  9/4 12/24 23/15 40/21 45/22
56/10 59/11
office [3]  11/20 17/21 17/22
official [4]  1/20 29/2 60/2 60/10
offset [2]  48/25 50/13
often [1]  17/2
Oh [2]  3/16 18/23
OIL [2]  1/5 1/5
okay [55]  3/20 4/19 8/17 8/23 12/20
13/5 13/15 14/10 18/8 19/6 19/9 19/23
20/13 20/23 21/2 22/5 23/7 23/11
23/17 24/14 24/22 26/9 27/1 27/24
29/10 29/23 30/4 30/13 31/10 31/21
32/5 32/7 32/24 33/16 34/2 34/17
34/21 35/5 38/4 43/20 43/23 44/20
45/8 46/9 48/1 48/21 49/19 50/15
51/7 53/8 54/9 56/12 57/11 57/14
58/13
on [123]
once [3]  53/7 54/2 54/4
one [60]  3/23 4/15 4/15 5/25 6/16 7/3
7/5 9/13 9/13 9/14 10/20 11/2 11/3
13/7 13/25 17/9 18/10 19/10 20/16
21/5 21/19 25/2 25/24 27/12 28/8
28/12 29/2 29/11 30/1 31/22 32/14
32/16 34/1 34/2 34/4 35/6 35/23 36/19
37/1 37/25 38/6 38/7 40/11 42/15
42/16 44/3 44/11 44/12 46/15 46/15
48/4 51/2 52/16 53/14 53/21 53/24
54/7 55/19 55/22 55/23
only [18]  8/1 17/15 21/12 23/5 31/7
36/1 36/2 38/23 39/20 40/1 43/11
43/14 43/18 49/20 49/22 52/10 54/2
54/4
OPA [8]  7/25 8/20 18/19 18/19 19/3
39/15 56/25 57/1
open [3]  46/13 46/24 49/14
opening [1]  46/23
operative [1]  7/13
opinion [3]  54/24 55/7 55/9
opinions [1]  55/19
opportunity [1]  31/24
or [61]

order [12]  8/1 13/16 13/21 14/21 14/23
15/3 20/20 36/13 38/3 39/7 46/20 47/14
ordered [2]  39/14 40/23
Orleans [12]  1/8 1/21 39/11 39/12
39/19 40/7 40/17 40/18 40/24 41/13
41/17 41/21
other [25]  4/11 7/25 9/8 9/9 16/20
16/24 17/11 18/20 20/4 22/4 24/2
25/18 28/5 32/16 34/5 34/8 34/14 38/3
38/22 50/3 52/8 52/24 56/24 56/25
57/6
others [1]  12/3
otherwise [1]  10/5
ought [3]  10/6 39/13 41/2
our [55]  3/25 4/12 5/6 5/9 6/17 6/24 7/4
8/1 8/12 8/22 9/11 9/21 10/2 12/20
14/9 14/17 20/24 21/12 23/11 23/18
23/20 25/8 26/12 29/15 29/20 30/1
31/8 31/13 31/16 32/16 34/4 34/7
34/12 35/13 36/8 36/20 37/5 38/17
38/22 39/7 39/14 39/21 41/6 42/15
43/3 45/10 47/5 47/12 49/20 50/8
50/19 52/15 55/2 55/4 59/6
ours [1]  7/8
ourselves [2]  30/20 44/25
out [29]  3/23 4/9 4/16 5/2 5/25 10/8
12/15 14/6 15/1 18/22 22/2 22/4 22/7
24/16 25/18 26/19 27/20 28/17 29/1
29/8 30/2 36/23 44/19 45/3 52/6 52/7
56/2 57/11 57/13
over [20]  4/3 4/8 4/18 6/17 15/16 17/11
17/24 18/2 18/3 19/11 20/17 21/15
21/18 21/24 29/15 36/4 37/24 39/14
55/12 56/19
overall [1]  10/19
overlap [1]  55/5
overlaps [1]  54/18
oversight [1]  11/21
overview [1]  3/18
owned [1]  10/4

**P**

page [10]  2/2 22/7 22/10 27/13 29/12
36/19 36/19 36/22 57/25 59/1
pages [12]  3/21 18/4 21/25 23/3 23/8
43/23 43/25 58/4 58/7 58/23 58/24
58/25
parade [1]  37/9
paragraphs [1]  7/7
Parker [8]  14/24 26/22 27/25 29/14
29/18 29/22 42/8 42/15
part [16]  10/11 20/10 20/10 21/8 21/13
23/19 23/21 23/22 24/10 26/14 26/20
29/15 36/20 40/1 41/13 48/18
participate [2]  9/25 43/12
participating [1]  42/22
participation [3]  42/3 52/7 58/10
particular [13]  13/20 13/21 15/23 24/5
26/16 28/21 29/20 39/17 39/17 46/15
48/6 48/20 59/3
parties [25]  4/9 6/13 7/20 7/21 7/25
13/10 15/4 16/2 16/24 20/3 20/4 22/3
25/17 26/19 27/22 29/7 33/19 38/14
38/15 39/9 39/16 52/8 53/12 53/20
55/4
parties' [1]  52/2
partner [1]  9/3
party [9]  23/8 31/14 38/15 41/8 43/10
43/10 43/18 43/18 58/15
pass [1]  11/6

past [4]  17/24 44/14 44/14 50/7
path [1]  55/24
Paul [22]  4/18 4/20 4/22 6/23 14/1
14/10 15/22 19/24 21/16 22/16 24/15
25/19 25/24 27/2 29/6 29/12 31/18
33/21 33/25 34/15 34/24 37/8
Paul's [2]  17/18 21/5
payroll [1]  28/22
penalty [5]  51/4 55/18 55/25 56/24 57/1
pendency [1]  8/12
people [12]  34/10 34/10 35/8 36/7 36/8
37/10 37/10 37/21 39/21 41/24 54/21
56/12
per [1]  45/14
percent [4]  20/17 21/20 36/4 54/17
perfect [2]  21/23 49/3
performed [1]  16/6
period [4]  54/2 54/2 54/23 55/20
periods [1]  55/22
person [4]  7/17 21/12 51/2 56/18
personal [2]  4/1 13/9
persons [5]  13/10 46/22 53/23 55/6
56/9
perspective [2]  9/11 17/4
phase [10]  5/25 7/5 24/23 25/21 51/4
53/11 55/18 55/25 56/24 57/1
Phase One [2]  5/25 7/5
phases [2]  50/3 53/23
phone [2]  45/22 56/19
physical [2]  8/4 8/15
pick [1]  57/12
piecemeal [1]  9/16
place [3]  11/16 13/16 22/12
plaintiff [1]  33/1
plan [2]  53/4 53/5
platforms [1]  15/10
play [1]  44/19
players [1]  5/14
pleaded [1]  46/19
pleading [1]  43/24
please [2]  18/10 23/9
plus [3]  20/7 31/11 31/16
point [21]  6/24 8/20 9/8 10/24 15/25
16/9 18/10 18/13 19/25 20/4 20/14
21/5 21/16 22/3 24/9 29/7 33/12 35/13
41/7 45/18 46/25
pointing [1]  22/7
points [1]  15/23
policy [1]  55/23
populated [1]  36/15
position [13]  7/24 10/25 14/6 14/9
20/20 34/6 39/7 43/3 43/4 50/8 53/19
55/12 55/25
positive [1]  35/2
possibility [3]  11/4 14/18 32/13
possible [5]  8/16 19/11 39/1 53/11
55/11
possibly [1]  6/18
potential [7]  8/13 9/17 11/19 38/16 47/1
47/15 48/11
Poydras [1]  1/21
precluded [1]  20/24
prefer [1]  6/10
prejudice [2]  17/16 21/6
prejudiced [3]  19/18 20/12 20/16
preliminarily [1]  14/5
preliminary [1]  57/15
prepared [3]  18/24 19/11 19/13
preparing [1]  42/7
presentation [1]  52/2

**P**

presented [1] 24/7
presently [2] 4/14 30/8
presentment [1] 24/8
presiding [1] 51/24
presuming [1] 34/5
pretrial [5] 40/2 40/21 40/22 40/23 41/15
pretty [6] 6/1 7/10 34/11 34/13 42/1 56/3
prevent [1] 42/22
preview [1] 43/9
previous [1] 53/23
previously [1] 26/13
primarily [1] 8/4
primary [1] 29/1
principally [2] 24/16 26/4
prior [2] 7/11 52/21
priority [1] 6/5
privilege [2] 25/5 25/10
privileged [1] 25/22
pro [1] 17/20
pro bono [1] 17/20
probably [6] 5/3 7/10 25/3 29/6 30/12 35/12 45/6
problem [13] 12/11 12/19 14/24 14/25 15/7 19/21 21/21 28/7 33/4 38/20 43/1 47/8 53/14
problems [4] 21/17 22/2 22/11 58/3
procedures [1] 13/22
proceed [5] 18/24 18/25 40/24 46/5 53/20
proceeding [2] 9/13 40/22
proceedings [9] 1/25 3/1 39/5 40/2 40/21 40/23 46/25 59/19 60/6
process [5] 5/2 17/1 18/23 21/23 35/2
produce [3] 4/10 20/6 26/14
produced [17] 3/20 4/24 4/25 5/4 5/8 5/9 5/11 16/11 18/3 20/25 24/10 27/5 28/1 29/25 35/15 36/13 39/21
producing [2] 5/2 36/14
production [26] 3/19 4/24 5/7 13/6 15/14 16/12 17/7 20/5 20/11 20/17 20/21 21/10 22/8 23/25 24/10 26/21 29/15 32/16 32/19 34/4 35/3 35/18 36/3 36/4 37/17 58/1
productions [1] 36/9
productive [1] 12/23
projection [1] 31/17
promised [1] 59/9
proof [1] 46/10
property [1] 10/4
proposal [1] 14/3
propose [1] 12/1
proprietary [3] 8/5 8/16 10/3
prosecute [1] 43/15
protecting [1] 13/9
protects [1] 10/8
protocol [6] 16/1 16/11 16/13 16/16 20/4 22/9
prove [3] 31/8 31/13 31/15
provide [6] 27/8 27/9 28/14 29/1 29/17 37/20
provided [4] 27/15 29/4 48/24 53/10
providing [1] 20/19
proviso [1] 39/16
PTO [7] 4/6 4/7 13/20 14/4 14/7 35/10 36/16
PTO 16 [1] 36/16

**Q**

query [1] 28/17
question [13] 7/15 13/9 17/18 21/5 44/6 45/14 45/15 47/14 53/8 53/19 53/21 54/6 54/8
questioner [1] 44/12
questions [4] 21/3 26/24 27/20 51/13
quick [3] 19/7 48/3 54/8
quickly [3] 34/6 34/11 42/2
quote [1] 32/19
quote/unquote [1] 32/19

**R**

radar [2] 6/8 25/12
raise [4] 16/20 25/16 35/7 48/11
raised [5] 11/4 11/7 34/16 49/23 52/12
raises [1] 52/19
ran [1] 15/15
raring [1] 3/11
rather [3] 12/18 39/20 55/14
RE [1] 1/5
reach [1] 24/24
reached [1] 16/5
reaction [1] 55/15
reading [2] 5/20 58/3
ready [6] 3/10 11/15 30/22 32/20 35/22 42/8
real [2] 14/2 54/8
really [21] 5/14 5/24 6/6 10/5 12/5 15/25 16/8 16/21 17/4 20/9 30/21 36/1 37/15 39/11 42/21 47/6 47/20 47/22 48/3 51/12 56/4
reason [6] 8/6 16/24 18/7 23/23 46/4 50/20
reasonable [5] 15/2 15/15 18/5 19/18 20/6
reasons [1] 20/16
rebuttal [8] 45/19 46/20 47/1 47/23 48/22 49/5 50/6 50/12
recall [1] 55/24
receive [1] 36/14
receiving [2] 23/24 36/9
recently [2] 11/4 36/2
recognize [2] 8/8 8/21
record [1] 60/6
recorded [1] 1/25
recoupment [1] 50/12
rectified [1] 35/25
red [1] 12/6
redact [1] 13/18
reduce [1] 17/11
reduced [1] 47/18
referee [1] 45/7
reflect [1] 54/20
regard [4] 7/22 8/3 53/18 59/10
regardless [1] 51/21
regular [1] 56/17
rehash [1] 12/21

related [3] 4/13 23/14 25/25
relevant [5] 25/20 25/21 25/22 26/6 52/18
relies [1] 29/3
rely [2] 43/14 53/13
remaining [2] 7/25 32/21
remains [1] 34/3
remedy [1] 33/9
remember [1] 26/11
remind [1] 44/14
report [2] 5/14 33/19
Reporter [3] 1/20 60/3 60/10
reports [1] 29/1 53/16
represent [1] 9/21
representative [1] 21/14
request [3] 15/14 46/17 47/12
requested [2] 27/9 31/11
requires [3] 36/16 40/5 49/25
reserve [1] 46/13
reserving [1] 57/16
resolve [2] 27/22 37/6
resolved [2] 34/6 37/21
resources [3] 4/13 18/15 18/24
respect [10] 4/23 5/10 20/5 20/15 27/4 31/19 32/4 34/3 35/13 38/17
respond [5] 19/25 52/20 54/10 54/19 58/4
responded [2] 47/10 48/5
responding [1] 48/7
response [5] 15/24 19/7 23/12 48/4 48/8
responses [2] 17/8 48/6
responsive [5] 17/13 18/2 20/7 25/15 34/19
rest [1] 5/18
results [1] 52/11
revenue [10] 26/10 26/16 27/4 27/8 27/11 27/13 28/9 28/19 28/19 29/21
revenues [3] 28/9 28/20 29/3
review [5] 20/20 21/24 31/24 34/4 36/2
reviewable [1] 20/18
reviewing [4] 4/15 13/13 14/3 22/1
revisit [1] 38/3
RFPs [1] 20/7
RIG [1] 1/5
right [49] 3/9 3/14 5/25 6/21 9/19 10/22 11/1 11/8 14/2 14/22 22/21 24/16 26/3 26/5 27/19 30/18 31/21 32/1 32/3 33/9 33/24 34/2 35/2 36/22 37/18 38/10 38/11 40/11 42/12 42/18 42/19 42/25 44/1 44/23 46/14 47/9 50/17 51/12 51/25 53/15 53/17 54/19 55/3 55/21 56/14 57/16 57/24 58/17 59/8
Robins [2] 8/3 10/4
role [2] 8/22 45/10
roll [1] 12/5
rule [10] 39/11 39/12 40/10 40/25 40/25 41/1 41/1 41/4 41/6 44/7
rules [1] 59/12
ruling [5] 5/25 6/5 7/5 7/7 7/11
run [9] 14/20 15/11 15/20 16/10 16/23 17/5 18/5 19/20 22/14
Running [1] 17/15

**S**

said [17] 12/21 12/23 14/24 15/7 19/10 22/20 23/21 23/22 27/6 29/22 36/1 37/15 33/9 39/22 45/10 45/10 48/10
SALLY [1] 1/13

**S**

same [8] 4/5 9/24 19/14 22/10 36/13 36/15 51/2 57/10
same-page [1] 22/10
say [18] 10/19 11/24 18/1 18/23 19/13 22/17 22/22 31/2 32/18 33/16 36/7 36/8 37/12 43/4 52/10 54/14 54/15 56/20
saying [7] 10/2 11/9 40/11 41/12 49/14 52/4 55/4
says [2] 39/16 44/9
schedule [8] 11/14 11/25 32/23 33/5 37/24 41/22 57/11 57/13
scheduling [2] 23/19 49/24
scope [1] 17/10
screen [1] 6/8
seamless [1] 21/23
search [28] 14/11 14/17 14/20 15/11 15/12 15/15 15/20 16/1 16/5 16/10 16/12 16/15 17/6 17/10 17/15 18/5 18/6 19/18 19/20 20/6 20/7 20/8 20/11 21/9 21/13 22/13 35/18 58/2
searches [1] 16/23
second [5] 20/10 21/16 35/21 49/21 58/5
Section [1] 1/6
security [2] 4/2 13/11
see [15] 3/9 3/24 10/7 11/21 12/11 13/3 25/16 33/23 37/6 37/21 45/14 47/24 50/17 54/25 56/25
seems [6] 10/11 12/2 36/23 37/8 51/1 55/23
seen [2] 31/23 47/2
segregate [2] 35/17 35/21
send [6] 12/20 17/13 42/13 55/3 57/11 57/13
sense [2] 27/16 56/16
sent [3] 13/13 37/24 40/3
sentences [1] 7/6
separate [1] 29/13
September [4] 6/6 15/6 15/16 16/9
serve [1] 53/17
set [2] 4/11 19/20
setoff [5] 47/6 47/17 47/20 49/6 49/23
setting [1] 59/10
settlement [2] 5/25 6/4
seven [1] 33/17
several [3] 14/18 17/25 19/12
shake [1] 52/6
share [3] 8/19 10/3 12/13
shore [1] 30/21
shortcomings [1] 22/8
shortened [1] 57/18
shorthand [1] 58/18
should [22] 5/2 7/7 7/13 19/5 24/10 26/5 29/24 34/11 36/24 38/18 39/7 39/12 40/3 40/8 47/22 48/16 48/17 49/1 49/13 55/15 56/17 57/6
shouldn't [2] 47/23 48/18
showing [2] 17/14 27/15
shows [2] 13/21 49/9
SHUSHAN [5] 1/13 3/5 5/20 10/14 19/8
side [6] 7/4 20/22 44/17 44/24 45/14 52/11
sides [3] 45/14 51/1 53/9
sign [2] 9/4 12/24
similar [8] 4/7 6/12 9/10 12/4 13/19 14/7 18/12 32/17

simply [15] 8/18 9/12 13/9 15/9 17/12 19/14 24/18 25/3 36/1 38/8 38/15 40/11 41/13 42/21 47/6
since [2] 39/11 46/12
single [2] 17/13 17/14
sitting [1] 36/18
situation [1] 39/20
situations [1] 34/9
six [3] 44/8 44/9 44/10
slightly [2] 52/13 58/12
small [2] 5/1 5/3
smooth [1] 21/23
so [73]
social [2] 4/1 13/11
software [1] 1/25
solely [1] 50/12
solution [2] 15/2 33/6
some [27] 6/19 7/4 7/21 10/7 11/15 11/21 21/3 21/17 24/19 27/16 31/3 31/24 32/2 35/3 43/13 45/18 46/25 49/12 49/24 50/1 50/2 51/13 51/24 52/6 52/24 56/17 56/18
somebody [1] 54/15
something [21] 4/7 5/20 6/12 11/12 16/18 18/14 24/20 25/12 26/19 34/11 35/3 35/24 37/2 42/1 43/5 43/7 43/22 48/3 49/14 50/10 54/15
sometimes [1] 33/6
somewhere [3] 30/24 38/24 42/16
soon [2] 4/8 30/22
sooner [3] 25/5 46/3 55/14
sorry [4] 18/23 30/25 49/18 58/11
sort [6] 33/23 49/21 49/24 52/22 53/5 55/2
sought [1] 15/13
sound [2] 33/8 38/16
sounds [6] 12/8 20/9 26/2 26/4 29/25 59/14
spaced [6] 22/7 22/20 22/22 23/8 43/24 59/13
specific [2] 35/17 47/8
specifically [2] 23/21 35/12
speech [1] 19/16
spending [1] 48/15
spent [7] 16/4 32/20 32/21 47/13 47/25 48/5 48/7
SPILL [1] 1/5
spoke [1] 42/8
spot [1] 9/2
spot-on [1] 9/2
spreadsheet [1] 27/13
staff [4] 34/13 34/13 37/5 43/15
stage [2] 5/12 20/18
stand [1] 59/4
standpoint [1] 20/12
start [5] 15/25 22/1 30/7 57/12 57/12
started [2] 36/1 51/10
state [39] 9/21 10/4 16/22 17/19 18/18 19/14 21/7 21/7 26/9 26/16 27/4 27/8 29/3 29/4 29/20 30/25 31/7 38/17 38/18 40/13 40/18 41/22 42/12 42/13 43/11 43/11 43/18 46/10 46/14 46/17 46/25 47/10 47/22 50/2 52/17 52/19 52/23 53/21 58/21
state's [2] 17/21 53/24
state-owned [1] 10/4
states [7] 1/1 1/13 18/20 19/3 24/2 39/9 60/3
states' [1] 9/12
status [1] 1/12 6/17 9/2

statute [2] 40/1 40/5
stenography [1] 1/25
step [3] 17/9 18/16 35/2
steps [1] 43/13
still [17] 3/15 3/16 3/16 5/1 7/13 8/8 14/3 19/17 19/18 27/19 27/22 32/13 34/3 34/6 37/15 46/6 56/8
stipulation [14] 5/17 6/2 6/11 6/17 6/21 7/22 8/7 8/20 9/5 12/3 12/4 12/5 12/11 44/19
stipulations [1] 52/7
straight [2] 30/1 55/1
Strange [2] 41/9 43/13
Street [1] 1/21
strictly [1] 8/19
strikes [1] 45/2
strings [1] 14/20
subject [2] 9/17 12/5
subjected [1] 53/23
submission [1] 43/17
submissions [3] 50/19 51/1 51/7
submit [1] 43/7
submitted [3] 15/18 16/2 52/20
subsequent [2] 8/13 9/16
substantially [2] 5/9 6/12
such [1] 8/6
sudden [1] 41/4
sufficient [1] 34/7
suggest [3] 32/14 44/18 56/3
suggesting [3] 32/9 32/11 33/4
summary [4] 9/1 27/24 54/22 55/8
supplied [2] 28/5 35/11
supporting [1] 59/13
supposed [2] 30/8 55/1
sure [14] 8/14 9/12 10/5 18/11 20/1 22/17 29/19 33/22 38/13 45/16 51/11 54/13 57/22 58/20
surprise [1] 49/1
surprised [2] 52/23 53/6
swings [1] 41/2

**T**

take [12] 11/15 13/6 18/16 22/14 23/16 26/6 31/14 42/15 43/24 45/6 50/11 57/6
taken [2] 53/12 56/14
takes [1] 57/7
taking [2] 8/9 42/16
talk [6] 3/18 21/18 29/24 42/3 56/15 59/14
talked [5] 6/7 30/20 49/23 57/21 58/2
talking [14] 6/23 21/19 29/12 29/14 29/18 30/14 30/16 31/2 34/15 41/17 49/6 49/11 53/1 56/12
tax [11] 26/10 26/16 27/4 27/8 27/11 27/13 28/19 28/20 28/24 29/3 29/20
Taylor [1] 55/24
team [1] 10/17
tech [2] 34/10 34/10
technical [10] 17/4 21/17 34/12 34/13 36/7 36/8 37/5 37/9 37/10 37/20
technological [2] 14/19 15/9
technologically [1] 16/23
TELEPHONE [1] 1/12
tell [6] 17/12 23/2 25/17 30/16 38/12 42/23
telling [1] 36/11
ten [1] 31/20
tend [1] 50/9

**T**

term [4] 16/1 16/10 16/12 16/15
terms [16] 14/11 14/17 15/11 15/12
15/20 16/5 17/6 17/10 17/15 18/6
19/20 20/8 20/11 22/13 28/24 58/2
test [8] 18/19 18/19 18/20 19/3 24/24
32/17 39/15 56/25
testify [1] 53/25
testimony [1] 53/17
Texas [1] 39/21
than [10] 7/24 12/18 19/14 25/5 46/3
48/8 51/2 55/14 57/6 58/16
Thank [6] 9/6 13/5 55/17 56/7 59/16
59/17
Thanks [3] 4/19 13/2 14/10
that [409]
that's [51] 3/13 3/13 5/6 5/19 8/18 9/20
10/10 11/8 18/18 19/1 19/2 22/24
22/13 24/16 24/20 27/24 28/21 30/10
31/15 32/3 33/10 34/5 34/24 35/23
37/1 37/2 38/2 38/5 38/11 38/19 38/24
39/11 39/14 40/4 40/7 40/11 41/1
41/25 42/18 44/23 46/1 50/10 51/17
54/16 55/15 55/21 56/6 57/3 58/18
58/23 58/24
their [19] 15/15 20/5 20/6 21/1 24/1
24/8 28/16 32/19 37/11 40/15 46/12
46/16 46/18 48/16 49/10 52/12 53/1
54/22 54/24
them [32] 3/23 9/10 13/13 13/18 13/22
15/14 15/18 16/25 18/2 19/12 19/19
21/19 22/1 22/4 28/12 28/14 29/21
34/20 36/14 36/15 36/18 37/20 37/21
38/24 40/13 40/14 41/23 48/22 49/14
49/15 49/15 56/9
themselves [2] 18/22 44/11
then [24] 12/3 16/2 17/14 18/23 20/3
21/3 22/10 25/21 26/22 32/21 35/21
40/8 43/4 44/4 44/25 46/19 47/16 50/1
51/17 54/19 55/8 58/3 59/9 59/12
theory [4] 24/8 40/6 49/13 50/12
there [50] 3/9 7/3 7/9 7/23 9/8 14/6
14/8 14/17 16/14 20/6 21/5 21/17
21/23 25/2 26/18 27/3 27/21 27/21
28/8 28/8 28/9 31/13 32/2 32/2 32/13
33/4 35/14 36/25 37/2 39/3 39/5 40/16
40/17 41/7 42/19 43/5 43/6 43/12
43/19 45/7 45/17 46/6 48/19 50/18
50/20 51/1 52/11 52/18 53/6 56/16
there's [7] 5/1 10/7 12/10 12/19 17/16
47/16 57/21
thereafter [1] 9/17
therefore [2] 25/9 52/1
these [22] 5/21 13/17 16/22 16/23 17/5
18/2 19/19 25/25 28/7 28/11 29/2 34/5
34/15 35/3 36/2 40/21 45/6 47/19
51/13 53/12 55/22 56/9
they [95]
thing [10] 6/20 7/3 17/13 17/14 25/2
29/12 32/14 37/1 52/10 58/5
things [11] 3/22 17/16 18/2 21/17 22/2
26/6 26/16 37/9 48/3 57/21 58/2
think [93]
thinks [2] 51/15 51/20
third [3] 31/14 38/14 53/13
this [129]
those [27] 4/10 4/15 4/25 5/11 5/14
10/7 16/4 16/6 16/11 17/9 20/8 21/7
21/9 21/18 22/2 24/4 29/8 31/3 31/7

37/20 41/8 41/14 46/22 47/24 48/12
53/17 56/7
though [2] 14/5 35/7
thought [9] 7/4 7/8 25/11 25/20 32/25
33/12 46/23 47/5 49/7
thoughts [2] 25/17 51/8
three [6] 11/23 22/7 23/5 42/17 50/5
57/21
three-page [1] 22/7
through [18] 4/14 6/9 16/15 16/25
17/15 19/16 21/19 23/24 26/13 30/6
33/20 34/22 37/11 43/12 46/13 48/17
53/11 58/18
throw [2] 45/21 45/24
Thursday [1] 57/6
Thursdays [1] 56/23
time [37] 5/24 9/13 9/24 11/13 11/20
14/16 15/1 16/4 16/9 23/2 25/3 26/6
27/18 32/21 33/19 37/5 37/25 39/13
40/8 41/6 44/22 44/25 45/2 48/6 48/7
51/5 51/15 51/18 51/19 51/20 51/24
52/2 55/20 55/20 55/22 56/25 57/4
times [1] 41/3
today [9] 3/20 21/20 30/24 31/6 34/16
49/11 53/19 55/1 56/9
together [8] 25/1 32/23 34/10 34/10
35/25 37/9 37/20 46/21
told [5] 3/22 15/7 30/19 42/19 46/12
Toni [4] 1/20 60/2 60/9 60/9
too [6] 9/11 11/5 12/14 22/2 33/14
51/23
took [3] 6/5 39/7 43/13
topic [4] 5/16 31/9 34/8 51/2
topics [2] 31/11 31/16
totally [1] 40/21
touch [1] 30/1
towards [2] 35/3 56/17
traditional [1] 28/23
transcript [1] 60/5
transcription [1] 1/25
Transocean [8] 5/23 6/2 6/20 7/11 7/23
9/5 9/23 12/3
Transocean's [1] 9/24
travel [4] 38/23 40/16 40/17 40/18
treating [1] 53/22
trial [18] 6/3 6/11 7/9 9/15 9/25 13/17
24/24 25/21 40/4 40/6 41/16 41/17
41/18 42/8 46/4 51/11 51/12 51/16
tried [2] 28/25 40/1
trouble [1] 26/6
troubling [1] 35/12
true [3] 19/15 41/13 60/4
trustees [3] 24/1 24/2 24/3
try [7] 6/19 15/2 22/15 25/18 29/25
33/11 41/22
trying [1] 6/9 27/19 28/15 30/21 48/15
58/17 58/19
Tuesday [7] 22/17 22/19 48/13 48/13
48/19 57/25 59/9
turn [5] 4/3 4/7 4/18 18/23 21/15
turned [4] 15/16 17/10 21/18 29/15
turns [1] 15/1
Tusa [4] 1/20 60/2 60/9 60/9
twice [1] 53/24
two [21] 3/22 5/14 6/18 7/14 11/23
17/8 17/18 19/16 23/6 25/25 28/7 28/8
45/14 46/21 48/3 48/6 48/10 48/22
49/2 50/5 58/2
TXT [2] 29/14 29/25

**U**

U.S [1] 21/13
Uh [1] 25/7
Uh-huh [1] 25/7
ultimately [2] 14/21 29/8
unable [1] 17/4
uncertainties [1] 46/7
uncertainty [1] 10/23
under [12] 8/1 8/1 8/20 10/4 13/21
23/14 24/8 29/20 42/12 45/22 45/24
59/12
understand [11] 6/23 10/5 15/12 15/20
18/5 19/21 27/12 27/14 41/4 45/10
58/20
understanding [6] 15/3 23/18 27/7
27/10 59/6 60/5
understood [4] 16/5 26/2 37/14 50/14
unfair [1] 50/7
UNITED [3] 1/1 1/13 60/3
unknown [1] 50/10
unless [5] 12/10 12/19 15/6 22/3 57/16
unquote [1] 32/19
until [5] 5/24 16/9 41/10 42/25 47/24
unusual [1] 22/24
unveil [1] 36/1
up [30] 5/24 7/12 9/23 10/24 11/25
12/10 12/18 13/5 15/2 21/2 23/14 25/4
26/22 30/21 31/11 32/18 33/8 38/11
41/21 42/23 43/1 43/3 46/23 48/17
48/21 49/2 49/12 49/14 50/10 59/2
upon [5] 6/1 6/13 6/19 16/13 29/3
us [40] 4/7 4/16 8/7 11/4 11/5 11/7
12/6 13/14 17/13 17/16 18/1 20/18
20/19 20/21 21/1 21/25 26/3 27/5 27/8
27/9 27/12 27/14 27/15 27/15 30/6
33/15 35/17 35/21 35/23 36/11 38/5
38/24 44/14 46/12 47/7 51/13 55/12
56/9 57/6 57/9
use [13] 13/17 13/22 16/1 17/2 35/19
36/20 42/9 49/15 50/6 51/11 53/4 53/5
58/2
used [10] 13/23 15/11 16/15 36/11
47/9 47/15 47/21 50/12 51/15 55/18
useful [1] 34/9
using [6] 1/25 16/12 20/8 20/11 40/5
54/21
usual [1] 17/1
utilities [1] 28/22

**V**

valid [1] 18/6
vast [1] 41/23
vendor [3] 17/2 17/5 34/25
vendors [5] 16/25 34/9 35/1 35/9 35/25
verdict [1] 47/18
verify [1] 10/17
version [2] 9/4 28/1
versus [3] 46/3 51/10 53/15
very [15] 4/12 5/1 5/3 6/21 13/19 19/5
19/25 21/4 22/1 22/21 27/14 43/6
46/24 52/22 56/24
view [3] 15/3 18/13 35/13
vis [2] 9/5 9/5
vis-à-vis [1] 9/5
volume [2] 5/1 5/3

**W**

wait [2] 6/25 33/23
waiting [1] 42/25
want [46] 5/14 8/24 11/5 11/19 12/3

**W**

want... [41]  12/7  13/6  13/24  14/5  15/21
18/16  22/15  22/16  22/21  23/9  23/15
26/21  27/20  28/17  29/11  29/18  30/5
30/7  31/14  32/5  32/15  33/21  35/6
35/20  36/17  36/18  37/9  40/15  40/16
42/21  44/1  47/3  51/8  51/22  53/10
53/11  54/14  56/8  57/20  57/22  58/19
wanted [18]  6/15  11/3  14/25  18/18
18/21  22/24  23/4  24/11  25/11  25/16
26/20  30/15  30/21  41/1  44/6  45/16
46/1  46/4
wanting [1]  8/14
wants [1]  36/25
was [56]  3/22  4/6  4/15  6/11  6/24  7/3
7/8  7/10  7/11  9/2  12/25  14/17  14/17
15/3  15/3  16/1  16/2  16/16  18/19  19/10
20/2  20/2  20/3  23/19  23/22  24/23
26/11  26/15  27/7  27/7  29/14  29/20
30/15  30/21  32/25  33/12  39/5  40/4
40/7  41/10  41/15  41/16  44/6  44/15
45/21  46/3  47/13  47/18  47/25  52/21
53/9  55/19  55/24  58/17  58/25  59/6
wasn't [4]  23/21  41/1  41/5  41/8
way [17]  4/3  5/23  10/7  12/12  13/15
18/6  28/3  28/22  32/16  36/13  36/15
36/25  37/11  44/13  46/13  49/21  51/6
ways [1]  41/3
we [365]
we're [1]  51/4
Wednesday [6]  30/9  33/17  37/13  50/21
50/22  50/24
week [27]  5/3  5/5  6/7  6/25  7/2  7/14
33/22  34/2  34/5  34/7  34/14  37/12
37/13  38/6  38/7  43/1  43/22  44/1  44/3
46/13  50/19  56/24  56/25  57/1  57/12
57/13  57/13
week's [1]  36/19
weekend [2]  13/4  59/17
weeks [4]  11/23  42/17  46/21  57/22
welcome [1]  26/22
well [22]  5/19  7/8  10/13  11/8  11/13
12/1  14/25  21/2  25/19  35/14  39/20
41/7  43/20  45/24  51/14  52/3  55/19
56/3  56/20  56/23  59/1  59/6
were [32]  6/21  14/7  14/16  14/20  15/17
15/19  19/21  20/8  21/8  23/24  24/5
24/12  36/12  39/6  41/8  45/17  46/2
47/21  48/16  53/5  53/6  55/1  58/2
weren't [3]  3/23  21/23  41/13
what [75]
what's [4]  14/11  17/10  36/20  36/23
whatever [1]  53/13
whatsoever [1]  12/15
when [12]  6/13  19/2  22/15  23/23  28/23
30/14  31/2  36/8  40/18  41/6  43/1  54/22
whenever [1]  50/23
where [19]  5/6  9/25  10/20  10/23  19/18
22/4  25/4  27/4  31/19  32/3  33/11  38/21
39/5  40/6  40/12  41/5  43/13  51/4  55/18
wherever [1]  8/11
whether [11]  9/9  21/1  27/5  30/2  35/20
46/3  47/7  47/14  47/24  48/25  48/25
which [23]  3/25  4/13  6/2  8/2  17/12
18/13  20/11  20/24  21/23  29/2  35/7
36/10  37/23  40/4  41/16  41/17  41/18
42/13  42/14  46/19  50/2  51/6  57/12
while [2]  34/8  42/16
who [17]  6/8  6/24  13/10  26/23  30/21
32/15  34/19  42/8  45/2  46/22  53/23
53/25  54/7  54/11  55/6  55/18  56/4
whole [3]  39/13  58/6  58/14
why [15]  12/25  15/19  16/21  16/24  17/4
19/21  22/8  22/11  24/12  36/22  38/19
40/7  41/4  42/24  51/10
will [78]
willing [1]  34/22
withheld [1]  25/14
withholding [1]  24/18
within [2]  28/12  49/24
without [4]  11/6  27/23  35/15  51/13
witness [12]  30/5  35/20  39/17  47/1
48/23  50/1  50/2  54/1  54/1  54/2  54/5
55/18
witness' [1]  35/18
witnesses [44]  16/7  21/7  21/8  21/9
30/16  30/17  30/25  31/3  31/4  31/7  31/8
31/12  31/14  31/20  32/4  32/18  32/21
32/22  33/8  38/15  38/16  38/22  40/12
40/13  40/16  41/5  41/6  41/19  45/20
46/5  46/20  46/24  47/20  47/23  48/22
49/5  49/22  50/6  50/17  52/17  52/23
53/2  54/17  55/3
witnesses' [1]  55/22
won't [4]  15/5  23/9  45/25  47/23
word [1]  43/4
words [2]  17/11  28/5
work [29]  4/9  6/17  8/7  10/7  11/5  11/7
11/9  12/4  12/22  16/25  17/3  22/4  22/18
24/21  25/18  26/19  29/8  30/2  33/19
34/22  35/3  37/11  40/13  45/3  45/11
52/7  54/3  57/5  57/9
worked [8]  5/23  7/5  7/12  8/10  21/18
22/2  56/2  56/3
workers [1]  41/22
working [5]  7/1  16/4  19/13  29/21  37/6
works [4]  8/21  9/10  9/10  49/3
worries [1]  56/6
worse [1]  23/1
worth [1]  27/18
would [69]
wouldn't [1]  19/22
writing [3]  43/5  43/7  43/22
written [2]  43/17  48/9
wrong [2]  21/11  30/18
wrongful [1]  49/11
wrongly [1]  48/12

**Y**

yeah [15]  11/22  14/2  15/23  23/1  23/5
24/15  38/5  38/7  38/8  44/13  49/17
50/23  55/14  55/15  56/10
year [1]  17/23
years [1]  29/5
yes [20]  3/12  13/19  22/22  22/22  30/12
31/13  31/18  39/23  41/25  44/3  44/16
44/18  45/16  49/7  50/16  53/18  54/7
54/25  55/10  57/20
yesterday [3]  6/24  7/20  30/19
yet [8]  20/16  20/20  31/23  34/4  36/5
42/20  46/11  49/10
York [2]  7/19  45/9
you [126]
you're [6]  50/11  51/4  53/1  57/17  59/4
59/4
your [73]
Your Honor [36]  6/16  7/19  9/8  11/21
12/13  16/20  17/8  18/21  22/18  22/20
25/5  26/2  26/8  31/18  34/24  37/14

38/10  38/23  39/2  40/20  43/2  44/3
44/7  44/9  44/9  45/2  46/12  47/13  49/7
47/14  49/15  52/1  52/9  53/18
54/25  55/11  56/7  56/8  56/16  59/7
59/16

**Z**

zero [2]  17/21  17/23