# Special Master's Exhibit 1
# Significant Events March 5 to March 12, 2013

| March 5, 2013 | | |
|---|---|---|
| 11:14 | Voice Mail | Gilbert Andry cell call to Sutton cell phone (0:04) |
| 11:20 | Voice Mail | Gilbert Andry cell call to Sutton cell phone (0:20) |
| 11:21 | Voice Mail | Gilbert Andry cell call to Sutton cell phone (0:05) |
| 11:44 | Voice Mail | Gilbert Andry cell call to Sutton cell phone (0:06) |
| 12:10 | Call | Sutton cell call to Gilbert Andry cell phone (0:09) |
| 12:11 | Call | Sutton cell call to Gilbert Andry cell phone (1:11) |

| March 6, 2013 | | |
|---|---|---|
| 8:56 | Email | Sutton to Mark Staley: "I have some questions about the above referenced claim. I believe it is being handled by Christopher Rinaldi with your firm. Please have Christopher contact me when he has a chance." |
| 9:44 | Look Up | Sutton looks up Andry Law Firm claim |
| 10:07 | Text | Sutton text message to Jonathan Andry |
| 11:03 | Look Up | Sutton looks up Casey Thonn claim |
| 11:04 | Look Up | Sutton looks up Casey Thonn claim |
| 12:57 | Text | Jonathan Andry text message to Sutton |
| 14:39 | Text | Sutton text message to Jonathan Andry |
| 14:43 | Text | Jonathan Andry text message to Sutton |
| 15:00 | Call | Sutton cell call to Gilbert Andry cell phone (2:44) |
| 15:18 | Text | Sutton text message to Jonathan Andry |
| 15:43 | Call | Call from Patrick Juneau to Jonathan Andry (2:53) |
| 15:47 | Call | Call from Patrick Juneau to Jonathan Andry (0:04) |
| 15:52 | Call | Call from Jonathan Andry to Patrick Juneau (0:11) |
| 16:53 | Text | Jonathan Andry text message to Sutton |
| 17:42 | Email | Jonathan Andry to Patrick Juneau seeking information on claims for, among others, Talen's Marine & Fuel, LLC and The Andry Law Firm |

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

| March 7, 2013 | | |
|---|---|---|
| 9:17 | Email | Sutton resends email to Staley concerning The Andry Law Firm claim |
| 9:55 | Text | Sutton text message to Jonathan Andry |
| 9:55 | Text | Jonathan Andry text message to Sutton |
| 9:56 | Text | Jonathan Andry text message to Sutton |
| 9:58 | Text | Sutton text message to Jonathan Andry |
| 9:59 | Text | Jonathan Andry text message to Sutton |
| 10:01 | Text | Sutton text message to Jonathan Andry |
| 10:03 | Text | Jonathan Andry text message to Sutton |
| 10:23 | Email | Sutton to Cahill: "Also, I saw that Casey Thonn was paid another 166,666 last month.  Please let me know the status of that check." |
| 10:29 | Look Up | Sutton looks up Talen's Marine & Fuel, LLC claim |
| 10:33 | Look Up | Sutton looks up Talen's Marine & Fuel, LLC claim |
| 10:35 | Look Up | Sutton looks up Talen's Marine & Fuel, LLC claim |
| 10:41 | Text | Sutton text message to Jonathan Andry |
| 10:43 | Text | Jonathan Andry text message to Sutton |
| 10:43 | Text | Jonathan Andry text message to Sutton |
| 11:10 | Text | Sutton text message to Jonathan Andry |
| 11:55 | Call | Jonathan Andry cell call to Sutton cell phone (0:36) |
| 12:13 | Email | Staley to Sutton: "This claim was in line to be processed. I have asked Chris to go ahead and pull the claim down and process. I can keep you posted on the status if that is your preference." |
| 13:21 | Email | Sutton to Staley: "Thanks Mark. Just let me know if you have any problems with it and when notice goes out." |
| 14:40 | Text | Jonathan Andry text message to Sutton |
| 14:41 | Text | Sutton text message to Jonathan Andry |
| 14:41 | Text | Jonathan Andry text message to Sutton |
| 15:17 | Text | Jonathan Andry text message to Sutton |
| 15:31 | Call | Sutton cell call to Jonathan Andry cell phone (0:08) |
| 15:54 | Call | Sutton cell call to Gilbert Andry cell phone (0:21) |
| 15:58 | Call | Gilbert Andry cell call to Sutton cell phone (8:02) |
| 16:06 | Call | Gilbert Andry cell call to Sutton cell phone (1:12) |
| 16:21 | Look Up | Sutton looks up Talen's Marine & Fuel, LLC |
| 16:29 | Look Up | Sutton looks up Talen's Marine & Fuel, LLC |
| 16:30 | Look Up | Sutton looks up Talen's Marine & Fuel, LLC |
| 17:06 | Text | Sutton text message to Jonathan Andry |
| 17:09 | Text | Jonathan Andry text message to Sutton |

| | | **March 8, 2013** |
|---|---|---|
| 11:00 | Email | Sutton to Lerner:  "I had lunch with Jon yesterday.  It was nice.  Things seem to be healing.  Thanks for pushing it.  I am working with him to get your Talens claim pushed through as quick as possible." |
| 11:47 | Call | Jonathan Andry cell call to Sutton cell phone (7:13) |
| 18:36 | Email | Sutton to Lerner:  "Jon got paid on the Casey Thonn bp case last week so you can send me that." |

| | | **March 11, 2013** |
|---|---|---|
| 23:41 | Email | Staley to Sutton:  "This claim has been prepared and pushed to accountant Q/C review as of today.  If it comes back for any reason I will let you know." |
| - | Payment | Andry Lerner disbursement of Thonn claim, including $33,330.42 in legal fees to firm |

| | | **March 12, 2013** |
|---|---|---|
| 8:22 | Email | Sutton to Staley:  "Thanks Mark" |
| 8:35 | Text | Sutton text message to Gilbert Andry |
| 8:35 | Text | Sutton text message to Gilbert Andry |