# Special Master's Exhibit 2
# Significant Events March 15 to March 16, 2013

| March 15, 2013 | | |
|---|---|---|
| 9:45 | Text | Sutton text message to Jonathan Andry |
| 9:45 | Call | Sutton cell call to Gilbert Andry cell phone (1:43) |
| 9:56 | Text | Jonathan Andry text message to Sutton |
| 9:56 | Text | Jonathan Andry text message to Sutton |
| 9:57 | Text | Jonathan Andry text message to Sutton |
| 9:57 | Text | Jonathan Andry text message to Sutton |
| 10:00 | Text | Sutton text message to Jonathan Andry |
| 10:00 | Text | Sutton text message to Jonathan Andry |
| 10:01 | Text | Jonathan Andry text message to Sutton |
| 10:02 | Text | Sutton text message to Jonathan Andry |
| 10:02 | Text | Jonathan Andry text message to Sutton |
| 10:03 | Text | Jonathan Andry text message to Sutton |
| 10:03 | Text | Jonathan Andry text message to Sutton |
| 10:16 | Email | Sutton to Cahill: "Jeff - Joey, Tim and I signed the new OA. Please let me know when my salary will be paid up. Also, let me know about the Thonn money." |
| 10:20 | Text | Sutton text message to Jonathan Andry |
| 10:23 | Text | Jonathan Andry text message to Sutton |
| 10:24 | Text | Jonathan Andry text message to Sutton |
| 10:24 | Text | Jonathan Andry text message to Sutton |
| 10:26 | Text | Sutton text message to Jonathan Andry |
| 10:26 | Text | Jonathan Andry text message to Sutton |
| 10:33 | Text | Jonathan Andry text message to Sutton |
| 10:36 | Text | Sutton text message to Jonathan Andry |
| 10:39 | Text | Jonathan Andry text message to Sutton |
| 10:39 | Text | Jonathan Andry text message to Sutton |

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

| **March 15, 2013 (con't)** |||
|---|---|---|
| 10:39 | Text | Sutton text message to Jonathan Andry |
| 10:41 | Look Up | Sutton looks up Andry Law Firm claim |
| 10:48 | Look Up | Sutton looks up Casey Thonn claim |
| 10:56 | Text | Jonathan Andry text message to Sutton |
| 10:57 | Text | Jonathan Andry text message to Sutton |
| 11:02 | Look Up | Sutton looks up Talen's Marine & Fuel, LLC claim |
| 11:12 | Email | Lerner to Sutton, Cahill, Bryant: "Jeff. Did we receive Thon [sic]? John may have but doesn't mean we did. Tiger, what was deal on that?" |
| 11:26 | Email | Sutton to Lerner: "Jon told me that he just disbursed so you won't get it for a few days." |
| 11:26 | Email | Sutton to Lerner: "Jon told me that he just disbursed so you won't get it for a few days." |
| 11:26 | Text | Sutton text message to Jonathan Andry |
| 11:29 | Text | Jonathan Andry text message to Sutton |
| 11:59 | Look Up | Sutton looks up Motivation, Inc. claim |
| 12:25 | Email | Lerner to Sutton: "Ok. What do I owe you? What did he send me for you?" |
| 12:36 | Text | Sutton text message to Jonathan Andry |
| 12:46 | Text | Jonathan Andry text message to Sutton |
| 12:47 | Text | Jonathan Andry text message to Sutton |
| 12:53 | Email | Sutton to Lerner: "16,665" |
| 12:55 | Text | Sutton text message to Jonathan Andry |
| 13:04 | Text | Jonathan Andry text message to Sutton |
| 13:06 | Text | Jonathan Andry text message to Sutton |
| 13:06 | Text | Jonathan Andry text message to Sutton |
| 13:12 | Email | Lerner to Sutton: "How much was our end $33k?" |
| 13:22 | Email | Sutton to Lerner: "Yes.  Th [sic]" |
| 13:52 | Look Up | Sutton looks up Casey Thonn claim |
| 13:54 | Look Up | Sutton looks up Casey Thonn claim |
| 13:55 | Look Up | Sutton looks up Vishnu Enterprise, Inc. claim |
| 13:55 | Look Up | Sutton looks up Vishnu Enterprise, Inc. claim |
| 13:56 | Look Up | Sutton looks up Vishnu Enterprise, Inc. claim |
| 14:09 | Text | Jonathan Andry text message to Sutton |

| | | **March 16, 2013** |
|---|---|---|
| 12:11 | Text | Sutton text message to Jonathan Andry |
| 12:11 | Text | Sutton text message to Jonathan Andry |
| 13:05 | Text | Jonathan Andry text message to Sutton |
| 13:11 | Text | Jonathan Andry text message to Sutton |
| 13:11 | Text | Sutton text message to Jonathan Andry |
| 13:14 | Text | Jonathan Andry text message to Sutton |
| 13:14 | Text | Jonathan Andry text message to Sutton |
| 13:16 | Text | Jonathan Andry text message to Sutton |
| 13:43 | Text | Sutton text message to Jonathan Andry |
| 13:43 | Text | Sutton text message to Jonathan Andry |
| 14:39 | Text | Jonathan Andry text message to Sutton |
| 14:41 | Text | Jonathan Andry text message to Sutton |
| 14:53 | Text | Jonathan Andry text message to Sutton |
| 14:53 | Text | Jonathan Andry text message to Sutton |