# Special Master's Exhibit 3
# Significant Events March 20 to March 22, 2013

| | | **March 20, 2013** |
|---|---|---|
| - | Notice | Eligibility Notice on The Andry Law Firm claim issues, determining that an award amount of $7,648,722.34 was appropriate based on the record supporting the claim. |
| 15:17 | Email | Sutton to Cahill: "Please confirm that you will deposit my past due salary by end of the month at the latest." |
| 15:20 | Email | DeSantis to Lerner, Andry, Cahill: "I am mailing you the following checks from AndryLerner … $16665.21 (50% Casey Thonn referral fee)" |
| 15:27 | Email | Cahill to Sutton: "I'm pedaling as fast as I can Tiger. And what was the dollar amount of the other payment?..." |
| 17:25 | Email | Lerner to Desantis, Andry, Cahill: "I'm confused on Thon. I am supposed to give referral attorney 50%, correct? That was our deal with him. If fee was $33k and you send me $16K for my end and I'm supposed to send him the full $16k then I got no fee. Same as the last referral." |
| 17:30* | Email | Sutton to Cahill: "The last payment was a fee not crown salary. You sent Glenn and I an email with the balance 2 months ago. Of course you will have to add February March and April now" |
| 17:35 | Email | DeSantis to Lerner, Andry, Cahill: "Your 40% will be in a draw not referral." |
| 18:07 | Email | Cahill to Sutton: "Not that one. The one from Andry?" |
| 18:18 | Email | Sutton to Cahill: "The one you sent from andry was 4900. He is sending or sent another 16600. I get that when you get it. Glen made a deal to get me made up and on time by the end of the month. That was some of the consideration for giving up some shares. If he can't do it, we need to talk." |

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

\* Time is approximate as time not displayed on email

| | | **March 21, 2013** |
|---|---|---|
| 7:52 | Email | Mitchell to Sutton and others: "Attached is the listing of IEL, BEL, Seafood, Wetlands, and Subsistence Eligible Payable Notices that were issued yesterday, March 20, 2013." Listing for BEL Includes The Andry Law Firm. |
| 7:57 | Email | Sutton to Cahill: "As of March 1, I was due $100, 000 as Crown direct payments. As per your February email to Glen and I, I have been paid $36,000 leaving a balance of $64,000...The above is in addition to the $16, 666 Andry fee which you should send as soon as you get it. All funds can be deposited directly into the old Crown account." |
| 8:04 | Email | Lerner to Sutton, Cahill: "It should be taken care of in the next few days…" |
| 9:17 | Text | Sutton text message to Gibby Andry |
| 10:39 | Email | Sutton to Lerner, Cahill: "I know and I agreed to wait. I wanted to confirm that with Jeff yesterday because I have some payments that i need to make. Jeff told me that he was not sure if I could get paid by the end of the month hence my email today." |

| | | **March 22, 2013** |
|---|---|---|
| - | Acceptance | The Andry Law Firm claim "Offer Accepted / Claimant Waives Right to Reconsideration" |
| 7:57 | Text | Sutton text message to Gibby Andry |
| 10:54 | Phone | Jonathan Andry phone call to Sutton (9:44) |
| 11:09 | Phone | Gibby Andry phone call to Sutton (2:49) |
| 11:48 | Text | Jonathan Andry text message to Sutton |
| 11:49 | Text | Jonathan Andry text message to Sutton |
| 16:17 | Text | Sutton text message to Jonathan Andry |
| 16:43 | Text | Jonathan Andry text message to Sutton |
| 16:56 | Text | Sutton text message to Jonathan Andry |
| 16:57 | Text | Jonathan Andry text message to Sutton |
| 16:57 | Text | Jonathan Andry text message to Sutton |
| 16:57 | Text | Jonathan Andry text message to Sutton |
| 16:58 | Text | Jonathan Andry text message to Sutton |
| 16:58 | Text | Sutton text message to Jonathan Andry |
| 16:59 | Text | Jonathan Andry text message to Sutton |
| 16:59 | Text | Sutton text message to Jonathan Andry |
| 17:00 | Text | Jonathan Andry text message to Sutton |
| 17:00 | Text | Jonathan Andry text message to Sutton |
| 17:00 | Text | Jonathan Andry text message to Sutton |
| 17:00 | Text | Jonathan Andry text message to Sutton |

| | | |
|---|---|---|
| 17:06 | Text | Sutton text message to Jonathan Andry |
| 17:07 | Text | Jonathan Andry text message to Sutton |
| 17:07 | Text | Jonathan Andry text message to Sutton |
| 17:08 | Text | Jonathan Andry text message to Sutton |
| 17:08 | Text | Jonathan Andry text message to Sutton |
| 17:08 | Text | Jonathan Andry text message to Sutton |
| 17:08 | Text | Jonathan Andry text message to Sutton |