# Special Master's Exhibit 4
# Significant Events June 17 to June 19, 2013

| June 17, 2013 | | |
|---|---|---|
| - | Meeting | P. Juneau and M. Juneau interview Sutton, who said he fully understood that he was prohibited from having any financial interest in any claim. Sutton said he absolutely has not had (nor does he now have) any financial interest in any claim filed in the settlement program — no shared fee, no referral fee, no financial interest of any kind. Sutton confirmed that he retained absolutely no financial interest in the Thonn claim. He received no referral fee nor any compensation of any kind — and had no future financial interest either. |
| 13:55 | Phone | M. Juneau office phone call to J. Andry office (0:37) |
| 13:56 | Phone | M. Juneau office phone call to J. Andry office (0:46) |
| 16:22 | Phone | Jonathan Andry phone call to M. Juneau cell (1:00) |
| 16:37 | Text | Sutton text message to Jonathan Andry |
| 17:02 | Phone | M. Juneau office phone call to Jonathan Andry (0:00) |
| 17:03 | Phone | M. Juneau office phone call to Jonathan Andry (0:41) |
| 17:09 | Phone | Jonathan Andry phone call to M. Juneau cell (9:00) |
| 17:09 | Meeting | Mike Juneau interview notes from call with Jonathan Andry. Andry says "Tiger/Christine have no interest in anything. Absolutely clear about that." "Given Tiger's situation - I've made a point to avoid that. Given dynamic - made a real point to avoid any issues that would compromise him in any way." |
| 17:19 | Phone | Jonathan Andry phone call to Sutton (0:00 - VM) |
| 17:20 | Text | Jonathan Andry text message to Sutton |
| 17:20 | Phone | Jonathan Andry phone call to Sutton (0:16) |
| 17:41 | Phone | Sutton phone call to Jonathan Andry (0:34) |
| 17:45 | Phone | Jonathan Andry phone call to Sutton (15:31) |
| 18:44 | Text | Jonathan Andry text message to Sutton |
| 19:13 | Text | Jonathan Andry text message to Sutton |

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

| | | **June 19, 2013** |
|---|---|---|
| - | Meeting | M. Juneau met with Sutton early morning and told him that he needed to meet with both him and Reitano as soon as they were both in the office that morning. Sutton asked why, and I told him that it concerned the allegations that I discussed with him and Pat Juneau earlier in the week. |
| 8:45 | Text | Sutton text message to Jonathan Andry |
| - | Meeting | M. Juneau met with both Sutton and Reitano once Reitano arrived for work in the morning. M. Juneau advised both that Pat Juneau had determined that both should be placed on paid leave for the time being, pending further investigation. During the course of the meeting, both Sutton and Reitano confirmed that they had no financial interest in any claims filed in the settlement program. |
| 9:55 | Text | Sutton text message to Jonathan Andry |
| 9:58 | Text | Jonathan Andry text message to Sutton |
| 9:58 | Text | Sutton text message to Jonathan Andry |
| 9:59 | Text | Jonathan Andry text message to Sutton |
| 9:59 | Text | Jonathan Andry text message to Sutton |
| 10:00 | Text | Sutton text message to Jonathan Andry |
| 10:01 | Text | Jonathan Andry text message to Sutton |
| 10:01 | Text | Jonathan Andry text message to Sutton |
| 10:01 | Text | Sutton text message to Jonathan Andry |
| 10:03 | Email | M. Juneau email to Sutton and Reitano, confirming discussion of earlier in the morning that they are to refrain from performing further duties until further notice. |
| 10:03 | Text | Jonathan Andry text message to Sutton |
| 10:04 | Text | Jonathan Andry text message to Sutton |
| 10:04 | Text | Sutton text message to Jonathan Andry |
| 10:08 | Text | Jonathan Andry text message to Sutton |
| 10:48 | Phone | Gibby Andry office phone call to Sutton cell (0:10) |
| 11:11 | Phone | Gibby Andry office phone call to Sutton cell (0:05) |
| 14:24 | Text | Sutton text message to Gibby Andry |
| 14:47 | Phone | Gibby Andry phone call to Sutton (8:19) |
| 15:15 | Phone | Sutton cell to Lerner cell (0:18) |
| 15:18 | Text | Sutton text message to Jonathan Andry |
| 15:21 | Phone | Jonathan Andry phone call to Sutton (0:47) |
| 15:35 | Phone | Gibby Andry phone call to Sutton (1:25) |
| 16:11 | Phone | Gibby Andry phone call to Sutton (1:10) |
| 16:18 | | Sutton to Lerner: "Call me" |

| | | |
|---|---|---|
| 16:20 | Phone | Jonathan Andry office phone call to Sutton cell (3:45) |
| 16:32 | | Lerner to Sutton: "Can't for a bit. At dinner. What's up? You never call me" |
| 16:34 | | Sutton to Lerner: "call jon asap" |
| 16:59 | | Lerner to Sutton: "Just spoke to him. That's so stupid. You've been completely above board. Just trying to screw is. They should only hire guys from outside city then. Howe can they make unfounded allegations. Next time tell them you can only accept after you renounce all friendships. What a joke. Youn don't have any involvement with our cases. BS. Do John and I have to sue claims center? You should too. Howe do we disprove an anonymous tip. I'm pissed." |
| 17:38 | Phone | Jonathan Andry phone call to Sutton (6:07) |
| 18:01 | Text | Sutton text message to Gibby Andry |
| 18:04 | Text | Gibby Andry text message to Sutton |
| 18:54 | Text | Sutton text message to Gibby Andry |
| 19:02 | Text | Gibby Andry text message to Sutton |
| 19:02 | Text | Gibby Andry text message to Sutton |
| 19:37 | Text | Sutton text message to Gibby Andry |
| 19:38 | Text | Gibby Andry text message to Sutton |
| 19:39 | Text | Sutton text message to Gibby Andry |
| 19:40 | Text | Gibby Andry text message to Sutton |
| 20:55 | Phone | Gibby Andry phone call to Sutton (4:02) |
| 20:59 | Phone | Jonathan Andry phone call to Sutton (0:10) |
| 21:00 | Phone | Jonathan Andry phone call to Sutton (1:21) |
| 21:10 | Phone | Jonathan Andry phone call to Sutton (13:26) |