# Special Master's Exhibit 5
# Significant Events March 16 to May 9, 2012

| | | | |
|---|---|---|---|
| 3/16/12 | 12:36 | Email | Sutton to Lerner: "Just between you and me because they have not made the announcement yet.  Christine has been hired by the special master to run his office for the bp settlement.  She starts april 1 on the transition from Fienbergs office." |
| 3/16/12 | 13:20 | Email | Lerner to Sutton: "How can we use that to our benefit" |
| 3/16/12 | 14:06 | Email | Sutton to Lerner: "Not sure.  Bill never responded to my anser about phenol.  U hear anything?" |
| 3/16/12 | 15:51 | Email | Lerner to Sutton: "no.  Is there a conflict with my cases (Andry Lerner) going in front of her with our business relationship?  Will she get my Florida cases too?" |
| 3/16/12 | 15:55 | Email | Sutton to Lerner: "No conflict.  She will be working for the special master." |
| 3/22/12 | 1:21 | Text | Lerner to Sutton: "Coming to Nola next Monday night through Wednesday am" |
| 3/22/12 | 7:08 | Text | Sutton to Lerner: "Great.  Do u want to stay at my house?" |
| 3/24/12 | 13:33 | Text | Lerner to Sutton: "Want me to stay with you?  I can stay at Ritz" |
| 3/24/12 | 14:19 | Text | Sutton to Lerner: "Of course we want u to stay.  But whatever works best for u." |
| 3/24/12 | 14:19 | Text | Lerner to Sutton: "Does Julian have practice or a game Monday or Tuesday so I can see what he's got" |
| 3/24/12 | 14:19 | Text | Sutton to Lerner: "Practice Monday 7 pm" |
| 3/24/12 | 18:48 | Text | Lerner to Sutton: "Awesome" |
| 3/26/12 | 14:52 | Text | Lerner to Sutton: "Just ate lunch.  Going for walk up magazine.  I'll park at house.  I'll be home by 3:00" |
| 3/26/12 | 14:52 | Text | Sutton to Lerner: "ok.  There is a key on a nail to the left of door on wall facing door." |
| 3/27/12 | 15:48 | Text | Lerner to Sutton: "Can you make reservations at clancys for six at 7:00.  Me, you, Chris, john, pierce and Joe Bruno" |
| 3/27/12 | 15:48 | Text | Sutton to Lerner: "I would prefer not to attend" |
| 3/27/12 | 15:48 | Text | Lerner to Sutton: "Just come" |
| 3/27/12 | 15:48 | Text | Sutton to Lerner: "No thanks" |
| 3/27/12 | 15:48 | Text | Lerner to Sutton: "Ok I cancel" |
| 3/27/12 | 15:48 | Text | Sutton to Lerner: "No.  Don't put me on the spot like that.  You guys go." |
| 3/27/12 | 15:48 | Text | Lerner to Sutton: "No" |

| Date | Time | Type | Content |
|---|---|---|---|
| 3/29/12 | 13:04 | Email | Sutton to Lerner: "He just want to talk to you to make sure you are a straight up guy. Then you just tell him that you will have Christina call him to set up an appt. I had given him your name originally, not Jon. He is from St. Bernard and knows who Jon is. That might not be a good thing." |
| 3/29/12 | 13:11 | Email | Sutton to Lerner: "We have 2 cases we have to send over before Monday. These 2 are clients that I have represented in many different matters over the years so I need to make sure they are handled right. Let me know who I should send the files to and who they can call for an introduction." |
| 3/29/12 | 13:57 | Email | Lerner to Sutton: "Send to me and I'll forward to Christina in johns office and keep John out of it." |
| 3/29/12 | 14:40 | Email | Sutton to Lerner: "Ok. One of my clients wants to talk to you before he decides. Good guy. Owns shrimp boats. I have represented he and his extended family for 7 years. Can I give him your cell. Or do you want to call him." |
| 3/29/12 | 14:44 | Email | Lerner to Sutton: "I need John to call him. Im retarded." |
| 3/29/12 | 14:46 | Email | Sutton to Lerner: "I don't want Jon stealing my client for other cases." |
| 3/29/12 | 14:49 | Email | Lerner to Sutton: "I have no idea what to tell him about bp." |
| 3/29/12 | 17:56 | Email | Sutton to Lerner: "Tim Gonzales  504 439 1055" |
| 3/29/12 | 21:37 | Email | Lerner to Sutton: "Have him set up with Christina Mancuso at John's. We talked and he is available after noon. Told John he's your boy and not to snake any other business from him." |
| 3/29/12 | 21:38 | Text | Lerner to Sutton: "From John about you. 'I miss him to he was my best friend. I don't know what I did to hurt him that bad" |
| 3/30/12 | | Letter | Reitano to GCCF:  withdraws from Thonn Claim |
| 3/30/12 | | Letter | Reitano to GCCF:  withdraws from Gonzales claim |
| 4/3/12 | 15:26 | Email | Mancuso to Thonn: "A pleasure speaking with you today." |
| 4/12/12 | | Letter | Andry Law Group Contingent Fee Contract signed by Thonn and Andry |
| 4/24/12 | 11:28 | Email | Tate to Lerner: "Do you think you could get your hands on all the new claim forms that the settlement will be using? We have some draft copies, but if we could get started on the actual claim forms, we will be ahead of the game. John askede me to see if you could get this from Christina." |
| 4/24/12 | 12:53 | Email | Sutton to Lerner:  If Jon wants a favor from my wife, he sould at least get her name right." |
| 5/8/12 | | Letter | Mancuso to Reitano: "Enclosed please find an Attorney Referral Agreement for your review and signature." |
| 5/9/12 | 16:31 | Text | Lerner to Reitano: "Can I get a claim form tonight?  Is the French Quarter zone A?  P.s.  This is The Bod, your houseguest |