UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**ANDRY LERNER, LLC'S RESPONSE TO THE COURT'S
ORDER OF SEPTEMBER 26, 2014 REGARDING EVIDENTIARY HEARING**

Andry Lerner, LLC respectfully submits the following Response to the Court's Order of September 26, 2014, regarding the evidentiary hearing scheduled in the Show Cause Proceedings for November 7, 2014. Rec. Doc. 13440 ("September 26th Order"). Andry Lerner, LLC submits this Response without waiver of any objections made previously concerning the Show Cause Proceedings, the Show Cause Order or the Special Master's Report.

1.  <u>Live Witnesses</u>

Andry Lerner, LLC, to the extent not called by any other party, may call the following persons as live witnesses:

    a. Jonathan Andry
    b. Jeff Cahill
    c. Susan DeSantis
    d. Glen Lerner
    e. Christina Mancuso
    f. Christine Reitano
    g. Lionel Sutton
    h. Leslie Tate

As permitted by the Court's September 26th Order, Andry Lerner, LLC may seek to present affidavits or declarations in lieu of live testimony for some of the above-listed witnesses.

{00343797-1}

Andry Lerner, LLC also reserves the right to supplement this list with additional witnesses before the evidentiary hearing.

2.     Additional Documents or Exhibits

Andry Lerner, LLC hereby adopts, as its submission, the Additional Documents or Exhibits listed by Jonathan Andry and/or Glen Lerner or any other party to this proceeding.

In addition to the foregoing, Andry Lerner, LLC reserves the right to use at the hearing to examine witnesses or present to the Court (1) any document that Andry Lerner, LLC or any other Show Cause Party received in discovery from the Special Master, (2) any document that Andry Lerner, LLC or any other Show Cause Party produced to the Special Master in the course of his investigation, and (3) any data compilation or summary that was submitted as an exhibit to Andry Lerner, LLC's response to the Order to Show Cause.  Rec. Docs. 11988, 12169.

Andry Lerner, LLC reserves the right to supplement his exhibit list before the evidentiary hearing.

3.     Disputed Factual Issues to be Decided by the Court

Andry Lerner, LLC adopts the Disputed Factual Issues listed by Jonathan Andry and Glen Lerner.

October 17, 2014

                                RESPECTFULLY SUBMITTED:

                                */s/Douglas S. Draper*
                                Douglas S. Draper (La. Bar #5073)
                                Greta M. Brouphy (La. Bar # 26216)
                                Heller, Draper, Patrick, Horn & Dabney, LLC
                                650 Poydras Street, Suite 2500
                                New Orleans, LA  70130
                                Telephone: (504) 299-3333/Fax: (504)299-3399
                                ddraper@hellerdraper.com
                                Counsel for Andry Lerner, LLC