UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970. Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production Inc., et al. | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WITNESS, EXHIBIT and ISSUE LIST**

NOW INTO COURT, comes Lionel H. Sutton III**,** who submits the instant Witness, Exhibit and Issue List:

WITNESS LIST

1. Patrick Juneau - pending a proposed declaration that Lionel Sutton was hired, individually, as a part time contractor;

2. Joseph Rice - Testimony regarding Lionel Sutton's assistance, along with program accountants, on "high-value claims";

3. Conrad Williams - Testimony regarding Lionel Sutton's assistance, along with program accountants, on "high-value claims";

4. Mike Bryant - Testimony that the money Lionel Sutton received from Glen Lerner in the amount of $10,000 per month for one year was for the sale of membership interests in Crown LLC and was identical to the sale made by all other members of

       Crown LLC;

5.     Any witness called by any other party.

<u>EXHIBIT LIST</u>

1. Agreement in Furtherance of Court's Orders Appointing Claims Administrator, Re: Lionel H. Sutton, III  [Execution Version];

2. Agreement in Furtherance of Court's Orders Appointing Claims Administrator, Re: Lionel H. Sutton, III  [Draft Version];

3. Emails between Lionel Sutton and David Odom regarding the language of Exhibit 1 above;

4. Letter from attorney Scott Remington dated May 28, 2013, Re: Assistance provided by Lionel Sutton;

5. Document 11138-7 - Letter from Magistrate Shushan, Re: Appeals Panel Nominations;

6. Document 10937-1 - BP's Memorandum in Support of Its Renewed Motion for a Preliminary Injunction;

7. Document 11138 - Response of Patrick Juneau to Exhibit 6 above;

8. Document 13347-29 - Letter from Patrick Juneau to Keith Moskowitz with attached biography of Lionel H. Sutton, III;

9. Document 10774-5 - Supplemental Report on Review of Code of Conduct and Claims Processing Issues;

10. Document 11156 - Ex Parte Motion to Authorize Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims;

11. Document 13497 - Memorandum in Opposition to BP's Motion to Remove the Claims Administrator.

ISSUES IN DISPUTE

1. Whether the Andry Lerner claimants and the Andry law Firm claim, and all communications with claims personnel, were handled the same as other claims;

2. Whether the Andry Lerner firm and/or the Andry Law Firm received extraordinary assistance from Lionel Sutton;

3. Whether Sutton was entitled to a fee for the work his firm did on the Thonn claims prior to his employment at the DHECC;

4. Whether Sutton contracted to work full time or less than full time at the DHECC;

5. Whether the Claims Administrator was aware that Sutton was affiliated with other entities other than the Claims Administrator;

6. Whether Sutton was paid a $10,000 monthly salary by Crown LLC;

7. Whether Sutton's employment agreement with the DHECC prevented him from having a minority ownership interest in a company that an attorney that had an ownership interest in a law firm that represented claimants also had a minority ownership interest in;

8. Whether Sutton's employment agreement with the DHECC prevented him from having a non-managerial ownership interest in a company that filed a claim;

9. Whether Sutton's employment agreement with the DHECC prevented and/or limited the number of times he could text, talk to, call or email friends that he had for over 25 years.

10. The substance of Sutton's discussions with Pat Juneau and Mike Juneau regarding the Thonn claim and/or Sutton's businesses;

Respectfully Submitted,

**SUTTON LAW FIRM**

　　/s/ Lionel H. Sutton III
Lionel H. Sutton, III    Bar No. 20386
935 Gravier Street, Suite 1910
New Orleans, LA 70112
Ph.  (504) 592-3230
Fx.  (504) 585-1789

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by electronic means, including the CM/ECF system.
NEW ORLEANS, LOUISIANA this 17th day of October, 2014.

　　/s/ Lionel H. Sutton III
LIONEL H. SUTTON, III