Print                                                                                                              Close

# RE: Sutton Agreements

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Thu 11/15/12 11:16 AM
To:    dodom@dheclaims.com; creitano@dheclaims.com

I have a question about Contractor shall devote "substantially all of his time". Pat and I agreed that I could continue with some private practice and that was reflected in the negotiated salary. I'm ok if this is boilerplate but I don't want it to come back and bite me later.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

---

From: dodom@dheclaims.com
To: lhs3law@hotmail.com; creitano@dheclaims.com
Subject: Sutton Agreements
Date: Thu, 15 Nov 2012 17:06:07 +0000

Are you good with these agreements?

**David F. Odom**
*Chief Executive Officer*

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**504-934-4999**

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.