# CLARK PARTINGTON HART
# LARRY BOND & STACKHOUSE

### ATTORNEYS AT LAW

Pensacola • Destin • Santa Rosa Beach • Tallahassee

Scott A. Remington
Direct (850) 432-2399
sremington@cphlaw.com

May 28, 2013

**Via email: lsutton@dheclaims.com**
*and regular mail*
Lionel H. Sutton, III
Claims Counsel
Deepwater Horizon Claims Center
935 Gravier St, Suite 1905
New Orleans, LA 70112

Dear Tiger:

    This letter follows our recent meeting in New Orleans regarding the progress being made with the Deep Water Horizon Claims Center. I enjoyed the opportunity to meet you face to face and hear about the progress that you and Mr. Juneau are making in this matter. I am particularly indebted to Representative Doug Broxson for helping arrange our meeting.

    I am also grateful for your kind offer of assistance obtaining information should any of our claims become bogged down in the process. Thank you for this offer.

    To date we have had a very pleasant experience working with the claims center and expect to continue to do so. We are cognizant of the demands placed upon your efforts and are thankful for your time and dedication to the program.

    Should you find yourself in Pensacola, please do not hesitate to call of me if I can be of any assistance. Thank you once again for your time and courtesy.

Very truly yours,

SCOTT A. REMINGTON

SAR/lp

cc: Representative Doug Broxson