Summary Exhibit Submitted by Glen J. Lerner
(Redacted)

TENTATIVE DRAFT

| TAB | DATE & TIME | DESCRIPTION |
|---|---|---|
| 1 | 4/16/2010 | Crown LLC registered with State of Louisiana, Secretary of State.  The members of Crown LLC are identified as Lionel Sutton, Joey Dartez, Tim Elmhurst, and Glen Lerner.  Lionel Sutton is identified as the registered agent. |
| 2 | 10/7/2011 | Letter from Kenneth Feinberg seeks confirmation from Sutton & Reitano that they represent Casey Thonn.  Sutton & Reitano are requested to confirm representation within seven days. |
| 3 | 10/14/2011 | Casey Thonn signs "Gulf Coast Claims Facility" "Client Authorization Form" identifying Christine Reitano of Sutton & Reitano Law as his lawyer. |
| 4 | 2/6/2012 | Andry Lerner, L.L.C. registered with State of Louisiana, Secretary of State.  The members of Andry Lerner, L.L.C. are identified as Jonathan Andry and Glen J. Lerner  Jonathan Andry is identified as the registered agent. |
| 5 | 03/16/12<br>12:36 p.m. CT | Email from Lionel Sutton to Glen Lerner: "Just between you and me because they have not made the announcement yet.  Christine has been hired by the special master to run his office for the BP settlement."<br><br>Lerner responds:  "How can we use that to our benefit."<br><br>Sutton responds:  "Not sure.  Bill never responded to my answer about phenol.  U hear anything?"<br><br>Lerner responds:  "no.  Is there a conflict with my cases (Andry Lerner) going in front of her with our business relationship?  Will she get my Florida cases too?"<br><br>Sutton responds:  "No conflict.  She will be working for the special master." |
| 6 | 03/27/12<br>3:48 p.m. CT | Text message from Glen Lerner to Lionel Sutton: "Can you make reservations at clancys for six at 7:00.  Me, you, Chris, john, pierce and joe Bruno."<br><br>Lionel Sutton responds:  "I would prefer not to attend."<br><br>Glen Lerner responds:  "Just come."<br><br>Lionel Sutton responds:  "No thanks." |

1

| | | |
|---|---|---|
| 7 | 03/29/12<br>1:11 p.m. CT | Email from Lionel Sutton to Glen Lerner: "We have 2 cases we have to send over before Monday. These 2 are clients that I have represented in many different matters over the years so I need to make sure they are handled right. Let me know who I should send the files to and who they can call for an introduction."<br><br>Glen Lerner responds: "Send to me and I'll forward to Christina in johns office and keep John out of it."<br><br>Lionel Sutton responds: "Ok. One of my clients wants to talk to you before he decides. Good guy. Owns shrimp boats. I have represented he and his extended family for 7 years. Can i give him your cell. Or do you want to call him."<br><br>Glen Lerner responds: "I need John to call him. Im retarded."<br><br>Lionel Sutton responds: "I don't want Jon stealing my client for other cases."<br><br>Glen Lerner responds: "I have no idea what to tell him about BP."<br><br>Lionel Sutton responds: "He just want to talk to you to make sure you are a straight up guy. Then you just tell him that you will have Christina call him to set up an appt. I had given him your name originally, not Jon. He is from St. Bernard and knows who Jon is. That might not be a good thing."<br><br>Glen Lerner responds: "I'll call tonight"<br><br>Lionel Sutton responds: "Tim Gonzales [Redacted]"<br><br>Glen Lerner responds: "Have him set up with Christina Mancuso at John's. We talked and he is available after noon. Told John he's your boy and not snake any other business from him." |
| 8 | 03/29/12<br>9:38 p.m. CT | Text message from Glen Lerner to Lionel Sutton: "From John about you. 'I miss him to he was my best friend I don't know what I did to hurt him that bad.'" |
| 9 | 3/30/2012 | Christine Reitano letter to Gulf Coast Claims Facility, stating that "Please allow this letter to confirm that we will no longer be representing Casey Thonn in connection with his GCCF Claim. |
| | 4/2/2012 | Christine Reitano starts work at the Claims Administrator's Office on or about this date. |
| 10 | 04/03/12<br>3:26 p.m. CT | Email from Christina Mancuso to [Redacted]: "Casey: A pleasure speaking with you today. Called and left a message for attorney Christine Reitano re please send me the disc with claim information of claimaint Casey Thonn. I will make you a copy once I receive this disc. We will send you an intake packet." |
| 11 | 05/02/12<br>7:34 a.m. MT | Email from Glen Lerner to Jeff Cahill, Brent Johnson, Susan DeSantis, and Lionel Sutton concerning Crown LLC: "This is Mike's resume. I've talked to Mike about being the CEO or DIrector for us at Crown. He has the experience to give us direction. He will come to Houston next week and see the machine and then talk with us and Gary to get ideas on scaleability and manufacturing. He has access to a lot of people and funding." |
| 12 | 5/8/2012 | Letter from Christina Mancuso to Christine Reitano enclosing draft referral fee agreement. |

| | | |
|---|---|---|
| 13 | 05/22/12<br>12:25 p.m. MT | Email from Glen Lerner to Joey Dartez, Lionel Sutton, and Tim Elmhurst concerning Crown LLC: "Up until now we have ben a rudderless ship with a bunch of guys each doing something but no real direction in the sense of moving us towards industrialization, financing and production. . . . To do so we needed to bring in a CEO who has built companies into monsters worth nearly a billion dollars." |
| 14 | 05/29/12<br>5:36 p.m. MT | Email from Glen Lerner to Lionel Sutton concerning Crown LLC: "When are we going to discuss my email from two weeks ago. I took on nearly an additional $45k a month bringing on Mike and Suzy to take the next step." |
| 15 | 06/06/12<br>8:26 p.m. MT | Email from Glen Lerner to Lionel Sutton concerning Crown LLC: "Thought about what you said the other day as to percentages. One thing you forgot about is I am paying Mike out of my end, unless want to carve his % out of all of us. Also, want to give small % to Corey to be general counsel. If I forego getting preferential payback will you guys agree to 51% (Joey, Tim, Tiger) 49% (Glen) and I am responsible for Mike and Corey. Obviously, any dilution for financing or equity will be pro rata." |
| 16 | 06/06/12<br>8:34 p.m. MT | Email from Glen Lerner to Lionel Sutton concerning Crown LLC: "PS. If everyone agrees I will be responsible for the salaries discussed in my previous email until such time as we obtain financing but for no longer than 12 months."<br><br>Lionel Sutton responds: "I will work on this."<br><br>Glen Lerner responds: "I think its fair and will carry us for a while. I like the way things are looking. Tim and Mike will work well together. I'll know more when I speak to Mike tonight. Joey is doing a good job staying on top of maintenance, etc. Lets talk about what we want to do with Argentines soon." |
| 17 | 6/8/2012 | Power of Attorney form completed by Casey Thonn authorizing Andry Lerner, L.L.C. to represent him before the Deepwater Horizon Economic & Real Property Claims Center. |
| 18 | 06/09/12<br>9:51 a.m. MT | Email from Glen Lerner to Lionel Sutton concerning Crown LLC: "have you had a chance to review my proposal from last week with Tim and Joey. Love to get this behind us so we can go forward." |
| 19 | 06/12/12<br>11:33 a.m. CT | Email from Lionel Sutton to Glen Lerner concerning Crown LLC: "I have an agreement with joey and tim with a few changes. Call me when you have time to discuss."<br><br>Glen Lerner responds: "I'll call tonight." |
| 20 | 06/13/12<br>8:04 a.m. MT | Email from Glen Lerner to Lionel Sutton concerning Crown LLC: "Tell Joey and Tim any time they want to up their salaries or get some cash buyout on a few more shares I'll talk as I am looking long term and I'll take it in the pooper now for long term vision. We could structure something voting wise that they could still have a voting share that is not tied to their shares. These next six months will define us I think. Lets bust ass." |
| 21 | 06/21/12<br>3:55 p.m. CT | Email from Susan DeSantis to Leslie Tate sending Lionel Sutton's email address **[Redacted]**. The subject line of the email is "Tiger's email." |
| 22 | 06/21/12<br>4:23 p.m. CT | Email from Leslie Tate to Lionel Sutton: "Mr. Sutton: Attached please find a copy of the report package for Casey Thonn for the Seafood Economic Program Only. This does not include his VOO, subsistence or VOO boat damage claim at this time. This will be coming in the future. Please let me know if you have any questions. . . . I will be filing this claim tomorrow. The client has already accepted this amount."<br><br>Lionel Sutton responds: "I just wanted to see it. As long as client accepts, I'm fine." |

| # | Date | Description |
|---|---|---|
| 23 | 7/1/2012 | Effective date of Operating Agreement for Andry Lerner, L.L.C. |
| 24 | 07/07/12 5:08 p.m. MT | Email from Glen Lerner to Joey Dartez, Tim Elmhurst, and Lionel Sutton concerning Crown LLC: "Can I get all of your addresses for the new operating agreement." |
| 25 | 07/20/12 9:01 a.m. CT | Email from Lionel Sutton to Jeff Cahill concerning Crown LLC: "I am owed for month of June also. The deal was 10k/m. I don't want weekly checks. If this can't get done now, I will just stick with my current situation."<br><br>Cahill responds: "Yes -- the checks come out to the $10k/month - $120k annually. All of the companies are on a weekly payroll - so its easier to keep things that way rather than having too many different payroll periods going." |
| 26 | 08/24/12 3:32 p.m. CT | Email from Lionel Sutton to Susan DeSantis: "Can you send me the BP claim # for Casey Thonn?"<br><br>Susan DeSantis responds: "**[Redacted]** Please let me know if this is not the # you need." |
| 27 | 09/28/12 7:31 a.m. CT | Email from Lionel Sutton to Glen Lerner concerning Crown LLC: "I really need to get caught up on payment. When we were in Calgary, you told me I could get it by the end of month. Right now, I'm owed 21,000 past and another 10,000 on Oct. 1."<br><br>Glen Lerner responds: "Ps. No one signed the amended operating agreement. I've been paying (kind of paying!) based on trust." |
| 28 | 10/10/2012 | Check from Settlement Trust for $49,400 for Casey Thonn c/o Andry Lerner, L.L.C. |
| 29 | 10/19/2012 | "Settlement Accounting" by Andry Lerner, L.L.C. on Casey Thonn VOO charter payment for $49,400 with attorney fees of $9,880. |
| 30 | 10/26/12 12:17 p.m. CT | Email from Lionel Sutton to Susan DeSantis: "Susie, Hope all is well. Casey Thonn told me he got his VOO money last week. Can you check on my fee."<br><br>Susan DeSantis responds: "You are correct. Can you call me?"<br><br>Susan DeSantis responds: **[Redacted]** |
| 31 | 11/1/2012 | Lionel Sutton begins work with CAO. |
| 32 | 11/5/2012 | Email from Lionel Sutton to Glen Lerner concerning Crown LLC: "Tell Jeff to let me know when/how he is going to send my Crown money. Right now its $10k for Oct., $10k for Nov., $1800 for expenses that I turned in since March and Jon owes me $5k on a case." |
| 33 | 11/6/2012 | Eligibility Notice for Casey Thonn, Seafood Compensation Program, Boat Captain Claim. |

4

| | | |
|---|---|---|
| 34 | 11/07/12<br>8:56 a.m. CT | Email from Lionel Sutton to Glen Lerner: "I was counting on getting caught up this week for October and next week for November plus expenses and what Jon owes me. Let me know status."<br><br>Glen Lerner responds: "I can't pay what John owes you until I get it!"<br><br>Sutton responds: "I talked to susie 2 weeks ago, jon has had the money for a month."<br><br>Lerner responds: "John has not paid me a cent yet! That's why I sent Jeff Cahill down to get coordinated to get my money. The second I get my money I'll cut you a check. I'll pay you by Monday. Waiting on client to sign settlement agreement on a check." |
| 35 | 11/09/12<br>6:51 a.m. MT | Email from Glen Lerner to Lionel Sutton, Tim Elmhurst, and Joey Dartez concerning Crown LLC: "You guys forget my agreements or you want to leave me hanging?"<br><br>Lionel Sutton responds: "I have not had a chance to review yet."<br><br>Glen Lerner responds: "tick, tock, tick, tock. What's up cuz??" |
| 36 | 11/28/12<br>2:40 p.m. CT | Email from Glen Lerner to Lionel Sutton concerning Crown LLC: "Why do I have to keep paying this if the machine is not working? Secondly, please sign and return operating agreement. I've been paying since June without any security."<br><br>Lionel Sutton responds: "The operating agreement is not consistent with our agreement. I wanted to go over it with you but we did not have a chance Tuesday. Give me a good time to call tomorrow or Friday."<br><br>Glen Lerner responds: "Just email me any differences. You could have told me weeks ago. I've paid everything in good faith."<br><br>Lionel Sutton responds: "There is no way that we are not going to sign, you have my word on that. . . . ." |
| 37 | 11/29/12<br>9:21 a.m. CT | Email from Lionel Sutton to Glen Lerner concerning Crown LLC: "…One of the reasons we agreed to sell shares was your agreement to fund the company in addition to paying salaries for 1 year…" |
| 38 | 12/3/2012 | Request for Reconsideration filed on behalf of Casey Thonn concerning Boat Captain Claim. |
| 39 | 12/7/2012 | Post-Reconsideration Eligibility Notice for Casey Thonn, Seafood Compensation Program, Boat Captain Claim. |
| 40 | 12/14/2012 | Andry Lerner, L.L.C. check #1319 to Glen Lerner and Associates for $4,940. Memo: Casey Thonn VoO Charter Payment. |
| 41 | 12/14/12<br>1:20 p.m. CT | Email from Susan DeSantis to Jeff Cahill with copy to Lionel Sutton: "Please call me about the attached." The subject line states "Casey Thorn referral fee." |

5

| | | |
|---|---|---|
| 42 | 12/14/12<br>1:23 p.m. CT | Email from Jon Andry to Glen Lerner: "Did you talk to Tiger about Thonn?<br><br>Glen Lerner responds: "Thonn?"<br><br>Jon Andry responds: "I spoke with Susan and told her that we needed to figure out what to do and how to do . . . she determined that it would be better to wait until the total thon was done as the initial amount was relatively low. Tiger sent me a text this am and I tried to call him but he didn't answer. He subsequently told Susan that he was in the hospital because Joey had a heart attack. I will try to call him again. We need to talk about this..."<br><br>Glen Lerner responds: "what is thon?"<br><br>Jon Andry responds: "It is Casey Thon the case that Tiger referred."<br><br>Glen Lerner responds: "We were going to pay Thon but only once I'm paid. Not paying out of my pocket."<br><br>Jon Andry responds: "you just got paid a disbursement . . . pay it out of that."<br><br>Glen Lerner responds: "Blahhhh. I thought the ANdry train was gonna make me rich. The Farr train is the way to go. No money down and making money all the time!!" |
| 43 | 12/18/12<br>9:56 a.m. CT | Email from Leslie Tate to Mary Rubio, Christina Mancuso, and Jon Andry, copying Susan DeSantis, addressing "post reconsideration notices received for Casey Thonn." Leslie Tate identifies problems with respect to Vessel Owner claim, Boat Captain claim, and a second Boat Captain claim. |
| 44 | 1/4/2013 | Email from Lionel Sutton to Glen Lerner: "Speaking of Jeff, can you have him send me my fee on Casey Thonn. Jon sent it to him last month." |
| 45 | 01/07/13<br>9:08 a.m. CT | Email from Lionel Sutton to Glen Lerner: "did u check on my fee from casey thonn. Susie sent it to jeff mid December."<br><br>Lerner responds and copies Jeff Cahill: "Jeff, did we receive monies from Andry. If so, Tiger, how much is your fee."<br><br>Sutton responds: "They sent you the check for my fee. The total fee on Thonn was 10k (+ or -). They sent you 5 for me and kept the other 5. Check with Susie she has the accounting."<br><br>Lerner responds: "Make sure out of the $5 k John kept I get half since I'm sending full $5k to Tiger." |

| | | |
|---|---|---|
| 46 | 01/07/13 9:08 a.m. CT | Email from Lionel Sutton to Glen Lerner: "did u check on my fee from casey thonn. susie sent it jeff in mid december." <br><br> Glen Lerner responds to Lionel Sutton and Jeff Cahill: "Jeff, did we receive monies from Andry. If so, Tiger, how much is your fee?" <br><br> Email from Jeff Cahill to Glen Lerner and Lionel Sutton: "We received $4,940 at the end of the year." <br><br> Lionel Sutton responds: "Yes. That is my share. Please deposit in the crown acct so I can get it." |
| 47 | 01/07/13 10:27 a.m. CT | Email from Lionel Sutton to Susan DeSantis: "Please confirm with Jeff and Glen that you sent them my fee last month." |
| 48 | 01/07/13 11:16 a.m. CT | Email from Susan DeSantis to Jeff Cahill, copied to Glen Lerner, and Lionel Sutton: "Jeff, per our discussion, This check was sent to the Vegas office by me around Christmas time. Please confirm receipt." <br><br> Jeff Cahill responds: I did. Its good." <br><br> Susan DeSantis forwards Jeff Cahill's response to Lionel Sutton: "All set." |
| 49 | 01/08/13 1:45 p.m. PT | Wire transfer of $4,940 from Glen J Lerner Associates to Lionel Sutton's "Old Crown LLC" account. |
| 50 | 1/9/2013 | Notice of Claimant Casey Thonn's Appeal. |
| 51 | 01/16/13 11:16 a.m. CT | Email from David Duval to Jennifer Goodwin regarding "Casey Thonn - **[Redacted]**": "Jennifer, I know the attorney for this appeal. He was asking me some questions about procedure and I was not real sure. He said they are just appealing the accounting reimbursement and I wanted to make sure that was clear because I did not see this specifically. Does this need to be listed on a special form or in supporting memo? No rush here, basically for my own curiosity and understanding." <br><br> Jennifer Goodwin responds: "Hi David, The claimant did only appeal the account reimbursement, and we see that from the documents he submitted. We are looking at this. We think we might be able to pay these account fees without going through the appeal. This may be one where we ask BP if we can re-issue the Eligibility Notice and close the appeal. I should have more information for you tomorrow." |
| 52 | 01/16/13 4:06 p.m. CT | Email from Kailey L. Leboeuf, Esq. to Nikeita Ashe: "It was nice speaking with you today. Pursuant to your request, please find attached our memorandum in support of our appeal for Casey Thonn's Boat Captain claim. . . . Also, please let me know the procedure to withdraw an appeal once you find out. We will probably withdraw our appeal for Mr. Thonn's Vessel Owner claim. As discussed, for the Vessel Owner claim, our appeal is only requesting for reimbursement of accounting fees, and you indicated that we should be able to get reimbursed the maximum amount of accounting fees if we withdraw our appeal." |
| 53 | 01/17/13 1:33 p.m. CT | Email from David Duval to Lionel Sutton re "Thonn claim": "Brown Greer appeal team is working on this claim. They might be able to pay accounting fees without going through appeal process. Hopefully, we will re-issue Notice soon and close appeal." |

| | | |
|---|---|---|
| 54 | 01/29/13<br>8:38 a.m. CT | Email from Glen Lerner to Lionel Sutton: "Can you ask Chris what I need to do to get my BP claims in some sort of priority. We have over a thousand claims and hundreds on file and yet only trickling in a check or two per week. I need my claims expedited.  More money coming in means I start getting my sea legs and can keep us going in other areas."<br><br>Lionel Sutton responds with Andry Lerner summary claims data.<br><br>Glen Lerner responds:  "its good to have friends in high places.  How can we speed up our review process?"<br><br>Sutton responds: "You can't. Yours are going pretty fast.  The process will get faster on its own as grey areas are resolved and applied across the board.  What you can do is make sure that any incomplete notices are responded to asap.  Previously, responses to incomplete notices were sent to the back of the line but we will be streamlining that process very soon."<br><br>Glen Lerner forwards the above email chain to Susan DeSantis. |
| 55 | 01/31/13<br>12:30 p.m. CT | Email from David Duval to Lionel Sutton regarding "Thonn claim":  "I just found out that with shrimp claims, the RTP is included in the compensation amount.  Learn something new every day."<br><br>Lionel Sutton responds:  "Doesn't say that on the form though.  May need to change it."<br><br>David Duval responds:  "Good idea." |
| 56 | 02/01/13<br>9:52 a.m. CT | Email from Lionel Sutton to Jeff Cahill and Glen Lerner concerning Crown LLC:  "Jeff, In anticipation of signing the amended operating agreement, I need you to send me a printout of what you show as salary payments to me since 6/1/12." |
| 57 | 02/15/13<br>12:54 p.m. CT | Email from Lionel Sutton to Glen Lerner: "Are you still interested in a small P.I. practice here when BP starts trailing off?  I would hate to think I made up with Jon for nothing."<br><br>Glen Lerner responds:  "Yeah.  But hard to do with him.  He's so unorganized."<br><br>Lionel Sutton responds:  "We would have to draw it up like a business from the start using a scaled down model of your other offices."<br><br>Glen Lerner responds: "Impossible with John right now.  I love him but absolutely gets in his own way.  If he just listens and lets me run will be fine.  Focus on Crown.  PI is peanuts compared to the money we can be making within two to three years. . . . " |

| | | |
|---|---|---|
| 58 | 02/20/13 2:53 p.m. CT | Email from Lionel Sutton to Jeff Cahill and Glen Lerner concerning Crown LLC: "Jeff, I never recieved a response to the info requested in the email below." Email below, dated 2/1/2013, read: "In anticipation of signing the amended operating agreement, I need you to send me a printout of what you show as salary payments to me since 6/1/12."<br><br>Jeff Cahill responds: "Sorry Tiger -- I didn't mean to ignore you. I show salary/guaranteed payments to you as follows: 9/28/12 - $12,000 10/2/12 -- $9,000 11/15/12 -- $15,000. No withholding was done on these payments. On the partnership tax return, they will show as guaranteed payments - a separate line item on the K-1."<br><br>Glen Lerner responds: "At $10k per month since June, we owe Tiger $90k total. So just see how much has been paid to him since June."<br><br>Jeff Cahill responds: "Below is what we have paid him since June." |
| 59 | 02/21/13 12:31 p.m. PT | Email from Jeff Cahill to Lionel Sutton and Glen Lerner concerning Crown LLC: "The 7/19 payment should have been expense reimbursement. I'll double check and let you know." |
| 60 | 2/28/2013 | Check from Settlement Trust for $166,652.10 for Casey Thonn c/o Andry Lerner, L.L.C. |
| 61 | 03/06/13 5:42 p.m. CT | Email from Jon Andry to Patrick Juneau enclosing a list of claims, including **[Redacted]**. |
| 62 | 03/07/13 10:23 a.m. CT | Email from Lionel Sutton writes to Jeff Cahill: "Can you let me know when you are going to be able to send the balance owed to me. I expect we will sign the agreement next week. Also, I saw that Casey Thonn was paid another 166,666 last month. Please let me know the status of that check." |
| 63 | 03/08/13 11:00 a.m. CT | Email from Lionel Sutton to Glen Lerner: "I had lunch with Jon yesterday. It was nice. Things seem to be healing. Thanks for pushing it. I am working with him to get your Talens claim pushed through as quick as possible. Julian and his buddy are signing up for Duke camp July 11. I will start getting him hydrated now."<br><br>Glen Lerner responds: "I'll go with you again. If he doesn't impress them this year they can still steer him in the direction of programs where he can play." |
| 64 | 03/08/13 7:27 p.m. CT | Email from Glen Lerner to Lionel Sutton concerning Crown LLC: "Of course. I appreciate your help being the buffer between me and the others. I just want them to do what they good at. Everyone brings something to the table. This will be good. Just need to survive a little longer. Luckily just settled two cases for $1.2M each so will have fees in fourteen days. Will get you caught up through end of March as soon as those are in if that's cool and then you will just be paid timely like the others."<br><br>Lionel Sutton responds: "Sure. Jon got paid on the casey thonn bp case last week so you can send me that."<br><br>Glen Lerner responds: "He controls the money man."<br><br>Lionel Sutton responds: "He told me he was sending it to you to send to me." |
| 65 | 3/11/2013 | Andry Lerner, L.L.C. check #1308 to Glen J. Lerner & Associates for $16,665.21. Memo: Casey Thonn. |

| | | |
|---|---|---|
| 66 | 03/11/13<br>10:52 a.m. | Email from Glen Lerner to Lionel Sutton, copying Mike Bryant, concerning Crown LLC: "Finally. I'll tell Jeff to stop all payments Friday! Just joking."<br><br>Lionel Sutton responds to Glen Lerner: "Good. I will get my 25% back. Seriously, make sure you get me paid this month. I have a few things that are due." |
| 67 | 03/15/13<br>10:16 a.m. CT | Email from Lionel Sutton to Jeff Cahill: "Joey, Tim and I signed the new OA. Please let me know when my salary will be paid up. Also, let me know about the Thonn money."<br><br>Glen Lerner responds: "Jeff. Did we receive Thon? John may have but doesn't mean we did. Tiger, what was deal on that?"<br><br>Lionel Sutton responds: "Jon told me that he just disbursed so you won't get it for a few days."<br><br>Glen Lerner responds: "Ok. What do I owe you? What did he send me for you?"<br><br>Lionel Sutton responds: "16,655."<br><br>Glen Lerner responds: "How much was our end $33k?" |
| 68 | 03/20/13<br>3:17 p.m. CT | Email from Lionel Sutton to Jeff Cahill: "Jeff, Please confirm that you will deposit my past due salary by end of the month at the latest."<br><br>Jeff Cahill responds: "I'm pedaling as fast as I can Tiger. And what was the dollar amount of the other payment? I thought it'd gone out awhile ago - to the old Crown account. I can search easier if I have the dollar figure."<br><br>Lionel Sutton responds: "The last payment was a fee not Crown LLC salary. You sent Glenn and I an email with the balance 2 months ago. Of course you will have to add February March and April now."<br><br>Jeff Cahill responds: "Not that one. The one from Andry?"<br><br>Sutton responds: "The one you sent from andry was 4900. He is sending or sent another 16600. I get that when you get it. Glen made a deal to get me made up and on time by the end of the month. That was some of the consideration for giving up some shares. If he can't do it, we need to talk."<br><br>Cahill responds: "Ok. I thought you were still looking for that Andry deal."<br><br>Sutton responds: "Not until you get it which should be this month also." |

| | | |
|---|---|---|
| 69 | 03/20/13<br>3:20 p.m. CT | Email from Susan DeSantis to Glen Lerner and Jeff Cahill: "I am mailing you the following checks from Andry Lerner, L.L.C.: ... 1308 $16665.21 (50% Casey Thonn referral fee)."<br><br>Glen Lerner responds to Susan DeSantis, Jeff Cahill, and Jon Andry: "I'm confused on Thon. I am supposed to give referral attorney 50%, correct? That was our deal with him. If fee was $33K and you send me $16K for my end and I'm supposed to send him the full $16K then I got no fee. Same as the last referral."<br><br>Susan DeSantis responds to all: "Your 40% will be in a draw not referral."<br><br>Glen Lerner responds to Susan DeSantis: "ok." |
| 70 | 03/21/13<br>7:57 a.m. CT | Lionel Sutton responds to Jeff Cahill's "I'm pedaling" email above: "As of March 1, I was due $100,000 as Crown LLC direct payments. As per your February email to Glen and I, I have been paid $36,000 leaving a balance of $64,000. On April 1 that amount will increase to $74,000. It is imperative that my account be current. I understand that money is tight and agreed to wait until the last 2 weeks of March at Glen's request. I need your confirmation that it will be done. The above is in addition to the $16,666 Andry fee which you should send as soon as you get it. All funds can be deposited directly into the old Crown account."<br><br>Glen Lerner responds: "It should be taken care of in the next few days. I told you would be done by end of March but may have it done tomorrow."<br><br>Lionel Sutton responds: "I know and I agreed to wait. I wanted to confirm that with Jeff yesterday because I have some payments that i need to make."<br><br>Jeff Cahill responds to Sutton, copying Glen Lerner: "Will have about $40k to you by tomorrow. Or later this afternoon. At a conference today but funds transferred to cover." |
| 71 | 03/28/13<br>9:54 a.m. CT | Email from Lionel Sutton to Susan DeSantis: "suzy, did you send the thonn fee to glen yet?"<br><br>Susan DeSantis responds: "Yes. Wed. 3/20 to Jeff's attention in Vegas. check #1308. $16,665.21. (50% Casey Thonn referral fee)."<br><br>Lionel Sutton forwards email to Jeff Cahill and Glen Lerner: "Thanks for the 30k last week and the 20k this week. According to your calculations, you still owe me 14k to catch up. Glen told me that I would have that by the end of this week. In exchange, I agreed to wait 1 week for my April payment of 10k. Additionally, see email from Suzy below. Please advise."<br><br>Jeff Cahill responds: "We got the Thonn money in yesterday. Will transfer to old Crown, LLC account - fund in the morning." |
| 72 | 03/28/13<br>3:25 p.m. PT | Wire transfer of $16,665.21 from Glen J. Lerner Associates to Lionel Sutton's "Old Crown LLC" account with note "Casey Thonn." |
| 73 | 4/29/2013 | Check from Settlement Trust for $190,350.25 for Casey Thonn c/o Andry Lerner. |

Summary Exhibit Submitted by Glen J. Lerner
(Redacted)

| # | Date | Description |
|---|---|---|
| 74 | 5/2/2013 | Email from Lionel Sutton to DeSantis: "I saw Casey got his last payment of 190,350 on 4/29. Let me know when you send Glen his share." |
| 75 | 05/09/13 3:02 p.m. CT | Email from Lionel Sutton to Glen Lerner: "What I like about the logo I sent you is that it is in our name. Now we can be identified when someone sees our name alone. A lot of companies are named crown with a crown logo. This stands out. it would look great on golf shirts, hats, ect. They can come with some others, I just thought this one hit right away."<br><br>Glen Lerner responds: "Glad to see you working so hard while I try to figure out how to keep paying for shit."<br><br>Lionel Sutton responds: "u forget. Im also working hard to get you $ so you can pay for shit."<br><br>Glen Lerner responds ""Ooh la la. Work harder. How's Chris"<br><br>Lionel Sutton responds: "she's good. it has actually been pretty fun working together on this.<br><br>Glen Lerner responds: "They are not paying claims. Insane."<br><br>Lionel Sutton responds: "We are paying a lot of claims. . . . The issue is that the vast majority of claims are discovered to have some type of deficiency during the accounting process. We can't fix that. . . . Unfortunately, we have to process claims as they are filed and cannot give preference to claimants with lawyers. . . "<br><br>In another response, Lionel Sutton forwards Andry Lerner claim data with statement: "Just between me and you, here is your report."<br><br>Glen Lerner responds: "Can I share this with my office manager Susan."<br><br>Lionel Sutton responds: "Yes. And she should know to call me when she has problems."<br><br>Glen Lerner forwards email to Susan DeSantis. |
| 76 | 5/14/2013 | Andry Lerner, L.L.C. check #1394 to Glen Lerner & Associates for $19,035.02. "Memo Casey Thonn/Boat Captain." |
| 77 | 05/14/13 1:06 p.m. CT | Email from Lionel Sutton to Susan DeSantis: "Did you send Thonn to Jeff Cahill?"<br><br>Susan DeSantis responds: "Just saw the check sitting on Scott's desk (Jon's CFO). It should be sent to Vegas tomorrow."<br><br>Lionel Sutton responds: "Thanks." |
| 78 | 05/22/13 10:10 a.m. CT | Email from Lionel Sutton to Jeff Cahill, copying Glen Lerner: "Jeff, let me know when I can expect my May salary, as well as the final Thonn $ previously sent to you by jon." |
| 79 | 06/03/13 2:39 p.m. CT | Email from Lionel Sutton to Jeff Cahill: "jeff, you should have received the thonn check some time ago. when can i expect it." |

| | | |
|---|---|---|
| 80 | 06/05/13 7:36 a.m. | In response to Lionel Sutton email of 6/3/2013, Jeff Cahill responds: "Today." In a separate email: "Done." |
| 81 | 06/05/13 7:44 a.m. PT | Wire transfer of $25,000 from Glen J. Lerner & Associates to Crown LLC account. |
| 82 | 06/05/13 10:37 a.m. PT | Wire transfer of $19,035.02 from Crown LLC account to Lionel Sutton's "Old Crown LLC" account with note "Casey Thonn." |
| 83 | 6/21/2013 | Lionel Sutton resigns from the Claims Administrator's Office. |
| 84 | 07/08/13 5:27 p.m. | Email from Lionel Sutton to Glen Lerner: "Juneau knew about all of my businesses. He is so afraid of bp that he sacrificed me then Chris thinking that would be it..."<br><br>In another email string, in response to Lionel Sutton's hope that Christine Reitano could get her job back, Glen Lerner wrote: "Well wouldn't that have made sense not to take the job in the first place with you being a salaried member of Crown? You were getting a salary long before you took that job and our crown agreements document everything. You said Mr. Juneau knew all this."<br><br>Sutton responds: "Who the hell would have thought that you and I each having a minority interest in a preexisting company would be a conflict [of] interest." |
| 85 | 07/09/13 12:09 p.m. | In connection with 7/8 email string, Glen Lerner and Lionel Sutton discuss the hold put on Andry Lerner claims.<br><br>Lionel Sutton responds: "I just don't get it. I don't even know the names of any of your other claimants. . . I told Pat about [the Thonn case] before I started. When this first came up I told Pat that the only case i sent was thonn before I started. He told me that he already knew about Thonn because he remembered that I told him. . . " |