IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL No. 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO 12-970 | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## WITNESS, EXHIBIT AND ISSUE LIST

NOW INTO COURT, comes Jon Andry, who submits this Witness and Exhibit List, as follows:

ISSUE:

The Andry cases and communications with claims personnel were all handled exactly like all other cases and the firm neither requested nor received special help from Sutton. Andry and the Andry Lerner Firm never agreed to pay any referral fee to Sutton, and never paid any fee to Sutton. No Andry, or Andry Lerner case, received any assistance from the Claim's Office beyond its required duties. There is no evidence that Jon Andry requested any improper help from anyone.

WITNESS LIST:

1. David Duvall
2. Tracy Steilberg
3. Mark Staley

4. Christopher Renauldi

5. Susan Desantis

6. Jeff Cahill

7. Lionel Sutton, III

8. Christina Mancuso

9. Kailey Leboeuf

10. Leslie Tate

11. Any witness called by any other party.

12. Andry reserves the right to supplement and amend this list.

## EXHIBIT LIST:

1. Any exhibit used by any other party.

2. Any exhibit attached to the Responses of Jon Andry, Andry Lerner, Gilbert "Gibby" Andry's Law Firm, Glen Lerner and Christine Rietano.

3. Examples of Jon Andry's law firm's referral agreements referral payments, and disbursement sheets.

4. The original October eligibility notice on Casey Thonn

5. Certain emails between Lerner and Sutton regarding Andry

6. Certain emails between Jon Andry's office and the Claims office.

Andry does not agree with the Special Master's statements of certain factual issues not being in dispute. For example: Special Master Factual Issue #4.

By Attorneys:

/s/Lewis O. Unglesby
LEWIS O. UNGLESBY (#12498)
UNGLESBY LAW FIRM
246 Napoleon Street
Baton Rouge, LA  70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

## CERTIFICATE OF SERVICE

I hereby certify that on 17th day of October, 2014, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/Lewis O. Unglesby

LEWIS O. UNGLESBY