IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-4182, 10-4183, 13-02645, 13-2646, 13-2647, 13-2813 | * * * | Magistrate Judge Shushan |

### BP'S MOTION TO STRIKE NOTICES OF APPEARANCE OF COUNSEL FOR THE GOVERNOR OF ALABAMA

BP America Production Company, BP Exploration & Production Inc., and BP p.l.c. (collectively, "BP") move the Court to strike the Notices of Appearance filed by counsel for the Governor in this litigation. The Governor is not a party to this litigation, and therefore he, and his counsel, have no right to appear or participate in this litigation as if they were parties.

For the reasons set forth in BP's Memorandum in Support, BP respectfully requests that the Court: (1) strike the Notices of Appearance filed by the Governor of Alabama's counsel on September 2, 2014 and October 9, 2014; (2) order that the non-party Governor may not participate in this litigation unless he satisfies the requirements for intervention under Federal Rule of Civil Procedure 24; (3) order that counsel for non-party Governor, who do not also represent a party, cannot participate in this litigation; and (4) order that counsel that represent both the State of Alabama and the Governor shall only participate in this litigation as counsel for the State.

Date:  October 17, 2014			Respectfully submitted,


					/s/ Don K. Haycraft
					Don K. Haycraft (Bar #14361)
					R. Keith Jarrett (Bar #I6984)
					Liskow & Lewis
					701 Poydras Street, Suite 5000
					New Orleans, Louisiana 70139-5099
					Telephone: (504) 581-7979
					Facsimile: (504) 556-4108

					and

					Richard C. Godfrey, P.C.
					J. Andrew Langan, P.C.
					Paul D. Collier
					Kirkland & Ellis LLP
					300 North LaSalle Street
					Chicago, IL 60654
					Telephone: (312) 862-2000
					Facsimile: (312) 862-2200

					Robert C. "Mike" Brock
					F. Chad Morriss
					Kirkland & Ellis LLP
					655 Fifteenth Street, N.W.
					Washington, D.C. 20005-5793
					Telephone: (202) 879-5000
					Facsimile: (312) 862-2200

					Maureen F. Browne
					Covington & Burling LLP
					1201 Pennsylvania Avenue, NW
					Washington, DC 20004-2401
					Telephone: (202) 662-5985

					Joel M. Gross
					Lawrence A. Schneider
					Arnold & Porter, LLP
					555 12th Street N.W.
					Washington, DC 20004
					Telephone: (202) 942-5705
					Facsimile: (202) 942-5999

					*Attorneys for BP p.l.c., BP Exploration & Production Inc., and BP America Production Company*

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of October, 2014.

                /s/ Don K. Haycraft
                Don K. Haycraft