55969504
Sep 02 2014
03:59PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

This Pleading Relates To
- 10-4182 (*Alabama v. BP*)
- 10-4183 (*Alabama v. Transocean, et. al*)
- 13-2645 (*Alabama v. Anadarko & MOEX*)
- 13-2646 (*Alabama v. Transocean*)
- 13-2647 (*Alabama v. Halliburton*)
- 13-2813 (*Alabama v. BP*)

MDL No. 2179
SECTION: J

JUDGE BARBIER
MAGISTRATE SHUSHAN

## NOTICE OF APPEARANCE

The following attorneys of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., hereby submit their Notice of Appearance on behalf of Alabama Governor Robert Bentley, and in support of the Office of the Alabama Attorney General and the State's lead attorney in this matter, Attorney General Luther Strange:

| Attorney Name | Alabama State Bar Number |
|---|---|
| Jere L. Beasley | ASB-1981-A35J |
| Rhon E. Jones | ASB-7747-E52R |
| J. Parker Miller | ASB-7363-H53M |
| Richard D. Stratton | ASB-3939-T76R |
| Jennifer E. Day | ASB-7094-Y87Z |

Dated, this the 2nd day of September, 2014.

Respectfully submitted,

/s/ Rhon E. Jones
Rhon E. Jones (ASB-7747-E52R)

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of September 2014.

                                          /s/ Rhon E. Jones