**From:** Rhon Jones [mailto:Rhon.Jones@BeasleyAllen.com]
**Sent:** Friday, October 17, 2014 10:47 AM
**To:** Morriss, Chad; *CMaze@ago.state.al.us; 'Sally_Shushan@laed.uscourts.gov'; 'mike_o'keefe@laed.uscourts.gov'
**Cc:** Robert T. Cunningham (PSC); 'Paul M Sterbcow'; jbreit; Rick Stratton; Parker Miller; Jenna Day; Sinclair, Win; *lstrange@ago.state.al.us; Alan York [HESI]; Langan, Andrew; Bruce Bowman, Jr. (HESI); Carter Williams [T/O]; Donald Godwin [HESI]; Doug Hastings; *edward.flanders@pillsburylaw.com; Grant Davis-Denney (T/O); Jenny Martinez [HESI]; Kerry Miller [T/O]; Ky Kirby (APC); *mbrowne@cov.com; Brock, Mike; Collier, Paul D.; Paul Thibodeaux [T/O]; Stella Pulman [MOEX]; Tamerlin Godley [T/O]; Tom Lotterman [APC]
**Subject:** RE: AL Damages Case: Counsel for the State

Chad,

The Governor is not going to withdraw his appearance.

Rhon

**Rhon Jones**
Principal & Toxic Torts Section Head

---

**From:** Morriss, Chad [mailto:chad.morriss@kirkland.com]
**Sent:** Friday, October 17, 2014 9:00 AM
**To:** *CMaze@ago.state.al.us; 'Sally_Shushan@laed.uscourts.gov'; 'mike_o'keefe@laed.uscourts.gov'
**Cc:** Robert T. Cunningham (PSC); 'Paul M Sterbcow'; jbreit; Rick Stratton; Rhon Jones; Parker Miller; Jenna Day; Sinclair, Win; *lstrange@ago.state.al.us; Alan York [HESI]; Langan, Andrew; Bruce Bowman, Jr. (HESI); Carter Williams [T/O]; Donald Godwin [HESI]; Doug Hastings; *edward.flanders@pillsburylaw.com; Grant Davis-Denney (T/O); Jenny Martinez [HESI]; Kerry Miller [T/O]; Ky Kirby (APC); *mbrowne@cov.com; Brock, Mike; Collier, Paul D.; Paul Thibodeaux [T/O]; Stella Pulman [MOEX]; Tamerlin Godley [T/O]; Tom Lotterman [APC]
**Subject:** RE: AL Damages Case: Counsel for the State

1

Corey,

As mentioned in Andy's note to Judge Shushan this morning, the notice of appearance that was filed yesterday does not resolve all the issues regarding the Governor's and his counsel's improper participation in this litigation. Although we understand that "Each attorney appearing on behalf of the State at depositions will be an appointed Deputy or Assistant Attorney General appearing on behalf of the State of Alabama," there are several attorneys that have appeared on behalf of the Governor that were not appointed as Deputy or Assistant Attorneys General. These attorneys include Jere Beasley, Cooper Shattuck, David Byrne, Sr. and Franklin Johnson. Moreover, as a non-party, the Governor and his counsel have no right to participate in this litigation.

We therefore request that the Governor and his counsel withdraw the notices of appearance that were filed on September 2 and October 9 and confirm that the Governor does not intend to participate in this litigation as a party. Given the Court's 5:00pm deadline for our filing regarding the Governor's participation, please advise by noon today whether the Governor will do so.

Best regards,
Chad


**Chad Morriss**

KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W. Washington, D.C. 20005
+1 (202) 879-5996 direct
+1 (202) 879 5200 fax

chad.morriss@kirkland.com
www.kirkland.com

---

**From:** Maze, Corey [mailto:CMaze@ago.state.al.us]
**Sent:** Thursday, October 16, 2014 7:05 PM
**To:** 'Sally_Shushan@laed.uscourts.gov'; 'mike_o'keefe@laed.uscourts.gov'
**Cc:** Robert T. Cunningham (PSC); 'Paul M Sterbcow'; jbreit; 'Rick Stratton'; Rhon Jones; 'Parker Miller'; 'Jenna Day'; Sinclair, Win; *lstrange@ago.state.al.us; Alan York [HESI]; Langan, Andrew; Bruce Bowman, Jr. (HESI); Carter Williams [T/O]; Morriss, Chad; Donald Godwin [HESI]; Doug Hastings; *edward.flanders@pillsburylaw.com; Grant Davis-Denney (T/O); Jenny Martinez [HESI]; Kerry Miller [T/O]; Ky Kirby (APC); *mbrowne@cov.com; Brock, Mike; Collier, Paul D.; Paul Thibodeaux [T/O]; Stella Pulman [MOEX]; Tamerlin Godley [T/O]; Tom Lotterman [APC]
**Subject:** AL Damages Case: Counsel for the State

Judge Shushan,

During Friday's conference, Andy noted BP's objection to the Governor's attorneys participating at depositions because "the governor is not a party to this litigation. The party to the litigation is the State of Alabama. The State of Alabama can only participate through its Attorney General." Oct. 10, 2014 Trans. 43. In the conversations that led me to raising the issue on Friday, counsel for BP Chad Morriss outlined BP's argument against the Governor's counsel appearing at depositions:

BP disagrees with your position that Beasley Allen is entitled to participate in this litigation to the same extent as the Attorney General. As you acknowledge, Beasley Allen does not represent the State of Alabama in this litigation, rather they represent the Governor. Moreover, Beasley Allen is precluded by statute from representing the State. Although you reference Ala. Code § 36-15-1 as support for the Governor's right to appear in this litigation, this ***statute states that***

*"no attorney shall represent the State of Alabama … in any litigation in any court or tribunal unless the attorney has been appointed as a deputy attorney general or assistant attorney general." Ala. Code § 36-15-1(13)*; see also *Walker v. Liggett Group, Inc.*, 982 F. Supp. 1208, 1210-11 (S.D.W.Va. 1997) (citing Ala. Code § 36-15-21 for the proposition that *"[g]enerally, no person or entity other than the Attorney General of a state is authorized to represent that state in any court or in any case")*.  **To our knowledge, none of the Beasley Allen attorneys who have appeared in this litigation have been appointed as a deputy or assistant attorney general.**

Email from Chad Morriss to Corey Maze (08:03am 10-01-2014) (emphasis added) (on file with counsel).

The Attorney General has now appointed the Beasley Allen attorneys in question Deputy Attorneys General, along with three other attorneys.  Attached is their notice of appearance as Counsel "on behalf of the State of Alabama, by and through its Attorney General Luther Strange."

\*\*

Accordingly, the representation issue is moot.  Without agreeing with BP's argument, Alabama has acted in accordance with it:  Each attorney appearing on behalf of the State at depositions will be an appointed Deputy or Assistant Attorney General appearing on behalf of the State of Alabama.

In light of the issue being moot, Alabama contends that no briefs on this issue should be filed, and we request that the Court confirm our contention regarding briefing.

Respectfully,

**Corey L. Maze**
*Special Deputy AG, State of Alabama*
*(334) 850-2885*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*