UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Pleading Relates To**<br>• **10-4182** (*Alabama v. BP*)<br>• **10-4183** (*Alabama v. Transocean, et. al*)<br>• **13-2645** (*Alabama v. Anadarko & MOEX*)<br>• **13-2646** (*Alabama v. Transocean*)<br>• **13-2647** (*Alabama v. Halliburton*)<br>• **13-2813** (*Alabama v. BP*) | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**THE STATE OF ALABAMA'S MOTION TO COMPEL**
**RESPONSES TO DISCOVERY REQUESTS**

Pursuant to Federal Rule of Civil Procedure 37(a), the State of Alabama moves this Court to compel Defendants' responses to the following discovery requests propounded by the State:

- Interrogatory #13
- Interrogatory #43
- Interrogatory #46

Pursuant to Rule 37(a)(1), the State certifies that it has, in good faith, conferred with Defendants on multiple occasions to obtain the requested responses without court intervention.[1]

Respectfully submitted,

/s/ Corey L. Maze              .
*Special Deputy Attorney General*
State of Alabama

---

[1] The Parties either met-and-conferred or traded email or letter correspondence regarding discovery issues on the following dates, at least: July 15, 21, and 24; August 1 and 28; September 14, 15, 16, 25, and 29; and, October 1, 6, 9, 10, 14, and 16.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of October 2014.

/s/ Corey L. Maze                .
*Special Deputy Attorney General*
State of Alabama