# ATTACHMENT A

# TO BE FILED UNDER SEAL