# Exhibit 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | |
| | * | SECTION J |
| | * | |
| | * | |
| This document relates to: | * | Judge Barbier |
| | * | |
| Case Nos. 10-2771, 10-4182, 10-4183, 13-02645, 13-cv-02646, 13-cv-02647, 13-cv-02813 | * | Magistrate Judge Shushan |
| | * | |
| | * | |

---

## DEFENDANTS' JOINT SUBMISSION REGARDING DISCOVERY DISPUTES INVOLVING THE RULE 30(B)(6) TOPICS AND SEARCH TERMS

Defendants BP, Transocean, Halliburton, Anadarko and MOEX submit the following to address discovery disputes that have arisen during the side's efforts to finalize the search terms and Rule 30(b)(6) topics.  While each of these issues is unique, all but one have a common thread in that Alabama's position would impermissibly narrow the discovery that Defendants seek to obtain and unduly prejudice the Defendants' ability to develop their defense if accepted. Alabama's efforts to limit discovery simply do not square with the Federal Rules and the broad view of relevance at the discovery stage. The areas of disagreement are:

- discovery from Alabama regarding reports and analyses as to payments that BP made to individuals and businesses within Alabama and their impact on Alabama's economy;

- discovery from Alabama regarding the disbursement of monies pursuant to grants and contributions that BP made to Alabama;

- temporal scope for discovery of Alabama communications;

- discovery from Alabama regarding certain information it possesses regarding Alabama counties and municipalities;

- discovery from Alabama regarding individuals and entities relating to response efforts;

-  Alabama's search strings served on Defendants.

Defendants discuss below why the information they seek is discoverable, and why Alabama's positions seek to impose an unreasonably narrow discovery scope.

### I.     Discovery re payments that BP made to individuals and businesses

Claim payments to individuals and businesses in Alabama may have an offset effect towards Alabama's economic losses and should be taken into consideration.  Discovery into those claim payments to individuals and businesses has relevance to Alabama's OPA economic claim because, among other things, those payments were subject to state taxes and therefore impacted the state tax revenue.  Here, the Defendants have requested that Alabama produce a

1

Rule 30(b)(6) witness to testify on studies or analyses relating to the impact of such claim payments on the Alabama economy. *See* App. A (Topic 14).

Alabama, however, refuses to produce a witness to testify on this topic contending that such evidence would be inadmissible at trial under the collateral source doctrine. The collateral source doctrine "generally denies to a tortfeasor a reduction in its liability by any amounts the plaintiff receives from a source collateral to, or independent of, the tortfeasor." *Phillips v. Western Co.,* 953 F.2d 923, 929 (5th Cir. 1992). But it would not seem to apply in this instance where Alabama is the plaintiff and the payments that it seeks to exclude are make to individuals and businesses other than the plaintiff. Additionally, the collateral source doctrine does not apply here because the source of the payments is not collateral—BP is both the source of the payments and a defendant. *See Phillips,* 953 F.2d at 931 ("In cases where the tortfeasor contributes toward the benefit . . . the justifications for denying a setoff become less compelling. The rule is intended to ensure that the availability of outside sources of income does not diminish the plaintiff's recovery, not make the tortfeasor pay twice."); *Smith v. Office of Pers. Mgmt.*, 778 F.2d 258, 263 (5th Cir. 1985) ("The collateral source rule does not apply when the collateral source is the defendant."); *Berg v. United States*, 806 F.2d 978, 984 (10th Cir. 1986) ("A collateral source, then, is one which is distinct from the funds of the defendant.").

Furthermore, the collateral source doctrine contains an evidentiary component that precludes admission of evidence at trial. It, however, is not a mechanism to limit discovery. *See In re Ford Motor Co. Bronco II Prods. Liab. Litig.,* No. CIV.A. MDL-991, 1994 WL 624114, at *1 n.6 (E.D. La. Nov. 8, 1994) ("Relevance, not admissibility, is the linchpin of whether information is properly subject to discovery. Whether [a rule of evidence] precludes the admission of [certain] evidence . . . is not dispositive as to whether such information is

reasonably the subject of discovery."); *Adams v. Dolgencorp, LLC*, No. CIV.A. 11-784-FJP, 2012 WL 2064556, at *2 (M.D. La. June 7, 2012) (denying motion to quash third party subpoena based on collateral source doctrine agreement because "the scope of discovery is broad [and] the information may be relevant to a claim or defense in this matter, or lead to relevant information").  Alabama may not use blanket assertions of the collateral source rule to preclude discovery into possibly relevant and discoverable areas.

Finally, Fifth Circuit courts have demanded actual evidence before ruling whether the collateral source rule applies. *See Phillips,* 953 F.2d at 933 ("[Evidence] should have been presented to the district judge before he ruled on whether the benefits fell within the collateral source rule"); *Fortenberry v. Atwood Oceanics*, No. CIV. A. 00-528, 2001 WL 121902, at *1 (E.D. La. Feb. 9, 2001) (deferring ruling because "[n]either party has presented sufficient evidence for the Court to determine whether payments were derived from a collateral source."). By seeking to prematurely deny discovery on this topic, Alabama's proposal would preclude gathering of information that will allow for a reasoned decision as to whether the rule applies.

## II.      Discovery re disbursement of BP's grants and contributions to Alabama

BP has made voluntary payments of tens of millions of dollars to Alabama, and governmental bodies located in it, as part of its response to the *Deepwater Horizon* incident and oil spill.  While many of these voluntary payments were transferred to Alabama without a written agreement limiting how the payments could be used to offset OPA damages in the future, some did include such language.  To develop fully their defense against Alabama's OPA economic loss claim, Defendants seek discovery from Alabama regarding how and where it has disbursed the monies provided for ***all*** of those voluntary payments from BP.

Such discovery is highly relevant to Alabama's economic claim and the defense to it.  If the monies associated with those voluntary payments were used to mitigate the damages Alabama now claims to have suffered, Defendants are entitled to know how and whether that money was spent.  And if those monies could have been spent so as to offset Alabama's economic losses associated with the spill, but were not, this could be relevant to the economic damages to which Alabama is entitled.  For example, if monies that Alabama received could have been used for the purpose of covering recovery and response costs but were diverted to other state initiatives instead, Alabama arguably is foreclosed from seeking recovery of those response costs from Defendants now.  At a minimum, Defendants ought to be able to explore whether those monies were used to cover response costs or in support of the Alabama economy.

Alabama does not dispute that Defendants are entitled to discovery into the disbursement of monies paid to it as a general proposition.  Alabama, however, does contend that where agreements associated with such voluntary payments limited the extent to which monies could be used as an offset to OPA economic claim damages, Defendants should be precluded from pursuing discovery into how those monies were disbursed.   This is incorrect.

First, Defendants should be entitled to obtain discovery into how Alabama disbursed the monies it received because if those funds were not properly used, it may null the applicability of any provision that limited their ability to be used as an offset.  Also, to the extent these agreements provide that Alabama will not seek compensation under OPA for the same costs paid through these payments, discovery into how Alabama used these monies is relevant to its request for reimbursement associated with response and recovery costs.  Without the opportunity to obtain discovery as to how these monies were spent, the Court and the Defendants would be left in the dark as to whether such monies are relevant to Alabama's damages claim.

4

Second, even if still valid, the written provisions associated with some of the payments only address whether the payments can be used as an offset to Alabama's OPA claim in determining any damages due; it is undisputed that they they do not preclude **_discovery_** into how those payments were distributed.  To the extent that Alabama is contending that the Defendants are precluded from using these payments to limit Alabama's damages in contradiction of their associated agreements, this is an issue to be raised on summary judgment or at trial, not as a mechanism to shield discovery.

Third, even if the agreements associated with some of the payments restrict the ability for BP to rely on monies paid to Alabama as an offset to the economic claim, they do not extend to the other defendants.  HESI, Transocean, Anadarko and MOEX are not signatories to any of these agreements and not bound to their obligations to support an offset for damages in this case. In sum, without the opportunity for discovery to know how these monies were spent on recovery, Defendants ability to develop a defense that these payments impacted Alabama's economic loss will be impermissibly hindered.

### III.        Temporal scope for communications of Alabama custodians.

 While the parties negotiated extensively regarding the temporal scope for the search terms and Rule 30(b)(6) topics, and were able to resolve much of their dispute, the parties are at an impasse on one remaining issue:  the temporal scope with respect to communications that will be searched of witness custodial files.  Defendants have proposed that Alabama's search for communications in the custodial files responsive to topics 6, 13, 15, 17, and 19 should commence on January 1, 2005.   Alabama, however, has proposed that its search should commence on the date of the _Deepwater Horizon_ incident, April 20, 2010.

In evaluating Alabama's economic loss attributable to the oil spill, one relevant issue is the evaluation of other events that also impacted the Alabama economy, such as the national recession. Communications prior to the incident, including those that date back to 2005, discussing the state of the Alabama economy or those events that impact it are highly relevant to understanding what impact events, other than the spill itself, contributed to Alabama's economic loss. Unquestionably, the status of Alabama's economy before the incident, and Alabama's own internal forecasts and perceptions both before the spill and after it as reflected in internal communications, may be relevant to understanding the extent of Alabama's losses due to the spill. Similarly, to the extent that Alabama's pre-spill communications discuss economic data, reports and analyses, such communications may be relevant to understanding the reliability of such economic material and how such material should be used to interpret the strength of Alabama's economy.

Additionally, Alabama's pre-spill communications may shed light on the methodologies that Alabama has used in the past to analyze or predict the effect of events on the State's economy, tourism industry, or property values, as well as the accuracy of any such methodologies. Communications regarding such economic data and analyses are also relevant because they may raise concerns over the accuracy or applicability of analytical methods that Alabama has used to predict the economic impact of an event or highlight issues with the accuracy of raw data.

In sum, Alabama's pre-spill communications dating back to 2005 are relevant and discoverable because they will help evaluate the extent of Alabama's economic loss due to the spill by painting a more complete understanding of the state of Alabama's economy before the spill and the impact of other major economic events, such as the national recession, before the

spill occurred. Additionally, pre-spill communications are likely to be relevant to better understand the accuracy of the Alabama economic data and the methodologies that they used before the incident to evaluate the Alabama economy.

## IV.        Discovery regarding Alabama counties and municipalities.

### A.        Topic 12: Economic impact on Alabama counties and municipalities.

Alabama counties and municipalities collect taxes and remit those tax revenues to the state.  Any impact on the economy of a county and municipality will impact the state's tax revenue, and thus discovery into the impact of the spill on counties or municipalities is unquestionably permissible.  Here, the Defendants have requested that Alabama produce a witness knowledgeable of analyses, studies or projections regarding the economic impact of the *Deepwater Horizon* incident and oil spill on counties and municipalities.  *See* App. A (Topic 12). If Alabama has analyzed or studied the impact of the *Deepwater Horizon* incident and oil spill at the county and municipality level, or possesses reports and evaluations that have, this will be relevant to the assessment of the extent of Alabama's economic loss.

Alabama, however, has refused to produce a witness on this Rule 30(b)(6) topic to the extent it covers the economic impact at the county and municipality level, contending that it has no control over such entities and would have difficulty producing a knowledgeable witness.  To be clear, Defendants seek a witness with knowledge ***of what Alabama understands*** as to the impact of the spill on the counties and municipalities, and do not seek to impose an obligation on Alabama to obtain information that is not within its possession, custody or control.  If Alabama does not have any knowledge regarding the impact on individual counties or municipalities, Alabama has no obligation to obtain such information from entities that it does not control.

Because Alabama's tax revenue is derived, in part, by taxes collected from such entities, it is reasonable to assume that Alabama may have knowledge of the economic impact on them.

### B.   Topic 16: County-level grant, contributions or donations.

As discussed above, a relevant inquiry for an evaluation of Alabama's economic loss is how the monies that BP provided to governmental entities were used in responding to the oil spill.   In that regard, Defendants have requested that Alabama produce a witness to testify regarding its knowledge of grants, contributions and distributions at the state and county level, as well as how such payments have been disbursed.  *See* App. A (Topic 16).  Alabama, however, refuses to produce a witness to testify on this topic on the county-level information that Defendants seek, contending once more that it does not control the counties and that it would be challenging to produce a witness with knowledge regarding how the counties have disbursed the monies they have received.   Defendants are not seeking to impose a burden on Alabama to collect information beyond what is within its possession, custody or control.  If Alabama does not possess information as to how the counties disbursed the monies that they received, Alabama is under no obligation to obtain it.  Nonetheless, if Alabama has received reports or information regarding how the counties have disbursed the monies they have been given, this information is relevant and Defendants are entitled to discovery into it.

### V.   Alabama's Proposed Search Terms to Defendants Are Overbroad.

Alabama provided Defendants with proposed search terms on July 16, 2014 ("July 16 terms") that included nine search strings, which BP analyzed and tested on the custodial files of six potential witnesses.   Then, at close of business on Friday, July 18, two days after the search term exchange deadline, Alabama provided a set of thirteen "supplemental" search strings ("July 18 terms") to replace its July 16 terms.  When BP attempted to repeat the test for the July 18

terms, many of the strings caused "run-time" errors because the terms were too broad for the data processing system to complete the searches.  Even after modifying them to avoid time-out errors, the July 18 terms still yielded an extremely large volume of documents, representing the majority of the custodial files from the relevant date range for the custodians tested, including family members.  When tested in isolation, some of the individual strings yielded over 100,000 documents, not including family members.

On July 23, Defendants informed Alabama that its July 18 terms were overbroad, bringing in an unduly high number of search hits.  Defendants also informed Alabama that they would agree to six of the July 16 terms with certain modifications; six of the July 18 terms with modifications; and one of the July 18 terms without modifications.   A few hours before briefing was due, and without explanation, Alabama provided its "final" set of search terms, rejecting Defendants' July 23 modifications.  Based on a preliminary analysis, Alabama's final terms are only slight modifications from the problematic July 18 terms.  Alabama's final proposals remain overbroad, and will produce a large universe of non-relevant documents.

The over breadth of Alabama's terms stem from:  (1) poor construction—using the "OR" operator to string together lengthy term lists without including the necessary limiting words (*e.g.*, "AND"), and failing to use proximity connectors to tailor searches; and (2) use of generic terms that are not targeted to relevant issues.  *See* App. C (examples of Alabama search strings showing these and other technical issues).  Preliminary testing of Alabama's final terms has confirmed their over breadth, bringing in almost 50% of the custodial files from the relevant date range, including family members.  Alabama's most overbroad terms yield the following approximate document counts when run across the custodial files of six custodians:  Search 1:  > 90,000; Search 2:  > 85,000; Search 3 > 94,000; Search 6 > 110,000; Search 7:  > 80,000; Search

9:  > 64,000; Search 12:  > 70,000; Search 13 > 87,000. These figures do not include family members and are preliminary, as BP is still processing data from these custodians.  BP expects the number of documents responsive to these search terms to increase.  BP also expects, based on experience in prior phases, that these searches will yield a very high percentage of irrelevant documents.

Because Alabama's July 23 proposal suffers the same overbroad issues, Defendants request the Court adopt their July 23 proposal, which accepts Alabama's Search 11 and attempts to narrow the remaining searches to a more reasonable scope.  *See* App. D, Column 3.  Using techniques used successfully in prior phases, Defendants modify Alabama's search terms by:

- including proximity terms to more narrowly tailor the searches;

- adding the DWH-specific string to Searches 12 and 13 (minus the term "BP");

- eliminating a limited number of generic terms not associated with relevant issues;

- eliminating identical terms found within multiple parts of a single string; and

- replacing "Mobile," which hits on emails with signature blocks containing references to "mobile" phones, with "Mobile Bay" and "Mobile County," and removing "BP."

Tests of Defendants' July 23 proposal yielded results that are more consistent with those seen in prior phases, although on the high side of what negotiated search terms have yielded before.

Based on the foregoing, Defendants respectfully request that the Court adopt Defendants' proposed positions with respect to these issues in dispute.

Date:  July 25, 2014                              Respectfully submitted,


                                                  /s/ *Paul D. Collier*
                                                  Don K. Haycraft (Bar #14361)
                                                  R. Keith Jarrett (Bar #I6984)
                                                  Liskow & Lewis
                                                  701 Poydras Street, Suite 5000
                                                  New Orleans, Louisiana 70139-5099
                                                  Telephone: (504) 581-7979
                                                  Facsimile: (504) 556-4108

                                                  and

                                                  Richard C. Godfrey, P.C.
                                                  J. Andrew Langan, P.C.
                                                  Paul D. Collier
                                                  Kirkland & Ellis LLP
                                                  300 North LaSalle Street
                                                  Chicago, IL 60654
                                                  Telephone: (312) 862-2000
                                                  Facsimile: (312) 862-2200


                                                  Robert C. "Mike" Brock
                                                  F. Chad Morriss
                                                  Maureen F. Browne
                                                  Covington & Burling LLP
                                                  1201 Pennsylvania Avenue, NW
                                                  Washington, DC 20004-2401
                                                  Telephone: (202) 662-5985


                                                  Joel M. Gross
                                                  Lawrence A. Schneider
                                                  Arnold & Porter, LLP
                                                  555 12th Street N.W.
                                                  Washington, DC 20004
                                                  Telephone: (202) 942-5705
                                                  Facsimile: (202) 942-5999


                                                  *Attorneys for BP p.l.c., BP Exploration &*
                                                  *Production Inc., and BP America Production*
                                                  *Company*

*/s/ Kerry J. Miller*
Brad D. Brian
Michael R. Doyen
Grant Davis-Denny
Daniel B. Levin
MUNGER TOLLES & OLSON, LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
michael.doyen@mto.com
grant.davis-denny@mto.com
daniel.levin@mto.com

Steven L. Roberts
Rachel Giesber Clingman
Sean Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002
Tel: (713) 4710-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
rachel.clingman@sutherland.com
sean.jordan@sutherland.com

Kerry J. Miller
FRILOT, LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

*Attorneys for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH*

12

*/s/ Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

*Attorneys for Defendant Halliburton Energy Services, Inc.*

13

_/s/ Ky E. Kirby_____

Ky E. Kirby
ky.kirby@bingham.com
David M. Halverson
david.halverson@bingham.com
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

*Attorneys for Anadarko Petroleum Company
and Anadarko E&P Company LP*

Edward Flanders
edward.flanders@pillsburylaw.com
Stella Pulman
stella.pulman@pillsburylaw.com
1540 Broadway
New York, NY 10036
PILLSBURY WINTHROP SHAW PITTMAN
LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500

*Attorneys for MOEX USA Corporation, MOEX
Offshore 2007 LLC, and MOEX USA
Corporation*

# Appendix A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This Document Relates To:** | **DISTRICT JUDGE BARBIER** |
| **Case Nos. 10-2771, 10-4182, 10-4183, 13-02645, 13-cv-02646, 13-cv-02647, 13-cv-02813** | **MAGISTRATE JUDGE SHUSHAN** |

**DEFENDANTS' FIRST RULE 30(b)(6) NOTICE TO THE STATE OF ALABAMA**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Pre-Trial Order No. 17 (as supplemented and amended by Pre-Trial Order Nos. 27, 44 and 52), Defendants BP Exploration & Production Inc., BP America Production Company (collectively, "BP"), Halliburton Energy Services, Inc. ("HESI"), Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., Triton Asset Leasing GmbH (collectively, "Transocean"), through undersigned counsel request that the State of Alabama (hereafter "the State" or "Alabama") designate and produce one or more officials, officers, managers, agents, employees, or other representatives of the State to discuss the Areas of Inquiry identified below.  The deposition(s) will be scheduled by Defendants and the State at mutually agreeable times and locations.

**AREAS OF INQUIRY**

1.    Your knowledge of and the content of any tax and/or other revenue collection data, reports, analyses, forecasts, or projections of State revenue and expenses prepared, produced, commissioned, purchased, or otherwise obtained by or for the State.

2.    Your knowledge of and the content of any data, reports, analyses, forecasts or projections of economic activity, conditions, or indicators produced, commissioned, purchased, or otherwise obtained by or for the State.

3.      The location, format, and content of any databases or repositories of tax and/or other revenue collection and expense data, documents or information maintained by or for the State, including any retention or overwrite policies for such data, documents or information, and any fields by which such data, documents, or information can be searched, sorted, or filtered.

4.      The identity of any State, county, or municipal government departments, agencies, divisions, or offices with any role, responsibility, or obligation for the collection, accounting, analysis, forecasting, projecting, or auditing of any tax or other revenue stream, or for collecting, compiling, storing, analyzing, or summarizing information on such revenue streams including:

    a.      the nature of such roles, responsibilities, or obligations; and

    b.      the location, format, and general content of any documents or information prepared, produced, commissioned, purchased, or otherwise obtained pursuant to or in furtherance of such roles, responsibilities, or obligations.

5.      Your knowledge of, role, involvement, and efforts in any analyses, studies, assessments, or evaluations used to determine the identity of all State government departments, agencies, divisions, or organizations that incurred costs due to the State's Oil Spill response and recovery activities or that contributed to the State's Oil Spill response and recovery costs and activities and/or the increase in State public service costs.

6.      The identity of any departments, agencies, organizations, or individuals that have assisted with or performed any analyses, studies, assessments or evaluations used to determine the nature and extent of physical injury or damage resulting from the Oil Spill to State-owned real property.

7.      Your knowledge of or role in any analyses, studies, assessments or evaluations regarding the nature and extent of any damage resulting from the Oil Spill to State proprietary interests.

8.      Your knowledge of, role, involvement, and efforts in any analyses, studies, assessments, or evaluations regarding public service costs (*e.g.*, state monitoring costs) or expenditures (*e.g.*, unemployment compensation payments, workers compensation payments, staffing, overtime and expense payments to State employees) that the State claims have been incurred or increased as a result of the *Deepwater Horizon* Incident and/or Oil Spill at the state level.

9.      Your knowledge of, role, involvement, and efforts in any analyses, studies, assessments, or evaluations regarding State response and recovery efforts relating to the *Deepwater Horizon* Incident and/or Oil Spill, including knowledge of the costs that the State incurred in such efforts that it contends it was not reimbursed.

10.     Your knowledge of, role, involvement, and efforts in any analyses, studies, assessments, evaluations, budget reports, or projections regarding State departments and agencies that the State claims lost Revenue or incurred additional expenses as a result of the Deepwater

Horizon Incident and/or Oil Spill and any reductions or planned reductions in State spending from 2010 until the present for State public services, including any purported impact of such reductions and how the reduction or planned reduction resulted from the claimed lost Revenue or additional expenses.

11.     Your knowledge of, role, involvement, and efforts in any analyses, studies, assessments, evaluations, budget reports, or projections regarding any impact that Alabama's economic conditions, labor market conditions, tax policies, national or regional economic recessions, the post-Oil Spill moratorium declared on all deepwater offshore drilling on the Outer Continental Shelf, or natural disasters may have on taxes, Revenue, and expenses in Alabama.

12.     Your knowledge of, role, involvement, and efforts in any analyses, studies, projections, assessments, or evaluations regarding the nature, extent, or degree of economic or financial impact, actual or anticipated, of the *Deepwater Horizon* Incident and/or Oil Spill on the State of Alabama, including impacts at the county and/or municipality level.

13.     Your knowledge of, role, involvement, and efforts in any analyses, studies, assessments, evaluations, or projections regarding any positive economic or financial impact of response and removal efforts by BP or others, including the United States government, in the State of Alabama related to the *Deepwater Horizon* Incident and/or the Oil Spill.

14.     Your knowledge of, role, involvement, and efforts in any analyses, studies, assessments, evaluations, or projections regarding the amount of, timing of and disbursement of payments, grants, contributions or donations to the State, or individuals and entities within the State, by BP or others, including the United States government, related to the *Deepwater Horizon* Incident and/or the Oil Spill, including the economic or financial impact, actual or anticipated, of such payments, grants, contributions or donations on any measure of State economic or financial performance.

15.     Your knowledge of, role, involvement, and efforts regarding any *Deepwater Horizon* Incident and/or Oil Spill related insurance claims made by or on behalf of the State, including the nature, basis, and outcome of such claim(s) and any analyses, studies, assessments, evaluations, or projections regarding the impact on the State or other entities in Alabama of payment(s) of such claim(s).

16.     Your knowledge of how all payments, grants, contributions or donations that the State has received from BP from 2010 until the present at both the state level and the county level, including all response, tourism, seafood and other block grants, relating to the *Deepwater Horizon* Incident and/or the Oil Spill, have been or will be disbursed within the State.

17.     Your knowledge of, role, involvement, and efforts in determining the nature and extent of any damage, actual or anticipated, to State-owned real property from the Deepwater Horizon Oil Spill, including any closures, restrictions on use, or restrictions on sale of such properties, property valuations, property tax appraisals or assessments, and any records, data, analyses, or other determinations from any sources including but not

- 3 -

limited to the Alabama State-Owned Land Registry, that such property was oiled, and/or continues to be oiled.

18.     Your knowledge of, role, involvement, and efforts in assessing, appraising, summarizing, reflecting or relating to the value of any property owned by Alabama or for which Alabama claims a proprietary interest, in Baldwin, Mobile, Washington, Clarke, Monroe, Conecuh, Escambia, Covington, Geneva, and Houston counties whether or not alleged to be damaged as a result of the Deepwater Horizon Incident and/or the Oil Spill, including the methods used to determine the value of such properties.

19.     Your knowledge of oiling of Alabama's coastline, shoreline, inland, submerged land, or other land, including any alleged oiling of Property as a result of the *Deepwater Horizon* Incident and/or the Oil Spill; the nature, extent, duration, monitoring, and cleanup of such oiling; efforts to mitigate impacts of such oiling before, during and after the response, and the effectiveness of those efforts; and associated data and analyses including any water and/or sediment sampling, testing, and/or oil fingerprinting.

20.     Your knowledge of, role, involvement, and efforts in any analyses, studies, assessments or evaluations regarding the Oil Spill's economic impact to Alabama, including any economic modeling methods used to compute, quantify or calculate Alabama's damages related to the increase in State public service costs, lost taxes, and lost revenues resulting from the Oil Spill.

21.     Your knowledge of, role, involvement, and efforts in any analyses, studies, or projections of tourism, Tourism-Related Activity, and/or Tourism-Related Expenditure in Alabama.

22.     Your knowledge of, role, and involvement regarding efforts to promote or improve tourism, Tourism-Related Activity, and/or Tourism-Related Expenditure in Alabama.

23.     Your knowledge of, role, and involvement regarding any efforts to mitigate any of the State's claimed damages resulting from the Deepwater Horizon Incident and/or the Oil Spill.

24.     Your knowledge of, role, and involvement regarding any response and/or clean-up efforts in relation to the Deepwater Horizon Incident and/or the Oil Spill.

25.     Your knowledge of, role, and involvement regarding efforts to promote or improve economic activity, conditions, or indicators in Alabama.

26.     Your knowledge of, role, involvement, and efforts in any actual or planned tax law or tax policy change as a result of or arising from the Deepwater Horizon Incident and/or the Oil Spill.

27.     The accounting of the use and disbursement of the two $25 million payments BP provided to the State of Alabama on May 10, 2010 and June 11, 2010 to pay for or otherwise reimburse costs related to the *Deepwater Horizon* Oil Spill.  The accounting should include, without limitation, the State departments, agencies, and other entities (State or other) that received the funds and a description of how the money was spent, a

description of whether any expenditures the State would have otherwise incurred were reduced or eliminated by the payments from BP, including each expenditure and the date it occurred.

## **DEFINITIONS**

1. "You," "your," and "yours" shall mean the Plaintiff State of Alabama, as defined below.

2. "Document" or "documents" has the full meaning ascribed to it by Federal Rule of Civil Procedure 34(a), including ESI, and includes the original and any identical or nonidentical copy, regardless of origin or location, of any writing or record of any type or description, including, but not limited to, all writings; records; contracts; agreements; communications (intra or inter-company); correspondence; memoranda; letters; facsimiles; electronic mail (e-mail); minutes, recordings, transcripts, and summaries of meetings, or recordings of meetings, speeches, presentations, conversations, or telephone calls (whether recorded in writing, mechanically, or electronically); handwritten and typewritten notes of any kind; statements; reports; voice recordings; desk calendars; diaries; logs; drafts; studies; analyses; schedules; forecasts; surveys; invoices; receipts; computer data; computer printouts; financial statements; balance sheets; profit and loss statements; statements of earnings; statements of net worth; credit reports; statements of operations; audit reports; financial summaries; statements of lists of assets; work papers; pictures; photographs; drawings; computer cards; tapes; discs; printouts and records of all types; instruction manuals; policy manuals and statements; books; pamphlets; cancelled checks; check stubs; and every other device or medium by which information or intelligence of any type is transmitted, recorded, or preserved, or from which intelligence or information can be perceived.

3. "Identity," when used with respect to: (i) an individual, shall mean the individual's full name, job title, and employer during the period referred to, and current or last known

address and telephone number and business address and telephone number; (ii) any entity other than an individual, shall mean the entity's full name and current or last-known address (designating which); and (iii) a document, shall mean the date, title, subject matter, author(s), recipient(s), and Bates number(s).

4.      "Including" or "includes" means "including, but not limited to" or "including without limitation."

5.      "Relating to" or "relating to," when referring to any given subject matter, means any document that constitutes, comprises, involves, contains, embodies, reflects, references, identifies, states, mentions, alludes to, refers directly or indirectly to, or is in any way relevant to the particular subject matter identified.

6.      The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

7.      "*Deepwater Horizon* Incident" and "Incident" mean the events leading to: (i) the loss of well control and the ensuing explosion, fire, injuries and loss of life on the *Deepwater Horizon* rig on or about April 20, 2010; and (ii) the eventual sinking of the rig on April 22, 2010.

8.      "Oil Spill" means the oil released into the Gulf of Mexico as a result of the Incident.

9.      "Property" or "Properties" means real property, personal property, and other property owned by Alabama or for which Alabama claims a proprietary interest that is alleged to have been damaged by the *Deepwater Horizon* Incident and/or Oil Spill.

10.     "Revenue(s)" means taxes, fees, interest, royalties, rents, federal funds, grants, fines, contributions, donations, profits, license or permit fees, and any other forms of payment or income received by the State of Alabama.

11.     "Tax(es)" means any sum of money levied or excised by the State on any income, profit, property, estate, sale, service, transaction, license, or for the use, consumption, production or privilege of any business or good.

12.     "BP" means BP Exploration & Production Inc. and BP America Production Company.

13.      "State" or "Alabama" means the State of Alabama.

14.     "Department of Revenue" means the Alabama Department of Revenue.

15.     "Tourism-Related Activity" means the actions and behaviors of people in preparation for and during a trip in their capacity as consumers.

16.     "Tourism-Related Expenditure" means any amount paid for the acquisition of consumption goods and services, as well as valuables, for use or to give away, for and during tourism trips, including expenditures by visitors themselves, as well as expenses that are paid for or reimbursed by others.

## <u>INSTRUCTIONS</u>

1.     Each request is to be construed independently and not by or with reference to any other request for purposes of limiting the scope of any particular request.

2.     Topics 5-10, 12-17, 19-20, 23-24, and 26-27 cover the time period from April 20, 2010 to the present.  Topics 1-4, 11, 18, 21-22, and 25 cover the time period from January 1, 2005 to the present with respect to communications and the time period from January 1, 2000 in all other respects.

3.     If you claim that the language of any request is vague or ambiguous, then you must identify the language you believe is ambiguous and describe the different interpretations that you believe may apply to such language.

Dated: July 25, 2014

Respectfully submitted,

/s/ Paul D. Collier

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Paul D. Collier
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
F. Chad Morriss
Maureen F. Browne
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Joel M. Gross
Lawrence A. Schneider
Arnold & Porter, LLP
555 12th Street N.W.
Washington, DC 20004
Telephone: (202) 942-5705
Facsimile: (202) 942-5999

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #I6984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for BP p.l.c., BP Exploration &*
*Production Inc., and BP America Production*
*Company*

- 8 -

_/s/ Kerry J. Miller_____
Brad D. Brian
Michael R. Doyen
Grant Davis-Denny
Daniel B. Levin
MUNGER TOLLES & OLSON, LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
michael.doyen@mto.com
grant.davis-denny@mto.com
daniel.levin@mto.com


Steven L. Roberts
Rachel Giesber Clingman
Sean Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002
Tel: (713) 4710-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
rachel.clingman@sutherland.com
sean.jordan@sutherland.com


Kerry J. Miller
FRILOT, LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com


*Attorneys for Defendants Transocean Offshore
Deepwater Drilling Inc., Transocean
Deepwater Inc., Transocean Holdings LLC,
and Triton Asset Leasing GmbH*

*/s/ Donald E. Godwin___*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and
R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

*Attorneys for Defendant Halliburton Energy*
*Services, Inc.*

- 10 -

*/s/ Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David M. Halverson
david.halverson@bingham.com
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

*Attorneys for Anadarko Petroleum Company
and Anadarko E&P Company LP*


*/s/ Edward Flanders*
Edward Flanders
edward.flanders@pillsburylaw.com
Stella Pulman
stella.pulman@pillsburylaw.com
1540 Broadway
New York, NY 10036
PILLSBURY WINTHROP SHAW PITTMAN
LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500

*Attorneys for MOEX USA Corporation, MOEX
Offshore 2007 LLC, and MOEX USA
Corporation*

# **Appendix B**

| Number | Proposed Search Terms | Proposed Date Range |
|---|---|---|
| 1 | (tax* OR revenue* OR sale* OR profit* OR loss* OR earning* OR fee* OR rent* OR pay* OR interest* OR fund* OR grant* OR contribut* OR donat* OR income* OR licens* OR permit*) AND (data OR collect* OR analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR ledger* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat*) | 4/20/10 - present[1] |
| 2 | (Department* OR agenc* OR division* OR office*) AND (tax* OR revenue* OR bond* OR sale* OR profit* OR loss* OR earning* OR fee* OR royalt* OR rent* OR pay* OR interest* OR fund* OR grant* OR fine* OR contribut* OR donat* OR income* OR licens* OR permit*) AND (collect* OR account* OR analy* OR audit* OR ledger* OR budget* OR study OR studies OR report* OR assess* OR eval* OR observ* OR survey* OR track* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) | 4/20/10 - present |

---

[1] Defendants proposed date range of 4/20/10 to present for search strings 1, 2, 5, and 22 is subject to Alabama's July 24th proposal to make its various budget, tax, etc. databases available to Defendants for defendants requested time period and/or to provide all data that it relies upon to make its damage calculations and that Alabama will conduct a reasonable search pursuant to Defendants' discovery requests for budget and tax reports, analyses, and forecasts.

| | | |
|---|---|---|
| 3 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) AND ("Public Services" OR (costs NEAR/5 "public service*") OR "Monitoring Cost*" OR expenditure* OR unemployment OR underemployment OR "workers comp*" OR overtime OR "OT" OR expense* OR monitor*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |
| 4 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) AND (response OR remov* OR repair* OR replace* OR clean* OR monitor* OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild* OR restor* OR remediat* OR abate* OR enhance* OR revers* OR heal* OR improv* OR reconstruct* OR rehabilitat* OR rescue* OR reviv* OR revitaliz* OR lessen* OR reduc* OR relieve* OR alleviat*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil* OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |

KE 32833451.3

| | | |
|---|---|---|
| 5 | ((analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) AND (tax* OR revenue* OR sale* OR profit* OR loss* OR earning* OR fee* OR rent* OR pay* OR interest* OR fund* OR grant* OR contribut* OR donat* OR income* OR licens* OR permit* OR bond*)) OR (spending NEAR/10 (cut* OR government* OR reduc* OR proration) | 4/20/10 - present |
| 6 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval*  OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) AND (oil* OR spill OR disaster OR recession OR depression OR econom* OR decline OR collapse OR downturn OR fallout OR instability OR (slow* NEAR/10 (pace OR growth)) OR ((deteriorat* OR decreas* OR declin*) NEAR/20 (trend OR financ*)) OR (sluggish OR slow OR precarious) NEAR/20 (recovery OR climate)) OR (material NEAR/10 effect*) OR (financ* NEAR/5 (mess or wreck)) OR (deepwater OR offshore) NEAR/10 drilling)) | 1/1/2005 - present[2] |

[2]  Defendants proposed date range of 1/1/05 to present for search strings 6, 13, 15, 17, and 19 is subject to Alabama's agreement to conduct a reasonable search for data, analyses, forecasts, reports, budgets going back to 1/1/2000.

KE 32833451.3

| | | |
|---|---|---|
| 7 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) AND ("damage*" OR "cost*" OR "loss*" OR "expense*" OR "payment*" OR "injury" OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR "invest*" OR impact* OR "suffer*" OR "sustain*" OR "attribut*" OR "result*" OR econom* OR difficult* OR uncertain* OR inaccurac* OR incorrect* OR imprecis* OR mistake* OR miscalculat* OR wrong OR error* OR clean* OR restor* OR remediat* OR abate* OR enhance* OR revers* OR heal* OR improv* OR reconstruct* OR rehabilitat* OR rescue* OR reviv* OR revitaliz* OR lessen* OR reduc* OR relieve* OR alleviat* OR (slow* NEAR/10 pace OR growth) OR ((deteriorat* OR decreas* OR declin*) NEAR/20 (trend OR financ*)) OR (sluggish OR slow OR precarious) NEAR/20 recovery or climate) OR (material NEAR/10 effect*) OR financ* NEAR/5 (mess or wreck)) AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil* OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |
| 8 | (tax* OR revenue* OR sale* OR profit* OR loss* OR earning* OR fee* OR rent* OR pay* OR interest* OR fund* OR grant* OR contribut* OR donat* OR income* OR licens* OR permit*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) AND (Senator Jeff Sessions OR @sessions.senate.gov OR Senator Richard Shelby OR Representative Bradley Byrne OR Representative Jo Bonner OR Representative Martha Roby OR Representative Bobby Bright OR Representative Mike Rogers OR Representative Robert Aderholt OR Representative Mo Brooks OR Representative Parker Griffith OR Representative | 4/20/10 - present |

4

| | | |
|---|---|---|
| | Spencer Bachus OR Representative Terri Sewell OR Representative Artur Davis OR Richard Timme OR Major General Perry Smith) | |
| 9 | (tax* OR revenue* OR sale* OR profit* OR loss* OR earning* OR fee* OR rent* OR pay* OR interest* OR fund* OR grant* OR contribut* OR donat* OR income* OR licens* OR permit*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) AND (Captain Duke Walker OR Captain Julia Hein OR Jim Walker OR Dr. Samuel Addy OR Ahmad Ijaz OR Colonel Hugh McCall OR Steve Jones OR Big Communications OR Smith Travel Research OR "FOSC") | 4/20/10 - present |

KE 32833451.3

| | | |
|---|---|---|
| 10 | (response OR remov* OR repair* OR replace* or clean* OR monitor* OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild* OR restor* OR remediat* OR abate* OR enhance* OR revers* OR heal* OR improv* OR reconstruct* OR rehabilitat* OR rescue* OR reviv* OR revitaliz* OR lessen* OR reduc* OR relieve* OR alleviat*) OR (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval*) NEAR/50 ((econom* OR financ*) NEAR/10 impact*)) OR proration OR (material NEAR/10 effect*)  AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil* OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |
| 11 | (pay* OR  grant* OR contribut* OR donat* OR fund* OR interest* OR income*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil* OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |
| 12 | (apprais* OR value* OR assess* OR registr* OR injur* OR damage* OR cover* OR impact* OR affect* OR harm* OR hurt* OR contaminat* OR pollut* OR destroy* OR oil* OR spread* OR clos* OR restrict*) NEAR/10 (land OR propert* OR parcel* OR tract*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil* OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |

KE 32833451.3

| 13 | (valu* OR apprais* OR assess*) AND ("real estate" OR propert* OR land* OR tract* OR parcel* OR proprietary) AND (Baldwin OR Mobile) | 1/1/2005 - present |
|---|---|---|
| 14 | (coast* OR shore* OR land* OR propert* OR beach* OR island* OR dune* OR marsh* OR estuary* OR seabed* OR bayou* OR response OR remov* OR repair* OR replace* OR clean* OR monitor* OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR impact* OR restor* OR remediat* OR abate* OR enhance* OR revers* OR heal* OR improv* OR reconstruct* OR rehabilitat* OR rescue* OR reviv* OR revitaliz* OR lessen* OR reduc* OR relieve* OR alleviat*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR DWH OR oil* OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR spill OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) NOT ("ust" OR underground* OR *LUST* OR leaking adj5 underground OR underground* adj5 tank* OR station* OR superfund* OR diesel OR gasoline OR motor fuel*) | 4/20/10 - present |
| 15 | (tour* OR visitor* OR travel* OR leisure* OR hospitalit* OR vacation* OR lodg* OR hotel* OR cottag* OR rent* OR recreation* OR resort* OR boat* OR convention* OR festiv* OR part* OR restaurant* OR seafood* OR beach* OR lodg* OR shore* OR fish*) AND ((analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR recover* OR impact* OR expenditure* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) OR (horizon OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR DWH OR oil* OR BP OR spill OR Macondo) OR (promot* OR recover* OR improv* )) | 1/1/2005 - present |

KE 32833451.3

| 16 | (tax* OR polic* OR proration OR rate*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR (oil* and "disaster") OR (oil* and "tragedy")) OR "incident" OR DWH OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |
|---|---|---|
| 17 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) AND ("real estate" OR hous* OR land* OR parcel* OR tract* OR condo* OR apartment* OR rent* OR propert*) AND (Baldwin OR Mobile) | 1/1/2005 - present |
| 18 | ((community NEAR/3 (outreach OR support)) OR tour* OR seafood OR fishing OR recreation* OR campaign* OR market* OR advertis* OR promot* OR vacation* OR leisure OR hospitalit* OR concert* OR boat* OR convention* OR festiv* OR rodeo* OR part*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR (oil* and "disaster") OR (oil* and "tragedy")) OR "incident" OR DWH OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |

8

| 19 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data OR polic*) AND (tax* OR revenue* OR sale* OR profit* OR loss* OR earning* OR fee* OR royalt* OR rent* OR pay* OR interest* OR fund* OR grant* OR fine* OR contribut* OR donat* OR income*) NEAR25 ("labor market" OR seafood OR disaster* OR recession OR downturn OR depression OR "financial trend" OR "financial impact" OR disbursement* OR "Career Center" OR "Rapid Response Team" OR "American Recovery and Reinvestment Act" OR "ARRA" OR "dislocated worker" OR "workforce development" OR "Center for Business Economic Research" OR "CBER" OR (economic NEAR2 (problem* OR issue* OR assist* OR stimul* OR outlook* OR forecast* OR development* OR trend*))) | 1/1/2005 - present |
| 20 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* Or program* OR strateg* OR investigat* OR data) AND (injur* OR damage* OR cover* OR impact* OR affect* OR harm* OR hurt* OR contaminat* OR pollut* OR destroy* OR oil* OR spread* OR clos* OR restrict*) NEAR10 (land OR propert* OR parcel* OR tract*) | 4/20/10 - present |
| 21 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR audit* OR observ* OR survey* OR track* OR budget* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data) AND (injur* OR damage* OR cover* OR impact* OR affect* OR harm* OR hurt* OR contaminat* OR pollut* OR destroy* OR oil* OR spread* OR clos* OR restrict*) AND (horizon OR "spill" OR "explosion" OR "blowout" OR (oil* and "disaster") OR (oil* and "tragedy") OR "incident" OR DWH OR hydrocarbon OR sheen OR tar* OR slick OR dispersant OR Corexit OR chemical OR boom OR HESCO OR berm OR BP OR Macondo OR Macundo OR Macondos OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR British Petroleum OR Transocean OR Halliburton OR HESI OR HAL OR Sperry OR Cameron OR Anadarko) | 4/20/10 - present |

KE 32833451.3

| 22 | (analy* OR study OR studies OR forecast* OR project* OR report* OR calculat* OR assess* OR eval* OR observ* OR estimat* OR predict* OR model* OR plan* OR propos* OR program* OR strateg* OR investigat* OR data OR method* OR macro* OR "Input-Output" OR welfare OR supply OR demand OR "Public School" OR "Student Performance" OR "cost benefit analysis" OR "cost effectiveness" OR "state output" OR impact OR multiplier) NEAR25 (tax* OR revenue* OR profit* OR loss* OR earning* OR fee* OR royalt* OR rent* OR pay* OR interest* OR fund* OR grant* OR fine* OR income* OR expen* OR cost* OR (public NEAR5 service*)) | 4/20/10 - present |

KE 32833451.3

# **Appendix C**

## Examples of Technical Issues in Alabama's Search Term Proposal

Defendants provide the following examples of issues in Alabama's final search term proposals that render them extremely overbroad and likely to bring in a large universe of non-relevant documents. Alabama's search term proposal suffers from: (1) overbroad construction, which includes use of the "OR" operator to string together lengthy term lists without including the necessary limiting words (*e.g.* "AND") in the string, and failure to use proximity connectors to tailor searches; and (2) use of generic terms that are not targeted to the issues in this case.

For example, Search 3 is divided into two parts. The first part contains geographic terms such as "Alabama," "AL," and "Baldwin." The second part is a list of approximately **104** terms strung together with "OR" operators. Many of these 104 terms are generic or otherwise bear no direct relationship to the issues in this case when standing alone. These generic terms include, but are not limited to, "analy*"; "stud*"; "project*"; "report*"; "ledger*"; "sale*"; "account*"; "track*"; "expenditure*"; "calculate*"; "assess*"; "eval*"; "observ*"; "estimate*"; "predict*"; "plan*"; "propos*"; "program*"; "strategy*"; "investigat*"; "data"; "method*"; "supply"; "demand"; "impact*"; "multiplier*"; "*input*"; "*output*"; "confidence*"; "relationship*"; "variable*"; "fee*"; "rent*"; "pay*"; "interest*"; "fund*"; "receipt*"; "likelihood*"; "trend*"; "control*"; "factor".

With the exception of Search 11 and possibly Search 4, Alabama's other terms have the same overbreadth issues that Search 3 does. Six other searches are constructed just like Search 3, with one geographic part and another part containing a long list of terms strung together with "OR" operators. (*See, e.g.*, Alabama's Searches 1, 2, 4, 6, 7, and 13.) Searches 5, 8, 9, and 10 are similarly constructed but include an additional part containing DWH-related terms. And Search 12 has two parts in addition to a geographic part. All of these searches include generic terms such as those used in Search 3, and none contain proximity connectors between the two or three parts to tailor the searches.

Defendants have raised these and other, more specific problems with Alabama, which Alabama has failed to address in its final terms. These additional problems include:

- Use of the term "Mobile," which hits on emails with signature blocks containing references to "mobile" phones. BP suggested that Alabama replace this term with "Mobile Bay" and "Mobile County." However, Alabama has included "Mobile" in 9 of its 13 search strings.

- Use of the term "BP," which is unnecessary when searching BP's documents. This term hits on company information in email signature blocks and other documents. Alabama has included "BP" in 4 of its 13 search strings.

- Use of identical terms within multiple parts of a single string. For example, Search 5 uses the terms "DWH" and "Deepwater Horizon" in two of its three parts.

# **Appendix D**

**BP's Global Comments**

Many of Alabama's July 18 strings are overbroad, based on testing, resulted in an unduly high volume of search hits; however, where noted below BP is willing to accept many of Alabama's July 16 strings with modifications.

BP's proposed modifications eliminate terms believed to result in an unduly high percentage of non-relevant documents. These terms include

• "Mobile" (hits on mobile numbers in email signature blocks, etc.). We have replaced "Mobile" with "Mobile County" and "Mobile Bay" where applicable.

• "BP" (hits on company affiliation in non-relevant emails signature blocks and other documents).

• "*AL*" (hits on any word in which "L" follows "A"). We have replaced with "AL".

• generic terms such as "Memo*" and "use"

BP proposes eliminating many of the leading wildcards, which are unlikely to bring in additional documents and which often cause run-time search errors.

In some instances BP's proposed modifications replace connectors with proximity terms and OR terms with AND terms to more reasonably tailor the search criteria.

| Search | Alabama's July 18 Search Proposals | BP's Proposed Revisions | BP Comments |
|---|---|---|---|
| 1 | (*Alabama* OR ("State" NEARS "Alabama") OR ("State" NEARS ("*AL*" OR "*AL*")) OR "Gulf Shores" OR "Orange Beach" OR "Perdido Pass" OR "Mobile" OR "Mobile Bay" OR "Mobile County" OR "Baldwin" OR "Baldwin County" OR "Dauphin Island" OR "Bon Secour" OR "Bayou La Batre" OR "Emelle" OR "Fort Morgan" OR "Ft. Morgan" OR "Gulf State Park" OR "Perdido Pass" OR "State Park*" OR "Springhill" OR "West Point Island" OR "Crowder Gulf" OR "Magnolia" OR "Ft. Pickens" OR "Fort Pickens" OR "Cotton Bayou" OR "Ft. Gaines" OR "Fort Gaines" OR "Terry Cove" OR "Wildlife Refuge" OR "Little Lagoon" OR "Spring Hill" OR "Campbellton" OR "Chastang" OR "Magnolia" OR "*Water*" OR "*Ocean*" OR "Gulf*" OR "Beach*" OR "Shore*" OR "*Coast*" OR "Coastline*" OR "Coastal" OR "Land*" OR "Landfall*" OR "Sea" OR "Territory" OR "Territor*" OR "Subsurface" OR "Surface*" OR "Point*" OR "Subsurface" OR "Inlet*" OR "Bayou*" OR "Bay*" OR "Intertidal" OR "Dune*") AND (("Oil*" OR "Contaminant*" OR "Contamination*" OR "Material*" OR "Pollution" OR "Sediment*" OR "Sheen*" OR "Tar*" OR "Tarball*" OR "Tar Ball*" OR "Tar Map*" OR "Tar Mat*" OR "mat*" OR "hydrocarbon*" OR "Crude*" OR "Deposit*" OR "Material*" OR "Solid*" OR "buried" OR "bury" OR "submerg*" OR "Submerged" OR ("Oil*" NEARS "Mat*") OR ("Oily" NEARS "Solid*") OR "Petroleum*" OR "Jelly" OR "Solid*" OR "Waste*" OR "Supratidal" OR "*PAH*" OR ("Poly*" NEARS "Aromatic*") OR ("Aromatic*") OR "*SOM*" OR ("Submerged" NEARS "Oil" NEARS "mat*") OR ("Weathered" NEARS "Crude" NEARS "Oil*") OR ("Crude" NEARS "Oil") OR ("Sweet" NEARS "Crude") OR ("Oily" NEARS "solid*") OR "Deposit*" OR "Silt*" OR "Slick*" OR "Residue*" OR "Residu*" OR "Streamer" OR "Stream*" OR ("Water" NEARS "Fall") OR "Waterfall" OR "Amount*" OR "Measure*" OR "Volume*" OR "Mass*" OR "Magnitude*" OR "Assessment*" OR "Dimension*" OR "Density*" OR "Size*" OR "Area*" OR "Length*" OR "Width*" OR "Thickness" OR "Volume*" OR "Weight*" OR "Segment*" OR "Quantity" OR "Quantit*" OR "Duration*" OR "Frequency" OR "Frequen*" OR "Segment*" OR "Deposit*" OR "Percentage*" OR "Buried" OR "Bury" OR "Coverage*" OR "Duration*" OR "Present" OR "Present" OR "Stranded" OR "Barrell*" OR "Skim*" OR "Gallon*" OR "Impact*" OR "Floating" OR "Float*" OR "Cumulative" OR "Deposit" OR "observe*" OR "Observ*" OR "Severity" OR "Max*" OR "Maximum" OR "lbs" OR "pound*" OR "ton*" OR ("Shoreline" NEARS "Assessment" NEARS "Technique*") OR "SCAT" OR ("Mitigated" NEARS "Weight*") OR "Segment*" OR ("Re*Oil*" NEARS "Status") OR ("Shoreline" NEARS "Treatment" NEARS "Implementation" NEARS "Framework") OR "Team*" OR ("*ADJ*" NEARS "Segment*") OR "Track" OR "Survey")) | (("BP" OR "spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND NEAR15 (("Oil*" OR "Contaminant*" OR "Contamination*" OR "Material*" OR "Pollution" OR "Sediment*" OR "Sheen*" OR "Tar*" OR "Tarball*" OR "Tar Ball*" OR "Tar Map*" OR "Tar Mat*" OR "mat*" OR "hydrocarbon*" OR "Crude*" OR "Deposit*" OR "Material*" OR "Solid*" OR "buried" OR "bury" OR "submerg*" OR "Submerged" OR ("Oil" NEARS "Mat*") OR ("Oily" NEARS "Solid*") OR "Petroleum*" OR "Jelly" OR "Solid*" OR "Waste*" OR "Residue*" OR "Supratidal" OR "*PAH*" OR ("Poly" NEARS "Aromatic*") OR ("SOM" OR ("Weathered" NEARS "Crude" NEARS "Oil") OR ("Crude" NEARS "Oil") OR ("Sweet" NEARS "Crude") OR ("Oily" NEARS "solid") OR "Deposit*" OR "Silt" OR "Slick" OR "Residue") AND NEAR15 ((("Alabama*" OR "Gulf Shores" OR "Orange Beach" OR "Perdido Pass" OR "M. b." OR "Mobile Bay" OR "Mobile County" OR "Baldwin County" OR "Dauphin Island" OR "Bon Secour" OR "Bayou La Batre" OR "Emelle" OR "Fort Morgan" OR "Ft. Morgan" OR "Gulf State Park" OR "Perdido Pass" OR "State Park*" OR "Springhill" OR "West Point Island" OR "Crowder Gulf" OR "Magnolia" OR "Ft. Pickens" OR "Fort Pickens" OR "Cotton Bayou" OR "Ft. Gaines" OR "Fort Gaines" OR "Terry Cove" OR "Wildlife Refuge" OR "Little Lagoon") OR ("Water*" OR "Ocean*" OR "Gulf*" OR "Beach*" OR "Shore*" OR "Coast" OR "Coastline" OR "Coast*" OR "Coastal" OR "Land*" OR "Landfall" OR "Land" OR "Beach" OR "Sea" OR "Territory" OR "Territor*" OR "Subsurface" OR "Surface*" OR "Point*" OR "Inlet*" OR "Bayou" OR "Bay" OR "Intertidal" OR "Dune")) OR AND ("Amount*" OR "Measurement*" OR "Measure*" OR "Volume*" OR "Mass*" OR "Magnitude" OR "Assessment" OR "Dimension*" OR "Density*" OR "Size*" OR "Area" OR "Length*" OR "Width*" OR "Thickness" OR "Volume*" OR "Weight" OR "Segment" OR "Quantity" OR "Quantit*" OR "Duration" OR "Frequency" OR "Deposit" OR "Percentage" OR "B___" OR "B" OR "Coverage" OR "Duration" OR "Present" OR "Present" OR "Stranded" OR "Gallon*" OR "Impact*" OR "Floating" OR "Cumulative" OR "observe" OR "Severity" OR "Max" OR "Maximum" OR "lbs" OR "pounds" OR "ton*") )) | Alabama's search is written as overbroad and resulted in an unduly high number of hits. BP proposes following Alabama's July 16 proposal for search 1 with the reflected modifications. |
| 2 | (*Alabama* OR ("State" NEARS "Alabama") OR ("State" NEARS ("*AL*" OR "*AL*")) OR "Baldwin" OR "Mobile" OR "Gulf Shores" OR "Orange Beach" OR "Foley") AND ("Response*" OR "Remov*" OR "Repair*" OR "Replace*" OR "Clean*" OR "Monitor*" OR "Mitigat*" OR "Minimi*" OR "Compensat*" OR "Recover*" OR "Rebound*" OR "Rebuild*" OR "Restor*" OR "Remediat*" OR "Abate*" OR "Enhance*" OR "Revers*" OR "Heal*" OR "Improv*" OR "Reconstruct*" OR "Rehabilitat*" OR "Rescue*" OR "Reviv*" OR "Revitaliz*" OR "Lessen*" OR "Reduc*" OR "Believe*" OR "Alleviat*" OR "Decrease*" OR "Subsid*" OR "Declin*" OR "Analy*" OR "Study" OR "Studies" OR "Forecast*" OR "Project*" OR "Report*" OR "Calculat*" OR "Assess*" OR "Eval*" OR "Calculat*" OR "Estimat*" OR "Classif*" OR "racetrack*" OR "Waterfall*") | ((("response" OR "remov*" OR "repair*" OR "replace*" OR "clean*" OR "monitor*" OR "mitigat*" OR "minimi*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR "restor*" OR "remediat*" OR "abate*" OR "enhance*" OR "revers*" OR "heal*" OR "improv*" OR "reconstruct*" OR "rehabilitat*" OR "rescue*" OR "reviv*" OR "revitaliz*" OR "lessen*" OR "reduc*" OR "relieve*" OR "alleviat*") OR ("analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "calculat*" OR "assess*" OR "eval*")) AND ((((("econom*" OR "financ*") NEAR10 "impact*") OR "proration" OR ("material" NEAR10 "effect*"))) AND ("horizon" OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy" OR "incident" OR "DWH" OR "oil" OR "hydrocarbon" OR "sheen" OR "tar*" OR "slick" OR "dispersant" OR "crude" OR "chemical" OR "boom" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko")) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running Alabama's July 16 proposal for search 2 with the reflected modifications. |
| 3 | (*Alabama* OR ("State" NEARS "Alabama") OR ("State" NEARS ("*AL*" OR "*AL*")) OR "Baldwin" OR "Mobile" OR "Gulf Shores" OR "Orange Beach" OR "Foley") OR ("Alabama" NEAR25 "tornado")) AND ("analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "ledger*" OR "sale*" OR "account*" OR "track*" OR "expenditure*" OR "calculat*" OR "assess*" OR "eval*" OR "observ*" OR "estimat*" OR "predict*" OR "model*" OR "plan*" OR "propos*" OR "program*" OR "strateg*" OR "investigat*" OR "data" OR "method*" OR "macro*" OR "micro*" OR "Input-Output" OR "welfare*" OR "supply" OR "demand*" OR "cost benefit analysis" OR "cost effectiveness" OR "state output" OR "impact*" OR "multiplier*" OR "Recession" OR "macroeconomic*" OR "microeconomic*" OR "time-series" OR "time series" OR "macro-economic" OR "micro-economic" OR "difference" OR "difference*" OR ("input*" NEARS "*in*" NEARS "*different") OR "DID*" OR "DDD" OR "*DD*OR input*" OR "input-output" OR ("*input*" NEARS "*output*") OR "output*" OR "econometric*" OR "Coefficient" OR "*effic*" OR "confidence*" OR "confidence level*" OR "relationship analys*" OR "relationship*" OR "economic variable*" OR "variable*" OR "employment" OR "*BEA*" OR ("Bureau" NEARS "Economic" NEARS "Analysis") OR "Census" OR "Federal Reserve*" OR "*GDP*" OR "Gross Domestic Product" OR "tax*" OR "revenue*" OR "profit*" OR "loss*" OR "earning*" OR "fee*" OR "royalt*" OR "rent*" OR "pay*" OR "interest*" OR "fund" OR "grant*" OR "fine*" OR "income*" OR "expen*" OR "cost*" OR ("Public" NEARS "Service") OR "R square" OR ("R*" NEARS "square*") OR "R2" OR "fiscal" OR "correlation" OR "receipt*" OR "forensic*" OR "Matrix" OR ("Economic" NEARS "damage*") OR "hypothesis*" OR "*null*" OR "significan*" OR "statistic*" OR "counter" NEARS "factual") OR ("Bureau" NEARS "Labor") OR "counter factual" OR "counterfactual" OR "confidence" OR "standard error*" OR "deviat*" OR "likelihood*" OR "benchmark*" OR "bench mark*" OR "Control*" OR "factor" OR ("*goodness*" NEARS "*fit*") OR "explana*" OR "Discount rate*") | (("Alabama*" OR "State of Alabama" OR "Baldwin" OR "Mobile" OR "Gulf Shores" OR "Orange Beach" OR "Foley") AND (("analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "calculat*" OR "assess*" OR "eval*" OR "observ*" OR "estimat*" OR "predict*" OR "model*" OR "plan*" OR "propos*" OR "program*" OR "strateg*" OR "investigat*" OR "data" OR "method*" OR "macro*" OR "micro*" OR "Input-Output" OR "welfare" OR "supply" OR "demand" OR "cost benefit analysis" OR "cost effectiveness" OR "state output") AND ("impact" OR "multiplier") AND (("Recession" OR "macroeconomic" OR "time-series" OR "time series" OR "macro-economic" OR "micro-economic" OR "macro" OR "micro" OR "difference in difference" OR "input" OR "input-output" OR "output" OR "econometric" OR "coefficient" OR "co-efficient" OR "confidence" OR "confidence level" OR "relationship analysis" OR "relationship" OR "economic variable" OR "variable" OR "employment" OR "BEA" OR "Bureau of Economic Analysis" OR "Census" OR "Federal Reserve" OR "GDP" OR "Gross Domestic Product") NEAR25 ("tax*" OR "revenue*" OR "profit*" OR "loss*" OR "earning*" OR "fee*" OR "royalt*" OR "rent*" OR "pay*" OR "interest*" OR "fund*" OR "grant*" OR "fine*" OR "income*" OR "expen*" OR "cost*" OR ("public" NEARS "service*")))) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running Alabama's July 16 proposal for search 3 with the reflected modifications. |

| | | | |
|---|---|---|---|
| 4 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*"))) AND (("education*" OR ("public" NEAR5 "education*")) OR "ETF" OR "Education Trust Fund" OR "General Fund" OR "Budget*" OR "Budget Shortfall*" OR "Surplus" OR "Education" OR "K-12" OR "secondary education" OR "primary education" OR "special education" OR "educat*" OR "fund*" OR "rainy day" OR "unemployment compensation fund" OR "unemployment compensation") OR ("*employment*" OR "spending" NEAR10 ("cut*" OR "government*" OR "reduc*" OR "proration")))) | ("*Alabama*" OR ("State" NEAR5 "Alabama" OR "AL")) OR ("State" NEAR5 ("*Al*" OR "*AL*"))) AND (("education*" OR ("public" NEAR5 "education*")) OR "ETF" OR "Education Trust Fund" OR "General Fund" OR "Budget*" OR "Budget Shortfall*" OR "Surplus" OR "Education" OR "K-12" OR "secondary education" OR "primary education" OR "special education" OR "educat*" OR "fund*" OR "rainy day" OR "unemployment compensation fund" OR "unemployment compensation") OR ("*employment*" OR "spending" NEAR10 ("cut*" OR "government*" OR "reduc*" OR "proration")))) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running search 4 with the reflected modifications. |
| 5 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*"))) AND ("*BP*" OR "*DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND (("damage*" OR "cost*" OR "loss*" OR "expense*" OR "payment*" OR "injury*" OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR "invest*" OR "impact*" OR "suffer*" OR "sustain*" OR "attribut*" OR "result*" OR "econom*" OR "difficult*" OR "uncertain*" OR "inaccurac*" OR "imprecis*" OR "mistake*" OR "miscalculat*" OR "wrong" OR "error*" OR "misc*" OR "miscalculat*" OR "wrong*" OR "error*" OR "clean*" OR "restor*" OR "remediat*" OR "abate*" OR "enhance*" OR "revers*" OR "heal*" OR "improv*" OR "revitaliz*" OR "lessen*" OR "reduc*" OR "relieve*" OR "alleviat*") OR ("Grant*" OR "Allocation*" OR "Allotment*" OR "Appropriation*" OR "Assistance" OR "Award*" OR "Concession*" OR "Contribution*" OR "Endowment*" OR "Stipend*" OR "Subsidy*" OR "Benefaction*" OR "Lump" OR "Compensation" OR "Compensate*" OR "offset" OR "mitigat*" ...)) OR ("Gulf Coast Claims Facility*" OR "GCCF*" OR "CSSP*" OR "Business and Economic Loss*" OR "BEL settlement*" OR "*DWH*" OR "Deepwater Horizon" OR "Transition" OR "*BP Claims")) | ("*Alabama*" OR ("State" NEAR5 "Alabama" OR "AL")) OR ("State" NEAR5 ("*Al*" OR "*AL*"))) AND ("*BP*" OR "*DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND (("damage*" OR "cost*" OR "loss*" OR "expense*" OR "payment*" OR "injury*" OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR "invest*" OR "impact*" OR "suffer*" OR "sustain*" OR "attribut*" OR "result*" OR "econom*" OR "difficult*" OR "uncertain*" OR "inaccurac*" OR "imprecis*" OR "mistake*" OR "miscalculat*" OR "wrong" OR "error*" OR "b*" OR "h*" ... ) OR ("Grant*" OR "Allocation*" OR "Allotment*" OR "Appropriation*" OR "Assistance" OR "Award*" OR "Concession*" OR "Contribution*" OR "Endowment*" OR "Stipend*" OR "Subsidy*" OR "Benefaction*" OR "Lump" OR "Compensation" OR "Compensate*" OR "offset" OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR "invest*" OR "impact*" OR "suffer*" OR "sustain*" OR "clean*" OR "restor*" OR "remediat*" OR "abate*" OR "enhance*" OR "revers*" OR "heal*" OR "improv*" OR "revitaliz*" OR "lessen*" OR "reduc*" OR "relieve*" OR "alleviat*") OR "business industry" OR "industry") OR ("Gulf Coast Claims Facility*" OR "GCCF*" OR "CSSP*" OR "Business and Economic Loss*" OR "BEL settlement*" OR "*DWH*" OR "D...p...H...") OR "Transition" OR "*BP Claims")) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running Alabama's July 16 proposal for search 5 with the reflected modifications, intended to group like-terms in the same sub-strings and eliminate duplication among the sub-strings (e.g., "DWH," "Deepwater Horizon," and "mitigat*" appear in multiple sub-strings). |
| 6 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*"))) OR ("Baldwin*" OR "Orange Beach*" OR "Gulf Shores*" OR "Mobile*" OR "Battleship" OR "Perdido*" OR "Gulf Coast") AND ("Tourism*" OR "Tourists*" OR "Tourism Industry*" OR "Tourism Report*" OR "Traffic*" OR "tour*" OR "visitor*" OR "travel*" OR "leisure*" OR "hospitalit*" OR "vacation*" OR "hotel*" OR "resort*" OR "motel*" OR "lodging" OR "lodg*" OR "recreation*" OR "resort*" OR "boat*" OR "park*" OR "restaurant*" OR "dining*" OR "seafood*" OR "beach*" OR "coast" OR "shore*" OR "fish*" OR "exclusion*" OR "condo*") | ("*Alabama*" OR ("State of Alabama")) AND NEAR15 ("Tourism*" OR "Tourists*" OR "Tourism Industry*" OR "Tourism Report*" OR "Traffic*" OR "tour*" OR "visitor*" OR "travel*" OR "leisure*" OR "hospitalit*" OR "vacation*" OR "hotel*" OR "recreation*" OR "resort*" OR "boat*" OR "park*" OR "restaurant*" OR "seafood*" OR "beach*" OR "lodg*" OR "shore*" OR "fish*") | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running Alabama's July 16 proposal for search 6 with the reflected modifications. |
| 7 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*"))) OR ("Gulf Shores" OR "Orange Beach" OR "Perdido Pass" OR "Mobile" OR "Mobile Bay" OR "Mobile County" OR "Baldwin" OR "Baldwin County" OR "Dauphin Island" OR "Bon Secour" OR "Bayou La Batre" OR "Emelle" OR "Ft Morgan" OR "Ft. Morgan" OR "Gulf State Park" OR "Perdido Pass" OR "State Park*" OR "Springhill" OR "West Point Island" OR "Crowder Gulf" OR "Magnolia" OR "Ft. Pickens" OR "Fort Pickens" OR "Cotton Bayou" OR "Ft. Gaines" OR "Fort Gaines" OR "Terry Cove" OR "Wildlife Refuge" OR "Little Lagoon") AND (("real estate" OR "hous*" OR "land*" OR "parcel*" OR "tract*" OR "condo*" OR "apartment*" OR "rent*" OR "proprietary" OR "valu*" OR "appraise*" OR "assess*" OR "decline*" OR "dimin*" OR "best use" OR "highest and best use" OR "high*" NEAR5 "use") OR "tax-assessed value" OR "tax assessed" OR "tax assessor" OR ("los*" NEAR5 "rent*") OR "data*" OR "collect*" OR "analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "calculat*" OR "assess*" OR "hedonic*" OR "regress*" OR "depress*" OR "depression" OR "downturn" OR "fall out" OR "instability" OR "recovery") | ("*Alabama*" OR ("Gulf Shores" OR "Orange Beach" OR "Perdido Pass" OR "Mobile" OR "Mobile Bay" OR "Mobile County" OR "Baldwin" OR "Baldwin County" OR "Dauphin Island" OR "Bon Secour" OR "Bayou La Batre" OR "Emelle" OR "Ft Morgan" OR "Ft. Morgan" OR "Gulf State Park" OR "Perdido Pass" OR "State Park*" OR "Springhill" OR "West Point Island" OR "Crowder Gulf" OR "Magnolia" OR "Ft. Pickens" OR "Fort Pickens" OR "Cotton Bayou" OR "Ft. Gaines" OR "Fort Gaines" OR "Terry Cove" OR "Wildlife Refuge" OR "Little Lagoon") AND (("real estate" OR "hous*" OR "land*" OR "parcel*" OR "tract*" OR "condo*" OR "apartment*" OR "rent*" OR "proprietary") AND NEAR15 (("valu*" OR "appraise*" OR "assess*" OR "decline*" OR "dimin*") OR ("data*" OR "collect*" OR "analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "calculat*" OR "assess*" OR "hedonic*" OR "regress*")) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running Alabama's July 16 proposal for search 7 with the reflected modifications. |
| 8 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*"))) OR "Mobile" OR "Baldwin") AND ("*BP* OR "*DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND ("economy*" OR "business*" OR "industr*" OR "seafood" OR "fish*" OR "shrimp*" OR "Oyster*" OR "touris*" OR "tax*" OR "retail*" OR "enterprise*" OR "income*" OR "revenue*") AND ("injur*" OR "damage*" OR "cover*" OR "impact*" OR "affect*" OR "harm*" OR "hurt*" OR "contaminat*" OR "pollut*" OR "destroy*") | ("*Alabama*" OR ("State" NEAR5 "Alabama" OR "AL")) OR ("State" NEAR5 ("*Al*" OR "*AL*"))) OR "Mobile County" OR "Mobile Bay" OR "Baldwin") AND ("*BP* OR "*DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND (("economy*" OR "business*" OR "industr*" OR "seafood" OR "fish*" OR "shrimp*" OR "Oyster*" OR "touris*" OR "tax*" OR "retail*" OR "enterprise*" OR "income*" OR "revenue*") AND NEAR15 ("injur*" OR "damage*" OR "cover*" OR "impact*" OR "affect*" OR "harm*" OR "hurt*" OR "contaminat*" OR "pollut*" OR "destroy*")) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running search 8 with the reflected modifications. |

| # | Alabama's Proposal | BP's Proposal | Comment |
|---|---|---|---|
| 9 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*")) OR "Mobile" OR "Baldwin") AND ("*BP*" OR "*DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND ("Report*" OR "Result*" OR "Baseline*" OR "Survey*" OR "Historical" OR "Level*" OR "Analysis*" OR "Analyses" OR "Study" OR "Studies" OR "Opinion*" OR "Report*" OR ("Talking" NEAR5 "Point*") OR "Memo*" OR "Memorandum*" OR "Email" Method*" OR "Monitor" OR "Monitoring" OR "Power" NEAR5 "Point*") OR "Presentation*" OR "Graph*" OR "Spreadsheet*" OR "Assessment*" OR "Manual*" OR ("Operational" NEAR5 "Plan*") OR "Map*" OR "*SRB*" OR "Inspection*" OR "Summary" OR "Summaries" OR "Background*" OR "Fingerprinting" OR "Fingerprint*" OR "Background" OR "Constituent Survey" OR "Polaris" OR "analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "calculat*" OR "assess*" OR "eval*" OR "audit*" OR "observ*" OR "survey*" OR "track*" OR "budget*" OR "estimat*" OR "predict*" OR "model*" OR "plan*" OR "propos*" OR "program*" OR "strateg*" OR "investigat*" OR "data") AND ("response" OR "remov*" OR "repair*" OR "replace*" OR "clean*" OR "monitor*" OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR "restor*" OR "remediat*" OR "abate*" OR "enhance*" OR "revers*" OR "heal*" OR "improv*" OR "reconstruct*" OR "rehabilitat*" OR "rescue*" OR "reviv*" OR "revitaliz*" OR "lessen*" OR "reduc*" OR "relieve*" OR "trajectory" OR "traject*" OR "P2S" OR "Polaris") | (("*Alabama*" OR ("State" NEAR5 ("Alabama" OR "AL")) OR ("State" NEAR5 ("*Al*" OR "*AL*")) OR "Mobile Bay" OR "Mobile County" OR "Baldwin") AND NEAR15 ("*BP*" OR "*DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND NEAR15 (("Report*" OR "Result*" OR "Baseline*" OR "Survey*" OR "Historical" OR "Level*" OR "Analysis*" OR "Analyses" OR "Study" OR "Studies" OR "Opinion*" OR "Report*" OR ("Talking" NEAR5 "Point*") OR "Memo*" OR "Memorandum*" OR "Email" Method*" OR "Monitor" OR "Monitoring" OR ("Power" NEAR5 "Point*") OR "Presentation*" OR "Graph*" OR "Spreadsheet*" OR "Assessment*" OR "Manual*" OR ("Operational" NEAR5 "Plan*") OR "Map*" OR "*SRB*" OR "Inspection*" OR "Summary" OR "Summaries" OR "Background*" OR "Fingerprinting" OR "Fingerprint*" OR "Background" OR "Constituent Survey" OR "Polaris" OR "analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "calculat*" OR "assess*" OR "eval*" OR "audit*" OR "observ*" OR "survey*" OR "track*" OR "budget*" OR "estimat*" OR "predict*" OR "model*" OR "plan*" OR "propos*" OR "program*" OR "strateg*" OR "investigat*" OR "data") AND NEAR10 ("response" OR "remov*" OR "repair*" OR "replace*" OR "clean*" OR "monitor*" OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR "restor*" OR "remediat*" OR "abate*" OR "enhance*" OR "revers*" OR "heal*" OR "improv*" OR "reconstruct*" OR "rehabilitat*" OR "rescue*" OR "reviv*" OR "revitaliz*" OR "lessen*" OR "reduc*" OR "relieve*" OR "trajectory" OR "traject*" OR "P2S" OR "Polaris")) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running search 9 with the reflected modifications.  Removal of the term "Polaris," which appears twice, is intended to remove duplication among sub-strings. |
| 10 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*")) OR "Mobile" OR "Baldwin") AND ("*BP*" OR "*DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND ("Business Privilege" OR "Corporate Share*" OR "Gasoline" OR "Aviation" OR "Jet*" OR "Fuel*" OR ("Income" NEAR5 "Corporate") OR ("Income" NEAR5 "Individual") OR "Lodging*" OR "Miscellaneous Tag*" OR "Motor Carrier" OR "Mileage" OR "Diesel*" OR "Oil Lubricating" OR "Oil Wholesale" OR "Rental" OR "Leasing" OR "Sale*" OR "Store License*" OR "Use*" OR "Utility") | (("*Alabama*" OR ("State" NEAR5 ("Alabama" OR "AL")) OR ("State" NEAR5 ("*Al*" OR "*AL*")) OR "Mobile County" OR "Mobile Bay" OR "Baldwin") AND ("*BP*" OR "*DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND ("Business Privilege" OR "Corporate Share*" OR "Gasoline" OR "Aviation" OR "Jet*" OR "Fuel*" OR ("Income" NEAR5 "Corporate") OR ("Income" NEAR5 "Individual") OR "Lodging*" OR "Miscellaneous Tag*" OR "Motor Carrier" OR "Mileage" OR "Diesel*" OR "Oil Lubricating" OR "Oil Wholesale" OR "Rental" OR "Leasing" OR "Sale*" OR "Store License*" OR "Use*" OR "Utility")) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running search 10 with the reflected modifications. |
| 11 | "*@adem.state.al.us*" OR "*@dcnr.alabama.gov*" OR "*@adeca.alabama.gov*" OR "*@labor.alabama.gov*" OR "*@abc.alabama.gov*" OR "*@tourism.alabama.gov*" OR "*@revenue.alabama.gov*" OR "*@budget.alabama.gov*" OR "*@lfo.state.al.us*" OR "*@dot.state.al.us*" OR "*@governor.alabama.gov*" OR "*@alsde.edu*" | None |  |
| 12 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*")) OR "Gulf Shores" OR "Orange Beach" OR "Perdido Pass" OR "Mobile" OR "Mobile Bay" OR "Mobile County" OR "Baldwin" OR "Baldwin County" OR "Dauphin Island" OR "Bon Secour" OR "Bayou La Batre" OR "Emelle" OR "Fort Morgan" OR "Ft. Morgan" OR "Gulf State Park" OR "Perdido Pass" OR "State Park*" OR "West Point Island" OR "Crowder Gulf" OR "Magnolia" OR "Ft. Pickens" OR "Fort Pickens" OR "Cotton Bayou" OR "Ft. Gaines" OR "Fort Gaines" OR "Terry Cove" OR "Wildlife Refuge" OR "Little Lagoon" OR "Spring Hill" OR "Campbellton" OR "Chastang" OR "Magnolia") ("Report*" OR "Result*" OR "Baseline*" OR "Survey*" OR "Historical" OR "Level*" OR "Analysis*" OR "Analyses" OR "Study" OR "Studies" OR "Opinion*" OR "Report*" OR ("Talking" NEAR5 "Point*") OR "Memo*" OR "Memorandum*" OR "Email" Method*" OR "Monitor" OR "Monitoring" OR ("Power" NEAR5 "Point*") OR "Presentation*" OR "Graph*" OR "Spreadsheet*" OR "Assessment*" OR "Manual*" OR ("Operational" NEAR5 "Plan*") OR "Map*" OR "*SRB*" OR "Inspection*" OR "Summary" OR "Summaries" OR "Background*" OR "Fingerprinting" OR "Fingerprint*" OR "Background" OR "Constituent Survey" OR "Polaris" OR "analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "calculat*" OR "assess*" OR "eval*" OR "audit*" OR "observ*" OR "survey*" OR "track*" OR "budget*" OR "estimat*" OR "predict*" OR "model*" OR "plan*" OR "propos*" OR "program*" OR "strateg*" OR "investigat*" OR "data") AND ("response" OR "remov*" OR "rebuild*" OR "clean*" OR "monitor*" OR "remediat*" OR "abate*" OR "enhance*" OR "revers*" OR "heal*" OR "improv*" OR "reconstruct*" OR "rehabilitat*" OR "rescue*" OR "reviv*" OR "revitaliz*" OR "lessen*" OR "reduc*" OR "relieve*" OR "alleviat*") | (("*Alabama*" OR ("State" NEAR5 ("Alabama" OR "AL")) OR ("State" NEAR5 ("*Al*" OR "*AL*")) OR "Gulf Shores" OR "Orange Beach" OR "Perdido Pass" OR "Mobile Bay" OR "Mobile County" OR "Baldwin" OR "Baldwin County" OR "Dauphin Island" OR "Bon Secour" OR "Bayou La Batre" OR "Emelle" OR "Fort Morgan" OR "Ft. Morgan" OR "Gulf State Park" OR "Perdido Pass" OR "State Park*" OR "Springhill" OR "West Point Island" OR "Crowder Gulf" OR "Magnolia" OR "Ft. Pickens" OR "Fort Pickens" OR "Cotton Bayou" OR "Ft. Gaines" OR "Fort Gaines" OR "Terry Cove" OR "Wildlife Refuge" OR "Little Lagoon" OR "Spring Hill" OR "Campbellton" OR "Chastang" OR "Magnolia) NEAR15 ("DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX")) AND (("Report*" OR "Result*" OR "Baseline*" OR "Survey*" OR "Historical" OR "Level*" OR "Analysis*" OR "Analyses" OR "Study" OR "Studies" OR "Opinion*" OR "Report*" OR ("Talking" NEAR5 "Point*") OR "Memo*" OR "Memorandum*" OR "Email" Method*" OR "Monitor" OR "Monitoring" OR ("Power" NEAR5 "Point*") OR "Presentation*" OR "Graph*" OR "Spreadsheet*" OR "Assessment*" OR "Manual*" OR ("Operational" NEAR5 "Plan*") OR "Map*" OR "*SRB*" OR "Inspection*" OR "Summary" OR "Summaries" OR "Background*" OR "Fingerprinting" OR "Fingerprint*" OR "Background" OR "Constituent Survey" OR "Polaris" OR "analy*" OR "study" OR "studies" OR "forecast*" OR "project*" OR "report*" OR "calculat*" OR "assess*" OR "eval*" OR "audit*" OR "observ*" OR "survey*" OR "track*" OR "budget*" OR "estimat*" OR "predict*" OR "model*" OR "plan*" OR "propos*" OR "program*" OR "strateg*" OR "investigat*" OR "data") AND NEAR10 ("response" OR "remov*" OR "repair*" OR "replace*" OR "clean*" OR "monitor*" OR "mitigat*" OR "minimiz*" OR "compensat*" OR "recover*" OR "rebound*" OR "rebuild*" OR "restor*" OR "remediat*" OR "abate*" OR "enhance*" OR "revers*" OR "heal*" OR "improv*" OR "reconstruct*" OR "rehabilitat*" OR "rescue*" OR "reviv*" OR "revitaliz*" OR "lessen*" OR "reduc*" OR "relieve*" OR "alleviat*")) | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running search 12 with the reflected modifications, which include addition of the "DWH-related" string to more reasonably tailor the search criteria. |
| 13 | ("*Alabama*" OR ("State" NEAR5 "Alabama") OR ("State" NEAR5 ("*Al*" OR "*AL*")) OR "Gulf Shores" OR "Orange Beach" OR "Perdido Pass" OR "Mobile" OR "Mobile Bay" OR "Mobile County" OR "Baldwin" OR "Baldwin County" OR "Dauphin Island" OR "Bon Secour" OR "Bayou La Batre" OR "Emelle" OR "Fort Morgan" OR "Ft. Morgan" OR "Gulf State Park" OR "Perdido Pass" OR "State Park*" OR "Springhill" OR "West Point Island" OR "Crowder Gulf" OR "Magnolia" OR "Ft. Pickens" OR "Fort Pickens" OR "Cotton Bayou" OR "Ft. Gaines" OR "Fort Gaines" OR "Terry Cove" OR "Wildlife Refuge" OR "Little Lagoon" OR "Spring Hill" OR "Campbellton" OR "Chastang" OR "Magnolia") AND ("Department*" OR "agency*" OR "division*" OR "Conservation" OR "Natural Resources" OR "Labor" OR "Transportation" OR "Tourism" OR "Environmental" OR "ADEM" OR "DCNR" OR "Executive Budget Office" OR "Legislative Fiscal Office" OR "LFO" OR "Education" OR "ADECA" OR "Economic and Community Affairs" OR "ABC" OR "Alcoholic Beverage Control Board" OR "Alabama Beverage Control Board") | (("*Alabama*" OR ("State" NEAR5 ("Alabama" OR "AL")) OR ("State" NEAR5 ("*Al*" OR "*AL*")) OR "Gulf Shores" OR "Orange Beach" OR "Perdido Pass" OR ("Mobile" OR "Mobile Bay" OR "Mobile County" OR "Baldwin" OR "Baldwin County" OR "Dauphin Island" OR "Bon Secour" OR "Bayou La Batre" OR "Emelle" OR "Fort Morgan" OR "Ft. Morgan" OR "Gulf State Park" OR "Perdido Pass" OR "State Park*" OR "Springhill" OR "West Point Island" OR "Crowder Gulf" OR "Magnolia" OR "Ft. Pickens" OR "Fort Pickens" OR "Cotton Bayou" OR "Ft. Gaines" OR "Fort Gaines" OR "Terry Cove" OR "Wildlife Refuge" OR "Little Lagoon" OR "Spring Hill" OR "Campbellton" OR "Chastang" OR "Magnolia") AND ("DWH*" OR "Deepwater Horizon" OR "Oil Spill" OR "Spill" OR "Macondo" OR "Macundo" OR "Macondos" OR "MC252" OR "MC 252" OR "MC-252" OR "Mississippi Canyon Block 252" OR "British Petroleum" OR "Transocean" OR "Halliburton" OR "HESI" OR "HAL" OR "Sperry" OR "Cameron" OR "Anadarko" OR "MOEX") AND ("Department*" OR "agency*" OR "division*" OR "Bureau*" OR "AI-AI-A" OR NEAR3 OR "Budget" OR "Finance" OR "Revenue" OR "Conservation" OR "Natural Resources" OR "Labor" OR "Transportation" OR "Tourism") OR "Environmental" OR "ADEM" OR "DCNR" OR "Executive Budget Office" OR "Legislative Fiscal Office" OR "LFO" OR "Education" OR "ADECA" OR "Economic and Community Affairs" OR "ABC" OR "Alcoholic Beverage Control Board" OR "Alabama Beverage Control Board") | Alabama's search as written is overbroad and resulted in an unduly high number of hits. BP proposes running search 13 with the reflected modifications, which include addition of the "DWH-related" string to more reasonably tailor the search criteria. |