# Exhibit 6



56062487
Sep 19 2014
07:17PM

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig

"Deepwater Horizon" in the Gulf

of Mexico, on April 20, 2010

**This Pleading Relates To**
- **10-4182** (*Alabama v. BP*)
- **10-4183** (*Alabama v. Transocean, et. al*)
- **13-2645** (*Alabama v. Anadarko & MOEX*)
- **13-2646** (*Alabama v. Transocean*)
- **13-2647** (*Alabama v. Halliburton*)
- **13-2813** (*Alabama v. BP*)

MDL No. 2179
SECTION: J

JUDGE BARBIER
MAGISTRATE SHUSHAN

## STATE OF ALABAMA'S SUPPLEMENTAL
### RESPONSE TO DEFENDANTS' INTERROGATORY #14

Pursuant to the Court's orders and Federal Rules of Civil Procedure 26, 33, 34, and 36, the State of Alabama ("State") supplements its August 11, 2014 response to Interrogatory #14, which Defendants served in their First Set of Discovery Requests on July 14, 2014.

* * *

## INTERROGATORIES

**INTERROGATORY #14:** Provide an accounting of all funds, payments, grants, contributions, or donations that the State has received from BP from 2010 until the present, including all disbursements of tourism, seafood and other block grants, and any other payments or economic assistance received, relating to the Deepwater Horizon Incident and/or the Oil Spill.

**OBJECTIONS:**

The State adopts and fully incorporates its August 11, 2014 general and specific objections to Interrogatory #14.  See State of Alabama's Responses to Defendants' First Set of Discovery Requests at pp. 25, 48-58.  The State does not duplicate those objections here.

**SUPPLEMENTAL RESPONSE:**

Subject to and without waiving its objections, the State responds as follows:

Based on its present understanding, the State has received the following funds, payments, grants, contributions, or donations from BP:

**1) General Grants**

The State received two general grants from BP totaling $50,000,000 (one for $25 million on May 10, 2010 and the other for $25 million on June 11, 2010) and additional payments related to the construction of the Katrina Cut project. The following State agencies and departments received and disbursed these funds as follows:

- Alabama Emergency Management Agency ("EMA"):

EMA received a total of $35,169,872.74 in BP funds and disbursed a total of $35,169,872.74 of those funds. AL-ED-000031681 ("Historical Commission - BP Oil Spill, Fund 1419") reflects the receipt and disbursement of these funds with regard to the State Historical Commission. The State will provide Defendants with an accounting of the total disbursement in a future production (and will identify that record as such).

- Alabama Department of Environmental Management ("ADEM"): ADEM received a total of $21,556,982.74 in BP funds and disbursed a total of $21,556,982.74 of those funds in accordance with the entries reflected in AL-ED-000031674 ("Environmental Management - BP Oil Spill, Fund 1403").

- The Office of the Governor: The Governor's office received a total of $4,411,173.71 in BP funds and disbursed a total of $975,201.32 of those funds in accordance with the entries reflected in AL-ED-000031677 ("Governor's Office - BP Oil Spill, Fund 1410"). The Governor's office retains a balance of funds in the amount of $3,435,972.39.

- Alabama Department of Finance ("Finance"):

    o *Receipt*: Finance received a total of $10,990,013.04 in BP funds and disbursed a total of $2,383,650.39 in accordance with the entries reflected in AL-ED-000031675 ("Department of Finance-BP Oil Spill Fund 1417").  Finance retains a balance of funds in the amount of $8,606,362.65.

    o *Distribution*:  Fund 1417 included disbursements to the Alabama Department of Public Safety and the Alabama Department of Conservation and Natural Resources.  AL-ED-000031671 ("Department of Public Safety - BP Oil Spill, Fund 1416") reflects the receipt and disbursement of the funds received by the Department of Public Safety.   The Alabama Department of Conservation and Natural Resources received $79,800.00.

    2)  **Tourism Grants**

    The State received two tourism grants from BP: (1) a $15,000,000 grant pursuant to an agreement dated May 25, 2010 and (2) a $16,000,000 grant pursuant to an agreement dated March 7, 2011.   AL-ED-000031688 ("Tourism - BP Oil Spill Fund 1401") reflects the disbursement of these funds.

    3)  **Mental Health Grant**

    The State received a $12,000,000 mental health grant from BP pursuant to an agreement dated August 27, 2010.  AL-ED-000031683 ("Mental Health - BP Oil Spill, Fund 1408") reflects the disbursement of these funds.   Included within the disbursements from Fund 1408 are disbursements to the Governor's Office of Faith Based and Community Initiatives, which are reflected in AL-ED-000031680 ("Governor's Office on Faith Based-BP Oil Spill Fund 1411").

**4)  Seafood Marketing & Testing Program**

The State received $9,000,000 for seafood marketing and testing from BP on May 26, 2010.[1]  The Alabama Department of Conservation and Natural Resources has provided BP with quarterly and annual reports documenting all expenditures related to the Seafood Testing and Marketing programs, which BP has in its possession.  BP also has possession of all records that reflect the amounts BP has provided to the State to fund these programs.

**5)  Various Response Costs**

The State has received payments from BP to reimburse the State for costs and expenses related to its oil spill response. BP is in possession of all data and information submitted by the State of Alabama in support of its claims for reimbursement of spill-related response costs, and BP is also in possession of all data and records indicating the amounts submitted to and paid by BP.

**6)  NRD Assessment Costs**

While not relevant to this phase of Alabama's case, the State received an initial payment of $4,000,000 from BP to reimburse the State for Natural Resources Damage Assessment costs, and BP has paid additional funds in response to requests for NRD Assesment reimbursement. BP is in possession of all data and records indicating the amounts submitted to and paid by BP.

* * *

This Response is based on the best information available to the State on this date.  The State reserves the right to supplement this Response as more information becomes available.

---

[1] The State also received $500,000 through the Deepwater Horizon Economic and Property Damages Settlement.

**CERTIFICATE OF SERVICE**

I hereby certify that September 19, 2014, the above and foregoing has been served on Counsel for the Defendants by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic service in accordance with the procedures established in MDL 2179.

/s/ Corey L. Maze                     .
COREY L. MAZE
*Special Deputy AG, State of Alabama*

## DECLARATION

I hereby declare that the foregoing Supplemental Response to Defendants' Interrogatory #14 is true and correct based on the information available to the State on this date.  *See* Fed. R. Civ. P. 33(b).   The State's investigation of facts and information relating to Defendants' interrogatories is continuing and may be supplemented pursuant to the Court's scheduling order.

Date:   September 19, 2014


/s/ Corey L. Maze                                      .
COREY L. MAZE
*Special Deputy AG, State of Alabama*