# Exhibit 7

## HISTORICAL COMMISSION - BP OIL SPILL
## Fund 1419

| | | GRANT |
|---|---|---:|
| April 20, 2010 | Date of Oil Spill | |
| **RECEIPTS:** | | |
| November 21, 2013 | Interfund State Programs - from EMA | 503,700.00 |
| | Receipts to Date | 503,700.00 |
| **DISBURSEMENTS:** | | |
| November 22, 2013 | Personnel Costs - Regular Salaries | 707.90 |
| November 22, 2013 | Employee Benefits - FICA | 54.16 |
| November 22, 2013 | Employee Benefits - Retirement | 84.66 |
| December 11, 2013 | Personnel Costs - Regular Salaries | 707.90 |
| December 11, 2013 | Employee Benefits - FICA | 51.29 |
| December 11, 2013 | Employee Benefits - Retirement | 84.66 |
| December 26, 2013 | Personnel Costs - Regular Salaries | 707.90 |
| December 26, 2013 | Employee Benefits - FICA | 54.15 |
| December 26, 2013 | Employee Benefits - Retirement | 84.66 |
| December 26, 2013 | Employee Benefits - Group Health Benefits | 1,238.00 |
| January 13, 2014 | Personnel Costs - Regular Salaries | 648.91 |
| January 13, 2014 | Personnel Costs - Holiday Leave | 58.99 |
| January 13, 2014 | Employee Benefits - FICA | 52.77 |
| January 13, 2014 | Employee Benefits - Retirement | 84.66 |
| January 28, 2014 | Personnel Costs - Regular Salaries | 1,351.45 |
| January 28, 2014 | Employee Benefits - FICA | 103.39 |
| January 28, 2014 | Employee Benefits - Retirement | 161.63 |
| January 28, 2014 | Employee Benefits - Group Health Benefits | 1,650.00 |
| February 11, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| February 11, 2014 | Employee Benefits - FICA | 104.18 |
| February 11, 2014 | Employee Benefits - Retirement | 169.32 |
| February 25, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| February 25, 2014 | Employee Benefits - FICA | 108.32 |
| February 25, 2014 | Employee Benefits - Retirement | 169.32 |
| February 25, 2014 | Employee Benefits - Group Health Benefits | 2,448.00 |
| February 27, 2014 | Capital Outlay - Historical Site Acquisition and Preservation | 22,512.82 |
| March 11, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| March 11, 2014 | Employee Benefits - FICA | 101.79 |
| March 11, 2014 | Employee Benefits - Retirement | 169.32 |
| March 25, 2014 | Professional Services - Scientific & Technical - Alabama Gulf Coast Area Char | 25,000.00 |
| March 27, 2014 | Personnel Costs - Regular Salaries | 1,389.25 |
| March 27, 2014 | Personnel Costs - Sick Leave | 26.55 |
| March 27, 2014 | Employee Benefits - FICA | 108.31 |
| March 27, 2014 | Employee Benefits - Retirement | 169.32 |
| March 27, 2014 | Employee Benefits - Group Health Benefits | 1,650.00 |
| April 11, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| April 11, 2014 | Employee Benefits - FICA | 103.64 |
| April 11, 2014 | Employee Benefits - Retirement | 169.32 |
| April 12, 2014 | Supplies, Matieral & Oper Ex - Printing & Binding - Walker Printing | 949.46 |
| April 23, 2014 | Historical Site Acquisition and Preservation - Hinkle Metal Supply Co | 415.24 |
| April 24, 2014 | Historical Site Acquisition and Preservation | 10,795.00 |
| April 24, 2014 | Historical Site Acquisition and Preservation | 57,487.18 |
| April 25, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| April 25, 2014 | Employee Benefits - FICA | 108.32 |
| April 25, 2014 | Employee Benefits - Retirement | 169.32 |
| April 25, 2014 | Employee Benefits - Group Health Insurance | 3,300.00 |
| April 26, 2014 | Historical Site Acquisition & Preservation - Gulf Shores Builders Supply | 64.53 |
| May 2, 2014 | Supplies, Matieral & Oper Ex - Printing & Binding - Walker Printing | 67.28 |
| May 3, 2014 | Historical Site Acquisition & Preservation - Paris Ace Hardware | 19.04 |

AL-ED-000031681

| | | |
|---|---|---:|
| May 3, 2014 | Historical Site Acquisition & Preservation - Lowe's | 47.49 |
| May 6, 2014 | Travel In State - Subsistence & Lodging - Overnight - Jimmy V | 300.00 |
| May 6, 2014 | Travel In State - Subsistence & Lodging - Overnight - Jimmy V | 525.00 |
| May 6, 2014 | Trave In State - Subsistence - Not Overnight - Jimmy V | 11.25 |
| May 10, 2014 | Historical Site Acquisition & Preservation - Ace Supply | 5.50 |
| May 10, 2014 | Historical Site Acquisition & Preservation - Bear Lumber | 7.59 |
| May 10, 2014 | Historical Site Acquisition & Preservation - Southeastern | 115.00 |
| May 10, 2014 | Historical Site Acquisition & Preservation - Alabama | 123.75 |
| May 13, 2014 | Personnel Costs - Regular Salaries | 1,246.88 |
| May 13, 2014 | Personnel Costs - Sick Leave | 16.09 |
| May 13, 2014 | Personnel Costs - Annual Leave | 24.13 |
| May 13, 2014 | Personnel Costs - Holiday Leave | 128.70 |
| May 13, 2014 | Employee Benefits - FICA | 106.22 |
| May 13, 2014 | Employee Benefits - Retirement | 169.32 |
| May 14, 2014 | Professional Services - Scientific & Technical - Alabama Gulf Coast Area Char | 50,000.00 |
| May 15, 2014 | Travel In State - Subsistence & Lodging - Overnight | 750.00 |
| May 19, 2014 | Travel In State - Subsistence & Lodging - Overnight - James W | 525.00 |
| May 19, 2014 | Transportation Equipment Operation - Petroleum/Synthetic Products | 685.33 |
| May 21, 2014 | Supplies, Matieral & Oper Ex - Department of Finance - ISD | 51.33 |
| May 23, 2014 | Supplies, Mat& Oper Ex - Houskeeping, Custodial & Maintenance - Lowe's | 64.04 |
| May 27, 2014 | Personnel Costs - Regular Salaries | 1,351.45 |
| May 27, 2014 | Personnel Costs - Annual Leave | 64.35 |
| May 27, 2014 | Employee Benefits - FICA | 108.30 |
| May 27, 2014 | Employee Benefits - Retirement | 169.32 |
| May 27, 2014 | Employee Benefits - Group Health Insurance | 1,650.00 |
| June 10, 2014 | Transportation Equipment Operation - Petroleum/Synthetic Products - Wex Ba | 313.87 |
| June 11, 2014 | Personnel Costs - Regular Salaries | 1,351.45 |
| June 11, 2014 | Personnel Costs - Annual Leave | 64.35 |
| June 11, 2014 | Employee Benefits - FICA | 101.72 |
| June 11, 2014 | Employee Benefits - Retirement | 169.32 |
| June 11, 2014 | Professional Services - Scientific & Technical - Alabama Gulf Coast Area Char | 30,000.00 |
| June 12, 2014 | Travel In State - Subsistence & Lodging Overnight - Jimmy V | 375.00 |
| June 12, 2014 | Travel In State - Subsistence - Not Overnight - Mae B Wa | 30.00 |
| June 17, 2014 | Trave In State - Subsistence - Not Overnight - Michael | 30.00 |
| June 18, 2014 | Historical Site Acquisition & Preservation - Paris Ace Hardware | 37.29 |
| June 18, 2014 | Historical Site Acquisition & Preservation - Porta Fab Corporation | 9,138.00 |
| June 18, 2014 | Historical Site Acquisition & Preservation - AL Institute for Deaf & Blind | 2,634.00 |
| June 20, 2014 | Professional Services - Scientific & Technical - Alabama Gulf Coast Area Char | 30,000.00 |
| June 20, 2014 | Historical Site Acquisition & Preservation - Mack Funeral Home, Inc | 615.00 |
| June 20, 2014 | Historical Site Acquisition & Preservation - Paris Ace Hardware | 433.50 |
| June 21, 2014 | Transportation Equipment Operation - Petroleum/Synthetic Products - Wex Ba | 124.92 |
| June 21, 2014 | Transportation Equipment Operation - Repairs & Maintenance - Wex Bank | 31.52 |
| June 21, 2014 | Historical Site Acquisition & Preservation - Ready Mix | 712.30 |
| June 21, 2014 | Historical Site Acquisition & Preservation - Paris Ace Hardware | 67.49 |
| June 21, 2014 | Supplies - Purchases for Resale - American Souvenirs & Gifts | 2,287.03 |
| June 26, 2014 | Supplies - Purchases for Resale - Design Master Associates, Inc. | 301.66 |
| June 26, 2014 | Personnel Costs - Regular Salaries | 1,280.66 |
| June 26, 2014 | Personnel Costs - Annual Leave | 64.35 |
| June 26, 2014 | Personnel Costs - Holiday Leave | 70.79 |
| June 26, 2014 | Employee Benefits - FICA | 112.90 |
| June 26, 2014 | Employee Benefits - Retirement | 169.32 |
| June 26, 2014 | Employee Benefits - Group Health Insurance | 1,650.00 |
| June 26, 2014 | Historical Site Acquisition & Preservation - Gulf Shores Builders Supply | 467.59 |

**ENCUMBRANCES:**

| | |
|---|---:|
| Disbursed and Encumbered Year to Date | 283,620.98 |
| **BALANCE** | 220,079.02 |

AL-ED-000031682