# Exhibit 8

## GOVERNOR'S OFFICE- BP OIL SPILL
## Fund 1410

| Date | Description | GRANTS | REIMBURSEMENT | TOTAL |
|---|---|---:|---:|---:|
| April 20, 2010 | Date of Oil Spill | | | |
| **RECEIPTS:** | | | | |
| Sept. 15, 2010 | | | 25,552.33 | 25,552.33 |
| Nov 24, 2010 | Transfer from EMA | 4,404,917.00 | | 4,404,917.00 |
| Jan 30, 2011 | | 6,256.71 | | 6,256.71 |
| | Receipts to Date | 4,411,173.71 | 25,552.33 | 4,436,726.04 |
| **DISBURSEMENTS:** | | | | |
| Sept. 16, 2010 | Personnel Costs - Salaries - Other | | 19,318.00 | 19,318.00 |
| Sept. 16, 2010 | Employee Benefits - FICA | | 1,477.83 | 1,477.83 |
| Sept. 16, 2010 | Employee Benefits - Retirement | | 2,209.14 | 2,209.14 |
| Sept. 16, 2010 | Employee Benefits - Group Health Insurance | | 2,547.36 | 2,547.36 |
| Jan 8, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 0.00 | | 0.00 |
| Jan 27, 2011 | Professional Service - Legal & Professional - ADEM | 229,684.21 | | 229,684.21 |
| Jan 29, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 0.00 | | 0.00 |
| Feb 5, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 0.00 | | 0.00 |
| Feb 25, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 0.00 | | 0.00 |
| March 8, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 524,480.03 | | 524,480.03 |
| April 13, 2011 | Personnel Costs - Salaries - Regular | 2,967.00 | | 2,967.00 |
| April 13, 2011 | Employee Benefits - FICA | 226.00 | | 226.00 |
| April 13, 2011 | Employee Benefits - Retirement | 354.00 | | 354.00 |
| April 13, 2011 | Employee Benefits - Group Health Insurance | 414.00 | | 414.00 |
| April 13, 2011 | Travel In-State - Disasters | 532.00 | | 532.00 |
| August 17, 2011 | Travel In State - Subsistence & Lodging Overnight Disasters | 253.77 | | 253.77 |
| August 17, 2011 | Travel Out of State - Commercial Transportation-Disasters | 25.00 | | 25.00 |
| August 17, 2011 | Travel Out of State - Subsistence & Lodging Overnight Disasters | 1,026.07 | | 1,026.07 |
| August 17, 2011 | Professional Services - Advertising | 2,835.00 | | 2,835.00 |
| August 26, 2011 | Travel In State - Mileage Disasters - Ruth Alexander | 323.85 | | 323.85 |
| August 26, 2011 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 225.93 | | 225.93 |
| August 26, 2011 | Travel In State - Other Travel Expenses Disasters - Cooper Shattuck | 17.00 | | 17.00 |
| August 26, 2011 | Travel Out of State - Commercial Transportation-Disasters Cooper Shattuck | 210.40 | | 210.40 |
| August 26, 2011 | Travel Out of State-Subsistence & Lodging Overnight Disasters Christine Ward | 759.94 | | 759.94 |
| August 26, 2011 | Rentals and Leases - Automotive - Department of Finance | 226.00 | | 226.00 |
| Sept 3, 2011 | Travel Out of State-Subsistence & Lodging Overnight Disasters Cooper Shattuck | 151.42 | | 151.42 |
| Sept 10, 2011 | Travel in State - Commercial Transportation - Cooper Shattuck | 97.54 | | 97.54 |
| Sept 10, 2011 | Travel Out of State-Subsistence & Lodging Overnight Disasters Cooper Shattuck | 453.16 | | 453.16 |
| Sept 16, 2011 | Travel Out of State-Subsistence & Lodging Overnight Disasters Cooper Shattuck | 442.09 | | 442.09 |
| Sept 17, 2011 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 524.17 | | 524.17 |
| Sept 28, 2011 | Miscellaneous Expenses - Transfer to Geological Survey | 77,000.00 | | 77,000.00 |
| Nov 3, 2011 | Rentals and Leases - Automotive - Department of Finance | 203.15 | | 203.15 |
| Nov 10, 2011 | Travel Out of State - Other Travel - Cooper Shattuck | 561.45 | | 561.45 |
| Nov 22, 2011 | Travel Out of State - Commercial Transportation-Disasters Cooper Shattuck | 25.00 | | 25.00 |
| Nov 22, 2011 | Travel Out of State - Promotional - Cooper Shattuck | 630.95 | | 630.95 |
| Nov 22, 2011 | Travel Out of State - Employee Subsistence Not Overnight - Cooper Shattuck | 29.45 | | 29.45 |
| Dec 3, 2011 | Travel Out of State - Commercial Transportation-Disasters Cooper Shattuck | 80.00 | | 80.00 |
| Dec 3, 2011 | Travel Out of State - Promotional - Cooper Shattuck | 258.00 | | 258.00 |
| Jan 4, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 683.40 | | 683.40 |
| Jan 4, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 230.73 | | 230.73 |
| Jan 4, 2012 | Travel Out of State - Other Travel - Cooper Shattuck | 30.73 | | 30.73 |
| Jan 10, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 400.84 | | 400.84 |
| Jan 10, 2012 | Travel Out of State - Other Travel - Cooper Shattuck | 72.00 | | 72.00 |
| Jan 14, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 290.22 | | 290.22 |
| Jan 14, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 291.42 | | 291.42 |
| Jan 14, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 525.71 | | 525.71 |
| Jan 14, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 72.00 | | 72.00 |
| Jan 16, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 1,100.10 | | 1,100.10 |
| Jan 16, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 474.43 | | 474.43 |
| Jan 16, 2012 | Travel Out of State - Other Travel - Cooper Shattuck | 24.00 | | 24.00 |
| Jan 16, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 505.40 | | 505.40 |
| March 13, 2012 | Travel In State - Other Travel Expenses - Cooper Shattuck | 10.00 | | 10.00 |
| March 13, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 344.40 | | 344.40 |
| March 13, 2012 | Travel Out of State - Subsistence & Lodging Overnight - Cooper Shattuck | 709.39 | | 709.39 |
| March 13, 2012 | Travel Out of State - Other Travel Expenses - Cooper Shattuck | 56.00 | | 56.00 |
| March 30, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 10.00 | | 10.00 |
| March 30, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 60.00 | | 60.00 |
| March 30, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 35.00 | | 35.00 |
| March 30, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 594.38 | | 594.38 |
| March 30, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 561.55 | | 561.55 |
| March 30, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 476.34 | | 476.34 |
| March 30, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 1,102.01 | | 1,102.01 |
| March 30, 2012 | Travel Out of State - Other Travel Expenses - Cooper Shattuck | 12.95 | | 12.95 |
| April 10, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 24.60 | | 24.60 |
| April 10, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 624.64 | | 624.64 |
| April 20, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 380.60 | | 380.60 |
| April 20, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 2,161.85 | | 2,161.85 |
| April 20, 2012 | Travel Out of State - Other Travel Expenses - Cooper Shattuck | 37.28 | | 37.28 |

| Date | Description | Amount | Amount |
|---|---|---:|---:|
| May 21, 2012 | Travel In State - Actual Expenses - Cooper Shattuck | 13.88 | 13.88 |
| May 25, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 281.84 | 281.84 |
| May 31, 2012 | Travel In State - Actual Expenses - Cooper Shattuck | 558.00 | 558.00 |
| July 12, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 180.38 | 180.38 |
| July 26, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 159.10 | 159.10 |
| August 14, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 315.10 | 315.10 |
| August 14, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 182.66 | 182.66 |
| Sept 1, 2012 | Travel Out of State -Subsistence & Lodging - Roland Shattuck | 605.25 | 605.25 |
| Sept 1, 2012 | Travel Out of State - Other Travel Expenses - Roland Shattuck | 26.00 | 26.00 |
| Sept 1, 2012 | Supplies & Materials - Training/Registration - Roland Shattuck | 497.50 | 497.50 |
| Oct 11, 2012 | Travel Out of State - Mileage - Cooper Shattuck | 65.50 | 65.50 |
| Oct 11, 2012 | Travel Out of State - Subsistence & Lodging - Overnight - Cooper Shattuck | 258.77 | 258.77 |
| Oct 13, 2012 | Travel Out of State - Commercial Transportation - David A Perry | 401.20 | 401.20 |
| Oct 13, 2012 | Travel Out of State - Subsistence & Lodging - Overnight - David A Perry | 147.29 | 147.29 |
| Oct 13, 2012 | Travel Out of State - Other Travel Expenses - David A Perry | 23.00 | 23.00 |
| Nov 1, 2012 | Travel Out of State - Commercial Transportation - David A Perry | 493.90 | 493.90 |
| Nov 1, 2012 | Travel Out of State - Other Travel Expenses - David A Perry | 17.00 | 17.00 |
| Nov 17, 2012 | Travel Out of State - Mileage - Wesley G Helton | 11.10 | 11.10 |
| Nov 17, 2012 | Travel Out of State - Subsistence & Lodging - Overnight - Wesley G Helton | 490.73 | 490.73 |
| Nov 17, 2012 | Travel Out of State - Subsistence & Lodging - Overnight - David A Perry | 209.28 | 209.28 |
| Dec 22, 2012 | Rentals & Leases-Meeting Rooms - PCH Hotels & Resorts DBA Renaissance | 2,496.00 | 2,496.00 |
| Dec 22, 2012 | Rentals & Leases - Communication Equipment - PCH Hotels DBA Renaissance | 857.63 | 857.63 |
| Dec 22, 2012 | Professional Services-Food Services-PCH Hotels-DBA Renaissance Riverview | 542.00 | 542.00 |
| Jan 3, 2013 | Travel In State - Other Travel Expe3nses - David A Perry | 20.00 | 20.00 |
| Jan 3, 2013 | Travel In State - In State Travel Actual Expenses - David A Perry | 14.63 | 14.63 |
| Feb 6, 2013 | Travel In State - Commercial Transportation - David A Perry | 74.50 | 74.50 |
| Feb 6, 2013 | Travel In State - Employee Subsistence - Not Overnight - David A Perry | 14.00 | 14.00 |
| March 28, 2013 | Travel Out of State - Mileage - Roland C Shattuck | 79.10 | 79.10 |
| March 28, 2013 | Travel Out of State - Commercial Transportation - Roland C Shattuck | 849.60 | 849.60 |
| March 28, 2013 | Travel Out of State - Commercial Transportation - Roland C Shattuck | 790.80 | 790.80 |
| March 28, 2013 | Travel Out of State - Subsistence & Lodging - Overnight - Roland C Shattuck | 453.08 | 453.08 |
| March 28, 2013 | Travel Out of State - Subsistence & Lodgin - Overnight - Roland C Shattuck | 439.48 | 439.48 |
| March 23, 2013 | Travel Out of State - Other Travel Expenses - Roland Shattuck | 36.00 | 36.00 |
| April 18, 2013 | Travel Out of State - Mileage - Roland C Shattuck | 79.10 | 79.10 |
| April 18, 2013 | Travel Out of State - Commercial Transportation - Roland C Shattuck | 507.80 | 507.80 |
| April 18, 2013 | Travel Out of State - Subsistence & Lodging - Overnight - Roland C Shattuck | 1,039.34 | 1,039.34 |
| April 18, 2013 | Travel Out of State - Other Travel Expenses - Roland Shattuck | 28.00 | 28.00 |
| May 11, 2013 | Travel In State - Mileage - David A Perry | 577.43 | 577.43 |
| May 11, 2013 | Travel In State - Mileage - Roland C Shattuck | 340.13 | 340.13 |
| May 11, 2013 | Travel In State - Subsistence & Lodging Overnight - Roland C Shattuck | 383.81 | 383.81 |
| May 11, 2013 | Travel In State - Other Travel Expense - Roland C Shattuck | 89.60 | 89.60 |
| May 22, 2013 | Travel In State - Mileage - David A Perry | 114.80 | 114.80 |
| June 25, 2013 | Professional Services - Advertising - Broadview Media | 500.00 | 500.00 |
| June 28, 2013 | Employee Benefits - FICA | 1.07 | 1.07 |
| July 19, 2013 | Travel In State - Mileage - Roland C Shattuck | 125.43 | 125.43 |
| July 19, 2013 | Travel In State - Other Travel Expense - Roland C Shattuck | 12.00 | 12.00 |
| July 19, 2013 | Travel In State - In State Travel Actual Expenses - Roland C Shattuck | 124.13 | 124.13 |
| August 27, 2013 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| August 27, 2013 | Employee Benefits - FICA | 290.06 | 290.06 |
| August 27, 2013 | Employee Benefits - Retirement | 380.68 | 380.68 |
| August 27, 2013 | Employee Benefits - Group Health Insurance | 765.00 | 765.00 |
| August 29, 2013 | Travel In State - Mileage - David A Perry | 114.80 | 114.80 |
| August 29, 2013 | Travel In State-Subsistence & Lodging Overnight - David A Perry | 150.00 | 150.00 |
| Sept 5, 2013 | Supplies & Materials - Food and Provisions - Eliska P Morgan | 167.35 | 167.35 |
| Sept 10, 2013 | Travel In State - Mileage - Roland C Shattuck | 125.43 | 125.43 |
| Sept 10, 2013 | Travel In State - In State Travel Actual Expenses - Roland C Shattuck | 12.95 | 12.95 |
| Sept 11, 2013 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| Sept 11, 2013 | Employee Benefits - FICA | 290.07 | 290.07 |
| Sept 11, 2013 | Employee Benefits - Retirement | 380.68 | 380.68 |
| October 10, 2013 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| October 10, 2013 | Employee Benefits - FICA | 290.06 | 290.06 |
| October 10, 2013 | Employee Benefits - Retirement | 453.48 | 453.48 |
| October 11, 2013 | Travel Out of State - Mileage - Roland C Shattuck | 79.10 | 79.10 |
| October 11, 2013 | Travel Out of State - Commercial Transportation - Roland C Shattuck | 901.00 | 901.00 |
| October 11, 2013 | Travel Out of State - Subsistence & Lodging - Overnight - Roland C Shattuck | 357.72 | 357.72 |
| October 11, 2013 | Travel Out of State - Other Travel Expenses - Roland C Shattuck | 22.00 | 22.00 |
| October 29, 2013 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| October 29, 2013 | Employee Benefits - FICA | 290.07 | 290.07 |
| October 29, 2013 | Employee Benefits - Retirement | 453.48 | 453.48 |
| October 29, 2013 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| November 12, 2013 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| November 12, 2013 | Employee Benefits - FICA | 290.06 | 290.06 |
| November 12, 2013 | Employee Benefits - Retirement | 453.48 | 453.48 |
| November 22, 2013 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| November 22, 2013 | Employee Benefits - FICA | 290.05 | 290.05 |
| November 22, 2013 | Employee Benefits - Retirement | 453.48 | 453.48 |
| November 22, 2013 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| November 28, 2013 | Travel In State - Mileage - David A Perry | 72.80 | 72.80 |
| December 5, 2013 | Travel In State - Mileage - David A Perry | 102.20 | 102.20 |
| December 5, 2013 | Travel In State-Subsistence & Lodging Overnight - David A Perry | 150.00 | 150.00 |
| December 11, 2013 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |

| Date | Description | Amount | Amount |
|---|---|---:|---:|
| December 11, 2013 | Employee Benefits - FICA | 290.94 | 290.94 |
| December 11, 2013 | Employee Benefits - Retirement | 453.48 | 453.48 |
| December 20, 2013 | Employee Benefits - FICA | (0.86) | (0.86) |
| December 26, 2013 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| December 26, 2013 | Employee Benefits - FICA | 290.06 | 290.06 |
| December 26, 2013 | Employee Benefits - Retirement | 453.48 | 453.48 |
| December 26, 2013 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| January 13, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| January 13, 2014 | Employee Benefits - FICA | 290.06 | 290.06 |
| January 13, 2014 | Employee Benefirts - Retirement | 453.48 | 453.48 |
| January 28, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| January 28, 2014 | Employee Benefits - FICA | 290.07 | 290.07 |
| January 28, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| January 28, 2014 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| February 11, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| February 11, 2014 | Employee Benefits - FICA | 290.06 | 290.06 |
| February 11, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| February 25, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| February 25, 2014 | Employee Benefits - FICA | 290.06 | 290.06 |
| February 25, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| February 25, 2014 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| March 11, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| March 11, 2014 | Employee Benefits - FICA | 290.06 | 290.06 |
| March 11, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| March 27, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| March 27, 2014 | Employee Benefits - FICA | 290.07 | 290.07 |
| March 27, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| March 27, 2014 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| April 11, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| April 11, 2014 | Employee Benefits - FICA | 293.50 | 293.50 |
| April 11, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| April 17, 2014 | Employee Benefits - FICA | (3.44) | (3.44) |
| April 25, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| April 25, 2014 | Employee Benefits - FICA | 290.07 | 290.07 |
| April 25, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| April 25, 2014 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| May 13, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| May 13, 2014 | Employee Benefits - FICA | 290.06 | 290.06 |
| May 13, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| May 17, 2014 | Travel Out of State - Mileage - Roland C Shattuck | 77.97 | 77.97 |
| May 17, 2014 | Travel Out of State - Commercial Transportation - Roland C Shattuck | 1,030.00 | 1,030.00 |
| May 17, 2014 | Travel Out of State - Subsistence & Lodging - Overnight - Roland C Shattuck | 604.40 | 604.40 |
| May 17, 2014 | Travel Out of State - Other Expenses - Roland C Shattuck | 36.00 | 36.00 |
| May 27, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| May 27, 2014 | Employee Benefits - FICA | 290.06 | 290.06 |
| May 27, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| May 27, 2014 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| June 11, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| June 11, 2014 | Employee Benefits - FICA | 290.06 | 290.06 |
| June 11, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| June 26, 2014 | Personnel Costs - Salaries - Regular | 3,791.67 | 3,791.67 |
| June 26, 2014 | Employee Benefits - FICA | 293.51 | 293.51 |
| June 26, 2014 | Employee Benefits - Retirement | 453.48 | 453.48 |
| June 26, 2014 | Employee Benefits - Group Health Insurance | 825.00 | 825.00 |
| | | | 0.00 |
| | | | 0.00 |
| **ENCUMBRANCES:** | | | 0.00 |
| | | | 0.00 |
| | Disbursed and Encumbered Year to Date | 975,201.32 | 25,552.33 | 1,000,753.65 |
| **BALANCE** | | 3,435,972.39 | 0.00 | 3,435,972.39 |

AL-ED-000031679