# Exhibit 13

**From:** Maze, Corey [mailto:CMaze@ago.state.al.us]
**Sent:** Tuesday, September 16, 2014 5:53 PM
**To:** Alan York [HESI]; Langan, Andrew; Bruce Bowman, Jr. (HESI); Carter Williams [T/O]; *Cmorriss@cov.com; Donald Godwin [HESI]; *edward.flanders@pillsburylaw.com; Grant Davis-Denney (T/O); Jenny Martinez [HESI]; Kerry Miller [T/O]; Ky Kirby (APC); *mbrowne@cov.com; *mbrock@cov.com; Collier, Paul D.; Paul Thibodeaux [T/O]; Stella Pulman [MOEX]; Tamerlin Godley [T/O]; Tom Lotterman [APC]
**Cc:** Sinclair, Win; Rhon Jones; Parker Miller
**Subject:** AL Damages Case: 09-16 Meet-and-Confer

Paul,

Alabama offers the following answers to the questions raised during today's meet-and-confer:

1. *Properties*: Alabama confirms that it is not producing documents related to State-owned properties not subject to the State's claims, including properties in Mobile and Baldwin Counties.

2. *Revenue Streams*: Alabama confirms that it is not producing revenue information for State-owned parks/attractions not subject to the State's claims.

3. *ROG 5*: Alabama will supplement its response with regard to restrictions on use for properties subject to the State's claims, but not for properties not subject to the State's claims.

4. *ROG 11*: Alabama confirms that it cannot describe the requested information.

5. *ROG 14:* Alabama will supplement its response to Interrogatory #14 this week.

6. *RFP 22*: Contrary to how my letter might be read or interpreted, Alabama confirms that is not withholding documents based on a distinction between state and federally funded efforts. That said, to help us determine if there are any responsive documents, it would be helpful if Defendants could identify the "campaigns, marketing, advertisements, and other efforts funded by … the federal government, to promote tourism, seafood, fishing, recreation, or other economic activity" to which you are referring.

7. *Privilege Logs*
    a. *Substance/Rules*: Alabama agrees to continued adherence to PTO 14.
    b. *Timing*: Alabama prefers (a) an Oct. 17 deadline for privilege logs re: RFP productions and (b) no fewer than 7 days in advance of depositions for privilege logs of custodial files of witnesses being deposed.

---

We are still discussing the issue of publicly available documents, as it appears you are as well.

We have no objection to exchanging ideas/proposals at noon tomorrow if that is agreeable with Defendants.

Respectfully,

**Corey L. Maze**
*Special Deputy AG, State of Alabama*
*(334) 850-2885*