# Exhibit 19



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

LUTHER STRANGE
ATTORNEY GENERAL

October 14, 2014

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

**Via Email**

Paul Collier
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

      Re:   *State of Alabama vs. BP Exploration and Production, Inc., et al*
             Response to Oct. 13 Letter from Paul Collier

Dear Paul:

Alabama provides the following response to your letter of yesterday.

## I. GENERAL OBJECTIONS

### A. Temporal Scope

Alabama re-confirms that it will conduct a reasonable search for economic and tourism documents in accordance with the temporal scope laid out in our September 15, 2014 letter. As for shoreline oiling documents, Alabama will conduct a reasonable search going back to January 1, 2008.

### B. NRD Documents

Alabama believes that the October 10th conference clarified this issue: Alabama has correctly withheld NRD-related documents as non-responsive to the claims at issue. Furthermore, based on Judge Shushan's comments during the October 10th conference, Alabama will not include NRD-related documents on its upcoming privilege log.

### C. Multiple Subparts

If BP avers that it has not withheld any responses, documents, or information based on a multiplicity objection, then Alabama agrees that this issue is moot.

### D. Other General Objections

Alabama stands by its previous responses and correspondence on these issues.

1

## II. SPECIFIC RESPONSES AND OBJECTIONS

### A. Interrogatories 16, 18 and RFP 29, 30:  Pre-Spill Oiling & Closure of Public Lands

As mentioned on the previous page, Alabama will conduct a reasonable search for documents and information regarding shoreline oiling going back to January 1, 2008.  Alabama will also conduct a reasonable search for documents and information regarding public-land closures due to shoreline oiling going back to January 1, 2008.

### B. Interrogatory 17:  "15 Miles Therefrom"

Alabama considers the area 15 miles from its jurisdiction relevant to this case.  It is not the "15 miles" that Alabama found vague, ambiguous, or irrelevant in ROG #17; it was the phrase "or in the waters 15 miles therefrom *under Alabama's jurisdiction*."  Alabama does not have jurisdiction over waters 3-15 miles from its coastline; thus, your use of that phrase was confusing.  Take Fort Pickens, Florida for example.  Yes, Alabama believes that the tar mat incident is relevant to our claims and responsive to our requests.  But the waters near Fort Pickens are not "under Alabama's jurisdiction," despite being "in the waters 15 miles therefrom [Alabama's coastline]."

Alabama confirms that it is not withholding information or documents based on its objection to the phrasing on your request.

### C. Interrogatory 22:  Set-offs

To be clear, within the context of Alabama's Interrogatory #13 and Defendants' Interrogatory #22, Alabama believes that a "set-off" or an "offset" is a legal claim/defense that would subtract some monetary amount from the trier of fact's judgment of Alabama's damages claims.  Defendants' claims for "set-off" will be the subject of Alabama's motion to dismiss, which provides greater insight into Alabama's understanding of the terms and our objections to Defendants' treatment of the set-off issue to date.

Alabama is willing to supplement its response to Interrogatory #22, but only after Defendants supplement their response to Alabama's Interrogatory #13 by listing just those payments that BP made to the Plaintiff State that Defendants intend to claim as the basis for a set-off.

### D. Interrogatory 23:  Taxation of Claims Payments

Alabama has taken your concerns under advisement and is willing to meet-and-confer on this issue.

### E. Interrogatories 24-25:  Statements of Employees, Agents, etc.

In light of the Parties' similar objections and responses to the Parties' similar Interrogatories regarding employee/agent's statements, Alabama is willing to meet-and-confer regarding a mutually-agreeable response.

2

### F. RFP 34: Compensation and Settlement Payments

Alabama believes that BP is withholding information regarding the amount of damages/losses claimed by Alabama businesses and individuals in response to our Interrogatory #43. BP gave no response to the State's Interrogatory, other than objections.

Alabama has conducted a reasonable search regarding this RFP and confirms that it has not withheld any documents or information based on its objection to BP's withholding of information related to third-party claims.

### G. RFP 35: Communications between the State and Defendants or United States

Alabama has conducted a reasonable search regarding this RFP and confirms that it has not withheld documents on the basis that Defendants have equal access to the same documents.

### H. RFA 7: State Representation in SCAT Surveys

Alabama has taken your concerns under advisement and is willing to meet-and-confer on this issue.

### I. RFA 13-16: SCAT Classifications

Please provide Alabama with the October 10, 2010 SCAT report and citation upon which RFA's #13 and #15 are based before tomorrow's call. Upon receipt of that report, Alabama will be willing to meet-and-confer on this issue.

### J. RFA 18-19: "Total Revenues for Total Government Funds"

Alabama has taken your citation and concerns under advisement. Alabama avers that any supplemental response to this RFA will be served by Thursday, October 16.

### K. RFA 20-22: Impact of National Recession

Alabama has taken your citation and concerns under advisement. Alabama avers that any supplemental response to this RFA will be served by Thursday, October 16.

### L. RFA 23-24: Impact of Moratorium

Alabama has taken your citation and concerns under advisement. Alabama avers that any supplemental response to this RFA will be served by Thursday, October 16.

### M. RFA 25: Travel Economic Impact Reports

Alabama has taken your citation and concerns under advisement. Alabama avers that any supplemental response to this RFA will be served by Thursday, October 16.

* * *

Alabama will be prepared to discuss these issues, along with the issues outlined in the State's October 13 letter, during our meet-and-confer at 3:00pm tomorrow.

_____
COREY L. MAZE
Special Deputy Attorney General