# ATTACHMENT B

# TO BE FILED UNDER SEAL