# ATTACHMENT E

# TO BE FILED UNDER SEAL