# ATTACHMENT F

# TO BE FILED UNDER SEAL