# ATTACHMENT I

# TO BE FILED UNDER SEAL