# ATTACHMENT K

# TO BE FILED UNDER SEAL