# ATTACHMENT L

# TO BE FILED UNDER SEAL