**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig**<br>**"Deepwater Horizon" in the Gulf**<br>**of Mexico, on April 20, 2010**<br><br>**This Pleading Relates To**<br> • **10-4182** (*Alabama v. BP*)<br> • **10-4183** (*Alabama v. Transocean, et. al*)<br> • **13-2645** (*Alabama v. Anadarko & MOEX*)<br> • **13-2646** (*Alabama v. Transocean*)<br> • **13-2647** (*Alabama v. Halliburton*)<br> • **13-2813** (*Alabama v. BP*) | **MDL No. 2179**<br>**SECTION: J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

**STATE OF ALABAMA'S MOTION TO FILE**
**CERTAIN EXHIBITS UNDER SEAL**

Pursuant to FRCP 26(c) and PTO 13, the State of Alabama respectfully requests leave to file under seal Exhibit A, which is attached to the State's contemporaneously-filed Motion to Compel Discovery Responses.  This exhibit remains under a confidentiality designation by Defendant BP.

Respectfully submitted, this 17th day of October, 2014.

LUTHER J. STRANGE
*Attorney General*

/s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney
General 501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email:  cmaze@ago.state.al.us

Attorneys for the State of Alabama

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of October, 2014.

 /s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*

2