UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**This Pleading Relates To**<br>• **10-4182** (*Alabama v. BP)*<br>• **10-4183** (*Alabama v. Transocean, et. al*)<br>• **13-2645** (*Alabama v. Anadarko & MOEX*)<br>• **13-2646** (*Alabama v. Transocean*)<br>• **13-2647** (*Alabama v. Halliburton*)<br>• **13-2813** (*Alabama v. BP*) | **MDL No. 2179**<br>**SECTION: J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

**ORDER**

Considering the State of Alabama's Motion to File Certain Exhibits Under Seal;

IT IS HEREBY ORDERED that Alabama's Motion is GRANTED; and it is further ORDERED that Exhibits B, E, F, I, K, and L to the State of Alabama's Motion to Dismiss Set-off Claim is filed under seal pending further order of the Court.

New Orleans, Louisiana, this _____ day of October, 2014.

_____
**UNITED STATES DISTRICT JUDGE**