IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * | * * | |

**SUBMISSION ON BEHALF OF THE ANDRY LAW FIRM, L.L.C.
PURSUANT TO SEPTEMBER 26, 2014 ORDER OF THE COURT**

**MAY IT PLEASE THE COURT:**

Pursuant to the Court's September 26, 2014 Order, The Andry Law Firm, L.L.C. ("The Andry Law Firm"), through undersigned counsel, provides this submission concerning the hearing on objections to the Special Master's September 6, 2013 Report ("Freeh Report"). *See* Rec. Docs. 13440 and 11287. The Court directed the parties to exchange and file papers identifying: (a) any person a party intends to call as a witness; (b) any additional exhibits a party may seek to introduce at the hearing; and (c) a list of specific factual issues each party believes are in dispute and require resolution by the Court.

**A.    WITNESSES**

The Andry Law Firm may call Gilbert V. Andry, IV ("Gibby Andry") to testify at the evidentiary hearing set for November 7, 2014.  The Andry Law Firm reserves the right to cross-examine any witnesses called by either the show cause parties or the Special Master.

1

B.    ADDITIONAL EXHIBITS

The Andry Law Firm may seek to introduce the exhibits filed with its *Initial Objections and Response* (Rec. Doc. 12172).  The Andry Law Firm may seek to introduce any other exhibits already filed into this Court's record.  The Andry Law Firm may seek to introduce as an exhibit the phone log produced by the Special Master pursuant to the Stipulated Protective Order entered on December 18, 2013, and a demonstrative summary of same.  The Andry Law Firm reserves the right to use any exhibits offered by the Special Master or other show cause parties. The Andry Law Firm also reserves the right to introduce and/or use additional records for cross-examination, rebuttal, or to address issues raised by the Special Master.

C.    SPECIFIC FACTUAL ISSUES IN DISPUTE

1.  The separate and distinct legal existence, ownership, and management of The Andry Law Firm, LLC versus Andry Lerner, LLC, The Andry Law Group, LLC, and Glen J. Lerner & Associates;

2.  The separate and distinct interactions between the CSSP and The Andry Law Firm, LLC versus the interactions between the CSSP and Andry Lerner, LLC and Glen J. Lerner & Associates; and

3.  The lack of corrupt advantage to the BEL claim of The Andry Law Firm.

                                              **Respectfully submitted,**

                                              ***/s/ Stephen M. Gelé***
                                              **RANDALL A. SMITH, T.A. (#2117)**
                                              **STEPHEN M. GELÉ (#22385)**
                                                   OF
                                              **SMITH & FAWER, L.L.C.**
                                              201 St. Charles Avenue, Suite 3702
                                              New Orleans, LA 70170
                                              Tel:    (504) 525-2200
                                              Fax:   (504) 525-2205
                                              sgele@smithfawer.com
                                              **Attorneys for The Andry Law Firm, L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 17th day of October, 2014.

*/s/ Stephen M. Gelé*
Stephen M. Gelé