UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CA 10-MD-2179 |
| | SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc. *et al* v. BP Exploration & Production, *et al.* | MAG. JUDGE SHUSHAN |

### MEMORANDUM/SUBMISSION ON BEHALF OF GILBERT "GIBBY" ANDRY IV

**MAY IT PLEASE THE COURT:**

In accordance with this Court's order issued on September 26th, 2014, Gilbert (Gibby) Andry respectfully submits the following information in advance of the November 7th, 2014 hearing relating to the Special Master's September 6, 2013 Report (Rec. Docs. 13440 and 11287).

**A.   WITNESSES**

Gibby Andry may testify at the November 7th hearing and reserves the right to cross-examine any witnesses called by either the show cause parties or the Special Master.

**B.   EXHIBITS**

Gibby Andry will rely upon the documents that are already part of this Court's record and offer some of those documents into evidence to the extent this evidentiary formality is appropriate. Gibby Andry also may offer those exhibits identified by The Andry Law Firm or any other party in connection with the November 7th hearing.

**C.   SPECIFIC FACTUAL ISSUES IN DISPUTE**

1.   The Andry Law Firm, LLC never represented a claimant in the Deepwater Horizon court supervised settlement program ("CSSP").

2. The corporate and ownership distinctions among The Andry Law Firm, LLC; Andry Lerner, LLC; The Andry Law Group, LLC; and Glen J. Lerner & Associates.

3. Gibby Andry's management of the Andry Law Firm.

4. Gibby Andry, on behalf of The Andry Law Firm, LLC, like numerous other claimants, inquired by telephone and by letter, as to the status of the claim of The Andry Law Firm.

5. The Andry Law Firm never received any form of special treatment.

6. Assuming the unclean hands doctrine is considered (which would be contrary to settled law), application of that doctrine is not supported in view of Gibby Andry's actions and conduct.

7. The absence of any undue influence by Gibby Andry with respect to his law firm's claim.

8. Gibby Andry never concealed any of his actions in trying to get the claim of The Andry Law Firm, LLC paid, which claim was reviewed, re-examined and scrutinized, and approved by the appeal process.

9. Gibby Andry personally has never represented any claimant in this proceeding and his limited involvement has been to pursue payment of what has been recognized as a legitimate claim filed on behalf of The Andry Law Firm, LLC.

10. Gibby Andry disputes the factual issues numbered 11, 12, 16 and 20 in the Special Master's Memorandum.[1]

---

[1] Gibby Andry is hopeful to resolve or narrow these disputed issues with counsel for the Special Master prior to the November 7th hearing. At approximately 10:00 p.m. on October 15, 2014, counsel for the Special Master circulated his 30 page document and sought comments within one business day which could not be accomplished.

Respectfully submitted:

/s/ *Harry Rosenberg*_____
Harry Rosenberg, (Bar No. 11465)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
harry.rosenberg@phelps.com

**ATTORNEY FOR DEFENDANT
GILBERT ("GIBBY") ANDRY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 17th day of October, 2014.

/s/ *Harry Rosenberg*_____
Harry Rosenberg

- 3 -