UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>This Pleading applies to:<br><br>No. 10-2771 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## OPPOSITION TO BP PLC's MOTION FOR ENTRY OF JUDGMENT

Plaintiffs and Claimants-in-Limitation, including the State of Alabama and the State of Louisiana, through Plaintiffs' Co-Liaison Counsel, Coordinating Counsel for the States, and the Plaintiffs' Steering Committee, respectfully submit the following memorandum in opposition to BP p.l.c.'s Motion for Rule 54(b) Entry of Final Judgment [Doc 13488]:

**MAY IT PLEASE THE COURT:**

Separate and apart from the pendency of BP Defendants' own Motion to Alter or Amend Judgment,[1] there is a second and more fundamental reason why BP p.l.c.'s Motion for Entry of Final Judgment is substantively unfounded and procedurally premature:

Contrary to BP's erroneous contention that no viable claims remain against BP p.l.c. based solely on the Court's findings and conclusions from the Phase One Trial, the Phase Two evidence clearly demonstrates BP p.l.c.'s direct participation in and responsibility for both the reckless and wanton pre-spill failure to prepare and the post-spill intentional misrepresentations and concealment that together contributed to the vast and extended oil spill that caused environmental and economic damages to the Claimants-in-Limitation.

---
[1] *See* Rec. Doc. 13457.

As Plaintiffs pointed out in their Proposed Phase Two Findings:

- Andy Inglis, a member of the **BP p.l.c.** Board, personally signed and approved the Executed Financial Memorandum for the Macondo Exploratory Well. *See* TREX-6327.2; Inglis Depo, 21:22-22:19. The certification in the initial Exploration Plan and in the OSRP that BP had the capability to respond to a worst-case discharge of 162,000 BOPD was not simply the statement of a reckless employee, but a formal certification by BP. *See* TREX-768.99 (and D-20047); TREX-769.496; *see also* TREX-6181 (Certificate of Compliance). When BP made the certification, Inglis knew that BP had spent **zero** dollars on source control technology or planning for the highest risk in the Gulf of Mexico. Inglis Depo, 125:3-8, 161:1-162:21. Hayward also knew that BP had performed **no** source control planning. Hayward Depo, 255:5-256:10, 343:2-20.

- BP's conscious disregard of the post-blowout risks stemmed from BP's "every dollar counts" corporate culture and policy to maximize profits, while cutting costs. For example, BP's Crisis and Continuity Management Plan was intended primarily to "interface with external BP groups to protect [BP's] reputation, financial integrity, and license to operate." TREX-11603.4; Bea Phase Two Rebuttal Report (TREX-11751R), p.8. As a matter of corporate policy, BP specifically authorized its personnel to ignore mitigation if the risks were too expensive to mitigate. TREX-1200061.12 (BP Gulf of Mexico SPU Drilling, Completions and Intervention Risk Management Plan). *See also, e.g.,* TREX-2248.3 and TREX-2248.7 ("making every dollar count") (**from Head of the BP E&P Executive Office in London at BP p.l.c.**); TREX-6298.23 (BP Exploration & Production had reduced production costs by $900 million and improved operating efficiency by $300 million in 2008-2009) (*see* TREX-6298.1 (to, among others, Andy Inglis and "**Latta, Randy L (UK)**")).

- BP is organized globally, by function. **BP p.l.c.** is included within, sets standards for, and provides management for the "BP Group" – which describes the entirety of BP's operations, from exploration and production, to refining and marketing, to alternative energy, and the corporate center. *See* Armstrong Depo, 25:18-27:22; *see also,* Hayward Depo, 561:18-562:8 (BP Exploration & Production is more appropriately characterized as an "internal organizational unit" within **BP p.l.c.** than as a "legal subsidiary"); Suttles Depo, 798:7-22, 803:1-11 (Exploration & Production was an "organizational entity" within the BP Group; "I don't know if BP Exploration & Production was a legal entity"); TREX-6079.3 (BP Annual Report and Accounts, 2009, p.2) ("BP" or "BP Group" is defined by the company as "**BP p.l.c.** and its subsidiaries" which are entities "controlled by the BP group" including "the power to govern the financial and operating policies" of the subsidiaries) (discussed in Hayward Depo, 864:11-866:1).

- **The BP Exploration & Production Executive Office was operated from the United Kingdom, with a registered office for BP p.l.c. on St. James Square, in London, England.** *See, e.g.,* TREX-2248.1. The BP E&P presentation for 2010 indicated that "SPU will remain the organizational unit for integrated business delivery." TREX-2248.7. The BP Organizational Chart shows both Exploration & Production and the Gulf of Mexico SPU falling within and under the **p.l.c. Board of Directors**, with a "Direct reporting relationship" from Mr. Dupree, the Leader of the GoM SPU, to Mr. Inglis, the CEO of E&P, to Tony Hayward, the **CEO of p.l.c.**, to the **p.l.c. Board of Directors**, to the Safety, Ethics and Environment Assurance Committee (SEEAC). TREX-2557.

- Mr. Suttles believed, at the time of his testimony, that his paycheck came from BP North America, but he reported to Andy Inglis, as the Executive Officer of Exploration & Production; Suttles did not know and could not name the specific entity for which he served as Chief Operating Officer except to say E&P. *See* Suttles Depo, 548:4-553:3. Richard Lynch believed that he was employed by BP America, but testified that his Central Development Organization was responsible for BP projects **globally**. *See* R. Lynch Depo, 13:4-15, 384:14-385:16; *see also, e.g.,* TREX-2347.5 (reflecting CDO global projects, global reach).

- Following the blowout, numerous BP corporate officers, including **officers of BP p.l.c.**, were directly involved in willful and intentional misrepresentations to the U.S. Government and others. These corporate officers were serving as designated spokespersons for and representatives of the BP Defendants, and were otherwise vested with policymaking authority. These corporate officers, including **officers of BP p.l.c.**, made, had knowledge of, directed, approved, and/or ratified the willful and intentional misrepresentations. For example:

- Tony Hayward, who was the **CEO of BP p.l.c.** at the time, represented that the "Top Kill" had a 60-70% chance of success. TREX-150307N; *see also, e.g.,* Hayward Depo, 263:14-25; TREX-10532 (BP Talking Points Memo); TREX-11317 (e-mail from Secretary Salazar to Rahm Emmanuel, White House Chief of Staff) ("BP probability of success- 80 percent").

- Mr. Inglis, who not only served on the **BP p.l.c.** Board of Directors but also on the Group Operations Risk Committee (GORC), and participated in the **BP p.l.c.** Board's Safety, Ethics and Environment Assurance Committee (SEEAC), (*see, e.g.,* Inglis Depo, 21:22-22:19, TREX-3822, TREX-7203, TREX-6325, D-2675, TREX-6328 (Inglis terminated in September of 2010 by **BP p.l.c.**)), was specifically informed that the 5,000 BOPD estimate was unreliable, and that the flow rates could be up to 100,000 BOPD. *See, e.g.,* TREX-3220.1;

TREX-10779. Inglis responded, through his assistant, Jasper Peijis, with a directive not to put such information in writing. Mason Depo, 317:22-321:15; *see also* TREX-9157.1 (after Inglis, Peijs and Tony Hayward receive flow rate modeling, Peijs instructs McAughan and others not to forward the information).

- Harry Thierens was based **in London** at the time of the blowout. Thierens Depo, 17:4-22. He was the Vice-President [for] Operations, Drilling & Completions. Thierens Depo, 17:21-18:10; 434:15-20. Thierens had knowledge, on April 25, 2010, of modeling that put the flow rate at ranges of 30,200 to 69,500 BOPD. *See* TREX-6110.

- Paul Tooms held several different titles, including Vice-President of Engineering for Exploration & Production. Tooms Depo, 19:21-20:2, 508:25-509:5. "**It was a global job**." Tooms Depo, 509:14. After the spill, Mr. Tooms, from London, exercised authority over the access to flow rate data. *See, e.g.,* TREX-6195; TREX-9164; TREX-9474; Tooms Depo, 304:3-305:17; *see also* TREX-6197 (**from Tooms at "BP Exploration Operating Company Ltd" at Sunbury-on-Thames Middlesex**). Tooms had knowledge of internal BP 15,000 to 25,000 BOPD flow rate estimates. Hill Depo, 396:6-397:10, 425:9-18. On April 28, 2010, Tooms received an e-mail showing rates as high as 65,171 BOPD. *See* TREX-5063.4. Tooms also knew that the "Top Kill" would fail if the rate exceeded 15,000 BOPD. Tooms Depo, 263:23-264:14, 582:12-583:13.

- **BP p.l.c.** is a signatory to the criminal guilty plea. *See* TREX-52673 (BP Guilty Plea Agreement) at pdf p.12; *see also,* Order, p.19 ¶38 [TREX-52673 at pdf p.38] ("This Order shall be applicable to the defendant, and to the extent specified herein, to **BP plc** and Affiliates"); Resolutions of the Board of Directors of **BP plc** [TREX-52673 at pdf pp.54-56]; *see also,* Order, pp.1-2 ¶1.a. [TREX-52673 at pdf pp.20-21] (Retention of Process Safety Manager applies to "any entity controlled, directly or indirectly, by **BP plc** that participates in deepwater drilling in the Gulf of Mexico"); Order, p.9 ¶11.a. [TREX-52673 at pdf p.28] (cement Design and Competency applies to "the defendant, **BP plc**, or the Affiliates").

- The U.S. Government looked to and interacted with Mr. Hayward and **BP p.l.c.**, in addition to the American subsidiaries. Specifically, Janet Napolitano, the Secretary of Homeland Security, and Lisa P. Jackson, the Administrator of the EPA, wrote **BP p.l.c. CEO Tony Hayward** on May 20, 2010, complaining that BP was not making relevant information and data available to the U.S. Government and the public at large. TREX-7361; s*ee also* L. McKay Depo, 133:23-136:4. Mr. Hayward testified before Congress on June 17, 2010 regarding the DEEPWATER HORIZON explosion, fire and resulting oil spill as "the Chief Executive of **BP plc**." *See* TREX-6060.1; TREX-6001.24.

PLAINTIFFS' PROPOSED FINDINGS AND CONCLUSIONS (Dec. 20, 2013) [Doc 12039], pp.6-12, ¶¶ 5-22 (emphasis supplied); *see also, e.g.,* PLAINTIFFS' PHASE TWO REPLY BRIEF (Jan. 24, 2014) [Doc 12214] p.8.

    For these reasons, Plaintiffs and Claimants-in-Limitation believe that BP p.l.c. is liable for their damages, and oppose an entry of final judgment at this time.

    This <u>18th</u> day of <u>October</u>, <u>2014</u>.

Respectfully submitted,

| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
|---|---|
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue |   **& EDWARDS, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax. No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
| | *Plaintiffs Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, | WEITZ & LUXENBERG, PC |
| MITCHELL, ECHSNER & PROCTOR, PA | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY 10003 |
| Pensacola, FL 32502-5996 | Office: (212) 558-5802 |
| Office: (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail: rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |
| | Rhon E. Jones |
| Jeffrey A. Breit | BEASLEY, ALLEN, CROW, METHVIN, |
| BREIT, DRESCHER & IMPREVENTO | PORTIS & MILES, P.C. |
| Towne Pavilion Center II | 218 Commerce St., P.O. Box 4160 |
| 600 22nd Street, Suite 402 | Montgomery, AL 36104 |
| Virginia Beach, Virginia 23451 | Office: (334) 269-2343 |
| Office: (757) 670-3888 | Telefax: (334) 954-7555 |

Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

| | |
|---|---|
| Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail: ervin@colson.com | Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Office: (843) 216-9159<br>Fax No. (843) 216-9290<br>E-Mail: jrice@motleyrice.com |

## THE STATE OF ALABAMA

The Honorable Luther Strange
*Attorney General*
Corey L. Maze
*Special Deputy Attorney General*
Winfield J. Sinclair
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
Phone: (334) 353-4336
E-Mail: cmaze@ago.state.al.us

*Counsel for the State of Alabama, and Coordinating Counsel for the States*

## THE STATE OF LOUISIANA

The Honorable James D. "Buddy" Caldwell
*Attorney General*
James Trey Phillips
*First Assistant Attorney General*
Megan K. Terrell
*Assistant Attorney General*
*Section Chief –Environmental*
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

Allan Kanner
Elizabeth B. Petersen
Douglas R. Kraus
Allison M. Shipp

KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777

T. Allen Usry
USRY, WEEKS, & MATTHEWS, APLC
1615 Poydras St., Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641

Henry T. Dart
Grady J. Flattmann
HENRY DART, ATTORNEYS AT LAW P.C.
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093

*Counsel for the State of Louisiana, and*
*Co-Coordinating Counsel for the States*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of October, 2014.

/s/  Stephen J. Herman and James Parkerson Roy