# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>10-3896, 11-826, AND 12-968 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## SEACOR'S MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC (collectively, "Seacor") and respectfully move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure seeking dismissal with prejudice of all of DuWayne Mason's claims in this multidistrict litigation. For the reasons more fully set forth in the accompanying Memorandum in Support, Seacor is entitled to summary judgment because the Medical Benefits Class Action Settlement is now effective and the Court correctly concluded in its March 5, 2013 Order and Reasons (Rec. Doc. 8811) and its May 3, 2013 Order denying Mason's Motion to Reconsider (Rec. Doc. 9683) that all of Mason's claims against Seacor have been released under the Medical Benefits Class Action Settlement.

Respectfully submitted,


/s/ *Gary A. Hemphill*
Gary A. Hemphill, T.A. (LA Bar #6768)
Jeremy T. Grabill (LA Bar #34924)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile:  (504) 568-9130


Patrick E. O'Keefe (LA Bar #10186)
Joseph P. Tynan (LA Bar #12973)
**MONTGOMERY BARNETT, L.L.P.**
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
Telephone:  (504) 585-3200
Facsimile:   (504) 585-7688


Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
**QUINN EMANUEL URQUHART
  & SULLIVAN, LLP**
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone:  (202) 538-8166
Facsimile:   (202) 538-8100


ATTORNEYS FOR SEACOR HOLDINGS, INC., SEACOR OFFSHORE, LLC, AND SEACOR MARINE LLC

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Seacor's Motion for Summary Judgment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of October, 2014.

                                            */s/ Gary A. Hemphill*
                                            GARY A. HEMPHILL