UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010<br><br>These Pleadings apply to:  *All Cases*<br><br>       (Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

### *EX PARTE* MOTION FOR INTERIM REIMBURSEMENT OF SHARED EXPENSES

**NOW INTO COURT**, through Co-Liaison Counsel, come attorneys who have contributed funds for the common benefit of Plaintiffs in accordance with Pre-Trial Order No. 9, and respectfully request an Order approving an interim and interlocutory reimbursement and payment of shared expenses, for the reasons that follow:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement, a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order No. 9, subject to approval and order of the Court.[1]

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

II.

Liaison Counsel have been advised by Court-approved CPA, Phillip A. Garrett,[2] that:

- Common Benefit Attorneys previously paid, and are owed reimbursement for, an initial $15,000.00 to J.P. Morgan to set up the Qualified Settlement Fund;

- Common Benefit Attorneys previously paid, and are owed reimbursement for, $13,475.00 to Mr. Garrett in connection with services associated with the Qualified Settlement Fund, from March 1, 2013 to September 30, 2014;

- Mr. Garrett previously paid, and is owed reimbursement for, $3,600.00 to Adams Jenkins & Cheatham for the preparation and filing of 2012 and 2013 tax returns for the Qualified Settlement Fund;[3] and that,

- Mr. Garrett is currently owed a $2,500.00 quarterly fee for October – December 2014 for administration of the Qualified Settlement Fund.[4]

**WHEREFORE** Plaintiffs respectfully request an Order from the Court authorizing the **(i)** reimbursement of $28,475.00 to the PSC's Shared Expense Account, and **(ii)** disbursement of $6,100.00 to Phillip A. Garrett, CPA, on an interim and interlocutory basis.

This 20th day of October, 2014.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue | **& EDWARDS, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax. No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
| | *Plaintiffs Liaison Counsel* |

---

[2] *See* PRE-TRIAL ORDER NO. 9 [Doc 508] ¶1(3).

[3] *See* Invoice, attached hereto as Exhibit "A".

[4] *See* Declaration of Stephen J. Herman (Oct. 20, 2014) ¶¶3-4.

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 20th day of October, 2014.

/s/ Stephen J. Herman and James Parkerson Roy