UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to: *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## DECLARATION OF STEPHEN J. HERMAN

I, Stephen J. Herman, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am licensed to practice law in the State of Louisiana, the United States District Court for the Eastern District of Louisiana, the U.S. Fifth Circuit Court of Appeals, and the U.S. Supreme Court.

2. James Parkerson Roy and I were appointed Interim Co-Liaison Counsel for the plaintiffs in the consolidated cases that were pending in Section J of the Eastern District of Louisiana on or around June 4, 2010. We were appointed Plaintiffs Co-Liaison Counsel in MDL No. 2179 on or around August 27, 2010. We were also appointed Interim Co-Class Counsel on or around March 5, 2012, and Co-Lead Class Counsel on or around May 2, 2012.

3. I have been advised by Court-approved CPA, Phillip A. Garrett,[1] that:

- Common Benefit Attorneys previously paid, and are owed reimbursement for, an initial $15,000.00 to J.P. Morgan to set up the Qualified Settlement Fund;

- Common Benefit Attorneys previously paid, and are owed reimbursement for, $13,475.00 to Mr. Garrett in connection with services associated with the Qualified Settlement Fund, from March 1, 2013 to September 30, 2014;

- Mr. Garrett previously paid, and is owed reimbursement for, $3,600.00 to Adams Jenkins & Cheatham for the preparation and filing of 2012 and 2013 tax returns for the Qualified Settlement Fund.[2]

4. In addition, Mr. Garrett is currently owed a $2,500.00 quarterly fee for October – December 2014 with respect to administration of the Qualified Settlement Fund.

Signed, under penalty of perjury, this 20th day of October, 2014, in New Orleans, Louisiana.

Stephen J. Herman

---

[1] See PRE-TRIAL ORDER NO. 9 [Doc 508] ¶1(3).
[2] See Invoice, included with this Declaration and the Plaintiffs' Motion as Exhibit "A".