## ADAMS, JENKINS AND CHEATHAM
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS CONSULTANTS

Common Benefit Fee and Cost Fund  
c/o Phillip Garrett  
156 Bald Eagle Drive  
Abita Springs, LA 70420

Client ID: 3738  
Invoice: 11278  
Date: 08/31/2014

For professional services rendered as follows:

| | |
|---|---:|
| Preparation of income tax returns for the years ended December 31, 2012 and December 31, 2013. | 3,600.00 |
| Billed Time & Expenses | $3,600.00 |
| Invoice Total | $3,600.00 |
| | |
| Beginning Balance | $0.00 |
| Invoices | 3,600.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| Amount Due | $3,600.00 |