UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

**OPPOSITION OF THE UNITED STATES TO THE MOTION OF BP p.l.c.
FOR ENTRY OF RULE 54(b) JUDGMENT**

The United States opposes the motion of defendant BP p.l.c. for entry of final judgment pursuant to Fed.R.Civ.P. 54(b). Although the United States did not name BP p.l.c. as a Phase One defendant, entry of Rule 54(b) judgment as to that defendant nevertheless creates the potential for prejudice and unnecessary confusion.

BP Exploration & Production Inc. and BP America Production Company have filed a "Motion to Amend the [Phase One] Findings, Alter or Amend the Judgment, or for a New Trial." That motion, filed pursuant to Fed.R.Civ.P. 52 and 59, effectively stays the period for potential appeals that the BP entities already have indicated they intend to file with respect to Phase One.

1

Entry of Rule 54(b) judgment as to BP p.l.c. therefore would set up a separate appellate timeline and the potential for separate appeals, involving disparate parties, involving overlapping Phase One issues, and potentially even appeals before separate panels. This concern is not a mere hypothetical, but already has come to pass in this case as a result of earlier appeals and actions taken by BP. Regardless of whether or not BP's present motion reflects a purposeful goal of balkanizing appeal(s), we respectfully suggest that entry of Rule 54(b) judgment as to BP p.l.c. could engender precisely that result. The United States therefore opposes the motion.

Dated: October 20, 2014.                                Respectfully submitted,

| | |
|---|---|
| KALI N. BRACEY | SAM HIRSCH |
| Acting Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch Civil Division | Senior Litigation Counsel for E-Discovery |
| Admiralty and Aviation | MICHAEL McNULTY, Senior Counsel |
| STEVEN G. FLYNN | NANCY FLICKINGER, Senior Attorney |
| Assistant Director, Torts Branch, Civ. Div. | PATRICK CASEY, Senior Counsel |
| Admiralty and Aviation | RICHARD GLADSTEIN, Senior Counsel |
| SHARON SHUTLER, Trial Attorney | DANIEL S. SMITH, Senior Counsel |
| MALINDA LAWRENCE, Trial Attorney | ABIGAIL ANDRE |
| LAURA MAYBERRY, Trial Attorney | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| /s/ R. Michael Underhill | RACHEL HANKEY |
| R. MICHAEL UNDERHILL, T.A | JUDY HARVEY |
| Attorney in Charge, West Coast Office | RACHEL KING |
| Torts Branch, Civil Division | ERICA PENCAK |
| U.S. Dept. of Justice | BRANDON ROBERS |
| P.O. Box 36028, 450 Golden Gate Ave. | GORDON YOUNG |
| San Francisco, CA 94102 | Trial Attorneys |
| Tel: 415-436-6648 | |
| mike.underhill@usdoj.gov | /s/ Steven O'Rourke |
| | STEVEN O'ROURKE, Senior Attorney |
| KENNETH A. POLITE, JR. | Environmental Enforcement Section |
| United States Attorney | U.S. Department of Justice |
| Eastern District of Louisiana | P.O. Box 7611 |
| SHARON D. SMITH | Washington, D.C. 20044 |
| Assistant United States Attorney | |
| Eastern District of Louisiana | Attorneys for the United States of America |

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: October 20, 2014.                    /s/ R. Michael Underhill
                                           U.S. Department of Justice