UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

SPECIAL MASTER'S NOTICE OF SERVICE OF
MOTION FOR RETURN OF PAYMENTS ON JASON ZIRLOTT AND CAPT JAY, LLC

COMES NOW the Special Master, Louis J. Freeh, and provides notice of service of the Motion for Return of Payments Made to Jason Zirlott and Capt Jay, LLC (Doc. No. 13468), and further states as follows:

1. The Special Master hereby certifies that, on October 20, 2014, a copy of the Order and Motion for Return of Payments was served by hand delivery on Jason Zirlott and Capt Jay, LLC. *See* Exhibit A.

Respectfully submitted,

_____/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated: October 20, 2014

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing papers have been served this 20th day of October, 2014, on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/Louis J. Freeh
Louis J. Freeh