## EXHIBIT A

## **AFFIDAVIT OF SERVICE**

I, Michael Poiroux, for my affidavit state as follows:

1. I am an adult over the age of 18 years old.

2. I currently serve as an investigator assisting Special Master Louis J. Freeh in his appointment by the Honorable Carl J. Barbier in the United States District Court for the Eastern District of Louisiana in the BP Deepwater Horizon Multi-District Litigation matter. Previously, I served for 26 years as a Special Agent for the Federal Bureau of Investigation.

3. On October 20, 2014, I personally delivered by hand to Jason Zirlott a copy of the Motion of the Special Master for Return of Payments Made to Jason Zirlott and Capt Jay dated October 7, 2014.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

Signed this 20th day of October, 2014, in New Orleans, Louisiana.

_Michael Poiroux_
Michael Poiroux