DHECC OVERALL SCP STATISTICS OCTOBER 2012 - PRESENT 10 17 14

| TABLE 4 OF STATISTICS REPORT SEAFOOD COMPENSATION PROGRAM | Eligible - Payable | Eligible - No Payment | Incomplete | Exclusion Denials | Prior GCCF Release | Causation Denials | Other Denials | Incomplete Denials | Opt-Outs | Withdrawn | Closed | Total Claims Issued Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/17/2012 | 1,069 | 408 | 647 | 0 | 408 | 0 | 12 | 0 | 0 | 0 | 0 | 2,544 |
| 11/28/2012 | 2,093 | 932 | 1,815 | 0 | 449 | 0 | 24 | 0 | 0 | 0 | 0 | 5,313 |
| 12/18/2012 | 2,542 | 1,070 | 2,093 | 0 | 516 | 0 | 39 | 0 | 0 | 21 | 20 | 6,301 |
| 1/2/2013 | 2,722 | 1,135 | 2,216 | 0 | 515 | 0 | 41 | 0 | 0 | 31 | 21 | 6,681 |
| 1/16/2013 | 2,984 | 1,243 | 2,287 | 0 | 510 | 0 | 62 | 64 | 0 | 47 | 25 | 7,222 |
| 2/12/2013 | 3,607 | 1,509 | 2,737 | 0 | 515 | 0 | 78 | 146 | 0 | 96 | 75 | 8,763 |
| 3/13/2013 | 4,171 | 1,760 | 4,698 | 34 | 938 | 0 | 108 | 425 | 0 | 245 | 231 | 12,610 |
| 4/16/2013 | 4,683 | 2,029 | 5,068 | 38 | 2,167 | 0 | 174 | 619 | 1,155 | 1,491 | 290 | 17,714 |
| 5/13/2013 | 6,475 | 983 | 5,767 | 41 | 2,217 | 0 | 203 | 881 | 1,164 | 1,915 | 394 | 20,040 |
| 6/12/2013 | 7,167 | 1,067 | 5,083 | 41 | 2,264 | 0 | 274 | 1,711 | 1,170 | 2,181 | 552 | 21,510 |
| 7/17/2013 | 7,850 | 1,113 | 3,632 | 41 | 2,464 | 0 | 327 | 2,961 | 1,178 | 2,436 | 694 | 22,696 |
| 8/14/2013 | 8,179 | 1,151 | 2,738 | 41 | 2,477 | 0 | 382 | 3,588 | 1,173 | 2,458 | 706 | 22,893 |
| 9/18/2013 | 8,471 | 1,131 | 1,954 | 41 | 2,477 | 0 | 414 | 4,139 | 1,160 | 2,564 | 782 | 23,133 |
| 10/16/2013 | 8,668 | 1,133 | 1,497 | 40 | 2,454 | 0 | 435 | 4,319 | 1,237 | 2,636 | 1,225 | 23,644 |
| 11/12/2013 | 8,845 | 1,114 | 1,341 | 43 | 2,450 | 0 | 439 | 4,412 | 1,199 | 2,635 | 1,328 | 23,806 |
| 12/18/2013 | 9,040 | 1,116 | 1,093 | 45 | 2,451 | 0 | 449 | 4,558 | 1,187 | 2,641 | 1,407 | 23,987 |
| 1/15/2014 | 9,083 | 1,120 | 1,001 | 45 | 2,451 | 0 | 461 | 4,620 | 1,185 | 2,652 | 1,431 | 24,049 |
| 2/12/2014 | 9,134 | 1,123 | 849 | 47 | 2,451 | 0 | 461 | 4,684 | 1,188 | 2,603 | 1,584 | 24,124 |
| 3/11/2014 | 9,148 | 1,222 | 784 | 48 | 2,446 | 0 | 474 | 4,715 | 1,187 | 2,604 | 1,642 | 24,170 |
| 4/15/2014 | 9,163 | 1,119 | 734 | 48 | 2,441 | 0 | 480 | 4,746 | 1,169 | 2,575 | 1,747 | 24,222 |
| 5/14/2014 | 9,191 | 1,119 | 704 | 48 | 2,440 | 0 | 491 | 4,740 | 1,169 | 2,539 | 1,822 | 24,263 |
| 6/17/2014 | 9,223 | 1,121 | 672 | 49 | 2,440 | 0 | 494 | 4,738 | 1,161 | 2,540 | 1,876 | 24,314 |
| 7/16/2014 | 9,232 | 1,118 | 628 | 49 | 2,439 | 0 | 494 | 4,718 | 1,160 | 2,524 | 1,967 | 24,329 |
| 8/13/2014 | 9,250 | 1,119 | 599 | 49 | 2,434 | 0 | 494 | 4,725 | 1,156 | 2,529 | 1,982 | 24,337 |
| 9/16/2014 | 9,279 | 1,117 | 582 | 49 | 2,426 | 0 | 498 | 4,724 | 1,156 | 2,529 | 1,990 | 24,350 |
| 10/17/2014 | 9,296 | 1,117 | 604 | 49 | 2,427 | 0 | 500 | 4,730 | 1,156 | 2,533 | 1,967 | 24,379 |
| INCREASE OR DECREASE OVER THE PAST 24 MONTHS | 8,227 | 709 | -43 | 15 | 2,019 | 0 | 488 | 4,666 | 1 | 2,512 | 1,947 | 21,835 |



PLAINTIFF'S EXHIBIT B

Page 1 of 1