IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT
OF MOTION TO SUBSTITUTE AND FILE UNDER SEAL EXHIBIT**

Patrick Juneau, through undersigned counsel, and in his capacity as Claims Administrator of the Court Supervised Settlement Program, respectfully moves the Court to file under seal Exhibit 9 (Declaration of Neil Zola) to Mr. Juneau's Opposition to BP's Motion to Remove the Claims Administrator, Rec. Doc. 13497-11, and to substitute the attached document into the record in its place.

The Declaration of Neil Zola includes two statements relating conclusions from the IBM report that is discussed in BP's Motion to Remove the Claims Administrator. The IBM report, however, is confidential. The unredacted declaration of Mr. Zola was inadvertently filed on the public docket, and this was recently brought to counsel's attention. Accordingly, in order to preserve the confidentiality of the IBM report, Mr. Juneau requests that the Court file the Declaration of Neil Zola, Rec. Doc. 13497-11, under seal, and substitute the attached redacted version in its place.

Respectfully submitted,


*/s/ Richard C. Stanley*
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
STANLEY, REUTER, ROSS, THORNTON &
  ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com

Phillip A. Wittmann, 13625
John M. Landis, 7958
C. Lawrence Orlansky, 2039
Maggie A. Broussard, 33033
STONE, PIGMAN, WALTHER, WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
pwittmann@stonepigman.com


Attorneys for the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of October, 2014, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                                /s/ Richard C. Stanley