## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * | |
| | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * | |

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum in Support of Motion to Substitute and File Under Seal Exhibit filed by Patrick Juneau, in his capacity as Claims Administrator of the Court Supervised Settlement Program:

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibit 9 (Declaration of Neil Zola) to Mr. Juneau's Opposition to BP's Motion to Remove the Claims Administrator, Rec. Doc. 13497-11, be filed under seal, and that the document attached to Mr. Juneau's Motion be substituted into the record of these proceedings in its place.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Carl J. Barbier
United States District Judge