# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br>SECTION J |
| Applies to:<br>No. 12-970 and All Cases | * * * * | HONORABLE CARL J. BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF DAMON DIPPEL

I, Damon Dippel, do hereby declare that the following statements made by me are true and accurate to the best of my knowledge and belief:

### Introduction

1. I am Head of Investigations — Americas — for BP, and one of the in-house representatives monitoring implementation of the Economic Loss and Property Damages Settlement ("Settlement Agreement"), as amended on May 2, 2012. In this position, I am responsible for monitoring the processes and procedures implemented by the Court-Supervised Settlement Program ("CSSP") to identify and investigate fraud.

2. In this role, I participate in face-to-face meetings with the CSSP and serve as one of BP's principal points of contact regarding the CSSP's fraud processes and procedures. I have provided the CSSP with input and feedback regarding fraud concerns with all aspects of the Settlement Program, including the Seafood Compensation Program.

3. BP has requested substantive information and data regarding claims on a fraud hold and related investigations both in writing and in-person at meetings with the CSSP that the CSSP has yet to provide.

**Written Requests for Fraud Statistics**

4. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████

5. ███████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████████████

6. ███████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████

7. To date, the CSSP has not provided BP with fraud related data we have requested.

## Bi-Weekly Work Stream Meetings

8. Starting in 2013, BP and Class Counsel have typically met twice a month with the CSSP to participate in meetings where the Parties receive updates and provide input regarding current projects at the CSSP. I personally attend one of these types of meetings — the Fraud, Waste and Abuse ("FWA") meetings — and when unavailable to attend, I receive reports from others that attend on behalf of BP. It is at these meetings where my team receives updates from the CSSP's FWA Department. David Welker typically leads these discussions.

9. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████ █ ████████████
███████████████████████████████████

10. ████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████

11. ████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████ — ██████████ — ██████████████
██████████████████████████████

3

12. ████████████████████████████████
████████████████████████████████
████████████

13. ████████████████████████████████
████████████████████████

- ████████████████████████████████
████████████████████████████████
████████████████████████████████

- ████████████████████████

- ████████████████████████████
████████████████

- ████████████████████████████
████████████████

- ████████████████████████████
████████████████████

14. As of the date of this declaration, the CSSP has not provided BP with specific fraud related data we have requested, including data relating to the Seafood Program.

4

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, belief, and information.

_____
Damon Dippel

Dated: October 20, 2014