Exhibit E

```
 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF LOUISIANA

 3
     ****************************************************************
 4

 5   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 6   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 7
                              CIVIL ACTION NO. 10-MD-2179 "J"
 8                            NEW ORLEANS, LOUISIANA
                              WEDNESDAY, APRIL 25, 2012, 2:00 P.M.
 9

10

11   ****************************************************************

12
           TRANSCRIPT OF HEARING ON THE MOTIONS FOR CONDITIONAL
13    CERTIFICATION OF RULE 23(B)(3) CLASSES FOR SETTLEMENT PURPOSES
                 HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                      UNITED STATES DISTRICT JUDGE

15

16   APPEARANCES:

17

18   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:      DOMENGEAUX WRIGHT ROY & EDWARDS
19                         BY:  JAMES P. ROY, ESQUIRE
                           P. O. BOX 3668
20                         556 JEFFERSON STREET
                           LAFAYETTE, LA   70502
21

22
                           HERMAN HERMAN KATZ & COTLAR
23                         BY:  STEPHEN J. HERMAN, ESQUIRE
                           820 O'KEEFE AVENUE
24                         NEW ORLEANS, LA   70113

25
```

```
03:18PM  1   seek some compensation to allow them to do programs that
03:18PM  2   promote the economy, the seafood industry, the tourism industry
03:18PM  3   in the Gulf Coast areas.  That's got a $57 million initial
03:18PM  4   payment that is paid, a fund, on preliminary approval or
03:19PM  5   shortly after preliminary approval.  That will, again, go into
03:19PM  6   effect and be available for Mr. Juneau to start using.
03:19PM  7              There are some guidelines as to the amount that
03:19PM  8   any individual or one request can receive, and there is also
03:19PM  9   some guidelines concerning annual payments, so that that money
03:19PM 10   does last over a period of time, although I think it's in three
03:19PM 11   to five years is what it is projected to be over.
03:19PM 12              It's also important to understand that these --
03:19PM 13   all payments that are involved are guaranteed, not only by BP
03:19PM 14   North America, but also by BP PLC.
03:19PM 15              Your Honor, I think that's all I had planned,
03:19PM 16   but I'm available if Your Honor has questions.
03:19PM 17         THE COURT:  I don't have any more questions right now.
03:19PM 18   Who is up next?
03:19PM 19         MR. RICE:  I believe Mr. Roy, since he stood up first.
03:20PM 20         THE COURT:  Okay.  I guess he thinks he's next.
03:20PM 21         MR. ROY:  Good afternoon, Your Honor.  Jim Roy, interim
03:20PM 22   plaintiffs counsel, along with Steve Herman.  The settlement
03:20PM 23   negotiation was certainly ably led by our lead negotiators,
03:20PM 24   Mr. Fayard and Mr. Rice.  I think they will be the first to
03:20PM 25   tell you that we had three principles that would guide all
```

negotiations, and we believe the finished product delivers the goods.

The first principle was whatever product we came to the Court with had to be Court-supervised, so if mistakes were made, the Court was in a position to review it immediately, step in, correct it, make it right.

Secondly, it had to be transparent and objective in application.

Third, it had to be claimant friendly.

Let's turn to the last one. Section 4.3.7, part of it is displayed up on the board, says, "The settlement program, including the claims administrator and the claims administration vendors, shall work with economic class members to facilitate economic class members' assembly and submission of claim forms, including all supporting documentation necessary to process claim forms under the applicable claims processes."

Stopping there for a moment, we believe that philosophically this is a quantum shift from the GCCF. I'm not intending to be critical of the GCCF, but this is a different approach. A user-friendly approach.

The settlement program, as it is envisioned in this agreement to be operated by Mr. Juneau, will use its best efforts to provide economic class members with assistance, information, opportunities and notice, so the economic class

```
04:20PM   1   for people to opt out and to attend the final fairness hearing.
04:20PM   2              So take that into account when you're
04:20PM   3   considering what you want to do.  Again, I'm not -- well, I've
04:20PM   4   said enough.
04:20PM   5            MR. REES:  Thank you, Your Honor.
04:20PM   6            THE COURT:  Anybody else?  Okay.  Everyone have a good
04:20PM   7   day.
04:20PM   8            THE DEPUTY CLERK:  All rise.
          9            (WHEREUPON, the proceedings at 4:20 p.m. were
         10   concluded.)
         11                          *   *   *
```

REPORTER'S CERTIFICATE

I, Cathy Pepper, Certified Realtime Reporter, Registered Merit Reporter, Certified Court Reporter of the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

*s/Cathy Pepper*
Cathy Pepper, CRR, RMR, CCR
Certified Realtime Reporter
Registered Merit Reporter
Official Court Reporter
United States District Court
Cathy_Pepper@laed.uscourts.gov