# Exhibit I

# FINANCIAL TIMES

| Home | World | Companies | Markets | Global Economy | Lex | Comment | Management | Life & Arts |

Energy | Financials | Health | Industrials | Luxury 360 | Media | Retail & Consumer | Tech | Telecoms | Transport | By Region | Tools

July 3, 2013 12:29 am

## Ex-FBI head to probe BP payout claims

By Ed Crooks in New York



A former head of the Federal Bureau of Investigation has been appointed to look into allegations of misconduct at the office administering compensation claims against BP for the 2010 Deepwater Horizon disaster.

Louis Freeh, who was FBI director during 1993-2001, was appointed by the US district court in New Orleans that is hearing the case for damages over the spill.

Mr Freeh now leads his own risk management firm, and has worked on high-profile cases including, until recently, as bankruptcy trustee for collapsed broker MF Global, and on an investigation into Pennsylvania State University's response to child abuse allegations.

His appointment as an investigator into claims over the spill follows complaints from BP, which has found itself paying much higher levels of compensation than it had expected under a settlement it agreed last year with lawyers representing claimants.

BP became more vocal about its concerns after the Associated Press reported last month that a lawyer working for Patrick Juneau, the claims administrator, had been accused of misconduct. The lawyer resigned from Mr Juneau's staff.

In a court order, Judge Carl Barbier, who is hearing the damages case, said an independent external investigation was needed "to ensure the integrity of the program for the benefit of the parties and the public".

He added that Mr Freeh's role was not only to look into the specific issues raised by the AP story, but also "fact finding as to any other possible ethical violations or other misconduct" in the compensation programme.

The judge also said Mr Freeh's responsibilities would include "examining and evaluating the internal compliance program and anti-corruption controls within the [compensation programme], and making any necessary recommendations" to improve those controls, procedures and policies.

Both BP and lawyers representing claimants welcomed the move.

BP said: "We believe that Judge Freeh's experience on the federal bench and as Director of the FBI make him ideally suited to conduct a thorough investigation into the recent allegations of unethical and potentially criminal behaviour within the programme."

It highlighted the "wide latitude" given to Mr Freeh "to look for other possible ethical violations or misconduct".

Jim Roy and Steve Herman, the two chairmen of the committee of lawyers representing plaintiffs seeking compensation for the spill, said they were "confident that any impropriety, if confirmed, will prove to be an isolated incident".

They added: "We continue to have full confidence in Pat Juneau, who for more than a year has led the Court Supervised Settlement Programme with the utmost integrity, competence and thoroughness."

Mr Juneau also welcomed Mr Freeh's investigation.

"Since we initiated the Deepwater Horizon claims process on June 4 2012, our mission has been to process claims in a fair, efficient and transparent manner," he said.

"This type of investigation is consistent with our goal of transparency of the claims process."

Mr Juneau delivered to Judge Barbier on Monday a 96-page rebuttal of criticisms of his work raised by BP, which had claimed the programme had "extremely high costs and low productivity".

He rejected BP's complaints about staff costs and expenses as "unfounded and incorrect", and said the programme had "robust and effective" controls in place to stop fraudulent claims.

**RELATED TOPICS**   United States of America

**Printed from:** http://www.ft.com/cms/s/0/8fcf9b5e-e361-11e2-9bb2-00144feabdc0.html

Print a single copy of this article for personal use. Contact us if you wish to print more to distribute to others.

© **THE FINANCIAL TIMES LTD 2014** FT and 'Financial Times' are trademarks of The Financial Times Ltd.