IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br><br>No. 12-970 and All Cases | * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL FILINGS IN SUPPORT OF BP'S OBJECTIONS AND COMMENTS TO COURT-DESIGNATED NEUTRALS' RECOMMENDATIONS FOR <u>SEAFOOD COMPENSATION PROGRAM SUPPLEMENTAL DISTRIBUTION</u>**

Pursuant to Pre-Trial Order 13 (Rec. Doc. 641), the Economic and Property Damages Settlement Agreement (Rec. Doc. 6430-1), and the Court's May 22, 2012 and June 29, 2012 orders regarding claimant confidentiality (Rec. Docs. 6573 and 6822), Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file unredacted versions of the following filings under seal:

- BP's Objections and Comments to Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution.

- Declaration of Maria Travis.

- Exhibits 1, 2, 6-8 of Declaration of Maria Travis.

- Declaration of Damon Dippel.

- Appendices 7-8 of Declaration of Les Alexander.

These filings contain discussion of individual claims and claimants or other materials that are potentially "confidential" pursuant to the above-referenced orders.

BP has filed public versions of these documents with any arguably confidential information redacted.

2

WHEREFORE, Defendants BP Exploration & Production, Inc. and BP America Production Company respectfully request this Court to grant them leave to file unredacted versions of BP's Objections and Comments to Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution; Declaration of Maria Travis; Exhibits 1, 2, 6-8 of the Declaration of Maria Travis; the Declaration of Damon Dippel; and Appendices 7-8 of the Declaration of Les Alexander under seal.

Dated:  October 20, 2014                    Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Wendy L. Bloom* |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Wendy L. Bloom |
| Houston, TX  77079 | KIRKLAND & ELLIS LLP |
| Telephone:  (281) 366-2000 | 300 North LaSalle Street |
| Telefax:  (312) 862-2200 | Chicago, IL 60654 |
|  | Telephone:  (312) 862-2000 |
|  | Telefax:  (312) 862-2200 |
|  |  |
| Daniel A. Cantor | Jeffrey Bossert Clark |
| ARNOLD & PORTER LLP | KIRKLAND & ELLIS LLP |
| 555 Twelfth Street, NW | 655 Fifteenth Street, N.W. |
| Washington, DC 20004 | Washington, D.C. 20005 |
| Telephone:  (202) 942-5000 | Telephone:  (202) 879-5000 |
| Telefax:  (202) 942-5999 | Telefax:  (202) 879-5200 |
|  |  |
| Jeffrey Lennard | */s/ Don K. Haycraft* |
| Keith Moskowitz | S. Gene Fendler (Bar #05510) |
| DENTONS US LLP | Don K. Haycraft (Bar #14361) |
| 233 South Wacker Drive | R. Keith Jarrett (Bar #16984) |
| Suite 7800 | LISKOW & LEWIS |
| Chicago, IL  60606 | 701 Poydras Street, Suite 5000 |
| Telephone:  (312) 876-8000 | New Orleans, Louisiana 70139 |
| Telefax:  (312) 876-7934 | Telephone:  (504) 581-7979 |
|  | Telefax:  (504) 556-4108 |

*OF COUNSEL*

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of October 2014.

Dated:  October 20, 2014                                    Respectfully submitted,


                 ***/s/ Don K. Haycraft***
                 Don K. Haycraft