IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION J |
| Applies to: | * * | HONORABLE CARL J. BARBIER |
| No. 12-970 and All Cases | * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering BP's Motion And Incorporated Memorandum In Support of Motion To File Under Seal Exhibits In Support Of BP's Objections and Comments to Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution, and for a further order directing that unredacted versions of BP's Objections and Comments to Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution; Declaration of Maria Travis; Exhibits 1, 2, 6-8 of the Declaration of Maria Travis; the Declaration of Damon Dippel; and Appendices 7-8 of the Declaration of Les Alexander be filed under seal:

**IT IS HEREBY ORDERED**, that BP's Motion is **GRANTED**; and it is further

**ORDERED** that unredacted versions of BP's Objections and Comments to Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution; Declaration of Maria Travis; Exhibits 1, 2, 6-8 of the Declaration of Maria Travis; the Declaration of Damon Dippel; and Appendices 7-8 of the Declaration of Les Alexander be filed under seal pending further order of the Court.

New Orleans, Louisiana, this ____ day of October, 2014.

                                                                           _____

                                                                           **Carl J. Barbier**
                                                                           **United States District Judge**