UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig    "Deepwater Horizon" in the Gulf    of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| Applies to:<br><br>*No. 12-968* | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Leonard J. Heimgartner's Motion for Enlargement of Time. (Rec. Doc. 13491).

The Court has already addressed the issue raised in Mr. Heimgartner's motion. (*See* Order, Rec. Doc. 13465). Accordingly,

IT IS ORDERED that the Motion for Enlargement of Time (Rec. Doc. 13491) is DENIED AS MOOT.

New Orleans, Louisiana, this 21st day of October, 2014.

_____
United States District Judge