IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production Inc., et al. | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**MOTION FOR LEAVE TO FILE SUPPLEMENT TO CHRISTINE REITANO'S SUBMISSION FOR HEARING ON NOVEMBER 7, 2014**

NOW INTO COURT, through undersigned counsel, comes Christine Reitano who, with respect, represents:

1.

On October 17, 2014, in accord with the Court's previous order (Document No. 13440), Christine Reitano submitted her List of Witnesses, Exhibits and Issues for the November 7, 2014 hearing. (Document No. 13509).

2.

On October 15, 2014, the Claims Administrator, Patrick Juneau, submitted his Memorandum in Opposition to BP's Motion to Remove the Claims Administrator. (Document No. 13497). Mr. Juneau's Memorandum was very lengthy and had a number of exhibits. Counsel for Ms. Reitano was not able to read and understand the possible relevance of the exhibits to her defense of the claims of the Special Master against her until three of the exhibits were read and considered. Specifically, the affidavits of Ms. Lynn Greer, Mr. Orran Brown and Mr. David Smith, all of whom

are associated with BrownGreer, a vendor in the CSSP were discovered to be relevant to the upcoming hearing. Their affidavits are identified as Document Nos. 13497-6, 7 and 10.

3.

In Ms. Reitano's Submission, one of the issues is related to an allegation by the Special Master of a "lapse" of her obligations is that Ms. Reitano

> "advanced the positions of another CSSP vendor [BrownGreer], strongly advocating the vendor's position against other CSSP staff who sought to evaluate certain business processes of the vendor. Since Reitano left the CAO, the program has engaged in reviews of business processes which have made clear that the prior business processes did not sufficiently protect and safeguard the CSSP function." (See Document 13504-Special Master's Memo concerning November 7, 2014 hearing).

This issue is also referenced in Ms. Reitano's filing (Document No. 13509) in Section C 3.

4.

The affidavits of Ms. Greer and Messrs. Brown and Smith submitted in support of Mr. Juneau clearly indicate that BrownGreer was a successful and well-functioning vendor and deserving of anything Ms. Reitano did to support them, particularly in light of the fact that Ms. Reitano's job included supporting the vendors and coordinate all of their efforts.

5.

Therefore, Ms. Reitano desires leave of court to file a supplement to her previous filing to add as exhibits for the November 7, 2014 hearing, the Affidavits of Lynn Greer, Orran Brown and David Smith.

6.

Counsel contacted Greg Paw, counsel to the Special Master, and he has no objection to these supplemental exhibits being added to Ms. Reitano's exhibit list.

WHEREFORE, CHRISTINE REITANO PRAYS for leave of court to file the attached supplement to her previous filing which adds as potential exhibits at the November 7, 2014 hearing the affidavits of Lynn Greer, Orran Brown and David Smith.

Respectfully Submitted:

     /s/ Mary Olive Pierson     
Mary Olive Pierson, La. Bar No. 11004
8702 Jefferson Highway, Suite B (70809)
Post Office Box 14647
Baton Rouge, LA 70898
(225) 927-6765 - Telephone
(225) 927-6775 - Facsimile
mop@mopslaw.com - Email

*Counsel for Christine Reitano*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Exhibit List has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 21st day of October, 2014.

     /s/ Mary Olive Pierson     
Mary Olive Pierson