IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION: J |
| This Document Applies to: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | * * * | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |

**ORDER**

Considering the above and foregoing Motion,

IT IS ORDERED that Christine Reitano be permitted to supplement her submission to her previous filing which adds as potential exhibits at the November 7, 2014 hearing the affidavits of Lynn Greer, Orran Brown and David Smith.

SO ORDERED this ____ day of _____, 2014.

_____
JUDGE CARL J. BARBIER