IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production Inc., et al. | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**CHRISTINE REITANO'S SUPPLEMENTAL SUBMISSION FOR HEARING ON NOVEMBER 7, 2014**

NOW INTO COURT, through undersigned counsel, comes Christine Reitano who, with respect, files this supplement to here previous list of witnesses, exhibits and issues to add the following exhibits:

B.  Supplemental List of Exhibits which may be introduced:

1. Declaration of Lynn Greer (Document 13497-6).
2. Declaration of Orran Brown (Document 13497-7).
3. Declaration of David Smith (Document 13497-10).

                        Respectfully Submitted:

                          /s/ Mary Olive Pierson
Mary Olive Pierson, La. Bar No. 11004
8702 Jefferson Highway, Suite B (70809)
Post Office Box 14647
Baton Rouge, LA 70898
(225) 927-6765 - Telephone
(225) 927-6775 - Facsimile
mop@mopslaw.com - Email

*Counsel for Christine Reitano*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing supplemental submission for Christine Reitano has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 21st day of October, 2014.

                                    /s/ Mary Olive Pierson
                                      Mary Olive Pierson