UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**This Pleading Relates To**<ul><li>**10-4182** (*Alabama v. BP*)</li><li>**10-4183** (*Alabama v. Transocean, et. al*)</li><li>**13-2645** (*Alabama v. Anadarko & MOEX*)</li><li>**13-2646** (*Alabama v. Transocean*)</li><li>**13-2647** (*Alabama v. Halliburton*)</li><li>**13-2813** (*Alabama v. BP*)</li></ul> | MDL No. 2179<br>SECTION: J<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

## MOTION TO ADD ADDITIONAL COUNSEL

The State of Alabama respectfully moves the Court to add the following attorneys as additional counsel for the State of Alabama, by and through its Attorney General Luther Strange:

- o  Robert T. Cunningham
- o  Jeffrey A. Breit
- o  Paul M. Sterbcow
- o  Jennifer E. Day
- o  Rhon E. Jones
- o  J. Parker Miller
- o  Richard D. Stratton

Each attorney has been appointed a Deputy Attorney General in the above-styled cases pursuant to Ala. Code § 36-15-5.1 (1975).

Respectfully submitted,

/s/ Corey L. Maze
*Special Deputy Attorney General*
State of Alabama

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of October 2014.

/s/ Corey L. Maze
*Special Deputy Attorney General*
State of Alabama