UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

**This Pleading Relates To**
- **10-4182** (*Alabama v. BP)*
- **10-4183** (*Alabama v. Transocean, et. al*)
- **13-2645** (*Alabama v. Anadarko & MOEX*)
- **13-2646** (*Alabama v. Transocean*)
- **13-2647** (*Alabama v. Halliburton*)
- **13-2813** (*Alabama v. BP*)

MDL No. 2179
SECTION: J

JUDGE BARBIER
MAGISTRATE SHUSHAN

## ORDER

Considering the State of Alabama's Motion to Add Counsel;

IT IS HEREBY ORDERED that Jeffrey A. Breit, Robert T. Cunningham, Jennifer E. Day, Rhon E. Jones, Paul M. Sterbcow, and Richard D. Stratton are hereby ADDED as additional counsel for Plaintiff State of Alabama.

New Orleans, Louisiana, this _____ day of October, 2014.

_____
**UNITED STATES DISTRICT JUDGE**