IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico. On April 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This document relates to: No. 12-970, Bon Secour Fisheries, Inc., et al v. BP | | ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| And All Actions | | ) ) | |

**JOINT DESIGNATIONS OF RECORD ON APPEAL
IN THE FIFTH CIRCUIT CASE NO. 14-31107**

Plaintiff-Appellants and Defendant-Appellees file the attached joint designations for the District Court to use in constructing the Record on Appeal. For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the record. The parties also request that the Court include in the Record the full docket sheets for all cases listed in the caption.

*Counsel Listed on Pages 2 and 3*

October 22, 2014

s/Elias J. Saad
ELIAS J. SAAD (AL86145)
MATTHEW ANDREWS (AL167247)
E. J. SAAD LAW FIRM
6207 Cottage Hill Road, Suite G
Mobile, Alabama 36609
Telephone: (251) 660-0888
Facsimile: (251) 660-0777
ejsaad@ejsaadlaw.com
mandrews@ejsaadlaw.com

s/ Frederick T. Kuykendall, III
FREDERICK T. KUYKENDALL, III
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Facsimile: (251) 928-2151
ftkuykendall@yahoo.com

*ATTORNEYS FOR CLAIMANTS*
*100118906, 100002435, 100108968, 100085956,*
*100002391, 100002383, 100146954, 100089377 and*
*100002412*

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

Daniel A. Cantor
Allison B. Rumsey
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Telefax: (202) 942-5999

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Telefax: (312) 876-7934

**OF COUNSEL**

/s/ Kevin M. Downey
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

/s/ Don K. Haycraft
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telefax: (312) 862-2200

Robert C. "Mike" Brock
Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Telefax: (202) 879-5200

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.,
BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EFCM System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of October, 2014.

s/ Elias J. Saad<br>
Elias J. Saad (AL861451)