PROVIDED TO
CENTURY CI ON
OCT 1 3 2014
FOR MAILING



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil spill by the
Oil Rig "Deepwater
Horizon" in the
Gulf of Mexico
On April 20, 2010

*10 -* MDL 2179

J(1)

Applies to:
All cases *12-970*

### DANIEL J. LEVITAN NOTICE OF CHANGE OF ADDRESS
### NOTICE TO SERVE FILINGS ON DANIEL J. LEVITAN
### AS AN INTERESTED PARTY TO CASE

**NOTICE IS HEREBY GIVEN** that, effective immediately, the proper address for service of all filings in these proceedings shall be served by U.S. Mail upon Daniel J. Levitan as an interested party at the following address, to wit:

> Daniel J. Levitan
> 650607 Legal Mail
> Century Correctional Institution
> 400 Tedder Road
> Century, FL 32535

**I CERTIFY** that all parties or counsel will receive notice hereof through the ECM/ELF system by the Clerk of Court.

10/13/14

Daniel J. Levitan
650607 Legal Mail
Century Correctional Institution
400 Tedder Road
Century, FL 32535

TENDERED FOR FILING

OCT 20 2014

U.S. DISTRICT COURT
Eastern District of Louisiana




ZIP 32535
011D11638000

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

U.S. District Court
Eastern District of Louisiana
500 Maestri Place
New Orleans, LA.
70130

Century Correctional Institution
Daniel Levitan 650607
400 Tedder Rd.
Century, Florida 32535

LEGAL MAIL