UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

This Pleading Relates To
- 10-4182 (*Alabama v. BP*)
- 10-4183 (*Alabama v. Transocean, et. al*)
- 13-2645 (*Alabama v. Anadarko & MOEX*)
- 13-2646 (*Alabama v. Transocean*)
- 13-2647 (*Alabama v. Halliburton*)
- 13-2813 (*Alabama v. BP*)

MDL No. 2179
SECTION: J

JUDGE BARBIER
MAGISTRATE SHUSHAN

### ORDER

Considering the State of Alabama's Motion to File an Exhibit Under Seal;

IT IS HEREBY ORDERED that Alabama's Motion is GRANTED; and it is further ORDERED that Exhibit A to the State of Alabama's Motion to Compel Discovery Requests is filed under seal pending further order of the Court.

New Orleans, Louisiana, this __22nd__ day of October, 2014.

_____
United States Magistrate Judge