UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates To: | DISTRICT JUDGE BARBIER |
| Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering Defendants' Ex Parte Motion for Leave to File Under Seal their Motion to Compel Discovery of Written Responses from the State of Alabama;

IT IS ORDERED that the Motion is GRANTED.  Defendants are ordered to provide the Court and parties' counsel with an unredacted version of Exhibit 17 and thereafter file in the record a redacted version of Exhibit 17.  The unredacted Exhibit 17 received by the Court will be filed UNDER SEAL.

New Orleans, Louisiana, this 22nd day of October, 2014.



_____
United States Magistrate Judge