UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER
FOR RETURN OF PAYMENTS MADE TO GILL JOHNSON, SR., AND OTHERS

COMES NOW the Special Master, Louis J. Freeh, seeking to remedy a fraud committed upon the Deepwater Horizon Economic Claims Center ("DHECC") by claimant Gill Johnson, Sr., who presented the DHECC with 2008 and 2009 tax "returns" that in fact had never been filed with the Internal Revenue Service.  Johnson presented these false documents in an effort to obtain a significant payment for allegedly lost oyster revenue. Relying on Johnson's misrepresentations, the DHECC paid Johnson $440,331.99.

The Special Master seeks a judgment requiring Johnson to return money paid on these DHECC claims, requiring professionals who assisted Johnson and benefitted from this unjustified payment to similarly return such payments, and prohibiting Johnson from participating in any further seafood distributions.

Respectfully submitted,

    /s/ Louis J. Freeh
Louis J. Freeh
Special Master

Dated:  October 23, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   23rd   day of       October      , 2014, by electronic mail, on the following:

        Evette E. Ungar
        Cheryl L. Wild
        Ungar & Byrne, APLC
        3231 B. I-10 Service Road West
        Metairie, LA  70002
        *Attorneys for Gill Johnson*

        /s/Louis J. Freeh
        Louis J. Freeh