**Claimant Information**
- Business Name:
- Name of Claimant: Gill Johnson, Sr.
- File #: 1046
- DWH #: ▇148

**Claim Form Information**
- Species: Oyster
- Operator Type: Boat Captain
- Claim Form ID #: ▇062
- Ent ID: 4976

### 1. (a) Vessel Information

| Vessel Name | State Reg # | Hull ID | Vessel Length | Vessel Type |
|---|---|---|---|---|
| Lady Glenda F/v AL 4873 PN | AL 4873PN / Federal Reg #: | ALZ11705KO94 | 25 | ☐ Freezer  ☒ Ice |

**Operator Type: Boat Captain**

### SHRIMP

|  | 2007 | 2008 | 2009 | Benchmark |  |
|---|---|---|---|---|---|
| TRIP TICKETS | | | | $0 | ☐ TRIP TICKETS  Shrimp |
| TAX RETURNS | | | | | ☒ TAX RECORDS  $0 |

- (f) Sole Boat Captain from 1/1/07 - 12/31/09: ● Yes ○ No
- (g) Benchmark period for vessel: Tax Return 2009
- (h) Reason could not shrimp: ☐ Illness ☐07 ☐08 ☐09
  - ☐ Disability ☐07 ☐08 ☐09
  - ☐ Major Mech Fail ☐07 ☐08 ☐09
  - ☐ Other: ☐07 ☐08 ☐09
- (i) Compensation Plan Method: Historical Renenue
- (j) Comm Lic. ☒ Yes ☐ No   Lic.# 9157   ☐ State ☒ Fed
- (k) Home Port: MOBILE, AL
- (l) Primary landing port: MOBILE, AL

### OYSTER

|  | 2007 | 2008 | 2009 | 07/08/09 Benchmark |  |
|---|---|---|---|---|---|
| TRIP TICKET PRI | | | | | ☐ TRIP TICKETS  Oyster |
| TRIP TICKET PUB | | | | | |
| TAX RETURNS | | $176,000 | $217,913 | $196,957 | ☒ TAX RECORDS  $193,018 |

- (f) Sole Boat Captain from 1/1/07 - 12/31/09: ● Yes ○ No
- (g) Benchmark period for vessel: Tax Return 2008 and 2009
- (h) Years excluded and why ☐ Illness ☐07 ☐08 ☐09
  - ○ exclude 07  ○ exclude 0708
  - ☐ Disability ☐07 ☐08 ☐09
  - ☐ Major Mech Fail ☐07 ☐08 ☐09
  - ☐ Other: ☐07 ☐08 ☐09
- (i) Compensation Plan Method: Historical Renenue
- (j) Comm Lic. ☒ Yes ☐ No   Lic.# 9157   ☐ State ☐ Fed
- (k) Home Port: MOBILE, AL
- (l) Primary landing port: MOBILE, AL

### BLUE CRAB

|  | 2007 | 2008 | 2009 | Benchmark |  |
|---|---|---|---|---|---|
| TRIP TICKETS | | | | $0 | ☐ TRIP TICKETS  Blue Crab |
| TAX RETURNS | | | | | ☐ TAX RECORDS  $0 |

- ☐ yes Eligible for $7500 Crab Trap Compensation?
- (f) Sole Boat Captain from 1/1/07 - 12/31/09: ○ Yes ○ No
- (g) Benchmark period for vessel:
- (h) Reason could not crab: ☐ Illness ☐07 ☐08 ☐09
  - ☐ Disability ☐07 ☐08 ☐09
  - ☐ Major Mech Fail ☐07 ☐08 ☐09
  - ☐ Other: ☐07 ☐08 ☐09
- (i) Compensation Plan Method:
- (j) Comm Lic. ☐ Yes ☐ No   Lic.# 9157   ☐ State ☐ Fed
- (k) Home Port: MOBILE, AL
- (l) Primary landing port:

### FINFISH

|  | 2007 | 2008 | 2009 | Benchmark |  |
|---|---|---|---|---|---|
| TRIP TICKETS | | | | $0 | ☐ TRIP TICKETS  Finfish |
| TAX RETURNS | | | | | ☐ TAX RECORDS  $0 |

- (f) Sole Boat Captain from 1/1/07 - 12/31/09: ○ Yes ○ No
- (g) Benchmark period for vessel:
- (h) Reason could not fish: ☐ Illness ☐07 ☐08 ☐09
  - ☐ Disability ☐07 ☐08 ☐09
  - ☐ Major Mech Fail ☐07 ☐08 ☐09
  - ☐ Other: ☐07 ☐08 ☐09
- (i) Compensation Plan Method:
- (j) Comm Lic. ☐ Yes ☐ No   Lic.# 9157   ☐ State ☐ Fed
- (k) Home Port: MOBILE, AL
- (l) Primary landing port:

### OTHER SEAFOOD

|  | 2007 | 2008 | 2009 | Benchmark |  |
|---|---|---|---|---|---|
| TRIP TICKETS | | | | | ☐ TRIP TICKETS  Other Seafood |
| TAX RETURNS | | | | | ☐ TAX RECORDS |

- (f) Sole Boat Captain from 1/1/07 - 12/31/09: ○ Yes ○ No
- (g) Benchmark period for vessel:
- (h) Reason could not fish: ☐ Illness ☐07 ☐08 ☐09
  - ☐ Disability ☐07 ☐08 ☐09
  - ☐ Major Mech Fail ☐07 ☐08 ☐09
  - ☐ Other: ☐07 ☐08 ☐09
- (i) Compensation Plan Method:
- (j) Comm Lic. ☐ Yes ☐ No   Lic.# 9157   ☐ State ☐ Fed
- (k) Home Port: MOBILE, AL
- (l) Primary landing port:



JUNO CLAIMS

# GILL JOHNSON, SR.

# 2008 TAX RETURN

# Form 1040 — U.S. Individual Income Tax Return — 2008

Department of the Treasury - Internal Revenue Service

For the year Jan. 1-Dec. 31, 2008, or other tax year beginning ____, 2008, ending ____, 20 ____
OMB No. 1545-0074
(99) IRS Use Only-Do not write or staple in this space.

**Label** (See Instructions) Use the IRS label. Otherwise, please print or type.

- Name / Spouse's Name (if Joint Return): **Gill E Johnson Sr**
- Home Address / City, State, and ZIP Code: [redacted]
- Your social security number: ___-__-5798
- Spouse's social security no.: 

You must enter your SSN(s) above.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse
Checking a box below will not change your tax or refund.

**Filing Status** — Check only one box.
1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b [ ] Spouse
- 6c Dependents: (none listed)

Boxes checked on 6a and 6b: 1
No. of children on 6c who: • lived with you: 0
• did not live with you due to divorce or separation (see instr.): 0
Dependents on 6c not entered above: 0
Add numbers on lines above ▶ 1

d Total number of exemptions claimed

**Income** — Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see instructions. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 103,400. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions / b Taxable amount (see inst.) | |
| 16a | Pensions and annuities / b Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits / b Taxable amount (see inst.) | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 103,400. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 7,305. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 7,305. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 96,095. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions.

Form 1040 (2008)

BCA Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   US1040$1   Rev. 1

Form 1040 (2008)   Gill E Johnson Sr   ███-██-5798   Page 2

| | | | | |
|---|---|---|---:|---:|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 96,095. |
| | 39a | Check if: ☐ You were born before Jan. 2, 1944, ☐ Blind. ☐ Spouse was born before Jan. 2, 1944, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for –** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr. | c | Check if standard deduction includes real estate taxes or disaster loss (see inst) ▶ 39c ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,450. |
| | 41 | Subtract line 40 from line 38 | 41 | 90,645. |
| | 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see inst. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 3,500. |
| • All others: Single or Married filing separately, $5,450 | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 87,145. |
| | 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | 44 | 18,373. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $10,900 | 46 | Add lines 44 and 45 ▶ | 46 | 18,373. |
| | 47 | Foreign tax credit. Attach Form 1116 if required ........ 47 | | |
| | 48 | Credit for child and dependent care exp. Attach Form 2441 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R .. 49 | | |
| Head of household, $8,000 | 50 | Education credits. Attach Form 8863 ............... 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 .. 51 | | |
| | 52 | Child tax credit (see inst.). Attach Form 8901 if required .. 52 | | |
| | 53 | Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695  53 | | |
| | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐   54 | | |
| | 55 | Add lines 47 through 54. These are your total credits | 55 | |
| | 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 56 | 18,373. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | 14,610. |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 | Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Sch. H | 60 | |
| | 61 | Add lines 56 through 60. This is your total tax ▶ | 61 | 32,983. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 .... 62 | | |
| | 63 | 2008 estimated tax pymts and amt applied from 2007 return 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) ........................ 64a | | |
| | b | Nontaxable combat pay election ........ 64b | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see inst) 65 | | |
| | 66 | Additional child tax credit. Attach Form 8812 .......... 66 | | |
| | 67 | Amount paid with request for extension to file (see inst) .... 67 | | |
| | 68 | Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885  68 | | |
| | 69 | First-time homebuyer credit. Attach Form 5405 .......... 69 | | |
| | 70 | Recovery rebate credit (see worksheet in the instructions) .. 70 | | |
| | 71 | Add lines 62 through 70. These are your total payments ▶ | 71 | |
| **Refund** Direct deposit? See instructions and fill in 73b, 73c, and 73d, or Form 8888. | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 72 | |
| | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 73a | |
| | b | Routing number ▶  c Type: ☐ Checking ☐ Savings | | |
| | d | Account number ▶ | | |
| | 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 61. For details on how to pay, see inst. .... ▶ | 75 | 34,043. |
| | 76 | Estimated tax penalty (see instructions) ............ 76  1,060. | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | | |
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | | |
| **Sign Here** Joint return? See instr. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature | Date | Your occupation  self-employed | Daytime phone number |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | | Phone no. | |

BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   US1040S2  Rev. 1   Form **1040** (2008)

| Schedule C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. | OMB No. 1545-0074 **2008** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040). | Attachment Sequence No. 09 |

| Name of proprietor | | Social security number (SSN) |
|---|---|---|
| Gill E Johnson Sr | | -5798 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instr. |
|---|---|---|---|
| | Commercial Fishing | | 114110 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID no. (EIN), if any |
|---|---|---|---|
| | | | |

| E | Business address (including suite or room no.) ▶ same |
|---|---|
| | City, town or post office, state, and ZIP code |
| F | Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ |
| G | Did you "materially participate" in the operation of this business during 2008? If "No," see instructions for limit on losses ...... ☒ Yes ☐ No |
| H | If you started or acquired this business during 2008, check here .................................................. ▶ ☐ |

### Part I   Income

| 1 | Gross receipts or sales. Caution. See instructions and check the box if: | | |
|---|---|---|---|
| | • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or | | |
| | • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ............................ ▶ ☐ | 1 | 220,000. |
| 2 | Returns and allowances .................................................................................. | 2 | |
| 3 | Subtract line 2 from line 1 ............................................................................... | 3 | 220,000. |
| 4 | Cost of goods sold (from line 42 on page 2) ........................................................... | 4 | 71,000. |
| 5 | Gross profit. Subtract line 4 from line 3 ................................................................ | 5 | 149,000. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) .............. | 6 | |
| 7 | Gross Income. Add lines 5 and 6 ...................................................................... ▶ | 7 | 149,000. |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| 8 | Advertising .......................... | 8 | | 18 | Office expense ..................... | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) ................. | 9 | | 19 | Pension and profit-sharing plans .... | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees ............... | 10 | | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) ................. | 11 | | | b Other business property ........... | 20b | |
| | | | | 21 | Repairs and maintenance ........... | 21 | 22,000. |
| 12 | Depletion ........................... | 12 | | 22 | Supplies (not included in Part III) .... | 22 | 19,500. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ........... | 13 | | 23 | Taxes and licenses ................. | 23 | 600. |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | | a Travel ........................... | 24a | 1,200. |
| 14 | Employee benefit programs (other than on line 19) .................. | 14 | | | b Deductible meals and entertainment (see instructions) ...... | 24b | |
| 15 | Insurance (other than health) ........... | 15 | | 25 | Utilities ........................... | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) ... | 26 | |
| | a Mortgage (paid to banks, etc.) ......... | 16a | | 27 | Other expenses (from line 48 on page 2) ..................... | 27 | |
| | b Other ........................... | 16b | | | | | |
| 17 | Legal and professional services ........................... | 17 | 2,300. | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ................. ▶ | 28 | 45,600. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 ............................................. | 29 | 103,400. |
| 30 | Expenses for business use of your home. Attach Form 8829 ......................................... | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1 as a statutory employee, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | 103,400. |
| | • If a loss, you must go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1 as a statutory employee, see instructions). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ | All investment is at risk. |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32b ☐ | Some investment is not at risk. |

For Paperwork Reduction Act Notice, see Instructions.                                                                                 Schedule C (Form 1040) 2008
BCA   Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.        USSCHCS1        Rev. 1

Schedule SE (Form 1040) 2008     Attachment Sequence No. 17     Page 2

Name of person with self-employment income (as shown on Form 1040): **Gill E Johnson Sr**

Social security number of person with self-employment income ▶ ███-██-5798

## Section B - Long Schedule SE

### Part I — Self-Employment Tax

**Note.** If your only income subject to self-employment tax is church employee income, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is not church employee income. See instructions.

A   If you are a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361, but you had $400 or more of other net earnings from self-employment, check here and continue with Part I ........................................... ▶ ☐

| | | |
|---|---|---:|
| 1a | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. Note. Skip lines 1a and 1b if you use the farm optional method (see instructions) | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report. Note. Skip this line if you use the nonfarm optional method (see instructions) | 103,400. |
| 3 | Combine lines 1a, 1b, and 2 | 103,400. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | 95,490. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | |
| c | Combine lines 4a and 4b. If less than $400, stop; you do not owe self-employment tax. Exception. If less than $400 and you had church employee income, enter -0- and continue ▶ | 95,490. |
| 5a | Enter your church employee income from Form W-2. See instructions for definition of church employee income | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | |
| 6 | Net earnings from self-employment. Add lines 4c and 5b | 95,490. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2008 | 102,000.00 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $102,000 or more, skip lines 8b through 10, and go to line 11 | |
| b | Unreported tips subject to social security tax (from Form 4137, line 10) | |
| c | Wages subject to social security tax (from Form 8919, line 10) | |
| 8d | Add lines 8a, 8b, and 8c | |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | 102,000. |
| 10 | Multiply the smaller of line 6 or line 9 by 12.4% (.124) | 11,841. |
| 11 | Multiply line 6 by 2.9% (.029) | 2,769. |
| 12 | Self-employment tax. Add lines 10 and 11. Enter here and on Form 1040, line 57 | 14,610. |
| 13 | Deduction for one-half of self-employment tax. Multiply line 12 by 50% (.5). Enter the result here and on Form 1040, line 27 ....... 13   7,305. | |

### Part II — Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method only if (a) your gross farm income [1] was not more than $6,300 or (b) your net farm profits [2] were less than $4,548

| | | |
|---|---|---:|
| 14 | Maximum income for optional methods | 4,200.00 |
| 15 | Enter the smaller of: two-thirds (2/3) of gross farm income [1] (not less than zero) or $4,200. Also include this amount on line 4b above | |

**Nonfarm Optional Method.** You may use this method only if (a) your net nonfarm profits [3] were less than $4,548 and also less than 72.189% of your gross nonfarm income, [4] and (b) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.
**Caution.** You may use this method no more than five times.

| | | |
|---|---|---|
| 16 | Subtract line 15 from line 14 | |
| 17 | Enter the smaller of: two-thirds (2/3) of gross nonfarm income [4] (not less than zero) or the amount on line 16. Also include this amount on line 4b above | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9, code J1.

[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9, code J2.

**FORM 40** — **2008** Alabama Individual Income Tax Return
**RESIDENTS & PART-YEAR RESIDENTS**
For the year Jan. 1-Dec. 31, 2008, or other tax year: Beginning _____ Ending _____

Your social security number: •___-__-5798
Spouse's SSN if joint return: •

Your first name: •Gill    Initial: E    Last name: Johnson Sr
Spouse's first name: •    Initial:    Last name:

Present home address (number and street or P.O. Box number): • [redacted]
City, town or post office: [redacted]   State: [redacted]   ZIP code: [redacted]
Check if address is outside U.S. • ☐   Foreign Country •
► CHECK BOX IF AMENDED RETURN • ☐

**Filing Status/Exemptions**
1 •☒ $1,500 Single
2 •☐ $3,000 Married filing joint
3 •☐ $1,500 Married filing separate. Complete Spouse SSN _____
4 •☐ $3,000 Head of Family (with qualifying person).

**Income and Adjustments**

| Line | Description | A - Alabama tax withheld | B - Income |
|---|---|---|---|
| 5 | Wages, salaries, tips, etc. (list each employer and address separately): | | |
| 5a | | 5a • 00 | 5a 00 |
| 5b | | 5b • 00 | 5b 00 |
| 5c | | 5c • 00 | 5c 00 |
| 5d | | 5d • 00 | 5d 00 |
| 6 | Interest and dividend income (also attach Schedule B if over $1,500) | | 6 • 00 |
| 7 | Other income (from page 2, Part I, line 9) | | 7 • 103400 00 |
| 8 | Total Income. Add amounts in the income column for line 5a through line 7 | | 8 • 103400 00 |
| 9 | Total adjustments to income (from page 2, Part II, line 9) | | 9 • 00 |
| 10 | Adjusted gross income. Subtract line 9 from line 8 | | 10 • 103400 00 |

**Deductions**
You Must Attach page 2 of Federal Form 1040, Fed. Form 1040A, Fed. Form 1040NR, or page 1 of 1040EZ, if claiming a ded. on line 12.

11 Check box a, if you itemize deductions, and enter amount from Schedule A, line 26
   Check box b, if you do not itemize deductions, and enter standard deduction (see instr.)
   Box a or b **MUST** be checked
   •☐ a Itemized Deductions   •☒ b Standard Deduction ... 11 • 2000 00
12 Federal tax deduction (see instructions)
   DO NOT ENTER THE FEDERAL TAX WITHHELD FROM YOUR FORM W-2(S) ... 12 • 18373 00
13 Personal exemption (from line 1, 2, 3, or 4) ... 13 • 1500 00
14 Dependent exemption (from page 2, Part III, line 2) ... 14 • 00
15 Total deductions. Add lines 11, 12, 13, and 14 ... 15 • 21873 00
16 Taxable income. Subtract line 15 from line 10 ... 16 • 81527 00

**Tax** — Staple Form(s) W-2, W-2G, and/or 1099 here.

17 Income Tax due. Enter amount from tax table or check if from •☐ Form NOL-85A ... 17 • 4038 00
18 Less credits from: •☐ Schedule CR and/or •☐ Schedule OC ... 18 • 0 00
19a Net tax due Alabama. Subtract line 18 from line 17 ... 19a • 4038 00
19b Consumer Use Tax (use worksheet in the instructions) ... 19b • 00
20 Alabama Election Campaign Fund. You may make a voluntary contribution to the following:
   a Alabama Democratic Party  ☐ $1  ☒ $2  ☐ none ... 20a • 00
   b Alabama Republican Party  ☐ $1  ☒ $2  ☐ none ... 20b • 00
21 Total tax liability and voluntary contribution. Add lines 19a, 19b, 20a, and 20b ... 21 • 4038 00

**Payments**
22 Alabama income tax withheld (from Forms W-2, W-2G, and/or 1099) ... 22 • 00
23 2008 estimated tax payments/Automatic Extension Payment ... 23 • 00
24 Amended Returns Only - Previous payments (see instructions) ... 24 • 00
25 Total payments. Add lines 22, 23 and 24 ... 25 • 00
26 Amended Returns Only - Previous refund (see instructions) ... 26 • 00
27 Adjusted Total Payments. Subtract line 26 from line 25 ... 27 • 00

**AMOUNT YOU OWE**
28 If line 21 is larger than line 27, subtract line 27 from line 21, and enter AMT. YOU OWE.
   Place payment, along with Form 40V, loose in the mailing envelope.
   (FORM 40V MUST ACCOMPANY PAYMENT.) ... 28 • 4442 00
29 Estimated tax penalty. Also include on line 28 (see instructions) ... 29 • 404 00

**OVERPAID**
30 If line 27 is larger than line 21, subtract line 21 from line 27, & enter amount OVERPAID ... 30 • 00
31 Amount of line 30 to be applied to your 2009 estimated tax ... 31 • 00

**Donations**
32 Total Donation Check-offs from Schedule DC, line 2 ... 32 • 00

**REFUND**
33 REFUNDED TO YOU. (CAUTION: You must sign this return on pg. 2.) Subtract lines 31 and 32 from line 30. For Direct Deposit, check here •☐ and complete Part V, Page 2 ... 33 • 00

Copyright form software only, 2008 Universal Tax Systems, Inc. All rights reserved.   AL40$$$1   Rev. 1   AL45

Form 40 (2008) Gill E Johnson Sr                              -5798  Page 2

### PART I — Other Income (see instructions)

| Line | Description | Amount |
|---|---|---|
| 1 | Alimony received | 00 |
| 2a | Business income or (loss) (attach Federal Schedule C or C-EZ) (see instructions) | 103400 00 |
| 2b | Bonus depreciation allowed by Federal Economic Stimulus Act of 2008 | 00 |
| 3 | Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | 00 |
| 4a | Total IRA distributions | 00 |
| 4b | Taxable amount (see instructions) | 00 |
| 5a | Total pensions & annuities | 00 |
| 5b | Taxable amount (see instructions) | 00 |
| 6 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 00 |
| 7a | Farm income or (loss) (attach Federal Schedule F) | 00 |
| 7b | Bonus depreciation allowed by Federal Economic Stimulus Act of 2008 | 00 |
| 8 | Other income (state nature & source - see inst.) | 00 |
| 9 | Total other income. Add lines 1 through 8. Enter here and also on page 1, line 7 | 103400 00 |

### PART II — Adjustments to Income (see instructions)

| Line | Description | Amount |
|---|---|---|
| 1a | Your IRA deduction | 00 |
| 1b | Spouse's IRA deduction | 00 |
| 2 | Payments to a Keogh retirement plan and self-employment SEP deduction | 00 |
| 3 | Penalty on early withdrawal of savings | 00 |
| 4 | Alimony pd. Recipient's last name _____ SSN _____ | 00 |
| 5 | Adoption expenses | 00 |
| 6 | Moving Expenses (Attach Fed. Fm. 3903) to City ____ State ____ ZIP ____ | 00 |
| 7 | Self-employed health insurance deduction | 00 |
| 8 | Payments to Alabama PACT Program or Alabama College Education Savings Program | 00 |
| 9 | Total adjustments. Add lines 1 through 8. Enter here and also on page 1, line 9 | 00 |

### PART III — Dependents

Do not include yourself or your spouse

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Did you provide more than 1/2 dep. support? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

b  Total number of dependents claimed above ............... 0
(See instructions) 2  Amount allowed. (Multiply the total number of dependents claimed on line 1b by the amt. from the dependent chart in the instr.)
Enter amount here and on page 1, line 14 ................ 00

### PART IV — General Information (All Taxpayers Must Complete This Section)

1. Residency Check only one box ► [X] Full Year [ ] Part Year From _____ 2008 through _____ 2008
2. Did you file an AL income tax return for the year 2007? [X] Yes [ ] No If no, state reason _____
3. Give name and address of present employer(s). Yours _____ Your Spouse's _____
4. Enter the Fed. Adjusted Gross Income $ 96095 and Fed. Taxable Income $ 87145 as reported on your 2008 Federal Individual Income Tax Return
5. Do you have income which is reported on your Federal return, but not reported on your AL return (other than your state tax refund)? [ ] Yes [X] No
   If yes, enter source(s) and amount(s) below: (other than state income tax refund)
   Source _____ Amount _____ 00
   Source _____ Amount _____ 00
6. Do you have income included in this return from a grantor trust? [ ] Yes [X] No

### PART V — Direct Deposit

For Direct Deposit of your refund, complete 1, 2, and 3 below. (See Instructions to see if you qualify.)
1. Routing #: _____  2. Type: [ ] Checking [ ] Savings  3. Acct. #: _____

### Sign Here In Black Ink

[ ] I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Daytime telephone number | Your occupation: self-employed |
|---|---|---|---|
| Spouse's signature (If joint return, BOTH must sign) | Date | Daytime telephone number | Spouse's occupation |

### Paid Preparer's Use Only

| Preparer's signature | Date | Check if self-employed [ ] | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self employed) and address | Daytime telephone number | E.I. No. | |
|  |  | ZIP Code | |

### WHERE TO FILE FORM 40

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below.

If you are **not** making a payment, mail your return to:
Alabama Department of Revenue
P.O. Box 154
Montgomery, AL. 36135-0001

If you are making a payment, mail your return, Form 40V, and payment to:
Alabama Department of Revenue
P.O. Box 2401
Montgomery, AL. 36140-0001

Mail only your 2008 Form 40 to one of the above addresses. Prior year returns, and all other correspondence should be mailed to Alabama Department of Revenue, P.O. Box 327464, Montgomery, AL 36132-7464.

AL45

# GILL JOHNSON, SR.

# 2009 TAX RETURN

| FORM 40 | 2009 Alabama Individual Income Tax Return RESIDENTS & PART-YEAR RESIDENTS For the year Jan. 1-Dec. 31, 2009, or other tax year: Beginning: Ending: | | |
|---|---|---|---|

Your social security number: •  -5798
Spouse's SSN if joint return: •

Your first name: • Gill  Initial: E  Last name: Johnson Sr
Spouse's first name: •  Initial:  Last name:

Present home address (number and street or P.O. Box number)
•

City, town or post office: •     State:     ZIP code:

Check if address is outside U.S. • ☐   Foreign Country

► CHECK BOX IF AMENDED RETURN  • ☐

**Filing Status/Exemptions**
1 •☒ $1,500 Single
2 •☐ $3,000 Married filing joint
3 •☐ $1,500 Married filing separate. Complete Spouse SSN _____
4 •☐ $3,000 Head of Family (with qualifying person).

**Income and Adjustments**

| | | | A - Alabama tax withheld | B - Income |
|---|---|---|---|---|
| 5 | Wages, salaries, tips, etc. (list each employer and address separately): | | | |
| 5a | a _____ | | • 00 | 00. |
| 5b | b _____ | | • 00 | 00 |
| 5c | c _____ | | • 00 | 00 |
| 5d | d _____ | | • 00 | 00 |
| 6 | Interest and dividend income (also attach Schedule B if over $1,500) | | • | 00 |
| 7 | Other income (from page 2, Part I, line 9) | | • | 102000 00 |
| 8 | Total Income. Add amounts in the income column for line 5a through line 7 | | • | 102000 00 |
| 9 | Total adjustments to income (from page 2, Part II, line 10) | | • | 00 |
| 10 | Adjusted gross income. Subtract line 9 from line 8 | | • | 102000 00 |

**Deductions**
(You Must Attach page 2 of Federal Form 1040, Fed. Form 1040A, Fed. Form 1040NR, or page 1 of 1040EZ, if claiming a ded. on line 12.)

11 Check box a, if you itemize deductions, and enter amount from Schedule A, line 27.
Check box b, if you do not itemize deductions, and enter standard deduction (see instr.)
•☐ a  Itemized Deductions   •☒ b  Standard Deduction .... 11 • 2000 00
►12 Federal tax deduction (see instructions)
DO NOT ENTER THE FEDERAL TAX WITHHELD FROM YOUR FORM W-2(S) ........ 12 • 17635 00
13 Personal exemption (from line 1, 2, 3, or 4) .......... 13 • 1500 00
14 Dependent exemption (from page 2, Part III, line 2) ........ 14 • 00
15 Total deductions. Add lines 11, 12, 13, and 14 ............ 15 • 21135 00

**Tax**
(Staple Form(s) W-2, W-2G, and/or 1099 here.)

16 Taxable Income. Subtract line 15 from line 10 .......... 16 • 80865 00
17 Income Tax due. Enter amount from tax table or check if from •☐ Form NOL-85A ........ 17 • 4003 00
18 Less credits from: •☐ Schedule CR and/or •☐ Schedule OC ........ 18 • 0 00
19a Net tax due Alabama. Subtract line 18 from line 17 .......... 19a • 4003 00
b Consumer Use Tax (use worksheet in the instructions) ............ 19b • 00
20 Alabama Election Campaign Fund. You may make a voluntary contribution to the following:
  a Alabama Democratic Party  ☐ $1  ☒ $2  ☐ none ....... 20a • 00
  b Alabama Republican Party  ☐ $1  ☒ $2  ☐ none ....... 20b • 00
21 Total tax liability and voluntary contribution. Add lines 19a, 19b, 20a, and 20b ........ 21 • 4003 00

**Payments**

22 Alabama income tax withheld (from Forms W-2, W-2G, and/or 1099) .. 22 • 00
23 2009 estimated tax payments/Automatic Extension Payment ........... 23 • 00
24 Amended Returns Only - Previous payments (see instructions) ........ 24 • 00
25 Total payments. Add lines 22, 23 and 24 ........ 25 • 00
26 Amended Returns Only - Previous refund (see instructions) ........ 26 • 00
27 Adjusted Total Payments. Subtract line 26 from line 25 ........ 27 • 00

**AMOUNT YOU OWE**

28 If line 21 is larger than line 27, subtract line 27 from line 21, and enter AMOUNT YOU OWE. Place payment, along with Form 40V, loose in the mailing envelope. (FORM 40V MUST ACCOMPANY PAYMENT.) ........ 28 • 4403 00
29 Estimated tax penalty. Also include on line 28 (see instructions) ........ 29 • 400 00

**OVERPAID**

30 If line 27 is larger than line 21, subtract line 21 from line 27, & enter amount OVERPAID ........ 30 • 00
31 Amount of line 30 to be applied to your 2010 estimated tax ........ 31 • 00

**Donations**

32 Total Donation Check-offs from Schedule DC, line 2 ........ 32 • 00

**REFUND**

33 REFUNDED TO YOU. (CAUTION: You must sign this return on pg. 2.) Subtract lines 31 and 32 from line 30. For Direct Deposit, check here •☐ and complete Part V, Page 2 ........ 33 • 00

Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.   AL40$$$1   Rev. 1   AL45

Form 40 (2009)   Gill E Johnson Sr                                                     -5798   Page 2

### PART I — Other Income (see instructions)

| Line | Description | Amount |
|---|---|---|
| 1 | Alimony received | 00 |
| 2 | Business income or (loss) (attach Federal Schedule C or C-EZ) (see instructions) | 102000 00 |
| 3 | Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | 00 |
| 4a | Total IRA distributions | 00 |
| 4b | Taxable amount (see instructions) | 00 |
| 5a | Total pensions & annuities | 00 |
| 5b | Taxable amount (see instructions) | 00 |
| 6 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 00 |
| 7 | Farm income or (loss) (attach Federal Schedule F) | 00 |
| 8 | Other income (state nature & source - see inst.) | 00 |
| 9 | Total other income. Add lines 1 through 8. Enter here and also on page 1, line 7 | 102000 00 |

### PART II — Adjustments to Income (see instructions)

| Line | Description | Amount |
|---|---|---|
| 1a | Your IRA deduction | 00 |
| 1b | Spouse's IRA deduction | 00 |
| 2 | Payments to a Keogh retirement plan and self-employment SEP deduction | 00 |
| 3 | Penalty on early withdrawal of savings | 00 |
| 4 | Alimony pd. Recipient's last name ___ SSN ___ | 00 |
| 5 | Adoption expenses | 00 |
| 6 | Moving Expenses (Attach Fed. Frm. 3903) to City ___ State ___ ZIP ___ | 00 |
| 7 | Self-employed health insurance deduction | 00 |
| 8 | Payments to Alabama PACT Program or Alabama College Education Savings Program | 00 |
| 9 | Health insurance deduction for small employer employee (see instructions) | |
| 10 | Total adjustments. Add lines 1 through 9. Enter here and also on page 1, line 9 | 00 |

### PART III — Dependents

Do not include yourself or your spouse (See instructions)

| (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Did you provide more than 1/2 dep. support? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

b Total number of dependents claimed above

2 Amount allowed. (Multiply the total number of dependents claimed on line 1b by the amt. from the dependent chart in the instr.) Enter amount here and on page 1, line 14 .......... 00

### PART IV — General Information — All Taxpayers Must Complete This Section (See instructions)

1 Residency Check only one box ▶ ☒ Full Year   ☐ Part Year From _____ 2009 through _____ 2009.
2 Did you file an AL income tax return for the year 2008? ☒ Yes  ☐ No   If no, state reason _____
3 Give name and address of present employer(s). Yours _____   Your Spouse's _____
4 Enter the Fed. Adjusted Gross Income  $ 94794   and Fed. Taxable Income  $ 85444   as reported on your 2009 Federal Individual Income Tax Return.
5 Do you have income which is reported on your Federal return, but not reported on your AL return (other than your state tax refund)?  ☐ Yes  ☒ No
   If yes, enter source(s) and amount(s) below: (other than state income tax refund)
   Source _____ Amount _____ 00
   Source _____ Amount _____ 00
6 Do you have income included in this return from a grantor trust?  ☐ Yes  ☒ No

### PART V — Direct Deposit

For Direct Deposit of your refund, complete 1, 2, and 3 below. (See instructions to see if you qualify.)
1 Routing #: _____   2 Type: ☐ Checking  ☐ Savings   3 Acct. #: _____
4 Is this refund going to or through an account that is located outside the United States?  ☐ Yes  ☐ No

### Sign Here In Black Ink

☐ I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| | Your signature | Date | Daytime telephone number | Your occupation |
|---|---|---|---|---|
| | | | | Commercial Fisherman |
| | Spouse's signature (If joint return, BOTH must sign) | Date | Daytime telephone number | Spouse's occupation |

### Paid Preparer's Use Only

| Preparer's signature | Date | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|
| Leeds Fisher | 08/23/2010 | ☐ | 5401 |
| Firm's name (or yours if self-employed) and address: Fisher Accounting   3024 Belle Fontaine Circle THEODORE AL | Daytime telephone number 251-973-2424 | E.I. No. 94-3418037 | ZIP Code 36582- |

### WHERE TO FILE FORM 40

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below.

If you are **not** making a payment, mail your return to:
Alabama Department of Revenue
P.O. Box 154
Montgomery, AL. 36135-0001

If you are making a payment, mail your return, Form 40V, and payment to:
Alabama Department of Revenue
P.O. Box 2401
Montgomery, AL. 36140-0001

Mail only your 2009 Form 40 to one of the above addresses. Prior year returns, and all other correspondence should be mailed to Alabama Department of Revenue, P.O. Box 327484, Montgomery, AL 36132-7484.

Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.   AL40$$$2   Rev. 1                                            AL45

— COPY —

| | | | |
|---|---|---|---|
| **SCHEDULE C** (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 | **2009** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041.  ▶ See Instructions for Schedule C (Form 1040). | Attachment Sequence No. **09** | |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Gill E Johnson Sr | ███ 5798 |

**A** Principal business or profession, including product or service (see instructions): Commercial Fishing
**B** Enter code from instr.: 114110
**C** Business name. If no separate business name, leave blank.
**D** Employer ID no. (EIN), if any
**E** Business address (including suite or room no.) ▶ same
   City, town or post office, state, and ZIP code ███
**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2009? If "No," see instructions for limit on losses ..... ☒ Yes  ☐ No
**H** If you started or acquired this business during 2009, check here ▶ ☐

### Part I   Income

| | | | |
|---|---|---:|---|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. ▶ ☐ | 1 | 242,126. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 242,126. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 92,000. |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 150,126. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 150,126. |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | 11 | | 20a | Vehicles, machinery, and equipment | |
| 12 | Depletion | 12 | | 20b | Other business property | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 24,000. |
| | | | | 22 | Supplies (not included in Part III) | 20,000. |
| | | | | 23 | Taxes and licenses | 526. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | |
| | | | | 24a | Travel | 1,200. |
| 15 | Insurance (other than health) | 15 | | 24b | Deductible meals and entertainment (see instructions) | |
| 16 | Interest: | | | 25 | Utilities | |
| 16a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | |
| 16b | Other | 16b | | 27 | Other expenses (from line 48 on page 2) | |
| 17 | Legal and professional services | 17 | 2,400. | | | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | 28 | 48,126. |
|---|---|---|---:|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 102,000. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | 31 | 102,000. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see instructions.                         Schedule C (Form 1040) 2009

DCA   Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.   USSCHCS1   Rev. 1

Schedule C (Form 1040) 2009  Gill E Johnson Sr                                          5798    Page 2

### Part III — Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory:  a ☒ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ................................................................................................ ☐ Yes   ☒ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 60,000. |
| 38 | Materials and supplies | 32,000. |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | 92,000. |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 92,000. |

### Part IV — Information on Your Vehicle.

Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____.

44 Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

a Business _____   b Commuting (see instr.) _____   c Other _____

45 Was your vehicle available for personal use during off-duty hours? ........................... ☐ Yes   ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? ............... ☐ Yes   ☐ No

47a Do you have evidence to support your deduction? ..................................................... ☐ Yes   ☐ No

b If "Yes," is the evidence written? ................................................................................. ☐ Yes   ☐ No

### Part V — Other Expenses.

List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

48 Total other expenses. Enter here and on page 1, line 27 ............................................. 48

Schedule C (Form 1040) 2009

BCA   Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.   USSCHCS2   Rev. 1

# GILL JOHNSON, SR.

# ALABAMA

# COMMERCIAL OYSTER LICENSE

(Fri) May. 21
O&T OWNERS COPY

Page 1 of 1

## Purchase Summary

Return to Main Search

Print this License — Cut here for license

**Dept. of Conservation and Natural Resources**
**ALABAMA CONSERVATION LICENSE**
Bob Riley, Governor • M. Barnett Lawley, Commisioner
2010000158272720   N1MD45106150251409   72-720

LICENSE PRIVILEGES ISSUED
2010000158272720   N1MD45106150251409   72-720

| Field | Value |
|---|---|
| DL# | XXXXXXXXX |
| DATE | 12/09/2009 10:26:18 |
| HUNTER ED | |
| SEAFOOD ID | 9157 |
| ISSUED TO | GILL E JOHNSON |
| ADDRESS | XXXXXXXXXXXXXXXX |
| VESSEL REG | XXXXXXXXXXXXXXXXXX |
| VESSEL REG | XXXXX |
| VEHICLE TAG | XXXXX |
| SFD DLR LIC# | XXXXX |
| BIRTHDATE | |
| HEIGHT | 5'11" |
| WEIGHT | 230 |
| SEX | M |
| EYE COLOR | Hazel |
| HAIR COLOR | Brown |

| License Type | Valid Period | Fee |
|---|---|---|
| Res Commercial Oyster Catcher | 12/09/2009 - 09/30/2010 | $26.00 |
| Res Oyster Dredge | 12/09/2009 - 09/30/2010 | $26.00 |
| | Total Fees (2): | $52.00 |

This permit MUST be in the possession of the license holder

ISSUING AGENT: Marine Resources Division
SIGNATURE

# GILL JOHNSON, SR.

# VESSEL REGISTRATION

# F/V AL-4873-PN



| SWS-1 | **Seafood Compensation Plan Sworn Written Statement for Sufficient Documentation of Benchmark Revenue** |
|---|---|

This Sworn Written Statement allows you to supplement your claim with vessel-specific Benchmark Revenue information. You must include in this Statement <u>all</u> Benchmark Revenue earned on the vessel you identify in this Form relevant to your claim, indicating whether that revenue is all of the revenue for the entire vessel or all of the boat captain's share of revenue from that vessel. You cannot submit multiple Statements for the same vessel. You must complete the Benchmark Revenue Information only for the Catch Types you have claimed or will claim in the future. If you need more space to complete this Statement, attach additional pages, and they will be incorporated into this document. In order to have the financial information presented in this Form considered as part of your compensation calculation, you must either submit, or have already submitted, federal or state tax returns and schedules for the years that correspond to the Benchmark Revenue years you completed on this Form.

### A. CLAIMANT INFORMATION

**Name:** Last: Johnson Sr   First: Gill   Middle Initial: E

**Deepwater Horizon Settlement Program Claimant Number:** 100013148

**Social Security Number:**
or
**Individual Taxpayer Identification Number:**
or
**Employer Identification Number:**

### B. SEAFOOD PROGRAM SWORN WRITTEN STATEMENT FOR SUFFICIENT DOCUMENTATION OF BENCHMARK REVENUE

Provide all supplemental information required to support your vessel-specific Benchmark Revenue in the sections below.

#### 1. AUTHORIZATION OF USE

If you do not submit copies of Trip Tickets to support your claim, the Claims Administrator will use this SWS-1 Form in conjunction with your federal or state tax records to calculate your loss. If you do submit any Trip Tickets, you must indicate here whether you authorize the CA to use solely your SWS-1 Form to calculate your loss and potentially expedite the processing of your claim, or whether you prefer that the CA use your Trip Tickets if they result in a higher compensation amount than your SWS-1 Form. Check one of these:

( ) Use only my SWS-1 Form to calculate my losses    OR    (●) Use my Trip Tickets if they result in a higher award than my SWS-1 Form

#### 2. VESSEL INFORMATION

| Vessel Name | Home Port County | | |
|---|---|---|---|
| Lady Glenda | Mobile | | |
| City | | State | Zip Code |
| Coden | | AL | 36523 |
| State Registration Number | Federal Registration Number | | |
| AL-4873-PN | | | |
| Hull ID | Vessel Length | Vessel Type | |
| ALZ11705K094 | 25' | [✓] Ice  [ ] Freezer  [ ] N/A | |

Complete this section only if the vessel identified above is included as part of a boat captain claim. The revenue reported below is:

(●) the revenue for the entire vessel identified in this Form    OR    ( ) the boat captain's share of revenue for the vessel identified in this Form

#### 3. STATEMENT OF REVENUE, LANDING, AND CATCH TYPE

For the singular vessel identified above, indicate by catch type – Shrimp, Oyster, Finfish, Blue Crab, or Other Seafood – the total revenue you derived from Seafood landed in and outside of the Gulf Coast Areas for years identified below. As defined in the Settlement Agreement, the Gulf Coast Areas ("GCA") are the States of Louisiana, Mississippi, or Alabama, the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas, or the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama, or those described counties of Texas or Florida. "Other Seafood" refers to "all forms of seafood included in Exhibit 3 of the *Deepwater Horizon* Economic And Property Damages Settlement Agreement (Seafood Distribution Chain Definitions) including stone crab and spiny lobster, but excluding shrimp, oysters, finfish and blue crab."

SWS-1
v.3

1

| SHRIMP | Landed In GCA | | Landed Outside GCA | |
|---|---|---|---|---|
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $44,000.00 | | TOTAL: $ | |
| 2009 | TOTAL: $24,212.60 | | TOTAL: $ | |
| **OYSTER** | **Landed In GCA** | | **Landed Outside GCA** | |
| Oyster Bed Type | Public Grounds | Private Leaseholds | Public Grounds | Private Leaseholds |
| 2007 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $176,000.00 | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $217,913.40 | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| **FINFISH** | **Landed In GCA** | | **Landed Outside GCA** | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| **BLUE CRAB** | **Landed In GCA** | | **Landed Outside GCA** | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| **OTHER SEAFOOD** | **Landed In GCA** | | **Landed Outside GCA** | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |

| | C. SIGNATURE | |
|---|---|---|
| \multicolumn{3}{|l|}{I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.} | | |

An attorney may sign the claimant's name on this Sworn Written Statement for Sufficient Documentation of Benchmark Revenue if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com.

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| Claimant Signature Date Signed: | / / (Month/Day/Year) | Signature<br><br>Name (Printed or Typed) |
|---|---|---|
| Attorney Signature Date Signed: | 1 / 21 / 13 (Month/Day/Year) | *[signature]* Signature<br>Cheryl L. Wild, Esq. (LA Bar #: 28805)<br>Name (Printed or Typed) |

SWS-1
v.3                                           3