Gulf Coast Claims Facility ("GCCF")
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958
Toll Free (Multilingual): 1-800-916-4893
TTY Telephone Line: 1-866-682-1758
Website: www.GulfCoastClaimsFacility.com

ICF




Claimant Identification Number: ▓023
Control Number: ▓870

GILL JOHNSON

# SUPPORTING DOCUMENTATION FOR A CLAIM

As noted throughout the Claim Form, you **must** submit supporting documentation. Exhibit A of the Claim Form is a checklist that will help you prepare and submit a complete Claim Form. You should use it to collect documentation for your claim. Pay attention to which part of Exhibit A applies to you, because the GCCF requests different types of documentation for Emergency Advance Payments than it does for Final Payments. If you are seeking an Emergency Advance Payment, you must provide each of the documents required in that column for your claim. Please submit the completed Exhibit A, attached hereto, with your documentation.

**PLEASE MAIL/FAX YOUR DOCUMENTS BY ONE OF THE FOLLOWING METHODS:**

1. **U.S. Postal Service:**  Gulf Coast Claims Facility ("GCCF")
   Kenneth R. Feinberg, Administrator
   P.O. Box 9658
   Dublin, OH 43017-4958

2. **Overnight, Certified or Registered Mail:** Gulf Coast Claims Facility ("GCCF")
   Kenneth R. Feinberg, Administrator
   5151 Blazer Pkwy., Suite A
   Dublin, OH 43017

3. **Fax:** 1-866-682-1772

4. **Email:** info@gccf-claims.com

QUESTIONS? CALL TOLL FREE (MULTILINGUAL): 1-800-916-4893
TTY TELEPHONE LINE: 1-866-682-1758





# Gulf Coast Claims Facility
# Document Separator Sheet

BP Invoices for Gill Johnson, Sr.

**Boat 2**

| Date | Invoice # | Total | |
|---|---|---|---|
| 5/19 - 6/2/10 | GG1110 | $24,000.00 | |
| 6/3 - 6/16/10 | GG1114 | $22,400.00 | |
| 6/17 - 6/28/10 | GJ002 | $20,800.00 | |
| 7/6 - 7/11/10 | GJ006 | <u>$9,600.00</u> | |
| | | $76,800.00 | |
| minus | | $28,200.00 | deckhand pay |
| Total | | **$48,600.00** | |

**Lady Glenda**

| Date | Invoice # | Total | |
|---|---|---|---|
| 5/19 - 6/2/10 | GG1111 | $24,000.00 | |
| 6/3 - 6/16/10 | GG1113 | $22,400.00 | |
| 6/17 - 6/28/10 | GJ001 | <u>$20,300.00</u> | |
| | | $66,700.00 | |
| minus | | $24,600.00 | deckhand pay |
| Total | | **$42,100.00** | |

| | | | |
|---|---|---|---|
| Total of all invoices | | $143,500.00 | |
| Total paid to deckhands | | $52,800.00 | |
| | Net Total | **$90,700.00** | |



# Gulf Coast Claims Facility

# Document Separator Sheet

# FORM 40 — 2009 Alabama Individual Income Tax Return
## RESIDENTS & PART-YEAR RESIDENTS

For the year Jan. 1–Dec. 31, 2009, or other tax year: Beginning: ___ Ending: ___

Your social security number: ███-██-5798
Spouse's SSN if joint return: ___

Your first name: Gill  Initial: E  Last name: Johnson Sr
Spouse's first name: ___  Initial: ___  Last name: ___

Present home address: [redacted]
City, town or post office: [redacted]  State: ___  ZIP code: [redacted]

Check if address is outside U.S. ☐  Foreign Country ___

CHECK BOX IF AMENDED RETURN ☐

### Filing Status/Exemptions
- 1 ☒ $1,500 Single
- 2 ☐ $3,000 Married filing joint
- 3 ☐ $1,500 Married filing separate. Complete Spouse SSN ___
- 4 ☐ $3,000 Head of Family (with qualifying person)

### Income and Adjustments

| Line | Description | A - Alabama tax withheld | B - Income |
|---|---|---|---|
| 5 | Wages, salaries, tips, etc. | | |
| 5a | | 00 | 00 |
| 5b | | 00 | 00 |
| 5c | | 00 | 00 |
| 5d | | 00 | 00 |
| 6 | Interest and dividend income (also attach Schedule B if over $1,500) | | 00 |
| 7 | Other income (from page 2, Part I, line 9) | | 102000 00 |
| 8 | Total Income. Add amounts in the income column for line 5a through line 7 | | 102000 00 |
| 9 | Total adjustments to income (from page 2, Part II, line 10) | | 00 |
| 10 | Adjusted gross income. Subtract line 9 from line 8 | | 102000 00 |

### Deductions

- 11 Check box a, if you itemize deductions, and enter amount from Schedule A, line 27.
- Check box b, if you do not itemize deductions, and enter standard deduction (see instr.)
- Box a or b MUST be checked
- ☐ a  Itemized Deductions
- ☒ b  Standard Deduction .... 11  2000 00

You Must Attach page 2 of Federal Form 1040, Fed. Form 1040A, Fed. Form 1040NR, or page 1 of 1040EZ, if claiming a ded. on line 12.

| 12 | Federal tax deduction (see instructions) DO NOT ENTER THE FEDERAL TAX WITHHELD FROM YOUR FORM W-2(S) | 17635 00 |
| 13 | Personal exemption (from line 1, 2, 3, or 4) | 1500 00 |
| 14 | Dependent exemption (from page 2, Part III, line 2) | 00 |
| 15 | Total deductions. Add lines 11, 12, 13, and 14 | 21135 00 |
| 16 | Taxable Income. Subtract line 15 from line 10 | 80865 00 |

### Tax
Staple Form(s) W-2, W-2G, and/or 1099 here.

| 17 | Income Tax due. Enter amount from tax table or check if from ☐ Form NOL-85A | 4003 00 |
| 18 | Less credits from: ☐ Schedule CR and/or ☐ Schedule OC | 0 00 |
| 19a | Net tax due Alabama. Subtract line 18 from line 17 | 4003 00 |
| 19b | Consumer Use Tax (use worksheet in the instructions) | 00 |
| 20 | Alabama Election Campaign Fund. You may make a voluntary contribution to the following: | |
| 20a | a  Alabama Democratic Party  ☐ $1  ☒ $2  none | 00 |
| 20b | b  Alabama Republican Party  ☐ $1  ☒ $2  none | 00 |
| 21 | Total tax liability and voluntary contribution. Add lines 19a, 19b, 20a, and 20b | 4003 00 |

### Payments

| 22 | Alabama income tax withheld (from Forms W-2, W-2G, and/or 1099) | 00 |
| 23 | 2009 estimated tax payments/Automatic Extension Payment | 00 |
| 24 | Amended Returns Only - Previous payments (see instructions) | 00 |
| 25 | Total payments. Add lines 22, 23 and 24 | 00 |
| 26 | Amended Returns Only - Previous refund (see instructions) | 00 |
| 27 | Adjusted Total Payments. Subtract line 26 from line 25 | 00 |

### AMOUNT YOU OWE

| 28 | If line 21 is larger than line 27, subtract line 27 from line 21, and enter AMOUNT YOU OWE. Place payment, along with Form 40V, loose in the mailing envelope. (FORM 40V MUST ACCOMPANY PAYMENT.) | 4403 00 |
| 29 | Estimated tax penalty. Also include on line 28 (see instructions) | 400 00 |

### OVERPAID

| 30 | If line 27 is larger than line 21, subtract line 21 from line 27, & enter amount OVERPAID | 00 |
| 31 | Amount of line 30 to be applied to your 2010 estimated tax | 00 |

### Donations
| 32 | Total Donation Check-offs from Schedule DC, line 2 | 00 |

### REFUND
| 33 | REFUNDED TO YOU. (CAUTION: You must sign this return on pg. 2.) Subtract lines 31 and 32 from line 30. For Direct Deposit, check here ☐ and complete Part V, Page 2 | 00 |

Form 40 (2009)   Gill E Johnson Sr                                                                                -5798   Page 2

### PART I — Other Income (see instructions)

| Line | Description | Amount |
|---|---|---|
| 1 | Alimony received | 00 |
| 2 | Business income or (loss) (attach Federal Schedule C or C-EZ) (see instructions) | 102000 00 |
| 3 | Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | 00 |
| 4a | Total IRA distributions | 00 |
| 4b | Taxable amount (see instructions) | 00 |
| 5a | Total pensions & annuities | 00 |
| 5b | Taxable amount (see instructions) | 00 |
| 6 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 00 |
| 7 | Farm income or (loss) (attach Federal Schedule F) | 00 |
| 8 | Other income (state nature & source - see inst.) | 00 |
| 9 | **Total other income.** Add lines 1 through 8. Enter here and also on page 1, line 7 | 102000 00 |

### PART II — Adjustments to Income (see instructions)

| Line | Description | Amount |
|---|---|---|
| 1a | Your IRA deduction | 00 |
| 1b | Spouse's IRA deduction | 00 |
| 2 | Payments to a Keogh retirement plan and self-employment SEP deduction | 00 |
| 3 | Penalty on early withdrawal of savings | 00 |
| 4 | Alimony pd. Recipient's last name _____ SSN _____ | 00 |
| 5 | Adoption expenses | 00 |
| 6 | Moving Expenses (Attach Fed. Fm. 3903) to City _____ State _____ ZIP _____ | 00 |
| 7 | Self-employed health insurance deduction | 00 |
| 8 | Payments to Alabama PACT Program or Alabama College Education Savings Program | 00 |
| 9 | Health insurance deduction for small employer employee (see instructions) | |
| 10 | **Total adjustments.** Add lines 1 through 9. Enter here and also on page 1, line 9 | 00 |

### PART III — Dependents

Do not include yourself or your spouse (See instructions)

1a Dependents:
(1) First name / Last name   (2) Dependent's social security number   (3) Dependent's relationship to you.   (4) Did you provide more than 1/2 dep. support?

b Total number of dependents claimed above

2 Amount allowed. (Multiply the total number of dependents claimed on line 1b by the amt. from the dependent chart in the instr.) Enter amount here and on page 1, line 14 ............................................ 2   00

### PART IV — General Information — All Taxpayers Must Complete This Section. (See instructions)

1 Residency  Check only one box  ▶ [X] Full Year   [ ] Part Year From _____ 2009 through _____ 2009.
2 Did you file an AL income tax return for the year 2008?  [X] Yes  [ ] No  If no, state reason _____
3 Give name and address of present employer(s). Yours _____ Your Spouse's _____
4 Enter the Fed. Adjusted Gross Income  $ 94794  and Fed. Taxable Income  $ 85444  as reported on your 2009 Federal Individual Income Tax Return.
5 Do you have income which is reported on your Federal return, but not reported on your AL return (other than your state tax refund)?  [ ] Yes  [X] No
  If yes, enter source(s) and amount(s) below: (other than state income tax refund)
  Source _____ Amount _____ 00
  Source _____ Amount _____ 00
6 Do you have income included in this return from a grantor trust?  [ ] Yes  [X] No

### PART V — Direct Deposit

For Direct Deposit of your refund, complete 1, 2, and 3 below. (See instructions to see if you qualify.)
1 Routing #: _____   2 Type: [ ] Checking  [ ] Savings   3 Acct. #: _____
4 Is this refund going to or through an account that is located outside the United States?  [ ] Yes  [ ] No

### Sign Here In Black Ink

Keep a copy of this return for your records.

[ ] I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____  Date 8/24/10  Daytime telephone number _____  Your occupation  Commercial Fisherman
Spouse's signature (If joint return, BOTH must sign)  Date _____  Daytime telephone number _____  Spouse's occupation _____

### Paid Preparer's Use Only

Preparer's signature  Leada Fisher  Date 08/23/2010  Check if self-employed [ ]  Preparer's SSN or PTIN _____-5401
Firm's name (or yours if self employed) Fisher Accounting   Daytime telephone number 251-973-2424   E.I. No. 94-3418037
and address 3024 Belle Fontaine Circle THEODORE AL   ZIP Code 36582-

### WHERE TO FILE FORM 40

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below.

If you are **not** making a payment, mail your return to:
Alabama Department of Revenue
P.O. Box 154
Montgomery, AL. 36135-0001

If you are making a payment, mail your return, Form 40V, and payment to:
Alabama Department of Revenue
P.O. Box 2401
Montgomery, AL. 36140-0001

Mail **only** your 2009 Form 40 to one of the above addresses. Prior year returns, and all other correspondence should be mailed to Alabama Department of Revenue, P.O. Box 327464, Montgomery, AL 36132-7464.

Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.   AL40$$$2   Rev. 1   AL45

# Form 1040 — U.S. Individual Income Tax Return (2009)

Department of the Treasury - Internal Revenue Service

For the year Jan. 1-Dec. 31, 2009, or other tax year beginning _____, 2009, ending _____, 20 _____

OMB No. 1545-0074

**Label**

Name: Gill E Johnson Sr

Your social security number: ___-__-5798

*COPY*

## Filing Status

- [X] 1 Single
- [ ] 2 Married filing jointly (even if only one had income)
- [ ] 3 Married filing separately. Enter spouse's SSN above and full name here.
- [ ] 4 Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
- [ ] 5 Qualifying widow(er) with dependent child (see instructions)

## Exemptions

- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b [ ] Spouse

Boxes checked on 6a and 6b: **1**
No. of children on 6c who: lived with you: 0; did not live with you due to divorce or separation: 0; Dependents on 6c not entered above: 0

Add numbers on lines above ▶ **1**

d Total number of exemptions claimed

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 102,000. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see inst.) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see instructions) | |
| 20a | Social security benefits | |
| 20b | Taxable amount (see inst.) | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 102,000. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 7,206. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 7,206. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 94,794. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form **1040** (2009)

BCA  Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.   US1040$1   Rev. 1

Form 1040 (2009)   Gill E Johnson Sr                                                        5798            Page 2

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 94,794. |
| 39a | Check if: ☐ You were born before Jan. 2, 1945, ☐ Blind. ☐ Spouse was born before Jan. 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ ☐ | |
| 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 5,700. |
| 40b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) ▶ ☐ | |
| 41 | Subtract line 40a from line 38 | 89,094. |
| 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | 3,650. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 85,444. |
| 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 17,639. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Add lines 44 and 45 | 17,639. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Education credits from Form 8863, line 29 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | |
| 51 | Child tax credit (see instructions) | |
| 52 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | |
| 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | |
| 54 | Add lines 47 through 53. These are your total credits | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | 17,639. |
| 56 | Self-employment tax. Attach Schedule SE | 14,412. |
| 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 59 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Sch. H | |
| 60 | Add lines 55 through 59. This is your total tax | 32,051. |
| 61 | Federal income tax withheld from Forms W-2 and 1099 | |
| 62 | 2009 estimated tax payments and amount applied from 2008 return | |
| 63 | Making work pay and government retiree credits. Attach Schedule M | 4. |
| 64a | Earned income credit (EIC) | |
| 64b | Nontaxable combat pay election | |
| 65 | Additional child tax credit. Attach Form 8812 | |
| 66 | Refundable education credit from Form 8863, line 16 | |
| 67 | First-time homebuyer credit. Attach Form 5405 | |
| 68 | Amount paid with request for extension to file (see inst.) | |
| 69 | Excess social security and tier 1 RRTA tax withheld (see inst.) | |
| 70 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | |
| 71 | Add lines 61, 62, 63, 64a and 65 through 70. These are your total payments | 4. |
| 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | |
| 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ | |
| 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see inst. | 32,814. |
| 76 | Estimated tax penalty (see instructions) | 767. |

Third Party Designee: Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following.  ☒ No

Sign Here — Joint return? See instr. Keep a copy for your records.
Your occupation: Commercial Fisherman

Paid Preparer's Use Only:
Preparer's signature: Leada Fisher
Date: 08/23/2010
PTIN: 5401
Firm's name: Fisher Accounting Service Inc
3024 Belle Fontaine Circle
THEODORE AL 36582-
EIN: 94-3418037
Phone no. 251-973-2424

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040). | OMB No. 1545-0074 **2009** Attachment Sequence No. **09** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | |

Name of proprietor: **Gill E Johnson Sr**  
Social security number (SSN): 5798

A Principal business or profession, including product or service (see instructions): **Commercial Fishing**  
B Enter code from instr.: **114110**

C Business name. If no separate business name, leave blank.  
D Employer ID no. (EIN), if any

E Business address (including suite or room no.) ▶ **same**  
City, town or post office, state, and ZIP code

F Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2009? If "No," see instructions for limit on losses ...... ☒ Yes  ☐ No

H If you started or acquired this business during 2009, check here ................................................. ▶ ☐

### Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses. | ▶ ☐ | **1** 242,126. |
| 2 | Returns and allowances | | **2** |
| 3 | Subtract line 2 from line 1 | | **3** 242,126. |
| 4 | Cost of goods sold (from line 42 on page 2) | | **4** 92,000. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | | **5** 150,126. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | | **6** |
| 7 | **Gross Income.** Add lines 5 and 6 | ▶ | **7** 150,126. |

### Part II   Expenses.   Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---:|---:|
| 8 | Advertising | **8** | | 18 Office expense | **18** | |
| 9 | Car and truck expenses (see instructions) | **9** | | 19 Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees | **10** | | 20 Rent or lease (see instructions):<br>a Vehicles, machinery, and equipment | **20a** | |
| 11 | Contract labor (see instructions) | **11** | | b Other business property | **20b** | |
| 12 | Depletion | **12** | | 21 Repairs and maintenance | **21** | 24,000. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 22 Supplies (not included in Part III) | **22** | 20,000. |
| | | | | 23 Taxes and licenses | **23** | 526. |
| 14 | Employee benefit programs (other than on line 19) | **14** | | 24 Travel, meals, and entertainment:<br>a Travel | **24a** | 1,200. |
| 15 | Insurance (other than health) | **15** | | b Deductible meals and entertainment (see instructions) | **24b** | |
| 16 | Interest: | | | 25 Utilities | **25** | |
| | a Mortgage (paid to banks, etc.) | **16a** | | 26 Wages (less employment credits) | **26** | |
| | b Other | **16b** | | 27 Other expenses (from line 48 on page 2) | **27** | |
| 17 | Legal and professional services | **17** | 2,400. | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 | | | | ▶ **28** | 48,126. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | **29** | 102,000. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | | | | **31** | 102,000. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see Instructions.        Schedule C (Form 1040) 2009

BCA   Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.        USSCHC$1        Rev. 1

Schedule C (Form 1040) 2009 Gill E Johnson Sr █████ 5798 Page 2

### Part III — Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: **a** [X] Cost **b** [ ] Lower of cost or market **c** [ ] Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............... [ ] Yes [X] No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | 60,000. |
| 38 Materials and supplies | 38 | 32,000. |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | 92,000. |
| 41 Inventory at end of year | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 92,000. |

### Part IV — Information on Your Vehicle.
Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44 Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

**a** Business _____ **b** Commuting (see instr.) _____ **c** Other _____

45 Was your vehicle available for personal use during off-duty hours? ............... [ ] Yes [ ] No

46 Do you (or your spouse) have another vehicle available for personal use? ............... [ ] Yes [ ] No

47a Do you have evidence to support your deduction? ............... [ ] Yes [ ] No

**b** If "Yes," is the evidence written? ............... [ ] Yes [ ] No

### Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27 | 48 |

Schedule C (Form 1040) 2009

BCA Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved. USSCHC$2 Rev. 1

Schedule SE (Form 1040) 2009     Attachment Sequence No. 17     Page 2

Name of person with self-employment income (as shown on Form 1040): **Gill E Johnson Sr**

Social security number of person with self-employment income ▶ ████ 5798

### Section B - Long Schedule SE

**Part I    Self-Employment Tax**

**Note.** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is **not** church employee income. See Instructions.

A   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ............................................................. ▶ ☐

| | | |
|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip lines 1a and 1b if you use the farm optional method (see instructions) | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y ...... **1b** | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) **2** | 102,000. |
| 3 | Combine lines 1a, 1b, and 2 .......... **3** | 102,000. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 .......... **4a** | 94,197. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here .......... **4b** | |
| c | Combine lines 4a and 4b. If less than $400, **stop;** you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue ▶ **4c** | 94,197. |
| 5a | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income ................. **5a** | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- .......... **5b** | |
| 6 | Net earnings from self-employment. Add lines 4c and 5b .......... **6** | 94,197. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2009 .......... **7** | 106,800.00 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $106,800 or more, skip lines 8b through 10, and go to line 11 ......... **8a** | |
| b | Unreported tips subject to social security tax (from Form 4137, line 10) ......... **8b** | |
| c | Wages subject to social security tax (from Form 8919, line 10) ...... **8c** | |
| d | Add lines 8a, 8b, and 8c .......... **8d** | |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ **9** | 106,800. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) .......... **10** | 11,680. |
| 11 | Multiply line 6 by 2.9% (.029) .......... **11** | 2,732. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 56** .......... **12** | 14,412. |
| 13 | Deduction for one-half of self-employment tax. Multiply line 12 by 50% (.50). Enter the result here and on **Form 1040, line 27** ......... **13** 7,206. | |

**Part II    Optional Methods To Figure Net Earnings**    (see instructions)

**Farm Optional Method.** You may use this method **only if (a)** your gross farm income [1] was not more than $6,540 **or (b)** your net farm profits [2] were less than $4,721.

| | | |
|---|---|---|
| 14 | Maximum income for optional methods ............................................ **14** | 4,360.00 |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income [1] (not less than zero) **or** $4,360. Also include this amount on line 4b above .......... **15** | |

**Nonfarm Optional Method.** You may use this method **only if (a)** your net nonfarm profits [3] were less than $4,721 and also less than 72.189% of your gross nonfarm income, [4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution.** You may use this method no more than five times.

| | | |
|---|---|---|
| 16 | Subtract line 15 from line 14 .......... **16** | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income [4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above .......... **17** | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9, code J1.

[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9, code J2.

| SCHEDULE M | Making Work Pay and Government Retiree Credits | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040A or 1040) | | 2009 |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040A, 1040, or 1040NR.    ▶ See separate instructions. | Attachment Sequence No. 166 |

Name(s) shown on return: Gill E Johnson Sr

Social security number: ****5798

**1 a** **Important:** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR.
Check the "No" box below and see the instructions if (a) you have a net loss from a business, (b) you received a taxable scholarship or fellowship grant not reported on a Form W-2 (c) your wages include pay for work performed while an inmate in a penal institution, (d) you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or (e) you are filing Form 2555 or 2555-EZ.

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?
☐ **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
☒ **No.** Enter your earned income (see instructions) .................................... **1a** | 94,794.

**b** Nontaxable combat pay included on line 1a (see instructions) ............................. **1b**

**2** Multiply line 1a by 6.2% (.062) ...................................................... **2** | 5,877.

**3** Enter $400 ($800 if married filing jointly) .............................................. **3** | 400.

**4** Enter the **smaller** of line 2 or line 3 (unless you checked "Yes" on line 1a) ............................ **4** | 400.

**5** Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 ............... **5** | 94,794.

**6** Enter $75,000 ($150,000 if married filing jointly) ........................................ **6** | 75,000.

**7** Is the amount on line 5 more than the amount on line 6?
☐ **No.**   Skip line 8. Enter the amount from line 4 on line 9 below.
☒ **Yes.**  Subtract line 6 form line 5 ...................................................... **7** | 19,794.

**8** Multiply line 7 by 2% (.02) ...................................................................... **8** | 396.

**9** Subtract line 8 from line 4. If zero or less, enter -0- ......................................... **9** | 4.

**10** Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions).
☒ **No.**   Enter -0- on line 10 and go to line 11.
☐ **Yes.**  Enter the total of the payments received by you (and your spouse, if filing jointly).
Do not enter more than $250 ($500 if married filing jointly) ............................. **10**

**11** Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U.S. Government or any U.S. state or local government from work not covered by social security? Do not include any pension or annuity reported on Form W-2.
☒ **No.**   Enter -0- on line 11 and go to line 12.
☐ **Yes.**  • If you checked "No" on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is "Yes" for both spouses)
• If you checked "Yes" on line 10, enter -0- (exception: enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) ............................. **11**

**12** Add lines 10 and 11 ........................................................................ **12**

**13** Subtract line 12 from line 9. If zero or less, enter -0- ........................................ **13** | 4.

**14** **Making work pay and government retiree credits.** Add lines 11 and 13. Enter the result here and on Form 1040, line 63; Form 1040A, line 40; or Form 1040NR, line 60 .................................................. **14** | 4.

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR instructions.   Schedule M (Form 1040A or 1040) 2009

BCA   Copyright form software only, 2009 Universal Tax Systems, Inc. All rights reserved.   USSCHM$1   Rev. 1