

# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|  |  |
|---|---|
| Request Date: | 07-31-2014 |
| Response Date: | 07-31-2014 |
| Tracking Number: | 100207474697 |

FORM NUMBER:      1040

TAX PERIOD:      Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:      ▮▮▮-5798

GILL E JOHNSON

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                          0.00
ACCRUED INTEREST:                         0.00     AS OF: Jan. 13, 2014
ACCRUED PENALTY:                          0.00     AS OF: Jan. 13, 2014

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                 00
FILING STATUS:                    Head of Household
ADJUSTED GROSS INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME TAXPAYER:
SE TAXABLE INCOME SPOUSE:
TOTAL SELF EMPLOYMENT TAX:

RETURN NOT PRESENT FOR THIS ACCOUNT

```
                            TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed |  |  |  |
| 960 | Appointed representative |  | 11-21-2012 | $0.00 |
| 960 | Appointed representative |  | 01-20-2014 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```

Case 2:10-md-02179-CJB-DPC   Document 13543-7   Filed 10/23/14   Page 2 of 27



## Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|                  |            |
|------------------|------------|
| Request Date:    | 07-31-2014 |
| Response Date:   | 07-31-2014 |
| Tracking Number: | 100207474697 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:     ███-5798

GILL E JOHNSON

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                          0.00
ACCRUED INTEREST:                         0.00    AS OF: Jan. 13, 2014
ACCRUED PENALTY:                          0.00    AS OF: Jan. 13, 2014

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                 00
FILING STATUS:                        Head of Household
ADJUSTED GROSS INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME TAXPAYER:
SE TAXABLE INCOME SPOUSE:
TOTAL SELF EMPLOYMENT TAX:

RETURN NOT PRESENT FOR THIS ACCOUNT

| TRANSACTIONS | | | | |
|------|-------------------------|-------|------------|--------|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| n/a  | No tax return filed |       |            |        |
| 960  | Appointed representative |       | 11-21-2012 | $0.00 |
| 960  | Appointed representative |       | 01-20-2014 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
United States Department of the Treasury

┌─────────────────────────────────────────────────────────────────────┐
│           This Product Contains Sensitive Taxpayer Data               │
└─────────────────────────────────────────────────────────────────────┘

# Record of Account

| | | |
|---|---|---|
| Request Date: | | 07-31-2014 |
| Response Date: | | 07-31-2014 |
| Tracking Number: | | 100207474697 |

FORM NUMBER:       1040

TAX PERIOD:        Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:    ██████-5798

GILL E JOHNSON

```
        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---
```

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 22,236.67 | |
| ACCRUED INTEREST: | 1,565.22 | AS OF: Aug. 11, 2014 |
| ACCRUED PENALTY: | 3,148.86 | AS OF: Aug. 11, 2014 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            26,950.75

```
       ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
```

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 70,730.00 |
| TAXABLE INCOME: | 61,380.00 |
| TAX PER RETURN: | 20,606.00 |
| SE TAXABLE INCOME TAXPAYER: | 59,354.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 9,081.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jul. 25, 2012 |
| PROCESSING DATE | Sep. 03, 2012 |

┌─────────────────────────────────────────────────────────────────────┐
│                           TRANSACTIONS                                │
└─────────────────────────────────────────────────────────────────────┘

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20123405 | 09-03-2012 | $20,606.00 |
| n/a | 09221-217-21603-2 | | | |
| 140 | Inquiry for non-filing of tax return | | 11-22-2011 | $0.00 |
| 971 | Notice issued<br>CP 0059 | | 12-12-2011 | $0.00 |
| 766 | Credit to your account | | 04-15-2011 | -$400.00 |
| 170 | Penalty for not pre-paying tax | 20123405 | 09-03-2012 | $433.00 |
| 166 | Penalty for filing tax return after the due date | 20123405 | 09-03-2012 | $4,546.35 |

| | | | |
|---|---|---|---|
| 276 | Penalty for late payment of tax | 20123405 09-03-2012 | $1,717.51 |
| 196 | Interest charged for late payment | 20123405 09-03-2012 | $1,170.81 |
| 971 | Notice issued<br>CP 0014 | 09-03-2012 | $0.00 |
| 960 | Appointed representative | 11-21-2012 | $0.00 |
| 971 | Tax period blocked from automated levy program | 02-11-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 01-16-2013 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | 01-19-2013 | $0.00 |
| 971 | Collection due process request received timely | 01-29-2013 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | 01-29-2013 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 01-29-2013 | $0.00 |
| 971 | Pending installment agreement | 04-03-2013 | $0.00 |
| 290 | Additional tax assessed | 20131605 05-06-2013 | $0.00 |
| n/a | 49254-506-18043-3 | | |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | 04-16-2013 | $0.00 |
| 971 | Notice issued<br>CP 0055 | 05-06-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 04-03-2013 | $0.00 |
| 971 | Installment agreement established | 04-18-2013 | $0.00 |
| 670 | Payment | 06-03-2013 | -$377.00 |
| 960 | Appointed representative | 06-21-2013 | $0.00 |
| 670 | Payment | 07-03-2013 | -$420.00 |
| 672 | Removed payment<br>CIVIL PENALTY 201301<br>████-5798 | 06-03-2013 | $43.00 |
| 673 | Payment | 06-03-2013 | -$43.00 |
| 670 | Payment | 08-05-2013 | -$420.00 |
| 670 | Payment | 09-03-2013 | -$420.00 |
| 670 | Payment | 10-03-2013 | -$420.00 |
| 670 | Payment | 11-04-2013 | -$420.00 |
| 670 | Payment | 12-03-2013 | -$420.00 |
| 670 | Payment | 01-08-2014 | -$420.00 |
| 670 | Payment | 02-03-2014 | -$420.00 |
| 670 | Payment | 03-03-2014 | -$420.00 |
| 670 | | 04-03-2014 | -$420.00 |

```
        Payment

670     Payment                                          05-05-2014        -$420.00

670     Payment                                          06-03-2014        -$420.00

670     Payment                                          07-03-2014        -$420.00
```

**SSN Provided:** ███-5798
**Tax Period Ending:** Dec. 31, 2010

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

**SSN:**                        ███-5798
**SPOUSE SSN:**
NAME(S) SHOWN ON RETURN: GILL E JOHNSON

ADDRESS:                 ████████████████0

```
FILING STATUS:                    Single
FORM NUMBER:                        1040
CYCLE POSTED:                   20123405
RECEIVED DATE:              Jul.25, 2012
REMITTANCE:                        $0.00
EXEMPTION NUMBER:                      1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:    000000
PREPARER SSN:                   ███-7741
PREPARER EIN:                 63-1113479
```

## Income

```
WAGES, SALARIES, TIPS, ETC:                                      $0.00
TAXABLE INTEREST INCOME: SCH B:                                  $0.00
TAX-EXEMPT INTEREST:                                             $0.00
ORDINARY DIVIDEND INCOME: SCH B:                                 $0.00
QUALIFIED DIVIDENDS:                                             $0.00
REFUNDS OF STATE/LOCAL TAXES:                                    $0.00
ALIMONY RECEIVED:                                                $0.00
BUSINESS INCOME OR LOSS (Schedule C):                       $64,271.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:                $64,271.00
CAPITAL GAIN OR LOSS: (Schedule D):                             $0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:                      $0.00
OTHER GAINS OR LOSSES (Form 4797):                             $0.00
TOTAL IRA DISTRIBUTIONS:                                        $0.00
TAXABLE IRA DISTRIBUTIONS:                                      $0.00
TOTAL PENSIONS AND ANNUITIES:                                   $0.00
TAXABLE PENSION/ANNUITY AMOUNT:                                 $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):                  $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:     $0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:                         $0.00
```

```
ESTATE/TRUST INCOME/LOSS PER COMPUTER:                              $0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:                        $0.00
FARM INCOME OR LOSS (Schedule F):                                   $0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:                      $0.00
UNEMPLOYMENT COMPENSATION:                                          $0.00
TOTAL SOCIAL SECURITY BENEFITS:                                     $0.00
TAXABLE SOCIAL SECURITY BENEFITS:                                   $0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:                      $0.00
OTHER INCOME:                                                  $11,000.00
SCHEDULE EIC SE INCOME PER COMPUTER:                                $0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:                            $0.00
SCH EIC DISQUALIFIED INC COMPUTER:                                  $0.00
TOTAL INCOME:                                                  $75,271.00
TOTAL INCOME PER COMPUTER:                                     $75,271.00
```

## Adjustments to Income

```
EDUCATOR EXPENSES:                                                  $0.00
EDUCATOR EXPENSES PER COMPUTER:                                     $0.00
RESERVIST AND OTHER BUSINESS EXPENSE:                               $0.00
HEALTH SAVINGS ACCT DEDUCTION:                                      $0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:                           $0.00
MOVING EXPENSES: F3903:                                             $0.00
SELF EMPLOYMENT TAX DEDUCTION:                                  $4,541.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:                     $4,541.00
KEOGH/SEP CONTRIBUTION DEDUCTION:                                   $0.00
SELF-EMP HEALTH INS DEDUCTION:                                      $0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:                                $0.00
ALIMONY PAID SSN:
ALIMONY PAID:                                                       $0.00
IRA DEDUCTION:                                                      $0.00
IRA DEDUCTION PER COMPUTER:                                         $0.00
STUDENT LOAN INTEREST DEDUCTION:                                    $0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:                       $0.00
TUITION AND FEES DEDUCTION:                                         $0.00
TUITION AND FEES DEDUCTION PER COMPUTER:                            $0.00
JURY DUTY PAY DEDUCTION:                                            $0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:                           $0.00
OTHER ADJUSTMENTS:                                                  $0.00
ARCHER MSA DEDUCTION:                                               $0.00
ARCHER MSA DEDUCTION PER COMPUTER:                                  $0.00
TOTAL ADJUSTMENTS:                                              $4,541.00
TOTAL ADJUSTMENTS PER COMPUTER:                                 $4,541.00
ADJUSTED GROSS INCOME:                                         $70,730.00
ADJUSTED GROSS INCOME PER COMPUTER:                            $70,730.00
```

## Tax and Credits

```
65-OR-OVER:                                                           NO
BLIND:                                                                NO
SPOUSE 65-OR-OVER:                                                    NO
SPOUSE BLIND:                                                         NO
STANDARD DEDUCTION PER COMPUTER:                               $5,700.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                         $0.00
TAX TABLE INCOME PER COMPUTER:                                 $65,030.00
EXEMPTION AMOUNT PER COMPUTER:                                  $3,650.00
TAXABLE INCOME:                                                $61,380.00
TAXABLE INCOME PER COMPUTER:                                   $61,380.00
TOTAL POSITIVE INCOME PER COMPUTER:                            $75,271.00
TENTATIVE TAX:                                                 $11,525.00
TENTATIVE TAX PER COMPUTER:                                    $11,525.00
FORM 8814 ADDITIONAL TAX AMOUNT:                                    $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:                     $0.00
```

```
FORM 6251 ALTERNATIVE MINIMUM TAX:                                        $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:                           $0.00
FOREIGN TAX CREDIT:                                                       $0.00
FOREIGN TAX CREDIT PER COMPUTER:                                          $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                                    $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                                $0.00
CHILD & DEPENDENT CARE CREDIT:                                            $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                               $0.00
CREDIT FOR ELDERLY AND DISABLED:                                          $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                             $0.00
EDUCATION CREDIT:                                                         $0.00
EDUCATION CREDIT PER COMPUTER:                                            $0.00
GROSS EDUCATION CREDIT PER COMPUTER:                                      $0.00
RETIREMENT SAVINGS CNTRB CREDIT:                                          $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                             $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                                           $0.00
SEC RET SAV CNTRB: F8880 LN6B:                                            $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                       $0.00
RESIDENTIAL ENERGY CREDIT:                                                $0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                                   $0.00
CHILD TAX CREDIT:                                                         $0.00
CHILD TAX CREDIT PER COMPUTER:                                            $0.00
ADOPTION CREDIT: F8839:                                                   $0.00
ADOPTION CREDIT PER COMPUTER:                                             $0.00
FORM 8839 REFUND ADOPTION CREDIT AMOUNT:                                  $0.00
DC 1ST TIME HOMEBUYERS CREDIT:                                            $0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:                               $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:                                    $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:                       $0.00
F3800, F8801 AND OTHER CREDIT AMOUNT:                                     $0.00
FORM 3800 GENERAL BUSINESS CREDITS:                                       $0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:                          $0.00
PRIOR YR MIN TAX CREDIT: F8801:                                           $0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:                              $0.00
F8834 ELECTRIC VEHICLE CREDIT AMOUNT:                                     $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:                               $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:                            $0.00
OTHER CREDITS:                                                            $0.00
TOTAL CREDITS:                                                            $0.00
TOTAL CREDITS PER COMPUTER:                                               $0.00
INCOME TAX AFTER CREDITS PER COMPUTER:                               $11,525.00
```

## Other Taxes

```
SE TAX:                                                              $9,081.00
SE TAX PER COMPUTER:                                                 $9,081.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:                      $0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:         $0.00
TAX ON QUALIFIED PLANS F5329 (PR):                                       $0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:                               $0.00
IRAF TAX PER COMPUTER:                                                    $0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:                      $20,606.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:                       $20,606.00
ADVANCED EARNED INCOME CREDIT:                                            $0.00
RECOVERY REBATE CREDIT AMOUNT:                                           $0.00
UNPAID FICA ON REPORTED TIPS:                                            $0.00
OTHER TAXES:                                                             $0.00
RECAPTURE TAX: F8611:                                                    $0.00
HOUSEHOLD EMPLOYMENT TAXES:                                              $0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:                                 $0.00
RECAPTURE TAXES:                                                         $0.00
TOTAL ASSESSMENT PER COMPUTER:                                      $20,606.00
```

```
TOTAL TAX LIABILITY TP FIGURES:                                   $20,606.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                      $20,606.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:                                          $0.00
COBRA PREMIUM SUBSIDY:                                                $0.00
ESTIMATED TAX PAYMENTS:                                               $0.00
MAKING WORK PAY AND GOV'T RET CREDIT:                              $400.00
MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER:                 $400.00
MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED:                        $0.00
REFUNDABLE EDUCATION CREDIT:                                          $0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                            $0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:                                $0.00
EARNED INCOME CREDIT:                                                 $0.00
EARNED INCOME CREDIT PER COMPUTER:                                   $0.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:                          $0.00
SCHEDULE M NONTAXABLE COMBAT PAY:                                    $0.00
FORM 8812 NONTAXABLE COMBAT PAY:                                     $0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:                          $0.00
TOT SS/MEDICARE WITHHELD: F8812:                                     $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:                               $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:                  $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:                      $0.00
AMOUNT PAID WITH FORM 4868:                                          $0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:                       $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:                           $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:             $0.00
HEALTH COVERAGE TX CR: F8885:                                        $0.00
FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX:                 $0.00
FIRST TIME HOME BUYER CREDIT PER COMPUTER:                           $0.00
FIRST TIME HOME BUYER CREDIT:                                        $0.00
FIRST TIME HOME BUYER CREDIT VERIFIED:                               $0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:                   $0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:                 $0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:                        $0.00
FORM 2555 COMBINED EARNED INCOME AMOUNT PER COMPUTER:                $0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:            $0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:                        $0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):                    $0.00
FORM 2439, 8801, and OTHER CREDIT TOTAL AMT:                         $0.00
TOTAL PAYMENTS:                                                   $400.00
TOTAL PAYMENTS PER COMPUTER:                                      $400.00
```

## Refund or Amount Owed

```
AMOUNT YOU OWE:                                                  $20,639.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                                $0.00
ESTIMATED TAX PENALTY:                                            $433.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:                        $0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                     $20,639.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                        $20,639.00
FORM 8888 TOTAL REFUND PER COMPUTER:                                 $0.00
```

## Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:                                      12345
AUTHORIZATION INDICATOR:                                                 1
THIRD PARTY DESIGNEE NAME:                             JOEL HUNTER STRANGE
```

## Schedule C--Profit or Loss From Business

```
SOCIAL SECURITY NUMBER:                                        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
EMPLOYER ID NUMBER:
BUSINESS NAME:
DESCRIPTION OF BUSINESS/PROFESSION:                           BOAT CAPTAIN
```

Case 2:10-md-02179-CJB-DPC  Document 13543-7  Filed 10/23/14  Page 9 of 27

```
NAICS CODE:                                                          999999
ACCT MTHD:                                                             Cash
FIRST TIME SCHEDULE C FILED:                                             N
STATUTORY EMPLOYEE IND:                                                  N
```

**INCOME**

```
GROSS MERCHANT CARD AND THIRD PARTY NETWORK RECEIPTS AND SALES:       $0.00
GROSS RECEIPTS OR SALES (NON-MERCHANT-CARD AND NON-THIRD-PARTY):      $0.00
INCOME REPORTED TO YOU ON FORM W-2:                                   $0.00
TOTAL GROSS RECEIPTS:                                           $399,664.00
RETURNS AND ALLOWANCES:                                               $0.00
NET GROSS RECEIPTS:                                             $399,664.00
COST OF GOODS SOLD:                                             $223,149.00
SCHEDULE C FORM 1099 REQUIRED:                                        NONE
SCHEDULE C FORM 1099 FILED:                                           NONE
OTHER INCOME:                                                         $0.00
```

**EXPENSES**

```
CAR AND TRUCK EXPENSES:                                          $30,627.00
DEPRECIATION:                                                        $0.00
INSURANCE (OTHER THAN HEALTH):                                      $748.00
MORTGAGE INTEREST:                                                   $0.00
LEGAL AND PROFESSIONAL SERVICES:                                  $4,742.00
REPAIRS AND MAINTENANCE:                                         $20,204.00
TRAVEL:                                                           $2,015.00
MEALS AND ENTERTAINMENT:                                          $2,781.00
WAGES:                                                               $0.00
OTHER EXPENSES:                                                  $11,326.00
TOTAL EXPENSES:                                                 $112,244.00
EXP FOR BUSINESS USE OF HOME:                                        $0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:                          $64,271.00
AT RISK CD:                                          All investment at risk
OFFICE EXPENSE AMOUNT:                                             $534.00
UTILITIES EXPENSE AMOUNT:                                         $2,643.00
```

**COST OF GOODS SOLD**

```
INVENTORY AT BEGINNING OF YEAR:                                     $0.00
INVENTORY AT END OF YEAR:                                        $64,215.00
```

## Schedule SE--Self-Employment Tax

```
SSN OF SELF-EMPLOYED TAXPAYER:                                  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
NET FARM PROFIT/LOSS: SCH F:                                         $0.00
CONSERVATION RESERVE PROGRAM PAYMENTS:                              $0.00
NET NONFARM PROFIT/LOSS:                                         $64,271.00
TOTAL SE INCOME:                                                 $64,271.00
SE QUARTERS COVERED:                                                    4
TOTAL SE TAX PER COMPUTER:                                        $9,081.15
SE INCOME PER COMPUTER:                                          $59,354.00
TOTAL NET EARNINGS PER COMPUTER:                                 $59,354.00
```

**LONG FORM ONLY**

```
TENTATIVE CHURCH EARNINGS:                                          $0.00
TOTAL SOC SEC & RR WAGES:                                           $0.00
SE SS TAX COMPUTER:                                               $7,359.89
SE MEDICARE INCOME PER COMPUTER:                                 $59,354.00
SE MEDICARE TAX PER COMPUTER:                                     $1,721.26
SE FARM OPTION METHOD USED:                                            0
SE OPTIONAL METHOD INCOME:                                          $0.00
```

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**

```
GROSS EDUCATION CR PER COMPUTER:                                    $0.00
```

```
TOTAL EDUCATION CREDIT AMOUNT:                                    $0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:                       $0.00
```

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Record of Account

| | |
| --- | --- |
| Request Date: | 07-31-2014 |
| Response Date: | 07-31-2014 |
| Tracking Number: | 100207474697 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:    ████-5798

GILL E JOHNSON SR

██████████████████

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | --- | --- |
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jan. 13, 2014 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jan. 13, 2014 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
| --- | --- |
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 7,168.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
| --- | --- |
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jul. 20, 2012 |
| PROCESSING DATE | Aug. 13, 2012 |

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 150 | Tax return filed | 20123105 | 08-13-2012 | $0.00 |
| n/a | 76221-602-02657-2 | | | |
| 960 | Appointed representative | | 11-21-2012 | $0.00 |
| 960 | Appointed representative | | 06-21-2013 | $0.00 |

**SSN Provided:** ████-5798
**Tax Period Ending:** Dec. 31, 2011

The following items reflect the amount as shown on the return (PR), and the amount as adjusted
(PC), if applicable. They do not show subsequent activity on the account.

**SSN:** ████5798
**SPOUSE SSN:**
NAME(S) SHOWN ON RETURN: GILL E JOHNSON SR

ADDRESS: ████████████████

FILING STATUS:                              Single
FORM NUMBER:                                1040
CYCLE POSTED:                           20123105
RECEIVED DATE:                      Jul.20, 2012
REMITTANCE:                               $0.00
EXEMPTION NUMBER:                              1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:      000000
PREPARER SSN:                     ████-7741
PREPARER EIN:                       63-1113479

# Income

WAGES, SALARIES, TIPS, ETC:                                                  $0.00
TAXABLE INTEREST INCOME: SCH B:                                           $124.00
TAX-EXEMPT INTEREST:                                                         $0.00
ORDINARY DIVIDEND INCOME: SCH B:                                             $0.00
QUALIFIED DIVIDENDS:                                                         $0.00
REFUNDS OF STATE/LOCAL TAXES:                                                $0.00
ALIMONY RECEIVED:                                                            $0.00
BUSINESS INCOME OR LOSS (Schedule C):                                       $0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:                                $0.00
CAPITAL GAIN OR LOSS: (Schedule D):                                         $0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:                                  $0.00
OTHER GAINS OR LOSSES (Form 4797):                                          $0.00
TOTAL IRA DISTRIBUTIONS:                                                     $0.00
TAXABLE IRA DISTRIBUTIONS:                                                   $0.00
TOTAL PENSIONS AND ANNUITIES:                                               $0.00
TAXABLE PENSION/ANNUITY AMOUNT:                                             $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):                           $7,044.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:              $7,044.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:                                      $0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:                                      $0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:                            $7,044.00
FARM INCOME OR LOSS (Schedule F):                                           $0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:                              $0.00
UNEMPLOYMENT COMPENSATION:                                                  $0.00
TOTAL SOCIAL SECURITY BENEFITS:                                             $0.00
TAXABLE SOCIAL SECURITY BENEFITS:                                          $0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:                             $0.00
OTHER INCOME:                                                               $0.00
SCHEDULE EIC SE INCOME PER COMPUTER:                                        $0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:                                    $0.00

Case 2:10-md-02179-CJB-DPC   Document 13543-7   Filed 10/23/14   Page 13 of 27

```
SCH EIC DISQUALIFIED INC COMPUTER:                          $124.00
TOTAL INCOME:                                             $7,168.00
TOTAL INCOME PER COMPUTER:                               $7,168.00
```

## Adjustments to Income

```
EDUCATOR EXPENSES:                                           $0.00
EDUCATOR EXPENSES PER COMPUTER:                              $0.00
RESERVIST AND OTHER BUSINESS EXPENSE:                        $0.00
HEALTH SAVINGS ACCT DEDUCTION:                               $0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:                    $0.00
MOVING EXPENSES: F3903:                                      $0.00
SELF EMPLOYMENT TAX DEDUCTION:                               $0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:                  $0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:                            $0.00
SELF-EMP HEALTH INS DEDUCTION:                               $0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:                         $0.00
ALIMONY PAID SSN:
ALIMONY PAID:                                                $0.00
IRA DEDUCTION:                                               $0.00
IRA DEDUCTION PER COMPUTER:                                  $0.00
STUDENT LOAN INTEREST DEDUCTION:                             $0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:                $0.00
TUITION AND FEES DEDUCTION:                                  $0.00
TUITION AND FEES DEDUCTION PER COMPUTER:                     $0.00
JURY DUTY PAY DEDUCTION:                                     $0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:                    $0.00
OTHER ADJUSTMENTS:                                           $0.00
ARCHER MSA DEDUCTION:                                        $0.00
ARCHER MSA DEDUCTION PER COMPUTER:                           $0.00
TOTAL ADJUSTMENTS:                                           $0.00
TOTAL ADJUSTMENTS PER COMPUTER:                              $0.00
ADJUSTED GROSS INCOME:                                    $7,168.00
ADJUSTED GROSS INCOME PER COMPUTER:                       $7,168.00
```

## Tax and Credits

```
65-OR-OVER:                                                    NO
BLIND:                                                         NO
SPOUSE 65-OR-OVER:                                             NO
SPOUSE BLIND:                                                  NO
STANDARD DEDUCTION PER COMPUTER:                         $5,800.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                  $0.00
TAX TABLE INCOME PER COMPUTER:                           $1,368.00
EXEMPTION AMOUNT PER COMPUTER:                           $3,700.00
TAXABLE INCOME:                                              $0.00
TAXABLE INCOME PER COMPUTER:                                 $0.00
TOTAL POSITIVE INCOME PER COMPUTER:                      $7,168.00
TENTATIVE TAX:                                               $0.00
TENTATIVE TAX PER COMPUTER:                                  $0.00
FORM 8814 ADDITIONAL TAX AMOUNT:                             $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:              $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:                           $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:              $0.00
FOREIGN TAX CREDIT:                                          $0.00
FOREIGN TAX CREDIT PER COMPUTER:                             $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                       $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                   $0.00
CHILD & DEPENDENT CARE CREDIT:                               $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                  $0.00
CREDIT FOR ELDERLY AND DISABLED:                             $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                $0.00
EDUCATION CREDIT:                                            $0.00
```

```
EDUCATION CREDIT PER COMPUTER:                                         $0.00
GROSS EDUCATION CREDIT PER COMPUTER:                                   $0.00
RETIREMENT SAVINGS CNTRB CREDIT:                                       $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                          $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                                        $0.00
SEC RET SAV CNTRB: F8880 LN6B:                                         $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                    $0.00
RESIDENTIAL ENERGY CREDIT:                                             $0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                                $0.00
CHILD TAX CREDIT:                                                      $0.00
CHILD TAX CREDIT PER COMPUTER:                                         $0.00
ADOPTION CREDIT: F8839:                                                $0.00
ADOPTION CREDIT PER COMPUTER:                                          $0.00
FORM 8839 REFUND ADOPTION CREDIT AMOUNT:                               $0.00
DC 1ST TIME HOMEBUYERS CREDIT:                                         $0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:                            $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:                                 $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:                    $0.00
F3800, F8801 AND OTHER CREDIT AMOUNT:                                  $0.00
FORM 3800 GENERAL BUSINESS CREDITS:                                    $0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:                       $0.00
PRIOR YR MIN TAX CREDIT: F8801:                                        $0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:                           $0.00
F8834 ELECTRIC VEHICLE CREDIT AMOUNT:                                  $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:                            $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:                         $0.00
OTHER CREDITS:                                                         $0.00
TOTAL CREDITS:                                                         $0.00
TOTAL CREDITS PER COMPUTER:                                            $0.00
INCOME TAX AFTER CREDITS PER COMPUTER:                                 $0.00
```

## Other Taxes

```
SE TAX:                                                                $0.00
SE TAX PER COMPUTER:                                                   $0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:                   $0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:      $0.00
TAX ON QUALIFIED PLANS F5329 (PR):                                     $0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:                             $0.00
IRAF TAX PER COMPUTER:                                                 $0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:                         $0.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:                          $0.00
ADVANCED EARNED INCOME CREDIT:                                         $0.00
RECOVERY REBATE CREDIT AMOUNT:                                         $0.00
UNPAID FICA ON REPORTED TIPS:                                          $0.00
OTHER TAXES:                                                           $0.00
RECAPTURE TAX: F8611:                                                  $0.00
HOUSEHOLD EMPLOYMENT TAXES:                                            $0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:                               $0.00
RECAPTURE TAXES:                                                       $0.00
TOTAL ASSESSMENT PER COMPUTER:                                         $0.00
TOTAL TAX LIABILITY TP FIGURES:                                        $0.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                           $0.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:                                          $0.00
COBRA PREMIUM SUBSIDY:                                                $0.00
ESTIMATED TAX PAYMENTS:                                               $0.00
MAKING WORK PAY AND GOV'T RET CREDIT:                                 $0.00
MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER:                    $0.00
MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED:                        $0.00
REFUNDABLE EDUCATION CREDIT:                                          $0.00
```

| | |
|---|---|
| REFUNDABLE EDUCATION CREDIT PER COMPUTER: | $0.00 |
| REFUNDABLE EDUCATION CREDIT VERIFIED: | $0.00 |
| EARNED INCOME CREDIT: | $0.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $0.00 |
| EARNED INCOME CREDIT NONTAXABLE COMBAT PAY: | $0.00 |
| SCHEDULE M NONTAXABLE COMBAT PAY: | $0.00 |
| FORM 8812 NONTAXABLE COMBAT PAY: | $0.00 |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $0.00 |
| TOT SS/MEDICARE WITHHELD: F8812: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $0.00 |
| AMOUNT PAID WITH FORM 4868: | $0.00 |
| FORM 2439 REGULATED INVESTMENT COMPANY CREDIT: | $0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS: | $0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER: | $0.00 |
| HEALTH COVERAGE TX CR: F8885: | $0.00 |
| FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX: | $0.00 |
| FIRST TIME HOME BUYER CREDIT PER COMPUTER: | $0.00 |
| FIRST TIME HOME BUYER CREDIT: | $0.00 |
| FIRST TIME HOME BUYER CREDIT VERIFIED: | $0.00 |
| PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT: | $0.00 |
| SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT: | $0.00 |
| FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT: | $0.00 |
| FORM 2555 COMBINED EARNED INCOME AMOUNT PER COMPUTER: | $0.00 |
| FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER: | $0.00 |
| SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER: | $0.00 |
| SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2): | $0.00 |
| FORM 2439, 8801, and OTHER CREDIT TOTAL AMT: | $0.00 |
| TOTAL PAYMENTS: | $0.00 |
| TOTAL PAYMENTS PER COMPUTER: | $0.00 |

## Refund or Amount Owed

| | |
|---|---|
| AMOUNT YOU OWE: | $0.00 |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX: | $0.00 |
| ESTIMATED TAX PENALTY: | $0.00 |
| TAX ON INCOME LESS STATE REFUND PER COMPUTER: | $0.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $0.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $0.00 |
| FORM 8888 TOTAL REFUND PER COMPUTER: | $0.00 |

## Third Party Designee

| | |
|---|---|
| THIRD PARTY DESIGNEE ID NUMBER: | 12345 |
| AUTHORIZATION INDICATOR: | 1 |
| THIRD PARTY DESIGNEE NAME: | JOEL HUNTER STRANGE |

## Schedule C--Profit or Loss From Business

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | ████5798 |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | NONE |
| DESCRIPTION OF BUSINESS/PROFESSION: | OYSTER HARVESTING |
| NAICS CODE: | 114110 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

### INCOME

| | |
|---|---|
| GROSS MERCHANT CARD AND THIRD PARTY NETWORK RECEIPTS AND SALES: | $0.00 |
| GROSS RECEIPTS OR SALES (NON-MERCHANT-CARD AND NON-THIRD-PARTY): | $14,400.00 |
| INCOME REPORTED TO YOU ON FORM W-2: | $0.00 |
| TOTAL GROSS RECEIPTS: | $14,400.00 |
| RETURNS AND ALLOWANCES: | $0.00 |

```
NET GROSS RECEIPTS:                                              $14,400.00
COST OF GOODS SOLD:                                                   $0.00
SCHEDULE C FORM 1099 REQUIRED:                                          NO
SCHEDULE C FORM 1099 FILED:                                           NONE
OTHER INCOME:                                                        $0.00
```

**EXPENSES**

```
CAR AND TRUCK EXPENSES:                                              $0.00
DEPRECIATION:                                                        $0.00
INSURANCE (OTHER THAN HEALTH):                                       $0.00
MORTGAGE INTEREST:                                                   $0.00
LEGAL AND PROFESSIONAL SERVICES:                                     $0.00
REPAIRS AND MAINTENANCE:                                             $0.00
TRAVEL:                                                              $0.00
MEALS AND ENTERTAINMENT:                                             $0.00
WAGES:                                                               $0.00
OTHER EXPENSES:                                                  $14,400.00
TOTAL EXPENSES:                                                  $14,400.00
EXP FOR BUSINESS USE OF HOME:                                        $0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:                               $0.00
AT RISK CD:
OFFICE EXPENSE AMOUNT:                                               $0.00
UTILITIES EXPENSE AMOUNT:                                            $0.00
```

**COST OF GOODS SOLD**

```
INVENTORY AT BEGINNING OF YEAR:                                      $0.00
INVENTORY AT END OF YEAR:                                            $0.00
```

## Schedule E--Supplemental Income and Loss

**INCOME OR LOSS FROM RENTAL REAL ESTATE AND ROYALTIES**

```
SCHEDULE E FORM 1099 REQUIRED:                         Neither box checked
SCHEDULE E FORM 1099 FILED:                            Neither box checked
TOTAL RENTS RECEIVED:                                               $0.00
TOTAL ROYALTIES RECEIVED:                                           $0.00
MERCHANT CARD PAYMENTS:                                             $0.00
MERCHANT CARD ROYALTIES:                                            $0.00
TOTAL MORTGAGE INTEREST ALL PROPERTIES:                             $0.00
TOTAL DEPRECIATION OR DEPLETION FOR ALL PROPERTIES:                 $0.00
TOTAL EXPENSES FOR ALL PROPERTIES:                                  $0.00
RENT & ROYALTY INCOME:                                              $0.00
RENT & ROYALTY LOSSES:                                              $0.00
REPAIRS EXPENSE COLUMN A:                                           $0.00
REPAIRS EXPENSE COLUMN B:                                           $0.00
REPAIRS EXPENSE COLUMN C:                                           $0.00
```

**INCOME OR LOSS FROM PARTNERSHIPS AND S CORPS**

```
PRTSHP/CORP PASSIVE INCOME:                                         $0.00
PRTSHP/CORP NONPASSIVE INCOME:                                  $7,044.00
PRTSHP/CORP PASSIVE LOSS:                                           $0.00
PRTSHP/CORP NONPASSIVE LOSS:                                        $0.00
PARTNERSHIP INCOME:                                             $7,044.00
PARTNERSHIP LOSS:                                                   $0.00
```

**INCOME OR LOSS FROM ESTATES AND TRUSTS**

```
ESTATE/TRUST PASSIVE INCOME:                                        $0.00
ESTATE/TRUST PASSIVE LOSS:                                          $0.00
ESTATE AND TRUST INCOME:                                            $0.00
ESTATE AND TRUST LOSS:                                              $0.00
PASSIVE LOSS NOT REPORTED ON F8582:                                     2
SCH K1 ES PAYMENT INDICATOR:                                            N
```

**INCOME OR LOSS FROM REAL ESTATE MORTGAGE INVESTMENT CONDUITS**

```
REAL ESTATE MORTGAGE INCOME/LOSS:                                   $0.00
```

**SUMMARY**

NET FARM RENT INCOME/LOSS:                                              $0.00

GROSS FARMING & FISHING INCOME:                                        $0.00

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**

GROSS EDUCATION CR PER COMPUTER:                                       $0.00

TOTAL EDUCATION CREDIT AMOUNT:                                         $0.00

TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:                            $0.00

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Wage and Income Transcript

Request Date:        07-31-2014
Response Date:       07-31-2014
Tracking Number:     100207474697

**SSN Provided:**          ███-5798
**Tax Period Requested:** December, 2008

**Form Number:**          All Forms

No record of return filed.

| This Product Contains Sensitive Taxpayer Data |
|---|



# Internal Revenue Service
### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Wage and Income Transcript

|  |  |
| --- | --- |
| Request Date: | 07-31-2014 |
| Response Date: | 07-31-2014 |
| Tracking Number: | 100207474697 |

**SSN Provided:** ▮▮▮▮-5798
**Tax Period Requested:** December, 2009

## Form 1099-INT

**Payer:**
Payer's Federal Identification Number (FIN): 561948225
WACHOVIA BANK N.A.
INTEREST REPORTING D1116 059
1525 W WT HARRIS BLVD 3B5
CHARLOTTE, NC 28262-8522

**Recipient:**
Recipient's Identification Number: ▮▮▮▮-5798
GILL JOHNSON
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

| | |
| --- | --- |
| Submission Type: | Original document |
| Account Number (Optional): | 60168001010249146400 |
| Interest: | $25.00 |
| Tax Withheld: | 0.00 |
| Savings Bonds: | 0.00 |
| Investment Expense: | 0.00 |
| Interest Forfeiture: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Second Notice Indicator: | No Second Notice |

| This Product Contains Sensitive Taxpayer Data |
| --- |



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

|                  |              |
|------------------|--------------|
| Request Date:    | 07-31-2014   |
| Response Date:   | 07-31-2014   |
| Tracking Number: | 100207474697 |

**SSN Provided:** ████-5798
**Tax Period Requested:** December, 2010

## Form 1099-INT

**Payer:**
Payer's Federal Identification Number (FIN): 941347393
WELLS FARGO BANK N.A.
P O BOX 3908 114
PORTLAND, OR 97208-0000

**Recipient:**
Recipient's Identification Number: ████-5798
GILL JOHNSON
KIM NELSON
████████████████
████████████

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 001010265301753 DC |
| Interest: | $30.00 |
| Tax Withheld: | 0.00 |
| Savings Bonds: | 0.00 |
| Investment Expense: | 0.00 |
| Interest Forfeiture: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Tax-Exempt Interest: | 0.00 |
| Specified Private Activity Bond Interest: | 0.00 |
| Second Notice Indicator: | No Second Notice |
| Foreign Country or US Possession: | |
| CUSIP Number: | |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 020796609
AOFA INC. DBA UNITED SEAFOOD ASSOCIATIO
P O BOX 625
BAYOU LA BATRE, AL 36509-0000

**Recipient:**
Recipient's Identification Number: ████-5798
GILL JOHNSON
████████████████

██████████

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 020796609416045798A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $7,233.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 061686194
DANOS & CUROLE STAFFING LLC
P O BOX 146013083 HWY 308
LAROSE, LA 70373-0000

**Recipient:**

Recipient's Identification Number: ████-5798
GILL E JOHNSON

██████████████████████

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $191,300.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 232667877
INA TAX BENEFITS REPORTING INC
120 N 9TH ST

RICHMOND, IN 47374-0000

**Recipient:**
Recipient's Identification Number: -5798
GILL JOHNSON

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 65000000548863T2 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $11,000.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 275126425
T & G
10545 PATRICK AVE
GRAND BAY, AL 36541-0000

**Recipient:**
Recipient's Identification Number: 5798
GILL JOHNSON SR

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $1,000.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 276748992
DEEPWATER HORIZON OIL SPILL TRUST
C/O GULF COAST CLAIMS FACILITY
P O BOX 9685
DUBLIN, OH 43017-4985

**Recipient:**



Recipient's Identification Number: ■■■■5798
GILL EUGENE JOHNSON

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 1008023 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $122,000.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 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
GARY W FLOWERS
PO BOX 304
IVINGTON, AL 36544-0000

**Recipient:**

Recipient's Identification Number: ■■■■5798
L JOHNSON

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $66,950.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |

```
Crop Insurance:                                                   0.00
Attorney Fees:                                                    0.00
Section 409A Deferrals:                                           0.00
Section 409A Income:                                              0.00
Direct Sales Indicator:                              Not Direct Sales
Second Notice Indicator:                             No Second Notice
```

# Form 1099-MISC

**Payer:**

```
Payer's Federal Identification Number (FIN): 631195963
J AND W MARINE ENTERPRISES INC.
P O BOX 122
BAYOU LA BATRE, AL 36509-0000
```

**Recipient:**

```
Recipient's Identification Number: ██████-5798
GILL E JOHNSON SR
```

██████████████████████████████
██████████████████████

```
Submission Type:                               Original document
Account Number (Optional):                   631195963416045798A
Tax Withheld:                                                0.00
Non-Employee Compensation:                                   0.00
Medical Payments:                                            0.00
Fishing Income:                                              0.00
Rents:                                                 $12,180.00
Royalties:                                                   0.00
Other Income:                                                0.00
Substitute Payments for Dividends:                           0.00
Excess Golden Parachute:                                     0.00
Crop Insurance:                                              0.00
Attorney Fees:                                               0.00
Section 409A Deferrals:                                      0.00
Section 409A Income:                                         0.00
Direct Sales Indicator:                         Not Direct Sales
Second Notice Indicator:                        No Second Notice
```

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Wage and Income Transcript

|                  |             |
|------------------|-------------|
| Request Date:    | 07-31-2014  |
| Response Date:   | 07-31-2014  |
| Tracking Number: | 100207474697 |

**SSN Provided:** ████-5798
**Tax Period Requested:** December, 2011

## Schedule K-1 1120S Shareholder's Share of Income, Credits, Deductions, etc.

**Corporation:**
Corporation's Employer Identification Number: 453445342
GILL JOHNSONS OYSTER CO LLC
8010 HWY 188
CODEN, AL 36523-0000

**Shareholder:**
Shareholder's Identifying Number: ████-5798
GILL JOHNSON SR
████████████████

| | |
|---|---|
| Submission Type: | Original document |
| Dividends: | 0.00 |
| Interest: | 0.00 |
| Royalties: | 0.00 |
| Ordinary Income K - 1: | $3,894.00 |
| Real Estate: | 0.00 |
| Other Rental: | 0.00 |
| Section 179 Expenses: | 0.00 |
| Short-Term Capital Gain: | 0.00 |
| Long-Term Capital Gain: | 0.00 |
| Credits: | 0.00 |
| Credits Code 1: | Insignificant |
| Credits Code 2: | Insignificant |
| Shareholder's Percentage Of Stock: | 100% |

## Form 1099-INT

**Payer:**
Payer's Federal Identification Number (FIN): 276748992
DEEPWATER HORIZON OIL SPILL TRUST
C/O GULF COAST CLAIMS FACILITY
P O BOX 9685
DUBLIN, OH 43017-4985

**Recipient:**

```
Recipient's Identification Number: ██████5798
GILL EUGENE JOHNSON
████████████████████████
████████████████████
```

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Interest: | $123.00 |
| Tax Withheld: | 0.00 |
| Savings Bonds: | 0.00 |
| Investment Expense: | 0.00 |
| Interest Forfeiture: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Tax-Exempt Interest: | 0.00 |
| Specified Private Activity Bond Interest: | 0.00 |
| Second Notice Indicator: | No Second Notice |
| Foreign Country or US Possession: | |
| CUSIP Number: | |

# Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 020796609
AOFA INC DBA UNITED SEAFOOD ASSOCIATION
13316 WENTZEL AVE
BAYOU LABATRE, AL 36509-0000

**Recipient:**
```
Recipient's Identification Number: ██████-5798
GILL JOHNSON
████████████████████████
████████████████████
```

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $12,800.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

# Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 061686194
DANOS & CUROLE STAFFING LLC
P O BOX 146013083 HWY 308
LAROSE, LA 70373-0000

**Recipient:**
Recipient's Identification Number: ███-5798
GILL JOHNSON SR
████████████
████████████

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $1,600.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data