UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

SPECIAL MASTER'S UNOPPOSED MOTION
TO DISMISS WITHOUT PREJUDICE
<u>MOTION FOR RETURN OF PAYMENTS MADE AS TO UNGAR & BYRNE, APLC</u>

COMES NOW Special Master Louis J. Freeh, and moves to dismiss without prejudice his motion as to the law firm of Ungar & Byrne, APLC ("Ungar & Byrne") for return of payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Gill Johnson, Sr. ("Johnson"). Ungar & Byrne does not oppose this motion.

Because Ungar & Byrne has agreed to return to the DHECC all payments made to the law firm from Johnson's claims and for the reasons stated in the accompanying memorandum, the Special Master respectfully asks the Court to grant the motion and dismiss without prejudice his motion for return of these payments as to Ungar & Byrne.

Respectfully submitted,

     /s/ Louis J. Freeh
Louis J. Freeh
Special Master

Dated: October 23, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this  23rd  day of   October  , 2014, by electronic mail, on the following:

>Evette E. Ungar
>Cheryl L. Wild
>Ungar & Byrne, APLC
>3231 B. I-10 Service Road West
>Metairie, LA  70002
>*Attorneys for Gill Johnson*

>/s/Louis J. Freeh
>Louis J. Freeh