UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MEMORANDUM IN SUPPORT OF
THE SPECIAL MASTER'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE
<u>MOTION FOR RETURN OF PAYMENTS MADE AS TO UNGAR & BYRNE, APLC</u>

Special Master Louis J. Freeh moves to dismiss without prejudice his motion as to the law firm of Ungar & Byrne, APLC ("Ungar & Byrne") for return of payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Gill Johnson, Sr. ("Johnson"). In support of this motion, the Special Master states as follows:

1. On October 23, 2014, the Special Master filed a motion to have claimant Johnson and others return payments made by the DHECC on two seafood compensation claims filed by Johnson.

2. After the Special Master filed his motion for return of payments, Ungar & Byrne advised the Special Master that the firm was withdrawing from representation of Gill Johnson, Sr., before the DHECC.

3. In the motion for return of payments, the Special Master sought, among other relief, the repayment to the DHECC of attorney's fees received by Ungar & Byrne from the payments made by the DHECC for Johnson's claims.

4. The Special Master and Ungar & Byrne have reached an agreement for the firm to repay attorney's fees of $109,583 to the DHECC. This repayment is $500 less than

attorney's fees alleged in the Special Master's motion for return of payments because the law firm does not take attorney's fees from accounting expenses reimbursed by the DHECC in the payments to Johnson.

5. The Special Master respectfully moves to dismiss its motion for return of property as against Ungar & Byrne, without prejudice and subject to the agreement for the firm to repay the DHECC the sum on $109,583 that the firm received as attorney's fees from the payments made by the DHECC for Johnson's claims.

6. Ungar & Byrne consents to this motion and the relief sought by the Special Master.

7. The Special Master will have a copy of this motion and the motion for return of payment filed October 23, 2014, served upon Johnson.

                                            Respectfully submitted,

                                            ____/s/ Louis J. Freeh_____
                                            Louis J. Freeh
                                            Special Master

Dated:  October 23, 2014