# EXHIBIT 1

84.     Furthermore, using a long string production casing instead of a production liner did not cause or contribute to the blowout. As the Court understands the issue, the argument that BP should have used a liner is premised on the theory that hydrocarbons flowed up the outside of the production casing. At trial, however, the parties generally agreed that hydrocarbons entered the production casing near its bottom and flowed up the inside of the casing. Therefore, the production casing versus production liner issue appears to be of little relevance.

ii.     Running the Production Casing

85.     The operation to run the production casing into the Macondo well commenced on April 18 at approximately 3:30 a.m. and concluded a day-and-a-half later on April 19 at around 1:30 p.m.

86.     The evidence reflects that there was a significant amount of debris in the well when the production casing was run on April 18 and April 19. This was due to the fragile wellbore.

87.     As the production casing was run down the well, some of the debris flowed up inside the casing.

88.     The bottom of the production casing was set into debris at the bottom of the well. This applied substantial compressive force to the production casing, potentially causing it to buckle.[33]

_____

[33] Several pieces of evidence support the conclusions that there was debris in the well, the production casing was set in debris, and the production casing ~~was~~ may have compressed and buckled. Prior to running the production casing, a wireline tool failed to reach the bottom of the well "due to borehole conditions," and had to start logging the well at 18,280 feet, rather than from the total depth, 18,360 feet. TREX 3540. On April 16, 2010—a few days after the wireline event and two days before running the production casing—BP engineer Brian Morel asked, "I want to know if [the bottom of the production casing is at] 18,200' and [if it is] set down on something how much weight can I slack off before I start to see buckling?" TREX 4515. Halliburton employee Preeti Paikattu responded that the production casing will begin to buckle when 30,000 pounds of compressive force is applied at the bottom of the production casing. ~~Halliburton's expert Dr. Gene Beck explained at trial that data shows the production casing actually experienced as much as 140,000 pounds of compressive force when it was landed on April 19.~~ When the production casing was run, the float collar (discussed below) was in the unconverted position without a mud filter. This allowed drilling mud and any debris in that mud to flow up the production casing and past the float collar as the casing was run down the hole. Finally, the drill crew was unable to circulate mud through the well after the

24

float collar at this time. This is consistent with Glen Benge's testimony quoted above, particularly his reference to pressure "suddenly releas[ing]" and "a sudden pressure surge."

152.    In response to questions during cross examination about how it was possible for 3,142 psi to breach casing that was rated to withstand substantially higher pressures, Dr. Beck explained that the casing was already in a state of extreme stress when the pressure surge occurred. Dr. Beck testified that when the production casing was run down the wellbore and set into debris,[59] ~~as much as 140,000 pounds of compressional force was applied to it.~~ additional stress was placed on the casing. ~~This caused the casing to buckle.[60]~~ ~~Dr. Beck explained that buckling magnified the stress due to compression by a factor of 1.5 to 2.5, because the casing is bent in addition to being compressed.~~

153.    ~~Dr. Beck's testimony about buckling is consistent with~~ The casing may even have buckled due to compressional force when it was landed. BP discussed the potential that the casing buckled in e-mails dated April 16, 2010, between BP engineer Brian Morel and Halliburton employee Preeti Paikattu.[61]  There Mr. Morel asked at what point the production casing would buckle if it were landed on top of an obstruction. Ms. Paikattu responded that the casing would buckle if 30,000 pounds of compressional force was applied to the casing, and that this buckling would occur low in the casing.

154.    Dr. Beck concluded that the sudden pressure surge or shock wave that was released on the ninth conversion attempt, combined with the extreme stress already imposed on the casing, was sufficient to breach the shoe track below the float collar.

155.    The Court agrees with Dr. Beck's opinion and finds that a breach or opening occurred in the shoe track during the ninth attempted conversion.

---

[59] *See supra* Part III.D.ii.
[60] ~~Dr. Beck's exact words were that the compression applied to the production casing at Macondo would "buckle the daylights out of it." Transcript at 7380:4 (Beck).~~
[61] TREX 4515.

that hydrocarbons entered through the reamer shoe, nor does it disprove that hydrocarbons entered through a breach in the shoe track.

176.    BP's theory regarding flow path, etc., ignores or dismisses the data recorded after circulation was achieved on the ninth conversion attempt, particularly the lower-than-expected circulation pressure, which, as noted, indicated that a larger opening was created in the flow path. BP's theory also requires a succession of failures. While there is ample evidence to support the idea that the foamed cement was unstable, and therefore probably would have failed even if properly placed in the annulus, there is less evidence to support the notion that the tail cement in the shoe track also failed, and even less evidence that the float collar, if converted, would not have stopped pressure from communicating during the negative pressure test. Yet all of these things must occur in order for BP's theory to be correct.

177.    To be fair, Dr. Beck also proposes what could be viewed as an unlikely chain of failures (production casing may have buckled, float collar clogged, auto-fill tube ruptured, shoe track breached). This comes as little surprise, though, given that BP's entire explanation for this tragedy and overarching theme at trial was that there was a series of failures.[68]  The difference is that there is more support for Dr. Beck's chain of failures than there is for BP's chain of failures.

178.    To conclude, the Court finds that when cement was pumped on April 19 and April 20, most of it exited the casing through a breach in the shoe track below the float collar, rather than through the reamer shoe. Consequently, no cement was placed in the annulus below the breach point, and little or no cement was placed in the shoe track below the breach point. When hydrocarbons later entered the casing on April 20, they flowed through the breach in the shoe track.

---

[68] *See, e.g.*, BP's Accident Investigation Report, p.32, Fig. 1 (TREX 00001) (depicting what has become known as the "Swiss cheese" failure model).

the potential for the well to flow or kick."). Transocean's conduct also constituted a violation of

30 C.F.R. § 250.401(a); the other regulations do not apply to contractors.

    iv.    <u>The "Bladder Effect"</u>

283.    As mentioned, the BP Well Site Leaders and the Transocean drill crew attributed

the anomalous pressure on the drill pipe during the negative pressure test to a "bladder effect."

284.    Not a single witness had ever heard of the "bladder effect" as something that

would justify interpreting the negative pressure test as successful. No party has contended that

the "bladder effect" provided a plausible explanation for the 1,400 psi pressure on the drill pipe.

285.    BP's Accident Investigation Report stated that "the investigation team could find

no evidence that such a phenomenon is possible, leaving the 1,400 psi unexplained unless it was

caused by pressure from the reservoir."[108]

286.    Five days after the blowout, Well Site Leader Bob Kaluza sent an e-mail to BP

personnel that provided a detailed explanation as to how the "bladder effect" could have created

the anomalous pressure reading. Patrick O'Byran, BP's Vice President of Drilling and

Completions for the Gulf of Mexico at the time (and who, coincidentally, was on the HORIZON

when the explosions occurred), responded to this explanation by typing:

        ????????????????????????????????????????????????????????? . . .

followed by roughly another 500 question marks. During trial Mr. O'Byran explained, "[A]s I

sit here today, I don't understand what Mr. Kaluza was trying to define, and this [the

questionmark-only response] is what we have in front of us today."[109]

287.    There is some evidence that the "bladder effect" theory may have originated with

the Transocean drill crew. At trial Lee Lambert, a BP Well Site Leader trainee who was on the

---

[108] TREX 1 at 89.
[109] Transcript at 9333:11-13 (O'Bryan).