UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**This Pleading Relates To**<br>• **10-4182** (*Alabama v. BP*)<br>• **10-4183** (*Alabama v. Transocean, et. al*)<br>• **13-2645** (*Alabama v. Anadarko & MOEX*)<br>• **13-2646** (*Alabama v. Transocean*)<br>• **13-2647** (*Alabama v. Halliburton*)<br>• **13-2813** (*Alabama v. BP*) | MDL No. 2179<br>SECTION: J<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

**THE STATE OF ALABAMA'S (ATTORNEY GENERAL'S)
RESPONSE TO BP'S MOTION TO STRIKE NOTICES OF APPEARANCE OF
COUNSEL FOR THE GOVERNOR OF ALABAMA**

LUTHER J. STRANGE
*Attorney General*

COREY L. MAZE
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email: cmaze@ago.state.al.us

Attorneys for the State of Alabama

## THE STATE OF ALABAMA'S (ATTORNEY GENERAL'S)
## RESPONSE TO BP'S MOTION TO STRIKE NOTICES OF APPEARANCE OF GOVERNOR'S COUNSEL

This federal Court need not delve into state-law matters, as each party's interest—plus the interests of future Plaintiff States—can be preserved with a two-sentence addition to PTO 13.

1. *Representation*: The Attorney General agrees that "the State" is the party Plaintiff and that the State is represented by the Attorney General and his Deputies and Assistants. *See* Ala. Code §§ 36-15-1, 36-15-12, 36-15-21. So, in an abundance of caution, the Attorney General appointed each attorney participating on behalf of the State a "Deputy Attorney General," including four of the Governor's attorneys. *See* Rec. Docs. 1852374, 1852270. As a result, BP's complaint about improper State representation at depositions is moot.

2. *Confidentiality*: The State questions the prejudice/motivation behind BP's request to prevent Alabama's Governor and his remaining counsel from viewing or discussing evidence marked "confidential" in Alabama's case. *See* BP Br. 4-5. But the Court could solve this alleged problem by adding the following language to PTO 13's list of approved users:

> 5.L. The Governor of a Party State, including the Governor's counsel and staff.
>
> 6.K. The Governor of a Party State, including the Governor's external counsel and internal counsel whose primary responsibilities include overseeing this litigation, and their direct staff.

This simple addition would render BP's argument regarding confidentiality moot—and, in the process, the Court would preserve each party's interest in this and future State economic cases. BP's confidential information would be protected, and BP would not be subjected to deposition questioning from two sets of counsel with allegedly divergent interests. *See* BP Br. 4-5. The State Attorneys General would be able to litigate their State's case with their counsel. And the Governors could stay abreast of their State's case via updates from their counsel.

## CONCLUSION

The Court should amend PTO 13 to include Governors of Plaintiff States, and their counsel, as approved viewers of "confidential" information, and then deny BP's motion.

Respectfully submitted this 24th day of October, 2014.

LUTHER J. STRANGE
*Attorney General*

/s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email:  cmaze@ago.state.al.us

Attorneys for the State of Alabama

\* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 24, 2014.

/s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*