# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to Civ. A. No. 12-970. | *  MDL NO. 2179<br>*<br>*  SECTION J<br>*<br>*<br>*  Honorable CARL J. BARBIER<br>*<br>*  Magistrate Judge SHUSHAN<br>*<br>*<br>* |

## BP'S MOTION TO ORDER
## PRODUCTION OF THE MCGLADREY LLP REPORTS

BP respectfully moves this Honorable Court to order production of the McGladrey LLP Reports in the captioned action.  Granting this Motion will benefit all parties and the public.

As discussed in the attached Memorandum in Support, the Settlement Agreement entitles BP to access the interim and final reports generated by McGladrey LLP in its audit of the Court Supervised Settlement Program ("CSSP").  Through this Motion, BP seeks to exercise its contractual rights under the Settlement Agreement to ensure that the CSSP is administered in as transparent a fashion as the Agreement requires and its Claims Administrator has promised.

WHEREFORE, in consideration of this Motion and the accompanying Memorandum in Support, BP respectfully requests this Honorable Court grant BP's Motion to Order Production of the McGladrey LLP Reports.

October 24, 2014

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

*OF COUNSEL*

Richard C. Godfrey, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Respectfully submitted,

  */s/ Jeffrey Bossert Clark*
Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

  */s/ Don K. Haycraft*
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 24th day of October, 2014.

/s/ Don K. Haycraft
Don K. Haycraft