# Exhibit 1

# New oil spill claims chief vows transparency

Pensacola News Journal - Pensacola, Fla.
Subjects: Automobile insurance; Oil spills
Author: Cooper, Louis
Date: Jun 11, 2012
Start Page: n/a
Section: Local News

## Document Text

The first reports from the week-old Deepwater Horizon Claims Center are due out today.

Patrick Juneau, the administrator for the new oil spill claims agency, said the center's work will be "very, very transparent."

"I call it transparency on steroids," he said when he visited the Pensacola office last Wednesday. "We're here to serve the people."

U.S. District Judge Carl Barbier appointed Juneau to administer the claims process agreed to in a class-action lawsuit settlement between BP and lawyers representing those damaged by the April 20, 2010, BP oil spill. The Deepwater Horizon Claims Center replaces the Gulf Coast Claims Facility, an agency established in the months following the spill through an agreement between BP and the federal government.

Juneau said the amounts paid out will be made public weekly. There is no limit on how much will be paid.

Eighteen new claims offices, including the one in Pensacola, opened on the Gulf Coast on June 4.

The claims center will provide information in several different formats, including by state, by assistance center and by type of claims, spokesman Nick Gagliano said. He said a further breakdown of county-by-county information also will be offered but may not be available today.

The settlement, given preliminary approval by Barbier on May 2, established a complex formula awarding compensation based on geographic proximity to the coast and industry.

Most fishing and tourism businesses, as well as those nearest the shoreline, are presumed to have been damaged by the spill and do not have to prove the spill caused their losses.

ID_Code: DP-306110012

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

## Abstract (Document Summary)

U.S. District Judge Carl Barbier appointed Juneau to administer the claims process agreed to in a class-action lawsuit settlement between BP and lawyers representing those damaged by the April 20, 2010, BP oil spill.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.