**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT 23 2014
WILLIAM W. BLEVINS
CLERK

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 20, 2014

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Louisiana, ex rel. Charles J. Ballay, District Attorney for the
Parish of Plaquemines, et al.
v. BP Exploration & Production, Inc., et al.
No. 13-1424         MD 10-2179-J
(Your No. 12-30012)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

Scott S. Harris, Clerk

___ Fee_____
___ Process_____
X   Dkid_____
___ CtRmDep____
___ Doc. No.____

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 21, 2014

Mr. William W. Blevins  
Eastern District of Louisiana, New Orleans  
United States District Court  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 12-30012    In Re: Deepwater Horizon  
                              USDC No. 2:10-CV-1758  
                              USDC No. 2:10-MD-2179

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

*Lisa G. Landry*

By: _____  
Lisa G. Landry, Deputy Clerk  
504-310-7649