

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 23 2014
WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 14-31165

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179
2:12-CV-970

    The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

    The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

    The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Lyle W. Cayce_
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
New Orleans, LA  10/22/14

___ Fee_____
___ Process____
X   Dktd_____
___ CtRmDep___
___ Doc. No.___

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 22, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 14-31165    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

In addition to filing the designation in the district court, the parties should also notify this court by electronically filing a letter advising us the designation has been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. William W. Blevins
Mr. George Howard Brown
Mr. Miguel Angel Estrada
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Scott Payne Martin
Mr. Theodore B. Olson