UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG : MDL 2179
"DEEPWATER HORIZON" IN THE :
GULF OF MEXICO, ON APRIL 20, 2010 : Section J
:
This Document Applies to: : Judge Barbier
:
*No. 12-970, Bon Secour Fisheries, Inc., et* : Mag. Judge Shushan
*al. v. BP Exploration & Production Inc., et al.* :

ORDER

Upon consideration of the Special Master's motion to dismiss without prejudice his motion for return of payments as to Ungar & Byrne, APLC ("Ungar & Byrne"), from payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Gill Johnson, Sr. ("Johnson"), and the agreement between the Special Master and Ungar & Byrne for the firm to repay $109,583 to the DHECC, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Special Master's motion to have claimant Johnson and others return payments made by the DHECC is hereby DISMISSED WITHOUT PREJUDICE as to Ungar & Byrne; and

2. The relief sought by the Special Master directing the DHECC to withhold funds to satisfy the restitution on Johnson's claims from pending DHECC claim payments is hereby DENIED WITHOUT PREJUDICE as to Ungar & Byrne; and

3. The relief sought by the Special Master against Johnson and others shall be offset by the amount of all payments made by Ungar & Byrne to the DHECC concerning claims of Johnson; and

4. The remainder of the Special Master's motion for return of payments from Johnson and others shall remain for adjudication before the Court.

New Orleans, Louisiana this 27th day of October, 2014.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE