1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3

4

5  IN RE:  OIL SPILL BY THE OIL RIG  *  10-MD-2179
                DEEPWATER HORIZON IN THE  *
6             GULF OF MEXICO ON           *  Section J
              APRIL 20, 2010              *
7                                         *  October 23, 2014
                                          *
8  Applies to:  13-0706, 13-0810  *  New Orleans, Louisiana
                13-1143, 13-1185  *
9                13-1222, 13-1386  *  1:00 p.m.
                13-2006            *
10  * * * * * * * * * * * * * * * * * *

11

12

13             TELEPHONE STATUS CONFERENCE BEFORE
                THE HONORABLE SALLY SHUSHAN
14             UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21  Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                   500 Poydras Street, B-406
22                                 New Orleans, Louisiana 70130
                                   (504) 589-7778
23

24
    Proceedings recorded by mechanical stenography using
25  computer-aided transcription software.

1

<u>**I N D E X**</u>

2                                                          <u>PAGE</u>

3

Revised Schedule                                          3

4

Amended Complaints for OPA Test Plaintiffs                3

5

Update – Document Production                              4

6

Update – 30(b)(6) Topics and Witnesses                   13

7

Update – Deposition Scheduling                           13

8

Anticipated Motions to Compel                            14

9

Update on DOI/DOJ Subpoena and Document Production       15

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**PROCEEDINGS**</u>

**(October 23, 2014)**

12:50  **THE COURT:**  All right.  Guys, let's talk about the revised, revised, revised schedule.  Are you all sure about this or do you want to just kind of work off of this until we are sure?

**MR. WILLIAMS:**  Judge, this is Duke.  We have spent a lot of time talking about it and working on it.  I mean, I'm prepared to say we are sure about it and, you know, we are going to do everything -- we are confident we can abide by the deadlines.  We are going to do everything we can to abide by the deadlines.

**THE COURT:**  Listen, that was not accusatorial in any way, just that we have been through a few modifications.  I'm happy to enter it.  If everybody is happy, I'm happy.  Okay.  Let's take that off the list.  We will go ahead and take care of that today.

Let's talk about number two on the hit parade, the amended complaints for the plaintiffs.

**MR. WILLIAMS:**  I had a chance this morning to follow up on that and by Wednesday of next week, those pleadings that need to be cleaned up we are going to clean up.  We are going to drop the nonresponsible parties on Black Elk's claim.  I think I mentioned this to Chris and Matt probably at some point last week.  On the Black Elk claim, we are going to drop the

01:05  1   other two claims saving, of course, the force majeure claim.
01:05  2   Two of the test case plaintiffs, we need to correct the names
01:05  3   of the plaintiffs to reflect corporate restructuring since they
01:05  4   made presentment.  So we are going to endeavor to get all of
01:05  5   that done.  If others require a little bit of cleanup here and
01:05  6   there, we are going to do that as well, but we are going to get
01:05  7   those out on Wednesday.
01:05  8            THE COURT:  Okay.  Good.
01:05  9            MR. KEEGAN:  Duke, this is Chris.  I'm happy to talk
01:05  10  with you off line.  There's issues of attorney's fees and costs
01:05  11  and things that a couple of those should probably just slide
01:05  12  out.
01:05  13           MR. WILLIAMS:  Yeah.  That's on the list of things to
01:05  14  clean up.
01:05  15           THE COURT:  Good.  So the *Black Elk* case is going to
01:05  16  be just one claim, force majeure?
01:06  17           MR. WILLIAMS:  Yes, Judge, that's correct.
01:06  18           THE COURT:  Gotcha.  Gotcha.  Good.  Next up is
01:06  19  status update first on document production issues.
01:06  20           MR. WILLIAMS:  Yeah.  Well, I hope you brought your
01:06  21  lunch.  No, I'm kidding.
01:06  22           THE COURT:  I ate my lunch.
01:06  23           MR. WILLIAMS:  We have had some issues.  Judge, we
01:06  24  are trying to abide by PTO 16.  You know, I'm not saying that
01:06  25  PTO 16 doesn't really practically apply to these productions.

01:06  1   We are doing our best to abide by it, but we are -- you know,
01:06  2   some of these companies we are representing don't have very
01:06  3   sophisticated document retention ESI-type storage systems.  I'm
01:06  4   sorry if I'm using the wrong terminology.  I don't know a whole
01:07  5   lot about the technical side of this.
01:07  6           Many of them have to be scanned manually.  There
01:07  7   are metadata issues when that happens.  I think we have had a
01:07  8   pretty good dialogue -- at least I'm told we have had good
01:07  9   dialogue between our IT people and BP's IT people, but we have
01:07 10   had issues.  We are doing our best to keep BP happy, but there
01:07 11   have been issues.  Some of these documents, there are parent --
01:07 12           What is it, Paul, parent/child?  Apparently,
01:07 13   part of the family gets lost.
01:07 14           **THE COURT:**  Family.
01:07 15           **MR. WILLIAMS:**  We are trying to deal with that as
01:07 16   well.  We are doing the best we can.
01:07 17           I don't have a whole lot to say right now about
01:07 18   BP's production because we are still evaluating it, but I will
01:08 19   be in a position probably tomorrow or Monday to let Chris and
01:08 20   Matt know what issues we have with BP's production.  For some
01:08 21   of our requests for production, it looks to be deficient,
01:08 22   woefully deficient in some areas, but we have not completed the
01:08 23   review of the initial batch of documents.  I want to wait until
01:08 24   that's over with, obviously -- and I think that will probably
01:08 25   be sometime tomorrow night -- before I contact Chris and Matt

01:08    1    and let them know what our issues are.

01:08    2            THE COURT:  So the question that that raises, guys --

01:08    3    and I'm going to ask BP if they want to comment.  I'm looking

01:08    4    at the revised schedule, and on November 6 you all are figuring

01:09    5    you can file motions to compel.  Is that a realistic date?

01:09    6            MR. WILLIAMS:  Well, I think it is for us.  It's not

01:09    7    going to leave us much time for a meet-and-confer conference

01:09    8    with BP on our issues with BP.  I'll do that.  I'll set out

01:09    9    what our issues are.

01:09   10            You know, I think it's realistic.  The only

01:09   11    concern I have is that perhaps we will be fighting over some

01:09   12    topics in a motion to compel or will be including items in the

01:09   13    motion to compel that wind up being superfluous.  Of course, we

01:09   14    could always advise the Court of that and pull those issues or

01:09   15    complaints, but that is a little bit of a concern of mine.  We

01:10   16    will have the motions to compel filed on November 6.

01:10   17            THE COURT:  Duke, you know, would the group object if

01:10   18    I modify this to put in a period of meet and confer and then

01:10   19    file motions to compel?  It just seems like you all should not

01:10   20    be briefing things that could be pulled down if you had had a

01:10   21    meet-and-confer.  Then I'm presuming that everybody thinks that

01:10   22    I will be able to rule on the motions in time to start the fact

01:10   23    witness depositions some two weeks later, huh?

01:10   24            MR. WILLIAMS:  Well, that's kind of what the proposed

01:10   25    scheduling order calls for, which it may be an unfair burden on

1   the Court.  Of course, we don't want to ask you and Mike to do

2   for us what we could probably do between ourselves.  But to

3   answer your first question, no, we don't have any problem at

4   all if you think you need to modify that motion to compel date.

5   At least unofficially I think that makes sense.

6           **THE COURT:**  BP, how do you feel about that?

7           **MR. REGAN:**  Well, Judge, this is Matt.  I will let

8   Chris talk about the three issues that have come up, which is

9   first at a high level, but some of the issues we have with the

10  document production -- I guess there's two issues and then

11  secondly on the schedule.  The bottom line on the schedule, I

12  think whatever the Court wants to do is fine and we are happy

13  to abide by that.

14          Chris, if you could address the issues on the

15  document production.

16          **MR. KEEGAN:**  Sure.  I think Duke gave a good summary

17  for nontechnical guys like myself.  Your Honor, we have some

18  technical concerns about the way that the documents were

19  processed or collected.  Metadata files were inaccurate.  The

20  scanning of text files without complete attachments were

21  missing.

22          Paul and Duke are right.  Mikey and Tony have

23  been, I think, on the phone pretty much every day or every

24  other day trying to get these things resolved.  There is

25  progress that's being made.  I don't think we are completely

1  there yet.  I think that there's still some outstanding

2  technical issues.

3        Tony reports to me today that if the changes

4  that they discussed most recently today are put in place, then

5  hopefully a lot of these problems on document productions going

6  forward will be minimized and some of the documents that have

7  been produced, they will fix the problems that have been in

8  documents that have been produced so far.  Making progress,

9  still work to be done, is probably the top level summary of the

10  document production issue.

11        THE COURT:  Gotcha.  Now, let me ask you, Chris, best

12  guess on when Mikey and Tony -- which, by the way, I think is

13  cute -- believe that the problems can be cleared up and the

14  document production completed?

15        MR. KEEGAN:  Your Honor, on the first part, I can

16  give you an answer.  For the documents that Bisso has produced,

17  if the fixes that were discussed today are effective -- and

18  people think they will be -- my understanding is that those

19  fixes going backwards will be in place by early next week if

20  everything goes smoothly.

21        As to the second question about when documents

22  will be produced, I will have to defer to Duke on that.

23        MR. REGAN:  Your Honor, there are still some

24  plaintiffs that we are waiting for documents from.  I think

25  Blake in particular --

| | |
|---|---|
| 01:14 | 1 |

**THE COURT:**  I'm sorry.  Who is speaking?

**MR. REGAN:**  That's Matt, Your Honor.  Matt Regan.

**THE COURT:**  Oh, Matt, thank you.  Thank you.  Go ahead, Matt.  I'm sorry.

**MR. REGAN:**  No, I think beyond the technical issues -- and I think you're right.  I think the progress here is we have to resolve technical issues so that we can then review the documents so that we can then determine what we have and whether we have something we need to raise with each other or not.  There's at least one -- and Chris can correct me if I'm wrong, but I know for one of the test case plaintiffs we are still waiting for documents.

**MR. KEEGAN:**  That's right.  That's Blake.

**THE COURT:**  Okay.  Who wants to talk about Blake and the forecast for correction of the input or whatever the errors have been and moving forward toward completion of production?

**MR. WILLIAMS:**  I'll give it a try, Judge.  There's not much more I can add to the technical side of it.  Again, I just -- you know, we are doing our best.  I think Chris Keegan summed it up pretty well.

You know, we are just going to do the best we can.  Some of the smaller technical issues may not be resolvable, and we are just going to have to find another way around them.  Without getting technical, TIF files, for instance, and the production in native files, there may be

other ways to skin that cat that don't fall completely within the ambit of PTO 16 but would allow us to accomplish the same end, but we are not there yet.  We may have to revisit that with you.

As far as Blake is concerned, Blake's entire initial document production was required to be scanned.  We are ready to make a production on Blake.  I thought an initial production had been made this week, but I could be wrong.  In any event, with regard to the problems that came up relating to the Bisso production, we are now trying to go back and head off those problems, whatever they are, with the other productions. That may be holding Blake up.  I don't know.  We are going down to Blake next week -- I think it's next Thursday -- to do a sweep of their computers, and we will process that and get it to BP as quickly as possible.

THE COURT:  Okay.

MR. WILLIAMS:  We did talk about Blake briefly, Blake and others that were similarly situated, the last time we were on the phone.  One of the things that I suggested is that with respect to those test case plaintiffs who were lagging on production, that we don't tee up those depositions until a little bit later; that if we are ahead of the game on Bisso, Seahawk, and maybe the others, we just go ahead and schedule the depositions, get them lined up, get them ready to go.  And as the rolling productions on the laggards continue, we can set

1   tentative deposition dates for those, but we do those a little

2   bit later on after BP has had a chance to measure the quality,

3   the quantity of production, and gets it figured out.

4           **THE COURT:**  Okay.  Good.  Thank you.

5              Any further comment from BP?

6           **MR. KEEGAN:**  Your Honor, this is Chris.  Just a

7   couple of points.  Blake, I think, is in a singular situation.

8   It's the one plaintiff we haven't seen anything from.

9            Duke, I understand that there's a production

10   that's coming this week, but we haven't seen anything from

11   Blake.  Glad to hear that the computers are going to be

12   collected soon and processed and that, with the new processing

13   steps that Mikey and Tony agreed to, hopefully we can get those

14   documents quickly.

15           As to the others -- Seahawk, Certified,

16   Wadleigh, Trinity, and Black Elk -- our understanding is that

17   all of those have additional productions that are in process

18   that will be made this week or early next.  So as to those

19   ones, we are still waiting for additional documents as well.

20           **THE COURT:**  Right.  Okay.  Let me tell you what my

21   gut is and let you all comment.  My gut is that I would like to

22   have another conference maybe next Friday, if you guys are

23   available -- that's Halloween.  I don't know whether you are

24   otherwise indisposed -- to see where we are and where we stand

25   on production issues and mutual review of what you have got.

01:19    1    It seems to me until we do that, we are going to have trouble
01:19    2    on coordinating 30(b)(6) topics, etc.  Am I wrong on that?
01:19    3            MR. REGAN:  This is Matt, Your Honor.  I don't think
01:19    4    so.  I think that's fine from our end.  Depending on what time
01:20    5    you want to have that call, I think I will not be indisposed.
01:20    6            THE COURT:  Let's see.  Hold on just a second, guys.
01:20    7            Sorry for the interruption.  Okay.  So on the
01:20    8    31st --
01:20    9            MR. ROY:  Want us to come and wear costumes?
01:20   10            THE COURT:  As a matter of fact, that's a Tulane home
01:20   11    game and that should be quite something.  Come to the Tulane
01:21   12    game.  I'll be there in costume.
01:21   13            Okay, guys.  I can do it.  I have a
01:21   14    10:00 conference.  I can do it before 10:00 or after, say,
01:21   15    11:30.
01:21   16            MR. LANGAN:  Your Honor, it's Andy.  What if we said
01:21   17    11:30?
01:21   18            THE COURT:  The meeting is out of the office.  So in
01:21   19    case I'm not back, do you want to go for noon?
01:21   20            MR. ROY:  That's good here.
01:21   21            THE COURT:  How does that do for Matt and
01:21   22    trick-or-treating?
01:21   23            MR. REGAN:  I think it should be fine.
01:22   24            THE COURT:  So let's have another conference on
01:22   25    document production next Friday, pending which I'm going to

01:22  1   hold the schedule in suspension so that we make sure that we

01:22  2   are ready to roll on the things that come after.

01:22  3                  Now, let's talk about 30(b)(6) topics and

01:22  4   witnesses.  I believe you all had circulated the topics and

01:22  5   preliminarily identified the witnesses, correct?

01:22  6              MR. KEEGAN:  Your Honor, this is Chris.  The first

01:22  7   part is correct.  We have circulated topics.  We got the

01:23  8   plaintiffs' topics, a revised set, this week, but I don't

01:23  9   believe anybody has identified witnesses yet.

01:23  10             THE COURT:  Okay.  All right.  So it seems to me you

01:23  11  all could go ahead and start working on that while we are

01:23  12  struggling with the document production issues.

01:23  13                 What have you done relative to deposition

01:23  14  scheduling?  Have you contacted witnesses based on this

01:23  15  schedule?

01:23  16             MR. WILLIAMS:  Well, yes.  Not based on this

01:23  17  schedule, Your Honor, but based on the prior schedule --

01:23  18             THE COURT:  Right.

01:23  19             MR. WILLIAMS:  -- we did bump several of the Bisso

01:23  20  depositions.  Paul knows more about that than I do.  We do

01:23  21  still have commitments -- I don't have the grid in front of me.

01:23  22  I will recirculate another one, send it to Andy and Matt and

01:24  23  Chris.  We do have tentative dates with people lined up to be

01:24  24  deposed in November and in early December, I think.

01:24  25             THE COURT:  Let's leave those where they are.

1  Hopefully, we can keep those dates.  As we work through the

2  production issues, maybe we will have to reschedule a few.

3            Okay.  Anything else on those topics, which is

4  deposition scheduling and 30(b)(6) topics and witnesses?  I

5  would like you to get your topics agreed to, and then all you

6  all have to do is designate your witnesses.

7            MR. KEEGAN:  Your Honor, that's the process we are

8  in.  This is Chris Keegan again.  I'm sure there will be many

9  topics we can't agree to and probably a few we will need to

10 address with the Court.

11           THE COURT:  Okay.  Good, good, good.  We have already

12 talked about motions to compel.  Are there, in both sides'

13 view, already deficient answers to interrogatories?

14           MR. WILLIAMS:  Yes, Your Honor.

15           THE COURT:  Okay.

16           MR. KEEGAN:  Yes, Your Honor.

17           THE COURT:  Well, why wait on those?  That's not

18 going to change based on document production, right?

19           MR. WILLIAMS:  Absolutely.

20           MR. KEEGAN:  Correct.

21           THE COURT:  Why don't you go ahead and prepare those,

22 if you can.  If you are too busy and you can't get to it, the

23 deadline is November 6.  But if you all could agree to an

24 earlier schedule, that would be good and we can get that behind

25 us.

01:25  1        **MR. REGAN:**  Yes, Your Honor.  It's Matt.  I think the

01:25  2   only question is whether we are going to get any more

01:25  3   supplemental answers from Duke.

01:25  4              So, Duke, just let us know that.  Obviously, if

01:25  5   we are in a static environment, then everybody can move

01:26  6   forward.

01:26  7        **THE COURT:**  Yeah.

01:26  8        **MR. WILLIAMS:**  Agreed.  Okay.  We can talk about

01:26  9   that, Matt and Chris.  Some of the discovery is going to be

01:26  10  supplemented; not just requests for production of documents,

01:26  11  but I'm talking about interrogatories.

01:26  12       **THE COURT:**  Right.

01:26  13       **MR. REGAN:**  That's the only trigger we would be

01:26  14  waiting for, Your Honor.  Once we get the sign from Duke that

01:26  15  the supplementation is either done or that the answers that we

01:26  16  have received are the answers, at that point we will be ready

01:26  17  to then bring things to the Court's attention on an as-needed

01:26  18  basis.

01:26  19       **THE COURT:**  Okay.  Good.  That should speed things

01:26  20  up.  Then let's talk about the update on the subpoena and

01:26  21  document production from the feds.

01:26  22       **MR. KEEGAN:**  Your Honor, this is Chris Keegan.  Lots

01:26  23  of progress has been made there.  The parties have an agreement

01:26  24  as of three or four weeks ago about the scope of the subpoena

01:27  25  and what it is that the federal government will produce in

these OPA test cases.  We are estimating somewhere in the high teens to maybe 20,000 documents is what the DOJ says that they are going to produce.

The one hitch there is that while they have identified the documents that they will produce and have agreed to do that in the last three, three and a half weeks, we haven't gotten anything from them and they can't tell us when that's going to happen.  So that's one area where we are still working with Sarah and the others at the DOJ to get that going forward.

I think at this point, with a call next Friday, we can probably do another update on that.  If there still isn't any progress on actually getting the documents, we may need to take some additional steps there.  With another conference next week, I think we are doing okay there.

THE COURT:  I'll tell you what.  If there seems to be a problem, why don't you see if Sarah can dial in on Friday so that we can discuss with her what the issues are.

MR. KEEGAN:  That makes sense, Your Honor.

THE COURT:  So if you talk to her next week and if she seems like she needs a kick start, give her the dial-in information and we will chat as a group.  We also have a conference call with her in the penalty phase next Thursday, so I guess I could talk to her then.  Why don't you drop me a note as to whether or not you think I need to speak to her.

01:28   1          **MR. KEEGAN:**  Absolutely, Your Honor.

01:28   2          **THE COURT:**  Good.  I think that covers what you all

01:28   3   sent me for the agenda.  What else would you like to speak

01:28   4   about?

01:28   5              Well, that's good.

01:29   6          **MR. REGAN:**  We are good on the BP side.

01:29   7          **THE COURT:**  Thanks, guys.  Everybody have a good rest

01:29   8   of the day and weekend.

01:29   9          (Proceedings adjourned.)

01:29   10                          * * *

11                         <u>**CERTIFICATE**</u>

12          I, Toni Doyle Tusa, CCR, FCRR, Official Court

13   Reporter for the United States District Court, Eastern District

14   of Louisiana, certify that the foregoing is a true and correct

15   transcript, to the best of my ability and understanding, from

16   the record of proceedings in the above-entitled matter.

17

18

19                              <u>*s/ Toni Doyle Tusa*</u>
                               Toni Doyle Tusa, CCR, FCRR
20                             Official Court Reporter

21

22

23

24

25

13 [2]  2/2 2/2
14 [5]  4/25 2/2 2/2
15 [1]  2/2
3 [2]  2/2 2/2
4 [1]  2/2
Amended Complaints for OPA Test
Plaintiffs [1]  2/2
Anticipated Motions to Compel [1]  2/2
Co: [2]  1/25 2/2
In: [14]  3/2 3/2 3/17 3/17 4/17 4/17
13/2 13/2 13/12 13/14 14/10 14/10
15/21 15/21
MR. KEEGAN: [12]  4/8 7/15 8/14 9/12
11/5 13/5 14/6 14/15 14/19 15/21
16/18 16/25
MR. LANGAN: [1]  12/15
MR. REGAN: [9]  7/6 8/22 9/1 9/4 12/2
12/22 14/25 15/12 17/5
MR. ROY: [2]  12/8 12/19
MR. WILLIAMS: [16]  3/6 3/19 4/12
4/16 4/19 4/22 5/14 6/5 6/23 9/16
10/16 13/15 13/18 14/13 14/18 15/7
Omit elements: Timecodes [2]  1/25
17/9
Page break [1]  2/2
Resume elements: Timecodes [1]  2/2
Revised Schedule [1]  2/2
THE COURT: [36]
Update - 30(b)(6) Topics and
Witnesses [1]  2/2
Update - Deposition Scheduling [1]  2/2
Update - Document Production [1]  2/2
Update on DOI/DOJ Subpoena and
Document Production [1]  2/2

**0**

0706 [1]  1/8
0810 [1]  1/8

**1**

10-MD-2179 [1]  1/5
10:00 [1]  12/14
10:00 conference [1]  12/14
1143 [1]  1/8
1185 [1]  1/8
11:30 [2]  12/15 12/17
1222 [1]  1/9
13-0706 [1]  1/8
13-0810 [1]  1/8
13-1143 [1]  1/8
13-1185 [1]  1/8
13-1222 [1]  1/9
13-1386 [1]  1/9
13-2006 [1]  1/9
1386 [1]  1/9
16 [3]  4/24 4/25 10/2
1:00 [1]  1/9

**2**

20 [1]  1/6
20,000 [1]  16/2
2006 [1]  1/9
2010 [1]  1/6
2014 [2]  1/7 3/2
2179 [1]  1/5
23 [2]  1/7 3/2

**3**

30 [3]  12/2 13/3 14/4
31st [1]  12/8

**4**

406 [1]  1/21

**5**

500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

**7**

70130 [1]  1/22
7778 [1]  1/22

**A**

abide [5]  3/10 3/11 4/24 5/1 7/13
ability [1]  17/15
able [1]  6/22
about [21]
above [1]  17/16
above-entitled [1]  17/16
Absolutely [1]  14/19 17/1
accomplish [1]  10/2
accusatorial [1]  3/13
actually [1]  16/13
add [1]  9/18
additional [3]  11/17 11/19 16/14
address [2]  7/14 14/10
adjourned [1]  17/19
advise [1]  6/14
after [3]  11/2 12/14 13/2
again [2]  9/18 14/8
agenda [1]  17/3
ago [1]  15/24
agree [2]  14/9 14/23
agreed [4]  11/13 14/5 15/8 16/5
agreement [1]  15/23
ahead [6]  3/16 9/4 10/22 10/23 13/11
14/21
aided [1]  1/25
all [15]  3/3 3/4 4/4 6/4 6/19 7/4 11/17
11/21 13/4 13/10 13/11 14/5 14/6
14/23 17/2
allow [1]  10/2
already [2]  14/11 14/13
also [1]  16/22
always [1]  6/14
Am [1]  12/2
ambit [1]  10/2
amended [1]  3/19
Andy [2]  12/16 13/22
another [6]  9/23 11/22 12/24 13/22
16/12 16/14
answer [2]  7/3 8/16
answers [4]  14/13 15/3 15/15 15/16
any [6]  3/13 7/3 10/9 11/5 15/2 16/13
anybody [1]  13/9
anything [4]  11/8 11/10 14/3 16/7
Apparently [1]  5/12
Applies [1]  1/8
apply [1]  4/25
APRIL [1]  1/6
are [64]
area [1]  16/8
areas [1]  5/22
around [1]  9/24
as [17]  4/6 5/15 8/21 10/5 10/5 10/15
10/15 10/25 11/5 11/18 11/19 12/10
14/1 15/17 15/24 16/22 16/25
as-needed [1]  15/17
ask [3]  6/3 7/1 8/11
at [10]  3/24 5/8 6/4 7/3 7/5 7/9 9/10

15/16 16/9 16/11
16/11 14/4/22
attachments [1]  7/20
attention [1]  15/17
attorney's [1]  4/10
available [1]  11/23

**B**

B-406 [1]  1/21
back [2]  10/10 12/19
backwards [1]  8/19
based [4]  13/14 13/16 13/17 14/18
basis [1]  15/18
batch [1]  5/23
be [36]
because [1]  5/18
been [9]  3/14 5/11 7/23 8/7 8/7 8/8
9/16 10/8 15/23
before [3]  1/13 5/25 12/14
behind [1]  14/24
being [2]  6/13 7/25
believe [3]  8/13 13/4 13/9
best [7]  5/1 5/10 5/16 8/11 9/19 9/21
17/15
between [2]  5/9 7/2
beyond [1]  9/5
Bisso [4]  8/16 10/10 10/22 13/19
bit [4]  4/5 6/15 10/22 11/2
Black [4]  3/23 3/25 4/15 11/16
Black Elk [3]  3/25 4/15
Black Elk's [1]  3/23
Blake [11]  8/25 9/13 10/14 10/5 10/7
10/12 10/13 10/17 10/17 11/7 11/11
Blake's [1]  10/5
both [1]  14/12
bottom [1]  7/11
BP [9]  5/10 6/3 6/8 6/8 7/6 10/15 11/2
11/5 17/6
BP's [3]  5/9 5/18 5/20
briefing [1]  6/20
briefly [1]  10/17
bring [1]  15/17
brought [1]  4/20
bump [1]  13/19
burden [1]  6/25
busy [1]  14/22
but [19]

**C**

call [3]  12/5 16/11 16/23
calls [1]  6/25
came [1]  10/9
can [23]
can't [3]  14/9 14/22 16/7
care [1]  3/16
case [5]  4/2 4/15 9/11 10/20 12/19
cases [1]  16/1
cat [1]  10/1
CCR [3]  1/21 17/12 17/19
CERTIFICATE [1]  17/11
Certified [1]  11/15
certify [1]  17/14
chance [2]  3/20 11/2
change [1]  14/18
changes [1]  8/3
chat [1]  16/22
child [1]  5/12
Chris [15]  3/24 4/9 5/19 5/25 7/8 7/14
8/11 9/10 9/19 11/6 13/6 13/23 14/8
15/9 15/22
circulated [2]  13/4 13/7

**C**

claim [4]  3/23 3/25 4/1 4/16
claims [1]  4/1
clean [2]  3/22 4/14
cleaned [1]  3/22
cleanup [1]  4/5
cleared [1]  8/13
collected [2]  7/19 11/12
come [4]  7/8 12/9 12/11 13/2
coming [1]  11/10
comment [3]  6/3 11/5 11/21
commitments [1]  13/21
companies [1]  5/2
compel [7]  6/5 6/12 6/13 6/16 6/19 7/4
14/12
complaints [2]  3/19 6/15
complete [1]  7/20
completed [2]  5/22 8/14
completely [2]  7/25 10/1
completion [1]  9/16
computer [1]  1/25
computer-aided [1]  1/25
computers [2]  10/14 11/11
concern [2]  6/11 6/15
concerned [1]  10/5
concerns [1]  7/18
confer [3]  6/7 6/18 6/21
conference [7]  1/13 6/7 11/22 12/14
12/24 16/15 16/23
confident [1]  3/10
contact [1]  5/25
contacted [1]  13/14
continue [1]  10/25
coordinating [1]  12/2
corporate [1]  4/3
correct [7]  4/2 4/17 9/10 13/5 13/7
14/20 17/14
correction [1]  9/15
costs [1]  4/10
costume [1]  12/12
costumes [1]  12/9
could [8]  6/14 6/20 7/2 7/14 10/8 13/11
14/23 16/24
couple [2]  4/11 11/7
course [3]  4/1 6/13 7/1
COURT [9]  1/1 1/21 6/14 7/1 7/12
14/10 17/12 17/13 17/20
Court's [1]  15/17
covers [1]  17/2
cute [1]  8/13

**D**

date [2]  6/5 7/4
dates [3]  11/1 13/23 14/1
day [3]  7/23 7/24 17/8
deadline [1]  14/23
deadlines [2]  3/11 3/12
deal [1]  5/15
December [1]  13/24
DEEPWATER [1]  1/5
defer [1]  8/22
deficient [3]  5/21 5/22 14/13
Depending [1]  12/4
deposed [1]  13/24
deposition [3]  11/1 13/13 14/4
depositions [4]  6/23 10/21 10/24 13/20
designate [1]  14/6
determine [1]  9/8
dial [2]  16/17 16/21
dial-in [1]  16/21

dialogue [2]  5/8 5/9
discovery [1]  15/9
discuss [1]  16/18
discussed [2]  8/4 8/17
DISTRICT [4]  1/1 1/2 17/13 17/13
do [23]
document [12]  4/19 5/3 7/10 7/15 8/5
8/10 8/14 10/6 12/25 13/12 14/18
15/21
documents [16]  5/11 5/23 7/18 8/6 8/8
8/16 8/21 8/24 9/8 9/12 11/14 11/19
15/10 16/2 16/5 16/13
does [1]  12/21
doesn't [1]  4/25
doing [5]  5/1 5/10 5/16 9/19 16/15
DOJ [2]  16/2 16/9
don't [16]  5/2 5/4 5/17 7/1 7/3 7/25
10/1 10/12 10/21 11/23 12/3 13/8
13/21 14/21 16/17 16/24
done [4]  4/5 8/9 13/13 15/15
down [2]  6/20 10/12
Doyle [4]  1/21 17/12 17/19 17/19
drop [3]  3/23 3/25 16/24
Duke [10]  3/7 4/9 6/17 7/16 7/22 8/22
11/9 15/3 15/4 15/14

**E**

each [1]  9/9
earlier [1]  14/24
early [3]  8/19 11/18 13/24
EASTERN [2]  1/2 17/13
effective [1]  8/17
either [1]  15/15
Elk [3]  3/25 4/15 11/16
Elk's [1]  3/23
else [2]  14/3 17/3
end [2]  10/3 12/4
endeavor [1]  4/4
enter [1]  3/15
entire [1]  10/5
entitled [1]  17/16
environment [1]  15/5
errors [1]  9/15
ESI [1]  5/3
ESI-type [1]  5/3
estimating [1]  16/1
etc [1]  12/2
evaluating [1]  5/18
event [1]  10/9
every [2]  7/23 7/23
everybody [4]  3/15 6/21 15/5 17/7
everything [3]  3/10 3/11 8/20

**F**

fact [2]  6/22 12/10
fall [1]  10/1
family [2]  5/13 5/14
far [2]  8/8 10/5
FCRR [3]  1/21 17/12 17/19
federal [1]  15/25
feds [1]  15/21
feel [1]  7/6
fees [1]  4/10
few [3]  3/14 14/2 14/9
fighting [1]  6/11
figured [1]  11/3
figuring [1]  6/4
file [2]  6/5 6/19
filed [1]  6/16
files [4]  7/19 7/20 9/24 9/25

find [1]  9/23
fine [1]  9/23
first [5]  4/19 7/3 7/9 8/15 13/6
fix [1]  8/7
fixes [2]  8/17 8/19
follow [1]  3/20
force [2]  4/1 4/16
forecast [1]  9/15
foregoing [1]  17/14
forward [4]  8/6 9/16 15/6 16/10
four [1]  15/24
Friday [4]  11/22 12/25 16/11 16/17
front [1]  13/21
further [1]  11/5

**G**

game [3]  10/22 12/11 12/12
gave [1]  7/16
get [13]  4/4 4/6 7/24 10/14 10/24 10/24
11/13 14/5 14/22 14/24 15/2 15/14
16/9
gets [2]  5/13 11/3
getting [1]  9/24 16/13
give [3]  8/16 9/17 16/21
Glad [1]  11/11
go [8]  3/16 9/3 10/10 10/23 10/24
12/19 13/11 14/21
goes [1]  8/20
going [25]
good [7]  4/8 4/15 4/18 5/8 5/8 7/16
11/4 12/20 14/11 14/11 14/11 14/24
15/19 17/2 17/5 17/6 17/7
got [2]  11/25 13/7
Gotcha [3]  4/18 4/18 8/11
gotten [1]  16/7
government [1]  15/25
grid [1]  13/21
group [2]  6/17 16/22
guess [3]  7/10 8/12 16/24
GULF [1]  1/6
gut [2]  11/21 11/21
guys [4]  3/3 6/2 7/17 11/22 12/6 12/13
17/7

**H**

had [10]  3/20 4/23 5/7 5/8 5/10 6/20
6/20 10/8 11/2 13/4
half [1]  16/6
Halloween [1]  11/23
happen [1]  16/8
happens [1]  5/7
happy [6]  3/15 3/15 3/15 4/9 5/10 7/12
has [4]  8/16 11/2 13/9 15/23
have [51]
haven't [3]  11/8 11/10 16/7
head [1]  10/10
hear [1]  11/11
her [6]  11/8 16/20 16/21 16/23 16/24
16/25
here [3]  4/5 9/6 12/20
high [2]  7/9 16/1
hit [1]  3/18
hitch [1]  16/4
hold [2]  12/6 13/1
holding [1]  10/12
home [1]  12/10
Honor [17]  7/17 8/15 8/23 9/2 11/6
12/3 12/16 13/6 13/17 14/7 14/14
14/16 15/1 15/14 15/22 16/19 17/1
HONORABLE [1]  1/13
hope [1]  4/20

**H**

hopefully [3]  8/5 11/13 14/1
HORIZON [1]  1/5
how [2]  7/6 12/21
huh [1]  6/23

**I**

I'll [5]  6/8 6/8 9/17 12/12 16/16
I'm [19]
identified [3]  13/5 13/9 16/5
if [24]
in [33]
inaccurate [1]  7/19
including [1]  6/12
indisposed [2]  11/24 12/5
information [1]  16/22
initial [3]  5/23 10/6 10/7
input [1]  9/15
instance [1]  9/25
interrogatories [2]  14/13 15/11
interruption [1]  12/7
is [42]
isn't [1]  16/13
issue [1]  8/10
issues [23]
it [26]
it's [6]  6/6 6/10 10/13 11/8 12/16 15/1
items [1]  6/12

**J**

JUDGE [6]  1/14 3/7 4/17 4/23 7/7 9/17
just [13]  3/5 3/14 4/11 4/16 6/19 9/19
9/21 9/23 10/23 11/6 12/6 15/4 15/10

**K**

Keegan [3]  9/19 14/8 15/22
keep [2]  5/10 14/1
kick [1]  16/21
kidding [1]  4/21
kind [2]  3/5 6/24
know [14]  3/9 4/24 5/1 5/4 5/20 6/1
6/10 6/17 9/11 9/19 9/21 10/12 11/23
15/4
knows [1]  13/20

**L**

laggards [1]  10/25
lagging [1]  10/20
last [3]  3/25 10/18 16/6
later [3]  6/23 10/22 11/2
least [3]  5/8 7/5 9/10
leave [2]  6/7 13/25
let [7]  5/19 6/1 7/7 8/11 11/20 11/21
15/4
let's [8]  3/3 3/16 3/18 12/6 12/24 13/3
13/25 15/20
level [2]  7/9 8/9
like [6]  6/19 7/17 11/21 14/5 16/21 17/3
line [2]  4/10 7/11
lined [2]  10/24 13/23
list [2]  3/16 4/13
Listen [1]  3/13
little [4]  4/5 6/15 10/22 11/1
looking [1]  6/3
looks [1]  5/21
lost [1]  5/13
lot [4]  3/8 5/5 5/17 8/5
Lots [1]  15/22
LOUISIANA [4]  1/2 1/8 1/22 17/14
lunch [2]  4/21 4/22

**M**

made [6]  4/4 7/25 10/8 11/18 15/23
MAGISTRATE [1]  1/14
majeure [2]  4/1 4/16
make [2]  10/7 13/1
makes [2]  7/5 16/19
Making [1]  8/8
manually [1]  5/6
many [2]  5/6 14/8
Matt [13]  3/24 5/20 5/25 7/7 9/2 9/2 9/3
9/4 12/3 12/21 13/22 15/1 15/9
matter [2]  12/10 17/16
may [6]  6/25 9/22 9/25 10/3 10/12
16/13
maybe [4]  10/23 11/22 14/2 16/2
MD [1]  1/5
me [9]  8/3 8/11 9/10 11/20 12/1 13/10
13/21 16/24 17/3
mean [1]  3/8
measure [1]  11/2
mechanical [1]  1/24
meet [3]  6/7 6/18 6/21
meet-and-confer [2]  6/7 6/21
meeting [1]  12/18
mentioned [1]  3/24
metadata [2]  5/7 7/19
MEXICO [1]  1/6
Mike [1]  7/1
Mikey [3]  7/22 8/12 11/13
mine [1]  6/15
minimized [1]  8/6
missing [1]  7/21
modifications [1]  3/14
modify [2]  6/18 7/4
Monday [1]  5/19
more [3]  9/18 13/20 15/2
morning [1]  3/20
most [1]  8/4
motion [3]  6/12 6/13 7/4
motions [5]  6/5 6/16 6/19 6/22 14/12
move [1]  15/5
moving [1]  9/16
much [3]  6/7 7/23 9/18
mutual [1]  11/25
my [5]  4/22 8/18 11/20 11/21 17/15
myself [1]  7/17

**N**

names [1]  4/2
native [1]  9/25
need [7]  3/22 4/2 7/4 9/9 14/9 16/14
16/25
needed [1]  15/17
needs [1]  16/8
new [3]  1/8 1/22 11/12
next [12]  3/21 4/18 8/19 10/13 10/13
11/18 11/22 12/25 16/11 16/15 16/20
16/23
night [1]  5/25
no [3]  4/21 7/3 9/5
nonresponsible [1]  3/23
nontechnical [1]  7/17
noon [1]  12/19
not [15]  3/13 4/24 5/22 6/6 6/19 9/10
9/18 9/22 10/3 12/5 12/19 13/16 14/17
15/10 16/25
note [1]  16/24
November [4]  6/4 6/16 13/24 14/23
November 6 [3]  6/4 6/16 14/23
now [4]  5/17 8/11 10/10 13/3

number [1]  3/18

**O**

object [1]  6/17
obviously [2]  5/24 15/4
October [2]  1/7 3/2
off [4]  3/5 3/16 4/10 10/10
office [1]  12/18
Official [3]  1/21 17/12 17/20
Oh [1]  9/3
OIL [2]  1/5 1/5
okay [15]  3/15 4/8 9/14 10/16 11/4
11/20 12/7 12/13 13/10 14/3 14/11
14/15 15/8 15/19 16/15
on [49]
Once [1]  15/14
one [8]  4/16 9/10 9/11 10/19 11/8
13/22 16/4 16/8
ones [1]  11/19
only [3]  6/10 15/2 15/13
OPA [1]  16/1
or [14]  3/5 5/19 6/12 6/14 7/19 7/23
9/10 9/15 11/18 12/14 12/22 15/15
15/24 16/25
order [1]  6/25
Orleans [2]  1/8 1/22
other [5]  4/1 7/24 9/9 10/1 10/11
others [5]  4/5 10/18 10/23 11/15 16/9
otherwise [1]  11/24
our [5]  5/1 5/9 5/10 5/21 6/1 6/8 6/9
9/19 11/16 12/4
ourselves [1]  7/2
out [5]  4/7 4/12 6/8 11/3 12/18
outstanding [1]  8/1
over [2]  5/24 6/11

**P**

p.m [1]  1/9
PAGE [1]  2/2
parade [1]  3/18
parent [2]  5/11 5/12
parent/child [1]  5/12
part [3]  5/13 8/15 13/7
particular [1]  8/25
parties [2]  3/23 15/23
Paul [5]  5/12 7/22 13/20
penalty [1]  16/23
pending [1]  12/25
people [4]  5/9 5/9 8/18 13/23
perhaps [1]  6/11
period [1]  6/18
phase [1]  16/23
phone [2]  7/23 10/19
place [2]  8/4 8/19
plaintiff [1]  11/8
plaintiffs [6]  3/19 4/2 4/3 8/24 9/11
10/20
plaintiffs' [1]  13/8
pleadings [1]  3/21
point [3]  3/24 15/16 16/11
points [1]  11/7
position [1]  5/19
possible [1]  10/15
Poydras [1]  1/21
practically [1]  4/25
preliminarily [1]  13/5
prepare [1]  14/21
prepared [1]  3/9
presentment [1]  4/4
presuming [1]  6/21
pretty [3]  5/8 7/23 9/20

## P

prior [1]  13/17
probably [8]  3/24 4/11 5/19 5/24 7/2
 8/9 14/9 16/12
problem [2]  7/3 16/17
problems [5]  8/5 8/7 8/13 10/9 10/11
proceedings [4]  1/24 3/1 17/9 17/16
process [3]  10/14 11/17 14/7
processed [2]  7/19 11/12
processing [1]  11/12
produce [3]  15/25 16/3 16/5
produced [6]  8/7 8/8 8/16 8/22
production [24]
productions [5]  4/25 8/5 10/11 10/25
 11/17
progress [5]  7/25 8/8 9/6 15/23 16/13
proposed [1]  6/24
PTO [3]  4/24 4/25 10/2
PTO 16 [3]  4/24 4/25 10/2
pull [1]  6/14
pulled [1]  6/20
put [2]  6/18 8/4

## Q

quality [1]  11/2
quantity [1]  11/3
question [4]  6/2 7/3 8/21 15/2
quickly [2]  10/15 11/14
quite [1]  12/11

## R

raise [1]  9/9
raises [1]  6/2
RE [1]  1/5
ready [4]  10/7 10/24 13/2 15/16
realistic [2]  6/5 6/10
really [1]  4/25
received [1]  15/16
recently [1]  8/4
recirculate [1]  13/22
record [1]  17/16
recorded [1]  1/24
reflect [1]  4/3
Regan [1]  9/2
regard [1]  10/9
relating [1]  10/9
relative [1]  13/13
Reporter [3]  1/21 17/13 17/20
reports [1]  8/3
representing [1]  5/2
requests [2]  5/21 15/10
require [1]  4/5
required [1]  10/6
reschedule [1]  14/2
resolvable [1]  9/23
resolve [1]  9/7
resolved [1]  7/24
respect [1]  10/20
rest [1]  17/7
restructuring [1]  4/3
retention [1]  5/3
review [3]  5/23 9/8 11/25
revised [5]  3/4 3/4 3/4 4/6 4/6 13/8
revisit [1]  10/3
RIG [1]  1/5
right [10]  3/3 5/17 7/22 9/6 9/13 11/20
 13/10 13/18 14/18 15/12
roll [1]  13/2
rolling [1]  10/25
rule [1]  6/22

## S

said [1]  12/16
SALLY [1]  1/13
same [1]  10/2
Sarah [2]  16/9 16/17
saving [1]  4/1
say [3]  3/9 5/17 12/14
saying [1]  4/24
says [1]  16/2
scanned [2]  5/6 10/6
scanning [1]  7/20
schedule [10]  3/4 6/4 7/11 7/11 10/23
 13/1 13/15 13/17 13/17 14/24
scheduling [3]  6/25 13/14 14/4
scope [1]  15/24
Seahawk [2]  10/23 11/15
second [2]  8/21 12/6
secondly [1]  7/11
Section [1]  1/6
see [3]  11/24 12/6 16/17
seems [5]  6/19 12/1 13/10 16/16 16/21
seen [2]  11/8 11/10
send [1]  13/22
sense [2]  7/5 16/19
sent [1]  17/3
set [3]  6/8 10/25 13/8
several [1]  13/19
she [2]  16/21 16/21
should [5]  4/11 6/19 12/11 12/23 15/19
SHUSHAN [1]  1/13
side [3]  5/5 9/18 17/6
sides' [1]  14/12
sign [1]  15/14
similarly [1]  10/18
since [1]  4/3
singular [1]  11/7
situated [1]  10/18
situation [1]  11/7
skin [1]  10/1
slide [1]  4/11
smaller [1]  9/22
smoothly [1]  8/20
so [18]
software [1]  1/25
some [16]  3/24 4/23 5/2 5/11 5/20 5/22
 6/11 6/23 7/9 7/17 8/1 8/6 8/23 9/22
 15/9 16/14
something [2]  9/9 12/11
sometime [1]  5/25
somewhere [1]  16/1
soon [1]  11/12
sophisticated [1]  5/3
sorry [4]  5/4 9/1 9/4 12/7
speak [2]  16/25 17/3
speaking [1]  9/1
speed [1]  15/19
spent [1]  3/7
SPILL [1]  1/5
stand [1]  11/24
start [3]  6/22 13/11 16/21
STATES [3]  1/1 1/14 17/13
static [1]  15/5
status [2]  1/13 4/19
stenography [1]  1/24
steps [2]  11/13 16/14
still [9]  5/18 8/1 8/9 8/23 9/12 11/19
 13/21 16/8 16/12
storage [1]  5/3
Street [1]  1/21

## (T/S continued)

struggling [1]  13/12
suggested [1]  10/19
summary [2]  7/16 8/9
summed [1]  9/20
superfluous [1]  15/3
supplemental [1]  15/3
supplementation [1]  15/15
supplemented [1]  15/10
sure [6]  3/4 3/6 3/9 7/16 13/1 14/8
suspension [1]  13/1
sweep [1]  10/14
systems [1]  5/3

## T

take [3]  3/16 3/16 16/14
talk [11]  3/3 3/18 4/9 7/8 9/14 10/17
 13/3 15/8 15/20 16/20 16/24
talked [1]  14/12
talking [2]  3/8 15/11
technical [8]  5/5 7/18 8/2 9/5 9/7 9/18
 9/22 9/24
tee [1]  10/21
teens [1]  16/2
TELEPHONE [1]  1/13
tell [3]  11/20 16/7 16/16
tentative [1]  11/1 13/23
terminology [1]  5/4
test [4]  4/2 9/11 10/20 16/1
text [1]  7/20
than [1]  13/20
thank [3]  9/3 9/3 11/4
Thanks [1]  17/7
that [93]
that's [19]
their [1]  10/14
them [6]  5/6 6/1 9/24 10/24 10/24 16/7
then [11]  6/18 6/21 7/10 8/4 9/7 9/8
 14/5 15/5 15/17 15/20 16/24
there [18]
there's [6]  4/10 7/10 8/1 9/10 9/17 11/9
these [6]  4/25 5/2 5/11 7/24 8/5 16/1
they [11]  4/3 6/3 8/4 8/7 8/18 10/11
 13/25 16/2 16/4 16/5 16/7
things [8]  4/11 4/13 6/20 7/24 10/19
 13/2 15/17 15/19
think [31]
thinks [1]  6/21
this [21]
those [18]
thought [1]  10/7
three [4]  7/8 15/24 16/6 16/6
through [2]  3/14 14/1
Thursday [2]  10/13 16/23
TIF [1]  9/24
time [5]  3/8 6/7 6/22 10/18 12/4
today [4]  3/17 8/3 8/4 8/17
told [1]  5/8
tomorrow [2]  5/19 5/25
Toni [4]  1/21 17/12 17/19 17/19
Tony [4]  7/22 8/3 8/12 11/13
too [1]  14/22
top [1]  8/9
topics [10]  6/12 12/2 13/3 13/4 13/7
 13/8 14/3 14/4 14/5 14/9
toward [1]  9/16
transcript [1]  17/15
transcription [1]  1/25
treating [1]  12/22
trick [1]  12/22

**T**

trick-or-treating [1]  12/22
trigger [1]  15/13
Trinity [1]  11/16
trouble [1]  12/1
true [1]  17/14
try [1]  9/17
trying [4]  4/24 5/15 7/24 10/10
Tulane [2]  12/10 12/11
Tusa [4]  1/21 17/12 17/19 17/19
two [5]  3/18 4/1 4/2 6/23 7/10
type [1]  5/3

**U**

understand [1]  11/9
understanding [3]  8/18 11/16 17/15
unfair [1]  6/25
UNITED [3]  1/1 1/14 17/13
unofficially [1]  7/5
until [4]  3/5 5/23 10/21 12/1
up [15]  3/21 3/22 3/22 4/14 4/18 6/13
 7/8 8/13 9/20 10/9 10/12 10/21 10/24
 13/23 15/20
update [3]  4/19 15/20 16/12
us [8]  6/6 6/7 7/2 10/2 12/9 14/25 15/4
 16/7
using [2]  1/24 5/4

**V**

very [1]  5/2
view [1]  14/13

**W**

Wadleigh [1]  11/16
wait [2]  5/23 14/17
waiting [4]  8/24 9/12 11/19 15/14
want [7]  3/5 5/23 6/3 7/1 12/5 12/9
 12/19
wants [2]  7/12 9/14
was [2]  3/13 10/6
way [4]  3/14 7/18 8/12 9/23
ways [1]  10/1
we [109]
wear [1]  12/9
Wednesday [2]  3/21 4/7
week [10]  3/21 3/25 8/19 10/8 10/13
 11/10 11/18 13/8 16/15 16/20
weekend [1]  17/8
weeks [3]  6/23 15/24 16/6
well [11]  4/6 4/20 5/16 6/6 6/24 7/7
 9/20 11/19 13/16 14/17 17/5
were [7]  7/18 7/19 7/20 8/17 10/18
 10/18 10/20
what [18]
whatever [3]  7/12 9/15 10/11
when [4]  5/7 8/12 8/21 16/7
where [4]  11/24 11/24 13/25 16/8
whether [4]  9/9 11/23 15/2 16/25
which [5]  6/25 7/8 8/12 12/25 14/3
while [2]  13/11 16/4
who [3]  9/1 9/14 10/20
whole [2]  5/4 5/17
why [4]  14/17 14/21 16/17 16/24
will [25]
wind [1]  6/13
within [1]  10/1
without [2]  7/20 9/24
witness [1]  6/23
witnesses [6]  13/4 13/5 13/9 13/14
 14/4 14/6

woefully [1]  5/22
work [3]  5/9 9/11 14/3
working [3]  3/8 13/11 16/9
would [7]  6/17 10/2 11/21 14/5 14/24
 15/13 17/3
wrong [4]  5/4 9/11 10/8 12/2

**Y**

Yeah [3]  4/13 4/20 15/7
yes [5]  4/17 13/16 14/14 14/16 15/1
yet [3]  8/1 10/3 13/9
you [51]
you're [1]  9/6
your [21]
Your Honor [13]  8/15 8/23 9/2 11/6
 12/3 12/16 13/6 13/17 14/14 14/16
 15/1 15/22 16/19