UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION J  JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * * | MAG. JUDGE SHUSAN |
| Case No. 2:10-cv-08888-CJB-SS | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE</u>

# EXHIBIT A

| **Claimant** | **Date Filed** | **Docket Number** |
|---|---|---|
| 1. Abraham Aguilar | 10/22/2014 | 136944 |
| 2. John C Williams Architects, LLC | 10/22/2014 | 136946 |
| 3. Jeffrey Kamal | 10/22/2014 | 136945 |
| 4. Kirk Prest | 09/16/2014 | 136935 |