UNITED STATES DISTRICT COURT
EASTERN DISTICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL No. 2179  SECTION: J  HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |
| *Applies to: All Cases* | | |

## ORDER

**[Regarding Additional Extension of Time for Initial Settlement Payment]**

On October 2, 2014, the undersigned extended the deadline for the initial payments contemplated in Section 9.A.ii and Section 23.D.i. of the HESI Settlement Agreement ("SA") until October 30, 2014, barring further extension by the Court. The parties have since notified the Court that, while significant progress has been made in selecting an Escrow Agent as contemplated for the Qualified Settlement Fund ("QSF") pursuant to Section 9 of the SA, more time is needed to finalize the parties' recommendation for approval by the Court. Therefore the Court hereby extends the deadline until November 21, 2014. As before, both initial payments shall be made by HESI within three (3) business days following this Court's entry of an Order appointing the Escrow Agent.

New Orleans, Louisiana, this 29th day of October, 2014.

_____
CARL J. BARBIER
United States District Judge