IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-mdl-02179<br><br>SECTION: J |
| This Document Relates to: 2:10-cv-04211 | § § | JUDGE BARBIER |
| | § § | MAG. JUDGE SHUSHAN |

*******************************************************************************

## AGREED MOTION TO DISMISS WITH PREJUDICE CLAIMS OF CARL LAVERGNE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff, Carl Lavergne, individually, as well as all Defendants and Intervening Defendants, who file this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, Carl Lavergne, against the Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff and Defendants jointly move to dismiss the claims of Plaintiff, Carl Lavergne, with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiff, Carl Lavergne, individually, as well as all Defendants and Intervening Defendants jointly pray that the Court grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which they may be justly entitled.

Respectfully submitted:

BY: *s/David P. Bruchhaus*
DAVID P. BRUCHHAUS # 24326
MUDD & BRUCHHAUS
410 E. College Street
Lake Charles, LA 70602
Telephone: (337) 562.2327
Facsimile: (337) 562.2391

**COUNSEL FOR CARL LAVERGNE**

Respectfully Submitted,

PREIS PLC
(A Professional Law Corporation)

BY: *s/Robert M. Kallam*
ROBERT M. KALLAM (#20242)
102 Versailles Blvd., Suite 400
Post Office Drawer 94-C
Lafayette, LA 70509
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

**COUNSEL FOR TRANSOCEAN DEEPWATER DRILLING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 29th day of October, 2014.

*s/Robert M. Kallam*
Robert M. Kallam