UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** |
| | **SECTION   J** |
| **This Filing Applies to:** | |
| 13 – 706, 13-810, 13-1143, 13-1185, 13 – 1222, 13-1386, 13-2006 | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

CONSIDERING the foregoing *Ex Parte* Consent Motion for Leave to File Amended Complaints,

IT IS ORDERED that Plaintiffs' Motion be and hereby is GRANTED this _____ day of _____, 2014, in New Orleans, Louisiana.

_____
MAGISTRATE JUDGE SHUSHAN