UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CERTIFIED PLATFORM SERVICES, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 01143** |
| **BP EXPLORATION & PRODUCTION, INC.** | **JUDGE CARL BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |
| | **Rule 9(h)** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW COMES PLAINTIFF**, Certified Platform Services, LLC, through undersigned counsel, who does allege, aver and represent as follows:

1.

Plaintiff filed the above captioned matter in this Court on April 18, 2013,[1] and Plaintiff filed its First Supplemental and Amending Complaint on June 5, 2014.[2]

2.

Plaintiff incorporates by reference each and every allegation, claim, cause of action, and prayer for relied described in its original Complaint and its First Supplemental and Amending Complaint, except as follows:

3.

Plaintiff desires to amend and replace Paragraph 1 of its original Complaint and Paragraph 4 of its First Supplemental and Amending Complaint to state the following:

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 12990 2:10-md-02179-CJB-SS.

Made Defendant herein is **BP EXPLORATION & PRODUCTION INC. (hereinafter "BP Exploration" or "BP")**, a Delaware corporation with its principal place of business in Warrenville, Illinois. BP Exploration was a leaseholder and the designated operator in the lease granted by the former Minerals Management Service ("MMS"), now Bureau of Ocean Energy Management, Regulation and Enforcement, allowing it to perform oil exploration, drilling, and production-related operations in Mississippi Canyon Block 252, the location known as "Macondo" where the Oil Spill originated. BP Exploration was designated the "Responsible Party" by the U.S. Coast Guard under the Oil Pollution Act of 1990, 33 U.S.C. §2714. This Court has personal jurisdiction over BP Exploration, because BP Exploration is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana.

**WHEREFORE,** based on the foregoing, **CERTIFIED PLATFORM SERVICES, LLC** prays for judgment in its favor and against Defendant, BP Exploration & Production, Inc., for compensatory damages as alleged herein in an amount reasonable under the circumstances of this cause, for all pre-judgment and post-judgment interest on those amounts for which **CERTIFIED PLATFORM SERVICES, LLC** is entitled pursuant to 33 U.S.C. § 3305 at the maximum allowable rate, and for any additional general and equitable relief as the facts of this case may require.

Respectfully submitted,

   /s/   Stephen J. Herman  
**Stephen J. Herman**, La. Bar No. 23129  
**HERMAN HERMAN & KATZ LLC**  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113  
Telephone: (504) 581-4892  
Fax. No. (504) 569-6024  
Email: sherman@hhklawfirm.com  
*Plaintiffs Liaison Counsel*

   /s/ James Parkerson Roy  
**James Parkerson Roy**, La. Bar No.11511  
**DOMENGEAUX WRIGHT ROY**  
   **& EDWARDS, LLC**  
556 Jefferson Street, Suite 500  
Lafayette, Louisiana 70501  
Telephone: (337) 233-3033  
Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com  
*Plaintiffs Liaison Counsel*

/s/ Conrad S.P. Williams, III  
**WILLIAMS LAW GROUP, LLC**  
CONRAD S.P. WILLIAMS, III (#14499)  
MEREDITH R. DURHAM (#33112)  
909 Poydras Street, Ste. 1625  
New Orleans, Louisiana 70112  
Office: (504) 200-0000  
Fax No. (504) 200-0001  
E-Mail: duke@williamslawgroup.org

## PLAINTIFFS' STEERING COMMITTEE

Brian H. Barr  
LEVIN, PAPANTONIO, THOMAS,  
MITCHELL, ECHSNER & PROCTOR, PA  
316 South Baylen St., Suite 600  
Pensacola, FL 32502-5996  
Office: (850) 435-7045  
Telefax: (850) 436-6187  
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit  
BREIT, DRESCHER & IMPREVENTO  
Towne Pavilion Center II  
600 22nd Street, Suite 402  
Virginia Beach, Virginia 23451  
Office: (757) 670-3888  
Telefax: (757) 670-3895

Robin L. Greenwald  
WEITZ & LUXENBERG, PC  
700 Broadway  
New York, NY 10003  
Office: (212) 558-5802  
Telefax: (212) 344-5461  
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones  
BEASLEY, ALLEN, CROW, METHVIN,  
PORTIS & MILES, P.C.  
218 Commerce St., P.O. Box 4160  
Montgomery, AL 36104  
Office: (334) 269-2343  
Telefax: (334) 954-7555

E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON

E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice

| | |
|---|---|
| 255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  ervin@colson.com | MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Office: (843) 216-9159<br>Fax No. (843) 216-9290<br>E-Mail: jrice@motleyrice.com |

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that the above of the foregoing Second Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of October, 2014.

    /s/  Conrad S.P. Williams, III