UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates To: | DISTRICT JUDGE BARBIER |
| Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering Defendants' Motion and Incorporated Memorandum to Substitute Exhibit Filed Under Seal with a Redacted Version Thereof:

**IT IS HEREBY ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED** that the Exhibit 17 to Motion to Compel Discovery of Written Responses from the State of Alabama, Rec. Doc. 13512-18, be filed under seal, and that the document attached to Defendants' motion be substituted into the record of these proceedings in its place.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
UNITED STATES MAGISTRATE JUDGE