IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION J |
| This document relates to all actions. | * * * * * * * | Honorable CARL J. BARBIER <br><br> Magistrate Judge SHUSHAN |

**BP'S MOTION TO SUPPLEMENT EVIDENCE
IN SUPPORT OF ITS MOTION TO
REMOVE THE CLAIMS ADMINISTRATOR**

Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully move this Court for an order permitting BP to supplement the record with newly-discovered evidence in support of its Motion to Remove the Claims Administrator ("Motion to Remove").[1]  The Court directed BP on September 8, 2014, not to file additional exhibits in support of its Motion to Remove.[2]  Several developments since that date warrant reconsideration of that Order.  First, in his Opposition, Mr. Juneau argues that the motion is untimely by reason of events that allegedly put BP on notice of his role as counsel for the State of Louisiana; however, BP has contemporaneous evidence in its own files relevant to Mr. Juneau's factual assertions.  Second, since BP filed its Motion to Remove, it has obtained copies of documents that were produced to a third party under the Louisiana Public Records Act and that were not previously available or known to BP.  Third, as noted in Mr. Feinberg's

---

[1]  BP's Motion to Remove was originally filed on the docket at Rec. Doc. 13347, but has been re-filed as Rec. Doc. 13370.

[2]  Order [Scheduling Briefing on BP's Motion to Remove the Claims Administrator], Sept. 8, 2014, Rec. Doc. 13368.

declaration submitted by Mr. Juneau, Mr. Feinberg did not allow BP to copy any documents from the GCCF prior to the time of the filing of this motion.[3]  Mr. Feinberg has now allowed BP to copy a limited number of documents, and BP seeks to submit to them to the Court in support of its Motion to Remove.

For these reasons, and those set forth in the Memorandum filed herewith in support of this Motion, BP respectfully requests this Court to allow it to supplement the record with newly-discovered evidence in support of its Motion to Remove.

| | |
|---|---|
| October 29, 2014 | Respectfully submitted, |
| Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 |   /s/ Kevin M. Downey<br>Kevin M. Downey<br>F. Lane Heard III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 434-5000<br>Telefax:  (202) 434-5029 |

---

[3] *See* Ltr. from Kenneth R. Feinberg to Phillip A. Wittmann ¶ 5 (Ex.  4B to Declaration of Kenneth R. Feinberg Regarding BP's Motion to Remove), Rec. Doc. 13497-4.

| | |
|---|---|
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Telefax: (202) 942-5999 | */s/ Don K. Haycraft*<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Telefax: (312) 876-7934 | Richard C. Godfrey, P.C.<br>Wendy L. Bloom<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Telefax: (312) 862-2200 |
| ***OF COUNSEL*** | Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 29th day of October, 2014.

*/s/ Don K. Haycraft*
Don K. Haycraft