# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * * * | HONORABLE CARL J. BARBIER |
| This document relates to Civ. A. No. 12-970. | * * * * | MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF SHANAN GUINN

I, Shanan Guinn, hereby declare and state as follows:

1. I am over the age of 21 years and a resident of Washington, D.C. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called to do so, could testify truthfully thereto.

2. I am the Head of Strategy and Planning for Communications and External Affairs for BP America. I have not previously submitted a declaration in the above-captioned matter.

3. BP obtained the October 22, 2010 email from Billy Plauché to Stephanie Morris with the subject line "Re: Public Meetings" (Exhibit 3 to the Motion to Supplement Evidence In Support of BP's Motion to Remove the Claims Administrator) on or about September 29, 2014, from a third party, who received them pursuant to a records request under the Louisiana Public Records Act. BP did not have this document prior to that date.

4. BP obtained the November 15, 2010 email from Billy Plauché to Mark Brady, "Bjackson@jgdpc.com," Drue Banta, Stephanie Morris, Elizabeth Murrill, Kris Van Orsdel, and Patrick A. Juneau with the subject line "Next claims coordination conference call" (Exhibit 8 to

1

the Motion to Supplement Evidence In Support of BP's Motion to Remove the Claims Administrator) on or about September 29, 2014, from a third party, who received them pursuant to a records request under the Louisiana Public Records Act. BP did not have this document prior to that date.

5.  BP obtained the invoices with billing records from Juneau David PLC to Elizabeth Murrill, the Deputy Executive Counsel of the Louisiana Department of Public Safety and Corrections (Exhibit 6 to the Motion to Supplement Evidence In Support of BP's Motion to Remove the Claims Administrator) on or about September 29, 2014 and October 8, 2014, from a third party, who received them pursuant to a records request under the Louisiana Public Records Act. BP did not have these documents prior to that date.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, belief, and information.

Dated: October 29, 2014

_____
Shanan Guinn