# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| | * | HONORABLE CARL J. BARBIER |
| | * | |
| This document relates to Civ. A. No. 12-970. | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

### DECLARATION OF JASON WU

I, Jason Wu, hereby declare and state as follows:

1.      I am over the age of 21 years and a resident of the Commonwealth of Virginia. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called to do so, could testify truthfully thereto.

2.      I am an attorney at Williams & Connolly LLP, a law firm in Washington, D.C. Williams & Connolly represents BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") in the above-captioned matter.

3.      On Friday, October 24, 2014, my office spoke with representatives of Feinberg Rozen, LLP, over the telephone and they agreed to allow Williams & Connolly LLP to copy certain documents in their files.

4.      On Monday, October 27, 2014, I visited the offices of Feinberg Rozen, LLP at 1455 Pennsylvania Ave NW Suite 390, Washington, D.C., 20004, and obtained copies of the email from Juneau David to the Gulf Coast Claims Facility dated July 14, 2010; the email from Juneau David to the Gulf Coast Claims Facility dated July 21, 2010; the email from Patrick

1

Juneau to Kenneth Feinberg dated August 26, 2010; the email from Kenneth Feinberg to Patrick Juneau dated September 8, 2010; and the email from Juneau David to the Gulf Coast Claims Facility dated February 16, 2011.


I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, belief, and information.

Dated:  October 29, 2014

_____
Jason Wu