# Exhibit 5

## Camille Biros

| | |
|---|---|
| **From:** | Felicia A. Guidry <FGG@juneaudavid.com> on behalf of Patrick A. Juneau <PAJ@juneaudavid.com> |
| **Sent:** | Thursday, August 26, 2010 11:15 AM |
| **To:** | Ken Feinberg |
| **Subject:** | Claim ▮▮▮▮ |
| **Importance:** | High |

Ken:

I need some information on a claim and your immediate assistance will be greatly appreciated. I need to know the status of the following claim: Claimant: ▮▮▮▮▮▮▮▮ Claim ▮▮▮▮

Additionally, it would be appreciated if you would have the assigned Claims Evaluator contact ▮▮▮▮▮▮▮▮, President of ▮▮▮▮▮▮▮▮ His address is ▮▮▮▮▮▮▮▮ His telephone number is ▮▮▮▮▮▮▮▮.

**PATRICK A. JUNEAU**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email: paj@juneaudavid.com
         fgg@juneaudavid.com

1