# Exhibit +

**Mary Anna Tabol**

| | |
|---|---|
| **From:** | Ken Feinberg |
| **Sent:** | Thursday, September 09, 2010 8:15 AM |
| **To:** | Patrick A. Juneau |
| **Cc:** | Amy Weiss; Susan Schmidt |
| **Subject:** | RE: For Ken's Schedule & Follow-Up |

Patrick:

Confirmed and yes, you pick the place.

Regards, Ken

---

**From:** Felicia A. Guidry [mailto:FGG@juneaudavid.com] **On Behalf Of** Patrick A. Juneau
**Sent:** Wednesday, September 08, 2010 3:02 PM
**To:** Ken Feinberg
**Cc:** Amy Weiss; Susan Schmidt
**Subject:** RE: For Ken's Schedule & Follow-Up

Ken:

An early supper at 6:00 pm on Monday, September 13th sounds good to me. Do you want me — select the place?

**PATRICK A. JUNEAU**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email: paj@juneaudavid.com
        fgg@juneaudavid.com

---

**From:** Ken Feinberg [mailto:KFeinberg@feinbergrozen.com]
**Sent:** Wednesday, September 08, 2010 11:18 AM
**To:** Patrick A. Juneau
**Cc:** Amy Weiss; Susan Schmidt
**Subject:** RE: For Ken's Schedule & Follow-Up

Pat:

How about dinner at around 6 PM on Tuesday in Baton Rouge? I'll be arriving from Orlando, Florida late in the day and would be glad to hook – up with you over a drink or early supper. A plan? Thanks for everything.

Ken

1

**From:** Felicia A. Guidry [mailto:FGG@juneaudavid.com] **On Behalf Of** Patrick A. Juneau
  **nt:** Wednesday, September 08, 2010 11:12 AM
  **:** Ken Feinberg
**Subject:** RE: For Ken's Schedule & Follow-Up

Ken:

      Thank you for your email.  Attorney General Caldwell is not available on either September 13th or 14th.  Megan Terrell of his office, who is the main point person on this process, is available on Monday, September 13th anytime after 2:00 p.m.  I will make myself available anytime after 2:00 p.m. on Monday to meet with you.  I have to be in Court on Tuesday and, therefore, am not available to meet on Tuesday morning.  Please let me know as soon as possible what time after 2:00 p.m. on Monday would be convenient for you to meet.

**PATRICK A. JUNEAU**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email:  paj@juneaudavid.com
       fgg@juneaudavid.com

**From:** Ken Feinberg [mailto:KFeinberg@feinbergrozen.com]
**Sent:** Wednesday, September 08, 2010 9:20 AM
**To:** Felicia A. Guidry; Patrick A. Juneau
**Cc:** Amy Weiss; Camille Biros
**Subject:** RE: For Ken's Schedule & Follow-Up

Pat:

I hope to see you in Baton Rouge on either early Monday evening September 13 or for breakfast on September 14 (before my participation in the DOJ/Anti-Fraud Meeting).  As for your previous emails:

    1)     There is no draft Final Protocol as yet.  I plan to meet with you to discuss certain terms and conditions e.g. the releases that might be included.  This meeting should take place in the next few weeks.  Stand by.

    2)     In terms of technology, you should contact Camille Biros (email above).  She is the technology expert and can explain to you what data we provide and why (including the sensitive issue of not providing confidential personal/proprietary/sensitive information).  Forget Garden City.  They are merely a claims processing service provider; Camille is the one to talk with on my staff.

    3)     The new claim form is not as imposing as you suggest in your email.  Indeed, I have not heard many complaints about the task of filling out the form.  Large sections of the new claim form can be ignored by a claimant submitting a claim based on one type of damage e.g. physical injury, lost wages, etc.

    4)     The ████████ claim has been reviewed and paid.

Hope to see you soon. Thanks for everything.

Ken

---

**From:** Mary Anna Tabol
**Sent:** Tuesday, September 07, 2010 12:33 PM
**To:** Susan Schmidt
**Subject:** For Ken's Schedule & Follow-Up

From: Patrick Juneau re: 9/13 mtg.

---

**From:** Felicia A. Guidry [mailto:] **On Behalf Of** Patrick A. Juneau
**Sent:** Tuesday, September 07, 2010 12:09 PM
**To:** Mary Anna Tabol
**Subject:** RE: Oil Spill Matter

Mary Anna:

I am available for a meeting with Ken in Baton Rouge on September 13. I am waiting on the AG to advise as to his availability.

I really need the answers to my emails of 08/19/10, 08/25/10 and 08/26/10. Your immediate responses are necessary. Thanks.

                                        Pat Juneau

**PATRICK A. JUNEAU**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email:  paj@juneaudavid.com
          fgg@juneaudavid.com

---

**From:** Mary Anna Tabol **On Behalf Of** Ken Feinberg
**Sent:** Friday, September 03, 2010 1:13 PM
**To:** 'Patrick A. Juneau'
**Subject:** RE: Oil Spill Matter

Patrick:

I apologize for the delay in responding. I have not yet turned my attention to the final protocol since my current preoccupation remains the emergency payments. I will probably begin drafting a final protocol within the next two weeks and would welcome your very valuable input. With this in mind, please be aware that I plan to be in Baton Rouge on either Monday, September 13 and/or Tuesday, September 14. Will you and the AG be available to discuss our collective thinking about the final protocol? Based on our brief face to face discussion a few weeks ago, I believe that you and the AG are valuable resources to consider various options. Please advise as to your availability on 9/13 and or 9/14 as well as that of the AG.

Standing by, and thanks for everything-

                                        3

Ken

---

**━om:** Felicia A. Guidry [mailto:FGG@juneaudavid.com] **On Behalf Of** Patrick A. Juneau
**═nt:** Thursday, September 02, 2010 4:40 PM
**To:** Ken Feinberg
**Subject:** Oil Spill Matter

Ken:

    I never received responses in reply to my emails to you of 08/19/10, 08/25/10 and 08/26/10.  I made the requests because the responses were important to the State.  I again request that you respond.

    When I met with you at the Ponchartrain Center in Kenner, Louisiana on August 18th, you told me that you would send me, within 2 weeks, a draft of your final protocol.  Please advise as to the status of that document.

**PATRICK A. JUNEAU**
Juneau David, APLC
Post Office Drawer 51268
Lafayette, LA 70505-1268
Telephone: 337-269-0052
Facsimile: 337-269-0061
Email:  paj@juneaudavid.com
       fgg@juneaudavid.com

4