# Exhibit 8

## Kathryn Bowman

| | |
|---|---|
| **From:** | Billy Plauche <billy@plauchestock.com> |
| **Sent:** | Monday, November 15, 2010 8:29 PM |
| **To:** | Mark Brady; 'Bjackson@jgdpc.com'; Drue Banta; Stephanie Morris; Elizabeth Murrill; Kris Van Orsdel; Patrick A. Juneau (paj@juneaudavid.com) |
| **Subject:** | Next claims coordination conference call |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All: We agreed on our last call that we would try to schedule a check in on claims coordination issues with this group every two weeks. I'd suggest we do our next call/meeting on Tuesday, November 23, at 8:45 in the morning. Does that work for folks? Billy

Samuel W. Plauché
**Plauché & Stock LLP**
811 First Avenue
Suite 320
Seattle, WA 98104
(206) 588-4188
billy@plauchestock.com

---

This e-mail is intended only for the use of the individual or entity to whom it is addressed and may contain confidential, privileged information. If the reader of this e-mail is not the addressee, please be advised that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you receive this communication in error, please call (206) 588-4188 and return this e-mail to Plauché & Stock LLP at the above e-mail address and delete from your files. Thank you.