# Exhibit 12

# Cantor, Daniel A.

| | |
|---|---|
| **From:** | MELANIE WEBB [MWEBB@ago.state.ms.us] |
| **Sent:** | Tuesday, December 07, 2010 10:19 AM |
| **To:** | PhillipsT@ag.state.la.us; terrellm@ag.state.la.us; RTambling@ago.state.al.us; MARY JO WOODS; Cantor, Daniel; Milch, Thomas; Mark.Holstein@bp.com; a.kanner@kanner-law.com; Trish Conners; jay.dyer@oag.state.tx.us; John E Jr. (Jack) Lynch; Brian (SMO) Hauck; Thomas J. (SMO) Perrelli |
| **Cc:** | MELANIE WEBB; jhunter@NAAG.ORG |
| **Subject:** | Meeting today at NAAG |

Meeting today at the National Association of Attorneys General Office

**Time:** 12:45 pm
**Location:** Executive Conference Room. NAAG Office
 8th Floor - 2030 M Street, NW, Washington DC
NAAG main phone: 202-326-6000
**Emergency Contact:** Jeffrey Hunter, NAAG
**Directions:** The NAAG Office is located across the street from the St. Gregory Hotel.
on M Street NW - go to the 8th floor - The meeting room holds 7 people & we have 7 attending. It is crucial to let me know if anyone else was hoping to attend person.

**Attending in Person:**

MS Attorney General Jim Hood
Brian Hauck, USDOJ
Mark Holstein - BP
Porter - BP
Dan Cantor - Arnold
Trey Phillips - Louisiana AG's Office
Allan Kanner - Louisiana AG's Office (representing)

**Confirmed Attending via phone:**

Mary Jo Woods - Mississippi Attorney General's Office
Trish Conners - Florida Attorney General's Office
Texas Attorney General's Office
Louisiana Attorney General's Office

**Dial in Information:**

Reservationless-Plus Toll Free Dial-In Number (US & Canada): (866) 634-1110
Reservationless-Plus International Dial-,In Number:(770) 659-3580
United Kingdom 08000320432
Conference code: 793 319 0985

Thanks all - Melanie Webb -
Direct: 601-359-3692 (no voice mail)
Cell: 336-402-2410 (always with me)

1