IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL MEMORANDUM AND EXHIBITS IN SUPPORT OF BP'S MOTION TO SUPPLEMENT EVIDENCE IN SUPPORT OF ITS MOTION TO REMOVE THE CLAIMS ADMINISTRATOR**

Pursuant to Pre-Trial Order 13 (Rec. Doc. 641), the Economic and Property Damages Settlement Agreement (Rec. Doc. 6430-1), and the Court's May 22, 2012 and June 29, 2012 orders regarding claimant confidentiality (Rec. Docs. 6573 and 6822), Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file the following documents under seal: (1) an unredacted version of BP's Memorandum In Support of Its Motion to Supplement Evidence In Support of Its Motion to Remove the Claims Administrator; (2) Exhibit 4, the Declaration of Maria Travis; (3) an unredacted version of Exhibit 5, Email from Patrick Juneau to Kenneth Feinberg, Aug. 26, 2010; (4) an unredacted version of Exhibit 6, Billing Records of Juneau David; (5) an unredacted version of Exhibit 7, Email from Kenneth Feinberg to Patrick Juneau, Sept. 8, 2010; and (6) an unredacted version of Exhibit 12, Supplemental Affidavit of Professor William Ross. These documents contain discussion of individual claims and claimants or other materials that may be "confidential" pursuant to the above-referenced orders.

WHEREFORE, Defendants BP Exploration & Production, Inc. and BP America Production Company respectfully request this Court to grant them leave to file under seal (1) an unredacted version of BP's Memorandum In Support of Its Motion to Supplement Evidence In Support of Its Motion to Remove the Claims Administrator; (2) Exhibit 4, the Declaration of Maria Travis; (3) an unredacted version of Exhibit 5, Email from Patrick Juneau to Kenneth Feinberg, Aug. 26, 2010; (4) an unredacted version of Exhibit 6, Billing Records of Juneau David; (5) an unredacted version of Exhibit 7, Email from Kenneth Feinberg to Patrick Juneau, Sept. 8, 2010; and (6) an unredacted version of Exhibit 12, Supplemental Affidavit of Professor William Ross.

| | |
|---|---|
| October 29, 2014 | Respectfully submitted, |
| Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 |    */s/ Kevin M. Downey*          <br>Kevin M. Downey<br>F. Lane Heard III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 434-5000<br>Telefax:  (202) 434-5029 |

| | |
|---|---|
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Telefax: (202) 942-5999 |   /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Telefax: (312) 876-7934 | Richard C. Godfrey, P.C.<br>Wendy L. Bloom<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Telefax: (312) 862-2200 |
| ***OF COUNSEL*** | Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 29th day of October, 2014.

*/s/ Don K. Haycraft*
Don K. Haycraft