# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering BP's Motion And Incorporated Memorandum In Support of Motion To File Under Seal Memorandum And Exhibits In Support Of Motion To Supplement Evidence in Support of Motion to Remove the Claims Administrator, and for a further order directing that (1) an unredacted version of BP's Memorandum In Support of Its Motion to Supplement Evidence In Support of Its Motion to Remove the Claims Administrator; (2) Exhibit 4, the Declaration of Maria Travis; (3) an unredacted version of Exhibit 5, Email from Patrick Juneau to Kenneth Feinberg, Aug. 26, 2010; (4) an unredacted version of Exhibit 6, Billing Records of Juneau David; (5) an unredacted version of Exhibit 7, Email from Kenneth Feinberg to Patrick Juneau, Sept. 8, 2010; and (6) an unredacted version of Exhibit 12, Supplemental Affidavit of Professor William Ross, be filed under seal:

**IT IS HEREBY ORDERED**, that BP's Motion is **GRANTED**; and it is further

**ORDERED** that (1) an unredacted version of BP's Memorandum In Support of Its Motion to Supplement Evidence In Support of Its Motion to Remove the Claims Administrator; (2) Exhibit 4, the Declaration of Maria Travis; (3) an unredacted version of Exhibit 5, Email from Patrick Juneau to Kenneth Feinberg, Aug. 26, 2010; (4) an unredacted version of Exhibit 6,

Billing Records of Juneau David; (5) an unredacted version of Exhibit 7, Email from Kenneth Feinberg to Patrick Juneau, Sept. 8, 2010; and (6) an unredacted version of Exhibit 12, Supplemental Affidavit of Professor William Ross be filed under seal pending further order of the Court.

New Orleans, Louisiana, this ___ day of October, 2014.

                                                            _____
                                                            **Carl J. Barbier**
                                                            **United States District Judge**