IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## BP'S MOTION TO ENJOIN IMPLEMENTATION OF POLICIES TAINTED BY THE CLAIMS ADMINISTRATOR'S PRIOR REPRESENTATION

Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully requests that the Court enjoin implementation of Policies 333, 160, 317v.2, and 70v.2, direct the CSSP to reconsider these policies through a process that does not involve the participation of Mr. Juneau, and reinstate the requirement that Claimants submit business licenses as provided for in Settlement Agreement Exs. 4A and 8.  Since the creation of the claims process to address valid claims arising from the Deepwater Horizon oil spill, BP has opposed payment of claims without adequate supporting documentation because of concerns about fraud.  As a private lawyer, Patrick Juneau advocated approaches that were adverse to BP on this important issue, consistent with the views of his client, the State of Louisiana.  Each of the policies that are the subject of this Motion eliminates critical checks and balances against fraud by reducing the documentation claimants must present to verify that their claim is genuine. In light of what we now know regarding the scope of Mr. Juneau's prior representation of the State of Louisiana, these policies must be reconsidered, and should be enjoined.

The grounds underlying these requests are set forth in the Memorandum filed herewith in support of this Motion.

October 29, 2014

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

*OF COUNSEL*

Respectfully submitted,

  */s/ Kevin M. Downey*
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

  */s/ Don K. Haycraft*
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Richard C. Godfrey, P.C.
Wendy L. Bloom
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 29th day of October, 2014.

                                            */s/ Don K. Haycraft*
                                            Don K. Haycraft