# Exhibit 1

# Kathryn Bowman

| | |
|---|---|
| **From:** | Billy Plauche <billy@plauchestock.com> |
| **Sent:** | Friday, October 22, 2010 6:58 PM |
| **To:** | Stephanie Morris |
| **Cc:** | Elizabeth Murrill; Drue Banta |
| **Subject:** | Re: Public meetings |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hey Stephanie - yes, I will be down Monday night through Saturday morning next week. I am planning to attend all of the NRDA 101's. I think it would be great if Pat could attend - he does have the most familiarity with the private claims, and I think folks will he happy to see the work he is doing on behalf of the State to support private claimants. I am around and available this weekend if you want to talk through the NRDA 101 presentations. I am sure you, Drue and Karolien have it well under control, but glad to help where I can. Billy

Sent from my iPhone

On Oct 22, 2010, at 3:30 PM, "Stephanie Morris" <SMorris@losco.state.la.us > wrote:

> Hey liz and billy,
>
> Based on the informal nrda 101 type meetings we have had so far, I'm
> anticipating that at this week's coastal public outreach meetings, we
> will likely get a lot of questions about claims. Do you think it
> makes sense to have pat juneau at these meetings, to the extent he is
> available, to help field these questions?
>
> Billy, are you going to be able to join us at these meetings? I think
> you said you will be in town - it's been a long week.
>
> Stephanie