# Exhibit 5

*Hafner's fate unlikely to mean an about-face for SCF*

Sarasota Herald Tribune (Florida)

October 28, 2012 Sunday

Copyright 2012 Sarasota Herald-Tribune Co. All Rights Reserved

**Section:** A; ARCHIVES; Pg. A01

**Length:** 1131 words

**Byline:** CHRISTOPHER O'DONNELL

**Dateline:** BRADENTON

## Body

BRADENTON

Amid record unemployment, State College of Florida began an ambitious bachelor's degree **nursing** program to address a shortage of qualified **nurses** in local hospitals and clinics.

SCF graduated its **first nursing class** in 2011, three years after trustees hired college President Lars Hafner and charged him with an aggressive modernization of what was then Manatee Community College.

The Hafner era could end Tuesday, when trustees are set to approve a severance package for him after a contentious four-month struggle over his future at the college.

But his ouster is unlikely to prompt an about-face in the college's plans.

Board members indicate they want to continue expanding the college, a move aligned with Gov. Rick Scott's push to make schools and colleges more focused on getting students career-ready.

Trustees plan to add more bachelor degree programs, including biology, to attract students interested in medical school. There is also a call to expand the **nursing** program, and add courses to make other programs more relevant (Mandarin-language **classes** for the business studies program, for example).

Likewise, Hafner's departure will not spell the end of his other prized programs, such as the collegiate charter school tailored for students who would be the **first** in their family to go to college, trustees say.

Trustees criticize Hafner for spending $4.3 million to convert an old college building into a new middle- and high-school campus. But the A-rated school has earned plaudits, and charter schools are a central element in Governor Scott's reform of public education.

"I think the collegiate school goes forward," said SCF Board Vice Chairman Craig Trigueiro. "It's high performing. It's a model for public education."

**Nursing** program full

The expansion of SCF's **nursing** program would boost local hospitals that have to import **nurses** during tourism season, Trigueiro said.

Before SCF's **nursing** program, students seeking a bachelor's of science in **nursing** could either go to a private college or commute to the University of South Florida in Tampa.

Having a place to study locally is of particular benefit to **nurses** with a two-year degree who could earn more and take on more complicated duties with additional certification.

That includes Linda Martell, an emergency room **nurse** at Englewood Community Hospital.

Hafner's fate unlikely to mean an about-face for SCF

Martell, a licensed **nurse** since 1981, expects to graduate from SCF's program in May.

The bachelor's degree will mean she can work in the emergency room and even stitch up wounds if a physician oversees her work.

After graduating, she plans to continue studying for a doctorate in **nursing**.

"It has really broadened my knowledge base regarding patient care," she said.

By this December, the college expects to have graduated about 110 **nurses**, many of whom are working in local hospitals including Charlotte Regional Medical Center, Manatee Memorial Hospital and Sarasota Memorial Hospital.

The health sector remains a bright spot in Florida's sluggish recovery from the recession.

Manatee Memorial has hired more than 90 **nurses** in the last six months, said Vernon DeSear, Manatee Memorial Hospital's vice president of marketing.

"We will be in good shape for the fall when season hits," he said. "Having that program here has been very beneficial."

Vice Chairman Trigueiro, a Bradenton physician, said he would like to expand the program, which has a lengthy waiting list, by as many as 25 places.

"These students have to sit and wait to get in or go to a private for-profit college," he said.

One logjam hindering expansion is the lack of clinical rotation spots, so students get job experience in local hospitals.

Trigueiro said he is talking with leaders at Blake Medical Center and Sarasota Memorial and plans to look at other hospitals to secure more places.

He also wants SCF to put more people on the path to a medical profession.

SCF officials are working with leaders at Lake Erie College of Osteopathic Medicine to set up a way for SCF students to enter LECOM's doctoral pharmacy program.

The proposal is for a three-plus-four-year track -- that's three years at SCF, plus four years at LECOM's School of Pharmacy

If SCF offers a bachelor's degree in science, then a similar program could be established that would make it easier for SCF students to enroll in LECOM to study to become doctors or dentists, Trigueiro said.

Library stalled

Other changes at SCF will focus on spending, a major point of conflict between Scott-appointed trustees and the departing Hafner.

The board is waiting for the results of a study comparing pay and benefits at SCF to other colleges and the private sector.

If the study shows that salaries are below average, trustees may face pressure to award raises. The college has granted across-the-board raises in two out of the last five years.

The board also will have to prioritize spending on construction projects, among them a $40 million library project put on hold in January.

Board Chairman Carlos Beruff questioned why the college proposed a 146,000-square-foot building when technology such as e-books and iPads means students are increasingly likely to study away from college.

Trigueiro was more direct, calling it a "museum for books" and saying the money would be better spent on a new science department, perhaps in East Manatee.

SCF's library was built in the 1960s and averages more than 2,000 daily visits.

Beruff says trustees should be involved in project design, not just approving expenditures.

"We have to go and get the $40 million from Tallahassee and yet we have not had input into what the $40 million was for," he said.

Beruff plans to make the college more fiscally cautious to keep project costs from spiraling out of control. The charter school was $1.1 million over budget.

He said trustees must know the costs up front and be advised when projects exceed the cost by more than 5 percent.

"We have to be more transparent with the public," he said. "That's the reason public spending gets a bad name."

**STATE** COLLEGE OF FLORIDA

Founded in 1957 as Manatee Junior College, it changed its name to Manatee Community College in 1985. The name was changed again, to State College of Florida, in 2009 as the institution added its **first** bachelor's degree program in **nursing**. It has 11,000 students and an operating budget of $48 million.

Bachelor's programs

Sciences

**Nursing**

Early childhood education

Applied Sciences

Technology management

Health services administration

Homeland security

International business and trade

Public safety administration

Technology management

Tuition costs

Lower-division courses are set at $102.48 for in-state residents per credit hour.

Upper-division courses are set at $113.64 for in-state residents per credit hour.

Non-residents of Florida pay roughly four times the in-state rate.

SOURCE: State College of Florida

## Graphic

Students learn patient care techniques at the Medical Technology and Simulation Center at SCF Lakewood Ranch. Trustees are planning to expand the **nursing** program as part of a push to meet workforce needs in Sarasota and Manatee counties. PHOTO PROVIDED BY STATE COLLEGE OF FLORIDA

## Classification

**Language:** ENGLISH

**Publication-Type:** Newspaper

**Subject:**  COLLEGES & UNIVERSITIES (90%); STUDENTS & STUDENT LIFE (90%); UNIVERSITY ADMINISTRATION (90%); NURSES & NURSING (90%); EMERGENCY ROOMS (89%); HOSPITALS (89%); EDUCATION SYSTEMS & INSTITUTIONS (89%); PUBLIC SCHOOLS (89%); CLINICS & OUTPATIENT SERVICES (78%); LABOR SHORTAGES (78%); GRADUATE & PROFESSIONAL SCHOOLS (78%); GOVERNORS (78%); FOREIGN LANGUAGE EDUCATION (78%); COMMUNITY COLLEGES (78%); HIGH SCHOOLS (77%); EDUCATION REFORM (74%); MEDICAL EDUCATION (73%); BUSINESS EDUCATION (73%); APPROVALS (71%); SEVERANCE PAY (71%); LANGUAGE & LANGUAGES (67%); CHARTER SCHOOLS (66%); TOURISM (50%)

**Person:**  RICK SCOTT (58%)

**Geographic:**  SARASOTA, FL, USA (79%); TAMPA, FL, USA (79%); FLORIDA, USA (94%); UNITED STATES (94%)

**Load-Date:** December 11, 2013