# Exhibit *

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * | |
| | * * | HONORABLE CARL J. BARBIER |
| | * | |
| This document relates to Civ. A. No. 12-970. | * * * | MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF DZMITRY ASINSKI

I, Dzmitry Asinski, hereby declare and state as follows:

1. I am over the age of 21 years and a resident of the State of Illinois. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called to do so, could testify truthfully thereto.

2. I am a Vice-President of Compass Lexecon, an economic consulting firm with its headquarters in Chicago, IL. Beginning in August 2010, I have been retained by BP and my responsibilities include monitoring the implementation of the Settlement Agreement. I previously submitted a declaration in this matter signed on December 13, 2013. My December 13, 2013 declaration summarizes my qualifications and includes my curriculum vitae.

3. As part of my on-going responsibilities, I have reviewed numerous CSSP offers and claim files. I also monitor general trends in CSSP offers and claim activity, as reflected both in reports posted by the Claims Administrator to the CSSP portal, and in claim-specific computer data files posted by CSSP daily that identify the status of determined claims, including claimant

1

characteristics and the size of offers. The tabulations reported below are based on analysis of the claim-specific computer data files provided by CSSP.

4. As of October 20, 2014, the CSSP has paid 2,565 awards to subsistence claimants where the pre-RTP amount offered was less than $10,000. There are also 656 additional offers to subsistence claimants with pre-RTP amount below $10,000 that have not been paid yet.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, belief, and information.

Dated: October 27, 2014

_Dzmitry Asinski_
Dzmitry Asinski