IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the  Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION: J |
| This document relates to all actions. | *<br>*<br>*<br>*<br>*<br>* | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL MEMORANDUM AND EXHIBITS IN SUPPORT OF BP'S MOTION TO ENJOIN IMPLEMENTATION OF POLICIES TAINTED BY THE CLAIMS ADMINISTRATOR'S PRIOR REPRESENTATION**

Pursuant to Pre-Trial Order 13 (Rec. Doc. 641), the Economic and Property Damages Settlement Agreement (Rec. Doc. 6430-1), and the Court's May 22, 2012 and June 29, 2012 orders regarding claimant confidentiality (Rec. Docs. 6573 and 6822), Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file its (1) unredacted version of the Memorandum In Support Of BP's Motion To Enjoin Implementation Of Policies Tainted By The Claims Administrator's Prior Representation; (2) Exhibit 3, the Declaration of Wendy Bloom; (3) Exhibit 4, Excerpt of IEL Claim File; and (4) Exhibit 7, Excerpt of Subsistence Claim File under seal.  These exhibits contain discussion of claimant information, draft policies and the parties' comments thereon, or other materials that are "confidential," pursuant to the above-referenced orders.

WHEREFORE, Defendants BP Exploration & Production, Inc. and BP America Production Company respectfully request this Court to grant them leave to file under seal (1) an unredacted version of the Memorandum In Support Of BP's Motion To Enjoin Implementation

Of Policies Tainted By The Claims Administrator's Prior Representation; (2) Exhibit 3, the Declaration of Wendy Bloom; (3) Exhibit 4, Excerpt of IEL Claim File; and (4) Exhibit 7, Excerpt of Subsistence Claim File.

October 29, 2014

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

***OF COUNSEL***

Respectfully submitted,

   */s/ Kevin M. Downey*
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

   */s/ Don K. Haycraft*
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Richard C. Godfrey, P.C.
Wendy L. Bloom
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 29th day of October, 2014.

                                                */s/ Don K. Haycraft*
                                                Don K. Haycraft