IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This document relates to all actions. | * | HONORABLE CARL J. BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering BP's Motion And Incorporated Memorandum In Support of Motion To File Under Seal Exhibits In Support of Motion to Enjoin Implementation of Policies Tainted by the Claims Administrator's Prior Representation, and for a further order directing that (1) an unredacted version of the Memorandum In Support Of BP's Motion To Enjoin Implementation Of Policies Tainted By The Claims Administrator's Prior Representation; (2) Exhibit 3, the Declaration of Wendy Bloom; (3) Exhibit 4, Excerpt of IEL Claim File; and (4) Exhibit 7, Excerpt of Subsistence Claim File be filed under seal:

**IT IS HEREBY ORDERED**, that BP's Motion is **GRANTED**; and it is further

**ORDERED** that (1) an unredacted version of the Memorandum In Support Of BP's Motion To Enjoin Implementation Of Policies Tainted By The Claims Administrator's Prior Representation; (2) Exhibit 3, the Declaration of Wendy Bloom; (3) Exhibit 4, Excerpt of IEL Claim File; and (4) Exhibit 7, Excerpt of Subsistence Claim File be filed under seal pending further order of the Court.

New Orleans, Louisiana, this ___ day of October, 2014.

                                           _____
                                           **Carl J. Barbier**
                                           **United States District Judge**