## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | C.A. NO.  2:10-mdl-02179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION: J |
| | § | |
| This Document Relates to:  2:10-cv-04211 | § | JUDGE BARBIER |
| | § | |
| | § | MAG. JUDGE SHUSHAN |

*********************************************************************************

### ORDER OF DISMISSAL OF CLAIMS OF CARL LAVERGNE

CONSIDERING the Agreed Motion to Dismiss with Prejudice the claims of Carl Lavergne,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice the claims of Carl Lavergne, is granted and the claims asserted or which could have been asserted in this case on behalf of Plaintiff, Carl Lavergne, are hereby dismissed, with prejudice.  Each party is to bear their own respective costs.

New Orleans, Louisiana this 30th day of October, 2014.

_____
United States District Judge