UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Trinity Offshore, LLC v. BP Exploration & Production, Inc., BP America Production Company, BP p.l.c., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Halliburton Energy Services, Inc., and Sperry Drilling Services, a division of Halliburton Energy Services, Inc.,<br><br>Civil Action No. 2:13-cv-01222 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## THIRD SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW COMES PLAINTIFF**, Gulf Coast Shipyard Group, Inc., f/k/a Gulf Coast Shipyard Operations, Inc., through undersigned counsel, who does allege, aver and represent as follows:

1.

Plaintiff filed the above captioned action in this Court on April 18, 2013.

2.

Plaintiff filed its First Supplemental and Amending Complaint as a matter of course pursuant to F.R.C.P. 15(a)(1) on April 25, 2013.

1

3.

Plaintiff filed its Second Supplemental and Amending Complaint pursuant to this Court's Scheduling Order dated June 3, 2014.

4.

Plaintiff now seeks leave to file its Third Supplemental and Amending Complaint with this Court.

5.

Plaintiff incorporates by reference each and every allegation, claim, cause of action, and prayer for relief described in its original Complaint, its First Supplemental and Amending Complaint, and its Second Supplemental and Amending Complaint, except as follows:

6.

Plaintiff desires to amend its original Complaint to delete paragraphs 7 – 9.

7.

Plaintiff desires to amend its Second Supplemental and Amending Complaint as follows:

**1bb.   On or about June 6, 2013, Gulf Coast Shipyard Operations, Inc. filed an amendment to its Articles of Incorporation changing its name to Gulf Coast Shipyard Group, Inc.**

8.

Plaintiff further desires to amend paragraph 1c. of its Second Supplemental and Amending Complaint to read **"Gulf Coast Shipyard Group, Inc. f/k/a Gulf Coast Shipyard**

**Operations, Inc., a Delaware corporation, is the legal owner of the claim and is a proper party plaintiff herein."**

9.

Plaintiff further desires to amend its Second Supplemental and Amending Complaint as follows:

**WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally, and in solido, as follows:**

    **(a)    Economic and compensatory damages in amounts to be determined at trial;**

    **(b)    Pre-judgment and post-judgment interest at the maximum rate allowable by law; and**

    **(c)    Such other and further relief available under all applicable federal laws and any relief the Court deems just and appropriate.**

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally, and in solido, as follows:

    (a)    Economic and compensatory damages in amounts to be determined at trial;

    (b)    Pre-judgment and post-judgment interest at the maximum rate allowable by law; and

    (c)    Such other and further relief available under all applicable federal laws and any relief the Court deems just and appropriate.

Respectfully submitted,

   /s/   Stephen J. Herman                    /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129      **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**            **DOMENGEAUX WRIGHT ROY**

820 O'Keefe Avenue  
New Orleans, Louisiana 70113  
Telephone: (504) 581-4892  
Fax. No. (504) 569-6024  
Email: sherman@hhklawfirm.com  
*Plaintiffs Liaison Counsel*

& EDWARDS, LLC  
556 Jefferson Street, Suite 500  
Lafayette, Louisiana 70501  
Telephone: (337) 233-3033  
Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com  
*Plaintiffs Liaison Counsel*

/s/ Conrad S.P. Williams, III  
**WILLIAMS LAW GROUP, LLC**  
CONRAD S.P. WILLIAMS, III (#14499)  
MEREDITH R. DURHAM (#33112)  
909 Poydras Street, Ste. 1625  
New Orleans, Louisiana 70112  
Office: (504) 200-0000  
Fax No. (504) 200-0001  
E-Mail: duke@williamslawgroup.org

**PLAINTIFFS' STEERING COMMITTEE**

Brian H. Barr  
LEVIN, PAPANTONIO, THOMAS,  
MITCHELL, ECHSNER & PROCTOR, PA  
316 South Baylen St., Suite 600  
Pensacola, FL 32502-5996  
Office: (850) 435-7045  
Telefax: (850) 436-6187  
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit  
BREIT, DRESCHER & IMPREVENTO  
Towne Pavilion Center II  
600 22nd Street, Suite 402  
Virginia Beach, Virginia 23451  
Office: (757) 670-3888  
Telefax: (757) 670-3895  
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser  
LIEFF, CABRASER, HEIMANN &  
BERNSTEIN, LLP  
275 Battery Street, 29th Floor

Robin L. Greenwald  
WEITZ & LUXENBERG, PC  
700 Broadway  
New York, NY 10003  
Office: (212) 558-5802  
Telefax: (212) 344-5461  
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones  
BEASLEY, ALLEN, CROW, METHVIN,  
PORTIS & MILES, P.C.  
218 Commerce St., P.O. Box 4160  
Montgomery, AL 36104  
Office: (334) 269-2343  
Telefax: (334) 954-7555  
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy  
LUNDY, LUNDY, SOILEAU LLP  
501 Broad Street  
Lake Charles, LA 70601

4

San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above of the foregoing Third Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of October, 2014.

/s/  Conrad S.P. Williams, III