UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Re: Penalty Phase inData Costs]

On October 30, 2014, there was a telephone status conference. The U.S. raised the issue of the sharing of the costs of inData for the Penalty Phase for the preparation of deposition bundles for submission to Judge Barbier. The U.S. requested that the inData costs be shared equally among Anadarko, BPXP and the U.S. The defendants contend that the U.S. should pay fifty percent of the inData costs and the remaining fifty percent should be paid by Anadarko and BPXP as they determine.

After consideration of the parties' arguments,

IT IS ORDERED that the United States shall pay fifty percent of the inData costs and the defendants, BPXP and Anadarko, shall pay fifty percent of the costs.

The deadline for any appeal of this order is **Friday, November 7, 2014**.

New Orleans, Louisiana, this 30th day of October, 2014.

                                               SALLY SHUSHAN
                                               **United States Magistrate Judge**