**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**Patrick A. Juneau**
*Claims Administrator*

BY HAND
October 27th, 2014
Honorable Carl J. Barbier
United States District Judge
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

    Re: Referral of Issues from Panel Hearing (Confidentiality of Budget Information and Issuance of McGladrey Report)

Dear Judge Barbier:

    A Panel Hearing was held on Wednesday, October 22, 2014 on two issues which concern the implementation of the Settlement Agreement. The two issues addressed were:

(i) whether materials and information provided to the Parties for the purpose of BP's approval of the CAO budgets should be considered confidential [Class Counsel and the CAO believe they are, whereas BP believes they are not], and

(ii) disputes relating to the issuance of the McGladrey Report [BP has demanded that it receive immediately the final McGladrey Report (which the CAO has not yet received) and all work papers related to it, whereas the CAO has informed BP and Class Counsel that once it receives the final report and has submitted it to the Court-appointed Audit Committee, the CAO will deliver it to the Court and then make such further distribution as the Court may direct].

    Unanimous Panel agreement could not be reached, and referral of these issues to the Court is requested. Attached to this letter you will find the transcript of the Panel Hearing, together with the materials that were submitted by the CAO as exhibits, which reflect the disagreements and the Parties' respective positions.

Sincerely,

Patrick A. Juneau

cc: Honorable Sally A. Shushan
    Mark Holstein
    Keith Moskowitz
    Steve Herman
    Jim Roy