UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| **This Document Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-311, Cameron International* | * | **MAGISTRATE SHUSHAN** |
| *Corporation v. Liberty Insurance* | * | |
| *Underwriters, Inc., a/k/a Liberty* | * | |
| *International Underwriters* | | |

## JUDGMENT

In accordance with the Court's Order & Reasons of October 31, 2014 (Rec. Doc. 13583), which resolved under Federal Rule of Civil Procedure 56 all claims in the referenced member case not previously dismissed under Federal Rule of Civil Procedure 12(c);

It is hereby ORDERED, ADJUDGED, AND DECREED:

(1) As to Plaintiff's demand for declaratory judgment for indemnity, the rights of the parties are as follows: Defendant Liberty Insurance Underwriters, Inc. must indemnify Plaintiff Cameron International Corporation in the amount of fifty million dollars and zero cents ($50,000,000.00) for its losses in connection with Multidistrict Litigation 2179 and related proceedings.

(2) As to Plaintiff's demand for damages for breach of contract, judgment is rendered in favor of Plaintiff Cameron International Corporation and against Defendant Liberty Insurance Underwriters, Inc. in the amount of fifty million dollars and zero cents ($50,000,000.00), plus prejudgment interest pursuant to Texas law and postjudgment interest pursuant to 28 U.S.C. § 1961.

(3)   Costs of this suit other than attorney's fees shall be born by Defendant Liberty Insurance Underwriters, Inc.

(4)   As to all other claims or demands for relief asserted by Plaintiff, judgment is rendered in favor of Defendant Liberty Insurance Underwriters, Inc. and against Plaintiff Cameron International Corporation.

New Orleans, Louisiana, this 31st day of October, 2014.

_____
United States District Judge