# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| **Applies to:** *U.S. v. BP Exploration & Prod. Co., et al.*<br>No. 2:10-cv-04536. | * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANADARKO PETROLEUM CORPORATION'S SUPPLEMENTAL CUMULATIVE LIST OF REDACTED DOCUMENTS AND DOCUMENTS FOR WHICH CONFIDENTIALITY DESIGNATIONS ARE WITHDRAWN IF THE DOCUMENTS ARE USED AND ADMITTED IN THE PENALTY PHASE TRIAL AND ITS LIST OF DOCUMENTS ON PENALTY PHASE EXHIBIT LISTS OVER WHICH CONFIDENTIALITY DESIGNATIONS ARE MAINTAINED

Anadarko Petroleum Corporation ("Anadarko") hereby respectfully submits these two Lists. First, attached as Exhibit A is its Supplemental Cumulative List of Redacted Documents and Documents for Which Confidentiality Designations Are Withdrawn if the Documents Are Used and Admitted in the Penalty Phase Trial as provided in the October 3, 2014 Order Regarding Exhibits [Rec. Doc. 13461]. Additional documents added since the October 3, 2014 List that Anadarko served are marked with an asterisk ("*"). If a listed document bears an "-R-" in its Bates number (*e.g.*, ANA-MDL-R-xxxxxx), a redacted version of the document that is not confidential is being produced by Anadarko. Second, as Exhibit B, Anadarko submits its List of Documents On Penalty Phase Exhibit Lists as of October 31, 2014 Over Which Confidentiality Designations are Maintained.

To the extent permitted by Orders or decisions of the Court, Anadarko reserves the right to supplement these lists with additional documents as appropriate.

1

Dated: October 31, 2014                     Respectfully submitted,

    */s/ Ky E. Kirby*
Ky E. Kirby
Ky.Kirby@bingham.com
Thomas R. Lotterman
Thomas.Lotterman@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Deborah D. Kuchler, (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112

**ATTORNEYS FOR ANADARKO PETROLEUM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Anadarko Petroleum Corporation's Supplemental Cumulative List of Redacted Documents and Documents for which Confidentiality Designations are Withdrawn if the Documents are used and Admitted in the Penalty Phase Trial and its List of Documents on Penalty Phase Exhibit Lists over which Confidentiality Designations are Maintained* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of October, 2014.

*/s/ Ky E. Kirby*_____