IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179
Anadarko's List of Documents On Penalty Phase Exhibit Lists as of October 31, 2014
Over Which Confidentiality Designations are Maintained

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Trial Exhibit List | Confidentiality | Confidentiality Withdrawn |
|---|---|---|---|---|---|---|---|
| TREX-001914 | ANA-MDL-000041083 | ANA-MDL-000041084 | 3/15/2012 | Unredacted Macondo seismology | US | Confidential | De-Designated with redaction |
| TREX-002689 | ANA-MDL-000040222 | ANA-MDL-000040222 | 10/28/2009 | Unredacted October 28, 2009 e-mail from Mike Beattie to Darrell Hollek; RE: Macondo | US | Confidential | De-Designated with redaction |
| TREX-004991 | ANA-MDL-000044080 | ANA-MDL-000044094 | 9/9/2009 | Unredacted Anadarko Macondo Prospect Presentation, dated Sept. 9, 2009 | US | Confidential | De-Designated with redaction |
| TREX-012393 | ANA-MDL3-0012139 | ANA-MDL3-0012170 | 5/29/2014 | Unredacted APC Highly Confidential Deposition Exhibit | US | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction |
| TREX-012395 | ANA-MDL3-0014348 | ANA-MDL3-0014399 | No Date | APC Highly Confidential Deposition Exhibit | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-012396 | ANA-MDL3-0018793 | ANA-MDL3-0018841 | 10/16/2011 | APC Highly Confidential Deposition Exhibit | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-012444 | ANA-MDL3-0013398 | ANA-MDL3-0013406 | 5/12/2014 | APC Highly Confidential Deposition Exhibit | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-012798 | ANA-MDL3_0018157 | ANA-MDL3_0018167 | 12/12/2011 | Letter dated December 12, 2011, Thau to U.S. Securities and Exchange Commission Re: Voluntary Request for Information, HO-11799 | US | Confidential | |
| TREX-012799 | ANA-MDL3_0009331 | ANA-MDL3_0009333 | 5/16/2014 | KPMG Quarterly Status Meeting - Legal First Quarter 2014 | US | Confidential | |
| TREX-012800 | ANA-MDL3_0005464 | ANA-MDL3_0005470 | No Date | Environment Liability Reserve Projects - 2013 Reserve Activity (KPMG Meeting) | US | Confidential | |
| TREX-012802 | ANA-MDL3_0009325 | ANA-MDL3_0009325 | No Date | Spreadsheet titled Anadarko Petroleum 2010 - 2013 Capital and EBITDAX Report | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-012814 | ANA-MDL3_0015671 | ANA-MDL3_0015672 | 8/29/2013 | E-mail dated August 29, 2013, Eberhart to Douglas and others, Subject: RE: SEC Comment letter Dated 8-29-2013 | US | Confidential | |
| TREX-230028 | ANA-MDL3_0009484 | ANA-MDL3_0009498 | 12/1/2010 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: E. Conkling, Dated: 12/2010 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230029 | ANA-MDL3_0009499 | ANA-MDL3_0009513 | 3/1/2010 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: S. Yeung, Dated: 03/2010 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230030 | ANA-MDL3_0009514 | ANA-MDL3_0009528 | 6/1/2010 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: S. Yeung, Dated: 06/2010 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230031 | ANA-MDL3_0009529 | ANA-MDL3_0009542 | 9/1/2010 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: S. Yeung, Dated: 09/2010 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230032 | ANA-MDL3_0009935 | ANA-MDL3_0009949 | 3/1/2011 | Spreadsheet: Anadarko - Balance Sheet 03/2011 | US | Highly Confidential - Outside Counsel's Eyes Only | |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179
Anadarko's List of Documents On Penalty Phase Exhibit Lists as of October 31, 2014
Over Which Confidentiality Designations are Maintained

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Trial Exhibit List | Confidentiality | Confidentiality Withdrawn |
|---|---|---|---|---|---|---|---|
| TREX-230033 | ANA-MDL3_0009950 | ANA-MDL3_0009964 | 6/1/2011 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: E. Conkling, Dated: 6/2011 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230034 | ANA-MDL3_0009965 | ANA-MDL3_0009979 | 2/4/2012 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: A. Garrison, Dated: 12/2011 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230035 | ANA-MDL3_0010095 | ANA-MDL3_0010109 | 9/1/2011 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: E. Conkling, Dated: 9/2011 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230036 | ANA-MDL3_0010336 | ANA-MDL3_0010355 | 1/31/2013 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 1/31/2013 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230037 | ANA-MDL3_0010356 | ANA-MDL3_0010373 | 3/1/2012 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 3/1/2012 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230038 | ANA-MDL3_0010374 | ANA-MDL3_0010391 | 6/1/2012 | Spreadsheet: Anadarko Balance Sheet, Prepared by: L. Jones | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230039 | ANA-MDL3_0010392 | ANA-MDL3_0010409 | 9/1/2012 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 9/2012 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230040 | ANA-MDL3_0010955 | ANA-MDL3_0010971 | 7/16/2013 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 7/16/2013 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230041 | ANA-MDL3_0010972 | ANA-MDL3_0010985 | 2/20/2014 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 3/20/2014 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230042 | ANA-MDL3_0010986 | ANA-MDL3_0010999 | 10/28/2013 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 10/28/2013 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230043 | ANA-MDL3_0011000 | ANA-MDL3_0011016 | 5/2/2013 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 5/2/2013 | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230109 | ANA-MDL3_0012066 | ANA-MDL3_0012066 | 12/31/2013 | Spreadsheet: Anadarko Petroleum: 2010 - 2013 Capital and EBITDAX | US | Highly Confidential | |
| TREX-230110 | ANA-MDL3_0019462 | ANA-MDL3_0019462 | No Date | Spreadsheet: Anadarko Petroleum 2010 - 2013 Capital and EBITDAX | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230125 | ANA-MDL3-0005996 | ANA-MDL3-0006082 | 1/1/2011 | Model Form Operating Agreement | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230134 | ANA-MDL3-0012702 | ANA-MDL3-0012702 | No Date | No title - Chart reflecting 2013 - 2017 Reserves Growth, Reserves Replacement and F&D Cost | US | Highly Confidential - Outside Counsel's Eyes Only | |
| TREX-230135 | ANA-MDL3-0012704 | ANA-MDL3-0012704 | 4/1/2013 | 2013 Anadarko Petroleum Corporation - Executive Committee Offsite April 2013 Dividend Policy Discussion | US | Highly Confidential - Outside Counsel's Eyes Only | |
| | ANA-MDL3-0009337 | ANA-MDL3-0009369 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential | De-Designated with redaction |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179
Anadarko's List of Documents On Penalty Phase Exhibit Lists as of October 31, 2014
Over Which Confidentiality Designations are Maintained

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Trial Exhibit List | Confidentiality | Confidentiality Withdrawn |
|---|---|---|---|---|---|---|---|
| | ANA-MDL3-0018793 | ANA-MDL3-0018841 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction |
| | ANA-MDL3-0018843 | ANA-MDL3-0018891 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Confidential | De-Designated with redaction |
| | ANA-MDL3-0018893 | ANA-MDL3-0018941 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction |
| | ANA-MDL3-0018945 | ANA-MDL3-0018993 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction |
| | ANA-MDL3-0018995 | ANA-MDL3-0019042 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction |