**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Oil Spill by the Oil Rig
    "DEEPWATER HORIZON" in the Gulf
    of Mexico, on April 20, 2010

MDL No. 2179

SECTION: J

This Document Relates to:

JUDGE BARBIER

MAGISTRATE SHUSHAN

Blake International Rigs USA, LLC v. BP
Exploration & Production, Inc., BP America
Production Company, BP p.l.c.

Civil Action No. 2:13-cv- 01185

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW COMES PLAINTIFF**, Blake International USA Rigs, LLC, through undersigned

counsel, who does allege, aver and represent as follows:

1.

Plaintiff filed the above captioned action in this Court on April 18, 2013.[1]

2.

Plaintiff filed its First Supplemental and Amending Complaint[2] pursuant to this Court's

Scheduling Order[3] dated June 3, 2014.

3.

Plaintiff now seeks to file its Second Supplemental and Amending Complaint with leave

of this Court.

---

[1] Rec. Doc. 1 in No. 2:13-cv-01185.
[2] Rec. Doc. 12993 in No. 2:10-md-02179.
[3] Rec. Doc. 12972 in No. 2:10-md-02179.

1

4.

Plaintiff incorporates by reference each and every allegation, claim, cause of action, and prayer for relief described in its original Complaint and its First Supplemental and Amending Complaint.

5.

Plaintiff further desires to amend its Original and First Supplemental and Amending Complaint as follows:

6.

Plaintiff desires to amend paragraph one (1) of its Original Complaint to delete provisions 1(b) and 1(c) naming BP America Production Company and BP p.l.c. as defendants' in this matter.[4]

7.

Plaintiff further desires to amend its First Supplemental and Amending Complaint to include in its un-numbered  introductory paragraph in its Original Complaint as follows:

5.    **Blake Holdings I, LLC, Blake Workover & Drilling Co., Inc., and Blake International Rigs, LLC are the legal successors in interest to Blake International USA Rigs, LLC and the legal owners of the claim. Thus, Blake Holdings I, LLC, Blake Workover & Drilling Co., Inc., and Blake International Rigs, LLC are proper plaintiffs herein."**

8.

---

[4] This amendment is made in accordance with the Court's Agreed Upon Scheduling Order dated June 3, 2014.

Finally, Plaintiff desires to amend its Prayer of Relief in its First Supplemental and Amended Complaint as follows:

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally, and in solido, as follows:

(a)     Economic and compensatory damages in amounts to be determined at trial;

(b)     Pre-judgment and post-judgment interest at the maximum rate allowable by law;

(c)     Such other and further relief available under all applicable federal laws and any relief the Court deems just and appropriate.

Respectfully submitted,

_____/s/   Stephen J. Herman_____
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax. No. (504) 569-6024
Email: sherman@hhklawfirm.com
*Plaintiffs Liaison Counsel*

_____/s/ James Parkerson Roy_____
**James Parkerson Roy**, La. Bar No.11511
**DOMENGEAUX WRIGHT ROY**
**& EDWARDS, LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*

/s/ Conrad S.P. Williams, III
**WILLIAMS LAW GROUP, LLC**
CONRAD S.P. WILLIAMS, III (#14499)
MEREDITH R. DURHAM (#33112)
909 Poydras Street, Ste. 1625
New Orleans, Louisiana 70112
Office: (504) 200-0000
Fax No. (504) 200-0001
E-Mail: duke@williamslawgroup.org

## PLAINTIFFS' STEERING COMMITTEE

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office: (251) 471-6191
Telefax: (251) 479-1031

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above of the foregoing Second Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of October, 2014.

/s/  Conrad S.P. Williams, III
Conrad S.P. Williams, III