# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>This Filing Relates to:<br><br>Blake International USA Rigs, LLC v. BP Exploration & Production Co., BP America Production Company, and BP p.l.c.<br>Civil Action No. 2:13-cv-01185 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING the foregoing Ex Parte Consent Motion for Leave to File Amended Complaints,

IT IS ORDERED that Plaintiffs Motion be and hereby is GRANTED this \_\_\_\_\_ day of _____, 2014, in New Orleans, Louisiana.

_____
MAGISTRATE JUDGE SHUSHAN

1