UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig       "Deepwater Horizon" in the Gulf       of Mexico, on April 20, 2010 | *  *  *  * | MDL 2179  SECTION "J" |
| Applies to:  *No. 12-311* | *  *  * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that the following motions are DENIED AS MOOT:

Cameron's Unopposed Motion for Two Week Extension of Time to Respond to Discovery (Rec. Doc. 8843);

Cameron's Unopposed Motion for Additional Extension of Time to Respond to Discovery (Rec. Doc. 9023).

New Orleans, Louisiana, this 31st day of October, 2014.

_____
United States District Judge