# EXHIBIT C

# REVENUE ABSTRACT
ALABAMA DEPARTMENT OF REVENUE
Month of August 2010

Fiscal Year: 1 October 2009 - 30 September 2010
Comparative Statement of Gross Tax Collections for the Month
and Fiscal Periods Indicated.

Source: Financial Operations
www.revenue.alabama.gov

| Title of Tax | August 2010 | August 2009 | % Change | FYTD 2009-10 | FYTD 2008-09 | % Change | FYTD Refunds 2009-10 | FYTD Net 2009-10 |
|---|---|---|---|---|---|---|---|---|
| Bulk Storage Withdrawal Fee | 4,031,244.40 | 3,236,648.49 | 24.55 | 38,932,246.62 | 32,453,577.91 | 19.96 | 182,908.47 | 38,749,338.15 |
| Business Privilege Tax | 1,963,492.77 | 2,543,063.28 | (22.79) | 102,305,480.86 | 103,402,257.12 | (1.06) | 24,386,020.95 | 77,919,459.91 |
| Coal Severance ($.135/Ton) | 232,519.89 | 174,370.72 | 33.35 | 2,365,346.57 | 2,317,933.77 | 2.05 | 0.00 | 2,365,346.57 |
| Coal Severance ($.20/Ton) | 344,473.93 | 258,322.67 | 33.35 | 3,499,014.41 | 3,425,036.78 | 2.16 | 0.00 | 3,499,014.41 |
| Contractors' Gross Receipts | 3,325,115.07 | 4,272,298.64 | (22.17) | 30,754,150.60 | 31,705,398.39 | (3.00) | 117,506.22 | 30,636,644.38 |
| Deeds and Assignments | 136,055.32 | 42,520.88 | | 1,810,616.26 | 897,953.08 | | 37,558.95 | 1,773,057.31 |
| Dry Cleaning Registration Fee | 16,449.28 | 3,873.53 | | 402,937.86 | 404,661.69 | (0.43) | 0.00 | 402,937.86 |
| Estate and Inheritance | 0.00 | 0.00 | 0.00 | 95,921.30 | 291,664.51 | (67.11) | 0.00 | 95,921.30 |
| Financial Institutions Excise**** | 6,933.60 | 23,425,421.00 | (99.97) | 21,495,526.81 | 54,619,733.98 | (60.65) | 5,502,094.27 | 15,993,432.54 |
| Forest Products Severance | 958,014.80 | 904,626.72 | 5.90 | 4,930,789.95 | 4,690,554.11 | 5.12 | 0.00 | 4,930,789.95 |
| Freight Line R.R. Equipment | 0.00 | 3,452.27 | | 3,645,232.89 | 3,368,624.21 | 8.21 | 0.00 | 3,645,232.89 |
| Gasoline | 36,464,473.35 | 36,144,426.46 | 0.89 | 374,044,132.05 | 368,720,052.15 | 1.44 | 672,008.89 | 373,372,123.16 |
| Gasoline (Aviation & Jet Fuel) | 96,999.43 | 40,965.16 | | 759,828.04 | 497,839.98 | 52.62 | 562.46 | 759,265.58 |
| Hazardous Waste | 160,359.61 | 224,240.40 | (28.49) | 1,444,380.84 | 1,785,688.22 | (19.11) | 0.00 | 1,444,380.84 |
| Hydro-Electric KWH | 0.00 | 0.00 | 0.00 | 0.00 | 437,124.56 | | 0.00 | 0.00 |
| IFTA License Tax*** | 1,179,390.22 | 3,215,951.94 | (63.33) | 12,992,207.23 | 24,138,910.32 | (46.18) | 0.00 | 12,992,207.23 |
| Income Tax-Corporate**** | 5,605,457.62 | 36,983,054.71 | (84.84) | 364,011,870.63 | 453,634,830.31 | (19.76) | 40,815,078.16 | 323,196,792.47 |
| Income Tax-Individual | 366,604,341.36 | 348,173,823.04 | 5.29 | 2,964,240,064.05 | 3,069,478,395.39 | (3.43) | 591,536,210.96 | 2,372,703,853.09 |
| IRP Registration Fees | 3,195,624.59 | 4,108,142.28 | (22.21) | 42,343,468.35 | 43,765,585.36 | (3.25) | 0.00 | 42,343,468.35 |
| Lodgings | 4,832,657.95 | 5,381,430.08 | (10.20) | 39,557,300.32 | 39,793,180.29 | (0.59) | 2,036.56 | 39,555,263.76 |
| Medicaid Nursing Facility | 4,122,796.73 | 4,166,731.94 | (1.05) | 45,549,715.95 | 46,033,845.87 | (1.05) | 31,438.83 | 45,518,277.12 |
| Medicaid Pharm. Services | 692,264.86 | 684,819.83 | 1.09 | 8,144,159.44 | 7,904,507.09 | 3.03 | 84.46 | 8,144,074.98 |
| Miscellaneous Tags | 16,656.25 | 19,195.41 | (13.23) | 203,901.07 | 189,935.14 | 7.35 | 3,681.26 | 200,219.81 |
| Miscellaneous Taxes* | 8,603.20 | 12,691.25 | (32.21) | 446,699.50 | 415,793.60 | 7.43 | 0.00 | 446,699.50 |
| Mobile Telecom Tax | 12,592,025.41 | 4,323,201.81 | | 101,558,540.87 | 96,503,186.58 | 5.24 | 22,467.63 | 101,536,073.24 |
| Motor Fuels (Diesel) | 10,841,469.54 | 10,443,187.67 | 3.81 | 114,571,095.26 | 109,147,322.04 | 4.97 | 1,154,499.20 | 113,416,596.06 |
| Motor Vehicle Title Fees | 1,927,044.10 | 1,676,885.45 | 14.92 | 18,478,708.22 | 18,001,973.39 | 2.65 | 677.28 | 18,478,030.94 |
| Motor Veh Salv Inspec Fees | 75,975.00 | 84,600.00 | (10.20) | 946,589.92 | 901,946.00 | 4.95 | 0.00 | 946,589.92 |
| Oil & Gas Privilege (8%) | 5,419,610.09 | 4,767,086.20 | 13.69 | 62,130,270.68 | 74,242,877.17 | (16.31) | 3,051,302.08 | 59,078,968.60 |
| Oil & Gas Production (2%) | 2,001,804.66 | 1,604,016.32 | 24.80 | 20,485,886.29 | 30,077,177.66 | (31.89) | 322,869.01 | 20,163,017.28 |
| Oil Lubricating | 145,847.18 | 149,804.85 | (2.64) | 1,665,436.24 | 1,559,777.74 | 6.77 | 3,891.17 | 1,661,545.07 |
| Oil Wholesale License | 2,019.60 | 0.00 | | 3,884,169.23 | 6,746,625.68 | (42.43) | 165,377.22 | 3,718,792.01 |
| Pari-Mutuel Pool | 199,363.61 | 210,748.75 | (5.40) | 1,968,336.43 | 2,231,569.32 | (11.80) | 0.00 | 1,968,336.43 |
| Property Tax** | 3,303,974.37 | 11,209,948.60 | (70.53) | 346,753,216.09 | 344,938,790.09 | 0.53 | 0.00 | 346,753,216.09 |
| Rental or Leasing | 5,727,886.27 | 5,733,421.92 | (0.10) | 57,284,546.90 | 61,237,271.07 | (6.45) | 202,536.65 | 57,082,010.25 |
| Sales | 155,427,384.85 | 149,809,595.42 | 3.75 | 1,694,862,379.53 | 1,681,571,497.76 | 0.79 | 3,687,065.06 | 1,691,175,314.47 |
| Scrap Tire Environmental Fee | 344,973.58 | 342,533.62 | 0.71 | 3,486,487.00 | 3,405,904.03 | 2.37 | 3,331.38 | 3,483,155.62 |
| Solid Waste Disposal Fee* | 3,068.74 | 24,025.08 | (87.23) | 8,463,509.82 | 4,468,615.63 | 89.40 | 77.59 | 8,463,432.23 |
| Store Licenses | 3,048.21 | 1,814.19 | 68.02 | 552,437.74 | 544,040.25 | 1.54 | 86.98 | 552,350.76 |
| Tobacco Products | 9,401,214.03 | 11,028,194.81 | (14.75) | 124,644,809.32 | 128,775,338.22 | (3.21) | 101,450.76 | 124,543,358.56 |
| TVA Electric | 10,228,110.32 | 9,988,127.25 | 2.40 | 112,424,930.69 | 112,439,723.49 | (0.01) | 0.00 | 112,424,930.69 |
| Use | 21,577,831.74 | 19,431,520.07 | 11.05 | 228,992,480.26 | 231,092,815.26 | (0.91) | 5,802,859.65 | 223,189,620.61 |
| Utility Gross Receipts | 27,582,167.67 | 43,494,793.45 | (36.59) | 387,536,342.94 | 393,055,926.20 | (1.40) | 1,080,998.91 | 386,455,344.03 |
| Utility License (2.2%) | 25,516.58 | 0.00 | 0.00 | 143,938,662.64 | 143,335,465.67 | 0.42 | 73,909.45 | 143,864,753.19 |
| TOTAL | 700,824,259.78 | 748,343,576.16 | (6.35) | 7,498,603,827.67 | 7,738,650,927.08 | (3.10) | 678,960,590.46 | 6,819,643,237.21 |

*Miscellaneous Taxes Collected includes: Auto Dismantler Lic, Auto Reconditioner & Rebuilder Lic, Illegal Drugs, Motor Carrier Mileage, and Playing Cards.

 *Solid Waste numbers are now a separate line item.  The Miscellaneous Tax numbers no longer have Solid Waste in them for FY09.

**Property Tax as reported to the Comptroller; refunds made by local jurisdictions are not reported.

***IFTA collections in March FY09 includes 12,337,461.59 that was for FY08

****Both Financial Institution Excise tax and Corporate Income Tax had $23,000,000 audit payments in August 2009