# EXHIBIT D



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

LUTHER STRANGE
ATTORNEY GENERAL

September 29, 2014

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

**Via Email**

Paul Collier
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

      Re:    *State of Alabama v. BP, plc, et al.*
               *Alabama Tax Stream Information*

Dear Paul:

      Pursuant to our conversations, the State has conducted a reasonable search for sources of State tax stream data, and in this letter, I am writing to inform you of those sources.

### 1. Publically Available Information

As an initial matter, tax stream and budget data can be found on publically accessible websites maintained by the State of Alabama. Below, I list various State-maintained web links of publically accessible data:

- Alabama Department of Finance Sources

    o Executive Budget Document (from FY 2004-2005 – FY 2014-2015)
    - Available at: http://budget.alabama.gov/pages/buddoc.aspx

    o General Fund 2014-2015 Governor's Proposed Budget
    - Available at: http://budget.alabama.gov/pdf/gf/GF2015.pdf

    o Education Trust Fund 2014-2015 Governor's Proposed Budget
    - Available at: http://budget.alabama.gov/pdf/etf/ETF2015.pdf

    o General Fund Appropriations (from FY 1997 – FY 2015 (as passed))
    - Available at: http://budget.alabama.gov/pages/appropgf.aspx

- o Education Trust Fund Appropriations (from FY 1997 – FY 2015 (as passed))
    - Available at: http://budget.alabama.gov/pages/appropetf.aspx
- o State Receipts General Fund (from FY 2010 – 2015)
    - Available at: http://budget.alabama.gov/pdf/fundrec/GF_Receipts.pdf
- o State Receipts Education Trust Fund (from FY 2010 – 2015)
    - Available at: http://budget.alabama.gov/pdf/fundrec/ETF_Receipts.pdf

- Alabama Department of Revenue Sources

    - o Annual Reports (2001 – 2013)
        - Available at: http://revenue.alabama.gov/anlrpt.cfm
    - o Monthly Revenue Abstracts (FY 2003 – FY 2014)
        - Available at: http://revenue.alabama.gov/datapress-abstract.cfm
    - o Refunds and Returns Totals (Tax Year 2013)
        - Available at: http://revenue.alabama.gov/refund.cfm
    - o General Summary of State Taxes (2013)
        - Available at: http://revenue.alabama.gov/publications/tax-policy/general_summary_of_state_taxes.pdf
    - o Revenue Review Quarterly Reports (2001 – 2014 Third Quarter)
        - Available at: http://revenue.alabama.gov/revrevu.cfm

Understanding that some of these documents may not go back to 2000, if there are documents in particular that you would like us to try and pull based on your review of the above, please let us know, and to the extent we have not already produced these documents, we will attempt to do so.

2. **Database Information**

Based on discussions with State individuals, we have learned of the following databases that maintain State tax stream information:

- <u>RITS Database (Department of Revenue)</u>: The RITS database is the primary management database for the Alabama Department of Revenue, and it currently serves as a repository for raw State gross tax stream data, as well as a voluminous amount of other information (highly confidential taxpayer information, tax return line-item data, Departmental legal case information, etc.). The time duration is limited, and included

within the email containing this letter, I have attached a spreadsheet that itemizes when data was rolled into the database.

- <u>Central Accounting Database (Department of Finance)</u>: The Central Accounting Database houses raw data, including net tax revenues, as well as raw data concerning various Department-related financial information entered into the system by assigned accounting code (payroll, receipts and expenditures, etc.). As pertaining to tax revenues, the Department of Finance uses the Central Accounting Database to generate net tax revenue reports to formulate its budgets.

We are told that official tax stream reports are generated from both databases, and the State is the process of producing those reports. Specifically, the RITS system is used to generate the State's monthly abstract tax stream report, which is the State's primary method of tracking gross tax collections. Whereas the RITS database is limited in time period, the monthly abstracts go back to the 1920's (the vast majority of which are in paper form). As noted, the Central Accounting Database is used to generate reports on tax streams and budget information, and the State is in the process of producing those reports.

To the extent the reports provided are not what you would prefer, please let us know the type of data you are seeking, and we will try and see if such information can be queried.

COREY L. MAZE
Special Deputy Attorney General



218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343
(800) 898-2034
FAX: (334) 954-7555
BEASLEYALLEN.COM

J. Parker Miller
Parker.Miller@BeasleyAllen.com

October 21, 2014

**VIA ELECTRONIC MAIL**
Mr. Paul Collier
Mr. Adam Kaufmann
Kirkland & Ellis
300 N. LaSalle
Chicago, Illinois 60654
Paul.Collier@kirkland.com
Adam.Kaufmann@kirkland.com

   Re: State of Alabama vs. BP Exploration and Production Inc., et al.
      State Database Information Follow-up

Dear Adam and Paul:

  Previously, you requested that the State provide additional information regarding the RITS database spreadsheet. As we have reported, the Department of Revenue's RITS database is a massive database. The spreadsheet referenced provides a summary of tax revenue information available, and for the most part, tax revenue information is linked to state tax returns and their line items. Therefore, and as I will explain in more detail, most of the columns of information relate to entries in the numerous state tax returns and reports that can be run. An explanation of the columns in the spreadsheet is as follows:

- Account Type: This column heading provides the acronym for the particular tax at issue. For example, "BIT" references Business Income Tax.

- Account Type Decode: This column of information provides additional detail for the Account Type heading. For example, what was "BIT" in the Account Type heading is further expanded in the "Account Type Decode" as "Business Income Tax." As a general matter, headings with "Decode" evidence that the column's information is providing more explanation than the immediate heading to the left to assist the reader in understanding what is referenced.

- Return Type: This column of information provides the acronym for the type of tax return for a particular "account" (which, as referenced above, is the particular tax at issue). Importantly, you should note that there may be multiple tax returns for a particular tax. As such, and for example, line 88 of the spreadsheet references "RT20C", which is a form of tax return for business income taxes while line 945 references another type of tax return, or "RT20CC" (consolidated corporate tax return).

- Return Type Decode 1: This column of information provides additional explanation on the type of return referenced in "Return Type."

1

- Return Type Decode 2: This column of information provides additional explanation on the type of return referenced in "Return Type Decode 1."

- Return Field:  This column of information references a particular line of the tax return for a particular type of tax.

- Return Field Decode 1: This column of information provides additional explanation as to the meaning of a field under the "Return Field" column. You will notice that many of these fields are empty, which necessitates further explanation in "Return Field Decode 2."

- Return Field Decode 2: This column of information provides additional explanation for the "Return Field" and "Return Field Decode 1" columns, which again, reference a particular line of the tax return for a particular type of tax.

- Database Table:  The "Database Table" column references the table reference location assigned by the Revenue IT. In essence, the Database Table maps the data to the RITS database.

- Database Field: The "Database Field" column references the particular field within the assigned "Database Table", which further maps the location of data to the RITS database.

From our discussions, you requested that we also provide information based on the type of county-level data maintained by the State. As I informed, generally, the State does not maintain "county-level" data. However, under the following circumstances, the State either does, or could, obtain data with some reference to the State's Counties:

- State-administered Collections at the County Level:  For a limited number of counties, the State administers tax collections at the county-level. As we have informed, of the 10 requested, the State only maintains county-level data from those it administers collections for Geneva and Escambia Counties. We are currently working to pull this information.

- Lodging Taxes:  The State maintains data by county for these taxes. We are working to pull this information as you requested.

- Property Taxes: The State receives summary information by county on property taxes, and the State uses this information to generate an annual abstract report on property taxes by County.

- Other Taxes:  The State maintains information at a "State-level," but this information may correspond to either the paying entity's ZIP code or County.

In addition to the summary table above and the geographic reference for the data, I also attach, based on my discussions with the Department of Revenue, a summary of the estimated time periods available by tax in the RITS system. Generally, the Department began entering information for the requisite taxes two years prior to the rollout of data into the RITS system. For any open tax payer issues at the time of the tax data rollout in RITS, such information may go back further than the two years prior to rollout. Notwithstanding these data limitations, we have communicated that the State's official means of tracking gross tax revenues, the tax revenue monthly abstracts, exist for many years prior to those available in the RITS database.

The State does not have a report that details the meaning of every cell located in the RITS summary spreadsheet. As such, identifying and explaining every cell of the summary spreadsheet (6,486 lines by 11 columns) is neither practical nor possible. We also believe, based on what we know about the database as well as the resources available to query the information, that querying every conceivable report would be highly burdensome and time consuming when more efficient methods can be utilized to obtain the information you desire. We believe we have provided enough information for you to reasonably determine how you would like the data pulled. Logistically, and to the extent you prefer more than just the official state abstracts, we would propose the following alternatives for querying the type of information you wish to obtain:

- Option 1: Because the RITS data is maintained by tax return, BP could review the State's tax returns, available at http://www.ador.alabama.gov/# under "Forms" (by type of Tax), and identify the lines of data you would like to query by tax type, the duration and the type of corresponding information you wish to query in aggregate data. We could then assess the possibility of harvesting the data by query.

- Option 2: Identify the tax categories you wish to query, including the type of information alongside the tax category you want. Again, based on your request, we could assess the possibility of harvesting the data by query.

We are happy to set up a call and discuss in further detail to the extent you have any questions.

With best regards, I am,

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.

J. PARKER MILLER

JPM/my1

cc:    Corey L. Maze
       Winfield Sinclair
       Rhon E. Jones
       Richard D. Stratton
       Jennifer E. Day

Enclosure

3





# Project Timeline

**RITS — Revenue Integrated Tax System**

| | 2005 | | | 2006 | | | | 2007 | | | | 2008 | | | | 2009 | | | | 2010 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

- Rollout 1
- Rollout 2
- Rollout 3
- Rollout 4
- Rollout 5
- Rollout 6

**ROLLOUT 1 (July 2006)**
- Motor Fuel Direct Pay Permit
- Consumers Use Tax
- Local Sales, Use, Rental, and Lodgings Taxes
- Alabama Lodgings Tax (4% & 5%)
- Rental Tax
- Sales Tax (including prepayments of estimated tax)
- Sales Tax Direct Pay Permit
- Sales Tax Exemptions
- Sellers Use Tax

**ROLLOUT 2 (Jan 2007)**
- Contractor's Gross Receipts Tax
- Mobile Telecommunications Tax
- Nursing Home Tax
- Pharmaceutical Providers Tax
- Utility Gross Receipts Tax
- Utility Gross Receipts Direct Pay Permit
- Utility Service Use Tax
- Withholding Tax (including W-2s)

**ROLLOUT 3 (Nov 2007)**
- Personal Income Tax
- Estate and Inheritance Tax
- Fiduciary Tax (including prepayments)

**ROLLOUT 4**
- Business Privilege Tax
- Corporate Income Tax (including prepayments of estimated tax)
- Financial Institutions Excise Tax
- Partnership Tax
- Sub-Chapter S Returns (including estimate)
- Composite Returns for Pass Through entities (with estimate)

**ROLLOUT 5**
- Gasoline Aviation & Jet Fuel Tax
- Gasoline Tax (as pertains to Dealers, Jobbers, Users and Refund Claims)
- Inspection Fee – Gasoline
- Local Gasoline and Motor Fuel Taxes
- Motor Fuels Tax (Diesel)

**ROLLOUT 6**
- Dry Cleaning Registration Fees
- Hydroelectric Kilowatt Hour Tax
- Lubricating Oil Tax
- Oil & Gas Privilege Tax
- Oil & Gas Production Tax
- Scrap Tire Environmental Fee
- Statement of Gross Sales (Wholesale Oil License)
- 2.2% Utility License Tax
- Casual Sales & Use Tax

**Alabama Department of Revenue – Revenue Integrated Tax System (RITS)**