# EXHIBIT G

# TO BE FILED UNDER SEAL