# EXHIBIT H

# TO BE FILED UNDER SEAL