# Exhibit 6

Filed Under Seal

Pursuant to PTO 13