# Exhibit 7

Filed Under Seal

Pursuant to PTO 13