# Exhibit 11

## Filed Under Seal

## Pursuant to PTO 13