# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-4182, 10-4183, 13-02645, 13-2646, 13-2647, 13-2813 | * * * | Magistrate Judge Shushan |

## BPXP'S EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN ITS OPPOSITION TO THE STATE OF ALABAMA'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

**PLEASE TAKE NOTICE** that Defendant BP Exploration & Production Inc. ("BPXP") respectfully requests leave to file under seal exhibits 1, 3, 6, 7, 10, and 11 in its opposition to Alabama's Motion to Compel Responses to Discovery Requests. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, certain exhibits have been designated as confidential and filing BP's exhibits under seal will allow the Court's consideration. Pending the Court's consideration of this motion, BPXP will provide the Court and Alabama counsel with unredacted versions of the exhibits. Subsequently, BPXP will file in the record a redacted version of the exhibits that does not contain material designated as confidential by the parties in this case.

Date:  October 31, 2014	Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #I6984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Paul D. Collier
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
F. Chad Morriss
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (312) 862-2200

Maureen F. Browne
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Joel M. Gross
Lawrence A. Schneider
Arnold & Porter, LLP
555 12th Street N.W.
Washington, DC 20004
Telephone: (202) 942-5705
Facsimile: (202) 942-5999

*Attorneys for BP p.l.c., BP Exploration & Production Inc., and BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of October, 2014.

      /s/ Don K. Haycraft
      Don K. Haycraft