## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Re:  Penalty Phase Telephone Conference on Thursday, October 30, 2014]**

**1. Stipulation Excusing or Limiting Parties' Participation**.

Transocean reported that there is agreement with Alabama on the terms of the stipulation. BPXP is reviewing it.  Anadarko and MOEX will wait until the Transocean stipulation is final.

**2. Confidential Information**.

The issue concerned confidential "personal" information like a personal telephone number or a social security number.

Any exhibits with confidential personal information that are included in deposition bundles will be redacted at the time the bundles are completed.

If BPXP produced a document with confidential personal information and lists that document on its December 12 exhibit list, it shall redact the information from that document and other similar documents by December 12.

If BPXP produced a document with confidential personal information and the document is listed by another party on its December 12 exhibit list, BPXP shall redact the information from that document and other similar documents by the TREX stamping deadline.

The other parties shall follow the same procedure as described for BPXP.  If there is an inadvertent error and confidential personal information is not redacted from a particular

document, the producing party has leave to redact the information at the trial. The parties shall use the redacted versions of the documents in open court at the trial.

3. **Expert Depositions**.

The parties had no issues to report at this time.

4. **Courtroom Connect**.

If the parties require anything beyond what was furnished in the Phase One and Phase Two trials, they should contact Stanley Goldberg at Courtroom Connect and Steven Munster in the Court's IT department.

5. **Room Assignments**.

Information on room assignments for the Penalty Phase trial will be sent to the parties.

6. **Cost Sharing for inData**.

On October 30, 2014, an order was entered. Rec. doc. 13580.

The deadline for any appeal of this order is **Friday, November 7, 2014**.

New Orleans, Louisiana, this 3rd day of November, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**