UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig			MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010			SECTION J

Applies to: 10-4182, 10-4183, 13-2645,		JUDGE BARBIER
          13-2646, 13-2647, 13-2813		MAGISTRATE JUDGE SHUSHAN

**ORDER**

[Regarding Alabama Damage Cases – Telephone Conference, Thursday, October 30, 2014]

**1. Alabama's Response on Document Production Issues.**

Alabama outlined a plan were it will re-produce everything produced to date and produce custodial files. It described this as resolving production issues. While it does not resolve collection issues, it contends there are none. It contends that the production plan will provide defendants with more metadata than previously produced and more than required by PTO 16. Alabama argues this will resolve Topic Nos. 2, 3, 4, 6 and 9-13 from the order for the October 23, 2014 conference (Rec. doc. 13558).

Topic No. 2. Because Alabama will be producing a lot of documents very soon, it is premature to consider BPXP's concern that it may not be receiving enough documents from Alabama departments.

Topic Nos. 3 and 4 relate to hard copies. Alabama is objectively coding everything it can.

Topic No. 6 concerns HTM files and the MSG format. With the proposed procedure, there will be no distinction between metadata available with HTM files and documents in the MSG format.

Topic No. 9.  Alabama will put individual custodian names in the custodian field wherever possible.

Topic No. 10.  Alabama contends its plan to produce more metadata than required by PTO 16 will resolve this issue.

Topic No. 11.  Alabama believes that emails were not produced without text.  Instead, what is missing is the explanation for why there are blank emails.  It anticipates that this will be resolved with the documents to be re-produced.

Topic No. 12.  All documents will be OCR'd.

Topic No. 13.  With Alabama's plan, there will be four different fields for family type relationships or family metadata.  This will permit defendants to assemble the documents by families.

BPXP responded that while encouraged by the plan, it will have to reserve judgment until it sees the production.  It remains concerned with the sufficiency of the measures used to collect the documents.  It reported that its review of the documents produced indicate to it that for some witnesses on Alabama's initial disclosures, the production seemed light.

The undersigned approved Alabama's proposal subject to the fact that until the new production is complete the parties will not be able to comment further on the sufficiency issue. Alabama reported that by the next telephone conference (November 6), it will be able to report on how long it will take to complete the production.

**2.**     **Scope of Hard Copy Issue** (Topic No. 5 from October 23 conference).

Department of Labor.  Alabama reported that this presents the biggest hard copy issue with about 250,000 pages of documents with sensitive information.  These documents are the subject of a proposed order that the parties are negotiating.

Department of Economic and Community Affairs.  300 hard copy documents were produced that will have to be redacted if the parties cannot reach agreement on an order to cover confidential information in the documents.

The following departments are not producing documents which are the subject of negotiations over confidentiality.

Legislative Fiscal Office.  Budget reports from 2000 forward will be scanned and produced along with 42 hard copy documents previously produced.

Department of Finance.  Financial reports with about 1,800 pages will be produced.

Department of Conservation and Natural Resources.  Deeds to State-owned property will be pulled, scanned and produced.  The number of deeds is an issue in the pending BPXP motion to compel.

Department of Education.  It has about 100 pages of hard copy documents.

Department of Revenue.  Monthly revenue abstracts were scanned.

Department of Transportation.  All documents are electronic.

Governor's Office.  Five boxes of hard copy documents were reviewed and the non-privileged documents were produced.

Department of Tourism.  Hard copy documents were scanned and produced.

Department of Environmental Management.  Hard copy documents were scanned and produced.

**3. Document Retention Process** (Topic No. 7 from October 23 conference).

Alabama reported that none of its departments have a centralized network that can be searched with an electronic discovery platform utilizing search terms.  The personal computers of all custodians were searched.  Common drives in the departments were searched.  Custodian

were asked to produce any hard copy documents. These were reviewed to determine if there were any responsive documents.

From 2005 to 2008 departments began to store documents in electronic form.

The Department of Finance began using searchable e-mail in February 2011. Its e-mail retention policy is 30 days after the deletion from the user's inbox or other folders.

The Department of Labor began using a network, DIR LAN, in 1999 that allows for a network search except for 13 personal computers. These were searched on an individual basis.

The Department of Conservation and Natural Resources does not have a central storage and retrieval system or e-mail repository.

The Department of Education has three networks: (1) an S or shared drive; (2) a P drive on which information is stored and accessible by an individual; and (3) a C drive which is a hard drive on an individual computer. Its e-mail storage began in 2010.

The Department of Economic and Community Affairs went to a network system in the 1990s. Its Work Force Division has a server with about 61,000 documents on it.

The Department of Revenue. For twenty years each division of the department has had access to a network drive that can be used by employees. The employees also may use their individual computer hard drive. Shared drives, like the network drive, are being searched.

The Department of Environmental Management. Since about 1992, it has had a Windows NT based network. Network searching is unnecessary because there is no responsive data stored on the network.

The Department of Transportation began using an Outlook network in 2008. Its information is publicly available.

The Department of Tourism saves its files on individual computers. It stores emails on each computer for approximately four months.

Lee Sentell is the director of the Department of Tourism. He was identified by Alabama in its Rule 26 disclosures. BPXP reports that it found only 369 documents when it ran his name against Alabama's document production. It renewed its concern over whether Alabama's decision to substitute a search protocol in place of search terms will prejudice BPXP.

Alabama responds that: (1) BPXP's concern over the number of documents produced is premature; (2) custodial files are not due until 10 days before a deposition; and (3) retention letters were sent to departments.

**4.  Subjectivity of Alabama's Search Process**.

Depending on the outcome of Alabama's production, there may be consideration of a spot check for individual custodians.

**5.  Confidential Information**.

The parties continue to negotiate over a draft order.

**6.  NRD-Related Documents**.

The undersigned declared that the issue is closed. It will be removed from the agenda.

**7.  State Tax and Revenue Database**.

Alabama reports that the issue should be deferred because: (1) it is, in part, an issue in the motions to compel (whether all of Alabama's streams of revenue are relevant); and (2) it expects to have an answer from BPXP before the next meeting on what specifically it wants. BPXP reported that it would respond by Tuesday, November 4. The Court questioned whether every revenue stream was relevant and urged the parties to meet-and-confer on the issue.

8. **Sworn Declaration from HESI and Anadarko on 30(b)(6) Topics**.

    HESI and Anadarko reported that drafts are being circulated.

    The deadline for any appeal of this order is **Friday, November 7, 2014**.

    New Orleans, Louisiana, this day of 3rd day of November, 2014.

                                  **SALLY SHUSHAN**
                                  **United States Magistrate Judge**