IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br> SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-4182, 10-4183, 13-02645, 13-2646, 13-2647, 13-2813 | * * * | Magistrate Judge Shushan |

## ORDER

Considering BPXP's Ex Parte Motion for Leave to File Under Seal Exhibits in its Opposition to the State of Alabama's Motion to Compel Responses to Discovery Requests;

IT IS ORDERED that the Motion is GRANTED. BPXP is ordered to provide the Court and Alabama's counsel with an unredacted version of the exhibits and thereafter file in the record a redacted version of the exhibits. The unredacted exhibits received by the Court will be filed UNDER SEAL.

Date: October 31, 2014

Sally Shushan
United States Magistrate Judge