UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Alabama Damage Cases – Motions (Rec. docs. 13511-13)]**

The deadline for the opposition of defendants to Alabama's Motion to Dismiss and/or Strike the "Set-Off" Claims of BP, Transocean and Halliburton is **Tuesday, November 3, 2014**. Rec. doc. 13558 at 6.

On **Monday, November 10, 2014**, Alabama may file a reply to defendants' opposition. On that same day the parties may file replies to the oppositions to Alabama's motion to compel discovery from defendants (Rec. doc. 13511) and the motion of defendants, BP, Anadarko, MOEX, Transocean and Halliburton to compel discovery from Alabama (Rec. doc. 13512).

All replies shall be limited to five pages.

On **Monday, November 10, 2014**, Alabama's motions to dismiss and to compel discovery and defendants' motion to compel discovery (Rec. docs. 13511-13) shall be submitted.

The deadline for any appeal of this order is **Thursday, November 6, 2014**.

New Orleans, Louisiana, this day of 3rd day of November, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**