# EXHIBIT A

## **AFFIDAVIT OF SERVICE**

I, Alfred Hardman, for my affidavit state as follows:

1. I am an adult over the age of 18 years old.

2. I currently serve as an investigator assisting Special Master Louis J. Freeh in his appointment by the Honorable Carl J. Barbier in the United States District Court for the Eastern District of Louisiana in the BP Deepwater Horizon Multi-District Litigation matter. Previously, I served for 30 years as a Special Agent for the Federal Bureau of Investigation.

3. On October 30, 2014, I personally delivered by hand to Gill Johnson, Sr., a copy of the Motion of the Special Master for Return of Payments Made to Gill Johnson, Sr., and Others dated October 23, 2014.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

Signed this 3rd day of November, 2014, in New Orleans, Louisiana.

*/s/ Alfred Hardman*
Alfred Hardman