UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 10-2771 and all cases* | * | **MAGISTRATE SHUSHAN** |
| | * | |

### ORDER

Before the Court is BP p.l.c.'s Motion for Rule 54(b) Entry of Final Judgment. (Rec. Doc. 13488);

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 3rd day of November, 2014.

_____
United States District Judge