UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**This Pleading Relates To**<br>• 10-4182 (*Alabama v. BP*)<br>• 10-4183 (*Alabama v. Transocean, et. al*)<br>• 13-2645 (*Alabama v. Anadarko & MOEX*)<br>• 13-2646 (*Alabama v. Transocean*)<br>• 13-2647 (*Alabama v. Halliburton*)<br>• 13-2813 (*Alabama v. BP*) | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the State of Alabama's Motion to File Certain Exhibits Under Seal (Doc. 13516);

IT IS HEREBY ORDERED that Alabama's Motion is GRANTED; and it is further

ORDERED that Exhibits B, E, F, I, K, and L to the State of Alabama's Motion to Dismiss Set-off Claim (Doc. 13513) is filed under seal pending further order of the Court.

New Orleans, Louisiana this 3rd day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE