UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig              MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010          SECTION J

This Filing Applies to:                      JUDGE BARBIER

Nos. 13-706, 13-810,                         MAGISTRATE JUDGE SHUSHAN
13-1143, 13-1185, 13-1222,
13-1386 and 13-2006[1]

ORDER

[OPA Test Cases – Conference on Friday, October 31, 2014]

1. **Amended Complaints**.

The plaintiffs filed motions to amend the complaints of Bisso Marine (Rec. doc. 13582), Blake International USA Rigs, LLC, and Certified Platform Services, LLC (Rec. doc. 13585), and Blake International USA Rigs, LLC (Rec. doc. 13591). BPXP reported that by the next conference (**Thursday, November 6**), it will review the amended complaints and be prepared to comment.

2. **Production of Documents**.

Plaintiffs reported that Blake International made an initial production of about 1,000 documents on October 30 and there will be further productions.

Plaintiffs reported that the IT people for plaintiffs and BPXP are communicating on technical issues. BPXP confirmed that these communications should eliminate some issues going forward. It is concerned about when additional promised documents will be produced.

---

[1] The OPA Causation Test Cases are:

    Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
    Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
    Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
    Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
    Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
    Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
    Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

The Court asked plaintiffs to review the current status with each plaintiff so that if further production is forthcoming, BPXP will know when to expect it and depositions can be scheduled after document production.

3. **Rule 30(b)(6) Topics and Witnesses**.

The parties served 30(b)(6) topics. During the week of November 3, they will meet-and-confer to reach agreement on the topics.

4. **Deposition Scheduling**.

The parties agreed to deposition dates in the second half of November and early December. Before depositions can proceed, plaintiffs must confirm that document production is completed as to the plaintiff to be deposed.

5. **Motions to Compel Responses to Interrogatories**.

BPXP served final interrogatory responses. Plaintiffs' final interrogatory responses will be served by October 31, 2014. The parties were asked to review the responses. If they believe there are deficiencies, they shall promptly meet-and-confer. Any motions to compel shall be filed with requests for expedited consideration.

6. **Document Production by the U.S**.

BPXP received a transmittal of documents from the U.S. just prior to the conference. It will forward them to the plaintiffs. This will be on the agenda at the next conference.

New Orleans, Louisiana, this 4th day of November, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**