1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE: OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                              CIVIL ACTION NO. 10-MD-2179 "J"
7                             NEW ORLEANS, LOUISIANA
                              THURSDAY, OCTOBER 30, 2014, 11:00 A.M.
8
     THIS DOCUMENT RELATES TO:
9
     10-4182, 10-4183,
10   13-2645, 13-2646,
     13-2647, 13-2813
11
     ****************************************************************
12

13
                  ALABAMA CASES STATUS CONFERENCE PROCEEDINGS
14            HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                   UNITED STATES MAGISTRATE JUDGE
15

16
     APPEARANCES:
17

18   FOR STATE INTERESTS:   ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:   COREY L. MAZE, ESQUIRE
19                                WINFIELD J. SINCLAIR, ESQUIRE
                            500 DEXTER AVENUE
20                          MONTGOMERY, AL   36130

21
                            BEASLEY ALLEN CROW METHVIN
22                          PORTIS & MILES
                            BY:   RHON E. JONES, ESQUIRE
23                                J. PARKER MILLER, ESQUIRE
                            POST OFFICE BOX 4160
24                          MONTGOMERY, AL   36013

25

10:50AM

```
 1    APPEARANCES CONTINUED:

 2

 3                              BREIT DRESCHER IMPREVENTO & WALKER
                               BY:  JEFFREY A. BREIT, ESQUIRE
 4                              600 22ND STREET, SUITE 402
                               VIRGINIA BEACH VA  23451
 5

 6
      FOR BP AMERICA INC.,
 7    BP AMERICA PRODUCTION
      COMPANY, BP COMPANY
 8    NORTH AMERICA INC.,
      BP CORPORATION NORTH
 9    AMERICA INC.,
      BP EXPLORATION &
10    PRODUCTION INC.,
      BP HOLDINGS NORTH
11    AMERICA LIMITED,
      BP PRODUCTS NORTH
12    AMERICA INC.:          KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
13                                PAUL D. COLLIER, ESQUIRE
                             300 N. LASALLE
14                           CHICAGO, IL 60654

15

16                           COVINGTON & BURLING
                             BY:  MAUREEN F. BROWNE, ESQUIRE
17                           1201 PENNSYLVANIA AVENUE, NW
                             WASHINGTON, DC  20004
18

19
      FOR TRANSOCEAN HOLDINGS
20    LLC, TRANSOCEAN
      OFFSHORE DEEPWATER
21    DRILLING INC., AND
      TRANSOCEAN DEEPWATER
22    INC.:                  FRILOT
                             BY:  KERRY J. MILLER, ESQUIRE
23                           ENERGY CENTRE, 36TH FLOOR
                             1100 POYDRAS STREET
24                           NEW ORLEANS, LA  70163

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR HALLIBURTON
      ENERGY SERVICES,
 4    INC.:                   GODWIN LEWIS
                              BY:  JENNY L. MARTINEZ, ESQUIRE
 5                                 BRUCE W. BOWMAN, JR., ESQUIRE
                              RENAISSANCE TOWER
 6                            1201 ELM STREET, SUITE 1700
                              DALLAS, TX  75270
 7

 8
                              GODWIN LEWIS
 9                            BY:  R. ALAN YORK, ESQUIRE
                              1331 LAMAR, SUITE 1665
10                            HOUSTON, TX  77010

11

12    FOR ANADARKO
      PETROLEUM CORPORATION,
13    ANADARKO E&P
      COMPANY LP:             BINGHAM MCCUTCHEN
14                            BY:  DAVID M. HALVERSON, ESQUIRE
                              2020 K STREET, NW
15                            WASHINGTON, DC  20006

16

17    FOR MOEX OFFSHORE
      2007 LLC:               PILLSBURY WINTHROP SHAW PITTMAN
18                            BY:  ANDREW W. HOMER, ESQUIRE
                                   NICHOLAS M. KROHN, ESQUIRE
19                            2 HOUSTON CENTER
                              909 FANNIN, SUITE 2000
20                            HOUSTON, TX 77010

21

22    ALSO PRESENT:           ALAN NUMMY
                              KIMBERLY YOUNGBLOOD
23                            SANDRA WALTERS
                              JENNA DAY
24                            RICK STRATTON
                              CHAD MORRISS
25
```

```
1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
4                                REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
5                                NEW ORLEANS, LA  70130
                                 (504) 589-7779
6                                Cathy_Pepper@laed.uscourts.gov

7

8    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                         **I N D E X**

2

3     AGENDA ITEMS                                          PAGE

4

5     TRANSOCEAN STIPULATION.............................    7

6     PRODUCTION OF DOCUMENTS UPDATE.....................    8

7     PUBLICLY AVAILABLE INFORMATION....................    9

8     CODING OF HARD COPIES.............................   10

9     METADATA..........................................   10

10    INDIVIDUAL CUSTODIANS.............................   10

11    METADATA FIELD INFORMATION.......................   10

12    THERE NOT BEING TEXT WITHIN CERTAIN E-MAILS.........   11

13    OCR...............................................   11

14    FAMILY RELATIONSHIPS.............................   11

15    SCOPE OF HARD COPIES.............................   12

16    RETENTION POLICIES...............................   12

17    SCOPE OF THE HARD COPY ISSUES....................   17

18    DOCUMENT RETENTION PROCESS.......................   20

19    WHETHER OR NOT YOU ALL HAVE CONFERRED ON SOME KIND

20    OF PROCEDURE TO CHECK TO SEE THAT PRODUCTION HAS

21    BEEN ADEQUATE....................................   28

22    CONFIDENTIAL INFORMATION, .......................   29

23    NOTHING FURTHER HAS HAPPENED RELATIVE TO THE

24    AGREEMENT IN PRINCIPLE ON THE NRD RELATED DOCUMENTS..   30

25    THE ISSUE OF THE STATE TAX AND REVENUE DATABASE......   32

1   HESI HAS FILED THE SWORN STATEMENT SAYING THAT IT
2   DOES NOT HAVE ANY INFORMATION RESPONSIVE TO THE
3   30(B)(6) DEPOSITION TOPICS.......................... 34
4   MOTIONS TO COMPEL AND OPPOSITIONS ARE DUE TOMORROW... 35
5   NEXT CONFERENCE IS NOVEMBER 6TH, 2014................ 35

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, OCTOBER 30, 2014

(IN CHAMBERS VIA TELEPHONE)

THE COURT:  All right.  Good morning, everybody.

VOICES:  Good morning, Judge.  Good morning, Your Honor.

THE COURT:  So here we are.  It's been a week, right?  Busy week?

SPEAKER:  It has, Your Honor.

THE COURT:  Okay.  No comment.

So who wants to update me on the Transocean stipulation?  Has that been reviewed?  Where are we going on this?

MR. MILLER:  Your Honor, it's Kerry Miller.  The status is as follows:  Since our last call, Transocean has confirmed to Alabama and to BP that it accepts the final comments that were provided by Alabama last week.  So Transocean and Alabama are in agreement on a final version of the stipulation.

I e-mailed back and forth with Chris Heck earlier in the week and again this morning for BP.  He said BP was still internally reviewing the documents Transocean and Alabama have agreed to and would be back in touch early next week.

THE COURT:  Okay.  Good.  How about Anadarko and MOEX,

11:04AM 1   any progress there?

11:04AM 2        MR. HALVERSON:  Anadarko is still considering it

11:04AM 3   internally.  We haven't proposed specific language yet.

11:04AM 4        THE COURT REPORTER:  Excuse me.  Who is speaking?

11:04AM 5   State your name.

11:04AM 6        MR. HALVERSON:  That was David Halverson.

11:04AM 7        THE COURT:  Yeah, everybody, Cathy Pepper is in the

11:04AM 8   room as court reporter, and she's going to ask that everybody

11:04AM 9   who speaks please identify yourself.

11:04AM 10        Okay.  How about MOEX?

11:04AM 11        MR. KROHN:  This is Nick Krohn for the MOEX entities.

11:04AM 12   We're waiting for the TO stipulation to be finalized so that we

11:04AM 13   can put something forward that tracks what the parties have

11:04AM 14   already agreed to.

11:04AM 15        THE COURT:  All right.  Good.  Okay.  So we last week

11:05AM 16   kind of suspended further progress pending a series of issues

11:05AM 17   on production of documents.  Corey, would you like to start the

11:05AM 18   ball rolling by giving us an update.

11:05AM 19        MR. MAZE:  I would, Your Honor.  In fact, if you don't

11:05AM 20   mind, I have a particular way that I would like to update you

11:05AM 21   on Points 2 all the way through 13.

11:05AM 22        We spent the last week getting together with our

11:05AM 23   technical staff to try to devise the best way to address all of

11:05AM 24   these issues and resolve them as best as possible.  What we

11:05AM 25   have come up with, and I think this will be in both parties'

11:05AM 1    interests and the Court's interest as well, is to essentially

11:05AM 2    reproduce everything to date and then, on top of that, produce

11:05AM 3    the custodial files that have been coming in. By that I mean,

11:06AM 4    claw back the original production and literally start over from

11:06AM 5    page 1.

11:06AM 6              In so doing, we would, to get rid of the metadata

11:06AM 7    problems, we would give them what I'm going to call *PTO 16 plus*

11:06AM 8    metadata fields.  I actually sent a cross reference chart

11:06AM 9    yesterday to BP that shows all of the fields that we're going

11:06AM 10   to offer.  Of course, that will be limited to the information

11:06AM 11   we have, but to the extent that we have it, it will be --

11:06AM 12   everything will be in there.

11:06AM 13             We intend to do that, assuming the Court agrees

11:06AM 14   that this is the right way to move forward, we intend to start

11:06AM 15   doing that very soon.  We're actually working on it now.  What

11:06AM 16   I can tell you is this:  Doing it this way will alleviate a lot

11:06AM 17   of the concerns for Number 2, 3, 4, 6, 9, 10, 11, 12, and 13,

11:06AM 18   and I'll briefly explain why.

11:07AM 19             Number 2, the publicly available information

11:07AM 20   complaint that BP has said that they are not sure they are

11:07AM 21   getting enough documents from particular departments, that's

11:07AM 22   essentially premature now because we're going to be sending a

11:07AM 23   lot of documents very soon, and we think that that should be

11:07AM 24   put off until the production is done.

11:07AM 25             Number 3 and Number 4 is essentially talking

11:07AM 1   about the coding of hard copies.  We are presently objectively

11:07AM 2   coding everything we can.  Everything that we can put in will

11:07AM 3   be part of this new production, so that will take care of 3 and

11:07AM 4   4 to the extent that we can do it, and to the extent it's

11:07AM 5   available, it will be done.

11:07AM 6           Number 6 was the question about HTM versus MSG

11:07AM 7   files.  I think I probably overstated that particular problem.

11:07AM 8   HTM files have metadata.  It may not be the same as MSG file,

11:08AM 9   but it does have metadata.  To the extent that we are

11:08AM 10  objectively coding on the front end and then BP or the other

11:08AM 11  defendants could add their own coding when it comes in, there

11:08AM 12  will essentially be no distinction or difference between the

11:08AM 13  metadata that you can have with an HTM or MSG, and if there is

11:08AM 14  it will be very minimal.

11:08AM 15          Number 9, individual custodians, our staff has

11:08AM 16  been requested, and they are currently doing, they are going to

11:08AM 17  put individual custodian names in the custodian field wherever

11:08AM 18  possible.  That is going to be seen as soon as this new

11:08AM 19  production starts rolling out.

11:08AM 20          Now, certainly on a lot of documents it's going

11:08AM 21  to have the department's name, where it was from the

11:08AM 22  department, not a particular custodian, but where possible we

11:08AM 23  are going to put an individual's name to address concern

11:08AM 24  Number 9.

11:08AM 25          Concerning Number 10, the metadata field

11:08AM 1    information, again, as I said earlier, we're going to do a

11:09AM 2    PTO 16 plus metadata.  We're going to give them everything

11:09AM 3    that's required by PTO 16 plus additional fields that we have

11:09AM 4    so that there will be no more issues, we believe, with saying

11:09AM 5    that there are certain metadata withheld or not enough is being

11:09AM 6    given.

11:09AM 7                 Number 11, the question about there not being

11:09AM 8    text within certain e-mails, frankly, the State -- we've looked

11:09AM 9    back at this.  We don't believe that there were any e-mails

11:09AM 10   sent without text that actually had text.

11:09AM 11                We think that what has happened is in certain

11:09AM 12   instances the e-mails didn't have text simply because there was

11:09AM 13   no text in the body, to begin with.  A lot of them were just

11:09AM 14   forwards or sending attachments, and a lot of that has to do

11:09AM 15   with family issues earlier with the new metadata fields,

11:09AM 16   etcetera.  In the new productions, a lot of those family issues

11:09AM 17   will be resolved; therefore, there shouldn't be this sort of

11:09AM 18   notion that they are getting blank e-mails.  You'll be able to

11:10AM 19   see why they are that way.

11:10AM 20                Number 12, OCR, we are OCRing everything.

11:10AM 21   Everything that will come out in the new production will be

11:10AM 22   OCR'd, so we do not think that that will be a problem.

11:10AM 23                Last is Number 13, the family relationships.

11:10AM 24   Again, as the chart that we sent BP, and we can send it to the

11:10AM 25   Court and all of the defendants today after the call, the

11:10AM 1    fields that we're going to send now have four different fields

11:10AM 2    that have family type relationships or family metadata

11:10AM 3    information, so everything that we have that will help the

11:10AM 4    defendants to put together families, it will be given to them.

11:10AM 5          So we believe all of those numbers will be

11:10AM 6    corrected or addressed to the extent that we can address them

11:10AM 7    by doing it in a new production that can start as soon as the

11:10AM 8    Court tells us that we have the okay to do it.

11:10AM 9          The only two outstanding issues are, Number 5 and

11:10AM 10   Number 7, that's the scope of hard copies, and the retention

11:11AM 11   policies.  The reason that those are not addressed by the new

11:11AM 12   production is, frankly, those are issues that are systemic to

11:11AM 13   the past, and we can't change the past.  We're stuck with what

11:11AM 14   we have.

11:11AM 15         So I don't know if Your Honor wants to either

11:11AM 16   comment on what I've said so far or if you would rather me move

11:11AM 17   into those two particular issues that, as I said, simply are

11:11AM 18   what they are.

11:11AM 19         THE COURT:  No, let's stop there, and, Paul, do you

11:11AM 20   want to comment on that summary?

11:11AM 21         MR. COLLIER:  Yes, Your Honor.  Thank you very much.

11:11AM 22   Your Honor, this is Paul Collier on behalf of BP.

11:11AM 23         I guess this is the first time that we're hearing

11:11AM 24   that this is the proposal Alabama is coming forward with.

11:11AM 25   Obviously we're encouraged that it appears that there is going

11:11AM 1   to be a new production.  Obviously we'll have to reserve

11:11AM 2   judgment as to whether or not that addresses the issues that

11:11AM 3   we've posed before, but it seems to be a step in the right

11:11AM 4   direction.  So until we see the production, though, it's hard

11:12AM 5   for me to gauge as to whether or not we still have these same

11:12AM 6   issues or not.

11:12AM 7         THE COURT:  Okay.  I guess my point being this, Paul,

11:12AM 8   if what Corey and the State are undertaking to do, which is

11:12AM 9   start over and give you the information that he's described to

11:12AM 10  you, I don't want to encourage him or bless this procedure if,

11:12AM 11  indeed, you see problems with what he's described.

11:12AM 12        MR. COLLIER:  I think that's right, Your Honor.  I

11:12AM 13  guess what I'm a little unclear about is what exactly is being

11:12AM 14  expressed with respect to a start over.  Is this a process of

11:12AM 15  going back to the witnesses and re-collecting the data and

11:12AM 16  information in a way that allows for provision of all of the

11:12AM 17  metadata that's required under PTO 16 and addressing some of

11:12AM 18  the issues that we have?  It's just a little bit of lack of

11:13AM 19  clarity, I guess, on our end as to exactly what is entailed by

11:13AM 20  a complete start over.

11:13AM 21        MR. MAZE:  I can fill in the gaps, Your Honor, if you

11:13AM 22  would like me to.

11:13AM 23        THE COURT:  Yes, please, Corey.

11:13AM 24        MR. MAZE:  What we intend do is literally, I don't know

11:13AM 25  that we've picked the numbers yet, but start over with a, for

11:13AM 1   example, ALED 2 production that starts at page 1, and we will

11:13AM 2   reproduce every single thing that the defendants have gotten to

11:13AM 3   date, plus all of the documents from the custodial files and

11:13AM 4   departments that we have received since the last production,

11:13AM 5   and in doing so we will give them the metadata fields in the

11:13AM 6   new chart that we sent BP yesterday.

11:13AM 7           As I said earlier, we're going to pay special

11:13AM 8   attention to trying to get individual names in custodian fields

11:13AM 9   and as much family relationship metadata as possible.  We are

11:13AM 10  not going back and re-interviewing anyone or re-finding the

11:13AM 11  same documents a second time.  We have spent months doing that.

11:14AM 12  We find no fault or no sort of deficiencies in the way it was

11:14AM 13  collected.

11:14AM 14          This was simply -- this is a production issue,

11:14AM 15  not a collection issue.  The new way that we're going to

11:14AM 16  produce it should take care of the concerns.  As Paul said, "I

11:14AM 17  think that the proof is in the pudding."  When they start

11:14AM 18  seeing what comes in, it will show the enhancement of what

11:14AM 19  we're doing.

11:14AM 20          MR. COLLIER:  Your Honor, this is Paul Collier.  I

11:14AM 21  guess in response to that, it seems that this is certainly a

11:14AM 22  step in the right direction with respect to addressing the

11:14AM 23  formatting issues that have been discussed, the metadata, the

11:14AM 24  lack of family connection, and the documentation that was not

11:14AM 25  text searchable.

11:14AM  1          I guess the one concern that I have is this is

11:14AM  2     just kind of a reproduction of the material that had already

11:14AM  3     been collected plus some additional materials that have come in

11:14AM  4     since the collections were finished.

11:15AM  5          I have a little bit of concern that the document

11:15AM  6     sufficiency issues that we've raised previously are not going

11:15AM  7     to be addressed.  I think Your Honor may recall that on the

11:15AM  8     last conference that we had, we had identified that for some of

11:15AM  9     the departments, where we expected there would be a meaningful

11:15AM 10     volume of material produced, that the number of documents

11:15AM 11     appeared particularly light to us.

11:15AM 12          I guess that also carries over to an additional

11:15AM 13     search that we did of witness names against the Alabama

11:15AM 14     production, and it seemed that for the witnesses that Alabama

11:15AM 15     had disclosed in its Rule 26 disclosure, that for a number of

11:15AM 16     the witnesses it seemed very light again as far as the amount

11:15AM 17     of documents that appear with those witnesses' names on them.

11:15AM 18          So I guess I'm a little bit concerned as to

11:15AM 19     whether or not this is really going to address the sufficiency

11:15AM 20     concerns that we have with respect to Alabama's production, if

11:16AM 21     it's more or less just a reproduction of the data that we

11:16AM 22     already have in hand.  But as I understand it, Alabama is also

11:16AM 23     producing some additional information and documentation.

11:16AM 24          I guess without knowing more about what the

11:16AM 25     volume of that material is and where it's coming from and which

11:16AM 1    witness files it's being produced from and which departments

11:16AM 2    it's coming from, it may be too early to tell whether or not

11:16AM 3    those sufficiency issues still remain.

11:16AM 4         THE COURT:  All right.  Corey, I think that your plan

11:16AM 5    sounds like a solid one, and I'm going to go ahead and approve

11:16AM 6    your undertaking, what you have summarized for us this morning.

11:16AM 7         I don't think we can comment, *we* being you or me

11:16AM 8    or Paul, on the sufficiency issue until the new custodian

11:17AM 9    information is produced and everybody is on the same page.  Do

11:17AM 10   you agree with what?

11:17AM 11        MR. MAZE:  Yes, Your Honor, I agree completely.

11:17AM 12        THE COURT:  All right.  So let's go ahead and implement

11:17AM 13   your plan, Corey.  If you would please send out the chart that

11:17AM 14   you referred to to all counsel so that everybody will be on the

11:17AM 15   same page, let's go ahead and do that.  What is your

11:17AM 16   anticipation of the amount of time this is going to take?  This

11:17AM 17   is not to put an added pressure on you.  It's just to give

11:17AM 18   everybody an idea of what you're projecting.

11:17AM 19        MR. MAZE:  I'm talking to our technical staff and

11:17AM 20   attorneys here, Your Honor.  I think the best answer today is,

11:17AM 21   let us start doing it and then at our next conference I think

11:17AM 22   we'll have a much better idea of telling you how long it will

11:18AM 23   take to finish.  I don't think that giving you an estimate

11:18AM 24   today is probably the best thing to do.

11:18AM 25        THE COURT:  Okay.  That's fair.  No worries.

11:18AM 1        Okay.  So we're going to go ahead and take that

11:18AM 2   plan of action.

11:18AM 3        Do you want to back up, Corey, and talk about

11:18AM 4   Number 5 and Number 7?

11:18AM 5       MR. MAZE:  Yes.  I've got a report from both of those.

11:18AM 6   We'll take them in that order, unless you have another

11:18AM 7   preference.

11:18AM 8        Number 5 is the scope of the hard copy issues.

11:18AM 9   Just generally, you know, the State has attempted to manage all

11:18AM 10  of these on the front end.  Then we think that we have

11:18AM 11  addressed most of the hard copy issues, and we've certainly

11:18AM 12  been upfront about what they are, but we did reach out to the

11:18AM 13  departments again.  We have been keeping records since we

11:18AM 14  started but reached out again, and this is what we have been

11:18AM 15  informed by them and what we have seen as far as the scope of

11:19AM 16  hard copies of particular departments.

11:19AM 17        As we previously related to the Court, the

11:19AM 18  Department of Labor is the biggest issue.  They had about 59

11:19AM 19  banker boxes full of hard copies.  That's going to end up being

11:19AM 20  about 250,000 pages of hard copy documents.  Those are the

11:19AM 21  documents that are in the current negotiations over a PTO

11:19AM 22  because there is a lot of confidential information in those

11:19AM 23  particular documents.

11:19AM 24        The second one is similarly DECA, the Department

11:19AM 25  of Economic and Community Affairs.  They produced over 300

11:19AM 1    documents in hard copy format, and those all are going to have

11:19AM 2    to be redacted if we can't agree on a PTO that would cover --

11:19AM 3    sufficiently cover the confidential information.

11:19AM 4         The rest of the ones that I'm going to mention

11:19AM 5    are not subject to any sort of negotiations over

11:19AM 6    confidentiality.  These are just hard copies that we have.

11:19AM 7         The Legislative Fiscal Office has various budget

11:20AM 8    reports that we have to scan dating back to the year 2000, and

11:20AM 9    they also previously produced 42 hard copy documents that have

11:20AM 10   already been given to the defendants, and they will get them

11:20AM 11   again in the new production.

11:20AM 12        Department of Finance has some financial reports

11:20AM 13   that are contained in six books that total about 300 pages

11:20AM 14   apiece, so they are only going to have about 1800 pages total.

11:20AM 15   DCNR, the Department of Conservation and Natural Resources, the

11:20AM 16   deeds to State-owned properties, they are all hard copies, so

11:20AM 17   they are going to have to be pulled and be scanned, and that

11:20AM 18   will depend on largely the pending motions to compel as to how

11:20AM 19   many deeds we actually have to go out, physically pull and

11:20AM 20   physically scan.  You'll be seeing those briefs tomorrow.

11:20AM 21        The Department of Education, to date we've just

11:20AM 22   got a relatively small number of hard copy of documents.  We

11:21AM 23   think that there may be some binders from one of the witnesses,

11:21AM 24   but we don't anticipate the number of hard copy documents being

11:21AM 25   more than about a hundred pages total for Education.

11:21AM 1        Revenue, we scanned and produced roughly 10 years

11:21AM 2   of monthly revenue abstracts that we had in hard copy format,

11:21AM 3   and from time to time we've gotten hard copies, but we don't

11:21AM 4   see any challenges with revenue.

11:21AM 5        Transportation was completely electronic.  No

11:21AM 6   hard copies received from Revenue.

11:21AM 7        The Governor's Office had five bankers boxes full

11:21AM 8   of hard copy documents, but we've already reviewed those

11:21AM 9   documents for privileged and nonprivileged, and the ones that

11:21AM 10  are not privileged have been produced and will certainly be

11:21AM 11  reproduced in the new production.

11:21AM 12       Tourism, everything was given to us on a disk by

11:21AM 13  Tourism, but we think that many of them were scanned from hard

11:22AM 14  copies, but it doesn't appear to be too many, and we should be

11:22AM 15  in good shape with regard to Tourism on hard copies.

11:22AM 16       The same goes with ADEM.  We think that some of

11:22AM 17  their produced documents were scanned and placed on an

11:22AM 18  electronic file, but we don't see any problems with ADEM on

11:22AM 19  hard copies.

11:22AM 20       I believe that's a full list of the departments

11:22AM 21  and sort of their hard copy issues.

11:22AM 22       THE COURT:  Okay.  Does anybody want to comment on that

11:22AM 23  summary?

11:22AM 24       THE COURT REPORTER:  Could I ask how do you spell ADEM?

11:22AM 25       MR. MAZE:  It's an acronym.  ADEM.  It's Alabama

11:22AM 1     Department of Environmental Management.

11:22AM 2             THE COURT:  Thanks, Corey.

11:22AM 3             MR. MAZE:  You're welcome.

11:22AM 4             THE COURT:  Do you want to move on to Number 7?

11:22AM 5             MR. MAZE:  I do.  Number 7 is the document retention

11:22AM 6     process.  We have gone back and we have done this before, but

11:22AM 7     we went back over the last week and talked to every department

11:22AM 8     again to try to get an understanding of their internal network,

11:23AM 9     their retention policies, etcetera, and what year that they

11:23AM 10    were implemented.  So I wanted to give the caveat, this is the

11:23AM 11    information that we have received from the department.

11:23AM 12            Before I go department by department, I want to

11:23AM 13    make a couple of points:

11:23AM 14            Number 1, none of the departments have a

11:23AM 15    centralized hub, like a centralized network that can be

11:23AM 16    searched with an E discovery platform that does the search

11:23AM 17    terms that we have been talking about in the past.

11:23AM 18            Number 2, I sort of want to go over, just so the

11:23AM 19    Court knows, exactly how we have searched these particular

11:23AM 20    documents or these particular departments.  Because they don't

11:23AM 21    have a centralized hub that you can just simply run these

11:23AM 22    complicated search terms, we've really had to do three separate

11:23AM 23    things at each department:

11:23AM 24            Number 1, we've had to go to the personal

11:23AM 25    computer all of the custodians, and we searched their personal

11:24AM 1   computer for any and all documents that could be relevant.

11:24AM 2          Number 2, we looked for any common drives

11:24AM 3   throughout the department, and if there is a common drive, we

11:24AM 4   searched that as well for any documents that could be relevant

11:24AM 5   or responsive.

11:24AM 6          Number 3, we interview everyone at the department

11:24AM 7   that's the custodian and asked them, "Do you have any hard

11:24AM 8   copies of documents?  Are there bankers boxes?  Are there

11:24AM 9   filing cabinets?  Are there places in the department where

11:24AM 10  papers have been kept in hard copy?"  For those we literally

11:24AM 11  take them and go through them one by one to make sure that we

11:24AM 12  pull out everything that's possibly responsive.

11:24AM 13         So when you compare what it is that the

11:24AM 14  defendants do, which is simply run a search term query with a

11:24AM 15  complicated E discovery platform, we're really going, at least

11:24AM 16  in our opinion, above and beyond to make sure that every single

11:24AM 17  thing possible that can be found has been found.

11:24AM 18         Third, one general note on the timing, and you'll

11:25AM 19  see this as we go through it, it looks like somewhere around

11:25AM 20  the 2005 to 2008 time frame is when some electronic information

11:25AM 21  began being stored on the computers.  Before that it's going to

11:25AM 22  be all hard copies.  So there is really nothing that can be

11:25AM 23  done about that with a few exceptions but that's a general

11:25AM 24  rule.

11:25AM 25         So with that, I'll go through what we have

11:25AM 1   learned from the departments about each one's policies or

11:25AM 2   capabilities.  The Department of Finance told us or we know

11:25AM 3   from the Department of Finance that they use a searchable

11:25AM 4   e-mail network since February of 2011, and their e-mail

11:25AM 5   retention policy is 30 days after the deletion from the user's

11:25AM 6   inbox or other folders.  So the users save it or if it's in

11:26AM 7   their inbox it's still there, etcetera.  Everything otherwise

11:26AM 8   has to be saved.

11:26AM 9               Labor, since at least 1999, has had a network

11:26AM 10  called DIR LAN, L-A-N, that allows for a network search other

11:26AM 11  than 13 personal computers and hard drives, which, again, we've

11:26AM 12  undertaken on an individual level.

11:26AM 13              DCNR, the Department of Conservation and Natural

11:26AM 14  Resources, does not have a centralized document storage and

11:26AM 15  retrieval system.  They also don't have a central e-mail

11:26AM 16  repository.  All of their documents are stored on the local

11:26AM 17  user's personal computer or general network share.

11:26AM 18              So as we said earlier, when we search a

11:26AM 19  department like that, we are literally going to their personal

11:26AM 20  computer and looking for any shared drives in the department

11:26AM 21  and pulling everything from them individually.

11:26AM 22              Education has three networks.  One is an S drive

11:26AM 23  or a shared drive.  One is a P drive, which information stored

11:27AM 24  and accessible by the individual.  Then also a C drive, which

11:27AM 25  is a hard drive in an individual computer.

11:27AM 1         They also have an e-mail system, and it keeps

11:27AM 2   e-mails for a year and then stores them on tapes, but they only

11:27AM 3   go back to the summer of 2010.  Back that summer we had a flood

11:27AM 4   here in Montgomery that caused havoc in a lot of the State

11:27AM 5   buildings, so everything before that was lost.

11:27AM 6         ADECA went to a network system in the 1990s.  I'm

11:27AM 7   sorry, ADECA is the Department of Economic and Community

11:27AM 8   Affairs.  They went to a network system in the '90s.  It

11:27AM 9   appears that their Work Force Development Division goes back to

11:27AM 10  1996 and Financial Services to 1997, and the Work Force

11:27AM 11  Division has a server with about 61,000 documents on it.

11:27AM 12        The Department of Revenue.  I want to set aside

11:27AM 13  for a second the Risk Software system, which is the one that we

11:28AM 14  have been negotiating with defendants on.  Each division of the

11:28AM 15  Department of Revenue has access to a network drive which they

11:28AM 16  have had for about 20 years.  Employees can store their

11:28AM 17  information on that network drive or on their individual

11:28AM 18  computer hard drive at their option.  As I said at the

11:28AM 19  beginning, because of that, we are searching those shared

11:28AM 20  drives and the individuals computers both to ensure that we get

11:28AM 21  everything.

11:28AM 22        ADEM, which is the Department of Environmental

11:28AM 23  Management, implemented a Windows NT based network back in

11:28AM 24  1992, or at least around 1992.  In their case, network

11:28AM 25  searching is not necessary because there was no response data

11:28AM 1   stored on the network and all data has been produced, at least

11:28AM 2   to the best of our knowledge, in a digital format.

11:28AM 3           There is a lot of background there that I can go

11:28AM 4   into if we need it, but we have searched everything from ADEM

11:29AM 5   and have produced everything that we can grab.

11:29AM 6           Transportation started using an Outlook network

11:29AM 7   in 2008 and upgraded it in 2011.  It makes available the

11:29AM 8   traffic monitoring data on its web site so it's publicly

11:29AM 9   available.

11:29AM 10          Last is Tourism.  Tourism does not have a

11:29AM 11  department-wide server or a drive where the documents are

11:29AM 12  stored.  Instead, they save their files on individual

11:29AM 13  computers.  They don't participate in the State's e-mail

11:29AM 14  system, so they store e-mails on each computer for

11:29AM 15  approximately four months.

11:29AM 16          So, again, when it comes to Tourism it's like

11:29AM 17  some of the others where we have to go to the individual -- the

11:29AM 18  individual computer of the individuals.

11:29AM 19          I'm being told that I misspoke.  It's not that

11:29AM 20  they don't participate; they do participate in the State's

11:29AM 21  e-mail system, so they are stored as are the others.

11:29AM 22          So that's the report we've gotten from the

11:30AM 23  departments on when their policies were implemented and what

11:30AM 24  they can and can't do.

11:30AM 25          THE COURT:  Okay.  Good.  Does anybody want to ask any

11:30AM 1    questions or make any comment?

11:30AM 2         MR. COLLIER:  Your Honor, yeah, this is Paul Collier on

11:30AM 3    behalf of BP.  I guess a couple of thoughts in regards to the

11:30AM 4    preservation issues that were just discussed.

11:30AM 5         One is it's a little unclear to us what was done

11:30AM 6    with respect to going to the departments to ensure that they

11:30AM 7    were preserving data once the issue developed and making sure

11:30AM 8    that the data was preserved in a way that would make it

11:30AM 9    accessible.

11:30AM 10        I guess where that -- where that manifests itself

11:30AM 11   in the information that was just provided is with respect to

11:30AM 12   the Department of Tourism where, as I understand it, the

11:30AM 13   Department of Tourism had no essential repository where

11:30AM 14   information was kept, and Alabama had to go to the individual

11:30AM 15   computers to extract data.

11:30AM 16        The reason I raise that concern is based on

11:30AM 17   production that Alabama has made to date, we have not seen many

11:30AM 18   materials that they seemed to have generated from the

11:31AM 19   Department of Tourism.  Lee Sentell, who we understand is the

11:31AM 20   director of Department of Tourism, for example, when we ran his

11:31AM 21   name against the Alabama document production and used or found

11:31AM 22   those results, we actually only identified 369 documents.

11:31AM 23        It would seem that if Alabama is doing the

11:31AM 24   collection of materials from the Department of Tourism using

11:31AM 25   individual computers, and I would suspect that Lee Sentell was

11:31AM 1    one of the witnesses that they would be performing that task

11:31AM 2    through, especially since he was identified as one of their

11:31AM 3    Rule 26 witnesses, that we would be seeing a substantial or at

11:31AM 4    least a much higher volume of materials than 369 documents if

11:31AM 5    things were done to preserve the data with the departments.

11:31AM 6            So I guess that's the one concern I raise,

11:31AM 7    Your Honor, is that it's a little unclear to us what sort of

11:31AM 8    preservation was done in addition to the Department's normal

11:31AM 9    course of business in order to preserve the data that could be

11:32AM 10   relevant to this claim.

11:32AM 11           MR. MAZE:  This is Corey.  I've got three responses,

11:32AM 12   just real briefly:  Number 1, all of the arguments over the

11:32AM 13   number of documents are premature.  We're going to, as we said

11:32AM 14   earlier, reproduce everything, plus all of the additional

11:32AM 15   information that we have received, including custodial files,

11:32AM 16   which leads me to Number 2.

11:32AM 17           We're under a duty to have the custodial files

11:32AM 18   complete 10 days before deposition, so really any argument now

11:32AM 19   about any particular individual custodial file is extremely

11:32AM 20   premature because we don't even have a schedule yet to begin

11:32AM 21   negotiating deposition dates.  So we, I do not see any reason

11:32AM 22   to start talking about individual's production.

11:32AM 23           Then Number 3, we sent out retention letters from

11:32AM 24   this office, the Attorney General's Office, all the way back in

11:32AM 25   2010.  There had been multiple retention letters sent to the

11:32AM 1   departments, and there have been multiple meetings with the

11:32AM 2   departments in which we have reminded them over and over of

11:33AM 3   their requirement to save everything that is potentially

11:33AM 4   relevant to this case.

11:33AM 5        THE COURT:  Okay.  Anything else on that, Paul?

11:33AM 6        MR. COLLIER:  Just one follow-up issue, Your Honor, if

11:33AM 7   I may.  Where this manifests itself, though, as I understand

11:33AM 8   it, Alabama, when they do the custodian productions, is not

11:33AM 9   intending to use the search term protocol that was agreed and

11:33AM 10  negotiated amongst the party and then was endorsed by the

11:33AM 11  Court.

11:33AM 12        My concern then is that the reasonable search

11:33AM 13  production that Alabama has used and intends to use for the

11:33AM 14  custodial file production does not seem to be an adequate

11:33AM 15  substitute for the application of the search term protocol when

11:33AM 16  we have a very limited number of documents that have come from

11:33AM 17  important witnesses like Lee Sentell, who you think would have

11:33AM 18  a substantially higher volume of material.

11:34AM 19        I guess I'm okay waiting to see what additionally

11:34AM 20  we get from Alabama, but I do remain concerned that Alabama's

11:34AM 21  request to substitute a reasonable search protocol in place of

11:34AM 22  the agreed-upon search term protocol is going to prejudice the

11:34AM 23  defendants and that we are not going to get the same volume of

11:34AM 24  material that we're entitled to receive.

11:34AM 25        MR. MAZE:  Your Honor, if I may just briefly respond,

11:34AM 1    and I apologize if I sound like a broken record, but two

11:34AM 2    points:

11:34AM 3            Number 1, this is extremely premature.

11:34AM 4            Number 2, I agree with Paul that they are not

11:34AM 5    going to get the same number of documents.  They are going to

11:34AM 6    get substantially more than what they would get if we were

11:34AM 7    using the search terms.

11:34AM 8            That is, again, because what we are doing in lieu

11:34AM 9    of that, simply because we don't have the capability of doing

11:34AM 10   it, is that we are going to the individual computers and

11:34AM 11   pulling everything, we going to the shared drives and pulling

11:35AM 12   everything, and then we're going to any hard copies that we can

11:35AM 13   find and producing them.

11:35AM 14           We're not running search terms on the back end to

11:35AM 15   limit it down as the defendants are.  We're pulling everything

11:35AM 16   we can find.  We're pulling out the privileged and NRD

11:35AM 17   documents and then sending it.  I think that when the new

11:35AM 18   production comes in it will show that there is more than

11:35AM 19   sufficient production with regard to all of the custodians.

11:35AM 20           THE COURT:  Okay.  All right.  Let's move on to, let's

11:35AM 21   see, I think Number 14, Corey, which is whether or not you all

11:35AM 22   have conferred on some kind of procedure to check to see that

11:35AM 23   production has been adequate.  Is that something that you

11:35AM 24   expect to do after this new production is completed?

11:36AM 25           MR. MAZE:  I'm just reading back over this point.

11:36AM 1    Again, Your Honor, just I'm not sure that there is another --

11:36AM 2    another avenue.  Again, as I just stated, the defendants are

11:36AM 3    getting more than they would under the procedure they want to

11:36AM 4    implement.  So what I don't want to have happen is, we spend

11:36AM 5    the next month or so reproducing everything that we have, and

11:36AM 6    then the defendants say we don't believe this is enough, we

11:36AM 7    need to do the search terms on top of that, and then we spend

11:36AM 8    another amount of time applying search terms just to limit down

11:36AM 9    the number of documents that they already have --

11:36AM 10        THE COURT:  Yes, no --

11:36AM 11        MR. MAZE:  --  what conferencing about it is going to

11:36AM 12   do.

11:36AM 13        THE COURT:  Well, I had limited this point, I believe,

11:36AM 14   in my view, to individual custodians, and if, indeed, what

11:37AM 15   you're doing is to produce everything from an individual

11:37AM 16   custodian's computer that was responsive, if BP disputes that

11:37AM 17   later, we may think about some kind of spot check, but that's

11:37AM 18   all that was about.

11:37AM 19        MR. MAZE:  I apologize if I took that wrong.  That

11:37AM 20   sounds like a good plan, and we will certainly do that at the

11:37AM 21   Court's direction.

11:37AM 22        THE COURT:  Okay.  So let's see.  I think the only

11:37AM 23   other thing that I'm seeing come up is the confidential

11:37AM 24   information, and that still pends but it is not yet ripe for

11:38AM 25   decision.  You all have not yet reached any kind of logjam, as

11:38AM 1    I understand it, right?

11:38AM 2          MR. MAZE:  You're correct, Your Honor.  We received

11:38AM 3    their new draft of the order yesterday, so we simply haven't

11:38AM 4    had time to review it yet with our departments to be able to

11:38AM 5    report on that today.

11:38AM 6          THE COURT:  Okay.

11:38AM 7          MR. COLLIER:  That's right.

11:38AM 8          THE COURT:  Good.  That's fine.

11:38AM 9          I assume nothing further has happened relative to

11:38AM 10   the agreement in principle on the NRD related documents because

11:38AM 11   you've been too busy on other things, right, Corey?

11:38AM 12         MR. MAZE:  I would have agreed with that, Your Honor,

11:38AM 13   until late yesterday afternoon when we got an e-mail that

11:38AM 14   essentially tried to resurrect what we thought was a done deal

11:38AM 15   several weeks ago.  So Alabama considers this issue to be done.

11:38AM 16         We pulled NRD information along the lines of a

11:38AM 17   proposal or an agreement that we thought we had weeks ago, and

11:39AM 18   we got an e-mail yesterday saying that the defendants want to

11:39AM 19   reconsider how we do it.  So, again, our position is this is

11:39AM 20   done, has been done, but I will certainly allow them to speak

11:39AM 21   their piece on the issue.

11:39AM 22         THE COURT:  Yeah, guys, let me just say, I don't know

11:39AM 23   what the rethink is, but it seems to me to be a pretty simple

11:39AM 24   fix.

11:39AM 25         Let me hear from, you Paul.

11:39AM 1      MR. COLLIER:  Yeah, Your Honor, I'm -- like I said, we

11:39AM 2   have sent to Alabama a response to what they have proposed with

11:39AM 3   respect to the NRD related issue.  It's the first I'm hearing

11:39AM 4   that they have a concern or that they are suggesting that we

11:39AM 5   are in some ways taking a step backwards.  So, you know, I'm

11:39AM 6   obviously interested in hearing kind of their position on that.

11:39AM 7          I think the concern -- and I've not been the one

11:39AM 8   that's been knee deep in this issue, but I'll do my best to

11:40AM 9   articulate the point.  The question that was raised from our

11:40AM 10  side was whether or not underlying data would be produced that

11:40AM 11  may have relevance to the claims here, for example, Tourism

11:40AM 12  data or property data that may have been gathered under the

11:40AM 13  guise of NRD but has relevance to this particular claim would

11:40AM 14  be withheld.  It's our position that that type of data, Tourism

11:40AM 15  data or property related data or things of that nature, should

11:40AM 16  nonetheless still be produced in this claim and not withheld

11:40AM 17  because it does relate to the issues here.

11:40AM 18          Obviously we're in agreement with Alabama on the

11:40AM 19  fact that communications and analysis work that has been

11:40AM 20  generated in the process of developing NRD-related positions

11:40AM 21  should be withheld, but we just wanted to confirm that neither

11:41AM 22  party or the parties were not withholding this type of tourism

11:41AM 23  or property-related data.

11:41AM 24      MR. MAZE:  Your Honor, I can briefly respond with

11:41AM 25  Alabama's position and what we believe to have been the

11:41AM 1 agreement for quite some time.  If something was generated as

11:41AM 2 part of the NRD assessment, it was withheld.  If it wasn't and

11:41AM 3 it's responsive, we gave it to them, and that's the end of

11:41AM 4 agreement.  That's how simple we think this issue is and has

11:41AM 5 been.

11:41AM 6        THE COURT:  Sounds pretty simple to me.  Okay.  I'm

11:41AM 7 going to consider this issue closed, and we're going to take it

11:41AM 8 off the agenda.

11:41AM 9        What about the issue of the state tax and revenue

11:41AM 10 database?  Have you all had any further discussions or should

11:41AM 11 we just carry that item over?

11:41AM 12        MR. MAZE:  This is Corey.  We're awaiting the

11:41AM 13 defendants' response as to what it is they are actually looking

11:41AM 14 for out of the tax database.  I think we should table this

11:42AM 15 discussion for two things:  Number 1, you will be seeing this

11:42AM 16 mentioned in the briefing tomorrow on the motions to compel,

11:42AM 17 and Number 2, we hope to have an answer from them about

11:42AM 18 specifically what it is they want between now and the next time

11:42AM 19 we get together.

11:42AM 20        THE COURT:  Okay.

11:42AM 21        MR. COLLIER:  Yeah, Your Honor, this is Paul.  I can

11:42AM 22 just comment on this very briefly.  Yes.  So, we did receive

11:42AM 23 additional information from Alabama as to the contents that is

11:42AM 24 within these two databases.  As you may recall, we have been

11:42AM 25 asking for this type of information since the summer, so it's

11:42AM 1    recent information that we now have.  We are now evaluating it

11:42AM 2    and digesting it and we are working to get a response.  Our

11:42AM 3    plan is to have a response to Alabama by Tuesday as far as what

11:42AM 4    we would seek from these databases.

11:42AM 5            As far as an issue of this that would be raised

11:42AM 6    within the Motion to Compel context, I'm a little unclear as to

11:42AM 7    what that would be.  I guess if Alabama wants to raise that

11:43AM 8    now, I'm happy to discuss it, but I'm a bit surprised, to be

11:43AM 9    honest, Your Honor.

11:43AM 10        MR. MAZE:  I could briefly you give you a preview.

11:43AM 11   It's the fight between the parties over the requirement to

11:43AM 12   produce information regarding all revenues of the State.  The

11:43AM 13   State has so many different streams of revenue that are

11:43AM 14   completely irrelevant to the claims at issue here, and as we're

11:43AM 15   going to show you tomorrow, the amount of time and effort it

11:43AM 16   would take to produce every single piece of information about

11:43AM 17   every single type of stream of revenue that the State has

11:43AM 18   gotten over the past 20 or 30 years could put this case off for

11:43AM 19   who knows how long.  We'll show you examples tomorrow of what

11:43AM 20   we're talking about, and I think the Court will understand

11:43AM 21   better the next time we get together.

11:43AM 22        THE COURT:  Okay.  Look, guys, I haven't read it, it

11:43AM 23   hadn't been filed, but it seems to me that every single stream

11:44AM 24   of revenue for the State is probably not relevant, and it's

11:44AM 25   something that you all probably need to narrow and agree to.

11:44AM 1    If I need to narrow it, I'll narrow it; so, either way it's

11:44AM 2    going to be narrowed.

11:44AM 3                Okay.  Next up is HESI has filed the sworn

11:44AM 4    statement saying that it does not have any information

11:44AM 5    responsive to the 30(b)(6) deposition topics.

11:44AM 6          MR. YORK:  Your Honor, this is Alan York.  Actually we

11:44AM 7    have not filed anything with the Court yet.

11:44AM 8          THE COURT:  You circulated it.

11:44AM 9          MR. YORK:  We have circulated it.  We sent it to Corey

11:44AM 10   and asked for his comments on that, but I understand that he's

11:44AM 11   had a few other things on his calendar this week, so we haven't

11:45AM 12   heard anything back yet, but we anticipate when Corey has a

11:45AM 13   chance to look at that we'll be hearing from him.

11:45AM 14          THE COURT:  Okay.

11:45AM 15          MR. MAZE:  I agree with that.  I have had a lot on my

11:45AM 16   plate and we will look at it.  I also think that Anadarko filed

11:45AM 17   something earlier this week.  If someone from Anadarko is on

11:45AM 18   they may want to comment on it, about whether this is another

11:45AM 19   way to maybe deal with the nonBP party 30(b)(6) deposition

11:45AM 20   issue.

11:45AM 21          MR. HALVERSON:  Yeah.  This is David Halverson again.

11:45AM 22   I don't know if *filed* is the right word, but my understanding

11:45AM 23   is that we sent something to the State of Alabama, and we're

11:45AM 24   waiting to hear back.

11:45AM 25          THE COURT:  It's been circulated.  Let's use the word

11:45AM  1    *circulated.*

11:45AM  2         MR. MAZE:  I think we were all served on Lexis File &

11:45AM  3    Serve, I think is how we got it, but we do have it, and we will

11:45AM  4    take a look at both of them.

11:45AM  5         THE COURT:  Good.  Thank you.

11:45AM  6         Okay.  We've got motions to compel and

11:45AM  7    oppositions are due tomorrow.

11:45AM  8         Let's see.  That's all I have on my agenda.  Who

11:45AM  9    has anything else that you want to cover?

11:46AM 10         Okay.  We're going to get back together

11:46AM 11    November 6th, according to our schedule, so we'll be talking

11:46AM 12    next week.  Okay.  If there is nothing else....

11:46AM 13         MR. MAZE:  Sounds good to us.

11:46AM 14         VOICES:  Thank you.

15         (WHEREUPON, at 11:46 a.m.  the proceedings were

16    concluded.)

17                         *   *   *
                      REPORTER'S CERTIFICATE
18
19         I, Cathy Pepper, Certified Realtime Reporter, Registered
      Merit Reporter, Certified Court Reporter of the State of
20    Louisiana, Official Court Reporter for the United States
      District Court, Eastern District of Louisiana, do hereby
21    certify that the foregoing is a true and correct transcript to
      the best of my ability and understanding from the record of the
      proceedings in the above-entitled and numbered matter.
22
                              *s/Cathy Pepper*
23                            _____
                              Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
24                            Registered Merit Reporter
                              Official Court Reporter
25                            United States District Court
                              Cathy_Pepper@laed.uscourts.gov

**'**

**'90s** [1] - 23:8

## 1

**1** [7] - 9:5, 14:1, 20:14, 20:24, 26:12, 28:3, 32:15
**10** [8] - 5:8, 5:9, 5:10, 5:11, 9:17, 10:25, 19:1, 26:16
**10-4182** [1] - 1:9
**10-4183** [1] - 1:9
**10-MD-2179** [1] - 1:6
**11** [5] - 5:12, 5:13, 5:14, 9:17, 11:7
**1100** [1] - 2:23
**11:00** [1] - 1:7
**11:46** [1] - 35:15
**12** [4] - 5:15, 5:16, 9:17, 11:20
**1201** [2] - 2:17, 3:6
**13** [4] - 8:21, 9:17, 11:23, 22:11
**13-2645** [1] - 1:10
**13-2646** [1] - 1:10
**13-2647** [1] - 1:10
**13-2813** [1] - 1:10
**1331** [1] - 3:9
**14** [1] - 28:21
**16** [4] - 9:7, 11:2, 11:3, 13:17
**1665** [1] - 3:9
**17** [1] - 5:17
**1700** [1] - 3:6
**1800** [1] - 18:14
**1990s** [1] - 23:6
**1992** [1] - 23:24
**1996** [1] - 23:10
**1997** [1] - 23:10
**1999** [1] - 22:9

## 2

**2** [10] - 3:19, 8:21, 9:17, 9:19, 14:1, 20:18, 21:2, 26:16, 28:4, 32:17
**20** [4] - 1:5, 5:18, 23:16, 33:18
**2000** [2] - 3:19, 18:8
**20004** [1] - 2:17
**20006** [1] - 2:17
**2005** [1] - 21:20
**2007** [1] - 3:17
**2008** [2] - 21:20, 24:7

**2010** [3] - 1:5, 23:3, 26:25
**2011** [2] - 22:4, 24:7
**2014** [2] - 1:7, 7:2
**2014**.............. [1] - 6:5
**2020** [1] - 3:14
**22ND** [1] - 2:4
**23451** [1] - 2:4
**250,000** [1] - 17:20
**26** [2] - 15:15, 26:3
**28** [1] - 5:21
**29** [1] - 5:22

## 3

**3** [5] - 9:17, 9:25, 10:3, 21:6, 26:23
**30** [5] - 1:7, 5:24, 7:2, 22:5, 33:18
**30(B)(6** [1] - 6:3
**30(b)(6** [2] - 34:5, 34:19
**300** [3] - 2:13, 17:25, 18:13
**32** [1] - 5:25
**34** [1] - 6:3
**35** [2] - 6:4, 6:5
**36013** [1] - 1:24
**36130** [1] - 1:20
**369** [2] - 25:22, 26:4
**36TH** [1] - 2:23

## 4

**4** [3] - 9:17, 9:25, 10:4
**402** [1] - 2:4
**4160** [1] - 1:23
**42** [1] - 18:9

## 5

**5** [3] - 12:9, 17:4, 17:8
**500** [2] - 1:19, 4:4
**504** [1] - 4:5
**589-7779** [1] - 4:5
**59** [1] - 17:18

## 6

**6** [2] - 9:17, 10:6
**600** [1] - 2:4
**60654** [1] - 2:14
**61,000** [1] - 23:11
**6TH** [1] - 6:5
**6th** [1] - 35:11

## 7

**7** [5] - 5:5, 12:10, 17:4, 20:4, 20:5
**70130** [1] - 4:5
**70163** [1] - 2:24
**75270** [1] - 3:6
**77010** [2] - 3:10, 3:20

## 8

**8** [1] - 5:6

## 9

**9** [4] - 5:7, 9:17, 10:15, 14:1
**909** [1] - 3:19

## A

**A.M** [1] - 1:7
**a.m** [1] - 35:15
**ability** [1] - 35:21
**able** [2] - 11:18, 30:4
**above-entitled** [1] - 35:21
**abstracts** [1] - 19:2
**accepts** [1] - 7:18
**access** [1] - 23:15
**accessible** [2] - 22:24, 25:9
**according** [1] - 35:11
**acronym** [1] - 19:25
**action** [1] - 17:2
**ACTION** [1] - 1:6
**add** [1] - 10:11
**added** [1] - 16:17
**addition** [1] - 26:8
**additional** [6] - 11:3, 15:3, 15:12, 15:23, 26:14, 32:23
**additionally** [1] - 27:19
**address** [4] - 8:23, 10:23, 12:6, 15:19
**addressed** [4] - 12:6, 12:11, 15:7, 17:11
**addresses** [1] - 13:2
**addressing** [2] - 13:17, 14:22
**ADECA** [2] - 23:6, 23:7
**ADEM** [6] - 19:16, 19:18, 19:24, 19:25, 23:22, 24:4
**adequate** [2] - 27:14,

28:23
**ADEQUATE**...............
.......................... [1] -
5:21
**Affairs** [2] - 17:25, 23:8
**afternoon** [1] - 30:13
**AGENDA** [1] - 5:3
**agenda** [2] - 32:8, 35:8
**ago** [2] - 30:15, 30:17
**agree** [6] - 16:10, 16:11, 18:2, 28:4, 33:25, 34:15
**agreed** [5] - 7:24, 8:14, 27:9, 27:22, 30:12
**agreed-upon** [1] - 27:22
**AGREEMENT** [1] - 5:24
**agreement** [6] - 7:20, 30:10, 30:17, 31:18, 32:1, 32:4
**agrees** [1] - 9:13
**ahead** [4] - 16:5, 16:12, 16:15, 17:1
**AL** [2] - 1:20, 1:24
**Alabama** [23] - 7:18, 7:19, 7:23, 12:24, 15:13, 15:14, 15:22, 19:25, 25:14, 25:17, 25:21, 25:23, 27:8, 27:13, 27:20, 30:15, 31:2, 31:18, 32:23, 33:3, 33:7, 34:23
**ALABAMA** [2] - 1:13, 1:18
**Alabama's** [3] - 15:20, 27:20, 31:25
**Alan** [1] - 34:6
**ALAN** [2] - 3:9, 3:22
**ALED** [1] - 14:1
**ALL** [1] - 5:19
**ALLEN** [1] - 1:21
**alleviate** [1] - 9:16
**allow** [1] - 30:20
**allows** [2] - 13:16, 22:10
**ALSO** [1] - 3:22
**AMERICA** [6] - 2:6, 2:7, 2:8, 2:9, 2:11, 2:12
**amount** [4] - 15:16, 16:16, 29:8, 33:15
**ANADARKO** [2] - 3:12, 3:13
**Anadarko** [4] - 7:25, 8:2, 34:16, 34:17
**analysis** [1] - 31:19

**AND** [3] - 2:21, 5:25, 6:4
**ANDREW** [2] - 2:12, 3:18
**answer** [2] - 16:20, 32:17
**anticipate** [2] - 18:24, 34:12
**anticipation** [1] - 16:16
**ANY** [1] - 6:2
**apiece** [1] - 18:14
**apologize** [2] - 28:1, 29:19
**appear** [2] - 15:17, 19:14
**APPEARANCES** [4] - 1:16, 2:1, 3:1, 4:1
**appeared** [1] - 15:11
**application** [1] - 27:15
**applying** [1] - 29:8
**approve** [1] - 16:5
**APRIL** [1] - 1:5
**ARE** [1] - 6:4
**argument** [1] - 26:18
**arguments** [1] - 26:12
**articulate** [1] - 31:9
**aside** [1] - 23:12
**assessment** [1] - 32:2
**assume** [1] - 30:9
**assuming** [1] - 9:13
**attachments** [1] - 11:14
**attempted** [1] - 17:9
**attention** [1] - 14:8
**Attorney** [1] - 26:24
**ATTORNEY** [1] - 1:18
**attorneys** [1] - 16:20
**available** [4] - 9:19, 10:5, 24:7, 24:9
**AVAILABLE** [1] - 5:7
**AVENUE** [2] - 1:19, 2:17
**avenue** [1] - 29:2
**awaiting** [1] - 32:12

## B

**background** [1] - 24:3
**backwards** [1] - 31:5
**ball** [1] - 8:18
**banker** [1] - 17:19
**bankers** [2] - 19:7, 21:8
**based** [2] - 23:23, 25:16
**BEACH** [1] - 2:4
**BEASLEY** [1] - 1:21
**BEEN** [1] - 5:21

**BEFORE** [1] - 1:14
**began** [1] - 21:21
**begin** [2] - 11:13, 26:20
**beginning** [1] - 23:19
**behalf** [2] - 12:22, 25:3
**BEING** [1] - 5:12
**best** [7] - 8:23, 8:24, 16:20, 16:24, 24:2, 31:8, 35:21
**better** [2] - 16:22, 33:21
**between** [3] - 10:12, 32:18, 33:11
**beyond** [1] - 21:16
**biggest** [1] - 17:18
**binders** [1] - 18:23
**BINGHAM** [1] - 3:13
**bit** [4] - 13:18, 15:5, 15:18, 33:8
**blank** [1] - 11:18
**bless** [1] - 13:10
**body** [1] - 11:13
**books** [1] - 18:13
**BOWMAN** [1] - 3:5
**BOX** [1] - 1:23
**boxes** [3] - 17:19, 19:7, 21:8
**BP** [18] - 2:6, 2:7, 2:7, 2:8, 2:9, 2:10, 2:11, 7:18, 7:22, 9:9, 9:20, 10:10, 11:24, 12:22, 14:6, 25:3, 29:16
**BREIT** [2] - 2:3, 2:3
**briefing** [1] - 32:16
**briefly** [6] - 9:18, 26:12, 27:25, 31:24, 32:22, 33:10
**briefs** [1] - 18:20
**broken** [1] - 28:1
**BROWNE** [1] - 2:16
**BRUCE** [1] - 3:5
**budget** [1] - 18:7
**buildings** [1] - 23:5
**BURLING** [1] - 2:16
**business** [1] - 26:9
**busy** [2] - 7:10, 30:11
**BY** [13] - 1:4, 1:18, 1:22, 2:3, 2:12, 2:16, 2:22, 3:4, 3:9, 3:14, 3:18, 4:7, 4:8

**C**

**cabinets** [1] - 21:9
**calendar** [1] - 34:11
**capabilities** [1] - 22:2
**capability** [1] - 28:9

**care** [2] - 10:3, 14:16
**carries** [1] - 15:12
**carry** [1] - 32:11
**case** [3] - 23:24, 27:4, 33:18
**CASES** [1] - 1:13
**Cathy** [3] - 8:7, 35:18, 35:23
**CATHY** [1] - 4:3
**Cathy_Pepper@laed .uscourts.gov** [1] - 35:25
**cathy_pepper@laed. uscourts.gov** [1] - 4:6
**caused** [1] - 23:4
**caveat** [1] - 20:10
**CCR** [2] - 4:3, 35:23
**CENTER** [1] - 3:19
**central** [1] - 22:15
**centralized** [4] - 20:15, 20:21, 22:14
**CENTRE** [1] - 2:23
**CERTAIN** [1] - 5:12
**certain** [3] - 11:5, 11:8, 11:11
**certainly** [6] - 10:20, 14:21, 17:11, 19:10, 29:20, 30:20
**CERTIFICATE** [1] - 35:17
**CERTIFIED** [1] - 4:3
**Certified** [3] - 35:18, 35:19, 35:23
**certify** [1] - 35:20
**CHAD** [1] - 3:24
**challenges** [1] - 19:4
**CHAMBERS** [1] - 7:3
**chance** [1] - 34:13
**change** [1] - 12:13
**chart** [4] - 9:8, 11:24, 14:6, 16:13
**check** [2] - 28:22, 29:17
**CHECK** [1] - 5:20
**CHICAGO** [1] - 2:14
**Chris** [1] - 7:21
**circulated** [4] - 34:8, 34:9, 34:25, 35:1
**CIVIL** [1] - 1:6
**claim** [2] - 10:23, 31:13, 31:16
**claims** [2] - 31:11, 33:14
**clarity** [1] - 13:19
**claw** [1] - 9:4
**closed** [1] - 32:7
**coding** [4] - 10:1, 10:2, 10:10, 10:11

**CODING** [1] - 5:8
**collected** [2] - 14:13, 15:3
**collecting** [1] - 13:15
**collection** [2] - 14:15, 25:24
**collections** [1] - 15:4
**COLLIER** [9] - 2:13, 12:21, 13:12, 14:20, 25:2, 27:6, 30:7, 31:3, 32:21
**Collier** [3] - 12:22, 14:20, 25:2
**coming** [4] - 9:3, 12:24, 15:25, 16:2
**comment** [8] - 7:12, 12:16, 12:20, 16:7, 19:22, 25:1, 32:22, 34:18
**comments** [2] - 7:18, 34:10
**common** [2] - 21:2, 21:3
**communications** [1] - 31:19
**Community** [2] - 17:25, 23:7
**COMPANY** [3] - 2:7, 3:13
**compare** [1] - 21:13
**Compel** [1] - 33:6
**compel** [3] - 18:18, 32:16, 35:6
**COMPEL** [1] - 6:4
**complaint** [1] - 9:20
**complete** [2] - 13:20, 26:18
**completed** [1] - 28:24
**completely** [3] - 16:11, 19:5, 33:14
**complicated** [2] - 20:22, 21:15
**COMPUTER** [1] - 4:8
**computer** [9] - 20:25, 21:1, 22:17, 22:20, 22:25, 23:18, 24:14, 24:18, 29:16
**computers** [7] - 21:21, 22:11, 23:20, 24:13, 25:15, 25:25, 28:10
**concern** [8] - 10:23, 15:1, 15:5, 25:16, 26:6, 27:12, 31:4, 31:7
**concerned** [2] - 15:18, 27:20
**concerning** [1] - 10:25
**concerns** [3] - 9:17, 14:16, 15:20
**concluded** [1] - 35:16

**conference** [2] - 15:8, 16:21
**CONFERENCE** [2] - 1:13, 6:5
**conferencing** [1] - 29:11
**CONFERRED** [1] - 5:19
**conferred** [1] - 28:22
**confidential** [3] - 17:22, 18:3, 29:23
**CONFIDENTIAL** [1] - 5:22
**confidentiality** [1] - 18:6
**confirm** [1] - 31:21
**confirmed** [1] - 7:17
**connection** [1] - 14:24
**Conservation** [2] - 18:15, 22:13
**consider** [1] - 32:7
**considering** [1] - 8:2
**considers** [1] - 30:15
**contained** [1] - 18:13
**contents** [1] - 32:23
**context** [1] - 33:6
**CONTINUED** [3] - 2:1, 3:1, 4:1
**copies** [14] - 10:1, 12:10, 17:16, 17:19, 18:6, 18:16, 19:3, 19:6, 19:14, 19:15, 19:19, 21:8, 21:22, 28:12
**COPIES.................... .......... [1] - 5:8
**COPIES.................... ............ [1] - 5:15
**copy** [11] - 17:8, 17:11, 17:20, 18:1, 18:9, 18:22, 18:24, 19:2, 19:8, 19:21, 21:10
**COPY** [1] - 5:17
**COREY** [1] - 1:18
**Corey** [13] - 8:17, 13:8, 13:23, 16:4, 16:13, 17:3, 20:2, 26:11, 28:21, 30:11, 32:12, 34:9, 34:12
**CORPORATION** [2] - 2:8, 3:12
**correct** [2] - 30:2, 35:20
**corrected** [1] - 12:6
**counsel** [1] - 16:14
**couple** [2] - 20:13, 25:3
**course** [2] - 9:10, 26:9
**COURT** [35] - 1:1, 4:3,

7:6, 7:9, 7:12, 7:25, 8:4, 8:7, 8:15, 12:19, 13:7, 13:23, 16:4, 16:12, 16:25, 19:22, 19:24, 20:2, 20:4, 24:25, 27:5, 28:20, 29:10, 29:13, 29:22, 30:6, 30:8, 30:22, 32:6, 32:20, 33:22, 34:8, 34:14, 34:25, 35:5
**Court** [13] - 9:13, 11:25, 12:8, 17:17, 20:19, 27:11, 33:20, 34:7, 35:19, 35:19, 35:20, 35:24, 35:25
**court** [1] - 8:8
**Court's** [2] - 9:1, 29:21
**cover** [3] - 18:2, 18:3, 35:9
**COVINGTON** [1] - 2:16
**cross** [1] - 9:8
**CROW** [1] - 1:21
**CRR** [2] - 4:3, 35:23
**current** [1] - 17:21
**custodial** [6] - 9:3, 14:3, 26:15, 26:17, 26:19, 27:14
**custodian** [7] - 10:17, 10:22, 14:8, 16:8, 21:7, 27:8
**custodian's** [1] - 29:16
**custodians** [4] - 10:15, 20:25, 28:19, 29:14
**CUSTODIANS........... .................... [1] - 5:10

**D**

**DALLAS** [1] - 3:6
**data** [17] - 13:15, 15:21, 23:25, 24:1, 24:8, 25:7, 25:8, 25:15, 26:5, 26:9, 31:10, 31:12, 31:14, 31:15, 31:23
**database** [2] - 32:10, 32:14
**DATABASE.....** [1] - 5:25
**databases** [2] - 32:24, 33:4
**date** [4] - 9:2, 14:3, 18:21, 25:17
**dates** [1] - 26:21

**dating** [1] - 18:8
**David** [2] - 8:6, 34:21
**DAVID** [1] - 3:14
**DAY** [1] - 3:23
**days** [2] - 22:5, 26:18
**DC** [2] - 2:17, 3:15
**DCNR** [2] - 18:15, 22:13
**deal** [2] - 30:14, 34:19
**DECA** [1] - 17:24
**decision** [1] - 29:25
**deeds** [2] - 18:16, 18:19
**deep** [1] - 31:8
**DEEPWATER** [3] - 1:4, 2:20, 2:21
**defendants** [12] - 10:11, 11:25, 12:4, 14:2, 18:10, 21:14, 23:14, 27:23, 28:15, 29:2, 29:6, 30:18
**defendants'** [1] - 32:13
**deficiencies** [1] - 14:12
**deletion** [1] - 22:5
**Department** [18] - 17:18, 17:24, 18:12, 18:15, 18:21, 20:1, 22:2, 22:3, 22:13, 23:7, 23:12, 23:15, 23:22, 25:12, 25:13, 25:19, 25:20, 25:24
**department** [12] - 10:22, 20:7, 20:11, 20:12, 20:23, 21:3, 21:6, 21:9, 22:19, 22:20, 24:11
**Department's** [1] - 26:8
**department's** [1] - 10:21
**department-wide** [1] - 24:11
**departments** [16] - 9:21, 14:4, 15:9, 16:1, 17:13, 17:16, 19:20, 20:14, 20:20, 22:1, 24:23, 25:6, 26:5, 27:1, 27:2, 30:4
**DEPOSITION** [1] - 6:3
**deposition** [4] - 26:18, 26:21, 34:5, 34:19
**described** [2] - 13:9, 13:11
**developed** [1] - 25:7
**developing** [1] - 31:20
**Development** [1] - 23:9

**devise** [1] - 8:23
**DEXTER** [1] - 1:19
**difference** [1] - 10:12
**different** [2] - 12:1, 33:13
**digesting** [1] - 33:2
**digital** [1] - 24:2
**DIR** [1] - 22:10
**direction** [3] - 13:4, 14:22, 29:21
**director** [1] - 25:20
**disclosed** [1] - 15:15
**disclosure** [1] - 15:15
**discovery** [2] - 20:16, 21:15
**discuss** [1] - 33:8
**discussed** [2] - 14:23, 25:4
**discussion** [1] - 32:15
**discussions** [1] - 32:10
**disk** [1] - 19:12
**disputes** [1] - 29:16
**distinction** [1] - 10:12
**District** [3] - 35:20, 35:25
**DISTRICT** [2] - 1:1, 1:1
**Division** [2] - 23:9, 23:11
**division** [1] - 23:14
**document** [4] - 15:5, 20:5, 22:14, 25:21
**DOCUMENT** [2] - 1:8, 5:18
**documentation** [2] - 14:24, 15:23
**DOCUMENTS** [1] - 5:6
**documents** [34] - 7:23, 8:17, 9:21, 9:23, 10:20, 14:3, 14:11, 15:10, 15:17, 17:20, 17:21, 17:23, 18:1, 18:9, 18:22, 18:24, 19:8, 19:9, 19:17, 20:20, 21:1, 21:4, 21:8, 22:16, 23:11, 24:11, 25:22, 26:4, 26:13, 27:16, 28:5, 28:17, 29:9, 30:10
**DOCUMENTS.** [1] - 5:24
**DOES** [1] - 6:2
**done** [11] - 9:24, 10:5, 20:6, 21:23, 25:5, 26:5, 26:8, 30:14, 30:15, 30:20
**down** [2] - 28:15, 29:8
**draft** [1] - 30:3
**DRESCHER** [1] - 2:3

**DRILLING** [1] - 2:21
**drive** [10] - 21:3, 22:22, 22:23, 22:24, 22:25, 23:15, 23:17, 23:18, 24:11
**drives** [5] - 21:2, 22:11, 22:20, 23:20, 28:11
**DUE** [1] - 6:4
**due** [1] - 35:7
**duty** [1] - 26:17

**E**

**E&P** [1] - 3:13
**e-mail** [8] - 22:4, 22:15, 23:1, 24:13, 24:21, 30:13, 30:18
**e-mailed** [1] - 7:21
**e-mails** [6] - 11:8, 11:9, 11:12, 11:18, 23:2, 24:14
**E-MAILS.........** [1] - 5:12
**early** [2] - 7:24, 16:2
**EASTERN** [1] - 1:1
**Eastern** [1] - 35:20
**Economic** [2] - 17:25, 23:7
**education** [1] - 22:22
**Education** [2] - 18:21, 18:25
**effort** [1] - 33:15
**either** [2] - 12:15, 34:1
**electronic** [3] - 19:5, 19:18, 21:20
**ELLIS** [1] - 2:12
**ELM** [1] - 3:6
**else...** [1] - 35:12
**employees** [1] - 23:16
**encourage** [1] - 13:10
**encouraged** [1] - 12:25
**end** [6] - 10:10, 13:19, 17:10, 17:19, 28:14, 32:3
**endorsed** [1] - 27:10
**ENERGY** [2] - 2:23, 3:3
**enhancement** [1] - 14:18
**ensure** [2] - 23:20, 25:6
**entailed** [1] - 13:19
**entities** [1] - 8:11
**entitled** [2] - 27:24, 35:21
**Environmental** [2] - 20:1, 23:22

**especially** [1] - 26:2
**ESQUIRE** [15] - 1:18, 1:19, 1:22, 1:23, 2:3, 2:12, 2:13, 2:16, 2:22, 3:4, 3:5, 3:9, 3:14, 3:18, 3:18
**essential** [1] - 25:13
**essentially** [5] - 9:1, 9:22, 9:25, 10:12, 30:14
**estimate** [1] - 16:23
**etcetera** [3] - 11:16, 20:9, 22:7
**evaluating** [1] - 33:1
**exactly** [3] - 13:13, 13:19, 20:19
**example** [4] - 14:1, 25:20, 31:11
**examples** [1] - 33:19
**exceptions** [1] - 21:23
**excuse** [1] - 8:4
**expect** [1] - 28:24
**expected** [1] - 15:9
**explain** [1] - 9:18
**EXPLORATION** [1] - 2:9
**expressed** [1] - 13:14
**extent** [5] - 9:11, 10:4, 10:9, 12:6
**extract** [1] - 25:15
**extremely** [2] - 26:19, 28:3

**F**

**fact** [2] - 8:19, 31:19
**fair** [1] - 16:25
**families** [1] - 12:4
**FAMILY** [1] - 5:14
**family** [7] - 11:15, 11:16, 11:23, 12:2, 14:9, 14:24
**FANNIN** [1] - 3:19
**far** [5] - 12:16, 15:16, 17:15, 33:3, 33:5
**fault** [1] - 14:12
**February** [1] - 22:4
**few** [2] - 21:23, 34:11
**FIELD** [1] - 5:11
**field** [2] - 10:17, 10:25
**fields** [8] - 9:8, 9:9, 11:3, 11:15, 12:1, 14:5, 14:8
**fight** [1] - 33:11
**file** [4] - 10:8, 19:18, 26:19, 27:14
**File** [1] - 35:2
**FILED** [1] - 6:1
**filed** [5] - 33:23, 34:3,

34:7, 34:16, 34:22
**files** [8] - 9:3, 10:7, 10:8, 14:3, 16:1, 24:12, 26:15, 26:17
**filing** [1] - 21:9
**fill** [1] - 13:21
**final** [2] - 7:18, 7:20
**finalized** [1] - 8:12
**Finance** [3] - 18:12, 22:2, 22:3
**Financial** [1] - 23:10
**financial** [1] - 18:12
**fine** [1] - 30:8
**finish** [1] - 16:23
**finished** [1] - 15:4
**first** [2] - 12:23, 31:3
**Fiscal** [1] - 18:7
**five** [1] - 19:7
**fix** [1] - 30:24
**flood** [1] - 23:3
**FLOOR** [1] - 2:23
**folders** [1] - 22:6
**follow** [1] - 27:6
**follow-up** [1] - 27:6
**follows** [1] - 7:17
**FOR** [6] - 1:18, 2:6, 2:19, 3:3, 3:12, 3:17
**Force** [2] - 23:9, 23:10
**foregoing** [1] - 35:20
**format** [3] - 18:1, 19:2, 24:2
**formatting** [1] - 14:23
**forth** [1] - 7:21
**forward** [2] - 8:13, 9:14, 12:24
**forwards** [1] - 11:14
**four** [2] - 12:1, 24:15
**frame** [1] - 21:20
**frankly** [2] - 11:8, 12:12
**FRILOT** [1] - 2:22
**front** [2] - 10:10, 17:10
**full** [3] - 17:19, 19:7, 19:20
**FURTHER** [1] - 5:23

**G**

**gaps** [1] - 13:21
**gathered** [1] - 31:12
**gauge** [1] - 13:5
**general** [3] - 21:18, 21:23, 22:17
**GENERAL'S** [1] - 1:18
**General's** [1] - 26:24
**generally** [1] - 17:9
**generated** [2] - 25:18, 31:20, 32:1
**given** [4] - 11:6, 12:4,

18:10, 19:12
**GODWIN** [2] - 3:4, 3:8
**Governor's** [1] - 19:7
**grab** [1] - 24:5
**guess** [14] - 12:23,
13:7, 13:13, 13:19,
14:21, 15:1, 15:12,
15:18, 15:24, 25:3,
25:10, 26:6, 27:19,
33:7
**guise** [1] - 31:13
**GULF** [1] - 1:5
**guys** [2] - 30:22, 33:22

## H

**HALLIBURTON** [1] -
3:3
**Halverson** [2] - 8:6,
34:21
**HALVERSON** [4] -
3:14, 8:2, 8:6, 34:21
**hand** [1] - 15:22
**HAPPENED** [1] - 5:23
**happy** [1] - 33:8
**hard** [29] - 10:1, 12:10,
13:4, 17:8, 17:11,
17:16, 17:19, 17:20,
18:1, 18:6, 18:9,
18:16, 18:22, 18:24,
19:2, 19:3, 19:6,
19:8, 19:13, 19:15,
19:19, 19:21, 21:7,
21:10, 21:22, 22:11,
22:25, 23:18, 28:12
**HARD** [3] - 5:8, 5:15,
5:17
**HAS** [3] - 5:20, 5:23,
6:1
**HAVE** [2] - 5:19, 6:2
**havoc** [1] - 23:4
**HB406** [1] - 4:4
**hear** [2] - 30:25, 34:24
**heard** [1] - 34:12
**HEARD** [1] - 1:14
**hearing** [4] - 12:23,
31:3, 31:6, 34:13
**Heck** [1] - 7:21
**help** [1] - 12:3
**hereby** [1] - 35:20
**HESI** [2] - 6:1, 34:3
**higher** [2] - 26:4,
27:18
**HOLDINGS** [2] - 2:10,
2:19
**HOMER** [1] - 3:18
**honest** [1] - 33:9
**Honor** [25] - 7:8, 7:11,
7:16, 8:19, 12:15,

12:21, 12:22, 13:12,
13:21, 14:20, 15:7,
16:11, 16:20, 25:2,
26:7, 27:6, 27:25,
29:1, 30:2, 30:12,
31:1, 31:24, 32:21,
33:9, 34:6
**HONORABLE** [1] -
1:14
**hope** [1] - 32:17
**HORIZON** [1] - 1:4
**HOUSTON** [3] - 3:10,
3:19, 3:20
**HTM** [3] - 10:6, 10:8,
10:13
**hub** [2] - 20:15, 20:21
**hundred** [1] - 18:25

## I

**idea** [2] - 16:18, 16:22
**identified** [3] - 15:8,
25:22, 26:2
**identify** [1] - 8:9
**IL** [1] - 2:14
**implement** [2] - 16:12,
29:4
**implemented** [3] -
20:10, 23:23, 24:23
**important** [1] - 27:17
**IMPREVENTO** [1] -
2:3
**IN** [4] - 1:4, 1:5, 5:24,
7:3
**inbox** [2] - 22:6, 22:7
**INC** [8] - 2:6, 2:8, 2:9,
2:10, 2:12, 2:21,
2:22, 3:4
**including** [1] - 26:15
**indeed** [2] - 13:11,
29:14
**INDIVIDUAL** [1] - 5:10
**individual** [16] - 10:15,
10:17, 14:8, 22:12,
22:24, 22:25, 23:17,
24:12, 24:17, 24:18,
25:14, 25:25, 26:19,
28:10, 29:14, 29:15
**individual's** [2] -
10:23, 26:22
**individually** [1] -
22:21
**individuals** [2] -
23:20, 24:18
**information** [25] -
9:10, 9:19, 11:1,
12:3, 13:9, 13:16,
15:23, 16:9, 17:22,
18:3, 20:11, 21:20,

22:23, 23:17, 25:11,
25:14, 26:15, 29:24,
30:16, 32:23, 32:25,
33:1, 33:12, 33:16,
34:4
**INFORMATION** [2] -
5:22, 6:2
**INFORMATION..........
............** [1] - 5:7
**INFORMATION..........
................** [1] - 5:11
**informed** [1] - 17:15
**instances** [1] - 11:12
**instead** [1] - 24:12
**intend** [3] - 9:13, 9:14,
13:24
**intending** [1] - 27:9
**intends** [1] - 27:13
**interest** [1] - 9:1
**interested** [1] - 31:6
**INTERESTS** [1] - 1:18
**interests** [1] - 9:1
**internal** [1] - 20:8
**internally** [2] - 7:23,
8:3
**interview** [1] - 21:6
**interviewing** [1] -
14:10
**irrelevant** [1] - 33:14
**IS** [1] - 6:5
**issue** [16] - 14:14,
14:15, 16:8, 17:18,
25:7, 27:6, 30:15,
30:21, 31:3, 31:8,
32:4, 32:7, 32:9,
33:5, 33:14, 34:20
**ISSUE** [1] - 5:25
**issues** [19] - 8:16,
8:24, 11:4, 11:15,
11:16, 12:9, 12:12,
12:17, 13:2, 13:6,
13:18, 14:23, 15:6,
16:3, 17:8, 17:11,
19:21, 25:4, 31:17
**ISSUES.....................
.....** [1] - 5:17
**IT** [1] - 6:1
**item** [1] - 32:11
**ITEMS** [1] - 5:3
**itself** [2] - 25:10, 27:7

## J

**JEFFREY** [1] - 2:3
**JENNA** [1] - 3:23
**JENNY** [1] - 3:4
**JONES** [1] - 1:22
**JR** [1] - 3:5
**Judge** [1] - 7:7

**JUDGE** [1] - 1:14
**judgment** [1] - 13:2

## K

**keeping** [1] - 17:13
**keeps** [1] - 23:1
**kept** [2] - 21:10, 25:14
**Kerry** [1] - 7:16
**KERRY** [1] - 2:22
**KIMBERLY** [1] - 3:22
**kind** [6] - 8:16, 15:2,
28:22, 29:17, 29:25,
31:6
**KIND** [1] - 5:19
**KIRKLAND** [1] - 2:12
**knee** [1] - 31:8
**knowing** [1] - 15:24
**knowledge** [1] - 24:2
**knows** [2] - 20:19,
33:19
**Krohn** [1] - 8:11
**KROHN** [2] - 3:18,
8:11

## L

**LA** [2] - 2:24, 4:5
**labor** [1] - 22:9
**Labor** [1] - 17:18
**lack** [2] - 13:18, 14:24
**LAMAR** [1] - 3:9
**LAN** [2] - 22:10
**LANGAN** [1] - 2:12
**language** [1] - 8:3
**largely** [1] - 18:18
**LASALLE** [1] - 2:13
**last** [9] - 7:17, 7:19,
8:15, 8:22, 11:23,
14:4, 15:8, 20:7,
24:10
**late** [1] - 30:13
**leads** [1] - 26:16
**learned** [1] - 22:1
**least** [5] - 21:15, 22:9,
23:24, 24:1, 26:4
**Lee** [3] - 25:19, 25:25,
27:17
**Legislative** [1] - 18:7
**less** [1] - 15:21
**letters** [3] - 26:23,
26:25
**level** [1] - 22:12
**LEWIS** [3] - 3:4, 3:8
**Lexis** [1] - 35:2
**lieu** [1] - 28:8
**light** [2] - 15:11, 15:16
**limit** [2] - 28:15, 29:8

**LIMITED** [1] - 2:11
**limited** [3] - 9:10,
27:16, 29:13
**lines** [1] - 30:16
**list** [1] - 19:20
**literally** [4] - 9:4,
13:24, 21:10, 22:19
**LLC** [2] - 2:20, 3:17
**local** [1] - 22:16
**logjam** [1] - 29:25
**look** [4] - 33:22, 34:13,
34:16, 35:4
**looked** [2] - 11:8, 21:2
**looking** [2] - 22:20,
32:13
**looks** [1] - 21:19
**lost** [1] - 23:5
**Louisiana** [2] - 35:19,
35:20
**LOUISIANA** [2] - 1:1,
1:7
**LP** [1] - 3:13

## M

**MAGISTRATE** [1] -
1:14
**mail** [8] - 22:4, 22:15,
23:1, 24:13, 24:21,
30:13, 30:18
**mailed** [1] - 7:21
**mails** [6] - 11:8, 11:9,
11:12, 11:18, 23:2,
24:14
**MAILS.........** [1] - 5:12
**manage** [1] - 17:9
**Management** [2] -
20:1, 23:23
**manifests** [2] - 25:10,
27:7
**MARTINEZ** [1] - 3:4
**material** [5] - 15:2,
15:10, 15:25, 27:18,
27:24
**materials** [4] - 15:3,
25:18, 25:24, 26:4
**matter** [1] - 35:21
**MAUREEN** [1] - 2:16
**MAZE** [23] - 1:18,
8:19, 13:21, 13:24,
16:11, 16:19, 17:5,
19:25, 20:3, 20:5,
26:11, 27:25, 28:25,
29:11, 29:19, 30:2,
30:12, 31:24, 32:12,
33:10, 34:15, 35:2,
35:13
**MCCUTCHEN** [1] -
3:13

**mean** [1] - 9:3
**meaningful** [1] - 15:9
**MECHANICAL** [1] - 4:7
**meetings** [1] - 27:1
**mention** [1] - 18:4
**mentioned** [1] - 32:16
**MERIT** [1] - 4:4
**Merit** [2] - 35:19, 35:24
**metadata** [14] - 9:6, 9:8, 10:8, 10:9, 10:13, 10:25, 11:2, 11:5, 11:15, 12:2, 13:17, 14:5, 14:9, 14:23
**METADATA** [1] - 5:11
**METADATA............... ............................ [1] - 5:9
**METHVIN** [1] - 1:21
**MEXICO** [1] - 1:5
**MILES** [1] - 1:22
**Miller** [1] - 7:16
**MILLER** [3] - 1:23, 2:22, 7:16
**mind** [1] - 8:20
**minimal** [1] - 10:14
**misspoke** [1] - 24:19
**MOEX** [4] - 3:17, 7:25, 8:10, 8:11
**monitoring** [1] - 24:8
**Montgomery** [1] - 23:4
**MONTGOMERY** [2] - 1:20, 1:24
**month** [1] - 29:5
**monthly** [1] - 19:2
**months** [2] - 14:11, 24:15
**morning** [5] - 7:6, 7:7, 7:22, 16:6
**MORRISS** [1] - 3:24
**most** [1] - 17:11
**Motion** [1] - 33:6
**motions** [3] - 18:18, 32:16, 35:6
**MOTIONS** [1] - 6:4
**move** [4] - 9:14, 12:16, 20:4, 28:20
**MR** [37] - 7:16, 8:2, 8:6, 8:11, 8:19, 12:21, 13:12, 13:21, 13:24, 14:20, 16:11, 16:19, 17:5, 19:25, 20:3, 20:5, 25:2, 26:11, 27:6, 27:25, 28:25, 29:11, 29:19, 30:2, 30:7, 30:12, 31:1, 31:24, 32:12, 32:21, 33:10, 34:6, 34:9, 34:15, 34:21,

35:2, 35:13
**MSG** [3] - 10:6, 10:8, 10:13
**multiple** [2] - 26:25, 27:1

### N

**name** [4] - 8:5, 10:21, 10:23, 25:21
**names** [4] - 10:17, 14:8, 15:13, 15:17
**narrow** [3] - 33:25, 34:1
**narrowed** [1] - 34:2
**Natural** [2] - 18:15, 22:13
**nature** [1] - 31:15
**necessary** [1] - 23:25
**need** [4] - 24:4, 29:7, 33:25, 34:1
**negotiated** [1] - 27:10
**negotiating** [2] - 23:14, 26:21
**negotiations** [2] - 17:21, 18:5
**network** [14] - 20:8, 20:15, 22:4, 22:9, 22:10, 22:17, 23:6, 23:8, 23:15, 23:17, 23:23, 23:24, 24:1, 24:6
**networks** [1] - 22:22
**NEW** [3] - 1:7, 2:24, 4:5
**new** [16] - 10:3, 10:18, 11:15, 11:16, 11:21, 12:7, 12:11, 13:1, 14:6, 14:15, 16:8, 18:11, 19:11, 28:17, 28:24, 30:3
**NEXT** [1] - 6:5
**next** [7] - 7:24, 16:21, 29:5, 32:18, 33:21, 34:3, 35:12
**NICHOLAS** [1] - 3:18
**Nick** [1] - 8:11
**NO** [1] - 1:6
**nonBP** [1] - 34:19
**none** [1] - 20:14
**nonetheless** [1] - 31:16
**nonprivileged** [1] - 19:9
**normal** [1] - 26:8
**NORTH** [4] - 2:8, 2:8, 2:10, 2:11
**NOT** [3] - 5:12, 5:19, 6:2

**note** [1] - 21:18
**NOTHING** [1] - 5:23
**nothing** [3] - 21:22, 30:9, 35:12
**notion** [1] - 11:18
**November** [1] - 35:11
**NOVEMBER** [1] - 6:5
**NRD** [8] - 5:24, 28:16, 30:10, 30:16, 31:3, 31:13, 31:20, 32:2
**NRD-related** [1] - 31:20
**NT** [1] - 23:23
**Number** [24] - 9:17, 9:19, 9:25, 10:24, 10:25, 11:20, 11:23, 12:9, 12:10, 17:4, 17:8, 20:4, 20:5, 21:2, 21:6, 26:16, 26:23, 28:3, 28:4, 28:21, 32:15, 32:17
**number** [15] - 10:6, 10:15, 11:7, 15:10, 15:15, 18:22, 18:24, 20:14, 20:18, 20:24, 26:12, 26:13, 27:16, 28:5, 29:9
**numbered** [1] - 35:21
**numbers** [2] - 12:5, 13:25
**NUMMY** [1] - 3:22
**NW** [2] - 2:17, 3:14

### O

**objectively** [2] - 10:1, 10:10
**obviously** [4] - 12:25, 13:1, 31:6, 31:18
**OCR** [1] - 11:20
**OCR'd** [1] - 11:22
**OCR............................ ........................ [1] - 5:13
**OCRing** [1] - 11:20
**OCTOBER** [2] - 1:7, 7:2
**OF** [8] - 1:1, 1:5, 5:6, 5:8, 5:15, 5:17, 5:20, 5:25
**offer** [1] - 9:10
**Office** [3] - 18:7, 19:7, 26:24
**OFFICE** [2] - 1:18, 1:23
**office** [1] - 26:24
**Official** [2] - 35:19, 35:24
**OFFICIAL** [1] - 4:3

**OFFSHORE** [2] - 2:20, 3:17
**OIL** [2] - 1:4, 1:4
**ON** [3] - 1:5, 5:19, 5:24
**once** [1] - 25:7
**one** [16] - 15:1, 16:5, 17:24, 18:23, 21:11, 21:18, 22:22, 22:23, 23:13, 25:5, 26:1, 26:2, 26:6, 27:6, 27:9
**one's** [1] - 22:1
**ones** [2] - 18:4, 19:9
**opinion** [1] - 21:16
**OPPOSITIONS** [1] - 6:4
**oppositions** [1] - 35:7
**option** [1] - 23:18
**OR** [1] - 5:19
**order** [3] - 17:6, 26:9, 30:3
**original** [1] - 9:4
**ORLEANS** [3] - 1:7, 2:24, 4:5
**otherwise** [1] - 22:7
**Outlook** [1] - 24:6
**outstanding** [1] - 12:9
**overstated** [1] - 10:7
**own** [1] - 10:11
**owned** [1] - 18:16

### P

**PAGE** [1] - 5:3
**page** [4] - 9:5, 14:1, 16:9, 16:15
**pages** [4] - 17:20, 18:13, 18:14, 18:25
**papers** [1] - 21:10
**PARKER** [1] - 1:23
**part** [2] - 10:3, 32:2
**participate** [3] - 24:13, 24:20
**particular** [11] - 8:20, 9:21, 10:7, 10:22, 12:17, 17:16, 17:23, 20:19, 20:20, 26:19, 31:13
**particularly** [1] - 15:11
**parties** [3] - 8:13, 31:22, 33:11
**parties'** [1] - 8:25
**party** [3] - 27:10, 31:22, 34:19
**past** [4] - 12:13, 20:17, 33:18
**Paul** [11] - 12:19, 12:22, 13:7, 14:16, 14:20, 16:8, 25:2,

27:5, 28:4, 30:25, 32:21
**PAUL** [1] - 2:13
**pay** [1] - 14:7
**pending** [2] - 8:16, 18:18
**pends** [1] - 29:24
**PENNSYLVANIA** [1] - 2:17
**Pepper** [4] - 8:7, 35:18, 35:22, 35:23
**PEPPER** [1] - 4:3
**performing** [1] - 26:1
**personal** [5] - 20:24, 20:25, 22:11, 22:17, 22:19
**PETROLEUM** [1] - 3:12
**physically** [2] - 18:19, 18:20
**picked** [1] - 13:25
**piece** [2] - 30:21, 33:16
**PILLSBURY** [1] - 3:17
**PITTMAN** [1] - 3:17
**place** [1] - 27:21
**placed** [1] - 19:17
**places** [1] - 21:9
**plan** [5] - 16:4, 16:13, 17:2, 29:20, 33:3
**plate** [1] - 34:16
**platform** [2] - 20:16, 21:15
**plus** [6] - 9:7, 11:2, 11:3, 14:3, 15:3, 26:14
**point** [4] - 13:7, 28:25, 29:13, 31:9
**points** [2] - 20:13, 28:2
**Points** [1] - 8:21
**policies** [4] - 12:11, 20:9, 22:11, 24:23
**POLICIES.................. ................... [1] - 5:16
**policy** [1] - 22:5
**PORTIS** [1] - 1:22
**posed** [1] - 13:3
**position** [4] - 30:19, 31:6, 31:14, 31:25
**positions** [1] - 31:20
**possible** [5] - 8:24, 10:18, 10:22, 14:9, 21:17
**possibly** [1] - 21:12
**POST** [1] - 1:23
**potentially** [1] - 27:3
**POYDRAS** [2] - 2:23, 4:4
**preference** [1] - 17:7

**prejudice** [1] - 27:22
**premature** [4] - 9:22, 26:13, 26:20, 28:3
**PRESENT** [1] - 3:22
**presently** [1] - 10:1
**preservation** - 25:4, 26:8
**preserve** [2] - 26:5, 26:9
**preserved** [1] - 25:8
**preserving** [1] - 25:7
**pressure** [1] - 16:17
**pretty** [2] - 30:23, 32:6
**preview** [1] - 33:10
**previously** [3] - 15:6, 17:17, 18:9
**principle** [1] - 30:10
**PRINCIPLE** [1] - 5:24
**privileged** [3] - 19:9, 19:10, 28:16
**problem** [2] - 10:7, 11:22
**problems** [3] - 9:7, 13:11, 19:18
**procedure** [3] - 13:10, 28:22, 29:3
**PROCEDURE** [1] - 5:20
**proceedings** [2] - 35:15, 35:21
**PROCEEDINGS** [3] - 1:13, 4:7, 7:1
**process** [3] - 13:14, 20:6, 31:20
**PROCESS**................
.........[1] - 5:18
**produce** [5] - 9:2, 14:16, 29:15, 33:12, 33:16
**produced** [12] - 15:10, 16:1, 16:9, 17:25, 18:9, 19:1, 19:10, 19:17, 24:1, 24:5, 31:10, 31:16
**PRODUCED** [1] - 4:8
**producing** [2] - 15:23, 28:13
**PRODUCTION** [4] - 2:7, 2:10, 5:6, 5:20
**production** [26] - 8:17, 9:4, 9:24, 10:3, 10:19, 11:21, 12:7, 12:12, 13:1, 13:4, 14:1, 14:4, 14:14, 15:14, 15:20, 18:11, 19:11, 25:17, 25:21, 26:22, 27:13, 27:14, 28:18, 28:19, 28:23, 28:24
**productions** [2] -

11:16, 27:8
**PRODUCTS** [1] - 2:11
**progress** [2] - 8:1, 8:16
**projecting** [1] - 16:18
**proof** [1] - 14:17
**properties** [1] - 18:16
**property** [3] - 31:12, 31:15, 31:23
**property-related** [1] - 31:23
**proposal** [2] - 12:24, 30:17
**proposed** [2] - 8:3, 31:2
**protocol** [4] - 27:9, 27:15, 27:21, 27:22
**provided** [2] - 7:19, 25:11
**provision** [1] - 13:16
**PTO** [6] - 9:7, 11:2, 11:3, 13:17, 17:21, 18:2
**PUBLICLY** [1] - 5:7
**publicly** [2] - 9:19, 24:8
**pudding** [1] - 14:17
**pull** [2] - 18:19, 21:12
**pulled** [2] - 18:17, 30:16
**pulling** [5] - 22:21, 28:11, 28:15, 28:16
**put** [8] - 8:13, 9:24, 10:2, 10:17, 10:23, 12:4, 16:17, 33:18

## Q

**query** [1] - 21:14
**questions** [1] - 25:1
**quite** [1] - 32:1

## R

**raise** [3] - 25:16, 26:6, 33:7
**raised** [3] - 15:6, 31:9, 33:5
**ran** [1] - 25:20
**rather** [1] - 12:16
**RE** [1] - 1:4
**re** [3] - 13:15, 14:10
**re-collecting** [1] - 13:15
**re-finding** [1] - 14:10
**re-interviewing** [1] - 14:10
**reach** [1] - 17:12

**reached** [2] - 17:14, 29:25
**read** [1] - 33:22
**reading** [1] - 28:25
**real** [1] - 26:12
**really** [5] - 15:19, 20:22, 21:15, 21:22, 26:18
**Realtime** [2] - 35:18, 35:23
**REALTIME** [1] - 4:3
**reason** [3] - 12:11, 25:16, 26:21
**reasonable** [2] - 27:12, 27:21
**receive** [1] - 27:24, 32:22
**received** [5] - 14:4, 19:6, 20:11, 26:15, 30:2
**recent** [1] - 33:1
**reconsider** [1] - 30:19
**record** [2] - 28:1, 35:21
**RECORDED** [1] - 4:7
**records** [1] - 17:13
**redacted** [1] - 18:2
**reference** [1] - 9:8
**referred** [1] - 16:14
**regard** [2] - 19:15, 28:19
**regarding** [1] - 33:12
**regards** [1] - 25:3
**REGISTERED** [1] - 4:4
**Registered** [1] - 35:18
**registered** [1] - 35:18
**relate** [1] - 31:17
**RELATED** [1] - 5:24
**related** [6] - 17:17, 30:10, 31:3, 31:15, 31:20, 31:23
**RELATES** [1] - 1:8
**relationship** [1] - 14:9
**relationships** [2] - 11:23, 12:2
**RELATIONSHIPS**......
.........................[1] - 5:14
**relative** [1] - 30:9
**RELATIVE** [1] - 5:23
**relatively** [1] - 18:22
**relevance** [2] - 31:11, 31:13
**relevant** [5] - 21:1, 21:4, 26:10, 27:4, 33:24
**remain** [2] - 16:3, 27:20
**reminded** [1] - 27:2

**RENAISSANCE** [1] - 3:5
**report** [3] - 17:5, 24:22, 30:5
**Reporter** [7] - 35:18, 35:19, 35:19, 35:23, 35:24, 35:24
**REPORTER** [5] - 4:3, 4:3, 4:4, 8:4, 19:24
**reporter** [1] - 8:8
**REPORTER'S** [1] - 35:17
**reports** [2] - 18:8, 18:12
**repository** [2] - 22:16, 25:13
**reproduce** [3] - 9:2, 14:2, 26:14
**reproduced** [1] - 19:11
**reproducing** [1] - 29:5
**reproduction** [2] - 15:2, 15:21
**request** [1] - 27:21
**requested** [1] - 10:16
**required** [2] - 11:3, 13:17
**requirement** [2] - 27:3, 33:11
**reserve** [1] - 13:1
**resolve** [1] - 8:24
**resolved** [1] - 11:17
**Resources** [2] - 18:15, 22:14
**respect** [6] - 13:14, 14:22, 15:20, 25:6, 25:11, 31:3
**respond** [2] - 27:25, 31:24
**response** [6] - 14:21, 23:25, 31:2, 32:13, 33:2, 33:3
**responses** [1] - 26:11
**responsive** [5] - 21:5, 21:12, 29:16, 32:3, 34:5
**RESPONSIVE** [1] - 6:2
**rest** [1] - 18:4
**results** [1] - 25:22
**resurrect** [1] - 30:14
**retention** [6] - 12:10, 20:5, 20:9, 22:5, 26:23, 26:25
**RETENTION** [2] - 5:16, 5:18
**rethink** [1] - 30:23
**retrieval** [1] - 22:15
**revenue** [7] - 19:1, 19:2, 19:4, 32:9, 33:13, 33:17, 33:24

**REVENUE** [1] - 5:25
**Revenue** [3] - 19:6, 23:12, 23:15
**revenues** [1] - 33:12
**review** [1] - 30:4
**reviewed** [2] - 7:14, 19:8
**reviewing** [1] - 7:23
**RHON** [1] - 1:22
**RICK** [1] - 3:24
**rid** [1] - 9:6
**RIG** [1] - 1:4
**ripe** [1] - 29:24
**Risk** [1] - 23:13
**RMR** [2] - 4:3, 35:23
**rolling** [2] - 8:18, 10:19
**ROOM** [1] - 4:4
**room** [1] - 8:8
**roughly** [1] - 19:1
**Rule** [2] - 15:15, 26:3
**rule** [1] - 21:24
**run** [2] - 20:21, 21:14
**running** [1] - 28:14

## S

**s/Cathy** [1] - 35:22
**SALLY** [1] - 1:14
**SANDRA** [1] - 3:23
**save** [2] - 22:6, 24:12, 27:3
**saved** [1] - 22:8
**SAYING** [1] - 6:1
**scan** [2] - 18:8, 18:20
**scanned** [4] - 18:17, 19:1, 19:13, 19:17
**schedule** [2] - 26:20, 35:11
**SCOPE** [2] - 5:15, 5:17
**scope** [3] - 12:10, 17:8, 17:15
**search** [15] - 15:13, 20:16, 20:22, 21:14, 22:10, 22:18, 27:9, 27:12, 27:15, 27:21, 27:22, 28:7, 28:14, 29:7, 29:8
**searchable** [2] - 14:25, 22:3
**searched** [5] - 20:16, 20:19, 20:25, 21:4, 24:4
**searching** [2] - 23:19, 23:25
**second** [3] - 14:11, 17:24, 23:13
**see** [12] - 11:19, 13:4,

13:11, 19:4, 19:18, 21:19, 26:21, 27:19, 28:21, 28:22, 29:22, 35:8
**SEE** [1] - 5:20
**seeing** [5] - 14:18, 18:20, 26:3, 29:23, 32:15
**seek** [1] - 33:4
**seem** [2] - 25:23, 27:14
**send** [3] - 11:24, 12:1, 16:13
**sending** [3] - 9:22, 11:14, 28:17
**sent** [9] - 9:8, 11:10, 11:24, 14:6, 26:23, 26:25, 31:2, 34:9, 34:23
**Sentell** [3] - 25:19, 25:25, 27:17
**separate** [1] - 20:22
**series** [1] - 8:16
**Serve** [1] - 35:3
**served** [1] - 35:2
**server** [2] - 23:11, 24:11
**SERVICES** [1] - 3:3
**Services** [1] - 23:10
**set** [1] - 23:12
**several** [1] - 30:15
**shape** [1] - 19:15
**share** [1] - 22:17
**shared** [4] - 22:20, 22:23, 23:19, 28:11
**SHAW** [1] - 3:17
**show** [4] - 14:18, 28:18, 33:15, 33:19
**shows** [1] - 9:9
**SHUSHAN** [1] - 1:14
**side** [1] - 31:10
**similarly** [1] - 17:24
**simple** [3] - 30:23, 32:4, 32:6
**simply** [7] - 11:12, 12:17, 14:14, 20:21, 21:14, 28:9, 30:3
**SINCLAIR** [1] - 1:19
**single** [5] - 14:2, 21:16, 33:16, 33:17, 33:23
**site** [1] - 24:8
**six** [1] - 18:13
**small** [1] - 18:22
**Software** [1] - 23:13
**solid** [1] - 16:5
**SOME** [1] - 5:19
**someone** [1] - 34:17
**somewhere** [1] - 21:19

**soon** [4] - 9:15, 9:23, 10:18, 12:7
**sorry** [1] - 23:7
**sort** [6] - 11:17, 14:12, 18:5, 19:21, 20:18, 26:7
**sound** [1] - 28:1
**sounds** [4] - 16:5, 29:20, 32:6, 35:13
**SPEAKER** [1] - 7:11
**speaking** [1] - 8:4
**speaks** [1] - 8:9
**special** [1] - 14:7
**specific** [1] - 8:3
**specifically** [1] - 32:18
**spell** [1] - 19:24
**spend** [2] - 29:4, 29:7
**spent** [2] - 8:22, 14:11
**SPILL** [1] - 1:4
**spot** [1] - 29:17
**staff** [3] - 8:23, 10:15, 16:19
**start** [11] - 8:17, 9:4, 9:14, 12:7, 13:9, 13:14, 13:20, 13:25, 14:17, 16:21, 26:22
**started** [2] - 17:14, 24:6
**starts** [2] - 10:19, 14:1
**STATE** [2] - 1:18, 5:25
**State** [12] - 8:5, 11:8, 13:8, 17:9, 18:16, 23:4, 33:12, 33:13, 33:17, 33:24, 34:23, 35:19
**state** [1] - 32:9
**State's** [2] - 24:13, 24:20
**State-owned** [1] - 18:16
**STATEMENT** [1] - 6:1
**statement** [1] - 34:4
**STATES** [2] - 1:1, 1:14
**States** [2] - 35:19, 35:25
**STATUS** [1] - 1:13
**status** [1] - 7:16
**STENOGRAPHY** [1] - 4:7
**step** [3] - 13:3, 14:22, 31:5
**still** [7] - 7:23, 8:2, 13:5, 16:3, 22:7, 29:24, 31:16
**stipulation** [3] - 7:14, 7:20, 8:12
**STIPULATION...........**
**...................** [1] - 5:5
**stop** [1] - 12:19
**storage** [1] - 22:14

**store** [2] - 23:16, 24:14
**stored** [6] - 21:21, 22:16, 22:23, 24:1, 24:12, 24:21
**stores** [1] - 23:2
**STRATTON** [1] - 3:24
**stream** [2] - 33:17, 33:23
**streams** [1] - 33:13
**STREET** [5] - 2:4, 2:23, 3:6, 3:14, 4:4
**stuck** [1] - 12:13
**subject** [1] - 18:5
**substantial** [1] - 26:3
**substantially** [2] - 27:18, 28:6
**substitute** [2] - 27:15, 27:21
**sufficiency** [4] - 15:6, 15:19, 16:3, 16:8
**sufficient** [1] - 28:19
**sufficiently** [1] - 18:3
**suggesting** [1] - 31:4
**SUITE** [4] - 2:4, 3:6, 3:9, 3:19
**summarized** [1] - 16:6
**summary** [2] - 12:20, 19:23
**summer** [3] - 23:3, 32:25
**surprised** [1] - 33:8
**suspect** [1] - 25:25
**suspended** [1] - 8:16
**SWORN** [1] - 6:1
**sworn** [1] - 34:3
**system** [7] - 22:15, 23:1, 23:6, 23:8, 23:13, 24:14, 24:21
**systemic** [1] - 12:12

## T

**table** [1] - 32:14
**tapes** [1] - 23:2
**task** [1] - 26:1
**TAX** [1] - 5:25
**tax** [2] - 32:9, 32:14
**technical** [2] - 8:23, 16:19
**TELEPHONE** [1] - 7:3
**term** [4] - 21:14, 27:9, 27:15, 27:22
**terms** [6] - 20:17, 20:22, 28:7, 28:14, 29:7, 29:8
**text** [6] - 11:8, 11:10, 11:12, 11:13, 14:25
**TEXT** [1] - 5:12

**THAT** [2] - 5:20, 6:1
**THE** [43] - 1:4, 1:5, 1:14, 5:17, 5:23, 5:24, 5:25, 6:1, 6:2, 7:6, 7:9, 7:12, 7:25, 8:4, 8:7, 8:15, 12:19, 13:7, 13:23, 16:4, 16:12, 16:25, 19:22, 19:24, 20:2, 20:4, 24:25, 27:5, 28:20, 29:10, 29:13, 29:22, 30:6, 30:8, 30:22, 32:6, 32:20, 33:22, 34:8, 34:14, 34:25, 35:5
**THERE** [1] - 5:12
**therefore** [1] - 11:17
**third** [1] - 21:18
**THIS** [1] - 1:8
**thoughts** [1] - 25:3
**three** [3] - 20:22, 22:22, 26:11
**throughout** [1] - 21:3
**THURSDAY** [2] - 1:7, 7:2
**timing** [1] - 21:18
**TO** [7] - 1:8, 5:20, 5:23, 6:2, 6:4, 8:12
**today** [4] - 11:25, 16:20, 16:24, 30:5
**together** [5] - 8:22, 12:4, 32:19, 33:21, 35:10
**tomorrow** [5] - 18:20, 32:16, 33:15, 33:19, 35:7
**TOMORROW..** [1] - 6:4
**took** [1] - 29:19
**top** [2] - 9:2, 29:7
**topics** [1] - 34:5
**TOPICS....................**
**.....** [1] - 6:3
**total** [3] - 18:13, 18:14, 18:25
**touch** [1] - 7:24
**tourism** [2] - 19:12, 31:22
**Tourism** [12] - 19:13, 19:15, 24:10, 24:16, 25:12, 25:13, 25:19, 25:20, 25:24, 31:11, 31:14
**TOWER** [1] - 3:5
**tracks** [1] - 8:13
**traffic** [1] - 24:8
**transcript** [1] - 35:20
**TRANSCRIPT** [1] - 4:7
**TRANSOCEAN** [4] - 2:19, 2:20, 2:21, 5:5

**Transocean** [4] - 7:13, 7:17, 7:19, 7:23
**transportation** [2] - 19:5, 24:6
**tried** [1] - 30:14
**true** [1] - 35:20
**try** [2] - 8:23, 20:8
**trying** [1] - 14:8
**Tuesday** [1] - 33:3
**two** [5] - 12:9, 12:17, 28:1, 32:15, 32:24
**TX** [3] - 3:6, 3:10, 3:20
**type** [5] - 12:2, 31:14, 31:22, 32:25, 33:17

## U

**unclear** [4] - 13:13, 25:5, 26:7, 33:6
**under** [4] - 13:17, 26:17, 29:3, 31:12
**underlying** [1] - 31:10
**undertaken** [1] - 22:12
**undertaking** [2] - 13:8, 16:6
**United** [2] - 35:19, 35:25
**UNITED** [2] - 1:1, 1:14
**unless** [1] - 17:6
**up** [6] - 8:25, 17:3, 17:19, 27:6, 29:23, 34:3
**update** [3] - 7:13, 8:18, 8:20
**UPDATE....................**
**..** [1] - 5:6
**upfront** [1] - 17:12
**upgraded** [1] - 24:7
**user's** [2] - 22:5, 22:17
**users** [1] - 22:6

## V

**VA** [1] - 2:4
**various** [1] - 18:7
**version** [1] - 7:20
**versus** [1] - 10:6
**VIA** [1] - 7:3
**view** [1] - 29:14
**VIRGINIA** [1] - 2:4
**VOICES** [2] - 7:7, 35:14
**volume** [5] - 15:10, 15:25, 26:4, 27:18, 27:23

## W

**waiting** [3] - 8:12, 27:19, 34:24
**WALKER** [1] - 2:3
**WALTERS** [1] - 3:23
**wants** [3] - 7:13, 12:15, 33:7
**WASHINGTON** [2] - 2:17, 3:15
**ways** [1] - 31:5
**web** [1] - 24:8
**week** [11] - 7:9, 7:10, 7:19, 7:22, 7:24, 8:15, 8:22, 20:7, 34:11, 34:17, 35:12
**weeks** [2] - 30:15, 30:17
**welcome** [1] - 20:3
**WHEREUPON** [1] - 35:15
**WHETHER** [1] - 5:19
**wide** [1] - 24:11
**Windows** [1] - 23:23
**WINFIELD** [1] - 1:19
**WINTHROP** [1] - 3:17
**withheld** [5] - 11:5, 31:14, 31:16, 31:21, 32:2
**withholding** [1] - 31:22
**WITHIN** [1] - 5:12
**witness** [2] - 15:13, 16:1
**witnesses** [7] - 13:15, 15:14, 15:16, 18:23, 26:1, 26:3, 27:17
**witnesses'** [1] - 15:17
**word** [2] - 34:22, 34:25
**worries** [1] - 16:25

## Y

**year** [3] - 18:8, 20:9, 23:2
**years** [3] - 19:1, 23:16, 33:18
**yesterday** [5] - 9:9, 14:6, 30:3, 30:13, 30:18
**York** [1] - 34:6
**YORK** [3] - 3:9, 34:6, 34:9
**YOU** [1] - 5:19
**YOUNGBLOOD** [1] - 3:22
**yourself** [1] - 8:9