```
12:55PM                        UNITED STATES DISTRICT COURT

                              EASTERN DISTRICT OF LOUISIANA


              ****************************************************************


              IN RE:  OIL SPILL BY THE
              OIL RIG DEEPWATER HORIZON
              IN THE GULF OF MEXICO ON
              APRIL 20, 2010

                                          CIVIL ACTION NO. 10-MD-2179 "J"
                                          NEW ORLEANS, LOUISIANA
12:55PM                                   THURSDAY, OCTOBER 30, 2014, 1:00 P.M.

              THIS DOCUMENT RELATES TO:

              #10-4536


              ****************************************************************



                 TRANSCRIPT OF PENALTY PHASE TELEPHONE STATUS CONFERENCE
                       HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                             UNITED STATES MAGISTRATE JUDGE


              APPEARANCES:


              FOR THE UNITED STATES
              OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
                                         SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
                                         ENVIRONMENT & NATURAL RESOURCES DIVISION
                                         BY:  SARAH D. HIMMELHOCH, ESQUIRE
                                              STEVEN O'ROURKE, ESQUIRE
                                              BRANDON ROBERS, ESQUIRE
                                         POST OFFICE BOX 7611
                                         WASHINGTON, DC  20044
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR BP EXPLORATION AND
     PRODUCTION, INC.,
 4   BP AMERICA PRODUCTION
     COMPANY, BP P.L.C.
 5   NORTH AMERICA INC.:     KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
 6                                HARIKLIA KARIS, ESQUIRE
                                  PETER BARTOSZEK, ESQUIRE
 7                           300 N. LASALLE
                             CHICAGO, IL  60654
 8

 9
     FOR ANADARKO
10   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY
11   LP:                     BINGHAM MCCUTCHEN
                             BY:  KY E. KIRBY, ESQUIRE
12                           2020 K STREET, NW
                             WASHINGTON, DC  20006
13

14
     OFFICIAL COURT REPORTER: CATHY PEPPER, CRR, RMR, CCR
15                            CERTIFIED REALTIME REPORTER
                              REGISTERED MERIT REPORTER
16                            500 POYDRAS STREET, ROOM HB406
                              NEW ORLEANS, LA  70130
17                            (504) 589-7779
                              Cathy_Pepper@laed.uscourts.gov
18
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
19   PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

**I N D E X**

| AGENDA ITEMS | PAGE |

PETER'S E-MAIL OF YESTERDAY RELATIVE TO CONFIDENTIAL INFORMATION AND WHETHER WE'RE GOING TO DO THAT UP FRONT OR WHETHER WE'RE GOING TO DO IT ONLY TO THOSE DOCUMENTS THAT THE PARTIES INTEND TACTUALLY USE AT TRIAL............................................... 4

EXPERT DEPOSITIONS................................... 13

STANLEY GOLDBERG OF COURTROOM CONNECT IS INQUIRING AS TO SETTING UP AND WHETHER THE PARTIES NEED ANYTHING ADDITIONAL TO WHAT WE DID IN THE PRIOR TWO PHASES.  IF YOU ALL NEED SOMETHING DIFFERENT, WOULD YOU ALL RESPOND TO HIM DIRECT WITH A CC TO STEVE MUNSTER OVER IN OUR IT DEPARTMENT.............. 13

ROOM ASSIGNMENTS..................................... 13

DEPOSITION BUNDLES DEADLINE IS COMING UP, AND THE PARTIES HAVE NOT YET OFFICIALLY ENGAGED INDATA....... 14

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, OCTOBER 30, 2014

(IN CHAMBERS VIA TELEPHONE)

THE COURT: Good afternoon, everybody. How is it going?

MS. HIMMELHOCH: Good, Your Honor. How about you?

THE COURT: Okey-dokey. Good afternoon. Okay. So let's get ourselves rolling. I'm hoping this will be short and sweet.

We wanted to cover Peter's e-mail of yesterday, I believe, relative to confidential information and whether we're going to do that up front or whether we're going to do it only to those documents that the parties intend to use, actually use at trial. Sarah, do you want to comment on his letter?

MS. HIMMELHOCH: I think the beep that we heard was Brandon joining us.

MR. ROBERS: Yes, Your Honor, this is Brandon Robers for the United States.

THE COURT: Yes, Brandon, how are you?

MR. ROBERS: Very good, Your Honor.

THE COURT: Did you hear my intro, which is do you have any comments on Peter's letter from yesterday relative to

01:00PM 1   redaction of personal information only of those documents that
01:00PM 2   the parties know that they are going to use at trial?
01:00PM 3           MR. ROBERS:  Well, Your Honor, I think that our view is
01:00PM 4   that the universe of documents that could potentially be used
01:00PM 5   at trial has been defined for some time now.  We're all aware
01:00PM 6   of what these documents are and have had over a month to
01:00PM 7   perform these redactions.
01:00PM 8                   In fact, the United States did theirs by
01:00PM 9   October 3rd.  It literally took us several days to do it.  So
01:01PM 10  we don't think it's particularly onerous to ask BP to be finish
01:01PM 11  this portion of the redaction work as set out in the order so
01:01PM 12  that we don't run into these types of last-minute redactions at
01:01PM 13  night after trial in January.  We think it's more efficient to
01:01PM 14  get this work done now.
01:01PM 15          THE COURT:  Okay.
01:01PM 16          MR. BARTOSZEK:  Your Honor, this is Peter.  If I could
01:01PM 17  have a moment to respond, if that's alright with you?
01:01PM 18          THE COURT:  Sure.
01:01PM 19          MR. BARTOSZEK:  So our position, and just to be clear,
01:01PM 20  this is personal information redaction.  This isn't Coke
01:01PM 21  formula confidential.  This is just things like people's
01:01PM 22  cell phone numbers, people's Social Security numbers.
01:01PM 23                  Our position is that this information exists in
01:01PM 24  these exhibits, there is no doubt about that, but as we all
01:01PM 25  know, the parties list a multiple of how -- of the number of

01:01PM 1   exhibits that they actually end up using at trial, and the
01:01PM 2   universe that shrinks dramatically.
01:01PM 3              These aren't redactions that need a lot
01:02PM 4   of identification or work.  It's just a matter of going through
01:02PM 5   and understanding that, okay, yes, this should be redacted,
01:02PM 6   this should be redacted.  It just takes time and when volume of
01:02PM 7   exhibits is as large as it is before trial, it takes a lot of
01:02PM 8   time.
01:02PM 9              Our position is that we should do what was done
01:02PM 10  in the prior phases, which is when we know that certain
01:02PM 11  exhibits are going to be admitted, which in prior phases was
01:02PM 12  either because they were in a submitted bundle or because they
01:02PM 13  were used at trial, that's when the redaction, it makes sense
01:02PM 14  to perform those redactions.
01:02PM 15             So we did many redactions to the bundles.  We
01:02PM 16  did complete those in advance of trial in Phases One and Two
01:02PM 17  working with the parties, and then during trial all the
01:02PM 18  parties, especially the United States, I think, had additional
01:02PM 19  confidentiality redactions, which is fine.  The personal
01:02PM 20  information, there is no reason for it to go on the record.
01:02PM 21             I think that there was a limited range of those
01:03PM 22  kinds of redactions happening at trial.  It worked fine in the
01:03PM 23  prior two phases.  We think it makes sense to do that again.
01:03PM 24        THE COURT:  Okay.  Do we know what the universe is,
01:03PM 25  guys?  I'm kind of operating in the dark relative to how big a

```
01:03PM  1   task this would be.  Anything like that?
01:03PM  2           MR. BARTOSZEK:  Brandon, you and I discussed, I think
01:03PM  3   the total number of exhibits is around 10,000.  And each party
01:03PM  4   is essentially -- my understanding is each party is sort of
01:03PM  5   redacting their own exhibits; so, if you split it up roughly,
01:03PM  6   it's probably a certain percentage BP, a certain percentage US,
01:03PM  7   a certain percentage Anadarko.
01:03PM  8                   These are -- these kind of redactions in the
01:03PM  9   past, I think, any -- parties have made them to all the
01:03PM 10   different parties' exhibits because there is really no -- there
01:04PM 11   is no questions about, oh, should we redact this, should we
01:04PM 12   redact that.  The data, the information that's being redacted,
01:04PM 13   nobody usually has any issues with that information being
01:04PM 14   redacted.
01:04PM 15                   So in the past, I believe -- I have to check my
01:04PM 16   memory on this, but I believe BP did the redactions for all of
01:04PM 17   the bundle exhibits, and I don't know if we're planning to do
01:04PM 18   that again or how we'll split that up, but it's something that
01:04PM 19   can be split up between the parties, really, without regard for
01:04PM 20   who produced the document just because they are very benign
01:04PM 21   redactions.
01:04PM 22           MR. ROBERS:  Your Honor, respectfully, the
01:04PM 23   United States has already completed its redaction of all of its
01:04PM 24   documents.
01:04PM 25           THE COURT:  All right.  Well, look, guys, it seems to
```

| | | |
|---|---|---|
| 01:04PM | 1 | me that this is not a big deal.  Here is what I would like to |
| 01:04PM | 2 | do.  We've got a deadline for completion of the deposition |
| 01:04PM | 3 | bundles and presumably redaction of all exhibits that contain |
| 01:05PM | 4 | personal information, right?  So any of the deposition bundles, |
| 01:05PM | 5 | those exhibits will be redacted at the time that the bundles |
| 01:05PM | 6 | are completed.  Does that make sense to everybody? |
| 01:05PM | 7 |           MS. HIMMELHOCH:  Yes, Your Honor. |
| 01:05PM | 8 |           MR. BARTOSZEK:  Yes. |
| 01:05PM | 9 |           THE COURT:  Then with regard to exhibit lists, we've |
| 01:05PM | 10 | got a deadline -- I'm looking to see when it is. |
| 01:05PM | 11 |           MS. HIMMELHOCH:  Tomorrow. |
| 01:05PM | 12 |           THE COURT:  The final exhibit list?  No. |
| 01:05PM | 13 |           MS. HIMMELHOCH:  No, the second trial exhibit list is |
| 01:05PM | 14 | in December. |
| 01:05PM | 15 |           THE COURT:  Yes, December 12th.  I'm looking at it. |
| 01:05PM | 16 | Peter, I would like BP to have redacted all documents that are |
| 01:05PM | 17 | on your final exhibit list at the time you exchange those final |
| 01:05PM | 18 | exhibit lists.  That should do it for everybody. |
| 01:05PM | 19 |           MR. BARTOSZEK:  Okay.  We can do that, Your Honor. |
| 01:05PM | 20 |           THE COURT:  Okay. |
| 01:05PM | 21 |           MS. HIMMELHOCH:  Your Honor, just so it's clear, we |
| 01:05PM | 22 | have been operating under the understanding that we are |
| 01:06PM | 23 | redacting documents that each party produced regardless of |
| 01:06PM | 24 | whose exhibit list it appeared on.  So for instance -- and we |
| 01:06PM | 25 | did that because the United States has a statutory obligation |

```
01:06PM  1   to redact that information before it's even used in open court.
01:06PM  2                So the idea was that those documents produced
01:06PM  3   by the US, US will redact for confidentiality.  Documents that
01:06PM  4   BP produced, BP will redact for confidentiality, etcetera,
01:06PM  5   etcetera.  I just wanted to be clear that we weren't deviating
01:06PM  6   from that for this second-round exhibit list.
01:06PM  7           THE COURT:  Okay.  Peter, do you agree that by the 12th
01:06PM  8   of December, you will redact any documents produced by BP that
01:06PM  9   are -- well, we won't have final exhibit lists, will we?
01:06PM 10           MS. HIMMELHOCH:  Right.  Which is why I think it has to
01:07PM 11   be a little bit after December 12th --
01:07PM 12           THE COURT:  Yeah.  Right.
01:07PM 13           MS. HIMMELHOCH:  -- [Speaking simultaneously] had BP
01:07PM 14   produced documents.
01:07PM 15           THE COURT:  Right.  So why don't we do this:  Peter,
01:07PM 16   how long after you see everybody else's exhibit list do you
01:07PM 17   need to then go back in and redact those documents that are on
01:07PM 18   others but not your list?  Others.  How about the
01:07PM 19   United States' list and not yours?
01:07PM 20           MR. BARTOSZEK:  So, Your Honor, I think we'll able to
01:07PM 21   go through the current, much larger iteration of exhibits
01:07PM 22   obviously by that point.  Assuming that the next one is
01:07PM 23   smaller, I would have to go back and check with our team, but I
01:07PM 24   think we should probably be able to finish it fairly quickly,
01:07PM 25   possibly around the time frame when we would be exchanging
```

| | | |
|---|---|---|
| 01:07PM | 1 | stamped copies of those exhibits anyway. |
| 01:07PM | 2 | THE COURT: Yes. |
| 01:07PM | 3 | MR. BARTOSZEK: So I think it should be fairly close. |
| 01:07PM | 4 | And I think one point I did want to make, I |
| 01:08PM | 5 | think, Brandon and Sarah, if you don't mind, we can touch base |
| 01:08PM | 6 | to make sure that we're following a similar protocol for |
| 01:08PM | 7 | redaction that you guys are in terms of what's being redacted. |
| 01:08PM | 8 | And, you know, obviously if you guys decide you want to modify |
| 01:08PM | 9 | that or redact additional exhibits, we can all take advantage |
| 01:08PM | 10 | of the slightly longer time frame here.  That's alright by me. |
| 01:08PM | 11 | THE COURT: I think that's fine.  Okay.  Why don't we |
| 01:08PM | 12 | do this:  When you, Peter, put your final exhibit list out |
| 01:08PM | 13 | there, any documents that need to be redacted that you have on |
| 01:08PM | 14 | your list will be done by December 12th, and then any |
| 01:08PM | 15 | redactions that need to be done from the US exhibit list can be |
| 01:08PM | 16 | done by the time you all exchange the final exhibits. |
| 01:08PM | 17 | MS. HIMMELHOCH: We'll make the same commitment, |
| 01:08PM | 18 | Your Honor, that for US documents on BP's new list, we'll get |
| 01:09PM | 19 | those back by TREX stamping date, and we will have redacted |
| 01:09PM | 20 | anything new on our list as our documents before we exchange |
| 01:09PM | 21 | the new exhibit list. |
| 01:09PM | 22 | THE COURT: Good. Perfect. Perfect. |
| 01:09PM | 23 | Okay.  So -- |
| 01:09PM | 24 | MS. KARIS: Your Honor. |
| 01:09PM | 25 | THE COURT: Is that somebody else trying to pop in? |

01:09PM   1                MS. KARIS:  I'm sorry, Your Honor, yes.  This is
01:09PM   2    Carrie Karis.  Just one comment on this.
01:09PM   3                We hear the Court's instruction and, of course,
01:09PM   4    we will do exactly as instructed, but one caveat I wanted to
01:09PM   5    raise, or at least the one reservation, if you will, given that
01:09PM   6    we're talking about people's personal information such as
01:09PM   7    possibly Social Security numbers or phone numbers, recognizing
01:09PM   8    this is a public trial, to the extent that something
01:09PM   9    accidentally slips through, that is, we don't redact that, we
01:09PM  10    want to make sure that we at least have an opportunity, at the
01:09PM  11    time that exhibit is put up or offered, to ask the Court to
01:10PM  12    redact that information at that later time.
01:10PM  13                In other words, if something slips through, we
01:10PM  14    don't want somebody to say, you waived the right to redact
01:10PM  15    their Social Security number.
01:10PM  16            MS. HIMMELHOCH:  We would never do that, Your Honor.
01:10PM  17            THE COURT:  No, and that's reserved to both sides; so,
01:10PM  18    that's no problem.
01:10PM  19            MS. HIMMELHOCH:  Your Honor, this actually raises one
01:10PM  20    issue that came up in the Phase Two trial that bears on
01:10PM  21    Carrie's point that this is a public trial and there is
01:10PM  22    personal information.
01:10PM  23                We had actually completed our redactions before
01:10PM  24    trial on a number of exhibits, and for one reason or another,
01:10PM  25    BP used in open court the unredacted version of the e-mails,

01:10PM 1    particularly e-mails involving people's personal home e-mail
01:10PM 2    addresses and phone numbers.  So we would like it to be clear
01:10PM 3    that all of us are obligated in this trial, since we're
01:10PM 4    finishing the redactions beforehand, subject to catching
01:10PM 5    mistakes that we might all make, that we are going to use the
01:11PM 6    redacted versions in open court as well as when we're posting
01:11PM 7    them on the web site.
01:11PM 8              THE COURT:  I think that's right.  You're going to
01:11PM 9    redact and exchange TREX redacted exhibits, so that should take
01:11PM 10   care of that, shouldn't it?
01:11PM 11             MS. HIMMELHOCH:  Yes, Your Honor.
01:11PM 12             MS. KARIS:  It should, Your Honor.  I will say, to the
01:11PM 13   extent somebody accidentally used a document with someone's
01:11PM 14   home e-mail, rest assured there was never any intention to do
01:11PM 15   that.
01:11PM 16             I know there were some issues with e-mails.
01:11PM 17   Some people -- some government folks didn't use their names, if
01:11PM 18   you will.  They had discrete e-mails, which makes sense, but we
01:11PM 19   will do our best to make sure to use the redacted versions and,
01:11PM 20   to the extent we spot a document that we want to use that have
01:11PM 21   personal confidential information from a US witness, to try and
01:11PM 22   identify that in advance and request the same courtesy from the
01:11PM 23   US, and I'm sure we can all work through this.
01:11PM 24             THE COURT:  Yeah, I'm sure.  Okay.  No problem.
01:12PM 25             May I assume, since we have not heard from you,

```
01:12PM  1    that all is going well with regard to expert depositions?
01:12PM  2              MS. HIMMELHOCH:  Yes, Your Honor.
01:12PM  3              THE COURT:  Oh, good.
01:12PM  4              MS. KARIS:  Yes, again, Carrie.  I agree with Sarah
01:12PM  5    that all is going well.  We have had a couple of issues
01:12PM  6    percolating with respect to possibly needing to involve the
01:12PM  7    court regarding additional documents that we are asking to be
01:12PM  8    produced on the experts.  We hope to work those out and not
01:12PM  9    need to further involve the Court, but I at least wanted to
01:12PM 10    raise, since we're finishing depositions on Monday, that there
01:12PM 11    may be some document issues coming out of these depositions.
01:12PM 12              THE COURT:  All right.  Thank you for the heads-up.
01:12PM 13                   I heard today from Stanley Goldberg of
01:12PM 14    Courtroom Connect, and he is inquiring as to setting up and
01:13PM 15    whether the parties need anything additional to what we did in
01:13PM 16    the prior two phases.  So I'm inquiring on that.  You don't
01:13PM 17    have to respond now, but if, indeed, you all need something
01:13PM 18    different, would you all respond to him direct with a cc to
01:13PM 19    Steve Munster over in our IT department.  I think you all
01:13PM 20    probably have both of those e-mail addresses, but if you don't,
01:13PM 21    just send Marie of my office an e-mail and she'll get those to
01:13PM 22    you.
01:13PM 23              MS. HIMMELHOCH:  Will do, Your Honor.
01:13PM 24              THE COURT:  Okay.  Have I given you all your room
01:13PM 25    assignments?
```

01:13PM  1           MS. HIMMELHOCH:  I think you told us we had the same
01:13PM  2   one we had before.
01:13PM  3           THE COURT:  I can't promise that.
01:14PM  4           MS. HIMMELHOCH:  I'm inverting it.  BP has what it had
01:14PM  5   before but we're not sure where we may go.
01:14PM  6           THE COURT:  That's right.  I may put you in the attic,
01:14PM  7   but I'll have Marie send that out to you so you do know where
01:14PM  8   you're going.  And, yes, BP has the same space that they had
01:14PM  9   last time.
01:14PM 10                Okay.  Anything else we need to cover?
01:14PM 11           MR. ROBERS:  Your Honor, this is Brandon Robers.  There
01:14PM 12   is one more issue.  Deposition bundles are -- the deadline is
01:14PM 13   coming up, and the parties have not yet officially engaged
01:14PM 14   inData.  In order to do so we need to come to some sort of
01:14PM 15   agreement on cost sharing.
01:14PM 16                The United States would also appreciate it if
01:14PM 17   the Court would enter an order on cost sharing.  So far the
01:14PM 18   parties have been unable to reach agreement on that issue, and
01:14PM 19   so we would like to submit it to you for decision.
01:14PM 20                The United States would propose that the costs
01:14PM 21   of the deposition bundling work be split as 25 percent for
01:15PM 22   Anadarko with the remainder to be split by BP and the
01:15PM 23   United States, and then an equal one-third split for any
01:15PM 24   nonbundling work between the three parties.
01:15PM 25           MR. LANGAN:  Your Honor, it's Andy Langan.  Brandon is

right, we weren't able to work this out.  We don't agree with this proposal.  The Court has been very clear there are two sides to this case, the plaintiffs and the defendants.  The deposition transcripts themselves by agreement were split 50:50.

This should be split 50:50 between the two sides, and unless the United States is going to go down the road of saying that time is going to be split in the way that Brandon has just proposed, we totally reject the idea that this is going to be treated differently than time or the court reporter costs for depositions.

It should be a 50:50 split, and Anadarko and BP will take our 50 percent share and work it out.  There is absolutely no basis to treat this any differently than the court reporter costs or the time at trial.  In fact, the US has been very clear that they get 50 percent of the time at trial and I don't, for the life of me, imagine why this would be any different.

THE COURT:  Okay.  Brian, do you want to comment?

MR. ROBERS:  Your Honor, our view is that the costs associated with inData are not caused equally by each side; that is, each party contributes to the incurment of cost for this contract.

In prior phases cost splitting was done on a per-side basis but there were a lot more parties, and it was a

much more complicated thing to work out. Here there are only three parties, and it's not difficult to divide these costs between the three of them in an equal manner. It's not a great deal of difficult math to do here.

Our view is that each party should pay its fair share on this, and --

MR. LANGAN: Let's do one-third time then: One-third US time, one-third BP time, and one-third Anadarko time, Your Honor, we'll do that -- and do the one-third cost of Anadarko right now. We will do that --

THE COURT: Is that a binding offer?

MR. LANGAN: It's a binding offer. I don't even have to talk to my client about that, Your Honor. If we want to go down the one-third, one-third, one-third we'll do it right now across the board and including time at trial.

THE COURT: Brandon, I understand your position, but I don't think that the designations by Anadarko are going to add significantly to the designations that BP is otherwise going to make, so I do think that a reasonable split of inData would be 50:50; so, that's how I'm going to chop that apple.

MR. ROBERS: Understood, Your Honor. Would you mind issuing an order to that effect?

THE COURT: Nope. I don't mind. Hold on.

MR. LANGAN: We have no problem with an order obviously, Your Honor. We understand that that expedites

```
01:17PM   1    things for Brandon and the Department, and that's perfectly
01:17PM   2    fine with us.
01:17PM   3              THE COURT:  Okay.  That's good.  All right.  We'll do
01:17PM   4    it.  We'll do it.
01:17PM   5              Anything else we need to cover?
01:18PM   6              MS. HIMMELHOCH:  Not for the US, Your Honor.
01:18PM   7              THE COURT:  All right.  Well, I appreciate it.
01:18PM   8    Everybody have a good rest of the day and a happy or scary
01:18PM   9    Halloween.
01:18PM  10              MS. HIMMELHOCH:  You, too, Your Honor.
01:18PM  11              VOICES:  Thank you, Your Honor.
01:18PM  12              THE COURT:  Thank you.
         13              (WHEREUPON, at 1:18 p.m. the proceedings were
         14    concluded.)
         15                            *   *   *
         16
                                 REPORTER'S CERTIFICATE
         17
                    I, Cathy Pepper, Certified Realtime Reporter, Registered
         18    Merit Reporter, Certified Court Reporter of the State of
               Louisiana, Official Court Reporter for the United States
         19    District Court, Eastern District of Louisiana, do hereby
               certify that the foregoing is a true and correct transcript to
         20    the best of my ability and understanding from the record of the
               proceedings in the above-entitled and numbered matter.
         21
         22                                  s/Cathy Pepper
                                             Cathy Pepper, CRR, RMR, CCR
         23                                  Certified Realtime Reporter
                                             Registered Merit Reporter
         24                                  Official Court Reporter
                                             United States District Court
         25                                  Cathy_Pepper@laed.uscourts.gov
```