UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

***************************************************************

IN RE: OIL SPILL BY THE OIL RIG *DEEPWATER HORIZON* IN THE GULF OF MEXICO ON APRIL 20, 2010

CIVIL ACTION NO. 10-MD-2179 "J"
NEW ORLEANS, LOUISIANA
FRIDAY, OCTOBER 31, 2014, 12:00 P.M.

09:23AM

THIS DOCUMENT RELATES TO:

13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 AND 13-2006

***************************************************************

TRANSCRIPT OF OPA TEST CASES STATUS CONFERENCE PROCEEDINGS
HEARD BEFORE THE HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFFS: WILLIAMS LAW GROUP
BY: CONRAD S. P. WILLIAMS, ESQUIRE
435 CORPORATE DRIVE, SUITE 101
HOUMA, LA 70360

LEWIS, KULLMAN, STERBCOW & ABRAMSON
BY: IAN TAYLOR, ESQUIRE
PAN AMERICAN LIFE BUILDING
601 POYDRAS STREET, SUITE 2615
NEW ORLEANS, LA 70130

APPEARANCES CONTINUED:

FOR BP AMERICA INC., BP AMERICA PRODUCTION COMPANY, BP COMPANY NORTH AMERICA INC., BP CORPORATION NORTH AMERICA INC., BP EXPLORATION & PRODUCTION INC., BP HOLDINGS NORTH AMERICA LIMITED, BP PRODUCTS NORTH AMERICA INC.:

KIRKLAND & ELLIS
BY: J. ANDREW LANGAN, ESQUIRE
MATTHEW T. REGAN, ESQUIRE
300 N. LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS
BY: CHRISTOPHER W. KEEGAN, ESQUIRE
555 CALIFORNIA STREET
SAN FRANCISCO, CA 94104

OFFICIAL COURT REPORTER:

CATHY PEPPER, CRR, RMR, CCR
CERTIFIED REALTIME REPORTER
REGISTERED MERIT REPORTER
500 POYDRAS STREET, ROOM HB406
NEW ORLEANS, LA 70130
(504) 589-7779
Cathy_Pepper@laed.uscourts.gov

# I N D E X

AGENDA ITEMS PAGE

AMENDED COMPLAINTS.................................... 4

DOCUMENT PRODUCTION ISSUES FOR EACH OF THE PLAINTIFFS........................................ 4

RULE 30(B)(6) TOPICS................................ 7

NOVEMBER AND EARLY DECEMBER DATES FOR DEPOSITIONS.... 8

INTERROGATORY RESPONSES............................. 9

NEXT DOCUMENT PRODUCTION BY THE UNITED STATES........ 10

CONTINUING TO COMMUNICATE BACK AND FORTH WITH EACH OTHER................................................ 11

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, OCTOBER 31, 2014

(IN CHAMBERS VIA TELEPHONE)

THE COURT: Hi, everybody. How are you doing?

SPEAKERS: Good morning, Judge. Fine.

SPEAKER: Doing well, Judge.

THE COURT: Good, good, good. All right. I saw that the amended complaints came in. Has BP had an opportunity to take a look at those?

MR. REGAN: I think we're still taking a look at them. I think one just came in a few minutes ago. So, Judge, I think by next Thursday, we'll have taken a look at them all, but right now, I don't think we've gotten through them all.

THE COURT REPORTER: Excuse me, who was speaking? State your name.

MR. REGAN: I'm sorry, that was Matt Regan on behalf of BP.

THE COURT: Matt, I apologize, I should prompt you, except I know who's speaking. So anyway....

Okay. So let's talk about how we stand on document production issues for each of the plaintiffs. Duke, is that going to be you?

MR. WILLIAMS: I'll give it a try, Your Honor. I was hoping to do more listening than talking today, though.

THE COURT: Look, here is the thing: Last week we had some complaints about a document production. I think it was -- was it Bisso that had not made any production?

MR. WILLIAMS: No, it was Blake.

THE COURT: Oh, it was Blake, right. But everybody else seemed to be producing. Have you made progress in the last week?

MR. WILLIAMS: Well, we did make the initial Blake production yesterday. It was, I think, approximately a thousand documents, and now that we're up and running, we'll be making subsequent productions for Blake.

THE COURT: Okay. Good. All right. The others are ongoing or how are you coming with them?

MR. WILLIAMS: Well, I mean, from where I sit, you know, we're doing the best we can. I think we're doing fine. I mean, we continue to get complaints about quality of production and metadata and parents and children and all this other stuff, and all I can do is rely on our IT guy to coordinate with our IT guy.

I'm told three or four times a day that they are in constant contact with each other, and all I can do is trust them to get these technical issues, whatever they are, to the extent they actually exist, resolved between themselves.

THE COURT: Okay. Matt, do you or Chris or Andy want to comment on how that coordination is going?

MR. KEEGAN: Judge, this is Chris Keegan. I'm happy to comment.

There is definitely a lot of contact back and forth, and there is definitely a lot of discussion between the IT guys; so, I agree with Duke on that.

I think a lot of the stuff that has happened in the past, some lessons learned, have been carried over, and future productions will hopefully have less of the technical problems.

One sort of thing of issue that we still have is some companies are producing additional documents; other companies say that they are going to produce additional documents. We just don't have a lot of clarity onto when we can expect those or when those may be coming through.

So, for example, Black Elk hasn't producing anything for a month and a half and only has a couple hundred documents produced to date.

THE COURT: Okay. So, Duke, that does seem to be something that you should try to get a handle on with each of these clients and find out what the status is, for example -- and let's just use it as an example -- let's finish up Black Elk. If they have further document production, let's get them done and give forecasts as to when you think each of these companies will be done so we can put them in order for scheduling depositions, etcetera.

MR. WILLIAMS: Yes, Your Honor. I'll do that.

THE COURT: Okay. All right. So how are you guys coming on talking about the Rule 30(b)(6) topics?

MR. WILLIAMS: Well, Your Honor, I've communicated with Chris directly this morning about that. We got BP, I think, before the last conference call our 30(b)(6) topics. I haven't gotten a formal response yet, but Chris and I agreed that we should talk about it next week. They are going to have issues or have indicated they are going to have issues with some of the topics listed. We haven't -- I mean, I haven't heard which ones yet, but we are going to talk about that next week.

We have not received, I mean, to the extent there are going to be 30(b)(6) depositions taken of the test case plaintiffs, we have not received any draft of -- drafts of those or a list of suggested topics yet.

THE COURT: Okay. Matt, do you have any turnaround prediction on when you all can get your 30(b)(6) topics out?

MR. REGAN: Yes. Well, let me turn this one back to Chris as well, Your Honor, and he can speak to both and then confirming what Duke said on the PSC topics, but he can also talk to you about where we are on ours.

MR. KEEGAN: Your Honor, on the PSC topics, absolutely we're going to get a semiformal written response to Duke today on the topics that they circulated last week, and we do have some time set up next week to meet and confer.

As far as our topics to -- on the plaintiffs' witnesses, I think we may have sent those awhile ago; if not, and then absolutely. We've got them done. I'll double check that we sent those to Duke or not. There is a lot of e-mails back and forth, so that may have been missed.

THE COURT: Okay. Let's not worry about whether it's been done, let's just go ahead and resend. Then, Duke, if you would, take a look at those and include those in your discussions to the extent that you can, and when you have your meet and confer with Chris this week, that will speed that up.

MR. WILLIAMS: I would be happy to, Your Honor. Chris, if you did send it and I missed it, I apologize.

MR. KEEGAN: No problem. We'll just get those re-sent and we'll get those squared way.

MR. WILLIAMS: Yeah, it won't take me long to go through them.

THE COURT: Okay, good. Now, we had dates in November and early December for depositions. I still think we should keep them, but do we have people in early November that are scheduled?

MR. WILLIAMS: Your Honor, my recollection is that the -- we did have some scheduled. I think they were primarily Bisso witnesses, and we had tentatively plugged in some other witnesses, but I mean, nothing is scheduled for the first week or two of November for sure.

Of course, with respect to some of the test case plaintiffs, given the progress on discovery, for example, Blake, maybe one or two others, we had kind of talked about pushing those later on anyway, but Seahawk, Bisso, at least, probably Wadleigh, you know, I don't see any reason why we can't start those sometime during the month of November.

THE COURT: Okay. What I would be looking for, and I assume that BP as well, Duke, is that production, in your mind, has been completed and BP has everything for those companies on the production of documents so that they can go ahead, review them and prepare for the depositions.

MR. WILLIAMS: Understood.

THE COURT: Okay. So let's now talk about interrogatory responses. Have they been finalized?

MR. WILLIAMS: On our side, Your Honor, they have been. I believe today, I know Meredith, who works for me, has been spending the last two days on those, and we -- I ordered essentially that they go out by close of business today. These are the supplemental responses to the interrogatories and requests for production of documents.

THE COURT: Okay. So here is the question: When those go out, I would like BP to take a look, and, BP, if you believe there are deficiencies, have a pretty quick meet and confer, and any unresolved deficiencies, it seems to me, should be brought to us for resolution pretty quickly so you all will be

12:11PM ready to roll into these depositions.

12:11PM MR. REGAN: Your Honor, this is Matt and we will do that.

12:11PM THE COURT: Now, what about on the other side? Was BP also going to finalize supplemental responses?

12:11PM MR. KEEGAN: Your Honor, this is Chris. I think we've provided our supplemental responses to the plaintiffs, so those should be ready to go.

12:11PM THE COURT: Okay. Duke, if you need to speak to them about any perceived deficiencies, likewise would you do that and then call to our attention those things that you were not able to resolve pretty quickly so we can get that taken care of.

12:11PM MR. WILLIAMS: Yes. We will. In fact, I think we probably ought to be able to do it in the same phone call or meeting.

12:11PM THE COURT: Okay. Great.

12:11PM Okay. Let's talk about next document production by the United States. Andy, you know that Sarah wrote and said she was unavailable today.

12:12PM MR. LANGAN: Yes, Your Honor.

12:12PM THE COURT: But she said that she expected about 9,000 documents to come your way this week. Have you gotten them?

12:12PM MR. LANGAN: We got a transmittal a few minutes before this call, Your Honor. We got a letter and so obviously we

hadn't had a chance to look at it, but Sarah did, in fact, send us something a little while ago.

THE COURT: Why don't we carry that over to next week. That will give you all an opportunity to see what you've got, and if you all think we should have Sarah dial in, we'll see if we can accommodate her schedule, but we'll try to do it at next week's conference.

MR. LANGAN: Terrific. You know, it's possible that we'll suggest a separate conversation with Sarah, and, of course, we would invite the plaintiffs to that with Your Honor, if that's necessary, but for now I think what Your Honor proposes is great.

THE COURT: Okay. Good.

MR. WILLIAMS: Did Sarah copy us on the production?

MR. LANGAN: I'm not sure she did, Duke, but why don't I shoot it your way right now.

MR. WILLIAMS: That would be nice. Thank you very much.

THE COURT: Okay. Guys. That's all I had that I wanted to cover today. What else do you all want to cover?

That makes it easy.

MR. REGAN: Your Honor, I think -- from our end I think, you know, we are continuing to communicate back and forth with each other. This is Matt Regan again speaking. We will continue to do so and look forward to reporting progress

back on Thursday of next week.

THE COURT: Good, Matt. We're going to get you out in time to go trick or treating, so it's all working out.

MR. REGAN: My seven-year-old, who is dressed up as a doctor, could not be happier than with me showing up for that event.

THE COURT: All right. Well, I'm costuming as well but I won't disclose what my consume will be.

THE LAW CLERK: We're going to send Duke out as Morgus.

THE COURT: Yeah.

MR. REGAN: My 13-year-old girl wants to go to Jay Cutler's house. I told her that if he handed her candy, it would probably go to someone else based on his current level of incompletions.

THE COURT: All right. Well, I hope everybody has a fabulous Halloween weekend and we'll talk to you next week.

MR. WILLIAMS: Thank you, Judge.

MR. REGAN: Thank you, Judge.

(WHEREUPON, at 12:14 p.m. the proceedings were concluded.)

* * *

REPORTER'S CERTIFICATE

I, Cathy Pepper, Certified Realtime Reporter, Registered Merit Reporter, Certified Court Reporter of the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript to the best of my ability and understanding from the record of the proceedings in the above-entitled and numbered matter.

*s/Cathy Pepper*

Cathy Pepper, CRR, RMR, CCR
Certified Realtime Reporter
Registered Merit Reporter
Official Court Reporter
United States District Court
Cathy_Pepper@laed.uscourts.gov

## 1

**10** [1] - 3:10
**10-MD-2179** [1] - 1:6
**101** [1] - 1:20
**11** [1] - 3:12
**12:00** [1] - 1:7
**12:14** [1] - 12:19
**13-1143** [1] - 1:10
**13-1185** [1] - 1:10
**13-1222** [1] - 1:10
**13-1386** [1] - 1:10
**13-2006** [1] - 1:11
**13-706** [1] - 1:10
**13-810** [1] - 1:10
**13-year-old** [1] - 12:11

## 2

**20** [1] - 1:5
**2010** [1] - 1:5
**2014** [2] - 1:7, 4:2
**2615** [1] - 1:23

## 3

**30(B)(6** [1] - 3:7
**30(b)(6** [4] - 7:3, 7:6, 7:13, 7:17
**300** [1] - 2:10
**31** [2] - 1:7, 4:2

## 4

**4** [2] - 3:4, 3:6
**435** [1] - 1:20

## 5

**500** [1] - 2:17
**504** [1] - 2:18
**555** [1] - 2:13
**589-7779** [1] - 2:18

## 6

**601** [1] - 1:23
**60654** [1] - 2:10

## 7

**7** [1] - 3:7
**70130** [2] - 1:24, 2:18
**70360** [1] - 1:20

## 8

**8** [1] - 3:8

## 9

**9** [1] - 3:9
**9,000** [1] - 10:22
**94104** [1] - 2:14

## A

**ability** [1] - 13:8
**able** [2] - 10:12, 10:15
**above-entitled** [1] - 13:9
**ABRAMSON** [1] - 1:22
**absolutely** [2] - 7:22, 8:3
**accommodate** [1] - 11:6
**ACTION** [1] - 1:6
**additional** [2] - 6:11, 6:12
**AGENDA** [1] - 3:2
**ago** [3] - 4:12, 8:2, 11:2
**agree** [1] - 6:5
**agreed** [1] - 7:7
**ahead** [2] - 8:7, 9:10
**AMENDED** [1] - 3:4
**amended** [1] - 4:9
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**AMERICAN** [1] - 1:23
**AND** [3] - 1:11, 3:8, 3:11
**ANDREW** [1] - 2:9
**Andy** [2] - 5:24, 10:19
**anyway** [1] - 9:4
**anyway...** [1] - 4:20
**apologize** [2] - 4:19, 8:12
**APPEARANCES** [2] - 1:17, 2:1
**APRIL** [1] - 1:5
**assume** [1] - 9:8
**attention** [1] - 10:11
**awhile** [1] - 8:2

## B

**BACK** [1] - 3:11
**based** [1] - 12:13
**BEFORE** [1] - 1:14
**behalf** [1] - 4:17
**best** [2] - 5:15, 13:8
**between** [2] - 5:23, 6:4
**Bisso** [3] - 5:3, 8:23, 9:4
**Black** [2] - 6:15, 6:22
**Blake** [5] - 5:4, 5:5, 5:8, 5:11, 9:3
**BP** [15] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 4:9, 4:18, 7:5, 9:8, 9:9, 9:22, 10:4
**brought** [1] - 9:25
**BUILDING** [1] - 1:23
**business** [1] - 9:18
**BY** [6] - 1:4, 1:19, 1:22, 2:9, 2:13, 3:10

## C

**CA** [1] - 2:14
**CALIFORNIA** [1] - 2:13
**candy** [1] - 12:12
**care** [1] - 10:12
**carried** [1] - 6:7
**carry** [1] - 11:3
**case** [2] - 7:14, 9:2
**CASES** [1] - 1:14
**CATHY** [1] - 2:16
**Cathy** [2] - 13:3, 13:13
**Cathy_Pepper@laed.uscourts.gov** [1] - 13:15
**cathy_Pepper@laed.uscourts.gov** [1] - 2:19
**CCR** [2] - 2:16, 13:13
**CERTIFICATE** [1] - 13:1
**CERTIFIED** [1] - 2:16
**Certified** [3] - 13:3, 13:4, 13:13
**certify** [1] - 13:7
**CHAMBERS** [1] - 4:3
**chance** [1] - 11:1
**check** [1] - 8:3
**CHICAGO** [1] - 2:10
**children** [1] - 5:17
**Chris** [8] - 5:24, 6:1, 7:5, 7:7, 7:19, 8:10, 8:11, 10:6
**CHRISTOPHER** [1] - 2:13
**circulated** [1] - 7:24
**CIVIL** [1] - 1:6
**clarity** [1] - 6:13
**CLERK** [1] - 12:9
**clients** [1] - 6:20
**close** [1] - 9:18
**coming** [3] - 5:13, 6:14, 7:3
**comment** [2] - 5:25, 6:2
**communicate** [1] - 11:23
**COMMUNICATE** [1] - 3:11
**communicated** [1] - 7:4
**companies** [4] - 6:11, 6:12, 6:24, 9:9
**COMPANY** [2] - 2:4
**complaints** [3] - 4:9, 5:2, 5:16
**COMPLAINTS.................................** [1] - 3:4
**completed** [1] - 9:9
**concluded** [1] - 12:20
**confer** [3] - 7:25, 8:10, 9:23
**conference** [2] - 7:6, 11:7
**CONFERENCE** [1] - 1:14
**confirming** [1] - 7:20
**CONRAD** [1] - 1:19
**constant** [1] - 5:21
**consume** [1] - 12:8
**contact** [2] - 5:21, 6:3
**continue** [2] - 5:16, 11:25
**CONTINUED** [1] - 2:1
**CONTINUING** [1] - 3:11
**continuing** [1] - 11:23
**conversation** [1] - 11:9
**coordinate** [1] - 5:19
**coordination** [1] - 5:25
**copy** [1] - 11:14
**CORPORATE** [1] - 1:20
**CORPORATION** [1] - 2:5
**correct** [1] - 13:7
**costuming** [1] - 12:7
**couple** [1] - 6:16
**course** [2] - 9:1, 11:10
**COURT** [29] - 1:1, 2:16, 4:5, 4:8, 4:15, 4:19, 5:1, 5:5, 5:12, 5:24, 6:18, 7:2, 7:16, 8:6, 8:17, 9:7, 9:13, 9:21, 10:4, 10:9, 10:17, 10:22, 11:3, 11:13, 11:19, 12:2, 12:7, 12:10, 12:15
**Court** [5] - 13:4, 13:5, 13:6, 13:14, 13:15
**cover** [2] - 11:20
**CRR** [2] - 2:16, 13:13
**current** [1] - 12:13
**Cutler's** [1] - 12:12

## D

**date** [1] - 6:17
**DATES** [1] - 3:8
**dates** [1] - 8:17
**days** [1] - 9:17
**DECEMBER** [1] - 3:8
**December** [1] - 8:18
**DEEPWATER** [1] - 1:4
**deficiencies** [3] - 9:23, 9:24, 10:10
**definitely** [2] - 6:3, 6:4
**depositions** [5] - 6:25, 7:13, 8:18, 9:11, 10:1
**DEPOSITIONS...** [1] - 3:8
**dial** [1] - 11:5
**directly** [1] - 7:5
**disclose** [1] - 12:8
**discovery** [1] - 9:2
**discussion** [1] - 6:4
**discussions** [1] - 8:9
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 13:6, 13:15
**doctor** [1] - 12:5
**DOCUMENT** [3] - 1:9, 3:5, 3:10
**document** [4] - 4:22, 5:2, 6:22, 10:18
**documents** [7] - 5:10, 6:11, 6:13, 6:17, 9:10, 9:20, 10:23
**done** [4] - 6:23, 6:24, 8:3, 8:7
**double** [1] - 8:3
**draft** [1] - 7:14
**drafts** [1] - 7:14
**dressed** [1] - 12:4
**DRIVE** [1] - 1:20
**Duke** [11] - 4:22, 6:5, 6:18, 7:20, 7:23, 8:4, 8:7, 9:8, 10:9, 11:15, 12:9
**during** [1] - 9:6

## E

**e-mails** [1] - 8:4
**EACH** [2] - 3:5, 3:11
**early** [2] - 8:18, 8:19

**EARLY** [1] - 3:8
**EASTERN** [1] - 1:1
**Eastern** [1] - 13:6
**easy** [1] - 11:21
**Elk** [2] - 6:15, 6:22
**ELLIS** [2] - 2:8, 2:12
**end** [1] - 11:22
**entitled** [1] - 13:9
**ESQUIRE** [5] - 1:19, 1:22, 2:9, 2:9, 2:13
**essentially** [1] - 9:18
**etcetera** [1] - 6:25
**event** [1] - 12:6
**example** [4] - 6:15, 6:20, 6:21, 9:2
**except** [1] - 4:20
**Excuse** [1] - 4:15
**exist** [1] - 5:23
**expect** [1] - 6:14
**expected** [1] - 10:22
**EXPLORATION** [1] - 2:6
**extent** [3] - 5:23, 7:12, 8:9

**F**

**fabulous** [1] - 12:16
**fact** [2] - 10:14, 11:1
**far** [1] - 8:1
**few** [2] - 4:12, 10:24
**finalize** [1] - 10:5
**finalized** [1] - 9:14
**fine** [2] - 4:6, 5:15
**finish** [1] - 6:21
**first** [1] - 8:24
**FOR** [4] - 1:19, 2:3, 3:5, 3:8
**forecasts** [1] - 6:23
**foregoing** [1] - 13:7
**formal** [1] - 7:7
**FORTH** [1] - 3:11
**forth** [3] - 6:4, 8:5, 11:24
**forward** [1] - 11:25
**four** [1] - 5:20
**FRANCISCO** [1] - 2:14
**FRIDAY** [2] - 1:7, 4:2
**future** [1] - 6:8

**G**

**girl** [1] - 12:11
**given** [1] - 9:2
**great** [2] - 10:17, 11:12
**GROUP** [1] - 1:19
**GULF** [1] - 1:5
**guy** [2] - 5:18, 5:19
**guys** [3] - 6:5, 7:2, 11:19

**H**

**half** [1] - 6:16
**Halloween** [1] - 12:16
**handed** [1] - 12:12
**handle** [1] - 6:19
**happier** [1] - 12:5
**happy** [2] - 6:1, 8:11
**HB406** [1] - 2:17
**heard** [1] - 7:10
**HEARD** [1] - 1:14
**hereby** [1] - 13:6
**hi** [1] - 4:5
**HOLDINGS** [1] - 2:7
**Honor** [15] - 4:24, 7:1, 7:4, 7:19, 7:22, 8:11, 8:21, 9:15, 10:2, 10:6, 10:21, 10:25, 11:10, 11:11, 11:22
**HONORABLE** [1] - 1:14
**hope** [1] - 12:15
**hopefully** [1] - 6:8
**hoping** [1] - 4:25
**HORIZON** [1] - 1:4
**HOUMA** [1] - 1:20
**house** [1] - 12:12
**hundred** [1] - 6:16

**I**

**IAN** [1] - 1:22
**IL** [1] - 2:10
**IN** [3] - 1:4, 1:5, 4:3
**INC** [5] - 2:3, 2:4, 2:5, 2:6, 2:8
**include** [1] - 8:8
**incompletions** [1] - 12:14
**indicated** [1] - 7:9
**initial** [1] - 5:8
**interrogatories** [1] - 9:19
**INTERROGATORY** [1] - 3:9
**interrogatory** [1] - 9:14
**invite** [1] - 11:10
**issue** [1] - 6:10
**ISSUES** [1] - 3:5
**issues** [4] - 4:22, 5:22, 7:8, 7:9
**IT** [3] - 5:18, 5:19, 6:5
**ITEMS** [1] - 3:2

**J**

**Jay** [1] - 12:12
**JUDGE** [1] - 1:15
**Judge** [6] - 4:6, 4:7, 4:12, 6:1, 12:17, 12:18

**K**

**KEEGAN** [5] - 2:13, 6:1, 7:22, 8:13, 10:6
**Keegan** [1] - 6:1
**keep** [1] - 8:19
**kind** [1] - 9:3
**KIRKLAND** [2] - 2:8, 2:12
**KULLMAN** [1] - 1:22

**L**

**LA** [3] - 1:20, 1:24, 2:18
**LANGAN** [5] - 2:9, 10:21, 10:24, 11:8, 11:15
**LASALLE** [1] - 2:10
**last** [5] - 5:1, 5:7, 7:6, 7:24, 9:17
**LAW** [2] - 1:19, 12:9
**learned** [1] - 6:7
**least** [1] - 9:4
**less** [1] - 6:8
**lessons** [1] - 6:7
**letter** [1] - 10:25
**level** [1] - 12:13
**LEWIS** [1] - 1:22
**LIFE** [1] - 1:23
**likewise** [1] - 10:10
**LIMITED** [1] - 2:7
**list** [1] - 7:15
**listed** [1] - 7:10
**listening** [1] - 4:25
**look** [8] - 4:10, 4:11, 4:13, 5:1, 8:8, 9:22, 11:1, 11:25
**looking** [1] - 9:7
**Louisiana** [2] - 13:5, 13:6
**LOUISIANA** [2] - 1:1, 1:7

**M**

**MAGISTRATE** [1] - 1:15
**mails** [1] - 8:4
**Matt** [7] - 4:17, 4:19, 5:24, 7:16, 10:2, 11:24, 12:2
**matter** [1] - 13:9
**MATTHEW** [1] - 2:9
**mean** [5] - 5:14, 5:16, 7:10, 7:12, 8:24
**meet** [3] - 7:25, 8:10, 9:23
**meeting** [1] - 10:16
**Meredith** [1] - 9:16
**MERIT** [1] - 2:17
**Merit** [2] - 13:4, 13:14
**metadata** [1] - 5:17
**MEXICO** [1] - 1:5
**mind** [1] - 9:8
**minutes** [2] - 4:12, 10:24
**missed** [2] - 8:5, 8:12
**month** [2] - 6:16, 9:6
**Morgus** [1] - 12:9
**morning** [2] - 4:6, 7:5
**MR** [31] - 4:11, 4:17, 4:24, 5:4, 5:8, 5:14, 6:1, 7:1, 7:4, 7:18, 7:22, 8:11, 8:13, 8:15, 8:21, 9:12, 9:15, 10:2, 10:6, 10:14, 10:21, 10:24, 11:8, 11:14, 11:15, 11:17, 11:22, 12:4, 12:11, 12:17, 12:18

**N**

**name** [1] - 4:16
**necessary** [1] - 11:11
**need** [1] - 10:9
**NEW** [3] - 1:7, 1:24, 2:18
**NEXT** [1] - 3:10
**next** [9] - 4:13, 7:8, 7:11, 7:25, 10:18, 11:3, 11:6, 12:1, 12:16
**nice** [1] - 11:17
**NO** [1] - 1:6
**NORTH** [4] - 2:4, 2:5, 2:7, 2:8
**nothing** [1] - 8:24
**NOVEMBER** [1] - 3:8
**November** [4] - 8:17, 8:19, 8:25, 9:6
**numbered** [1] - 13:9

**O**

**obviously** [1] - 10:25
**OCTOBER** [2] - 1:7, 4:2
**OF** [4] - 1:1, 1:5, 1:14, 3:5
**Official** [2] - 13:5, 13:14
**OFFICIAL** [1] - 2:16
**OIL** [2] - 1:4, 1:4
**old** [1] - 12:4
**ON** [1] - 1:5
**one** [4] - 4:12, 6:10, 7:18, 9:3
**ones** [1] - 7:11
**ongoing** [1] - 5:13
**OPA** [1] - 1:14
**opportunity** [2] - 4:9, 11:4
**order** [1] - 6:24
**ordered** [1] - 9:17
**ORLEANS** [3] - 1:7, 1:24, 2:18
**OTHER...............................................** [1] - 3:12
**ought** [1] - 10:15

**P**

**P.M** [1] - 1:7
**p.m** [1] - 12:19
**PAGE** [1] - 3:2
**PAN** [1] - 1:23
**parents** [1] - 5:17
**past** [1] - 6:7
**people** [1] - 8:19
**Pepper** [3] - 13:3, 13:12, 13:13
**PEPPER** [1] - 2:16
**perceived** [1] - 10:10
**phone** [1] - 10:15
**PLAINTIFFS** [1] - 1:19
**plaintiffs** [5] - 4:22, 7:14, 9:2, 10:7, 11:10
**plaintiffs'** [1] - 8:1
**PLAINTIFFS.........................................** [1] - 3:6
**plugged** [1] - 8:23
**possible** [1] - 11:8
**POYDRAS** [2] - 1:23, 2:17
**prediction** [1] - 7:17
**prepare** [1] - 9:11
**pretty** [3] - 9:23, 9:25, 10:12
**primarily** [1] - 8:22
**problem** [1] - 8:13
**problems** [1] - 6:9

**proceedings** [2] - 12:19, 13:9
**PROCEEDINGS** [2] - 1:14, 4:1
**produce** [1] - 6:12
**produced** [1] - 6:17
**producing** [3] - 5:6, 6:11, 6:15
**PRODUCTION** [4] - 2:3, 2:6, 3:5, 3:10
**production** [11] - 4:22, 5:2, 5:3, 5:9, 5:17, 6:22, 9:8, 9:10, 9:20, 10:19, 11:14
**productions** [2] - 5:11, 6:8
**PRODUCTS** [1] - 2:8
**progress** [3] - 5:6, 9:2, 11:25
**prompt** [1] - 4:19
**proposes** [1] - 11:12
**provided** [1] - 10:7
**PSC** [2] - 7:20, 7:22
**pushing** [1] - 9:4
**put** [1] - 6:24

**Q**

**quality** [1] - 5:16
**quick** [1] - 9:23
**quickly** [2] - 9:25, 10:12

**R**

**RE** [1] - 1:4
**re** [1] - 8:13
**re-sent** [1] - 8:13
**ready** [2] - 10:1, 10:8
**REALTIME** [1] - 2:16
**Realtime** [2] - 13:3, 13:13
**reason** [1] - 9:5
**received** [2] - 7:12, 7:14
**recollection** [1] - 8:21
**record** [1] - 13:8
**Regan** [2] - 4:17, 11:24
**REGAN** [9] - 2:9, 4:11, 4:17, 7:18, 10:2, 11:22, 12:4, 12:11, 12:18
**REGISTERED** [1] - 2:17
**Registered** [1] - 13:3
**registered** [1] - 13:14
**RELATES** [1] - 1:9
**rely** [1] - 5:18
**REPORTER** [4] - 2:16, 2:16, 2:17, 4:15
**Reporter** [7] - 13:3, 13:4, 13:5, 13:13, 13:14, 13:14
**REPORTER'S** [1] - 13:1
**reporting** [1] - 11:25
**requests** [1] - 9:20
**resend** [1] - 8:7
**resolution** [1] - 9:25
**resolve** [1] - 10:12
**resolved** [1] - 5:23
**respect** [1] - 9:1
**response** [2] - 7:7, 7:23
**responses** [4] - 9:14, 9:19, 10:5, 10:7
**RESPONSES............ ................** [1] - 3:9
**review** [1] - 9:10
**RIG** [1] - 1:4
**RMR** [2] - 2:16, 13:13
**roll** [1] - 10:1
**ROOM** [1] - 2:17
**Rule** [1] - 7:3
**RULE** [1] - 3:7
**running** [1] - 5:10

**S**

**s/Cathy** [1] - 13:12
**SALLY** [1] - 1:14
**SAN** [1] - 2:14
**Sarah** [5] - 10:19, 11:1, 11:5, 11:9, 11:14
**saw** [1] - 4:8
**schedule** [1] - 11:6
**scheduled** [3] - 8:20, 8:22, 8:24
**scheduling** [1] - 6:25
**Seahawk** [1] - 9:4
**see** [3] - 9:5, 11:4, 11:5
**seem** [1] - 6:18
**semiformal** [1] - 7:23
**send** [3] - 8:12, 11:1, 12:9
**sent** [3] - 8:2, 8:4, 8:13
**separate** [1] - 11:9
**set** [1] - 7:25
**seven** [1] - 12:4
**seven-year-old** [1] - 12:4
**shoot** [1] - 11:16
**showing** [1] - 12:5
**SHUSHAN** [1] - 1:14
**side** [2] - 9:15, 10:4
**sit** [1] - 5:14
**someone** [1] - 12:13
**sometime** [1] - 9:6
**sorry** [1] - 4:17
**sort** [1] - 6:10
**SPEAKER** [1] - 4:7
**SPEAKERS** [1] - 4:6
**speaking** [3] - 4:15, 4:20, 11:24
**speed** [1] - 8:10
**spending** [1] - 9:17
**SPILL** [1] - 1:4
**squared** [1] - 8:14
**stand** [1] - 4:21
**start** [1] - 9:6
**State** [2] - 4:16, 13:4
**STATES** [2] - 1:1, 1:15
**States** [3] - 10:19, 13:5, 13:15
**STATES.......** [1] - 3:10
**status** [1] - 6:20
**STATUS** [1] - 1:14
**STERBCOW** [1] - 1:22
**still** [3] - 4:11, 6:10, 8:18
**STREET** [3] - 1:23, 2:13, 2:17
**stuff** [2] - 5:18, 6:6
**subsequent** [1] - 5:11
**suggest** [1] - 11:9
**suggested** [1] - 7:15
**SUITE** [2] - 1:20, 1:23
**supplemental** [3] - 9:19, 10:5, 10:7

**T**

**TAYLOR** [1] - 1:22
**technical** [2] - 5:22, 6:8
**TELEPHONE** [1] - 4:3
**tentatively** [1] - 8:23
**terrific** [1] - 11:8
**TEST** [1] - 1:14
**test** [2] - 7:13, 9:1
**THE** [34] - 1:4, 1:5, 1:14, 1:19, 3:5, 3:10, 4:5, 4:8, 4:15, 4:19, 5:1, 5:5, 5:12, 5:24, 6:18, 7:2, 7:16, 8:6, 8:17, 9:7, 9:13, 9:21, 10:4, 10:9, 10:17, 10:22, 11:3, 11:13, 11:19, 12:2, 12:7, 12:9, 12:10, 12:15
**themselves** [1] - 5:23
**THIS** [1] - 1:9
**thousand** [1] - 5:10
**three** [1] - 5:20
**Thursday** [2] - 4:13, 12:1
**TO** [2] - 1:9, 3:11
**today** [6] - 4:25, 7:23, 9:16, 9:18, 10:20, 11:20
**topics** [9] - 7:3, 7:6, 7:10, 7:15, 7:17, 7:20, 7:22, 7:24, 8:1
**TOPICS.................... ...........** [1] - 3:7
**transcript** [1] - 13:7
**TRANSCRIPT** [1] - 1:14
**transmittal** [1] - 10:24
**treating** [1] - 12:3
**trick** [1] - 12:3
**true** [1] - 13:7
**trust** [1] - 5:22
**try** [3] - 4:24, 6:19, 11:6
**turn** [1] - 7:18
**turnaround** [1] - 7:16
**two** [3] - 8:25, 9:3, 9:17

**U**

**unavailable** [1] - 10:20
**understood** [1] - 9:12
**UNITED** [3] - 1:1, 1:15, 3:10
**United** [3] - 10:19, 13:5, 13:15
**unresolved** [1] - 9:24
**up** [6] - 5:10, 6:21, 7:25, 8:10, 12:4, 12:5

**V**

**VIA** [1] - 4:3

**W**

**Wadleigh** [1] - 9:5
**wants** [1] - 12:11
**week** [12] - 5:1, 5:7, 7:8, 7:11, 7:24, 7:25, 8:10, 8:24, 10:23, 11:3, 12:1, 12:16
**week's** [1] - 11:7
**weekend** [1] - 12:16
**WHEREUPON** [1] - 12:19
**WILLIAMS** [17] - 1:19, 1:19, 4:24, 5:4, 5:8, 5:14, 7:1, 7:4, 8:11, 8:15, 8:21, 9:12, 9:15, 10:14, 11:14, 11:17, 12:17
**WITH** [1] - 3:11
**witnesses** [3] - 8:2, 8:23, 8:24
**works** [1] - 9:16
**worry** [1] - 8:6
**written** [1] - 7:23
**wrote** [1] - 10:20

**Y**

**year** [1] - 12:4
**yesterday** [1] - 5:9