# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 30 2014
WILLIAM W. BLEVINS
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 23, 2014

Mr. Gregory A. Paw
Pepper Hamilton, L.L.P.
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276

No. 14-30974   In re: Deepwater Horizon
              USDC No. 2:10-MD-2179
              USDC No. 2:12-CV-970

Dear Mr. Paw,

Please be advised that in order to include document #1 of case 2:14-CR-207 into the record, as listed on the supplemental designation (filed in district court as document #13464), a motion to supplement the record is required.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. William W. Blevins
    Mr. Douglas Scott Draper
    Mrs. Virginia Weichert Gundlach
    Mrs. Pauline Fransen Hardin
    Mr. Amit Priyavadan Mehta
    Mr. Lionel Howard Sutton III
    Mr. William W. Taylor III
    Mr. James E. Wright III

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____