UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *No. 12-970* | * * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Gilbert (Gibby) V. Andry, IV's motion to schedule hearing on his motion to strike. (Rec. Doc. 12246). In light of the hearing scheduled for November 7, 2014,

IT IS ORDERED that the Motion is DENIED AS MOOT.

New Orleans, Louisiana, this 4th day of November, 2014.

_____
United States District Judge