# Exhibit 1

Filed Under Seal

Pursuant to PTO 13