# Exhibit 2

Filed Under Seal

Pursuant to PTO 13