# Exhibit 3

Filed Under Seal

Pursuant to PTO 13