# Exhibit 4

## Filed Under Seal

## Pursuant to PTO 13