# Exhibit 5

Filed Under Seal

Pursuant to PTO 13