# Exhibit 6



BP Gulf Coast Restoration Organization
501 Westlake Park Blvd.
Houston, TX 77079

**SENT VIA FEDERAL EXPRESS**

September 23, 2013

David Perry, Chief of Staff
Office of the Governor
600 Dexter Ave.
Montgomery, AL 36130

Re:   Accounting for BP Advances to the State of Alabama

Dear Mr. Perry:

On May 10, 2010, and again on June 11, 2010, BP provided $25 million payments to the State of Alabama to pay or otherwise reimburse costs related to the Deepwater Horizon oil spill. The agreements under which the payments were made require the State to provide BP with an accounting of its use and disbursement of the funds on an annual basis. The State of Alabama committed to keep and make available reasonably detailed records of how the funds were used and disbursed.

To date, BP has received one accounting on May 10, 2011 from the State of Alabama in connection with the May 6, 2010 payment. Although that report does provide some information as to which political subdivisions received funds, it provides no information to inform how the money was spent or ensure that it was, in fact, spent in a manner consistent with the intent and purpose of the agreement. Since that first report in 2011, BP has not received any further accounting of and nothing at all to indicate the disbursement or use of the second $25 million dollar payment.

As nearly three years have passed since BP advanced the $50 million dollars in payments to the State of Alabama, the annual accounting to which Alabama committed are overdue. As we are certain of your commitment to transparency and, to ensure effect is given to the intent of these agreements, we are requesting that you provide an accounting of the funds disbursed to date and information regarding any funds remaining unspent. An accounting for each year with reasonable and sufficient detail to document that funds were spent pursuant to the agreements will be appreciated. We thank you for your cooperation.

Sincerely,

pp. [signature]

Nathan Block
Sr. Counsel
BP Gulf Coast Restoration Organization

Cc:   Joe Ellis,
      Heidi Grether

CONFIDENTIAL                                                                                                BP-HZN-ALO01330071