UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates To: | DISTRICT JUDGE BARBIER |
| Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering Defendants' Motion and Incorporated Memorandum to Substitute Exhibit Filed Under Seal with a Redacted Version Thereof (Rec. Doc. 13571):

**IT IS HEREBY ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED** that the document currently appearing at Rec. Doc. 13512-18 be replaced with the redacted version of Exhibit 17 which is attached to this order. The unredacted version of Exhibit 17, currently filed under seal at Rec. Doc. 13512-22, shall remain under seal.

New Orleans, Louisiana this 4th day of November, 2014.

_____
United States District Judge