**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| | * | |
| | * | |
| This document relates to: | * | Judge Barbier |
| | * | |
| Case Nos. 10-4182, 10-4183, 13-02645, 13-2646, 13-2647, 13-2813 | * * * | Magistrate Judge Shushan |

_____

## <u>ORDER</u>

Considering BP's Ex Parte Motion for Leave to File Under Seal Exhibits in its Opposition to the State of Alabama's Motion to Dismiss Set-Off Claims, Or In The Alternative, Motion to Strike Set-Off Affirmative Defenses;

IT IS ORDERED that the Motion is GRANTED.  BP is ordered to provide the Court and Alabama's counsel with an unredacted version of the exhibits.  The unredacted exhibits received by the Court will be filed UNDER SEAL.


Date:  November 4, 2014        _____
                                                   **JUDGE**