UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| | | ) | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) | Mag. Judge Shushan |

**MOTION TO CONDUCT AND/OR LIFT STAY FOR DISCOVERY, AND MOTION TO ENJOIN THE PAYMENT OF ATTORNEY FEES PENDING FINAL DISCOVERY AND CLAIM/LIEN FILING**

**NOW COMES,** Plaintiffs, Melancon | Rimes, LLC, *et al.,* who file their *Motion to Conduct and/or Lift Stay for Discovery, and Motion to Enjoin the Payment of Attorney Fees Pending Final Discovery and Claim/Lien Filing.*

1.

On or about August 2014, Garretson Resolution Group advised Plaintiffs that it required the following information to determine the validity of Plaintiffs' claim for an apportionment of attorney fees for claims filed in the Medical Benefits Class Action Settlement Agreement: first name, last name, dates of birth, social security numbers, and SPC numbers.

2.

Plaintiffs respectfully submit that Defendants are in sole possession of the requisite information; therefore, Plaintiffs pray for relief that enables them to conduct the discovery necessary to obtain said information, and all other information or documentation necessary to show Plaintiffs' entitlement to attorney fees, including but not limited to emails, correspondence, contingency fee contracts, etc.

1

3.

Moreover, Plaintiffs seek an order enjoining the Garretson Resolution Group from paying any attorney fees arising from medical benefits claims filed by the Downs Law Group pending conclusion of said discovery and the filing of Plaintiffs' claim/lien for an apportionment of attorney fees.

**WHEREFORE**, Plaintiffs pray for an order granting leave to conduct discovery and/or to lift any stay in place for the purpose of obtaining the information required to file a valid lien for attorney fees before Garretson Resolution Group, and for an order enjoining the Garretson Resolution Group from paying to the Downs Law Group any attorney fees arising from medical benefits claims submitted until the conclusion of said discovery and the filing of Plaintiffs' claim/lien for an apportionment of attorney fees.

**Respectfully Submitted:**

| **Melancon | Rimes, LLC** | **Sterbcow Law Group, LLC** |
|---|---|

s/ Jason L. Melancon                                      s/Marx D. Sterbcow

Jason L. Melancon, La. Bar No. 28152        Marx D. Sterbcow, La. Bar No. 28425
Robert C. Rimes, La. Bar No. 28740            1734 Prytania Street
Rachel Abadie, La. Bar No. 34413               New Orleans, LA 70130
8706 Jefferson Hwy., Suite A                      Telephone: (504) 523-4930
Baton Rouge, LA 70809                               Fax: (888) 241-6248
Telephone: (225) 303-0455
Fax: (225) 303-0459

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| | | ) | **Judge Barbier** |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) | **Mag. Judge Shushan** |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on counsel for Defendants named herein via email delivery and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Signed this 4th day of November, 2014 at Baton Rouge, Louisiana.

s/ Jason L. Melancon