UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J  Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) | Mag. Judge Shushan |

ORDER

CONSIDERING THE ABOVE AND FOREGOING:

IT IS HEREBY ORDERED that the parties in the matter entitled *Melancon | Rimes, LLC, et al. v. Downs Law Group, et al.*, 14-CV-657, are hereby granted leave to conduct all discovery necessary for the purpose of obtaining documentation and information required to file a valid attorney fee claim/lien before Garretson Resolution Group.

IT IS FURTHER ORDERED that Garretson Resolution Group shall not pay any attorney fees to the Downs Law Group arising from medical benefits claims until the conclusion of discovery and the filing of Plaintiffs' claims/liens for an apportionment of those attorney fees derived from same.

Signed this _____ day of _____, 2014 at New Orleans, Louisiana.

_____
Honorable Carl J. Barbier
Honorable Sally Shushan

1