UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) ) | Judge Barbier Mag. Judge Shushan |

**MEMORANDUM IN SUPPORT OF MOTION TO CONDUCT
AND/OR LIFT STAY OF DISCOVERY, AND MOTION TO ENJOIN THE PAYMENT
OF ATTORNEY FEES PENDING FINAL DISCOVERY AND CLAIM/LIEN FILING**

**MAY IT PLEASE THE COURT:**

Plaintiffs comprise two Louisiana law firms, Melancon | Rimes, LLC and Sterbcow Law Group, LLC, and each firms' individual attorneys. On March 13, 2014, Plaintiffs filed a *Motion to Apportion Attorney Fees, For Injunctive Relief, and for Damages Derived from Claims Submitted Pursuant to the Medical Benefits Class Action Settlement Agreement in Accordance with Section XXVII, and Motion to Stay Pending Florida State Court Action*. *See* Document 12509-3. Plaintiffs' motion sought to have attorney fees apportioned with a Florida law firm, more specifically the Downs Law Group. Plaintiffs' motion stemmed from the Defendants' surreptitious removal of Plaintiffs' names from thousands of mutual clients' contingency fee contracts in October 2013. All firms' mutual clients filed for medical benefits under the Medical Benefits Class Settlement Agreement entered in MDL No. 2179.

In response, on March 20, 2014, this Honorable Court ruled on Plaintiffs' motion. The Court held that "a Claims Administrator has been appointed to administer the settlement, including the '…resolution of liens, claims, or rights of subrogation, indemnity, reimbursement,

1

conditional or other payments of interests of any type;….' Section XXIA.8)(d) Medical Benefits Class Settlement Agreement as amended May 1, 2012." The Court further held: "Lastly, if Petitioners see further relief, they may file a separate action stating their claims."

Acting in accordance with this Court's ruling, Plaintiffs (1) submitted a claim/lien for an apportionment of attorney fees before the medical benefits claims administrator, Garretson Resolution Group, and (2) filed the instant lawsuit seeking "further relief" in the form of treble damages and other equitable relief.

On March 24, 2014, the Honorable Helen Berrigan consolidated Suit No. 14-cv-657 into MDL No. 2179 due to its closely associated ties with the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement.

On April 25, 2014, Downs filed responsive pleadings, including Defendants' Answer and Affirmative Defenses and Motion to Dismiss Counts II and III, and Counterclaim. Downs' Rule 12 motions to dismiss remain pending, and were presumably stayed in light of the MDL's overall stay of proceedings.

In July 2014, Plaintiffs called Garretson Resolution Group ("Garretson") because Plaintiffs never received correspondence in follow-up to their March 2014 liens. Plaintiffs communicated with Ms. Jessica Doescher of Garretson. On July 29, 2014, Ms. Doescher stated via email that in order to file a lien her office required the following information: first name, last name, dates of birth, social security numbers, and SPC numbers. In response, on July 29, 2014, Plaintiffs notified Ms. Doescher that this was the first time Garretson Group advised that Plaintiffs' claims/liens lacked requisite information. *See* July 29, 2014 Email String as Exhibit "A."

On July 30, 2014, Ms. Doescher thereafter advised that the validity of a lien would only be assessed once a compensation determination was made on a particular claim, but that certain information was required to properly assess a lien against the claim. Finally, on July 30, 2014, Plaintiffs asked Ms. Doescher to call due to several issues with her email. See Exhibit "A."

Around mid-August 2014, Ms. Doescher called undersigned counsel. Undersigned counsel advised Ms. Doescher that Defendants possessed all of the required information to effect a valid lien. Undersigned counsel further asked if Garretson put into place any procedures for Plaintiffs to conduct discovery. Plaintiffs advised that they needed to conduct discovery to obtain the relevant information from Defendants. Ms. Doescher advised that Garretson possessed no means of permitting or of effecting discovery in the claims/lien process, and further advised that Plaintiffs could "maybe issue a subpoena, or something."

Accordingly, Plaintiffs hereby file the instant motion to conduct and/or lift any stays related to the necessary discovery. Plaintiffs need to conduct discovery so that Plaintiffs can obtain the information required to file a valid lien with the Garretson. Without conducting this discovery, Plaintiffs lack access to the necessary information needed to file a valid claim/lien for the apportionment of their respective attorney fees derived from the Medical Benefits Class Action Settlement Agreement.

Furthermore, Plaintiffs face the possibility of Garretson's disbursement of attorneys fees to Defendants before Plaintiffs first obtain the requisite discovery and file Plaintiffs' claim/lien for an apportionment of attorney fees; therefore, Plaintiffs further pray for an order enjoining Garretson from paying any attorney fees to Downs Law Group arising from medical benefits claims until such time as discovery is completed and Plaintiffs have filed their claim/lien for an apportionment of attorney fees.

**WHEREFORE**, Plaintiffs pray that this Honorable Court grant Plaintiffs leave to conduct discovery related to suit no. 14-cv-657 and/or lift any applicable stay to conduct said discovery, and further enjoin Garretson from paying any attorney fees to Downs Law Group arising from medical benefits claims until such time as discovery is completed and Plaintiffs have filed their claim/lien for an apportionment of attorney fees.

**Respectfully Submitted:**

| **Melancon | Rimes, LLC** | **Sterbcow Law Group, LLC** |
|---|---|

s/ Jason L. Melancon  
Jason L. Melancon, La. Bar No. 28152  
Robert C. Rimes, La. Bar No. 28740  
Rachel Abadie, La. Bar No. 34413  
8706 Jefferson Hwy., Suite A  
Baton Rouge, LA 70809  
Telephone: (225) 303-0455  
Fax: (225) 303-0459  

s/Marx D. Sterbcow  
Marx D. Sterbcow, La. Bar No. 28425  
1734 Prytania Street  
New Orleans, LA 70130  
Telephone: (504) 523-4930  
Fax: (888) 241-6248