# RE: Request

## Jason Melancon

Wed 7/30/2014 5:06 PM

Sent Items

**To:** Jessica Doescher <jmiller@garretsongroup.com>;

**Cc:** Marx Sterbcow <marx@sterbcowlaw.com>; Robert McKee <rmckee@themckeelawgroup.com>;

Can you please call me to discuss?  I have several questions based on your emails.

Thanks,
Jason

**Jason L. Melancon**
**Melancon | Rimes**
8706 Jefferson Hwy., Suite A
Baton Rouge, LA 70809
Telephone: (225) 303-0455
Fax: (225) 303-0459

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee.  This may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

---

**From:** Jessica Doescher <jmiller@garretsongroup.com>
**Sent:** Wednesday, July 30, 2014 5:04 PM
**To:** Jason Melancon
**Cc:** Marx Sterbcow; Robert McKee
**Subject:** RE: Request

Jason-

As a Claims Administrator, we are a neutral, third-party; we cannot determine what is "legally proper" for one party over another.  At this point in time, the Claims Administrator has declined to provide correspondence to the Court in regards to the matter of Melancon|Rimes LLC, Sterbcow Law Group LLC, and Downs Law Group.  My e-mail does not state that your lien is invalid.  To date, the liens' validity has not been determined.  The liens will *only* be assessed once a compensation determination has been made for a particular claim.

The second portion of my e-mail serves as a courtesy reminder of the requisite information and/or documentation necessary to properly assert a lien against a claim.  In order to assert a lien against claims, specific information is required, including: their first and last names, Dates of Birth, Social Security Numbers, and SPC Numbers, if available.  Please be sure to submit the corresponding paperwork.

Let me know if you have additional questions.

Thank you,

JESSICA M. DOESCHER
Garretson Resolution Group

935 Gravier Street, Suite 1400 | New Orleans, LA  70112

Phone: (504) 662-9716

www.garretsongroup.com

---

**From:** Jason Melancon [mailto:Jason@melanconrimes.com]
**Sent:** Tuesday, July 29, 2014 5:50 PM
**To:** Jessica Doescher
**Cc:** Marx Sterbcow; Robert McKee
**Subject:** Re: Request

Jessica:

This is the first indication that our lien was not valid.  I'm extremely disappointed in this revaluation, especially since we filed the lien back in March or April.

I need to speak to whomever is in charge of the attorney fee disputes as soon as possible.  My cell is 225-284-7429.

Thank you
Jason

Sent from my iPhone

On Jul 29, 2014, at 2:53 PM, "Jessica Doescher" <jmiller@garretsongroup.com> wrote:

> Mr. Melancon-
>
> I regret to inform you that Garretson Resolution Group, the Deepwater Horizon Medical Benefits Claims Administrator's Office, has declined the request to submit correspondence in reference to the Melancon|Rimes LLC, Sterbcow Law Group LLC, and Downs Law Group matter.
>
> If you would like to submit a valid lien notice to our office regarding certain cases, we require claimant information, such as: their first and last names, Dates of Birth, Social Security Numbers, and SPC Numbers, if available.  Please contact me if you have any further inquiries.
>
> Thank you,
>
> JESSICA M. DOESCHER
> Garretson Resolution Group
>
> 935 Gravier Street, Suite 1400 | New Orleans, LA  70112
>
> Phone: (504) 662-9716
>
> www.garretsongroup.com

This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the Garretson Resolution Group immediately by calling 1-888-556-7526, or by reply to this transmission.

This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the Garretson Resolution Group immediately by calling 1-888-556-7526, or by reply to this transmission.