IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-4182, 10-4183, 13-02645, 13-2646, 13-2647, 13-2813 | * * * | Magistrate Judge Shushan |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal Exhibits in its Opposition to the State of Alabama's Motion to Dismiss Set-Off Claims, Or In The Alternative, Motion to Strike Set-Off Affirmative Defenses;

IT IS ORDERED that the Motion is GRANTED.  BP is ordered to provide the Court and Alabama's counsel with an unredacted version of the exhibits.  The unredacted exhibits received by the Court will be filed UNDER SEAL as attachments to Rec. Doc. 13616.

New Orleans, Louisiana this 5th day of November, 2014.

United States District Judge