## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION     J |
| **This Filing Applies to:** | **JUDGE BARBIER** |
| Eugene I. Davis, as Trustee of The Seahawk Liquidating Trust, the duly authorized successor to Seahawk Drilling, Inc., et al., | **MAGISTRATE JUDGE SHUSHAN** |
| No. 2:13-cv-01386 | |

## ORDER

CONSIDERING the foregoing Ex Parte Consent Motion for Leave to File its Second Amended Complaint,

IT IS ORDERED that Plaintiff's Motion be and hereby is GRANTED this _____ day of _____, 2014, in New Orleans, Louisiana.

_____
MAGISTRATE JUDGE SHUSHAN

1