

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

Patrick A. Juneau
*Claims Administrator*

June 26, 2013

Ms. Christine Reitano
935 Gravier Street, Suite 1910
New Orleans, LA  70112

Dear Ms. Reitano:

   Pursuant to the 4/18/12 Undertaking of Christine Reitano in Furtherance of Court's Order Appointing Claims Administrator and the supplement (the "Agreement"), your status as an independent contractor under the Agreement is terminated for cause. Your termination date is June 26, 2013. Please note that, notwithstanding your termination, the investigation into all issues involved continues.

   Please ensure that you abide by all on-going confidentiality obligations and return immediately any information or materials you have regarding your responsibilities. Please also respond to this notice, in writing, that you have returned all information and materials.

Sincerely,

PATRICK A. JUNEAU

**REITANO EXHIBIT 3**