March 30, 2012

Casey Thonn
3836 Kent Street
Slidell, LA 70458

    RE:   *GCCF Claim No.: 1060469*

Dear Casey:

Please allow this letter to confirm that we will no longer be representing you regarding your GCCF Claim.

My new position as Counsel to the Special Master in the Court Supervised Claims Program for the BP Settlement Fund prevents me from representing any claims or interests made upon the fund.

I wish you the best of luck in the pursuit of your claim and a happy and prosperous future.

With kindest personal regards, I remain

Sincerely,

**SUTTON & REITANO**


Christine Reitano

