March 30, 2012

Gulf Coast Claims Facility
P.O. Box 9658
Dublin, OH 43017-4958

     RE:    *GCCF Claim No.: 1060469*

Dear GCCF:

Please allow this letter to confirm that we will no longer be representing Casey Thonn in connection with his GCCF Claim.

With kindest personal regards, I remain

Sincerely,

**SUTTON & REITANO**

Christine Reitano

