# CONTRACT OF EMPLOYMENT

SUTTON & REITANO
935 Gravier Street, Ste. 600
New Orleans, LA 70112

THIS CONTRACT BETWEEN **Casey Thonn**, hereinafter called Client, and Lionel H. Sutton, III, hereinafter called Attorney, witnesseth

The Client employs and retains Attorney and/or any other firm associated by Attorney, to represent him/her and handle the settlement of suit, claim, or proceedings, against any and all parties, as follows, to-wit:

**To collect all amounts owed to Client pursuant to Client's work for BP América under the Vessel of Opportunity Program**

with all power to institute any and all proceedings that said Attorney may deem necessary or expedient in representing the interest of Client. The Attorney and the Client hereby agree not to settle, compromise, release, discontinue, or otherwise dispose of the suit, or claim, without the written consent of the other. The client further agrees not to meet with and discuss the case with any representatives of the defendant without the Attorney being present.

Client hereby grants to the Attorney a special lien and privilege on any amount recovered in this matter, whether by judgement or settlement, to secure the fee hereinafter agreed upon. Client further authorizes the Attorney to obtain any and all records or documents relating to Client's claim that the Attorney deems necessary, and to sign in his/her behalf such authorizations that may be required to obtain same. Client, for and in consideration of the Attorney having agreed to represent Client in this matter, and for other consideration, hereby agrees to pay to attorney, from the gross amount recovered, a contingent fee of 25% of any settlement agreed, or judgement entered. In the event that any portion of the settlement or judgement, specifies the payment of future benefits to the Client, such as an annuity or guaranteed income, the contingent fee heretofore specified shall be calculated on the present value or cost of such future benefit or deferred payment. This present value or cost shall be determined by an economist or insurance professional selected by the Attorney. Any fees charged by such professional shall be considered an expense, as defined below. In the event a Court awards attorney fees to Attorney, the amount of fees owed by Client under this contract shall be reduced proportionately.

Client authorizes the Attorney to incur such expenses, including, but not limited to, investigation, medical or employment of experts, as they deem necessary for the proper investigation and presentation of this claim, and agrees that such expenses shall be reimbursed to the Attorney upon recovery of funds sufficient to cover same.

The Attorney hereby agrees to represent Client in this matter, upon the terms and conditions set forth herein.

This __4__ day of __16__, 2011

**Casey Thonn**
CLIENT (PRINT)

**Casey Thonn**
SIGNATURE

**332 Jacob St.**
ADDRESS

**Slidell, LA, 70458**
CITY, STATE, ZIP

**(985) 788-0032**
TELEPHONE NUMBER

**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**
SOCIAL SECURITY #

**9-10-79**
DATE OF BIRTH

**Boss Hoss**
NAME OF VESSEL

_____
ADDITIONAL VESSELS

REITANO EXHIBIT 7