**Mary Olive Pierson**

**From:** reitanoc@aol.com
**Sent:** Monday, September 09, 2013 10:18 AM
**To:** Mary Olive Pierson
**Subject:** Jennifer Keough emails

Christine - I spoke to Neil. He thinks it would be a good idea if Tiger called him before calling Mr. Juneau on Monday. Neil's direct line is 631-470-5154. Hope your having a great time.

Jennifer M. Keough
Chief Operating Officer
GCG
1531 Utah Ave S Suite 600
Seattle, WA 98134
Phone: (206) 876-5276
Email: jennifer_keough@gcginc.com
www.gcginc.com

----- Original Message -----
From: Christine Reitano
Sent: Friday, June 29, 2012 10:50 PM
To: Jennifer Keough
Subject: Re: Sarasota

Jennifer - thank you - the visit was great - I love seeing the various moving parts of this epic program!

Have to tell you that an email from Orran today confirmed your sentiments about the GCG/BG meeting yesterday, wholeheartedly. I am so encouraged and optimistic that we will all be able to work together in a very complimentary fashion, maximizing the talents and efforts of all, and ultimately maximizing the benefit to claimants.

Spoke to Tiger - he's interested! He, like the rest of us, is somewhat burned out on the traditional practice of law. He's followed everything I have been doing so far (he's had no choice - I consult with him constantly!) and also, really feels he could work well with you and Neil. He is going to call Pat on Monday to get his thoughts.

Otherwise, I do have a few other people in mind, not sure of their availability or willingness to make a move - but I will inquire.

1

REITANO EXHIBIT 10

Great seeing you, always a perfect hostess, safe trip back, I'll follow up with you soon,

Christine
Sent from my iPhone

On Jun 29, 2012, at 1:57 PM, "Jennifer Keough" <jennifer.keough@gardencitygroup.com> wrote:

Christine - Thanks much for taking the time to visit today. If I don't talk to you have a great weekend. I'll have shirts (for you and Mr. Juneau) and the pamphlets sent to you so they will be there when you return to NOLA.

> When you can, talk to Tiger about that other issue and the referral and see what he thinks.

Best, Jen

Jennifer M. Keough
Chief Operating Officer
GCG
1531 Utah Ave S Suite 600
Seattle, WA 98134
Phone: (206) 876-5276
Email: jennifer_keough@gcginc.com
www.gcginc.com

---

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

2

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.