UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2179  SECTION:  J  JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATED TO: *Civil Action No. 2:13-cv-01386* | ) ) ) | |

**EX PARTE CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

**NOW COMES OPA TEST CASE PLAINTIFF,** Eugene I. Davis, as Trustee of the Seahawk Liquidating Trust, the duly authorized successor to Seahawk Drilling Inc., and its various subsidiaries (hereinafter "Plaintiff") who, through the Plaintiffs' Steering Committee, respectfully requests leave of this Court to file its Second Amended Complaint pursuant to this Court's Order dated October 27, 2014. [Rec. Doc. 13557].

1.

Plaintiff filed their original Complaint on or before April 20, 2013.

2.

Pursuant to this Court's Scheduling Order dated June 3, 2014 [Rec. Doc. 12972] Plaintiff filed their First Supplemental and Amending Complaints on June 5, 2014.

3.

Plaintiff now seeks leave to file its Second Amended Complaint in accordance with the reasons set forth in this Court's Agreed Upon Test Case Scheduling Order, recent Order of this Court, and as set forth by Plaintiff in its Complaints.

1

4.

Plaintiff certifies that Defendant BP Exploration & Production, Inc., has been apprised of and has no objection to the instant motion or the relief sought herein.

WHEREFORE, Plaintiff respectfully requests this Court grant their Ex Parte Consent Motion for Leave to File its Second Amended Complaint.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Harman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 1511 |
| Herman Herman & Katz LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |

| | |
|---|---|
| /s/ Conrad S.P. Williams, III | /s/ Eric D. Madden |
| **WILLIAMS LAW GROUP, LLC** | **REID COLLINS &TSAI LLP** |
| CONRAD S.P. WILLIAMS, III (#14499) | Williams T. Reid, IV |
| MEREDITH R. DURHAM (#33112) | Eric D. Madden |
| 909 Poydras Street, Ste. 1625 | 1601 Elm Street, 49th Floor |
| New Orleans, Louisiana 70112 | Dallas, TX 75201 |
| Office: (504) 200-0000 | (214) 420-8900 (telephone) |
| Fax No. (504) 200-0001 | (214) 420-8909 (facsimile) |
| E-Mail: Duke@williamslawgroup.org | emadden@rctlegal.com |
| E-Mail: Meredith@Williamslawgroup.org | |

-and-

DIAMOND MCCARTHY LLP
Michael J. Yoder
909 Fannin Street, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)
myoder@diamondmccarthy.com

*Counsel for Eugene I. Davis, as Trustee of the Seahawk Liquidating Trust*


## PLAINTIFFS' STEERING COMMITTEE

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

**CERTIFICATE OF SERVICE**

      We hereby certify that the above and foregoing pleading will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 6th day of November, 2014.

  */s/ Meredith R. Durham*