UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG      ) | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the   ) | |
|     GULF OF MEXICO, on                    ) | SECTION:  J |
|     APRIL 20, 2010                              ) | |
|                                          ) | JUDGE BARBIER |
|                                          ) | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATED TO:   ) | |
|     *Civil Action No. 2:13-cv-01386*       ) | |

**ORDER**

CONSIDERING the foregoing Ex Parte Consent Motion for Leave to File its Second Amended Complaint,

IT IS ORDERED that Plaintiff's Motion be and hereby is GRANTED this _____ day of _____, 2014, in New Orleans, Louisiana.

 

_____
MAGISTRATE JUDGE SHUSHAN

1