UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: Nos. 10-2179; 10-4536 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## MOTION TO ENFORCE COURT'S ORDER EXCLUDING CULPABILITY EVIDENCE AGAINST ANADARKO

Anadarko Petroleum Corporation hereby respectfully moves the Court to enforce its earlier order excluding all evidence and arguments relating to Anadarko's alleged "culpability" for the *Deepwater Horizon* oil spill. Minute Order, Rec. Doc. 12592. For the reasons set forth in the accompanying memorandum, Anadarko's objections to the Government's "culpability" exhibits should be sustained, portions of the reports of Gardner Walkup pertaining to Anadarko's "culpability" should be stricken, and the government should be precluded from offering opinions of Gardner Walkup pertaining to Anadarko's "culpability" at trial.

Respectfully submitted,

DATED: November 7, 2014              **BINGHAM McCUTCHEN LLP**

/s/ *James J. Dragna*_____
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436

1

Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
Thomas Lotterman
thomas.lotterman@bingham.com
David B. Salmons
david.salmons@bingham.com
Bryan M. Killian
bryan.killian@bingham.com
Randall M. Levine
randall.levine@bingham.com
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November, 2014.

                                                                 /s/ *James J. Dragna*
                                                                       James J. Dragna