UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| This Document Relates to:<br>Nos. 10-2179; 10-4536 | * * * | |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### ORDER

Upon consideration of Defendant Anadarko Petroleum Corporation's Motion to Enforce Court's Order Excluding Culpability Evidence against Anadarko, filed on November 7, 2014, and good cause being shown, the Motion is hereby GRANTED.

The Court orders that:

1. Anadarko's objections to the culpability exhibits on the Government's Penalty Phase trial exhibit list are sustained. The Government shall submit an appropriately amended trial exhibit list.

2. Pages 18-28 of Walkup's September 12, 2014 Rule 26 expert report are stricken.

3. Pages 7-19 of Walkup's September 26, 2014 Rule 26 expert report are stricken.

4. The Government is precluded from offering at trial the opinions of Gardner Walkup concerning any aspect of Anadarko's "conduct as a non-operator in connection with Macondo."

SO ORDERED

This ____ day of _____, 2014.

_____
CARL BARBIER
United States District Court for the Eastern
District of Louisiana