# Exhibit D

Excerpts from Transcript of March 21, 2014
Status Conference

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4                                        *

IN RE:  OIL SPILL BY THE OIL RIG    *    Docket 10-MD-2179

5       *DEEPWATER HORIZON* IN THE        *

        GULF OF MEXICO ON                *    Section J (1)

6       APRIL 20, 2010                   *

                                         *    New Orleans, Louisiana

7                                        *

                                         *    March 21, 2014

8                                        *

Applies to:  All Cases              *    9:00 a.m.

9                                        *

 * * * * * * * * * * * * * * * * * *

10                                       *

UNITED STATES OF AMERICA            *    C.A. 10-4536

11                                       *

                                         *    Section J (1)

12  versus                              *

                                         *    New Orleans, Louisiana

13                                       *

BP EXPLORATION & PRODUCTION,        *    March 21, 2014

14  INC., ET. AL.                       *

                                         *    9:00 a.m.

15  * * * * * * * * * * * * * * * * * *

16

17          STATUS CONFERENCE RE: PENALTY PHASE
                  AND MOTION HEARING BEFORE
                 THE HONORABLE CARL J. BARBIER
18               UNITED STATES DISTRICT JUDGE
                            AND
19               THE HONORABLE SALLY SHUSHAN
                 UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

OFFICIAL TRANSCRIPT

1  bundles were even prepared, I think, but they just aren't in

2  evidence.

3         THE COURT:  I'll say this:  I don't think this

4  argument is going to get you anywhere, I really don't, at least

5  not in this court.

6            It's pretty clear to me that once I -- based on

7  my ruling that Anadarko had no legal duty to intervene or so

8  forth in the context of this well and they could not as a

9  matter of law be negligent, I don't see how you can argue they

10  had some higher degree of culpability beyond strict liability,

11  which there's no dispute they have that.  At least, there's no

12  dispute as far as I'm concerned.

13            So I'm going to -- let's see.  Is there a --

14  it's a motion by Anadarko to exclude culpability; correct?

15         MS. KIRBY:  Yes, Your Honor.

16         MR. SALMONS:  Yes, Your Honor.

17         THE COURT:  I'm going to grant that motion.  This is

18  Record Document 12343.  That's granted.

19         MS. FLICKINGER:  Thank you, Your Honor.

20         THE COURT:  BP's got -- excuse me.  Sarah, I'll let

21  you speak in a minute.

22         MS. HIMMELHOCH:  Okay.

23         THE COURT:  BP has a combined motion in limine to

24  exclude from the penalty phase two things.  One is additional

25  evidence of culpability.  To that extent, I'm granting BP's

1    motion also, which is Record Document 12347.

2                    The second part of that motion by BP is to

3    exclude evidence relating to unrelated prior incidents, and

4    that was what we talked about earlier.  I'm going to --

5                    This is what I'll do:  I'm going to deny BP's

6    motion to the extent it seeks a ruling from the Court, that at

7    this time the government's evidence on prior incidents has to

8    be limited to BPXP violations of Section 311, with a further

9    stipulation that the government is limited to coming forward

10   with the four specific cases that they've identified, and BP

11   will have a chance to -- we'll have a chance to make the final

12   decision before trial as to whether any or all of those are

13   admissible or not.

14                    **MR. LANGAN:**  Thank you, Your Honor.

15                    **THE COURT:**  Okay.

16                    **MS. HIMMELHOCH:**  Your Honor, Sarah Himmelhoch.  Just

17   a quick question on your ruling on the culpability motion.

18                    **THE COURT:**  Yes.

19                    **MS. HIMMELHOCH:**  Since we are going factor by factor,

20   some of these facts may be relevant to arguments under "such

21   other factors as may be required."  So my question is:  Is your

22   ruling that the types of facts discussed in the motion may not

23   be entered as to any factor or only as to the culpability

24   factor?

25                    **THE COURT:**  As to what we just talked about, I don't

1   think -- to the extent I've said they're excluded, they're

2   excluded from the trial.  Yeah.

3          **MS. HIMMELHOCH:**  Okay.  Thank you.

4          **THE COURT:**  Another issue deals with the discovery

5   of, I guess it's financial information.  The question is:  Is

6   the government entitled to discover financial information

7   beyond BPXP and beyond Anadarko -- is it Anadarko Petroleum

8   Company?  Is that the name?

9          **MS. KIRBY:**  That's correct.

10          **THE COURT:**  Yeah.  So this goes to the economic

11   impact, I guess, on the violator.

12              Mr. O'Rourke, or who wants to speak on that over

13   here?

14          **MS. HANKEY:**  Yes, Your Honor.  Rachel Hankey for the

15   United States.

16          **THE COURT:**  Okay.

17          **MS. HANKEY:**  So I think -- I think it's a little

18   unclear what our disagreement with BPXP is at this point on

19   what discovery we're entitled to.

20          **THE COURT:**  Well, I think their argument is that --

21   let me state what I understand and then you can tell me if I'm

22   wrong or argue otherwise.  But my understanding is that BPXP

23   says that they're the violator -- that's the entity that is the

24   designated responsible party and violator and, therefore, the

25   Court needs to consider only -- not only their conduct, but

1    **MAGISTRATE JUDGE SHUSHAN:**  I think that's fine.  Why

2    don't you toll what you have and think about what substitute

3    discovery you may want to propound and we can have a telephone

4    status conference in the next week or so.

5    **MS. HIMMELHOCH:**  I'll try to set up a call among

6    counsel before that to see if we can't work out some of it

7    before --

8    **THE COURT:**  Do you want to schedule anything here

9    today?

10   **MAGISTRATE JUDGE SHUSHAN:**  No, I'll get back to them

11   on that.

12   **THE COURT:**  Anything else you want to add?

13   **MAGISTRATE JUDGE SHUSHAN:**  No.

14   **THE COURT:**  Okay.  Anybody have anything else?

15   All right.  Have a good day.

16   (WHEREUPON, the proceedings were concluded.)

17   \*\*\*\*\*

18   <u>**CERTIFICATE**</u>

19   I, Jodi Simcox, RMR, FCRR, Official Court Reporter
     for the United States District Court, Eastern District of
20   Louisiana, do hereby certify that the foregoing is a true and
     correct transcript, to the best of my ability and
21   understanding, from the record of the proceedings in the
     above-entitled and numbered matter.

22

23   *s/Jodi Simcox, RMR, FCRR*
     Jodi Simcox, RMR, FCRR
24   Official Court Reporter

25

OFFICIAL TRANSCRIPT