# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| This Document Relates to:<br>Nos. 10-2179; 10-4536 | * * | |
| | * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## REQUEST FOR ORAL ARGUMENT ON
## MOTION TO ENFORCE COURT'S ORDER EXCLUDING
## CULPABILITY EVIDENCE AGAINST ANADARKO

Pursuant to Local Rule 78.1, Anadarko Petroleum Corporation hereby respectfully requests oral argument on Anadarko's Motion to Enforce Court's Order Excluding Culpability Evidence against Anadarko, Rec. Doc. 13633. Anadarko avers that oral argument will clarify the issues and assist the Court in its disposition of the motion.

Respectfully submitted,

DATED: November 7, 2014        **BINGHAM McCUTCHEN LLP**

/s/ *James J. Dragna*_____
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
Thomas Lotterman

1

thomas.lotterman@bingham.com
David B. Salmons
david.salmons@bingham.com
Bryan M. Killian
bryan.killian@bingham.com
Randall M. Levine
randall.levine@bingham.com
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November, 2014.

                                                             /s/ *James J. Dragna*
                                                                James J. Dragna