UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  11-1439, 11-1440, and 12-1978 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

The Court has considered the *in camera* submissions made by the First and Second Excess Layer Insurers, BP, and Transocean regarding payments to be made from the First Excess Layer Insurance Policies in the First Excess Layer Interpleader Actions (Case Nos. 11-1439 and 11-1440), and the Second Excess Layer Insurance Policy in the Second Excess Layer Interpleader Action (Case No. 12-1978).  The Court hereby sustains in part the objections to the settlements, as specified in the schedule submitted by the parties *in camera* on November 10, 2014, and the Court orders payment to Transocean in accordance with that schedule.

The Court further orders, adjudges, and decrees, without prejudice to the parties' respective positions in the insurance litigation in MDL No. 2179, and any appeals therefrom, that the First and Second Excess Layer Insurers are discharged from any further obligations or liability under the First and Second Excess Layer Insurance Policies to the extent of the aforementioned payments, but only to the extent of said payments, and the Court will enter a judgment accordingly at the conclusion of the respective Interpleader Actions.

New Orleans, Louisiana, this 10th day of November, 2014.

_____
SALLY SHUSHAN
United States Magistrate Judge