# EXHIBIT 3

**UNITED STATES' OPPOSITION TO:**

**BPXP'S MOTION TO STRIKE THE EXPERT REPORTS OF WALTER H. CANTRELL AND RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO PRIOR INCIDENTS (Rec. Doc. 13475)**

# Annual Report and Form 20-F 2010

bp.com/annualreport



# What's inside?

**5 Business review**
- 6 Chairman's letter
- 8 Board of directors
- 10 Group chief executive's letter
- 12 Progress in 2010
- 14 Group overview
- 34 Gulf of Mexico oil spill
- 40 Exploration and Production
- 55 Refining and Marketing
- 61 Other businesses and corporate
- 63 Liquidity and capital resources
- 68 Corporate responsibility
- 76 Research and technology
- 78 Regulation of the group's business
- 81 Certain definitions

**83 Directors and senior management**
- 84 Directors and senior management
- 87 Directors' interests

**89 Corporate governance**
- 90 Board performance report
- 105 Corporate governance practices
- 106 Code of ethics
- 106 Controls and procedures
- 107 Principal accountants' fees and services
- 108 Memorandum and Articles of Association

**111 Directors' remuneration report**
- 112 Part 1 Summary
- 114 Part 2 Executive directors' remuneration
- 120 Part 3 Non-executive directors' remuneration

**123 Additional information for shareholders**
- 124 Critical accounting policies
- 127 Property, plants and equipment
- 127 Share ownership
- 128 Major shareholders and related party transactions
- 129 Dividends
- 130 Legal proceedings
- 133 Relationships with suppliers and contractors
- 134 Share prices and listings
- 135 Material contracts
- 135 Exchange controls
- 135 Taxation
- 137 Documents on display
- 137 Purchases of equity securities by the issuer and affiliated purchasers
- 138 Fees and charges payable by a holder of ADSs
- 138 Fees and payments made by the Depositary to the issuer
- 139 Called-up share capital
- 139 Administration
- 139 Annual general meeting
- 140 Exhibits

**141 Financial statements**
- 142 Consolidated financial statements of the BP group
- 150 Notes on financial statements
- 228 Supplementary information on oil and natural gas (unaudited)
- PC1 Parent company financial statements of BP p.l.c.


6033
Exhibit No. _____
Worldwide Court Reporters, Inc.

TREX-06033

# Miscellaneous terms

In this document, unless the context otherwise requires, the following terms shall have the meaning set out below.

**ADR**
American depositary receipt.

**ADS**
American depositary share.

**AGM**
Annual general meeting.

**Amoco**
The former Amoco Corporation and its subsidiaries.

**Annulus**
The space between two concentric objects, such as between the wellbore and casing of an oil well or between casing and tubing, where fluid can flow. It allows fluids, such as drilling mud, to circulate in the well.

**Atlantic Richfield**
Atlantic Richfield Company and its subsidiaries.

**Associate**
An entity, including an unincorporated entity such as a partnership, over which the group has significant influence and that is neither a subsidiary nor a joint venture. Significant influence is the power to participate in the financial and operating policy decisions of an entity but is not control or joint control over those policies.

**Barrel**
42 US gallons.

**b/d**
barrels per day.

**boe**
barrels of oil equivalent.

**BP, BP group or the group**
BP p.l.c. and its subsidiaries.

**Burmah Castrol**
Burmah Castrol PLC and its subsidiaries.

**Cent or c**
One-hundredth of the US dollar.

**The company**
BP p.l.c.

**Dollar or $**
The US dollar.

**EU**
European Union.

**GAAP**
Generally accepted accounting practice.

**Gas**
Natural gas.

**GCRO**
Gulf Coast Restoration Organization.

**Hydrocarbons**
Crude oil and natural gas.

**IFRS**
International Financial Reporting Standards.

**Joint control**
Joint control is the contractually agreed sharing of control over an economic activity, and exists only when the strategic financial and operating decisions relating to the activity require the unanimous consent of the parties sharing control (the venturers).

**Joint venture**
A contractual arrangement whereby two or more parties undertake an economic activity that is subject to joint control.

**Jointly controlled asset**
A joint venture where the venturers jointly control, and often have a direct ownership interest in the assets of the venture. The assets are used to obtain benefits for the venturers. Each venturer may take a share of the output from the assets and each bears an agreed share of the expenses incurred.

**Jointly controlled entity**
A joint venture that involves the establishment of a corporation, partnership or other entity in which each venturer has an interest. A contractual arrangement between the venturers establishes joint control over the economic activity of the entity.

**Liquids**
Crude oil, condensate and natural gas liquids.

**LNG**
Liquefied natural gas.

**London Stock Exchange or LSE**
London Stock Exchange plc.

**LPG**
Liquefied petroleum gas.

**mb/d**
thousand barrels per day.

**mboe/d**
thousand barrels of oil equivalent per day.

**mmBtu**
million British thermal units.

**mmboe**
million barrels of oil equivalent.

**mmcf**
million cubic feet.

**mmcf/d**
million cubic feet per day.

**MW**
Megawatt.

**NGLs**
Natural gas liquids.

**OPEC**
Organization of Petroleum Exporting Countries.

**Ordinary shares**
Ordinary fully paid shares in BP p.l.c. of 25c each.

**Pence or p**
One-hundredth of a pound sterling.

**Pound, sterling or £**
The pound sterling.

**Preference shares**
Cumulative First Preference Shares and Cumulative Second Preference Shares in BP p.l.c. of £1 each.

**PSA**
A production-sharing agreement (PSA) is an arrangement through which an oil company bears the risks and costs of exploration, development and production. In return, if exploration is successful, the oil company receives entitlement to variable physical volumes of hydrocarbons, representing recovery of the costs incurred and a stipulated share of the production remaining after such cost recovery.

**SEC**
The United States Securities and Exchange Commission.

**Subsidiary**
An entity that is controlled by the BP group. Control is the power to govern the financial and operating policies of an entity so as to obtain the benefits from its activities.

**Tonne**
2,204.6 pounds.

**Trust**
Deepwater Horizon Oil Spill Trust.

**UK**
United Kingdom of Great Britain and Northern Ireland.

**US**
United States of America.