# EXHIBIT 7

**UNITED STATES' OPPOSITION TO:**

**BPXP'S MOTION TO STRIKE THE EXPERT REPORTS OF WALTER H. CANTRELL AND RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO PRIOR INCIDENTS (Rec. Doc. 13475)**

# MAJOR INCIDENT INVESTIGATION REPORT

# BP GRANGEMOUTH SCOTLAND

# 29th MAY – 10th JUNE 2000

## A PUBLIC REPORT PREPARED BY THE HSE ON BEHALF OF THE COMPETENT AUTHORITY

Date of Publication 18th August 2003


HSE Health & Safety Executive


SEPA

8069
Exhibit No. ———
Worldwide Court Reporters, Inc.

TREX-08069

CONFIDENTIAL          BP-HZN-2179MDL03019576

BP Grangemouth – Major Incident Investigation Report

# ROUTE MAP FOR THE REPORT

This Major Incident Investigation report has been produced by the Health and Safety Executive (HSE) on behalf of the Competent Authority and is available on the Internet via the HSE home page at www.hse.gov.uk.

The report contains a description of the following:
- The three incidents that occurred at the BP Grangemouth Complex between 29th May 2000 and 10th June 2000;
- The immediate response of BP following the incidents (this includes the investigation carried out by the BP Task Force);
- The series of investigations carried out by the Competent Authority in the aftermath of the incidents;
- The subsequent findings of the Competent Authority investigations.

The report also summarises the following:
- BP's learnings from these incidents and the actions taken by BP;
- The key lessons for major accident hazard sites;
- Wider messages for industry.

The report contains hyperlinks to enable the reader to move around the report, and internet links to other information available on the HSE website and external websites. This allows the reader to access additional information directly from this report and hence to broaden their knowledge and understanding of the information described should they wish to do so.

Although the report is predominantly concerned with the series of incidents that occurred at the BP Grangemouth Complex in 2000 it is being published at a time when the HSE has embarked on the "Revitalising Health and Safety" strategy. This strategy aims to "prevent major incidents with catastrophic consequences occurring in high-hazard industries". The opportunity is therefore also taken to remind industry of its responsibilities with some messages from the HSE.

To assist the reader in navigating around the report a simple route map is given below. Simply click on the appropriate box to be routed directly to the relevant section.

CONFIDENTIAL                                           BP-HZN-2179MDL03019579

BP Grangemouth – Major Incident Investigation Report

## EXECUTIVE SUMMARY

### Background

The BP Grangemouth Complex (the Complex) is a Major Accident Hazard (MAH) site as defined under the Control of Major Accident Hazard Regulations (COMAH) 1999 which implements the Seveso II Directive in the UK. It is one of the largest of the 950 COMAH sites in the UK.

The Complex is an important centre of UK operations for BP and of major strategic importance for the BP Group.

The COMAH Regulations require a MAPP (Major Accident Prevention Policy) to be produced for the Complex which requires a very high standard of management of major accident hazards to be demonstrated and that the operator will take all measures necessary for the control and prevention of major accidents.

Operators of "top tier" sites are also required to prepare safety reports which identify the systems used by the operators to ensure their processes are operated safely at all times and that adequate steps are taken, so far as is reasonably practicable, to prevent major accidents or in the event of such accidents, to limit the effects on people and the environment.

Such reports for the top tier installations at the Complex (incorporating a MAPP for the Complex) had been prepared and submitted to the Competent Authority for examination and assessment and were under review in May 2000 when the incidents took place.

Under the COMAH Regulations, operators are also required to provide information on safety measures at their establishments to persons likely to be affected by a major accident occurring at their establishment. On and off-site emergency planning is also a key component. The Complex had provided such information to the local authorities for inclusion in an off-site emergency plan and prepared an on-site plan.

The Competent Authority is required to carry out significant regulatory activity including inspections in order to ensure that the operations are being conducted in accordance with both legislative requirements and company claims as evidenced in the COMAH safety reports. Prior to the series of incidents that occurred in May/June 2000 the Complex was already the subject of significant regulatory activity and the HSE were in discussion with the management at the Complex concerning a number of safety issues which were of concern. The new Complex Director appointed in October 1999 had accepted that the Competent Authority concerns were valid at a meeting in November 1999 and a major management action plan was already underway to improve safety performance on-site prior to the incidents.

During the period between 29th May and 10th June 2000 three incidents occurred at the Complex. These incidents were subsequently investigated, as required under COMAH Regulation 19, by the Competent Authority and by BP in order to determine

04-08-03  3

CONFIDENTIAL

BP-HZN-2179MDL03019587

the underlying root causes of the incidents and to identify any lessons that needed to be learned.

In addition the Complex Director also immediately set up a BP Task Force to undertake a wider review of all operating units and functions across the Complex and commissioned some external independent investigations and assessments. These were aimed at determining the overall effectiveness of current arrangements at the Complex for health, safety and environmental affairs. The BP Task Force was the largest audit team ever assembled for a petrochemical complex and completed 4 man years of work in 8 weeks.

The power distribution failure (29th May), the medium pressure (MP) steam main rupture (7th June) and the Fluidised Catalytic Cracker Unit (FCCU) fire (10th June) each had the potential to cause fatal injury and environmental impact, although no serious injury occurred, and there was only short term impact on the environment. BP were prosecuted on indictment in Falkirk Sheriff Court on 18th January 2002 and pleaded guilty to two charges relating to the FCCU fire and the MP steam main rupture incidents. BP Chemicals Limited were fined £250,000 and BP Oil Grangemouth Refinery Limited were fined £750,000.

This public report into the series of incidents is designed to summarise the incidents and the following investigations carried out by the Competent Authority and by BP. Full details of all the detailed investigative work carried out by the Competent Authority and BP and all the detailed incident specific findings and legal work are not presented here.

The report seeks to reassure the public that a series of thorough and detailed investigations into the causes of the incidents have been carried out by all parties concerned. In addition the report is intended to demonstrate that a number of lessons have been learned both by BP and by the regulators and actions have been taken in order to improve safety performance at the Complex. The report is also intended to be viewed by a wider audience of companies, safety professionals and Trade Union representatives involved in the major accident hazard industries and to serve as a reminder of many of the issues that need to be addressed by safety reports for major hazard installations. Operators of COMAH sites are expected to carefully consider the contents of this report and the HSE will use Trade Association contacts plus site inspection plans and other means to publicise the incidents and to ensure the lessons are widely learned.

CONFIDENTIAL　　　　BP-HZN-2179MDL03019588

BP Grangemouth – Major Incident Investigation Report

specifically to the circumstances surrounding each of the incidents were made and are included in the main text of this report.

The investigations also identified a number of common themes and a number of wider conclusions were drawn as a result of the investigations relating to the health, safety and environmental management system at Grangemouth. These were:

- BP Group Policies set high expectations but these were not consistently achieved because of organisational and cultural reasons;
- BP Group and Complex Management did not detect and intervene early enough on deteriorating performance;
- BP failed to achieve the operational control and maintenance of process and systems required by law;
- The BP Task Force findings and recommendations properly addressed the way forward to ensure safe and reliable operations at the Complex.

Recommendations were made by the Competent Authority for the BP Grangemouth Complex and for BP Group and these are included in the main text of the report.

## Key Lessons for Industry

The investigations into the circumstances surrounding the three incidents at the Complex have resulted in a number of issues being identified from which BP and the HSE consider lessons can be learned. These lessons are of relevance to all companies who are regulated under the Control of Major Accident Hazards (COMAH) Regulations 1999 for major hazard installations and also to a wider audience throughout industry.

These lessons should be addressed by other operators, and management systems put in place to prevent any major accidents (including a repetition of any of the three incidents reported here) from occurring.

The HSE consider that these lessons will assist the major hazards industry in reducing the probability of major accident incidents occurring and in reducing the severity of any events which do subsequently occur. This should help in achieving a significant reduction in the number of reportable incidents. The "Revitalising Health and Safety" strategy document from the HSE sets a goal to "prevent major incidents with catastrophic consequences occurring in high-hazard industries" and sets a target of "a 20% reduction in RIDDOR dangerous occurrences and COMAH Regulation 21 major accidents (accidents of sufficient seriousness to require notification to the European Commission)" by 2004. These lessons, if learned, should help to achieve this target which has been set as an industry objective and signed up to by many of the leading companies in the major hazard industries.

CONFIDENTIAL                                                           BP-HZN-2179MDL03019593

BP Grangemouth – Major Incident Investigation Report

## 5. Health, Safety and Environmental Management at the BP Grangemouth Complex

### 5.1 Overview

During the initial investigations into each of the incidents the Competent Authority decided to carry out a site wide investigation by members of the HSE's Human Factors team into overall health, safety and environment I management at the Grangemouth Complex to consider whether underlying human and managerial factors provided a possible explanation for the incidents. The investigation addressed the safety management system and safety culture and explored wider human factors issues both as possible explanations for the incidents and to establish the current situation across the entire Complex.

The occurrence of three separate incidents on the Complex within a two week period was of concern not only to the Competent Authority and BP, but to others including the Local Authority, Trade Union safety representatives, Members of Parliament (MP's), Members of the Scottish Parliament (MSP's) and the local Grangemouth population. There was, in addition, some public speculation of whether issues such as alleged lack of investment or de-manning were contributory factors to the incidents. In the event the Competent Authority did not find any evidence to support the allegations that either a lack of investment or de-manning were contributory factors to the incidents. Further the information considered by the Competent Authority did not justify the view that there had been a lack of investment at the Complex. BP provided evidence that the investment level in the Complex was above relevant industry benchmark levels.

Previous concerns about health, safety and environmental management on COMAH issues at Grangemouth had been expressed directly to the management of the Complex by the Competent Authority in November 1999. These concerns were accepted as valid by the Complex Director and as a result there were already on-going discussions between BP and the Competent Authority, prior to the series of incidents, about how to effect improvements.

It had been recognised by BP prior to November 1999 that the historical management and business structure at the Complex required to be changed. As a result a new Complex Director was appointed in November 1999 with specific responsibility for integrating and unifying the management structure. The Complex Director immediately took action to strengthen the senior management team and in April 2000 established the Grangemouth Leadership Team. A new single site health and safety management system and standard was also introduced as an integral part of the new unified management structure. Implementation of these initiatives had not been fully completed by the time of the incidents.

The single health and safety management system introduced at the Complex was directly linked to BP's health, safety and environmental management system framework "Getting HSE Right (GHSER)". This overriding commitment to

CONFIDENTIAL    BP-HZN-2179MDL03019645

BP Grangemouth – Major Incident Investigation Report

excellence in health, safety and environmental matters can be summed up in three simple goals:
- No accidents;
- No harm to people;
- No damage to the environment.

The incident specific investigations and key findings have been discussed in the previous sections and each identified a number of technical issues for the incidents. Each separate incident investigation also highlighted some weaknesses in the management systems and procedures which contributed to the series of events leading up to each incident. Similar findings were also found by the BP Task Force audit team.

The investigation by the HSE's Human Factors team found that, due to the history of decentralised management, strong differences in systems, style and culture persisted across the Complex. This history had also inhibited development of a strong, consistent overall strategy for major accident prevention, and had been a barrier to cross-site communication and sharing of learnings. The key findings of the Human Factors team explained why, notwithstanding the high standards set by BP, those standards were not always implemented and met consistently over each part of the Complex. The consequences of a non-unified management structure and differences resulting from the three historical business streams operating at the Complex, in large part provided a compelling explanation of the incidents which occurred.

The following schematic sets out the relationship between the various investigations.

CONFIDENTIAL   BP-HZN-2179MDL03019646

Case 2:10-md-02179-CJB-DPC   Document 13637-7   Filed 11/10/14   Page 9 of 10

BP Grangemouth – Major Incident Investigation Report

considerable effort and enthusiasm were put into capital projects and fixing problems, but less focus was given to longer term programmes of review and continuous improvement of existing plant than was evident in other parts of the Complex.

The investigation also found that there was a more optimistic perception of safety performance than might be borne out by comparison with different performance indicators. This was due to real and commendable success in managing personal injury rates down to a very low level, together with a failure to adequately distinguish these successes from process safety management. This imbalance between the effort put into personal injury versus major accident prevention was by no means unique to BP. The Competent Authority and others have found similar tendencies in other comparable businesses.

While the investigation team found deficiencies in management style and culture in the former Oils business these shortcomings were not replicated in other parts of the Complex. The FPS was, in particular, found to have a more careful and considered approach to management and general health and safety issues. The investigation also found that while the Chemicals business in the Complex did require to improve in some respects there were many examples of good practice.

BP also employed an independent consultancy to carry out a detailed analysis of the procedures and systems in place at the Complex for health and safety management. (See Appendix 3 for further details).

### 5.2 Safety Management at the BP Grangemouth Complex – Findings

The key findings of the Competent Authority in relation to health, safety and environmental management at Grangemouth resulting from the incident specific investigations and the site wide safety culture and human factors investigation are given below.

1. **BP Group Policies**

    BP Group Policies set high expectations but these were not consistently achieved because of organisational and cultural reasons at the Complex:

    - BP Group Policies (Getting HSE Right (GHSER); Getting Maintenance and Reliability Right and the Major Accident Prevention Policy) set high standards and follow the principles of the HSE POPMAR model for successful health and safety management, and are capable of delivering compliance with the law and the company stated aims of "no accidents, no harm to people and no damage to the environment";
    - The management structure based on separate business streams acting in a loose federation remained substantially in place until April 2000, despite the changes implemented by the new Complex Director from November 1999. The historical structure did not enable consistent leadership and a strong site safety strategy to be set and consistently achieve high standards across the Complex;

CONFIDENTIAL                                                                         BP-HZN-2179MDL03019648

BP Grangemouth – Major Incident Investigation Report

- The three incidents would not have occurred if BP's high standards and policies and procedures been followed consistently across the Complex.

## 2. BP Group & Complex Management

BP Group & Complex Management did not detect and intervene early enough on deteriorating performance:

- Prior to the appointment of the new Complex Director and Health, Safety and Environmental Manager in October 1999 significant weaknesses existed in recognition of and acceptance of the safety and reliability performance with major accident hazard implications. A series of major initiatives had been instigated by BP in November 1999 to address this. However these did not have sufficient time to fully effect a significant improvement in culture and performance in the 6 months leading up to the series of incidents;
- Inadequate performance measurement and audit systems, poor root cause analysis of incidents, and incorrect assumptions about performance based on lost time accident frequencies (DAFWCF – days away from work case frequencies) and a lack of key performance indicators for loss of containment incidents meant that the company did not adequately measure the major accident hazard potential. Since the incidents BP have worked in conjunction with the wider chemical industry and with the HSE to develop new Key Performance Indicators for process safety.

## 3. COMAH and Pressure Systems Process Safety Regime

BP failed to achieve the operational control and maintenance of process and systems required by law:

- Insufficient management attention and resources was given to maintaining and improving technical standards for process operations and enforcing adherence to standards, codes of practice, good engineering practice, company procedures and the HSE guidance;
- Maintenance of containment and integrity of high hazard plant was inadequate at the FCCU and in the MP steam main incidents;
- Process safety review used elsewhere in BP for major accident hazard installations review (to analyse installation condition and ensure prevention of major incidents) was not used and no effective equivalent procedure was in place;
- Learnings from major chemical industry accident reports (Texaco and Associated Octel) were not adequately actioned. On-site loss of containment incidents of relevance to the FCCU incident were not properly analysed and actioned. The BP approach to ROSOV fitment in the FCCU did not appear to be based on a robust ALARP case;
- The safety report for the Fluidised Catalytic Cracker Unit (FCCU) installation claimed a higher level of reliability and safety performance than was actually present and therefore claims and conclusions made in the safety report that " hardware and software controls in place in the FCCU are adequate to prevent the occurrence of a major accident which

CONFIDENTIAL    BP-HZN-2179MDL03019649