# EXHIBIT 14

**UNITED STATES' OPPOSITION TO:**

**BPXP'S MOTION TO STRIKE THE EXPERT REPORTS OF WALTER H. CANTRELL AND RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO PRIOR INCIDENTS (Rec. Doc. 13475)**

S. Hrg. 109–766

# BP PIPELINE FAILURE

## HEARING

BEFORE THE

## COMMITTEE ON ENERGY AND NATURAL RESOURCES UNITED STATES SENATE

ONE HUNDRED NINTH CONGRESS

SECOND SESSION

TO

RECEIVE TESTIMONY RELATING TO THE EFFECTS OF THE BP PIPELINE FAILURE IN THE PRUDHOE BAY OIL FIELD ON U.S. OIL SUPPLY AND TO EXAMINE WHAT STEPS MAY BE TAKEN TO PREVENT A RECURRENCE OF SUCH AN EVENT

SEPTEMBER 12, 2006



Printed for the use of the
Committee on Energy and Natural Resources

U.S. GOVERNMENT PRINTING OFFICE

32–146 PDF         WASHINGTON : 2007

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov  Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250  Mail: Stop SSOP, Washington, DC 20402–0001

COMMITTEE ON ENERGY AND NATURAL RESOURCES

PETE V. DOMENICI, New Mexico, *Chairman*

| | |
|---|---|
| LARRY E. CRAIG, Idaho | JEFF BINGAMAN, New Mexico |
| CRAIG THOMAS, Wyoming | DANIEL K. AKAKA, Hawaii |
| LAMAR ALEXANDER, Tennessee | BYRON L. DORGAN, North Dakota |
| LISA MURKOWSKI, Alaska | RON WYDEN, Oregon |
| RICHARD M. BURR, North Carolina, | TIM JOHNSON, South Dakota |
| MEL MARTINEZ, Florida | MARY L. LANDRIEU, Louisiana |
| JAMES M. TALENT, Missouri | DIANNE FEINSTEIN, California |
| CONRAD BURNS, Montana | MARIA CANTWELL, Washington |
| GEORGE ALLEN, Virginia | KEN SALAZAR, Colorado |
| GORDON SMITH, Oregon | ROBERT MENENDEZ, New Jersey |
| JIM BUNNING, Kentucky | |

FRANK MACCHIAROLA, *Staff Director*
JUDITH K. PENSABENE, *Chief Counsel*
BOB SIMON, *Democratic Staff Director*
SAM FOWLER, *Democratic Chief Counsel*
DICK BOUTS, *Professional Staff Member*
DEBORAH ESTES, *Democratic Counsel*

BPCONG002630

# CONTENTS

## STATEMENTS

| | Page |
|---|---|
| Akaka, Hon. Daniel K., U.S. Senator from Hawaii | 4 |
| Barrett, Thomas, Vice Admiral (Retired), U.S. Coast Guard, Administrator, Pipeline and Hazardous Materials Safety Administration, Department of Transportation | 6 |
| Bingaman, Hon. Jeff, U.S. Senator from New Mexico | 3 |
| Bunning, Hon. Jim, U.S. Senator from Kentucky | 62 |
| Davies, Peter, Vice President and Chief Economist, BP, P.L.C., London, UK | 16 |
| Devens, John S., Ph.D., Executive Director, Prince William Sound Regional Citizens Advisory Council, Anchorage, AK | 78 |
| Domenici, Hon. Pete V., U.S. Senator from New Mexico | 1 |
| Dorgan, Hon. Byron L., U.S. Senator from North Dakota | 4 |
| Gruenspecht, Howard, Ph.D., Deputy Administrator, Energy Information Administration, Department of Energy | 11 |
| Hostler, Kevin, President and CEO, Alyeska Pipeline Service Company, Anchorage, AK | 26 |
| Landrieu, Hon. Mary L., U.S. Senator from Louisiana | 64 |
| Malone, Robert, President and Chairman, BP America, Inc., Houston, TX | 16 |
| Marshall, Steve, President, BP Exploration (Alaska), Anchorage, AK | 16 |
| Murkowski, Hon. Lisa, U.S. Senator from Alaska | 55 |
| Talent, Hon. James M., U.S. Senator from Missouri | 5 |
| Thomas, Hon. Craig, U.S. Senator from Wyoming | 5 |
| Van Tuyn, Peter, Partner, Bessenyey & Van Tuyn, Inc., Anchorage, AK | 29 |

## APPENDIX

| | |
|---|---|
| Responses to additional questions | 83 |

16

Mr. GRUENSPECHT. My understanding of the OPEC statements is that they have no plans to cut back production.

The CHAIRMAN. All right, very well. Thank you.

Now we're going to go to the BP side of the ledger here, Mr. Robert Malone, president and chairman of BP America. He is accompanied by two people. We're going to have their presence noted. Mr. Steve Marshall is the president of BP Exploration (Alaska) Inc., Anchorage, AK; is that correct?

Mr. MARSHALL. That's correct, yes.

The CHAIRMAN. And you have with you, Mr. Malone, and your vice president and chief economist, Mr. Peter Davies—or is it "Dae-Vees"?

Mr. DAVIES. It's "Dae-viss," yes indeed, sir.

The CHAIRMAN. Thank you.

Now, you have asked me, if there's an economic question that we ask and you need an answer, if you can ask your economist, and I agreed to that. And if you want to in some way question Mr. Steve Marshall, who has more longevity in some of these areas and would know an answer, rather than leave it open and vague, we will agree to that too at this point.

So would you now proceed to give us your background with the company and your record statement, please.

**STATEMENT OF ROBERT A. MALONE, PRESIDENT AND CHAIRMAN, BP AMERICA, INC., HOUSTON, TX; ACCOMPANIED BY STEVE MARSHALL, PRESIDENT, BP EXPLORATION (ALASKA) INC., ANCHORAGE, AK; AND PETER DAVIES, VICE PRESIDENT AND CHIEF ECONOMIST, BP, P.L.C., LONDON, UK**

Mr. MALONE. Thank you. Mr. Chairman and members of the committee, good morning. My name is Bob Malone and I'm the chairman and president of BP America.

BP America's recent operating failures are unacceptable. They have fallen short of what you and the American people expect from BP and they have fallen short of what we expect of ourselves. We know we will be measured by what we do, not what we say, and we are in action to fix the problems, and in doing so, regain the trust of you and the American people.

On August 6 I received word of severe corrosion in one of our eastern operating area transit lines in Alaska. The decision was made to shut down these transit lines to avert any possibility of an oil spill and to protect the environment. We fully recognize this decision was not without consequences, but it was the right thing to do.

We immediately initiated extensive testing of the transit lines on the western side of the field, assured ourselves that they were fit for continued service, and thus retained the production of about 200,000 barrels a day. Many were concerned about the impact on crude supply and gasoline prices. BP brought in cargoes of crude oil from around the world, some 3.5 million barrels. Other suppliers did the same. There have been no crude shortages and both crude oil and gasoline prices have steadily declined since the incident. BP continues to acquire stocks to replace the production that remains shut down.

17

BP is committed to fully restoring production as soon as we are confident that it can be done in a safe and environmentally responsible way. Continued inspections of the eastern operating area lines have shown little corrosion. We plan to submit a request to DOT to resume operations very soon.

Across BP, we have taken a number of actions to ensure that our businesses are run in a manner that meets our expectations and yours. Many of these were announced by John Browne on July 1 and they included my appointment. I'd like to highlight the following.

I've retained three of the foremost experts in the world on corrosion and infrastructure management to evaluate and make recommendations for improving the corrosion management program in Alaska. We will apply these learnings to the rest of our pipeline operations in America and around the world. We have added an additional $1 billion to the $6 billion already earmarked to upgrade all aspects of safety at our U.S. refineries and for integrity management in Alaska. Over $550 million, and that's net to us, will be spent on integrity management improvements in Alaska over the next 2 years.

We have initiated a review of our U.S. trading business by independent external auditors. They will examine the design of the trading organization, delegations of authority, standards and guidelines, resources, and the effectiveness of our controls and our compliance.

I've appointed former U.S. district judge Stanley Sporkin as an independent ombudsman reporting directly to me and I've asked him to conduct a review of all worker allegations that have been raised on the North Slope since 2000. I've established an operational advisory board that's composed of 15 business leaders in BP America to advise me on safety, operational integrity, and compliance. I'm in the process of recruiting an external advisory board to assist and advise me in monitoring BP's U.S. businesses, with particular focus again on safety, operational integrity, compliance, and ethics. I'm also building an internal team of experts that will work in the area of process safety, personnel safety, integrity, and compliance and ethics.

I continue to meet with employees to reinforce our expectations to them to ensure that BP's operations are safe, that they have the right and the responsibility to shut down any process they feel is unsafe or lacks appropriate integrity, and to raise any concern on any issue.

I am personally committed to rebuilding the public's confidence in BP America. I have the full support of our chief executive, John Browne, our executive leadership, and the entire BP Group, and I have been given all the authority necessary to accomplish this task. Bringing our operations to the level of excellence that you expect and we will demand is going to take time, and I would offer to this committee that I'd be happy to come back and report on our progress in 6 months and regularly thereafter.

Thank you, Mr. Chairman.

[The prepared statement of Mr. Malone follows:]

18

PREPARED STATEMENT OF ROBERT A. MALONE, CHAIRMAN AND PRESIDENT, BP AMERICA INC.

My name is Bob Malone and I am Chairman and President of BP America Inc. BP America is the U.S. holding company for all subsidiary companies operating in the United States. BP America, through its subsidiaries employs more than 36,000 people and produces 666,000 barrels of crude oil and 2.7 billion cubic feet of natural gas per day. We operate five refineries that process nearly 1.5 million barrels a day of crude oil, and a system of pipelines and terminals throughout the United States that supply over 70 million gallons per day of gasoline and distillate fuels to customers in 35 states.

BP Exploration Alaska (BPXA) is the operator of the largest oil field in North America—Prudhoe Bay on Alaska's North Slope. Our charge is to operate this field in a safe, efficient and environmentally responsible way for the benefit of the State of Alaska, our business partners, our customers, our employees and our shareholders. The public's faith in BP has been tested recently by corrosion discovered in the pipeline oil transit system that conveys processed crude oil from the North Slope gathering centers to Alaska's Trans Alaska Pipeline System (TAPS).

BP has fallen short of the high standards we hold for ourselves, and the expectations that others have for us. I commit that BP America will work closely with the State of Alaska, our employees, our regulators and Congress to take the necessary steps to restore your confidence in BP.

I will outline what I know of the operational incident at Prudhoe Bay and discuss several other operational challenges BP has experienced over the last 18 months and address many of the questions members of the Committee, regulators and others have raised. Most importantly, I will outline the steps that BP has taken or is committed to undertaking to address these challenges and enhance the public's confidence in our company.

PRUDHOE BAY

The Prudhoe Bay field is located 650 miles north of Anchorage and 400 miles north of Fairbanks. It is 1200 miles from the North Pole and 250 miles north of the Arctic Circle. Pump Station 1, the beginning of the Trans Alaska Pipeline System (TAPS), is located within the perimeter of the Prudhoe Bay field. For additional detail on Prudhoe Bay operations please refer to Exhibit 1 in the appendix.\*

Prior to 2000 the Prudhoe Bay field comprised the East Operating Area, operated by Atlantic Richfield Company (ARCO), and the West Operating Area, operated by BPXA. Upon acquisition of ARCO by BP, BPXA became the sole operator of Greater Prudhoe Bay. Although BPXA operates the field, a total of nine companies have a so-called "working interest" in the field leases. The costs and production are shared amongst the working interest owners, according to their ownership.

In March of 2006, BPXA discovered a leak along the GC-21 line in the Western Operating Area (Exhibit 2). This is a 34″ line that carries processed sales quality crude oil to a central gathering center for ultimate delivery into TAPS at pump station 1. The leak was approximately 5,000 barrels, the largest spill ever on the Alaskan North Slope. Shortly thereafter, the U.S. Department of Transportation (DOT) issued a Corrective Action Order (CAO) to BPXA ordering it to perform "smart pig" in-line inspection (ILI) tests along with other inspection methods along both the Western and Eastern Oil Transit Lines (OTLs). There were a number of complex technical issues to resolve before the tests could be conducted, including developing a solution for managing the solids generated during the pigging operation.

BPXA began pigging operations along the Lisburne OTL in June. ILI testing of the Lisburne OTL showed good results and affirmed our confidence that the lines were fit for service. BPXA began pigging operations along the Eastern OTL in early July. Analyses of these "smart pig" inspections were received on Friday, August 4 and indicated 16 significant anomalies at 12 different locations along the upstream segment of the Eastern OTL. BPXA began immediate physical and ultrasonic testing of these anomalies and verified the presence of additional corrosion. BPXA's inspections also revealed insulation staining along a segment of the Eastern OTL. With the knowledge of these results, BPXA immediately shut down production at Flow Station 2 as a precautionary measure and BPXA technicians subsequently discovered a small leak after close visual inspection along the FS-2 to FS-1 pipeline segment.

The smart pig results along the Eastern OTL were unexpected. Because the exact cause of the corrosion mechanism was unknown, BPXA was concerned over the con-

---

\*All exhibits have been retained in committee files.

24

BP's commitment to ensuring product supply to the market and its customers is not a new phenomenon. Immediately following Hurricanes Katrina and Rita, BP also took extraordinary steps to ensure product supplies to the United States. Some of these activities are listed below:

- Importing more than 29.5 million barrels of gasoline, diesel and jet fuel for delivery into markets in the Northeast, Florida and Gulf Coast through October of 2005.
- Transporting additional supplies to Florida, where this fuel can then be used in supply-short areas typically served by the Colonial Pipeline.
- Reversing the pipeline on the Texas City marine dock to accept vessel shipments and deliver product into Colonial pipeline.
- Extending supplies by utilizing the adjustments in environmental regulations (RVP and sulfur) that will help increase the overall supply of gasoline and aid distribution flexibility. This brought millions of extra barrels into the Midwest, Northeast and Southeast markets.
- Reaching an agreement with DoE to draw, on an exchange basis, up to 2 million barrels of sweet crude from the Strategic Petroleum Reserve for use in its Midwestern refineries. BP has drawn down 200,000 barrels of this loan amount. Additionally in an SPR auction held the week of September 12, we bid for and won 2.7 million barrels of sweet crude.
- Obtaining a Jones Act Waiver to enable a foreign flag vessel to shuttle crude oil from a platform to onshore facilities. This action enables an additional 50k BOPD and 200 MSCF of gas per day to be delivered to our U.S. system.

BP America will continue to play an active role in securing the crude and product supplies necessary to meet our refinery and customer demands. The market has shown great resiliency in its ability to quickly respond to supply disruptions and thus minimize impacts to the consumer. BP America is confident that market dynamics will successfully meet West Coast needs until full production is restored in Prudhoe Bay.

*Other Matters*

Over the last 18 months, BP America has also experienced a major tragedy, followed by a string of other incidents that cause some to question our U.S. operations. I have been brought in to help address these and other issues. I would like to briefly comment on the incidents and explain our plan moving forward.

In Texas City, a March 2005 explosion at one of our facilities was the greatest tragedy ever experienced by the BP family. The harm it caused and the lessons learned from it will never be forgotten. In the aftermath of this tragedy we made and continue to make significant changes in our approach to process safety and in the way we operate and monitor operations at Texas City and our other U.S. refining facilities. We are committed to attaining the highest levels of safety, reliability and environmental performance.

BP has publicly accepted responsibility for the March 23rd explosion and for the management system failures and employee mistakes which contributed to or caused it. Immediately following the incident, BP Products North America (BPPNA), the subsidiary that owns the U.S. refining assets, promised to fully investigate the explosion, make public the findings of its investigation and take action to prevent a recurrence. The company also promised its full cooperation to government agencies investigating the incident and said it would assist workers and families harmed by the company's mistakes.

BP has fully cooperated with the U.S. Chemical Safety and Hazard Investigation Board (CSB), the U.S. Environmental Protection Agency and the Texas Commission on Environmental Quality regarding their investigations of the Texas City explosion.

On the recommendation of the CSB, BP has voluntarily appointed an independent panel to assess and make recommendations for improvement of process safety management and safety culture at the company's five U.S. refineries. Former U.S. Secretary of State James A. Baker, III is chairman of the panel. The panel has visited each of BPPNA's five U.S. refineries in Texas City, TX; Carson, CA and Whiting, IN, Oregon (Toledo), OH and Cherry Point, WA. BPPNA looks forward to receiving the Panel's final report and improvement recommendations later this year.

BP has put a new management team in place at Texas City, simplified the organization, improved communication, clarified roles and responsibilities and taken steps to update and verify compliance with procedures.

BP expects to invest an estimated additional $1 billion to improve and maintain the Texas City site over the next five years.

25

BP operations and maintenance personnel have reviewed and updated operating and maintenance procedures and received training on process safety management, hazard recognition, process control, process trouble shooting and control of work. Site employees have completed over 300,000 man hours of operational and process safety related training since March 23, 2005.

The company has set aside $1.2 billion to compensate victims of the explosion and has worked to resolve claims arising from the incident without the need for lengthy litigation.

Settlements have been achieved with nearly all family members of every worker who died. The company has also agreed to compensation with more than 500 injured workers.

The Thunder Horse platform is the largest semi-submersible oil production platform in the world, at 130,000 tons displacement, and is designed to process 250,000 barrels of oil and 200 million cubic feet of natural gas per day. The Thunder Horse field is located in 6000 ft. of water and involves extremely challenging high pressure and high temperature hydrocarbon reservoirs. Much of the technology being utilized on the project is industry-first involving new metallurgy, new engineering designs and 'serial number one' equipment. Thunder Horse is operated by BP, with a 75 percent working interest. ExxonMobil owns the remaining 25 percent interest.

In April 2005, the platform was towed to its location in Mississippi Canyon Block 778 in the deepwater Gulf of Mexico, 150 miles southeast of New Orleans.

Upon the approach of Hurricane Dennis in July 2005, all personnel evacuated the Thunder Horse platform in conformance with standard BP safety procedures. Following passage of the storm, the Coast Guard Marine Safety Unit Morgan City was notified that the Thunder Horse platform was listing.

A BP investigation was begun to determine the cause of the stability imbalance that saw the Thunder Horse platform list to port at an estimated 20 degrees. The U.S. Coast Guard and the Department of the Interior's Minerals Management Service also opened a joint investigation to determine the cause of the listing and their investigation is continuing. BP is cooperating fully with this investigation.

On August 1, 2006, the Thunder Horse platform completed major repairs and was declared ready for the introduction of hydrocarbons. This massive undertaking was completed on schedule and safely, with zero days away from work cases.

Some of BP's U.S. Trading operations have come under scrutiny by federal regulators. BP is cooperating with the Commodity Futures Trading Commission and the Department of Justice in their investigations by providing responsive documents, data and witness testimony.

BP has initiated a review by independent external auditors of the compliance systems in its U.S. trading business. The auditors will examine the design of the trading organization, delegations of authority, standards and guidelines, resources and the effectiveness of control and compliance. The results of the review will be shared with relevant U.S. regulatory authorities and the auditors' recommendations will be acted upon by BP.

Some policymakers and regulators have begun to question whether these operational problems at BP are symptoms of a systemic problem. Clearly, BP has had its share of issues from which we've taken important learnings. I believe BP is, overall, a well-managed company with a solid long-term record. We recognize that there has been a series of troubling problems that are unacceptable to us and contrary to our values. We want to understand why they have occurred and do whatever it takes to set them right.

I don't believe in bad luck. We need to understand these issues and then translate the lessons we learn across all of our operations.

CONCLUSION

For many, the shine has come off of BP over the last year as we have stumbled operationally. Some have questioned our environmental credentials while others have accused BP of profiteering at the expense of employee safety. BP holds itself to a higher standard and consequently expects the scrutiny that comes when we fall. Part of my job as Chairman and President of BP America is to ensure that the standards we have set are met. My commitment is to make it happen.

In response to the specific challenges that we have faced in the U.S., BP has announced several specific actions that it will be taking. These include:

- U.S. refining—a major increase in expenditure on refining maintenance, turnarounds, inspections and staff training and the upgrade of our process safety management system.
- Alaska—major additional investment in pipeline integrity.

26

- Trading—a detailed review by independent external auditors of the compliance system in the U.S. trading business.
- Organization—the creation of a new outside advisory board to assist and advise BP America Inc.

As this critical work unfolds, BP won't lose sight of the opportunities to create a different kind of company. We will continue to invest in emerging technologies like hydrogen, wind, solar and biofuels. Because it is only in doing so that BP can aspire to be an energy company for the 21st century. We will also continue our work on important policy issues of the day such as climate change and offer our expertise and ideas as options are formulated.

I was sent to the U.S. by our Group CEO, John Browne, with some advice and a set of principles that will guide me and our work in the U.S. He says the real measure of a great company is not the absence of challenges but how they are dealt with.

I commit to members of Congress that I have been given the authority, the resources and the people to assure you that BP America will overcome and ultimately be strengthened by this challenge.

The CHAIRMAN. Thank you very much.

We will now go to our next witness. Would you please introduce yourself once again and tell us what you do and explain what the name of the pipeline service company means with reference to this operation up there, please.

### STATEMENT OF KEVIN HOSTLER, PRESIDENT AND CEO, ALYESKA PIPELINE SERVICE COMPANY

Mr. HOSTLER. Yes, sir. Mr. Chairman, distinguished members, I am Kevin Hostler. I am president and CEO of Alyeska Pipeline Service Company. I represent the 1,600 employees and contractors who operate and maintain the Trans-Alaska Pipeline System, the delivery system from the North Slope to Valdez. Today I am prepared to discuss corrosion control on TAPS, the thoroughness of our integrity management program, and the impact of reduced throughput on our operation.

We have a team of high-quality people who operate and maintain the Trans-Alaska Pipeline System, a system that has delivered 15 billion barrels of crude oil to the American people. We understand the critical importance of the safe, reliable operation of TAPS to the State of Alaska and to the Nation. I am confident our employees are capable of dealing with the challenges before us and will bring to our attention any issue or concern that impacts the integrity of TAPS.

Mr. Chairman, I am happy to answer any questions the committee may have about the Trans-Alaska Pipeline System. I have submitted written testimony and I thank the committee for this opportunity today.

[The prepared statement of Mr. Hostler follows:]

PREPARED STATEMENT OF KEVIN HOSTLER, PRESIDENT & CEO,
ALYESKA PIPELINE SERVICE COMPANY

My name is Kevin Hostler and I am the President & CEO of Alyeska Pipeline Service Company. I represent the 1600 people who operate and maintain the Trans Alaska Pipeline System—or TAPS. Our company was founded in 1970 to design, construct, and operate TAPS to safely and efficiently move oil from the North Slope of Alaska through the Valdez Marine Terminal 800 miles to the south. Alyeska Pipeline Service Company is owned by five pipeline companies: BP Pipelines (Alaska) Inc., ConocoPhillips Transportation Alaska, Inc., ExxonMobil Pipeline Company, Koch Alaska Pipeline Company, and Unocal Pipeline Company.

I know that many have questions about the security of the supply of oil through Alaska to the rest of the United States. We understand the importance of this en-

87

RESPONSE OF ROBERT MALONE TO QUESTION FROM SENATOR THOMAS

*Question 1.* BP has invested a significant number of dollars in my home state of Wyoming. The state has benefited from that investment and your company has profited. What are you doing in Wyoming to ensure that my state does not have to endure the consequences of irresponsible acts?

Answer. BP believes that it is a responsible corporate citizen in all communities where it operates including Wyoming. BP has a core commitment to safety in its operations not only to provide a safe workplace for its employees but also to avoid any adverse impacts to its neighbors or the environment. BP's history of operating in Wyoming dates back to the early 1900's through our heritage companies. As one of the state's leading gas producers, BP continues to be a major contributor to Wyoming's economy where we contribute approximately $100 million in state and local taxes.

We have ongoing drilling and field improvement programs at the Jonah natural gas field and are expanding operations in the Wamsutter natural gas field. We will invest over $2 billion to double production from our acreage in Wamsutter. This multi-year drilling program is expected to increase BP's share of ultimate recovery from the field by 450 million barrels of oil equivalent and increase our daily net production from 125 to 250 million standard cubic feet per day by the end of the decade. This will include drilling of 2,000 wells over the next 15 years and a two-year, $120 million technology field trial program which could lead to additional field development in the future.

Recently, we took responsibility for cleaning up areas impacted by legacy refinery operations which facilitated the redevelopment of the site in concert with the State and local community. This site, now known as Platte River Commons, is a mixed-use development that comprises an office complex, an 18-hole golf course designed by Robert Trent Jones, an industrial development area, pedestrian trails and a whitewater course along the Platte River.

At BP we take the privilege of developing natural resources seriously. We are guided by important environmental and business performance values and principles—our health, safety and environmental goals are to have no accidents and do no harm to people or the environment.

In response to the spills in Alaska and other events, BP is taking affirmative actions to ensure that all BP operations throughout the United States are run in a manner that meets our operational expectations. For instance, we are currently reviewing our pipeline monitoring, maintenance and corrosion management practices. In doing so, we have retained three of the world's leading experts in corrosion and infrastructure management.

These individuals will evaluate our existing systems and make recommendations for improving our operations. We will apply the relevant lessons learned from these reviews and the Prudhoe Bay oil transit line experience throughout our operations in the U.S.

———

RESPONSES OF STEVE MARSHALL TO QUESTIONS FROM SENATOR THOMAS

*Question 1.* It is my understanding that the pig used in your transit lines during the early 90's produced faulty data. That particular model of pig, however, was subsequently taken off the market because it was poorly designed. Assuming you knew that the faulty data produced by that particular pig was the result of a faulty product and not a shortcoming of the pigging process itself, why then did BP not subsequently employ the use of a pig that actually worked?

Answer. The event in question refers to a pig run that was conducted by ARCO Alaska when it was the operator of the Eastern Operating Area of Prudhoe Bay. Our knowledge of ARCO Alaska's historic operating practices is incomplete. BP has been informed by individuals who were employed by ARCO Alaska at that time that the pig that was used did not provide accurate data and subsequently was taken off the market. Our inquiry into these matters continues and has we learn more we will provide you with an update.

BPXA operated the oil transit lines in the Western Operating Area since their installation and BPXA maintenance pigged and smart pigged those lines in 1990 and 1998. When BPXA took over the Eastern Operating Area from ARCO Alaska in 2000 and 2001, it substantially increased the level of corrosion monitoring on those lines and instituted a program of ultrasonic testing. BPXA then compared the results of that testing to the data it had developed on the Western Operating Area oil transit lines, which had been smart pigged two years earlier. The 1998 pigging of the Western Operating Area oil transit lines produced a very small volume of solids, revealed very little corrosion activity, and indicated that the lines were fit for