# EXHIBIT 24

**UNITED STATES' OPPOSITION TO:**

**BPXP'S MOTION TO STRIKE THE EXPERT REPORTS OF WALTER H. CANTRELL AND RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO PRIOR INCIDENTS (Rec. Doc. 13475)**

Management Systems Review

## 2006 BPXA GPB OTL INCIDENTS

# BP America Inc.
# Final Report

March 2007

$30$

This report is confidential and intended solely for the use and
information of BP p.l.c.

# Booz | Allen | Hamilton

EXHIBIT #
WIT: 277

TREX-00277

transit lines (OTL), which bring it to the top of TAPS at Pump Station 1. By contract with the operator of TAPS, Alyeska, the flow that arrives at TAPS can contain a maximum of 0.35 percent basic sediment and water (BS&W). Exhibit ES-2 provides a schematic of the Prudhoe Bay Field.

### Exhibit ES-2: Prudhoe Bay Oil Field Schematic



*Source: FS-2 Oil Transit Line Spill, Prudhoe Bay Eastern Operating Area, August 6, 2006, Incident Investigation Report, January 31, 2007*

As the field matured and production declined over time, flow composition changed. GPB now produces more viscous oil and much more water than it did in the past. The gathering centers currently process 10 times as much water as oil. Flow from the wells and manifolds is also less smooth, particularly as wells come on line, resulting in production upsets at the gathering centers. This pushes more BS&W into the OTL. Finally, flow rates through the OTL have declined significantly from their peak.

Throughout the 1990s and up to 2004, a period of relatively low oil prices, Alaska was under severe budget pressure from BP and the other WIO to deliver flat lifting costs (on the order of $2.00 per barrel), even as production volumes decreased. Cost pressures to operate an expensive field profitably led to an environment of repairing

rather than replacing kit to keep production flowing while adhering to safety and environmental regulations.

## Corrosion Management at BPXA

Corrosion is a constant challenge for oil field and pipeline operators. Corrosion management requires ingenuity, technical expertise, and resources, particularly in the hostile environment of Alaska's North Slope. Most of the 1,500 miles of pipe operated by BPXA is above ground; all of it is insulated to protect tundra permafrost from pipeline contents that are a minimum of 105 degrees Fahrenheit, and often exceed 140 degrees.

External corrosion under insulation (CUI) is a major issue, particularly at the over 300,000 pipe welds where water tends to collect. Internal corrosion is a function of what flows through the pipe; increased water, sediment and other corrosive elements result in greater corrosion risk.

In 1995, BPXA combined several functions into the Corrosion, Inspection, and Chemicals Group (CIC), which was responsible for the development and implementation of a comprehensive corrosion management strategy. The strategy was broadly risk-based, although it did not incorporate a formal risk assessment process. The strategy followed a control-inspect/monitor-control process loop. CIC established piping "fit-for-service" (FFS) criteria and routinely inspected pipe sections with a variety of techniques to monitor corrosion and corrosion rates. Internal wall loss due to corrosion had a target of less than or equal to 2 millimeters per year (mpy).

Since the ARCO acquisition, the Alaska Department of Environmental Conservation (ADEC) has required that BPXA submit an annual report of its commitment to corrosion monitoring. In addition, ADEC engaged Coffman Engineering Inc. to perform a third-party review of the BPXA report each year. ADEC did not indicate any dissatisfaction with either report or BPXA's conduct of corrosion management.

In general, the CIC program was effective. Exhibit ES-3 shows the number of corrosion-related spills over 1,000 gallons for the major Alaska pipeline operators, common sized by miles of pipeline. Given the extent of its pipeline network, BP's performance is not out of line with the other operators.

Booz | Allen | Hamilton

being shut-in following a smart pig run that revealed a number of anomalies that were subsequently verified by UT and visual inspections.

## Summary of Findings

The project identified a number of organizational, process, information system, and cultural causes that contributed to these two events. These findings are summarized below.

*Corrosion and Integrity Management*

- There was no formal, holistic risk assessment process for pipeline integrity. BPXA relied on inspection results and the experience and expertise within CIC to assess and manage corrosion risk.
- None of the risk assessment and risk management processes or tools in use at BPXA for pipelines explicitly addressed root cause ex ante. Root causes were well evaluated as part of the incident analyses ex post.
- Corrosion monitoring and control practices focused on known risks, based on lagging indicators.
- CIC's corrosion management strategy was developed in the late 1990s, and had not been substantially reviewed or revised until now, despite specific direction in a 2004 internal technical audit to do so.

*Analysis and Conclusions*

- CIC's corrosion management processes were relatively static and insensitive to changes in exogenous variables (e.g., flow rates, BS&W). There was no analysis of the potential effects of changing flow composition and rates on the OTL.
- CIC responded to indications of increased OTL internal corrosion with more UT inspection points and greater frequency, rather than a different inspection method (e.g., ILI) that might have yielded better insight.

*Authority and Resources*

- There was no single owner of the OTL as a system. Accountability for them was divided geographically among the six GPB Area Managers. The Area Managers held CIC responsible for managing corrosion on the OTL.
- A number of key assurance processes (e.g., Audit, Management of Change) were not "closed loop" to ensure that required changes were truly implemented and documented.
- The information technology (IT) infrastructure was fragmented and weak, making data integration, analysis, and work flow difficult and actual infrastructure status opaque.
- BPXA had a deeply ingrained cost management ethic as a result of long periods of low oil prices, constrained budgets, and multiple cost/headcount reduction

7

initiatives. However, larger budgets alone would not have prevented these incidents without fundamental changes in corrosion and integrity management.

*Internal Communications*

- CIC made important project and activity tradeoff decisions to meet its budget targets. The budget development process provided little opportunity and no shared communication mechanisms (e.g., risk assessment methodology) for management to question these decisions.

- CIC was hierarchically four to five levels deep in the organization, limiting and filtering its communications with senior management. (See Exhibit ES-4)

- BPXA operated in vertical silos. There was minimal cross-functional communication and insufficient communication between slope operations and Anchorage.

- BPXA CIC operated in relative isolation. There was little sharing of technical knowledge or integrity management practices outside of Alaska, either within Exploration & Production (E&P) or across BP business segments.

- BPXA senior management tenure averaged roughly three years. This lack of continuity contributed to perceptions of disconnection between the Alaska Leadership Team and BPXA operating management and staff.

- BPXA senior management tended to focus on managing internal and external stakeholders rather than the operational details of the business, except to react to incidents.

Booz | Allen | Hamilton

## Recommendations

An effective response to address the findings in this report would be to develop a comprehensive risk management process for pipeline integrity that includes risk assessment, risk management, maintenance & repair, and risk assurance as shown in Exhibit ES-5, and then implement it across the entire BPXA infrastructure.

**Exhibit ES-5: Comprehensive Risk Management Process**



The first priority is to respond to regulatory compliance directives in a timely manner. To avoid waste and further antagonizing regulatory authorities, BPXA should thoroughly coordinate its response internally, with BPA and with BP globally. This should be a managed process with single-point accountability for coordination and communication as well as transparency, both internal and external. A project office could be set up in the near term, ultimately evolving into a permanent office of regulatory affairs that would manage dealings with all of the regulators with an interest in BP's Alaska operations.

A second priority is to address the fundamental risk assessment and integrity management issues:

- Complete the revision to the corrosion management strategy and commence training for its implementation.

11

Booz | Allen | Hamilton

Final Report March 30, 2007

**Exhibit 12: BP Hierarchy of Policies, Processes and Procedures**



Source: *Booz Allen analysis*

## Risk Assessment

There are formal and informal risk assessment processes at BPXA. Formal risk assessment approaches include the Hazard and Operability Studies (HAZOP), Major Accident Risk (MAR), Major Accident Hazard Assessment (MAHA), and Business Activity Risk Ranking System (BARRS). The informal processes include individual risk assessments and historical trends performed by both Field and Town CIC groups.

HAZOP studies were performed on all facilities that contained processes that fall under the BPXA Process Safety Management (PSM) program as defined in the BPXA PSM Application Element Administrative procedure. These HAZOP studies focused on personnel safety and were conducted on operations only within facilities; operations outside of the defined facilities were not covered.[13]

From 2003 to 2004, driven by the PS/IM standard, a risk assessment of the GPB PU using the MAHA process was conducted by the Emerald Consulting Group, a third-party consultancy. MAHA is a qualitative evaluation technique used to identify major hazards that have the potential for catastrophic loss of facility, major loss of life, irreparable damage to the environment, and/or damage to corporate reputation. Risks are evaluated using a 5-by-5 probability versus consequence risk-ranking matrix.[14]

As required by the new BP Global IM Standard, a risk assessment was performed in 2005 on the Alaska SPU using the MAR process. In preparation for this, Emerald

Booz | Allen | Hamilton

Final Report March 30, 2007

Consulting Group revalidated the 2003/2004 MAHA register to use as an input to the MAR study. The MAR process evaluated potential risk to on-site personnel, off-site personnel, and the environment. Consequence analysis software was used to predict the severity of events, and industry data (or BPXA specific historical data when available) were used to estimate frequency. The MAR process only evaluated the resultant output of the event from the generic list of potential scenarios identified; it was not concerned with the causes of these scenarios. Output from the model provided F-N curves—a curve showing the cumulative frequency (F) of incidents and number of people harmed (N)—and weighed the identified scenarios for risk ranking.[15] The report was delivered in March 2006.

BARRS is a BP-developed system to risk-rank projects and operating budget items larger than $100,000. BARRS uses a standard risk assessment matrix to prioritize projects based on the estimated risk of not doing them. The system was implemented in 2004, and first employed for the 2005 BPXA budget. It continues to be enhanced with each successive budget cycle. While not a risk assessment process per se, BARRS is viewed by many in the organization as a risk assessment tool.[16]

CIC Town informally conducted corrosion risk assessments of the BPXA pipeline infrastructure; there was no formal risk assessment process or tool employed. These assessments were performed idiosyncratically based on technical expertise, knowledge of conditions, inspection trend data, and historical experience. High-pressure lines, two- and three-phase flow lines, seawater lines, and produced water lines were identified as higher risk for internal corrosion than the OTL, which carried sales-quality crude. External corrosion, particularly CUI was widely regarded as the greatest corrosion risk on the North Slope. While these assessments were often thorough, they were not holistic, formal, or rigorous.[17]

**Risk Management**

The risk management processes included a variety of activities to incorporate the planning, execution, and assurance of corrosion risk management. These processes include budgeting, corrosion inspection and monitoring, corrosion control, training, management of change, emergency response, assurance, and procurement.

*Budgeting*

The overall budgeting process combined a strong top-down target with a bottom-up, activity-based process. The Area Managers and CIC Field groups developed requests for their planned activities based on workload and expected expenditures (e.g., equipment replacement). Prioritization of requested activities then took place at the Area Manager level. This area budget was then taken to the Field level where GPB Field-level rationalization and prioritization took place. The Field-level budget was then proposed to the GPB leader. Budget direction from the Group, BPXA, and the WIO

Booz | Allen | Hamilton

were then applied to the requested budget from Field. Top-down targets were considered sacrosanct and were rarely exceeded.

Since 2004, the prioritization and rationalization effort used BARRS to assess large (over $100,000) O&M and CAPEX projects. The prioritization of funding for CIC activities was coordinated between the Town and Field CIC groups and the Area Managers. The revised budget was then approved successively up to GPB management and the WIO. This approved budget was then submitted to BPXA. Exhibit 13 illustrates the various steps of the process.[18]

## Exhibit 13: Budget Process



*Source: Booz Allen analysis*

### Corrosion Inspection and Monitoring

Management of corrosion in North Slope oilfield pipeline systems followed a general control-inspect/monitor-control process loop. Monitoring and control process distinctions existed in how internal and external corrosion issues are addressed. Overall, the approach and focus on particular subsystems and locations was prescriptive and tended to remain static over time.[19]

41

Booz | Allen | Hamilton

## VI. INCIDENT ANALYSIS

**Summary:** Our root cause analyses of the March 2nd and August 6th incidents highlight a number of corrosion assessment and management system shortfalls when dealing with evolving operating conditions leading to increased risk levels. These include:

1. The established risk assessment processes and practices were not adequate to detect and address new risks due to evolving operating conditions.
2. The budgeting process did not provide sufficient visibility into risk tradeoffs to senior management.
3. Established corrosion monitoring and control practices focused on known risks, based on lagging indicators.
4. The lack of strong assurance processes (e.g., open-loop process, self-verification model) led to poor compliance with some corrosion management practices and created inertia in implementing third-party recommendations.
5. Internal communication was lacking to effectively manage corrosion risk.
6. Disconnected information systems did not provide easy visibility into corrosion-related data.
7. The OTL were not covered by a formal PSM process.

Although the March 2 and August 6 spills had many common process failures, there were some differences.[1] Analysis of each was important to determine their individual and common causes and uncover any system-wide management infrastructure weaknesses that contributed to the events.

To do this, the Booz Allen team conducted an incident analysis. The first step was to identify the sequence of events that led up to each spill. Deconstructing the sequence of events enabled the team to more fully understand the precursor and ancillary events that contributed to the spills. A scenario tree analysis was then performed on each spill. The scenario tree structure provided a systematic process to identify root causes. (Appendix 4 provides a generic scenario tree.) The next step was to map scenario tree results to BP risk-related processes that had an impact on corrosion management. This mapping illustrated how well BP risk-related activities functioned. The final step was to expand the analysis through a risk management diagnostic to identify and evaluate GPB systemic weaknesses that could have affected corrosion risk management.

Booz | Allen | Hamilton

Final Report March 30, 2007

| Root Causes | Risk Assessment | Risk Management | | | | | Communications | | Culture |
|---|---|---|---|---|---|---|---|---|---|
| | | Budgeting | Corrosion Inspection & Monitoring | Corrosion Control | Emergency/Response | Assurance | Internal (vertical & horizontal) | IT Systems | HSE vs. IM |
| Improper pipe layout | | | | X | | | | | |
| Low flow and increased sediment in product | X | | X | | | X | X | X | X |
| Presence of water (carrying microbes) | X | | X | | | X | X | X | X |
| Increased water content (creating corrosive fluid) | X | | X | | | X | X | X | X |

*Source: Booz Allen analysis*

*Risk Assessment*

**Key Finding:** Although BPXA has various risk assessment methodologies, none of them evaluate OTL corrosion risk in a holistic and methodical way (e.g., process is not sensitive to exogenous variables).[32]

**Reference to Scenario Tree Root Causes (March 2 and August 6):** Low flow and increased sediment in product, presence of water (carrying microbes), and increased water content (creating corrosive fluid).

**Finding Discussion:**
The risk assessment process is a critical factor for corrosion risk management. This is because a methodical, systems-based risk assessment process not only identifies key production threats but also serves to collate critical corrosion risk management data that must be evaluated and acted upon by appropriate levels of management.

Interviews indicated that GPB CIC (Town and Slope), Area Managers, and Optimization managers believed that the MIMS PMP/MOC inspection process was how corrosion risk was managed. The results of the inspection process led CIC to believe that the OTL were not a high corrosion risk (see Exhibit 26). This belief was re-enforced by the fact that the OTL had not experienced any incidents in the past.[33]

Further, the lack of a single owner of the OTL for operations, management, and integrity inhibited a systemic view of the risks associated with the changing operating environment and its impact on the corrosion program. Area Managers did not feel that they owned the corrosion management issues on their segment of the OTL, and relied solely on CIC to ensure that corrosion was managed on their piece of the system.[34] This view effectively orphaned the OTL as CIC and Area Managers were focused on higher-risk assets.

Booz | Allen | Hamilton

**Exhibit 26: OTL Inspection Results**



Source: *MIMIR report*

Although GPB operated the MIMS process and used the OSHA PSM standard, there was no formal, methodical, network systems-based and closed-loop risk assessment process in place that addressed OTL corrosion risks at the time of the incidents.[35] The BPXA PSM Application Element Administrative procedure (see Appendix 1 of the procedure document) used a flow diagram to test and determine whether a process should fall under the BPXA PSM program and have a HAZOP performed. According to this flowchart and discussions with FS and GC managers, CIC Slope and Town leadership, and GPB senior managers, the OTL did not require coverage under the PSM procedure because it is neither a facility nor a process within a facility.[36]

As a result, the risk assessment process/practice in place at the time of the incident failed to capture and analyze changes in and their impact on exogenous variables such as lower flow rates, increased water content, and increased sedimentation.

*Risk Management – Budgeting*

**Key Finding:** Process did not provide transparency on the risk tradeoffs at the senior management level and was largely driven by top-down targets.[37]

**Reference to Scenario Tree Root Causes (March 2 and August 6):** Inadequate smart pigging program planning.

**Finding Discussion:**
Interviews with various CIC representatives indicated that top-down budget targets provided a "budget box" into which activities, materials, and projects had to fit.

Booz | Allen | Hamilton

The top-down budgets came from three sources—BP Segment, WIO, and BPXA. This top-down element was driven by a desire to run a profitable operation in a high-cost environment, holding lifting costs flat even as production declined substantially. Bottom-up selection of corrosion management projects was made within the technical organization and at the Field level. The list of projects was rolled up and presented to GPB management with limited visibility on the selection rationale.

In 2004, the BARRS tool was implemented to assist the organization in prioritizing projects and making the necessary budgetary tradeoffs. BARRS was used strictly to assist in the bottom-up budgeting process to help rank the relative importance of projects. Prior to the launching of BARRS in 2004, this was done ad hoc through the force of a project manager's persuasion.

Budget pressure eventually led to de-scoping some projects and deferring others. For example, the plan to run a smart pig in the OTL was dropped in 2004 and 2005.[38]

Staffing levels within CIC offer further evidence of the impact of budget constraints on corrosion management activity. A CIC manager request in 2005 to increase the staffing of CIC Town by three full-time equivalents (FTEs) was declined.[39] After the incidents, CIC has 19 open positions in Anchorage and 14 open positions on the North Slope.[40]

2006 ALT Performance Contracts included metrics for recordable injury frequency (RIF) as the only explicit target for risk management. Other metrics had implicit risk elements, such as operating efficiency and production, but the only metric specifically linked to integrity risk was the integrity spend (Gross Opex) target for the GPB Field Manager. There were a few integrity-related milestones, but these related to the implementation of the IM standard.[41]

*Risk Management – Corrosion Inspection and Monitoring*

**Key Finding:**  CIC corrosion inspection and monitoring systems were static and insensitive to changes in exogenous variables.[42]

**Reference to Scenario Tree Root Causes (March 2 and August 6):**  Inadequate smart pigging program planning, low flow, increased sediment in product, presence of water (carrying microbes).

**Finding Discussion:**
    The Inspection and Monitoring program was at the heart of the Corrosion Management System (CMS), and the primary method to evaluate corrosion risk. The CMS process was static even though product composition changed over the last few years. The CMS did not change the inspection and monitoring regime for the OTL.

Booz | Allen | Hamilton

Corrosion in the OTL was monitored via coupons and ultrasonic thickness testing which were effective for measuring progress of general wall loss, but not appropriate for localized phenomena like pitting corrosion. In 2004, inspection results indicated an increase in corrosion at four locations on the OTL. CIC did not identify a need to modify the inspection regime other than to add inspection points (from 15 to 47) and increase frequency at 10 locations (from 12-month intervals to 6-month intervals). The *GC-2 Transit Line Spill Prudhoe Bay Western Operating Area March 2, 2006 Incident Investigation Report* documented that the WOA OTL had not been smart pigged since 1998 and were planned to be pigged in 2006. This was within the range of analytically defined smart pigging frequency given the estimated rate of allowable wall loss. The EOA had not been smart pigged since 1991.[43]

The combination of the belief that OTL were low risk despite changing operating conditions (re-enforced by the results from traditional inspections) and the risk associated with pigging them contributed to CIC placing a low priority on smart pigging the OTL.[44]

*Risk Management – Corrosion Control*

**Key Finding:**  Practices do not adapt to evolving operating conditions and are not always followed. [45]

**Reference to Scenario Tree Root Causes (March 2 and August 6):** Inadequate maintenance pigging, improper pipe layout, improper chemical selection.

**Finding Discussion:**
Corrosion control methods were the product of the understanding of the corrosion risks and corrosion rate (based on inspection results). The corrosion strategy spelled out the various methods to control corrosion. This strategy was established before the merger with ARCO in 1999, and had not been updated since. As a result, GPB and CIC failed to account for evolving operating conditions of the OTL.[46]

The failure to maintenance pig the OTL was an example of the lack of adaptability in the corrosion control methods. The presence of sediment in the OTL was known by Field Operations and CIC. The pig run in 1998 produced 2 yards of waste.[47] The Operations Review Team (ORT) report included some concerns about sediments; the 2002 COBC acknowledged the presence of sediment. In 2001, the presence of BS&W interfered with the implementation of the ADEC-mandated leak detection system. However, the belief that the lines were low risk (established corrosion monitoring techniques did not detect the pitting corrosion) combined with the risks of maintenance pigging these lines (e.g., pushing sediment into TAPS, "sticking" the pig and halting production, etc.), led the technical organization to decide to defer the maintenance pig.

Booz | Allen | Hamilton

There is some evidence of a lack of rigorous feedback loops. For example, the *GC-2 Transit Line Spill Prudhoe Bay Western Operating Area March 2, 2006 Incident Investigation Report* and FS and GC area manager discussions indicated that an inappropriate mix of inhibitor chemicals may have diminished their positive effects. The problem was detected during the March 2nd accident investigation and not by the corrosion monitoring processes. The technical interactions of the emulsion breaker, corrosion inhibitor, and sediment are not fully understood, but corrosion inhibitor carryover was reduced in the OT-21 line.[48]

*Risk Management – Emergency Response*

**Key Finding:** The leak detection system was not adequate to contain a spill in time. The emergency shut-in procedures lack clarity and enforcement.[49]

**Reference to Scenario Tree Root Causes:** Inadequate leak detection (March 2), incomplete training (August 6).

**Finding Discussion:**
The leak detection system in place as of March 2, 2006, did not provide ample warning of the leak. Per ADEC requirements, the system was designed to detect leaks that would signal a loss in excess of one percent of the system segment volume over 24 hours.

The leak detection system was based on a flow measurement system that calculated the system inputs from a series of turbine and sonic meters, and subtracted system deliveries to calculate a volumetric balance for the system. If the measured inputs exceeded the measured deliveries over a time interval, the system created an alarm. The measurement system was sensitive to a number of variables including variations in flow rates. The frequent fluctuations in flow rates in the OTL often caused the leak detection system to create alarms. System operators would investigate the alarms per procedure and identify any abnormal readings. The leak detection system experienced several such false alarms during the week preceding March 2nd.[50]

Given the ADEC leak detection threshold of 1 percent over 24 hours, it is not certain whether, under the best circumstances, a system calibrated to these levels would have created an alarm given a small, slow leak such as the leak in the WOA line.

The GPB Oil Discharge Prevention Plan contains personnel safety and safe handling procedures for fluid transfer protocol and follows practices that have been compiled from sections of the Alaska Safety Handbook (1998). However, these procedures did not specifically address emergency shut-in procedures for GPB Field components. Interviews with FS and GC area managers and emergency response personnel indicated that there seemed to be some uncertainty as to who had authority over discharge prevention programs and training requirements. The August incident

Booz | Allen | Hamilton

A second priority is to address the fundamental risk assessment and integrity management issues:

- Complete the revision to the corrosion management strategy and commence training for its implementation.
- Fully implement the Hazard and Risk Register. Task a joint CIC and Field Operations team with developing a field-wide risk register for pipeline integrity and corrosion issues.
- Develop and implement an integrity assurance process that links Field Operations with the Engineering Authority and CIC Strategy & Planning. The process should be a closed loop from identification and communication of issues to the Technical Directorate, to analysis, evaluation of options, implementation (e.g., shut in, de-rate, grant waiver), documentation, and follow-up. This model should also be applied to MOC more broadly, with an independent assurance function that can sanction non-compliance.

Stepping back from these specific, near-term recommendations, BPXA should take a broad perspective on how to identify and manage piping integrity risk in order to avoid "blind spots" or inadequate response to creeping change in the future. The Booz Allen team believes BPXA should significantly strengthen its risk assessment, risk management, and risk assurance processes and build a reinforcing system of data, knowledge, and experience that will enable it to be proactive rather than reactive to events. Risk assessment and risk management should be performed by cross-functional teams that bring together knowledge, expertise, and experience from "town," "field," and outside of Alaska.

**Strengthen Risk Assessment**

Without a rigorous and methodical approach that integrates risk assessment results into risk management and assurance activities, it will not be possible to have a truly effective integrity management program. There are certain key risk assessment areas that should be strengthened to fully utilize risk assessment data, in particular:

*Design and implement a holistic risk assessment process.*
BPXA should fully implement the Hazard and Risk Register. The process should be formal, methodical and documented. It should be a full-up risk assessment that addresses risk from a "systems" perspective and evaluates all parts of the kit including: Piping network; facilities; equipment/hardware; software; and normal and emergency operating procedures. The risk assessments should consider various sources of input including: Design, operating, and maintenance documents and drawings; audit, test, and inspection report findings; trended failure or problem areas; direct system observations; and, expert advice from on-site operating personnel. The validity of the risk assessment is contingent on facilitation by managers who are appropriately trained

Booz | Allen | Hamilton

to verify that appropriate data is collected, analyzed, and synthesized for management reporting.

*Conduct root cause analysis ex ante as part of risk assessment.*

The risk assessment should clearly define each hazard risk scenario of concern so that managers have a good understanding of the actual risk. Identifying root causes should be an integral part of this process. Root causes need to be fully understood so that appropriate controls can be put into place. The risk assessment process should identify leading indicators of potential future problem areas that can be tracked as such.

*Consider variable operating conditions and update the risk assessment whenever significant changes occur.*

The aging kit and variable operating conditions can greatly impact risk. It is important to account for these variables as part of the risk assessment. Also, modifications, replacement, and repair of kit subsystems can impact risk, and any major change (hardware, software, or procedural) must be risk assessed. This means that the risk assessment is not a static document, but is updated as operations or conditions change.

*Evaluate risk controls/corrective actions and ensure that they are adequate and in place.*

Risk controls or corrective actions should be directly linked to resolving each hazard risk scenario. The risk assessment should include processes (i.e., inspection or testing) to validate that the controls adequately mitigate the hazard risk scenario and are verified to be viable.

*Risk ranking should be formal and predefined, with clear risk acceptance criteria and rationale.*

As part of the risk ranking, it is important that the risk assessment evaluate each hazard scenario for probability of occurrence and severity of consequences. The confluence of the two should be part of the formal risk ranking. It is critical that risk acceptance criteria are set by management before risk assessments are begun, and should be part of official policy. Documenting the risk acceptance rationale is important because it holds decision-makers accountable for how well risks are managed.

**Enhance Risk Management**

The BPXA risk management process should build on current successful programs. In addition to current and planned integrity and risk management activities, BPXA should implement the following actions:

*Streamline critical risk data and make it comprehensible to senior management.*

Decision-makers need relevant risk data to be able to best determine a course of action. Data should be comprehensive and sufficiently detailed to give leaders an understanding of the issues, but also clear and succinct so that critical risk messages are

Booz | Allen | Hamilton

not lost. Senior leaders need both the current lagging indicators of integrity management and the leading indicators as determined by the risk assessments. The former will help focus attention on ensuring that mitigation strategies are effective. The latter will serve as early idicators of where future problems may arise, thus permitting rapid mitigation before they become serious.

*Develop sustainable risk communication channels.*

These channels should ensure that critical risk information reaches decision-makers in a reliable and timely manner. For senior managers to be held accountable for risk decisions, they need to receive timely and digestible risk data. The risk communication channels should be used to share important risk information, communicate key risk messages, and coordinate appropriate risk management strategies. Risk communication channels should horizontally link GPB organizations so that important risk data holders are able to share what they know and help devise appropriate risk-based responses. The communication channels must also work vertically, ensuring that front-line staff have a method to communicate important risk information to senior management.

*Upgrade and integrate risk management information systems.*

A risk-based inspection system (currently MIMIR) should be linked with a work order system that tracks PMPs (MAXIMO), a piping integrity system that manages the infrastructure, and a system that tracks proposed changes through closure (TRACTION). These systems should share common databases to eliminate duplication and ensure consistency. The risk based inspection system and change management systems should include tools for data analysis in order to assess trends and identify "creeping change" that may affect asset integrity. Analysis should be a regular feature of risk assessments and management reporting.

*Assign single point accountability at the operating level for discrete piping systems and other infrastructure assets.*

There should be clear line management ownership below the level of GPB Field Manager for the integrity and performance of infrastructure systems end-to-end. This will ensure that assets are appropriately monitored and that maintenance and assurance activities will not "fall through the cracks."

**Strengthen Risk Assurance**

The first job of an independent risk assurance and integrity management function (proposed for the EA) should be to strengthen the current assurance process, formalize key activities, and create an oversight and feed-back loop to ensure compliance.

Booz | Allen | Hamilton

*Develop a formal risk-based assurance process.*

At the heart of a formal risk-based assurance program is a robust, closed-loop audit process. The formal audit process should have two components: Audit, inspection/verification of current practices; and special audits based on high risk items identified in risk assessments. The first should be a continuation of current practices, but also include a close-loop tracking mechanism to ensure completion. The second should take the risk assessment/risk register results and use the high risk items to serve as leading indicators. These items would then form the basis of a "targeted" audit. This will permit BPXA to focus on emerging risk areas before they develop into crisis situations. As with the first component, the "targeted" audits should be closed loop with a verification piece that ensures corrective actions are adequate and in place.

*Formalize the risk disposition process.*

The Engineering Authority should continue with its plans to serve as the formal risk review and approval process owner. It is important to ensure that risk mitigation plans and corrective actions are put in place and that there is a formal independent review and approval process. Because asset and operational risk management must remain with line managers who own the risk, an independent assurance group should serve to verify that the risk has been appropriately dispositioned. All major changes should be risk reviewed and approved before action is taken.

*Establish an escalation policy to ensure compliance.*

A robust assurance program must include an escalation process that drives compliance with internal and external risk management requirements. If there are no consequences for non-compliance, there will be insufficient discipline in place to ensure that corrective actions and risk management strategies are implemented. An appropriate enforcement regime will make certain that this occurs. Furthermore, management should have metrics for asset integrity as part of their performance contracts to ensure an appropriate level of leadership attention.

BPXA has a large number of initiatives under way or planned. In addition to addressing the specific integrity issues arising from the leak incidents, BPXA has a long list of projects to undertake in the coming years:

- *Implementation of global IM standard* – process improvement
- *S&OI Six-Point Plan* – projects and process improvement
- *Reorganizations* – BPXA and GPB
- *Implementation of Operating Management System (OMS)* – process improvement
- *Implementation of Enterprise Risk Management (ERM)* – process improvement
- *Wedge* – major project
- *Major Projects* – 11 major projects identified
- *Mid-Stream Alaska*
- *Renewal*

Booz | Allen | Hamilton

Final Report March 30, 2007

Regulatory investigations and compliance will consume additional resources, particularly management time and attention. In addition, there are a number of open audit items that will require close-out.

Given the sheer number and complexity of initiatives planned, BPXA management should take the time to evaluate them holistically to identify prerequisites, redundancies, complements, and a critical path. It is unlikely that BPXA will be able to resource all of these initiatives simultaneously. A risk- and reward-based approach should be used to cull the list and establish priorities. Many aspects of ERM or OMS may be embedded in other initiatives. Portions of IM and OMS are likely to be redundant. If activities and tasks can legitimately be deferred, they should be. Renewal alone, in all of its aspects, could fully occupy much of the organization for many years.

BPXA should immediately reach out from Alaska to identify best practices for each of the risk management elements. There is a wealth of piping integrity risk management expertise in other regions of E&P (e.g., North Sea) as well as within R&M. For example, BP Pipelines (North America) regularly conducts HAZOPs as part of their risk assessments in GoM. Risk-based inspection procedures are also employed. BPXA should quickly adopt and then adapt the most effective processes and technologies available within BP, and then aspire to best practices, which are likely to reside in other industries, such as chemicals and nuclear power, or in high-reliability institutions like NASA or the nuclear U.S. Navy.

An important first step will be to establish the performance and process objectives of this initiative, and identify appropriate metrics for tracking and completion. These will determine pace and resource requirements.

Coupled with the vision for a 50-year field, this set of initiatives presents a considerable challenge and a unique opportunity for the BPXA management team. The challenge and the opportunity are to revolutionize the way the field operates and performs. This is a long-term program that requires a long-term commitment from the senior team.

Booz | Allen | Hamilton