# EXHIBIT 26

**UNITED STATES' OPPOSITION TO:**

**BPXP'S MOTION TO STRIKE THE EXPERT REPORTS OF WALTER H. CANTRELL AND RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO PRIOR INCIDENTS (Rec. Doc. 13475)**

# Independent Expert

# Fourth Annual Report
# 2010
(Covering January - December 2010)

Monitoring of BP's Progress in Implementing the Recommendations
of the BP U.S. Refineries Independent Safety Review Panel

## March 2011

**Submitted by:** _Original signed by L. Duane Wilson_

L. Duane Wilson, Independent Expert

CONFIDENTIAL

BP-HZN-2179MDL02389018
TREX-45046

Although BP remains committed to transforming the company into a recognized industry leader in process safety management, BP is not yet viewed as an industry leader in process safety management. This perspective has been reinforced by recent U.S. regulatory enforcement actions at its U.S. refineries and the *Deepwater Horizon* incident. BP needs improved, sustained performance with respect to preventing process safety incidents and avoiding major regulatory issues in order to be recognized as an industry leader in process safety management.

### III. BP's PROGRESS IN IMPLEMENTING THE RECOMMENDATIONS

In the four years since the Report was published, BP has made significant process safety improvements through its response to all ten Recommendations. During this period, BP has focused on implementing those Recommendations that would enable it to close higher risk gaps as quickly as possible. In addition, considerable effort has been expended on the development of systems and work processes that should underpin sustained, industry-leading performance.

This section of the report describes some of the most significant areas of progress during 2010 (the reporting period). In addition, it identifies areas where additional emphasis is required. The rate of progress in implementing the Recommendations varies, and additional work is required at the Group-level, in U.S. Refining, and at the five U.S. refineries to fully implement the Recommendations.

The year 2010 was a particularly challenging year for BP following the well blowout and explosion on the Transocean *Deepwater Horizon* drillship in the Gulf of Mexico on April 20, 2010.[3] This tragic incident resulted in the deaths of 11 people and a major oil spill. An internal BP investigation of this incident resulted in 26 recommendations for improvements aimed at preventing the recurrence of such an event. Several of the recommendations in the BP investigation report are similar to the Panel's Recommendations. For example, the BP investigation report recommended that BP, its contractors, and its service providers:

- Clearly define responsibilities for those in technical roles.
- Improve procedures and expectations for incident reporting and investigation.
- Review management of change and high consequence risk management processes and strengthen them where required.
- Enhance competency programs and ensure adequate technical expertise.
- Provide better oversight of contractor compliance and competency.
- Use leading and lagging process safety performance indicators.

BP has indicated that the similarity between several of the recommendations in the *Deepwater Horizon* incident investigation report and the Panel Recommendations has served to emphasize

---

[3] Although reference to the *Deepwater Horizon* incident is made in this report, it is important to note that the IE has not been involved in the investigation of, or the response to, the *Deepwater Horizon* incident. The IE's Terms of Reference, which define the scope of his work, limit his involvement to the Panel's recommendations, which "… relate to matters and circumstances at or affecting BP's U.S. refineries."

CONFIDENTIAL

the need for rigor in assuring the full and consistent implementation of the Panel Recommendations as described throughout this report.

Throughout the year, U.S. Refining maintained its focus on programs and initiatives associated with implementing the Recommendations. However, the pace of implementation of some initiatives was affected by the absence of personnel from the U.S. Refining central team and all five refineries who were temporarily reassigned to the *Deepwater Horizon* response effort over the course of eight months following the incident. In addition, individuals in the U.S. Refining central team and at the five U.S. refineries were undoubtedly affected by the intense media attention given to the event. Despite these significant impacts on personnel for much of 2010, U.S. Refining made good progress in a number of key areas in implementing the Recommendations. In addition, they successfully accelerated the pace of implementation in several additional key areas.

BP and the U.S. refineries have developed a number of standards, systems, and work processes that have assisted the refineries in implementing the Recommendations. Once fully implemented, these standards, systems, and processes should help underpin sustained process safety performance improvements. During 2010, the U.S. refineries demonstrated improved capability for systematic management using these standards, systems, and processes. This includes the use of a comprehensive operating management system (OMS), and implementation of a large number of standards such as the new Group Defined Practice for the Assessment, Prioritization, and Management of Risk (BP Risk Standard).

Over the course of the year, U.S. Refining achieved measureable improvement across most of the common indicators currently used by the U.S. refineries to track process safety performance, including a significant reduction in overdue plant inspections and a reduction in overdue process safety action items. Although results vary from refinery to refinery for individual indicators, the composite of these indicators, both at individual refineries and across U.S. Refining, reflects improvement since 2007.

As discussed in earlier IE annual reports, the U.S. Refining and the five U.S. refinery Strategic Implementation Plans (SIPs), first developed in 2008, remain the principal process through which all the improvement activities in U.S. Refining and at the five U.S. refineries are managed. The SIPs represent a risk-prioritized, centrally-managed approach to implementing the Recommendations consistently across the five U.S. refineries. Each year, the U.S. Refining SIP and the SIPs for each of the five U.S. refineries are updated to define milestones and completion dates required to progress the implementation of the Recommendations. In 2010, 96% of the activities and milestones in the SIPs originally targeted for the year were completed.

Although there is a continuing need to accelerate the pace of implementation for some Recommendations, a common message from the five refineries during 2010 was a concern about their capacity to properly address all of the improvement initiatives originating from both within and outside the refineries, while still maintaining a focus on day-to-day safe, reliable, and compliant operations. The leadership teams acknowledged that these improvement initiatives taken individually seem appropriate. However, when considered in total, completing these initiatives in a timely manner would require either shifting additional plant personnel

CONFIDENTIAL

BP-HZN-2179MDL02389025