# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179<br>SECTION: J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: 10-4536 | | |
| …………………………………………………... | | |

## CLEAN WATER ACT – PENALTY PHASE

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal five Exhibits in support of its Opposition to BPXP's Motion *in Limine* to Strike the Expert Reports of Walter H. Cantrell and Renewed Motion in Limine to Exclude Evidence Relating to Prior Incidents (Rec. Doc. 13475), Dkt. No. 13637,

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the Exhibits identified in the Motion (numbers 4, 5, 20, 21 and 22) shall be filed under seal.

IS SO ORDERED this _____ day of _____, 2014, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE