UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
IN THE DEEP WATER HORIZON
IN THE GULF OF MEXICO            *        MDL 2179
                                 *
THIS DOCUMENT APPLIES TO:        *
                                 *
NO. 12-970, BON SECOUR FISHERIES,
INC., ET AL
V.
BP EXPLORATION & PRODUCTION
INC, ET AL                       *
                                          SECTION:  J
                                 *
                                 *        JUDGE BARBIER
                                 *
                                 *        MAG. JUDGE SHUSHAN
**************************************************************************

## MOTION AND INCORPORATED MEMORANDUM
## FOR 15 DAY EXTENSION OF TIME

**NOW INTO COURT THROUGH,** Defendant, JARROD BURLE who moves this Honorable Court for entry of an Order for an extension of time in the above captioned and numbered cause.  Counsel for Plaintiff respectfully requests an extension of time to respond to Special Master motion seeking return of payments made by the Deepwater Horizon Economic Claims Center for the following reasons:

I.          The undersigned counsel had an out of town family matter to attend, which interfered with his time to properly respond.

Respectfully submitted,

 /s/ George Gates, IV_____

**George Gates IV**
State Bar No. # 26295
650 Poydras St Ste 2525
New Orleans, LA 70130
(office)     504-265-9909
(facsimile) 888-583-3317
ggates@gateslawinc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>IN THE DEEP WATER HORIZON<br>IN THE GULF OF MEXICO | * | MDL 2179 |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | |
| | * | |
| NO. 12-970, BON SECOUR FISHERIES,<br>INC., ET AL<br>V.<br>BP EXPLORATION & PRODUCTION<br>INC, ET AL | * | |
| | | SECTION:  J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

*************************************************************************

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Extension of Time to Respond to Special Masters Motion:

**IT IS ORDERED** that the Defendant is granted an extension until the _____ day of _____, 2014 to respond to Defendant's Motion For Summary Judgment.

Louisiana this _____ day of _____, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG IN THE DEEP WATER HORIZON IN THE GULF OF MEXICO | * | MDL 2179 |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | |
| | * | |
| NO. 12-970, BON SECOUR FISHERIES, INC., ET AL V. BP EXPLORATION & PRODUCTION INC, ET AL | * | |
| | | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

*****************************************************************************

## 37.1 CERTIFICATE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served counsel of record by placing the same in the U.S. Mail properly addressed and postage prepaid this _____ day of _____, 2014.

/s/George Gates, IV
**GEORGE GATES, IV**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
IN THE DEEP WATER HORIZON
IN THE GULF OF MEXICO     *     MDL 2179
                          *
THIS DOCUMENT APPLIES TO: *
                          *
NO. 12-970, BON SECOUR FISHERIES,
INC., ET AL
V.
BP EXPLORATION & PRODUCTION
INC,  ET AL               *
                                SECTION:  J
                          *
                          *     JUDGE BARBIER
                          *
                          *     MAG. JUDGE SHUSHAN
**************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that the Defendant, Jarrod Burlle is hereby granted an extension of time to respond the Special Masters Motion  until the _____ day of _____, 2014, at _____ o'clock a.m. in the United States District Court for the  Eastern  District of Louisiana.

Respectfully submitted,

 /s/ George Gates, IV_____

**George Gates IV**
State Bar No. # 26295
650 Poydras St Ste 2525
New Orleans, LA 70130
(office)     504-265-9909
(facsimile) 888-583-3317
ggates@gateslawinc.com

Case 2:10-md-02179-CJB-DPC   Document 13639   Filed 11/10/14   Page 6 of 6