UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
IN THE DEEP WATER HORIZON
IN THE GULF OF MEXICO             *          MDL 2179
                                  *
THIS DOCUMENT APPLIES TO:         *
                                  *
NO. 12-970, BON SECOUR FISHERIES,
INC., ET AL
V.
BP EXPLORATION & PRODUCTION
INC, ET AL                        *
                                             SECTION:  J
                                  *
                                  *          JUDGE BARBIER
                                  *
                                  *          MAG. JUDGE SHUSHAN
**********************************************************************

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Extension of Time to Respond to Special Masters Motion:

**IT IS ORDERED** that the Defendant is granted an extension until the _____ day of _____, 2014 to respond to Defendant's Motion For Summary Judgment.

Louisiana this _____ day of _____, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**