EXHIBIT M



56256399
Oct 28 2014
10:01PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig

            "Deepwater Horizon" in the Gulf

            of Mexico, on April 20, 2010

**This Pleading Relates To**
- **10-4182** (*Alabama v. BP*)
- **10-4183** (*Alabama v. Transocean, et. al*)
- **13-2645** (*Alabama v. Anadarko & MOEX*)
- **13-2646** (*Alabama v. Transocean*)
- **13-2647** (*Alabama v. Halliburton*)
- **13-2813** (*Alabama v. BP*)

**MDL No. 2179**
**SECTION: J**

**JUDGE BARBIER**
**MAGISTRATE SHUSHAN**

## STATE OF ALABAMA'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS

Pursuant to the Court's orders and Federal Rules of Civil Procedure 26, 33, 34, and 36, the State of Alabama ("State") submits the following supplemental responses to the Defendants' First Set of Discovery Requests served on July 14, 2014.

### SPECIFIC RESPONSES AND OBJECTIONS

The State responds as follows to the Defendants' specific interrogatories and requests for production, subject to and without waiving the State's general objections, *see infra* at pp. 48-58 each of which is specifically and fully incorporated into each of the individual responses below.

████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████

**INTERROGATORY NO. 14:**      Provide an accounting of all funds, payments, grants, contributions, or donations that the State has received from BP from 2010 until the present, including all disbursements of tourism, seafood and other block grants, and any other payments or economic assistance received, relating to the *Deepwater Horizon* Incident and/or the Oil Spill.

**OBJECTIONS:**

The State objects to Interrogatory #14 as it seeks information that is irrelevant and/or inadmissible and is not reasonably calculated to lead to the discovery of admissible evidence.

The State objects to Interrogatory #14 to the extent that it seeks discovery of information that Defendant BP is contractually barred from use as an offset and/or mitigation against the State's claims.

The State objects to Interrogatory #14 as irrelevant to the claims and defenses presented in this phase of Alabama's case.  Defendants have not filed a claim/counter-claim alleging that the State has improperly expended or disbursed any funds, payments, grants, contributions, or donations received from Defendant BP.

The State objects to Interrogatory #14 to the extent that it seeks information that is equally (if not more so) in the control and custody of Defendant BP.

The State objects to Interrogatory #14 as it seeks an accounting of the disbursement of funds by entities outside the control of the State.

**RESPONSE:**

█

Subject to and without waiving its specific and general objections, the State responds as follows:

The State is in the process of obtaining, to the best of its ability, an accounting of payments made by BP to the State.  This process is on-going, and subject to supplementation.

Based on its present understanding, the State has received the following funds, payments, grants, contributions, or donations from BP:

**1)  General Grants**

The State received two $25,000,000 general grants from BP; one on May 10, 2010 and the other on June 11, 2010.  These grants were initially received by the Department of Finance, and funds from the grants were subsequently allocated to EMA and ADEM:

- Alabama Emergency Management Agency: EMA received $25,000,000 from the May 10, 2010 Grant and $5,000,000 from the June 11, 2010 Grant. This amount was distributed as sub-grants to local governments and paid expenses related to response activities, including the Baldwin County Emergency Operations Center. The State continues its review of this Request and will supplement its response accordingly

- Alabama Department of Environmental Management: ADEM was allocated $20,000,000 from the June 11, 2010 Grant to construct emergency barriers across the Alabama coastal areas known as "Katrina Cut" and Perdido Pass, in order to protect the State's inshore waters and estuaries from (further) damage from oil.  BP subsequently paid ADEM an additional $15,000,000 for the Katrina Cut project.  BP is in possession of all documentation previously provided by the State to substantiate the costs incurred to construct this project, as well as all records reflecting the amounts paid to the State.

44

Because BP funded an additional $15,000,000 for the Katrina Cut project, the State transferred a portion of ADEM's $20,000,000 allocation of the June 11, 2010 Grant to other State Departments, including: EMA, Office of the Attorney General, Office of the Governor, the Governor's Office of Faith-Based Initiatives, the Department of Finance, the Alabama Historical Commission, and DCNR. The State continues its review of this Request and will supplement its response accordingly.

### 2) Tourism Grants

The State received two tourism grants from BP: (1) a $15,000,000 grant pursuant to an agreement dated May 25, 2010 and (2) a $16,000,000 grant pursuant to an agreement dated March 7, 2011.  Of this amount, $30,999,999.92 was disbursed for tourism related activities and programs. The State will produce an accounting and/or account ledger, which will reflect the receipt and expenditure of funds related to the tourism grants.

### 3) Mental Health Grant

The State received a $12,000,000 mental health grant from BP pursuant to an agreement dated August 27, 2010. These funds were distributed to the Alabama Department of Mental Health.  As of January 28, 2014, $11,296,080.63 of these funds had been disbursed. The State will produce an accounting and/or account ledger, which will reflect the receipt and expenditure of funds related to the mental health grant.

### 4) Seafood Marketing & Testing Program

The State received $9,000,000 for seafood marketing and testing from BP on May 26, 2010.[3]  The Alabama Department of Conservation and Natural Resources has provided BP with

quarterly and annual reports documenting all expenditures related to the Seafood Testing and Marketing programs which BP has in its possession. BP also has possession of all records that reflect the amounts BP has provided to the State to fund these programs.

**5)  Various Response Costs**

The State has received payments from BP to reimburse the State for costs and expenses related to its oil spill response. BP is in possession of all data and information submitted by the State of Alabama in support of its claims for reimbursement of spill-related response costs, and BP is also in possession of all data and records indicating the amounts submitted to and paid by BP.

**6)  NRD Assessment Costs**

While not relevant to this phase of Alabama's case, the State received $4,000,000 from BP to reimburse the State for Natural Resources Damage Assessment costs.

* * *

Again, the State's accounting of its receipts from BP is on-going.  The State will supplement this Response once the State has completed said accounting, which will likely occur after Defendant BP produces information regarding all of its payments to the State.

---

[3] The State also received $500,000 through the Deepwater Horizon Economic and Property Damages Settlement.

**SUPPLEMENTAL RESPONSE:**

Subject to and without waiving its objections, the State responds as follows:

Based on its present understanding, the State has received the following funds, payments, grants, contributions, or donations from BP:

**1)  General Grants**

The State received two general grants from BP totaling $50,000,000 (one for $25 million on May 10, 2010 and the other for $25 million on June 11, 2010) and additional payments related to the construction of the Katrina Cut project.   The following State agencies and departments received and disbursed these funds as follows:

- Alabama Emergency Management Agency ("EMA"):

EMA received a total of $35,169,872.74 in BP funds and disbursed a total of $35,169,872.74 of those funds.  AL-ED-000031681 ("Historical Commission - BP Oil Spill, Fund 1419") reflects the receipt and disbursement of these funds with regard to the State Historical Commission.  The State will provide Defendants with an accounting of the total disbursement in a future production (and will identify that record as such).

- Alabama Department of Environmental Management ("ADEM"):  ADEM received a total of $21,556,982.74 in BP funds and disbursed a total of $21,556,982.74 of those funds in accordance with the entries reflected in AL-ED-000031674 ("Environmental Management - BP Oil Spill, Fund 1403").

- The Office of the Governor:  The Governor's office received a total of $4,411,173.71 in BP funds and disbursed a total of $975,201.32 of those funds in accordance with the entries reflected in AL-ED-000031677 ("Governor's Office - BP Oil Spill, Fund 1410").   The Governor's office retains a balance of funds in the amount of $3,435,972.39.

47

- Alabama Department of Finance ("Finance"):

  o *Receipt*: Finance received a total of $10,990,013.04 in BP funds and disbursed a total of $2,383,650.39 in accordance with the entries reflected in AL-ED-000031675 ("Department of Finance-BP Oil Spill Fund 1417").  Finance retains a balance of funds in the amount of $8,606,362.65.

  o *Distribution*:  Fund 1417 included disbursements to the Alabama Department of Public Safety and the Alabama Department of Conservation and Natural Resources.  AL-ED-000031671 ("Department of Public Safety - BP Oil Spill, Fund 1416") reflects the receipt and disbursement of the funds received by the Department of Public Safety.   The Alabama Department of Conservation and Natural Resources received $79,800.00.

    2)  **Tourism Grants**

The State received two tourism grants from BP: (1) a $15,000,000 grant pursuant to an agreement dated May 25, 2010 and (2) a $16,000,000 grant pursuant to an agreement dated March 7, 2011.   AL-ED-000031688 ("Tourism - BP Oil Spill Fund 1401") reflects the disbursement of these funds.

    3)  **Mental Health Grant**

The State received a $12,000,000 mental health grant from BP pursuant to an agreement dated August 27, 2010.  AL-ED-000031683 ("Mental Health - BP Oil Spill, Fund 1408") reflects the disbursement of these funds.   Included within the disbursements from Fund 1408 are disbursements to the Governor's Office of Faith Based and Community Initiatives, which are reflected in AL-ED-000031680 ("Governor's Office on Faith Based-BP Oil Spill Fund 1411").

### 4)  Seafood Marketing & Testing Program

The State received $9,000,000 for seafood marketing and testing from BP on May 26, 2010.[4]  The Alabama Department of Conservation and Natural Resources has provided BP with quarterly and annual reports documenting all expenditures related to the Seafood Testing and Marketing programs, which BP has in its possession.  BP also has possession of all records that reflect the amounts BP has provided to the State to fund these programs.

### 5)  Various Response Costs

The State has received payments from BP to reimburse the State for costs and expenses related to its oil spill response. BP is in possession of all data and information submitted by the State of Alabama in support of its claims for reimbursement of spill-related response costs, and BP is also in possession of all data and records indicating the amounts submitted to and paid by BP.

### 6)  NRD Assessment Costs

While not relevant to this phase of Alabama's case, the State received an initial payment of $4,000,000 from BP to reimburse the State for Natural Resources Damage Assessment costs, and BP has paid additional funds in response to requests for NRD Assesment reimbursement. BP is in possession of all data and records indicating the amounts submitted to and paid by BP.

* * *

This Response is based on the best information available to the State on this date.  The State reserves the right to supplement this Response as more information becomes available.

---

[4] The State also received $500,000 through the Deepwater Horizon Economic and Property Damages Settlement.

**SECOND SUPPLEMENTAL RESPONSE:**

Subject to and without waiving its objections, the State responds as follows:

Based on its present understanding, including Defendants' Response to the State's Interrogatories #13 and #14, the State has received the following grants, funds, payments, contributions, and/or donations from BP:

**1) May 2010 Block Grant**

The State received a $25,000,000 grant from BP on May 10, 2010.  The Alabama Emergency Management Agency received and distributed these funds as grants to local governments, commissions, and bureaus in accordance with the entries in AL-ED-000806961 ("Emergency Management – BP Oil Spill, Fund 1400").

**2) June 2010 Block Grant**

The State received a second $25,000,000 grant from BP on June 11, 2010.  These funds were received and distributed by the Alabama Department of Environmental Management (for use on the Katrina Cut and/or Perdido Pass projects) and the Alabama Emergency Management Agency (for additional grants to local governments and other costs/uses).  ADEM and EMA distributed these funds in accordance with the entries reflected in AL-ED-000031674 ("Environmental Management - BP Oil Spill, Fund 1403") and AL-ED-000806961 ("Emergency Management – BP Oil Spill, Fund 1400").

**3) Two Tourism Grants**

The State received two tourism grants from BP: (1) a $15,000,000 grant pursuant to an agreement dated May 25, 2010 and (2) a $16,000,000 grant pursuant to an agreement dated March 7, 2011.  AL-ED-000031688 ("Tourism - BP Oil Spill Fund 1401") reflects the disbursement of these funds.

50

### 4)  Mental Health Grant

The State received a $12,000,000 mental health grant from BP pursuant to an agreement dated August 27, 2010.  AL-ED-000031683 ("Mental Health - BP Oil Spill, Fund 1408") reflects the disbursement of these funds.  Included within the disbursements from Fund 1408 are disbursements to the Governor's Office of Faith Based and Community Initiatives, which are reflected in AL-ED-000031680 ("Governor's Office on Faith Based-BP Oil Spill Fund 1411").

### 5)  Seafood Marketing & Testing Program

The State received $9,000,000 for seafood marketing and testing from BP on May 26, 2010.[5]  The Alabama Department of Conservation and Natural Resources has provided BP with quarterly and annual reports documenting all expenditures related to the Seafood Testing and Marketing programs, which BP has in its possession.  BP also has possession of all records that reflect the amounts BP has provided to the State to fund these programs.

### 6)  Various Response Costs

The State has received payments from BP to reimburse the State for costs and expenses related to its oil spill response. BP is in possession of all data and information submitted by the State of Alabama in support of its claims for reimbursement of spill-related response costs, and BP is also in possession of all data and records indicating the amounts submitted to and paid by BP.

### 7)  NRD Assessment Costs

While not relevant to this phase of Alabama's case, the State received an initial payment of $4,000,000 from BP to reimburse the State for Natural Resources Damage Assessment costs,

---

[5] The State also received $500,000 through the Deepwater Horizon Economic and Property Damages Settlement.

and BP has paid additional funds in response to requests for NRD Assesment reimbursement. BP is in possession of all data and records indicating the amounts submitted to and paid by BP.

* * *

Based on information available to the State at this time, the following State departments and agencies received and distributed the above-listed payments and other, smaller payments from BP (including payments related to the cost overrun on the Katrina Cut project):

1)   **Alabama Emergency Management Agency ("EMA")**:

EMA received a total of $35,169,872.74 in BP funds and disbursed a total of $35,169,872.74 of those funds.  AL-ED-000031681 ("Historical Commission - BP Oil Spill, Fund 1419") reflects the receipt and disbursement of these funds with regard to the State Historical Commission.

2)   **Alabama Department of Environmental Management ("ADEM")**:   ADEM received a total of $21,556,982.74 in BP funds and disbursed a total of $21,556,982.74 of those funds in accordance with the entries reflected in AL-ED-000031674 ("Environmental Management - BP Oil Spill, Fund 1403").

3)   **The Office of the Governor**:   The Governor's office received a total of $4,411,173.71 in BP funds and disbursed a total of $975,201.32 of those funds in accordance with the entries reflected in AL-ED-000031677 ("Governor's Office - BP Oil Spill, Fund 1410"). The Governor's office retains a balance of funds in the amount of $3,435,972.39.

4)   **Alabama Department of Finance ("Finance")**:   Finance received a total of $10,990,013.04 in BP funds and disbursed a total of $2,383,650.39 in accordance with the entries reflected in AL-ED-000031675 ("Department of Finance-BP Oil Spill Fund 1417").   Finance retains a balance of funds in the amount of $8,606,362.65.   Fund 1417 included disbursements

52

to the Alabama Department of Public Safety and the Alabama Department of Conservation and Natural Resources.   AL-ED-000031671 ("Department of Public Safety - BP Oil Spill, Fund 1416") reflects the receipt and disbursement of the funds received by the Department of Public Safety.  The Alabama Department of Conservation and Natural Resources received $79,800.00. An accounting of DCNR's expenditures is not responsive in this phase of Alabama's case because it contains expenses/payments related to the on-going NRD Assessment.

* * *

This Response is based on the information available to the State at this time.  The State reserves the right to supplement this Response as more information becomes available.

## DEPARTMENT OF PUBLIC SAFETY- BP OIL SPILL
### Fund 1416

| April 20, 2010 | Date of Oil Spill | |
|---|---|---|
| | | **REIMBURSEMENT** |
| **RECEIPTS:** | | |
| Sept. 16, 2010 | | 177,995.89 |
| Dec 23, 2010 | | 139,192.57 |
| May 6, 2011 | | 175,654.52 |
| August 8, 2011 | | 103,914.45 |
| July 20, 2012 | Transfer from Finance Department | 231,692.68 |
| Oct 29, 2012 | Transfer from Finance Department | 23,504.29 |
| Jan 30, 2013 | Transfer from Finance Department | 24,880.07 |
| June 18, 2013 | Transfer from Finance Department | 39,832.32 |
| August 2, 2013 | Transfer from Finance Department | 3,620.46 |
| August 30, 2013 | Transfer from Finance Department | 5,773.47 |
| Sept 20, 2013 | Transfer from Finance Department | 1,702.12 |
| Dec 3, 2013 | Transfer from Finance Department | 5,418.48 |
| February 21, 2014 | Transfer from Finance Department | 5,800.22 |
| May 5, 2014 | Transfer from Finance Department | 158.88 |
| | | |
| | Receipts to Date | 939,140.42 |
| | | |
| **DISBURSEMENTS:** | | |
| Sept. 27, 2010 | Personnel Costs - Salaries - Regular | 100,568.32 |
| Sept. 27, 2010 | Personnel Costs - Subsistence Allowances | 3,768.00 |
| Sept. 27, 2010 | Employee Benefits - FICA | 1,512.88 |
| Sept. 27, 2010 | Employee Benefits - Retirement | 15,988.76 |
| Sept. 27, 2010 | Employee Benefits - Group Health Insurance | 17,850.08 |
| Sept. 27, 2010 | Travel In State - Mileage - Disasters | 1,234.50 |
| Sept. 27, 2010 | Travel In State - Subsistence & Lodging Overnight - Disasters | 9,799.25 |
| Sept. 27, 2010 | Travel In State - Employee Subsistence - Not Overnight - Disasters | 1,826.25 |
| Sept. 27, 2010 | Travel In State - Actual In State Travel - Disasters | 306.28 |
| Sept. 27, 2010 | Supplies & Operating Expenses - Office Operation | 17.85 |
| Sept. 27, 2010 | Supplies & Operating Expenses - Data Processing | 619.72 |
| Sept. 27, 2010 | Transportation Equipment Operations - Petroleum/Synthetic Products | 24,504.00 |
| Jan 25, 2011 | Personnel Costs - Salaries - Regular | 30,992.08 |
| Jan 25, 2011 | Personnel Costs - Salaries - Overtime | 48,247.37 |
| Jan 25, 2011 | Personnel Costs - Subsistence Allowances | 1,968.00 |
| Jan 25, 2011 | Employee Benefits - FICA | 3,498.19 |
| Jan 25, 2011 | Employee Benefits - Retirement | 21,405.34 |
| Jan 25, 2011 | Employee Benefits - Group Health Insurance | 6,294.16 |
| Jan 25, 2011 | Transportation Equipment Operations - Petroleum/Synthetic Products | 18,114.50 |
| June 15, 2011 | Personnel Costs - Salaries - Regular | 6,669.09 |
| June 15, 2011 | Personnel Costs - Salaries - Overtime | 104,775.05 |
| June 15, 2011 | Personnel Costs - Subsistence Allowances | 336.00 |
| June 15, 2011 | Employee Benefits - FICA | 834.10 |
| June 15, 2011 | Employee Benefits - Retirement | 44,818.95 |
| June 15, 2011 | Employee Benefits - Group Health Insurance | 1,088.08 |
| June 15, 2011 | Supplies & Operating Expenses - Data Processing | 47.00 |
| June 15, 2011 | Transportation Equipment Operations - Petroleum/Synthetic Products | 25,758.28 |
| June 21, 2011 | Employee Benefits - Group Health Insurance | 0.90 |
| Nov 18, 2011 | Personnel Costs - Salaries - Regular | 33,412.68 |
| Nov 18, 2011 | Personnel Costs - Salaries - Overtime | 12,800.35 |
| Nov 18, 2011 | Personnel Costs - Subsistence Allowances | 1,248.00 |
| Nov 18, 2011 | Employee Benefits - FICA | 1.49 |
| Nov 18, 2011 | Employee Benefits - Retirement | 13,509.95 |
| Nov 18, 2011 | Employee Benefits - Group Health Insurance | 6,259.62 |
| Nov 18, 2011 | Travel In State - Employee Subsistence - Not Overnight - Disasters | 300.00 |
| Nov 18, 2011 | Travel In State - Actual In State Travel - Disasters - Adam C Thomas | 17,294.50 |
| Nov 18, 2011 | Supplies & Materials - Books, Subscriptions and Periodicals | 1,309.78 |
| Nov 18, 2011 | Supplies & Operating Expenses - Data Processing | 850.90 |
| Nov 18, 2011 | Transportation Equipment Operations - Petroleum/Synthetic Products | 16,927.18 |
| August 13, 2012 | Personnel Costs - Salaries - Regular | 36,112.82 |
| August 13, 2012 | Personnel Costs - Salaries - Overtime | 50,872.18 |
| August 13, 2012 | Personnel Costs - Subsistence Allowances | 1,272.00 |

AL-ED-000031671

ENVIRONMENTAL MANAGEMENT - BP OIL SPILL
Fund 1403

| | | REIMBURSEMENT | GRANTS | TOTAL | Katrina Cut | Perdido Pass | ADEM Expenses |
|---|---|---|---|---|---|---|---|
| April 20, 2010 | Date of Oil Spill | | | | | | |
| **RECEIPTS:** | | | | | | | |
| June 17, 2010 | $15 M Katrina Cut $5M Perdido Pass | | 20,000,000.00 | 20,000,000.00 | 15,000,000.00 | 5,000,000.00 | |
| Sept. 14, 2010 | | 426,025.72 | | 426,025.72 | | | 426,025.72 |
| Jan 08, 2011 | | 229,684.21 | | 229,684.21 | | | 229,684.21 |
| May 3, 2011 | BP transfer Katrina Cut | | 4,044,923.09 | 4,044,923.09 | 4,044,923.09 | | |
| June 23, 2011 | | | 835,941.01 | 835,941.01 | 835,941.01 | | |
| July 7, 2011 | BP transfer Katrina Cut | | 1,719,135.90 | 1,719,135.90 | 1,719,135.90 | | |
| Dec 21, 2011 | Transfer to Finance Department | | (5,043,017.26) | (5,043,017.26) | | | |
| | Receipts to Date | 655,709.93 | 21,556,982.74 | 22,212,692.67 | 21,600,000.00 | 5,000,000.00 | 655,709.93 |
| **DISBURSEMENTS:** | | | | | | | |
| June 28, 2010 | Professional Services - Environmental Restoration - Thompson Engineering | | 3,208,350.00 | 3,208,350.00 | 3,208,350.00 | | |
| June 28, 2010 | Professional Services - Environmental Restoration - Thompson Engineering - Perdido Pass | | 4,340,000.00 | 4,340,000.00 | | 4,340,000.00 | |
| August 3, 2010 | Professional Services - Environmental Restoration - Thompson Engineering - Perdido Pass | | 260,000.00 | 260,000.00 | | 260,000.00 | |
| August 28, 2010 | Professional Services - Environmental Restoration - Thompson Engineering | | 1,960,502.02 | 1,960,502.02 | 1,960,502.02 | | |
| Sept. 14, 2010 | Personnel Costs - Salaries Regular | 188,666.94 | | 188,666.94 | | | 188,666.94 |
| Sept. 14, 2010 | Employee Benefits - FICA | 14,433.02 | | 14,433.02 | | | 14,433.02 |
| Sept. 14, 2010 | Employee Benefits - Retirement | 22,526.53 | | 22,526.53 | | | 22,526.53 |
| Sept. 14, 2010 | Employee Benefits - Group Health Insurance | 29,461.45 | | 29,461.45 | | | 29,461.45 |
| Sept. 14, 2010 | Travel In State - Subsistence & Lodging Overnight | 300.00 | | 300.00 | | | 300.00 |
| Sept. 14, 2010 | Travel In State - Subsistence & Lodging Overnight - Disaster | 6,088.29 | | 6,088.29 | | | 6,088.29 |
| Sept. 14, 2010 | Travel In State - Other Travel Expenses - Disaster | 122.64 | | 122.64 | | | 122.64 |
| Sept. 14, 2010 | Travel In state - Employee Subsistence Not Overnight - Disaster | 37.25 | | 37.25 | | | 37.25 |
| Sept. 14, 2010 | Travel In State - Actual In State Travel - Disaster | 3,641.82 | | 3,641.82 | | | 3,641.82 |
| Sept. 14, 2010 | Supplies & Operating Expenses - Scientific & Technical | 14,322.00 | | 14,322.00 | | | 14,322.00 |
| Sept. 14, 2010 | Miscellaneous - Transfers | 146,425.77 | | 146,425.77 | | | 146,425.77 |
| Oct 7, 2010 | Professional Services - Environmental Restoration - Thompson Engineering | | 1,574,060.68 | 1,574,060.68 | 1,574,060.68 | | |
| Nov 10, 2010 | Professional Services - Environmental Restoration - Thompson Engineering | | 2,047,966.30 | 2,047,966.30 | 2,047,966.30 | | |
| Dec 2, 2010 | Professional Services - Environmental Restoration - Thompson Engineering | | 1,328,256.90 | 1,328,256.90 | 1,328,256.90 | | |
| Dec 8, 2010 | Professional Services - Legal Professional - Balch & Bingham | 229,684.21 | | 229,684.21 | | | 229,684.21 |
| March 17,2011 | Professional Services - Environmental Restoration - Thompson Engineering | | 4,044,923.09 | 4,044,923.09 | 4,044,923.09 | | |
| May 9, 2011 | Professional Services - Environmental Restoration - Thompson Engineering | | 2,792,923.76 | 2,792,923.76 | 2,792,923.76 | | |
| **ENCUMBRANCES:** | | | | | | | |
| | | | | 0.00 | 1,000,000.00 | | |
| | Disbursed and Encumbered Year to Date | 655,709.92 | 21,556,982.75 | 22,212,692.67 | 17,956,982.75 | 4,600,000.00 | 655,709.92 |
| **BALANCE** | | 0.01 | (0.01) | 0.00 | 3,643,017.25 | 400,000.00 | 0.01 |

AL-ED-000031674

AL-ED-000031675

# DEPARTMENT OF FINANCE- BP OIL SPILL
## Fund 1417

April 20, 2010     Date of Oil Spill

**RECEIPTS:**

| | | GRANT |
|---|---|---|
| January | | 500,000.00 |
| Sept 8, 2011 | Transfer from Attorney General | 2,900,000.00 |
| October 5, 2011 | Transfer from Attorney General | 5,000,000.00 |
| Nov 17, 2011 | Transfer to Emergency Management | (442,100.00) |
| Dec 14, 2011 | Transfer to Emergency Management | (104,171.00) |
| Dec 22, 2011 | Transfer from Environmental Management | 5,043,017.26 |
| July 20, 2012 | Transfer to Department of Public Safety | (231,692.68) |
| Oct 12, 2012 | Transfer to Emergency Management | (28,085.20) |
| Oct 12, 2012 | Transfer to Emergency Management | (1,262,355.00) |
| Oct 29, 2012 | Transfer to Department of Public Safety | (23,504.29) |
| August 2, 2013 | Transfer to Department of Public Safety | (3,620.46) |
| August 7, 2013 | Transfer to Emergency Management | (350,000.00) |
| August 30, 2013 | Transfer to Department of Public Safety | (5,773.47) |
| Sept 20, 2013 | Transfer to Department of Public Safety | (1,702.12) |
| | | |
| | Receipts to Date | 10,990,013.04 |

**DISBURSEMENTS:**

| | | |
|---|---|---|
| January 30, 2013 | Transfer to Public Safety | 24,880.07 |
| March 7, 2013 | Transfer to Emergency Management | 30,000.00 |
| March 7, 2013 | Transfer to Emergency Management | 134,857.00 |
| May 9, 2013 | Grants and Benefits - The South Mobile County | 350,000.00 |
| June 18, 2013 | Transfer to Public Safety | 39,832.32 |
| July 29, 2013 | Transfer to Emergency Management | 60,000.00 |
| August 20, 2013 | Transfer to Conservation | 79,800.00 |
| October 15, 2013 | Transfer to Emergency Management | 350,000.00 |
| Dec 3, 2013 | Transfer to Public Safety | 5,418.48 |

## GOVERNOR'S OFFICE- BP OIL SPILL
### Fund 1410

| | | GRANTS | REIMBURSEMENT | TOTAL |
|---|---|---|---|---|
| April 20, 2010 | Date of Oil Spill | | | |
| **RECEIPTS:** | | | | |
| Sept. 15, 2010 | | | 25,552.33 | 25,552.33 |
| Nov 24, 2010 | Transfer from EMA | 4,404,917.00 | | 4,404,917.00 |
| Jan 30, 2011 | | 6,256.71 | | 6,256.71 |
| | Receipts to Date | 4,411,173.71 | 25,552.33 | 4,436,726.04 |
| **DISBURSEMENTS:** | | | | |
| Sept. 16, 2010 | Personnel Costs - Salaries - Other | | 19,318.00 | 19,318.00 |
| Sept. 16, 2010 | Employee Benefits - FICA | | 1,477.83 | 1,477.83 |
| Sept. 16, 2010 | Employee Benefits - Retirement | | 2,209.14 | 2,209.14 |
| Sept. 16, 2010 | Employee Benefits - Group Health Insurance | | 2,547.36 | 2,547.36 |
| Jan 8, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 0.00 | | 0.00 |
| Jan 27, 2011 | Professional Service - Legal & Professional - ADEM | 229,684.21 | | 229,684.21 |
| Jan 29, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 0.00 | | 0.00 |
| Feb 5, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 0.00 | | 0.00 |
| Feb 25, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 0.00 | | 0.00 |
| March 8, 2011 | Professional Service - Legal & Professional - Balch & Bingham | 524,480.03 | | 524,480.03 |
| April 13, 2011 | Personnel Costs - Salaries - Regular | 2,967.00 | | 2,967.00 |
| April 13, 2011 | Employee Benefits - FICA | 226.00 | | 226.00 |
| April 13, 2011 | Employee Benefits - Retirement | 354.00 | | 354.00 |
| April 13, 2011 | Employee Benefits - Group Health Insurance | 414.00 | | 414.00 |
| April 13, 2011 | Travel In-State - Disasters | 532.00 | | 532.00 |
| August 17, 2011 | Travel In State - Subsistence & Lodging Overnight Disasters | 253.77 | | 253.77 |
| August 17, 2011 | Travel Out of State - Commercial Transportation-Disasters | 25.00 | | 25.00 |
| August 17, 2011 | Travel Out of State - Subsistence & Lodging Overnight Disasters | 1,026.07 | | 1,026.07 |
| August 17, 2011 | Professional Services - Advertising | 2,835.00 | | 2,835.00 |
| August 26, 2011 | Travel In State - Mileage Disasters - Ruth Alexander | 323.85 | | 323.85 |
| August 26, 2011 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 225.93 | | 225.93 |
| August 26, 2011 | Travel In State - Other Travel Expenses Disasters - Cooper Shattuck | 17.00 | | 17.00 |
| August 26, 2011 | Travel Out of State - Commercial Transportation-Disasters Cooper Shattuck | 210.40 | | 210.40 |
| August 26, 2011 | Travel Out of State-Subsistence & Lodging Overnight Disasters Christine Ward | 759.94 | | 759.94 |
| August 26, 2011 | Rentals and Leases - Automotive - Department of Finance | 226.00 | | 226.00 |
| Sept 3, 2011 | Travel Out of State-Subsistence & Lodging Overnight Disasters Cooper Shattuck | 151.42 | | 151.42 |
| Sept 10, 2011 | Travel in State - Commercial Transportation - Cooper Shattuck | 97.54 | | 97.54 |
| Sept 10, 2011 | Travel Out of State-Subsistence & Lodging Overnight Disasters Cooper Shattuck | 453.16 | | 453.16 |
| Sept 16, 2011 | Travel Out of State-Subsistence & Lodging Overnight Disasters Cooper Shattuck | 442.09 | | 442.09 |
| Sept 17, 2011 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 524.17 | | 524.17 |
| Sept 28, 2011 | Miscellaneous Expenses - Transfer to Geological Survey | 77,000.00 | | 77,000.00 |
| Nov 3, 2011 | Rentals and Leases - Automotive - Department of Finance | 203.15 | | 203.15 |
| Nov 10, 2011 | Travel Out of State - Other Travel - Cooper Shattuck | 561.45 | | 561.45 |
| Nov 22, 2011 | Travel Out of State - Commercial Transportation-Disasters Cooper Shattuck | 25.00 | | 25.00 |
| Nov 22, 2011 | Travel Out of State - Promotional - Cooper Shattuck | 630.95 | | 630.95 |
| Nov 22, 2011 | Travel Out of State - Employee Subsistence Not Overnight - Cooper Shattuck | 29.45 | | 29.45 |
| Dec 3, 2011 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 80.00 | | 80.00 |
| Dec 3, 2011 | Travel Out of State - Promotional - Cooper Shattuck | 258.00 | | 258.00 |
| Jan 4, 2012 | Travel In State - Commercial Transportation - Cooper Shattuck | 683.40 | | 683.40 |
| Jan 4, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 230.73 | | 230.73 |
| Jan 4, 2012 | Travel Out of State - Other Travel - Cooper Shattuck | 30.73 | | 30.73 |
| Jan 10, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 400.84 | | 400.84 |
| Jan 10, 2012 | Travel Out of State - Other Travel - Cooper Shattuck | 72.00 | | 72.00 |
| Jan 14, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 290.22 | | 290.22 |
| Jan 14, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 291.42 | | 291.42 |
| Jan 14, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 525.71 | | 525.71 |
| Jan 14, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 72.00 | | 72.00 |
| Jan 16, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 1,100.10 | | 1,100.10 |
| Jan 16, 2012 | Travel In State-Subsistence & Lodging Overnight Disasters-Cooper Shattuck | 474.43 | | 474.43 |
| Jan 16, 2012 | Travel Out of State - Other Travel - Cooper Shattuck | 24.00 | | 24.00 |
| Jan 16, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 505.40 | | 505.40 |
| March 13, 2012 | Travel In State - Other Travel Expenses - Cooper Shattuck | 10.00 | | 10.00 |
| March 13, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 344.40 | | 344.40 |
| March 13, 2012 | Travel Out of State - Subsistence & Lodging Overnight - Cooper Shattuck | 709.39 | | 709.39 |
| March 13, 2012 | Travel Out of State - Other Travel Expenses - Cooper Shattuck | 56.00 | | 56.00 |
| March 30, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 10.00 | | 10.00 |
| March 30, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 60.00 | | 60.00 |
| March 30, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 35.00 | | 35.00 |
| March 30, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 594.38 | | 594.38 |
| March 30, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 561.55 | | 561.55 |
| March 30, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 476.34 | | 476.34 |
| March 30, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 1,102.01 | | 1,102.01 |
| March 30, 2012 | Travel Out of State - Other Travel Expenses - Cooper Shattuck | 12.95 | | 12.95 |
| April 10, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 24.60 | | 24.60 |
| April 10, 2012 | Travel In State-Subsistence & Lodging Overnight - Cooper Shattuck | 624.64 | | 624.64 |
| April 20, 2012 | Travel Out of State - Commercial Transportation - Cooper Shattuck | 380.60 | | 380.60 |
| April 20, 2012 | Travel In State-Subsistence & Lodging Overnight -Cooper Shattuck | 2,161.85 | | 2,161.85 |
| April 20, 2012 | Travel Out of State - Other Travel Expenses - Cooper Shattuck | 37.28 | | 37.28 |

AL-ED-000031677

**GOVERNOR'S OFFICE ON FAITH BASED- BP OIL SPILL**
**Fund 1411**

April 20, 2010   Date of Oil Spill

| | | GRANTS | REIMBURSEMENT | TOTAL |
|---|---|---|---|---|
| **RECEIPTS:** | | | | |
| Sept. 17, 2010 | | | 37,213.44 | 37,213.44 |
| Oct 15, 2010 | Transfer from Mental Health | 50,000.00 | | 50,000.00 |
| May 13, 2011 | Transfer from Mental Health | 1,000,000.00 | | 1,000,000.00 |
| May 13, 2011 | Transfer from Mental Health | 1,050,000.00 | | 1,050,000.00 |
| Dec 20, 2011 | Transfer back to Mental Health | (290,343.72) | (1.10) | (290,344.82) |
| | | | | 0.00 |
| | Receipts to Date | 1,809,656.28 | 37,212.34 | 1,846,868.62 |
| | | | | |
| **DISBURSEMENTS:** | | | | |
| Sept. 27, 2010 | Personnel Costs - Salaries - Regular | | 24,128.00 | 24,128.00 |
| Sept. 27, 2010 | Employee Benefits - FICA | | 1,845.84 | 1,845.84 |
| Sept. 27, 2010 | Employee Benefits - Retirement | | 2,880.36 | 2,880.36 |
| Sept. 27, 2010 | Employee Benefits - Group Health Insurance | | 4,558.80 | 4,558.80 |
| Sept. 27, 2010 | Travel In State - Other Travel Expenses - Disasters | | 150.48 | 150.48 |
| Sept. 27, 2010 | Travel In State - Actual In-State Travel - Disasters | | 1,019.16 | 1,019.16 |
| Sept. 27, 2010 | Rentals and Leases - Automobiles | | 2,027.70 | 2,027.70 |
| Sept. 27, 2010 | Transportation Equipment Operations - Petroleum/Synthetic Products | | 602.00 | 602.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Bay Area Food Bank Inc | 45,000.00 | | 45,000.00 |
| Dec 29, 2010 | Grants & Benefits-State Grants & Awards-CAA of Baldwin Escambia Clarke | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Volunteer Mobile Inc | 29,987.00 | | 29,987.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Penelope House Family | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Care House Inc | 25,000.00 | | 25,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Volunteers of America | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants & Benefits-State Grants & Awards-Baldwin Family Violence Shelter | 13,000.00 | | 13,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Mobile Community Action Inc | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Catholic Social Services | 50,000.00 | | 50,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Volunteer & Information Center | 11,935.00 | | 11,935.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Lighthouse Apostolic Holiness | 29,296.00 | | 29,296.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Boat People SOS Inc | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Impact Alabama | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Christian Service Center | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Mobile Area Edu Foundation | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Ozanam Charitable Pharmacy | 29,000.00 | | 29,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Peace Lutheran Church of | 50,000.00 | | 50,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Mobile County Commission | 31,544.00 | | 31,544.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Gulf Shores United Methodist | 29,500.00 | | 29,500.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - United Way of Baldwin Co Inc | 90,000.00 | | 90,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Family Counseling Center | 47,306.00 | | 47,306.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Bayou Recovery Project | 30,000.00 | | 30,000.00 |
| Dec 29, 2010 | Grants and Benefits - State Grants & Awards - Prodisee Pantry | 25,000.00 | | 25,000.00 |
| Jan 19, 2011 | Grants & Benefits - State Grants & Awards - South Alabama Regional Planning | 60,000.00 | | 60,000.00 |
| March 1, 2011 | Grants & Benefits - State Grants & Awards - The Salvation Army | 30,000.00 | | 30,000.00 |
| March 29, 2011 | Grants & Benefits - State Grants & Awards - Gulf Shores United Methodist | 30,000.00 | | 30,000.00 |
| March 29, 2011 | Grants & Benefits - State Grants & Awards - Peace Lutheran Church Baldwin Co | 50,000.00 | | 50,000.00 |
| March 29, 2011 | Grants and Benefits - State Grants & Awards - Volunteers of America | 30,000.00 | | 30,000.00 |
| March 29, 2011 | Grants and Benefits - State Grants & Awards - Prodisee Pantry | 30,000.00 | | 30,000.00 |
| March 29, 2011 | Grants and Benefits - State Grants & Awards - Baldwin Family Violence Shelter | 22,054.28 | | 22,054.28 |
| April 29, 2011 | Grants and Benefits - State Grants & Awards - Christian Service Center | 50,000.00 | | 50,000.00 |
| April 29, 2011 | Grants and Benefits - State Grants & Awards - United Way of Baldwin Co Inc | 30,000.00 | | 30,000.00 |
| April 29, 2011 | Grants and Benefits - State Grants & Awards - Boat People SOS Inc | 50,000.00 | | 50,000.00 |
| April 29, 2011 | Grants and Benefits - State Grants & Awards - Ozanam Charitable Pharmacy | 20,000.00 | | 20,000.00 |
| April 29, 2011 | Grants and Benefits - State Grants & Awards - Bayou Recovery Project | 30,000.00 | | 30,000.00 |
| April 29, 2011 | Grants and Benefits - State Grants & Awards - Care House Inc | 15,000.00 | | 15,000.00 |
| April 29, 2011 | Grants and Benefits - State Grants & Awards - Alabama Technology Network | 60,000.00 | | 60,000.00 |
| April 30, 2011 | Grants and Benefits - State Grants & Awards - United Way of Baldwin Co Inc | 30,000.00 | | 30,000.00 |
| May 24, 2011 | Grants & Benefits - Federal Grants & Awards - Mobile Community Action | 30,000.00 | | 30,000.00 |
| July 2, 2011 | Grants & Benefits - Federal Grants & Awards - Gulf Shores United Meth Church | 30,000.00 | | 30,000.00 |
| July 2, 2011 | Grants & Benefits - Federal Grants & Awards - Prodisee Pantry | 30,000.00 | | 30,000.00 |
| July 8, 2011 | Grants & Benefits - Federal Grants & Awards - Peace Lutheran Church Baldwin | 50,000.00 | | 50,000.00 |
| July 21, 2011 | Grants & Benefits - Federal Grants & Awards - Alabama Technical Network | 12,000.00 | | 12,000.00 |
| July 21, 2011 | Grants & Benefits - Federal Grants & Awards - Christian Service Center | 50,000.00 | | 50,000.00 |
| July 30, 2011 | Grants & Benefits - Federal Grants & Awards - Family Counseling Ctr Mobile | 30,000.00 | | 30,000.00 |
| July 30, 2011 | Grants & Benefits - Federal Grants & Awards - Family Counseling Ctr Mobile | 30,000.00 | | 30,000.00 |
| July 30, 2011 | Grants & Benefits - Federal Grants & Awards - United Way of Baldwin Co | 75,000.00 | | 75,000.00 |
| July 30, 2011 | Grants & Benefits - Federal Grants & Awards - South Alabama Regional Plan | 17,034.00 | | 17,034.00 |
| July 30, 2011 | Grants & Benefits - Federal Grants & Awards - Bayou Recovery Project | 30,000.00 | | 30,000.00 |
| August 25, 2011 | Grants and Benefits - State Grants & Awards - Care House Inc | 2,000.00 | | 2,000.00 |
| Sept 16, 2011 | Grants and Benefits - State Grants & Awards - Boat People SOS Inc | 50,000.00 | | 50,000.00 |
| Sept 16, 2011 | Grants and Benefits - State Grants & Awards - Alabama Technology Network | 60,000.00 | | 60,000.00 |

**ENCUMBRANCES:**

| | | | | |
|---|---|---|---|---|
| | Disbursed and Encumbered Year to Date | 1,809,656.28 | 37,212.34 | 1,846,868.62 |
| **BALANCE** | | 0.00 | 0.00 | 0.00 |

AL-ED-000031680

## HISTORICAL COMMISSION - BP OIL SPILL
### Fund 1419

| | | |
|---|---|---:|
| April 20, 2010 | Date of Oil Spill | |
| | | **GRANT** |
| **RECEIPTS:** | | |
| November 21, 2013 | Interfund State Programs - from EMA | 503,700.00 |
| | Receipts to Date | 503,700.00 |
| **DISBURSEMENTS:** | | |
| November 22, 2013 | Personnel Costs - Regular Salaries | 707.90 |
| November 22, 2013 | Employee Benefits - FICA | 54.16 |
| November 22, 2013 | Employee Benefits - Retirement | 84.66 |
| December 11, 2013 | Personnel Costs - Regular Salaries | 707.90 |
| December 11, 2013 | Employee Benefits - FICA | 51.29 |
| December 11, 2013 | Employee Benefits - Retirement | 84.66 |
| December 26, 2013 | Personnel Costs - Regular Salaries | 707.90 |
| December 26, 2013 | Employee Benefits - FICA | 54.15 |
| December 26, 2013 | Employee Benefits - Retirement | 84.66 |
| December 26, 2013 | Employee Benefits - Group Health Benefits | 1,238.00 |
| January 13, 2014 | Personnel Costs - Regular Salaries | 648.91 |
| January 13, 2014 | Personnel Costs - Holiday Leave | 58.99 |
| January 13, 2014 | Employee Benefits - FICA | 52.77 |
| January 13, 2014 | Employee Benefits - Retirement | 84.66 |
| January 28, 2014 | Personnel Costs - Regular Salaries | 1,351.45 |
| January 28, 2014 | Employee Benefits - FICA | 103.39 |
| January 28, 2014 | Employee Benefits - Retirement | 161.63 |
| January 28, 2014 | Employee Benefits - Group Health Benefits | 1,650.00 |
| February 11, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| February 11, 2014 | Employee Benefits - FICA | 104.18 |
| February 11, 2014 | Employee Benefits - Retirement | 169.32 |
| February 25, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| February 25, 2014 | Employee Benefits - FICA | 108.32 |
| February 25, 2014 | Employee Benefits - Retirement | 169.32 |
| February 25, 2014 | Employee Benefits - Group Health Benefits | 2,448.00 |
| February 27, 2014 | Capital Outlay - Historical Site Acquisition and Preservation | 22,512.82 |
| March 11, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| March 11, 2014 | Employee Benefits - FICA | 101.79 |
| March 11, 2014 | Employee Benefits - Retirement | 169.32 |
| March 25, 2014 | Professional Services - Scientific & Technical - Alabama Gulf Coast Area Char | 25,000.00 |
| March 27, 2014 | Personnel Costs - Regular Salaries | 1,389.25 |
| March 27, 2014 | Personnel Costs - Sick Leave | 26.55 |
| March 27, 2014 | Employee Benefits - FICA | 108.31 |
| March 27, 2014 | Employee Benefits - Retirement | 169.32 |
| March 27, 2014 | Employee Benefits - Group Health Benefits | 1,650.00 |
| April 11, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| April 11, 2014 | Employee Benefits - FICA | 103.64 |
| April 11, 2014 | Employee Benefits - Retirement | 169.32 |
| April 12, 2014 | Supplies, Materal & Oper Ex - Printing & Binding - Walker Printing | 949.46 |
| April 23, 2014 | Historical Site Acquisition and Preservation - Hinkle Metal Supply Co | 415.24 |
| April 24, 2014 | Historical Site Acquisition and Preservation | 10,795.00 |
| April 24, 2014 | Historical Site Acquisition and Preservation | 57,487.18 |
| April 25, 2014 | Personnel Costs - Regular Salaries | 1,415.80 |
| April 25, 2014 | Employee Benefits - FICA | 108.32 |
| April 25, 2014 | Employee Benefits - Retirement | 169.32 |
| April 25, 2014 | Employee Benefits - Group Health Insurance | 3,300.00 |
| April 26, 2014 | Historical Site Acquisition & Preservation - Gulf Shores Builders Supply | 64.53 |
| May 2, 2014 | Supplies, Materal & Oper Ex - Printing & Binding - Walker Printing | 67.28 |
| May 3, 2014 | Historical Site Acquisition & Preservation - Paris Ace Hardware | 19.04 |

AL-ED-000031681

**MENTAL HEALTH - BP OIL SPILL**
**Fund 1408**

April 20, 2010     Date of Oil Spill

| | | REIMBURSEMENT | GRANTS | TOTAL |
|---|---|---|---|---|
| **RECEIPTS:** | | | | |
| Sept 13, 2010 | | | 12,000,000.00 | 12,000,000.00 |
| Sept. 17, 2010 | | 7,943.40 | | 7,943.40 |
| | Receipts to Date | 7,943.40 | 12,000,000.00 | 12,007,943.40 |
| **DISBURSEMENTS:** | | | | |
| Sept 23, 2010 | Personnel Costs - Other | 6,042.82 | 17,821.45 | 23,864.27 |
| Sept 23, 2010 | Employee Benefits - FICA | 329.67 | 1,435.48 | 1,765.15 |
| Sept 23, 2010 | Employee Benefits - Retirement | 516.24 | 2,333.17 | 2,849.41 |
| Sept 23, 2010 | Employee Benefits - Group Health Insurance | 754.67 | 1,838.70 | 2,593.37 |
| Sept 23, 2010 | Travel In State - Subsistence & Lodging Overnight Disasters | 300.00 | 1,050.00 | 1,350.00 |
| Sept 23, 2010 | Supplies & Operating Expenses - Freight - Shipping | | 52.27 | 52.27 |
| Sept. 23, 2010 | Grants & Benefits - State Grants or Awards | | 55,459.29 | 55,459.29 |
| Sept. 27, 2010 | Grants & Benefits - State Grants or Awards | | 0.00 | 0.00 |
| Sept. 27, 2010 | Travel In State - Mileage | | 0.00 | 0.00 |
| Sept. 27, 2010 | Supplies & Operating Expenses - Office Expense | | 0.00 | 0.00 |
| Sept. 27, 2010 | Grants & Benefits - State Grants or Awards | | 0.00 | 0.00 |
| Sept. 29, 2010 | Grants & Benefits - State Grants or Awards | | 0.00 | 0.00 |
| Oct 9, 2010 | Travel In State - Overnight Disasters - Acquanetta A Knight | | 300.00 | 300.00 |
| Oct 9, 2010 | Travel In State - Overnight Disasters - John C Zeigler | | 300.00 | 300.00 |
| Oct 15, 2010 | Grants & Awards - Transfer Governor's Office on Faith Based | | 50,000.00 | 50,000.00 |
| Oct 16, 2010 | Rentals & Leases - Automotive - Department of Finance | | 257.50 | 257.50 |
| Oct 21, 2010 | Grants & Benefits - State Grants or Awards - Baldwin Co MH Board Inc | | 27,703.94 | 27,703.94 |
| Oct 29, 2010 | Grants & Benefits - State Grants or Awards - Altapointe Health Systems Inc | | 30,207.66 | 30,207.66 |
| Nov 3, 2010 | Travel In State - Subsistence & Lodging Overnight Disasters - Kathy R Seifried | | 0.00 | 0.00 |
| Nov 3, 2010 | Travel In State - Other Travel Expenses Disasters - Kathy R. Seifried | | 0.00 | 0.00 |
| Nov 3, 2010 | Travel Out of State-Subsistence & Lodging Overnight Disasters-Kathy R Seifried | | 0.00 | 0.00 |
| Nov 3, 2010 | Travel Out of State-Other Travel Expenses  Disasters-Kathy R Seifried | | 0.00 | 0.00 |
| Nov 5, 2010 | Grants & Benefits - State Grants or Awards - Baldwin Co MH Board Inc | | 16,652.42 | 16,652.42 |
| Nov 5, 2010 | Travel In State - Subsistence & Lodging Overnight Disasters - Kathy R Seifried | | 525.00 | 525.00 |
| Nov 9, 2010 | Travel In State - Other Travel Expenses Disasters - Kathy R. Seifried | | 69.57 | 69.57 |
| Nov 9, 2010 | Travel Out of State - Kathy R Seifried | | 426.01 | 426.01 |
| Nov 9, 2010 | Rentals & Leases - Automotive - Department of Finance | | 508.95 | 508.95 |
| Nov 10, 2010 | Personnel Costs - Salaries Regular | | 14,209.59 | 14,209.59 |
| Nov 10, 2010 | Employee Benefits - FICA | | 1,047.92 | 1,047.92 |
| Nov 10, 2010 | Employee Benefits - Retirement | | 1,696.61 | 1,696.61 |
| Nov 10, 2010 | Employee Benefits - Group Health Insurance | | 1,280.68 | 1,280.68 |
| Nov 10, 2010 | Travel Out of State - Acquanetta A Knight | | 326.48 | 326.48 |
| Nov 10, 2010 | Travel In State - Mileage Disasters - Richard E Powers MD | | 1,822.00 | 1,822.00 |
| Nov 10, 2010 | Travel In State-Subsistence & Lodging Overnight Disasters Richard E Powers MD | | 600.00 | 600.00 |
| Nov 17, 2010 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 51,658.68 | 51,658.68 |
| Nov 24, 2010 | Personnel Costs - Salaries Regular | | 3,243.89 | 3,243.89 |
| Nov 24, 2010 | Employee Benefits - FICA | | 248.16 | 248.16 |
| Nov 24, 2010 | Employee Benefits - Retirement | | 387.32 | 387.32 |
| Nov 24, 2010 | Employee Benefits - Group Health Insurance | | 754.69 | 754.69 |
| Dec 1, 2010 | Grants and Benefits - State Grants and Awards- Baldwin Co MH Board Inc | | 82,570.81 | 82,570.81 |
| Dec 11, 2010 | Rentals and Leases - Automotive - Department of Finance | | 515.20 | 515.20 |
| Dec 13, 2010 | Personnel Costs - Salaries - Regular | | 2,067.76 | 2,067.76 |
| Dec 13, 2010 | Employee Benefits - FICA | | 151.93 | 151.93 |
| Dec 13, 2010 | Employee Benefits - Retirement | | 246.90 | 246.90 |
| Dec 16, 2010 | Travel In State - Subsistence & Lodging Overnight Disasters - Kathy R Seifried | | 375.00 | 375.00 |
| Dec 18, 2010 | Grants and Benefits - Interfund Programs - Department of Public Health | | 410,000.00 | 410,000.00 |
| Dec 21, 2010 | Grants and Benefits - State Grants and Awards- Governor's Office on Faith Based | | 1,000,000.00 | 1,000,000.00 |
| Dec 23, 2010 | Grants and Benefits - State Grants and Awards - Baldwin Co MH Board Inc | | 95,741.09 | 95,741.09 |
| Dec 23, 2010 | Grants and Benefits - State Grants and Awards - Altapointe Health Services Inc | | 29,543.43 | 29,543.43 |
| Dec 27, 2010 | Personnel Costs - Salaries - Regular | | 3,008.28 | 3,008.28 |
| Dec 27, 2010 | Employee Benefits - FICA | | 230.14 | 230.14 |
| Dec 27, 2010 | Employee Benefits - Retirement | | 359.20 | 359.20 |
| Dec 27, 2010 | Employee Benefits - Group Health Insurance | | 699.79 | 699.79 |
| Dec 31, 2010 | Grants and Benefits - State Grants and Awards - Altapointe Health Services Inc | | 29,079.16 | 29,079.16 |
| Jan 6, 2011 | Grants & Benefits - State Grants & Awards - Baldwin Co Mental Health Board | | 28,848.88 | 28,848.88 |
| Jan 7, 2011 | Travel In State - Mileage Disasters - Richard E Powers MD | | 658.50 | 658.50 |
| Jan 7, 2011 | Travel In State - Subsistence & Lodging Overnight Disaster - Richard E Powers MD | | 525.00 | 525.00 |
| Jan 11, 2011 | Personnel Costs - Salaries - Regular | | 606.97 | 606.97 |
| Jan 11, 2011 | Employee Benefits - FICA | | 43.18 | 43.18 |
| Jan 11, 2011 | Employee Benefits - Retirement | | 72.47 | 72.47 |
| Jan 22, 2011 | Rentals and Leases - Automotive - Department of Finance | | 243.00 | 243.00 |
| Jan 25, 2011 | Travel In State - Subsistence & Lodging Overnight Disasters - Aquanetta A Knight | | 300.00 | 300.00 |
| Jan 25, 2011 | Grants & Awards - State Grants & Awards - Baldwin Co Mental Health Board | | 11,501.19 | 11,501.19 |
| Jan 27, 2011 | Personnel Costs - Salaries - Regular | | 3,546.85 | 3,546.85 |

TOURISM - BP OIL SPILL
Fund 1401

April 20, 2010    Date of Oil Spill

| RECEIPTS: | | REIMBURSEMENT | GRANTS | TOTAL |
|---|---|---|---|---|
| June 15, 2010 | | | 15,000,000.00 | 15,000,000.00 |
| Sept. 23, 2010 | | 4,720.36 | | 4,720.36 |
| May 2, 2011 | | | 7,905,000.00 | 7,905,000.00 |
| Sept 14, 2011 | | | 2,065,000.00 | 2,065,000.00 |
| Nov 11, 2011 | | | 710,000.00 | 710,000.00 |
| March 7, 2012 | | | 1,520,000.00 | 1,520,000.00 |
| March 26, 2012 | | | 228,000.00 | 228,000.00 |
| May 2, 2012 | | | 2,872,000.00 | 2,872,000.00 |
| April 16, 2013 | | | 700,000.00 | 700,000.00 |
| | Receipts to Date | 4,720.36 | 31,000,000.00 | 31,004,720.36 |

| DISBURSEMENTS: | | | | |
|---|---|---|---|---|
| June 15, 2010 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 8,000,000.00 | 8,000,000.00 |
| June 17, 2010 | Grants - State Grants or Awards - City of Bayou La Batre | | 250,000.00 | 250,000.00 |
| July 6, 2010 | Grants - State Grants or Awards - Mobile Bay CVB | | 300,000.00 | 300,000.00 |
| July 6, 2010 | Grants - State Grants or Awards - Town of Dauphin Island | | 250,000.00 | 250,000.00 |
| July 26, 2010 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 1,500,000.00 | 1,500,000.00 |
| August 3, 2010 | Grants - State Grants or Awards - Gulf Coast Exploreum | | 45,000.00 | 45,000.00 |
| August 4, 2010 | Grants - State Grants or Awards - Bellingrath Gardens and Homes | | 150,000.00 | 150,000.00 |
| August 18, 2010 | Professional Services - Advertising - Luckie & Company Ltd | | 987,123.33 | 987,123.33 |
| Sept 2, 2010 | Professional Services - Advertising - Luckie & Company Ltd | | 656,353.14 | 656,353.14 |
| Sept 2, 2010 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 100,000.00 | 100,000.00 |
| Sept 2, 2010 | Grants - State Grants or Awards - USS Al Battleship Commission | | 200,000.00 | 200,000.00 |
| Sept. 27, 2010 | Personnel Costs - Salaries Regular | 4,306.52 | | 4,306.52 |
| Sept. 27, 2010 | Travel In State - Actual In State Travel Disasters | 413.84 | | 413.84 |
| Sept. 27, 2010 | Grants - State Grants or Awards | | 0.00 | 0.00 |
| Oct 6, 2010 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 370,850.55 | 370,850.55 |
| Nov 3, 2010 | Grants - State Grants or Awards - Bayfest Inc | | 100,000.00 | 100,000.00 |
| Nov 16, 2010 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 303,912.03 | 303,912.03 |
| Jan 4, 2011 | Grants - State Grants or Awards - Bayou La Batre Area Chamber | | 2,500.00 | 2,500.00 |
| Feb 2, 2011 | Professional Services - Advertising - Luckie & Company Ltd | | 424,034.66 | 424,034.66 |
| March 19, 2011 | Grants - State Grants or Awards - Alabama Deep Sea Fishing Rodeo | | 25,000.00 | 25,000.00 |
| April 21, 2011 | Grants - State Grants or Awards - West Bay & Gulf Coast Tourism (Dauphin Island) | | 10,000.00 | 10,000.00 |
| April 28, 2011 | Grants - State Grants or Awards - Barber Marina, Inc. | | 30,000.00 | 30,000.00 |
| April 28, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 46,701.32 | 46,701.32 |
| April 30, 2011 | Grants - State Grants or Awards - Mobile Bay CVB | | 300,000.00 | 300,000.00 |
| April 30, 2011 | Grants - State Grants or Awards - Mobile Bay Sports Authority | | 80,000.00 | 80,000.00 |
| April 30, 2011 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 3,500,000.00 | 3,500,000.00 |
| May 2, 2011 | Grants - State Grants or Awards - America's Junior Miss DBA Distinguished Young Women | | 200,000.00 | 200,000.00 |
| May 3, 2011 | Grants - State Grants or Awards - Mobile Bay CVB | | 325,000.00 | 325,000.00 |
| May 6, 2011 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 500,000.00 | 500,000.00 |
| May 20, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 223,867.32 | 223,867.32 |
| May 25, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 170,296.25 | 170,296.25 |
| June 2, 2011 | State Grants or Awards - Dauphin Island Chamber | | 15,000.00 | 15,000.00 |
| June 8, 2011 | State Grants or Awards - PCH Hotels and Resorts | | 200,000.00 | 200,000.00 |
| July 27, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 1,198,759.90 | 1,198,759.90 |
| August 4, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 1,053,415.93 | 1,053,415.93 |
| Sept 15, 2011 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 1,620,000.00 | 1,620,000.00 |
| Sept 15, 2011 | Grants - State Grants or Awards - Mobile Bay CVB | | 325,000.00 | 325,000.00 |
| Sept 15, 2011 | Grants - State Grants or Awards - Mobile Bay Sports Authority | | 120,000.00 | 120,000.00 |
| Sept 16, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 180,000.00 | 180,000.00 |
| Sept 29, 2011 | End of Year Journal Voucher | | 0.00 | 0.00 |
| Oct 6, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 299,214.83 | 299,214.83 |
| Oct 26, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 58,737.49 | 58,737.49 |
| Nov 30, 2011 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 560,000.00 | 560,000.00 |
| Nov 30, 2011 | Grants - State Grants or Awards - Mobile Bay CVB | | 125,000.00 | 125,000.00 |
| Nov 30, 2011 | Grants - State Grants or Awards - Mobile Bay CVB | | 25,000.00 | 25,000.00 |
| Dec 1, 2011 | Grants - State Grants or Awards - Robert Trent Jones Golf Trail Fd | | 50,000.00 | 50,000.00 |
| Dec 8, 2011 | Professional Services - Advertising - Luckie & Company Ltd | | 76.50 | 76.50 |
| Dec 16, 2011 | Professional Services - Advertising Professional - Luckie & Company Ltd | | 91,681.77 | 91,681.77 |
| Feb 16, 2012 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 707,474.98 | 707,474.98 |
| March 19, 2012 | Miscellaneous - Intra Fund Class Transfer | | 637,340.90 | 637,340.90 |
| March 22, 2012 | Grants - State Grants or Awards - South Mobile County Tourism | | 228,000.00 | 228,000.00 |
| March 26, 2012 | Journal Voucher | | 292,525.02 | 292,525.02 |
| April 4, 2012 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 520,000.00 | 520,000.00 |
| May 8, 2012 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 2,100,000.00 | 2,100,000.00 |
| May 8, 2012 | Grants - State Grants or Awards - Mobile Bay CVB | | 300,000.00 | 300,000.00 |
| Nov 10, 2012 | Grants - State Grants or Awards - Emergency Management Agency | | 3,000.00 | 3,000.00 |
| April 19, 2013 | Grants - State Grants or Awards - Mobile Bay CVB | | 472,000.00 | 472,000.00 |
| April 19, 2013 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 700,000.00 | 700,000.00 |
| Dec 6, 2013 | Grants - State Grants or Awards - Alabama Gulf Coast Convention & Visitors Bureau | | 67,134.00 | 67,134.00 |

| PURCHASE ORDERS: | | | | |
|---|---|---|---|---|
| | | | | 0.00 |
| August 25, 2010 | Professional Services - Advertising - Luckie & Company Ltd | 0.00 | | 0.00 |
| | | | | 0.00 |
| ENCUMBRANCES: | | | | 0.00 |
| | Professional Services - Advertising - Luckie & Company Ltd | | | |
| | Disbursed Year to Date | 4,720.36 | 30,999,999.92 | 31,004,720.28 |
| BALANCE | | 0.00 | 0.08 | 0.08 |

AL-ED-000031688

**EMERGENCY MANAGEMENT - BP OIL SPILL**
**Fund 1400**

| | | GRANTS |
|---|---|---|
| April 20, 2010 | Date of Oil Spill | |
| **RECEIPTS:** | | |
| May 12, 2010 | Agency 057 | 25,000,000.00 |
| June 16, 2010 | | 5,000,000.00 |
| June 23, 2010 | | 5,000,000.00 |
| Sept 21, 2010 | | |
| Nov 24, 2010 | Miscellaneous - Transfer to Governor's Office | (4,404,917.00) |
| March 7, 2011 | | |
| March 10, 2011 | | |
| | Receipts to Date | 30,595,083.00 |
| | | |
| **DISBURSEMENTS:** | | |
| May 13, 2010 | Grants - Town of Magnolia Springs | 200,000.00 |
| May 13, 2010 | Grants - City of Fairhope | 650,000.00 |
| May 13, 2010 | Grants - City of Bayou La Batre | 7,500,000.00 |
| May 14, 2010 | Grants - Town of Perdido Beach | 1,057,635.00 |
| May 14, 2010 | Grants - Town of Dauphin Island | 2,500,000.00 |
| May 17, 2010 | Grants - City of Gulf Shores | 1,060,000.00 |
| May 17, 2010 | Grants - Town of Elberta | 606,720.00 |
| May 19, 2010 | Grants - City of Daphne | 500,000.00 |
| May 19, 2010 | Grants - Baldwin County Commission | 3,000,000.00 |
| May 19, 2010 | Grants - City of Orange Beach | 1,100,000.00 |
| May 20, 2010 | Grants - Alabama Gulf Coast Convention & Visitors Bureau | 1,500,000.00 |
| June 10, 2010 | Grants - City of Bayou La Batre | 1,000,000.00 |
| June 17, 2010 | Grants - Baldwin County Commission | 3,000,000.00 |
| June 22, 2010 | Grants - Baldwin Co Cattle & Fair Asso - Coliseum | 8,782.17 |
| July 2, 2010 | Grants - City of Foley | 252,025.00 |
| July 2, 2010 | Grants - City of Perdido Beach | 442,115.00 |
| July 2, 2010 | Grants - City of Fairhope | 500,000.00 |
| July 2, 2010 | Grants - Town of Magnolia Springs | 122,722.83 |
| | | 25,000,000.00 |
| | | |
| | | |
| July 2, 2010 | Grants - Town of Magnolia Springs | 375,277.17 |
| July 2, 2010 | Grants - City of Gulf Shores | 237,000.00 |
| July 2, 2010 | Grants - City of Orange Beach | 755,838.00 |
| July 2, 2010 | Grants - Baldwin County Commission | 850,000.00 |
| July 6, 2010 | Grants - City of Daphne | 465,000.00 |
| July 10, 2010 | Rentals & Leases -Buildings, Office Space - Baldwin Co Cattle & Fair Association | 15,300.00 |
| July 19, 2010 | Repairs & Maintenance - Buildings/Perm Equip/Grounds - Baldwin Co Cattle & Fair Association | 1,788.00 |
| July 19, 2010 | Rentals & Leases -Buildings, Office Space - Baldwin Co Cattle & Fair Association | 33,826.00 |
| July 22, 2010 | Rentals & Leases - Automobiles - Enterprise Rent-A-Car | 9,306.00 |
| August 4, 2010 | Grants - City of Bayou La Batre | 30,274.50 |
| August 4, 2010 | Grants - Private Grants or Awards - Department of Conservation | 76,959.00 |
| August 11, 2010 | Personnel Costs - Regular Salaries | 175,939.51 |
| August 11, 2010 | Employee Benefits - FICA | 14,504.62 |
| August 11, 2010 | Employee Benefits - Retirement | 22,638.61 |
| August 11, 2010 | Employee Benefits - Group Health Insurance | 20,113.30 |
| August 11, 2010 | Travel In State - Subsistence & Lodging | 3.50 |
| August 11, 2010 | Travel-In State Other travel expense - Disasters | 292.95 |
| August 11, 2010 | Travel-In State - Actual In-State Travel - Disasters | 42,175.03 |
| August 11, 2010 | Supplies - Office Operation | 320.41 |
| August 11, 2010 | Supplies - Printing and Copying | 43.60 |
| August 14, 2010 | Rentals & Leases - Meeting Rooms - Baldwin Co Cattle & Fair Assn | 575.00 |
| August 14, 2010 | Rentals & Leases - Heavy Equipment - Baldwin Co Cattle & Fair Assn | 402.04 |
| August 14, 2010 | Utilities - Electricity | 7,527.19 |
| August 14, 2010 | Utilities - Gas | 354.76 |
| August 14, 2010 | Professional Services - Sanitation Services | 648.83 |
| August 14, 2010 | Professional Services - Laundry Services | 625.50 |
| August 14, 2010 | Supplies - Food and Provisions | 1,043.75 |
| August 14, 2010 | Supplies - Housekeeping, Custodial Maintenance | 511.15 |
| August 18, 2010 | Rentals & Leases - Automobiles - Enterprise Rent-A-Car | 3,999.60 |
| August 18, 2010 | Grants - Private Grants or Awards - City of Mobile | 1,350,000.00 |
| August 20, 2010 | Rentals and Leases - Finance Motor Pool | 6,375.71 |
| August 27, 2010 | Rentals & Leases -Buildings, Office Space - Baldwin Co Cattle & Fair Association | 169.69 |
| August 27, 2010 | Travel-In State Other travel expense - Disasters | 63.20 |
| August 27, 2010 | Travel-In State - Actual In-State Travel - Disasters | 9,078.53 |
| August 27, 2010 | Supplies - Office Operation | (25.63) |
| August 27, 2010 | Utilities and Communication - Mobile Telecommunication | 531.00 |
| August 27, 2010 | Professional Services - Other | 48,000.00 |
| August 27, 2010 | Supplies - Software - J.H. Collier Inc | 16,151.00 |
| Sept 14,2010 | Rentals & Leases - Automobiles - Enterprise Rent-A-Car | 3,045.60 |
| Sept 18, 2010 | Grants - Private Grants or Awards - University of South Alabama | 424,322.88 |
| | | 5,000,000.00 |
| | | |
| Sept 18, 2010 | Grants - Private Grants or Awards - University of South Alabama | 575,677.12 |
| Sept. 24, 2010 | Travel In State - Mileage | 0.00 |
| Sept. 24, 2010 | Rentals and Leases - Land | 0.00 |
| Oct 5, 2010 | Rentals and Leases - Automotive - Department of Finance | 894.91 |
| | | |
| | Disbursed Year to Date | 30,576,572.03 |
| | | |
| **BALANCE** | | 18,510.97 |

AL-ED-000806961