# EXHIBIT N

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

Before me, the undersigned authority, personally appeared Jack W. McDaniel, who being first duly sworn, testified as follows:

**AFFIDAVIT**

"My name is Jack W. McDaniel and I am employed by the State of Alabama Department of Conservation and Natural Resources ("DCNR") as Accounting Section Chief in Montgomery, Alabama.

I have personal knowledge of the matters stated in this Affidavit.

According to documents kept in departmental files in the normal course of departmental business, in August 2010, DCNR received a grant from the State of Alabama in the amount of $76,959. Of this amount, $50,000 was allocated for the purchase of four utility vehicles, a storage shed, trailers and related materials to patrol Gulf State Park and remove oil materials washing ashore during the Deepwater Horizon oil spill response. The balance of the grant of $26,959 was allocated for the purchase of a shallow draft tunnel hull vessel for use in booming operations in the shallow areas of the Alabama coastline during the Deepwater Horizon oil spill response. A true and accurate copy of the grant applications and grant agreement related to these grant funds are attached to this affidavit as Exhibit A.

In August 2013, DCNR received a grant from the State of Alabama in the amount of $79,800. The amount of the grant was used to pay for preliminary planning activities related to the Gulf State Park Improvements Early Restoration Project. Documents reflecting these payments are attached to this affidavit as Exhibit B..

DCNR has asserted claims against BP for loss of revenues related to the Deepwater Horizon Oil Spill. Compensation is sought for losses of revenue to DCNR related to the operation of Gulf State Park located in Baldwin County, Alabama and revenue losses from the sale of saltwater fishing licensing. DCNR has not been compensated for any of the amounts claimed in the pending litigation from any of these grant funds."

Further affiant saith not.

Jack W. McDaniel

Sworn to and subscribed before me, this _____ day of November, 2014.

Notary Public

BETSY FULLER JONES
NOTARY PUBLIC
STATE OF ALABAMA
MY COMM. EXP. 8-11-15

# EXHIBIT A

# DEEPWATER HORIZON INCIDENT GRANT APPLICATION

## PROJECT APPLICATION

These funds are to be used by the impacted governments in Baldwin and Mobile Counties to prevent, minimize or mitigate the damage from the Deepwater Horizon Incident including any project management costs and equipment costs associated therewith.

Applicant **Alabama Department of Conservation & Natural Resources (DCNR)**
*(Must be an impacted Local government)*

Project Location **Gulf Shores State Park, 20115 State Hwy. 135, Gulf Shores, Baldwin County, Alabama.**
*(Street, city, county, and state)*

Project Title (descriptive) **Purchase of four utility vehicles, shed and/or trailers and other materials to assist with the cleanup of oil spill materials on Gulf Shores State Park's beach.**

Estimated Project Cost (total) **$50,000**

## A. Applicant Information

1. **Applicant (Organization)  DCNR-Gulf Shores State Park**

2. **County / City   Baldwin County, Gulf Shores**

3. **Point of Contact**
☐ Mr. ☐ Ms. **X** Mrs.     First Name **Becky**   Last Name **Brassfield**

Title **Accounting Director**

Street Address **64 North Union Street – Room 458**

City **Montgomery**  State **AL** Zip Code **36054**

Telephone **(334) 242-3164**    Fax **(334) 242-0771**

Email Address **Becky.Brassfield@dcnr.alabama.gov**

# I. Project Description

## A. Project Description / Protection Provided

DCNR will be purchasing 4 utility vehicles, a storage shed and or trailers, and other materials for oil debris removal to assist Gulf State Parks employees in patrolling and removing oil spill materials washing ashore on its beach that are occurring as a result of the Deep Water Horizon explosion in the Gulf of Mexico in April, 2010. Removal of the debris is necessary to protect the beach habitat and public health. Estimated cost of these purchases is $50,000.

**B. Impacted Governments. Baldwin and Mobile Counties.** These funds are to be used by the impacted governments in Baldwin and Mobile Counties to prevent, minimize or mitigate the damage from the Deepwater Horizon Incident including any project management costs and equipment costs associated therewith.

**II.** **Project Location** (If project is involving multiple locations, provide project location information for each site on worksheet)

Fully describe the location of the proposed project.

**A. Site**

    **1.** Physical Location  -    **<u>Gulf Shores State Park</u>**
                               **<u>20115 State Hwy. 135</u>**
                               **<u>Gulf Shores, AL 36542</u>**

    ☐  Please enclose a map or photograph of the boom locations, if possible.

    No boom will be placed.  This grant application is for vehicles to assist in beach
        patrolling and monitoring.

---

**Attach copy of site photograph here**

---

## III. Scope of Work / Budget

In this section, provide the details of all costs of the project.  Please list all items and costs in line item fashion.  **Do not include contingency costs in the budget**.

A. **Materials** (including reoccurring costs)

| C | I | Item | Dimension | Quantity | Cost per Unit | Total Cost |
|---|---|---|---|---|---|---|
| | | Utility Vehicle | | 4 Each | $10,000.00 | $40,000.00 |
| | | Storage Shed and/or trailers | | 1 Lot | $8,000.00 | $8,000.00 |
| | | Materials for Oil Debris Removal | | 1 Lot | $2,000.00 | $2,000.00 |
| | | | | | $ | $ |
| | | | | | $ | $ |
| | | | | | $ | $ |
| | | | | | $ | $ |
| | | | | | $ | $ |
| | | | | | $ | $ |
| | | | | | $ | $ |
| | | | | | $ | $ |
| | | | | | $ | $ |

B. **Labor** (include equipment costs and reoccurring costs)

| C | I | Description | Hours | Rate | Cost |
|---|---|---|---|---|---|
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |

C. **Fees Paid** (include any other costs associated with the project, i.e., permit costs, etc.)

| C | I | Description | Hours | Rate | Cost |
|---|---|---|---|---|---|
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |

**Total Project Cost:**          **$50,000.00**

# DEEPWATER HORIZON INCIDENT GRANT APPLICATION

## PROJECT APPLICATION

These funds are to be used by the impacted governments in Baldwin and Mobile Counties to prevent, minimize or mitigate the damage from the Deepwater Horizon Incident including any project management costs and equipment costs associated therewith.

Applicant  Alabama Dept. of Cons. & Natural Resources - Marine Resources
*(Must be an impacted Local government)*

Project Location 2 North Iberville, Dauphin Island, Mobile, Alabama
*(Street, city, county, and state)*

Project Title (descriptive) Shallow draft tunnel hull vessel to assist with boom

mapping and response related to oil in Mobile and Baldwin County waters.

Estimated Project Cost (total) $26,959

## A. Applicant Information

1. **Applicant (Organization)** Alabama Dept. of Cons. & Natural Resources - Marine Resources

2. **County / City**  Mobile / Dauphin Island

3. **Point of Contact**
   Mr. Chris Blankenship
   Major
   2 North Iberville/PO Box 189
   Dauphin Island, AL  Zip 36528
   Telephone  (251) 861-2882      Fax   (251) 861-8741
   Email Address chris.blankenship@dcnr.alabama.gov

## I.   Project Description

### A.  Project Description / Protection Provided

This project is to purchase a tunnel hull, shallow draft vessel to assist in boom mapping operations and to respond to oil related incidents.  The shallow draft of the vessel will enable timely responses in the extremely shallow areas that the boom is currently deployed.  The boom mapping operations are conducted 3 to 4 times per week, with the majority of the boom in Mobile County being deployed in waters that have a charted depth of less than 2 feet.  The boom on the Causeway and Eastern Shore of Mobile Bay is also located in shallow waters. The purchase of this vessel will enable continued mapping with less risk to officers and less damage to equipment and environment, ensuring a timelier updating to the mapping system.  With this purchased vessel we will be able to respond to the marsh areas more safely for all other oil related issues / incidents that occur.  This vessel will enable the Department to respond to the impacted marsh areas more safely with less risk to operators and equipment and the environment.  The total cost of the vessel will be $26,959.00.

### B.  Impacted Governments.  Baldwin and Mobile Counties.

The government agencies that we will be assisting and that will be impacted by this purchase are: Mobile County, City of Mobile, City of Bayou La Batre, and the Town of Dauphin Island, Baldwin County, Fairhope, Daphne, Spanish Fort, Perdido Beach, Orange Beach and Gulf Shores.

## II.    Project Location  (If project is involving multiple locations, provide project location information for each site on worksheet)

### A. Site

The government agencies that we will be assisting and that will be impacted by this purchase are: Mobile County, City of Mobile, City of Bayou La Batre, and the Town of Dauphin Island, Baldwin County, Fairhope, Daphne, Spanish Fort, Perdido Beach, Orange Beach and Gulf Shores.

☐   Please enclose a map or photograph of the boom locations, if possible.

**Attach copy of site photograph here**

## III.  Scope of Work / Budget

In this section, provide the details of all costs of the project.  Please list all items and costs in line item fashion.  **Do not include contingency costs in the budget**.

A.  **Materials** (including reoccurring costs)

| C | I | Item | Dimension | Quantity | Cost per Unit | Total Cost |
|---|---|------|-----------|----------|---------------|------------|
|   |   | 2072 VPCO Center Console  Tunnel Hull with Yamaha 150 HP Outboard | 20 ft | 1 | $26,959 | $26,959 |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $ | $ |
|   |   |      |           |          | $26,959 | $26,959 |

B.  **Labor** (include equipment costs and reoccurring costs)

| C | I | Description | Hours | Rate | Cost |
|---|---|-------------|-------|------|------|
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |

C.  **Fees Paid** (include any other costs associated with the project, i.e., permit costs, etc.)

| C | I | Description | Hours | Rate | Cost |
|---|---|-------------|-------|------|------|
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |
|   |   |             |       | $ | $ |

**Total Project Cost:**                          $26,959

STATE OF ALABAMA          )
                          )
CHILTON COUNTY            )

### GRANT AGREEMENT

This Grant is entered into by and between the Alabama Emergency Management Agency ("AEMA") and Alabama Department of Conservation and Natural Resources (the "Grantee"). The purpose of this Grant Agreement is to transfer seventy six thousand nine hundred fifty nine dollars ($76,959) from AEMA to the Grantee as provided by the $25 million dollar grant from BP to the State of Alabama. These funds are to be used by the impacted governments in Baldwin and Mobile Counties to prevent, minimize or mitigate the damage from the Deepwater Horizon Incident including any project management costs and equipment costs associated therewith or any protective measures taken to prevent or respond to the oil spill.

The designated representative of the Grantee certifies that:

1.  He/She has legal authority to apply for the grant on behalf of the Grantee.
2.  The Grantee will provide all managerial resources to ensure that the projects are completed in accordance with scope of work, project description and project costs described in the projects application submitted to AEMA through the AEMA Emergency Management Information Tracking System ("EMITS").
3.  Funds awarded should be expended only for the purposes and activities in the project application submitted to AEMA system through EMITS including, but not limited to, the scope of work and project description.
4.  Within three (3) days after completion of the project, the Grantee will notify AEMA of completion of the project and allow access to the AEMA, or any of his duly authorized representatives, to inspect the completion of the projects. If the Grantee fails to perform the services described in the project application submitted to AEMA through the EMITS system, the Grantee will reimburse the full amounts of the payments made.
5.  The Grantee will establish and maintain a proper accounting system to record expenditure of the funds in accordance with generally accepted accounting standards.
6.  The Grantee will give the Director of AEMA, the Chief Examiner of Public Accounts, or any of their duly authorized representatives, access to any pertinent books, documents, papers, and records of the Grantee to make audits, financial reviews, examinations, excerpts, and transcripts. The Grantee shall send AEMA a report of disbursements of the grant funds on an annual basis until the grant funds has been fully spent.
7.  The Grantee will comply with all applicable provisions of state and local law and regulation in regard to procurement of goods and services.

8.     The Grantee, by the signature of its authorized representative, certifies that to the best of its knowledge, no conflict of interest existed or now exists which have, may have, or have had any effect on the grant or any contract entered into to be paid by these grant funds.

9.     The Grantee agrees that the AEMA director or his designated agent may elect to withhold or, with ten (10) days notice, withdraw all or part of this funding from the Grantee for noncompliance with any portion of the terms stated in this Grant Agreement.

10.    By acceptance of the grant, the local government will agree to cooperate with the State of Alabama in any claim or action by the State of Alabama to recover the funds granted through this process from any other source. The cooperation shall include, but is not limited to, immediately reimbursing the State of Alabama any compensation received from any other source for the same costs and/or damages and providing any documentation, evidence, testimony, and other support, as may be necessary for the State of Alabama to recover such funds granted. If a local government receives compensation from any other source for the work performed pursuant to this grant, then that government agrees to reimburse the State of Alabama for the funds received through this process.

_____
Brock Long
Alabama Emergency
  Management Agency

_____
Alabama Department of
Conservation and Natural Resources
07-29-2010

# EXHIBIT B

```
                                    STATE OF ALABAMA           JV NUMBER    004 30040800004
                                  DEPARTMENT OF FINANCE
COMPTROLLER WILL DISTRIBUTE AS FOLLOWS:   STATE COMPTROLLER    BATCH NUMBER
         - COMPTROLLER             MONTGOMERY, AL 36130
         - DEPARTMENT                                          DATE

                                                              ACCT PERIOD      BUDGET FY 13
                                  JOURNAL VOUCHER
```

| AC TP | FUND | AGCY | ORG | APPR | ACTI VITY | OBJ/ REV | SUB O/R | BS ACCT | REPT CATG | DESCRIPTION | V/ P | VENDOR/ PROVIDER | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 1402 | 004 | | | | 0800 | | | | | | | | 79,800.00 |
| 01 | 1402 | 004 | | | | | | 1001 | | | | | 79,800.00 | |

```
--------------------------------------------------------------------------------------
PRINTED 08/19/13                                   TOTALS      79,800.00     79,800.00
--------------------------------------------------------------------------------------
```

EXPLANATION: _Receive $79,800.00 from The Finance Department for Environmental Studies on The Site for A future Gulf Park Convention Center & Resort_

SUBMITTED BY: _____

DATE: _August 20 2013_  PHONE: _242-3164_

AUDITED BY: _____

DATE AUDITED: _____

DEPARTMENT OF CONSERVATION
JOURNAL VOUCHER FORM

JV NUMBER:   004  3 0 0 4 0 8 0 0 0 0 4

JV DATE:   _____

ACCT PERIOD: _____

FY:   _____

ACCOUNT TYPES:

01 A 02  LIABILITY     03  FUND BALANCE

22 EXPENSE/EXPEND 23  EXPENDITURE/ASSET (CAPITALIZED EXPENDITURE)

24 EXPENSE (USE OF PREVIOUSLY UNEXPENDED, CAPITALIZED
       EXPENDITURE)
31 REVENUE

| AC TP | FUND | AGCY | ORGN | APPR | ACTV | OBJ/REV SOURCE | SUB OBJ/REV | BS ACCT | V/ P | VENDOR/ PROVIDER NO. | DEBIT | CREDIT | EXPLANATION DOCUMENT REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1402 | 205 | | | | | | 1005 | | | 79,800.00 | | |
| 31 | 1402 | 205 | | | | 0800 | | | | | | 79,800.00 | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | 79,800.00 | 79,800.00 | |

EXPLANATION:   _____          _____
              _____
              _____

SUBMITTED BY:   SAMANTHA GRANT          DATE:  8/19/2013          PHONE:          2-3831

ENTERED   AUG  19  2013

Gulf State Park

0.00 *

28,490.00 *+
20,840.00 +
14,675.00 +
Fund 499  64,005.00 ◊

Need JV

Debit  Assy
81-1402.205 —
                        BS
                        1005

credit
        Fund    Agency   RS
31  1403   205   080
        $79,800

Fund 1402  15,795.00 +

Total  79,800.00 *
Parish
as of  8-14-13



Volkert, Inc.
3809 Moffett Road (36618)
P.O. Box 7434
Mobile, AL 36670-0434

Office 251.342.1070
Fax 251.342.7962
volkert@volkert.com

www.volkert.com

April 1, 2013

Volkert Contract No. 334001.12

Environmental Permitting
Gulf State Park Hotel & Conference Center
Alabama Department of Conservation & Natural Resources
Gulf Shores, Alabama

     Mr. Terry Boyd, P.E., P.L.S.
     Section Chief
     Folsom Admin Building
     64 North Union Street
     Room 479
     Montgomery, Alabama 36130

     Dear Mr. Boyd:

     Enclosed is our invoice number 0103152 in the amount of $28,490.00 for environmental
services related to the referenced project.

     We appreciate the opportunity to be of service to you.  If you have any questions or need
additional information, please do not hesitate to contact me at (251) 968-7551.

             Sincerely,

             Volkert, Inc.

             Brett V. Gaar, REPA, CEA
             Vice President
             Environmental Services

cao
Enclosure

**Office Locations:**
Birmingham, Foley, Mobile, Montgomery, Alabama  •  Gainesville, Pensacola, Tampa, Florida  •  Atlanta, Georgia
Collinsville, Illinois  •  Baton Rouge, New Orleans, Slidell, Louisiana  •  Biloxi, Jackson, Mississippi  •  Jefferson City, Missouri
Raleigh, North Carolina  •  Columbia, South Carolina  •  Chattanooga, Tennessee  •  Alexandria, Virginia  •  Washington, D.C.



**Please change remittance address to lockbox:**
Dept. #2042
Volkert, Inc.
P. O. Box 11407
Birmingham, AL 35246-2042

# Volkert, Inc.

3809 Moffett Road  Mobile AL  36618
P.O. Box 7434  Mobile AL  36670
251.342.1070

AL Dept. of Conservation & Natural Resources
64 N. Union St
Suite 479
Montgomery, AL 36130

| | |
|---|---|
| Payment No.: | 1 |
| Invoice No.: | 0103152 |
| Date: | March 25, 2013 |
| Contract No.: | 334001.12 |

Environmental services related to the Gulf State Park Hotel & Conference Center in Gulf Shores, AL, per agreement dated January 17, 2013.

| | | | | | Current Period | Total To Date |
|---|---|---|---|---|---|---|
| MSC ENV SVCS (Task 00001) | | | | | | |
| Manager | 15.0 hrs | x | 210.00 | per hr | 3,150.00 | 3,150.00 |
| Supervisor | 52.0 hrs | x | 180.00 | per hr | 9,360.00 | 9,360.00 |
| Staff 2 Professional | 132.0 hrs | x | 120.00 | per hr | 15,840.00 | 15,840.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | 0.00 | 0.00 |
| Clerical | 2.0 hrs | x | 70.00 | per hr | 140.00 | 140.00 |
| | | | | | | |
| Amount Earned This Invoice | | | | | 28,490.00 | 28,490.00 |
| | | | | | | |
| Less:  Previous Invoices | | | | | | 0.00 |
| | | | | | | |
| AMOUNT DUE | | | | | 28,490.00 | 28,490.00 |

Margaret C Hancken
Controller

3-29-13

Contract No. 334001.12

Period                     thru 3/20/13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Manager | 15.0 | hrs | x | 210.00 | per hr | = | 3,150.00 |
| Supervisor | 52.0 | hrs | x | 180.00 | per hr | = | 9,360.00 |
| Staff 2 Professional | 132.0 | hrs | x | 120.00 | per hr | = | 15,840.00 |
| Staff 1 Professional | 0.0 | hrs | x | 100.00 | per hr | = | 0.00 |
| Clerical | 2.0 | hrs | x | 70.00 | per hr | = | 140.00 |
| | 201.0 | | | | | | 28,490.00 |

Expenses

0.00

Total          28,490.00



Volkert, Inc.
3809 Moffett Road (36618)
P.O. Box 7434
Mobile, AL 36670-0434

Office 251.342.1070
Fax 251.342.7962
volkert@volkert.com

www.volkert.com

May 1, 2013

Volkert Contract No. 334001.12

Environmental Permitting
Gulf State Park Hotel & Conference Center
Alabama Department of Conservation & Natural Resources
Gulf Shores, Alabama

>       Mr. Terry Boyd, P.E., P.L.S.
>       Section Chief
>       Folsom Admin Building
>       64 North Union Street
>       Room 479
>       Montgomery, Alabama 36130

Dear Mr. Boyd:

Enclosed is our invoice number 0204143 in the amount of $20,840.00 for environmental and survey services related to the referenced project.

We appreciate the opportunity to be of service to you. If you have any questions or need additional information, please do not hesitate to contact me at (251) 968-7551.

>       Sincerely,
>
>       Volkert, Inc.
>
>
>       Brett V. Gaar, REPA, CEA
>       Vice President
>       Environmental Services

c:to
Enclosure



Please change remittance address to lockbox:
Dept. #2042
Volkert, Inc.
P. O. Box 11407
Birmingham, AL 35246-2042

# Volkert, Inc.

3809 Moffett Road  Mobile AL  36618
P.O. Box 7434  Mobile AL  36670
251.342.1070

AL Dept. of Conservation & Natural Resources
64 N. Union St
Suite 479
Montgomery, AL 36130

| | |
|---|---|
| Payment No.: | 2 |
| Invoice No.: | 0204143 |
| Date: | April 29, 2013 |
| Contract No.: | 334001.12 |

Environmental services related to the Gulf State Park Hotel & Conference Center in Gulf Shores, AL, per agreement dated January 17, 2013.

NTE $150,000

| | | | | | Current Period | Total To Date |
|---|---|---|---|---|---|---|
| Msc Env Svcs (Task 00001)(.12) | | | | | | |
| Manager | 20.0 hrs | x | 210.00 | per hr | 1,050.00 | 4,200.00 |
| Supervisor | 107.0 hrs | x | 180.00 | per hr | 9,900.00 | 19,260.00 |
| Staff 2 Professional | 201.5 hrs | x | 120.00 | per hr | 8,340.00 | 24,180.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | 0.00 | 0.00 |
| Clerical | 2.0 hrs | x | 70.00 | per hr | 0.00 | 140.00 |
| | | | | | 19,290.00 | 47,780.00 |
| Survey Gulf State Park Lodge & Pavillion Site (.01) | | | | | | |
| Survey Crew (2 Man) | 10.0 hrs | x | 155.00 | per hr | 1,550.00 | 1,550.00 |
| | | | | | 1,550.00 | 1,550.00 |
| Amount Earned This Invoice | | | | | 20,840.00 | 49,330.00 |
| Less: Previous Invoices | | | | | | 28,490.00 |
| AMOUNT DUE | | | | | 20,840.00 | 20,840.00 |

*Margaret Hancken*

Margaret C Hancken
Controller

Terms: Net cash upon receipt of invoice. A finance charge of 1.5% per month (18% per annum) will be added to the balance unpaid after 30 days from the invoice

Contract No. 334001.12 / 334001.01

Period                3/21/13 - 4/24/13

Msc Env Svcs (Task 00001)(.12)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Manager | 5.0 | hrs | x | 210.00 | per hr | = | 1,050.00 |
| Supervisor | 55.0 | hrs | x | 180.00 | per hr | = | 9,900.00 |
| Staff 2 Professional | 69.5 | hrs | x | 120.00 | per hr | = | 8,340.00 |
| Staff 1 Professional | 0.0 | hrs | x | 100.00 | per hr | = | 0.00 |
| Clerical | 0.0 | hrs | x | 70.00 | per hr | = | 0.00 |
| | **129.5** | | | | | | **19,290.00** |

Survey Gulf State Park Lodge & Pavilion Site (.01)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Survey Crew (2 Man) | 10.0 | hrs | x | 155.00 | per hr | = | 1,550.00 |
| | **10.0** | | | | | | **1,550.00** |

Expenses

0.00

Total        20,840.00



Volkert, Inc.
3809 Moffett Road (36618)
P.O. Box 7434
Mobile, AL 36670-0434

Office 251.342.1070
Fax 251.342.7962
volkert@volkert.com

www.volkert.com

June 3, 2013

Volkert Contract No. 334001.12

Environmental Permitting
Gulf State Park Hotel & Conference Center
Alabama Department of Conservation & Natural Resources
Gulf Shores, Alabama

Mr. Terry Boyd, P.E., P.L.S.
Section Chief
Folsom Admin Building
64 North Union Street
Room 479
Montgomery, Alabama 36130

Dear Mr. Boyd:

Enclosed is our invoice number 0305151 in the amount of $14,675.00 for environmental and survey services related to the referenced project.

We appreciate the opportunity to be of service to you.  If you have any questions or need additional information, please do not hesitate to contact me at (251) 968-7551.

Sincerely,

Volkert, Inc.

Brett V. Gaar, REPA, CEA
Vice President
Environmental Services

cao
Enclosure



**Please change remittance address to lockbox:**
Dept. #2042
Volkert, Inc.
P. O. Box 11407
Birmingham, AL 35246-2042

# Volkert, Inc.

3809 Moffett Road  Mobile AL 36618
P.O. Box 7434  Mobile AL  36670
251.342.1070

AL Dept. of Conservation & Natural Resources
64 N. Union St
Suite 479
Montgomery, AL 36130

| | |
|---|---|
| **Payment No.:** | 3 |
| **Invoice No.:** | 0305151 |
| **Date:** | May 30, 2013 |
| **Contract No.:** | 334001.12 |

Environmental services related to the Gulf State Park Hotel & Conference Center in Gulf Shores, AL, per agreement dated January 17, 2013.

**NTE $150,000**

| | | | | | Current Period | Total To Date |
|---|---|---|---|---|---|---|
| Msc Env Svcs (Task 00001)(.12) | | | | | | |
| Manager | 32.0 hrs | x | 210.00 | per hr | 2,520.00 | 6,720.00 |
| Supervisor | 136.0 hrs | x | 180.00 | per hr | 5,220.00 | 24,480.00 |
| Staff 2 Professional | 213.5 hrs | x | 120.00 | per hr | 1,440.00 | 25,620.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | 0.00 | 0.00 |
| Clerical | 2.0 hrs | x | 70.00 | per hr | 0.00 | 140.00 |
| | | | | | 9,180.00 | 56,960.00 |
| | | | | | | |
| Survey Gulf State Park Lodge & Pavillion Site (.01) | | | | | | |
| Survey Manager | 1.0 hrs | x | 130.00 | per hr | 130.00 | 130.00 |
| Sr Surveyor | 1.0 hrs | x | 95.00 | per hr | 95.00 | 95.00 |
| Survey Crew (2 Man) | 44.0 hrs | x | 155.00 | per hr | 5,270.00 | 6,820.00 |
| | | | | | 5,495.00 | 7,045.00 |
| | | | | | | |
| Amount Earned This Invoice | | | | | 14,675.00 | 64,005.00 |
| | | | | | | |
| Less:  Previous Invoices | | | | | | 49,330.00 |
| | | | | | | |
| AMOUNT DUE | | | | | 14,675.00 | 14,675.00 |

Margaret C Hansken
Controller

6 -13 -13

Terms:  Net cash upon receipt of invoice.  A finance charge of 1.5% per month (18% per annum) will be added to the balance unpaid after 30 days from the invoice

Contract No. 334001.12 / 334001.01

Period                          4/25/13 - 5/22/13

Msc Env Svcs (Task 00001)(.12)

| | | | | | | |
|---|---|---|---|---|---|---|
| Manager | 12.0 hrs | x | 210.00 | per hr | = | 2,520.00 |
| Supervisor | 29.0 hrs | x | 180.00 | per hr | = | 5,220.00 |
| Staff 2 Professional | 12.0 hrs | x | 120.00 | per hr | = | 1,440.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | = | 0.00 |
| Clerical | 0.0 hrs | x | 70.00 | per hr | = | 0.00 |
| | 53.0 | | | | | 9,180.00 |

Survey Gulf State Park Lodge & Pavillion Site (.01)

| | | | | | | |
|---|---|---|---|---|---|---|
| Survey Manager | 1.0 hrs | x | 130.00 | per hr | = | 130.00 |
| Sr Surveyor | 1.0 hrs | x | 95.00 | per hr | = | 95.00 |
| Survey Crew (2 Man) | 34.0 hrs | x | 155.00 | per hr | = | 5,270.00 |
| | 36.0 | | | | | 5,495.00 |

Expenses

                                                              0.00

                                        Total          14,675.00



**VOLKERT**

Volkert, Inc.
3809 Moffett Road (36618)
P.O. Box 7434
Mobile, AL 36670-0434

Office 251.342.1070
Fax 251.342.7962
volkert@volkert.com

www.volkert.com

July 1, 2013

Volkert Contract No. 334001.12

Environmental Permitting
Gulf State Park Hotel & Conference Center
Alabama Department of Conservation & Natural Resources
Gulf Shores, Alabama

Mr. Terry Boyd, P.E., P.L.S.
Section Chief
Folsom Admin Building
64 North Union Street
Room 479
Montgomery, Alabama 36130

Dear Mr. Boyd:

Enclosed is our invoice number 0406147 in the amount of $15,795.00 for environmental and survey services related to the referenced project.

We appreciate the opportunity to be of service to you. If you have any questions or need additional information, please do not hesitate to contact me at (251) 968-7551.

Sincerely,

Volkert, Inc.

Brett V. Gaar, REPA, CEA
Vice President
Environmental Services

cao
Enclosure



┌─────────────────────────────────────────────┐
**Please change remittance address to lockbox:**
Dept. #2042
Volkert, Inc.
P. O. Box 11407
Birmingham, AL 35246-2042
└─────────────────────────────────────────────┘

# Volkert, Inc.

3809 Moffett Road  Mobile AL  36618
P.O. Box 7434  Mobile AL  36670
251.342.1070

AL Dept. of Conservation & Natural Resources
64 N. Union St
Suite 479
Montgomery, AL 36130

| | |
|---|---|
| Payment No.: | 4 |
| Invoice No.: | 0406147 |
| Date: | June 26, 2013 |
| Contract No.: | 334001.12 |

Environmental services related to the Gulf State Park Hotel & Conference Center in Gulf Shores, AL, per agreement dated January 17, 2013.

**NTE $150,000**

| | | | | | Current Period | Total To Date |
|---|---|---|---|---|---|---|
| Msc Env Svcs (Task 00001)(.12) | | | | | | |
| Manager | 44.0 hrs | x | 210.00 | per hr | 2,520.00 | 9,240.00 |
| Supervisor | 186.0 hrs | x | 180.00 | per hr | 9,000.00 | 33,480.00 |
| Staff 2 Professional | 235.5 hrs | x | 120.00 | per hr | 2,640.00 | 28,260.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | 0.00 | 0.00 |
| Clerical | 2.0 hrs | x | 70.00 | per hr | 0.00 | 140.00 |
| | | | | | 14,160.00 | 71,120.00 |
| | | | | | | |
| Survey Gulf State Park Lodge & Pavillion Site (.01) | | | | | | |
| Survey Manager | 1.0 hrs | x | 130.00 | per hr | 0.00 | 130.00 |
| Sr Surveyor | 1.0 hrs | x | 95.00 | per hr | 0.00 | 95.00 |
| Survey Crew (2 Man) | 53.0 hrs | x | 155.00 | per hr | 1,395.00 | 8,215.00 |
| Drafter | 4.0 hrs | x | 60.00 | per hr | 240.00 | 240.00 |
| | | | | | 1,635.00 | 8,680.00 |
| | | | | | | |
| Amount Earned This Invoice | | | | | 15,795.00 | 79,800.00 |
| | | | | | | |
| Less:  Previous Invoices | | | | | | 64,005.00 |
| | | | | | | |
| AMOUNT DUE | | | | | 15,795.00 | 15,795.00 |

*Margaret Hancken*
Margaret Hancken
Controller

I hereby certify the article(s) and or service(s) listed on this document were received on_____in the proper condition, are the kind and quantity ordered and appropriate purchasing policy and procedures were followed.

Received By: 7-31-13
Date:

Terms:  Net cash upon receipt of invoice.  A finance charge of 1.5% per month (18% per annum) will be added to the balance unpaid after 30 days from the invoice

Contract No. 334001.12 / 334001.01

Period                     5/23/13 - 6/19/13

Msc Env Svcs (Task 00001)(.12)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Manager | 12.0 | hrs | x | 210.00 | per hr | = | 2,520.00 |
| Supervisor | 50.0 | hrs | x | 180.00 | per hr | = | 9,000.00 |
| Staff 2 Professional | 22.0 | hrs | x | 120.00 | per hr | = | 2,640.00 |
| Staff 1 Professional | 0.0 | hrs | x | 100.00 | per hr | = | 0.00 |
| Clerical | 0.0 | hrs | x | 70.00 | per hr | = | 0.00 |
| | 84.0 | | | | | | 14,160.00 |

Survey Gulf State Park Lodge & Pavillion Site (.01)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Survey Manager | 0.0 | hrs | x | 130.00 | per hr | = | 0.00 |
| Sr Surveyor | 0.0 | hrs | x | 95.00 | per hr | = | 0.00 |
| Survey Crew (2 Man) | 9.0 | hrs | x | 155.00 | per hr | = | 1,395.00 |
| Drafter | 4.0 | hrs | x | 60.00 | per hr | = | 240.00 |
| | 13.0 | | | | | | 1,635.00 |

Expenses

                                                          0.00

                                     Total        15,795.00

FORM FRMS-9 REV 10/2004

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

XXXXX701409

VOLKERT INC
DEPT #2042
P O BOX 11407
BIRMINGHAM         AL 35246-2042



WARRANT #:

VOUCHER #: 32050001562

BATCH #: 176722

AGENCY #: 004

DATE:   JUL 16 2013   PAGE: 1

ACCT PRD:        BUDGET FY: 13

## COMPTROLLER'S COPY

| REFERENCED DOCUMENT | | INVOICE NUMBER | FUND | ORG | APPR | ACTIVITY | OBJ/ REV | SUB O/R | RETP CATG | BS ACCT | DEPT USE | AMOUNT | I/D | P/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | | | | | | | | | | | | | | |
| PO-004-C3004411 | 01 | 0103152 | 0308 | | 312 | 0159 | 0800 | 18 | | | | 28,490.00 | I | |
| PO-004-C3004411 | 01 | 0204143 | 0308 | | 312 | 0159 | 0800 | 18 | | | | 20,840.00 | I | |
| PO-004-C3004411 | 01 | 0305151 | 0308 | | 312 | 0159 | 0800 | 18 | | | | 14,675.00 | I | |
| PRINTED:   06/25/13 | | | RL | | | | | | | VOUCHER TOTAL | | 64,005.00 | | |

Audited: _____  _____
          Date         Departmental Auditor

Examined and Approved for Payment

_____  _____
   Date       Auditor of Disbursements
              Division of Control and Accounts

I hereby certify that the named article(s) and/or service(s) as stated on the invoice attached have been received, are the kind and quantity ordered, are not excessive and are necessary for the use of this department in conducting public business only, and this account is correct, due and unpaid. For those items requiring the approval of the Governor, I certify that I have obtained the Governor's approval for payment.

_____  _____
   Date       Authorized Departmental Approval
Sworn to and subscribed before me this day

_____  _____
   Date       Notary Public

```
┌─────────────────────────────────────────────┐
│ Please change remittance address to lockbox: │
│ Dept. #2042                                   │
│ Volkert, Inc.                                 │
│ P. O. Box 11407                               │
│ Birmingham, AL 35246-2042                     │
└─────────────────────────────────────────────┘
```

# Volkert, Inc

3809 Moffett Road  Mobile AL  36618
P.O. Box 7434  Mobile AL  36670
251.342.1070

AL Dept. of Conservation & Natural Resources
64 N. Union St
Suite 479
Montgomery, AL 36130

| | |
|---|---|
| Payment No.: | 1 |
| Invoice No.: | 0103152 |
| Date: | March 25, 2013 |
| Contract No.: | 334001.12 |

Environmental services related to the Gulf State Park Hotel & Conference Center in Gulf Shores, AL, per agreement dated January 17, 2013.

| | | | | | Current Period | Total To Date |
|---|---|---|---|---|---|---|
| MSC ENV SVCS (Task 00001) | | | | | | |
| Manager | 15.0 hrs | x | 210.00 | per hr | 3,150.00 | 3,150.00 |
| Supervisor | 52.0 hrs | x | 180.00 | per hr | 9,360.00 | 9,360.00 |
| Staff 2 Professional | 132.0 hrs | x | 120.00 | per hr | 15,840.00 | 15,840.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | 0.00 | 0.00 |
| Clerical | 2.0 hrs | x | 70.00 | per hr | 140.00 | 140.00 |
| | | | | | | |
| Amount Earned This Invoice | | | | | 28,490.00 | 28,490.00 |
| | | | | | | |
| Less: Previous Invoices | | | | | | 0.00 |
| | | | | | | |
| AMOUNT DUE | | | | | 28,490.00 | 28,490.00 |

*Margaret Hancken* (signature)
Margaret C Hancken
Controller

*Jerry N Boyd* (signature)   3-29-13

Terms:  Net cash upon receipt of invoice.   A finance charge of 1.5% per month (18% per annum) will be added to the balance unpaid after 30 days from the invoice.

Contract No. 334001.12

Period                    thru 3/20/13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Manager | 15.0 | hrs | x | 210.00 | per hr | = | 3,150.00 |
| Supervisor | 52.0 | hrs | x | 180.00 | per hr | = | 9,360.00 |
| Staff 2 Professional | 132.0 | hrs | x | 120.00 | per hr | = | 15,840.00 |
| Staff 1 Professional | 0.0 | hrs | x | 100.00 | per hr | = | 0.00 |
| Clerical | 2.0 | hrs | x | 70.00 | per hr | = | 140.00 |
| | 201.0 | | | | | | 28,490.00 |

Expenses

0.00

Total        28,490.00



Volkert, Inc.
3809 Moffett Road (36618)
P.O. Box 7434
Mobile, AL 36670-0434

Office 251.342.1070
Fax 251.342.7962
volkert@volkert.com

www.volkert.com

April 1, 2013

Volkert Contract No. 334001.12

Environmental Permitting
Gulf State Park Hotel & Conference Center
Alabama Department of Conservation & Natural Resources
Gulf Shores, Alabama

    Mr. Terry Boyd, P.E., P.L.S.
    Section Chief
    Folsom Admin Building
    64 North Union Street
    Room 479
    Montgomery, Alabama 36130

    Dear Mr. Boyd:

    Enclosed is our invoice number 0103152 in the amount of $28,490.00 for environmental services related to the referenced project.

    We appreciate the opportunity to be of service to you.  If you have any questions or need additional information, please do not hesitate to contact me at (251) 968-7551.

        Sincerely,

        Volkert, Inc.

        Brett V. Gaar, REPA, CEA
        Vice President
        Environmental Services

cao
Enclosure





STATE OF ALABAMA
**DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES**
64 NORTH UNION STREET, SUITE 464
MONTGOMERY. ALABAMA 36130

ROBERT BENTLEY
GOVERNOR

N. GUNTER GUY, JR.
COMMISSIONER

CURTIS JONES
DEPUTY COMMISSIONER

PATRICIA J. POWELL, DIRECTOR
GREGORY M. LEIN, ASSISTANT DIRECTOR
STATE LANDS DIVISION

TELEPHONE (334) 242-3484
FAX NO (334) 242-0999

April 4, 2013

**M E M O R A N D U M**

To:        N. Gunter Guy, Jr., Commissioner

Through:   Patricia J. Powell, State Lands Director

From:      William H. Brantley, Jr, State Lands Manager  *WHB*

Re:        <u>Payment of Invoice No. 1 (#0103152) for Contract with Volkert, Inc.</u>

    I have reviewed the attached invoice relating to professional services rendered by Volkert, Inc. associated with our Gulf State Park permitting project. This invoice covers the time period from February 20, the date of our first meeting with Volkert personnel after contract execution, through April 1, 2013.

    I find the invoice to be in order and I recommend payment. Please let me know if you have any questions.

/whb

The Department of Conservation and Natural Resources does not discriminate on the basis of race, color, religion, age, gender, national origin, or disability in its hiring or employment practices nor in admission to, access to, or operations of its programs, services, or activities.



**STATE OF ALABAMA**
**DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES**
64 NORTH UNION STREET, SUITE 479
MONTGOMERY, ALABAMA  36130
(334) 242-3476
FAX (334) 242-0289
www.outdooralabama.com

ROBERT BENTLEY
GOVERNOR

March 29, 2013

TERRY N. BOYD, CHIEF
ENGINEERING SECTION

N. GUNTER GUY, JR.
COMMISSIONER

CURTIS JONES
DEPUTY COMMISSIONER

M E M O R A N D U M

TO:      Mr. Gregory M. Lein, Director
         Parks Division

FROM:    Terry N. Boyd, Chief
         Engineering Section

SUBJECT; Invoice from Volkert, Inc. for
         Environmental Services Related to Gulf State Park
         Hotel and Conference Center

Attached is an invoice from Volkert, Inc. in the amount of $28,490.00 for the above project.

We have checked the account in Engineering and find it to be correct.  Therefore, the invoice is ready for payment.

TNB:cck
Attachment

The Department of Conservation and Natural Resources does not discriminate on the basis of race, color, religion, age, gender, national

origin, or disability in its hiring or employment practices nor in admission to, access to, or operations of its programs, services, or activities

Please change remittance address to lockbox:
Dept. #2042
Volkert, Inc.
P. O. Box 11407
Birmingham, AL 35246-2042

# Volkert, Inc.

3809 Moffett Road  Mobile AL  36618
P.O. Box 7434  Mobile AL  36670
251.342.1070

AL Dept. of Conservation & Natural Resources
64 N. Union St
Suite 479
Montgomery, AL 36130

| | |
|---|---|
| Payment No.: | 2 |
| Invoice No.: | 0204143 |
| Date: | April 29, 2013 |
| Contract No.: | 334001.12 |

Environmental services related to the Gulf State Park Hotel & Conference Center in Gulf Shores, AL, per agreement dated January 17, 2013.

NTE $150,000

| | | | | | Current Period | Total To Date |
|---|---|---|---|---|---|---|
| Msc Env Svcs (Task 00001)(.12) | | | | | | |
| Manager | 20.0 hrs | x | 210.00 | per hr | 1,050.00 | 4,200.00 |
| Supervisor | 107.0 hrs | x | 180.00 | per hr | 9,900.00 | 19,260.00 |
| Staff 2 Professional | 201.5 hrs | x | 120.00 | per hr | 8,340.00 | 24,180.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | 0.00 | 0.00 |
| Clerical | 2.0 hrs | x | 70.00 | per hr | 0.00 | 140.00 |
| | | | | | 19,290.00 | 47,780.00 |
| Survey Gulf State Park Lodge & Pavillion Site (.01) | | | | | | |
| Survey Crew (2 Man) | 10.0 hrs | x | 155.00 | per hr | 1,550.00 | 1,550.00 |
| | | | | | 1,550.00 | 1,550.00 |
| Amount Earned This Invoice | | | | | 20,840.00 | 49,330.00 |
| Less:  Previous Invoices | | | | | | 28,490.00 |
| AMOUNT DUE | | | | | 20,840.00 | 20,840.00 |

*Margaret Hancken*

Margaret C Hancken
Controller

Terms:  Net cash upon receipt of invoice.  A finance charge of 1.5% per month (18% per annum) will be added to the balance unpaid after 30 days from the invoice.

Contract No. 334001.12 / 334001.01

Period                    3/21/13 - 4/24/13

Msc Env Svcs (Task 00001)(.12)

| | | | | | | |
|---|---|---|---|---|---|---|
| Manager | 5.0 | hrs | x | 210.00 | per hr = | 1,050.00 |
| Supervisor | 55.0 | hrs | x | 180.00 | per hr = | 9,900.00 |
| Staff 2 Professional | 69.5 | hrs | x | 120.00 | per hr = | 8,340.00 |
| Staff 1 Professional | 0.0 | hrs | x | 100.00 | per hr = | 0.00 |
| Clerical | 0.0 | hrs | x | 70.00 | per hr = | 0.00 |
| | 129.5 | | | | | 19,290.00 |

Survey Gulf State Park Lodge & Pavillion Site (.01)

| | | | | | | |
|---|---|---|---|---|---|---|
| Survey Crew (2 Man) | 10.0 | hrs | x | 155.00 | per hr = | 1,550.00 |
| | 10.0 | | | | | 1,550.00 |

Expenses

0.00

Total        20,840.00



STATE OF ALABAMA
DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES
64 NORTH UNION STREET, SUITE 464
MONTGOMERY, ALABAMA 36130

ROBERT BENTLEY
GOVERNOR

N. GUNTER GUY, JR.
COMMISSIONER

CURTIS JONES
DEPUTY COMMISSIONER

PATRICIA J. POWELL, DIRECTOR
GREGORY M. LEIN, ASSISTANT DIRECTOR
STATE LANDS DIVISION

TELEPHONE (334) 242-3484
FAX NO (334) 242-0999

May 13, 2013

**M E M O R A N D U M**

**To:**          N. Gunter Guy, Jr., Commissioner

**Through:**  Patricia J. Powell, State Lands Director

**From:**      William H. Brantley, Jr, State Lands Manager   *WHB*

**Re:**          Payment of Invoice No. 2 (#0204143) for Contract with Volkert, Inc.

     I have reviewed the attached invoice relating to professional services rendered by Volkert, Inc. associated with our Gulf State Park permitting project. This invoice covers the time period from March 21 through April 24, 2013.

     I find the invoice to be in order and I recommend payment. Please let me know if you have any questions.

/whb

The Department of Conservation and Natural Resources does not discriminate on the basis of race, color, religion, age, gender, national origin, or disability in its hiring or employment practices nor in admission to, access to, or operations of its programs, services, or activities



**STATE OF ALABAMA**
**DEPARTMENT OF CONSERVATION AND NATURAL** RESOURCES
64 NORTH UNION STREET, SUITE 479
MONTGOMERY, ALABAMA  36130
(334) 242-3476
FAX (334) 242-0289
www.outdooralabama.com

ROBERT BENTLEY
GOVERNOR

N. GUNTER GUY, JR.
COMMISSIONER

CURTIS JONES
DEPUTY COMMISSIONER

May 7, 2013

TERRY N. BOYD, CHIEF
ENGINEERING SECTION

M E M O R A N D U M

TO:      Mr. Gregory M. Lein, Director
         Parks Division

FROM:    Terry N. Boyd, Chief
         Engineering Section

SUBJECT; Invoice from Volkert, Inc. for
         Environmental Services Related to Gulf State Park
         Hotel and Conference Center

Attached is an invoice from Volkert, Inc. in the amount of $20,840.00 for the above project.

We have checked the account in Engineering and find it to be correct.  Therefore, the invoice is
ready for payment.

TNB:cck
Attachment

The Department of Conservation and Natural Resources does not discriminate on the basis of race, color, religion, age, gender, national

origin  or disability in its hiring or employment practices nor in admission to, access to, or operations of its programs, services, or activities



Volkert, Inc.
3809 Moffett Road (36618)
P.O. Box 7434
Mobile, AL 36670-0434

Office 251.342.1070
Fax 251.342.7962
volkert@volkert.com

www.volkert.com

May 1, 2013

Volkert Contract No. 334001.12

Environmental Permitting
Gulf State Park Hotel & Conference Center
Alabama Department of Conservation & Natural Resources
Gulf Shores, Alabama

> Mr. Terry Boyd, P.E., P.L.S.
> Section Chief
> Folsom Admin Building
> 64 North Union Street
> Room 479
> Montgomery, Alabama 36130

Dear Mr. Boyd:

Enclosed is our invoice number 0204143 in the amount of $20,840.00 for environmental and survey services related to the referenced project.

We appreciate the opportunity to be of service to you. If you have any questions or need additional information, please do not hesitate to contact me at (251) 968-7551.

Sincerely,

Volkert, Inc.

Brett V. Gaar, REPA, CEA
Vice President
Environmental Services

cao
Enclosure



```
Please change remittance address to lockbox:
Dept. #2042
Volkert, Inc.
P. O. Box 11407
Birmingham, AL 35246-2042
```

# Volkert, Inc.

3809 Moffett Road  Mobile AL  36618
P.O. Box 7434 Mobile AL  36670
251.342.1070

AL Dept. of Conservation & Natural Resources
64 N. Union St
Suite 479
Montgomery, AL 36130

| | |
|---|---|
| Payment No.: | 3 |
| Invoice No.: | 0305151 |
| Date: | May 30, 2013 |
| Contract No.: | 334001.12 |

Environmental services related to the Gulf State Park Hotel & Conference Center in Gulf Shores, AL, per agreement dated January 17, 2013.

**NTE $150,000**

| | | | | | Current Period | Total To Date |
|---|---|---|---|---|---|---|
| Msc Env Svcs (Task 00001)(.12) | | | | | | |
| Manager | 32.0 hrs | x | 210.00 | per hr | 2,520.00 | 6,720.00 |
| Supervisor | 136.0 hrs | x | 180.00 | per hr | 5,220.00 | 24,480.00 |
| Staff 2 Professional | 213.5 hrs | x | 120.00 | per hr | 1,440.00 | 25,620.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | 0.00 | 0.00 |
| Clerical | 2.0 hrs | x | 70.00 | per hr | 0.00 | 140.00 |
| | | | | | 9,180.00 | 56,960.00 |
| | | | | | | |
| Survey Gulf State Park Lodge & Pavillion Site (.01) | | | | | | |
| Survey Manager | 1.0 hrs | x | 130.00 | per hr | 130.00 | 130.00 |
| Sr Surveyor | 1.0 hrs | x | 95.00 | per hr | 95.00 | 95.00 |
| Survey Crew (2 Man) | 44.0 hrs | x | 155.00 | per hr | 5,270.00 | 6,820.00 |
| | | | | | 5,495.00 | 7,045.00 |
| | | | | | | |
| Amount Earned This Invoice | | | | | 14,675.00 | 64,005.00 |
| Less:  Previous Invoices | | | | | | 49,330.00 |
| AMOUNT DUE | | | | | 14,675.00 | 14,675.00 |

*Margaret Hancken*

Margaret C Hancken
Controller

*Jerry M Boyd*   6 13-13

I hereby certify the article(s) and or service(s) listed on this document were received on **6-19-13** in the proper condition, are the kind and quantity ordered and appropriate purchasing policy and procedures were followed.

Received By: *Sylvia Livingston*
Date: **6-19-13**

Contract No. 334001.12 / 334001.01

Period                    4/25/13 - 5/22/13

Msc Env Svcs (Task 00001)(.12)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Manager | 12.0 | hrs | x | 210.00 | per hr | = | 2,520.00 |
| Supervisor | 29.0 | hrs | x | 180.00 | per hr | = | 5,220.00 |
| Staff 2 Professional | 12.0 | hrs | x | 120.00 | per hr | = | 1,440.00 |
| Staff 1 Professional | 0.0 | hrs | x | 100.00 | per hr | = | 0.00 |
| Clerical | 0.0 | hrs | x | 70.00 | per hr | = | 0.00 |
| | 53.0 | | | | | | 9,180.00 |

Survey Gulf State Park Lodge & Pavillion Site (.01)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Survey Manager | 1.0 | hrs | x | 130.00 | per hr | = | 130.00 |
| Sr Surveyor | 1.0 | hrs | x | 95.00 | per hr | = | 95.00 |
| Survey Crew (2 Man) | 34.0 | hrs | x | 155.00 | per hr | = | 5,270.00 |
| | 36.0 | | | | | | 5,495.00 |

Expenses

                                                    0.00

                                    Total        14,675.00



STATE OF ALABAMA
**DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES**
64 NORTH UNION STREET, SUITE 464
MONTGOMERY, ALABAMA 36130

ROBERT BENTLEY
GOVERNOR

N. GUNTER GUY, JR.
COMMISSIONER

CURTIS JONES
DEPUTY COMMISSIONER

PATRICIA J. POWELL, DIRECTOR
GREGORY M. LEIN, ASSISTANT DIRECTOR
STATE LANDS DIVISION

TELEPHONE (334) 242-3484
FAX NO (334) 242-0999

June 18, 2013

**M E M O R A N D U M**

To:        N. Gunter Guy, Jr., Commissioner

Through:   Patricia J. Powell, State Lands Director

From:      William H. Brantley, Jr, State Lands Manager  $\omega H B$

Re:        <u>Payment of Invoice No. 3 (#0305151) for Contract with Volkert, Inc.</u>

I have reviewed the attached invoice relating to professional services rendered by Volkert, Inc. associated with our Gulf State Park permitting project. This invoice covers the time period from April 25, 2013 through May 22, 2013.

I find the invoice to be in order and I recommend payment. Please let me know if you have any questions.

/whb

The Department of Conservation and Natural Resources does not discriminate on the basis of race, color, religion, age, gender, national

origin, or disability in its hiring or employment practices nor in admission to, access to, or operations of its programs, services, or activities.



STATE OF ALABAMA
**DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES**
64 NORTH UNION STREET, SUITE 479
MONTGOMERY, ALABAMA 36130
(334) 242-3476
FAX (334) 242-0289
www.outdooralabama.com

ROBERT BENTLEY
GOVERNOR

N. GUNTER GUY, JR
COMMISSIONER

June 11, 2013

TERRY N. BOYD, CHIEF
ENGINEERING SECTION

CURTIS JONES
DEPUTY COMMISSIONER

M E M O R A N D U M

TO:        Mr. Gregory M. Lein, Director
           Parks Division

FROM:      Terry N. Boyd, Chief
           Engineering Section

SUBJECT;   Invoice from Volkert, Inc. for
           Environmental Services Related to Gulf State Park
           Hotel and Conference Center

Attached is an invoice from Volkert, Inc. in the amount of $14,675.00 for the above project.

We have checked the account in Engineering and find it to be correct. Therefore, the invoice is ready for payment.

TNB:cck
Attachment



**VOLKERT**

Volkert, Inc.
3809 Moffett Road (36618)
P.O. Box 7434
Mobile, AL 36670-0434

Office 251.342.1070
Fax 251.342.7962
volkert@volkert.com

www.volkert.com

June 3, 2013

Volkert Contract No. 334001.12

Environmental Permitting
Gulf State Park Hotel & Conference Center
Alabama Department of Conservation & Natural Resources
Gulf Shores, Alabama

Mr. Terry Boyd, P.E., P.L.S.
Section Chief
Folsom Admin Building
64 North Union Street
Room 479
Montgomery, Alabama 36130

Dear Mr. Boyd:

Enclosed is our invoice number 0305151 in the amount of $14,675.00 for environmental and survey services related to the referenced project.

We appreciate the opportunity to be of service to you. If you have any questions or need additional information, please do not hesitate to contact me at (251) 968-7551.

Sincerely,

Volkert, Inc.

Brett V. Gaar, REPA, CEA
Vice President
Environmental Services

cao
Enclosure

**Office Locations:**
Birmingham, Foley, Mobile, Montgomery, Alabama • Gainesville, Pensacola, Tampa Florida • Atlanta, Georgia
Collierville, Illinois • Baton Rouge, New Orleans, Slidell, Louisiana • Reno, Las Vegas, Nevada • Tulsa



DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES
FINANCIAL MANAGEMENT SYSTEM
PAYMENT VOUCHER

VENDOR 630247014-09

PV# 3205-1562

RL

NAME:   Volkert INC
        Dept 2042 PO Box 11407
        Birmingham, AL 35246-2042

FY 13

| PO # & Line# | FUND | AGCY | ORGN | ACTV | OBJ | SOBJ | RSRC | SREV | BACC | INVOICE NO./DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C3004411 | 499 | 299 | 7000 | | 0800 | 18 | | | | 0103152 | 28,490.00 |
| '' | '' | '' | | | '' | '' | | | | 0204143 | 20,840.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

RECEIVED
NOV 2013

Gulf State Park Permitting Project

TOTAL:   49,330.00

PREPARED BY: Sylvia Livingston          DATE:  06/17/13
APPROVED BY:                            DATE:  6/17/2013

1 of 2
TOTAL 64,005.00
JUN 18 2013

## DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES
## FINANCIAL MANAGEMENT SYSTEM
## PAYMENT VOUCHER

**VENDOR** 630247014-09

**PV#** 3205-

NAME: Volkert INC
Dept 2042 PO Box 11407
Birmingham, AL 35246-2042

FY 13

| PO # & Line# | FUND | AGCY | ORGN | ACTV | OBJ | SOBJ | RSRC | SREV | BACC | INVOICE NO./DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C3004411 | 499 | 299 | 7000 | | 0800 | 18 | | | | 0305151 | 14,675.00 |

Gulf State Park Permitting Project

TOTAL: 14,675.00

2 of 2

PREPARED BY: Sylvia Livingston    DATE: 06/18/13
APPROVED BY:    DATE: 6/18/2013



ALNB15

## REMITTANCE ADVICE

2743851

# STATE OF ALABAMA
### Department of Finance - Office of State Comptroller
### Montgomery, AL  36130-2602

| Agency | Fund | Voucher | Warrant | Date | Amount |
|--------|------|---------|---------|------|--------|
| 004 | 0308 | 32050001562 | 030383046 | 07/16/13 | $64,005.00 |

INVOICE NUMBERS:
0103152    0204143    0305151

PLEASE DIRECT QUESTIONS TO:      CONSERVATION & NAT RESOURCES
      (334) 242-3260    64 N UNION STREET
                         MONTGOMERY AL  36130

VOLKERT INC
DEPT #2042
P O BOX 11407
BIRMINGHAM     AL    35246-2042

2743851



## State of Alabama
### DEPARTMENT OF FINANCE
### OFFICE OF STATE COMPTROLLER
### MONTGOMERY, ALABAMA 36130-2602

030383046
WARRANT NUMBER

VOUCHER NO.   32050001562   CHARGE TO:   0308 004

PAY TO THE ORDER OF:

| DATE OF ISSUE | NET AMOUNT |
|---------------|------------|
| 07/16/13 | $ *****64,005.00 |

030383046
187

VOID AFTER 1 YEAR

VOLKERT INC
DEPT #2042
P O BOX 11407
BIRMINGHAM    AL    35246-2042
PAYABLE AT: STATE TREASURER
          MONTGOMERY, ALABAMA

STATE COMPTROLLER

⑈030383046⑈ ⑉062200440⑉ 0103128⑈

FORM FRMS-9 REV 10/2004

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

XXXXX701409

VOLKERT INC
DEPT #2042
P O BOX 11407
BIRMINGHAM          AL 35246-2042



WARRANT #:

VOUCHER #: 32050001822

BATCH #: 214037

AGENCY #: 004

DATE AUG 1 4 2013   PAGE:   1

ACCT PRD:          BUDGET FY: 13

## COMPTROLLER'S COPY

| REFERENCED DOCUMENT | | | ACCOUNTING DISTRIBUTION | | | | | | | | | | | I/D | P/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/<br>PO - AGENCY - NUMBER - LN | | INVOICE<br>NUMBER | FUND | ORG | APPR | ACTIVITY | OBJ/<br>REV | SUB<br>O/R | RETP<br>CATG | BS<br>ACCT | DEPT<br>USE | AMOUNT | | | |
| PO-004-C3004411 | 02 | 0406147 | 1402 | | 311 | 0158 | 0800 | 18 | | | | 15,795.00 | | I | |
| PRINTED:   08/02/13 | | | | | | | | | | | VOUCHER TOTAL | | 15,795.00 | | |

Audited: _____ _____
          Date         Departmental Auditor

Examined and Approved for Payment

_____ _____
   Date      Auditor of Disbursements
            Division of Control and Accounts

I hereby certify that the named article(s) and/or service(s) as stated on the invoice attached have been received, are the kind and quantity ordered, are not excessive and are necessary for the use of this department in conducting public business only, and this account is correct, due and unpaid.  For those items requiring the approval of the Governor, I certify that I have obtained the Governor's approval for payment.

_____ _____
   Date      Authorized Departmental Approval

Sworn to and subscribed before me this day

_____ _____
   Date           Notary Public

Please change remittance address to lockbox:
Dept. #2042
Volkert, Inc.
P. O. Box 11407
Birmingham, AL 35246-2042

# Volkert, Inc.

3809 Moffett Road  Mobile AL  36618
P.O. Box 7434  Mobile AL  36670
251.342.1070

AL Dept. of Conservation & Natural Resources
64 N. Union St
Suite 479
Montgomery, AL 36130

| | |
|---|---|
| Payment No.: | 4 |
| Invoice No.: | 0406147 |
| Date: | June 26, 2013 |
| Contract No.: | 334001.12 |

Environmental services related to the Gulf State Park Hotel & Conference Center in Gulf Shores, AL, per agreement dated January 17, 2013.

NTE $150,000

| | | | | | | Current Period | Total To Date |
|---|---|---|---|---|---|---|---|
| Msc Env Svcs (Task 00001)(.12) | | | | | | | |
| Manager | 44.0 hrs | x | 210.00 | per hr | | 2,520.00 | 9,240.00 |
| Supervisor | 186.0 hrs | x | 180.00 | per hr | | 9,000.00 | 33,480.00 |
| Staff 2 Professional | 235.5 hrs | x | 120.00 | per hr | | 2,640.00 | 28,260.00 |
| Staff 1 Professional | 0.0 hrs | x | 100.00 | per hr | | 0.00 | 0.00 |
| Clerical | 2.0 hrs | x | 70.00 | per hr | | 0.00 | 140.00 |
| | | | | | | 14,160.00 | 71,120.00 |
| Survey Gulf State Park Lodge & Pavillion Site (.01) | | | | | | | |
| Survey Manager | 1.0 hrs | x | 130.00 | per hr | | 0.00 | 130.00 |
| Sr Surveyor | 1.0 hrs | x | 95.00 | per hr | | 0.00 | 95.00 |
| Survey Crew (2 Man) | 53.0 hrs | x | 155.00 | per hr | | 1,395.00 | 8,215.00 |
| Drafter | 4.0 hrs | x | 60.00 | per hr | | 240.00 | 240.00 |
| | | | | | | 1,635.00 | 8,680.00 |
| Amount Earned This Invoice | | | | | | 15,795.00 | 79,800.00 |
| Less:  Previous Invoices | | | | | | | 64,005.00 |
| AMOUNT DUE | | | | | | 15,795.00 | 15,795.00 |

*Margaret Hancken* (signature)

Margaret G. Hancken
Controller

I hereby certify the article(s) and or service(s) listed on this document were
received on _____ in the proper condition, are the kind and quantity
ordered and appropriate purchasing policy and procedures were followed.

Received By: _____
Date: _____

Terms:  Net cash upon receipt of invoice.  A finance charge of 1.5% per month (18% per annum) will be added to the balance unpaid after 30 days from the invoice.

Contract No. 334001.12 / 334001.01

Period                        5/23/13 - 6/19/13

Msc Env Svcs (Task 00001)(.12)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Manager | 12.0 | hrs | x | 210.00 | per hr | = | 2,520.00 |
| Supervisor | 50.0 | hrs | x | 180.00 | per hr | = | 9,000.00 |
| Staff 2 Professional | 22.0 | hrs | x | 120.00 | per hr | = | 2,640.00 |
| Staff 1 Professional | 0.0 | hrs | x | 100.00 | per hr | = | 0.00 |
| Clerical | 0.0 | hrs | x | 70.00 | per hr | = | 0.00 |
| | 84.0 | | | | | | 14,160.00 |

Survey Gulf State Park Lodge & Pavillion Site (.01)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Survey Manager | 0.0 | hrs | x | 130.00 | per hr | = | 0.00 |
| Sr Surveyor | 0.0 | hrs | x | 95.00 | per hr | = | 0.00 |
| Survey Crew (2 Man) | 9.0 | hrs | x | 155.00 | per hr | = | 1,395.00 |
| Drafter | 4.0 | hrs | x | 60.00 | per hr | = | 240.00 |
| | 13.0 | | | | | | 1,635.00 |

Expenses

                                                    0.00

                              Total        15,795.00



STATE OF ALABAMA
**DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES**
64 NORTH UNION STREET, SUITE 464
MONTGOMERY. ALABAMA  36130

ROBERT BENTLEY
GOVERNOR

N. GUNTER GUY, JR.
COMMISSIONER

CURTIS JONES
DEPUTY COMMISSIONER

PATRICIA J. POWELL, DIRECTOR
GREGORY M. LEIN, ASSISTANT DIRECTOR
STATE LANDS DIVISION

TELEPHONE (334) 242-3484
FAX NO (334) 242-0999

July 31, 2013

## M E M O R A N D U M

**To:**        N. Gunter Guy, Jr., Commissioner

**Through:**   Patricia J. Powell, State Lands Director

**From:**      William H. Brantley, Jr, State Lands Manager  *WHB*

**Re:**        <u>Payment of Invoice No. 4 (#334001.12) for Contract with Volkert, Inc.</u>

I have reviewed the attached invoice relating to professional services rendered by Volkert, Inc. associated with our Gulf State Park permitting project. This invoice covers the time period from May 23, 2013 through June 19, 2013.

I find the invoice to be in order and I recommend payment. Please let me know if you have any questions.

/whb

*Sylvia.*
*– Please pay out of the*
*newly establshd 655P*
*Org. Code. Thnks.*

*Will B.*

*B4 call*
*Will when*
*ready*

The Department of Conservation and Natural Resources does not discriminate on the basis of race. color. religion. age. gender. national

origin. or disability in its hiring or employment practices nor in admission to, access to, or operations of its programs. services, or activities.



STATE OF ALABAMA
**DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES**
64 NORTH UNION STREET, SUITE 479
MONTGOMERY, ALABAMA 36130
(334) 242-3476
FAX (334) 242-0289
www.outdooralabama.com

ROBERT BENTLEY
GOVERNOR

N. GUNTER GUY, JR.
COMMISSIONER

CURTIS JONES
DEPUTY COMMISSIONER

July 8, 2013

TERRY N. BOYD, CHIEF
ENGINEERING SECTION

M E M O R A N D U M

TO:        Mr. Will Brantley
           Lands Division

FROM:      Terry N. Boyd, Chief
           Engineering Section

SUBJECT;   Invoice from Volkert, Inc. for
           Environmental Services Related to Gulf State Park
           Hotel and Conference Center

Attached is an invoice from Volkert, Inc. in the amount of $15,795.00 for the above project.

We have checked the account in Engineering and find it to be correct. Therefore, the invoice is ready for payment.

TNB:cck
Attachment

The Department of Conservation and Natural Resources does not discriminate on the basis of race, color, religion, age, gender, national origin, or disability in its hiring or employment practices nor in admission to, access to, or operations of its programs, services, or activities



**Volkert, Inc.**
3809 Moffett Road (36618)
P.O. Box 7434
Mobile, AL 36670-0434

Office 251.342.1070
Fax 251.342.7962
volkert@volkert.com

www.volkert.com

July 1, 2013

Volkert Contract No. 334001.12

Environmental Permitting
Gulf State Park Hotel & Conference Center
Alabama Department of Conservation & Natural Resources
Gulf Shores, Alabama

Mr. Terry Boyd, P.E., P.L.S.
Section Chief
Folsom Admin Building
64 North Union Street
Room 479
Montgomery, Alabama 36130

Dear Mr. Boyd:

Enclosed is our invoice number 0406147 in the amount of $15,795.00 for environmental and survey services related to the referenced project.

We appreciate the opportunity to be of service to you.  If you have any questions or need additional information, please do not hesitate to contact me at (251) 968-7551.

Sincerely,

Volkert, Inc.

Brett V. Gaar, REPA, CEA
Vice President
Environmental Services

cao
Enclosure

**Office Locations:**
Birmingham, Foley, Mobile, Montgomery, Alabama • Gainesville, Pensacola, Tampa, Florida • Atlanta, Georgia
Collinsville, Illinois • Baton Rouge, New Orleans, Slidell, Louisiana • Biloxi, Jackson, Mississippi • Jefferson City, Missouri
Raleigh, North Carolina • Columbia, South Carolina • Chattanooga, Tennessee • Alexandria, Virginia • Washington, D.C.



DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES
FINANCIAL MANAGEMENT SYSTEM
PAYMENT VOUCHER

VENDOR 630247014-09

PV# 3205- 1822

NAME: Volkert INC
Dept 2042 PO Box 11407
Birmingham, AL 35246-2042

FY 13

| PO # & Line# | FUND | AGCY | ORGN | ACTV | OBJ | SOBJ | RSRC | SREV | BACC | INVOICE NO./DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C3004411 | 1402 | 205 | GSPP | | 0800 | 18 | | | | 0406147 | 15,795.00 |

Gulf State Park Permitting Project

**TOTAL:** | 15,795.00

PREPARED BY: Sylvia Livingston    DATE: **07/31/13**
APPROVED BY: _____    DATE: 7/31/2013

AUG - 2 2013