


# EXHIBIT O

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

**Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813**

**MDL NO. 2179**

**SECTION J**

**JUDGE BARBIER**
**MAGISTRATE JUDGE SHUSHAN**

COUNTY OF MONTGOMERY )
)
STATE OF ALABAMA )

**AFFIDAVIT**

My name is Steven O. Jenkins and I am employed by the State of Alabama Department of Environmental Management ("ADEM") as Chief, Field Operations Division in Montgomery, Alabama.

I have personal knowledge of the matters stated in this Affidavit.

The State of Alabama has asserted claims for unreimbursed costs incurred by ADEM in responding to the Deepwater Horizon oil spill in Alabama. These responses costs include indirect cost $369,015.75 and ongoing response costs consisting of salaries, fringe benefits and indirect costs. These response costs have not been reimbursed to ADEM and remain unpaid.

BP approved the construction of the Katrina Cut and Perdido Pass engineering projects as part of the State of Alabama oil spill response efforts. ADEM received grant payments for these engineering projects from BP and all funds allocated by BP for these projects were spent for these two projects. Neither of these engineering projects is the subject of ADEM's claims for response costs in the on-going litigation against BP.

Steven O. Jenkins
Chief, Field Operations Division
Alabama Department of
Environmental Management


 

Sworn to and subscribed before me on this 12th day of November, 2014.

Kim M Parker
Notary Public
My Commission Expires: 05/01/2014