**From:** Langan, Andrew
**Sent:** Friday, March 07, 2014 12:54:10 PM
**To:** Sally_Shushan@laed.uscourts.gov
**Cc:** York, R. Alan; Maze, Corey; *dkhaycraft@liskow.com; Godwin, Donald; Miller, Kerry J.; Alabama Attorney General; *mbrock@cov.com; mike_o'keefe@laed.uscourts.gov; *MorrissC@cov.com; Godley, Tamerlin; Sinclair, Win
**Subject:** RE: MDL 2179 -- State of Alabama Case
**Importance:** Normal

Dear Judge Shushan:

On the Alabama AG economic loss case, the parties wanted to provide the Court an update:

1. The parties made initial disclosures on February 26. (There is an on-going discussion regarding the use of Alabama's Presentment as part of the initial disclosure—particularly the confidential and privileged nature of the document. The parties will attempt to come to an agreement without the Court's involvement.)

2. The parties had a conference call on February 25 (and have another call set for March 17).

    a. The parties agreed to docket all filings in MDL 2179 the parties agreed to file all pleadings in MDL 2179 with a reference in the style to each of the individual Alabama case numbers.

    b. The parties agreed that the Defendants' answers to Alabama's First Amended Complaint (2011) will serve as their answer to the new 2013 complaints (i.e. no need to re-file an answer).

    c. The parties will seek to identify any other issues that can be teed up for early briefing.

We plan to report further after the March 17 call among the parties and we would be pleased to answer any questions.

Respectfully submitted,


Andy Langan


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com


-----Original Message-----
From: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Wednesday, February 12, 2014 2:26 PM
To: Langan, Andrew

Cc: York, R. Alan; *CMaze@ago.state.al.us; *dkhaycraft@liskow.com; Godwin, Donald; Miller, Kerry J.; 'luther.strange@ago.state.al.us'; *mbrock@cov.com; mike_o'keefe@laed.uscourts.gov; *MorrissC@cov.com; Godley, Tamerlin; WSinclair@ago.state.al.us
Subject: RE: MDL 2179 -- State of Alabama Case

Thanks Andy.  I am looking forward to hearing back from the group.

---

Sally Shushan
504 589 7620 work
504 881 9861 cell


From:   "Langan, Andrew" <alangan@kirkland.com>
To:     "Sally_Shushan@laed.uscourts.gov"
         <Sally_Shushan@laed.uscourts.gov>
Cc:     "Miller, Kerry J." <kmiller@frilot.com>, "York, R. Alan"
         <Alan.York@GodwinLewis.com>, "*dkhaycraft@liskow.com"
         <dkhaycraft@liskow.com>, "*mbrock@cov.com" <mbrock@cov.com>,
         "*MorrissC@cov.com" <MorrissC@cov.com>, "Godwin, Donald"
         <Don.Godwin@GodwinLewis.com>, "Godley, Tamerlin"
         <Tamerlin.Godley@mto.com>, "WSinclair@ago.state.al.us"
         <WSinclair@ago.state.al.us>, "*CMaze@ago.state.al.us"
         <CMaze@ago.state.al.us>, "'luther.strange@ago.state.al.us'"
         <luther.strange@ago.state.al.us>,
         "mike_o'keefe@laed.uscourts.gov"
         <mike_o'keefe@laed.uscourts.gov>
Date:   02/12/2014 11:12 AM
Subject:    RE: MDL 2179 -- State of Alabama Case


Dear Judge Shushan:

Here is an update on the Alabama test case management discussions.  The Alabama AG's office met today in Montgomery with representatives of BP, Transocean and Halliburton.   The parties discussed initial Rule 26 disclosures (with an agreed date of February 26 for initial disclosures), the claims Alabama is making in the case, the role of the various defendants in the case, legal issues, and logistics such as the applicability of existing PTOs and other procedures.   The parties are also in discussions about a a schedule for initial discovery.   We plan to meet again promptly and will report again.   In the meantime, we would be pleased to respond to inquiries from the Court.

Respectfully submitted,

Andy Langan


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP

300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

-----Original Message-----
From: Sally_Shushan@laed.uscourts.gov [
mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Monday, January 06, 2014 9:26 AM
To: *CMaze@ago.state.al.us
Cc: Miller, Kerry J.; York, R. Alan; Langan, Andrew;
*dkhaycraft@liskow.com; *mbrock@cov.com; *MorrissC@cov.com; Godwin, Donald
Subject: Re: MDL 2179 -- State of Alabama Case

Yes Corey.  Thanks,


_____
Sally Shushan
504 589 7620 work
504 881 9861 cell



From:   "Maze, Corey" <CMaze@ago.state.al.us>
To:     "Miller, Kerry J." <kmiller@frilot.com>
Cc:     "York, R. Alan" <Alan.York@GodwinLewis.com>, "Langan, Andrew"
         <alangan@kirkland.com>, Sally Shushan
         <Sally_Shushan@laed.uscourts.gov>, Don Haycraft
         <dkhaycraft@liskow.com>, "*mbrock@cov.com" <mbrock@cov.com>,
         "*MorrissC@cov.com" <MorrissC@cov.com>, "Godwin, Donald"
         <Don.Godwin@GodwinLewis.com>
Date:   01/06/2014 09:21 AM
Subject:     Re: MDL 2179 -- State of Alabama Case



Judge Shushan,

I am presently out of the office (War Eagle).

May I please have until the end of the week to discuss this internally, and
then with the parties, before I respond to Kerry's question?

Corey Maze
Special Deputy AG, State of Alabama

On Jan 6, 2014, at 7:18 AM, "Miller, Kerry J." <kmiller@frilot.com> wrote:

> Judge Shushan and Corey - In order to properly weigh in on behalf of
> Transocean to the proposed order, we have a fundamental question
> about the Alabama trial. Does Alabama seek a trial against BP only
> for its OPA economic damages and any other compensatory damages under
> maritime law? Or does Alabama seek a trial against TO (and HESI) in
> addition to BP for punitive damages? If the answer is the former, TO

would probably not have much to say about the proposed order and
related proceedings because of Judge Barbier's ruling on indemnity.
If the latter, then it's probably a different story.

Thanks,

Kerry

Sent from my BlackBerry 10 smartphone.

From: York, R. Alan
Sent: Monday, January 6, 2014 9:00 AM
To: 'Langan, Andrew'; Sally Shushan
Cc: *CMaze@ago.state.al.us; Don Haycraft; *mbrock@cov.com; *MorrissC@cov.com; Miller, Kerry J.; Godwin, Donald
Subject: RE: MDL 2179 -- State of Alabama Case


Judge Shushan:

Andy correctly states that he shared this proposed order with HESI
late last week. We are in the process of reviewing with our client,
and request the opportunity to propose any suggested revisions by the
end of this week.

Thank you.

Alan York



Alan York, Shareholder
Board Certified - Civil Appellate Law <br />
Texas Board of Legal Specialization

Godwin Lewis PC

713.595.8301
Alan.York@GodwinLewis.com

Dallas
1201 Elm Street
Suite 1700
Dallas, Texas 75270
214.939.4400

Houston
1331 Lamar
Suite 1665
Houston, Texas 77010
713.595.8300

Plano
5700 Granite Parkway
Suite 450
Plano, Texas 75024

214.939.4500

_____

[This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Lewis PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.]

-----Original Message-----
From: Langan, Andrew [mailto:alangan@kirkland.com]
Sent: Monday, January 06, 2014 8:27 AM
To: Sally_Shushan@laed.uscourts.gov
Cc: *CMaze@ago.state.al.us; *dkhaycraft@liskow.com; *mbrock@cov.com; *MorrissC@cov.com; Miller, Kerry J.; York, R. Alan; Godwin, Donald
Subject: RE: MDL 2179 -- State of Alabama Case

Dear Judge Shushan:

Further to this discussion, here is a draft of a proposed order for briefing the issue of a right to a jury trial in this case. Corey has approved this form of order and I have also shared the draft with Kerry (Transocean) and Alan (HESI), copied here along with Don Godwin.

Best

Andy


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654 Tel. +1-312-862-2064 Fax +1-312-862-2200

andrew.langan@kirkland.com


-----Original Message-----
From: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Thursday, December 19, 2013 8:43 AM
To: Langan, Andrew
Cc: *CMaze@ago.state.al.us; *dkhaycraft@liskow.com; *mbrock@cov.com;

*MorrissC@cov.com
Subject: RE: MDL 2179 -- State of Alabama Case

That looks fine Andy. Thanks,

_____

Sally Shushan
504 589 7620 work
504 881 9861 cell

From: "Langan, Andrew" <alangan@kirkland.com>
To: "Sally_Shushan@laed.uscourts.gov"
<Sally_Shushan@laed.uscourts.gov>
Cc: "*CMaze@ago.state.al.us" <CMaze@ago.state.al.us>,
"*dkhaycraft@liskow.com" <dkhaycraft@liskow.com>,
"*mbrock@cov.com" <mbrock@cov.com>, "*MorrissC@cov.com"
<MorrissC@cov.com>
Date: 12/17/2013 02:05 PM
Subject: RE: MDL 2179 -- State of Alabama Case

Dear Judge Shushan:

In our December 11 report, we explained that we were working with the State
(Corey) on a briefing schedule regarding jury trial rights for the
claims brought by Alabama and other interested parties. BP and
Alabama have now reached agreement on that schedule. BP will file a motion to strike
Alabama's request for a jury trial on February 14, 2014; Alabama and
other interested parties will file any response on March 7, and BP
will file a reply brief by March 25. In addition, the parties have
agreed that BP's initial memorandum and the response memoranda by
Alabama and other interested parties will be limited to 25 pages.
BP's reply will be limited to 10 pages if only Alabama files a
response; if additional parties file a response, then BP will have 15
pages for its reply and reserves the right to seek additional pages
depending on the number of responses and variety
of arguments. Parties with aligned interests are encouraged to coordinate
and file joint briefs.

If this is acceptable to the Court, we can prepare (with Corey) a
proposed order.

Respectfully submitted,

Andy Langan


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654 Tel. +1-312-862-2064 Fax +1-312-862-2200

andrew.langan@kirkland.com


-----Original Message-----
From: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Wednesday, December 11, 2013 1:36 PM
To: Langan, Andrew
Cc: *CMaze@ago.state.al.us; *dkhaycraft@liskow.com; *mbrock@cov.com; *MorrissC@cov.com
Subject: Re: MDL 2179 -- State of Alabama Case

Thanks All.



_____
Sally Shushan
504 589 7620 work
504 881 9861 cell



From: "Langan, Andrew" <alangan@kirkland.com>
To: "Sally_Shushan@laed.uscourts.gov" <Sally_Shushan@laed.uscourts.gov>
Cc: "*CMaze@ago.state.al.us" <CMaze@ago.state.al.us>, "*mbrock@cov.com" <mbrock@cov.com>, "*MorrissC@cov.com" <MorrissC@cov.com>, "*dkhaycraft@liskow.com" <dkhaycraft@liskow.com>
Date: 12/11/2013 09:54 AM
Subject: MDL 2179 -- State of Alabama Case


Dear Judge Shushan:

Here is a further report on the discussions between the State of Alabama and BP on the AG's case. The parties met again on December 9 in Montgomery and discussed a schedule for a Rule 26 conference and initial disclosures in January 2014. We also hope to have an agreement soon on a briefing schedule for BP and Alabama (along with other interested states) to address the issue of a right to a jury trial for the State's claims. We will report further when we have a schedule to propose.

Respectfully submitted,

Andy Langan

J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654 Tel. +1-312-862-2064 Fax +1-312-862-2200

andrew.langan@kirkland.com

From: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
Sent: Friday, November 22, 2013 8:31 AM
To: Langan, Andrew
Cc: *CMaze@ago.state.al.us; *mbrock@cov.com; *MorrissC@cov.com; *dkhaycraft@liskow.com
Subject: Re: MDL 2179 -- State of Alabama Case

Thanks Andy. Everyone have a Happy Thanksgiving,

Sally Shushan
504-589-7620 work
504-881-9861 cell

On Nov 22, 2013, at 7:59 AM, "Langan, Andrew" <alangan@kirkland.com> wrote:
Dear Judge Shushan:

On behalf of the State of Alabama and BP, we wanted to report
on case management discussions on the State's OPA and other
claims. BP and the State met on September 11 and then again on
November 20. Good progress has been made on getting
preliminary discovery started in the next few weeks and also,
we expect to propose a schedule soon for briefing the legal
issue of whether there is a right to jury trial in this case.
Another meeting is tentatively set for December 9 and we will
report the Court further at that time.

Respectfully submitted,

Andy Langan


J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064 Fax +1-312-862-2200

andrew.langan@kirkland.com


************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S.
Internal Revenue Service, we inform you that any tax advice
contained in this communication (including any attachments) was
not intended or written to be used, and cannot be used, by any

taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any

part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland &

Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************