UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010       SECTION J

This Filing Applies to:                JUDGE BARBIER

Nos. 13-706, 13-810,              MAGISTRATE JUDGE SHUSHAN
13-1143, 13-1185, 13-1222,
13-1386 and 13-2006[1]

## ORDER

**[OPA Test Cases – Conference on Thursday, November 6, 2014]**

1. **Amended Complaints**.

After the conference, the Court reviewed the record regarding motions to amend.

On October 30, 2014, plaintiffs attempted to file a motion for leave to file amended complaint for Black Elk. Rec. doc. 13570. The motion was marked deficient by the Clerk. The deficiency was not cured within seven days. The motion was terminated.

On October 30, 2014, plaintiffs attempted to file a motion for leave to file amended complaints for Black Elk, Blake International, Certified Platform, Gulf Coast Shipyard and Wadleigh. Rec. doc. 13578. The motion was marked deficient by the Clerk. The deficiency was not cured within seven days. The motion was terminated.

On October 31, 2014, plaintiffs filed a motion for leave to file an amended complaint for Bisso Marine. Rec. doc. 13582. This motion is pending.

---

[1] The OPA Causation Test Cases are:

    Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
    Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
    Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
    Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
    Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
    Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
    Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

On October 31, 2014, plaintiffs filed a motion for leave to file amended complaints for Blake International and Certified Platform. Rec. doc. 13585. This motion is pending.

On October 31, 2014, plaintiffs filed a motion for leave to file an amended complaint for Blake International. Rec. doc. 13591. This motion is pending.

On November 6, 2014, plaintiffs filed a motion for leave to file an amended complaint for Seahawk Liquidating. Rec. doc. 13628. This motion is pending.

Plaintiffs shall: (1) refile motions to amend on behalf of Black Elk, Gulf Coast Shipyard, and Wadleigh; (2) confirm that Gulf Coast Shipyard is the properly named plaintiff in lieu of Trinity in CA 13-2222; and (3) identify by reference to either Rec. doc. 13585 or Rec. doc. 13591 which Blake International amended complaint is to be filed in the record.

At the November 6 conference, BPXP reported that there were a few small things with the amended complaints and they may have been corrected. The Court urged that any small issues be cured by agreement rather than further amendments to the complaint. For example, the parties can agree that the stipulation that each party is to bear its own costs will control over a prayer for costs in the amended complaint.

**2. Production of Documents**.

Plaintiffs reported substantial progress on the production of documents for each of the plaintiffs except Blake International. Plaintiffs reported that production was complete as to Bisso Marine except for the contents of a single thumb drive that plaintiffs will process and produce.

The IT persons for the parties are in communication.

BP understood that the Bisso Marine production was nearly complete.

Certified Platform represented that its production is complete. BP has some substantive concerns regarding Certified Platform's production. For Black Elk, Blake International, Seahawk,

2

Trinity (Gulf Coast Shipyard) and Wadleigh, BP is waiting on either additional documents or confirmation that all documents were produced.

3. **Rule 30(b)(6) Topics and Witnesses**.

The parties met-and-conferred on plaintiffs' proposed 30(b)(6) topics. During the week of November 10, 2014, the parties anticipate either reaching agreement on plaintiffs' topics or raising with the Court the issues they are unable to resolve. The parties reported similar circumstances for BP's proposed 30(b)(6) topics.

4. **Deposition Scheduling**.

Bisso Marine is the plaintiff most nearly ready for depositions. Dates will be obtained for Bisso Marine witnesses and reviewed with BP to schedule them for the early December dates. As production for other plaintiffs is nearly complete, the parties shall schedule their depositions.

5. **Motions to Compel Responses to Interrogatories**.

The parties shall meet-and-confer on the final interrogatory responses. Any issues that cannot be resolved shall be presented to the Court on an expedited basis. The issues with the interrogatory responses must be resolved before depositions can proceed.

6. **Document Production by the U.S**.

BPXP received a transmittal of documents from the U.S. just prior to the conference. It forwarded them to the plaintiffs. BPXP has not received any further U.S. production. When it does, it will forward the production to plaintiffs.

7. **Next Conference**.

The next conference will be on Thursday, November 20, 2014, at 1:00 p.m. If an issue arises before then, the parties shall contact the undersigned.

The deadline for any appeal of this order is **Wednesday, November 19, 2014**.

New Orleans, Louisiana, this day of 13th day of November, 2014.

                                      _____
                                      **SALLY SHUSHAN**
                                      **United States Magistrate Judge**