UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645,<br>              13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, November 6, 2014]

1. **Alabama's Response on Document Production Issues**.

    Alabama reported that it served its notice of withdrawal of the previous production.

    During the week of November 10, 2014, it will produce a sample of its production to permit defendants to see a cross-section of documents from the new production. Defendants will be asked to review this sample of documents and raise any issues with the documents. The parties will work through these issues. After the issues with the sample are resolved, Alabama will complete its production.

    BP noted that while the procedure will address the technical formatting issues, it will not address the sufficiency issue. BP requested that the sample include some documents from the four specific categories of documents (50 documents in each category) it supplied to Alabama so BP can confirm that the types of issues it raised are being addressed. Alabama responded that it will do everything it can to include some documents from the four categories in the sample production.

    The parties will report to the Court after the procedure for the sample production is complete.

The parties may (but need not) cross-reference the bates numbers from the first production with the numbers on the second production.  Once this is done the documents from the first production shall be destroyed in accord with the notice from Alabama.

2. **Confidential Information**.

The parties reported that they continue to work on an order.  Alabama reports two issues: (1) it must be certain that once the data is released to defendants it will be stored in compliance with federal statutes; and (2) Alabama will not be required to redact information on 250,000 pages.

The parties shall continue to work on the issues.  A deadline will not be set.  If the parties reach the point where further negotiations will not be fruitful, Alabama shall submit a proposed order with a three page double-spaced memorandum.  BP shall respond with a redline of Alabama's proposed order and its own three page double-spaced memorandum.

3. **State Tax and Revenue Database**.

Alabama reported significant progress.  It expects that the parties will be able to resolve the issue.  If the undersigned's assistance is required, the parties will notify the Court.

4. **Sworn Declaration from HESI and Anadarko on 30(b)(6) Topics**.

Alabama reported that it received a proposed declaration from Anadarko.  Alabama is agreeable to similar declarations from the non-BP defendants.  There was discussion about whether a stipulation regarding a party's participation in the trial eliminates the need for a declaration.  The stipulation regarding Transocean's participation in the trial was filed on November 7, 2014 (Rec. doc. 13632).  The Court has no objection to a party completing a sworn declaration on Rule 30(b)(6) topics as well as a stipulation regarding participation.

5. **Motion of BP/Anadarko to Compel (Rec. doc. 13512).**

The reply deadline of Monday, November 10, 2014, was canceled.

Alabama will serve its supplemental responses to the interrogatories by Friday, November 14, 2014. On Wednesday, November 19, 2014, BP/Anadarko shall file an eight page memorandum that replies to Alabama's opposition (Rec. doc. 13593), argues any issues remaining with the "placeholders"{ identified in its motion to compel, and argues any issues with the November 14 supplemental responses. By Tuesday, November 25, 2014, Alabama shall file an eight page memorandum. At that time BP/Anadarko's motion to compel will be under submission.

Alabama was reminded that it has a continuing obligation to update its responses.

6. **Motion of Alabama to Compel (Rec. doc. 13511).**

The reply deadline of Monday, November 10, 2014, was canceled. On Wednesday, November 19, 2014, Alabama shall file its reply to BP's opposition (Rec. doc. 13595). Alabama's reply shall be no more than five pages. At that time Alabama's motion to compel will be under submission.

7. **Third Party Discovery**.

Defendants are seeking discovery from third parties. Alabama seeks discovery from contractors and other responders for BP. Alabama reported that it will work with BP to resolve issues concerning the confidentiality agreements between BP and its contractors. The parties are working to schedule depositions and document discovery from third parties. Document production may eliminate the need for some depositions. To the extent possible, the parties will work with the deposition dates in December for two of the third parties.

The deadline for any appeal of this order is **Wednesday, November 19, 2014**.

New Orleans, Louisiana, this day of 13th day of November, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

The deadline for any appeal of this order is **Wednesday, November 19, 2014**.

New Orleans, Louisiana, this day of 13th day of November, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**