Minute Entry
Barbier, J.
November 7, 2014
JS 10:  6hr. 4min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
    "DEEPWATER HORIZON" in the
    GULF OF MEXICO, on
    APRIL 20, 2010

:  MDL NO. 2179
:   REF: 12-970
:
:
:  SECTION: J (1)
:
:
:  JUDGE BARBIER
:  MAG. JUDGE SHUSHAN

| COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | TONI TUSA |

JUDGE CARL J. BARBIER PRESIDING
FRIDAY, NOVEMBER 7, 2014  8:00 A.M.

EVIDENTIARY HEARING
RE SHOW CAUSE ORDER [11288]

Regarding parties: Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms

Case called.
The Judge addresses the parties regarding issues to be discussed at hearing.
Special Master's Report ORDERED ADMITTED. Rec.Doc. [11287]
The Special Master offers thumb drive containing footnotes to the Special Master's Report : ORDERED ADMITTED.

Mary Olive Pierson for Christine Reitano.
Reitano Exhibits 1-11: Offered: ORDERED ADMITTED.
Affidavit of Christine Reitano, Rec. Doc. [13626],  accepted by the Court; no longer deemed deficient.

Lewis Unglesby for Jon Andry.
Witnesses:  Mark Staley, sworn and testified.
          Christopher Rinaldi, sworn and testified.
          Christina Mancuso, sworn and testified.

Oral Stipulation as to David Duvall's testimony regarding communications/dealings with Jon Andry and associated claims: ORDERED ADMITTED.

Witnesses:  Lionel Sutton, sworn and testified.
Leslie Ingram, sworn and testified.

Stephen Gele' for The Andry Law Firm.
Witness:  Gilbert (Gibby) V. Andry, IV, sworn and testified.

Special Master offers Special Master Exhibits 1, 2, 8, 10, 23: ORDERED ADMITTED.
Special Master offers Special Master Exhibit 3 - Special Master's Report and thumb drive containing footnotes to the Special Master's Report: ORDERED ADMITTED.
Glen Lerner offers Lerner Exhibits 1-3, Lerner Exhibits 5-17: ORDERED ADMITTED.
Lionel Sutton offers Sutton Exhibit 1: ORDERED ADMITTED.
Jon Andry offers Exhibits 1-2:  ORDERED ADMITTED.
The Andry Law Firm offers Exhibits 1-8: ORDERED ADMITTED.

Closing Statements by all parties.

Findings of the Court orally stated on record.

Sanctions to be imposed at a later date.

Court adjourned at 4:26 pm.

PRESENT:   Gregory Paw, Derek Hines, Brian Nichilo, Jacqueline Eastridge, for the Special Master
Lionel Sutton, for Lionel Sutton
Mary Olive Pierson, for Christine Reitano
William Taylor, Amit Mehta, Pauline Hardin, for Glen Lerner
Lewis Unglesby, for Jon Andry
Douglas Draper, for Andry Lerner LLC
Stephen M. Gele', for The Andry Law Firm
Harry Rosenberg, for Gibby Andry