IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 SECTION: J HONORABLE JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| Applies to: All Cases | | |

**NOTICE OF FILING OF AMENDED HESI PUNITIVE DAMAGES AND
ASSIGNED CLAIMS SETTLEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that Co-Liaison Counsel and the Plaintiffs' Steering Committee as appointed class counsel, on behalf of the *Deepwater Horizon* Economic and Property Damages Settlement ("DHEPDS") Class, and as proposed counsel for a new punitive damages settlement class, and Halliburton Energy Services, Inc. ("HESI") hereby file into the record the Amended HESI Punitive Damages and Assigned Claims Settlement Agreement, attached hereto.

This 13th day of November, 2014.


Respectfully Submitted,


/s/ Stephen J. Herman                                         /s/ James Parkerson Roy
Stephen J. Herman                                              James Parkerson Roy
La. Bar No. 23129                                              La. Bar No. 11511
HERMAN HERMAN & KATZ LLC                                       DOMENGEAUX WRIGHT ROY & EDWARDS LLC
820 O'Keffe Avenue                                             556 Jefferson Street, Suite 500
New Orleans, LA  70113                                         Lafayette, Louisiana 70501
Telephone:  (504) 581-4892                                     Telephone:  (337) 233-3033
Facsimile:  (504) 569-6024                                     Facsimile:  (337) 233-2796

Plaintiffs Liaison Counsel and                                 Plaintiffs Liaison Counsel and
Co-Lead Class Counsel for DHEPDS Class                         Co-Lead Class Counsel for DHEPDS Class

## PLAINTIFFS' STEERING COMMITTEE, DHEPDS CLASS COUNSEL
## AND PROPOSED NEW HESI CLASS COUNSEL

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone: (843) 216-9159
Facsimile: (843) 216-9290

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7045
Facsimile: (850) 436-6187

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Telephone:  (757) 670-3888
Facsimile:  (757) 670-3895

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTAIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (416) 956-1000
Facsimile:  (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Telephone:  (504) 394-9000
Facsimile:  (504) 394-9110

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA  70360
Telephone:  (985) 876-7595
Facsimile:  (985) 876-7594

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone:  (212) 558-5802
Facsimile: (212) 344-5461

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS
& MILES, P.C.
218 Commerce St., P.O. Box 4160
Montgomery, AL  36101
Telephone:  (334) 269-2343
Facsimile:  (343) 954-7555

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH LLP
501 Broad Street
Lake Charles, LA  70601
Telephone:  (337) 439-0707
Facsimile:  (337) 439-1029

Michael C. Palmintier
PALMINTIER, HOLTHAUS & FRUGE
618 Main Street
Baton Rouge, LA  70801-1910
Telephone:  (225) 344-3735
Facsimile:  (225) 344-0522

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P.O. Box 66705
Mobile, AL 36660
Telephone: (251) 471-6191
Facsimile: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Telephone: (601) 949-3388
Facsimile: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925.

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 599-1172

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

**GODWIN LEWIS PC**

**By**: _/s/ Donald E. Godwin_
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: (713) 595-8300
Facsimile: (713) 425-7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

We hereby certify that the above and foregoing Notice, together with the Amended HESI Punitive Damages and Assigned Claims Settlement Agreement, will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will also be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 13th day of November, 2014.

*/s/ Stephen J. Herman and James Parkerson Roy*
Stephen J. Herman and James Parkerson Roy