**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010,** | § | **MDL No. 2179** |
| | § | **SECTION: J** |
| **Applies to: All Cases.** | § | **JUDGE BARBIER** |
| | § | **MAG. JUDGE SHUSHAN** |

**JOINT MOTION FOR (1) ESTABLISHMENT OF SETTLEMENT FUND PURSUANT TO HESI PUNITIVE DAMAGES AND ASSIGNED CLAIMS SETTLEMENT AGREEMENT (AS AMENDED ON NOVEMBER 13, 2014), AND (2) APPOINTMENT OF ESCROW AGENT FOR SETTLEMENT FUND**

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) (the "Amended SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the Amended SA, and Halliburton Energy Services, Inc. ("HESI") (collectively, the "Parties") respectfully request that the Court grant this joint motion for (1) establishment of Settlement Fund ("Settlement Fund") pursuant to the Amended SA, and (2) appointment of UBS AG as Escrow Agent for the Settlement Fund.

For the reasons stated in the accompanying memorandum, the Parties therefore respectfully request that the Court:

(1) order that the Settlement Fund be established pursuant to the terms of the Amended SA and the Escrow Agreement attached as Exhibit 1 to the Memorandum in Support of Joint Motion for (1) Establishment of Settlement Fund Pursuant to HESI Punitive Damages

and Assigned Claims Settlement Agreement (as amended on November 13, 2014), and (2) Appointment of Escrow Agent for Settlement Fund;

(2) find and hold that the Settlement Fund is a qualified settlement fund under Section 468B(d)(2) of the Internal Revenue Code and Treasury Regulation Section 1.468B-1;

(3) retain continuing jurisdiction over the Settlement Fund and its Escrow Agent;

(4) order that the Settlement Fund be operated under the supervision and control of the Court and in accordance with the Amended SA, the Escrow Agreement, Section 468B of the Internal Revenue Code and Treasury Regulation Sections 1.468B-1 to 1.468B-5;

(5) establish an Attorneys' Fee Account for Common Benefit Fee and Costs Award payments within the Settlement Fund ("Attorneys' Fee Account");

(6) find and hold that HESI will be discharged from liability regarding payment of attorneys' fees and costs by paying into the Settlement Fund funds to be allocated to the Attorneys' Fee Account as required pursuant to Section 23(d) of the Amended SA;

(7) find and hold that HESI shall have no responsibility, obligation or liability of any kind whatsoever with respect to the establishment or operation of the Settlement Fund; and

(8) appoint UBS AG as Escrow Agent for the Settlement Fund.

November 14, 2014

Respectfully Submitted,

*/s/ Stephen J. Herman*
Stephen J. Herman
La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 569-6024

Plaintiffs Co-Liaison Counsel, MDL 2179
and Co-Lead Class Counsel for DHEPDS Class

*/s/ James Parkerson Roy*
James Parkerson Roy
La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

Plaintiffs Co-Liaison Counsel, MDL 2179
and Co-Lead Class Counsel for DHEPDS Class

Respectfully Submitted,

Godwin Lewis PC

By: /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion for (1) Establishment of Settlement Fund Pursuant to HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014); and (2) Appointment of Escrow Agent for Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 14th day of November 2014.

*/s/ Donald E. Godwin*