UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010,<br><br>Applies to: All Cases | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR (1) ESTABLISHMENT OF SETTLEMENT FUND PURSUANT TO HESI PUNITIVE DAMAGES AND ASSIGNED CLAIMS SETTLEMENT AGREEMENT (AS AMENDED ON NOVEMBER 13, 2014), AND (2) APPOINTMENT OF ESCROW AGENT FOR SETTLEMENT FUND**

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) (the "Amended SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the Amended SA, and Halliburton Energy Services, Inc. ("HESI") (collectively, the "Parties") respectfully request that the Court grant their joint motion for (1) establishment of Settlement Fund pursuant to the Amended SA, and (2) appointment of UBS AG as Escrow Agent for the Settlement Fund.

As explained herein, the establishment of the Settlement Fund is necessary to implement the Amended SA.

**I.   Establishment of Settlement Fund**

Section 9 of the Amended SA requires the establishment of a Settlement Fund to hold the Aggregate Payment made by HESI under the Amended SA:

1

> The Aggregate Payment shall be placed in an escrow account governed by a Court approved Escrow Agreement (the "Settlement Fund"). The Settlement Fund, including all accounts and subaccounts thereof, shall be treated as (i) a "qualified settlement fund" within the meaning of Treas. Reg. § 1.468B-1, *et seq.*, and (ii) a qualified settlement fund or other analogous fund described in any other applicable local, state, or foreign law (as described in (i) or (ii), a "QSF"). The escrow agent of the Settlement Fund shall be the administrator of the QSF pursuant to Treas. Reg. § 1.468B-2(k)(3) and any other applicable law. The Parties shall cooperate and take all steps necessary for establishing and treating the Settlement Fund as a QSF and, to the fullest extent permitted by applicable law, shall not take a position (nor permit an agent to take a position) in any filing or before any tax authority inconsistent with such treatment. The Parties agree to treat the Settlement Fund as a QSF from the earliest possible date, including through the making of a "relation back" election as described in Treas. Reg. § 1.468B-1(j)(2) with respect to the Settlement Fund and any analogous election under other applicable law.

(Ex. 1A, ¶ 9(a)(i)).

Within the Settlement Fund, an Attorneys' Fee Account must be established to receive all payments of attorneys' fees and costs. "The Parties shall establish with Court approval a sub-fund within the Settlement Fund to receive all payments of attorneys' fees and costs ('Attorneys' Fee Account')." (Ex. 1A, ¶ 23(c)).

If approved by the Court, the Settlement Fund will satisfy the legal requirements for a qualified settlement fund:

(1)     The Parties propose that the Settlement Fund and the related Escrow Agreement attached as Exhibit 1 would be approved by this Court and made subject to its continuing jurisdiction.  *See* 26 C.F.R. § 1.468B-1(a) & (c)(1).

(2)     In addition, the Settlement Fund would be established as part of the resolution of tort, contract, or violation of law claims (contested or uncontested) arising out of the *Deepwater Horizon* Incident (and which has given rise to numerous such claims asserting liability) and settled pursuant to the Amended SA.  *See id.* at § 1.468B-1(a) & (c)(2)(ii).

2

>
> (3) The assets to be deposited in the Settlement Fund will be segregated from the general assets of HESI. *See id.* at § 1.486B-1(a) & (c)(3).

The Settlement Fund will have two elements: (1) the Aggregate Payment portion will be attributable to the claimants under the Amended SA; and (2) the Attorneys' Fee Account. The Aggregate Payment portion of the Settlement Fund is directly addressed in Treasury Regulation Section 1.468B-1, and clearly satisfies the requirements of a qualified settlement fund. 26 C.F.R. § 1.468B-1(c)(2). The Attorneys' Fee Account is also recognized as a necessary component of a defendant's payments to resolve the underlying tort claims of the class, and it is appropriate for treatment as a qualified settlement fund. *See*, *e.g.*, *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478 (1980) ("[T]his Court has recognized consistently that a litigant or a lawyer who recovers a common fund for the benefit of persons other than himself or his client is entitled to a reasonable attorney's fee from the fund as a whole."). This Court approved a similar request related to the Economic and Property Damages Settlement Agreement and the Medical Benefits Settlement Agreement between BP and those respective classes. (Doc. No. 6532).

Therefore, pursuant to the terms of the Amended SA and the Escrow Agreement, the Parties request that the Court order that a Settlement Fund be established. The Parties further request that the Court find and hold that the Settlement Fund, including the Attorneys' Fee Account, is a qualified settlement fund under section 468B(d)(2) of the Internal Revenue Code and Treasury Regulation Section 1.468B-1, that the Court retain continuing jurisdiction over the fund, and that the fund be operated under the supervision and control of the Court and in accordance with the Amended SA, the Escrow Agreement, Section 468B of the Internal Revenue Code, and Treasury Regulation Sections 1.468B-1 to 1.468B-5. Furthermore, the Parties request that the Court find and hold that HESI will be discharged from liability regarding payment of

3

attorneys' fees and costs by paying into the Attorneys' Fee Account as required under Section 23 of the Amended SA.  Finally, the Parties request that the Court find and hold that HESI shall have no responsibility, obligation, or liability of any kind whatsoever with respect to how the Settlement Fund is operated or allocated.

## II.     Appointment of Escrow Agent

To establish the Settlement Fund, including the Attorneys' Fee Account, the Parties request that the Court appoint UBS AG as Escrow Agent for the Settlement Fund under the terms and conditions set out in the proposed Escrow Agreement attached as Exhibit 1.  The establishment of an escrow account with UBS AG as Escrow Agent will protect the assets of the Settlement Fund and ensure that distributions from such fund are made only upon an order of the Court.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an order granting the relief requested.

November 14, 2014

Respectfully submitted,

| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
|---|---|
| Stephen J. Herman | James Parkerson Roy |
| La. Bar No. 23129 | La. Bar No.  11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA  70113 | Lafayette, Louisiana 7050 I |
| Telephone:  (504) 581-4892 | Telephone:  (337) 233-3033 |
| Facsimile:  (504) 569-6024 | Facsimile:  (337) 233-2796 |
| Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class | Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class |

Respectfully Submitted,

Godwin Lewis PC

By: /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Joint Motion for (1) Establishment of Settlement Fund Pursuant to HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014); and (2) Appointment of Escrow Agent for Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 14th day of November 2014.

                                        */s/ Donald E. Godwin*