# EXHIBIT 1-B

**[TO BE FINALIZED PRIOR TO EXECUTION OF ESCROW AGREEMENT]**

EXHIBIT B-1

HESI certifies that the names, titles, telephone numbers, e-mail addresses and specimen signatures set forth in Parts I and II of this Exhibit B-1 identify the persons authorized to provide direction and initiate or confirm transactions, including funds transfer instructions, on behalf of HESI, and that the option checked in Part III of this Exhibit B-1 is the security procedure selected by HESI for use in verifying that a funds transfer instruction received by the Escrow Agent is that of HESI.

HESI has reviewed each of the security procedures and has determined that the option checked in Part III of this Exhibit B-1 best meets its requirements; given the size, type and frequency of the instructions it will issue to the Escrow Agent. By selecting the security procedure specified in Part III of this Exhibit B-1, HESI acknowledges that it has elected to not use the other security procedures described and agrees to be bound by any funds transfer instruction, whether or not authorized, issued in its name and accepted by the Escrow Agent in compliance with the particular security procedure chosen by HESI.

NOTICE:  The security procedure selected by HESI will not be used to detect errors in the funds transfer instructions given by HESI. If a funds transfer instruction describes the beneficiary of the payment inconsistently by name and account number, payment may be made on the basis of the account number even if it identifies a person different from the named beneficiary. If a funds transfer instruction describes a participating financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution. Therefore, it is important that HESI take such steps as it deems prudent to ensure that there are no such inconsistencies in the funds transfer instructions it sends to the Escrow Agent.

**Part I**

**Name, Title, Telephone Number, Electronic Mail ("e-mail") Address and Specimen Signature for person(s) designated to provide direction, including but not limited to funds transfer instructions, and to otherwise act on behalf of HESI**

| Name | Title | Telephone Number | E-mail Address | Specimen Signature |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**[TO BE FINALIZED PRIOR TO EXECUTION OF ESCROW AGREEMENT]**

Part II

**Name, Title, Telephone Number and E-mail Address for
person(s) designated to confirm funds transfer instructions**

| Name | Title | Telephone Number | E-mail Address |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**[TO BE FINALIZED PRIOR TO EXECUTION OF ESCROW AGREEMENT]**

Part III

**Means for delivery of instructions and/or confirmations**

The security procedure to be used with respect to funds transfer instructions is checked below:

☐ *Option 1.  Confirmation by telephone call-back*.  The Escrow Agent shall confirm funds transfer instructions by telephone call-back to a person at the telephone number designated on Part II above.  The person confirming the funds transfer instruction shall be a person other than the person from whom the funds transfer instruction was received, unless only one person is designated in both Parts I and II of this Exhibit B-1.
☐ CHECK box, if applicable:
If the Escrow Agent is unable to obtain confirmation by telephone call-back, the Escrow Agent may, at its discretion, confirm by e-mail, as described in Option 2.

☐ *Option 2.  Confirmation by e-mail*.  The Escrow Agent shall confirm funds transfer instructions by e-mail to a person at the e-mail address specified for such person in Part II of this Exhibit B-1.  The person confirming the funds transfer instruction shall be a person other than the person from whom the funds transfer instruction was received, unless only one person is designated in both Parts I and II of this Exhibit B-1.  HESI understands the risks associated with communicating sensitive matters, including time sensitive matters, by e-mail.  HESI further acknowledges that instructions and data sent by e-mail may be less confidential or secure than instructions or data transmitted by other methods. The Escrow Agent shall not be liable for any loss of the confidentiality of instructions and data prior to receipt by the Escrow Agent.
☐ CHECK box, if applicable:
If the Escrow Agent is unable to obtain confirmation by e-mail, the Escrow Agent may, at its discretion, confirm by telephone call-back, as described in Option 1.

☐ *Option 3.  Delivery of funds transfer instructions by password protected file transfer system only - no confirmation*.  The Escrow Agent offers the option to deliver funds transfer instructions through a password protected file transfer system. If HESI wishes to use the password protected file transfer system, further instructions will be provided by the Escrow Agent.  If HESI chooses this Option 3, it agrees that no further confirmation of funds transfer instructions will be performed by the Escrow Agent.

☐ *Option 4.  Delivery of funds transfer instructions by password protected file transfer system with confirmation*.  Same as Option 3 above, but the Escrow Agent shall confirm funds transfer instructions by ☐ telephone call-back or ☐ e-mail (must check at least one, may check both) to a person at the telephone number or e-mail address designated on Part II above.  By checking a box in the prior sentence, the party shall be deemed to have agreed to the terms of such confirmation option as more fully described in Option 1 and Option 2 above.

**[TO BE FINALIZED PRIOR TO EXECUTION OF ESCROW AGREEMENT]**

EXHIBIT B-2

Halliburton Energy Services, Inc., a Delaware corporation ("HESI"), the Plaintiffs Steering Committee in MDL 2179 on behalf of the members of a putative New Class (as defined in the Settlement Agreement referenced herein), and DHEPDS Class Counsel, on behalf of the DHEPDS Class (as defined in the Settlement Agreement referenced herein) (collectively, the "Settling Parties"), certify that the names, titles, telephone numbers, e-mail addresses and specimen signatures set forth in Parts I and II of this Exhibit B-2 identify the persons authorized to provide direction and initiate or confirm transactions, including funds transfer instructions, on behalf of the Settling Parties, and that the option checked in Part III of this Exhibit B-2 is the security procedure selected by the Settling Parties for use in verifying that a funds transfer instruction received by the Escrow Agent is that of the Settling Parties.

The Settling Parties have reviewed each of the security procedures and have determined that the option checked in Part III of this Exhibit B-2 best meets their requirements; given the size, type and frequency of the instructions they will issue to the Escrow Agent. By selecting the security procedure specified in Part III of this Exhibit B-2, the Settling Parties acknowledge that they have elected to not use the other security procedures described and agree to be bound by any funds transfer instruction, whether or not authorized, issued in their names and accepted by the Escrow Agent in compliance with the particular security procedure chosen by the Settling Parties.

NOTICE: The security procedure selected by the Settling Parties will not be used to detect errors in the funds transfer instructions given by the Settling Parties. If a funds transfer instruction describes the beneficiary of the payment inconsistently by name and account number, payment may be made on the basis of the account number even if it identifies a person different from the named beneficiary. If a funds transfer instruction describes a participating financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution. Therefore, it is important that the Settling Parties take such steps as they deem prudent to ensure that there are no such inconsistencies in the funds transfer instructions they send to the Escrow Agent.

**Part I**

**Name, Title, Telephone Number, Electronic Mail ("e-mail") Address and Specimen Signature for person(s) designated to provide direction, including but not limited to funds transfer instructions, and to otherwise act on behalf of the Settling Parties**

| Name | Title | Telephone Number | E-mail Address | Specimen Signature |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

## Part II

### Name, Title, Telephone Number and E-mail Address for person(s) designated to confirm funds transfer instructions

| Name | Title | Telephone Number | E-mail Address |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

## Part III

### Means for delivery of instructions and/or confirmations

The security procedure to be used with respect to funds transfer instructions is checked below:

☐ *Option 1. Confirmation by telephone call-back*. The Escrow Agent shall confirm funds transfer instructions by telephone call-back to a person at the telephone number designated on Part II above. The person confirming the funds transfer instruction shall be a person other than the person from whom the funds transfer instruction was received, unless only one person is designated in both Parts I and II of this Exhibit B-2.
  ☐ CHECK box, if applicable:
  If the Escrow Agent is unable to obtain confirmation by telephone call-back, the Escrow Agent may, at its discretion, confirm by e-mail, as described in Option 2.

☐ *Option 2. Confirmation by e-mail*. The Escrow Agent shall confirm funds transfer instructions by e-mail to a person at the e-mail address specified for such person in Part II of this Exhibit B-2. The person confirming the funds transfer instruction shall be a person other than the person from whom the funds transfer instruction was received, unless only one person is designated in both Parts I and II of this Exhibit B-2. The Settling Parties understand the risks associated with communicating sensitive matters, including time sensitive matters, by e-mail. The Settling Parties further acknowledge that instructions and data sent by e-mail may be less confidential or secure than instructions or data transmitted by other methods. The Escrow Agent shall not be liable for any loss of the confidentiality of instructions and data prior to receipt by the Escrow Agent.
  ☐ CHECK box, if applicable:
  If the Escrow Agent is unable to obtain confirmation by e-mail, the Escrow Agent may, at its discretion, confirm by telephone call-back, as described in Option 1.

☐ *Option 3. Delivery of funds transfer instructions by password protected file transfer system only - no confirmation*. The Escrow Agent offers the option to deliver funds transfer instructions through a password protected file transfer system. If the Settling Parties wish to use the password protected file transfer system, further instructions will be provided by the Escrow Agent. If the Settling Parties choose this Option 3, they agree that no further confirmation of funds transfer instructions will be performed by the Escrow Agent.

☐ *Option 4. Delivery of funds transfer instructions by password protected file transfer system with confirmation*. Same as Option 3 above, but the Escrow Agent shall confirm funds transfer instructions by ☐ telephone call-back or ☐ e-mail (must check at least one, may check both) to

a person at the telephone number or e-mail address designated on Part II above.  By checking a box in the prior sentence, the party shall be deemed to have agreed to the terms of such confirmation option as more fully described in Option 1 and Option 2 above.

**Dated this \_\_\_\_ day of _____, 20\_\_.**

**By**_____

**Name:**_____

**Title:**_____