# EXHIBIT 1-C

EXHIBIT C

**FEES OF ESCROW AGENT**

Escrow Agent shall for its services hereunder be paid a fee of U.S. ▮ upon execution of this agreement and an annual fee of ▮ payable on each anniversary of the execution date of this agreement. Escrow Agent will be reimbursed ▮ for each wire transfer made from the Escrow Account and will be reimbursed for all reasonable expenses, disbursements, and advances incurred or made by Escrow Agent in performance of its duties pursuant to this Agreement (including reasonable fees, expenses, and disbursements of its counsel).