DANA H. FOX PRO-SE )
PLAINTIFF )
v. ) CASE: #2:10-MD-02179-CJB-SS
BRITISH PETROLEUM ) MULTI LITIGATION 2179
AND GULF CLAIMS ) GULF CLAIM #325424428
DEFENDANTS ) CLAIMANT # 10134603

NOV 13 2014
WP

MOTION FOR LETTER(S)
TO GO TO JUDGE BARBIER

ATTACHED PLEASE FIND LETTERS SENT TO JUDGE BARBIER AND THE HAIG, RETURNED [INCORRECTLY] BY THE CLERKS OFFICE (ALSO NOTE NO ENCLOSED SAMPLE WAS SENT — §DERELICTION OF DUTY — AND §OBSTRUCTION OF JUSTICE): MR. FOX PRO-SE WAS INSTRUCTED YEARS AGO TO ALWAYS SEND A LETTER TO THE JUDGE.

SUBMITTED,
DANA H. FOX PRO-SE

TENDERED FOR FILING

NOV 13 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

WILLIAM W. BLEVINS
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

October 28, 2014

Dana H. Fox
955 Mass Ave., #155
Cambridge, MA 01239

**SUBJECT:**   **Your Recent Letter, 10-md-2179, J (1)**

Dear Ms. Fox:

We are returning your Letter to Judge Barbier. This office is unable to act on the subject matter of your document except in the context of a **properly titled Pleading, see enclosed Sample.**

You should refrain from corresponding directly with the Magistrate Judge or District Judge unless you have received authority to do so. **All documents submitted for filing should be addressed to the Clerk of Court.**

With kind regards, I am

Sincerely,

Pro Se Unit
Enclosure

TENDERED FOR FILING

OCT 27 2014

U.S. DISTRICT COURT
Eastern District of Louisiana

Dana H. Fox, Pro-Se
955 Mass. Ave.
#155
Cambridge, Mass.
02139

Judge Carl Barbier
U.S. District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA. 70130

RE: Case # 2:10-md-02179-CJB-SS
Multi Litigation 2179

Gulf Claim # 325424428
Claimant # 10134603

Dear Judge Barbier:

Your Honor, as of last correspondence to the court of 5/21/13, I have received no indication from the court that the pro-se pleading and claim in accepted by this court.

I hear Tony Hayward is in Somalia looking for oil; did the court have a chance to question him in regards to my involvement with BP and being out-voted about drilling in the Gulf? How about the other people listed? Engineers from B.P. assured me they could solve any problems at that depth; (this is the 60's & 70's). How come it took so long? [Unprepared].

Can you understand why I didn't want to have anything to do with the deep water drilling. Will the court please give some indication as to the intentions of compensatory damages to Mr. Fox as I do not fit the requirements (profile) of the claims process administered by Mr. Juneau. [Motioned for here-in].

I will not be denied.

Respectfully Submitted
Dana H. Fox, Pro-Se

cc: Patrick Juneau
Claims

TENDERED FOR FILING

NOV 13 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

10/21/14

DANA H. FOX, PRO-SE
955 MASS. AVE.
#155
CAMBRIDGE, MASS.
02139

INTERNATIONAL COURT OF JUSTICE
PEACE PALACE
CARNEGIEPLEIN 2
2517 KJ THE HAGUE
THE NETHERLANDS

RE: GULF CLAIM
OIL SPILL
BRITISH PETROLEUM
CLAIM IN U.S. FEDERAL COURT
LOUISIANA
JUDGE CARL BARBIER

DEAR HAGUE,

HERE'S ANOTHER CLAIM TO ADD TO THE LIST ALREADY ON FILE. [MORE TO COME].

AGAIN, SEE IF INTERNATIONAL COOPERATION EXISTS AND ASK FOR MY CASE FILE #2:10-MD-02179-CJB-SS.

GULF CLAIM #325424428 / CLAIMANT #10134603

THERE IS NO RESPONSE FROM THE COURT TO DATE (OR THE HAGUE).

I CERTIFY A TRUE COPY IS SENT BY U.S. MAIL TO JUDGE CARL BARBIER IN LOUISIANA ON THIS DATE.

RESPECTFULLY SUBMITTED,
Dana H. Fox, PRO-SE
DANA H. FOX

FOR
POSTMASTER, AUG.
RE:
CAMBRIDGE BASE, MASS,
02139

CENTRAL
MA 015
04 NOV '14
PM 3 L

U.S. POSTAGE PAID
LEOMINSTER, MA 01453
NOV 04 14
AMOUNT $0.49
0002781513

70130
1000
UNITED STATES POSTAL SERVICE

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130

7013082305

ATT: CLERKS OFFICE