UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Black Elk Energy v. BP Exploration & Production, et al.<br>No. 2:13-cv-02006 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## PROPOSED ORDER

CONSIDERING the foregoing Ex Parte Consent Motion for Leave to File its Second Amended Complaint,

IT IS ORDERED that Plaintiff's Motion be and hereby is GRANTED this _____ day of _____, 2014, in New Orleans, Louisiana.

_____
MAGISTRATE JUDGE SHUSHAN