**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CLEAN WATER ACT – PENALTY PHASE**

**MOTION BY THE UNITED STATES
SEEKING A LEGAL RULING REGARDING THE APPLICABLE STATUTORY
MAXIMUM REGULATION ($4,300 PER BARREL)**

In the Phase One "Findings of Fact and Conclusions of Law," (Rec. Doc. 13381-1), the Court stated:

> The statutory maximum in the case of gross negligence or willful misconduct is $3,000. 33 U.S.C. § 1321(b)(7)(D). One federal regulation increased this amount to $4,000. A different regulation increased it to $4,300. 40 C.F.R. § 19.4; 33 C.F.R. § 27.3. The Court does not decide at this time which regulation applies.

*Id.* at 114, n. 164. By this motion, the United States asks the Court to decide that the $4,300 per barrel regulation applies. 40 C.F.R. § 19.4. A memorandum in support, with exhibits, is attached.

Respectfully submitted,

| | |
|---|---|
| Deputy Assistant Attorney General | SAM HIRSCH |
| Civil Division | Acting Assistant Attorney General |
| PETER FROST | Environment & Natural Resources Division |
| Director, Torts Branch, Civil Division | SARAH HIMMELHOCH |
| Admiralty and Aviation | Senior Litigation Counsel |
| STEPHEN G. FLYNN | NANCY FLICKINGER |
| Assistant Director | Senior Attorney |
| SHARON SHUTLER | RICHARD GLADSTEIN |
| MALINDA LAWRENCE | PATRICK CASEY |
| LAURA MAYBERRY | Senior Counsel |
| Trial Attorneys | A. NATHANIEL CHAKERES |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| R. MICHAEL UNDERHILL, T.A. | ABIGAIL ANDRE |
| Attorney in Charge, West Coast Office | RACHEL HANKEY |
| Torts Branch, Civil Division | BRANDON ROBERS |
| U.S. Department of Justice | Trial Attorneys |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov


KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  November 15, 2014.              /s/  Steven O'Rourke

                                                    U.S. Department of Justice