**EXHIBIT ONE:**

**Four-Step Method of Calculation**

**And**

**History of EPA & USCG Calculations.**

*How to Calculate the Inflation*

Step 1: Determine the cost of living adjustment ("COLA").

    A:    Find the CPI for the month of June preceding the date of the on-going calculation/rulemaking.

    B:    Find the CPI for the month of June in the year preceding the "Year of Last Adjustment" (YOLA), or the year when the penalty was originally set by Congress.

    C:    Calculate the COLA in percentage.

([CPI in year preceding adjustment] – [CPI in YOLA]) ÷ [CPI in YOLA] = COLA in decimal form.

    Or, the same equation as a percentage:

(([CPI in year preceding adjustment] – [CPI in YOLA]) ÷ [CPI in YOLA]) x 100 = COLA in percentage form.[1]

Step 2: Find the "raw" inflation amount.

    COLA (from Step 1) x existing penalty = "raw" amount.

Step 3: Apply "rounding rule" to the raw inflation amount.

To adjust for inflation, Section 5(a)(3) states that any increase shall be rounded to the nearest "multiple of $1,000 in the case of penalties greater than $1,000 but less than or equal to $10,000." Thus, in this case we either round down to zero, or up to $1,000.

Step 4: The rounded inflation amount, if any, is added to the current penalty amount.

---

[1] Or, another way to do the same math, [CPI in year preceding adjustment] ÷ [CPI in YOLA] = 1.XXX. Then remove the 1, and add a decimal 2 spaces to the right. This shortcut is equivalent arithmetically.

### History of the Second and Third Round of Adjustments for Section 311(b)

| Year | Agency | Step 1: Determine COLA | | | Step 2: Determine Raw increase | Step 3: Round Raw Increase | Step 4: Add Rounded Increase | Adjusted Penalty |
|---|---|---|---|---|---|---|---|---|
| | | *CPI-U for June of the Year Preceding Rule* | *CPI-U for June of "Year of Last Adjustment" (YOLA)* | *Cost of Living Adjustment (COLA) = [CPI-U for Year Preceding the Inflation Rule] Minus [YOLA] divided by [YOLA]* <br><br> *(Or, as a percentage, multiply by 100)* | *Raw Increase = COLA x Pre-existing Penalty Amount* | *Round Raw Increase up or down (to nearest $1000)?* | *Inflation Adjustment Amount to Add (if any)* | |
| 2003 Rule 68 Fed. Reg. 74,189 | USCG | 179.9 June 2002 | 160.3 June 1997 | (179.9-160.3)/160.3 = .1223 <br><br> (COLA as percentage= 12.23%) | $3,300 X .1223 = $403.59 raw increase | Down to $0 | $0 | $3,300 *(effective 1/22/04)* |
| 2004 Rule 69 Fed. Reg. 7,121 | EPA | 183.7 June 2003 | 156.7 June 1996 | (183.7 – 156.7) /156.7 = .1723 <br><br> (COLA as percentage= 17.23%) | $3,300 X 0.1723 = $568.59 raw increase | Up to $1,000 | $1,000 | $4,300 *(effective 3/15/04)* |
| 2008 Rule 73 Fed. Reg. 75,340 & 74 Fed. Reg. 626 | EPA | 208.352 June 2007 | 189.7 June 2004 | (208.352 – 189.7)/189.7 = .09832 <br><br> (COLA as percentage= 9.83%)) | $4,300 X 0.0983 = $422.69 raw increase | Down to $0 | 0 | $4,300 *(effective 1/12/09)* |
| 2009 Rule As it Should have Been | USCG | 218.815 June 2008 | 160.3 June 1997 | (218.815-160.3)/160.3 = .3650 <br><br> (COLA as percentage= 36.50%) | $3,300 X 0.3650 = $1,204.50 raw increase | Down to $1,000 | $1,000 | $4,300 *(not effective)* |

| *Year* | *Agency* | *Step 1: Determine COLA* | | | *Step 2: Determine Penalty Amount After Inflation* | *Step 3: Round After-Inflation Amount* | *Adjusted Penalty* |
|---|---|---|---|---|---|---|---|
| | | *CPI-U for June of the Year Preceding Rule* | *CPI-U for June of "Year Last Considered for Adjustment" (YLCFA)* | *Cost of Living Adjustment (COLA) = ([CPI-U for Year Preceding the Inflation Rule] Minus [YLCFA]) divided by [YLCFA]*  *(Or, as a percentage, multiply by 100)*  *(Or, as a shortcut, [CPI-U for Year Preceding the Inflation Rule] divided by [YLCFA])* | *After-Inflation Amount = COLA x Pre-existing Penalty Amount* | *Round After-Inflation Amount up or down (to nearest $1000)?* | |
| 2009 Rule 74 Fed. Reg. 68,150 | USCG | 218.815 June 2008 | 183.70 June 2003 | (218.815-183.70)/183.70 = .1912  (COLA as percentage= 19.12%)  (As a shortcut, 218.815/183.70 = 1.1912) | $3,300 X 1.1912 = $3,930.96 after-inflation amount | Up to $4,000 | $4,000 (effective 1/22/10) |