**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig** **"DEEPWATER HORIZON" in the Gulf** **of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| **Certified Platform Services, LLC v. BP** **Exploration & Production, Inc.** **No. 2:13-cv-01143** | **MAGISTRATE SHUSHAN** |

<u>**ORDER**</u>

CONSIDERING the foregoing Ex Parte Consent Motion for Leave to File its Second Amended Complaint,

IT IS ORDERED that Plaintiff's Motion be and hereby is GRANTED this _____ day of _____, 2014, in New Orleans, Louisiana.

_____
MAGISTRATE JUDGE SHUSHAN