UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This Document Relates to:<br><br>No. 10-4536 | *<br>*<br>*<br>*<br>* | <br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR ORDER CLARIFYING THE SCOPE OF EVIDENCE TO BE ALLOWED BY THE COURT DURING THE PENALTY PHASE OR, IN THE ALTERNATIVE, FOR ORDER PROVIDING THAT ANY SUCH EVIDENCE WILL NOT HAVE A PRECLUSIVE EFFECT ON THE <u>OPA/NRDA CLAIMS OF THE STATE OF MISSISSIPPI</u>**

The State of Mississippi (hereinafter referred to as "Mississippi" or as the "State"), respectfully submits this Motion as an interested party.

The Court clearly indicated at the March 21, 2014 hearing that it does not intend for the Clean Water Act ("CWA") Penalty Phase under 33 U.S.C. § 1321(b)(8) ("Penalty Phase") to include a Natural Resource Damage Assessment ("NRDA") trial.  However, based on the expert reports exchanged in the Penalty Phase, Mississippi believes the parties, particularly BP Exploration & Production, Inc. ("BP"), intend to offer testimony and evidence during the Penalty Phase that crosses the "no NRDA" line established by the Court.

More specifically, certain expert reports exchanged in the Penalty Phase indicate that the parties intend to introduce expert opinions and testimony on the natural resource injuries of the Spill – *matters that clearly touch upon and fall within the scope of the ongoing NRDA*. Additionally, another expert designated by BP intends to provide testimony and opinions about the economic impact on the States of the Spill and BP's recovery efforts.  This testimony clearly

*proposes to address Mississippi's economic damage claims under OPA* – which are not part of the Penalty Phase and have not been scheduled for trial.

The potential for prejudice to Mississippi is real, especially since the NRDA is ongoing and incomplete, a trial for the NRDA Phase has not been set, the economic damage claims of the State have not been set for trial, Mississippi is not a party in the Penalty Phase, and the States have not been allowed to participate in the discovery for the Penalty Phase.

As a result, Mississippi seeks clarification of the Court's determinations made at the March 21, 2014 Status Conference and Motion Hearing and resulting Minute Entry (Doc. 12592) regarding the scope of testimony and evidence that will be allowed during the Penalty Phase. Specifically, Mississippi respectfully requests that the Court enter an order clarifying and finding that the parties in the Penalty Phase will not be allowed to present evidence attempting to quantify the scope of Mississippi's natural resource injuries. Mississippi also seeks an order finding that the parties in the Penalty Phase will not be allowed to present evidence attempting to quantify the scope of Mississippi's economic damages resulting from the Spill.

Alternatively, Mississippi respectfully requests that the Court enter an order clarifying and finding that: (i) any evidence allowed during the Penalty Phase, and any rulings thereon, regarding the nature and extent of the natural resource injuries or economic damages caused by the Spill will not have a preclusive effect upon Mississippi's right to present its NRDA and economic damage claims; (ii) Mississippi will be entitled to present new, additional and different evidence regarding the scope of its natural resource injuries caused by the Spill in any subsequent NRDA Phase; and (iii) Mississippi will be entitled to present new, additional and different evidence regarding the scope of its economic damage claims caused by the Spill in any subsequent Economic Damage Phase.

A Memorandum in Support of this Motion is being filed simultaneously.

RESPECTFULLY SUBMITTED this Fourteenth day of November, 2014.

/s/**James M. Hood, III**
James M. Hood, III (MS Bar No. 8637)
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201
Telephone:   (601) 359-3680
Facsimile:   (601) 359-4231

*Attorney General of the State of Mississippi, for and on behalf of the State of Mississippi*

**OF COUNSEL:**

| | |
|---|---|
| Michael C. Moore (MS Bar No. 3452) | William M. Quin II (MS Bar No. 10834) |
| **MIKE MOORE LAW FIRM, LLC** | **MCCRANEY MONTAGNET QUIN & NOBLE, PLLC** |
| P.O. Box 321048 | 602 Steed Road, Suite 200 |
| Flowood, MS 39232-1048 | Ridgeland, MS 39157 |
| Telephone:   (601) 933-0070 | Telephone:   (601) 707-5725 |
| Facsimile:   (601) 933-0071 | Facsimile:   (601) 510-2939 |

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

RESPECTFULLY SUBMITTED this Fourteenth day of November, 2014.

*/s/**James M. Hood, III***
James M. Hood, III