UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION J <br> * |
| This Document Relates to: | * <br> *  HONORABLE CARL J. BARBIER |
| No. 10-4536 | * <br> *  MAGISTRATE JUDGE SHUSHAN |

# EXHIBIT "C"

# <u>FILED UNDER SEAL</u>

Excerpts from Expert Reports of Dr. Damian Shea