**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *   MDL NO. 2179 <br> * <br> *   SECTION J <br> * |
| This Document Relates to: | * <br> *   HONORABLE CARL J. BARBIER |
| No. 10-4536 | * <br> *   MAGISTRATE JUDGE SHUSHAN |

# EXHIBIT "D"

# <u>FILED UNDER SEAL</u>

Excerpts from Expert Reports of Frank M. Paskewich Captain,
United States Coast Guard (Ret.)