UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION J<br>* |
| This Document Relates to:<br><br>No. 10-4536 | *<br>*  HONORABLE CARL J. BARBIER<br>*<br>*  MAGISTRATE JUDGE SHUSHAN |

# EXHIBIT "E"

# FILED UNDER SEAL

Excerpts from Expert Report of Robert Cox, M.D., Ph.D.