**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | *   **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE** | * |
| **GULF OF MEXICO, ON APRIL 20, 2010** | *   **SECTION J** |
| | * |
| **This Document Relates to:** | * |
| | *   **HONORABLE CARL J. BARBIER** |
| No. 10-4536 | * |
| | *   **MAGISTRATE JUDGE SHUSHAN** |

# EXHIBIT "F"

# <u>FILED UNDER SEAL</u>

Excerpts from Expert Report of Elliot Taylor, Ph.D.