UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>* |
| This Document Relates to:<br><br>     No. 10-4536 | *<br>*   HONORABLE CARL J. BARBIER<br>*<br>*   MAGISTRATE JUDGE SHUSHAN |

# EXHIBIT "G"

# <u>FILED UNDER SEAL</u>

Excerpts from Expert Reports of Dr. John W. Tunnell, Jr.