**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG   "DEEPWATER HORIZON" IN THE   GULF OF MEXICO, ON APRIL 20, 2010 | *   MDL NO. 2179   *   *   SECTION J   * |
| This Document Relates to: | * |
| No. 10-4536 | *   HONORABLE CARL J. BARBIER   *   *   MAGISTRATE JUDGE SHUSHAN |

# EXHIBIT "H"

# <u>FILED UNDER SEAL</u>

Expert Reports of Lauren C. Scott