UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates to: | * | |
| No. 10-4536 | * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

This matter comes before the Court on the Motion of the State of Mississippi (hereinafter "Mississippi"), requesting an order clarifying the scope of evidence to be allowed by the Court during the Penalty Phase and, alternatively, for an order providing that any such evidence will not have a preclusive effect on the OPA/NRDA claims of Mississippi. Based on the pleadings, the briefs of the parties, the applicable law and the record, the Court finds that the Motion filed by the Mississippi is well taken and should, therefore, be GRANTED.

The Court hereby ORDERS that:

(i) The scope of evidence allowed during the Penalty Phase trial will be limited to prohibit any evidence that attempts to quantify the scope of Mississippi's natural resource injuries and economic damages arising out of, or affected by the response to, the Spill;

(ii) Any evidence allowed during the Penalty Phase regarding the nature and extent of the natural resource injuries or economic damages caused by the Spill, and any recovery therefrom, will not have a preclusive effect upon Mississippi's right to present its NRDA and economic damage claims; and

2

(iii)    Mississippi will be entitled to present new, additional or different evidence regarding the scope of its natural resource injuries and economic damages caused by the Spill, or affected by any recovery therefrom, in any subsequent NRDA or Economic Damage Phase.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**The Honorable Carl J. Barbier**
**United States District Court Judge**