UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| **Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., BP America Production, Inc., and BP p.l.c. No. 2:13-cv-01185** | **MAGISTRATE SHUSHAN** |
| **and** | |
| **Certified Platform Services, LLC v. BP Exploration & Production Company Civil Action No. 2:13-cv-01143** | |

**ORDER**

CONSIDERING the foregoing Motion to Withdraw and Incorporated Memorandum,

IT IS ORDERED that Plaintiff's Motion be and is hereby GRANTED this _____ day of _____, 2014.

_____
MAGISTRATE JUDGE SHUSHAN