UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION J <br> * |
| This Document Relates to: <br><br> No. 10-4536 | * <br> *  HONORABLE CARL J. BARBIER <br> * <br> *  MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the Ex Parte Motion by the State of Mississippi for Leave to File Exhibits "B-H" Under Seal:

IT IS HEREBY ORDERED, that the State of Mississippi's Motion is **GRANTED**: and it is further ORDERED that Exhibits "B-H" to the State of Mississippi's Motion for an Order Clarifying the Scope of Evidence to Be Allowed by the Court During the Penalty Phase or, in the Alternative, for an Order Providing that Any Such Evidence Will Not Have a Preclusive Effect on the OPA/NRDA Claims of the State of Mississippi are filed under seal pending further order of the Court.

New Orleans, Louisiana, this ___ day of November, 2014

_____
UNITED STATES DISTRICT JUDGE