UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates to: | * * | |
| No. 10-4536 | * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**STATE OF MISSISSIPPI'S MOTION TO STRIKE EXPERT REPORTS AND TESTIMONY OF DR. ROBERT COX DUE TO CONFLICT OF INTEREST AND VIOLATION OF MISSISSIPPI ETHICS LAWS**

Dr. Robert Cox, the Director of the Mississippi Regional Poison Control Center ("Poison Control Center"), works with the Mississippi State Department of Health ("MDOH") on issues relating to the protection of Mississippi residents from potential exposures to contaminants released as a result of the *Deepwater Horizon* Oil Spill and related response actions (the "Spill"). Contrary to Mississippi's ethics laws, Dr. Cox has used his position with the State and knowledge gained from that position to provide expert opinions for BP Exploration & Production, Inc. ("BP") despite the fact that BP is adverse to the State's interest.

The State of Mississippi files this Motion to Disqualify Dr. Robert Cox as an Expert and to Strike his Expert Declarations of August 12, 2012 and October 22, 2012 submitted in the Medical Benefits Class Act Settlement; Reports of August 15, 2014, September 12, 2014 and September 26, 2014; and testimony of October 14, 2014, due to the conflict of interest between his position as the Managing and Medical Director of the Poison Control Center and his

concurrent, adverse expert declarations, reports and testimony on behalf of BP in violation of established law.

A Memorandum in Support of this Motion is being filed simultaneously herewith.

RESPECTFULLY SUBMITTED this Fourteenth day of November, 2014.

/s/*James M. Hood, III*
James M. Hood, III (MS Bar No. 8637)
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201
Telephone: (601) 359-3680
Facsimile: (601) 359-4231

*Attorney General of the State of Mississippi, for and on behalf of the State of Mississippi*

**OF COUNSEL:**

Michael C. Moore (MS Bar No. 3452)
**MIKE MOORE LAW FIRM, LLC**
P.O. Box 321048
Flowood, MS 39232-1048
Telephone: (601) 933-0070
Facsimile: (601) 933-0071

William M. Quin II (MS Bar No. 10834)
**MCCRANEY MONTAGNET QUIN & NOBLE, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

RESPECTFULLY SUBMITTED this Fourteenth day of November, 2014.

/s/*James M. Hood, III*
James M. Hood, III