**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>* |
| This Document Relates to: | * |
| No. 10-4536 | *   HONORABLE CARL J. BARBIER<br>*<br>*   MAGISTRATE JUDGE SHUSHAN |

# EXHIBIT "A"

# FILED UNDER SEAL

Deposition Excerpts of Robert Cox, M.D., Ph.D.