UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>* |
| This Document Relates to:<br><br>    No. 10-4536 | *<br>*   HONORABLE CARL J. BARBIER<br>*<br>*   MAGISTRATE JUDGE SHUSHAN |

# EXHIBIT "D"

Mississippi Poison Control Center Website Home Page

Mississippi Poison Control Center Home - University of Mississippi Medical Center

CONTENT A-Z | DIRECTORY | E-MAIL LOGIN | MAPS | MY UMMC

UMMC Home | About UMMC | Education | Health Care | Research | Administration | Library | Calendar

UMMC Home > Administration > Outreach Services > Mississippi Poison Control Center



**OUTREACH SERVICES**

- Outreach Services Home

**Departments**

- Mississippi Cancer Registry
- Mississippi Poison Control Center
- Office of Physician Relationships
- Office of Population Health

**Divisions**

- Clinical Laboratory Services
- Infection Prevention
- Mississippi Center for Emergency Services
- Mississippi Rural Physicians Scholarship Program
- Pastoral Services
- Volunteer Services

## Mississippi Poison Control Center

The Mississippi Poison Control Center is available 24 hours per day, each day of the year, to assist callers from the general public and/or the healthcare community in the assessment and management of poisoning cases with the intention of reducing the morbidity, mortality and cost of care in the state of Mississippi.

Information on potential poison exposures is available free of charge to the citizens of Mississippi. The center is staffed by specially trained nurses who are specialists in poison information care. They are assisted by trained poison information providers.

The Mississippi Poison Control Center maintains a database of information regarding the nature, causes, management and outcomes of all poisonings reported to the center. This information is used to identify trends and improve both poison prevention and the medical management of poisonings. This information is uploaded daily to a national database used for toxicosurveillance for the United States.



The center provides on-going efforts to better educate and inform the general public regarding poison prevention and general poison safety as well as to provide resources for continuing educational opportunities for allied health personnel at all levels. It also works with other local, state and federal agencies to provide around-the-clock information and assistance to the public and health care providers in the event of a chemical or biological weapons-of-mass-destruction incident.

The annual budget of the Mississippi Poison Control Center is approximately $1.2 million dollars. Approximately 50% of this comes from the University of Mississippi Medical Center and 50% comes from the Mississippi Department of Health.

**MISSISSIPPI POISON CONTROL CENTER**

Click the links below to find more information:

- Mississippi Poison Control Center Home
- About Us
- Contact Us
- Educational Information
- Emergency Information
- Medical Toxicology
- Poisons and Safety







**Connect with UMMC**
RSS Feeds

**UMMC Resources**
Campus News

**UMMC Groups**
Connecting with Alumni

**University of Mississippi Medical Center**

Exhibit "D"

http://www.umc.edu/poisoncontrol/[11/14/2014 9:52:29 AM]

Mississippi Poison Control Center Home - University of Mississippi Medical Center

| | | | |
|---|---|---|---|
| Facebook | Emergency | Making a Gift | 2500 North State Street |
| Twitter | Business Services | Referring a Patient | Jackson, MS 39216 |
| YouTube | Support Children's Hospital | Current Students | www.umc.edu |
| | UMMC Jobs | | General Information: 601-984-1000 |
| | | | Patient Appointments: 888-815-2005 |

TJC ACCREDITATION | COMPLIANCE HOTLINE | ETHICS LINE | LEGAL INFORMATION | PRIVACY POLICY | OLE MISS | UMMCHEALTH.COM | WEB SUPPORT

**Exhibit "D"**

http://www.umc.edu/poisoncontrol/[11/14/2014 9:52:29 AM]