**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | * | **MDL NO. 2179** |
| | * | **SECTION J** |
| **This Document Relates to:** | * | |
| | * | **HONORABLE CARL J. BARBIER** |
| **No. 10-4536** | * | **MAGISTRATE JUDGE SHUSHAN** |

# EXHIBIT "E"

# FILED UNDER SEAL

Expert Reports of Robert Cox, M.D., Ph.D.