UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION J<br>* |
| This Document Relates to:<br><br>   No. 10-4536 | *<br>*  HONORABLE CARL J. BARBIER<br>*<br>*  MAGISTRATE JUDGE SHUSHAN |

### ORDER

This matter comes before the Court on the Motion of the State of Mississippi (hereinafter "Mississippi") to Strike Expert Reports and Testimony of Dr. Robert Cox Due to Conflict of Interest and Violation of Mississippi Ethics Laws.  Based on the pleadings, the briefs of the parties, the applicable law and the record, the Court finds that the Motion filed by Mississippi is well taken and should, therefore, be GRANTED.

The Court hereby ORDERS that:

(i) Dr. Robert Cox is hereby excluded from any further involvement in this case; and

(ii) Dr. Robert Cox's expert declarations of August 12, 2012 and October 22, 2012 submitted in the Medical Benefits Class Act Settlement; Reports of August 15, 2014, September 12, 2014 and September 26, 2014; and testimony of October 14, 2014, is excluded from the evidence at the Penalty Phase trial due to his conflict of interest.

2

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**The Honorable Carl J. Barbier**
**United States District Court Judge**