**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This Document Relates to: | * * | |
| No. 10-4536 | * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION BY STATE OF MISSISSIPPI FOR LEAVE
TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF MISSISSIPPI'S
MOTION TO STRIKE THE EXPERT REPORTS AND TESTIMONY OF
DR. ROBERT COX DUE TO A CONFLICT OF INTEREST AND
VIOLATION OF MISSISSIPPI ETHICS LAWS**

PLEASE TAKE NOTICE that the State of Mississippi respectfully requests leave to file under seal Exhibits "A" and "E" referenced in its Motion to Strike the Expert Reports and Testimony of Dr. Robert Cox Due to Conflict of Interest and Violation of the Mississippi Ethics Laws (the "Motion to Strike"), which is being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential commercial information.  Pursuant to Pre-Trial Order No. 13, the expert testimony and reports comprising the exhibits remain under a "confidential" designation by the United States and/or B.P. Exploration and Production, Inc.

WHEREFORE, the State of Mississippi respectfully requests the Court for an Order allowing Exhibits "A" and "E" attached to the Motion to Strike to be filed under seal.

2

RESPECTFULLY SUBMITTED this Fourteenth day of November, 2014.

/s/*James M. Hood, III*
James M. Hood, III (MS Bar No. 8637)
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201
Telephone: (601) 359-3680
Facsimile: (601) 359-4231

*Attorney General of the State of Mississippi, for and on behalf of the State of Mississippi*

**OF COUNSEL:**

Michael C. Moore (MS Bar No. 3452)
**MIKE MOORE LAW FIRM, LLC**
P.O. Box 321048
Flowood, MS 39232-1048
Telephone: (601) 933-0070
Facsimile: (601) 933-0071

William M. Quin II (MS Bar No. 10834)
**MCCRANEY MONTAGNET QUIN & NOBLE, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

RESPECTFULLY SUBMITTED this Fourteenth day of November, 2014.

*/s/James M. Hood, III*
James M. Hood, III