IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE RIG ) | | |
| "DEEPWATER HORIZON" IN ) | | |
| THE GULF OF MEXICO, ON ) | | |
| APRIL 20, 2010 ) | MDL 2179 | |
| ) | | |
| ) | Section J | |
| This Document Applies to: ) | | |
| ) | Judge Barbier | |
| No. 12-970, Bon Secour Fisheries, Inc, et ) | | |
| al.v. BP Exploration & Production Inc, al. ) | Mag. Judge Shushan | |

## MOTION TO ENROLL AS COUNSELS OF RECORD

NOW INTO COURT come **Martin E. Regan, Jr.**, Attorney with the law firm of **Regan & Sandhu, P.L.C.**, and **Michael A. Wing**, Attorney with the law firm of **Michael A. Wing, L.L.C.**, who inform this Honorable Court that they have been retained by **Jason Zirlott** and **Capt Jay, L.L.C.**, Claimants herein, to represent them in the above entitled and numbered cause.

Movers respectfully request that their names be entered on the record of these proceedings as counsels of record, for said claimants.

Respectfully submitted:                                   Respectfully submitted:

MICHAEL A. WING, L.L.C.                          REGAN & SANDHU, P.L.C.


/s/ Michael A. Wing                                          /s/ Martin E. Regan, Jr.
MICHAEL A. WING (ASB-W81M-7151)      MARTIN E. REGAN, JR. (11153)
Attorney for Claimants                                   Attorney for Claimants
401 Church Street, Suite B                              2125 St. Charles Avenue
Mobile, Alabama 36602                                  New Orleans, Louisiana 70130
(251) 433-7468                                                 (504) 522-7260
E-mail: graywing@michaelwing.com          E-mail: mregan@reganlaw.net

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing *Motion to Enroll as Counsel of Record* hs been served on All counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this  14th  day of   November  , 2014.

/s/ Martin E. Regan, Jr.
MARTIN E. REGAN, JR.

/s/ Michael A. Wing
MICHAEL A. WING