IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN  DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | MDL 2179 |
| | ) | |
| | ) | Section J |
| This Document Applies to: | ) | |
| | ) | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc, et | ) | |
| al.v. BP Exploration & Production Inc, al. | ) | Mag. Judge Shushan |

## **ORDER**

Considering the above and foregoing;

IT IS ORDERED that the names of **Martin E. Regan, Jr.**, Attorney with the law firm of

**Regan & Sandhu, P.L.C.**, and **Michael A. Wing**, Attorney with the law firm of **Michael A.**

**Wing, L.L.C.**, be entered on the record of these proceedings as counsels of record, for the

Claimants, **Jason Zirlott** and **Capt Jay, L.L.C.**

New Orleans, Louisiana, this _____ day of _____, 2014.


_____
UNITED STATES DISTRICT JUDGE