# IN RE: OIL SPILL by "Deepwater Horizon"

**MDL 2179**      **SECTION: J**      **JUDGE CARL BARBIER**

## MDL 2179 Counsel Contact Information Form
Please print or type below.

### ATTORNEY INFORMATION

Check One: [ ] Plaintiff Counsel [x] Defense Counsel [ ] Third Party Defense Counsel

| Field | Value |
|---|---|
| Last Name | REGAN |
| First Name | MARTIN |
| Middle Name/Maiden | |
| Suffix | |
| Bar Number | 11153 |
| E-mail Address | mregan@reganlaw.net |
| Party Representing | Jason Zirlott and Capt Jay, LLC |
| Direct Dial No. | 504-522-7260 |
| Cell Phone | |
| Pager | |
| Secretary Name | JOAN BLESSING |
| Paralegal Name | SHANNON PURSELL |

### LAW FIRM INFORMATION

| Field | Value |
|---|---|
| Firm Name | REGAN & SANDHU, PLC |
| Address | 2125 SAINT CHARLES AVENUE |
| City | NEW ORLEANS |
| State | LA |
| Zip | 70130 |
| Phone | 504-522-7260 |
| Fax | 504-522-7507 |

Other members of firm involved in this litigation:

NISHA SANDHU

Signed: [signature]     Date: November 14, 2014