# IN RE: OIL SPILL by "Deepwater Horizon"

**MDL 2179**  **SECTION: J**  **JUDGE CARL BARBIER**

## MDL 2179 Counsel Contact Information Form
Please print or type below.

### ATTORNEY INFORMATION

| Check One | ☐ Plaintiff Counsel | ☒ Defense Counsel | ☐ Third Party Defense Counsel | |
|---|---|---|---|---|
| Last Name | First Name | | Middle Name/Maiden | Suffix |
| WING | MICHAEL | | | |
| Bar Number | | E-mail Address | | |
| W81M-7151 | | Graywing@michaelwing.com | | |
| Party Representing | | | | |
| Jason Zirlott and Capt Jay, LLC | | | | |
| Direct Dial No. | Cell Phone | | Pager | |
| 251-433-7468 | 251-591-3316 | | | |
| Secretary Name | | Paralegal Name | | |

### LAW FIRM INFORMATION

| Firm Name |  |  |
|---|---|---|
| MICHAEL WING | | |
| Address | | |
| 401 CHURCH STREET, SUITE B | | |
| City | State | Zip |
| MOBILE | ALABAMA | 36602 |
| Phone | Fax | |
| 251-433-7468 | | |
| Other members of firm involved in this litigation: | | |

Signed: [signature]   Date: 11-14-14