UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CAMERON INTERNATIONAL CORPORATION'S MOTION FOR ATTORNEYS' FEES AND TO CLARIFY JUDGMENT

Plaintiff Cameron International Corporation ("Cameron") moves for an award of its attorneys' fees pursuant to Federal Rules of Civil Procedure 54(d)(2) and 59(e) and Texas Civil Practice and Remedies Code section 38.001(8). Cameron further moves for clarification that the prejudgment interest rate to be applied pursuant to the Judgment in this action is 5 percent per annum calculated from the date this suit was filed.

WHEREFORE, for the reasons set forth in the accompanying Memorandum in Support, Cameron respectfully requests that the Court award Cameron attorneys' fees in the amount of $3,389,445.96 pursuant to the Texas Civil Practice and Remedies Code section 38.001(8).

Dated:    November 14, 2014         Respectfully submitted,

     /s/ Carmelite M. Bertaut
Phillip A. Wittmann, 13625
   pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
   cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Attorneys' Fees and to Clarify Judgment has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of November, 2014.

     /s/ Carmelite M. Bertaut

1174216v1