# EXHIBIT 3

# DECLARATION

# OF

# DANE S. CIOLINO

# AND

# ATTACHMENTS THERETO

# SUBMITTED UNDER SEAL