UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF CAMERON'S *EX PARTE* MOTION FOR LEAVE TO FILE MEMORANDUM AND EXHIBITS UNDER SEAL

Plaintiff Cameron International Corporation ("Cameron") respectfully submits this memorandum of law in support of its motion for leave to file unredacted versions of its Memorandum in Support of Motion to Amend Judgment and for Attorney's Fees (the "Memorandum") and Exhibits 1, 2 and 3 thereto (the "Exhibits") under seal.  The Exhibits contain information that has been designated as Highly Confidential Information by the parties, and the Memorandum quotes from, cites to, and discusses that Highly Confidential Information.  Cameron is required under the Pretrial Order No. 13, entered by this Court on November 2, 2010, and agreed to by the parties, to file any such designated Confidential Information under seal (Rec. Doc. No. 641, at p. 5).

A.  A Non-Confidential Description Of What Is To Be Sealed.

Cameron seeks to file the following unredacted documents under seal:

1. Memorandum in Support of Cameron International Corporation's Motion for Attorneys' Fees and to Clarify Judgment;

2. Exhibit 1 – Declaration of Mitchell Auslander and exhibits thereto;

3. Exhibit 2 – Declaration of Carmelite M. Bertaut and exhibits thereto;

4

    4.    Exhibit 3 – Declaration of Dane S. Ciolino and exhibits thereto.

B.    <u>Sealing Is Necessary.</u>

The Exhibits contain information that has been designated as Highly Confidential by Cameron. The Memorandum quotes from, cites to, and discusses that Highly Confidential Information. Pursuant to Pretrial Order No. 13 (the "Protective Order") (R. Doc. 641), confidential documents must be filed under seal. Accordingly, Cameron is redacting from the public version of its pleading any arguably confidential information and documents.

C.    <u>Governing Case Law Authorizes The Court To Enter The Documents Under Seal Pursuant To A Protective Order.</u>

While courts will use the power to seal court records sparingly in light of the public's right to access, courts also recognize that the "common law right to access judicial records and proceedings [']is not absolute'." *Reichert v. Starring*, No. 11-2171, 2011 U.S. Dist. LEXIS 107051, at *3 (E.D. La. Oct. 26, 2011), *quoting Bahwell v. Stanley-Bostitch, Inc.*, 351 F. Supp. 2d 514, 516 (E.D. La. 2005). Where, as here, the court has entered a protective order, the court will enter confidential information under seal pursuant to that protective order. *Reichert*, U.S. Dist. LEXIS 107051, at *3-5. Indeed, the Protective Order *requires* that Cameron file documents containing alleged confidential information under seal (R. Doc. 641 at ¶¶ 4, 8).

D.    <u>The Period Of Time Cameron Seeks To Have These Exhibits Under Seal And The Manner Of So Doing.</u>

In view of the confidential information contained in the Memorandum and Exhibits, the Court should grant Cameron's motion and enter these documents under seal as set forth in the Protective Order until the termination of this MDL proceeding. These documents may be maintained by the Court by storage in a folder.

1174078v1

**CONCLUSION**

For the reasons discussed above, the Court should grant Cameron's motion and admit the above referenced Memorandum and Exhibits under seal.

Dated:    November 14, 2014

Respectfully submitted,

 /s/ Carmelite M. Bertaut
Phillip A. Wittmann, 13625
　　pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
　　cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Cameron's *Ex Parte* Motion for Leave to File Memorandum and Exhibits Under Seal has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of November, 2014.

*/s/ Carmelite M. Bertaut*

1174078v1