UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Ex Parte Motion For Leave To File Memorandum and Exhibits Under Seal;

IT IS ORDERED that Cameron International Corporation be and is hereby granted leave to file unredacted versions of its Memorandum in Support of Motion to for Attorneys' Fees and to Clarify Judgment and Exhibits 1, 2 and 3 thereto under seal.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014.

_____
JUDGE

8

1174078v1