# EXHIBIT 2

## THE 20 FEDERAL AGENCIES GRANTED POWERS BY CWA SECTION 1321 AND EXECUTIVE ORDER 12,777

**(1)**  the President, *see, e.g.,* Section 1321(c);

**(2)**  the Department of Justice (through the Attorney General), *see, e.g., id.* § 1321(e)(1)(A);

**(3)**  the Coast Guard, *see, e.g., id.* § 1321(j);

**(4)**  the EPA, *see, e.g., id.* § 1321(b)(6)(A);

**(5)**  the Department of Homeland Security (because that is where the Coast Guard presently resides), *see, e.g., id.*;

**(6)**  the Department of Transportation, *see, e.g., id.*;

**(7)**  the Department of Treasury, *see, e.g., id.* § 1321(b)(12);

**(8)**  the United States Fish and Wildlife Service (part of the Department of Interior), *see, e.g., id.* § 1321(d)(2)(M);

**(9)**  the National Oceanic and Atmospheric Administration (part of the Department of Commerce), *see, e.g., id.*;

**(10)**  the Department of Commerce, *see, e.g., id.* § 1321(f)(2)(D);

**(11)**  the Small Business Administration, *see, e.g., id.*;

**(12)**  Department of State, *see* Executive Order 12,777, 56 Fed. Reg. 54,757, 54,757 (Oct. 22, 1991) (delegation pursuant to the President's National Contingency Plan authority in Section 1321(d)), *amended in irrelevant respect by* Executive Order 13,638, 78 Fed. Reg. 17,589 (Mar. 21, 2013);

**(13)**  Department of Defense, *see id.*;

**(14)**  Department of Interior, *see id.*;

**(15)**  Department of Agriculture, *see id.*;

**(16)**  Department of Labor, *see id.*;

**(17)**  Department of Health and Human Services, *see id.*;

**(18)**  Department of Energy, *see id.*;

**(19)**  Federal Emergency Management Agency, *see id.*; and

**(20)**  Nuclear Regulatory Commission, *see id.*