# EXHIBIT 3

### HISTORY OF CWA SECTION 1321(b)(7)(D) PENALTY INFLATION

| Effective Dates | Per EPA's Regulations (in barrels) | Per Coast Guard's Regulations (in barrels) |
|---|---|---|
| August 1990 (when amendments to CWA Section 1321 were first enacted pursuant to OPA) | $3,000 | $3,000 |
| January 31, 1997* | $3,300 | |
| May 7, 1997 | | |
| March 15, 2004 | | $3,300 |
| January 22, 2010 **(including April 20-22, 2010 — the *Deepwater Horizon* Incident)** | **$4,300** | **$4,000** |
| December 7, 2013 | $5,300 | |

**SOURCES:**

*EPA*

61 Fed. Reg. 69,360 (Dec. 31, 1996) (effective date January 30, 1997) (invoking APA good-cause exception) (increasing applicable penalty to $3,300 per barrel).

67 Fed. Reg. 41,343 (June 18, 2002) (effective date Aug. 19, 2002) (direct final rule) (attempting to increase applicable penalty to $3,700 per barrel), *withdrawn by* 67 Fed. Reg. 53,743 (Aug. 19, 2002).

68 Fed. Reg. 39,886 (July 3, 2003) (proposing that applicable penalty remain at $3,300 per barrel after receiving GAO letter informing EPA that it was misapplying the rounding rules in the FCPIAA/DCIA).

69 Fed. Reg. 7,122 (Feb. 13, 2004) (effective date March 15, 2004) (failing to adopt the 68 Fed. Reg. 39,886 proposal to leave the applicable per barrel penalty at $3,300 and instead increasing it based on the APA good-cause exception to $4,300 based on intervening inflation).

78 Fed. Reg. 66,643 (Nov. 6, 2013) (effective Dec. 6, 2013) (invoking APA good-cause exception) (increasing applicable penalty to $5,300 per barrel).

*Coast Guard*

62 Fed. Reg. 16,695 (Apr. 8, 1997) (effective May 7, 1997) (invoking APA good-cause exception) (increasing applicable penalty to $3,300 per barrel).

74 Fed. Reg. 68,150 (Dec. 23, 2009) (effective 30 days after December 23, 2009) (invoking APA-good cause exception), *technically corrected* 75 Fed. Reg. 1,704 (Jan. 13, 2010) (changing 74 Fed. Reg. 68,150 amendment to inflation regulations to effective date of January 22, 2010) (together increasing applicable penalty to $4,000 per barrel).

**NOTE:**

\*  The intervening event between OPA's amendments to CWA Section 1321 and the first agency regulations by EPA attempting to inflate the CWA Section 1321(b)(7)(D) civil penalties was the passage of the DCIA in 1996, which is the first statute that delegated to agency heads with jurisdiction the power to act by regulation to inflate such penalties.