# EXHIBIT 2

**All Questionnaires Received by the PSC and Defense Liaison Counsel**

1. Agee, Shaconda
2. Allen, Keenan
3. Antone, Jakobie
4. Banks, Charles and Diana
5. Barlow, Torrey
6. Battley, Murphy
7. Bemis, Roger
8. Binder, Sammie
9. Blanchard, Quentin
10. Bonner, Michael
11. Bourque, George
12. Brazzle, Velma
13. Brister, Courtney
14. Brown, Joseph
15. Brown, Leslie
16. Bruton, Joseph
17. Burrage, Scea
18. Caronia, Anthony
19. Carr, Patricia
20. Causey, Roy
21. Clausell, Calvin
22. Corriveau, Steve
23. Crumedy, Joe
24. Danos, Jorey
25. Dardar, Lanny
26. Davis, Mario
27. DeBose, Chrishawn
28. DeBose, Christopher
29. DeBose, Jimmy
30. DeBose, Karen
31. Dockery, Bonita
32. Dore, Christopher
33. Dukes, Aneesah
34. Dunlap, David
35. Edvenson, Debra
36. Farley, Phillip
37. Felarise, Penny
38. Fitzgerald, Nathan
39. Goins, Artis
40. Gonzalez, Hector
41. Gonzalez, Keoka
42. Gray, Nathan
43. Handy, LaTonya
44. Hebert, Carl

45. Hill, Dorris
46. Hines, Thomas
47. Horn, Mildred
48. Houston, Valisa
49. Howell, Frank
50. Hughey, Drameko
51. Irwin, David
52. Jackson, Marcus
53. Jones, Ronda
54. Kaiser, Lani
55. Landry, James
56. Langley, Lauren
57. Lee, Henry
58. Lincoln, Kerry
59. Lindley, Katherine
60. Link, Paul
61. Lischke, Matthew
62. Long, Steven
63. Love, Chris
64. Maas, Robbie
65. Martin, Belinda
66. Martin, Eugene
67. Martinez, Nelson
68. Maurras, Doug
69. McCall, Hermina
70. McCrea, Michelle
71. McNeal, Alfred
72. Melerine, Craig
73. Miller, Tabitha
74. Mobley, Stephen
75. Morgan, Alijah
76. Nguyen, Khanh
77. Nguyen, Muoi
78. Nolan, James
79. Peters, Henry
80. Prest, Kirk
81. Reed, Al
82. Ross, Frederick
83. Sanders, Patricia
84. Saunders, Ralph
85. Sigler, Elizabeth
86. Simmons, Melissa
87. Simpson, James
88. Smith, Deon
89. Smith, Temeka
90. Snow, Dwight

91. Stelly, Gary
92. Stokes, Shamerial
93. Tinsley, Jacqueline
94. Tran, Can
95. Tran, Ngoc
96. Walker, Ashley
97. Weston, Charles
98. Wiley, Joan
99. Wiley, Traxavius
100. Wiley, William
101. Wilkins, Elmer
102. Wunstell, John

## A. Questionnaires Served Past the Deadline

1. Dardar, Lanny
2. Gonzalez, Hector
3. Gonzalez, Keoka
4. McNeal, Alfred
5. Ross, Frederick

## B. Questionnaires Submitted by Clean-Up Workers Who Did Not Opt Out

1. Allen, Keenan
2. Antone, Jakobie
3. Battley, Murphy
4. Blanchard, Quentin
5. Bonner, Michael
6. Bourque, George
7. Clausell, Calvin
8. Corriveau, Steve
9. Crumedy, Joe
10. Davis, Mario
11. Dore, Christopher
12. Dukes, Aneesah
13. Edvenson, Debra
14. Goins, Artis
15. Gray, Nathan
16. Handy, LaTonya
17. Hebert, Carl Emanuel
18. Houston, Valisa
19. Hughey, Drameko
20. Irwin, David
21. Lischke, Matthew
22. Long, Steven
23. Martin, Eugene
24. Melerine, Craig
25. Miller, Tabitha
26. Mobley, Stephen
27. Nguyen, Muoi
28. Peters, Henry
29. Reed, Al Brisco
30. Simmons, Melissa
31. Smith, Deon
32. Stelly, Gary
33. Stokes, Shamerial
34. Tinsley, Jacqueline
35. Tran, Can
36. Walker, Ashley
37. Weston, Charles
38. Wilkins, Elmer

## C. Blank Questionnaires

1. Brazzle, Velma
2. Brown, Leslie
3. Dardar, Lanny
4. Dunlap, David
5. Felarise, Penny
6. Jones, Ronda
7. Love, Chris
8. Maas, Robbie
9. Martinez, Nelson
10. Nolan, James
11. Saunders, Ralph
12. Snow, Dwight
13. Tran, Ngoc
14. *Wiley, Joan*
15. *Wiley, Traxavius*
16. *Wiley, William*

## D. Incomplete Questionnaires

1. Agee, Shaconda
2. Banks, Charles and Diana
3. Bemis, Roger
4. Binder, Sammie
5. Brister, Courtney
6. Bruton, Joseph
7. Caronia, Anthony
8. Carr, Patricia
9. DeBose, Chrishawn
10. DeBose, Christopher
11. DeBose, Jimmy
12. DeBose, Karen
13. Dockery, Bonita
14. Farley, Philip
15. Gonzalez, Hector
16. Hill, Doris
17. Horn, Mildred
18. Jackson, Marcus
19. Kaiser, Lani
20. Landry, James Dean
21. Langley, Lauren
22. Lee, Henry
23. Lincoln, Kerry
24. Lindley, Katherine
25. Link, Paul
26. Martin, Belinda
27. McCall, Hermina
28. McCrea, Michelle
29. McNeal, Alfred
30. Morgan, Alijah
31. Nguyen, Khanh
32. Ross, Frederick
33. Sanders, Patricia
34. *Sigler, Elizabeth*
35. Simpson, James
36. Smith, Temeka

## E. Questionnaires Submitted With Written Responses to the Questions Posed in the Protocol

1. Barlow, Torrey
2. Brown, Joseph
3. Burrage, Scea
4. Causey, Roy
5. Danos, Jorey
6. Fitzgerald, Nathan
7. Hines, Thomas
8. Howell, Frank
9. Maurras, Doug
10. Prest, Kirk
11. Wunstell, John