# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | MDL NO. 2179<br><br>SECTION: J<br><br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## DECLARATION OF MATTHEW GARRETSON

1. My name is Matthew Garretson. I am the Founder and Chief Executive Officer of The Garretson Resolution Group, Inc. ("GRG"), the Court-appointed Claims Administrator for the Medical Benefits Class Action Settlement (the "Settlement"). I understand that the Court gave final approval of the Settlement, as amended on May 1, 2012, on January 11, 2013 and the "effective date" of the Settlement is February 12, 2014.

2. I understand that the Medical Benefits Settlement Class (the "Settlement Class") is defined as detailed in the Court's Order and Judgment dated January 11, 2013. (Rec. Doc. 8218 ¶ 2).

3. Pursuant to the Court's Preliminary Approval Order of the Settlement, dated May 2, 2012, members of the Settlement Class were required to send all requests to opt out of the Settlement to my attention. (Rec. Doc. 6419 ¶ 29). This Order also designated the period and method for class members to opt out of the Settlement Class. (*Id.*).

4. On November 21, 2012, my Declaration was submitted to the Court detailing the opt-out requests GRG had received as of Tuesday, November 20, 2012. (Rec. Doc. 7989-1).

1

Exhibit K to my Declaration listed those individuals who submitted opt-out requests substantially in compliance with the requirements of Section XI.E of the Settlement and Paragraph 29 of the Court's Preliminary Approval Order. (Rec. Doc. 7989-24).

5. On November 5, 2014, the Plaintiffs' Steering Committee (the "PSC") and Liaison Counsel for the Clean-Up Responder Defendants ("Defense Liaison Counsel") requested that GRG confirm and formally certify for the Court that the individuals identified in Exhibit A and Exhibit B to this Declaration did not opt out of the Settlement Class. I understand that the list sent to me by the PSC and Defense Liaison Counsel was prepared based on their review of Exhibit K to my November 21, 2012 Declaration described above as well as their review of the terms of the Settlement and the various questionnaires submitted pursuant to Pretrial Order No. 57 ("PTO 57") . (Rec. Doc. 13158).

6. On November 6, 2014, GRG confirmed that none of the 38 Plaintiffs listed on Exhibit A to this Declaration and none of the 4 Plaintiffs listed on Exhibit B to this Declaration validly opted out of the Settlement. Further, GRG confirmed that the 4 Plaintiffs listed on Exhibit B to this Declaration reside in either Zone A or Zone B, as defined by the Settlement. It is my understanding that the addresses that were provided to me for the 4 individuals listed on Exhibit B were provided in the questionnaires submitted by these Plaintiffs pursuant to PTO 57.

I declare under the penalties of perjury that the foregoing statements made in this Declaration are true and correct.

Executed on the __13th__ day of November 2014.

_____
Matthew Garretson
The Garretson Resolution Group, Inc.

2

**EXHIBIT A**

Allen, Keenan
Antone, Jakobie
Battley, Murphy
Blanchard, Quentin
Bonner, Michael
Bourque, George
Clausell, Calvin
Corriveau, Steve
Crumedy, Joe
Davis, Mario
Dore, Christopher
Dukes, Aneesah
Edvenson, Debra
Goins, Artis
Gray, Nathan
Handy, LaTonya
Hebert, Carl Emanuel
Houston, Valisa
Hughey, Drameko
Irwin, David
Lischke, Matthew
Long, Steven
Martin, Eugene
Melerine, Craig
Miller, Tabitha
Mobley, Stephen
Nguyen, Muoi
Peters, Henry
Reed, Al Brisco
Simmons, Melissa
Smith, Deon
Stelly, Gary
Stokes, Shamerial
Tinsley, Jacqueline
Tran, Can
Walker, Ashley
Weston, Charles
Wilkins, Elmer

## **EXHIBIT B**

Sigler, Elizabeth
Wiley, Joan
Wiley, Traxavius
Wiley, William