UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| | * | |
| *No. 12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Considering Jarrod Burrle's Motion for Extension of Time (Rec. Doc. 13639);

IT IS ORDERED that Jarrod Burrle is granted an extension up to and including December 1, 2014, to respond to the Special Master's Motion for Return of Payments Made to Jarrod A. Burrle and Others.

New Orleans, Louisiana, this 14th day of November, 2014.

_____
United States District Judge