UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                           MDL No. 2179

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO -123)

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 888 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 13, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: OIL SPILL BY THE OIL RIG
&QUOT;DEEPWATER HORIZON&QUOT; IN
THE GULF OF MEXICO, ON APRIL 20, 2010                    MDL No. 2179

### SCHEDULE CTO-123 – TAG-ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | ALABAMA SOUTHERN | | | |
| | ~~ALS~~ | ~~1~~ | ~~14-00508~~ | ~~Platis v. BP Exploration & Production, Inc. et al~~ |
| | | | | Opposed 11/12/2014 |
| | FLORIDA NORTHERN | | | |
| 14-2606 | FLN | 3 | 14-00603 | LEVITAN v. BP EXPLORATION & PRODUCTION INC et al |