UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



In re: Oil Spill by the Oil Rig "Deepwater Horizon" 2:10-MDL-2179

Stanley Price

Versus

Section: J

Patrick A. Juneau, Claims Administrator
Review staff members for the Settlement Program

U.S. District Judge Carl J. Barbier

FILED:_____, 2014

_____
CLERK OF COURT

## MOTION FOR SPECIAL PROCEEDING OF DECLARATORY JUDGMENT, INJUNCTION, ORDER OF CONTEMPT OF COURT AND PUNITIVE DAMAGES

I.

### JURISDICTION

Plaintiff invokes jurisdictional authority of this court pursuant to U.S. Constitution Article III § 2 clause 1; 28 U.S.C. § 1331 for Breach of Contract, violation of U.S. 14th Amendment, Negligence and Contempt of Court. Thereby necessitating special proceeding pursuant to 28 U.S.C. § 2201, Fed. R. Civ. P. Rule 65.

II..

### PARTIES

1. Stanley Price is a person of full age of majority and domicile in the Parish of Orleans.

2. Patrick A. Juneau is a person of full age of majority and Court Appointed Administrator over Settlement Program.

3. The identity of the review panel will be discovered in the proceedings.

III.

## STATEMENT OF THE CASE

1. The plaintiff is a member of the economic settlement class as defined by the court in the settlement agreement in accordance with Fed. R. Civ. P. Rule 23 et seq.

2. Plaintiff avers that, he has complied with the terms and conditions negotiated by the Administrator and BP Class Counsel on behalf of the class members.

3. Plaintiff qualified and was paid $5,651,62 for economic losses in the Gulf Coast Claims Facility ( hereinafter referred to as GCCF ) process for his economic losses suffered commencing May 7, 2010, from his employment.

4. Plaintiff, on September 9, 2012 submitted a registration form to Deepwater Horizon Claim Center for the Economic & Property Damage as required for eligibility of payments under the class action settlement agreement Individual Economic Loss Claim.

5. Plaintiff alerts the court that, his earning capacity at the time of the oil spill was $3,000.00 per month.

6. Plaintiff submitted documentation to the claims center evidencing his employment and earnings from his employer.

7. Plaintiff avers that, he has suffered a loss from the bench mark period of may 7, 2010 to December 31, 2011 a total of $60,000.00 as designed and review by the Administrator appointed review staff.

8. Plaintiff has been repeated denied by the Administrator / Review staff of his compensation under the settlement agreement alleging failure to cure incompleteness.

9. Plaintiff repeated submitted documentation in duplicates some four times in support of his claim, but continues to be denied his payment under the settlement agreement by the

Administrator and his staff.

10. On October 17, 2014, plaintiff received yet another denial notice closing his claim from the Administrative authority alleging inability to determine bench mark period and failure to submit required tax documentation.

11. Plaintiff provided the requested 4506--T form directly to Mrs. Valerie Williamson of Brown Greer, PLC, 250 Rocketts Way, Richmond, Va. 23231 representative for the Administration Claims Center by fascimile and priority mail.

12. Plaintiff avers that, the Administrator's staff continues to deny his appeals after receiving documentation in the contrary to their determination.

13. Plaintiff contends that, he has a property interest in the money in the possession, control and custody of the Administrator.

14. Plaintiff contends that, he is being deprived and denied his property.

15. Plaintiff contends that, Administrator / Review staff is in contempt of the orders of the United States District Court and Fifth Circuit Court of Appeals and fails to adhere to the terms and conditions of the settlement agreement negotiated on behalf of class members.

16. Plaintiff contends that, if a bench mark period is unable to be established, then it is due to the incompetence of the review staff without any fault of his own.

17. Plaintiff contends that, the Administrator / Review staff failure to acknowledge his compliance and submission of required documentation is a pretextual basis for denial of his property in their possession, custody and control in violation of his constitutional protected rights and terms and conditions under the settlement agreement.

18. Plaintiff contends that, the Administrator / Review staff methodology in reaching a

determination for payment is arbitrary and capricious in order to deny a class member of his entitled money.

19. Plaintiff is suffering and will continue to suffer as a result of the deceptive illegal practices of the Administrator / Review staff decision making for distributing settlement funds.

20. Plaintiff respectfully requests the court's intervention to enjoin the arbitrary and capricious practices of the Administrator / Review staff decision making.

21. Plaintiff respectfully requests the court review documentation repeated submitted to determine his compliance with settlement requirements for payment.

## PRAYER FOR RELIEF

1. Plaintiff prays for declaratory relief against defendants.

2. Plaintiff prays for injunctive relief against defendants.

3. Plaintiff prays defendants are held in contempt of court.

4. Plaintiff prays defendants are held in violation of his constitutional rights.

5. Plaintiff prays punitive damages are assessed against defendants.

6. Plaintiff prays defendants are ordered to release his property in their possession, custody and control without further delay.

7. Defendants are made to appear and show cause why plaintiff motion should not be granted.

**WHEREFORE,** plaintiff prays this Honorable Court issues summon on defendants and they are made to appear and answer same. Plaintiff further prays that, after all due proceeding judgment is rendered in his favor for all general and equitable relief proper in the premise of this case.

RESPECTFULLY SUBMITTED

BY: *Stanley Price*

Stanley Price / In Proper Person
3625 Franklin Avenue
New Orleans, LA. 70126
( 504 ) 221-0677

PLEASE SERVE:
Claims Settlement Administrator
Patrick A. Juneau

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this 17th day of November, 2014.

*Stanley Price*
Signature

**FedEx Office**
FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date  8/26/2014

Number of pages  2  (including cover page)

**To:**
Name  Mrs. Valerie Williamson
Company  Brown Greer
Telephone  _____
Fax  1-804-521-7299

**From:**
Name  Stanley Price
Company  Individual
Telephone  (504) 221-0677

Comments  This is a re-submission of the 4506-T form for processing my B.P. claim. I will send the original via Priority mail. Thanks for your help.

Fax - Local Send      Fax - Domestic Send      Fax - International Send

fedex.com  1.800.GoFedEx  1.800.463.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 610.0P00.009 SEP.09

22705

TRANSMISSION VERIFICATION REPORT

```
TIME  : 08/25/2014 23:25
NAME  :
FAX   :
TEL   :
SER.# : U63314M3J578910
```

```
DATE,TIME        08/25 23:24
FAX NO./NAME     18045217299
DURATION         00:00:56
PAGE(S)          02
RESULT           OK
MODE             STANDARD
```

Form **4506-T**
(Rev. September 2013)
Department of the Treasury
Internal Revenue Service

## Request for Transcript of Tax Return

▶ Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-1872

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Return or Account Transcript" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

**1a** Name shown on tax return. If a joint return, enter the name shown first. **Stanley Price**

**1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) **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**

**2a** If a joint return, enter spouse's name shown on tax return.

**2b** Second social security number or individual taxpayer identification number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
**Stanley Price 3625 Franklin Avenue, New Orleans, LA 70122**

**4** Previous address shown on the last return filed if different from line 3 (see instructions)
**729 Soraparu Street, New Orleans, LA 70130**

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.
**Brown Greer PLC, 250 Ricketts Way, Richmond, VA 23231 804-521-7200**

Caution. If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ **1040**

  **a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . ☒

  **b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☒

  **c** Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . ☒

**7** Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☒

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☒

Caution. If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately. **12/31/2008   12/31/2009   12/31/2010   12/31/2011**

Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved identity theft on your federal tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

Caution. Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note.** For transcripts being sent to a third party, this form must be received within 120 days of the signature date.

Phone number of taxpayer on line 1a or 2a **(504) 221-0677**

**Sign Here**
▶ Signature (see instructions) **Stanley Price**   Date **8/26/2014**
▶ Title (if line 1a above is a corporation, partnership, estate, or trust) **Individual**
▶ Spouse's signature   Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 37667N   Form **4506-T** (Rev. 9-2013)

**View Documents**

Filter Documents likely associated with: ALL

| Doc ID | Document Type | Create Date | Page |
|---|---|---|---|
| 4180737 | Registration Form | 09/09/2012 | 1 |
| 13576477 | GCCF Other Processing Document | 01/15/2014 | 1 |
| 5431304 | Employment - Pay Stub/Pay Check | 10/16/2012 | 2 |
| 5431397 | Employment - Pay Stub/Pay Check | 10/16/2012 | 3 |
| 5431455 | Employment - Pay Stub/Pay Check | 10/16/2012 | 4 |
| 5431531 | Employment - Pay Stub/Pay Check | 10/16/2012 | 5 |
| 5431595 | Employment - Pay Stub/Pay Check | 10/16/2012 | 6 |
| 5431659 | Employment - Pay Stub/Pay Check | 10/16/2012 | 7 |
| 5431731 | Employment - Pay Stub/Pay Check | 10/16/2012 | 8 |
| 5431808 | Employment - Pay Stub/Pay Check | 10/16/2012 | 9 |
| 5431888 | Employment - Pay Stub/Pay Check | 10/16/2012 | 1( |
| 4181857 | Correspondence from Employer/Business Owner | 09/10/2012 | 1) |
| 4181858 | Correspondence from Claimant | 09/10/2012 | 1: |
| 4182196 | Driver's License/Birth Certificate/Passport | 09/10/2012 | 1: |
| 4182197 | Social Security Card | 09/10/2012 | 1: |
| 4181859 | Envelope or Other Packaging Only | 09/10/2012 | 1∠ |
| 4181874 | GCCF Interim Payment Claim Form (Duplicate) | 09/10/2012 | 1 |
| 4181876 | 2010 Form 1099 - MISC (Duplicate) | 09/10/2012 | 1( |
| 10825147 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) (Duplicate) | 06/18/2013 | 1: |
| 4181878 | GCCF Interim Payment Claim Form (Duplicate) | 09/10/2012 | 1 |
| 5430967 | 2010 Form 1099 - MISC (Duplicate) | 10/16/2012 | 1( |
| 5431078 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) | 10/16/2012 | 1: |
| 4181879 | GCCF Interim Payment Claim Form (Duplicate) | 09/10/2012 | 1 |
| 5430873 | 2010 Form 1099 - MISC (Duplicate) | 10/16/2012 | 1( |

| | | | |
|---|---|---|---|
| 5430912 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) (Duplicate) | 10/16/2012 | 1? |
| 4181880 | GCCF Interim Payment Claim Form | 09/10/2012 | 1 |
| 5430561 | 2010 Form 1099 - MISC | 10/16/2012 | 1( |
| 5430770 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) (Duplicate) | 10/16/2012 | 1? |
| 4181927 | Correspondence from Claimant Assistance Center | 09/10/2012 | 1 |
| 4182007 | GCCF Interim/Final Payment Claim Deficiency Notice | 09/10/2012 | 1 |
| 4182008 | 2010 Documents Letter | 09/10/2012 | 1 |
| 5429854 | Envelope or Other Packaging Only | 10/16/2012 | 1 |
| 5429984 | Correspondence from Claimant | 10/16/2012 | 3 |
| 4182135 | GCCF Interim Payment Claim Determination Notice | 09/10/2012 | 1 |
| 4182143 | GCCF Re-Review Option Expired Letter | 09/10/2012 | 1 |
| 4182198 | Transition Process Quick Payment Letter | 09/10/2012 | 1 |
| 4182205 | GCCF Interim Payment Claim Determination Notice | 09/10/2012 | 1 |
| 4182207 | Transition Process Pending Claim Letter | 09/10/2012 | 1 |
| 4181743 | GCCF Other Processing Document | 09/10/2012 | 1 |
| 5429589 | Envelope or Other Packaging Only | 10/16/2012 | 2 |
| 7653781 | Individual Economic Loss Claim Form (Blue Form) | 01/16/2013 | 1 |
| 7654301 | Individual Economic Loss Claim Form (Blue Form) (Claim ID 73904) | 01/16/2013 | 1 |
| 13576739 | Correspondence from Claimant Assistance Center | 01/16/2013 | 1 |
| 7727784 | 2010 Federal Income Return Form 1040 (Individually Filed) (Duplicate) | 01/16/2013 | 2 |
| 7727787 | 2010 Form 1099 - MISC (Duplicate) | 01/16/2013 | 4 |
| 7727792 | 2011 Federal Income Return Form 1040 (Individually Filed) (Duplicate) | 01/16/2013 | 5 |
| 7727799 | GCCF 1099 Form (Duplicate) | 01/16/2013 | 7 |
| 7727807 | Envelope or Other Packaging Only | 01/16/2013 | 8 |
| 7720633 | SWS-9 IEL Missing Tax and Pay Period Documentation Sworn Written Statement (Duplicate) | 01/17/2013 | 1 |
| 7738007 | Envelope or Other Packaging Only | 01/17/2013 | 3 |

| | | | |
|---|---|---|---|
| 7742617 | SWS-9 IEL Missing Tax and Pay Period Documentation Sworn Written Statement | 01/18/2013 | 1 |
| 7790038 | Envelope or Other Packaging Only | 01/18/2013 | 5 |
| 11127010 | Claimant Request for Change in Representation Status Form (Duplicate) | 07/05/2013 | 1 |
| 11128003 | Claimant Request for Change in Representation Status Form (Duplicate) | 07/05/2013 | 1 |
| 11286767 | Correspondence from Claimant's Counsel (Duplicate) | 07/05/2013 | 3 |
| 11194963 | Correspondence from Claimant's Counsel | 07/05/2013 | 1 |
| 11208898 | Claimant Request for Change in Representation Status Form | 07/05/2013 | 2 |
| 13576709 | Correspondence from Claimant Assistance Center | 07/05/2013 | 4 |
| 11208931 | Envelope or Other Packaging Only | 07/05/2013 | 5 |
| 13576675 | Correspondence from Claimant Assistance Center | 07/09/2013 | 1 |
| 11277137 | Correspondence from Claimant | 07/09/2013 | 3 |
| 11277173 | SWS-12 IEL Employer Sworn Written Statement (non-Category IV) | 07/09/2013 | 5 |
| 11277208 | Geographic Location Material - Maps | 07/09/2013 | 8 |
| 11277213 | Envelope or Other Packaging Only | 07/09/2013 | 9 |
| 13576642 | Correspondence from Claimant Assistance Center | 07/11/2013 | 1 |
| 11302864 | Correspondence from Claimant | 07/11/2013 | 2 |
| 11302878 | 2009 IRS Verification of Nonfiling (Duplicate) | 07/11/2013 | 3 |
| 13392403 | Other Tax Document (Duplicate) | 07/11/2013 | 4 |
| 11302893 | GCCF 1099 Form (Duplicate) | 07/11/2013 | 9 |
| 11302902 | Envelope or Other Packaging Only | 07/11/2013 | 11 |
| 11321005 | Incompleteness Notice (Claim ID 73904) | 07/16/2013 | 1 |
| 11671782 | Affidavit/Sworn Statement | 07/31/2013 | 1 |
| 11671801 | 2010 Federal Income Return Form 1040 (Individually Filed) | 07/31/2013 | 3 |
| 11671828 | 2010 Form 1099 - MISC (Duplicate) | 07/31/2013 | 6 |
| 11671849 | 2011 Federal Income Return Form 1040 (Individually Filed) | 07/31/2013 | 7 |
| 11672086 | GCCF 1099 Form | 07/31/2013 | 10 |
| 11672131 | Envelope or Other Packaging Only | 07/31/2013 | 12 |

| | | | |
|---|---|---|---|
| 12799001 | Follow- Up Incompleteness Notice (Claim ID 73904) | 10/31/2013 | 1 |
| 13159974 | Correspondence from Claimant Assistance Center | 11/25/2013 | 1 |
| 13138435 | SWS-12 IEL Employer Sworn Written Statement (non-Category IV) | 11/25/2013 | 2 |
| 13159981 | SWS-9 IEL Missing Tax and Pay Period Documentation Sworn Written Statement | 11/25/2013 | 5 |
| 13159998 | SWS-9A IEL Post-Review Missing Tax and Pay Period Documentation Sworn Written Statement | 11/25/2013 | 7 |
| 13160015 | Affidavit/Sworn Statement | 11/25/2013 | 1( |
| 13160020 | Envelope or Other Packaging Only | 11/25/2013 | 1: |
| 13147960 | Correspondence from Claimant Assistance Center | 11/26/2013 | 1 |
| 13175477 | 2009 IRS Verification of Nonfiling | 11/26/2013 | 2 |
| 13175506 | Other Tax Document | 11/26/2013 | 3 |
| 13177493 | GCCF 1099 Form (Duplicate) | 11/26/2013 | 8 |
| 13175551 | Envelope or Other Packaging Only | 11/26/2013 | 1( |
| 13634737 | Incompleteness Denial Notice (Claim ID 73904) | 01/22/2014 | 1 |
| 13838857 | Post-Reconsideration Incompleteness Denial Notice (Claim ID 73904) | 02/18/2014 | 1 |
| 13876739 | Claimant Request for Change in Representation Status Form | 02/24/2014 | 1 |
| 14157012 | Other Correspondence | 04/02/2014 | 1 |
| 14158511 | Affidavit/Sworn Statement | 04/02/2014 | 2 |
| 14158515 | Affidavit/Sworn Statement | 04/02/2014 | 3 |
| 14157028 | Other Correspondence | 04/02/2014 | 1 |
| 14175155 | Other Correspondence | 04/03/2014 | 1 |
| 14213641 | Other Correspondence | 04/03/2014 | 2 |
| 14228690 | Request for Change in Representation Status Form | 04/11/2014 | 1 |
| 14257164 | Correspondence from Claimant's Counsel | 04/11/2014 | 3 |
| 14257175 | Correspondence from Claimant | 04/11/2014 | 4 |
| 14241613 | Request to Withdraw as Primary Attorney Form | 04/14/2014 | 1 |
| 14248243 | Claimant Request for Change in Representation Status Form | 04/11/2014 | 1 |

| | | | |
|---|---|---|---|
| 15170741 | Other Tax Document | 09/05/2014 | 2( |
| 15170750 | GCCF 1099 Form (Duplicate) | 09/05/2014 | 21 |
| 15385175 | Appeal- Post-Appeal Incompleteness Denial Notice (Claim ID 73904) | 10/17/2014 | 1 |

## Registration Form Submission
Submitted

## Claim Types

| Claim ID | Claim Type | |
|---|---|---|
| 73904 | Individual Economic Loss | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" 2:10-MDL-2179

Stanley Price

Versus                                              Section: J

Patrick A. Juneau, Claims Administrator             U.S. District Judge Carl J. Barbier
Review staff members for the Settlement Program

FILED:_____, 2010          _____
                                              CLERK OF COURT

## RULE TO SHOW CAUSE

Considering the motion for special proceeding, declaratory judgment, injunction and contempt of court filed by the plaintiff, Stanley Price:

IT IS ORDERED that defendant, Patrick A. Juneau appear before this court on the_____ day of_____, 2014 at_____o'clock a.m. and show cause why the motion for special proceeding, declaratory judgment, injunction and contempt of court filed by Stanley Price should not be granted.

Signed in chambers in New Orleans, Louisiana on this____ day of_____, 2014.

_____
U.S. District Judge Carl J. Barbier

**PLEASE SERVE:**
**Patrick A. Juneau**