# EXHIBIT 3

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the      ) MDL NO. 2179
OIL RIG "DEEPWATER HORIZON"  )
in the GULF OF MEXICO, on    ) SECTION: J
APRIL 20, 2010               )
                             ) JUDGE BARBIER
                             )
                             ) MAG. JUDGE SUSHAN
```

ORAL VIDEOTAPED DEPOSITION OF

WALTER HOLLINGSWORTH CANTRELL

OCTOBER 21, 2014


ORAL VIDEOTAPED DEPOSITION OF WALTER HOLLINGSWORTH CANTRELL, taken in the above-styled and numbered cause on the 21st day of October, 2014, from 8:34 a.m. to 5:23 p.m., before Lisa A. Cloutier, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the Pan-American Building, 601 Poydras, 11th Floor, New Orleans, Louisiana, 70130.

Electronically signed by Lisa Cloutier (001-028-739-4904)    26c843b0-268e-4c67-a432-2aec5533e226

Page 38

1  you get to the bottom, you have results, as you do in any
2  investigation or any technical review and evaluation and you
3  get the attributes, you get the attributes of what the issued
4  expectations were.  You get the methods of implementation.
5  You get the methods of effectively measuring that
6  implementation, and those results tell you whether you have a
7  responsive, complete culture or you don't.  You -- it also
8  tells you whether you have a process safety management system
9  that's effective.
10     Q.  Your review of the safety culture, then, was part
11 and parcel of your review of process safety.  You didn't use a
12 different methodology to assess safety culture than the one
13 you used to assess process safety?
14     A.  I did not.  I used the exact same one, which is the
15 same method that was used in the Columbia accident
16 investigation, where we found the primary problem was safety
17 culture.  Others that I've been in, culture is frequently a
18 dominant and primary finding in a process safety
19 investigation.
20     Q.  I understand your testimony on that.  I was just
21 trying to figure out whether you used a separate methodology
22 to analyze the safety culture that was separate from the --
23 from the analysis you did of process safety or whether it was
24 all combined into one analysis?
25     A.  Of necessity, process safety will give you safety

Page 39

1  culture conclusions.  They are not separate.
2     Q.  Did you use any benchmarks to compare BP's safety
3  culture to the safety culture of any other organization?
4     A.  I did not benchmark BP.
5     Q.  Let me talk about for a minute Exhibit 1 to --
6  sorry -- appendix 1 to your first report.  That's what you've
7  described as a detailed summary of the evidence from Phase 1
8  relating to the causes of the DEEPWATER HORIZON incident?
9     A.  Yes.  The basic part of the report includes all of
10 the places I expanded on Macondo in that appendix.
11    Q.  And you've described appendix 1 as a detailed
12 summary of the Phase 1 evidence, correct?
13    A.  Just a summary, yes.
14    Q.  Well, in fact, you called it a detailed summary,
15 right?
16    A.  Yes.
17    Q.  We already talked about Dr. Bea and your citations
18 to his report, so I won't ask you about those citations again.
19 Let me ask you about some other experts that you've cited in
20 your appendix 1.  You cite many times to the opinions of
21 Mr. Gene Beck in your appendix 1, correct?
22    A.  Yes.
23    Q.  And you cite many times to Mr. Glen Benge in your
24 appendix 1, correct?
25    A.  I cannot tell you the numbers, but yes, they were

Page 40

1  available sources.  They were what I used.
2     Q.  Okay.  And likewise, you testified -- you cited
3  numerous times to the testimony of Calvin Barnhill, who was
4  Transocean's well design expert, correct?
5     A.  I did.
6     Q.  And you understand that Glen Benge was the cement
7  expert for the United States?
8     A.  I understand that.
9     Q.  And Gene Beck was the well design and well control
10 expert for Halliburton, correct?
11    A.  That's what I recall, yes.
12    Q.  And you're explaining that you testified to them
13 because they were available to you?
14    A.  I --
15    Q.  Sorry, you cited to them because they were available
16 to you?  Sorry, got going too fast.
17    A.  I cited to them because in order to properly
18 investigate whichever point I'm pursuing, I took the available
19 information.  They were available.
20    Q.  Well, you understand also that BP had expert
21 witnesses at the trial, and I assume that the testimony of
22 BP's experts was available to you as well, wasn't it?
23    A.  Everything that was cited and I asked for, I got.  I
24 got BP expert testimony, expert reports, but rarely was it
25 germane to the issue of process safety.  Most of the cases, it

Page 41

1  had to do with highly technical details, was -- you know, was
2  the slurry of this nature or whatnot.  I wasn't pursuing the
3  technical accuracy.  I was pursuing the process, and I
4  didn't -- never looked to see whose expert this was.  I looked
5  to see what the content was.  When the content was process
6  safety, I used it, and that's how I ended up with the
7  distribution of citations.  I never, ever picked something
8  just because it was a government versus a BP expert.  I picked
9  it on the basis of content and applicability to the process
10 safety.
11    Q.  As it turned out, though, you didn't cite a single
12 BP expert in your appendix 1, did you?
13    A.  That's what I'm told with one of the rebuttal
14 reports.  I never did a search.  I never looked at the authors
15 other than to write it down correctly when I was citing it.
16    Q.  After you saw that in one of the rebuttal reports,
17 did you go back and look to see if you, in fact, had cited any
18 BP witnesses in your appendix 1?
19    A.  I did not go back to look to see if I had cited any.
20 I picked a couple at random and looked, and I said still not
21 germane.
22    Q.  So, as you sit here today, you don't have any reason
23 to believe you did cite any BP expert witnesses in your
24 appendix 1?  You don't know of any, do you?
25    A.  I don't know of any.

11 (Pages 38 to 41)

Page 46

1   A.  You stated it as though I said that was the cause.
2   I did not say that was the cause.  I said it --
3   Q.  (BY MR. FOWKES) You said it ultimately led to the
4   blowout at the Macondo.  I can point you to the report if you
5   would like to look at it.
6   A.  I need to look --
7   Q.  Okay.
8   A.  -- look at that, because the way you stated it.
9   Q.  All right.  Let's go to Tab 1, which is your first
10  report?
11  A.  Okay.
12  Q.  Exhibit 13300 at page 55.  I'm going to direct you
13  to the second full paragraph on the page, which starts --
14  A.  Yes.
15  Q.  -- with the words --
16  A.  I -- I see it.
17  Q.  All right.
18  A.  Failed to...
19  Q.  When you're done -- done reading that paragraph, let
20  me know --
21  A.  Okay.
22  Q.  -- and I'll ask you the next question.
23  A.  Okay.
24  Q.  In your report you contend that, BP leadership
25  failed to create a safety culture and implement an effective

Page 47

1   process safety system which led to violations of other basic
2   process safety principles discussed below and ultimately the
3   blowout at Macondo.
4       Do you see that?
5   A.  I see that.
6   Q.  And that's an opinion you're offering in this case,
7   right?
8   A.  Yes.
9   Q.  And by the way, that's the same opinion that Dr. Bea
10  offered during the Phase 1 proceedings, isn't it?
11  A.  I have -- I did not compare this sentence with his
12  sentence.  I take it from your question you have and they are,
13  so I don't disagree with that.
14  Q.  And you're aware of the court's findings of fact
15  from Phase 1; we've already talked about that, right?
16  A.  Yes.
17  Q.  All right.  And you're aware then, that the court
18  has found that BP's process safety management system may not
19  have been perfect, but the evidence has not shown that it was
20  defective or a cause of the blowout, explosion, and fire;
21  you're aware of that finding, aren't you?
22  A.  I am aware of that.
23  Q.  And that court -- the court's finding regarding BP's
24  process safety management system is contrary to your opinion
25  regarding the adequacy of BP's process safety management

Page 48

1   system, isn't it?
2   A.  The court's finding did not evaluate the
3   effectiveness of the process safety system.  It said they had
4   one, it was not defective, and it was not causal.  Then the
5   court's findings proceed to show numerous areas where the
6   process safety system was not effective and causal items
7   occurred as a result.  So, I do not find that statement
8   contrary to the court's findings.
9       (Exhibit Tab 4 previously marked for
10      identification.)
11  Q.  (BY MR. FOWKES) Could you turn to Tab 4, please?  And
12  I'm going to direct you to paragraph 469, which is the
13  paragraph I was just reading from.
14  A.  Yes.
15  Q.  Do you see that?
16  A.  Yes.
17  Q.  Do you agree or disagree with the court's finding in
18  paragraph 469?
19  A.  I agree with it.  That was the one I was just
20  commenting on.
21  Q.  You agree with it?
22  A.  I agree with his finding.
23  Q.  In paragraph 469?
24  A.  Yes.
25  Q.  All right.  And you -- nevertheless, you intend to

Page 49

1   testify at trial that BP failed to implement an effective
2   process safety management system?
3   A.  Yes.
4   Q.  All right.  And do you intend to testify that the
5   alleged failure ultimately caused the blowout, explosion, and
6   fire?
7       MS. SHUTLER:  I object to form.
8   A.  The -- you've tied this finding to causing the
9   accident.  This says the process safety system did not cause
10  the blowout, and I agree with that.  Systems do not cause
11  blowouts.  Behavior causes blowout.
12  Q.  (BY MR. FOWKES) All right.  You would agree, though,
13  that the process safety system did not cause the blowout?
14  A.  No.  The implementation of it caused the blowout,
15  not the existence of the system.
16  Q.  And not whether the system itself was sufficient or
17  insufficient; that didn't cause the blowout either?
18  A.  The system was not defective.  It just wasn't
19  implemented.
20  Q.  All right.  And because the system was not
21  defective, the system did not cause the blowout, right?
22  A.  Yes.  Given that systems, per se, cannot cause
23  blowouts.
24  Q.  And when we're talking about system, we're talking
25  about the process safety management system, just to be clear?

13 (Pages 46 to 49)

Page 62

1           identification.)
2      Q.  (BY MR. FOWKES) Do you have the plea agreement in
3  front of you?
4      A.  I do.
5      Q.  (BY MR. FOWKES) Are you aware -- and have you read
6  the plea agreement before?
7      A.  I have.
8      Q.  So you're aware that the government itself
9  acknowledged and agreed that BP Alaska took a number of
10 immediate actions in response to the Endicott incident?
11     A.  Yes.
12     Q.  And specific, the United States acknowledged --
13 well, let me -- let me orient you to pages 14 to 15.  Let me
14 ask you a series of questions relating to the paragraph that's
15 at the top of -- starts at the bottom of page 14 and point
16 number -- some of the points that come after carrying over
17 onto page 15.
18          And you're aware that the United States
19 acknowledged that BP Alaska, for example, improved its waste
20 management procedures at Endicott Island as a result of the
21 incident?
22     A.  Is the question to say the words in front of me
23 acknowledge that?
24     Q.  Well, you can read the words in front of you if
25 you'd like, and I'm asking you whether you are aware that the

Page 63

1  government acknowledged after the Endicott incident that BP
2  Alaska improved its waste management procedures at Endicott
3  Island?
4      A.  I don't see that in the words immediately in front
5  of me because I have not read them all, but I recall that.
6      Q.  So I'm focused on paragraph 1 of page 15.
7      A.  Okay.
8      Q.  If you want to take a minute to read the paragraph
9  maybe that will speed up the questions.
10     A.  I've read the paragraph.
11     Q.  All right.  The United States acknowledged after the
12 Endicott Island incident that BP Alaska had improved its waste
13 management procedures at Endicott Island, right?
14     A.  Yes.
15     Q.  And the United States acknowledged that BP Alaska
16 had enhanced its environmental training for BP Alaska
17 employees and contractors after the incident, right?
18     A.  That is correct.
19     Q.  And the United States acknowledged that BP Alaska
20 discontinued the practice of utilizing used solvents and used
21 oil to protect the outer annuli of wells from freezing, right?
22     A.  Yes.
23     Q.  And the United States acknowledged that BP Alaska
24 commissioned a waste management audit at Endicott Island after
25 the incident?

Page 64

1      A.  Yes.
2      Q.  The United States also acknowledged that BP Alaska
3  conducted a North Slope-wide multi-media environmental
4  compliance audit after the Endicott incident, right?
5      A.  Yes.
6      Q.  And the United States acknowledged that BP Alaska
7  qualified for certification pursuant to ISO 14,001 after the
8  Endicott Island incident, correct?
9      A.  Correct.
10     Q.  And you're familiar with ISO 14,001?
11     A.  I have gotten familiar with it since introduced to
12 this.  I was not familiar with it before.  I was more familiar
13 with ISO 9,000, which is process safety.
14     Q.  You understand that after the Endicott Island
15 incident, the United States acknowledged that BP Alaska
16 reorganized its HSE sections within the business organization
17 to increase corporate accountability for HSE functions and to
18 ensure compliance with environmental statutes and regulations?
19     A.  Yes.
20     Q.  And the United States also acknowledged that BP
21 Alaska modified its incentive bonus program to ensure that
22 employees did not have an incentive to cut costs at the
23 expense of environmental compliance and safety?
24     A.  Yes.
25     Q.  And would you agree, Admiral Cantrell, that all of

Page 65

1  the steps that are summarized here in trial Exhibit 22394 on
2  page 15, that we've just covered, are all positive steps for
3  BP to have taken after the Endicott Island incident?
4      A.  They are positive corrective steps, yes.
5      Q.  And in your report, you didn't mention any of these
6  positive corrective steps, did you?
7      A.  I did not.
8      Q.  Are you also aware that BP Alaska provided extensive
9  cooperation to the government following the Endicott Island
10 incident?
11     A.  Yes.
12     Q.  And that's another good thing for BP Alaska to have
13 done, correct?
14     A.  That is a positive corrective step to have been --
15 to have taken, yes.
16     Q.  You mentioned before -- I'm done with that document
17 for now, Admiral Cantrell.  I wanted to shift to ask you some
18 questions about the independent monitor whose name was Ridgway
19 Hall.  Do you recall reading his reports?
20     A.  I have read his reports.
21     Q.  Do you have any basis to disagree with the findings
22 and observations of Mr. Hall?
23     A.  I have no basis to disagree with his reports.
24     Q.  Turn to Tab -- I'm sorry, you closed that up.  Turn
25 to Tab 6 of binder 1, please.

17 (Pages 62 to 65)

Page 90

1  Q. And you would agree, then, that the development of
2  Open Talk by BP was a positive thing for BP to have done to
3  improve its safety culture, for example, right?
4  A. I would agree that it's a -- a step. What -- on
5  this, as many of the others, I could not find the evidence of
6  its effectiveness. How many process safety changes were made,
7  what were consequences of Open Talk. I've seen the report on
8  it. I've not seen the statistics on corrective actions taken
9  as a result of Open Talk, so I cannot attest to its being
10 effective. I can be -- I can say it is in principle, a good
11 step to take.
12 Q. In principle, Open Talk was a good step --
13 A. Yes.
14 Q. -- for BP to have taken? Yes?
15 A. In principle.
16 Q. Right.
17 A. If effective.
18 Q. And you haven't studied the effectiveness of Open
19 Talk? You haven't looked at it?
20 A. I did look, and I could not find the results. I
21 looked in reports to management. I looked in other items. I
22 could not find it. It doesn't mean it doesn't exist. I could
23 not -- I did not find it.
24 Q. All right. The only thing you can say sitting here
25 today is that Open Talk was a positive step for BP to at least

Page 91

1  have taken after Grangemouth, right?
2  A. It was a positive, appropriate step; but without
3  effectiveness, I can't go beyond that.
4       (Exhibit No. 5958 previously marked for
5        identification.)
6  Q. (BY MR. FOWKES) All right. Let's shift gears for a
7  minute and look at Tab 14. Tab 14 is Exhibit 5958 and it's
8  titled Safety and Operations Learning Programs, May 2009.
9  Does this document look familiar to you?
10 A. It does.
11 Q. Do you understand this to be a description of
12 various learning and training programs that BP's S&O
13 operations had in place as of May 2009?
14 A. Yes.
15 Q. Could you turn to page 5, which ends in Bates
16 No. 201?
17 A. Yes.
18 Q. And that is talking about the Projects and
19 Engineering College?
20 A. Yes.
21 Q. Do you understand that BP established the Projects
22 and Engineering College in 2002?
23 A. I do.
24 Q. And the Projects and Engineering College consisted
25 of a residential program in Manchester, United Kingdom and

Page 92

1  Houston, Texas, as well as a non-residential program that was
2  delivered globally?
3  A. Yes.
4  Q. And as of May 2009, the Projects and Engineering
5  College had provided learning opportunities to over 11,000
6  delegates from the core and extended projects and engineering
7  community within BP, correct?
8  A. That's the report, yes.
9  Q. You have no reason to disagree with it?
10 A. I have no reason to disagree with it.
11 Q. And one of the goals of the Projects and Engineering
12 College was to provide learning opportunities to enhance the
13 capability of the projects and engineering community, correct?
14 A. Yes.
15 Q. And you would agree, then, that the creation of the
16 Projects and Engineering College was a positive step for BP to
17 have taken after Grangemouth, correct?
18     MS. SHUTLER: Object to the form.
19 A. I -- I thought I recall this was established after
20 Texas City.
21 Q. (BY MR. FOWKES) Let me just orient you again, here on
22 page 5. Under brief description it says --
23 A. In 2002.
24 Q. -- 2002. So I know some of the training programs
25 sound a bit alike in terms of their names?

Page 93

1  A. They do.
2  Q. But this will refresh your recollection then, that
3  the Projects and Engineering College was formed in 2002?
4  A. Yes.
5  Q. And would you agree that the creation of the
6  Projects and Engineering College was a positive step for BP to
7  have taken in 2002?
8  A. I agree that the creation is a positive step, if
9  it's coupled with the package to show the effectiveness of the
10 training. I looked at -- the one I looked at intentionally,
11 Macondo, and could not find graduates of this college, but --
12 Q. All -- all things being equal, you would prefer BP
13 to have formed the Projects and Engineering College and 11,000
14 delegates to have taken the course since 2002 than had BP not
15 done so, right? In other words --
16 A. If the course provides needed instruction, it's a
17 positive course.
18 Q. And have you --
19 A. I could not find the syllabus.
20 Q. Okay. I was going to -- that's what I was going to
21 ask, if you've done anything to investigate whether, in your
22 view, the course was meaningful or not?
23 A. I searched for the syllabus of several of the items
24 in here, and particularly since one was at MIT --
25 Q. Well, I'm going to get to that next.

Page 98

1    Q. (BY MR. FOWKES) Did you reference the Project and
2    Engineering Academy anywhere in your Phase 1 -- sorry, in your
3    Round 1 report or your rebuttal report?
4    A. I do not recall referencing it anywhere because,
5    again, I tried to reference things for which I had the
6    intentions and the results. This is good intentions. I
7    responded to Mr. Malone's statement to Congress, Do not judge
8    us by what we say, but what we do.
9    Q. Okay. We're going to shift gears and talk about
10   another incident, but maybe now is time for a break.
11       MR. FOWKES: I don't -- I've lost track of the
12   time, but --
13       THE VIDEOGRAPHER: We are good.
14       MR. FOWKES: All right. Thank you.
15       THE VIDEOGRAPHER: The time is 11:10 a.m. and
16   we are off the record.
17       (Recess taken)
18       THE VIDEOGRAPHER: The time is 11:24 a.m. and
19   we are back on the record.
20   Q. (BY MR. FOWKES) Admiral Cantrell, in your reports, you
21   discuss the Prudhoe Bay incident?
22   A. Yes.
23   Q. And the Prudhoe Bay incident occurred in two
24   different leaks; one in March of 2006, and one in August of
25   2006, is that --

Page 99

1    A. Yes.
2    Q. -- correct?
3       If you could turn to Tab 68 -- sorry, now we're
4    going to move to the third binder.
5       MR. FOWKES: Sharon, could you mark this,
6    please?
7       MS. SHUTLER: 13306.
8       (Exhibit No. 13306 marked for identification.)
9    Q. (BY MR. FOWKES) Sir, we've put in front of you
10   Exhibit 13306, which is titled Incident Investigation Report,
11   April 4, 2006. Have you seen this document before?
12   A. Yes.
13   Q. This is an internal investigation report done by BP
14   relating to the March 2006 incident at Prudhoe Bay, correct?
15   A. That is correct.
16   Q. And this incident report was completed by BP by
17   April 4th, 2006, which is just over a month after the
18   incident occurred, correct?
19   A. Yes.
20   Q. This report, Exhibit 13306, was intended to identify
21   the facts surrounding the release of oil that was discovered
22   on March 2, 2006, right?
23   A. That's correct.
24   Q. The investigation team that BP compiled included a
25   safety investigation specialist and a corrosion expert, right?

Page 100

1    A. Yes.
2    Q. And forming this investigation team and preparing a
3    report within a month after the incident was a good thing for
4    BP to have done, right?
5    A. It was an appropriate thing to have done, yes.
6    Q. BP also promptly investigated the August 2006
7    incident, correct? I'm going to refer you to Tab 69.
8    A. I need to have my mind --
9    Q. Yes, sir.
10   A. -- replenished on what the time between the event
11   and the inspection was.
12   Q. Yeah, sorry. I should have pointed you to the
13   document first.
14       MR. FOWKES: Can we mark this as the next
15   exhibit?
16       MS. SHUTLER: 13307.
17       (Exhibit No. 13307 marked for identification.)
18   Q. (BY MR. FOWKES) Tab 69 has been marked as
19   Exhibit 13307, and it is an incident investigation report
20   dated January 31st, 2007. Do you see that?
21   A. Yes.
22   Q. And this is the incident investigation report from
23   the August 6th, 2006 incident, right?
24   A. Yes.
25   Q. And if you turn to the Bates page ending 3008, which

Page 101

1    is page 4 of the report, you'll see the introduction and
2    executive summary?
3    A. Yes.
4    Q. On March 13th, 2006, just after the March 2006
5    incident, BP committed to running maintenance and smart PIGS
6    as quickly as possible.
7       Do you recall that?
8    A. Yes.
9    Q. And BP was running those smart PIGS through the oil
10   transit lines in July and August of 2006, right?
11   A. That is correct. Yes.
12   Q. And as soon as additional corrosion was discovered,
13   BP ordered a phased shutdown of the entire Prudhoe Bay
14   oilfield, right?
15   A. Yes.
16   Q. The investigation report concluded that the March
17   spill was reported to all appropriate government agencies. Do
18   you see that, in that first paragraph?
19   A. "All" is not in the sentence, but I assume that
20   meant all.
21   Q. I'm looking at the sentence that says, The spill was
22   reported to all the appropriate government agencies and a
23   state and federal unified command was in place during the
24   cleanup. In the middle of the first paragraph?
25   A. Oh, okay. Yes. I see that.

26 (Pages 98 to 101)

Page 110

1    A.  Is a good thing to do.
2    Q.  Let's stay within the same exhibit and look at Bates
3  ending 256.  Bates 256 is the start of a PowerPoint
4  presentation?
5    A.  Yes.
6    Q.  And the title of the PowerPoint presentation is
7  Integrity Management, Importance of Proper Inspections, Have
8  We Learned the Lessons?
9    A.  Yes.
10   Q.  If you go to Bates ending 262, you'll see the title
11 of this slide is called Leveraging Our Learning?
12   A.  Yes.
13   Q.  And leveraging learning after an incident is another
14 good thing to do, right?
15   A.  Leveraging your learning is a very good thing to do.
16   Q.  And the first bullet point says, Where have you seen
17 examples of corrosion that if shared across BP might serve to
18 help others identify and mitigate their risks.
19       Do you see that?
20   A.  I see that.
21   Q.  And helping others identify and mitigate their risks
22 following the Prudhoe Bay incident was a positive step for BP
23 to have taken to learn lessons?
24   A.  A positive step in the face of the lesson that they
25 had, yes.

Page 111

1       (Exhibit No. 7144 previously marked for
2        identification.)
3    Q.  (BY MR. FOWKES)  Could you turn to Tab 19?  Tab 19 is
4  Exhibit 7144.  And from time to time this morning, Admiral
5  Cantrell, you've referred to testimony of Mr. Marshall.  I
6  think this is the testimony you've referred to, right, or at
7  least a portion of it?  Sometimes it's in different formats.
8    A.  One -- the one most recently that I referred to was
9  Mr. Malone's testimony --
10   Q.  Oh.
11   A.  -- which had to do with after Prudhoe Bay and Texas
12 City.
13   Q.  That's correct.  I -- I may have misspoken.  Are you
14 familiar with Mr. Marshall's testimony in Exhibits 7144?
15   A.  Yes.
16   Q.  And Mr. Marshall was the president of BP Alaska at
17 the time he gave this testimony in September 2006?
18   A.  Yes.
19   Q.  And this is testimony before Congress?
20   A.  Yes.
21   Q.  On page 12, do you see where it starts Path Forward
22 up at the top?
23   A.  Yes.
24   Q.  Could you read that first paragraph to yourself,
25 please?

Page 112

1    A.  I've read it.
2    Q.  And Mr. Marshall is testifying regarding the steps
3  that BP had already started to take as of September 7th,
4  2006, to characterize the problem and assess the integrity of
5  all of the oil transit lines in the Prudhoe Bay Area, right?
6    A.  That is correct.
7    Q.  Mr. Marshall testified that the information about
8  the integrity of the Prudhoe Bay oil transit lines have been
9  submitted to the Office of Pipeline Safety and that their
10 staff was reviewing it, right?
11   A.  Yes.
12   Q.  That was a positive step for BP to have taken after
13 the Prudhoe Bay incident, right?
14   A.  An appropriate and positive step.
15   Q.  Mr. Marshall also described -- sorry about that.
16 Frog in my throat.  Mr. Marshall testified that the
17 information about the integrity -- strike that.
18       Mr. Marshall also described that the fact that
19 outside experts were reviewing data to provide opinions about
20 the adequacy of the oil transit line's integrity, right?
21   A.  Yes.
22   Q.  And on page 12, carrying over to page 13,
23 Mr. Marshall describes seven key actions that BP is committed
24 to undertaking at the Prudhoe Bay facility, right?
25   A.  Yes.

Page 113

1    Q.  One of those steps was a nearly fourfold increase in
2  spending for maintenance, correct?
3    A.  That is the seventh step, yes.
4    Q.  And that was a positive step for BP to take in
5  response to the Prudhoe Bay incident, right?
6    A.  An appropriate response to the problem they had had,
7  yes.
8       (Exhibit No. 3897 previously marked for
9        identification.)
10   Q.  (BY MR. FOWKES)  If you turn to Tab 20, please?  Tab
11 20 has been previously marked as --
12   A.  3897.
13   Q.  -- yes, thank you, 3897.  This is on your
14 consideration list.  So, you may recall it.
15   A.  Cindi Skelton.  I've seen it.  I don't recall all of
16 the content without scanning it.
17   Q.  That's fair enough.  It's not too long.  If you want
18 to scan it, I'm going to ask you about a couple specific
19 paragraphs at the bottom of the first page.  If you want to
20 orient yourself, feel free.
21   A.  I have read it, refreshed my memory.
22   Q.  Exhibit 3897 is forwarding a request to the E&P
23 strategic performance leaders and the business unit leaders.
24 Do you see that?
25   A.  Yes.

29 (Pages 110 to 113)

Electronically signed by Lisa Cloutier (001-028-739-4904)                                                                                 26c843b0-268e-4c67-a432-2aec5533e226

Page 202

1   Q. All right. Let's -- let's take a look at the
2  article, then, if that would be helpful to you. Can you turn
3  to Tab 46, please?
4        MR. FOWKES: Could you a put a sticker? Thank
5  you.
6        MS. SHUTLER: This is going to be 13312.
7        (Exhibit No. 13312 marked for identification.)
8   Q. (BY MR. FOWKES) Admiral Cantrell, is Exhibit 13312
9  the rigzone.com article that you cite in your report related
10 to Well --
11  A. It's the Rigzone. It's not the other one.
12  Q. I didn't ask you about the other one. I just asked
13 you if it's the Rigzone one.
14  A. It appears to be, yes.
15  Q. All right. And according to Exhibit 13312, WELLSAFE
16 came partly as a response to the explosion of the DEEPWATER
17 HORIZON at the Macondo Prospect in the Gulf of Mexico in April
18 of 2010, right?
19  A. Yes.
20  Q. And if you go to the top paragraph, it says, Chevron
21 Corp came up with a safety certification program in 2012 that
22 was implemented to eliminate containment issues.
23       Do you see that?
24  A. Yes. And it came up with the program in 2012, but
25 it doesn't say when it was implemented.

Page 203

1   Q. Okay. So, it was implemented --
2   A. Sometime subsequent to 2012.
3   Q. -- either in 2012 or later?
4   A. Right.
5   Q. All right. So you're not contending that Chevron
6  had a -- the WELLSAFE program in place before 2012, are you?
7   A. I am not.
8   Q. And the WELLSAFE program was intended to address
9  containment issues, according to Chevron, correct?
10  A. Yes, according to this -- this release, yes. The
11 other article goes into more detail. It shows how they spent
12 a lot of time investigating the SUBSAFE program and --
13  Q. I'm not asking about the other article,
14 Mr. Cantrell.
15        Would you agree that the WELLSAFE program is
16 narrowly focused on well control?
17  A. No, because I have not looked at it in detail. I
18 acknowledge that this press release says eliminate containment
19 issues.
20  Q. Looking at the third paragraph it says, While
21 WELLSAFE is global in nature, it is narrowly focused on well
22 control and with an emphasis on education rather than training
23 so that the personnel have a deep understanding of their jobs,
24 Payne said.
25        Do you understand that Mr. Payne, that the

Page 204

1  Mr. Payne quoted here is Chevron's vice president?
2   A. I'm sorry, I --
3   Q. In the top paragraph --
4   A. Top paragraph, eliminate containment issues.
5   Q. Let's just do it one step at a time. The article is
6  quoting a person --
7   A. Right.
8   Q. -- named David Payne, right?
9   A. Yes.
10  Q. And David Payne is referred to as a Chevron vice
11 president?
12  A. Yes.
13  Q. And later in the article, it quotes Mr. Payne, the
14 Chevron vice president as saying that WELLSAFE is narrowly
15 focused on well control, right?
16  A. Later in the article, okay, response in -- yes, I am
17 sorry, just took me a while to find the sentence.
18  Q. That's fine.
19  A. Yes, it's global in nature, narrowly focused on well
20 control, which is -- it doesn't say it here, but as we've seen
21 from all of Macondo, is the primary risk on -- in deepwater
22 drilling, with an emphasis on education rather than training.
23  Q. Okay. You have no reason to disagree with Mr.
24 Payne's statement?
25  A. I have no reason to disagree with it.

Page 205

1   Q. And even since Chevron implemented WELLSAFE, they've
2  had blowouts, correct?
3   A. I don't know, but just because they've implemented
4  it doesn't mean that it will be free of an accident.
5   Q. Right, because even a system such as WELLSAFE is not
6  a perfect solution to preventing blowouts, correct?
7   A. There is no perfect solution. SUBSAFE is not a
8  perfect solution.
9   Q. Even -- even the best process safety management
10 systems result in or incur accidents from time to time,
11 correct?
12  A. Statistically and mathematically, there are no
13 perfect systems.
14  Q. And so even the best --
15  A. Best systems can have a problem.
16  Q. So you haven't done any analysis of Chevron's well
17 control statistics since --
18  A. I have not. The source of my information is that
19 which is cited in the report.
20  Q. And what's cited in the report are the -- at least
21 with respect to WELLSAFE, are the two articles that we've
22 referred to, one from Rigzone and the other from the other
23 publication that I can't --
24  A. Right.
25  Q. -- remember right now, right?

52 (Pages 202 to 205)

Page 206

1      So as long as we were on that subject, let me
2  ask you about some basic principles of risk management.  Now,
3  would you agree that not all risks can be completely
4  eliminated?
5      A.  I agree that not all risks can be eliminated.
6      Q.  Would you agree that zero risk is usually
7  unattainable?
8      A.  I agree.
9      Q.  And that some exposure to risk must be tolerated?
10     A.  Yes.
11     Q.  And even in organizations with a strong safety
12 culture, process safety accidents can occur?
13     A.  Yes.
14     Q.  And even in organizations with a strong process
15 safety management system, process safety accidents can occur?
16     A.  Yes.
17     Q.  Can you identify any organizations that you believe
18 have a strong process safety management system?
19     A.  Well, I have identified SUBSAFE, which is a process
20 safety system, not a QA system.  QA is just embedded in it.
21     Q.  So does that mean that you believe the U.S. Navy has
22 a strong process safety management system?
23     A.  I do.
24     Q.  Okay.  Can you name any other organizations that you
25 believe have a strong process safety management system?

Page 207

1      A.  I believe NASA does now.  Both of those are not
2  intended to be self-serving, since I set them up; but DuPont
3  has one.  United Airlines has one.  Boeing has one.  U.S.A.
4  Space has one.  Those -- I knew of those the last time I
5  reviewed them, and at my age and stage, it's been many years
6  since I reviewed them; but I have no reason to think they've
7  deteriorated.
8      Q.  When did -- you said NASA has one now.  When did
9  NASA get a good process safety management system?
10     A.  A year and a half after the loss of Columbia.
11     Q.  Do you believe -- you referenced a few times in your
12 report the nuclear industry.  Do you believe that the nuclear
13 industry generally has strong safety process management
14 system?
15     A.  For the parts that I know about now, they do.  They
16 have had difficulties.  People like your Mr. Baxter was
17 involved.  They've been -- I've not personally reviewed them
18 of late, but I think they have -- currently have the nuclear
19 power -- I know about nuclear weapons.  It has a good one.
20     Q.  Do you think --
21     A.  Nuclear medicine has a good one.  In fact, many
22 medical systems in the country have good process safety
23 systems.  I left out in your name -- asking people.  But not
24 all of them do.  Some do.
25     Q.  Do you believe that the nuclear power industry

Page 208

1  generally has a strong process safety management system?
2      A.  The U.S. nuclear power industry.
3      Q.  What about the Japanese?
4      A.  You --
5      Q.  What about the Japanese nuclear power industry?
6      A.  Japanese do not, and they've said they don't
7  publicly since the accident.  U.K. has a strong one.  French
8  one is questionable.  Germany has shut theirs down.  Those are
9  the ones that I know about off the top of my head.
10     Q.  So, when you -- I believe you said in your report
11 that the nuclear industry had borrowed from SUBSAFE; is that
12 right?
13     A.  That's correct.
14     Q.  You were referring there only to the U.S. nuclear
15 industry?
16     A.  Yes.
17     Q.  I didn't see that in your -- that qualification in
18 your report?
19     A.  Qualification?
20     Q.  The qualification to the U.S. only there?
21     A.  U.S. Navy.  SUBSAFE is U.S. only.
22     Q.  All right.  Let me switch gears then, and ask you
23 about root cause investigation.  Do you have any formal
24 training in root cause analysis or --
25     A.  I do.

Page 209

1      Q.  Where was that formal training received?
2      A.  At MIT.
3      Q.  Have you ever been certified as a root cause
4  specialist?
5      A.  I have not.
6      Q.  Have you ever been certified as a master root cause
7  specialist?
8      A.  I have not.
9      Q.  Are you aware that such certifications exist?
10     A.  I have heard verbally that they exist.  I have not
11 seen it in writing.
12     Q.  I'd like to discuss the scope of the BP Macondo
13 investigation with you in a little more detail since you
14 referenced it in your report.  And I want to ask you about
15 Mr. Wilson's deposition testimony regarding root cause
16 analysis.  In your footnote, in a footnote in your report, you
17 point to several of Mr. Wilson's reports that identify further
18 improvement needed in connection with incident investigation
19 and root cause analysis at BP.  Do you recall that?
20     A.  Yes, I do.
21     Q.  Mr. Wilson also testified, however, at his
22 deposition that the completion of followup and action items
23 relating to incident investigations was not a major problem.
24 Do you recall that testimony from Mr. Wilson?
25     A.  For the refineries, yes.

53 (Pages 206 to 209)