UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: | * | |
| | * | HONORABLE CARL J. BARBIER |
| No. 10-4536 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

**EX PARTE MOTION BY BPXP FOR LEAVE TO FILE EXHIBIT 1 TO BPXP'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE THE EXPERT REPORTS OF WALTER H. CANTRELL AND RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO UNRELATED PRIOR INCIDENTS UNDER SEAL**

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal Exhibit 1 attached to BPXP's Reply In Support of its Motion to Strike the Expert Reports of Walter H. Cantrell and Renewed Motion *in Limine* to Exclude Evidence Relating to Unrelated Prior Incidents (the "Motion"), which is being filed contemporaneously with this motion. Exhibit 1 contains excerpts from a deposition for which the deadline for claims of confidentiality has not yet passed. Therefore, out of an abundance of caution, BPXP seeks to file Exhibit 1 under seal. WHEREFORE, BPXP respectfully prays the Court for an Order that Exhibit A attached to the Reply be filed under seal.

Dated: November 19, 2014.                                     Respectfully submitted,


                                                              */s/ Don K. Haycraft*
                                                              Don K. Haycraft

Don K. Haycraft (Bar No. 14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia ("Carrie") Karis, P.C.
Matthew T. Regan, P.C.
Scott W. Fowkes, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of November, 2014.

                                                   */s/ Don K. Haycraft*
                                                   Don K. Haycraft