# Exhibit 1

## MENTAL HEALTH - BP OIL SPILL
### Fund 1408

| Date | Description | REIMBURSEMENT | GRANTS | TOTAL |
|---|---|---:|---:|---:|
| April 20, 2010 | Date of Oil Spill | | | |
| **RECEIPTS:** | | | | |
| Sept 13, 2010 | | | 12,000,000.00 | 12,000,000.00 |
| Sept. 17, 2010 | | 7,943.40 | | 7,943.40 |
| | Receipts to Date | 7,943.40 | 12,000,000.00 | 12,007,943.40 |
| **DISBURSEMENTS:** | | | | |
| Sept 23, 2010 | Personnel Costs - Other | 6,042.82 | 17,821.45 | 23,864.27 |
| Sept 23, 2010 | Employee Benefits - FICA | 329.67 | 1,435.48 | 1,765.15 |
| Sept 23, 2010 | Employee Benefits - Retirement | 516.24 | 2,333.17 | 2,849.41 |
| Sept 23, 2010 | Employee Benefits - Group Health Insurance | 754.67 | 1,838.70 | 2,593.37 |
| Sept 23, 2010 | Travel In State - Subsistence & Lodging Overnight Disasters | 300.00 | 1,050.00 | 1,350.00 |
| Sept. 23, 2010 | Supplies & Operating Expenses - Freight - Shipping | | 52.27 | 52.27 |
| Sept. 23, 2010 | Grants & Benefits - State Grants or Awards | | 55,459.29 | 55,459.29 |
| Sept. 27, 2010 | Grants & Benefits - State Grants or Awards | | 0.00 | 0.00 |
| Sept. 27, 2010 | Travel In State - Mileage | | 0.00 | 0.00 |
| Sept. 27, 2010 | Supplies & Operating Expenses - Office Operation | | 0.00 | 0.00 |
| Sept. 27, 2010 | Grants & Benefits - State Grants or Awards | | 0.00 | 0.00 |
| Sept. 29, 2010 | Grants & Benefits - State Grants or Awards | | 0.00 | 0.00 |
| Oct 9, 2010 | Travel In State - Overnight Disasters - Acquanetta A Knight | | 300.00 | 300.00 |
| Oct 9, 2010 | Travel In State - Overnight Disasters - John C Zeigler | | 300.00 | 300.00 |
| Oct 15, 2010 | Grants & Awards - Transfer Governor's Office on Faith Based | | 50,000.00 | 50,000.00 |
| Oct 16, 2010 | Rentals & Leases - Automotive - Department of Finance | | 257.50 | 257.50 |
| Oct 21, 2010 | Grants & Benefits - State Grants or Awards - Baldwin Co MH Board Inc | | 27,703.94 | 27,703.94 |
| Oct 29, 2010 | Grants & Benefits - State Grants or Awards - Altapointe Health Systems Inc | | 30,207.66 | 30,207.66 |
| Nov 3, 2010 | Travel In State - Subsistence & Lodging Overnight Disasters - Kathy R Seifried | | 0.00 | 0.00 |
| Nov 3, 2010 | Travel In State - Other Travel Expenses Disasters - Kathy R. Seifried | | 0.00 | 0.00 |
| Nov 3, 2010 | Travel Out of State-Subsistence & Lodging Overnight Disasters-Kathy R Seifried | | 0.00 | 0.00 |
| Nov 3, 2010 | Travel Out of State-Other Travel Expenses Disasters-Kathy R Seifried | | 0.00 | 0.00 |
| Nov 5, 2010 | Grants & Benefits - State Grants or Awards - Baldwin Co MH Board Inc | | 16,652.42 | 16,652.42 |
| Nov 9, 2010 | Travel In State - Subsistence & Lodging Overnight Disasters - Kathy R Seifried | | 525.00 | 525.00 |
| Nov 9, 2010 | Travel In State - Other Travel Expenses Disasters - Kathy R. Seifried | | 69.57 | 69.57 |
| Nov 9, 2010 | Travel Out of State - Kathy R Seifried | | 426.01 | 426.01 |
| Nov 9, 2010 | Rentals & Leases - Automotive - Department of Finance | | 508.95 | 508.95 |
| Nov 10, 2010 | Personnel Costs - Salaries Regular | | 14,209.59 | 14,209.59 |
| Nov 10, 2010 | Employee Benefits - FICA | | 1,047.92 | 1,047.92 |
| Nov 10, 2010 | Employee Benefits - Retirement | | 1,696.61 | 1,696.61 |
| Nov 10, 2010 | Employee Benefits - Group Health Insurance | | 1,280.68 | 1,280.68 |
| Nov 10, 2010 | Travel Out of State - Acquanetta A Knight | | 326.48 | 326.48 |
| Nov 10, 2010 | Travel In State - Mileage Disasters - Richard E Powers MD | | 1,822.00 | 1,822.00 |
| Nov 10, 2010 | Travel In State-Subsistence & Lodging Overnight Disasters Richard E Powers MD | | 600.00 | 600.00 |
| Nov 17, 2010 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 51,658.68 | 51,658.68 |
| Nov 24, 2010 | Personnel Costs - Salaries Regular | | 3,243.89 | 3,243.89 |
| Nov 24, 2010 | Employee Benefits - FICA | | 248.16 | 248.16 |
| Nov 24, 2010 | Employee Benefits - Retirement | | 387.32 | 387.32 |
| Nov 24, 2010 | Employee Benefits - Group Health Insurance | | 754.69 | 754.69 |
| Dec 1, 2010 | Grants and Benefits - State Grants and Awards- Baldwin Co MH Board Inc | | 82,570.81 | 82,570.81 |
| Dec 11, 2010 | Rentals and Leases - Automotive - Department of Finance | | 515.20 | 515.20 |
| Dec 13, 2010 | Personnel Costs - Salaries - Regular | | 2,067.76 | 2,067.76 |
| Dec 13, 2010 | Employee Benefits - FICA | | 151.93 | 151.93 |
| Dec 13, 2010 | Employee Benefits - Retirement | | 246.90 | 246.90 |
| Dec 16, 2010 | Travel In State - Subsistence & Lodging Overnight Disasters - Kathy R Seifried | | 375.00 | 375.00 |
| Dec 18, 2010 | Grants and Benefits - Interfund Programs - Department of Public Health | | 410,000.00 | 410,000.00 |
| Dec 21, 2010 | Grants and Benefits - State Grants and Awards- Governor's Office on Faith Based | | 1,000,000.00 | 1,000,000.00 |
| Dec 23, 2010 | Grants and Benefits - State Grants and Awards - Baldwin Co MH Board Inc | | 95,741.09 | 95,741.09 |
| Dec 23, 2010 | Grants and Benefits - State Grants and Awards - Altapointe Health Services Inc | | 29,543.43 | 29,543.43 |
| Dec 27, 2010 | Personnel Costs - Salaries - Regular | | 3,008.28 | 3,008.28 |
| Dec 27, 2010 | Employee Benefits - FICA | | 230.14 | 230.14 |
| Dec 27, 2010 | Employee Benefits - Retirement | | 359.20 | 359.20 |
| Dec 27, 2010 | Employee Benefits - Group Health Insurance | | 699.79 | 699.79 |
| Dec 31, 2010 | Grants and Benefits - State Grants and Awards - Altapointe Health Services Inc | | 29,079.16 | 29,079.16 |
| Jan 6, 2011 | Grants & Awards - State Grants & Awards - Baldwin Co Mental Health Board | | 28,848.88 | 28,848.88 |
| Jan 7, 2011 | Travel In State - Mileage Disasters - Richard E Powers MD | | 658.50 | 658.50 |
| Jan 7, 2011 | Travel In State - Subsistence & Lodging Overnight Disaster - Richard E Powers MD | | 525.00 | 525.00 |
| Jan 11, 2011 | Personnel Costs - Salaries - Regular | | 606.97 | 606.97 |
| Jan 11, 2011 | Employee Benefits - FICA | | 43.18 | 43.18 |
| Jan 11, 2011 | Employee Benefits - Retirement | | 72.47 | 72.47 |
| Jan 22, 2011 | Rentals and Leases - Automotive - Department of Finance | | 243.00 | 243.00 |
| Jan 25, 2011 | Travel In State - Subsistence & Lodging Overnight Disasters - Aquanetta A Knight | | 300.00 | 300.00 |
| Jan 25, 2011 | Grants & Awards - State Grants & Awards - Baldwin Co Mental Health Board | | 11,501.19 | 11,501.19 |
| Jan 27, 2011 | Personnel Costs - Salaries - Regular | | 3,546.85 | 3,546.85 |

**MENTAL HEALTH - BP OIL SPILL**
**Fund 1408**

April 20, 2010 — Date of Oil Spill

| Date | Description | REIMBURSEMENT | GRANTS | TOTAL |
|---|---|---|---|---|
| Jan 27, 2011 | Employee Benefits - FICA | | 271.33 | 271.33 |
| Jan 27, 2011 | Employee Benefits - Retirement | | 423.49 | 423.49 |
| Jan 27, 2011 | Employee Benefits - Group Health Insurance | | 825.12 | 825.12 |
| Jan 27, 2011 | Travel In State - Subsistence & Lodging Overnight Disaster - Kathy R Seifried | | 300.00 | 300.00 |
| Jan 27, 2011 | Grants & Awards - State Grants & Awards - Baldwin Co Mental Health Board | | 96,724.82 | 96,724.82 |
| Jan 29, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 5,000.00 | 5,000.00 |
| Jan 29, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 30,570.30 | 30,570.30 |
| Feb 9, 2011 | Grants & Awards - State Grants & Awards - Baldwin Co Mental Health Board | | 9,764.76 | 9,764.76 |
| Feb 11, 2011 | Salaries - Regular | | 1,674.85 | 1,674.85 |
| Feb 11, 2011 | Employee Benefits - FICA | | 119.15 | 119.15 |
| Feb 11, 2011 | Employee Benefits - Retirement | | 199.97 | 199.97 |
| Feb 24, 2011 | Salaries - Regular | | 2,983.08 | 2,983.08 |
| Feb 24, 2011 | Employee Benefits - FICA | | 228.21 | 228.21 |
| Feb 24, 2011 | Employee Benefits - Retirement | | 356.19 | 356.19 |
| Feb 24, 2011 | Employee Benefits - Group Health Insurance | | 695.22 | 695.22 |
| Feb 25, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 121,720.85 | 121,720.85 |
| Feb 26, 2011 | Travel Out of State - Subsistence & Lodging Overnight Disasters | | 404.06 | 404.06 |
| Feb 26, 2011 | Travel Out of State - Other Travel Expense - Disasters | | 71.68 | 71.68 |
| Feb 27, 2011 | Travel Out of State - Subsistence & Lodging Overnight - Aquanetta A Knight | | 363.65 | 363.65 |
| March 8, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 2,325.85 | 2,325.85 |
| March 11, 2011 | Personnel Costs - Regular Salaries | | 1,499.58 | 1,499.58 |
| March 11, 2011 | Employee Benefits - FICA | | 106.69 | 106.69 |
| March 11, 2011 | Employee Benefits - Retirement | | 179.06 | 179.06 |
| March 11, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 13,329.19 | 13,329.19 |
| March 12, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 112.26 | 112.26 |
| March 12, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 2,507.43 | 2,507.43 |
| March 12, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 55.20 | 55.20 |
| March 16, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 64,839.32 | 64,839.32 |
| March 16, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 102,557.69 | 102,557.69 |
| March 17, 2011 | Rentals and Leases - Automotive - Department of Finance | | 251.80 | 251.80 |
| March 19, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 1,863.54 | 1,863.54 |
| March 23, 2011 | Rentals and Leases - Automotive - Department of Finance | | 269.70 | 269.70 |
| March 29, 2011 | Personnel Costs - Regular Salaries | | 1,791.70 | 1,791.70 |
| March 29, 2011 | Employee Benefits - FICA | | 137.07 | 137.07 |
| March 29, 2011 | Employee Benefits - Retirement | | 213.93 | 213.93 |
| March 29, 2011 | Employee Benefits - Group Health Insurance | | 420.80 | 420.80 |
| April 2, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 49,209.76 | 49,209.76 |
| April 9, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 1,546.09 | 1,546.09 |
| April 12, 2011 | Personnel Costs - Regular Salaries | | 1,820.92 | 1,820.92 |
| April 12, 2011 | Employee Benefits - FICA | | 129.55 | 129.55 |
| April 12, 2011 | Employee Benefits - Retirement | | 217.42 | 217.42 |
| April 13, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 44,282.56 | 44,282.56 |
| April 18, 2011 | Personnel Costs - Regular Salaries | | 2,734.29 | 2,734.29 |
| April 18, 2011 | Employee Benefits - FICA | | 209.17 | 209.17 |
| April 18, 2011 | Employee Benefits - Retirement | | 326.48 | 326.48 |
| April 26, 2011 | Personnel Costs - Regular Salaries | | 2,298.05 | 2,298.05 |
| April 26, 2011 | Employee Benefits - FICA | | 175.81 | 175.81 |
| April 26, 2011 | Employee Benefits - Retirement | | 274.40 | 274.40 |
| April 26, 2011 | Employee Benefits - Group Health Insurance | | 539.71 | 539.71 |
| April 27, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 150,000.00 | 150,000.00 |
| May 3, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 151,299.55 | 151,299.55 |
| May 6, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 1,373.61 | 1,373.61 |
| May 11, 2011 | Personnel Costs - Regular Salaries | | 685.52 | 685.52 |
| May 11, 2011 | Employee Benefits - FICA | | 48.77 | 48.77 |
| May 11, 2011 | Employee Benefits - Retirement | | 81.85 | 81.85 |
| May 12, 2011 | Grants & Benefits - Interfund Program - Gov Office on Faith Based | | 1,050,000.00 | 1,050,000.00 |
| May 13, 2011 | Grants and Benefits - State Grants and Awards- Governor's Office on Faith Based | | (1,000,000.00) | (1,000,000.00) |
| May 13, 2011 | Grants & Benefits - Interfund Program - Gov Office on Faith Based | | 1,000,000.00 | 1,000,000.00 |
| May 16, 2011 | Professional Services - Medical | | 16,855.36 | 16,855.36 |
| May 20, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 83,100.41 | 83,100.41 |
| May 25, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 5,967.51 | 5,967.51 |
| May 25, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 75.11 | 75.11 |
| May 26, 2011 | Personnel Costs - Regular Salaries | | 541.74 | 541.74 |
| May 26, 2011 | Employee Benefits - FICA | | 41.44 | 41.44 |
| May 26, 2011 | Employee Benefits - Retirement | | 64.69 | 64.69 |
| May 26, 2011 | Employee Benefits - Group Health Insurance | | 115.71 | 115.71 |
| May 26, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 869.91 | 869.91 |
| May 26, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 98,868.83 | 98,868.83 |
| May 28, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 17,658.97 | 17,658.97 |
| June 3, 2011 | Travel in State - Mileage - Disasters - Richard E Powers MD | | 1,804.38 | 1,804.38 |
| June 10, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 221.95 | 221.95 |

AL-ED-000031684

## MENTAL HEALTH - BP OIL SPILL
## Fund 1408

April 20, 2010 — Date of Oil Spill

| Date | Description | REIMBURSEMENT | GRANTS | TOTAL |
|---|---|---:|---:|---:|
| June 11, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 1,331.54 | 1,331.54 |
| June 15, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 20,230.57 | 20,230.57 |
| June 23, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 4,208.00 | 4,208.00 |
| June 23, 2011 | State Grants or Awards - Emmas Harvest Home | | 852.00 | 852.00 |
| June 28, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 78,207.85 | 78,207.85 |
| June 28, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 92,854.39 | 92,854.39 |
| July 1, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 18,926.18 | 18,926.18 |
| July 7, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 4,208.00 | 4,208.00 |
| July 7, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 1,998.00 | 1,998.00 |
| July 12, 2011 | Personnel Costs - Regular Salaries | | 155.80 | 155.80 |
| July 12, 2011 | Employee Benefits - FICA | | 11.08 | 11.08 |
| July 12, 2011 | Employee Benefits - Retirement | | 18.60 | 18.60 |
| July 20, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 128,076.71 | 128,076.71 |
| July 20, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 63,605.65 | 63,605.65 |
| July 27, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 3,600.00 | 3,600.00 |
| July 27, 2011 | State Grants or Awards - Emmas Harvest Home | | 616.00 | 616.00 |
| July 27, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 6,116.30 | 6,116.30 |
| August 11, 2011 | Personnel Costs - Regular Salaries | | 1,542.42 | 1,542.42 |
| August 11, 2011 | Employee Benefits - FICA | | 109.73 | 109.73 |
| August 11, 2011 | Employee Benefits - Retirement | | 184.17 | 184.17 |
| August 11, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 36,025.88 | 36,025.88 |
| August 13, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 155,826.06 | 155,826.06 |
| August 20, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 2,100.00 | 2,100.00 |
| August 29, 2011 | Personnel Costs - Regular Salaries | | 798.48 | 798.48 |
| August 29, 2011 | Employee Benefits - FICA | | 61.07 | 61.07 |
| August 29, 2011 | Employee Benefits - Retirement | | 95.34 | 95.34 |
| August 29, 2011 | Employee Benefits - Group Health Insurance | | 187.53 | 187.53 |
| August 30, 2011 | Travel Out of State - Subsistence & Lodging Overnight - Aquanetta A Knight | | 274.68 | 274.68 |
| August 30, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 58,498.21 | 58,498.21 |
| Sept 7, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 840.00 | 840.00 |
| Sept 9, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 63,418.13 | 63,418.13 |
| Sept 9, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 158,206.45 | 158,206.45 |
| Sept 13, 2011 | Personnel Costs - Regular Salaries | | 678.38 | 678.38 |
| Sept 13, 2011 | Employee Benefits - FICA | | 48.26 | 48.26 |
| Sept 13, 2011 | Employee Benefits - Retirement | | 81.00 | 81.00 |
| Sept 16, 2011 | Personnel Costs - Regular Salaries | | 470.65 | 470.65 |
| Sept 16, 2011 | Employee Benefits - FICA | | 24.89 | 24.89 |
| Sept 16, 2011 | Employee Benefits - Retirement | | 39.14 | 39.14 |
| Sept 16, 2011 | Employee Benefits - Group Health Insurance | | 68.61 | 68.61 |
| Sept 22, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | (4,208.00) | (4,208.00) |
| Oct 7, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 120.00 | 120.00 |
| Oct 7, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 480.00 | 480.00 |
| Oct 7, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 162.00 | 162.00 |
| Oct 25, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 11,044.08 | 11,044.08 |
| Oct 25, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 170,920.42 | 170,920.42 |
| Oct 28, 2011 | Grants & Awards - State Grants & Awards - The Shoulder of Central Gulf Coast | | 3,510.00 | 3,510.00 |
| Oct 29, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 214.00 | 214.00 |
| Nov 3, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 246,763.14 | 246,763.14 |
| Nov 9, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 48.12 | 48.12 |
| Dec 13, 2011 | Personnel Costs - Regular Salaries | | 116.85 | 116.85 |
| Dec 13, 2011 | Employee Benefits - FICA | | 8.32 | 8.32 |
| Dec 13, 2011 | Employee Benefits - Retirement | | 11.01 | 11.01 |
| Dec 17, 2011 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 86,876.24 | 86,876.24 |
| Dec 20, 2011 | Mental Health Transfer | | (290,344.82) | (290,344.82) |
| Dec 27, 2011 | Personnel Costs - Regular Salaries | | 1,012.71 | 1,012.71 |
| Dec 27, 2011 | Employee Benefits - FICA | | 77.98 | 77.98 |
| Dec 27, 2011 | Employee Benefits - Retirement | | 95.39 | 95.39 |
| Dec 27, 2011 | Employee Benefits - Group Health Insurance | | 237.84 | 237.84 |
| Dec 31, 2011 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 126,402.47 | 126,402.47 |
| Jan 10, 2012 | Personnel Costs - Regular Salaries | | 136.33 | 136.33 |
| Jan 10, 2012 | Employee Benefits - FICA | | 9.67 | 9.67 |
| Jan 10, 2012 | Employee Benefits - Retirement | | 12.84 | 12.84 |
| Jan 13, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 166,991.10 | 166,991.10 |
| Jan 27, 2012 | Personnel Costs - Regular Salaries | | 1,049.71 | 1,049.71 |
| Jan 27, 2012 | Employee Benefits - FICA | | 80.30 | 80.30 |
| Jan 27, 2012 | Employee Benefits - Retirement | | 98.89 | 98.89 |
| Jan 27, 2012 | Employee Benefits - Group Health Insurance | | 246.53 | 246.53 |
| Jan 31, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 83,597.31 | 83,597.31 |
| Feb 10, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 109,239.99 | 109,239.99 |
| Feb 13, 2012 | Personnel Costs - Regular Salaries | | 89.25 | 89.25 |
| Feb 13, 2012 | Employee Benefits - FICA | | 6.35 | 6.35 |

AL-ED-000031685

## MENTAL HEALTH - BP OIL SPILL
### Fund 1408

April 20, 2010 — Date of Oil Spill

| Date | Description | REIMBURSEMENT | GRANTS | TOTAL |
|---|---|---:|---:|---:|
| Feb 13, 2012 | Employee Benefits - Retirement | | 8.40 | 8.40 |
| Feb 14, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 76,687.41 | 76,687.41 |
| Feb 23, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 220,590.28 | 220,590.28 |
| Feb 27, 2012 | Personnel Costs - Regular Salaries | | 934.81 | 934.81 |
| Feb 27, 2012 | Employee Benefits - FICA | | 71.50 | 71.50 |
| Feb 27, 2012 | Employee Benefits - Retirement | | 88.06 | 88.06 |
| Feb 27, 2012 | Employee Benefits - Group Health Insurance | | 219.54 | 219.54 |
| March 3, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 43,704.86 | 43,704.86 |
| March 13, 2012 | Personnel Costs - Regular Salaries | | 814.06 | 814.06 |
| March 13, 2012 | Employee Benefits - FICA | | 57.84 | 57.84 |
| March 13, 2012 | Employee Benefits - Retirement | | 76.68 | 76.68 |
| March 15, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 169,133.04 | 169,133.04 |
| March 16, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 73,970.72 | 73,970.72 |
| March 27, 2012 | Personnel Costs - Regular Salaries | | 525.83 | 525.83 |
| March 27, 2012 | Employee Benefits - FICA | | 40.23 | 40.23 |
| March 27, 2012 | Employee Benefits - Retirement | | 49.54 | 49.54 |
| March 27, 2012 | Employee Benefits - Group Health Insurance | | 123.50 | 123.50 |
| March 29, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 140,960.29 | 140,960.29 |
| April 21, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 54,907.95 | 54,907.95 |
| April 21, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 44,639.81 | 44,639.81 |
| April 26, 2012 | Personnel Costs - Regular Salaries | | 942.59 | 942.59 |
| April 26, 2012 | Employee Benefits - FICA | | 72.11 | 72.11 |
| April 26, 2012 | Employee Benefits - Retirement | | 88.79 | 88.79 |
| April 26, 2012 | Employee Benefits - Group Health Insurance | | 221.37 | 221.37 |
| May 11, 2012 | Personnel Costs - Regular Salaries | | 350.56 | 350.56 |
| May 11, 2012 | Employee Benefits - FICA | | 24.89 | 24.89 |
| May 11, 2012 | Employee Benefits - Retirement | | 33.02 | 33.02 |
| May 12, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 75,924.91 | 75,924.91 |
| May 15, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 136,809.67 | 136,809.67 |
| May 29, 2012 | Personnel Costs - Regular Salaries | | 155.80 | 155.80 |
| May 29, 2012 | Employee Benefits - FICA | | 11.92 | 11.92 |
| May 29, 2012 | Employee Benefits - Retirement | | 14.68 | 14.68 |
| May 29, 2012 | Employee Benefits - Group Health Insurance | | 36.59 | 36.59 |
| June 2, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 105,845.58 | 105,845.58 |
| June 2, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 27,878.52 | 27,878.52 |
| June 12, 2012 | Personnel Costs - Regular Salaries | | 178.52 | 178.52 |
| June 12, 2012 | Employee Benefits - FICA | | 12.68 | 12.68 |
| June 12, 2012 | Employee Benefits - Retirement | | 16.82 | 16.82 |
| June 15, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 86,874.67 | 86,874.67 |
| June 20, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 145,270.98 | 145,270.98 |
| June 26, 2012 | Personnel Costs - Regular Salaries | | 1,538.53 | 1,538.53 |
| June 26, 2012 | Employee Benefits - FICA | | 117.69 | 117.69 |
| June 26, 2012 | Employee Benefits - Retirement | | 144.92 | 144.92 |
| June 26, 2012 | Employee Benefits - Group Health Insurance | | 361.33 | 361.33 |
| June 28, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 399,641.66 | 399,641.66 |
| July 3, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 125,755.44 | 125,755.44 |
| July 11, 2012 | Personnel Costs - Regular Salaries | | 471.29 | 471.29 |
| July 11, 2012 | Employee Benefits - FICA | | 33.48 | 33.48 |
| July 11, 2012 | Employee Benefits - Retirement | | 44.39 | 44.39 |
| July 17, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 67,917.50 | 67,917.50 |
| July 27, 2012 | Personnel Costs - Regular Salaries | | 428.45 | 428.45 |
| July 27, 2012 | Employee Benefits - FICA | | 32.77 | 32.77 |
| July 27, 2012 | Employee Benefits - Retirement | | 40.36 | 40.36 |
| July 27, 2012 | Employee Benefits - Group Health Insurance | | 100.62 | 100.62 |
| August 1, 2012 | Supplies - Freight/Shipping - FedEx | | 59.65 | 59.65 |
| August 2, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 38,576.00 | 38,576.00 |
| August 10, 2012 | Travel In State - Subsistence & Lodging Not Overnight - Aquanetta A Knight | | 11.25 | 11.25 |
| August 13, 2012 | Personnel Costs - Regular Salaries | | 606.97 | 606.97 |
| August 13, 2012 | Employee Benefits - FICA | | 43.11 | 43.11 |
| August 13, 2012 | Employee Benefits - Retirement | | 57.19 | 57.19 |
| August 15, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 68,716.22 | 68,716.22 |
| August 28, 2012 | Personnel Costs - Regular Salaries | | 136.33 | 136.33 |
| August 28, 2012 | Employee Benefits - FICA | | 11.29 | 11.29 |
| August 28, 2012 | Employee Benefits - Retirement | | 12.84 | 12.84 |
| August 28, 2012 | Employee Benefits - Group Health Insurance | | 32.02 | 32.02 |
| Sept 6, 2012 | Rentals and Leases - Automotive - Department of Finance | | 292.05 | 292.05 |
| Sept 7, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 124,441.46 | 124,441.46 |
| Sept 7, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 62,701.46 | 62,701.46 |
| Sept 11, 2012 | Personnel Costs - Regular Salaries | | 428.44 | 428.44 |
| Sept 11, 2012 | Employee Benefits - FICA | | 30.44 | 30.44 |
| Sept 11, 2012 | Employee Benefits - Retirement | | 40.36 | 40.36 |

**MENTAL HEALTH - BP OIL SPILL**
**Fund 1408**

April 20, 2010    Date of Oil Spill

| Date | Description | REIMBURSEMENT | GRANTS | TOTAL |
|---|---|---:|---:|---:|
| Oct 23, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 108,851.33 | 108,851.33 |
| Nov 3, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 78,921.28 | 78,921.28 |
| Nov 3, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 134,318.65 | 134,318.65 |
| Nov 17, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 72,507.71 | 72,507.71 |
| Nov 17, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 36,975.17 | 36,975.17 |
| Dec 5, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 258,217.99 | 258,217.99 |
| Dec 15, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 39,638.61 | 39,638.61 |
| Dec 15, 2012 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 76,234.90 | 76,234.90 |
| Dec 21, 2012 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 108,309.00 | 108,309.00 |
| Jan 16, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 79,123.33 | 79,123.33 |
| Feb 14, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 16,366.35 | 16,366.35 |
| Feb 16, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 56,632.49 | 56,632.49 |
| Feb 22, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 177,185.39 | 177,185.39 |
| March 7, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 92,826.47 | 92,826.47 |
| March 9, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 56,896.02 | 56,896.02 |
| April 3, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 121,066.39 | 121,066.39 |
| April 26, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 121,528.76 | 121,528.76 |
| May 15, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 33,474.97 | 33,474.97 |
| May 15, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 147,334.32 | 147,334.32 |
| May 31, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 85,360.37 | 85,360.37 |
| June 6, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 108,236.07 | 108,236.07 |
| June 20, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 13,870.92 | 13,870.92 |
| July 13, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 123,555.54 | 123,555.54 |
| July 26, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 55,816.69 | 55,816.69 |
| August 3, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 102,811.81 | 102,811.81 |
| August 17, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 50,813.48 | 50,813.48 |
| August 28, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 104,151.87 | 104,151.87 |
| Sept 5, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 51,284.80 | 51,284.80 |
| October 16, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 73,732.23 | 73,732.23 |
| October 24, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 21,044.28 | 21,044.28 |
| October 26, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 11,923.85 | 11,923.85 |
| November 8, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 24,775.65 | 24,775.65 |
| November 8, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 49,513.75 | 49,513.75 |
| November 26, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 238,085.74 | 238,085.74 |
| December 6, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 56,916.82 | 56,916.82 |
| December 17, 2013 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 53,842.78 | 53,842.78 |
| December 31, 2013 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 67,877.57 | 67,877.57 |
| January 10, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 12,981.84 | 12,981.84 |
| January 28, 2014 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 52,524.57 | 52,524.57 |
| January 28, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 65,905.35 | 65,905.35 |
| February 5, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 20,858.53 | 20,858.53 |
| February 5, 2014 | Grants & Awards - State Grants and Awards - Altapointe Health Services Inc | | 71,610.90 | 71,610.90 |
| February 25, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 49,429.44 | 49,429.44 |
| March 21, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 24,963.14 | 24,963.14 |
| April 11, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 49,840.97 | 49,840.97 |
| April 17, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 7.58 | 7.58 |
| April 18, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 53,304.77 | 53,304.77 |
| May 15, 2014 | State Grants or Awards - Baldwin County Mental Health Board Inc | | 22,759.71 | 22,759.71 |
| | | | | 0.00 |
| | | | | 0.00 |
| **ENCUMBRANCES:** | | | | 0.00 |
| | | | | 0.00 |
| | Disbursed and Encumbered Year to Date | 7,943.40 | 11,588,855.67 | 11,596,799.07 |
| **BALANCE** | | 0.00 | 411,144.33 | 411,144.33 |
| | | | 411,144.33 | 411,144.33 |
| | | | | (0.00) |

AL-ED-000031687