# Exhibit 2

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Adam Kaufmann<br>To Call Writer Directly:<br>(312) 862-2852<br>adam.kaufmann@kirkland.com | 300 North LaSalle<br>Chicago, Illinois  60654<br><br>(312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

November 4, 2014

**Via E-Mail**

J. Parker Miller, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36103
parker.miller@beasleyallen.com

    Re: MDL2179 Alabama OPA Economic Claim:
       Alabama Revenue Databases

Dear Parker:

  I write on behalf of Defendant BP Exploration & Production Inc. ("BPXP") in response to your October 21, 2014 regarding the Alabama Department of Revenue's RITS database and October 22, 2014 letter regarding the Alabama Department of Finance's Central Accounting Database ("CAD").

**I. RITS Database**

  Based on the proposal in your October 21 letter and the information you have provided regarding the information maintained in the RITS database, I identify below the specific queries/reports that BPXP requests from the RITS database. I also note that in the interest of expediting resolution of this issue, we have identified only 4 tax streams of the 48 listed in the State's monthly revenue abstracts for which we request additional information. This request, however, is based on our current understanding from the information you have provided, and BPXP reserves the right to request additional queries/reports in the future should BPXP learn through discovery or otherwise that additional information of relevance to Alabama's claims and/or BPXP's defenses is contained in the RITS database and can be queried.

  I also note that in your September 29, 2014 letter, you explained that "the RITS system is used to generate the State's monthly abstract tax stream report." Therefore, we understand that revenue data in the RITS database can be: (1) queried on a monthly basis; and (2) produced in native Excel (*i.e.*, .XLS or .XLSX) format as was done in the State's Rule 26 document production for the monthly revenue abstracts. Accordingly, for each of the queries/reports

Parker Miller, Esq.
November 4, 2014
Page 2

requested below, please provide the data in Excel format on a per month basis dating back as far as the data is maintained in the RITS database, which I understand varies for each tax stream but in no case is earlier than 2005.

Additionally, it is not apparent which field(s) maintained for each of the various tax streams in the RITS database are used to generate the State's official monthly revenue abstracts. Thus, we are unable to identify the specific revenue field(s) against which we request queries/reports be run. However, for the information requested below, we request that these queries be run against the field(s) that is/are used to generate the monthly revenue abstracts. For example, for the additional information requested regarding the State's business income tax collections, we request that this information be provided for the field(s) that are aggregated to generate the summary of business income tax collections reported in the State's monthly revenue abstracts.

### A. Business Income Tax (BIT)

The Business Income Tax ("BIT") is collected using six separate tax return types (*i.e.*, RT20C, RT20CC, RT20E, RT20S, RT65, and RTPTEC). For all but the RT20E return type, we understand that the RITS database maintains information regarding the zip code of the "owner" or paying entity. We also understand that the RITS database maintains information regarding the "Federal business code number," "Company type," or "Business type" of the paying entity for all but the RT20E and RTPTEC return types. Therefore, for each return type for which the information is maintained, please provide monthly business income tax collections broken down by the zip code of the owner or paying entity and by business code, business type, or company type.

### B. Business Privilege Tax (BPT)

The RITS database maintains information regarding the Business Privilege Tax ("BPT") for three separate tax return types (*i.e.*, RTBPIN, RTBPT, and RTPSA). For each of these tax return types, we understand that the database also maintains information regarding the NAICS code of the paying entity. Therefore, for each of the three return types, please provide the monthly Business Privilege Tax collections broken down by NAICS code.

### C. Individual Income Tax (IIT)

The Individual Income Tax ("IIT") is collected using three separate tax return types (*i.e.*, RT40, RT40A, and RT40NR). We understand that for the RT40 and RT40A return types, the RITS database maintains information regarding the zip code of the individual paying the tax. Therefore, for these return types please provide the monthly individual income tax collections broken down by the zip code of the payer.

We also understand that for the RT40NR (*i.e.*, non-resident) return type, the RITS database maintains information regarding the "State of legal residence" of the individual paying

Parker Miller, Esq.
November 4, 2014
Page 3

the tax. Therefore, please provide a breakdown by State of residence of the monthly individual income tax collections for return type RT40NR.

>   D.   **Lodging Tax (LOG)**

Thank you for confirming that the State maintains collections of Lodging taxes by county and that the State will be providing a breakdown of its monthly Lodging tax collections by county.

>   E.   **Sales & Use Tax Collections**

In our review of the data available in the RITS database regarding State sales taxes (*i.e.*, "SDP" and "SLS") and State use taxes (*i.e.*, "CNU," "CSU," and "SLU") we have not identified any fields which track these collections by location. However, the Department of Revenue's Annual Reports report annual State sales tax and State use tax collections by county. *See, e.g.*, http://revenue.alabama.gov/documents/annual_report/2013_annual-report.pdf. Therefore, please confirm that the State sales and use tax collection information maintained in the RITS database cannot be queried by county, zip code, or other geographic division. If this information is not maintained in the RITS database, please also advise how the State generates the annual State sales and use tax collection figures by county.

>   F.   **State-Administered Tax Collections At The County Level**

Thank you for confirming that the State administers tax collections at the county-level for Geneva and Escambia counties and that the State will be providing a breakdown of its monthly tax collections from these counties.

>   G.   **Withholding (WTH)**

Income tax withholdings are not a specific line item in the State's monthly revenue abstract, but are a separate category of taxes maintained in the RITS database and are relevant to the State's tax loss claims. Therefore, please provide a breakdown by month of the State's collections of income tax withholdings.

## II.   Central Accounting Database

The information you have provided in your October 22 letter and its attachments regarding the Central Accounting Database ("CAD") is not sufficient to evaluate the contents of this database and how this information can be queried and reported. The Excel file attached to your letter identifies by name eleven "Central Reports" and one "Agency Split Report" that can be generated from the CAD, but we do not have sufficient information to evaluate the contents of these reports. Your correspondence does not provide a description of the 12 reports identified and provides only a one page excerpt for some, but not all, of these reports that is not sufficient to evaluate their contents. For example, it is not clear what revenue streams are included in the "Monthly Revenue Report (FMSGRECR)" or the "Monthly Revenue Source Summary By

Parker Miller, Esq.
November 4, 2014
Page 4

Revenue Source (FMSGMRSS)" report from just the first page of the sample reports provided. We therefore request a complete sample of each of these reports. Please also advise if these reports can be generated in a non-PDF form, such as an Excel file.

  Additionally, although you have provided a "Chart of Accounts" that provides a key for the "Revenue Source Code" identified in many of the sample reports, there are several other fields in these reports whose meaning is not apparent and for which you have not provided a key. Accordingly, please provide a key for the Fund, Agency or AGY, Account Type, and Trans Code fields used in many of these reports.

  Please let me know if you would like to set up a call to discuss our questions. We are happy to do so, if that would be an easier or more efficient way to proceed.

          Very truly yours,

          Adam M. Kaufmann