# Exhibit 3



**Beasley Allen**
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
——————————J ————————— Attorneys at law

218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343
(800) 898-2034
FAX: (334) 954-7555
BEASLEYALLEN.COM

J. Parker Miller
Parker.Miller@BeasleyAllen.com

November 17, 2014

**VIA ELECTRONIC MAIL**
Mr. Adam M. Kaufmann
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

> Re:   State of Alabama v. BP, et al.
>        Tax Revenue Database Follow-up

Dear Adam:

I hope you are doing well.

I am writing to follow up on your November 4, 2014 letter regarding the State's tax revenue databases.  The Department of Revenue has confirmed with me that it appears, at least on the front end, that the below-referenced tax streams can be queried from the RITS database as you have requested:

- Business Income Taxes (BIT)
- Business Privilege Tax (BPT)
- Individual Income Tax (IIT): As to your question regarding the RT40NR, the Department has informed me that while it does not track the "State of legal residence," BP can identify the State of residence by referring to the tax payer's corresponding ZIP code.
- Sales & Use Tax Collections:  The sales and use tax collection information does include a reference ZIP code, and I am told that this information can be queried.
- Withholding (WTH)

The Department of Revenue has begun querying the information that you have requested. If we run into any unforeseen issues on the data pull and/or production of this information, we will let you know.

As to the Central Accounting System, to clarify ambiguities associated with the 12 reports, I have attached a document that summarizes the purposes and contents of those reports. It is my understanding that these reports cannot be generated in excel format – they are all .pdf form. In addition, I have included the full version of the reports previously circulated to you as well as a key for the various fields in the reports.

Please let me know if you have any further questions.

With best regards, I am,

Very truly yours,

BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.

J. Parker Miller

Deputy Attorney General
and Counsel for the State of Alabama

JPM/my1
Enclosures

cc:     Rhon E. Jones
        Richard D. Stratton
        Jennifer E. Day
        Corey L. Maze
        Winfield Sinclair