# Exhibit 8

**From:** Collier, Paul D.
**Sent:** Thursday, November 06, 2014 12:44 AM
**To:** *CMaze@ago.state.al.us
**Cc:** Sinclair, Win; 'Parker Miller'; 'Rhon Jones'; Ky Kirby (APC); Halverson, David M.; Doug Hastings; 'Thomas R. Lotterman'; *edward.flanders@pillsburylaw.com; Stella Pulman [MOEX]; Tamerlin Godley [T/O]; Grant Davis-Denney (T/O); Paul Thibodeaux [T/O]; Carter Williams [T/O]; Donald Godwin [HESI]; Martinez, Jenny; Bowman Jr., Bruce; York, R. Alan; Raines, Carolyn; Brock, Mike; Morriss, Chad; Langan, Andrew; *mbrowne@cov.com; Stahl, Catherine E.
**Subject:** RE: Alabama economic loss case -- discovery letter

Corey,

I write to confirm BPXP's understanding of our discussion during the parties' meet-and-confer today.

Alabama's Re-Production of Its Document Production

You advised that Alabama considers the concerns raised in my November 4 letter regarding the sufficiency of Alabama's document production to be premature in light of Alabama's forthcoming re-production. You further advised that any concerns regarding the sufficiency of Alabama's document production should not be addressed until after Alabama's re-production is complete.

Alabama's Reliance on Rule 33(d)

You advised that due to Alabama's intention to re-produce its document production, the State has not supplemented its interrogatory responses that rely on Rule 33(d) to identify relevant Bates ranges. However, you further advised that after Alabama's document re-production is complete, the State will supplement its interrogatory responses that rely on Rule 33(d) to identify the relevant Bates ranges of responsive documents.

Interrogatory Nos. 1, 2, 5, 10, and 12

You advised that after Alabama's document re-production is complete it will supplement its responses to Interrogatory Nos. 1, 2, 5, 10, and 12 to provide additional information and to identify responsive documents that address the deficiencies of Alabama's current responses as discussed in my November 4 letter. You further agreed that in light of Alabama's intention to supplement these discovery responses, it would be premature for BP to raise its concerns with the Court at this time and that Alabama would not object to BPXP seeking court intervention, if necessary, until after Alabama supplements its responses.

Interrogatory No. 7

You confirmed that the parties are at an impasse regarding the sufficiency of Alabama's response to Interrogatory No. 7.

Interrogatory No. 22

You advised that Alabama will supplement its response to Interrogatory No. 22 by November 14 to address the concerns raised in my November 4 letter, in light of BPXP's October 28 supplemental response to Alabama's Interrogatory No. 13.

Interrogatory Nos. 16 and 18 and Request for Production Nos. 29 and 30

You advised that Alabama is not withholding any information responsive to these discovery requests, but that Alabama has not located any information responsive other than publicly available press releases regarding beach closures. You also advised that Alabama would continue to look for responsive information and documents and may supplement its responses if additional information is found.

You further advised that Alabama understands Request for Production No. 30 to be limited to documents regarding closures of "beaches, marshes, or other lands otherwise accessible to the public" that are located along or near Alabama's Gulf Coast.  I can confirm that your understanding is consistent with Defendants' intended scope of this request.

Request for Admission Nos. 23 and 24

You confirmed that the parties are at an impasse regarding the sufficiency of Alabama's response to Request for Admission Nos. 23 and 24.

Alabama's Revenue Databases

You advised that Alabama does not object to the reports we have requested from the RITS database in our November 4 letter, and Alabama is meeting with the Department of Revenue to generate these reports.  You also advised that Alabama would respond to the questions raised in BP's November 4 letter regarding the sales and use tax information maintained in the RITS databases and how the State generates the annual summaries of these tax collections by county.  Regarding the Department of Finance's Central Accounting Database, you advised that Alabama will provide the sample reports and additional information BP requested.

BP's Subpoenas to Third Parties

BP has reached an agreement with the Retirement Systems of Alabama and does not intend to proceed with a deposition of the RSA.  BP is also in negotiations with Gulf Shores and Orange Beach Tourism and the University of Alabama regarding the subpoenas served on these entities and will advise the other parties if these depositions are cancelled or re-scheduled.

Please let me know if Alabama believes that BP's understanding regarding any of the issues addressed above is mistaken.

All the best,

Paul

**Paul D. Collier**   | Kirkland & Ellis LLP
300 North LaSalle Street  |  Chicago, IL | 60654
Direct: 312.862.2471  |  Fax: 312.862.2200
Email:  paul.collier@kirkland.com  |  Web:  www.kirkland.com