UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

**************************************************************************************

## ORDER

The claims of the United States under the federal Clean Water Act penalty provisions are currently being prepared and are set for trial in January of 2015. Case No. 10-cv-4536 ("Penalty Phase"). The States of Alabama, Florida, Louisiana, Mississippi and Texas ("Gulf States") are not parties to the Penalty Phase.

The Gulf States are co-trustees with the United States on certain natural resource damage ("NRD") claims. NRD claims and the Gulf States' claims for economic loss are not part of the Penalty Phase.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

None of the proceedings in preparation for or the trial of the Penalty Phase itself will limit or preclude the Gulf States from developing a full fact and expert discovery record in connection with their NRD or economic loss claims;

Further, no ruling, evidentiary or substantive, in the Penalty Phase will govern the disposition of issues arising in the preparation for or the trial of NRD or economic loss claims of the Gulf States or the rights of the parties thereto.

**SIGNED** at New Orleans, Louisiana this _____ day of _____, 2014

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**