IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010.<br><br>Relates to: *All Cases.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

ORDER ON MOTION TO WITHDRAW COUNSEL

Considering the forgoing Motion to Withdraw Counsel, it is hereby ORDERED that the Motion is GRANTED.

It is ORDERED that Gavin E. Hill, Floyd R. Hartley and Jerry von Sternberg are removed as counsel of record for Halliburton Energy Services, Inc. in all cases listed on Exhibit A, attached hereto.

It is further ordered that the Clerk of the Court remove Gavin E. Hill, Floyd R. Hartley and Jerry von Sternberg, as counsel for Halliburton Energy Services, Inc. from all future ECF filings related to this matter.

Signed in New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
2:10-cv-01156-CJB-SS Roshto, et al v. Transocean, Ltd, et al (Closed on 06/15/2011)
2:10-cv-01196-CJB-SS Jones v. Transocean, Ltd., et al (Closed on 06/01/2011)
2:10-cv-01243-CJB-SS Williams v. Transocean Ltd et al (Closed on 04/30/2012)
2:10-cv-01273-CJB-SS Vath et al v. BP plc et al (Closed on 12/08/2010)
2:10-cv-01472-CJB-SS Mitchell et al v. BP, PLC et al
2:10-cv-01502-CJB-SS Rhodes v. Transocean Offshore Deepwater Drilling,Inc. et al
2:10-cv-01507-CJB-SS Titeline Charter Service, LLC v. BP, plc et al (Closed on 11/17/2010)
2:10-cv-01515-CJB-SS Elmer v. BP, P.L.C. et al
2:10-cv-01540-CJB-SS Crawford v. BP, P.L.C. et al (Closed on 01/11/2012)
2:10-cv-01541-CJB-SS Dardar v. Transocean Ltd et al (Closed on 09/21/2010)
2:10-cv-01542-CJB-SS Dardar v. Transocean Ltd et al (Closed on 09/21/2010)
2:10-cv-01556-CJB-SS D&H Outfitters, LLC. v. BP plc et al
2:10-cv-01573-CJB-SS Derouen et al v. BP plc et al
2:10-cv-01574-CJB-SS P & S Restaurant Group, Louisiana, LLC et al v. BP PLC et al
2:10-cv-01613-CJB-SS Brondum et al v. BP plc et al
2:10-cv-01615-CJB-SS Dinet v. BP plc et al
2:10-cv-01620-CJB-SS Phillips v. BP America Production Company et al
2:10-cv-01721-CJB-SS Cressey v. BP plc et al
2:10-cv-01726-CJB-SS Danzig v. BP plc et al
2:10-cv-01747-CJB-SS J&M Boat Rentals, LLC v. BP, plc et al
2:10-cv-01752-CJB-SS Fruge et al v. BP, plc et al
2:10-cv-01764-CJB-SS Boettner v. BP plc et al
2:10-cv-01767-CJB-SS Decatur Hotels, L.L.C. et al v. BP plc et al
2:10-cv-01827-CJB-SS Doyle et al v. BP Exploration & Production, Inc. et al (Closed on 08/25/2010)
2:10-cv-01841-CJB-SS Verdin v. BP plc et al
2:10-cv-01850-CJB-SS Nguyen v. BP plc et al
2:10-cv-01852-CJB-SS Nguyen v. BP plc et al
2:10-cv-01855-CJB-SS Nguyen v. BP plc et al
2:10-cv-01857-CJB-SS Ascension Marine Inc v. BP plc et al
2:10-cv-01921-CJB-SS Taquino et al v. Transocean Holdings, LLC, et al (Closed on 04/07/2011)
2:10-cv-01926-CJB-SS Copeland's of New Orleans, Inc. et al v. BP, p.l.c.
2:10-cv-01970-CJB-SS American Gulf Seafood, LLC et al v. BP PLC et al
2:10-cv-02638-CJB-SS Chenault v. Transocean Ltd et al
2:10-cv-02639-CJB-SS Mason v. Transocean, Ltd. et al
2:10-cv-02640-CJB-SS Burke et al v. BP Corporation North America, Inc. et al
2:10-cv-02641-CJB-SS Trahan et al v. BP p.l.c. et al
2:10-cv-02642-CJB-SS Smith et al v. BP p.l.c. et al
2:10-cv-02643-CJB-SS Wilkerson et al v. Transocean Holdings, Inc. et al
2:10-cv-02644-CJB-SS Fishtrap Charters, LLC et al v. Transocean Holdings, Inc. et al
2:10-cv-02645-CJB-SS Fort Morgan Sales, Rentals & Development, Inc. et al v. Transocean Holdings, Inc. et al

2:10-cv-02646-CJB-SS Bon Secour Fisheries, Inc et al v. BP p.l.c. et al
2:10-cv-02647-CJB-SS Simpson v. Transocean, Ltd. et al
2:10-cv-02648-CJB-SS Gulf Shores West Beach Investments, LLC et al v. Transocean Holdings, Inc. et al
2:10-cv-02650-CJB-SS Meyer et al v. BP p.l.c. et al
2:10-cv-02651-CJB-SS Orange Beach Marina, Inc et al v. Transocean Holdings, Inc. et al
2:10-cv-02653-CJB-SS Hopkins et al v. Transocean Ltd et al
2:10-cv-02654-CJB-SS Lavigne et al v. BP p.l.c. et al (Closed on 01/20/2011)
2:10-cv-02655-CJB-SS Original Oyster House, Inc. et al v. Transocean Holdings, Inc. et al
2:10-cv-02656-CJB-SS Blue Water Yacht Sales and Services, Inc et al v. Transocean Holdings, Inc. et al
2:10-cv-02657-CJB-SS Marine Horizons, Inc. et al v. BP p.l.c. et al
2:10-cv-02659-CJB-SS Lockridge v. BP p.l.c. et al
2:10-cv-02660-CJB-SS Drawdy et al v. Transocean Ltd et al
2:10-cv-02661-CJB-SS Sea Eagle Fisheries, Inc. et al v. BP p.l.c. et al
2:10-cv-02771-CJB-SS In re: Triton Asset Leasing GmbH et al
2:10-cv-02814-CJB-SS Murray v. Transocean, Ltd. et al (Closed on 01/20/2011)
2:10-cv-02976-CJB-SS Key West Tiki Charters, Inc v. BP plc et al (Closed on 03/16/2011)
2:10-cv-02984-CJB-SS Davis et al v. BP plc et al
2:10-cv-02985-CJB-SS Professional Bars, Inc. v. BP plc et al
2:10-cv-02986-CJB-SS Vacation Key West, Inc. v. BP plc et al
2:10-cv-02994-CJB-SS Buras et al v. BP plc et al
2:10-cv-02999-CJB-SS Simcox v. BP America, Inc. et al (Closed on 11/15/2012)
2:10-cv-03059-CJB-SS State of Louisiana v. Triton Asset Leasing, GmbH et al
2:10-cv-03066-CJB-SS Becnel v. BP, plc et al (Closed on 03/14/2011)
2:10-cv-03076-CJB-SS Nobles v. BP plc et al (Closed on 03/10/2011)
2:10-cv-03168-CJB-SS Kleppinger et al v. Transocean Offshore Deepwater Drilling, Inc. et al
2:10-cv-03169-CJB-SS Davis et al v. Cameron International Corporation et al (Closed on 08/08/2011)
2:10-cv-03175-CJB-SS Contegni v. Transocean Ltd. et al
2:10-cv-03179-CJB-SS Tran v. BP p.l.c. et al
2:10-cv-03183-CJB-SS Lam v. BP p.l.c. et al
2:10-cv-03184-CJB-SS Jones et al v. Cameron International Corporation et al (Closed on 08/10/2011)
2:10-cv-03246-CJB-SS Fishburn et al v. BP, PLC et al
2:10-cv-03280-CJB-SS Tran v. BP America, Inc. et al
2:10-cv-03815-CJB-SS Roberts v. BP, PLC et al (Closed on 03/05/2013)
2:10-cv-04182-CJB-SS Alabama State v. BP p.l.c. et al
2:10-cv-04183-CJB-SS Alabama State v. Transocean, Ltd. et al
2:10-cv-04211-CJB-SS Lavergne v. Transocean, Ltd. et al
2:10-cv-04226-CJB-SS Benton et al v. Transocean Ltd. et al (Closed on 02/22/2012)
2:10-cv-04227-CJB-SS Faulk v. Transocean Ltd. et al (Closed on 08/08/2011)
2:10-cv-04239-CJB-SS Veracruz State v. BP p.l.c. et al (Closed on 09/12/2013)
2:10-cv-04240-CJB-SS Tamaulipas State v. BP p.l.c. et al (Closed on 09/12/2013)
2:10-cv-04241-CJB-SS Quintana Roo State v. BP, PLC et al (Closed on 09/12/2013)
2:10-cv-04252-CJB-SS Reed v. BP, PLC et al (Closed on 01/02/2013)
2:10-cv-04360-CJB-SS Morales v. BP Exploration & Production, Inc. et al
2:10-cv-04427-CJB-SS Kritzer et al v. Transocean Ltd. et al

2:10-cv-04429-CJB-SS Pappas Restaurants, Inc. v. Transocean Offshore Deepwater Drilling, Inc. et al
2:10-cv-04536-CJB-SS United States of America v. BP Exploration & Production, Inc. et al
2:11-cv-00237-CJB-SS Matranga et al v. BP p.l.c. et al
2:11-cv-00258-CJB-SS St. Joe Company v. Halliburton Energy Services, Inc.
2:11-cv-00348-CJB-SS Plaquemines Parish School Board v. BP p.l.c. et al
2:11-cv-00516-CJB-SS Louisiana State v. BP Exploration & Production, Inc. et al
2:11-cv-01051-CJB-SS Adams v. Louisiana Department of Natural Resources et al
2:11-cv-01054-CJB-SS BP Exploration & Production Inc. et al v. Halliburton Energy Services, Inc.
2:11-cv-01096-CJB-SS Richards v. British Petroleum et al (Closed on 05/03/2012)
2:11-cv-01106-CJB-SS Louisiana State v. BP Exploration and Production, Inc. et al (Closed on 12/28/2011)
2:11-cv-01113-CJB-SS Louisiana State v. BP Exploration and Production, Inc. et al (Closed on 12/28/2011)
2:11-cv-01128-CJB-SS Lavalla et al v. BP, PLC et al
2:11-cv-01157-CJB-SS Ferrara et al v. BP, PLC et al
2:11-cv-01339-CJB-SS Catalanotto et al v. BP Exploration & Production Inc. et al
2:11-cv-02518-CJB-SS Bertone v. BP Exploration & Production, Inc. et al (Closed on 11/18/2011)
2:11-cv-02519-CJB-SS Cooley v. BP Exploration & Production, Inc. et al (Closed on 11/08/2011)
2:11-cv-02520-CJB-SS Graham v. BP Exploration & Production, Inc. et al (Closed on 11/08/2011)
2:11-cv-02521-CJB-SS Roshto v. BP Exploration & Production, Inc. et al
2:11-cv-02522-CJB-SS Ingram v. BP Exploration & Production, Inc. et al (Closed on 11/08/2011)
2:11-cv-02523-CJB-SS Fleytas v. BP Exploration & Production, Inc. et al (Closed on 11/17/2011)
2:11-cv-02524-CJB-SS Isaac v. BP Exploration & Production, Inc. et al (Closed on 11/17/2011)
2:11-cv-02525-CJB-SS Richards v. BP Exploration & Production, Inc. et al (Closed on 11/17/2011)
2:11-cv-02526-CJB-SS Curtis et al v. BP Exploration & Production, Inc. et al
2:12-cv-00381-CJB-SS Top Water Charters, LLC et al v. BP PLC et al
2:13-cv-02803-CJB-SS Guthrie et al v. BP p.l.c. et al
2:13-cv-03027-CJB-SS Patterson v. BP Exploration & Production, Inc. et al
2:13-cv-03747-CJB-SS Danos et al v. BP America Production Company et al
2:13-cv-04679-CJB-SS Edison et al v. BP Exploration & Production, Inc. et al
2:13-cv-04797-CJB-SS Stephen et al v. BP p.l.c. et al
2:13-cv-04798-CJB-SS Keplinger v. BP Exploration & Production, Inc. et al
2:13-cv-05121-CJB-SS Acker et al v. Halliburton Energy Services, Inc. et al
2:13-cv-05139-CJB-SS Patel et al v. BP Exploration & Production, Inc. et al
2:13-cv-05140-CJB-SS Aqua and the Little Wet Bar, LLC et al v. BP Exploration & Production, Inc. et al
2:13-cv-05141-CJB-SS Beene et al v. BP Exploration & Production, Inc. et al
2:13-cv-05142-CJB-SS Quick Refund Service, LLC et al v. BP Exploration & Production, Inc. et al
2:13-cv-05143-CJB-SS MJM Marine, LP v. BP Exploration & Production, Inc. et al

2:13-cv-05144-CJB-SS Sunnybreeze Palms Golf Course, Inc. et al v. BP Exploration &
	Production, Inc. et al
2:13-cv-05145-CJB-SS Drilling Risk Management, Inc. v. BP Exploration & Production, Inc. et
	al
2:13-cv-05146-CJB-SS Gulf Coast Crew Boats, LLC v. BP Exploration & Production, Inc. et al
2:13-cv-05147-CJB-SS Shores of Panama, LLC et al v. BP Exploration & Production, Inc. et al
2:13-cv-05367-CJB-SS Royster Construction Company Inc. et al v. BP Exploration and
	Production, Inc. et al
2:13-cv-05471-CJB-SS Pappas Restaurants, Inc. v. BP Exploration & Production, Inc. et al
2:13-cv-06009-CJB-SS JBS Packing Company et al v. BP Exploration & Production, Inc. et al
2:13-cv-06010-CJB-SS Tran et al v. BP Exploration & Production, Inc. et al
2:13-cv-06011-CJB-SS Stone et al v. BP Exploration & Production, Inc. et al
2:14-cv-00221-CJB-SS Dever Development Company v. BP Exploration & Production, Inc. et al
2:14-cv-00222-CJB-SS Briarwood Apartments Inc. v. BP Exploration & Production, Inc. et al
2:14-cv-00223-CJB-SS Dever et al v. BP Exploration & Production, Inc. et al
2:14-cv-00224-CJB-SS Treehouse Apartments Inc. v. BP Exploration & Production, Inc. et al