# EXHIBIT LIST

| | IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | | DISTRICT COURT EASTERN DISTRICT OF LOUISIANA  PRESIDING JUDGE CARL J. BARBIER |
|---|---|---|---|
| | | | DOCKET NUMBER  MDL NO. 2179 (REF: 12-970) |
| | | | EVIDENTIARY HEARING DATE November 7, 2014 |
| | COURT REPORTER Toni Tusa | | COURTROOM DEPUTY Stephanie Kall |

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|
| Reitano Exh. 1 | 11/7/14 | Christine Reitano's Affidavit [Rec. Doc. 13626] with Exhibit 1 - 4/8/12 Undertaking of Christine Reitano with supplement and amendment and scope of employment |
| Reitano Exh. 2 | 11/7/14 | 4/18/12 Amended Indemnity agreement between Reitano and BP (signed by Christine - re: Status as Independent Contractor |
| Reitano Exh. 3 | 11/7/14 | 6/26/13 Letter from Patrick Juneau to Christine Reitano - re: Status as Independent Contractor is terminated for cause |
| Reitano Exh. 4 | 11/7/14 | 7/29/13 Christine Reitano's sworn statement to the Freeh Group |
| Reitano Exh. 5 | 11/7/14 | 3/30/12 Reitano Letter to Thonn terminating the attorney/client relationship |
| Reitano Exh. 6 | 11/7/14 | 3/30/12 Reitano Letter to GCCF advising of the termination of the Thonn attorney/client relationship |
| Reitano Exh. 7 | 11/7/14 | 4/16/11 Contingency fee agreement between Reitano and Thonn |
| Reitano Exh. 8 | 11/7/14 | 10/13/13 Christina Mancuso's affidavit with attachments |
| Reitano Exh. 9A | 11/7/14 | 9/18/13 Christine's initial objections to the Freeh Report |
| Reitano Exh. 9B | 11/7/14 | 10/17/13 Christine's Supplemental (Second) Response |
| Reitano Exh. 9C | 11/7/14 | 12/16/13 Christine's Third Supplemental Response |
| Reitano Exh. 10 | 11/7/14 | 6/29/12 Emails between Keough & Reitano re: Tiger and a possible position with GCG |
| Reitano Exh. 11 | 11/7/14 | 10/15/14 Declaration of Lynn Greer (w/o attachments) |
| Special Master's Exh. 1 | 11/7/14 | Significant Events March 5 to March 12, 2013 |

| | | |
|---|---|---|
| Special Master's Exh. 2 | 11/7/14 | Significant Events March 15 to March 16, 2013 |
| Special Master's Exh. 3 | 11/7/14 | Special Master's Report [Rec. Doc. 11287] with thumb drive containing footnotes to the Special Master's Report |
| Special Master's Exh. 8 | 11/7/14 | 5/8/12  Letter to Christine Reitano from Andry Lerner LLC re:  attorney referral agreement |
| Special Master's Exh. 10 | 11/7/14 | 10/19/12  Settlement Accounting from Andry Lerner LLC re Casey Thonn |
| Special Master's Exh. 23 | 11/7/14 | 3/7/13  Email from Rebecca Foreman to Jennifer Goodwin re claims of Whitco Supply, Talen Marine, Andry Law Firm, Premium Catering, Dod L. Equipment |
| Lerner Exh. 1 | 11/7/14 | Summary Exhibit |
| Lerner Exh. 2 | 11/7/14 | Lionel Sutton CAO Database Access Log |
| Lerner Exh. 3 | 11/7/14 | Leslie Tate Special Master interview memo |
| Lerner Exh. 5 | 11/7/14 | Update on review of code of conduct and claims processing issues (July 2, 2013) |
| Lerner Exh. 6 | 11/7/14 | Supplemental Report of review of code of conduct and claims processing issues (July 17, 2013) |
| Lerner Exh. 7 | 11/7/14 | Declaration of Patrick Juneau (October 14, 2014) |
| Lerner Exh. 8 | 11/7/14 | Declaration of Jeffery Cahill (December 13, 2013) |
| Lerner Exh. 9 | 11/7/14 | Declaration of Susan DeSantis (December 2, 2013) |
| Lerner Exh. 10 | 11/7/14 | Affidavit of Christina Mancuso (October 13, 2013) |
| Lerner Exh. 11 | 11/7/14 | Declaration of Leslie Tate (December 12, 2013) |
| Lerner Exh. 12 | 11/7/14 | Declaration of Susan DeSantis (November 4, 2014) |
| Lerner Exh. 13 | 11/7/14 | Affidavit of James Bagwell (January 16, 2014) |
| Lerner Exh. 14 | 11/7/14 | Summary of Sutton Access of CAO Database for each claimant |

| Lerner Exh. 15 | 11/7/14 | Claims for Andry Clients for whom Sutton accessed the CAO Database at least once |
|---|---|---|
| Lerner Exh. 16 | 11/7/14 | Number of claimants for whom Sutton accessed their computer records (by Law Firm) |
| Lerner Exh. 17 | 11/7/14 | Glen Lerner Injury Attorneys General Ledger Entries |
| Sutton Exh. 1 | 11/7/14 | Letter dated 10/9/12, To: Keith, from Patrick Juneau [Rec. Doc. 13347-29, page 2 of 3], Lionel H. Sutton, III, Introduction, Legal Experience, Business Experience [Rec. Doc. 13347-29, page 3 of 3] |
| Jon Andry Exh. 1 | 11/7/14 | Text/Email of 9/17/12 between Christine Reitano and Matt Lundy re Expedited Claims |
| Jon Andry Exh. 2 | 11/7/14 | Email of 6/4/13 between Katherine Torres and Lionel Sutton re Sher Garner Claim |
| The Andry Law Firm Exh. 1 | 11/7/14 | Eligibility Notice, excerpts from the September 20, 2013 Production, SM-01-TALF00063 - SM-01-TALF00074 & SM-01-TALF00123 - SM-01-TALF00134 |
| The Andry Law Firm Exh. 2 | 11/7/14 | Email from Gibby Andry to Patrick Juneau dated June 18, 2013 |
| The Andry Law Firm Exh. 3 | 11/7/14 | Affidavit of Gilbert V. Andry, IV attached to The Andry Law Firm's Opposition to B.P.'s Motion for an Emergency Preliminary Injunction to Suspend Payments from the Court Supervised Settlement Fund |
| The Andry Law Firm Exh. 4 | 11/7/14 | Reports of the Louisiana Secretary of State for Andry Lerner, LLC, Andry Law Group, LLC, and The Andry Law Firm, LLC |
| The Andry Law Firm Exh. 5 | 11/7/14 | Sworn statement of Lionel Howard Sutton, III |
| The Andry Law Firm Exh. 6 | 11/7/14 | October 31, 2013 Production, SM-01-TALF00935 |
| The Andry Law Firm Exh. 7 | 11/7/14 | Excerpts from Christmas Eve Production, SM-04-TALF000089 - SM-04-TALF000090, SM-04-TALF000743, & SM-04-TALF000785 - SM-04-TALF000792 |
| The Andry Law Firm Exh. 8 | 11/7/14 | Emails between Lionel Sutton, III and Glen Lerner |