UNITED STATES DISTRICT COURT
FILED
November 7, 2014
EASTERN DISTRICT OF LOUISIANA
William W. Blevins
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG                    MDL  10-2179

DEEPWATER HORIZON" in the                     REF:  12-970

GULF OF MEXICO, on

APRIL 20, 2010                                              SECTION: "J" (1)

**NOTICE FOR REMOVAL OF EXHIBITS**
RE:  EVIDENTIARY HEARING held on November 7, 2014

    Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case.  It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 35 days of the final disposition of the case.

    LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case.  The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records.  If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

    Distributed this__7th _day of __NOVEMBER_, 2014.

                                               BY: s/Stephanie Kall
                                                  DEPUTY CLERK

*THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBIT