UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      MDL NO. 2179
   "DEEPWATER HORIZON" in the    REF: 12-970
   GULF OF MEXICO, on
   APRIL 20, 2010          SECTION: J (1)

                  JUDGE BARBIER

                  MAG. JUDGE SHUSHAN

ORDER

In order to comply with a general request from the Clerk of the United States Court of Appeals,

IT IS ORDERED that within 14 days of the date of this order, counsel must deliver to the Case Manager **two** (2) sets of compact discs containing **ONLY** copies of exhibits admitted at the **EVIDENTIARY HEARING**, RE SHOW CAUSE ORDER [11288], held on November 7, 2014.

Dated at New Orleans, LA, this  20th  day of NOVEMBER, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE