# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-31026

IN RE: DEEPWATER HORIZON

10md2179
12-970

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; PLAINTIFFS' STEERING COMMITTEE,

    Defendants - Appellees

v.

WALKER FISHING FLEET, INCORPORATED,

    Claimant - Appellant

---

Appeal from the United States District Court for the Eastern District of Louisiana, New Orleans

---

O R D E R:

IT IS ORDERED that appellant's unopposed motion to view the sealed supplemental record is GRANTED.

                                          /s/ James L. Dennis
                                            JAMES L. DENNIS
                            UNITED STATES CIRCUIT JUDGE

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 18 2014
WILLIAM W. BLEVINS
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 17, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW

```
No. 14-31026    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:12-CV-970
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Connie Brown, Deputy Clerk  
504-310-7671

Mr. William W. Blevins  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Dominic E. Draye  
Mr. Soren E. Gisleson  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Charles Marshall Thomas

P.S. to Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials is for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.

___ Fee  
___ Process  
_X_ Dkt  
___ CtRmDep  
___ Doc. No.