IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE RIG ) | |
| "DEEPWATER HORIZON" IN ) | |
| THE GULF OF MEXICO, ON ) | |
| APRIL 20, 2010 ) | MDL 2179 |
| ) | |
| ) | Section J |
| This Document Applies to: ) | |
| ) | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc, et ) | |
| al.v. BP Exploration & Production Inc, al. ) | Mag. Judge Shushan |

**MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT comes **Nisha Sandhu**, Attorney with the law firm of **Regan & Sandhu, P.L.C.**, who informs this Honorable Court that she has been retained by **Jason Zirlott** and **Capt Jay, L.L.C.**, Claimants herein, to represent them in the above entitled and numbered cause as co-counsel with **Martin E. Regan, Jr.**, Attorney with the law firm of **Regan & Sandhu, P.L.C.**, and **Michael A. Wing**, Attorney with the law firm of **Michael A. Wing, L.L.C.**.

Mover respectfully requests that her name be entered on the record of these proceedings as co-counsel of record.

| | |
|---|---|
| Respectfully submitted: | Respectfully submitted: |
| MICHAEL A. WING, L.L.C. | REGAN & SANDHU, P.L.C. |
| | |
| /s/ Michael A. Wing | /s/ Martin E. Regan, Jr. |
| MICHAEL A. WING (ASB-W81M-7151) | MARTIN E. REGAN, JR. (11153) |
| Attorney for Claimants | /s/ Nisha Sandhu |
| 401 Church Street, Suite B | NISHA SANDHU (30340) |
| Mobile, Alabama 36602 | Attorneys for Claimants |
| (251) 433-7468 | 2125 St. Charles Avenue |
| E-mail: graywing@michaelwing.com | New Orleans, Louisiana 70130 |
| | (504) 522-7260 |
| | E-mail: mregan@reganlaw.net |
| | E-mail: ns.law@mac.com |

**CERTIFICATE OF SERVICE**

I do hereby certify that the above and foregoing *Motion to Enroll as Counsel of Record* has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this   20th   day of   November  , 2014.

/s/ Martin E. Regan, Jr.
MARTIN E. REGAN, JR.

/s/ Michael A. Wing
MICHAEL A. WING

/s/ Nisha Sandhu
NISHA SANDHU