UNITED STATES DISTRICT COURT
EASTERN DISTICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| | * | |
| | * | HONORABLE CARL J. BARBIER |
| *In re:* All Cases | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

On October 29, 2014 the undersigned issued an Order extending the deadline for the initial payments contemplated in Section 9.A.ii and Section 23.D.i. of the HESI Settlement Agreement ("SA") until November 21, 2014, barring further extension by the Court. See Rec. Doc. No. 13568. Subsequently, on November 14, 2014, the Court issued an Order establishing *inter alia*, the Settlement Fund as contemplated pursuant to Section 9 of the Settlement Agreement (as Amended November 13, 2014, see Rec. Doc. No. 13646), and appointing UBS AG as Escrow Agent for the Settlement Fund. See Rec. Doc. No. 13649.

The Parties, working in conjunction with the Escrow Agent, have since notified the Court that while significant progress has been made, certain required banking protocols and compliance checks remain ongoing such that more time is needed. Therefore the Court hereby extends the deadline for the initial payments contemplated pursuant to Section 9.A.ii and Section 23.D.i. of the Amended SA until December 5, 2014.

New Orleans, Louisiana this 21st day of November, 2014.

_____
CARL J. BARBIER
United States District Judge