# EXHIBIT 3

Case 2:10-md-02179-CJB-DPC   Document 13696-3   Filed 11/21/14   Page 2 of 9



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# POST-RECONSIDERATION ELIGIBILITY NOTICE
## DATE OF NOTICE: June 20, 2014
## DEADLINE FOR APPEAL REQUEST: July 21, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/ Name of Business<br>Island Crab Corporation | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100168174 | **Claim ID** | 141404 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Robins, Kaplan, Miller & Ciresi L.L.P. | | |

### II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program and relates to the claim identified in Section I. You requested reconsideration of the original award amount for this claim. We reviewed your claim again and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). This Post-Reconsideration Eligibility Notice accounts for any additional documentation that you submitted and the reasons for adjustments you asserted. If the Award calculation on this Post-Reconsideration Eligibility Notice is the same as the Award calculation on your previous Eligibility Notice, it means that any additional documentation you provided or the reasons for adjustments to the calculation you asserted did not result in a change to your Compensation Award. The following provides a breakdown of the factors relevant to your payment. See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| 1. | Compensation Amount: | ($27,688.39) |
| 2. | Risk Transfer Premium Amount: | ($83,065.17) |
| 3. | Plus Claimant Accounting Support: See Claimant Accounting Support Reimbursement Attachment for additional details. | $0.00 |
| 4. | Less Prior Spill-Related Payments: | $0.00 |
| 5. | Total Compensation Amount: This is the sum of all Rows above. | $0.00 |
| 6. | 40% of Prior Transition Offer, if Applicable: | N/A |
| 7. | Award Amount: Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | $0.00 |

### III. RECONSIDERATION ANALYSIS

We have reviewed the Reconsideration Request regarding the methodology used to calculate Total Compensation, specifically relating to negative Step 1 Compensation and the inclusion of May and June in the Step 2 Calculation. However, no changes have been made to the previous calculation as this request is outside the Framework of the Settlement Agreement.

PAY-6 v.16   WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM   Claimant ID: 100168174
Page 1 of 8   Claim ID: 141404

| IV. EXPLANATION OF AWARD AMOUNT |
|---|
| We have determined that you are eligible for a Settlement Payment, but that you either suffered no loss or that prior Spill-Related payments from BP or the GCCF exceed your Compensation Amount. As a result, your Award Amount is zero and you will not receive a payment from the Settlement Program. |

| V. APPEALS |
|---|
| Under the Settlement Agreement, the deadline to submit a Request for Appeal is 30 days after the date of the Post-Reconsideration Eligibility Notice. To appeal your claim, you must submit a Request for Appeal and pay the filing fee on or before the deadline to Appeal. You may submit your Request for Appeal online through the DWH Portal or complete and return the **Request for Appeal Form** attached to this notice. If you have access to the DWH Portal, submit your appeal online, and using our secure payment system to pay any applicable filing fee. The Request for Appeal form sets out detailed instructions regarding how to file an appeal, including the applicable filing fee.<br><br>After you have initiated the Appeal, the Appeals Coordinator will issue a Notice of Claimant Appeal to BP and mail or post a copy to your DWH Portal. The Notice of Claimant Appeal will contain a schedule of deadlines for submitting appeal documents. **If you do not submit a Request for Appeal Form and pay for your Appeal on or before the deadline for doing so, you will waive your right to appeal and you will not have the option to resubmit your claim to the Settlement Program.** |

| VI. DECEASED, MINOR AND INCOMPETENT CLAIMANTS |
|---|
| If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process. We will notify you if you need to seek court approval or submit additional proof of authority before payment. |

| VII. THIRD PARTY CLAIMS/LIENS |
|---|
| If we receive a valid Third Party Claim or Lien against your payment before we begin the payment process, we are required to deduct from your Award Amount identified in Section II of this Notice the third party claim amount and any other deductions required by state or federal law or by any court order. If your claim is subject to a third party claim, we will send you a Notice of Valid Third Party Claim to explain how it affects your current and/or future Award Amount(s). |

| VIII. ACCOUNTING SUPPORT REIMBURSEMENT |
|---|
| You are eligible to receive reimbursement for reasonable and necessary accounting fees related to claims preparation. Reimbursement is limited to the accounting services necessary to complete the Claim Form or prepare supporting documentation. You will be reimbursed for accounting fees based on the actual fees incurred.<br><br>For business claims over $50,000, total accounting fees may not exceed 2% of the Compensation Amount (excluding any applicable Risk Transfer Premium). Accounting fees for all other claims less than or equal to $50,000 are limited to $1,000. All business claims, regardless of the Compensation Amount, shall be subject to an overall accounting support reimbursement limit of $50,000. |

| IX. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP |
|---|
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**. |

| X. HOW TO RESPOND TO THIS NOTICE ||
|---|---|
| Submit your original hard copy, signed Release bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a Release and you wish to accept this Award Amount go to **www.deepwaterhorizoneconomicsettlement.com** and choose the Accept Award Amount option. If you are unable to access the DWH Portal you must call the Claimant Communications Center at 1-800-353-1262 to accept payment on this claim. If you choose to appeal, submit your appeal online by using the DWH Portal. If you do not have access to the portal, submit the attached Request for Appeal Form to the address listed on the Request for Appeal Form along with any accompanying documentation. Please be sure to write your Claimant ID on the top page of all the documents you submit. ||
| **By Mail**<br>(Postmarked no later than your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Appeal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Appeal deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Appeal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Appeal deadline) | You may take the required information or documents to a Claimant Assistance Center. |

| EXPLANATION OF CLAIM ATTACHMENT | | | |
|---|---|---|---|
| **A. CLAIMANT SUMMARY** | | | |
| **Industry Designation** | Primary Seafood Industry I | **Optimum Benchmark Period** | 2009 Only Benchmark Period |
| **Economic Loss Zone** | Zone C | **Optimum Step 1 Compensation Period** | September 2010 to November 2010 |
| **Risk Transfer Premium** | 3.00 | **Optimum Step 2 Compensation Period** | July 2010 to December 2010 |
| **B. TOTAL CALCULATED LOSS SUMMARY** | | | |

The compensation framework for Business Economic Loss claims compares the actual profit of a business during a defined post-Spill period in 2010 to the profit that the business might have expected to earn in the comparable post-Spill period of 2010. The compensation calculation is divided into two steps. Total Compensation is calculated by adding Step 1 Compensation and Step 2 Compensation, applying the appropriate Risk Transfer Premium based on your Industry Designation and Economic Loss Zone, and subtracting any applicable payments you have received from BP or the GCCF pursuant to BP's OPA claims process, as well as any VoO Settlement Payment Offset and VoO Earned Income Offset. The Step 1 Compensation Calculation and Step 2 Compensation Calculation are illustrated in greater detail below in Sections C and D, respectively.

We have reviewed all the documentation and information you submitted to determine the Benchmark Period and Compensation Periods that maximize your recovery, even if those periods differ from the periods you selected. These are the Optimum Benchmark Period, Optimum Step 1 Compensation Period and Optimum Step 2 Compensation Period set forth in Section A above. Column A below shows the actual calculation of your Total Calculated Loss, based on the most beneficial Benchmark and Compensation Periods. Column B below shows a hypothetical calculation of what your Total Net Compensation would have been if we had used the Benchmark and Compensation Periods that you selected on the Claim Form. If you left these selections on the Claim Form blank or selected "Claims Administrator Selected Benchmark Period," then Column B defaults to "Not Selected."

To view a copy of the Compensation Calculation Schedules prepared by DWH Accountants that illustrate this calculation in even greater detail, you can click the View button on the Eligibility Notice screen on the DWH Portal. If you do not use the DWH Portal, you must call the Claimant Communications Center at 1-800-353-1262 to request a copy of this document.

| | **Total Compensation** | **(A)** Claims Administrator Selected Periods | **(B)** Claimant Selected Periods |
|---|---|---|---|
| 1. | **Step 1 Compensation:** from Row 4 in Section C, Step 1 Net Compensation | ($57,243.08) | $0.00 |
| 2. | **Step 2 Compensation:** from Row 7 in Section D, Step 2 Net Compensation | $29,554.69 | $0.00 |
| 3. | **Compensation Amount:** sum of Rows 1 and 2 | ($27,688.39) | $0.00 |
| 4. | **Risk Transfer Premium:** | 3.00 | |
| 5. | **Risk Transfer Premium Amount:** Row 3 times Row 4 | ($83,065.17) | $0.00 |
| 6. | **Accounting Support Reimbursement:** See Claimant Accounting Support Reimbursement Attachment for additional details, if applicable. | $0.00 | |
| 7. | **Compensation Prior to Offsets:** sum of Rows 3, 5 and 6 | ($110,753.56) | $0.00 |
| 8. | **Less Offsets:** | $0.00 | |

|   | | | |
|---|---|---|---|
|   | BP Payments Offset of $0.00 | | |
|   | Real Estate Fund Payments Offset of $0.00 | | |
|   | GCCF Payments Offset of $0.00 | | |
|   | VoO Settlement Payment Offset of $0.00. If you received an Eligibility Notice from the Settlement Program for a VoO Charter Payment claim, this is 50% of the Total Compensation Amount in that Notice. | | |
|   | VoO Earned Income Offset of $0.00. If you received payment from the VoO Program, this is 33% of that amount. | | |
| 9. | **Total Compensation Amount:** Row 7 minus Row 8 | ($110,753.56) | $0.00 |

### C. STEP 1 COMPENSATION CALCULATION

The Step 1 Compensation calculation compensates claimants for any reduction in profit between the Step 1 Compensation Period and the comparable months of the Benchmark Period. We determined your Step 1 Net Compensation by calculating the difference in Variable Profit between the Optimum Step 1 Compensation Period and the Variable Profit over the comparable months of the Optimum Benchmark Period. The Step 1 Compensation Period must include three or more consecutive months between May and December 2010.

**Step 1 Net Compensation**

|   | Month | Benchmark Period Variable Profit (a) | 2010 Compensation Period Variable Profit (b) | Step 1: Lost Variable Profit (c) = (a) – (b) |
|---|---|---|---|---|
| 1. | Sep | $24,712.18 | $35,006.90 | ($10,294.72) |
| 2. | Oct | $35,875.99 | $51,903.21 | ($16,027.22) |
| 3. | Nov | $47,325.81 | $78,246.95 | ($30,921.14) |
| 4. | Total | $107,913.98 | $165,157.06 | ($57,243.08) |

**Benchmark Period: 2009 Only Benchmark Period**

|   | Month | Revenues (a) | Variable Expenses (b) | Variable Profit (c) = (a) – (b) |
|---|---|---|---|---|
| 1. | Sep | $150,515.47 | $125,803.29 | $24,712.18 |
| 2. | Oct | $254,826.25 | $218,950.26 | $35,875.99 |
| 3. | Nov | $268,148.78 | $220,822.97 | $47,325.81 |
| 4. | Total | $673,490.50 | $565,576.52 | $107,913.98 |

**Compensation Period 2010**

|   | Month | Revenues (a) | Variable Expenses (b) | Variable Profit (c) = (a) – (b) |
|---|---|---|---|---|
| 1. | Sep | $212,548.62 | $177,541.72 | $35,006.90 |
| 2. | Oct | $325,937.99 | $274,034.78 | $51,903.21 |

| 3. | Nov | $470,195.09 | $391,948.14 | $78,246.95 |
| 4. | Total | $1,008,681.70 | $843,524.64 | $165,157.06 |

### D. STEP 2 COMPENSATION CALCULATION

The Step 2 Compensation calculation compensates claimants for lost incremental profits the claimant might have been expected to generate in the absence of the Spill relative to variable profit from the Benchmark Period. This calculation reflects a Claimant-Specific Factor (not to fall below -2% or exceed +10%) that captures growth or decline in the pre-Spill months of 2010 compared to the comparable months of the Benchmark Period, and a General Adjustment Factor of 2%. We calculated your Step 2 Net Compensation by multiplying your monthly revenues from the Optimum Benchmark Period by the sum of your Claimant-Specific Factor and the General Adjustment Factor to yield Incremental Revenue. We then multiplied Incremental Revenue by a Variable Margin Percentage to determine your Step 2 Variable Lost Profit.

Please note that for purposes of the Step 2 Compensation, claimants that commenced operations during the optimal Benchmark Period will be limited to a General Adjustment Factor of 2%. The Settlement Program will not apply an additional Claimant-Specific Factor to such claims.

**Step 2 Net Compensation**

| | Month | Revenues | | | Incremental Revenue (d) = (a) x (b + c) | Variable Margin % (e) | Step 2: Lost Variable Profit (f) = (d) x (e) |
| | | Benchmark Period (a) | Claimant Specific Factor (b) | General Adjustment Factor (c) | | | |
|---|---|---|---|---|---|---|---|
| 1. | Jul | $176,600.36 | 10.00% | 2.00% | $21,192.04 | 18.34% | $3,886.62 |
| 2. | Aug | $151,052.17 | 10.00% | 2.00% | $18,126.26 | 18.34% | $3,324.36 |
| 3. | Sep | $150,515.47 | 10.00% | 2.00% | $18,061.86 | 18.34% | $3,312.55 |
| 4. | Oct | $254,826.25 | 10.00% | 2.00% | $30,579.15 | 18.34% | $5,608.22 |
| 5. | Nov | $268,148.78 | 10.00% | 2.00% | $32,177.85 | 18.34% | $5,901.42 |
| 6. | Dec | $341,762.84 | 10.00% | 2.00% | $41,011.54 | 18.34% | $7,521.52 |
| 7. | Total | $1,342,905.87 | 10.00% | 2.00% | $161,148.70 | 18.34% | $29,554.69 |

**Claimant-Specific Factor Calculation**

| | | January | February | March | April | Total |
|---|---|---|---|---|---|---|
| 1. | **Benchmark Period Revenue:** | $366,904.78 | $331,537.85 | $340,277.97 | $267,896.95 | $1,306,617.55 |
| 2. | **2010 Revenue:** | $316,608.53 | $397,790.84 | $401,333.73 | $330,425.54 | $1,446,158.64 |
| 3. | **Revenue Increase (Decrease) Between 2010 and Benchmark Period:** Row 2 minus Row 1 | | | | | $139,541.09 |
| 4. | **Pre-Loss 4-Month Trend:** Row 3 divided by Row 1 | | | | | 10.68% |
| 5. | **Calculated Claimant-Specific Factor:** | | | | | 10.68% |
| 6. | **Applied Claimant-Specific Factor:** Minimum of -2% and Maximum of +10% | | | | | 10.00% |



# REQUEST FOR APPEAL FORM

**DATE OF POST-RECONSIDERATION ELIGIBILITY NOTICE: June 20, 2014**
**DEADLINE TO APPEAL: July 21, 2014**

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/ Name of Business<br>Island Crab Corporation | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100168174 | **Claim ID** | 141404 |
| **Claim Type** | Business Economic Loss | | |

## II. STATEMENT OF ISSUES FOR APPEAL

The Appeal Panel will review all claims and issues related to your claim. By requesting an Appeal, you are certifying that you understand that if you appeal, your Settlement Payment could increase, decrease or stay the same. You must select the basis of your Appeal by selecting one or more of the reasons below.

- ☐ The Settlement Program committed a calculation error.
- ☐ Error in reviewing submitted documentation.
- ☐ Error in the Risk Transfer Premium multiplier.
- ☐ Error in Prior Payment Offset.

Explain (You may attach additional sheets if necessary):

## III. COMPENSATION AMOUNT REQUESTED

If you select "The Settlement Program committed a calculation error" and/or "Error in reviewing submitted documentation" as the basis of your Appeal, enter the Compensation Amount you are seeking on Appeal. Your filing fee is based on the Compensation Amount you request.

| **Compensation Amount Requested** | |
|---|---|

Select your home state. If you do not live in one of these five states, select the state where your injury occurred.

| ☐ Alabama | ☐ Florida | ☐ Louisiana | ☐ Mississippi | ☐ Texas |

## IV. METHOD OF PAYMENT

If you choose to appeal, you must pay a filing fee. If you select "Error in the Risk Transfer Premium multiplier" and/or "Error in Prior Payment Offset" as the only reason(s) for your Appeal, the filing fee is $100. If you select a different reason or any additional reasons for your Appeal, you must either pay your appeal fee based on the Compensation Amount you are seeking, or you must agree to a 5% reduction in your Compensation Amount if you do not prevail on your Appeal. The Settlement Agreement defines Compensation Amount as the "Amount awarded to the claimant prior to the addition of any RTP." To "prevail" on Appeal means that the Appeal Panel awards you a Post- Appeal Compensation Amount this is higher than your original Compensation Amount. The chart below sets out the filing fee for each level of Compensation Amount sought:

| Compensation Amount | Filing Fee |
|---|---|
| Up to $10,000 | $100 |
| $10,000.01 to $25,000 | $150 |
| $25,000.01 to $50,000 | $200 |
| $50,000.01 to $100,000 | $250 |
| $100,000.01 to $250,000 | $500 |
| $250,000.01 to $500,000 | $1,000 |
| $500,000.01 or more | $2,500 |

If you have access to the DWH Portal, submit your appeal online and use our secure payment system to pay the filing fee. If you do not use the DWH Portal, you can pay the Appeal fee by personal check or money order. Checks must be made out to Appeal Processing Account and must include your name, Claimant ID, and Claim ID. **Cash will not be accepted. Your payment must be postmarked no later than your Appeal deadline.** You must mail your check or money order to the **Appeal Processing Account,** PO Box 85006, Richmond, VA 23285- 5006.  Use the boxes below to indicate the method by which you will pay your filing fee.

☐ I will pay for my Appeal by paying a filing fee, as determined by the Compensation Amount I requested in Section III.  This filing fee will only be refunded if I prevail in my Appeal.

☐ I will pay for my Appeal by agreeing to a 5% reduction in the Compensation Amount (before pre-Risk Transfer Premium and any offsets) if I do not prevail. **Note:** If the Compensation Amount listed in Section 2, line 1 of your Post-Reconsideration Eligibility Notice is $0 or less, do not select this option. You must pay for your Appeal by paying a filing fee, as determined by the Compensation Amount you requested in Section III.

## V. HOW TO SUBMIT THIS FORM

If you are unable to access the DWH Portal, you may submit your **Request for Appeal Form** in any of the below ways. Pay the applicable filing fee by submitting a check or money order with this form.

| | |
|---|---|
| **By Mail** (Postmarked no later than your Appeal deadline) | **Appeal Processing Account** PO Box 85006 Richmond, VA 23285- 5006 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Appeal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Appeal deadline) | **Appeal Processing Account** PO Box 85006 Richmond, VA 23285- 5006 |