# EXHIBIT 4

# DEEPWATER HORIZON
# CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

| |
|---|
| Home |
| News and Developments |
| Firm Administration |
| Download Files |
| Claimant Activity |
| Reporting |
| Notices |
| Forms |
| Payments |
| Change Password / Email |
| Log Off |

## Appeal Review of Payable Claim

`<< Back`

### Claimant Information

| | |
|---|---|
| Claimant ID: 100168174 | Name: |
| GCCF Claimant ID: | Business: Island Crab Corporation |
| Taxpayer Type: Business | Address: 5511 Doug Taylor Circle |
| SSN/EIN: *****9317 | St. James City FL 33956 |
| Represented By: Robins, Kaplan, Miller & Ciresi L.L.P. | Preferred Language: English |
| Portal User: N/A | |

### Claim Information

| | |
|---|---|
| Claim ID: 141404 | Business name: Island Crab Corporation |
| Claim Type: Business Economic Loss | Address: 5511 Doug Taylor Circle, Saint James City, FL, 33956 |
| Claimed Benchmark Period: 2009 | |

Click the Print/View Notice button to view the Notice of BP Appeal or Notice of Claimant Appeal.

`Print / View Notice`

### Appeal Information

| | |
|---|---|
| Date of Notice of Appeal posted: 07/16/2014 | Date Final Proposals due: 08/10/2014 11:59 PM CST |
| Date Initial Proposals Due: 07/31/2014 11:59 PM CST | Date to accept a Final Proposal: |

`View Documents`     Appeal Status: Pending     `Withdraw Appeal`

### Document Upload

Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.

`Upload`

### Appeal Review of Payable Claim

Compensation Amount:   ($27,688.39)     Claim ID: 141404     Claim Type: Business Economic Loss

| BP | Claimant |
|---|---|

**Directions:**
Select a Proposal Type and then enter the Compensation Amount, RTP Multiplier, and Prior Payment Offset(s) amount, if any, that you are proposing for this claim. **Important:** The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, do not enter a total Award Amount figure in the Compensation Amount box, rather you should enter only what you are proposing as the underlying Compensation Amount. We will increase any accepted Compensation Amount by the applicable RTP, if any, and also decrease the amount by any applicable offsets. We will also adjust the Award Amount if there is a 40% of Prior Transition Offer that is applicable.

Offer ID:

| | |
|---|---|
| Proposal Type: | Initial ▾   ☐ Default Proposal |
| Compensation Amount: | $ 44,178 . 12 |
| RTP Multiplier: | 3 . 00 |
| Prior Payment Offset(s): | $ 0 . 00 |

Comments: See letter from Claimant's counsel dated September 25, 2013 (Uploaded to Document Portal on 7/15/2014, Doc ID 14866686) for full explanation of calculations.

**WARNING:** Once you click submit, the information cannot be changed. This submission may end the Appeal permanently and without the potential for further Appeals.

If either party accepts the other's Initial Proposal, the Appeals Process will end. If each value in your Initial Proposal is the same as those in BP's Initial Proposal, the Settlement Program will consider that you and BP reached an agreement, and the Appeals Process will end.

Submit   Cancel

Close

# DEEPWATER HORIZON
# CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

| Home |
|------|
| News and Developments |
| Firm Administration |
| Download Files |
| Claimant Activity |
| Reporting |
| Notices |
| Forms |
| Payments |
| Change Password / Email |
| Log Off |

## Appeal Review of Payable Claim

[ << Back ]

### Claimant Information

| | |
|---|---|
| **Claimant ID:** 100168174 | **Name:** |
| **GCCF Claimant ID:** | **Business:** Island Crab Corporation |
| **Taxpayer Type:** Business | **Address:** 5511 Doug Taylor Circle |
| **SSN/EIN:** *****9317 | St. James City FL 33956 |
| **Represented By:** Robins, Kaplan, Miller & Ciresi L.L.P. | **Preferred Language:** English |
| **Portal User:** N/A | |

### Claim Information

| | |
|---|---|
| **Claim ID:** 141404 | **Business name:** Island Crab Corporation |
| **Claim Type:** Business Economic Loss | **Address:** 5511 Doug Taylor Circle, Saint James City, FL, 33956 |
| **Claimed Benchmark Period:** 2009 | |

Click the Print/View Notice button to view the Notice of BP Appeal or Notice of Claimant Appeal.          [ Print / View Notice ]

### Appeal Information

| | |
|---|---|
| **Date of Notice of Appeal posted:** 07/16/2014 | **Date Final Proposals due:** 08/10/2014 11:59 PM CST |
| **Date Initial Proposals Due:** 07/31/2014 11:59 PM CST | **Date to accept a Final Proposal:** |

[ View Documents ]          **Appeal Status:** Pending          [ Withdraw Appeal ]

### Document Upload

Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.

[ Upload ]

### Appeal Review of Payable Claim

**Compensation Amount:** ($27,688.39)          **Claim ID:** 141404          **Claim Type:** Business Economic Loss

| | BP | | | | | Claimant | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offer ID | Type | Compensation Amount | RTP Multiplier | Prior Payment Offset(s) | | Offer ID | Type | Compensation Amount | RTP Multiplier | Prior Payment Offset(s) |
| | Initial | | | | | 16602 | Initial | $44,178.12 | 3.00 | $0.00 |

[ Add Offer ]

[ Close ]



# DEEPWATER HORIZON
## CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Home |
| News and Developments |
| Firm Administration |
| Download Files |
| Claimant Activity |
| Reporting |
| Notices |
| Forms |
| Payments |
| Change Password / Email |
| Log Off |

## Appeal Review of Payable Claim

`<< Back`

### Claimant Information

| | |
|---|---|
| **Claimant ID:** 100168174 | **Name:** |
| **GCCF Claimant ID:** | **Business:** Island Crab Corporation |
| **Taxpayer Type:** Business | **Address:** 5511 Doug Taylor Circle |
| **SSN/EIN:** *****9317 | St. James City FL 33956 |
| **Represented By:** Robins, Kaplan, Miller & Ciresi L.L.P. | **Preferred Language:** English |
| **Portal User:** N/A | |

### Claim Information

| | |
|---|---|
| **Claim ID:** 141404 | **Business name:** Island Crab Corporation |
| **Claim Type:** Business Economic Loss | **Address:** 5511 Doug Taylor Circle, Saint James City, FL, |
| **Claimed Benchmark Period:** 2009 | 33956 |

Click the Print/View Notice button to view the Notice of BP Appeal or Notice of Claimant Appeal.        `Print / View Notice`

### Appeal Information

| | |
|---|---|
| **Date of Notice of Appeal posted:** 07/16/2014 | **Date Final Proposals due:** 08/10/2014 11:59 PM CST |
| **Date Initial Proposals Due:** 07/31/2014 11:59 PM CST | **Date to accept a Final Proposal:** |

`View Documents`        **Appeal Status:** Pending        `Withdraw Appeal`

### Document Upload

Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.

`Upload`

### Appeal Review of Payable Claim

**Compensation Amount:** ($27,688.39)        **Claim ID:** 141404        **Claim Type:** Business Economic Loss

| | BP | | | | | Claimant | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offer ID | Type | Compensation Amount | RTP Multiplier | Prior Payment Offset(s) | | Offer ID | Type | Compensation Amount | RTP Multiplier | Prior Payment Offset(s) |
| | Initial | | | | | 16602 | Initial | $44,178.12 | 3.00 | $0.00 |

`Add Offer`

**Directions:**
Select a Proposal Type and then enter the Compensation Amount, RTP Multiplier, and Prior Payment Offset(s) amount, if any, that you are proposing for this claim. **Important:** The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, do not enter a total Award Amount figure in the Compensation Amount box, rather you should enter only what you are proposing as the underlying Compensation Amount. We will increase any accepted Compensation Amount by the applicable RTP, if any, and also decrease the amount by any applicable offsets. We will also adjust the Award Amount if there is a 40% of Prior Transition Offer that is applicable.

**Offer ID:** 16602

| | |
|---|---|
| **Proposal Type:** | Initial ▼        ☐ Default Proposal |
| **Compensation Amount:** | $ 44,178 . 12 |
| **RTP Multiplier:** | 3 . 00 |
| **Prior Payment Offset(s):** | $ 0 . 00 |
| **Comments:** | See letter from Claimant's counsel dated September 25, 2013 (Uploaded to Document Portal on 7/15/2014, Doc ID 148666861 for full explanation of calculations. |

WARNING: Once you click submit, the information cannot be changed. This submission may end the Appeal permanently and without the potential for further Appeals.

If either party accepts the other's Initial Proposal, the Appeals Process will end. If each value in your Initial Proposal is the same as those in BP's Initial Proposal, the Settlement Program will consider that you and BP reached an agreement, and the Appeals Process will end.

Close

Close

**ISLAND CRAB CORPORATION**

**Claimant ID 100168174**
**Claim ID 141404**

# ATTACHMENT TO REQUEST FOR APPEAL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

711 FIFTH AVE SOUTH
SUITE 201
NAPLES, FL 34102-6628
TEL: 239-430-7070 FAX: 239-213-1970
www.rkmc.com

ATTORNEYS AT LAW

LAWRENCE A. FARESE
Board Certified Civil Trial Lawyer
Board Certified Business Litigation Lawyer
Certified Circuit Court Mediator
LAFarese@rkmc.com
(239) 213-1973

September 25, 2013

Deepwater Horizon Economic Claims Center
Claims Administrator
42548 Happy Woods Road
Hammond, Louisiana 70403

> Re:  Island Crab Corporation
>      Claimant ID 100168174
>      Claim ID 141404
>      **REQUEST FOR RECONSIDERATION**

Dear Claims Administrator:

We are legal counsel to Island Crab Corporation (the "Claimant"), which has been correctly identified by the Claims Center as a Primary Seafood Processor located in Zone C, with causation presumed.  We write to request reconsideration of the Eligibility Notice dated August 30, 2013 (the "Notice").

The Notice states that you have reviewed this Business Economic Loss Claim and have determined that the Claimant is "eligible" for a Settlement Payment, but that the Claimant "suffered no loss."  The Notice further states: "[A]s a result, your Award Amount is zero and you will not receive a payment from the Settlement Program."  (Notice at III).  This determination is incorrect, and should be reconsidered and reversed, because the Claims Center (a) failed to follow the standards of the Settlement Agreement; (b) made a Calculation Error; and (c) incorrectly denied the Claimant Accounting Support Reimbursement.

I.    The Claims Center Failed to Follow the Standards in the Settlement Agreement.

The Compensation Framework for Business Economic Loss Claims is set forth in Exhibit 4C of the Settlement Agreement (the "Compensation Framework").  The Compensation

September 25, 2013
Page 2

Framework is divided into two steps. Step 1 compensates claimants for any reduction in profit between the 2010 Compensation Period selected by the Claimant and the comparable months of the Benchmark Period. Step 2 compensates claimants for incremental profits the Claimant might have expected to generate in the absence of the Spill relative to sales from the Benchmark Period.

Thus, the Compensation Framework requires two separate calculations, each of which is performed independently from the other. The two steps of the calculation are designed to compensate for two different things. The first calculation, Step 1, is designed to compensate claimants for their actual loss in variable profits after the Spill, as compared to comparable months in the earlier Benchmark Period. The second step, Step 2, is designed to project and, by use of an agreed upon formula, estimate additional incremental profits claimants might have realized in 2010 but for the Spill, whether or not the claimants suffered an actual loss.

As a result of this two step analysis, a claimant may not be entitled to any compensation in Step 1 because it did not suffer any loss in variable profit in the 2010 Compensation Period compared to the comparable months of the Benchmark Period. However, the same claimant may qualify for compensation under Step 2 for additional incremental profits the Claimant might have been expected to realize in the absence of the Spill based on the Claimant's growth in revenues in January-April 2010 compared to benchmark. Conversely, a claimant may be entitled to payment of Step 1 Compensation because it suffered an actual loss in profits in the 2010 Compensation Period, but the same claimant may not qualify for any Step 2 Compensation due to the absence of growth of revenue in the pre-Spill months of 2010 compared to comparable months of the Benchmark Period. In other instances, a claimant may qualify for payment of both Step 1 and Step 2 Compensation, while another claimant may qualify for zero compensation in both Step 1 and Step 2, depending upon the claimant's individual circumstances.

However, under no circumstances can the compensation calculation for either Step 1 or Step 2 result in *negative* compensation. The very term makes no sense, and the concept is contrary to the letter and spirit of the Settlement Agreement. Each step of the calculation must result in either positive compensation for monies owed to the claimant by BP, or zero compensation. After the Step 1 and the Step 2 compensation calculations are performed, Total Compensation is calculated by adding Step 1 Compensation to Step 2 Compensation and applying the applicable Risk Transfer Premium ("RTP"). (See Exhibit 4C to the Settlement Agreement, at page 5). In our case, as a Primary Seafood Processor in Zone C, Island Crab Corporation is entitled to a Risk Transfer Premium of 3.00.

The Claims Center misapplied the Compensation Framework to this Claimant. Specifically, the Claims Center calculated a *negative* compensation amount in Step 1, and then offset the negative result by the Step 2 Compensation the Claimant is entitled to receive, to reach the conclusion that the Claimant "suffered no loss." This conclusion and methodology used to reach it are in error. The Settlement Agreement does not contemplate or require that Step 1 and Step 2 Compensation be offset from one another to reduce a claimant's Total Compensation. To the contrary, it requires that Step 1 Compensation be added to Step 2 Compensation to increase Total Compensation. The plain and ordinary meaning of "compensation" in this context is the "*payment* of damages...that a court orders to be done by a person who has caused injury to

September 25, 2013
Page 3

another." Black's Law Dictionary (8th ed) (emphasis added). Compensation means "*payment, remuneration.*" Merriam-Webster Dictionary (current online ed). Compensation cannot logically be interpreted as a *deduction* or a *reduction* of payment. Yet, this is precisely how the Claims Center has interpreted and applied Exhibit 4C to the Settlement Agreement in this case.

We understand that the Claims Center may have been following Pol-372 v2 in "adding" negative Step 1 Compensation to the results of Step 2. According to the text of Pol-372 v2, this policy was a "Claims Administrator Decision." Respectfully, the Claims Administrator does not have the authority to rewrite the Settlement Agreement by issuing policies. Rather, the Claims Administrator is required by the Settlement Agreement to "faithfully implement and administer the Settlement, according to its terms and procedures, for the benefit of the Economic Class, consistent with this Agreement, and/or as agreed to by the Parties and/or approved by the Court." (Settlement Agreement at Section 4.3.1.). Moreover, in reviewing claims, Claims Administrator Vendors are required "to produce the greatest **ECONOMIC DAMAGE COMPENSATION AMOUNT** that such information and supporting documentation allows under the terms of the **ECONOMIC DAMAGE CLAIM FRAMEWORK**." (Settlement Agreement at Section 4.3.8). Policy 372 v2 is directly contrary to the mandates of the Settlement Agreement, and injurious to the Economic Class. To the extent necessary to reverse the erroneous denial of the instant claim, we respectfully request that the policy be reconsidered and rescinded.

Even if allowed to stand, POL-372 v2 has no application to this case. This policy has an Active Date of April 23, 2013. According to the stated Policy Impact, it applies to "All Claims Greater than Active Date." Thus, the policy amendment applies only to claims filed after April 23, 2013. Island Crab Corporation's claim was filed on January 28, 2013. Therefore, by its express terms, POL-372 v2 has no application to this claim.[1]

The Claimant concedes that it is not entitled to any Step 1 compensation because its Variable Profit in each month from May through December 2010 (the selected Compensation Period) exceeded the Variable Profit in the comparable months of May through December 2009 (the selected Benchmark Period). (See Full Review Final Payment of Claim of Island Crab Corporation prepared by Robert M. Coleman, Jr., P.A. dated January 15, 2013, submitted with the original claim and attached hereto for your reference).[2] As a result, Step 1 Compensation in this case is zero. Instead, the Claims Center calculated Step 1 Compensation at a negative $221,469.84 for the Claimant Selected Periods (in other words an increase in Variable Profit during that period), and a negative $56,716.91 (or increased profits) during the Claims Administrator Selected Period. (See Total Compensation Calculations at page 5 of 10 of the Notice). The Claims Center then offset positive Step 2 Compensation of $37,834.59 in the

---

[1]    We are aware that POL-372 v1 was issued on June 15, 2012, applicable to "All Claims Regardless of Active Date." POL-372 v1 is inconsistent with the Settlement Agreement for the reasons expressed above. In addition, the policy was not made public or placed on the Portal until on or about March 29, 2013. Therefore, the Claimant was not aware of, and had no reasonable means of discovering, this internal policy at the time it filed its claim. Because the policy was not published until after this claim was filed, it should not, in fairness, be applied to defeat this claim.

[2]    This report was generated with use of the Oil Claim Calculator computer software developed by I.T. Strategies Group, and illustrates the proper method of calculating Step 1 and Step 2 Compensation.

September 25, 2013
Page 4

Claimant Selected Period to arrive at a Compensation Amount of negative $183,635.25. (Id.).
The Claims Center applied the same flawed methodology in the Claims Administrator Selected
Periods, offsetting positive Step 2 Compensation of $29,603.01 from negative Step 1
Compensation of $56,716.91, resulting in a negative Compensation Amount of $27,113.90. The
Claims Center then applied the RTP of 3.00 to the negative results, thereby compounding the
error, such that the Total Compensation Amount during Claimant Selected Periods was a
negative $734,541.00, and a Total Compensation Amount during the Claims Administrator
Selected Period was a negative $108,455.60. (See Notice at pages 5 and 6 of 10).

This anomaly is the result of a misunderstanding and misapplication of the Settlement
Agreement. What the Claims Center should have done was to add Step 1 Compensation of zero
to the Step 2 Compensation, and applied the RTP to that total to arrive at the Total Compensation
Amount. To illustrate, assuming the Claims Center's calculation of Step 2 Compensation is
correct (which it is not as demonstrated in Section II below), the Total Compensation Amount
would be calculated as follows:

| Total Compensation | (A) Claims Administrator Selected Periods | (B) Claimant Selected Periods |
|---|---|---|
| Step 1 Compensation: | $0.00 | $0.00 |
| Step 2 Compensation | $29,603.01 | $37,834.59 |
| Compensation Amount: | $29,603.01 | $37,834.59 |
| Risk Transfer Premium | 3.00 | 3.00 |
| Risk Transfer Premium Amount: | $88,809.03 | $113,503.77 |
| Account Support Reimbursement: | See Section III Below | See Section III Below |
| Compensation Prior to Offsets: | $118,412.04 | $151,338.36 |
| Less Offsets: | $0.00 | $0.00 |
| Total Compensation Amount: | $118,412.04 | $151,338.36 |

II.    Step 2 Compensation Was Incorrectly Calculated.

The Claimant also takes issue with the Claims Center's calculations in arriving at Step 2
Net Compensation. We agree that this particular Claimant has a Claimant-Specific Factor of
10.00%, and a General Adjustment Factor of 2.00%. We also agree with the Benchmark Period
Revenues from July through December, and the Incremental Revenues from July through
December, as shown on page 7 of 10 of the Notice. However, in order to reduce the impact of
the erroneous Step 1 negative Compensation Amount, the Claims Center chose the Optimum
Step 2 Compensation Period of July 2010 to December 2010, leaving out May and June from the
Claimant Selected Compensation Period of May 2010 to December 2010. Adding May and June
to the equation results in higher Incremental Revenue, a higher Variable Margin of 21.45%
(instead of 18.37% used by the Claims Center) and a higher Step 2 Net Compensation Amount.
With May and June 2010 added to the calculations, the chart reflecting Step 2 Compensation
calculations shown on page 7 of the Notice would and should read as follows:

September 25, 2013
Page 5

| | | | Step 2 Net Compensation | | | |
|---|---|---|---|---|---|---|
| | Revenues | | | | | |
| Month | Benchmark Period (a) | Claimant Specific Factor (b) | General Adjustment Factor (c) | Incremental Revenue (d) = (a) x (b +c) | Variable Margin % (e) | Step 2: Lost Variable Profit (f) = (d) x (e) |
| May | $205,197.58 | 10.00% | 2.00% | $24,623.71 | 21.45% | $5,281.79 |
| Jun | $168,217.97 | 10.00% | 2.00% | $20,186.16 | 21.45% | $4,329.93 |
| Jul | $176,600.36 | 10.00% | 2.00% | $21,192.04 | 21.45% | $4,545.69 |
| Aug | $151,052.17 | 10.00% | 2.00% | $18,126.26 | 21.45% | $3,888.08 |
| Sep | $150,515.47 | 10.00% | 2.00% | $18,061.86 | 21.45% | $3,874.27 |
| Oct | $254,826.25 | 10.00% | 2.00% | $30,579.15 | 21.45% | $6,559.23 |
| Nov | $268,148.78 | 10.00% | 2.00% | $32,177.85 | 21.45% | $6,902.15 |
| Dec | $341,762.84 | 10.00% | 2.00% | $41,011.54 | 21.45% | $8,796.98 |
| Total | $1,716,321.42 | 10.00% | 2.00% | $205,958.57 | 21.45% | $44,178.12 |

The Step 2 Net Compensation of $44,178.12 differs slightly from the Step 2 Compensation of $45,045 shown on the report of Robert M. Coleman, Jr., P.A. submitted with the claim and attached hereto. The difference is attributable to slight adjustments in Total Revenue and Incremental Revenue made by the Claims Center in its calculations, which we are willing to accept for purposes of this Request for Reconsideration. With Step 2 Compensation calculated at $44,178.12, the Claimant's Total Compensation Amount would be calculated as follows:

| Total Compensation | (B) Claimant Selected Periods |
|---|---|
| Step 1 Compensation: | $0.00 |
| Step 2 Compensation: | $44,178.12 |
| Compensation Amount: | $44,178.12 |
| Risk Transfer Premium: | 3.00 |
| Risk Transfer Premium Amount: | $132,534.36 |
| Account Support Reimbursement: | See Section III Below |
| Compensation Prior to Offsets: | $176,712.48 |
| Less Offsets: | $0.00 |
| Total Compensation Amount: | $176,712.48 |

Thus, properly calculated in accordance with the Compensation Framework for Business Economic Loss Claims under the Settlement Agreement, **Island Crab Corporation is entitled to Total Compensation of $176,712.48.**

III.    Claimant is Entitled to Accounting Support Reimbursement.

In this case, the Claims Center determined that the Claimant was entitled to zero dollars for Accounting Support Reimbursement. Presumably, this conclusion was reached based on the Claims Center's determination that the Claimant was not entitled to receive any Settlement Payment, and only those Claimants who receive Settlement Payments are eligible for

September 25, 2013
Page 6

reimbursement of accounting services pursuant to Section 4.4.13.1 of the Settlement Agreement. With a Settlement Payment properly calculated as set forth above, we ask that the Claimant's claim for reimbursement of accounting services be reconsidered. The Claimant submitted along with its claim an Invoice from Robert M. Coleman, Jr., P.A. in the amount of $2,726.50. On behalf of Island Crab Corporation, we respectfully request reimbursement at the maximum amount allowable by the terms of the Settlement Agreement.

<u>**Conclusion**</u>

Island Crab Corporation is a commercial processor and wholesaler of fresh seafood, principally blue crab, stone crab, clams, oysters, and other seafood caught in the Gulf of Mexico off of the Southwest Florida Coast and purchased from local commercial fisherman. It is inconceivable that a settlement reached with BP would result in no compensation whatsoever to a seafood wholesaler and processor of fresh seafood caught in the Gulf of Mexico. Logically, this cannot be the correct result, and it is not the correct result.

We acknowledge that Island Crab Corporation did well in 2010 despite the Spill. But it would have done even better had the Spill not occurred. How much better? No one can say with certainty, but the parties to the Settlement Agreement agreed to a formula designed to estimate the loss of incremental profits in Step 2. The Claims Office improperly denied this Claimant's Step 2 Compensation by offsetting it against profits actually earned.

Properly applied, the Settlement Agreement entitles Island Crab Corporation to compensation in the amount of $176,712.48. The determination by the Claims Center that the Claimant's "Award Amount is zero" is clearly erroneous for the reasons set forth above. Accordingly, on behalf of Island Crab Corporation, we respectfully request that the Claims Administrator reconsider the denial of this claim, reverse the Eligibility Notice of August 30, 2013, and award the Claimant Total Compensation of $176,712.48, plus reimbursement for accounting services.

If you have any questions, or if we can provide the Claims Administrator with any additional information relative to this claim, please let us know.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Lawrence A. Farese

LAF/tlk
Enclosure
cc:    Mr. Grant Phelan
       Ms. Denise Haugland

65267536.1

## Robert M Coleman, Jr P.A.

Certified Public Accountant
Post Office Box 694
Felda, FL 33930
robertmcoleman@embarqmail.com
Physical Address: 813 CR 830 Felda, FL 33930

Date of Preparation: Tuesday, January 15, 2013

## FULL REVIEW FINAL PAYMENT CLAIM
## OF

ISLAND CRAB CORPORATION
5511 DOUG TAYLOR CIRCLE
Saint James City, FL 33956

### Claimant Specific Data

| NAICS Code | 424460 - Seafood (except canned, packaged frozen) merchant wholesalers |
|---|---|
| Presumptive Causation Test | ~~Manual Causation Required~~ * |
| V-Shaped Downturn Causation Test | no |
| V-Shaped Revenue Pattern Upturn Causation Test | Passed |

| Type of Claim | Zone | RTP |
|---|---|---|
| Business Economic Loss | C | 3.00 |

| GCCF Claim # | DWH Claim # | Claimant # |
|---|---|---|
| | | |

Resulting from the

### Deepwater Horizon Gulf Oil Spill

Report prepared by:

## ISLAND CRAB CORPORATION
5511 DOUG TAYLOR CIRCLE
ST JAMES CITY, FLORIDA 33956
239-287-0951

* THERE IS NO CAUSATION REQUIREMENT BECAUSE ISLAND
CRAB CORP IS PRIMARY SEAFOOD PROCESSOR LOCATED IN
ZONE C (See Exhibit 4B TO SETTLEMENT AGREEMENT).

LAWRENCE A FAREST
ATTORNEY FOR CLAIMANT

ISLAND CRAB CORPORATION                                EIN # 45-0539317

**Table of Content**

ISLAND CRAB CORPORATION                                          EIN # 45-0539317

## Description of Client

ISLAND CRAB CORPORATION                                    EIN # 45-0539317

## Economic Loss Zone Map



## Settlement Agreement Reference Map

Case 2:10-md-02179-CJB-SS   Document 0276-3   Filed 04/18/12   Page 15 of 16

**Florida (Tampa to Marco Island)**

Economic Loss Zones

---

ISLAND CRAB CORPORATION                                                    4

ISLAND CRAB CORPORATION                                     EIN # 45-0539317

| Loss Summary | |
|---|---|
| Step 1 Compensation | $0.00 |
| Step 2 Compensation | $45,045.00 |
| Risk Transfer Premium | $135,135.00 |
| Claim Payable Including Prior Payment | $180,180.00 |

ISLAND CRAB CORPORATION                                                                    EIN # 45-0539317

## Variable Cost Worksheet

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COST OF GOODS SOLD | 181,647 | 111,105 | 114,880 | 84,966 | 58,276 | 49,665 | 55,996 | 49,907 | 35,017 | 88,164 | 149,144 | 101,304 | 1,080,071 |
| COMMISSIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CONTRACT LABOR | 800 | 0 | 735 | 0 | 900 | 0 | 0 | 0 | 1,022 | 0 | 150 | 0 | 3,607 |
| DONATIONS/CONTRIBUTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FUEL | 867 | 745 | 1,320 | 1,538 | 733 | 312 | 789 | 93 | 775 | 775 | 775 | 773 | 9,495 |
| REPAIRS | 2,233 | 504 | 486 | 2,426 | -923 | 480 | 1,460 | 1,000 | 546 | 2,466 | 2,674 | 878 | 14,230 |
| TRAVEL | 0 | 0 | 0 | 238 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 238 |
| SALES TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Expenses | 185,547 | 112,354 | 117,421 | 89,168 | 58,986 | 50,457 | 58,245 | 51,000 | 37,360 | 91,405 | 152,743 | 102,955 | 1,107,641 |
| PAYROLL STAFF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL PRODUCTION | 8,200 | 7,392 | 15,834 | 7,679 | 11,579 | 16,564 | 10,070 | 12,799 | 15,671 | 11,094 | 15,569 | 22,848 | 155,299 |
| PAYROLL BONUSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL TAX EXPENSE | 3,243 | 2,930 | -4,226 | 5,373 | 1,215 | -2,897 | 2,854 | 2,808 | -2,929 | 2,671 | 2,991 | -3,623 | 10,410 |
| PAYROLL WORKMENS COMP | 0 | 0 | 0 | 0 | 0 | 1,327 | 0 | 0 | 531 | 531 | 530 | 51 | 2,970 |
| EMPLOYEE BENEFITS | 388 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 388 |
| PAYROLL OFFICERS | -4,385 | -4,765 | -9,100 | -4,765 | -5,850 | -8,010 | -4,680 | -5,850 | -6,727 | -6,727 | -6,727 | -6,727 | -74,313 |
| OFFICER PAYROLL TAXES | -439 | -477 | -910 | -477 | -585 | -801 | -468 | -585 | -673 | -673 | -673 | -673 | -7,434 |
| Total Payroll & Benefits | 7,007 | 5,080 | 1,598 | 7,810 | 6,359 | 6,183 | 7,776 | 9,172 | 5,873 | 6,896 | 11,690 | 11,876 | 87,320 |
| Fixed Payroll | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Variable Payroll | 7,007 | 5,080 | 1,598 | 7,810 | 6,359 | 6,183 | 7,776 | 9,172 | 5,873 | 6,896 | 11,690 | 11,876 | 87,320 |
| Total Variable Cost | 192,554 | 117,434 | 119,019 | 96,978 | 65,345 | 56,640 | 66,021 | 60,172 | 43,233 | 98,301 | 164,433 | 114,831 | 1,194,961 |

ISLAND CRAB CORPORATION                                                                                      7

ISLAND CRAB CORPORATION                                                                                    EIN # 45-0539317

### Variable Cost Worksheet (Continued)

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COST OF GOODS SOLD | 143,078 | 83,597 | 86,345 | 107,204 | 91,486 | 116,042 | 124,637 | 107,446 | 81,659 | 195,206 | 175,921 | 288,811 | 1,601,432 |
| COMMISSIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CONTRACT LABOR | 0 | 1,365 | 750 | 300 | 585 | 262 | 281 | 242 | 183 | 2,537 | 0 | 0 | 6,505 |
| DONATIONS/CONTRIBUTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FUEL | 177 | 803 | 291 | 905 | 499 | 616 | 736 | 497 | 137 | 301 | 376 | 595 | 5,933 |
| REPAIRS | 692 | 5,183 | 637 | 1,005 | 125 | 2,013 | 1,703 | 1,468 | 687 | 1,873 | 763 | 2,902 | 19,051 |
| TRAVEL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 158 | 0 | 0 | 0 | 158 |
| SALES TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Expenses | 143,947 | 90,948 | 88,023 | 109,414 | 92,695 | 118,933 | 127,357 | 109,653 | 82,824 | 199,917 | 177,060 | 292,308 | 1,633,079 |
| PAYROLL STAFF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL PRODUCTION | 19,471 | 18,951 | 14,928 | 13,631 | 20,773 | 21,695 | 23,302 | 20,088 | 15,266 | 18,716 | 18,745 | 30,625 | 236,191 |
| PAYROLL BONUSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL TAX EXPENSE | 4,332 | 4,927 | 4,384 | 3,721 | 3,579 | 550 | 591 | 509 | 387 | 4,610 | 6,992 | -5,737 | 28,845 |
| PAYROLL WORKMENS COMP | 531 | 876 | 572 | 571 | 1,907 | 676 | 726 | 626 | 477 | 2,679 | 623 | 622 | 10,886 |
| EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL OFFICERS | -5,850 | -4,680 | -4,680 | -4,680 | -7,218 | -7,596 | -8,159 | -7,033 | -5,345 | -6,551 | -6,561 | 10,719 | -57,634 |
| OFFICER PAYROLL TAXES | -585 | -468 | -468 | -468 | -722 | -760 | -816 | -703 | -535 | -656 | -656 | -1,072 | -7,909 |
| Total Payroll & Benefits | 17,899 | 19,606 | 14,736 | 12,775 | 18,319 | 14,565 | 15,644 | 13,487 | 10,250 | 18,798 | 19,143 | 35,157 | 210,379 |
| Fixed Payroll | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Variable Payroll | 17,899 | 19,606 | 14,736 | 12,775 | 18,319 | 14,565 | 15,644 | 13,487 | 10,250 | 18,798 | 19,143 | 35,157 | 210,379 |
| Total Variable Cost | 161,846 | 110,554 | 102,759 | 122,189 | 111,014 | 133,498 | 143,001 | 123,140 | 93,074 | 218,715 | 196,203 | 327,465 | 1,843,458 |

ISLAND CRAB CORPORATION                                                                                                        8

ISLAND CRAB CORPORATION                                                                          EIN # 45-0539317

**Variable Cost Worksheet (Continued)**

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COST OF GOODS SOLD | 280,017 | 258,146 | 271,258 | 214,110 | 154,232 | 132,735 | 136,324 | 121,403 | 115,916 | 200,248 | 213,164 | 251,542 | 2,349,095 |
| COMMISSIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CONTRACT LABOR | 1,337 | 815 | 792 | 0 | 0 | 250 | 0 | 0 | 500 | 373 | 151 | 0 | 4,218 |
| DONATIONS/CONTRIBUTIONS | 0 | 0 | 0 | 290 | 0 | 0 | 0 | 0 | 150 | 0 | 0 | 385 | 825 |
| FUEL | 63 | 28 | 88 | 58 | 59 | 39 | 7 | 481 | 485 | 569 | 962 | 280 | 3,119 |
| REPAIRS | 2,586 | 408 | 828 | 699 | 898 | 1,513 | 523 | 1,019 | 3,243 | 9,075 | 228 | 1,434 | 22,454 |
| TRAVEL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SALES TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Expenses | 284,003 | 259,397 | 272,966 | 215,157 | 155,189 | 134,537 | 136,854 | 122,903 | 120,294 | 210,265 | 214,505 | 253,641 | 2,379,711 |
| PAYROLL STAFF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL PRODUCTION | 23,886 | 23,255 | 19,948 | 22,907 | 17,497 | 18,964 | 22,781 | 18,228 | 18,067 | 27,743 | 21,529 | 27,236 | 262,041 |
| PAYROLL BONUSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL TAX EXPENSE | 2,031 | 1,949 | 1,877 | 1,818 | 1,477 | 1,497 | 1,814 | 1,434 | 1,400 | 2,210 | 1,683 | 2,081 | 21,271 |
| PAYROLL WORKMENS COMP | 622 | 623 | 622 | 622 | 623 | 622 | 526 | 526 | 421 | 1,360 | 421 | 421 | 7,409 |
| EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL OFFICERS | -7,818 | -7,818 | -7,818 | -7,818 | -7,818 | -7,818 | -7,818 | -7,818 | -7,818 | -7,818 | -7,818 | -7,812 | -93,810 |
| OFFICER PAYROLL TAXES | -782 | -782 | -782 | -782 | -782 | -782 | -782 | -782 | -782 | -781 | -781 | -781 | -9,381 |
| Total Payroll & Benefits | 17,939 | 17,227 | 13,847 | 16,747 | 10,997 | 12,483 | 16,521 | 11,588 | 11,288 | 22,714 | 15,034 | 21,145 | 187,530 |
| Fixed Payroll | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Variable Payroll | 17,939 | 17,227 | 13,847 | 16,747 | 10,997 | 12,483 | 16,521 | 11,588 | 11,288 | 22,714 | 15,034 | 21,145 | 187,530 |
| Total Variable Cost | 301,942 | 276,624 | 286,813 | 231,904 | 166,186 | 147,020 | 153,375 | 134,491 | 131,582 | 232,979 | 229,539 | 274,786 | 2,567,241 |

ISLAND CRAB CORPORATION                                                                                      9

ISLAND CRAB CORPORATION                                                                                                          EIN # 45-0539317

## Variable Cost Worksheet (Continued)

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COST OF GOODS SOLD | 247,193 | 310,109 | 314,797 | 260,933 | 210,916 | 184,634 | 241,618 | 176,165 | 157,889 | 254,396 | 371,529 | 312,748 | 3,042,927 |
| COMMISSIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CONTRACT LABOR | 175 | 0 | 900 | 0 | 360 | 0 | 60 | 0 | 2,081 | 161 | 120 | 0 | 3,857 |
| DONATIONS/CONTRIBUTIONS | 0 | 0 | 295 | 0 | 0 | 0 | 0 | 290 | 0 | 200 | 240 | 0 | 1,025 |
| FUEL | 403 | 562 | 359 | 634 | 527 | 993 | 406 | 506 | 400 | 602 | 795 | 1,362 | 7,549 |
| REPAIRS | 803 | 39 | 354 | 321 | 8,008 | 10,926 | 1,814 | 260 | 1,415 | 1,354 | 3,870 | 1,289 | 30,453 |
| TRAVEL | 577 | 0 | 50 | 0 | 0 | 0 | 0 | 1,217 | 0 | 0 | 0 | 0 | 1,844 |
| SALES TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Expenses | 249,151 | 310,710 | 316,755 | 261,888 | 219,811 | 196,553 | 243,898 | 178,438 | 161,785 | 256,713 | 376,554 | 315,399 | 3,087,655 |
| PAYROLL STAFF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL PRODUCTION | 20,496 | 26,855 | 23,127 | 28,824 | 26,738 | 28,922 | 39,867 | 30,007 | 37,548 | 31,281 | 33,995 | 51,610 | 379,270 |
| PAYROLL BONUSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL TAX EXPENSE | 1,804 | 2,264 | 1,942 | 2,555 | 3,519 | 2,378 | 3,216 | 2,367 | 2,996 | 2,470 | 2,671 | 4,728 | 32,910 |
| PAYROLL WORKMENS COMP | 737 | 464 | 463 | 463 | 950 | 506 | 516 | 516 | 413 | 2,767 | 413 | 413 | 8,621 |
| EMPLOYEE BENEFITS | 0 | 0 | 2,208 | 736 | 736 | 736 | 866 | 866 | 866 | 866 | 866 | 866 | 9,612 |
| PAYROLL OFFICERS | -8,471 | -8,471 | -8,471 | -8,471 | -8,471 | -8,471 | -8,471 | -8,471 | -8,471 | -8,471 | -8,471 | -8,470 | -101,651 |
| OFFICER PAYROLL TAXES | -847 | -847 | -847 | -847 | -847 | -847 | -847 | -847 | -847 | -847 | -847 | -847 | -10,164 |
| Total Payroll & Benefits | 13,719 | 20,265 | 18,422 | 23,260 | 22,625 | 23,224 | 35,147 | 24,438 | 32,505 | 28,066 | 28,627 | 48,300 | 318,598 |
| Fixed Payroll | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Variable Payroll | 13,719 | 20,265 | 18,422 | 23,260 | 22,625 | 23,224 | 35,147 | 24,438 | 32,505 | 28,066 | 28,627 | 48,300 | 318,598 |
| Total Variable Cost | 262,870 | 330,975 | 335,177 | 285,148 | 242,436 | 219,777 | 279,045 | 202,876 | 194,290 | 284,779 | 405,181 | 363,699 | 3,406,253 |

ISLAND CRAB CORPORATION                                                                                           EIN # 45-0539317

## Variable Cost Worksheet (Continued)

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COST OF GOODS SOLD | 321,935 | 396,359 | 467,085 | 427,352 | 260,015 | 240,546 | 313,089 | 261,257 | 216,158 | 316,039 | 333,648 | 622,661 | 4,176,144 |
| COMMISSIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CONTRACT LABOR | 1,025 | 689 | 0 | 1,295 | 90 | 0 | 0 | 319 | 0 | 0 | 2,251 | 985 | 6,654 |
| DONATIONS/CONTRIBUTIONS | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 125 | 0 | 625 |
| FUEL | 857 | 543 | 809 | 873 | 65 | 815 | 92 | 616 | 277 | 176 | 664 | 3,677 | 9,464 |
| REPAIRS | 286 | 762 | 8 | 1,100 | 1,178 | 1,828 | 5,896 | 4,130 | 15,275 | 9,473 | 2,806 | 6,871 | 49,613 |
| TRAVEL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SALES TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Variable Expenses | 324,103 | 398,353 | 467,902 | 431,120 | 261,348 | 243,189 | 319,077 | 266,322 | 231,710 | 325,688 | 339,494 | 634,194 | 4,242,500 |
| PAYROLL STAFF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL PRODUCTION | 30,508 | 31,159 | 33,167 | 28,835 | 28,353 | 34,105 | 31,177 | 29,407 | 35,574 | 26,091 | 31,028 | 56,271 | 395,675 |
| PAYROLL BONUSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PAYROLL TAX EXPENSE | 3,067 | 1,319 | 2,949 | 5,467 | 2,520 | 1,416 | 2,720 | 2,441 | 2,834 | 2,632 | 2,491 | 3,496 | 33,352 |
| PAYROLL WORKMENS COMP | 413 | 413 | 413 | 413 | 413 | 413 | 0 | 4,993 | 0 | 3,608 | 0 | 0 | 11,079 |
| EMPLOYEE BENEFITS | 866 | 866 | 866 | 866 | 866 | 1,732 | 866 | 866 | 1,001 | 1,001 | 1,001 | 134 | 10,931 |
| PAYROLL OFFICERS | -8,581 | -8,581 | -8,581 | -8,581 | -8,581 | -8,581 | -8,581 | -8,581 | -8,581 | -8,581 | -8,581 | -8,580 | -102,971 |
| OFFICER PAYROLL TAXES | -858 | -858 | -858 | -858 | -858 | -858 | -858 | -858 | -858 | -858 | -858 | -858 | -10,296 |
| Total Payroll & Benefits | 25,415 | 24,318 | 27,956 | 26,142 | 22,713 | 28,227 | 25,324 | 28,268 | 29,970 | 23,893 | 25,081 | 50,463 | 337,770 |
| Fixed Payroll | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Variable Payroll | 25,415 | 24,318 | 27,956 | 26,142 | 22,713 | 28,227 | 25,324 | 28,268 | 29,970 | 23,893 | 25,081 | 50,463 | 337,770 |
| Total Variable Cost | 349,518 | 422,671 | 495,858 | 457,262 | 284,061 | 271,416 | 344,401 | 294,590 | 261,680 | 349,581 | 364,575 | 684,657 | 4,580,270 |

ISLAND CRAB CORPORATION                                                                                                         11

ISLAND CRAB CORPORATION                                                        EIN # 45-0539317

### Revenue Stream Worksheet

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOLESALE SEAFOOD SALES | 217,833 | 139,650 | 127,833 | 108,852 | 75,044 | 71,481 | 73,983 | 65,458 | 53,327 | 117,819 | 151,778 | 174,982 | 1,378,040 |
| SUPPLY STORE SALES | 6,682 | 6,532 | 8,285 | 5,847 | 1,066 | 1,876 | 4,139 | 2,966 | 2,470 | 9,573 | 2,175 | 8,169 | 59,780 |
| RETAIL SALES | 91 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3,209 | 2,073 | 5,374 |
| MISCELLANEOUS SALES | 2,113 | 1,301 | 1,670 | 981 | 11,398 | 670 | 746 | 644 | 690 | 56 | 30 | 12 | 20,311 |
| SHIPPING & DELIVERY INCOME | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Revenue | 226,719 | 147,483 | 137,788 | 115,680 | 87,508 | 74,027 | 78,868 | 69,068 | 56,488 | 127,448 | 157,192 | 185,236 | 1,463,505 |
| Total Variable Cost | 192,554 | 117,434 | 119,019 | 96,978 | 65,345 | 56,640 | 66,021 | 60,172 | 43,233 | 98,301 | 164,433 | 114,831 | 1,194,961 |
| Variable Profit | 34,165 | 30,049 | 18,769 | 18,702 | 22,163 | 17,387 | 12,847 | 8,896 | 13,255 | 29,147 | -7,241 | 70,405 | 268,544 |

ISLAND CRAB CORPORATION                                                                    12

ISLAND CRAB CORPORATION

EIN # 45-0539317

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOLESALE SEAFOOD SALES | 152,731 | 157,357 | 134,411 | 154,847 | 134,655 | 151,728 | 162,967 | 140,489 | 106,770 | 222,265 | 219,126 | 350,072 | 2,087,418 |
| SUPPLY STORE SALES | 8,266 | 1,575 | 5,515 | 995 | 318 | 1,996 | 2,144 | 1,848 | 1,404 | 728 | 6,841 | -4,087 | 27,543 |
| RETAIL SALES | 1,598 | 0 | 0 | 48 | 1 | 204 | 219 | 189 | 142 | 127 | 0 | 93 | 2,621 |
| MISCELLANEOUS SALES | 36 | 66 | 938 | 11,160 | 110 | 107 | 115 | 99 | 75 | 1,365 | 1,290 | 482 | 15,843 |
| SHIPPING & DELIVERY INCOME | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 239 | 365 | 1,359 | 1,963 |
| Total Revenue | 162,631 | 158,998 | 140,864 | 167,050 | 135,084 | 154,035 | 165,445 | 142,625 | 108,391 | 224,724 | 227,622 | 347,919 | 2,135,388 |
| Total Variable Cost | 161,846 | 110,554 | 102,759 | 122,189 | 111,014 | 133,498 | 143,001 | 123,140 | 93,074 | 218,715 | 196,203 | 327,465 | 1,843,458 |
| Variable Profit | 785 | 48,444 | 38,105 | 44,861 | 24,070 | 20,537 | 22,444 | 19,485 | 15,317 | 6,009 | 31,419 | 20,454 | 291,930 |

ISLAND CRAB CORPORATION                                                                        EIN # 45-0539317

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| WHOLESALE SEAFOOD SALES | 363,157 | 330,321 | 338,920 | 266,820 | 203,637 | 167,188 | 175,584 | 150,269 | 149,444 | 253,086 | 266,199 | 345,967 | 3,010,592 |
| SUPPLY STORE SALES | 2,473 | 257 | 413 | 281 | 676 | 175 | 117 | 93 | 191 | 524 | 385 | 1,997 | 7,582 |
| RETAIL SALES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 36 | 38 |
| MISCELLANEOUS SALES | 1,275 | 960 | 945 | 795 | 885 | 855 | 900 | 690 | 880 | 975 | 1,200 | 1,543 | 11,903 |
| SHIPPING & DELIVERY INCOME | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Revenue | 366,905 | 331,538 | 340,278 | 267,896 | 205,198 | 168,218 | 176,601 | 151,052 | 150,516 | 254,586 | 267,784 | 349,543 | 3,030,115 |
| Total Variable Cost | 301,942 | 276,624 | 286,813 | 231,904 | 166,186 | 147,020 | 153,375 | 134,491 | 131,582 | 232,979 | 229,539 | 274,786 | 2,567,241 |
| Variable Profit | 64,963 | 54,914 | 53,465 | 35,992 | 39,012 | 21,198 | 23,226 | 16,561 | 18,934 | 21,607 | 38,245 | 74,757 | 462,874 |

ISLAND CRAB CORPORATION                                                                    EIN # 45-0539317

### Revenue Stream Worksheet

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOLESALE SEAFOOD SALES | 312,026 | 396,083 | 399,584 | 328,544 | 276,741 | 281,131 | 308,935 | 261,697 | 211,447 | 323,815 | 466,618 | 454,840 | 4,021,461 |
| SUPPLY STORE SALES | 1,628 | 763 | 432 | 696 | 1,446 | 3,778 | 4,585 | 4,746 | 264 | 534 | 2,099 | 2,832 | 23,803 |
| RETAIL SALES | 0 | 0 | 0 | 0 | 1,020 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 1,024 |
| MISCELLANEOUS SALES | 2,688 | 945 | 1,200 | 960 | 930 | 945 | 1,065 | 975 | 795 | 1,260 | 1,095 | 1,036 | 13,894 |
| SHIPPING & DELIVERY INCOME | 267 | 0 | 118 | 225 | 107 | 0 | 473 | 804 | 73 | 328 | 383 | 661 | 3,439 |
| Total Revenue | 316,609 | 397,791 | 401,334 | 330,425 | 280,244 | 285,854 | 315,058 | 268,226 | 212,579 | 325,937 | 470,195 | 459,369 | 4,063,621 |
| Total Variable Cost | 262,870 | 330,975 | 335,177 | 285,148 | 242,436 | 219,777 | 279,045 | 202,876 | 194,290 | 284,779 | 405,181 | 363,699 | 3,406,253 |
| Variable Profit | 53,739 | 66,816 | 66,157 | 45,277 | 37,808 | 66,077 | 36,013 | 65,350 | 18,289 | 41,158 | 65,014 | 95,670 | 657,368 |

ISLAND CRAB CORPORATION                                                                                 15

ISLAND CRAB CORPORATION

EIN # 45-0539317

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOLESALE SEAFOOD SALES | 406,651 | 486,817 | 570,434 | 514,818 | 329,958 | 295,838 | 376,840 | 327,389 | 264,980 | 377,990 | 450,841 | 788,527 | 5,191,083 |
| SUPPLY STORE SALES | 1,069 | 4,604 | 4,374 | 4,217 | 329 | 4,335 | 199 | 317 | 393 | 655 | 916 | 3,390 | 24,798 |
| RETAIL SALES | 1 | 1 | 43 | 0 | 0 | 1 | 26 | 6 | 0 | 0 | 0 | 0 | 78 |
| MISCELLANEOUS SALES | 840 | 879 | 1,561 | 1,020 | 915 | 810 | 945 | 1,167 | 915 | 945 | 1,020 | 1,075 | 12,092 |
| SHIPPING & DELIVERY INCOME | 404 | 899 | 1,123 | 988 | 313 | 817 | 252 | 385 | 648 | 193 | 1,587 | 6,114 | 13,723 |
| Total Revenue | 408,965 | 493,200 | 577,535 | 521,043 | 331,515 | 301,801 | 378,262 | 329,264 | 266,936 | 379,783 | 454,364 | 799,106 | 5,241,774 |
| Total Variable Cost | 349,518 | 422,671 | 495,858 | 457,262 | 284,061 | 271,416 | 344,401 | 294,590 | 261,680 | 349,581 | 364,575 | 684,657 | 4,580,270 |
| Variable Profit | 59,447 | 70,529 | 81,677 | 63,781 | 47,454 | 30,385 | 33,861 | 34,674 | 5,256 | 30,202 | 89,789 | 114,449 | 661,504 |

ISLAND CRAB CORPORATION

ISLAND CRAB CORPORATION                                                                                    EIN # 45-0539317

## Benchmark Calculation

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 366,905 | 331,538 | 340,278 | 267,896 | 205,198 | 168,218 | 176,601 | 151,052 | 150,516 | 254,586 | 267,784 | 349,543 | 3,030,115 |
| Total Variable Costs | 284,003 | 259,397 | 272,966 | 215,157 | 155,189 | 134,537 | 136,854 | 122,903 | 120,294 | 210,265 | 214,505 | 253,641 | 2,379,711 |
| Total Variable Profit | 82,902 | 72,141 | 67,312 | 52,739 | 50,009 | 33,681 | 39,747 | 28,149 | 30,222 | 44,321 | 53,279 | 95,902 | 650,404 |

| Step 1 Calculation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Variable Profit Benchmark Period | 0 | 0 | 0 | 0 | 50,009 | 33,681 | 39,747 | 28,149 | 30,222 | 44,321 | 53,279 | 95,902 | 375,310 |
| Variable Profit Compensation Period | 0 | 0 | 0 | 0 | 60,433 | 89,002 | 58,938 | 88,275 | 41,214 | 64,083 | 87,939 | 118,595 | 608,479 |
| Step 1 Compensation | 0 | 0 | 0 | 0 | -10,424 | -55,321 | -19,191 | -60,126 | -10,992 | -19,762 | -34,660 | -22,693 | 0 |

| Step 2 Calculation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benchmark Revenue | 366,905 | 331,538 | 340,278 | 267,896 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,306,617 |
| Compensation Revenue | 316,609 | 397,791 | 401,334 | 330,425 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,446,159 |

| Loss Summary | |
|---|---|
| Claimant Specific Factor | 10.00% |
| General Adjustment Factor | 2.00% |
| Incremental Revenue (May, June, July, August, September, October, November, December) | $206,820.00 |
| Variable Margin Percentage | 21.78% |
| Step 2 Compensation | $45,045.00 |
| Compensation | |
| Step 1 & 2 Compensation | $45,045.00 |
| Risk Transfer Payment | $135,135.00 |
| Total Compensation | $180,180.00 |

ISLAND CRAB CORPORATION                                                                                                      17

ISLAND CRAB CORPORATION                                                    EIN # 45-0539317

## Causation Test

| | 2009 | 2008 & 2009 | 2007, 2008 & 2009 |
|---|---|---|---|
| Pass V-Test | No | No | No |
| Pass Modified-V Test * | No | No | No |
| Pass Decline Only Test * | No | No | No |
| Zone ID | C | C | C |
| Is Revenue Data Available | Yes | Yes | Yes |
| 2010 Decrease Test | No | No | No |
| 2011 Increase Test | Pass | Pass | Pass |
| Causation Test | No | No | No |

| Aggregate Data Decrease Test | 2009 vs 2010 | 2008 & 2009 vs 2010 | 2007, 2008 & 2009 vs 2010 |
|---|---|---|---|
| May - July | 60.21% | 75.43% | 112.33% |
| June - August | 75.28% | 81.45% | 120.98% |
| July - September | 66.44% | 77.92% | 117.24% |
| August - October | 45.06% | 56.36% | 88.36% |
| September - November | 49.91% | 63.54% | 92.17% |
| October - December | 43.99% | 50.16% | 75.84% |

| Aggregate Data Increase Test | 2010 vs 2011 | 2010 vs 2011 | 2010 vs 2011 |
|---|---|---|---|
| May - July | 14.80% | 14.80% | 14.80% |
| June - August | 16.13% | 16.13% | 16.13% |
| July - September | 22.44% | 22.44% | 22.44% |
| August - October | 20.98% | 20.98% | 20.98% |
| September - November | 9.16% | 9.16% | 9.16% |
| October - December | 30.09% | 30.09% | 30.09% |

| V Shaped Test | 2009 | 2008 & 2009 | 2007, 2008 & 2009 |
|---|---|---|---|
| May - July | No | No | No |
| June - August | No | No | No |
| July - September | No | No | No |
| August - October | No | No | No |
| September - November | No | No | No |
| October - December | No | No | No |

ISLAND CRAB CORPORATION                                                                    18

ISLAND CRAB CORPORATION                                                     EIN # 45-0539317

**Causation Test (Continued)**

| Modified V Test * | 2009 | 2008 & 2009 | 2007, 2008 & 2009 |
|---|---|---|---|
| May - July | No | No | No |
| June - August | No | No | No |
| July - September | No | No | No |
| August - October | No | No | No |
| September - November | No | No | No |
| October - December | No | No | No |

| Decline Only Test* | 2009 | 2008 & 2009 | 2007, 2008 & 2009 |
|---|---|---|---|
| May - July | No | No | No |
| June - August | No | No | No |
| July - September | No | No | No |
| August - October | No | No | No |
| September - November | No | No | No |
| October - December | No | No | No |

ISLAND CRAB CORPORATION                                                              19