# EXHIBIT 5



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# NOTICE OF CLAIMANT APPEAL OF ELIGIBLE CLAIM
### DATE OF NOTICE: July 16, 2014

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/Name of Business<br>Island Crab Corporation | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100168174 | **Claim ID** | 141404 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Robins, Kaplan, Miller & Ciresi L.L.P. | | |

## II. APPEAL PROCESS EXPLANATION: ISSUE APPEALED AND RELIEF REQUESTED

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This Notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I. The claimant has timely filed an Appeal of this claim. The details of the Appeal are below.

| Date of Appeal | Appeal Reason(s) Asserted by Claimant | Claimant Comment |
|---|---|---|
| 07/15/2014 | Error in calculation. | See attached letter dated September 25, 2013, regarding Island Crab Corporation - Request for Reconsideration for a detailed explanation of reasons for appeal. (Uploaded to Document Portal 7/15/2014, Doc ID 14866686). |

The claimant has requested that this claim be appealed to the Appeal Panel. After the Appeals Process is complete, we will issue a Post-Appeal Eligibility Notice reflecting the results of the Appeal.

The Award Amount listed in Section II of the claimant's Post-Reconsideration Eligibility Notice includes the Compensation Amount listed on line 1, any Risk Transfer Premium ("RTP"), and any Prior Payment Offset. The claimant may have appealed one or more of the following factors used to calculate the Award Amount: the Compensation Amount, RTP Multiplier, or Prior Payment Offset. Either party may propose new values for each factor. If the parties cannot resolve the Appeal, the Appeal Panel will choose a Compensation Amount, RTP Multiplier, and Prior Payment Offset from either party's Final Proposal as the final outcome of the claim.

## III. APPEAL SCHEDULE: INITIAL AND FINAL PROPOSALS, COMPROMISE AMOUNTS

BP and the claimant are the parties to this Appeal. The Appeals Process requires both parties to file Initial Proposals and Final Proposals. Represented claimants and BP must submit the Initial and Final Proposals and any supporting materials using the DWH Portal. Pro Se claimants may use the DWH Portal or may mail or email the documents to the Appeals Coordinator. On the Initial Proposal Form and Final Proposal Form, enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. You may also submit a supporting memorandum with the Initial Proposal. Either party may accept the other's Initial Proposal. Either party may accept the other's Final Proposal for five days after the issuance of the Final Proposals. Alternatively, the parties may negotiate to reach a compromise and submit the **Compromise Form** attached to this Notice of Claimant Appeal of Eligible Claim or the online version available on the DWH Portal.



If either party accepts the other's Initial or Final Proposal, or the parties reach a compromise as to each factor at issue in this Appeal, the Appeal will be closed and the claim will not proceed to the Appeal Panel.

If after five days from the issuance of the Final Proposals, neither party accepts the other's Initial or Final Proposal, and the parties do not reach a compromise, we will submit both parties' Final Proposals, along with any supporting memoranda, to a neutral Appeal Panel for review. The parties may reach a compromise at any time until the Appeal Panel issues a decision on the Appeal. If the Appeal Panel issues a decision on this Appeal before you reach a compromise, the decision of the Appeal Panel shall be the final decision on the claim.

The deadlines for submitting Appeal documents run from the date of this Notice of Claimant Appeal of Eligible Claim. If the claimant appealed the Compensation Amount, but does not submit an Initial Proposal on or before the Deadline to Submit listed below, then the Compensation Amount requested at the time the claimant submitted the Appeal will be the Initial Proposal Compensation Amount; the RTP multiplier and Prior Payment Offset, if any, listed on the Post-Reconsideration Eligibility Notice will be considered its Initial Proposal RTP Multiplier and Initial Proposal Prior Payment Offset. If the claimant only appealed the RTP multiplier and/or Prior Payment Offset and does not submit an Initial Proposal Compensation Amount, the Compensation Amount listed on the Post-Reconsideration Eligibility Notice Section II line 1 will be considered the Initial Proposal Compensation Amount. If BP does not timely submit an Initial Proposal, then the Compensation Amount listed on the Eligibility Notice Section II line 1 will be considered its Initial Proposal Compensation Amount; the Risk RTP multiplier and Prior Payment Offset, if any, listed on the Post-Reconsideration Eligibility Notice will be considered its Initial Proposal RTP Multiplier and Initial Proposal Prior Payment Offset. If either party does not timely submit a Final Proposal Form, then the Initial Proposal will be considered the Final Proposal.

**Note:** Your Initial Proposal, Final Proposal, and/or Compromise RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal, Final Proposal and/or Compromise Compensation Amount should be the new **Compensation Amount** you are proposing for your claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any Compensation Amount by the applicable RTP, if any, and also decrease any Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount.

All documentation and the applicable deadlines are listed below. If a deadline falls on a Saturday, Sunday or a holiday, the deadline is extended to the next business day. Holidays are: New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day.

| Appeal Document | Deadline to Submit |
|---|---|
| Initial Proposal and optional supporting memoranda | 07/31/2014 |
| Acceptance of Initial Proposal (optional) | Before Final Proposals are posted |
| Final Proposal | 08/10/2014 |
| Acceptance of Final Proposal (optional) | Within 5 days after Final Proposals are posted |
| Compromise Compensation Amount (optional) | Before Appeal Panel decides |

### IV. CONTACT INFORMATION FOR PARTIES AND LEAD CLASS COUNSEL

Submit all documents through the DWH Portal or through one of the contact methods listed in Section VI, if you are a Pro Se Claimant.

| NAME | EMAIL ADDRESS | MAILING ADDRESS | | |
|---|---|---|---|---|
| **Counsel for Claimant** | Robins, Kaplan, Miller & Ciresi L.L.P. LAFarese@rkmc.com | Street 711 FIFTH AVENUE SOUTH STE 201 | | |
| | | City NAPLES | State FL | Zip Code 34102 |

| | | |
|---|---|---|
| **Counsel for BP** | Richard C. Godfrey<br>rgodfrey@kirkland.com | Richard C. Godfrey<br>Kirkland & Ellis LLP<br>300 North LaSalle Blvd, Chicago, IL 60654 |
| | R. Keith Jarrett<br>rkjarrett@liskow.com | R. Keith Jarrett<br>Liskow & Lewis<br>Suite 5000, One Shell Square, 701 Poydras Street, New Orleans, LA 70139 |
| **Lead Class Counsel** | Stephen J. Herman<br>Sherman@hhkc.com | Stephen J. Herman<br>Herman Herman Katz & Cotlar,<br>820 O'Keefe Avenue, New Orleans, LA 70113 |
| | James P. Roy<br>jimr@wrightroy.com | James P. Roy<br>Domengeaux Wright Roy & Edwards<br>556 Jefferson Street, Lafayette, LA 70502 |

## V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

## VI. HOW TO RESPOND TO THIS NOTICE

Submit your **Initial Proposal Form**, **Final Proposal Form**, and **Compromise Form** online with any accompanying documentation using your DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail:**<br>(Postmarked no later than your submission deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail:**<br>(If mail, postmarked no later than your submission deadline; if other overnight delivery, placed in the custody of an overnight carrier by your submission deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile:**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (888) 524-1583 |
| **By Email:**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center:**<br>(Delivered no later than your submission deadline) | You may take the required information or documents to a Claimant Assistance Center. |



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# INITIAL PROPOSAL FORM
## DATE OF NOTICE OF CLAIMANT APPEAL: July 16, 2014
## DEADLINE TO SUBMIT INITIAL PROPOSAL FORM: July 31, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business: Island Crab Corporation | First | Middle |
| **Claimant ID** | 100168174 | **Claim ID** | 141404 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Robins, Kaplan, Miller & Ciresi L.L.P. | | |

### II. INITIAL PROPOSAL AMOUNT

Both parties must submit an Initial Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Initial Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Initial Proposal Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount.

The Compensation Amount, RTP Multiplier, and/or Prior Payment Offset listed on the Post-Reconsideration Eligibility Notice will be considered your Initial Proposal for any field left blank. However, if the claimant appealed the Compensation Amount, but does not submit an Initial Proposal Compensation Amount, the Compensation Amount requested at the time the claimant submitted the Appeal will be the Initial Proposal Compensation Amount. If either party accepts the other's Initial Proposal, the Appeals Process will end. If neither party accepts the other's Initial Proposal, and you do not reach a compromise, you must submit a Final Proposal within the deadline listed on the Notice of Claimant Appeal of Eligible Claim.

| | |
|---|---|
| **Initial Proposal Compensation Amount** | $ |
| **Initial Proposal RTP Multiplier** | |
| **Initial Proposal Prior Payment Offset** | $ |

## III. SIGNATURE

| Signature | | Date | ___/___/___ <br>(Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | Last Name | First Name | Middle Initial |
| **Title (if a business)** | | | |

## IV. HOW TO SUBMIT THIS FORM

Submit your **Initial Proposal Form** online using the DWH Portal. If you do not use the DWH Portal, you may submit documents in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail** <br>(Postmarked no later than your Initial Proposal deadline) | Deepwater Horizon Economic Claims Center <br>PO Box 1439 <br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** <br>(If mail, postmarked no later than your Initial Proposal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Initial Proposal Deadline) | Deepwater Horizon Economic Claims Center <br>Claims Administrator <br>42548 Happy Woods Road <br>Hammond, LA 70403 |
| **By Facsimile** <br>(Sent no later than 12:00 midnight local time on your Initial Proposal deadline) | (888) 524-1583 |
| **By Email** <br>(Sent no later than 12:00 midnight local time on your Initial Proposal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** <br>(Delivered no later than your Initial Proposal deadline) | You may take the required information or documents to a Claimant Assistance Center. |