# EXHIBIT 14



# APPEAL PANEL DECISION FORM

2014-585

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business | First | Middle |
|---|---|---|---|
| Claimant ID | | Claim ID | |
| Claim Type | Business Economic Loss | | |
| Law Firm | | | |

## II. DECISION

Select the Compensation Amount set forth in either BP's Final Proposal or the Claimant's Final Proposal as the final outcome on the claim and check the appropriate box to signify your decision.

| | | |
|---|---|---|
| ☒ BP's Final Proposal | Compensation Amount | $(27,688.39) |
| | Risk Transfer Premium | 3.00 |
| | Prior Payment Offset | $0 |
| ☐ Claimant's Final Proposal | Compensation Amount | $44,178.12 |
| | Risk Transfer Premium | 3.00 |
| | Prior Payment Offset | $0 |

## III. PRIMARY BASIS FOR PANELIST DECISION

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ Error in documentation review.

☐ Error in calculation.

☐ Error in RTP multiplier.

☐ Error in Prior Spill-Related Payment Amount.

☒ No error.

**Comment** *(optional)*:

Claimant, a Southwest Florida seafood wholesaler and processor, filed a BEL claim under the Settlement Agreement. The Claims Administrator determined that Claimant's Step 1 compensation amount was negative because Claimant's 2010 variable profit exceeded its 2009 Benchmark Period variable profit by $27,688.39. When this negative figure was added to the Step 2 compensation amount, the result was still negative and, thus, Claimant was determined to have suffered no loss. Claimant appeals.Claimant concedes that it is not



entitled to Step 1 compensation because it suffered no loss. Claimant takes issue with the concept of a "negative" compensation amount and argues that, since it is not being compensated, the Step 1 figure should reflect $0, instead of a negative amount. Further, Claimant argues that the Claims Administrator's reliance on Policy 372 is inconsistent with the Settlement Agreement. Claimant also maintains that the Claims Administrator failed to accurately calculate its Step 2 award and failed to reimburse it for accounting support.The Settlement Agreement clearly requires the Claims Administrator to add the Step 1 compensation amount to the Step 2 amount to determine a claimant's total compensation.  It says nothing about whether either amount is a positive or negative figure. The Claims Administrator contends that, to substitute a "0" for a negative amount in the Step 1 analysis could overstate a claimant's loss. This is the basis for Policy 372 and is in keeping with the Settlement Agreement. I find no error on the part of the Claims Administrator in calculating Claimant's entitlement to compensation. Since Claimant is not receiving an award, it is not entitled to reimbursement for accounting support.The appeal is denied.