# EXHIBIT 15



**DEEPWATER HORIZON**
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## DENIAL OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE

### DATE OF NOTICE: November 11, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br>Island Crab Corporation | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100168174 | **Claim ID** | 141404 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Robins, Kaplan, Miller & Ciresi L.L.P. | | |

### II. DENIAL OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process.  This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection").  The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court denied the Request for Discretionary Review.

The Claims Administrator will process your claim according to the Notice of Appeal Panel Decision.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Denial of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.  You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**