## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        **MDL NO. 2179**
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010       **SECTION J**

Applies to: 10-4536             **JUDGE BARBIER**
                                  **MAGISTRATE JUDGE SHUSHAN**

## <u>ORDER</u>

**[Regarding Louisiana and Mississippi motions (Rec. doc. 13656 and 13687)]**

The State of Louisiana and Mississippi filed motions regarding the evidence to be admitted during the Penalty Phase trial.   Rec. docs. 13656 and 13687.

IT IS ORDERED that:

(1) By **Wednesday, November 26, 2014**, BP/Anadarko (jointly) and the U.S. may each submit a 10 page brief responding to the issues raised by Louisiana and Mississippi.

(2) By **Friday, December 5, 2014**, Louisiana and Mississippi may each file a 5 page reply to the November 26, 2014 filings.

New Orleans, Louisiana, this 24th day of November, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**