UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | |
| **of Mexico on April 20, 2010** * | **SECTION "J"** |
| * | **JUDGE BARBIER** |
| **This Document Relates to:** * | |
| **Nos. 10-2179; 10-4536, All Cases** * | |
| * | **MAGISTRATE NO. 1** |
| * | **MAGISTRATE SHUSHAN** |
| * * * * * * * * * * * * | |

## NOTICE OF FIRM AND CONTACT INFORMATION CHANGE

The affiliation of certain counsel for Anadarko Petroleum Corporation and Anadarko E&P Company, LP in the MDL-2179 litigation has recently changed from the firm of Bingham McCutchen LLP to the firm of Morgan, Lewis & Bockius LLP. Although mailing addresses, telephone and facsimile numbers presently are unchanged, this change does affect the email addresses of former Bingham McCutchen LLP counsel who have appeared for Anadarko in this matter. The new email addresses are:

- Ky E. Kirby: ky.kirby@morganlewis.com

- Thomas Lotterman: thomas.lotterman@morganlewis.com

- James J. Dragna: jim.dragna@morganlewis.com

- David B. Salmons: david.salmons@morganlewis.com

- Bryan M. Killian: bryan.killian@morganlewis.com

- Randall M. Levine: randall.levine@morganlewis.com

                                    Respectfully submitted,

DATED: November 24, 2014          **MORGAN, LEWIS & BOCKIUS LLP**

                                    /s/ *Ky. E. Kirby*_____
                                  Ky E. Kirby
                                  ky.kirby@morganlewis.com
                                  Thomas Lotterman
                                  thomas.lotterman@morganlewis.com
                                  David B. Salmons
                                  david.salmons@morganlewis.com
                                  Bryan M. Killian
                                  bryan.killian@morganlewis.com
                                  Randall M. Levine
                                  randall.levine@morganlewis.com
                                  Morgan, Lewis & Bockius, LLP
                                  2020 K Street, NW
                                  Washington, DC 20006-1806
                                  Telephone (202) 373-6000
                                  Facsimile (202) 373-6001

                                  James J. Dragna
                                  jim.dragna@morganlewis.com
                                  Morgan, Lewis & Bockius, LLP
                                  355 South Grand Avenue
                                  Suite 4400
                                  Los Angeles, California 90071-3106
                                  Telephone (213) 680-6436
                                  Facsimile (213) 680-8636

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of November, 2014.



/s/ *Ky E. Kirby*
Ky E. Kirby