UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibit 1 Under Seal (Rec. Doc. 13683):

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibit 1 to BPXP's Reply in Support of its Motion to Strike the Expert Reports of Walter H. Cantrell and Renewed Motion *in Limine* to Exclude Evidence Relating to Unrelated Prior Incidents (the "Motion") is filed under seal pending further order of the Court.

New Orleans, Louisiana this 24th day of November, 2014.

_____
United States District Judge