IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE RIG ) | | |
| "DEEPWATER HORIZON" IN ) | | |
| THE GULF OF MEXICO, ON ) | | |
| APRIL 20, 2010 ) | MDL 2179 | |
| ) | | |
| ) | Section J | |
| This Document Applies to: ) | | |
| ) | Judge Barbier | |
| No. 12-970, Bon Secour Fisheries, Inc, et ) | | |
| al.v. BP Exploration & Production Inc, al. ) | Mag. Judge Shushan | |

## ORDER

Considering the above and foregoing;

IT IS ORDERED that the name of **Nisha Sandhu**, Attorney with the law firm of **Regan & Sandhu, P.L.C.**, be entered on the record of these proceedings as co-counsel of record with **Martin E. Regan, Jr.**, Attorney with the law firm of **Regan & Sandhu, P.L.C.**, and **Michael A. Wing**, Attorney with the law firm of **Michael A. Wing, L.L.C.**, , for the Claimants, **Jason Zirlott** and **Capt Jay, L.L.C.**

New Orleans, Louisiana this 24th day of November, 2014.

_____
United States District Judge