UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Island Crab Corporation's Motion for Reconsideration
of Denial of Request for Judicial Review (Rec. doc. 13696)]

Before the Court is motion for reconsideration of the denial of the request for judicial review of its claim for compensation under the Deepwater Horizon Economic and Property Damages Settlement Agreement. Claimant states that on November 11, 2014 it was notified by the Claims Office that the Court had denied the Request for Discretionary Review, but claimant has not received a copy of any order from the Court. Claimant seeks clarification as to whether the Court "in fact considered and denied its Request for Discretionary Review," and if so seeks reconsideration of the denial.

In fact, the Court has considered claimant's Request for Discretionary Review and denied it. The Court reviews all requests and enters its decision on the portal maintained by the Claims Administrator who thereafter notifies claimants of the Court's ruling. On reviewing the request again, the motion for reconsideration is also denied.

**In the future, claimants are not to file appellate pleadings with the Court. The ruling on a request for discretionary review is the final ruling in the claims process.**

New Orleans, Louisiana, this 25th day of November, 2014.

                                                            **CARL J. BARBIER**
                                                            **United States District Judge**