UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: "J" (1) |
| Applies to: No 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion and Memorandum to Enforce Settlement Agreement with BP in Accordance with this Court's Orders filed by BEL Claimant 100124796 and for all the reasons stated therein,

IT IS ORDERED that the Motion and Memorandum to Enforce Settlement Agreement with BP in Accordance with this Court's Orders be and hereby is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
JUDGE BARBIER, EASTERN DISTRICT OF LOUISIANA