UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010       SECTION J

This Filing Applies to:              JUDGE BARBIER

Nos. 13-706, 13-810,           MAGISTRATE JUDGE SHUSHAN
13-1143, 13-1185, 13-1222,
13-1386 and 13-2006[1]

ORDER

[OPA Test Cases – Conference on Thursday, November 20, 2014]

1.  **Production of Documents**.

Plaintiffs reported that the Bisso Marine production was in the final review stage.   BP replied that there were substantive issues with the production.   It will attempt to resolve them before proceeding with discovery motions.

Certified Platform Services is a smaller claim than the one brought by Bisso Marine.   BP reported substantive issues similar to those found with the Bisso Marine production.   It sent a letter to plaintiffs describing the issues.

Wadleigh Industries' production is complete.   There is an issue with document families that the parties are working to resolve.   BP will provide a letter with any substantive issues.

Document production for Blake International is behind the other plaintiffs.

The parties are in the final meet-and-confer process on the production for Trinity, Seahawk

---

[1]   The OPA Causation Test Cases are:

Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

and Black Elk.

2. **Rule 30(b)(6) Topics and Witnesses**.

The parties reported that they are close to defining the issues with Rule 30(b)(6) topics which will require resolution by the Court.

3. **Deposition Scheduling**.

Because of the outstanding discovery issues, there will be no depositions in December.   The parties will consider dates in January for the plaintiffs, like Bisso Marine, who are farthest along in discovery.

4. **Motions to Compel**.

Promptly after the parties conclude their meet-and-confers, discovery motions concerning documents, interrogatory responses and Rule 30(b)(6) topics shall be filed with requests for expedited consideration.

6. **Document Production by the U.S**.

BP received additional documents from the U.S.   BP will confer with the U.S. to determine if there will be any further document production.

7. **Next Conference**.

The next conference will be on Thursday, December 4, 2014, at 1:00 p.m.

New Orleans, Louisiana, this day of 25th day of November, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2