UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

This Pleading Relates To
- **10-4182** (*Alabama v. BP)*
- **10-4183** (*Alabama v. Transocean, et. al*)
- **13-2645** (*Alabama v. Anadarko & MOEX*)
- **13-2646** (*Alabama v. Transocean*)
- **13-2647** (*Alabama v. Halliburton*)
- **13-2813** (*Alabama v. BP*)

MDL No. 2179
SECTION: J

JUDGE BARBIER
MAGISTRATE SHUSHAN

## ORDER

Considering the State of Alabama's Motion to File Exhibit Under Seal;

IT IS HEREBY ORDERED that Alabama's Motion is GRANTED; and it is further ORDERED that Exhibit C to the State's Opposition to Defendants Motion to Compel Placeholder Discovery Requests is filed under seal pending further order of the Court.

New Orleans, Louisiana, this _____ day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE