UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

On November 17, 2014, the Claims Administrator for the Deepwater Horizon Economic Claims Center ("DHECC") submitted to the Court *in camera* process audit reports from McGladrey LLP and requested direction from the Court as to any further distribution. These audit reports were issued November 7, 2014 and initially submitted directly to the independent Audit Committee appointed by the Court. The Audit Committee reviewed the audit reports and issued its First Report on November 17, 2014. In addition, the Claims Administrator submitted the DHECC response to the McGladrey audit reports.

The Court has now had an opportunity to review these reports and finds that they should be filed into the public record. However, the Court notes that the reports require express written permission from McGladrey LLP before they may be publicly disclosed.

Accordingly,

IT IS ORDERED that the Claims Administrator shall obtain the required permission and thereafter file the following documents into the record:

(1) The process audit reports from McGladrey LLP dated November 7, 2014;

(2) The First Report of the Audit Committee;

(3) The DHECC response to the audit reports;

New Orleans, Louisiana, this 25th day of November, 2014.

                                                                                     _____
                                                                                        United States District Judge