UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[OPA Test Cases – Regarding Motions To Amend]**

IT IS ORDERED that the following motions are GRANTED.

1. Bisso Marine, LLC's motion for leave to file second amended complaint (Rec. doc. 13582).

2. Wadleigh Industries, Inc.'s motion for leave to file amended complaint (Rec. doc. 13660).

3. Certified Platform Services, LLC's motion for leave to file amended complaint (Rec. doc. 13655).

4. Blake International USA Rigs, LLC's motion for leave to file amended complaint (Rec. doc. 13591).

5. Motion of Blake International USA Rigs, LLC and Certified Platform Services LLC to withdraw their October 31, 2014 motion for leave to file amended complaints (Rec. doc. 13658).

---

[1] The OPA Causation Test Cases are:

Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

6. Trinity Offshore, LLC's motion for leave to file amended complaint of Gulf Coast Shipyard., f/k/a Gulf Coast Shipyard Operations, Inc. (Rec. doc. 13657).

7. Motion of Eugene I. Davis, as Trustee of the Seahawk Liquidating Trust, for leave to file amended complaint (Rec. doc. 13628).

8. Black Elk Energy Offshore Operations, LLC's motion for leave to file amended complaint (Rec. doc. 13653).

New Orleans, Louisiana, this day of 25th day of November, 2014.

                    **SALLY SHUSHAN**
                    **United States Magistrate Judge**