UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Filing Relates to: | MAGISTRATE SHUSHAN |
| Bisso Marine v. BP Exploration & Production No. 2:13-cv-00706 | Rule 9(h) |

SECOND AMENDED COMPLAINT FOR DAMAGES UNDER THE
OIL POLLUTION ACT, 33 U.S.C. §2701 ET SEQ.

TO THE HONORABLE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:

The Complaint and Amended Complaint of Bisso Marine, are hereby amended as follows:

1.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 1 through 8 of its Amended Complaint for Damages, including each and every allegation of fact and law as incorporated from its Complaint for Damages therein, as if specifically re-pled herein in their entirety.

2.

Plaintiff amends its Prayer for Damages as follows:

**WHEREFORE**, based on the foregoing, Bisso Marine, LLC prays for judgment in its favor and against defendant BP Exploration & Production, Inc., for compensatory damages as alleged herein in an amount reasonable under the circumstances of this cause, for legal interest at the maximum allowable rate on those amounts for which Bisso Marine, LLC is entitled to obtain legal interest, for all reasonable claim preparation expenses, and for any additional general and equitable relief as the facts of this cause may require.

Respectfully submitted,

*/s/ Stephen J. Herman* 
Stephen J. Herman, La. Bar No. 23129 
Herman Herman & Katz LLC 
820 O'Keefe Avenue 
New Orleans, LA 70113 
Tel: (504) 581-4892 
Fax: (504) 569-6024 
E-Mail: sherman@hhklawfirm.com 
*Plaintiffs' Liaison Counsel*

*/s/ James Parkerson Roy* 
James Parkerson Roy, La. Bar No. 1511 
Domengeaux Wright Roy & Edwards LLC 
556 Jefferson Street, Suite 500 
Lafayette, LA 70501 
Tel: (337) 233-3033 
Fax: (337) 233-2796 
E-Mail: jimr@wrightroy.com 
*Plaintiffs' Liaison Counsel*

*/s/ Paul M. Sterbcow* 
Paul M. Sterbcow, T.A. (#17817) 
Ian F. Taylor (#33408) 
Jessica Ibert (#33196) 
Lewis, Kullman, Sterbcow & Abramson 
601 Poydras Street, Suite 2615 
New Orleans, Louisiana 70130 
Tel: (504) 588-1500 
Fax: (504) 588-1514 
E-Mail: sterbcow@lksalaw.com 
         itaylor@lksalaw.com 
         jibert@lksalaw.com 
*Plaintiffs' Steering Committee Member* 
*Attorneys for Plaintiffs*

*/s/ Conrad S.P. Williams, III* 
CONRAD S.P. WILLIAMS, III (#14499) 
MEREDITH R. DURHAM (#33112) 
WILLIAMS LAW GROUP, LLC 
909 Poydras Street, Ste. 1625 
New Orleans, Louisiana 70112 
Office: (504) 200-0000 
Fax No. (504) 200-0001 
E-Mail: duke@williamslawgroup.org

## PLAINTIFFS' STEERING COMMITTEE

Brian H. Barr 
LEVIN, PAPANTONIO, THOMAS, 
MITCHELL, ECHSNER & PROCTOR, PA 
316 South Baylen St., Suite 600

Robin L. Greenwald 
WEITZ & LUXENBERG, PC 
700 Broadway 
New York, NY  10003

Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

## CERTIFICATE OF SERVICE

      We hereby certify that the above and foregoing Second Amended Complaint for Damages will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 31st day of October, 2014

                                                */s/ Conrad S.P. Williams, III*