## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig** **"DEEPWATER HORIZON" in the Gulf** **of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| **Wadleigh Industries, Inc. v. BP Exploration &** **Production, Inc. No. 2:13-cv-00810** | **MAGISTRATE SHUSHAN** |

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

**NOW COMES PLAINTIFF,** WADLEIGH INDUSTRIES, INC., through undersigned counsel, who does allege, aver and represent as follows:

1. Plaintiff filed the above captioned action in this Court on April 15, 2014.[1]

2. Plaintiff files this First Supplemental and Amending Complaint pursuant to this Court's Scheduling Order[2] and the discussions of the parties with the aid of the Court.

3. Plaintiff incorporates by reference each and every allegation, claim, and cause of action described in its original Complaint, except as follows:

4. Plaintiff deletes paragraphs 8 and 9, removing BP America Production Company and BP p.l.c. as Defendants.

5. Plaintiff amends Paragraph 10 of its Complaint for Damages as follows:.

10.

BP Exploration & Production, Inc. is sometimes referred to herein as the "BP Defendants" or "BP".

---

[1] Rec. Doc. 1 in Civil Action No. 13-00810.
[2] Rec. Doc. 12972 in 2:10-md-02179-CJB-SS.

**WHEREFORE,** Plaintiff, WADLEIGH INDUSTRIES, INC., demands judgment against

BP Exploration & Production, Inc., for all damages, expenses, legal interest, and/or other

relief available under the Oil Pollution Act of 1990, 33 U.S.C. 2701, *et seq.*


Respectfully submitted,


   /s/  Stephen J. Herman                  /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129      **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**            **DOMENGEAUX WRIGHT ROY**
820 O'Keefe Avenue                           **& EDWARDS, LLC**
New Orleans, Louisiana 70113          556 Jefferson Street, Suite 500
Telephone: (504) 581-4892              Lafayette, Louisiana 70501
Fax. No. (504) 569-6024                Telephone: (337) 233-3033
Email: sherman@hhklawfirm.com       Fax No. (337) 233-2796
*Plaintiffs Liaison Counsel*                 E-Mail: jimr@wrightroy.com
                                     *Plaintiffs Liaison Counsel*


                                 /s/ Conrad S.P. Williams, III
                                **WILLIAMS LAW GROUP, LLC**
                                CONRAD S.P. WILLIAMS, III (#14499)
                                MEREDITH R. DURHAM (#33112)
                                909 Poydras Street, Ste. 1625
                                New Orleans, Louisiana 70112
                                Office: (504) 200-0000
                                Fax No. (504) 200-0001
                                E-Mail: duke@williamslawgroup.org


## PLAINTIFFS' STEERING COMMITTEE

Brian H. Barr                         Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,     WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA  700 Broadway
316 South Baylen St., Suite 600       New York, NY  10003
Pensacola, FL 32502-5996           Office:  (212) 558-5802
Office:  (850) 435-7045              Telefax: (212) 344-5461
Telefax: (850) 436-6187             E-Mail:  rgreenwald@weitzlux.com
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above of the foregoing First Supplemental and Amending Complaint for Damages has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of November, 2014.

/s/  Conrad S.P. Williams, III