UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL 2179 |
|   "Deepwater Horizon" in the Gulf | * | |
|   Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAGISTRATE SHUSHAN |
| | * | |

NOTICE OF FILING PURSUANT
TO COURT'S ORDER DATED
NOVEMBER 25, 2014

The Claims Administrator for the Deepwater Horizon Economic Claims Center ("DHECC"), through his undersigned counsel, pursuant to the Court's Order dated November 25, 2014 (Docket No. 13709) hereby files the First Report by the Audit Committee dated November 17, 2014 into the record of this matter.

Respectfully submitted,

*/s/  Richard C. Stanley*
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
STANLEY, REUTER, ROSS, THORNTON &
   ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana  70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com

Attorneys for the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program

>administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of Novemberr, 2014, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/  Richard C. Stanley*