# BP Economic and Property Damages Settlement Trust

ANNUAL REPORT OF THE TRUSTEE
December 31, 2013
Deepwater Horizon Economic and Property Damages Settlement Trust

July 22, 2014

TO:  **BP Exploration & Production Inc.**
**BP America Production Company**
c/o Richard C. Godfrey, P.C.
Attn: Deepwater Horizon Economic Settlement Trust
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

**Lead Class Counsel**
Stephen J. Herman
Attn: Deepwater Horizon Economic Settlement Trust
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

James P. Roy
Attn: Deepwater Horizon Economic Settlement Trust
Domengeaux Wright Roy & Edwards, LLC
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, LA 70501

**United States District Court for the Eastern District of Louisiana**
Honorable Carl J. Barbier
Attn: Deepwater Horizon Economic Settlement Trust
500 Poydras Street
New Orleans, LA 70130

This Report has been prepared by the Trustee of the BP Economic and Property Damages Settlement Trust ("Trust"), pursuant to Articles 4.5 and 4.6 (B) of the Deepwater Horizon Economic and Property Damages Settlement Trust Agreement ("Trust Agreement"). The articles require the Trustee to prepare and submit an Annual Report containing the Trust's financial statements, auditors' opinion, and summary of type and number of claims to the Trust during the prior year, all as more fully described in those sections of the Trust Agreement.

This Report is the Annual Report for 2013.

The Trust has retained the accounting firm of CliftonLarsonAllen LLP of Indianapolis, Indiana, as the Trust's auditors, to prepare the Financial Statements and issue an audit opinion as to those Financial Statements for 2013. Pursuant to that engagement, CliftonLarsonAllen LLP has audited the 2013 Financial Statements and issued its Independent Auditors' Report regarding those Statements.

The Independent Auditors' Report and Financial Statements are attached as Exhibit A. The Trust has received Claims during 2013, and has made payments on Claims during 2013. Claims received, and payments made by the Trust in 2013 are:

> The summary of 2013 payments made to Claimants is attached as Exhibit B.

> The summary of Grants awarded from the Gulf Tourism and Seafood Promotion Fund and payments made in 2013 is attached as Exhibit C.

This Report is submitted solely for the purposes required in the Trust Agreement, and is not intended, nor should it be construed, as legal advice from the Trustee, or the Trust, to claimants, claimants' counsel, or others.

BP Economic and Property Damages Settlement Trust

Patrick Juneau
TRUSTEE
New Orleans, Louisiana
July 22, 2014

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**New Orleans, Louisiana**

**FINANCIAL STATEMENTS**
**December 31, 2013**

EXHIBIT A

# TABLE OF CONTENTS

**PAGE**

**INDEPENDENT AUDITORS' REPORT** ...................................................................................1

**FINANCIAL STATEMENTS**

Statement of Net Claimants' Equity ....................................................................................3
Statement of Changes in Net Claimants' Equity....................................................................4
Statement of Cash Flows ...................................................................................................5

Notes to Financial Statements............................................................................................6

**SUPPLEMENTARY INFORMATION**

Schedule of Operating Expenses .......................................................................................14



## INDEPENDENT AUDITORS' REPORT

To the Trustee
BP Economic and Property Damages Settlement Trust
New Orleans, Louisiana

### Report on the Financial Statements

We have audited the accompanying special-purpose financial statements of BP Economic and Property Damages Settlement Trust (a state of Delaware Qualified Trust Fund), which comprise the statement of net claimants' equity as of December 31, 2013, and the related statements of changes in net claimants' equity and cash flows for the year then ended, and the related notes to the financial statements.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these special-purpose financial statements in accordance with special-purpose basis of accounting; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditors' Responsibility*

Our responsibility is to express an opinion on these special-purpose financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the special-purpose financial statements referred to above present fairly, in all material respects, the financial position of BP Economic and Property Damages Settlement Trust as of December 31, 2013, and the results of its operations and its cash flows for the year then ended in accordance with the basis of accounting described in Note 2.

*Emphasis-of-Matter*

We draw attention to Note 2 which describes these special-purpose financial statements were prepared on a special-purpose basis of accounting and are not intended to be a presentation in conformity with accounting principles generally accepted in the United States. The special-purpose basis of accounting has been used in order to present the amount of equity presently available to current and future claimants, and the changes in net claimants' equity during the year.  Our opinion is not modified with respect to this matter.

*Other Matters*

**Report on Supplementary Information**

Our audit was conducted for the purpose of forming an opinion on the special-purpose financial statements as a whole. The Schedule of Operating Expenses for the year ended December 31, 2013, is presented for purposes of additional analysis and is not a required part of the special-purpose financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the special-purpose financial statements as a whole.

**Other Information**

Our audit was conducted for the purpose of forming our opinions on the special purpose financial statements that comprise the BP Economic and Property Damages Settlement Trust. The accompanying Annual Report of the Trustee is presented for purposes of additional analysis and is not a required part of the financial statements.

This report is intended solely for the information and use of the Trustee, the Legal Representative, the Trust Advisor, the beneficiaries of the Trust, the BP Parties, Class Counsel and the United States District Court for Eastern Louisiana and is not intended to be and should not be used by anyone other than these specified parties. This restriction is not intended to limit distribution of this report, which, upon filing with the United States District Court for Eastern Louisiana, is a matter of public record.

*CliftonLarsonAllen LLP*

Indianapolis, Indiana
July 22, 2014

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**STATEMENT OF NET CLAIMANTS' EQUITY**
**December 31, 2013**

**ASSETS**

| | | 2013 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | $ | 956,448 |
| Investments | | 1,464,095,066 |
| | | |
| Total current assets | | 1,465,051,514 |
| | | |
| **OTHER ASSETS** | | |
| Deposits - leases | | 40,360 |
| | | |
| **TOTAL ASSETS** | $ | 1,465,091,874 |

**LIABILITIES AND CAPITAL**

| | | |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Accounts payable | $ | 44,336,924 |
| Claims payable | | 1,164,315,035 |
| Deposits from pending appeals | | 544,400 |
| Accrued expenses - other | | 179,292 |
| | | |
| Total current liabilities | | 1,209,375,651 |
| | | |
| **NET CLAIMANTS' EQUITY** | $ | 255,716,223 |

The accompanying notes are an integral part of the financial statements.

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**STATEMENT OF CHANGES IN NET CLAIMANTS' EQUITY**
**For the year ended December 31, 2013**

|  | 2013 |
|---|---:|
| **REVENUE** | |
| Interest income | $ 213,562 |
| | |
| Total revenue | 213,562 |
| | |
| | |
| **OPERATING EXPENSES** | |
| Fees - claims administration | 433,488,273 |
| Facilities | 9,531,193 |
| Information technology | 3,489,869 |
| Professional fees | 15,989,955 |
| Travel | 6,404,255 |
| General & administrative | 2,640,678 |
| | |
| Total operating expenses | 471,544,223 |
| | |
| Change in net claimants' equity | (471,330,661) |
| | |
| Net claimants' equity, beginning of period | 1,860,349,511 |
| | |
| Contributions to net claimants' equity | 2,270,389,602 |
| | |
| Distributions from net claimants' equity | (3,403,692,230) |
| | |
| Net claimants' equity, end of period | $ 255,716,223 |

The accompanying notes are an integral part of the financial statements.

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**STATEMENT OF CASH FLOWS**
**For the year ended December 31, 2013**

|  | 2013 |
|---|---|
| **CASH INFLOWS:** | |
| Investment income | $ 213,562 |
| Receipt of operating expense funds | 443,712,315 |
| Receipt of claim processing funds | 1,826,677,287 |
| Receipt of appeals deposits | 374,000 |
| | 2,270,977,164 |
| **CASH OUTFLOWS:** | |
| Distributions to claimants | 2,783,279,353 |
| Disbursements for trust operating expenses | 473,793,249 |
| Disbursements for promotional fund | 23,638,765 |
| Disbursements for supplemental information program fund | 136,132 |
| | $ 3,280,847,499 |
| **NET DECREASE IN CASH AND CASH EQUIVALENTS** | $ (1,009,870,335) |
| **CASH AND CASH EQUIVALENTS, beginning of period** | 2,474,921,849 |
| **CASH AND CASH EQUIVALENTS, end of period** | $ 1,465,051,514 |

The accompanying notes are an integral part of the financial statements.

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2013**

## NOTE 1 – DESCRIPTION OF THE TRUST

The BP Economic and Property Damages Settlement Trust (Trust) was entered into by BP Exploration & Production Inc. and BP American Production Company (BP Parties) as Settlors, Lead Class Counsel, and Patrick Juneau (as Claims Administrator and Trustee), and J.P. Morgan Trust Company (as Directed Trustee) of Delaware pursuant to the Settlement Agreement filed in the United States District Court for the Eastern District of Louisiana as amended on May 2, 2012 (Settlement Agreement). The Trust was established as a mechanism to pay qualified claims made by class members who experienced economic or property loss as a result of the Deepwater Horizon Incident and the costs of administering the Settlement Program in accordance with the terms of the Settlement Agreement and this Trust Agreement, and as required by the Court.  The Trust was consummated on May 4, 2012.

The Trust is comprised of six funds: the Seafood Compensation Fund, the General Claims Fund, the Administrative Fund, the Promotional Fund, the Supplemental Information Program Fund, and the Economic Settlement Trust Account.  With consent of BP Parties and Lead Class Counsel and consistent with the terms of the Settlement Agreement, the Trustee may establish one or more additional funds for the payment of resolved Claims, which shall be considered funds for the purposes of the Settlement Agreement and Settlement Trust.

The claims are administered by the Claims Administrator and Trustee primarily through four court appointed vendors: BrownGreer PLC, The Garden City Group, Inc., PriceWaterhouse-Coopers, LLP, and Postlethwaite & Netterville, APAC (the Vendors).  Claims are processed by the Vendors at the direction and are subject to the oversight of the Claims Administrator and Trustee.  Additional vendors are contracted by the Claims Administrator and Trustee to assist in carrying out the Trustee's duties including oversight, quality review, policy implementation, and investigations.

## NOTE 2 – SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation**

The Trust's financial statements are prepared using special-purpose accounting methods that differ from accounting principles generally accepted in the United States of America. The special-purpose accounting methods were adopted in order to present the amount of equity available for payment of current and future claims and operating expenses of the Trust. Since the accompanying special-purpose financial statements are not based on accounting principles generally accepted in the United States of America, accounting treatment by other parties for these same transactions may differ as to timing and amounts. These special-purpose accounting methods are as follows:

1) The financial statements are prepared using the accrual basis of accounting.

2) The funding received from BP Exploration & Production, Inc. and BP America Production Company is added directly to net claimants' equity.  The distributions to claimants which included litigation expenses incurred in relation to additions to net claimants' equity are deducted directly from net claimants' equity.  These funds do not represent income or expenses of the Trust.

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2013**

**NOTE 2 – SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Basis of Presentation** (continued)

3) Costs of non-income producing assets, which will be exhausted during the life of the Trust and are not available for satisfying claims, are expensed as they are incurred. These items include costs of computer hardware, software, and insurance premiums.

4) Investments are recorded at fair value. All interest and dividend income is included in interest and dividend income on the statement of changes in net claimants' equity.

5) The Trust does not record a deferred tax asset for net operating loss carryforwards or a deferred tax asset or liability arising from unrealized gains or losses on securities. For the year ended December 31, 2013, the net operating loss carryforwards available for use in future years was $787,432,000. The net operating loss carryforwards begin to expire in the year ending December 31, 2028.

6) Payments for services to be received over an extended period in the future are recorded as expenses when incurred as these amounts are no longer available for the payment of claims.

**Cash and Cash Equivalents**

The Trust considers unrestricted currency, demand deposits, and certificates of deposit with an initial maturity of three months or less to be cash and cash equivalents. Accordingly, the cash and investments on the Statement of Net Claimants' Equity is included in cash and cash equivalents for Statement of Cash Flows purposes.

**Investments**

The Trust measures its investments at fair value. Fair value is defined as the price at which an asset could be exchanged in a current transaction between knowledgeable and willing parties as determined by the pricing service at the Directed Trustee.

**Fixed Assets**

The cost of non-income producing assets that will be exhausted during the life of the Trust and are not available for satisfying claims are expensed as incurred. For the year ended December 31, 2013, the cost of fixed assets expensed includes information and technology equipment, facilities equipment and furniture, and facilities improvements at a total cost of $1,372,615.

**Claims Payable**

Claims payable on the statements of net claimants' equity reflect claims approved but unpaid as of December 31, 2013.

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2013**

**NOTE 2 – SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Date of Trustee Review**

In preparing these financial statements, the Trustee has evaluated events and transactions for potential recognition or disclosure through June 20, 2014, the date the special-purpose financial statements were available to be issued.

**Estimates**

The preparation of financial statements in conformity with the special-purpose accounting methods described above requires Trust management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of additions and deductions to net claimants' equity during the reporting periods.  Accordingly, actual results may differ from those estimates.

**NOTE 3 – INVESTMENTS**

The Trust has classified its investments as available for sale and recorded the securities at estimated fair value as follows:

|  | **2013** |
| --- | --- |
| Total Seafood Compensation Fund | $1,182,665,937 |
| Total General Claims Fund | 223,524,424 |
| Total Promotional Fund | 29,126,410 |
| Total Supplemental Information Program Fund | 4,448,312 |
| Total Administrative Fund | 24,329,983 |
| Total | $1,464,095,066 |

Investment income consists of interest income of $213,562 for the year ended December 31, 2013.

**NOTE 4 – FAIR VALUE MEASUREMENTS**

In determining fair value, the Trust uses various valuation approaches within the fair value measurement framework.  Fair value measurements are determined based on the assumptions that market participants would use in pricing an asset or liability.

The fair value measurement framework establishes a hierarchy for inputs used in measuring fair value that maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable inputs be used when available.  The framework defines levels within the hierarchy based on the reliability of inputs as follows:

- Level 1 — Valuations based on unadjusted quoted prices for identical assets or liabilities in active markets;
- Level 2 — Valuations based on quoted prices for similar assets or liabilities or identical assets or liabilities in less active markets, such as dealer or broker markets; and
- Level 3 — Valuations derived from valuation techniques in which one or more significant inputs or significant value drivers are unobservable, such as pricing models, discounted cash flow models and similar techniques not based on market, exchange, dealer or broker-traded transactions.

8

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2013**

## NOTE 4 – FAIR VALUE MEASUREMENTS (continued)

As of December 31, 2013, the only assets or liabilities that were measured at fair value on a recurring basis were Money Market and U.S. Government backed securities. The fair value of the Money Market and U.S. Government backed securities was estimated by the Directed Trustee using market data applicable to the securities held. The investments are classified within Level 1 of the valuation hierarchy. The fair value of the investments as of December 31, 2013 was $1,464,095,066 and is reported as Investments in the accompanying Statement of Net Claimants' Equity.

The following methods were used to estimate fair value for all other financial instruments:

**Cash and cash equivalents**
The carrying value of cash and cash equivalents approximates fair value as it is estimated at the net asset value reported by the issuing financial institution since the instruments may be redeemed at this amount without restriction.

**Accrued liabilities**
The fair value of accrued liabilities is based on their carrying amounts, on the liquidity of these financial instruments and on their short-term nature. Accordingly, the carrying value approximates the fair value of accrued liabilities at December 31, 2013.

## NOTE 5 – LEASES

Through the Claims Administrator and Trustee and the Vendors, the Trust currently leases space for claims administration, claims intake, and claims processing. Total occupancy expenses for the year ended December 31, 2013 amounted to approximately $5,819,142. Basic rents for 2013 amounted to $3,625,070 and the remaining $2,194,072 represented maintenance and repair, improvements, taxes, insurance and utilities. The leases expire at various dates through 2016. The Trust has the option to extend the leases for terms of six months each.

Future minimum payments for all leases are as follows:

| | | |
|---|---|---:|
| 2014 | $ | 2,693,551 |
| 2015 | | 1,420,516 |
| 2016 | | 295,603 |
| Total | $ | 4,409,670 |

## NOTE 6 – CLAIMS LIABILITIES

The Trust establishes a claim liability at the time an offer is extended and accepted by a claimant. All claimants must provide a complete, originally signed release, prior to receiving payment. BP has a right to appeal claims in excess of $25,000 and the claimant has the right to request a reconsideration of claim award prior to accepting an offer. An appeals deposit is made for each appeal filed, which is released to the promotional fund following appeal. At December 31, 2013, BP had overpaid appeal deposits by approximately $500,000, which is reflected in Deposits from pending appeals in the Statement of Net Claimants' Equity. Claimant funds are mailed after the approved release is signed, received, and accepted by the Trustee (see Note 12).

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2013**

## NOTE 7 – INCOME TAXES

For federal income tax purposes, the BP Economic and Property Damages Settlement Trust has elected for the assets of the Trust to be taxed as a Qualified Designated Settlement Fund (QSF). Income and expenses associated with the QSF are taxed in accordance with Section 468B of the Internal Revenue Code.  The federal statutory income tax rate for the QSF is 35%.

The Claims Administrator believes the Trust is operating in a manner so as to continue to qualify as a Qualified Settlement Fund. The Trust recognizes potential interest and penalties pertaining to income tax related issues, if any, as income tax expense.  During the year ended December 31, 2013, no such interest or penalties were recognized.

The Claims Administrator evaluates all tax positions and makes a determination regarding their likelihood of being upheld under review.  For the year ended December 31, 2013, the Trust did not have uncertain tax positions for which they recorded a tax liability.

## NOTE 8 – NET CLAIMANTS' EQUITY

The Trust was created pursuant to the Economic and Property Damages Settlement Agreement (Settlement Agreement) approved by the United States District Court for the Eastern District of Louisiana.  The Settlement Agreement and Trust Agreement, entered concurrently, were entered in response to federal statutory and maritime claims including violations of the Oil Pollution Act, negligence, gross negligence, willful misconduct, strict liability, negligence per se, nuisance, and other claims in connection with the 2010 Deepwater Horizon oil spill.

Under the terms of the Settlement Agreement, natural persons or entities meeting the class definition can submit claims for up to eight categories:

> *Seafood:* damages suffered by a commercial fisherman, seafood crew, or seafood vessel owner related to fish and shellfish, including shrimp, oysters, and finfish caught in specified waters of the Gulf of Mexico.
> *Economic Damage:*  loss of income, earnings or profits suffered by natural persons or entities. Must establish that loss was due to or resulting from the Deepwater Horizon Incident unless the business qualifies for presumed causation.
> *Subsistence Damage:* damages suffered by natural persons who fish or hunt to harvest, catch, barter, consume or trade Gulf of Mexico natural resources to sustain their basic or family dietary, economic security, shelter or clothing needs.
> *VoO Charter Payment:* damages suffered by natural persons or entities who registered to participate in BP's Vessels of Opportunity (VoO) program and executed a VoO Master Vessel Charter Agreement.
> *Vessel Physical Damage:*  physical damage that was sustained by an eligible claimant's vessel due to or resulting from the Deepwater Horizon Incident or response clean-up operations, including the VoO program.
> *Coastal Real Property:*  damages to coastal real property.
> *Wetlands Real Property:*  damages to wetlands real property.
> *Real Property Sales:* damages to real property sales as a result of the Deepwater Horizon Incident.

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2013**

**NOTE 8 – NET CLAIMANTS' EQUITY** (continued)

Such claims can be submitted by qualifying claimants from the states of Louisiana, Alabama, or Mississippi, and counties specified in the Settlement Agreement in the states of Texas and Florida. Claims for the Seafood program were required to be submitted by January 22, 2013 and claims for all other categories were required to be filed by April 22, 2014; however, due to court proceedings this has been amended to be six months following the Fifth Circuit Court Ruling (see Note 12). A claimant has six months after their first claim is paid to file any additional claims.

In addition, the Trust administers and discharges operating expenses in connection with administrative fund and grants under the Settlement Agreement for supplemental information and tourism funds.

Under the Settlement Agreement, total Seafood claim payments will not exceed $2,300,000,000; however, no other claim categories have a defined maximum amount. The Trust is funded by BP and if claims for non-seafood claims exceed existing corpus amounts additional funding will be provided by BP. The Administrative fund is funded by BP as needed.

At December 31, 2013, net claimants' equity, net of payments, is comprised of five funds as follows:

| Fund | Corpus | Claim Payments/ Operating Expenses | Net Claimants' Equity |
|---|---|---|---|
| Seafood Compensation Fund | $ 2,236,677,288 | $ 1,113,873,658 | $ 1,122,803,630 |
| General Claims Fund | 3,020,000,000 | 3,900,746,790 | (880,746,790) |
| Supplemental Information Program Fund | 5,000,000 | 552,416 | 4,447,584 |
| Promotional Fund | 62,630,000 | 33,510,445 | 29,119,555 |
| Administrative Fund | 767,524,398 | 787,432,154 | (19,907,756) |
| Totals | $ 6,091,831,686 | $ 5,836,115,463 | $ 255,716,223 |

**NOTE 9 – RELATED PARTY TRANSACTIONS**

The Claims Administrator and Trustee is the officer and stockholder of a Louisiana law firm. Claims administration and trustee fees are paid to his law firm for his services and the services of other members of his law firm that provide legal and other administrative services to the Trust. Total fees paid to this law firm were $3,497,059 for the year ended December 31, 2013. Accounts payable was $147,010 at December 31, 2013.

**NOTE 10 – CONCENTRATIONS AND CREDIT RISK**

The Trust had significant concentrations of credit risk as a result of maintaining its bank accounts with aggregate balances in excess of federal insurance coverage. As of December 31, 2013, the maximum loss that would have resulted from that risk was $162,000, which represents the excess of bank deposits over the amount that would have been covered by federal insurance.

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2013**

**NOTE 11 – LITIGATION**

The Settlement Program and the Claims Administrator and Trustee of the Settlement Program are defendants in certain lawsuits.  Legal representation letters were sent to multiple law firms representing the Settlement Program and the Claims Administrator and Trustee. Legal representation was unable to state whether an unfavorable outcome was "probable" or "remote" as it relates to these cases. It is management's intent to vigorously contest these cases. In addition, management believes its insurances policies are adequate.

**NOTE 12 – CONTINGENT LIABILITIES**

During 2013 (and thereafter), certain legal actions have occurred with regard to the Business Economic Loss (BEL) claims.

On April 5, 2013, BP Parties appealed to the Fifth Circuit Court of Appeals (Fifth Circuit Court) from the March 5, 2013 decision by the United States District Court for the Eastern District of Louisiana's (District Court) upholding the Claims Administrator's interpretation of the Settlement Agreement as it related to "matching" of revenues and variable expenses for BEL claims and therefore denying BP Parties motion for a preliminary injunction on the processing and payment of BEL claims based on the "matching" issue.

On October 2, 2013, the Fifth Circuit Court reversed the District Court's denial of BP Parties motion for a preliminary injunction and the matter was remanded to the District Court for further consideration of the processing of BEL claims with appropriate "matching" of revenues and variable expenses. In compliance with the Fifth Circuit ruling on October 2, 2013, the District Court issued on October 18, 2013, a preliminary injunction enjoining the issuance of final determination notices and payment by the Claims Administrator of only certain BEL claims (those impacted by the "matching" issue). Later, on motions by BP Parties asserting that certain BEL claims should not be paid based on a "causation" theory, the Fifth Circuit Court on December 2, 2013, and thereafter the District Court on December 5, 2013, ordered that the payment of all BEL claims be suspended. As a result, the Claims Administrator placed a hold on the issuance of final determination notices and payment of all BEL claims.

On December 24, 2013, at the direction of the District Court, the Claims Administrator submitted to the District Court on March 21, 2014 a proposed "Policy 495" so as to comply with the Fifth Circuit Court's ruling on the "matching" issue. Policy 495 was approved by Order of the District Court on May 5, 2014 (though it is subject to a pending motion by Class Counsel to alter or amend the Order). The Claims Administrator's Office readied itself to facilitate the processing of BEL claims under Policy 495 and to be in a position to issue final determination notices and pay BEL claims upon any dissolution of the pending injunctions.

Final determination notices and payments were issued on BEL claims on June 2, 2014, when they recommenced as a result of subsequent May 19, 2014 rulings by the Fifth Circuit Court rejecting the "causation" theory raised by BP Parties and subsequent May 28, 2014 Order of the District Court lifting the previously-imposed injunctions that had theretofore suspended the payment of BEL claims.

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2013**

**NOTE 12 – CONTINGENT LIABILITIES** (continued)

The BP Parties have asked the United States Supreme Court on May 28, 2014 to intervene and re-impose the stay on payments of BEL claims based on the "causation" theory pending a future petition for a writ of certiorari to be filed by BP Parties seeking reversal of the prior rulings of the Fifth Circuit Court on "causation".  On June 8, 2014, the Supreme Court rejected that request. The District Court has not yet acted upon the motion filed by Class Counsel on May 27, 2014, to alter or amend its Order approving Policy 495 as to "matching", and Class Counsel's time for appeal from that Order (as the same might be altered or amended by the District Court) has not yet commenced.

The central issues related to these actions and pending ruling are:

  a.   Whether claimants must establish a "causal" connection between any claimed losses and the BP Oil Spill over and above current "causation" requirements set forth in the Settlement Agreement.

  b.   Whether at least certain of the "matching" methodologies set forth in Policy 495 are consistent with the terms of the Settlement Agreement or required as a result of the rulings by the Fifth Circuit Court.

  c.   What the impact may be upon the processing, allowance, denial or payment of claims should the current Court decisions on "causation" and/or "matching" be reversed or modified by higher Courts.

Management has included $981,459,676 in claims payable for BEL claims that have been processed and for which claimants have received an eligibility notice.  However, the Trustee has continued to process claims since October 2, 2013, but until June 2, 2014 issued no further eligibility notices and did not include these claims in claims payable since official offers had not been made to the claimants.  The Trustee fully expects that essentially all pending BEL claims will require re-evaluation under Policy 495, which process could potentially result in a substantially different liability.  However, the impact on the claims payable of these potential changes to the settlement determination cannot be estimated at December 31, 2013.

As the compensation amounts are not estimable, there will be no loss contingency accrued for these held BEL claims.

This information is an integral part of the accompanying financial statements.

SUPPLEMENTARY INFORMATION

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**SCHEDULE OF OPERATING EXPENSES**
**For the year ended December 31, 2013**

|  | 2013 |
|---|---:|
| **FEES - CLAIMS ADMINISTRATION** | |
| BrownGreer, PLC | $ 156,462,523 |
| The Garden City Group, Inc. | 85,094,384 |
| PriceWaterhouseCoopers, LLP | 76,684,498 |
| Postlethwaite & Netterville, APAC | 91,785,461 |
| Hub Enterprises, Inc. | 4,138,756 |
| Applied Marine Technology, Inc. | 980,143 |
| Legal Liaison | 4,120 |
| Pro Bono Legal - Mississippi Center for Justice | 2,400,000 |
| Appeal Panelists | 3,470,850 |
| Claims Administrator Office | 12,467,538 |
| Total Fees - Claims Administration | 433,488,273 |
| | |
| **FACILITIES** | |
| Equipment | |
| Furniture | 106,422 |
| Kitchen Supplies | 285,664 |
| Meals | 59,094 |
| Improvements | 174,705 |
| Maintenance | 337,263 |
| Office Supplies | 577,975 |
| Parking | 593,830 |
| Rent | 505,672 |
| Security Guards | 3,025,070 |
| Utilities | 3,092,336 |
| Total Facilities | 773,162 |
| | 9,531,193 |
| | |
| **INFORMATION TECHNOLOGY** | |
| Data Center | |
| Equipment | 969,605 |
| Network | 643,266 |
| Software | 549,669 |
| Telephone | 528,178 |
| Total Information Technology | 799,151 |
| | 3,489,869 |
| | |
| **PROFESSIONAL FEES** | |
| Accounting | |
| Legal | 1,409,168 |
| Special Master | 2,097,943 |
| Other | 10,411,510 |
| Total Professional Fees | 2,071,334 |
| | 15,989,955 |

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**SCHEDULE OF OPERATING EXPENSES (continued)**
**For the year ended December 31, 2013**

**TRAVEL**

| | |
|---|---:|
| Airlines | 1,730,378 |
| Hotels | 1,918,743 |
| Meals | 1,071,010 |
| Mileage | 358,345 |
| Relocation | 388,432 |
| Rent - Apartments | 503,108 |
| Rental Cars | 68,400 |
| Taxis/Transit | 365,839 |
| Total Travel | 6,404,255 |

**GENERAL & ADMINISTRATIVE**

| | |
|---|---:|
| Copies | 32,628 |
| Advertising | 112,450 |
| Bank Charges | 617,295 |
| Business License - State | 736 |
| Dues & Subscriptions | 93,343 |
| Insurance | 960,556 |
| Postage & Courier | 260,737 |
| Printing | 76,655 |
| Recruiting | 57,628 |
| Research | 428,650 |
| Total General & Administrative | 2,640,678 |

| | | |
|---|---|---:|
| **TOTAL OPERATING EXPENSES** | $ | 471,544,223 |

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**SUMMARY OF PAYMENTS MADE TO CLAIMANTS**
**For the year ended December 31, 2013**

| CLAIM CATEGORY | NUMBER OF CLAIMS PAID | AMOUNT OF CLAIMS PAID (CASH BASIS) |
|---|---|---|
| 40 Percent | 931 | $ 14,864,331 |
| BEL | 7,982 | 1,703,591,189 |
| Coastal Real Property | 16,094 | 88,539,200 |
| Failed BEL | 20 | 1,733,460 |
| IEL | 3,408 | 41,144,682 |
| IPV | 8 | 77,085 |
| Real Property Sales | 340 | 16,778,532 |
| Seafood | 5,765 | 675,294,881 |
| Start-up BEL | 401 | 86,264,862 |
| Subsistence | 1,657 | 12,380,505 |
| Vessel Physical Damage | 634 | 9,696,358 |
| VoO Charter | 2,170 | 78,719,057 |
| Wetlands Real Property | 1,940 | 93,736,591 |
| **TOTAL PAYMENTS** | 41,350 | $ 2,822,820,733 |

Reconciliation to financial statements

Checks issued and outstanding in 2012     (39,960,863)

Promotion fund distributions (Exhibit C)     23,638,765

Supplemental informational program fund distributions     552,416

Increase in Claims payable per Statement of Net
Claimants' Equity     596,641,179

Distributions from net claimants' equity     $ 3,403,692,230

EXHIBIT B

**BP ECONOMIC AND PROPERTY DAMAGES SETTLEMENT TRUST**
**SUMMARY OF GRANTS AWARDED FROM THE GULF TOURISM**
**AND SEAFOOD PROMOTION FUND AND PAYMENTS MADE**
**For the period from Inception (May 4, 2012) to December 31, 2013**

| Year | Number | Grants Amount Summary | Payments - Cash Basis | | |
|---|---|---|---|---|---|
| | | | 2012 | 2013 | Total |
| 1 | 108 | $ 32,452,900 | $ 9,871,680 | $ 16,696,351 | $ 26,568,031 |
| 2 | 87 | 28,739,889 | - | 6,942,414 | 6,942,414 |
| 3 | 195 | $ 61,192,789 | $ 9,871,680 | $ 23,638,765 | $ 33,510,445 |

EXHIBIT C