**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010       SECTION J

Applies to: 10-4182, 10-4183, 13-2645,     JUDGE BARBIER
         13-2646, 13-2647, 13-2813      MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Alabama Damage Cases – Motion to file under seal ( Rec. doc. 13686)]**

IT IS ORDERED that:  (1) the State of Alabama's motion to file exhibit under seal (Rec.

doc. 13686) is GRANTED; and (2) Exhibit A attached to Alabama's Reply Brief in Support of

Motion to Compel Discovery Responses (Rec. doc. 13684) is filed under seal pending further

order of the Court.

New Orleans, Louisiana, this day of 25th day of November, 2014.

                          **SALLY SHUSHAN**
                          **United States Magistrate Judge**