UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: "J" (1) |
| Applies to: No 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

**EX PARTE MOTION BY CLAIMANT FOR LEAVE TO FILE EXHIBITS 1, 2 AND 3 TO CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH BP IN ACCORDANCE WITH THIS COURT'S ORDERS**

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal Exhibits 1, 2 and 3 attached to Claimant's Motion to Enforce Settlement Agreement with BP in Accordance with this Court's Orders (the "Motion") (Doc. 13705), which was filed today. The documents contain information particular to Claimant that should have been filed under seal. WHEREFORE, Claimant respectfully prays for an Order from the Court that Exhibits 1, 2, and 3 to the above referenced Motion be filed under seal.

Respectfully submitted:

**Law Offices of Ashley E. Philen, LLC**

**/s/ Ashley E. Philen**
Ashley E. Philen
La Bar No. 31285
4217 E. Old Spanish Trail (70560)
P.O. Box 11652 (70562)
New Iberia, Louisiana
Telephone: (337)492-5008
Facsimile: (888)345-7046
Ashley.aeplaw@gmail.com

*Attorney for Claimant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of November 2014.

/s/ Ashley E. Philen

ASHLEY E. PHILEN