UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: "J" (1) |
| Applies to: No 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by Claimant for Leave to File Exhibits 1, 2, and 3 Under Seal:

IT IS HEREBY ORDERED, that Claimant's Motion is GRANTED; and

IT IS FURTHER ORDERED that Exhibits 1, 2 and 3 attached to Claimant's Motion to Enforce Settlement Agreement with BP in Accordance with this Court's Orders (Doc. 13705) be filed under seal.

New Orleans, Louisiana, this ____ day of November 2014.

Respectfully submitted:

**Law Offices of Ashley E. Philen, LLC**

**/s/ Ashley E. Philen**
Ashley E. Philen
La Bar No. 31285
4217 E. Old Spanish Trail (70560)
P.O. Box 11652 (70562)
New Iberia, Louisiana
Telephone: (337)492-5008
Facsimile: (888)345-7046
Ashley.aeplaw@gmail.com

*Attorney for Claimant*