UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

### DEFENDANT LIBERTY INSURANCE UNDERWRITERS, INC.'S NOTICE OF APPEAL

Notice is hereby given that Liberty Insurance Underwriters, Inc. (LIU), the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on October 31, 2014 (Rec. Doc. 13588), and the Order and Reasons entered on October 31, 2014 (Rec. Doc. 13583), granting in part Cameron International Corporation's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity and Defense Expenses (Rec. Doc. 12440) and denying LIU's Motion for Partial Summary Judgment Concerning Cameron's Forfeiture of Coverage (Rec. Doc. 12580), and the Order entered on September 19, 2014 (Rec. Doc. No. 13413) denying LIU's Motion for Leave to File Supplemental Memorandum; the Order and Reasons entered on August 16, 2012 (Rec. Doc. 7129); the August 7, 2013 Order affirming the Magistrate Judge's Order of July 22, 2013 and denying LIU's appeal (Rec. Doc. 10951) and the related orders and rulings (a) the July 1, 2013 Order on LIU's Motion to Compel Discovery (Rec. Doc. 10559), (b) the July 22, 2013 Order granting in part and denying in part LIU's Motion to Compel Discovery (Rec. Doc. 10808), and (c) the August 15, 2013 Order denying LIU's Motion to Compel (Rec. Doc. 11023); and any

1

and all other rulings, orders, or actions of this Court entered or taken in connection with the Orders identified above.

Respectfully submitted,

/s/ *Judy Y. Barrasso*
Judy Y. Barrasso
Federal I.D. 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

And

Christopher W. Martin
Federal I.D. 13515
Robert G. Dees
Federal I.D. 13899
MARTIN, DISIERE, JEFFERSON
& WISDOM, L.L.P.
808 Travis Street, 20th Floor
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

**Attorneys for Liberty Insurance Underwriters, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of November, 2014.

/s/ *Judy Y. Barrasso*

{1022289_1}