UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** **Case No. 12-311** | * * * | **JURY TRIAL DEMANDED** |

### LIBERTY INSURANCE UNDERWRITERS, INC.'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY PENDING APPEAL

Liberty Insurance Underwriters, Inc., ("LIU"), pursuant to Federal Rule of Appellate Procedure 8(a)(1)(A), Federal Rule of Civil Procedure 62(d) and Uniform Local Rules 62.2 and 65.1.1, requests that this Court stay execution of the October 31, 2014 Judgment [Doc. No. 13588] and enter an order which prevents plaintiff Cameron International Corporation from executing process for collection of the Judgment pending the resolution of LIU's appeal to the United States Court of Appeals for the Fifth Circuit. LIU applies for approval of the Supersedeas Bond attached hereto in the amount of $68,268,492 in connection with LIU's appeal for the reasons fully set forth in the attached memorandum.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Robert G. Dees, PRO HAC VICE
Federal I.D. 13899
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

*Attorneys for Liberty Insurance Underwriters, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of November, 2014.

/s/ *Judy Y. Barrasso*

{1021463_1}