UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * * | **JURY TRIAL DEMANDED** |

## **SUPERSEDEAS BOND**

**Bond No. 354-033-146**

KNOWN ALL BY THESE PRESENTS:

That we, Liberty Insurance Underwriters, Inc., as Principal, and Employers Insurance Company of Wausau, a corporation authorized to transact surety business in the State of Louisiana, as Surety, are held and firmly bound unto the Clerk of the United States District Court for the Eastern District of Louisiana, as Obligee, in the sum of $56,890,410.96, plus 20%, for a total sum of $68,268,492, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Liberty Insurance Underwriters, Inc., as Principal, has filed a notice of appeal to the United States Fifth Circuit Court of Appeals from the Judgment of this Court entered October 31, 2014;

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally, to the Clerk of the United States District Court for the Eastern District of Louisiana, as Obligee, in the sum of $68,268,492.

IN TESTIMONY WHEREOF, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full force and effect. PROVIDED, HOWEVER, that the aggregate liability of the Surety hereunder for any and all claims presented shall not exceed the penal sum of this bond.

    IN WITNESS THEREOF, the said Surety has caused its corporate name and seal to be hereunto affixed by its duly authorized officer.

1

Signed, Sealed and Dated November 25, 2014.

**LIBERTY INSURANCE UNDERWRITERS, INC.**

Defendant

_/s/ Celeste Coco-Ewing_
By: Principal   Attorney-in-fact

909 Poydras Street, 24th Floor
New Orleans, LA 70112
Address

**EMPLOYERS INSURANCE COMPANY OF WAUSAU**

Surety

_/s/ Renee A. Kolpacki_
By: Renee A. Kolpacki
Attorney–in-Fact

2000 Westwood Drive
Wausau WI, 54401
Address

2

Notarial Acknowledgement – Attorney in Fact

STATE OF  Wisconsin

County of  Marathon        } S.S.

On this ____25th____ day of ____November____, ___2014___, before me, _____

____David Hack_____ a Notary Public in and for said

____Marathon_____ County, State aforesaid, residing therein, duly

commissioned and sworn, personally appeared _____Renee A. Kolpacki_____

know to me to be the person whose name is subscribed to the within instrument as the attorney in fact of

Employers Insurance Company of Wausau

and acknowledged to me that he subscribed the name of Employers Insurance Company of Wausau thereto as surety, and his own as attorney in fact.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in said county of

____Marathon_____ the day and year in this certificate first above written.

_____

Notary Public in and for the county of __Marathon_____

State of _____Wisconsin_____

My commission expires _____03-15-2015_____

SC0011
01-92

THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.

6644221

## EMPLOYERS INSURANCE COMPANY OF WAUSAU
2000 Westwood Drive, Wausau, WI 54401

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS: EMPLOYERS INSURANCE COMPANY OF WAUSAU**, being a Wisconsin Corporation having its principal office in the City of Wausau, County of Marathon, State of Wisconsin does hereby make, constitute and appoint \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***SUSAN A. CLEVELAND, RENEE A. KOLPACKI, PAM FROMM, CRYSTAL DUBERSTEIN, PHIL LAZARSKI, DAVID HACK, CHRIS HOVDEN**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

of **WAUSAU** in the State of **WISCONSIN** their/its true and lawful attorney(s)-in-fact, with full power and authority hereby conferred in their/its name, place and stead, to sign, execute, acknowledge and deliver in their/its behalf, and as their/its act and deed, without power of redelegation, as follows:

> **bonds, undertakings, recognizances, contracts of indemnity, and all other surety obligations, as required, unlimited as to Dollar amount**

and to bind the Company(ies) making this appointment thereby as fully and to the same extent as if such bond or undertaking was signed by the duly authorized officers of the Company(ies), and all the acts of said attorney(s), pursuant to the authority herein given, are hereby ratified and confirmed.

## AUTHORITY FOR MAKING APPOINTMENT OF ATTORNEYS-IN-FACT

Appointment of Attorneys-in-Fact by Employers Insurance Company of Wausau are made pursuant to Article V, Section 10 of Employers Insurance Company of Wausau's By-Laws, as amended. Further, Christopher L. Peirce, President of Employers Insurance Company of Wausau, executed a Delegation of Authority on June 30, 2011 pursuant to Article V Section 10 and authorized, David M. Carey and Francis J. McGrath to appoint attorneys-in-fact as may be necessary to act on behalf of Employers Insurance Company of Wausau to make execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances, and other surety obligations.

**In Witness Whereof, Employers Insurance Company of Wausau** has caused these presents to be signed by its authorized representatives, and its Corporate Seal to be hereto affixed, this **15th** day of **July**, **2014**.

**EMPLOYERS INSURANCE COMPANY OF WAUSAU**

By: _____
David M. Carey

Attest: _____
Lisa Love

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

**STATE OF PENNSYLVANIA**
**COUNTY OF MONTGOMERY**

The foregoing instrument was acknowledged before me this **15th** day of **July**, **2014**, by **David M. Carey**, an authorized representative of Employers Insurance Company of Wausau.

_____
Teresa Pastella, Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires March 28, 2017
Member, Pennsylvania Association of Notaries