UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: "J" (1) |
| Applies to: No 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by Claimant for Leave to File Exhibits 1, 2, and 3 Under Seal:

IT IS HEREBY ORDERED, that Claimant's Motion is GRANTED; and

IT IS FURTHER ORDERED that Exhibits 1, 2 and 3 attached to Claimant's Motion to Enforce Settlement Agreement with BP in Accordance with this Court's Orders (Doc. 13705) be filed under seal.

New Orleans, Louisiana, this 26th day of November 2014.

_____
United States District Judge