UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Alabama Damage Cases – Alabama Motion to File Exhibits Under Seal (Rec. doc. 13708)]**

IT IS ORDERED that: (1) the State of Alabama's motion to file exhibit under seal (Rec. doc. 13708) is GRANTED; and (2) Exhibit C to Alabama's opposition to Defendants' Motion to Compel "Placeholder" Discovery Requests (Rec. doc. 13707) is filed under seal pending further order of the Court.

New Orleans, Louisiana, this day of 26th day of November, 2014.

　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**