UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) <br> JUDGE BARBIER <br> MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** <br> **Case No. 12-311** | * * * | **JURY TRIAL DEMANDED** |

## ORDER

Having considered the foregoing Motion for Approval of Supersedeas Bond and Stay Pending Appeal by Defendant Liberty Insurance Underwriters, Inc.;

**IT IS HEREBY ORDERED** that the Supersedeas Bond in the amount of $68,268,492 attached hereto is approved and filed and that the Judgment [Doc. No. 13588] entered herein on October 31, 2014 in favor of Cameron International Corporation and against Liberty Insurance Underwriters, Inc. is stayed pending appeal to the United States Court of Appeals for the Fifth Circuit pursuant to Federal Rule of Civil Procedure 62(d).

New Orleans, Louisiana this 26th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE