**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL-2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION "J" |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* | § | |

*******************************************************************************

**PROPOSED ORDER**

The third phase of the trial regarding the claims of the United States under the federal Clean Water Act penalty provisions are currently being prepared and are set for trial in January of 2015.  Case No. 10-cv-4536 ("Penalty Phase").  The parties to the Penalty Phase are the United States of America, BP Exploration & Production Inc., and Anadarko Petroleum Corporation.  The States of Alabama, Florida, Louisiana, Mississippi and Texas ("Gulf States") are not parties to the Penalty Phase, nor are various Local Government Entities that have brought lawsuits that are part of MDL 2179 and/or filed short form joinders in MDL 2179."

The Gulf States are co-trustees with the United States on certain natural resource damage ("NRD") claims.  The Gulf States also have asserted certain claims for economic loss.  NRD claims and the Gulf States' claims for economic loss related to the *Deepwater Horizon* matter are not part of the Penalty Phase.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

While the parties in any future NRD or economic loss proceeding related to the *Deepwater Horizon* matter may rely upon the fact and expert record developed as part of the

[Formatted: Font: Not Bold]

[Formatted: Font: Italic]

[Formatted: Font: Italic]

Penalty Phase, the parties in any future NRD or economic loss proceeding (including, as applicable, the United States, the Gulf States, BPXP or any other defendant) shall be afforded the opportunity to develop a full and factual record related to those future claims. ~~None of the proceedings in preparation for or the trial of the Penalty Phase itself will limit or preclude the Gulf States from developing a full fact and expert discovery record in connection with their NRD or economic loss claims;~~ The Court will retain its powers under the Federal Rules of Civil Procedure and its inherent powers to manage future proceedings in MDL 2179 and to provide for efficient and non-duplicative discovery.

Further, ~~no ruling, evidentiary or substantive, in the Penalty Phase will govern the disposition of issues arising in the preparation for or the trial of NRD or economic loss claims of the Gulf States or the rights of the parties thereto.~~ no ruling in the Penalty Phase, be it procedural, discovery-related, evidentiary, or substantive, shall govern the disposition of issues arising in the preparation for or the trial of NRD or economic loss claims of the Gulf States or the United States, or the rights or defenses of the parties thereto, including BPXP or any other defendant.

Nothing in this Order limits any party in any future NRD or economic loss proceeding from citing any ruling from the Penalty Phase for consideration by the Court in such proceeding (even though not dispositive in such proceeding).

Nothing provided herein shall limit the admissibility of, or be cited by any Party to seek to limit, evidence during the Penalty Phase, provided that the United States and BPXP each reserve it rights to object to evidence on any other the grounds.

The motions of the State of Louisiana (Rec. Doc. 13656) and Mississippi (Rec. Doc. 13687) are denied except to the extent stated herein.

**SIGNED** at New Orleans, Louisiana this _____ day of _____, 2014

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**

Formatted: Adjust space between Latin and Asian text, Adjust space between Asian text and numbers