UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Civil Actions No. 10-2771 and 10-8888 & Joinder Document No. 64392 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of Weitz & Luxenberg, P.C., counsel for Plaintiff Kevin Carter, hereby files their Motion to Withdraw as counsel for Plaintiff Kevin Carter. Plaintiff Kevin Carter has terminated the attorney-client relationship between himself and Weitz & Luxenberg.

WHEREFORE, the law firm of Weitz & Luxenberg, P.C. requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully Submitted,

 /s/ Robin L. Greenwald
ROBIN L. GREENWALD
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212) 558-5802

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Motion to Withdraw as Counsel and proposed Order has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of December, 2014. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via certified mail, on this 1st day of December, 2014, to the others listed below.

Kevin Carter
2712 Bartlett Avenue
Apartment A4
Pascagoula, MS 39567
(228) 355-2039

                                                            */s/ Robin L. Greenwald*