# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | § | **MDL-2179** |
| **"DEEPWATER HORIZON"** | § | |
| in the GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | **SECTION "J"** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | **JUDGE BARBIER** |
| | § | **MAG. JUDGE SHUSHAN** |
| Case Nos. **10-4182, 10-4183, 13-2645,** | § | |
| **13-2646, 13-2647, & 13-2813** (Alabama), | | |
| and **Nos. 10-3059 & 11-0516** (Louisiana) | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** the Motion for Leave to File The State of Louisiana's Proposed Amicus Curiae Brief in Support of the State of Alabama's Motion to Dismiss Set-Off Claims or in the alternative Motion to Strike Set-Off Affirmative Defenses:

**IT IS ORDERED** that the State of Louisiana be and is hereby granted leave to file its The State of Louisiana's Proposed Amicus Curiae Brief in Support of the State of Alabama's Motion to Dismiss Set-Off Claims or in the alternative Motion to Strike Set-Off Affirmative Defenses.

**SIGNED** at New Orleans, Louisiana this _____ day of _____, 2014.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**

1