UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645,<br>13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, November 20, 2014]

1. **Alabama's Response on Document Production Issues.**

    Alabama reported that the sample production was produced. BP responded that there were load file issues with the sample which had been resolved. Because of the delay with the load file issues, BP has not yet reviewed the sample production to determine whether technical data and meta data issues raised with the initial production were resolved.

2. **Confidential Information.**

    Alabama and BP reported good progress on a proposed order.

3. **State Tax and Revenue Database.**

    Alabama and BP reported they were very close to resolving the database issue.

4. **Sworn Declaration from HESI and Anadarko on 30(b)(6) Topics.**

    Anadarko is considering the stipulation regarding Transocean's participation in the trial. Anadarko and HESI continue to work on the declarations for the Rule 30(b)(6) topics.

5. **Third Party Discovery.**

    BP reported that the discovery sought from the Retirement System of Alabama was resolved. It was working on issues with the discovery sought from the Alabama Mountain Lake Tourist Association, University of Alabama, and Gulf Coast Convention Visitors Bureau.

2

Alabama reported that it had not yet served any subpoenas to third parties.

6. **Next Conference**.

The next conference is on **Thursday, December 4** at **11:00 a.m**. **CT.**

The deadline for any appeal of this order is **Monday, December 5, 2014**

New Orleans, Louisiana, this 1st day of December, 2014.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**