

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC - 1 2014
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-30974

MD 10-2179-J

IN RE:    DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

  Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, ET AL,

  Defendants

v.

ANDRY LERNER, L.L.C.; GLENN J. LERNER; LIONEL SUTTON, III,

  Movants - Appellants

v.

LOUIS J. FREEH,

  Appellee

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Under FED R. APP. P. 42(b), the appeal is dismissed, as to appellant Glenn J. Lerner, as of November 25, 2014, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Shea E. Pertuit*
Deputy
New Orleans, Louisiana    NOV 25 2014

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 25, 2014

Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 14-30974   In re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment, as to appellant Glenn J. Lerner, issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc w/encl:
    Mr. Douglas Scott Draper
    Mrs. Virginia Weichert Gundlach
    Mrs. Pauline Fransen Hardin
    Mr. Amit Priyavadan Mehta
    Mr. Gregory A. Paw
    Mr. Lionel Howard Sutton III
    Mr. William W. Taylor III
    Mr. James E. Wright III