UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANA H. FOX, PRO-SE
PLAINTIFF

VS.

BRITISH PETROLEUM
DEEP WATER HORIZON
GULF CLAIMS PROCESS
DEFENDANT



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 28 2014
WILLIAM W. BLEVINS
CLERK

CIVIL ACTION
2:10-MD-02179-CJB-SS
MULTI LITIGATION 2179
GULF CLAIM #325424428
CLAIMANT #10134603

## MOTION FOR COURT RESPONSE

MR. FOX PRO-SE HAS SUBMITTED A LETTER TO JUDGE BARBIERI, SERVED ALSO ON PATRICK JUNEAU AT GULF CLAIMS (COPY ATTACHED, [AGAIN]).

PLAINTIFF PRO-SE MOTIONS THAT THE LETTER(S) DATE STAMPED OCT. 27, 2014 [TENDERED FOR FILING] BE SUBMITTED TO THE COURT FOR A RESPONSE; PLEASE NOTE A COPY OF A LETTER TO THE HAGUE, ALSO RESUBMITTED FOR FILING.

PATRICK JUNEAU WAS MAILED A COPY OF THIS AND HAS ALSO NOT RESPONDED; [11/20/13]

11/25/14

I CERTIFY THAT A TRUE COPY OF THE SUBMITTED LETTERS ARE SERVED BY U.S. MAIL TO PATRICK JUNEAU @ GULF CLAIMS
11/20/13  D.H.Fx

RESPECTFULLY SUBMITTED
D.H.Fx PRO-SE
DANA H. FOX
1625-2 PARKMEADOWS DR.
FORT MYERS, FLA 33907
MAIL FORWARDING FOR QUICKER RECEIPT:
955 MASS. AVE.
#155
CAMBRIDGE, MASS. 02139
NO PHONE

TENDERED FOR FILING

NOV 2 8 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

11/20/13

TENDERED FOR FILING

OCT 27 2014

U.S. DISTRICT COURT
Eastern District of Louisiana

DANA H. FOX, PRO-SE
955 MASS. AVE.
#155
CAMBRIDGE, MASS.
02139

JUDGE CARL BARBIER
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST.
NEW ORLEANS, LA. 70130

RE: CASE # 2:10-MD-02179-CJB-SS
MULTI LITIGATION 2179

GULF CLAIM # 325424428
CLAIMANT # 10134603

DEAR JUDGE BARBIER:

YOUR HONOR, AS OF LAST CORRESPONDENCE TO THE COURT OF 5/21/13, I HAVE RECEIVED NO INDICATION FROM THE COURT THAT THE PRO-SE PLEADING AND CLAIM IS ACCEPTED BY THIS COURT.

I HEAR TONY HAYWARD IS IN SOMALIA LOOKING FOR OIL; DID THE COURT HAVE A CHANCE TO QUESTION HIM IN REGARDS TO MY INVOLVEMENT WITH BP AND BEING OUT-VOTED ABOUT DRILLING IN THE GULF? HOW ABOUT THE OTHER PEOPLE LISTED?

ENGINEERS FROM B.P. ASSURED ME THEY COULD SOLVE ANY PROBLEMS AT THAT DEPTH; (THIS IS THE 60'S & 70'S). HOW COME IT TOOK SO LONG? [UNPREPARED].

CAN YOU UNDERSTAND WHY I DIDN'T WANT TO HAVE ANYTHING TO DO WITH THE DEEP WATER DRILLING. WILL THE COURT PLEASE GIVE SOME INDICATION AS TO THE INTENTIONS OF COMPENSATORY DAMAGES TO MR. FOX AS I DO NOT FIT THE REQUIREMENTS (PROFILE) OF THE CLAIMS PROCESS ADMINISTERED BY MR. JUNEAU. [MOTIONED FOR HERE-IN].

I WILL NOT BE DENIED.

RESPECTFULLY SUBMITTED
DANA H. FOX, PRO-SE

CC: PATRICK JUNEAU
CLAIMS

DANA H. FOX, PRO-SE
955 MASS. AVE.
#155
CAMBRIDGE, MASS.
02139

10/30/14

INTERNATIONAL COURT OF JUSTICE
PEACE PALACE
CARNEGIEPLEIN 2
2517 KJ THE HAGUE
THE NETHERLANDS

RE: GULF CLAIM
OIL SPILL
BRITISH PETROLEUM
CLAIM IN U.S. FEDERAL COURT
LOUISIANA
JUDGE CARL BARBIER

DEAR HAGUE,

HERE'S ANOTHER CLAIM TO ADD TO THE LIST ALREADY ON FILE. [MORE TO COME].

AGAIN, SEE IF INTERNATIONAL COOPERATION EXISTS AND ASK FOR MY CASE FILE #2:10-MD-02179-CJB-SS.

GULF CLAIM #825424428 / CLAIMANT #10134603

THERE IS NO RESPONSE FROM THE COURT TO DATE (OR THE HAGUE).

I CERTIFY A TRUE COPY IS SENT BY U.S. MAIL TO JUDGE CARL BARBIER IN LOUISIANA ON THIS DATE.

RESPECTFULLY SUBMITTED,
Dan H. Fox, PRO-SE
DANA H. FOX   "   "

Fox
155 mass. Ave.
1st
Cambridge, Mass.
02139

PRO-SE UNIT

7013 0336 7731

CLERK'S OFFICE
U.S. DISTRICT COURT
500 POYDRAS ST. RM C-151
NEW ORLEANS, LA - 70130



FT MYERS
FL 339
25 NOV'14
PM 1 L

U.S. POSTAGE PAID
FT MYERS, FL
NOV 25, 14
AMOUNT
$0.49
0005480308