UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *U.S. v. BP, et al.*  2:10-cv-04536 | * | MAGISTRATE SHUSHAN |
| | * | |

**PLAINTIFF UNITED STATES' (1) MOTION *IN LIMINE* TO ADMIT EVIDENCE PERTAINING TO ANADARKO'S CONTENTIONS CONCERNING NON-OPERATORS AND (2) OPPOSITION TO ANADARKO'S MOTION TO ENFORCE COURT'S ORDER EXCLUDING CULPABILITY EVIDENCE AGAINST ANADARKO**

Plaintiff United States respectfully (1) moves *in limine* for admission of evidence that Defendant Anadarko Petroleum Corporation ("Anadarko" or "APC") seeks to exclude; and (2) opposes Anadarko's Motion to Enforce the Court's Order Excluding Evidence of Culpability, Rec. Doc. 13633.  Anadarko continues to pursue contentions concerning non-operators which implicate this evidence and, for the reasons set forth in the accompanying Memorandum, the United States should be permitted to respond fully and the disputed evidence should be admitted. Accordingly, the United States moves for admission of the following:

1) All three reports of US expert Mr. Gardner Walkup, in full and without redaction;

2) Admission of the United States' June 2, 2014, Proffer, Rec. Doc. 12995, which included 9 depositions from prior Phases not previously admitted and 4 depositions previously admitted in prior Phases, *see*, Proffer, footnote 5, as well as other evidence cited therein;

3) Admission of the depositions and associated exhibits of 9 witnesses from prior Phases relevant to Anadarko being bundled in the Penalty Phase, which include: Michael Beirne (6/27-28/2011), Robert Bodek , Paul Chandler (5/4/2011), Nick Huch (5/16/2011), Alan

1

O'Donnell (5/5/2011), Darrell Hollek (6/26/2011), Robert Quitzau (5/25-26/2011), Stuart Strife (10/5/2011), and Kirk Wardlaw (6/09/2011). Depositions of these nine witnesses were included with the United States' Proffer but the parties (1) may have added additional testimony and/or objections during the Penalty Phase bundling process. The depositions of Beirne, Bodek, Quitzau (Phase I), and Stuart Strife already were admitted in Phase I.

Pursuant to the schedule set by Magistrate Judge Shushan, Anadarko may submit a Reply due December 9, 2014, and the matter will then be fully briefed.[1]

Respectfully submitted,

| | |
|---|---|
| JOYCE R. BRANDA | SAM HIRSCH |
| Acting Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | Senior Attorney |
| Assistant Director | RICHARD GLADSTEIN |
| SHARON SHUTLER | PATRICK CASEY |
| MALINDA LAWRENCE | Senior Counsel |
| LAURA MAYBERRY | A. NATHANIEL CHAKERES |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| R. MICHAEL UNDERHILL, T.A. | ABIGAIL ANDRE |
| Attorney in Charge, West Coast Office | RACHEL HANKEY |
| Torts Branch, Civil Division | BRANDON ROBERS |
| U.S. Department of Justice | Trial Attorneys |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section

---

[1] Unofficial transcript of November 13, 2014 Status Conference with Judge Shushan, 11:1-17.

2

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:   202-514-2583
E-mail:  steve.o'rourke@usdoj.gov


KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA