# EXHIBIT 5

## to

**PLAINTIFF UNITED STATES' MEMORANDUM IN SUPPORT OF (1) ITS MOTION *IN LIMINE* TO ADMIT EVIDENCE PERTAINING TO ANADARKO'S CONTENTIONS CONCERNING NON-OPERATORS AND (2) IN OPPOSITION TO ANADARKO'S MOTION TO ENFORCE THE COURT'S ORDER EXCLUDING CULPABILITY EVIDENCE AGAINST ANADARKO**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

**ANADARKO'S AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE**

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 18 | 11 | 18 | 25 |
| 19 | 6 | 23 | 1 |
| 23 | 11 | 25 | 10 |
| 25 | 23 | 26 | 3 |
| 25 | 13 | 25 | 15 |
| 26 | 10 | 27 | 1 |
| 41 | 4 | 41 | 23 |
| 46 | 1 | 46 | 23 |
| 54 | 9 | 54 | 22 |
| 55 | 2 | 55 | 16 |
| 55 | 19 | 55 | 24 |
| 56 | 13 | 56 | 16 |
| 58 | 25 | 59 | 3 |
| 58 | 5 | 58 | 22 |
| 65 | 5 | 65 | 12 |
| 65 | 23 | 66 | 5 |
| 65 | 15 | 65 | 20 |
| 66 | 8 | 67 | 21 |
| 69 | 5 | 69 | 9 |
| 69 | 14 | 69 | 25 |
| 70 | 21 | 70 | 24 |
| 72 | 20 | 72 | 22 |
| 76 | 15 | 76 | 18 |
| 76 | 10 | 76 | 12 |
| 77 | 10 | 77 | 20 |
| 77 | 2 | 77 | 7 |
| 77 | 23 | 78 | 3 |
| 78 | 16 | 78 | 19 |
| 78 | 6 | 78 | 13 |
| 78 | 22 | 79 | 3 |
| 79 | 8 | 79 | 13 |
| 79 | 16 | 80 | 2 |
| 80 | 12 | 80 | 13 |
| 80 | 6 | 80 | 9 |
| 80 | 16 | 80 | 17 |
| 82 | 19 | 82 | 25 |
| 82 | 10 | 82 | 16 |
| 83 | 9 | 83 | 17 |
| 83 | 20 | 83 | 21 |
| 83 | 24 | 84 | 9 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

**ANADARKO'S AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE**

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 90 | 15 | 91 | 4 |
| 91 | 7 | 91 | 8 |
| 94 | 4 | 94 | 6 |
| 94 | 9 | 94 | 15 |
| 94 | 18 | 94 | 23 |
| 100 | 19 | 101 | 4 |
| 100 | 18 | 100 | 18 |
| 101 | 17 | 101 | 23 |
| 101 | 7 | 101 | 14 |
| 102 | 5 | 102 | 16 |
| 106 | 24 | 107 | 8 |
| 108 | 4 | 109 | 14 |
| 109 | 19 | 110 | 23 |
| 111 | 1 | 111 | 6 |
| 117 | 22 | 118 | 13 |
| 118 | 21 | 119 | 12 |
| 119 | 20 | 120 | 5 |
| 123 | 21 | 123 | 23 |
| 123 | 2 | 123 | 10 |
| 124 | 7 | 125 | 15 |
| 126 | 4 | 126 | 11 |
| 127 | 23 | 129 | 4 |
| 129 | 7 | 130 | 12 |
| 130 | 15 | 130 | 21 |
| 131 | 19 | 131 | 19 |
| 131 | 20 | 132 | 13 |
| 132 | 16 | 135 | 17 |
| 135 | 20 | 136 | 16 |
| 136 | 17 | 137 | 11 |
| 138 | 20 | 141 | 15 |
| 141 | 18 | 141 | 20 |
| 141 | 24 | 142 | 5 |
| 142 | 8 | 142 | 13 |
| 142 | 18 | 143 | 11 |
| 147 | 22 | 147 | 25 |
| 148 | 3 | 148 | 24 |
| 149 | 14 | 149 | 21 |
| 149 | 2 | 149 | 3 |
| 211 | 8 | 211 | 11 |
| 211 | 14 | 212 | 1 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

**ANADARKO'S AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE**

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 212 | 21 | 212 | 22 |
| 212 | 13 | 212 | 16 |
| 212 | 4 | 212 | 10 |
| 212 | 25 | 213 | 3 |
| 213 | 6 | 213 | 7 |
| 219 | 17 | 220 | 8 |
| 220 | 17 | 220 | 21 |
| 220 | 11 | 220 | 11 |
| 222 | 24 | 223 | 14 |
| 225 | 16 | 225 | 22 |
| 299 | 18 | 300 | 5 |
| 299 | 8 | 299 | 8 |
| 300 | 12 | 300 | 24 |
| 303 | 11 | 304 | 19 |
| 334 | 15 | 335 | 1 |
| 355 | 19 | 355 | 21 |
| 356 | 2 | 356 | 5 |
| 356 | 14 | 358 | 12 |
| 363 | 12 | 363 | 14 |
| 363 | 10 | 363 | 11 |
| 363 | 23 | 363 | 23 |
| 363 | 15 | 363 | 20 |
| 364 | 5 | 364 | 24 |
| 365 | 2 | 365 | 11 |
| 365 | 14 | 365 | 23 |
| 366 | 1 | 366 | 1 |
| 387 | 12 | 387 | 22 |
| 387 | 1 | 387 | 5 |
| 389 | 12 | 389 | 14 |
| 389 | 17 | 390 | 1 |
| 390 | 4 | 390 | 7 |
| 394 | 20 | 394 | 20 |
| 394 | 5 | 394 | 17 |
| 395 | 10 | 395 | 13 |
| 395 | 18 | 395 | 18 |
| 397 | 5 | 397 | 25 |
| 398 | 5 | 398 | 20 |
| 436 | 17 | 436 | 21 |
| 437 | 1 | 437 | 12 |
| 457 | 7 | 457 | 7 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

**ANADARKO'S AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE**

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 459 | 21 | 460 | 15 |
| 464 | 5 | 464 | 14 |
| 480 | 15 | 481 | 7 |
| 539 | 1 | 539 | 14 |
| 539 | 19 | 539 | 21 |
| 541 | 18 | 541 | 22 |
| 541 | 25 | 542 | 10 |
| 546 | 20 | 548 | 2 |
| 546 | 14 | 546 | 14 |
| 550 | 5 | 550 | 11 |
| 592 | 21 | 592 | 22 |
| 593 | 17 | 594 | 12 |
| 593 | 1 | 593 | 14 |
| 594 | 18 | 594 | 25 |
| 595 | 18 | 595 | 19 |
| 595 | 3 | 595 | 7 |
| 595 | 10 | 595 | 15 |
| 596 | 22 | 598 | 10 |
| 598 | 13 | 598 | 25 |
| 599 | 20 | 600 | 1 |
| 599 | 16 | 599 | 17 |
| 600 | 22 | 601 | 7 |
| 600 | 4 | 600 | 8 |
| 600 | 11 | 600 | 19 |
| 601 | 19 | 602 | 11 |
| 601 | 10 | 601 | 16 |
| 602 | 14 | 603 | 15 |
| 603 | 18 | 604 | 9 |
| 604 | 12 | 604 | 13 |
| 637 | 23 | 638 | 18 |
| 638 | 24 | 639 | 9 |
| 638 | 21 | 638 | 21 |
| 639 | 12 | 639 | 18 |
| 639 | 21 | 640 | 13 |
| 644 | 2 | 644 | 15 |
| 645 | 25 | 646 | 3 |
| 646 | 6 | 646 | 13 |
| 646 | 16 | 647 | 4 |
| 658 | 17 | 659 | 2 |
| 659 | 5 | 659 | 10 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

**ANADARKO'S AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE**

| Page Start | Line Start | Page Stop | Line Stop |
| --- | --- | --- | --- |
| 663 | 22 | 664 | 6 |
| 671 | 5 | 673 | 2 |
| 692 | 23 | 694 | 11 |
| 694 | 14 | 695 | 2 |
| 695 | 5 | 695 | 8 |
| 695 | 20 | 696 | 8 |
| 695 | 11 | 695 | 17 |
| 696 | 11 | 696 | 14 |
| 736 | 18 | 737 | 2 |
| 737 | 3 | 737 | 19 |
| 737 | 20 | 737 | 25 |
| 781 | 14 | 782 | 2 |
| 782 | 15 | 782 | 20 |
| 782 | 5 | 782 | 12 |
| 783 | 10 | 783 | 15 |
| 783 | 18 | 784 | 8 |
| 837 | 10 | 837 | 13 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

### ANADARKO'S COUNTER DESIGNATIONS TO BP'S DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 409 | 21 | 409 | 21 |
| 437 | 13 | 438 | 7 |
| 764 | 17 | 764 | 17 |

### ANADARKO'S COUNTER DESIGNATIONS TO UNITED STATES' DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 170 | 3 | 170 | 17 |
| 207 | 20 | 207 | 23 |
| 248 | 9 | 248 | 12 |
| 249 | 12 | 249 | 14 |
| 250 | 6 | 250 | 9 |
| 266 | 9 | 266 | 18 |
| 294 | 16 | 294 | 19 |
| 295 | 5 | 295 | 9 |
| 362 | 14 | 362 | 22 |
| 363 | 2 | 363 | 3 |
| 401 | 5 | 401 | 7 |
| 405 | 14 | 405 | 16 |
| 419 | 2 | 419 | 7 |
| 419 | 13 | 419 | 15 |
| 461 | 2 | 461 | 8 |
| 461 | 11 | 461 | 16 |
| 461 | 19 | 461 | 24 |

### ANADARKO'S COUNTER DESIGNATIONS TO HESI'S DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 57 | 12 | 58 | 4 |
| 88 | 17 | 88 | 22 |
| 95 | 25 | 95 | 25 |
| 95 | 20 | 95 | 22 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

| | | | |
|---|---|---|---|
| 114 | 21 | 115 | 4 |
| 116 | 23 | 117 | 3 |
| 309 | 8 | 309 | 14 |
| 310 | 4 | 310 | 21 |
| 340 | 21 | 341 | 11 |
| 417 | 17 | 417 | 23 |
| 771 | 14 | 771 | 15 |

### ANADARKO'S COUNTER DESIGNATIONS TO M-I SWACO'S DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 835 | 16 | 835 | 19 |
| 835 | 22 | 835 | 22 |

### ANADARKO'S COUNTER DESIGNATIONS TO PSC'S DEPOSITION DESIGNATIONS FOR JONATHAN SPRAGUE

| Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|
| 170 | 3 | 170 | 17 |
| 207 | 20 | 207 | 23 |
| 248 | 9 | 248 | 12 |
| 249 | 12 | 249 | 14 |
| 250 | 6 | 250 | 9 |
| 266 | 9 | 266 | 18 |
| 294 | 16 | 294 | 19 |
| 295 | 5 | 295 | 9 |
| 401 | 5 | 401 | 7 |
| 405 | 14 | 405 | 16 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

**ANADARKO'S DEPOSITION DESIGNATIONS FOR MICHAEL BEIRNE**

| Volume | Page Start | Line Start | Page Stop | Line Stop |
|---|---|---|---|---|
| Vol. 1 | 11 | 9 | 11 | 11 |
| Vol. 1 | 12 | 5 | 12 | 15 |
| Vol. 1 | 32 | 4 | 32 | 11 |
| Vol. 1 | 195 | 16 | 195 | 23 |
| Vol. 1 | 241 | 7 | 241 | 21 |
| Vol. 1 | 241 | 23 | 242 | 19 |
| Vol. 1 | 242 | 21 | 242 | 21 |
| Vol. 1 | 242 | 22 | 243 | 5 |
| Vol. 1 | 247 | 2 | 247 | 9 |
| Vol. 1 | 247 | 11 | 247 | 14 |
| Vol. 1 | 247 | 20 | 247 | 23 |
| Vol. 1 | 248 | 2 | 248 | 6 |
| Vol. 1 | 248 | 7 | 249 | 4 |
| Vol. 1 | 249 | 7 | 249 | 15 |
| Vol. 1 | 249 | 17 | 249 | 23 |
| Vol. 2 | 382 | 8 | 383 | 19 |
| Vol. 2 | 392 | 4 | 392 | 17 |
| Vol. 2 | 402 | 17 | 402 | 20 |
| Vol. 2 | 402 | 23 | 403 | 8 |
| Vol. 2 | 422 | 15 | 422 | 19 |
| Vol. 2 | 422 | 22 | 423 | 2 |
| Vol. 2 | 423 | 4 | 423 | 5 |
| Vol. 2 | 437 | 23 | 438 | 3 |
| Vol. 2 | 471 | 8 | 472 | 4 |
| Vol. 2 | 472 | 6 | 472 | 22 |
| Vol. 2 | 476 | 2 | 476 | 21 |
| Vol. 2 | 476 | 23 | 478 | 4 |