UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| U.S. v. BP, et al.  2:10-cv-04536 | * | MAGISTRATE SHUSHAN |
| | * | |

ORDER

WHEREAS, having considered the Motion of Defendant Anadarko Petroleum Corporation to Enforce Court's Order Excluding Culpability Evidence against Anadarko (Rec. Doc. 13633), and Plaintiff United States (1) Motion *in Limine* to Admit Evidence Pertaining to Anadarko's Contentions Concerning Non-Operators and (2) Opposition to Anadarko's Motion to Enforce, filed on December 2, 2014,

It is ORDERED that:

1. The Motion *in Limine* of Plaintiff United States is GRANTED and the Motion to Enforce of Defendant Anadarko is DENIED;

2. The following evidence shall be admitted in the Penalty Phase:

    a. All three reports of US expert Mr. Gardner Walkup, in full and without redaction;

    b. Admission of the United States' June 2, 2014, Proffer, Rec. Doc. 12995, which included 9 depositions from prior Phases not previously admitted and 4 depositions previously admitted in prior Phases, *see*, Proffer, footnote 5, as well as other evidence cited therein;

1

c.  Admission of the depositions and associated exhibits of 9 witnesses from prior Phases relevant to Anadarko being bundled in the Penalty Phase, which include: Michael Beirne (6/27-28/2011), Robert Bodek , Paul Chandler (5/4/2011), Nick Huch (5/16/2011), Alan O'Donnell (5/5/2011), Darrell Hollek (6/26/2011), Robert Quitzau (5/25-26/2011), Stuart Strife (10/5/2011), and Kirk Wardlaw (6/09/2011).

SO ORDERED.

DATE: _____

CARL BARBIER
United States District Court Judge
Eastern District of Louisiana