UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010,<br><br>Applies to: All Cases. | § § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### JOINT MOTION FOR AUTHORITY TO MAKE PAYMENT TO ESCROW AGENT FOR SETTLEMENT FUND

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) (the "Amended SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the Amended SA, and Halliburton Energy Services, Inc. ("HESI") (collectively, the "Parties") respectfully request, for the reasons stated in the accompanying memorandum, that the Court grant this Joint Motion for Authority to Make Payment to the Escrow Agent for the Settlement Fund, authorized by this Court's Order dated November 14, 2014 (Rec. Doc. No. 13649).

December 3, 2014

Respectfully Submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman | James Parkerson Roy |
| La. Bar No. 23129 | La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Facsimile: (504) 569-6024 | Facsimile: (337) 233-2796 |
| | |
| Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class | Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class |

2

Respectfully Submitted,

Godwin Lewis PC

By: /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion for Authority to Make Payment to the Escrow Agent for the Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 3rd day of December 2014.

*/s/ Donald E. Godwin*