**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "*DEEPWATER HORIZON*" in the | § | |
| GULF OF MEXICO, | § | SECTION:  J |
| on APRIL 20, 2010, | § | |
| | § | JUDGE BARBIER |
| **Applies to: All Cases** | § | |
| | § | MAG. JUDGE SHUSHAN |
| | § | |
| | § | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION
FOR AUTHORITY TO MAKE PAYMENT TO THE
ESCROW AGENT FOR SETTLEMENT FUND**

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) (the "Amended SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the Amended SA, and Halliburton Energy Services, Inc. ("HESI") (collectively, the "Parties") respectfully request that the Court grant their Joint Motion for Authority to Make Payment to the Escrow Agent for Settlement Fund.

On November 14, 2014, this Court entered its Order Granting Joint Motion For (1) Establishment of Settlement Fund Pursuant to HESI Punitive Damages and Assigned Claims Settlement Agreement (As Amended on November 13, 2014), and (2) Appointment of Escrow Agent for Settlement Fund (the "Settlement Fund Order") (Rec. Doc. No. 13649).  Subsequent to the entry of the Settlement Fund Order, the Parties have executed the Escrow Agreement, and HESI has funded the initial settlement payments required by the Amended SA, depositing the funds with the Escrow Agent approved by the Court.

1

Pursuant to the Section 3.4 of the Escrow Agreement, the Escrow Agent is "entitled to compensation for its services as stated in the fee schedule attached hereto as Exhibit C, which compensation shall be paid from the Escrow Property as directed by the Court." Exhibit C states that the Escrow Agent is entitled to its initial fee upon execution of the Escrow Agreement. The Parties therefore request authority from the Court, in the form of the attached proposed order, to make this initial payment to the Escrow Agent, which payment shall be made from the initial payment toward the Aggregate Payment and the initial payment toward the Common Benefit Fee and Costs Award on a pro rata basis.

## **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court enter an order granting the relief requested.

December 3, 2014

Respectfully submitted,

| | |
|---|---|
| _/s/ Stephen J. Herman_ | _/s/ James Parkerson Roy_ |
| Stephen J. Herman | James Parkerson Roy |
| La. Bar No. 23129 | La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, Louisiana 7050 I |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Facsimile: (504) 569-6024 | Facsimile: (337) 233-2796 |
| | |
| Plaintiffs Co-Liaison Counsel, MDL 2179 | Plaintiffs Co-Liaison Counsel, MDL 2179 |
| and Co-Lead Class Counsel for DHEPDS Class | and Co-Lead Class Counsel for DHEPDS Class |

2

Respectfully Submitted,

Godwin Lewis PC

By: /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332


and


R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY
SERVICES, INC.**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify  that the above and foregoing Memorandum in Support of Joint Motion for Authority to Make Payment to the Escrow Agent for Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of  Louisiana by using the CM/ECF System, which will send a  notice of electronic filing in accordance with the procedure established in MDL 2179, on this 3rd day of December 2014.


*/s/ Donald E. Godwin*