UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010, <br><br> Applies to: All Cases | § § § § § § § § § | MDL No. 2179 <br><br> SECTION:  J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

**ORDER AUTHORIZING PAYMENT TO**
**ESCROW AGENT FOR SETTLEMENT FUND**

Before this Court is the Joint Motion of Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) (the "Amended Settlement Agreement"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the Amended Settlement Agreement, and Halliburton Energy Services, Inc. ("HESI") for Authority to Make Payment to Escrow Agent for the Settlement Fund.

Having considered the record of these proceedings, the arguments and recommendations of counsel for the moving parties, and the requirements of law, the Court **GRANTS** the parties' motion as follows:

**IT IS HEREBY ORDERED:**

1. The parties are authorized to make the initial payment to the Escrow Agent as required by Section 3.4 and Exhibit C of the Escrow Agreement (approved by the Court in Rec. Doc. No. 13649). This initial payment shall be made from HESI's initial payment toward the

Aggregate Payment and the initial payment toward the Common Benefit Fee and Costs Award on a pro rata basis.

**IT IS SO ORDERED.**

New Orleans, Louisiana this _____ day of December, 2014

_____
United States District Judge
