IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER ) | |
| HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| ) | |
| IN RE THE COMPLAINT AND PETITION OF ) | Section: J(1) |
| TRITON ASSET LEASING GmbH, ET AL., IN A ) | |
| CAUSE OF EXONERATION FROM OR ) | Judge: Barbier |
| LIMITATION OF LIABILITY ) | |
| ) | Magistrate: Shushan |
| **This Document Relates To:** ) | |
| ) | |
| **Case No.: 2:10-CV-08888** ) | |
| _____ ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.2.11, the law firm of Waltzer Wiygul & Garside, L.L.C. and its individual attorneys (hereinafter collectively referred to as "WWG" or "Counsel") respectfully move this Court for an order allowing them to withdraw as counsel of record Anthony Robert Phillips, and as grounds state:

1. Plaintiff hired WWG to represent him in this matter.

2. WWG filed a Short Form Joinder to assert Plaintiff's claims, cross claims and third party demands in the limitations proceedings against all party defendants, adopting the Master Complaints.

3. Plaintiff has been compensated for certain claims through the Deepwater Horizon Economic Claims Center and now wishes to proceed pro se.

4. WWG advised Plaintiff that WWG would file the instant Motion to Withdraw and terminate the attorney/client relationship with Plaintiff.  Plaintiff does not object.

5. Plaintiff has not advised WWG that he wishes to dismiss his claim(s).

6. Plaintiff has been notified by certified mail that Counsel will no longer be representing him and of all applicable deadlines and applicable pending court appearances.

7. As the Settlement Agreement did not compromise all claims against all defendants, and as Plaintiff never instructed WWG to dismiss their Short Form Joinder, Plaintiff will remain in the litigation.

8. Plaintiff's present address is 376 Loop Drive, Anacoco, LA 71403. Plaintiff's telephone number is (504) 270-7608.

9. This motion is made in good faith and will not prejudice any party.

**WHEREFORE,** Waltzer Wiygul & Garside, L.L.C. and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for Anthony Robert Phillips in the above-captioned action.

Respectfully submitted this 3rd day of December, 2014.

**Waltzer Wiygul & Garside, L.L.C.**

*/s/ Joel R. Waltzer*
Joel R. Waltzer (LA Bar # 19268)
Clay Garside (LA Bar# 29873)
Robert Wiygul (LA Bar# 17411)
3715 Westbank Expressway, Suite 13
Harvey, LA 70058
joel@waltzerlaw.com
Tele:   (504) 340-6300
Fax:   (504) 340-6330
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via certified mail, postage prepaid and properly addressed, to the last known address of the Plaintiff, and that Plaintiff has been notified by certified mail of all applicable deadlines and applicable pending court appearances.

>                                                             */s/ Joel R. Waltzer*