IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section:  J(1) |
| | Judge:  Barbier |
| | Magistrate:  Shushan |
| **This Document Relates To:** | |
| Case No.: 2:10-CV-08888 | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C., Joel Waltzer, Clay Garside and Robert Wiygul is **GRANTED**. All correspondence, notice, and service to the Plaintiffs shall be mailed to the listed addresses.

New Orleans, Louisiana, this the _____ day of _____, 2014.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE