# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130



December 03, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31299    In re: Deepwater Horizon
                           USDC No. 2:10-MD-2179
                           USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The parties must immediately file their joint designation of the record and District Court will be requested to expedite the record to us. Once the record is filed an expedited briefing notice will issue. The appellants' opening brief will be due within 14 days of the expedited briefing notice. The appellees' brief will be due 14 days of the filing of the appellants' brief and the reply brief will be due 7 days thereafter.

The case is tentatively set for oral argument the week of February 2, 2015. A formal notice of the exact date of oral argument will be issued to the parties at least one month in advance of the argument date.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Connie Brown, Deputy Clerk
                                          504-310-7671

Mr. William W. Blevins
Mr. George Howard Brown
Mr. Kevin Michael Downey
Mr. Miguel Angel Estrada
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Scott Payne Martin
Mr. Theodore B. Olson
Mr. James Parkerson Roy

