# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 25, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31299    In re: Deepwater Horizon
                    USDC No. 2:10-MD-2179
                    USDC No. 2:12-CV-970

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED  DEC - 3 2014  
WILLIAM W. BLEVINS  
CLERK

Enclosed is an order entered in this case.

In addition to filing the designation in the district court, the parties should also notify this court by electronically filing a letter advising us the designation has been filed.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Connie Brown, Deputy Clerk
                              504-310-7671

Mr. William W. Blevins  
Mr. George Howard Brown  
Mr. Kevin Michael Downey  
Mr. Miguel Angel Estrada  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Thomas George Hungar  
Mr. Scott Payne Martin  
Mr. Theodore B. Olson  
Mr. James Parkerson Roy

