# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-30974

MD 10-2179-J

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, ET AL,

    Defendants

v.

LIONEL SUTTON, III,

    Movant - Appellant

v.

LOUIS J. FREEH,

    Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC - 3 2014
WILLIAM W. BLEVINS
CLERK

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal, as to Lionel H. Sutton, is dismissed as of December 02, 2014, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _Shea E. Pertuit_
Deputy
New Orleans, Louisiana    DEC 0 2 2014

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 02, 2014

Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

   No. 14-30974   In re: Deepwater Horizon
                  USDC No. 2:10-MD-2179
                  USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment, as to appellant, Lionel H. Sutton, III, issued as the mandate.

            Sincerely,

            LYLE W. CAYCE, Clerk

            Shea E. Pertuit
            By: _____
            Shea E. Pertuit, Deputy Clerk
            504-310-7666

cc w/encl:
    Mr. Gregory A. Paw
    Mr. Lionel Howard Sutton III