**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| "**Deepwater Horizon" in the Gulf** | |
| **of Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to: 10-4182, 10-4183, 13-2645,** | **JUDGE BARBIER** |
| **13-2646, 13-2647, 13-2813** | **MAGISTRATE JUDGE SHUSHAN** |

<u>**ORDER**</u>

**[Regarding Alabama Damage Cases – Tel. Conference, Thursday, December 4, 2014]**

1. <u>**Alabama's Response on Document Production Issues.**</u>

   The parties reported on the status of Alabama's sample production.  BP reported that it had issues with the metadata for the production, in particular as it relates to attachments to email. The parties are working to resolve these issues.

2. <u>**Confidential Information**</u>.

   The parties reported that they were unable to agree on a proposed order.  There are two "sticking points."  By **Tuesday, December 9**, Alabama shall submit its proposed order with a two page memorandum (double spaced) on its position.  By **Friday, December 12**, BP shall submit a redlined version of Alabama's proposed order with a two page memorandum (double spaced).

3. <u>**State Tax and Revenue Database**</u>.

   The parties reported that they expect shortly to resolve the database issues.

4. <u>**Sworn Declaration from HESI and Anadarko on 30(b)(6) Topics**</u>.

   Anadarko submitted a declaration for Rule 30(b)(6) topics.  Alabama will respond.  HESI will submit a proposed declaration to Alabama.

5. **Third Party Discovery**.

BP is working on issues with the discovery sought from the Alabama Mountain Lake Tourist Association, University of Alabama, and Gulf Coast Convention Visitors Bureau.  No depositions are scheduled.

The parties did not report on discovery sought from any other third parties.

6. **Alabama's Privilege Log**.

Alabama issued a privilege log prior to the withdrawal of its initial production.  A new privilege log will be issued with the second production.  The parties are not required to work on issues identified with the initial privilege log.  Alabama will consider any systemic issues raised with the first privilege log to the extent they can be resolved for the second production.

6. **Next Conference**.

The next conference is on **Thursday, December 18** at **11:00 a.m**. **CST.**

The deadline for any appeal of this order is **Wednesday, December 10, 2014**.

New Orleans, Louisiana, this 4th day of December, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**