MINUTE ENTRY
WILKINSON, M. J.
DECEMBER 4, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG | CIVIL ACTION |
| "DEEPWATER HORIZON" IN THE | |
| GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179 |
| | |
| This Document Applies to: | SECTION "J" |
|    Edward Wisner Donation v. BP Exploration | |
|    & Production, Inc.; Civil Action No. 14-1525 | |

A settlement conference was conducted on this date before the undersigned magistrate judge. While agreement has been reached as to a few discrete aspects of the access agreement dispute, no overall settlement of the referenced member case appears likely, and no further settlement conference will be scheduled by me at this time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

**MJSTAR:  0 : 50**