**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

**SECTION J**

**Applies to: 10-4536**

**JUDGE BARBIER**
**MAGISTRATE JUDGE SHUSHAN**

**ORDER**

**[Re: Penalty Phase Telephone Conference on Thursday, December 4, 2014]**

**1. FTP Site for Posting.**

The U.S. reported that it will manage public and press access to trial materials during the trial of the Penalty Phase through the public FTP site.

**2. Anadarko's Motion to Exclude Culpability Evidence (Rec. doc. 13633).**

On November 7, Anadarko filed its motion to exclude culpability evidence. Rec. doc. 13633. On December 2, the U.S. filed its motion in limine to admit evidence pertaining to Anadarko's contentions concerning non-operators and the U.S. opposition to Anadarko's motion to enforce court's order excluding culpability evidence against Anadarko. Rec. doc. 13747.

Anadarko's reply is due on **December 9**.

**3. Stipulation - Louisiana and Mississippi Motions.**

BP reported that there were discussions with the U.S. and Louisiana on an order, but the parties may be unable to agree to an order.

By **Wednesday, December 10**, BP shall provide the Court with the latest redlined version of the order exchanged between the U.S. and BP.

**4. Experts.**

BP's motion to strike Walter Cantrell's expert report (Rec. doc. 13475) is pending. The deadline for Daubert motions is **Friday, December 5**.

**Monday, December 15**, is the deadline for the submission of redacted expert reports to Judge Barbier. Electronic copies of the reports shall be submitted with the hard copies.

The U.S. will serve errata sheets for some of its expert reports. The purpose of the sheets is to correct errors that were noted by defendants during expert discovery. The errata sheets will state that the opinions in the report are not changed.

BP and Anadarko reserve the right to respond to the errata sheets after they review them.

**5. Exhibit Lists.**

On December 19, the parties are to serve objections to the December 12 supplemental exhibit lists. These objections will be resolved at the Marshaling Conferences during the Penalty Phase trial. The parties reported that it may be necessary to delay the December 19 deadline.

**6. Pretrial Stipulations.**

On November 26, the parties stipulated as to the "any other penalty for the same incident" factor. Rec. doc. 13725. The parties are working on two more stipulations that may be submitted by December 9.

**7. Deposition Bundles.**

The parties reported that they and inData are on track to complete the deposition bundles.

**8. Court Reporter Requirements.**

At the end of each morning or afternoon session of the trial, the court reporters will be provided with a flash drive with the exhibits used during that session. The parties may arrange for this through inData or with their own tech persons.

The parties shall provide the court reporters with a glossary of terms, including acronyms, likely to be used during the trial.

**9. Overflow Courtroom.**

An overflow courtroom will be available. It will have audio and a screen for exhibits shown during the trial. There will be no video in the overflow courtroom.

**10. Motions in Limine.**

BP and the U.S. will present motions in limine by December 9.

**11. Video Clips.**

Friday, December 12, is the deadline for the U.S. to disclose video clips. On Friday, December 19, BP and Anadarko will disclose their video clips. In prior phases there was a limit on the total time for a party's video clips and a limit on the time for each video clip. The Court will determine whether Judge Barbier will have similar limits for the Penalty Phase trial.

**12. Witness Lists.**

The December 12 witness lists will be in the form of a pleading. The witnesses will be identified as fact or expert witnesses. Video clips will not be listed on this pleading.

**13. Technical Walk Through.**

Court Security Officers were notified that Monday, December 15, is set for technical equipment to come into the Courthouse.

Wednesday, December 17, is the technical walk through. Courtroom Connect will be present. This is for technical personnel only. Attorneys shall not be in attendance.

**14. Pretrial Statements.**

These are due on Friday, December 19.

**15. <u>Further Telephone Conferences</u>**

If the parties want additional conferences in preparation for the Penalty Phase Trial, they shall select one or more of the following and notify the Court.

Thursday, December 11, 2014, at 1:00 p.m.

Thursday, December 18, 2014, at 1:00 p.m.

Wednesday, December 30, 2014 at 1:00 p.m.

A conference is scheduled for **Thursday, January 8, 2015 at 1:00 p.m.**

**16. <u>Final Pretrial Conference before Judge Barbier</u>**.

By **Friday, December 5,** the parties shall notify the Court if the Final Pretrial Conference before Judge Barbier can be reset for **Wednesday, January 7, 2015 at 2:00 p.m.**

The parties shall submit a proposed joint agenda to the Court by **Tuesday, December 30.** The Court will notify the parties as to whether Judge Barbier will ask for oral argument on any pending matters, for example <u>Daubert</u> motions, at the Final Pretrial Conference.

**17. <u>Trial Days/Time Allocation</u>**

The trial is set for three weeks (four days per week) with 30 hours of trial time per week. 90 trial hours will be allotted for the trial with 45 hours for the U.S. and 45 hours to be shared by BP and Anadarko. BP and Anadarko shall agree on sharing of defendants' time.

**18**. **<u>Post-trial Briefing</u>**.

Judge Barbier will set a post-trial briefing schedule, including page limits, at the conclusion of the Penalty Phase Trial.

The deadline for the appeal of this order is **Wednesday, December 10, 2014.**

New Orleans, Louisiana, this 5th day of December, 2014.

**SALLY SHUSHAN**
**U.S. MAGISTRATE JUDGE**