# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | * * * * | 2:10-MD-02179<br><br>SECTION J |
| **This document relates to:**<br>13-05234, *Russell Hayden v. Mitchell Lift Boats, LLC, et al* | * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL

**NOW COMES**, plaintiff, Russell Hayden, who hereby gives notice in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, of its Voluntary Dismissal of his claims, with prejudice, against Mitchell Lift Boats, L.L.C., DRC Emergency Services, LLC, BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc. and Jacob Pudderer, without Order of the Court. Plaintiff affirms that none of the named defendants have filed an answer or motion for summary judgment in this case, nor has any such pleading been received by plaintiff.

                                                    **RESPECTFULLY SUBMITTED,**

                                                    **SCHUERMANN & JONES, L.L.C.**

                                                  */s/ Julie Sumrall*
                                                  _____
                                                  LAWRENCE BLAKE JONES (#7495)
                                                  DAVID C. WHITMORE (#17864)
                                                  JULIE SUMRALL (#21387)

> 701 Poydras Street, Suite 4100
> New Orleans, LA 70139
> Telephone: (504) 525-4361
> Facsimile: (504) 525-4380
> E-mail: jones@nola-law.com
> dcw@nola-law.com
> jms@nola-law.com
>
> *Attorneys for Plaintiff, Russell Hayden*

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve System in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 5th day of December, 2014.

> */s/ Julie Sumrall*
> _____
> Julie Sumrall