UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| This Document Relates To: | : : | JUDGE BARBIER |
| 10-4536 | : : | MAGISTRATE JUDGE SHUSHAN |

**UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE LEGAL OPINION TESTIMONY OF DAVID SUNDING**

Plaintiff United States respectfully moves *in limine* to exclude legal opinion and argument testimony of Anadarko Petroleum Corporation's expert witness, David Sunding. Dr. Sunding contends that no civil penalty is warranted against Anadarko. He arrives at this conclusion by weighing each of the statutory penalty factors of the Clean Water Act, § 311(b), 33 U.S.C. 1321(b), in light of his economic theories. His reports invade the province of the Court and consist of mere advocacy or impermissible legal argument that does not assist the trier of fact to understand the evidence. For the reasons set forth in the accompanying memorandum, these opinions should be excluded at trial.

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division
PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
SARAH HIMMELHOCH
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney

| | |
|---|---|
| Assistant Director | RICHARD GLADSTEIN |
| SHARON SHUTLER | PATRICK CASEY |
| MALINDA LAWRENCE | Senior Counsel |
| LAURA MAYBERRY | A. NATHANIEL CHAKERES |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| R. MICHAEL UNDERHILL, T.A. | ABIGAIL ANDRE |
| Attorney in Charge, West Coast Office | RACHEL HANKEY |
| Torts Branch, Civil Division | BRANDON ROBERS |
| U.S. Department of Justice | Trial Attorneys |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:   202-514-2583
E-mail:  steve.o'rourke@usdoj.gov


KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  December 5, 2014.　　　　　　　　　　/s/ Steve O'Rourke_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice