UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG : | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF : | |
| OF MEXICO, ON APRIL 20, 2010 : | SECTION J |
| : | |
| This Document Relates To: : | JUDGE BARBIER |
| : | |
| 10-4536 : | MAGISTRATE JUDGE SHUSHAN |
| : | |

ORDER
[Regarding United States' MOTION *in Limine* to Exclude Legal Opinion Testimony of David Sunding]

WHEREAS, having considered the Plaintiff United States' Motion *in Limine* to Exclude Legal Opinion testimony of David Sunding, filed on December 5, 2014.

IT IS ORDERED that:

1. The Motion of *Limine* of the Plaintiff United States' Motion is GRANTED as provided herein.

2. Sections I (pp. 3-8) and III (pp. 16-20) of David Sunding's Round 1 Expert Report and Sections I-III (pp. 1-7) of Dr. Sunding's Round 3 Expert Report and any testimony related thereto are excluded from trial.

New Orleans, Louisiana, this           day of                    , 201_.

_____
**CARL J. BARBIER**
**United States District Judge**