# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-30974

*U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED DEC -3 2014  
WILLIAM W. BLEVINS  
CLERK*

MD 10-2179-J  
12-970

IN RE:   DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

   Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, ET AL,

   Defendants

v.

LIONEL SUTTON, III,

   Movant - Appellant

v.

LOUIS J. FREEH,

   Appellee

---

Appeal from the United States District Court for the  
Eastern District of Louisiana, New Orleans

---



___ Fee_____  
___ Process_____  
_X_ Dktd_____  
___ CtRmDep_____  
___ Doc. No._____

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal, as to Andry Lerner, L.L.C., is dismissed as of November 28, 2014, pursuant to appellant's motion.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

*Shea E. Pertuit* (signature)

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: *Shea E. Pertuit*
      Deputy
New Orleans, Louisiana  NOV 28 2014

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 28, 2014

Mr. William W. Blevins  
Eastern District of Louisiana, New Orleans  
United States District Court  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 14-30974    In re: Deepwater Horizon  
                            USDC No. 2:10-MD-2179  
                            USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment, as to appellant Andry Lerner, L.L.C., issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Shea E. Pertuit, Deputy Clerk  
                            504-310-7666

cc w/encl:  
    Mr. Douglas Scott Draper  
    Mr. Gregory A. Paw  
    Mr. Lionel Howard Sutton III

___ Fee _____  
___ Process _____  
_X_ Dkd _____  
___ CtRmDep _____  
___ Doc. No. _____