# EXHIBIT A

**<u>Filed Under Seal</u>**