# EXHIBIT C

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )  MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN   )  SECTION "J"
     THE GULF OF MEXICO, ON   )
 5   APRIL 20, 2010           )  JUDGE BARBIER
                              )  MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17              *******************
                     VOLUME 1
18              *****************

19

20

21      Deposition of DR. CHARLES MASON, taken at
22   Pan-American Building, 601 Poydras Street, 11th
23   Floor, New Orleans, Louisiana, 70130, on the 29th
24   day of October, 2014.
25
```

```
 1        A.   I've done no analysis of employment
 2   effects in Louisiana.
 3        Q.   All right.  Dr. -- Dr. Mason, turning now
 4   to your third report that was submitted on
 5   September 26th, I believe you included in that
 6   report, the reply report, an analysis of some real
 7   estate markets; is that right?
 8        A.   That's Tab 3, correct?
 9        Q.   I'm talking now about Exhibit 13319.
10        A.   Give me a minute to catch up with you
11   here.
12        Q.   Page 14.
13        A.   Thank you.
14             All right.  I did -- I did include an
15   analysis of real estate markets in this --
16        Q.   You've --
17        A.   -- Round 3.
18        Q.   -- not analyzed real estate markets in
19   either your August 15th or September 12th reports,
20   did you?
21        A.   I did not.
22        Q.   Dr. Scott's reports do not contain an
23   analysis or opinion about real estate markets, do
24   they?
25        A.   To the best of my recollection, they do
```

1  not.
2       Q.   Dr. Mason, is it correct that the data you
3  used to conduct your analysis of real estate
4  markets in your reply report was data you had not
5  used for any analysis contained in your
6  August 15th or September 12th reports?
7       A.   The data that I'm using here was not
8  analyzed in any of the preceding reports.
9       Q.   Okay.  Thank you.
10      A.   The technique -- I wasn't quite finished.
11 The technique, however, that I used is the same as
12 I used in the Round 2 report.
13      Q.   Dr. -- Dr. Mason, going back to your first
14 primary opinion, I wanted to spend a few minutes
15 on that if I could, please.
16           I believe you testified and it's in
17 your report, Tab 1, that both BPXP and Anadarko
18 are what you call modestly important in the Gulf
19 of Mexico oil and gas industry.  That's
20 Paragraph 1 of your initial report, Exhibit 13317.
21           MS. KING:  Object to form.
22      A.   Okay.  So Paragraph 1 in the executive
23 summary of my initial report does lay out my
24 opinion that both BPXP and Anadarko are of modest
25 importance in the Gulf of Mexico oil and gas