# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL
## PENALTY PHASE
## EXPERTS

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ian Ratner

**October 21, 2014**

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1  and restructuring area?
 2       A.   Okay.  Well, there were two questions in
 3  there; me, personally, and then the firm.  Maybe
 4  I'll answer the second one first in terms of the
 5  firm's bankruptcy practice, then I'll tell you a
 6  little more about what I'm doing in that area,
 7  which, again, depends on the cycle.
 8            In the bankruptcy restructuring area,
 9  we provide services in a variety of case types,
10  including working for both creditors and debtors.
11  So on the debtor's side, we would be a financial
12  advisor to a debtor in a bankruptcy.  In a formal
13  Chapter 11, we would act as the chief
14  restructuring officer.  For an operating company,
15  we would act as liquidating agent in a wind-down
16  or post-Chapter 11 liquidating trust.
17            We have a large creditor committee
18  practice.  We've worked on dozens of committees in
19  the last couple of years.  We do a lot of
20  pre-bankruptcy turnaround work, where we'll be
21  retained to advise a company that's going through
22  a difficult period, whether it's to help them
23  rationalize their operation, bring in new
24  financing, you know, sell different locations if
25  it's a multilocation business, what I would call
```

1  about 2011 -- '11-ish, I was primarily involved in
2  the bankruptcy restructuring practice.
3       Q.  Okay.  So since 2011, what has been your
4  primary responsibility?
5       A.  I think maybe more -- at -- subsequent to
6  2011, 2012, you know, I've been spending more time
7  in the litigation practice, which I include
8  bankruptcy litigation, solvency opinions, that
9  type of stuff.
10      Q.  Okay.  With respect to your personal work
11 in litigation support, could you describe the type
12 of work that you typically do?  I mean you
13 personally.
14      A.  Sure.  Over the last, you know, 20 -- over
15 the last 25 years, I've worked on and led cases in
16 almost every -- in every area of the forensic and
17 litigation support practice from internal
18 investigations to ponzi schemes -- unwinding ponzi
19 schemes to -- to, you know, doing business
20 valuations, disputed valuations, solvency
21 opinions, complex commercial litigation, lost
22 profits, you know, royalty disputes.
23              I think I spend more of my time in
24 what I would call complex commercial litigation
25 over the last couple of years, it seems to be, as

```
 1        A.   -- maybe -- maybe the ability to fund or
 2   finance maybe when I -- just to be clear, maybe
 3   when I wrote the word "fund," I was -- you know,
 4   finance is typically a debt concept.  Maybe fund,
 5   I was thinking equity.  But I wanted to be
 6   absolutely clear, and that's why I'm adding
 7   romanette iv.
 8        Q.   How long is long-term negative economic
 9   impact under your definition?
10        A.   It's beyond ten years.
11        Q.   Will there be a short-term negative
12   economic impact to BPXP's operations from a Clean
13   Water Act penalty?
14        A.   Well, I believe there's -- I believe
15   there's a short-term -- I mean, even if you paid
16   $5, it's a short-term negative, because you have 5
17   less than you had.  So I think -- I think -- I
18   think there would be a short-term negative impact.
19        Q.   So for how long would there be a negative
20   impact on BPXP from having to fund or finance or
21   pay a Clean Water Act penalty in the amount of
22   $18 billion?
23        A.   Well, first of all, it depends on the
24   method.  It depends on -- you know, there's a lot
25   of possibilities.  And we did not -- we were not
```

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

```
 1  very -- it's a forensic accounting intensive
 2  activity.
 3       Q.   Do you intend to express any opinions to
 4  Judge Barbier that the corporate veil above BPXP
 5  should be pierced?
 6       A.   No.
 7       Q.   In Paragraph 6 of your first report, you
 8  indicate that you are a professional business
 9  valuator?
10       A.   Yes.
11       Q.   What does that mean?
12       A.   That means that I have a variety of
13  licenses related -- accreditations in the area of
14  business valuation, and I've been -- and I hold
15  those accreditations, and I've been qualified
16  in -- in lots of valuation areas, and I'm a
17  professional appraiser.
18       Q.   Paragraph 7, you indicate that one of your
19  publications is a -- you are a co-author of a
20  Wiley text called Business Valuation and
21  Bankruptcy, which was published in late 2009; is
22  that correct?
23       A.   Yes.
24       Q.   And in Paragraph 8, you say that you have
25  experience among -- in a variety of areas,
```

```
1       Q.  Do you believe that BP --
2               MR. CASEY:  Let him finish his
3   answer.
4       Q.  (BY MR. REGAN)  I think you were finished
5   with your answer.
6               MR. CASEY:  I don't think he was,
7   because you interrupted his statement, so --
8               MR. REGAN:  I think the answer was
9   "I'm not sure."
10              MR. CASEY:  Why don't you let him
11  finish his answer.
12      A.  No, I was -- what I was going to say is:
13  I'm not sure they would.  Because when they made
14  the capital contribution before in some of the
15  other internal documents, you don't see a lot of
16  IRR calculations.  Some companies that I've --
17  that I've looked at have a lot of intense IRR
18  analysis.  Here you didn't see that type of return
19  analysis.
20      Q.  (BY MR. REGAN)  In 2015, if asked to
21  provide additional financing to BPXP, do you
22  believe the BP Group would evaluate its potential
23  rate of return on additional financing?
24      A.  I don't know what they would do.
25      Q.  Do you believe they would examine the
```

```
 1  potential hurdle -- hurdle rate for that
 2  investment?
 3       A.  I don't know what they would do.
 4       Q.  Do you think they would evaluate the
 5  valuation of -- a value of BPXP before making that
 6  decision?
 7       A.  I don't know what they would do.
 8       Q.  Do you think that BP Group would evaluate
 9  BPXP's solvency in light of the Clean Water Act
10  penalty?
11       A.  I don't know what they would do.
12       Q.  Do you think that BP Group would evaluate
13  the current oil price environment at the time the
14  request for financing was made?
15       A.  I don't know what they would do.
16       Q.  Do you think they would evaluate
17  alternative investments that were available to the
18  BP Group for the same amount of money?
19       A.  Again, the questions that you've asked are
20  all good questions; and you'd think that they
21  would do that.  I don't know what they would do.
22       Q.  Do you think the BP Group --
23       A.  I don't work for the company.
24       Q.  Do you think the BP Group would evaluate
25  contingent liabilities for BPXP that may come --
```

```
 1  doing that.
 2       Q.  Yeah.  And you understood that you were to
 3  disclose your opinions in your reports, correct?
 4       A.  Yes.
 5       Q.  So you would agree that this answer that
 6  you've just given about the availability of
 7  comparable transactions is not contained in what
 8  you've disclosed?
 9       A.  That's not what I said about comparable.
10  What I was trying to say is when -- based on my
11  experience as an analyst, when you value
12  companies -- and I've done thousands of
13  valuations -- one of the things you look at is
14  analyzing companies.
15       Q.  Okay.
16       A.  I'm responding to your comment that I've
17  only negotiated a 300 -- 300-million-dollar credit
18  agreement.  I'm saying that's not relevant.
19           What's relevant is the analysis of --
20  of large companies, of public peer groups,
21  et cetera.  And that's an area that I'm involved
22  with all the time.
23       Q.  You knew that the valuation of BPXP would
24  be relevant to the question of future funding or
25  financing at the time that you issued your expert
```

```
 1  reports, correct?
 2       A.  Correct.
 3       Q.  But you did not perform a valuation of
 4  BPXP, correct?  We know that to be true.
 5       A.  Yeah, correct.  I didn't -- I did not
 6  perform a valuation.
 7       Q.  With respect to Thunderhorse, Atlantis,
 8  Mad Dog, and Na Kika, would you describe those as
 9  core or non-core assets of BPXP?
10       A.  I think they're core assets.
11       Q.  With respect to Mars, Ursa, and Great
12  White, again would those be core or non-core
13  assets?
14       A.  I'm not sure of the distinction between
15  the three first and the three second.  I mean, I
16  need to look at it; but I think they're core
17  assets.
18       Q.  And Kaskida, Tiber, and Gila, would those
19  be core or non-core assets of BPXP?
20       A.  I think they would be core.  One of them,
21  I don't think is producing yet.  Maybe that's
22  Gila.
23       Q.  Would you recommend that BPXP divest core
24  assets in order to fund or finance the Clean Water
25  Act penalty?
```

1  Q.  (BY MR. REGAN)  But as you sit here right
2 now, you don't know what the impact of an
3 18-billion-dollar loan would be under particular
4 terms.  It's not work you've done?
5  A.  Over the -- over the -- I said before over
6 the short term there's -- over the long term, I
7 don't believe it's a negative long-term impact on
8 the operations of the company.  But I have not
9 modeled it, as I said.
10  Q.  So with respect to your conclusion that
11 this combination of borrowings, operating cash
12 flows, divestitures, and equity, there's nothing
13 you can point to to the Court to say, "I will show
14 you this is what the long-term economic impact is;
15 and having seen it, you can see that it is not
16 negative."  You cannot point to an analysis like
17 that, correct?
18  A.  I didn't --
19       MR. CASEY:  Objection to the form.
20  A.  I didn't perform that analysis, because
21 there's just too many different possibilities.
22 And I'm not advising them on -- on which is the
23 best possibility.
24  Q.  (BY MR. REGAN)  And how about with re- --
25 you know, long term, you define that as ten years

```
 1  finance.  That's correct, right?
 2       A.   I mean, that's -- I think that's -- I
 3  mean --
 4       Q.   Do you disagree with that?
 5       A.   It seems obvious.
 6       Q.   Right?  Okay.
 7       A.   It's -- it's -- there's a lot of different
 8  analytical points.  And the -- the -- and I -- you
 9  didn't let me answer before, but I do think it's
10  important to analyze BP PLC.  Because if they
11  didn't have the wherewithal, then you might say it
12  would be less likely for them to be able to do it.
13  But they do have the wherewithal, so it makes it
14  more likely that they will.
15       Q.   Mr. Ratner, I'm asking you:  Under your
16  opinion, how much will you tell the Court you
17  believe it is more likely than not the BP Group
18  will provide BPXP to fund or finance the Clean
19  Water Act penalty --
20            MR. CASEY:  Objection --
21       Q.   (BY MR. REGAN)  -- in a dollar amount?
22            MR. CASEY:  Objection to the form;
23  asked and answered.
24       A.   Yeah.  I don't know.
25            MR. REGAN:  I think I'll reserve the
```

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**