# Exhibit C

01-46141
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*
## *PENALTY PHASE*
## *EXPERTS*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Ian Ratner

**October 22, 2014**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1      Q.  (BY MR. LOTTERMAN)  Sure.
2      A.  So I should answer --
3      Q.  Sure.
4      A.  -- vis-à-vis BP, our analysis was really
5  more geared at the long-term economic impact.  And
6  I think I -- I testified a little bit about that,
7  you know -- again, depending if it's BP PLC or
8  BPXP, that it may differ in the short term,
9  depending on who's funding or who's -- who's
10 ultimately -- ultimately -- ultimately involved in
11 making the payment, making the penalty.
12          Vis-à-vis the second report, I don't
13 think I made that type of analysis in terms of the
14 short term.  I was focused -- it -- that it --
15 that it would not have a -- certainly not have a
16 long-term negative economic impact.  And -- and in
17 this case, I -- I think -- I didn't make an
18 opinion on the short term, so I -- you know, I
19 haven't thought about it; but I'm not sure.  I
20 don't -- I mean, the company has the ability to
21 draw down on lines, so I haven't even really
22 formed that detailed opinion about the short term.
23     Q.  I'm not asking you to.  I'm just trying
24 to figure out --
25     A.  Right.

```
 1              So, actually, a little bit of a
 2   distinction.  In this report, I didn't define
 3   the -- really the time period, either in the
 4   Summary of Conclusions or in the Conclusions,
 5   because I think the company said they had -- they
 6   do have the financial flexibility.  And I think
 7   that they're -- they disclosed that they have the
 8   financial flexibility to pay the payment.  So it
 9   was a little bit of a different scenario.
10              So I had defined it in BP as no
11   long-term negative impact.  Here, I didn't even
12   make that distinction.  But I still believe it's
13   the same idea, that in the short term, it is more
14   magnified, the impact of a penalty; and then over
15   time, it becomes less magnified.
16        Q.  Now, in your report, you assume a
17   4.6-billion-dollar penalty imposed on Anadarko; is
18   that right?
19        A.  Yes, sir.
20        Q.  And is that at the direction of counsel?
21              MS. FLICKINGER:  You can respond to
22   the extent you relied on -- if you relied on
23   instructions from counsel; but other than that,
24   don't divulge any privileged communications.
25        A.  I think it's a combination of the
```