# EXHIBIT C

1              UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA

2

3    IN RE:  OIL SPILL          )  MDL NO. 2179

     BY THE OIL RIG             )

4    "DEEPWATER HORIZON" IN     )  SECTION "J"

     THE GULF OF MEXICO, ON     )

5    APRIL 20, 2010             )  JUDGE BARBIER

                                )  MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17              * * * * * * * * * * * * * * * * * *

                          VOLUME 1

18              * * * * * * * * * * * * * * * * * *

19

20

21       Deposition of DIANE AUSTIN, Ph.D., taken at

22   Pan-American Building, 601 Poydras Street, 11th

23   Floor, New Orleans, Louisiana, 70130, on the 16th

24   day of October, 2014.

25

1    unpublished study; is that correct?

2        A.   That is correct.

3        Q.   Okay.   When is that study going to be

4    completed?

5        A.   As I understand now, it will be November

6    of 2015.

7        Q.   Okay.   So other than for a study that is

8    yet unpublished, did she conduct any interviews

9    for any of the work that has been published to

10   date?

11              MS. FIDLER:   Object to form.

12       A.   No, she did not.

13       Q.   (BY MS. KARIS)   Could you turn to Tab 3,

14   please?

15       A.   Certainly.

16       Q.   Tab 3 is previously marked as

17   Exhibit 11922?

18       A.   That is correct.

19       Q.   And just so we're all clear, this is the

20   Volume 1 -- this is Volume 1 of the "Offshore Oil

21   DEEPWATER HORIZON:   Social Effects on Gulf Coast

22   Communities" that BOEM put out as a result of work

23   that you had conducted, correct?

24       A.   That is correct.

25       Q.   And if you turn to Tab 4, that's

1  Exhibit 11923, that's Volume 2 of that same work

2  stream --

3      A.  Certainly --

4      Q.  -- to the BOEM, correct?

5      A.  It appears to be, yes.

6      Q.  Did you rely on the work that was done for

7  the BOEM in Exhibits 11922 and 11923 for purposes

8  of rendering your opinions in this case?

9      A.  Yes.

10      Q.  And by "this case," I mean the litigation.

11      A.  Yes, I did.

12      Q.  Okay.  Was there any work that was done

13  for the BOEM as part of Exhibits 11922 and 11923

14  that you did not consider and rely on for purposes

15  of rendering your opinions in this case?

16              MS. FIDLER:  Object to form.

17      A.  There was -- repeat the -- I'm sorry.

18      Q.  (BY MS. KARIS)  Sure.

19      A.  Could you repeat that question again?

20      Q.  Was there any work that you did as part of

21  the BOEM study --

22      A.  Uh-huh.

23      Q.  -- that you did not consider or rely on

24  for purposes of rendering your opinions in the

25  litigation for the penalty phase, as we call it?

1          MS. FIDLER:  Object to form.

2      A.  Any of the work that we did for that study

3  is reflected in these reports.  And now, there's

4  always, in an ethnographic research study, a lot

5  of information that comes in, if the information

6  is not complete.  So we got a little bit of -- of

7  information from somebody, but not enough to -- to

8  understand actually what we were studying the --

9  to -- to draw any conclusions, it would not be in

10  this report.

11      Q.  (BY MS. KARIS)  Okay.

12      A.  But anything about which we could draw

13  conclusions was put in the report.

14      Q.  Okay.  And so to be clear, any work that

15  was done, considered, and relied on that was part

16  of the published work for BOEM 11922 and 11923 --

17      A.  Correct.

18      Q.  -- anything considered there was also

19  considered for purposes of your expert report in

20  this case, correct?

21      A.  That is correct.

22      Q.  Okay.  And, likewise, anything that was

23  relied on for purposes of what was published in

24  11922 and 11923, that was also part of what you

25  relied on for purposes of rendering your opinions

1    in this case, correct?

2              MS. FIDLER:  Object to form.

3         A.  Okay.  I'm sorry, I...

4         Q.  (BY MS. KARIS)  I'm sorry.  That was a --

5         A.  Can you --

6         Q.  -- poor question.

7         A.  -- repeat that one more time?

8         Q.  I first asked you about considered.  And

9    to be clear, if you relied on work done as part of

10   the BOEM studies and it was part of what's

11   published here, you likewise relied on that work

12   for purposes of your opinions in this case,

13   correct?

14             MS. FIDLER:  Object to form.

15        A.  Through the process by which the

16   information that we relied -- that was relied on

17   to create these reports, then I used these reports

18   to produce my expert opinion.

19        Q.  (BY MS. KARIS)  Fair enough.

20             There's nothing you excluded from --

21   that was relied on for the BOEM reports, but you

22   did not use for purposes of your expert reports in

23   this case, correct?

24             MS. FIDLER:  Object to form.

25        A.  That is correct.

```
1    expert report, Exhibit 13112, correct?
2         A.  That is correct.
3         Q.  Is this the most recent CV that you have?
4         A.  That looks -- the CVs are updated
5    regularly, but that -- that's a -- it's -- it's
6    what was the most recent at the time that I
7    submitted this report.
8         Q.  Fair enough.
9              It was most recent as of August of
10   2014, correct?
11        A.  That is correct.
12        Q.  Okay.  And you are an anthropologist by
13   training; is that correct?
14        A.  That is correct.
15        Q.  Is there any educational background that
16   you have that is not listed in this CV?
17        A.  The degrees that I have are listed here.
18        Q.  Okay.  Do you have any certificates or
19   other professional recognitions that are not
20   listed here?  Because you said "the degrees that I
21   have."  I want to make sure we're clear.
22        A.  Yeah.  Well, the -- and -- and just a
23   little explanation in terms of --
24        Q.  Sure.
25        A.  So, for instance, you know, I have my
```

1   as the -- the fundamental architecture of our

2   brain does not change simply as we move from

3   environment to environment, but it takes an

4   evolutionary perspective on how it is that our

5   brain comes to understand concepts and symbols,

6   landmarks, et cetera.

7        Q.   Do you have a degree in psychology?

8        A.   No, I do not.

9        Q.   Do you have a degree in any medical field?

10       A.   No, I do not.

11       Q.   Do you consider yourself a psychologist?

12       A.   No, I do not.

13       Q.   Do you hold yourself out as somebody who

14   can diagnose psychological impairment?

15       A.   No.  I have never made any attempt to do

16   so.

17       Q.   Do you consider yourself somebody who can

18   diagnose physical impairment; that is, health

19   impact?

20       A.   No.  I'm -- have never made any attempt to

21   do that, either.

22       Q.   Do you hold any degrees in economics?

23       A.   I do not.

24       Q.   Do you consider yourself an economic

25   anthropologist?

1    Q.  And that would be as part of your

2  undergraduate studies, core curriculum, basically?

3    A.  That -- for sure, that is correct.  I'm

4  trying to remember if in my Ph.D. program, I took

5  any courses in economics.  I don't --

6    Q.  Other than courses you may have taken as

7  part of core curriculum to receive your bachelor's

8  degree, have you taken any courses in economics?

9    A.  Not specifically economics.

10   Q.  Do you consider yourself an economist?

11   A.  I do not.

12   Q.  Do you consider yourself an expert in

13  economics?

14        MS. FIDLER:  Object to form.

15   A.  I consider myself to have expertise in

16  socioeconomics.  I have both studied and do a lot

17  of work in analyzing and looking at how economic

18  systems affect societies, communities, and

19  households.

20   Q.  (BY MS. KARIS)  Okay.  So you consider

21  yourself an expert in socioeconomics, not

22  economics, per se; is that correct?

23   A.  I consider myself to have expertise, yes,

24  in socioeconomics.

25   Q.  Okay.  And I'm focusing on economics.  You

1  understand economics is a discipline in and of

2  itself, correct?

3      A.  I am aware of that.

4      Q.  Do you consider yourself an expert in

5  economics?

6      A.  I do not --

7              MS. FIDLER:  Object to form.

8      A.  I -- I am not an economist.

9      Q.  (BY MS. KARIS)  Do you consider yourself

10  an expert in economics?

11              MS. FIDLER:  Object to form.

12      A.  Not -- I do not consider myself an expert

13  in the discipline of economics.

14      Q.  (BY MS. KARIS)  Thank you.

15              Do you consider yourself an expert in

16  the discipline of clinical psychology?

17      A.  I do not.

18      Q.  Do you consider yourself as an expert in

19  mental health?

20      A.  I have expertise in mental health in the

21  relation -- again, the area in which the ways that

22  people's experiences in the world affect their

23  handling and management of their circumstances.

24      Q.  You are not qualified, though, to diagnose

25  someone as a -- with a mental health problem,

1    correct?

2         A.   That is correct.

3         Q.   You are not qualified to diagnose someone

4    with a behavioral health problem, correct?

5         A.   I do not do any diagnosis.

6         Q.   You don't consider yourself qualified to

7    render a diagnosis in behavioral health, correct?

8         A.   That's a -- there -- there are legal rules

9    around who can diagnose, and I do not hold a

10   degree that would allow that.

11        Q.   Leaving aside what legal requirements may

12   exist, do you consider yourself qualified to

13   diagnose someone with a behavioral health problem?

14        A.   No.

15        Q.   Do you have any formal training in mental

16   health?

17             MS. FIDLER:  Object to form.

18        A.   I need some explanation what you mean by

19   "formal training."  Do you mean university

20   degrees?

21        Q.   (BY MS. KARIS)  Yes.  Any university

22   courses and degrees?

23        A.   I, as a graduate student, took a course in

24   social psychology, cognitive psychology, but do

25   not -- in the specific area of clinical

1    psychology, no.

2         Q.  You took one course in social psychology,

3    cognitive psychology as a graduate student; is

4    that correct?

5         A.  I have taken courses -- yes, a course in

6    each.

7         Q.  One course in each, correct?

8         A.  That is correct.

9         Q.  Do you hold any other formal education in

10   psychology?

11        A.  I do not believe I've taken any other

12   courses specifically in that area.

13        Q.  You testified earlier that you have at

14   least some background in socioeconomics, correct?

15        A.  That is correct.

16        Q.  Have you been trained in econometrics?

17        A.  I have -- I have read econometrics.  I

18   have not been trained in economic -- I have not

19   taken formal study in economics -- econometrics.

20        Q.  Okay.  You said you've read econometrics;

21   is that correct?

22        A.  Yes.  I teach research methods and

23   analysis, and so I introduce my students to a

24   range of areas of research.  But I have not

25   studied or do not consider myself to have

1  expertise in econometrics in the terms of actually

2  practicing econometrics.

3      Q.  Do you consider yourself qualified to

4  conduct an econometric study or analysis?

5      A.  No, I do not.

6      Q.  Have you ever published in econometrics?

7      A.  I have not.

8      Q.  Have you ever published in economics?

9      A.  I have -- I have not -- I have published

10  in journals such as Research In Economic

11  Anthropology.  I have -- and so in areas that

12  cross into the -- the study of economics and

13  economic theory.

14      Q.  The journal itself is Research in

15  Economics, correct?

16      A.  It's Research In Economic Anthropology.

17      Q.  Okay.  And are your publications specific

18  to economics --

19      A.  They are --

20      Q.  -- published in that journal?

21      A.  They're in my CV.  I can --

22      Q.  Other than what's your in CV.

23      A.  Okay.  Those -- those are the publications

24  I have.

25      Q.  Now, you're familiar with the concept of

1      Q.  Okay.

2      A.  -- which were then sent.

3           And then I started going to the Gulf.

4  I don't remember the exact date that I went out

5  first.  But the pattern over the first, almost

6  year, was that every month, I would go to the Gulf

7  for a period of up to three to four weeks or as

8  short as two weeks, depending on the month.  I, at

9  that point, also had the work that I was doing in

10 Tucson, and so adjusted my schedule to be able to

11 get to the Gulf.

12     Q.  So beginning in April or early May of

13 2010, you, yourself, went to the Gulf as part of

14 this study, correct?

15     A.  That is correct.

16     Q.  Okay.  And from the time that you first

17 got there, do you know whether BP was present in

18 the Gulf at that time working on the response?

19     A.  I know that in the -- okay.  I'm

20 remembering back to my first -- the -- some of

21 the -- the first people that got involved in the

22 response were people --

23           Because of the time that this

24 happened, it was not clear how serious or

25 significant it was.  I was aware that -- I -- I --

1   people who were at that BP facility were working

2   on the response at the time that you were asking

3   to do an interview?

4                MS. FIDLER:  Object to form.

5        A.  I do not know what they were doing.

6        Q.  (BY MS. KARIS)  Okay.  As part of the

7   study that you did for the BOEM, did you do any

8   kind of econometric study?

9        A.  I did not.

10       Q.  Did you do any quantitative study as part

11  of the BOEM work?

12       A.  The study that we -- I did was an

13  ethnographic research study, which is qualitative

14  research.

15       Q.  So my question is:  Did you perform a

16  quantitative study as part of that study?

17       A.  No.  The answer is that I did an

18  ethnographic study, which is not a quantitative

19  study.

20                MS. KARIS:  Okay.  And I see here

21  we're out of time on the tape, so we're going to

22  take a break.

23                THE WITNESS:  Okay.

24                THE VIDEOGRAPHER:  The time is

25  9:33 a.m.  We're off the record, ending Tape 1.

 1   quantitative data from April of 2010 through March

 2   of 2012 regarding tourism?

 3              MS. FIDLER:  Object to form.

 4       A.  Again, the data that are cited in the

 5   report that were made available to the researcher

 6   at that time, we relied on that in the report.

 7       Q.  (BY MS. KARIS)  Did you make an attempt to

 8   collect quantitative data on tourism from April of

 9   2010 through March of 2012?

10              MS. FIDLER:  Object to form.

11       A.  This was an ethnographic study, which is

12   based on qualitative data.  If the people involved

13   provided quantitative data as part of their

14   interviews, the researcher collected that.

15       Q.  (BY MS. KARIS)  And to be clear, any

16   quantitative data you had would be data that an

17   interview subject may provide you in the course of

18   that interview, correct?

19              MS. FIDLER:  Object to form.

20       A.  It would either be inter- -- data made

21   available or that the interview subject made us

22   aware of and the researcher would have obtained.

23       Q.  (BY MS. KARIS)  You and your team did not

24   set out to go collect quantitative data on tourism

25   from April of 2010 even through March of 2012,

1    correct?

2        A.   That is correct.   We did an ethnographic

3    study.

4        Q.   You did not go out to collect any

5    quantitative data regarding the oil and gas

6    industry from April of 2010 through March of 2012,

7    correct?

8                  MS. FIDLER:   Object to form.

9        A.   We did an ethnographic study.   That is

10   correct.

11       Q.   (BY MS. KARIS)   Okay.   My question is:

12   Did you go out to collect any quantitative data

13   regarding the oil and gas industry from April of

14   2010 to March of 2012?

15       A.   We did not.   We did an ethnographic study.

16       Q.   Did you collect -- go out to collect any

17   quantitative data on fabrication and shipbuilding

18   in the Gulf of Mexico?

19                  MS. FIDLER:   Object to form.

20       A.   No, we did not.   We set out and did an

21   ethnographic study.

22       Q.   (BY MS. KARIS)   Ethnographic studies do

23   not consider or rely on quantitative data,

24   correct?

25                  MS. FIDLER:   Object to form.

1      A.  Yes.

2              MS. FIDLER:  Object to form.

3      Q.  (BY MS. KARIS)  And did you go out to

4  collect data on what impact those grants had,

5  quantitative data on what impacts those grants had

6  to the tourism industry?

7      A.  Again, this was an ethnographic study.

8  No, we did not collect quantitative data.

9      Q.  Were you aware that BP was paying various

10 claims to fishermen and other commercial vendors

11 as part of a claims process?

12     A.  Yes.

13     Q.  Did you go out to collect any quantitative

14 data on what impact those claims payments had on

15 the Gulf of Mexico's economy?

16             MS. FIDLER:  Object to form.

17     A.  No.  This was a qualitative research

18 study.  It was not a quantitative study.

19     Q.  (BY MS. KARIS)  Did you consult with any

20 economist in reaching your opinions that are

21 rendered in your expert reports?

22     A.  No.  I -- I consult -- no, I did not.

23     Q.  Do you know who Dr. Charles Mason is?

24     A.  I -- I know who he is, yes.

25     Q.  Who is he?

1      A.  He is an economist.

2      Q.  Is he an economist that's been retained by

3  the United States for purposes of rendering

4  opinions in this case regarding the economics of

5  the DEEPWATER HORIZON spill?

6                MS. FIDLER:  Object to form.

7      A.  Yes.

8      Q.  (BY MS. KARIS)  Did you review his report?

9      A.  I will say I read over his report.  I am

10  not qualified to analyze the data in his report.

11     Q.  Have you spoken to Dr. Mason about the

12  opinions in his report?

13     A.  No, I have not.

14     Q.  When you say you're not qualified to

15  analyze the data in Dr. Mason's report, what do

16  you mean?

17     A.  Dr. Mason, as an economist, which I am

18  not, is doing an analysis that an economist would

19  do of the economic data.  And that's not my area

20  of expertise.

21     Q.  You did not consider yourself qualified to

22  analyze economic data that an economist is

23  considering for purposes of understanding the oil

24  spill, correct?

25                MS. FIDLER:  Object to form.

1    Q.  (BY MS. KARIS)  Okay.  The purpose of the

2  BOEM report, social effects, was not to quantify

3  the effects of the DEEPWATER HORIZON spill,

4  correct?

5    A.  That is correct.

6    Q.  The purpose of the expert reports that you

7  did in this case was likewise not to quantify the

8  effects of the DEEPWATER HORIZON spill, correct?

9    A.  That is correct.

10   Q.  You have not at any time quantified the

11  effects of the DEEPWATER HORIZON spill, correct?

12   A.  That is correct.

13   Q.  You indicated earlier that you did an

14  ethnographic study, which is a qualitative study,

15  correct?

16   A.  That is correct.

17   Q.  Let's talk about how you went about doing

18  the qualitative study that you referenced.

19        First, can you tell me who was

20  involved in that qualitative study?

21   A.  The study involved a group of researchers

22  from the University of Arizona, Louisiana State

23  University, and six community researchers.

24   Q.  Were any of those researchers economists?

25   A.  No.  This was a -- an ethnographic

1    multiple numbers.

2        Q.  And how would we figure out by looking at

3    the field notes which individuals were interviewed

4    more than once?

5        A.  You would not be able to look at the --

6    essentially you have in the code reports the --

7    all of the information that's in the field notes

8    minus their names and any in- -- identifying

9    information.  So if you looked at those code

10   reports, you would not know which ones were

11   interviewed more than once.

12       Q.  So by looking at the field notes, I would

13   have no way of knowing which individuals were

14   interviewed more than once, correct?

15       A.  That is correct.

16       Q.  By looking at those field notes, would I

17   have any way of knowing what the gender is of

18   those individuals?

19       A.  No.

20       Q.  Would I have any way of knowing what the

21   age range was of those individuals?

22       A.  No.

23       Q.  Where would I look to figure out how many

24   men versus how many women were interviewed in the

25   1,320 some interviews that were conducted?

 1    their income.

 2        Q.  Did you ask them for a range of their

 3    income?

 4        A.  We did not do -- this was not a -- we did

 5    not have a questionnaire.  This was not survey

 6    research.  We did not ask that question of every

 7    individual.

 8        Q.  Did you ask that question of any

 9    individual?

10        A.  I cannot tell you if -- if any researcher

11    in the course -- that the nature of ethnographic

12    interviewing is that the interviewer goes in with

13    a -- a set of information, a list of information

14    they want to achieve.

15            The idea of ethnographic research is

16    that the interviewer receives feedback from the

17    individual and follows up.

18            So if in the course of an interview

19    at one point somebody asked about income, I cannot

20    tell.

21        Q.  You understood what the socioeconomic

22    condition was of the communities in which you were

23    conducting interviews, correct?

24            MS. FIDLER:  Object to form.

25        A.  That is correct.

1    understand the -- what we would term the

2    livelihood security of a household or individual.

3    We do not ask -- this was again not quantitative

4    research.  We were not asking about their specific

5    income.

6        Q.  (BY MS. KARIS)  Regardless of whether you

7    were asking them of their income, was it

8    documented anywhere what the socioeconomic status

9    or circumstances were of the individuals you were

10   interviewing?

11             MS. FIDLER:  Object to form.

12       A.  The socio- -- the economic circumstances

13   were documented in the course of the interview as

14   the individual described what their situation was.

15       Q.  (BY MS. KARIS)  So in order to understand

16   in East Biloxi, for example, how many people were

17   living below poverty level income, where would I

18   go look for that?

19             MS. FIDLER:  Objection.

20       Q.  (BY MS. KARIS)  How many people that you

21   interviewed were living below poverty level income

22   before the spill happened?  Where would I go find

23   that?

24             MS. FIDLER:  Object to form.

25       A.  We did not record it -- that information.

```
1        Q.  (BY MS. KARIS)  If I wanted to understand
2   how many people involved in the oil and gas
3   industry that you interviewed were making six-
4   figure incomes, where would I go to understand
5   that?
6             MS. FIDLER:  Object to form.
7             Counsel, this has been asked and
8   answered.
9        A.  I have...
10        Q.  (BY MS. KARIS)  That information is
11   nowhere, correct?
12        A.  That is correct.
13             MS. FIDLER:  Object.
14        Q.  (BY MS. KARIS)  So by looking at your
15   studies, we cannot tell gender, we cannot tell
16   income level, correct?
17             MS. FIDLER:  Objection, asked and
18   answered.
19        A.  That is correct.
20        Q.  (BY MS. KARIS)  Let's talk about education
21   level.
22             Is there anywhere in your study where
23   you documented the education level of the
24   individuals that you were speaking to?
25        A.  Not on every single individual.
```

1        Q.   You speak to mental health effects that

2    your team noted from its interviews, correct?

3        A.   We speak to -- yes, the broad question as

4    defined in our study.

5        Q.   And where would we -- strike that.

6             Did you inquire as to what the mental

7    health condition was of any of the interviewer --

8    interviewees that you spoke to?  Strike that.

9             Did you ask anyone what their mental

10   health condition was prior to the spill --

11             MS. FIDLER:  Object to --

12        Q.   (BY MS. KARIS) -- of any of the

13   interviewees that you spoke to?

14        A.   We were not collecting data on individual

15   mental health.

16        Q.   (BY MS. KARIS)  You were making

17   assessments, though, about overall mental health

18   of the community, correct?

19        A.   We were making assessments about the

20   factors that influence mental health and the range

21   of effects on individuals in the course of this.

22        Q.   At any point in time, anywhere in your

23   study, either for the BOEM or for your expert

24   opinions in this case, did you document how many

25   of the 1,300 individuals that you interviewed had

1   mental health issues before the spill ever

2   happened?

3          MS. FIDLER:  Objection; form.

4      A.  We did not document the mental health.

5   This was not a study of individual mental health.

6      Q.  (BY MS. KARIS)  Did you document anywhere

7   what the percentage of the population was in any

8   individual time who had mental health issues

9   before the spill ever happened?

10         MS. FIDLER:  Objection; form.

11     A.  This was not a quantitative study.  We

12  were not quantifying the effects.

13     Q.  (BY MS. KARIS)  Okay.  Let's discuss how

14  those interviews were conducted.

15         First of all, would you call them

16  surveys or no?

17     A.  No.  Survey is a research approach, and we

18  did not use a survey approach; we used an

19  ethnographic approach.

20     Q.  Which were the communities that were

21  included in the survey -- or strike that -- in the

22  ethnographic study?

23         MS. FIDLER:  Object to form.

24     A.  In the BOEM study, we document that we had

25  five focal case study communities.  And we can

 1   turn -- if you look to the table of contents of

 2   Roman numeral V and VI of --

 3       Q.  (BY MS. KARIS)  And that would be of

 4   Exhibit --

 5       A.  -- Volume 1.

 6            I'm sorry.  For Exhibit 11922 --

 7       Q.  Yep.

 8       A.  -- you will see that the Chapters 5, 6, 7,

 9   8, and 9 -- Chapter 5 by La Batre and Mobile

10   County, Alabama; Biloxi and Harrison County,

11   Mississippi; Pointe-a-la-Hache, Empire, Port

12   Sulphur in Plaquemines Parish, Louisiana; LaRose,

13   Cut Off, and Lafourche Parish; and Dulac and

14   Terrebonne Parish.

15       Q.  Were those the only five communities that

16   were included in your ethnographic study?

17       A.  Those were the five case study

18   communities.  The approach that we used in this

19   study was what we call multi-sited ethnography.

20   And that is, that you will have a focal -- a

21   case -- a case study site; and from that, you go

22   to wherever you need to go to gather information

23   to inform the study that you're conducting.

24       Q.  Okay.  How many interviews of the 1300

25   were conducted in Bayou La Batre, the town in

1   created to guide the direction on the -- of the

2   ethnographic study.

3       Q.  And for what purpose was this matrix

4   created when you stated "guide."  What does that

5   mean?

6       A.  That when you begin an ethnographic study,

7   what the -- one of the appro- -- one of the

8   methods or the techniques put in place to assure

9   that you have reliability and validity in your

10  study is to make sure that you don't get -- narrow

11  into one area of a community or one group of

12  people who all know each other.  And so when you

13  go in, thinking through how is the community

14  organized and how -- and that -- and from that

15  point, then, do -- we want to go and -- and

16  interview people across these various sectors.

17              So this was put together in the

18  summer of 2010, based on knowledge of the

19  communities and what was going on as being the

20  sectors that would be relevant.

21      Q.  Was this matrix, Exhibit 13114, populated

22  with information at some point?

23      A.  The -- this matrix was used in various

24  ways by the study teams.  So, for instance, at a

25  point in time at a team meeting, the

1  interviewer -- the interviewers, the

2  ethnographers, would go through and identify:  How

3  are we doing?  Have we found people in all of

4  these categories?  And if, as individuals would

5  say, we are -- we don't have anybody who was in

6  industrial and economic development.  There's

7  nobody in this community, so we need to reach out

8  to the bigger city nearby because that's how

9  that's handled.  So that -- yes.

10      Q.  So it was populated at some point in time,

11  correct?

12      A.  It would have been -- it was populated in

13  a variety of ways:  By hand, by people filling it

14  in.

15      Q.  At some point at the end of the day, for

16  example, in Bayou La Batre, did you have an

17  understanding as to how many people you spoke to

18  in the oil field service industry?

19      A.  What happened from this process to the

20  table that you see in the -- in my rebuttal report

21  is -- as in any ethnographic study, the purpose is

22  to get the process started.

23          What the initial set of sectors were

24  is not the critical factor.  The critical factor

25  is what the end was.

1      Q.  How did you select these five coastal

2  communities as being the communities that you were

3  going to conduct the study in?

4      A.  Our goal was to identify a range of

5  communities in the region between Louisiana and

6  Alabama and to look at communities that had a

7  more -- a range of ethnic groups as well as

8  occupations.

9      Q.  None of the communities that you selected

10  were urban communities, correct?

11      A.  That is correct.

12      Q.  All of the communities that you selected

13  were rural coastal towns, correct?

14              MS. FIDLER:  Object to form.

15      A.  They are within the coastal region, yes.

16      Q.  (BY MS. KARIS)  Do you know how many

17  parishes there are in Louisiana?

18      A.  I am not going to venture a guess.  I have

19  known that at some point.

20      Q.  I'm sorry?

21      A.  I've not -- I -- I have known that at some

22  point.  I do not have it in my head.

23      Q.  Okay.  And the parishes that were

24  considered as part of your study were Plaquemines,

25  St. Bernard -- is it "Lafourche"?

1  corporations who main -- whose main offices and

2  decision-makers were located outside the region,

3  correct?

4      A.  That is correct.

5          MS. FIDLER:  Object to form.

6      Q.  (BY MS. KARIS)  This report was then the

7  basis for your expert report in this case,

8  correct.

9      A.  That is correct.

10     Q.  You did not conduct any additional

11 interviews, surveys, or analysis for purpose of

12 rendering your expert opinions in this case,

13 correct?

14         MS. FIDLER:  Objection; form.

15     A.  That is correct.

16     Q.  (BY MS. KARIS)  So your report in this

17 case, likewise, relies on those small cities,

18 communities, and businesses that could be accessed

19 readily using ethnographic methods, correct?

20         MS. FIDLER:  Objection.  Asked and

21 answered.

22     A.  That is correct.

23     Q.  (BY MS. KARIS)  And so your expert reports

24 in this case, likewise, do not study the impacts

25 of the disaster on large urban areas as stated in

```
1   11:04 a.m.  We're back on the record, beginning
2   Tape 3.
3       Q.  (BY MS. KARIS)  Dr. Austin, one of the
4   industries that you considered for purposes of
5   rendering your expert opinions in this case was
6   the seafood industry, commercial fishing, correct?
7       A.  That is correct.
8       Q.  And as part of considering what harm may
9   have resulted to those industries from the
10  DEEPWATER HORIZON oil spill, did you consider
11  what, if any, actions BP took with respect to
12  those communities following the oil spill?
13      A.  The research that we did was to look at
14  the range of effects of the spill that included
15  any response to them.  So regardless of who took
16  actions, we looked at the effects of those
17  actions.
18      Q.  Okay.  And so you did look both at the
19  actions that BP took as well as the effects of
20  those actions with respect to the seafood
21  industry, correct?
22      A.  We looked at the effects of any actions,
23  whoever was taking them.  We didn't necessarily
24  trace back to who was taking the action.  But,
25  yes, BP was taking action; and, yes, we looked at
```

1    some people may have negative effects from it?

2            MS. FIDLER:  Objection; form.

3        A.  I'm not in a position to evaluate how --

4    what and how a responsible party should operate at

5    the end.

6        Q.  (BY MS. KARIS)  In considering the social

7    effects of the spill, would you agree that writing

8    checks of up to $5,000 had a positive impact on at

9    least some out-of-work fishermen?

10           MS. FIDLER:  Objection; form.

11       A.  Yes.

12       Q.  (BY MS. KARIS)  Did you attempt to

13   quantify on how many out-of-work fishermen BP's

14   claims process had a positive impact?

15           MS. FIDLER:  Objection; form.

16       A.  This was a qualitative research study.  We

17   did not attempt to quantify effects.  We were

18   studying the range of effects.

19       Q.  (BY MS. KARIS)  Okay.  So you don't know

20   whether the num- -- strike that.

21           First, you don't know what number of

22   fishermen it had a positive impact on, correct?

23       A.  We did not quantify effects.

24       Q.  Okay.  And do you know on how many of

25   those 338 commercial fishing interviewees BP's

1             MS. FIDLER:  Objection.  Asked and

2     answered.

3         A.  That is correct.

4         Q.  (BY MS. KARIS)  So do you intend to offer

5     to this Court an opinion about what concerns about

6     seafood safety exist today, even though you have

7     no data, no analysis, and no research since March

8     of 2012?

9             MS. FIDLER:  Objection; form.

10        A.  I will withdraw that opinion.

11        Q.  (BY MS. KARIS)  Thank you.

12             Is it equally true that for any

13    opinions that apply to what may or may not have

14    occurred since March of 2012, since you have no

15    data, no analysis, no research, you do not intend

16    to offer any such opinions?

17            MS. FIDLER:  Objection; form.

18        A.  I guess I would need to see something

19    specific that you're referring to.

20        Q.  (BY MS. KARIS)  Okay.  Do you intend to

21    offer opinions to this Court about what transpired

22    with respect to social effects from the spill from

23    March of 2012 through today?

24            MS. FIDLER:  Objection; form.

25        Q.  (BY MS. KARIS)  For any topic?

```
 1                  MS. FIDLER:  Objection; form.
 2        A.  No.  My testimony will be based on the
 3   data that we collected.
 4        Q.  (BY MS. KARIS)  And it will be limited to
 5   what effects were realized as of March of 2012 for
 6   the short-term effects, as you called them
 7   earlier, correct?
 8        A.  Correct.
 9                  MS. FIDLER:  Objection; form.
10        Q.  (BY MS. KARIS)  Thank you.
11                  I want to talk a little bit about the
12   Vessel of Opportunity Program --
13        A.  Uh-huh.
14        Q.  -- or "VoO," as it's often referred to.
15                  You agree that in order to help
16   mitigate the effects of the spill on fishermen, BP
17   created the Vessel of Opportunity Program to
18   employ local boat owners and operators to deliver
19   boom to seek and clean up oil from the spill,
20   correct?
21                  MS. FIDLER:  Objection; form.
22        A.  I agree that BP created the VoO Program.
23   Its -- whether its intent in terms of local boat
24   owners versus others, et cetera, I was not privy
25   to the decision about its intent.
```

1      A.   -- statement.

2      Q.   Did you reach any conclusions on whether

3  it was a positive effect that VoO paid people so

4  much money that some of them took the money, went

5  back to Vietnam on vacation and haven't come back

6  yet to the U.S., as this individual told you?

7                 MS. FIDLER:   Objection; form.

8      Q.   (BY MS. KARIS)  Did you consider that?

9      A.   The -- again, the question about is it a

10 positive effect?  Is it a positive effect to this

11 individual, to his family in Vietnam or his or

12 her?  Is it a positive effect if a lot of people

13 in your community are gone?

14                 Again, the purpose of this study was

15 to show there are range of effects.  Each action

16 has effects.  So there's not a simple answer as to

17 whether this is positive or negative for the

18 communities of whom these are important members.

19     Q.   So you're not reaching any opinions here

20 on whether these effects were positive or

21 negative; is that correct?

22     A.   I'm not reaching an opinion on this effect

23 that we are discussing specifically related to

24 tuna boat fishermen and the fact that they left

25 the region to go back to Vietnam and whether that

1  that has been analyzed to put into this

2  proceeding?  No.

3      Q.  (BY MS. KARIS)  Okay.  And just to be

4  clear.  For purposes of rendering your opinions in

5  this case, you are not relying on any analysis of

6  the tourism industry after early 2012 --

7      A.  That is correct.

8      Q.  -- in the Gulf states, correct?

9      A.  I'm not relying on any analysis of formal

10 data on the tourism industry.

11     Q.  Okay.  We spoke to your looking at gas

12 prices and the national recession as being two

13 major factors affecting the tourism economy of the

14 Gulf states in 2011.  And I want to ask you now

15 about the fishing industry.

16     A.  Okay.

17     Q.  Did you look at what were some of the

18 factors affecting the fishing industry in the Gulf

19 economies as part of your work in this case?

20              MS. FIDLER:  Objection to form.

21     A.  Yes.  Again our goal is to understand what

22 was happening.  And certainly some of the factors

23 affecting that industry would be what we looked

24 at.

25     Q.  (BY MS. KARIS)  Okay.  And what you found

1    spill or merely something that became known as a

2    result of the spill?

3         A.  That --

4                MS. FIDLER:  Object to form.

5         A.  Again, that was something that became

6    known as a result of the spill.

7         Q.  (BY MS. KARIS)  And you would agree with

8    me that you could -- something could become known

9    in the course of your investigation.  But that's

10   not necessarily an effect of the spill, correct?

11               MS. FIDLER:  Object to form.

12        A.  The -- again, the study that we did was to

13   look at what was happening in these communities

14   and the range of effects.  We did not attribute

15   everything happening in these communities to the

16   spill.

17        Q.  (BY MS. KARIS)  Including the turtle

18   deaths?

19               MS. FIDLER:  Object to form.

20        A.  Again, there were -- there were turtles --

21   there were many reasons that turtles were dying.

22   I -- we will not -- I will say no turtles died

23   because of the spill.

24               MS. KARIS:  All right.  Let's take a

25   break, because I got a note pad here that says

```
1        A.  With me, no.

2        Q.  But do you know whether those notes are in

3   the possession of the government?

4             MS. FIDLER:  Object to form.

5        A.  Those notes -- according to our contracts

6   with the agency for who we do work, which was at

7   the time Minerals Management Services, now the

8   BOEM, those notes are never transmitted in their

9   raw form to the government.

10       Q.  (BY MS. KARIS)  They're never transmitted

11  in the raw form to the government.  Is that what

12  you said?

13       A.  The -- under the conditions under which we

14  have ever worked for any agency of the U.S.

15  Government, we do not transmit our notes.

16       Q.  So who has those raw notes?

17       A.  Those notes are in the possession of -- in

18  my case, my notes are in my possession.

19       Q.  Okay.  You're aware that interview notes

20  were typed up from some of those interviews?

21       A.  Correct.

22       Q.  Were those from the original interview

23  notes?

24       A.  The process by which we conduct research

25  is:  If I am interviewing you, I typically will be
```

1    taking notes by hand.  If, for -- in rare cases,

2    the individual I'm interviewing is very

3    comfortable working across a laptop, the

4    interviewer might enter the notes directly into

5    the computer.  But the notes that are handwritten

6    then -- are then typed and entered into a Word

7    document that that document is then put into the

8    database.

9        Q.  Okay.  So there's handwritten interview

10   notes that are then typed into a Word document,

11   correct?

12       A.  Correct.

13       Q.  That Word document is then entered into a

14   database, correct?

15       A.  That is correct.

16       Q.  The Word document itself --

17       A.  Uh-huh.

18       Q.  -- does that Word document contain

19   information additional to what is found in these

20   code reports?

21       A.  The information that it contains would be

22   the identifying -- any identifying information

23   if -- at the beginning of the interview and then

24   throughout the interview, places where somebody

25   named an individual, as in this case here, or

```
 1              MS. FIDLER:  Object.
 2      Q.  (BY MS. KARIS)  -- do that --
 3              MS. FIDLER:  Object.
 4              MS. KARIS:  I'm sorry.
 5              MS. FIDLER:  She's not finished.
 6      Q.  (BY MS. KARIS)  Go ahead.  Go ahead.
 7      A.  The -- so the purpose in a -- in -- in
 8  quantitative research, that's what generalize --
 9  generalizability is.  Qualitative research, you
10  can take the findings of a case study of an
11  ethnographic study and say in the sense that
12  the -- the findings that are -- that were found
13  here in the case of a range of effects in other
14  communities besides the ones that we're seeing
15  would certainly exist outside of this.  And to
16  that extent, yes, we generalize and say that
17  people that are living in another community were
18  exposed to much of the same information, media,
19  oil coming into their community, et cetera.
20              Again the goal in this kind of a
21  study is to pick five communities that represent
22  different circumstances because we're trying to
23  find a range of effects.
24      Q.  And did you attempt to then determine what
25  percentage of the broader communities were
```

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

1    suffering from some of these effects that you

2    identified?

3                MS. FIDLER:  Object to form.

4        A.  Again, this is a qualitative research

5    study.

6        Q.  (BY MS. KARIS)  So is the answer "no"?

7        A.  We do not --

8                MS. FIDLER:  Objection.  She's not

9    finished, Counselor.

10       A.  We do not attempt to quantify the results.

11       Q.  (BY MS. KARIS)  Okay.  Now, on the

12   moratorium effects where people were blaming the

13   government --

14       A.  Uh-huh.

15       Q.  -- was it the case that you could not

16   quantify what percentage of people in those

17   communities were blaming the government?  Correct?

18               MS. FIDLER:  Object to form.

19       A.  We could not quantify anything in this

20   study.

21       Q.  (BY MS. KARIS)  And did you make any

22   generalizations, then, with respect to the broader

23   communities and blaming the government for the

24   moratorium's effects?

25               MS. FIDLER:  Object to form.

1    Exhibit 1311- -- what we've marked as 13117.  And

2    these are a series of field notes that have been

3    produced bearing Bates stamp US_PP_AUS000524

4    through -26, then picking up with -537 -- 541 --

5    547 -- 551 and -577.

6              And these would be some of the notes

7    that were considered for purposes of reaching the

8    opinions that you've rendered in this case, as

9    well as the social effects reports, correct?

10             MS. FIDLER:  Object to form.

11        A.  Again, I did not go back to these notes in

12   rendering my opinion.  These were notes that

13   became part of the social effects -- that were

14   part of the data from which the social effects was

15   created.

16        Q.  (BY MS. KARIS)  Whether you went back to

17   them or not, the social effects reports were based

18   on what folks said in these interviews, correct?

19             MS. FIDLER:  Object to form.

20        A.  They were based on the data collected

21   during the interviews, that's correct.

22        Q.  (BY MS. KARIS)  And you relied on that

23   data for purposes of rendering your opinions in

24   this case, correct?

25        A.  I relied --

```
 1                MS. FIDLER:  Object to form.
 2        A.  -- on that report for purposes, yes.
 3        Q.  (BY MS. KARIS)  So let's look at what some
 4   of the interviewees said.
 5        A.  Uh-huh.
 6        Q.  If you look at Page 61, which is the
 7   last -- which -- I believe 577.
 8        A.  Okay.
 9        Q.  It has Bates No. -577.  It's noted as
10   Page 61 of 105.
11        A.  Uh-huh.
12        Q.  Right towards the top, it says "PP" --
13        A.  Uh-huh.
14        Q.  -- "are you working on a study regarding
15   the impacts of the oil spill at the moment?"
16                You see that?
17        A.  Uh-huh.
18        Q.  What is "PP"?
19        A.  That is the interviewer's initials.  So
20   he's asking the individual that he is interviewing
21   if he's working on a study.
22        Q.  So he's asking the person that he's
23   interviewing whether that person is working on a
24   study regarding the impacts of the oil spill,
25   correct?
```

```
 1    to their local communities, correct?
 2         A.  It very much depended, again, on --
 3         Q.  Okay.
 4         A.  -- what the -- who the individual was and
 5    what they were specifically talking about.
 6         Q.  And so when somebody is speaking from the
 7    Business Council's perspective --
 8         A.  Uh-huh.
 9         Q.  -- about the positive effects that BP has
10    had on their community, could you also take those
11    positive effects and apply them, based on these
12    relationships as you just described them, to
13    effects in other communities?
14         A.  Yes.
15         Q.  Okay.  Both for the negative or the
16    positive impacts, you cannot, though, extrapolate
17    what percentage of the population was experiencing
18    any one of those effects, correct?
19              MS. FIDLER:  Objection; form.
20         A.  Again that is correct.  This is a
21    qualitative research study.
22         Q.  (BY MS. KARIS)  We were looking at some
23    statements that folks made regarding BP's role in
24    the economy or the impact of the economy after the
25    spill.
```

1    A.   This is -- again, this is not an

2    interview.   This is an interaction in the

3    community.   These individuals were present where

4    this -- where the researcher was, and he is --

5    obviously, they're all in the same place; and so

6    he, at this point, has been talking to this group

7    of people.   The one individual makes a comment.

8    The -- the researcher makes a comment.   The other

9    who has joined into the conversation adds his

10   comment.

11            Again, the purpose here is to

12   understand how these individuals are interacting.

13   Q.   PP701 made a comment that the economy --

14   about the economy and how it was bad before the

15   spill and how it compared after the spill.   But

16   the interviewer is trying to understand what the

17   perspective of PP703 is, correct?

18            MS. FIDLER:   Object to form.

19   A.   Again this is taking place in a group.

20   He's trying to understand the perspectives of the

21   people that are interacting right there.

22   Q.   (BY MS. KARIS)   And in trying to

23   understand the perspective of PP703, the

24   interviewer said:   "I said that many people had

25   mentioned how bad the economy had been prior to

1      Q.  And how did your study and report then

2  determine which of these views was more valid than

3  the other?

4      A.  Okay.  Again the idea here is that we're

5  not evaluating the views of the participants as to

6  whether they are valid or not.  We are trying to

7  understand the range of effects, the way that the

8  people in these communities are perceiving and

9  experiencing this event.

10     Q.  Okay.  Go to Page 8, please.  And this is

11 Reference 13.

12     A.  Uh-huh.

13     Q.  This field note begins by saying:  I

14 mentioned that one of the things I thought was

15 important in the aftermath of the oil spill and

16 which had been relatively ignored by the media was

17 the fact that the oil spill had affected"

18 substance -- "subsistence fishing in addition to

19 commercial fishing."

20             Correct?

21     A.  Uh-huh.

22             MS. FIDLER:  Object to form.

23     Q.  (BY MS. KARIS)  Who is the "I" that was

24 the one mentioning that they thought it was

25 important that the media had ignored the impact of

1    notes or interview notes, correct?

2         A.   Right.

3              MS. FIDLER:   Objection; form.

4         Q.   (BY MS. KARIS)   Okay.   Now, we've been

5    talking about economic effects and I want to also

6    talk about some of the mental health effects or

7    well-being effects, as you call them in your

8    report, okay?

9         A.   Uh-huh.

10        Q.   You are not, as we've established

11   previously, a medical doctor, correct?

12        A.   That is correct.

13        Q.   Nor a psychologist or a psychiatrist?

14             MS. FIDLER:   Objection; form.

15        A.   That is correct.

16        Q.   (BY MS. KARIS)   You're not qualified to

17   diagnose any medical condition --

18             MS. FIDLER:   Object --

19        Q.   (BY MS. KARIS) -- correct?

20             MS. FIDLER:   Object to form.

21        A.   That is correct.

22        Q.   (BY MS. KARIS)   You're an anthropologist?

23        A.   That is correct.

24             MS. FIDLER:   Object to form.

25        Q.   (BY MS. KARIS)   Your study did not set out

1   to determine the degree to which anyone's health

2   or well-being were impacted, correct?

3               MS. FIDLER:  Object to form.

4       A.   This study did not set out to determine

5   the degree in the sense, again, as we have been

6   discussing it, which means the quantitative

7   measure of those effects, no.

8       Q.  (BY MS. KARIS)  Your study did not measure

9   the degree to which health was impacted, correct?

10              MS. FIDLER:  Object to form.

11      A.   This -- the -- again, the study was -- did

12  not measure the degree in the sense of the number

13  of individuals who were affected in one way or

14  another.

15      Q.  (BY MS. KARIS)  Your study sought out only

16  to describe how health and social well-being were

17  impacted, correct?

18              MS. FIDLER:  Object to form.

19      A.   The -- again, the study sought out to

20  understand the range of effects, including those

21  on health and social well-being.

22      Q.  (BY MS. KARIS)  Turn to Tab 2, again,

23  please, which is your rebuttal report.

24      A.   Uh-huh.

25      Q.   You're responding to Dr. Bonanno's

1    drawing on specific data or analyses.

2        Q.  (BY MS. KARIS)  Well, to be clear, your

3    report says that you're going to speak to

4    short-term impacts through the time of March of

5    2012, correct?

6        A.  That is correct.

7        Q.  You are not going to speak to any impacts

8    after March of 2012 with respect to mental health,

9    correct?

10               MS. FIDLER:  Object to form.

11       A.  In -- let me make sure I'm reading -- that

12   is correct.

13       Q.  (BY MS. KARIS)  That's an ongoing study

14   that is not complete, correct?

15       A.  The study that we're involved in is not

16   complete, that is correct.  If -- as -- as I said,

17   if there's -- there -- I have knowledge of this

18   region and I have knowledge based over, you know,

19   almost 20 years of research there.  But my expert

20   report was based on the research that I conducted

21   between April 2010 and January 12.

22       Q.  And your opinions are limited to the

23   research that you conducted through January of

24   2012, correct?

25               MS. FIDLER:  Object to form.

1      A.   The opinions that I'm offering here, yes.

2      Q.   (BY MS. KARIS)  As part of the interviews

3  that you conducted, did you ask any of the

4  subjects about their mental health; that is, any

5  mental health services that they had received

6  prior to the spill?

7           MS. FIDLER:   Object to form.

8      A.   Again, the purpose of this study was not

9  to document individual mental health effects in

10  the sense of formal mental health services.  So,

11  no.

12      Q.   (BY MS. KARIS)  Did you ask any

13  individuals about what their physical health

14  condition was prior to the spill?  "Yes" or "no"?

15      A.   Well, let me -- again, the -- an interview

16  is taking place and an individual says, "I am

17  suffering from headaches, et cetera," the

18  researcher may have said, "Have you been suffering

19  from these since before?"

20           So in that case, there was a question

21  related.  That was not -- this was not a study

22  that went out to ask every individual who was

23  talked to whether they had been suffering from

24  mental health issues.

25      Q.   You did not set out to understand the

1    conditions and, therefore, in linking that mental

2    health condition to a specific cause.

3         Q.   (BY MS. KARIS)  Do you agree that mental

4    health conditions are most accurately assessed by

5    clinical psychologists and psychiatrists?

6         A.   I agree that psy- -- clinical

7    psychologists and psychiatrists are trained and

8    certified to diagnose individual mental health

9    conditions.

10        Q.   You understand that depression, anxiety,

11   stress, that those are clinical or can be clinical

12   diagnoses?

13        A.   I understand that they can be and that

14   those words are also used in common English to

15   describe conditions that people are experiencing.

16        Q.   Well, for purposes of diagnosing somebody

17   as having long-term anxiety, that is a medical

18   diagnosis, correct?

19             MS. FIDLER:  Object to form.

20        A.   For the purposes of a diagnosis that this

21   is an individual that is suffering from long-term

22   anxiety at the level of a diagnosis of that

23   individual, that would require a medical doctor --

24   a -- a -- a trained, certified specialist.

25             For the purpose of saying that --

1  that an individual that they're -- in the common

2  way that we talk about anxiety and that that

3  anxiety lasts over a long term, many people can

4  conclude that there's anxiety.

5     Q.  (BY MS. KARIS)  You don't need an

6  expertise, is what you're saying, for just talking

7  about, as you called it, a common way of talking

8  about anxiety?

9     A.  That is correct.

10    Q.  You don't need any expertise, then, to

11  talk about stress that people may be feeling,

12  correct?

13    A.  Okay.  There's two levels that the

14  individuals talk about feeling they are under

15  stress.  They do not need any particular expertise

16  to say, "I am feeling stress," and to report that.

17    Q.  For purposes, though, of diagnosing a

18  mental health condition arising from stress, that

19  requires a clinical psychologist or a

20  psychiatrist, correct?

21    A.  It requires a specialist in diagnosis to

22  say that there -- again, a specific mental health

23  condition, as defined, for instance, through the

24  diagnostic and statistical manual that is used for

25  diagnosis.

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

1    time, could be generalized to that other point in

2    time.  It would not rely on any new data.

3                    MS. FIDLER:  Okay.  Thank you,

4    Dr. Austin.  I have no further questions.

5                    MS. KARIS:  Dr. Austin, I have some

6    follow-up now.

7                    THE WITNESS:  Uh-huh.

8            F U R T H E R   E X A M I N A T I O N

9    BY MS. KARIS:

10       Q.  Is it correct that you're currently

11   working on a study to look at the impacts of the

12   spill after 2012 to present?

13       A.  That is correct.

14       Q.  You are not doing these generalizations

15   that you told us about.  Instead, you're doing an

16   actual study to understand the ongoing effects,

17   correct?

18                    MS. FIDLER:  Object to form.

19       A.  That study is underway.

20       Q.  (BY MS. KARIS)  Yes.  Is that correct?

21       A.  Yes.

22       Q.  Okay.  And you said as long as the

23   conditions are the same, you can generalize,

24   correct?

25       A.  That is standard understanding of -- of

1    when you generalize.  Most of the times a study is

2    completed and if somebody is going to generalize

3    the results of a study, it's not going to be at

4    the time the study was completed.  That time has

5    already passed.

6         Q.   The conditions of tourism change on an

7    annual basis, correct?

8         A.   That is correct.

9         Q.   The conditions of the seafood industry

10   change on an annual basis, correct?

11        A.   That is correct.

12        Q.   The conditions of the oil and gas industry

13   change on an annual basis, correct?

14        A.   That is correct.

15        Q.   And the conditions of the shipyard

16   industry change on an annual basis, correct?

17        A.   That is correct.

18        Q.   The conditions of each of those industries

19   changed in 2013, as well as 2014, correct?

20             MS. FIDLER:  Object to form.

21        A.   That is correct.

22        Q.   (BY MS. KARIS)  You did not look at any

23   data to determine whether the conditions in 2013

24   and '14 were the same as those in 2011 and 2012 or

25   early 2012, correct?

1            MS. FIDLER:  Object to form.

2       A.  Okay.  Again, you -- you asked me a

3  question in the general, do conditions change?

4  And I said, "Yes."

5            You then asked me if I looked at data

6  to conclude that?  I didn't have to because,

7  again, I've worked in this region for almost 20

8  years.  Conditions change from year to year.

9       Q.  (BY MS. KARIS)  Okay.  And so when you

10  talk about generalizing, you say as long as the

11  conditions are the same, correct?

12       A.  Again let me clarify.  That's the

13  conditions for -- of the particular effects that

14  are being analyzed.

15       Q.  You did not look at any data at all after

16  March of 2012 to present to generalize the

17  conditions of those four industries; is that

18  correct?

19            MS. FIDLER:  Objection, Counsel.

20       A.  That is correct.

21            MS. KARIS:  Thank you.  No further

22  questions.

23            THE VIDEOGRAPHER:  The time is

24  5:02 p.m.  This ends this deposition with Tape 7.

25  We're off the record.