# EXHIBIT D

EXPERT REPORT

**U.S. v. BP Exploration & Production, Inc. et al.**

# REBUTTAL TO BP ROUND 2 REPORTS

Submitted on Behalf of the United States

**Prepared by: Diane E. Austin (Ph.D.)**

_____

Diane E. Austin (Ph.D.)

September 26, 2014

# Table of Contents

Introduction ........................................................................................................................... 4

Part One: Criticisms by Drs. Scott and Bonnano of My Methods Misunderstand and
Mischaracterize the Field of Ethnography ........................................................................... 5

  1. The Appropriateness of the Approach Is Determined By the Needs of the Researcher; For
  Purposes of Determining the Range of Effects from the *Deepwater Horizon* Disaster As They
  Were Occurring, Ethnography Was the Most Appropriate Approach ...................................... 6

    1.a. Drs. Scott and Bonanno Have a Limited and Inaccurate Understanding of Ethnography 8

    1.b. The Criticisms of My Work by Drs. Scott and Bonanno Rely on Mischaracterizations of
    Ethnographic Literature ................................................................................................. 10

    1.c. Community-Based Collaborative Ethnography Does Not Equate to "Lack of
    Neutrality;" It Leads to Better Research........................................................................... 12

  2. The Criticisms of Drs. Scott and Bonanno that Ethnography is Biased Confuse and
  Misrepresent the Relative Roles of Quantitative vs. Qualitative Research............................. 16

    2.a. A Lack of "Random Sampling" Does Not Mean our Sampling was Random ............... 17

    2.b. Dr. Scott's Criticisms of Ethnographic Interviews are Especially Inapplicable When the
    Goal of Research is to Determine a Range of Effects ......................................................... 20

    2.c. The Allegations that Ethnography is Inherently Biased are Unfounded ........................ 21

  3. BARA Researchers Were Well-Qualified and Properly Trained To Conduct Ethnographic
  Research ......................................................................................................................... 24

Part Two: Drs. Scott and Bonanno Attempt to Trivialize Harms from the *Deepwater Horizon*
Disaster By Focusing on Impacts from Other Gulf Disasters and "Resilience" of the Population
.......................................................................................................................................... 25

  1. Drs. Scott and Bonanno Attempt to Blame Any and All Sociocultural Impacts of the
  *Deepwater Horizon* Disaster on Contextual Factors and Claim the Spill Response Yielded
  Only Net Benefits............................................................................................................ 25

    1.a. Drs. Scott and Bonanno Rely on Overly Narrow Definitions of Economic and Mental
    Health Harms That Miss Important Impacts to Gulf Coast Residents ................................. 25

    1.b. Dr Bonanno Inappropriately Uses "Preexisting Circumstances" to Trivialize Impacts
    from the Deepwater Horizon Disaster .............................................................................. 27

    1.c. When Drs. Scott and Bonanno Average Impacts Across Inappropriately Large Groups
    or Times They Mask Significant Harms and Fail to Account for the Unequal Distribution of
    Impacts........................................................................................................................... 29

  2. Dr. Bonanno's "That Which Does Not Kill You Makes You Stronger" Notion of Resilience
  Trivializes Individual and Community Harms..................................................................... 33

    2a. Dr. Bonanno's Assertions Regarding the Resilience of Individuals Ignores His Own
    Research and Admissions That Significant Percentages of People Likely Suffered Mental
    Health Impacts from the Deepwater Horizon Disaster......................................................... 33

2b. Dr. Bonanno's Arguments Regarding Community Resilience Are Unsupported........... 35

Part Three: Criticisms By Capt. Paskewich Gloss Over Barriers and Challenges of the Vessels of Opportunity Program ................................................................................................................ 37

Conclusion ............................................................................................................................ 38

References............................................................................................................................. 39

## Introduction

My name is Dr. Diane Austin. I am a Professor and Director of the School of Anthropology at the University of Arizona. I am an applied environmental and sociocultural anthropologist specializing in social impact assessment, community dynamics amid large-scale industrial activity, and community-based, collaborative research. **In my Expert Report, I provided my succinct perspective on the harms discussed in the two volumes, totaling more than 400 pages, which my colleagues and I produced for the BOEM as a result of our study of the social effects of the *Deepwater Horizon* disaster. I stand by that report as an accurate reflection of what happened during the period from April 2010 through January 2012.**

I have served as the Principal Investigator or Co-Principal Investigator for more than a dozen multiyear, multidisciplinary studies that bring together social scientists from different disciplines (economics, geography, history, public health, sociology) and that link social scientists and natural and physical scientists to design and carry out applied research. I have taught qualitative and quantitative research methods, data management, and analysis at both the undergraduate and graduate levels. Since 1998, I have taught a graduate course, Data Management and Analysis, which addresses central issues in qualitative and quantitative research in social science and attracts students from the colleges of Social and Behavioral Sciences, Agriculture and Life Sciences, and Education at the University of Arizona. Much of my work is performed for government agencies and non-governmental organizations (NGOs) to inform policymaking. For example, for the U.S. Bureau of Ocean Energy Management (BOEM), I have conducted research on the social effects of the Gulf of Mexico offshore oil and gas industry to provide baseline information and examine change over time.[1]

In this report I respond to the rebuttal reports of Dr. Loren C. Scott,[2] Dr. George A. Bonanno,[3] and Capt. Frank M. Paskewich,[4] which were submitted in response to my report, *Sociocultural Effects of the Deepwater Horizon Disaster in the U.S. Gulf of Mexico*, which was submitted on August 15, 2014.[5] That report was based on my 18 years of direct experience in the Gulf of Mexico region; my direct experience studying the social and economic effects of the *Deepwater Horizon* disaster from April 2010 through January 2012; and the two volumes of the report, *Offshore Oil and the Deepwater Horizon: Social Effects on Gulf Coast Communities*, prepared by researchers from the University of Arizona Bureau of Applied Research in Anthropology

---

[1] Luton, Harry., and Rodney E. Cluck. 2000. Applied Social Science for MMS: A Framework for Decision Making. Washington, DC: Minerals Management Service Environmental Studies Program.

[2] Expert Report of Dr. Loren Scott, submitted September 12, 2014, hereafter referred to as "Scott Rebuttal Report."

[3] Expert Report of George A. Bonanno, PhD, submitted September 12, 2014, hereafter referred to as "Bonanno Rebuttal Report."

[4] Rebuttal Expert Report of Frank M. Paskewich Captain, United States Coast Guard (Ret.), submitted September 12, 2014, hereafter referred to as "Paskewich Rebuttal Report."

[5] Expert Report of Diane E. Austin, Sociocultural Effects of the *Deepwater Horizon* Disaster in the U.S. Gulf of Mexico, submitted September 12, 2014, hereafter referred to as "Austin Expert Report."

(BARA)[6] for the Bureau of Ocean Energy Management (BOEM) and which focused on the social effects of the *Deepwater Horizon* disaster stemming from the blowout and oil spill, and from the response to it. The period of the BOEM study, from 2010-2012, was marked by conditions of complexity and uncertainty. In the first six months of this period, the search for the missing rig workers, then the release of millions of gallons of oil into the Gulf, and finally the capping of the well were the focus of national and international attention. Through the remainder of the study period, questions about seafood safety, fisheries recovery, and claims payments remained unresolved.

Drs. Scott and Bonanno, and Capt. Paskewich all provided specific comments on my report. Many of the comments provided by Drs. Scott and Bonanno focus on the research methods used.[7] Therefore, the first section of this report is devoted to a discussion of research methods. The second section addresses three particular concepts that underlie the substantive arguments that Drs. Scott and Bonanno make in their reports: direct, cumulative, and differential impacts; and "resilience." Throughout their rebuttal reports, Drs. Scott and Bonanno raise many of the same points again and again. I tried to identify each instance in my response below, but if I missed a citation and it applies to issues already addressed, my critique still holds across all pages and citations. The third section addresses the comments provided by Capt. Paskewich.

### Part One: Criticisms by Drs. Scott and Bonnano of My Methods Misunderstand and Mischaracterize the Field of Ethnography

Drs. Scott and Bonanno provided specific comments on the research approach and methods that the BARA research team used to gather data. For example, Dr. Scott states explicitly, "Austin's report is based on an ethnographic approach that is not appropriate or reliable in this context because of its fundamental reliance on anecdote. Further, her use of the ethnographic approach is flawed"[8] and "I also find that the particular approach used by Austin and her research team was flawed and cannot reliably support Austin's opinions."[9] Dr. Bonannon, too, is bold in his critique of ethnography. He states, for example, "The ethnographic/case study approach used by Austin

---

[6] I will use BARA researchers to refer to a team of 13 university-based researchers (including myself) and 6 community researchers who investigated the effects of the disaster between April 10, 2010 and January 31, 2012. I was the lead Principal Investigator and guided the research. The two reports generated by that research are:
(1) Austin, Diane, Brian Marks, Kelly McClain Thomas McGuire, Ben McMahan, Victoria Phaneuf,, Preetam Prakash, Bethany Rogers, Carolyn Ware, and Justina Whalen. 2014. Offshore Oil and the *Deepwater Horizon*: Social Effects on Gulf Coast Communities. Volume I: Methodology, Timeline, Context, and Communities. OCS Study BOEM 2014-617. U.S. Department of the Interior, Bureau of Ocean Energy Management, Gulf of Mexico OCS Region (referred to hereafter as Austin et al. Vol I). The study upon which the report is based is referred to hereafter as the BOEM study.
(2) Austin, Diane, Shannon Dosemagen, Brian Marks, Thomas McGuire, Preetam Prakash, and Bethany Rogers. 2014. Offshore Oil and the *Deepwater Horizon*: Social Effects on Gulf Coast Communities. Volume II: Key Economic Sectors, NGOs, and Ethnic Groups. OCS Study BOEM 2014-618. U.S. Department of the Interior, Bureau of Ocean Energy Management, Gulf of Mexico OCS Region (referred to hereafter as Austin et al. Vol II). The study upon which the report is based is referred to hereafter as the BOEM study.
[7] Note that I did not count the number of paragraphs, sentences, words, or characters devoted to critique of the research methods, but I use the word *many* to reflect both the sheer number of times that questions about the research methods are raised in Scott's and Bonanno's reports and the range of issues that are raised.
[8] Scott Rebuttal Report, p. 4.
[9] Scott Rebuttal Report, p. 41.

was inappropriate for assessing the impact of the DWH incident."[10] In this section, I address each of their concerns.

It is important to note at the outset that Drs. Scott and Bonanno use the terms "approach," "methods," and "techniques" inconsistently when discussing research. This contributes to the confusion associated with their arguments. In this report, I use the following terms:

- The *approach* is the overall orientation to research. It is determined by researchers' understanding of the nature of existence and reality (ontology) and the nature and scope of knowledge and knowing (epistemology), as well as the specific conditions under which the research is conducted (e.g., Does gender or age influence whether and how people participate in the research? Are participants comfortable sharing information of the type being sought?). Research approaches can be qualitative, quantitative, or mixed. They can be participatory or multi-sited. Ethnography is a qualitative research approach. Survey research and experimentation are two quantitative research approaches. A mixed approach involves using both qualitative and quantitative approaches..

- *Research methods* can broadly be defined as ways of getting information. Common social science research methods include interviews, focus groups, participant observation, community mapping, photo elicitation, and questionnaires. These methods can be administered in person, over the telephone, or via email, the internet, and various forms of social media. Ethnographic research combines these methods "to identify patterns, describe relationships and social networks, and reveal understandings and meanings that people attribute to places and events in their lives, and to contextualize all these in broader contexts."[11] Methods such as interviews, photo elicitation, and questionnaires can be used in both qualitative and quantitative approaches.

## 1. The Appropriateness of the Approach Is Determined By the Needs of the Researcher; For Purposes of Determining the Range of Effects from the *Deepwater Horizon* Disaster As They Were Occurring, Ethnography Was the Most Appropriate Approach

The first question that a social science researcher must answer when selecting a research approach, and then determining the methods he or she will use, is "what is the purpose of my research?"[12] The choice of qualitative or quantitative approaches depends on the nature of the research question and the context of the research. In the introduction to their *Handbook of Applied Social Research Methods*, Leonard Bickman and Debra Rog note, "The applied researcher is often faced with 'fuzzy' issues underneath which lie multiple, often broad research questions, and is asked to address them in a 'messy' or uncontrolled environment."[13] With qualitative approaches, the goal is generally to uncover and understand what lies behind any

---

[10] Bonanno Rebuttal Report, p. 4.
[11] Austin Expert Report, p. 6.
[12] Maxwell, Joseph A., 1998. Designing a Qualitative Study. In Leonard Bickman and Debra J. Rog, eds., 1998. Handbook of Applied Social Research Methods. Thousand Oaks: Sage Publications, p. 71.
[13] Bickman, Leonard, and Debra J. Rog. 1998. Introduction: Why a Handbook of Applied Social Research Methods? . In Leonard Bickman and Debra J. Rog, eds., 1998. Handbook of Applied Social Research Methods. Thousand Oaks: Sage Publications, p. xi.

phenomenon about which little is known. With quantitative approaches, the goal is generally to test hypotheses about a phenomenon, and these often rely on statistical methods to support inferences from a sample to a population (see Section 2 below). A common framework for understanding research is to see research on a continuum:



| EXPLORE | DESCRIBE | EXPLAIN | PREDICT |
|---|---|---|---|
| What should I be looking at? | What is going on here? | Why are things happening the way they are? | What will happen if…? |

A fully comprehensive assessment of the impacts of any disaster requires a well-designed research program that incorporates a wide range of research approaches, conducted by researchers with diverse expertise and experience. In May 2010, BP announced a commitment of $500 million, over ten years, to establish the Gulf of Mexico Research Initiative (GoMRI), an independent research program designed to study the impact of the oil spill on the environment and public health in the Gulf of Mexico. A fully comprehensive assessment of the impacts of the *Deepwater Horizon* disaster on humans would have required an extensive research program that involved single- and multi-disciplinary teams with social scientists from a wide range of disciplines, including anthropology, economics, geography, psychology, sociology, and more. Though one of the five research themes of the GoMRI program is to assess the "[i]mpact of oil spills on public health including behavioral, socioeconomic, environmental risk assessment, community capacity and other population health considerations and issues," BP has funded very few studies that would determine the behavioral and social effects of the spill.[14] Of the 202 individual research projects, only six touch on human effects of any sort and none constitute the comprehensive effort necessary to quantify or even fully evaluate the qualitative effects of the spill on the behavior and culture of the affected communities. [15]

My report is based on the research that my research team and I conducted and that began immediately following the onset of the *Deepwater Horizon* disaster and continued into 2012. That research was specifically designed to capture the range of effects of the disaster as they were occurring, including those that "were immediately obvious and readily documented" and those that "emerged more slowly as the nature and scope of the event and its aftermath continued to unfold."[16]  By design, it focuses "on the short-term effects, those that occurred in the first 20 months after the disaster began, and provides the context within which those effects were experienced."[17] Given the huge uncertainties associated with the disaster at the onset, the most appropriate approach for assessing the range of effects was one that would allow the researchers to move from exploration to description and then explanation.  For that reason, ethnography was identified as the most appropriate research approach. Within a larger research program such as the GoMRI or the more recently established Gulf Research Program,[18] the BOEM study could

---

[14] http://research.gulfresearchinitiative.org/research-about/

[15] http://research.gulfresearchinitiative.org/research-search/research-searchtool.php

[16] Austin Vol I, p. ix.

[17] Austin Vol I, p. ix.

[18] The Gulf Research Program, established by the National Academy of Sciences, as part of the legal settlement with BP and Transocean, has identified three major goals: (1) Foster innovative improvements to safety

provide the foundation for additional research using both quantitative and qualitative approaches. However, more than four and a half years after the disaster began, no such program has yet been developed.

### 1.a. Drs. Scott and Bonanno Have a Limited and Inaccurate Understanding of Ethnography

Both Drs. Scott and Bonanno challenge the use of ethnography. Dr. Scott observes, "Austin's report is based on gathering qualitative data by talking to people and attending meetings and events. This is a technique generally known as ethnography. I find that for the purpose of assessing the effects of the *Deepwater Horizon* spill on Gulf Coast residents' economic and material well-being, the ethnographic approach is not appropriate or reliable in drawing conclusions that apply to the Gulf Coast population."[19] Dr. Bonanno also states, "The ethnographic/case study approach used by Austin was inappropriate for assessing the impact of the DWH incident. This approach is designed primarily for exploratory research on novel or understudied topics, and does not provide an objective method to answer specific questions about the impact of the DWH incident on individuals and communities."[20] Dr. Bonanno characterizes ethnography as follows: "Ethnographers reject the common deductive format of the social sciences in favor of an approach focused more on 'story-telling' that can be used to generate novel perspectives on unique or relatively unknown phenomenon, such as the behavior of unique cultures (e.g., sexual activity in pacific island populations) or relatively poorly understood subgroups in a given population (e.g., street gangs or institutionalized individuals) or, in the case of disaster, to develop new methods for community intervention (e.g., understanding family stressors and building family resilience)."[21] Bonanno also comments, "Long-standing relationships, and the trust that those relationships might engender, would no doubt be useful for more generic ethnographic applications. Ethnographic data have in fact been described as 'an excellent first stage in a longer research process,'[22] especially 'in situations in which the phenomenon under investigation is novel, different, or unknown,'[23] or where the goal is to "generate questions for research that might be followed up by other methodologies."'[24]

Dr. Scott also asserts that ethnography is inherently unreliable because "**People may say one thing, when reality is something different altogether**"[25] (emphasis in the original), as if this were a problem unique to ethnography, despite the fact that this observation holds equally true in survey research, which Dr. Scott alleges should be used. Dr. Scott also fails to acknowledge that

---

technologies, safety culture, and environmental protection systems associated with offshore oil and gas development; (2) Improve understanding of the connections between human health and the environment to support the development of healthy and resilient Gulf communities; and (3) Advance understanding of the Gulf of Mexico region as a dynamic system with complex, interconnecting human and environmental systems, functions, and processes to inform the protection and restoration of ecosystem services.
http://nas.edu/gulf/about/index.html

[19] Scott Rebuttal Report, pp. 40-41.

[20] Bonanno Rebuttal Report, p. 4.

[21] Bonanno Rebuttal Report, p. 9-10.

[22] Citing Griffin, C. and A. Bengry-Howell. 2008. Ethnography. In Carla Willig and Wendy Stainton-Rogers, The SAGE Handbook of Qualitative Research in Psychology. London England: Sage Publications Ltd., p. 19.

[23] Citing Savage, J. 2000. "Ethnography and Health Care." BMJ: British Medical Journal *321*(7273):1400.

[24] Bonanno Rebuttal Report, p. 11.

[25] Scott Rebuttal Report, p. 52.

ethnographic research incorporates a comprehensive suite of methods to address this challenge, as discussed further below.

The above statements by Drs. Scott and Bonanno reflect a very limited and inaccurate understanding of the purpose of the science of ethnography. First, it is important to note that despite Dr. Bonanno's reference to a "common deductive format of the social sciences," social science research encompasses methods that rely on both deductive (starting with a theory and developing a testable hypothesis) and inductive reasoning (starting with a question, collecting data, and looking for regularities, themes, and patterns that lead to generalizations and eventually theory).[26] As noted by H. Russell Bernard in his widely used textbook, *Research Methods in Anthropology: Qualitative and Quantitative Approaches*, "Real research is never purely inductive or purely deductive. In general, the less we know about a research problem, the more inductive we'll be – the more we let observation be our guide – and the more we know about a problem, the more deductive we'll be… It's messy, but this paradigm for building knowledge – the continual combination of inductive and deductive research – is used by scholars across the humanities and the sciences alike and has proved itself, over thousands of years."[27] Jerome Kirk and Marc Miller note that both qualitative researchers and quantitative researchers "subject their theories to… empirical risk" and, just like researchers using quantitative approaches, "qualitative researchers have always celebrated objectivity."[28]

The *Deepwater Horizon* disaster was a unique and novel event, in terms of both the depth of the blowout and amount of oil spilled[29] as well as the occurrence of an oil disaster of this magnitude occurring less than five years after a series of devastating hurricanes (see Part Two, Section 1.b. on Cumulative Impacts). Ethnography is a valuable approach both for exploring phenomena of concern as well as for explaining them. This is why it was used for the BOEM study, which was designed to increase understanding of the sociocultural effects of the *Deepwater Horizon* disaster. "Ethnography is an approach to learning about the social and cultural life of communities, institutions, and other settings that
- is scientific
- is investigative
- uses the researcher as the primary tool of data collection
- uses rigorous research methods and data collection techniques to avoid bias and ensure accuracy of data
- emphasizes and builds on the perspectives of the people in the research setting
- is inductive, building local theories for testing and adapting them for use both locally and elsewhere."[30]

---

[26] Strauss, A., and J. Corbin. 1990. Basics of Qualitative Research: Grounded Theory Procedures and Techniques. Newbury Park, CA: Sage Publications.

[27] Bernard, H. Russell. 2011. Research Methods in Anthropology: Qualitative and Quantitative Approaches. Lanham. MD: Altamira Press, A Division of Rowman and Littlefield Publishers, p. 7.

[28] Kirk, Jerome, and Marc C. Miller. 1985. Reliability and Validity in Qualitative Research. Thousand Oaks, CA: Sage Publications, p. 11.

[29] http://www2.epa.gov/enforcement/deepwater-horizon-bp-gulf-mexico-oil-spill

[30] LeCompte, Margaret D, and Jean J. Schensul. 1999. Designing and Conducting Ethnographic Research. Walnut Creek, CA: Altamira Press, A Division of Sage Publications, p. 1.

**1.b. The Criticisms of My Work by Drs. Scott and Bonanno Rely on Mischaracterizations of Ethnographic Literature**

In his report, Dr. Scott notes, "There has been a great deal of debate in the literature over the efficacy of the ethnographic methodology."[31] I fully concur with his comment. However, Dr. Scott ignores the very substantial debate about the appropriateness of ethnography, or the broader question of when and why to use qualitative and quantitative research approaches and methodologies. There is, indeed, a large body of literature, including that from marketing research, that argues for the use of ethnographic research. Surprisingly Dr. Scott bases his critique on one source: "An article by Dr. Elizabeth C. Hirschman in 1986 in the *Journal of Marketing Research* compared ethnography to the standard methodology originating in the physical sciences."[32] He neglects to note that at the time Hirschman published her 1986 article the debate about research approaches in marketing was entering a new phase. Three years later, for example, Hirschman edited a volume that brought together a series of papers addressing research approaches in marketing.[33] By 1998, Dr. Hirschman was drawing extensively upon the work of anthropologists, sociologists, and others, arguing for a discursive model she and her colleagues developed: "Conceptually, the discursive model could be used to help advertisers better comprehend *consumption contexts* such as holidays, gift giving, air travel, sports and recreation activities, hotel patronage, and fitness preferences" (emphasis in original).[34] And Dr. Hirschman was not alone. In 2009, writing in the Harvard Business Review, Ken Anderson, an anthropologist employed by Intel Research, observed, "Corporate ethnography isn't just for innovation anymore. It's central to gaining a full understanding of your customers and the business itself."[35] Indeed, the demand for the application of ethnographic research in business and management has led to calls for better training and education in ethnography for business and management researchers, including access to "seasoned ethnographers" and a range of "field-methods courses," as well as opportunities for apprenticeship with experienced faculty.[36]

Dr. Scott erroneously supports his arguments for particular research methods (e.g., the use of questionnaires) through reference to the Reference Manual on Scientific Evidence.[37] He quotes passages from the manual that explain the difference between relying on witnesses who can base their testimony on surveys as opposed to individuals who can report on their individual experiences.[38] Those quotes do not address the difference between relying on witnesses who base their testimony on ethnographic research rather than those who base theirs on survey research.

Dr. Bonanno, too, relies on a limited – and skewed – review of the substantial literature on ethnography and the complex debates surrounding its application. To substantiate his claim that ethnography equates to storytelling, Dr. Bonanno cites one article and discussion published in

---

[31] Scott Rebuttal Report, p. 41.

[32] Scott Rebuttal Report, pp. 41-42.

[33] Hirschman, Elizabeth C., ed. 1989. Interpretive Consumer Research. Association for Consumer Research.

[34] Hirschman, Elizabeth C., Linda Scott, and William B. Wells. 1998. "A Model of Product Discourse: Linking Consumer Practice to Cultural Texts." Journal of Advertising 27(1):33-50.

[35] Anderson, Ken. 2009. "Ethnographic Research: A Key to Strategy." Harvard Business Review. March.

[36] Locke, Karen. 2011. "Field Research Practice in Management and Organization Studies: Reclaiming its Tradition of Discovery." The Academy of Management Annals 5(1):636.

[37] Federal Judicial Center and National Research Council. 2011. Reference Manual on Scientific Evidence (3rd Ed.).

[38] Scott Rebuttal Report, p. 43, Footnote 109.

*Current Anthropology*. As is the fashion in *Current Anthropology*, each article is followed by commentary by scholars who debate the merits of the argument. The article Dr. Bonanno cites for his "story-telling" characterization was written by a biological anthropologist who makes a complex argument for both a "reflexive analytical approach" and a "comparative event-history approach."[39] The discussion following the article highlights the complexities of the ethnographic enterprise. Dr. Bonanno does not address any of this discussion in his simplistic characterization. A more accurate characterization comes from *The Handbook of Applied Social Science Research Methods,* which explains that "[t]he ethnographer is both storyteller and scientist."[40] To support his critique, Dr. Bonanno also cites articles authored by management science practitioners[41] and *The SAGE Handbook of Qualitative Research in Psychology*.[42]

Dr. Bonanno also ignores researchers within his own discipline who have noted the utility of ethnography and qualitative methods.[43]  For example, in their article in the *Annual Review of Psychology*, Cooper and Denner noted that the traditional anthropological approach of combining emic (local meanings) with etic (more universal meanings) "holds promise for psychological research"[44] and, furthermore, recognized the strength of sociocultural approaches and theories because they focus and link individual, interpersonal, and institutional processes.[45]

---

[39] Aunger, R. 1995. "On Ethnography: Storytelling or Science?" Current Anthropology *36*(1): 97–130

[40] Fetterman, David M. 1998. Ethnography. In Leonard Bickman and Debra J. Rog, eds., 1998. Handbook of Applied Social Research Methods. Thousand Oaks: SAGE Publications, p. 474. See also LeCompte, Margaret D, and Jean J. Schensul. 1999. Designing and Conducting Ethnographic Research. Walnut Creek, CA: Altamira Press, A Division of Sage Publications, p. 1.

[41] Harvey, L. J. and M.D. Myers, M. D. 1995. "Scholarship and Practice: The Contribution of Ethnographic Research Methods to Bridging the Gap." Information Technology and People 8(3):13–27.

[42] Griffin, C. and A. Bengry-Howell. 2008. Ethnography. In Carla Willig and Wendy Stainton-Rogers, *The SAGE Handbook of Qualitative Research in Psychology*. London England: SAGE Publications Ltd., pp. 14–32.  A more appropriate Sage publication for understanding and assessing ethnographic research would be the seven volume series published in 1999 through Altamira Press, edited by Jean J. Schensul and Margaret D. LeCompte, and collectively titled The Ethnographer's Toolkit. The seven publications in the series are: Designing and Conducting Ethnographic Research by Margaret D. LeCompte and Jean J. Schensul; Essential Ethnographic Methods: Observations, Interviews, and Questionnaires by Stephen Schensul, Jean J. Schensul, and Margaret D. LeCompte; Enhanced Ethnographic Methods: Audiovisual Techniques, Focused Group Interviews, and Elicitation Techniques by Jean J. Schensul, Margaret D. LeCompte, Bonnie . Nastasi, and Stephen P. Borgatti; Mapping Social Networks, Spatial Data, and Hidden Populations by Jean J. Schensul, Margaret D. LeCompte, Robert T. Trotter, II, Ellen K. Cromley, and Merrill Singer; Analyzing and Interpreting Ethnographic Data by Margaret D. LeCompte and Jean J. Schensul; Research Roles and Research Partnerships by Margaret D. LeCompte, Jean J. Schensul, Margaret R. Weeks, and Merill Singer; and Using Ethnographic Data: Interventions, Public Programming, and Public Policy by Jean J. Schensul, Margaret D. LeCompte, G. Alfred Hess, Jr., Bonnie K. Nastasi, Marlen J. Berg, Lynne Williamson, Jeremy Brecher, and Ruth Glasser.

[43] Ainslie, R., and K. Brabeck. 2003. "Race Murder and Community Trauma: Psychoanalysis and Ethnography in Exploring the Impact of the Killing of James Byrd in Jasper, Texas." Journal for the Psychoanalysis of Culture and Society, 8(1):42. Rizzo, T. A., Corsaro, W. A., and J.E. Bates. 1992. Ethnographic Methods and Interpretive Analysis: Expanding the Methodological Options of Psychologists. Developmental Review, 12(2):101.

[44] Cooper, C. R., and J. Denner. 1998. "Theories Linking Culture and Psychology: Universal and Community-Specific Processes." Annual Review of Psychology, 49:570.

[45] Cooper, C. R., and J. Denner. 1998. "Theories Linking Culture and Psychology: Universal and Community-Specific Processes." Annual Review of Psychology, 49:574.

Rather than a collection of anecdotes, ethnography, "the primary method of anthropology,"[46] involves the systematic collection and recording of information, identification of patterns and regularities in the data, and the constant interweaving of collection and analysis. Indeed, one of the strengths of ethnography is that it is a research approach that explicitly recognizes and addresses the fact that people construct and make meaning of their worlds in highly variable and locally specific ways and adapt and adjust their behavior according to real-world incentives and constraints.[47] And, this strength is now recognized well beyond the discipline of anthropology. As noted by Locke in her call for incorporating fieldwork into organization and management studies, "one of the goals of such research is to develop an analytic interpretation of observed patterns in the data that had not occurred to others."[48] Indeed, ethnographic research has helped explain phenomena and provide guidance to policymakers and the general public on a wide range of topics, including the nuclear power industry,[49] firefighting,[50] and healthcare systems.[51] Though team ethnography is challenging, it is particularly effective in research conducted over large geographical areas and with diverse populations.[52]

To summarize, ethnography is a scientific, rigorous, inductive approach to research that emphasizes and builds upon the perspectives of the people in the research setting to support exploration, description, and explanation of phenomena under study. It is the most appropriate research approach for increasing understanding of the range of sociocultural effects of the multifaceted and evolving *Deepwater Horizon* disaster on the people and communities of coastal Louisiana, Mississippi, and Alabama.

### 1.c. Community-Based Collaborative Ethnography Does Not Equate to "Lack of Neutrality;" It Leads to Better Research

Drs. Scott and Bonanno also express specific concerns about the fact that members of the research team knew people from the study communities when the research began. Dr. Scott notes, "This problem [that what people say differs from "reality"] is exacerbated when the researcher is embedded with the respondents instead of being objectively detached under

---

[46] Patton, Michael Quinn. 2002. Qualitative Research and Evaluation Methods. Thousand Oaks: Sage Publications, p. 81.

[47] LeCompte, Margaret D, and Jean J. Schensul. 1999. Designing and Conducting Ethnographic Research. Walnut Creek, CA: Altamira Press, A Division of Sage Publications, p. 1. Fetterman, David M. 1998. Ethnography. In Leonard Bickman and Debra J. Rog, eds., 1998. Handbook of Applied Social Research Methods. Thousand Oaks: Sage Publications, p. 479.

[48] Locke, Karen. 2011. "Field Research Practice in Management and Organization Studies: Reclaiming its Tradition of Discovery." The Academy of Management Annals 5(1):640.

[49] Perin, Constance. 2005. Shouldering Risks: The Culture of Control in the Nuclear Power Industry. Princeton, NJ: Princeton University Press.

[50] Desmond, Matthew. 2007. On the Fireline: Living and Dying with Wildland Firefighters. Chicago, IL: University of Chicago Press.

[51] Béhague, Dominique P., and Katerini T. Storeng. 2008. "Collapsing the Vertical–Horizontal Divide: An Ethnographic Study of Evidence-Based Policymaking in Maternal Health." American Journal of Public Health 98(4): 644-649.

[52] Erickson, Ken C., and Donald D. Stull. 1998. Doing Team Ethnography: Warnings and Advice. Qualitative Research Methods Series, Vol. 42. Thousand Oaks, CA: Sage Publications. Austin, Diane. 2003." Community-Based Collaborative Team Ethnography: A Community University-Agency Partnership." Human Organization 62(2):143-152.

standard, widely used economic methodology"[53] Dr. Bonanno observes, "Any conclusions generated by this approach thus result from a gradually emerging, collaborative understanding formed jointly through the interplay between informants' experiences and researchers' observations. Critics of this approach have expressed skepticism, however, of ethnographers' assumed ability function as a truly neutral observer, particularly when attempting to assess culturally and ethnically varied populations such as those in the Gulf region."[54]

The ethnographic approach used by BARA researchers in the BOEM study of the social and economic effects of the *Deepwater Horizon* disaster from April 2010 through January 2012 is grounded in a community-based collaborative framework. This framework deliberately embeds researchers in communities to allow for the assessment of the range of effects that cannot be assessed using economic methodology. Especially in situations where there are high levels of mistrust, collaborative research increases levels of participation.[55] Collaborative ethnography has been developed to respond explicitly to the concerns Dr. Bonanno raises about assessing "culturally and ethnically varied populations"[56] As Joanne Rappaport notes, "A series of collaborative projects with indigenous and African American communities have demonstrated that collaboration is not only a moral choice for progressive ethnographers but a choice that makes for good ethnography."[57]

This approach has been particularly valuable in the study communities where residents are wary of interacting with people from outside and have had negative experiences with researchers, reporters, and government agents. In my experience, of particular concern to residents of coastal Louisiana, Mississippi, and Alabama has been that people have come into their communities to gather information that the residents believed was intended only to portray them in a negative light and to support policies that would restrict their activities. Likewise, residents have expressed concern that researchers rarely share the results of their investigations back in the communities from which the information has been gathered. For example, during one of my first visits to southern Louisiana, in 1997, fishermen explained to me that their reluctance to participate in interviews for a research study of the social impacts of oil and gas development on the outer continental shelf (OCS) stemmed from the fact that various researchers and government agents had come to them for information but they had never seen any results of those studies. Instead, they experienced regulations restricting their fishing practices, which they attributed to the studies that had been done.[58]

[53] Scott Rebuttal Report, p. 52.

[54] Bonanno Rebuttal Report, p. 11.

[55] Collaborative ethnography is one of many approaches to ethnography that has been developed in the past decades to respond to the needs and circumstances of both researchers and communities. It was the topic of the first article in the first volume of the journal, Collaborative Anthropologies:  Rappaport, Joanne. 2008. "Beyond Participant Observation: Collaborative Ethnography as Theoretical Innovation." Collaborative Anthropologies 1:1-

[31.] Collaborative team ethnography is described in Austin, Diane. 2003. "Community-Based Collaborative Team Ethnography: A Community University-Agency Partnership." Human Organization 62(2):143-152.

[56] Bonanno Rebuttal Report, p. 11.

[57] Rappaport, Joanne. 2008. "Beyond Participant Observation: Collaborative Ethnography as Theoretical Innovation." Collaborative Anthropologies 1:1-31.

[58] The results of that first study are reported in Wallace, Barbara, James Kirkley, Thomas R. McGuire, Diane Austin, and David Goldfield. 2001. Assessment of Historical, Social, and Economic Impacts of OCS Development on Gulf

In 1998, I had the opportunity to address the concerns I had heard in Louisiana (and that were being raised in many communities across the United States and by researchers in the United States and abroad),[59] when my colleague, Dr. Tom McGuire, and I responded to a solicitation by the Minerals Management Service for research proposals to investigate the social and economic impacts of offshore oil and gas exploration and production activities on families and individuals along the Gulf Coast (hereafter referred to as the Family Study). "We had also become familiar with the challenges of working in the close-knit communities of southern Louisiana and the difficulties of finding workers when their jobs took them offshore, into fabrication yards, or onto highways for long periods of time."[60] Our research design was informed by the anthropological tradition of ethnography and also by specific approaches developed to incorporate teacher-researchers and "allow us to address complex questions in a relatively short period of time."[61] In short, "Our aim was to develop collaborative partnerships among people from the university, the federal government, and the study communities, through which the concerns and needs of all three groups could be addressed."[62] Even during that study, where we had intended to supplement standard ethnography with "roving ethnography to follow family ties to workers in other communities in the region,[63] we found that outside the study communities, even with referrals from family members, "numbers had been disconnected, people would not return phone calls, and workers were not present during the short periods we had allotted to be in the other communities."[64]

Drawing upon and applying what we learned in the Family Study,[65] Dr. McGuire and I have continued to develop appropriate methodologies and conduct research to expand understanding

Coast Communities. Volume II: Narrative Report.  MMS 2001-027. New Orleans: U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

59 Ferris, L.E., and A. Sass-Kortsak. 2011. "Sharing Research Findings with Research Participants and Communities." The International Journal of Occupational and Environmental Medicine 2(3):172-181. Macaulay, A.C., A. Ing, J. Salsberg, A. McGregor, C. Saad-Daddad, J. Rice, L. Montour, and K. Gray-Donald. 2007. "Community-Based Participatory Research: Lessons from Sharing Results with the Community: Kahnawake Schools Diabetes Prevention Project. Progress in Community Health Partnerships" 1(2): 143-152. Fernandez Kodish and Weijer 2003 "Informing Study Participants of Research Results: An Ethical Imperative." IRB: Ethics and Human Research 25(3):12-19.

60 Austin, Diane. 2003. "Community-Based Collaborative Team Ethnography: A Community University-Agency Partnership." Human Organization 62(2):144.

61 Austin, Diane. 2003. "Community-Based Collaborative Team Ethnography: A Community University-Agency Partnership." Human Organization 62(2):144.

62 Austin, Diane. 2003. "Community-Based Collaborative Team Ethnography: A Community University-Agency Partnership." Human Organization 62(2):149.

63 Austin, Diane. 2003. "Community-Based Collaborative Team Ethnography: A Community University-Agency Partnership." Human Organization 62(2):145.

64 Austin, Diane. 2003. "Community-Based Collaborative Team Ethnography: A Community University-Agency Partnership." Human Organization 62(2):147.

65 Austin, Diane E., Karen Coelho, Andrew Gardner, Rylan Higgins, and Thomas R. McGuire. 2002. Social and Economic Impacts of OCS Activities on Individuals and Families: Volume 1. MMS 2002-022. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. Austin, Diane E. and Thomas R. McGuire, eds. 2002. Social and Economic Impacts of OCS Activities on Individuals and Families: Volume 2: Case Studies of Morgan City and New Iberia, Louisiana. MMS 2002-023. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

of the social effects of the offshore petroleum industry on Gulf coast communities. The research we have conducted has been reported in agency reports and academic publications.[66]

When the *Deepwater Horizon* disaster began, we built upon our knowledge and experience working in the region to identify appropriate academic and community partners and develop a research design to study the social effects of the disaster. As noted in my report, "These prior relationships made it possible for the researchers to enter the communities during the very difficult period following the onset of this disaster and get beyond the individuals who were seeking publicity."[67]   In other words, community-based research (especially in tightly-knit communities) helps address concerns about representativeness and accuracy.

Dr. Bonanno observes that "The goals of collaborative, participant-observer research on disaster, for example, intentionally compromise knowledge generation in favor of the broader goals of fostering 'co-learning' and develop 'practices and policies that are empowering' and foster the

---

[66] Agency Reports: Austin, Diane, Bob Carriker, Tom McGuire, Joseph Pratt, Tyler Priest, and Allan G. Pulsipher. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume I: Papers on the Evolving Offshore Industry. OCS Study MMS 2008-042. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. McGuire, Tom. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume II: Bayou Lafourche: Oral Histories of the Oil and Gas Industry. OCS Study MMS 2008-043. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. Austin, Diane E. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume III: Morgan City's History in the Era of Oil and Gas: Perspectives of Those Who Were There. OCS Study MMS 2008-044. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. Sell, James L. and Tom McGuire. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume IV: Terrebonne Parish.  OCS Study MMS 2008-045. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. Austin, Diane E. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume V: Guide to the Interviews. OCS Study MMS 2008-046. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. Austin, Diane E. and Justin Gaines. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume VI: A Collection of Photographs. OCS Study MMS 2008-047. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. Austin, Diane, and Drexel Woodson. 2014. Gulf Coast Communities and the Fabrication and Shipbuilding Industry: A Comparative Community Study. Vol. II: Community Profiles. OCS Study BOEM 2014-610. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. McGuire, Tom, Diane Austin, and Drexel Woodson, eds. 2014. Gulf Coast Communities and the Fabrication and Shipbuilding Industry: A Comparative Community Study. Vol. III: Technical Papers. OCS Study BOEM 2014-611. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region. Austin, Diane E. 2003. Community-Based Collaborative Team Ethnography: A Community-University-Agency Partnership. Human Organization. 62(2):143-152.
Academic Publications: Austin, Diane E. 2003. Moving Offshore in the Gulf of Mexico: People, Technology, and the Organization of Work in the Early Years of Oilfield Diving. Oil-Industry Journal. 4(1). Austin, Diane E. 2006. Women's Work and Lives in Offshore Oil. Research in Economic Anthropology 24:163-204. Austin, Diane E., Thomas R. McGuire, Rylan Higgins. 2006. Work and Change in the Gulf of Mexico Offshore Petroleum Industry. Research in Economic Anthropology 24:89-122. Coelho, Karen. 2006. The Footprint of the Offshore Oil Industry on Community Institutions. Research in Economic Anthropology, 24:123-162. Higgins, Rylan. 2006. "Bodies" for Rent: Labor and Marginality in Southern Louisiana. Anthropology of Work Review 26(3):12-22. McGuire, Thomas. 2006. Oil and Gas in South Louisiana. Research in Economic Anthropology, 24:63-87. McGuire, Thomas, and Andrew Gardner. 2003 Contract Drillers and Casual Histories along the Gulf of Mexico. Human Organization 62(3): 218-228.
[67] Austin Rebuttal Report, p. 7.

"mutual benefit of all parties."[68] Although the goals of community-based collaborative ethnography certainly include fostering "co-learning" and seeking "mutual benefit of all parties," the BOEM study was not designed to "compromise knowledge generation" in favor of either co-learning or developing "practices and policies that are empowering." To the contrary, the BOEM study was carefully designed to generate rigorous, scientifically-sound data that would increase understanding of the range of sociocultural effects of the *Deepwater Horizon* disaster on the people and communities of coastal Louisiana, Mississippi, and Alabama.

## 2. The Criticisms of Drs. Scott and Bonanno that Ethnography is Biased Confuse and Misrepresent the Relative Roles of Quantitative vs. Qualitative Research

In addition to their general critique of ethnography, Drs. Scott and Bonanno evaluate the ethnographic approach taken in the BOEM study against standards of quantitative research. This is a false comparison akin to saying a screwdriver is better than a hammer, when obviously the value of any particular tool is determined by the need of the user.  The overall goal of any social science research approach is to increase knowledge and understanding of the socially-related phenomenon under study. Qualitative research is designed to identify the presence or absence of the phenomenon and to understand and uncover what lies behind it; to understand meanings; and to look at, describe and understand experience, ideas, beliefs and values. Ethnography is "the earliest distinct tradition of qualitative inquiry."[69]

Quantitative research is generally designed to measure the *degree* to which the phenomenon, or a particular feature of it, is present. Because in most cases researchers cannot study every member of the population under study (too costly, too time consuming, all members of the population cannot even be identified), researchers must gather data on a sample of the members and, using statistical techniques, draw inferences about the population from those data. Therefore, in quantitative research, a principal goal is generalization from the specific sample from which data were collected to the population. Researchers using a quantitative approach must pay careful attention to several key principles, including the independence of the individuals within the sample.[70] Various techniques are used to achieve independence of a sample, one of which is random sampling.[71]

Both Drs. Scott and Bonanno dismiss qualitative research and argue for "standard scientific survey methodology"[72] or "objective method" that does not "require excessive interpretation."[73] Bonanno states, "Ethnography does not attempt to recruit a large representative population and to repeatedly assess that population over time using standardized, well-validated measures.  Nor

---

[68] Bonanno Rebuttal Report, p. 11. The quotation is from Gershon, R. R. M., Rubin, M. S., Qureshi, K. A., Canton, A. N. and F.J. Matzner. 2008. "Participatory Action Research Methodology in Disaster Research: Results From the World Trade Center Evacuation Study." Disaster Medicine and Public Health Preparedness, 2(03):143.

[69] Patton, Michael Quinn. 2002. Qualitative Research and Evaluation Methods. Thousand Oaks: Sage Publications, p. 81.

[70] Note that individuals may refer to any distinct unit, from machines or trees to newspaper articles or light pulses. In social science research, the individual often refers to a single human being.

[71] Calder, Judith and Roger Sapsford. 2006. "Statistical Techniques." In Roger Sapsford and Victor Jupp. Data Collection and Analysis. Thousand Oaks, CA: Sage Publications, pp. 208-241.

[72] Scott Rebuttal Report, p. 43.

[73] Bonanno Rebuttal Report, p 4.

does ethnography aim to produce objective findings that can be generalized across broad settings as a means of adding to a cumulative knowledge base. Rather the ethnographic approach, 'perhaps more than any other method . . . requires that we reject the notion of researcher as a detached 'objective' scientist.'" Dr. Bonanno is incorrect in his assertion that ethnography cannot be used to repeatedly assess a population over time using standardized, well-validated measures (see Section 2.c. below). Ethnography incorporates mechanisms for ensuring that representative and validated data are collected in a systematic and objective manner. It is fully appropriate when the goal of the research is to assess the range of effects of a disaster. In addition, though ethnography does not seek to generalize from a sample to a population, the findings of ethnographic research can be and are generalized across broad settings and add to the cumulative base of knowledge.

Drs. Scott and Bonanno dismiss ethnography on the basis that it is not a scientific methodology, thereby conflating "science" with quantitative research and therefore inferring that qualitative research is, by definition, non-scientific. Nevertheless, they then both go on to inappropriately attempt to evaluate ethnography based on the aims of quantitative research, specifically, with regard to three aspects of the approach – the "sample" of interviews and how they were chosen, the method by which the information was obtained, and controlling for bias. However, as explained in further detail below, this kind of evaluation is akin to criticizing a sociologist for not being a psychiatrist.

### 2.a. A Lack of "Random Sampling" Does Not Mean our Sampling was Random

Another way in which Dr. Scott misapplies the "rules" of quantitative research to ethnography is his assertion that "A second critical statistical issue in generalizing from a small set of people interviewed to what the population as a whole is experiencing is that the people interviewed must be a **random sample**. There is a whole statistical science built around the proper choice of a random sample."[74] There are a number of problems with this assertion.  First, there is a "whole statistical science" built around achieving independence among samples; however, random sampling is but one of them. Second, it again confuses the goal of quantitative research (applying a finding from a sample to a whole population based on statistical methodologies to achieve numeric percentages within a margin of error) with the goal of our qualitative research, which was designed to get a holistic picture of the range of impacts across a given population, not to assign exact percentages to those impacts.

Dr. Scott would thus imply that because the people we interviewed were not identified by random sampling the information we learned from our study has no relevance for anyone except those individuals. This mixes generalizability, a statistical term of art (which implies statistics can be safely extrapolated from a sample to an entire population) with the general understanding that the experiences and perspectives of the people we interviewed and observed can be generalized to other people and communities. This also ignores the science behind systematic observation and qualitative interviewing which follows a deliberate methodology designed to increase understanding of the perspectives and experiences of a wide range of community members. In such research, a diverse set of meetings and events are attended, and individuals are

---

[74] Scott Rebuttal Report, p 47.

selected for interviews because of criteria such as knowledgeability, typicality, extremeness, or accessibility.[75]

Scott specifically objects to the criteria of knowledgeability of the interviewee,[76] but as noted in my report, "Using the matrix to guide their selection of participants, researchers talked with a range of community leaders, business owners, workers, and family members in the region's primary economic sectors: commercial fishing (including all four prominent fisheries across those fisheries' commodity chains), oil and gas, tourism, and fabrication and shipbuilding. The ethnographers and community research partners gathered information through semi-structured drop-in conversations at local businesses, which allowed the researchers to quickly ascertain the impacts of the disaster on a wide range of businesses across many geographic communities. They held extended discussions with industrial and economic development specialists, members of local chambers of commerce and tourism boards, representatives of local non-profits and government entities, workforce and employment agencies and training centers, company owners, workers, and their families in those communities and in larger urban centers within the region."[77] In this context, "knowledgeable individuals" are those who were familiar with what was taking place in their various communities and (sometimes opposing) organizations. Along with the matrix which helped them identify a broad cross section of individuals to contact, BARA researchers used purposive sampling to find those knowledgeable individuals. The BARA researchers made no attempt to seek out people who had little or no knowledge about the *Deepwater Horizon* disaster or what was happening in their communities. In this way, we were able to ensure we were getting as full a representation of the range of effects as was possible. (See Section 2.b. below).

Dr. Bonanno raises similar objections, stating that "Based on comparison of sampling procedures, Henderson et al. emphasized that all sampling procedures, including broader ethnography-based methods, need to adhere to state-of-the-art social science practices, including carefully monitoring various types of sampling error to ensure that the data are as representative as possible."[78] Here he includes ethnography-based methods (presumably interviews) as a subset of sampling procedures and then introduces the notion of sampling error, assuming that the goal of sampling in all forms of research, including ethnography, is to generate statistically representative data. As noted in the preceding paragraph, even ignoring Bonanno's confusion over methods and procedures, ethnographic research adheres to state-of-the art social science practices by employing purposive sampling with specific aims. The 1,323 people interviewed during the BOEM study represented a diverse set of occupations and circumstances. Table 1 shows the number of interviewees, by sector, who participated in the study. Many of these individuals were interviewed on multiple occasions over the course of the study, which allowed researchers to identify new effects that were emerging as the disaster evolved, as well as to investigate changes in the scope and nature of the effects over time.

---

[75] Kvale, Steinar. 1996. InterViews: An Introduction to Qualitative Research Interviewing. Thousand Oaks, CA: Sage Publications, p. 233.
[76] Scott Rebuttal Report, p. 48.
[77] Austin Expert Report, pp. 7-8.
[78] Bonanno Rebuttal Report, p. 12.

Table 1. Number of Interviews, by Sector

| Sector | Number of Interviewees |
|---|---|
| Commercial Fishing | 338 |
| Economic Development | 17 |
| Education | 38 |
| Fabrication and Shipbuilding | 28 |
| Financial Services | 30 |
| Government and Infrastructure | 74 |
| Health and Social Services | 48 |
| Job Training and Placement | 24 |
| NGOs and Associations | 134 |
| Oil and Gas | 132 |
| Real Estate and Housing | 10 |
| Recreation and Tourism | 91 |
| Retail and Service | 260 |
| Other | 99 |

Dr. Scott notes particular concern with my "injudicious use of the word 'many'."[79] The ethnographic approach used in the BOEM study relied on a suite of methods including interviews and participant observation. Those interviews were conducted with individuals in economic sectors directly affected by the disaster (e.g., fishermen, motel operators, owners of oilfield service companies) and with those who interacted with large numbers of such individuals (e.g., claims officers, loan officers, government officials). This purposive sampling allows the researchers to address the particular concern of the over- or under-reporting of effects by individuals who directly experienced them and also the lack of specificity of the individuals who interacted with them. Interviews with both types of individuals – along with observations of those individuals in their daily lives – are important to an assessment of the range of effects of the disaster. They enable researchers to identify patterns and their relevance. At the same time, though, they preclude generating a specific number of affected individuals. Careful analysis of the data generated in an ethnographic study allows researchers to distinguish phenomena experienced by no one (none), a small number of individuals (few), a large number of individuals (many) and everyone (all). Those data are not designed to provide statistically significant results; while survey research could be developed to determine exact percentages, the absence of such research does not invalidate the findings of the ethnographic study.

---

[79] Scott Rebuttal Report, p. 55.

19

***2.b. Dr. Scott's Criticisms of Ethnographic Interviews are Especially Inapplicable When the Goal of Research is to Determine a Range of Effects***

As noted in the preceding section, Drs. Scott and Bonanno exhibit a clear preference for quantitative research, even though it is inappropriate for achieving the goals of the BOEM study. As noted above, they also express distrust with regard to humans' ability – or willingness – to report on what they experience. Dr. Scott states that this weakness can be overcome through "an unbiased, clear questionnaire"[80] or "structured set of questions."[81] Given the uncertainty regarding the extent of the disaster, the responses to it, and where the oil would end up, among other issues, neither the study population nor the range of effects around which to structure a questionnaire were fully known. Under the changing conditions, a survey research design developed early in the disaster would likely have been insufficient (e.g., it would have missed effects that emerged as the disaster evolved) or incorrect (e.g., it would have used a sampling frame, such as simple random sampling, that assumes the population is homogenous with regard to the variables of interest, when another frame, such as stratified sampling would have been more appropriate and provided more accurate results). In addition, once the research design had been established, developing an "unbiased, clear questionnaire" would have required considerable time. Certainly, "A difficult task in creating a questionnaire is translating a researcher's questions into items that are sufficiently succinct and simple for the respondent to understand and provide accurate answers."[82] The time and effort required to design such a questionnaire would have conflicted with the need to ascertain information as it was occurring. As discussed above, these are reasons why ethnography was the appropriate approach for gathering data as the disaster began and continued to unfold throughout the two-year study period that is the focus of the BOEM study.

As noted above, a comprehensive social science effort to understand the social effects of the *Deepwater Horizon* disaster would have incorporated a wide range of research approaches, conducted by researchers with diverse expertise and experience. Within that program, the need for ethnographic data collection at multiple points in the evolution of the disaster would remain. Also as noted above, ethnographic research involves a constant interweaving of collection and analysis and explicitly recognizes and addresses the fact that people construct and make meaning of their worlds in highly variable and locally specific ways and adapt and adjust their behavior accordingly. Dr. Scott states, "These descriptions [of the research approach] confirm that questions were not standardized among respondents throughout the study, either geographically or over time from 2010 to 2012. There is no documented way to confirm that the researchers asked similar questions in similar ways in the same order, without bias, during these casual drop-in conversations and interviews."[83] Dr. Scott asks, "Were efforts made and were interviewers trained to ensure that **questions were clearly understood**?"[84] The BARA team of trained

---

[80] Scott Rebuttal Report, p. 43.

[81] Scott Rebuttal Report, p. 50. Also, references to references to the Reference Manual on Scientific Evidence in footnote 118 on p. 46 and 111 on p. 44

[82] Developing a Survey Instrument. e-source. Office of Behavioral and Social Sciences Research. National Institutes of Health, p, 11 when the chapter is downloaded from the website: http://www.esourceresearch.org/eSourceBook/SampleSurveys/6DevelopingaSurveyInstrument/tabid/484/Default .aspx

[83] Scott Rebuttal Report, p. 52.

[84] Scott Rebuttal Report, p. 50.

ethnographers responded to – rather than ignored – the changing conditions they faced in the field and made certain that the people with whom they talked understood the questions they were asking. Open-ended questioning allows the researcher to explore topics and themes and increase understanding, not to pre-determined specific, quantifiable impacts. Tracking the prevalence of impacts might occur later, when researchers would design and carry out a quantitative survey. The researchers would still have to contend with the challenges of getting people to participate in the research and concerns about the quality of data that can be gathered in a retrospective study.

### 2.c. The Allegations that Ethnography is Inherently Biased are Unfounded

A central tenet of all research is to manage bias. In their reports, Drs. Scott and Bonanno display an inadequate understanding of bias and how to control for it, especially in qualitative research. For example, Dr. Scott asserts "Avoidance of bias in answers can only be addressed by interviewing a properly chosen random sample of people (and then analyzing the results in an objective manner, which is another concern when anecdotal interview answers are the basis for generalizations about effects on an entire society)."[85] He cites the Reference Manual on Scientific Evidence: "The questionnaire would be (4) administered by trained administrators who record the responses without interjecting their own biases into the answers."[86] Dr. Bonanno comments, "One crucial problem is that ethnographic data are intentionally subjective, and thus highly susceptible to interpretive biases.[87] He then observes, "In the absence of corroborative data or evidence from more objective and standardized measures, it is difficult, if not impossible, to rule out the potential for subjective biases, including the criticism that informants may have been motivated to present a self-serving or exaggerated view of their experiences, or that researchers may have exaggerated informants' difficulties out of sympathy, concern, or a desire to help."[88]

As David Fetterman notes, "Before asking the first question in the field, the ethnographer begins with a problem, a theory or model, a research design, specific data collection techniques, tools for analysis, and a specific writing style. The ethnographer also begins with biases and preconceived notions about how people behave and what they think – as do researchers in every field. Indeed, the choice of what problem, geographic area, or people to study is in itself biased. Biases serve both positive and negative functions. Controlled, biases can focus and limit the research effort. Uncontrolled, they can undermine the quality of ethnographic research. To mitigate the negative effects of bias, the ethnographer must first make specific biases explicit. A series of additional quality controls, such as triangulation, contextualization, and a nonjudgmental orientation, place a check on the negative influence of bias."[89]

---

[85] Scott Rebuttal Report, p. 47.

[86] Scott Rebuttal Report, p. 43, referring to the Reference Manual on Scientific Evidence (3rd Ed.), Federal Judicial Center and National Research Council, 2011.

[87] Bonanno Rebuttal Report, p. 10.

[88] Bonanno Rebuttal Report, p. 11.

[89] Fetterman, David M. 1998. Ethnography. In Leonard Bickman and Debra J. Rog, eds., 1998. Handbook of Applied Social Research Methods. Thousand Oaks: Sage Publications, p. 473.

Dr. Bonanno states, "Disaster impact assessment is methodologically challenging, and accurate assessment requires reliable and objective data."[90] I fully agree. However, both Drs. Scott and Bonanno equate validity and reliability only with quantitative research, ignoring the extensive theoretical and practical developments associated with advances in research methods and analysis in the past 30 years. For example, Dr. Scott states, "without using objective, scientific techniques to ensure a random, representative, and unbiased sample that is asked the same clear questions by well-trained, qualified researchers, the results are not reliable,"[91] and Dr. Bonanno notes, "The data generated by this approach… were not compared to or validated with more objective, scientific data."[92] He states, "[I]n order to be considered valid, the inherently subjective conclusions produced by ethnography need to be corroborated against more traditional scientific approaches and standardized, empirical data."[93]

In quantitative research, validity means that the variables or models represent the phenomena to which they refer; there exist a sophisticated array of statistical approaches to assess validity.[94] In qualitative research, validity is the degree to which the phenomena under study are properly labeled and the findings are correctly interpreted; validity is therefore a function of the research *process* and is demonstrated through careful description and documentation of the methods for collecting and analyzing data.[95] The data from the BOEM study represent, in a qualitative way, the harms inflicted by the disaster and disaster response. In qualitative interviewing, validity has been attributed to the "quality of the craftsmanship."[96]

In quantitative research, reliability means that an instrument gives the same reading over and over again; for example, a thermometer is reliable if it consistently reads 90 degrees (note that instruments can be reliable but not valid; a thermometer could consistently read 90 degrees when the temperature is actually 75 degrees). In qualitative research, reliability means that the finding is independent of the accidental circumstances of the research; in other words, that the researcher would expect to obtain the same finding if he or she tried again using the same methods.[97] Qualitative researchers increase reliability by standardizing categories, developing clear procedures for writing and processing fieldnotes, and continuous analysis and reflection.

Triangulation is one means of increasing research validity and reliability and is a common feature of ethnographic research. Dr. Scott observes, "Researchers are supposed to use a system of triangulation to attempt to speak with a group of people across gender, race, age lines to try to

---

[90] Bonanno Rebuttal Report, p. 4.

[91] Scott Rebuttal Report, p. 46.

[92] Bonanno Rebuttal Report, p. 4.

[93] Bonanno Rebuttal Report, p. 11.

[94] Sapsford, Roger, and Victor Jupp. 2006. Data Collection and Analysis (2nd ed.). Thousand Oaks, CA: Sage Publications.

[95] Kirk, Jerome, and Marc C. Miller. 1985. Reliability and Validity in Qualitative Research. Thousand Oaks, CA: Sage Publications, pp. 21-32.

[96] Kvale, Steinar. 1996. InterViews: An Introduction to Qualitative Research Interviewing. Thousand Oaks, CA: Sage Publications, p.. 241.

[97] Kirk, Jerome, and Marc C. Miller. 1985. Reliability and Validity in Qualitative Research. Thousand Oaks, CA: Sage Publications, p. 69.

control for bias." This is a very limited perspective on the purpose of triangulation and how to achieve it. Additional examples of triangulation include:[98]

- the use of a variety of data sources (data triangulation)
- the use of several different researchers (investigator triangulation)
- the use of multiple perspectives to interpret the results (theory triangulation)
- the use of multiple methods to study a research problem (methodological triangulation)

In the BOEM study, the development of research protocols, systematic coding of field and interview notes, and regular team meetings contributed to the reliability of the data collected. In addition, as I noted in my report, BARA researchers took specific steps (developing a matrix of occupations and locations, using purposive sampling, and triangulating across methods, sources, investigators, and locations) to maximize validity during the BOEM study. Researchers talked with people with diverse occupations, histories, and circumstances. In his report, Dr. Scott notes that the study found uneven impacts of the spill and of the programs resulting from it – be it the Vessels of Opportunity program or the Rig Worker Compensation Fund[99] - indicating that efforts to avoid researcher bias were successful.

Dr. Scott's observation about findings from the BOEM study related to tourism illustrate precisely why ethnographic data – and triangulation among sources and methods – are so important for understanding the complex effects of the *Deepwater Horizon* disaster. Dr. Scott highlights the following from my report, "Tourism-related businesses that normally take reservations experienced very high cancellation rates following the oil spill and a heavy loss of business during 2010."[100] He then refers to Revenue per Available Room (RevPAR) data from his report, a measure of occupancy rate at a hotel, to identify where, across the Louisiana, Mississippi, Alabama, and Florida Panhandle coasts, revenues were up and where they were down.[101] In his rebuttal report, he concludes that "the experience in the tourism business was **exactly the opposite** of what Austin's conclusions, based on interviews, described as reality" (emphasis in original).[102] Yet, in his Expert Report, Dr. Scott notes that some hotel owners did well while others did not, which is exactly what my report and those from the BOEM study conclude. In his discussion of the last of the four states he reviews (Louisiana, starting on p. 35 in a section that runs from p. 21-38), Dr. Scott writes, "As was the case for Mississippi and Alabama coastal counties, hotels in these parishes in Louisiana benefitted from a large influx of cleanup workers."[103] Clearly, the hotel operators who reported high cancellation rates and a heavy loss of tourist business were perfectly capable of describing their reality. And, the BARA researchers were not just talking to people; they also were collecting other types of data (e.g., observations, other reports) to check and cross check information. And, importantly, our report demonstrates that serving cleanup workers was itself complicated, with potential short- and longer-term effects on the businesses in the region. It is impossible to reach that level of understanding with raw numbers.

---

[98] See also Austin Expert Report, p. 6.
[99] Scott Rebuttal Report, p. 61.
[100] Austin Expert Report, p. 35.
[101] Expert Report of Dr. Loren C. Scott, August 15, 2014, pp. 21-38.
[102] Scott Rebuttal Report, p. 52.
[103] Expert Report of Dr. Loren C. Scott, August 15, 2014, p. 37.

Interestingly, despite his criticism of the BARA researchers who gathered data during interviews, Dr. Scott sees no problem relying on tourism promoters, or local news reporters and whoever they could get to talk to them, for interpretation. Citing a September 2011 press release from the Northwest Florida Tourism Council, Scott notes, "Florida tourism officials also noticed the recovery and they attributed it to BPXP's tourism promotion spending."[104] He sprinkles such quotes throughout his analysis, where they suit his argument. How and why he selected those quotes – and explanations – is never explained. Apparently, a cursory read of local newspapers was sufficient; for example, in explaining Alabama's recovery, he looks to an article published in the *Press-Register* for a quote from a "spokesman for the Downtown Mobile Alliance."[105]

### 3. BARA Researchers Were Well-Qualified and Properly Trained To Conduct Ethnographic Research

In his rebuttal report, Dr. Scott argues that "the study's researchers were not unbiased, qualified, and may not have been properly trained to conduct a study scientifically."[106] He goes on to state, "Austin does not define 'university-based' nor does she present information about their qualifications. Her description is consistent with the inference that many researchers were undergraduate students with little experience at conducting such a study and assessing bias in research questions and respondents' answers."[107] This is an unusual inference given that universities – and especially Research One universities such as the University of Arizona and Louisiana State University – are home to professors, post-doctoral researchers, graduate students, and other research specialists, in addition to the "undergraduates with little experience." And, given his clear lack of understanding of ethnographic research, Dr. Scott does not have the necessary experience or expertise to assert, "I have significant concerns as a social scientist that Austin's study was not conducted by researchers with sufficient qualifications and training following careful, widely-accepted procedures to ensure that inherent bias was accounted for and controlled and the responses could be considered representative, even considering the question from the perspective of the type of ethnographic study that was intended."[108]

Contrary to Dr. Scott's assertions, the researchers involved in the BOEM report were well-qualified and operated under my direct supervision to ensure that research was being conducted properly.  In my report, and in the BOEM report and other publications addressing community-based participatory research, I explain that "university-based researchers" are distinguished from "community-based researchers" by the place where they are employed. At the time they were participating in the BOEM study, of the 13 university-based researchers, four were university professors, three were post-doctoral researchers (all of whom earned their PhDs either at the University of Arizona or Louisiana State University and had conducted ethnographic research under the direct supervision of one or more of the professors for more than a year prior to the start of the study), two were PhD candidates who had worked on BOEM-funded ethnographic research for more than three years, two had their Master's degrees (one had been a lead researcher on two other BOEM-funded ethnographic research studies and the other had

---

[104] Expert Report of Dr. Loren C. Scott, August 15, 2014, p. 26.
[105] Expert Report of Dr. Loren C. Scott, August 15, 2014, p. 32.
[106] Scott Rebuttal Report, p. 44.
[107] Scott Rebuttal Report, p. 45.
[108] Scott Rebuttal Report, p. 46.

conducted ethnography at another university prior to entering the doctoral program at LSU), and three were post-baccalaureate interns who had received their degrees from the University of Arizona, and had spent at least a year of training and experience working on BARA applied research projects under my direct supervision prior to becoming involved in the study. Of the six community-based researchers, four had Master's degrees (three had worked on prior BARA research projects and the fourth had a degree in anthropology and experience conducting fieldwork) and two had bachelor's degrees but had worked at a research center or been involved in community-based research prior to becoming involved in the study. Once the study began, members of the research team participated in pre-study training sessions and then met together at least once a month throughout the study.

**Part Two: Drs. Scott and Bonanno Attempt to Trivialize Harms from the *Deepwater Horizon* Disaster By Focusing on Impacts from Other Gulf Disasters and "Resilience" of the Population**

**1. Drs. Scott and Bonanno Attempt to Blame Any and All Sociocultural Impacts of the *Deepwater Horizon* Disaster on Contextual Factors and Claim the Spill Response Yielded Only Net Benefits**

*1.a. Drs. Scott and Bonanno Rely on Overly Narrow Definitions of Economic and Mental Health Harms That Miss Important Impacts to Gulf Coast Residents*

In my expert report, I summarized the several decades of research by social scientists that has revealed patterns in how communities are affected by and respond to environmental contamination and to disaster.[109] Following van Schooten, Vanclay, and Slootweg, I framed the effects as: *economic and material wellbeing*, *health and social well-being*, and *other sociocultural impacts*.[110] Drs. Scott and Bonanno sidestep the purpose of the BOEM research, to identify and document sociocultural impacts that arose not only from the specific event (the explosion of the *Deepwater Horizon* rig) that initiated the disaster but also the "continuing ramifications [which] can undermine or destroy accepted social patterns and understandings."[111] Focusing on narrow definitions of both economic and mental health harms, Drs. Scott and Bonanno criticize the ethnographic study for not achieving what it never set out to do and ignore where it describes effects stemming from *actual* and *perceived* harms.

I have responded extensively to Dr. Scott's critique of ethnographic methodology in preceding sections of this report, but here I want to illustrate briefly how gaps left by his narrow interpretation of economic harm can be filled by ethnographic understanding and context (e.g., pre-spill circumstances). Dr. Scott contends that my "claims that the perception of oil affecting seafood was a problem make no mention of the fact that BPXP spent many millions of dollars on seafood promotion and testing to mitigate any harm"[112] and that "The effect that the recession and post-hurricane activity had on the Gulf residents in 2010 can hardly be overstated, yet Austin

---

[109] Austin Expert Report, p. 4.
[110] Austin Expert Report, p. 5.
[111] Austin Expert Report, p. 5.
[112] Scott Rebuttal Report, p. 54.

tries to attribute every ill to the incident itself."[113] I address "cumulative impacts and effects" elsewhere in this rebuttal report, but here is what I wrote in the expert report, based on the findings in the BOEM reports: "A direct consequence of the restrictions on fishing was an increase in the price of local seafood. At the same time, due to perceptions that all seafood coming from the Gulf would be contaminated, fishermen and distributors who had seafood had a hard time selling it, further dissuading the fishermen from going out, and creating a downward spiral. Although efforts to test seafood and establish its safety began in late May 2010, concerns about the safety of Gulf seafood persist even today, as do concerns about the effects of the oil on fish populations in the future. [114] These concerns have been particularly damaging to pre-disaster efforts to create a niche market for Gulf seafood as "local" and "wild caught" in order to address problems in the industry stemming from foreign imports."[115]

This passage illustrates two points which an ethnographic approach can unpack, which quantitative methods alone often cannot. First, the efforts by BP to "mitigate" seafood market effects were not accepted by local fishermen and processors, or by consumers. Second, it acknowledges that the "incident" impinged on ongoing efforts by local fishermen and processors to deal with pre-spill issues. The "spill" thus contributed to existing problems as well as additional ones. These are effects that statistics alone cannot explain.

Dr. Bonanno criticizes our use of the World Health Organization definition of health and social well-being because the definition describes an ideal rather than baseline definition of health, and thus is not appropriate for assessing health impacts following a disaster.[116] This criticism is invalid for two reasons. First, Dr. Bonanno fails to take into account that our research objective was not to measure the degree to which health was impacted. Rather, we sought to *describe how* health and social well-being were impacted. Second, we utilized the WHO definition to illustrate the holistic and multidimensional way that we understand and frame health in our work.

As Dr. Bonanno notes, accurately assessing the mental health in the Gulf Region following the onset of *Deepwater Horizon* disaster was a complex task given the area "was already beset by numerous episodic and chronic problems"[117] While, again, we did not attempt such an assessment, our approach allowed us to describe how well-being was affected given these background issues. One of the benefits of ethnography is it helps to elucidate how emotional well-being and distress, as well as flourishing and suffering occur within complex cultural, historical, and economic contexts. In the realm of mental health specifically, ethnographic data help us sort how these various factors inform the manifestation of the distress and dis-ease. The approach of ethnography highlights the interpersonal nature of suffering: the ways that collective experience and social interactions inform the experience and expression of suffering.[118] Rather

---

[113] Scott Rebuttal Report, p. 55.

[114] Austin et al. Vol I, pp. 147-148, 171, 199. Austin et al. Vol II, pp. 37-39, 51, 75. See also Upton, Harold F. 2011. The Deepwater Horizon Oil Spill and the Gulf of Mexico Fishing Industry. Congressional Research Service. February 17, pp. 3-7.

[115] Austin Expert Report, pp. 30-31.

[116] Bonanno Rebuttal Report, p. 9.

[117] Bonanno Rebuttal Report, p. 7.

[118] Kleinman, A., and J. Kleinman. 1996. "The Appeal of Experience, the Dismay of Images: Cultural Appropriations of Suffering in our Times." Daedalus, 125(1):2.

than a more epidemiological strategy of counting presence or absence of or directly measuring pre-defined mental or emotional states against some baseline (that, as Dr. Bonnano notes, in this case did not exist[119]), anthropological approaches frequently focus on the various forms that suffering take, using local idioms, from the perspective of those who experience them.[120]

This tradition is consistent with the intention of our study to document and describe impacts as they were happening and to interpret them within historically, socially, and culturally contexted ways. In addition, particularly in dynamic situations, the long-term and nuanced nature of ethnography allows researchers to track shifts and patterns in well-being and to document unanticipated impacts related to distress as they happen. Ethnography is one of several qualitative approaches that have been used to understand how health and well-being are affected after a disaster. For example, Abbott, Wallace, and Beck used qualitative case studies to explore how ongoing uncertainty around the site of the Chernobyl disaster continues to provoke fear, rumors, and general suffering in residents.[121] They interpreted the unique patterns they observed, in part through the particular social, political, and economic situation of the region. This and similar studies help us better understand how populations are differently affected by and respond to disasters and traumas within particular contexts.

### 1.b. Dr Bonanno Inappropriately Uses "Preexisting Circumstances" to Trivialize Impacts from the Deepwater Horizon Disaster

While my report and the BOEM study upon which it was based were not mental health assessments, I agree with Dr. Bonanno that the *Deepwater Horizon* incident and ensuing events are complex and they unfolded in a context of events and processes that confronted the region. Dr. Bonnano has usefully summarized that "at the time of the DWH incident the Gulf region was already suffering from a number of enduring social and economic difficulties that have been implicated as creating mental health problems in their own right. The economic downturn that hit the area… began in late 2007 and appeared to have further compromised the area's mental health burden. In addition, this region had relatively recently endured several large-scale natural disaster events, Hurricanes Katrina and Rita in 2005 and Hurricanes Gustav and Ike in 2008. In her report, Austin described these hurricanes as "particularly devastating," and recent studies suggest that trauma symptoms following Hurricane Katrina, in particular, were more prevalent and longer-lasting than has been typically observed following previous disasters in the United States."[122]

Dr. Bonanno then characterizes these preexisting circumstances as "baseline" and asserts that "an accurate assessment of possible mental health consequences of the DWH incident must be especially careful to (1) account for these numerous preexisting circumstances and their likely impact on mental health in the region (i.e., establish a baseline level of serious psychological problems in the region prior to the DWH incident), and then (2) demonstrate how and to what

---

[119] Bonanno Rebuttal Report, p. 7.

[120] Nichter, Mark. 1981." Idioms of Distress: Alternatives in the Expression of Psychosocial Distress: A Case Study from South India." Culture, Medicine and Psychiatry, 5(4):401.

[121] Abbott, P., Wallace, C., and M. Beck. 2006. "Chernobyl: Living with Risk and Uncertainty." Health, Risk and Society, 8(2):108.

[122] Bonanno Rebuttal Report, p. 7.

extent the DWH incident may have exacerbated or increased the level of serious psychological problems above baseline."[123]

I contend that it is more appropriate to evaluate these "preexisting circumstances" as elements in a "cumulative effects" analysis of the *Deepwater Horizon* catastrophe. This is a concept used frequently in psychology and health literature,[124] and is similar to the analysis of "contextual variables" as analyzed in Bonanno et al.'s literature review: "Contextual variables that describe dimensions of risk and resilience that exist prior to the disaster's onset… [and] inform how a person anticipates, interacts with, and eventually copes in the aftermath of a disaster."[125] Outside of psychology *per se*, cumulative effects analyses were mandated by the National Environmental Policy Act. The Bureau of Ocean Energy Management, when it evaluates lease sales and specific oil development projects, performs such an analysis and provides useful definitions: "Cumulative effects occur when two or more activities affect an environmental resource, ecosystem, or human community, or when an activity causes effects on two or more occasions… A particular action may cause only minor adverse (or beneficial) effects on the environment. However, when added to the effects of other activities, the overall (cumulative) effect may be significant. In some cases, the effects of a project, when combined with those of other activities, cause synergistic effects which are different than those of the projects individually and could be significant"[126]

The *Deepwater Horizon* stressor event and subsequent processes (cleanup, claims, litigation, etc.), while not a "project" in BOEM's phrasing, occurred in the context of prior circumstances accurately summarized above by Dr. Bonanno.  An analytical parsing of the specific impacts of the *Deepwater Horizon* catastrophe against the context ("baseline") of prior shocks is impossible. Instead, ethnography allows for researchers to situate human experience following a disaster or trauma within the historical, political, economic, and cultural spheres in which they take place and are meaningful.[127]

Dr. Bonanno criticizes us for not differentiating between harms completely unique to the *Deepwater Horizon* disaster. He states, "Assessment of the DWH incident presents unique

---

[123] Bonanno Rebuttal Report, p. 7.

[124] Adam, Emma K., Laura Chyu, Lindsey T. Hoyt, Leah D. Doane, Johanne Boisjoly, Greg J. Duncan, P. Lindsay Chase-Lansdale, and Thomas W. McDade. 2011. "Adverse Adolescent Relationship Histories and Young Adult Health: Cumulative Effects of Loneliness, Low Parental Support, Relationship Instability, Intimate Partner Violence, and Loss." Journal of Adolescent Health 49(3):278-286; Ickovics, Jeannette, Amy Carroll-Scott, Susan M. Peters, Marlene Schwartz, Kathryn Gilstad-Hayden, and Catherine McCaslin. 2014. "Health and Academic Achievement: Cumulative Effects of Health Assets on Standardized Test Scores Among Urban Youth in the United States." Journal of School Health 84(1):40-48; Fletcher, Jason M., Jody L. Sindelar, and Shintaro Yamaguchi. 2009. Cumulative Effects of Job Characteristics on Health. Working Paper 15121, National Bureau of Economic Research, http://www.nber.org/papers/w15121.

[125] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):14.

[126] http://www.boem.gov/Environmental-Stewardship/Environmental-Assessment/NEPA/procedure/analysis/index.aspx

[127] Zarowsky, C. 2004. "Writing Trauma: Emotion, Ethnography, and the Politics of Suffering among Somali Returnees in Ethiopia." Culture, Medicine & Psychiatry, 28(2):189–209.

problems in that at the time of the incident, the Gulf region was already suffering from a number of enduring social and economic difficulties that independently have been implicated in the creation of mental health problems for those living in the region."[128] He later notes, "Among the scenarios Austin described, for example, was one of dashed optimism, where 'residents and business owners . . . believed 2010 was finally going to be their chance for recovery and renewal,' only to have their hopes dashed by the DWH incident. It is plausible, however, that this very same scenario would have been replicated time and again in the Gulf region, in response to the recent hurricane events and economic downturn, as well as other difficulties that have beset the area. Other scenarios derived by the ethnographic data revolved around uncertainty about the future, worries about financial losses, and frustrations with local institutions. Again, although these scenarios describe unpleasant emotional states, they were not likely unique to the DWH incident."[129] Despite Dr. Bonanno's own recognition that there was no established baseline against which to measure effects,[130] he fails to take into account how health and attendant emotional states take place in complex social worlds and are always impacted by many different factors. As with any group of people in any community, the people in the Gulf were not blank slates upon which the disaster was writ, but were historically and socially located in ways that influenced how their health was impacted at various points throughout the disaster. In some cases, these impacts were cumulative, building upon previous negative emotional states and disease. The presence of those negative states before the disaster, however, does not negate those in our study's experience of suffering and harm from this disaster.

### 1.c. When Drs. Scott and Bonanno Average Impacts Across Inappropriately Large Groups or Times They Mask Significant Harms and Fail to Account for the Unequal Distribution of Impacts

A key finding described my report is that during the course of the *Deepwater Horizon* disaster and the responses to it, effects played out and were experienced differently depending upon a range of factors. The rolling, uncertain, and uneven nature of this played a large part in the harms we observed. Anthropological approaches particularly excel at identifying patterns, and describing and interpreting how differences and disparate effects are produced in societies; these kinds of disparate impacts and the reasons for them are often lost in purely statistical analysis. As I noted in my report, the impacts from the *Deepwater Horizon* disaster mapped onto and in some cases exacerbated pre-existing inequalities.[131]

In their rebuttal reports, Drs. Scott and Bonanno overlooked the different ways that the *Deepwater Horizon* disaster and responses to it affected people and communities in the Gulf region. For example, Dr. Scott errs when, in denying economic harm to the seafood industry, he states, "we know that more than 9,000 vessels were contracted by BPXP for the VoO program. The data on VoO payments in Figure 1 show that VoO payments exceeded the 2007-09 average revenues of the entire commercial fishing industry by 38%."[132]  One of the major flaws in this argument is that it does not parse how these payments were distributed within the "entire

---

[128] Bonanno Rebuttal Report, p. 4.
[129] Bonanno Rebuttal Report, p. 12.
[130] Bonanno Rebuttal Report, p. 7.
[131] Austin Expert Report, p. 11.
[132] Scott Rebuttal Report, p. 54.

commercial fishing industry." As noted in the BOEM and my reports, not all fishermen participated in VOO, either by choice or because they were not admitted,[133] so were not beneficiaries of payments, which for some were larger than recent year revenues. In addition, Dr. Scott did not examine how and how these payments were or were not evenly distributed even among those who participated in Vessels of Opportunity (VOO), or whether they were distributed to fishermen or to people from the affected communities.

Dr. Scott seems incredulous to the fact that any fishermen would choose not to participate in VOO. He asks, "How many of the total fleet decided to not participate in VoO? What proportion? Austin makes it sound like this was a large part of the fleet that gave up a guaranteed fee of $3,000 a day plus $200 a day per deckhand, with no uncertainty about volume of fish catch or the price of the catch, and guaranteed work during a fishing ban. Exactly how many is "many"? How did the "many" who expressed "concern" to Austin's research team would, under pre-spill circumstances, not be concerned about the uncertainty."[134] Scott's perspective is influenced by the benefit of hindsight. While the disaster was unfolding and fishermen were faced with making decisions, there was much uncertainty and confusion, which made weighing as yet unknown costs and benefits difficult.[135] As I note in my report, which Scott also partially cites in his rebuttal:[136] "For fishermen, especially given the uncertainties surrounding the location and duration of fisheries closures and the amount of work they would get in the VOO program, as well as questions that began to arise about the health effects of exposure to oil and dispersants (see Section II Health and Social Well-Being below), the decision about whether to enter the program was a difficult one. The anticipated short-term nature of the cleanup work, and the concern that their vessels nevertheless would be obligated to the VOO program for long periods of time and unable to return to fishing, led many companies and vessel owners to forego participation in the program."[137] Thus, commercial fishermen had many sound reasons for deciding not to participate in the program as the disaster unfolded.

Dr. Scott seems to assert that everything appears to have worked out okay, on average, according to some measures, and therefore the harms that were experienced by people and communities as the disaster was unfolding are insignificant. For example: "Austin also claims that closure and reopening of fisheries after the spill led to confusion among fishermen. While she acknowledges that most of this closure activity took place during the early part of the spill response, that understates just how quickly Federal fishing waters reopened after the spill, with 99.6% of the Gulf Exclusive Economic Zone being open for fishing by November 15, 2010. Austin also claims that by mid-July, more than 50 percent of near-shore Louisiana waters were closed to fishing by the state. But before the end of 2010, almost all of these waters were reopened again."[138] Because the waters were eventually reopened by the end of 2010, does not make up for the waters being closed to fishermen for much of the fishing seasons or for the confusion the various closures and openings caused for those who continued trying to fish.

---

[133] Austin et al. Vol II, p.33; Austin Rebuttal Report, p. 23.

[134] Scott Rebuttal Report, p. 56.

[135] Austin et al. Vol II, pp. 33-35. Austin Rebuttal Report., p. 24-25.

[136] Scott Rebuttal Report, p. 53.

[137] Austin Expert Report, p. 29.

[138] Scott Rebuttal Report, p. 54.

As noted earlier, Dr. Scott further neglects more fine grained distinctions, and shows a lack of understanding of our data, when he critiques our arguments about losses in hotel business following the disaster. His reliance on data that average findings over large geographical areas and across long time periods such as a year masks significant harms. For example, he quotes my statement that "Tourism-related businesses that normally take reservations experienced very high cancellation rates following the oil spill and a heavy loss of business during 2010."[139] Using the RevPAR data, Dr. Scott shows that on average, revenue per hotel room in the coastal region, though they varied, generally were up when comparing 2010 to 2009 data.[140] What the data do not tell us, however, is where this revenue was coming from or how it was distributed among hotels in a locality. As my report notes, the high cancellations were for "tourism-related business." I went on to say, "Cleanup work provided an opportunity for some tourism businesses while exacerbating the effects on others. Despite the help that cleanup workers provided to some establishments, proprietors of local businesses were concerned that the cleanup workers generally did not spend as much money as tourists and did not access the same range of facilities and attractions."[141] This finer grained and nuanced contextual detail, which highlights how impacts were complex and differently felt, is missing from the numbers Dr. Scott puts forward and his critique of our work.[142]

Dr. Bonanno similarly highlights seemingly positive outcomes and neglects or downplays the ways that experiences varied. For example, in a footnote Dr. Bonanno cites a report by the Substance Abuse and Mental Health Services Administration, which compared and contrasted regional data gathered in the 2011 National Survey on Drug Use and Health and Gulf States Population Survey. He quotes that "results from the SAMHSA study 'generally do not suggest major overall increases at the regional level in mental health or substance abuse problems . . . following the oil spill event.' The SAMHSA report also concludes '[i]t is also possible that the resources mobilized to reduce the economic and behavioral health impacts of the oil spill on [Gulf Coast] residents, including compensation for lost income from BP and increases in available mental health services, may have resulted in a reduction in mental health problems relative to what would have occurred if those resources had not been mobilized.'"[143] However, Dr. Bonanno does not include the paragraph that followed, which concludes the report's Implications section: "As mentioned previously, it is important to understand that the effects of the oil spill on smaller subpopulations in the affected regions may not be evident from survey findings for the population as a whole. In particular, the oil spill may have had and may continue to have major impacts on the behavioral health of subgroups or specific individuals who were directly affected by the spill. For example, any disproportionate impact of the Gulf Coast oil spill on ethnic minorities is an important public health concern, particularly for those with limited

---

[139] Austin Expert Report, p. 35.

[140] Scott Rebuttal Report, p. 52.

[141] Austin Expert Report, p. 35.

[142] Yet, in Dr. Scott's original report, he cites newspaper articles from Alabama which clearly state that the increase in business (for at least some) in tourism was fueled by out of town workers and BP grants. Scott Expert Report, pp 32-33. Dr. Scott even says, "The data show that any potential negative economic impact from the oil spill in the Alabama Gulf Coast was: (a) offset to a large degree by the presence of spill-response workers, and (b) short-lived after BPXP funded Alabama tourism promotion efforts. Growth of the state's tourism sector continued in 2011, 2012, and 2013. To the extent certain elements of the tourism industry were negatively affected by the spill in 2010, tourism in Alabama had recovered by the end of 2010."(Scott Expert Report, p. 33.

[143] Bonanno Rebuttal Report, p. 7 footnote 17.

English language proficiency (e.g., Vietnamese) (Goldstein et al., 2011; Do, 2011). In emergency situations, these individuals may face economic and social barriers, such as in communicating with government personnel, understanding information about environmental hazards, and accessing mental health services during post-disaster events. Even if such respondents were capable of completing a survey in English, their answers could have been affected by English not being their first language."[144] Indeed, the ways in which the SAMHSA report's findings failed to be sensitive to subpopulations that might have been directly and unequally affected by the disaster is something highlighted several times through the SAMHSA report[145] and something that Dr. Bonanno fails to mention. Instead, he used the report's suggestion (not conclusion) that generally, at the regional level, perhaps some of the general population level mental health issues might have been mitigated by resources coming into the region. However, as even the authors of the report note, the study was limited in that it did not focus on those directly impacted by the spill and so cannot discuss how behavioral health impacts were distributed among subpopulations and groups within the region, as our study does.

While acknowledging that current research suggests that people may show varied outcomes following a disaster,[146] Dr. Bonanno tempers it with qualifying statements such as, "severe levels of these problems are typically observed only in a relatively small minority of exposed individuals."[147] Similarly, while admitting that his research which has shown 30% of people continue to have symptoms and distress at least several years after a stressor event, he inexplicably argues that "this pattern suggests preexisting mental health problems that should not be attributed to the target exposure".[148] Given he had earlier established that "at the time of the DWH incident the Gulf region was already suffering from a number of enduring social and economic difficulties that have been implicated as creating mental health problems in their own right"[149] the clear implication is that even if people in the region are experiencing distress several years after the *Deepwater Horizon* disaster, it is the fault of their vulnerabilities at the time of the disaster, not the disaster itself. In a similar way, citing my report's finding that "Gulf coast residents and business owners… believed 2010 was finally going to be their chance for recovery

---

[144] CDC/SAMHSA. 2013. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill, p. 53. Online document, http://www.samhsa.gov/data/nsduh/nsduh-gsps-gulf-coast.pdf, accessed September 22, 2014.

[145] CDC/SAMHSA. 2013. Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill, p. 15. ("studies suggest that the Gulf Coast oil spill did have some effect on the behavioral health of Gulf Coast residents who were directly affected by the spill"); p. 47 ("the studies did not further target subpopulations in these geographic areas that could have been most affected by the oil spill, such as individuals or families in the fishing, oil, or tourism industries, or those who participated in oil spill cleanup activities. As a result, not all respondents surveyed in these affected counties were directly impacted by the oil spill. Consequently, lack of observed differences before or after the oil spill or between the Gulf Coast and other regions should not be interpreted as meaning that there were not behavioral health impacts from the oil spill among the subset of the population in those counties directly affected by the spill"); p. 53 ("It is likely that the oil spill affected people unequally, according to the industries in which they (or wage earners in the household) were working, particularly people working in the fishing industry (or related industries, such as seafood processing), oil industry, or tourism-related industries (e.g., traveler accommodations)").

[146] Bonanno Rebuttal Report, p. 15.

[147] Bonanno Rebuttal Report, p. 5-6.

[148] Bonanno Rebuttal Report, p. 15-16.

[149] Bonanno Rebuttal Report, p. 7.

and renewal,"[150] Dr. Bonanno ponders, "It is plausible, however, that this very same scenario would have been replicated time and again in the Gulf region, in response to the recent hurricane events and economic downturn, as well as other difficulties that have beset the area. By Dr. Bonanno's own admission, given there is no pre-incident baseline[151] and there was not a "large, representative sample of the exposed population,"[152] it seems unlikely there could be any negative feeling state that he would deem a legitimate complaint against the disaster. Here, too, the use of averages across long time periods and the lumping of the disaster with other traumatic events masks the harms that were occurring as a result of the disaster. His analysis fails to consider that an individual could be re-traumatized by the disaster, or that the experience of multiple traumatic experiences could make an individual *less* resilient over time.

Dr. Bonanno goes on to highlight the findings from research, on other disasters or traumatic events, that "When resilience is measured as a pattern of stable, healthy adjustment following highly stressful events, it is typically observed in from 55% to 65% of the exposed population."[153] The focus on resilience as "the most common outcome pattern"[154] and the seeming dismissal of less positive reactions (by his own admission, generally expected to be 35-45% of the exposed population), ignores the lived experience of distress of both those who had transient and chronic stress reactions and obfuscates the role of the disaster in these outcomes. Notably, while Dr. Bonanno cautions against generalizing findings from previous studies to make inferences about impacts to mental health following the *Deepwater Horizon* disaster[155], he proceeds to do just that: "These prior studies are not inconsistent with the prospect that resilience would be a common outcome in the Gulf region following the DWH incident."[156]

## 2. Dr. Bonanno's "That Which Does Not Kill You Makes You Stronger" Notion of Resilience Trivializes Individual and Community Harms

### 2a. Dr. Bonanno's Assertions Regarding the Resilience of Individuals Ignores His Own Research and Admissions That Significant Percentages of People Likely Suffered Mental Health Impacts from the Deepwater Horizon Disaster

As pointed out elsewhere, Dr. Bonanno's expert report misreads the purpose of my report and the studies it was based on. These were not designed to address what Bonanno suggests was "the actual goal of determining whether the DWH incident increased or exacerbated mental health problems"[157] or "to explicitly link these emotional reactions to the DWH incident or to concrete,

---

[150] Austin Report, p. 26.
[151] Bonanno Rebuttal Report, p. 4. "Accurate assessment of the impact of the DWH incident is only possible, therefore, if observed rates of mental health problems are adjusted for valid "baseline" (or pre-incident) data on mental health deficits."
[152] Bonanno Rebuttal Report, p. 6.
[153] Bonanno Rebuttal Report, p. 16.
[154] Bonanno Rebuttal Report, p. 16.
[155] Bonanno Rebuttal Report, p. 8. "Although previous disaster or oil spill research may inform the types of mental health problems that might be expected following the DWH incident, variations in the types of events studied in this prior research may limit its generalizability to the DWH incident."
[156] Bonanno Rebuttal Report, p. 18.
[157] Bonanno Rebuttal Report, p. 11.

clinically relevant mental health indicators, such as anxiety or depression."[158] Clearly, neither the BOEM reports (which Dr. Bonanno does not cite) nor my report "convey enough relevant information to address the very specific question of the mental health consequences of the DWH incident."[159] As noted above, that was not the purpose of the research. Dr. Bonanno's primary argument, based on his research and the research of others, is that resilience, defined as 'a stable pattern of positive adjustment and health over time," is the "most common pattern of reaction to stressful life events observed in research."[160] In the context of what he labels as "stressor events" or "highly stressful events" (such as large-scale terrorist attacks, natural disasters, mass shootings) he concludes "that for resilient individuals stress reactions are usually transient and mild and do not significantly interfere with their ability to continue normal levels of functioning."[161] He did not, apparently, conduct any mental health assessments following the *Deepwater Horizon* explosion, but the inference in his expert report is that "resilience" is the likely individual mental health pattern following the incident. He finds indirect support in the results of the 2013 study by the Substance Abuse and Mental Health Services Administration that "generally do not suggest major overall increases in the regional level in mental health or substance abuse problems".[162]

I do not dispute the stressor event responses discovered by Dr. Bonanno and others mental health researchers in footnotes 56 through 75. Two brief responses are necessary, however. While 55 to 65% of exposed populations do evidence resilience, even Dr. Bonanno admits that a sizable minority of populations exposed the highly stressful events apparently *do not* exhibit "a pattern of stable, healthy adjustment" following such events.[163] In their literature review, Bonanno and his colleagues enumerate some psychological problems, under the heading, "Disasters Cause Serious Psychological Harm in a Minority of Exposed Survivors":[164]
- Depression and anxiety
- Prolonged and traumatic grief
- Secondary grief reactions
- Suicide and suicide ideation
- Substance abuse
- Injury-related health problems
- Stress-related (secondary) health problems

And the *Deepwater Horizon* "incident" was not just a stressor event (particularly for those directly affected) but a prolonged series of stresses involving cleanup processes, claims and on-going litigation, uncertainties over seafood safety and markets, and unanswered long-term issues

---

[158] Bonanno Rebuttal Report, p. 12.

[159] Bonanno Rebuttal Report, p. 11.

[160] Bonanno Rebuttal Report, p. 16.

[161] Bonanno Rebuttal Report, p. 16.

[162] Dr. Bonanno critiques this same report: "However, these data did not include the same individuals in each assessment [pre- and post-DWH incident] and thus cannot compare changes within the same individuals or make any claims about changes within individuals." Bonanno Rebuttal Report, p. 7.

[163] Bonanno Rebuttal Report, p. 16.

[164] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):3-9.

over exploited fish and shellfish stocks. It also occurred in a context (i.e. a pre-event baseline) of economic downturns and a series of natural disasters, which are fundamental to an understanding of the ongoing *Deepwater Horizon* disaster and can be assessed through ethnographic methods (see also Part Two, Section 1b above).

## 2b. Dr. Bonanno's Arguments Regarding Community Resilience Are Unsupported

While Dr. Bonanno's expert report is primarily concerned with stressor-event responses at the level of the individual, he broached higher-level responses in the co-authored literature review[165] he cites in his report and in the Colton et al. 2012 publication.[166] After examining these two articles, I do not find support for Bonanno's argument that resilience is the most likely outcome of the *Deepwater Horizon* disaster at the community level. Dr. Bonanno notes that Colton and his colleagues make a claim of "inherent resilience" in Gulf Coast communities, defined as "practices that natural resource-dependent residents deploy to cope with disruption and that are retained in their collective memory."[167] Colton and his colleagues go on to enumerate some of these practices: "…the ability to pursue natural resources in alternate areas, to shift the object of natural resource collection, to draw on kin and local social networks to respond to disruptions, and to seek economic relief through existing programs such as unemployment compensation and lawsuits."[168] They then conduct a "comparative historical analysis" of several 1970s oil releases and a tanker release in Louisiana in 1984. In each case, law suits by affected parties were the primary community responses. For example, after the tanker release, "inherent resilience was evident in the networks that assembled large numbers of fisherfolk and tourism businesses into groups filing class-action lawsuits." Following the *Deepwater Horizon* spill, they acknowledge that corporate and government funds provided impacted communities with financial assistance to cope. However, they contend, "this is not inherent resilience. The Vessels of Opportunity and the Gulf Coast Claims process did not operate through local/kin social networks or promote traditional coping mechanisms during the emergency phase and increased local dependence on external funding." They further suggest that the provision of emergency funds redirects local efforts from restoring economies to capturing funds: "In effect, this process can contribute to an unraveling of local kin and social networks that have been central to community resilience in the past and fostering complacency at the local level."[169] This is precisely the point about the VOO program that I made in my initial report.[170]

---

[165] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):1-49.

[166] Colten, C. E., Hay, J., and A. Giancarlo. 2012. Community Resilience and Oil Spills in Coastal Louisiana. Ecology and Society 17(3).

[167] Bonanno Rebuttal Report, p. 18.

[168] Colten, C. E., Hay, J., and A. Giancarlo. 2012. Community Resilience and Oil Spills in Coastal Louisiana. Ecology and Society 17(3):1. (Note that the document Bonanno cites is an online 10 page document without page numbers; I started numbering the document from page 1.)

[169] Colten, C. E., Hay, J., and A. Giancarlo. (2012). Community resilience and oil spills in coastal Louisiana. *Ecology and Society*, *17*(3):8. (Note that the document Bonanno cites is an online 10 page document without page numbers; I started numbering the document from page 1.)

[170] Austin Expert Report, p. 46.

In their literature review, Dr. Bonanno and his colleagues provide a judicious summary of the findings on families, neighborhoods, and communities:[171]

> 4. Disasters put families, neighborhoods, and communities at risk. *Although methodologically complex research on this facet of disasters' impact is limited, the available literature suggests that disasters meaningfully influence relationships within and across broad social units. Survivors often receive immediate support from their families, relatives, and friends, and for this reason many survivors subsequently claim that the experience brought them closer together. On the whole, however, the empirical evidence suggests a mixed pattern of findings. There is evidence that social relationships can improve after disasters, especially within the immediate family. However, the bulk of evidence indicates that the stress of disasters can erode both interpersonal relationships and sense of community. Regardless of how they are affected, postdisaster social relations are important predictors of coping success and resilience.* (italics in original)

Like many others, they make a distinction between natural disasters, such as hurricanes, and technological disasters, such as oil spills.[172] Of the first, they review studies showing "heightened internal solidarity" and a "disappearance of community conflicts" in the aftermath of a disaster event and then note the likely attenuation of these elements: "this compassionate stage must eventually end."[173] Of technological disasters, which "can impart particularly dramatic consequences on community relations," the authors review studies of the social effects of the *Exxon Valdez* oil spill of 1989.[174] These include:[175]

- Those most exposed to the spill experienced significantly greater declines in quality and frequency of interpersonal relations, both within and outside their households
- High impact participants more likely to report reduction in frequency of socializing within families and among friends and neighbors
- Conflicts among families, friends, neighbors, and coworkers more prevalent among those in highly exposed communities
- These individuals also more likely to voice concerns about an increase in domestic violence in their communities, their family, their friends
- Post spill multivariate analyses indicated that postspill social disruptions predicted PTSD diagnosis

---

[171] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):1-2.

[172] Austin Expert Report, pp. 4-5.

[173] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):25.

[174] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):27.

[175] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):27.

Summarizing, Dr. Bonanno and his colleagues suggest that individuals and communities affected by technological disasters experience an "erosion of sense of community."[176] The interpersonal and communal dynamics are characterized by "ambiguity, uncertainty, absence of consensus, and the lack of a clearly identifiable low point ("the worst of the negative impact is over")".[177] They also observe that such disasters are often followed by lasting litigation which "may become vehicles for social cohesion" but "may also delay communities from social and psychological recovery."[178] Citing the work of Picou, Marshall, and Gill, they note that litigation stress was associated with "intrusive symptoms similar to those seen in PTSD."[179] Thus, in contrast to Bonanno's argument for resilience in the wake of disaster, I stand by my opinion that the *Deepwater Horizon* explosion and its aftermath had widespread, profoundly serious effects across nearly all the communities and economic sectors of the Gulf of Mexico coastal region.

### Part Three: Criticisms By Capt. Paskewich Gloss Over Barriers and Challenges of the Vessels of Opportunity Program

In his rebuttal report, Paskewich comments on my observation that there were constraints on who could work on the oil spill cleanup, and that those constraints caused problems for some people.[180] Paskewich defends the ways that the Federal On-Scene Coordinator controlled and limited who was able to participate and in which parts of the cleanup.[181] That there were "sound reasons"[182] for doing so does not negate my finding that because those rules were in place some people were not able to participate in the cleanup activities.[183]

Specifically related to the VOO, Paskewich responds to my statement that the VOO program did not help "docks, processors, distributors, and others in the seafood industry" and led to "local discord" by noting that only some people in the seafood industry affected by the spill (fishermen) were assisted by the VOO program.[184] Paskewich asserts that "the VOO Program played a significant role in the Response and assisted local fisherman whose livelihoods may have been affected by the spill."[185] First, fishermen are distinct from the dock owners, processors, distributors and others  to whom I refer my statement. Second. Paskewich's statement hides the fact that not all local fishermen whose livelihoods had been affected were able to participate in

---

[176] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):27.

[177] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):27.

[178] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):28.

[179] Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):28.

[180] Paskewich Rebuttal Report, pp. 18-19.

[181] Paskewich Rebuttal Report, pp. 18-19.

[182] Paskewich Rebuttal Report, p. 19.

[183] Austin Expert Report, pp. 25 and 29-30.

[184] Paskewich Rebuttal Report, p. 19.

[185] Paskewich Rebuttal Report, p. 19.

the VOO program.[186] Paskewich's own On Scene Coordinators Report documents the challenges and controversies the VOO program provoked, including, for example, getting commercial fishermen to enroll and allowing recreational boat owners to participate.[187] In his rebuttal report, Paskewhich glosses over the barriers and challenges fishermen faced in trying to participate in VOO, and the controversies within communities about how VOO participation was distributed.

## Conclusion

Having carefully read the rebuttal reports of Drs. Scott and Bonanno and Capt. Paskewich, I find nothing to have credibly challenged the findings of my original report. Ethnography was the appropriate research approach for generating the data needed to understand the range of social effects of the *Deepwater Horizon* disaster between April 2010 and January 2012; it was more appropriate than a quantitative approach such as survey research would have been. Statistical summaries of data drawn for other purposes, such as the Revenue per Available Room (RevPAR) measure of revenues per available hotel room, easily hide important information such as how and why impacts are unequally distributed. The BOEM study produced valid, reliable, and scientifically rigorous data to support my findings of the harms inflicted by the disaster and the disaster response.

---

[186] Austin et al. Vol II, p. 33.
[187] On Scene Coordinator Report: Deepwater Horizon Oil Spill (Ex. 9105). 2011. September, p. 119.
http://www.uscg.mil/foia/docs/dwh/fosc_dwh_report.pdf.

# References

Abbott, P., Wallace, C., and M. Beck. 2006. "Chernobyl: Living with Risk and Uncertainty." Health, Risk and Society, 8(2):105–121.

Adam, Emma K., Laura Chyu, Lindsey T Hoyt, Leah D. Doane, Johanne Boisjoly, Greg J. Duncan, P Lindsay Chase-Lanslale, and Thomas W McDade. 2011. "Adverse Adolescent Relationship Histories and Youth Adult Health: Cummulative Effects of Loneliness, Low Parental Support, Relationship Instability, Intimate Partner Violence, and Loss." Journal of Adolescent Health 49(3):278-286.

Ainslie, R., and K. Brabeck. 2003. "Race Murder and Community Trauma: Psychoanalysis and Ethnography in Exploring the Impact of the Killing of James Byrd in Jasper, Texas." Journal for the Psychoanalysis of Culture and Society, 8(1):42–50.

Anderson, Ken. 2009. "Ethnographic Research: A Key to Strategy." Harvard Business Review. March.

Aunger, Robert. 1995. "On Ethnography: Story telling or Science?" Current Anthropology 36(1). Special Issue: Ethnographic Authority and Cultural Explanation: 97-130.

Austin, Diane E. 2003. "Community-Based Collaborative Team Ethnography: A Community-University-Agency Partnership." Human Organization 62(2):143-152.

Austin, Diane E. 2003. Moving Offshore in the Gulf of Mexico: People, Technology, and the Organization of Work in the Early Years of Oilfield Diving. *Oil-Industry Journal*. 4(1).

Austin, Diane E. 2006. Women's Work and Lives in Offshore Oil. *Research in Economic Anthropology* 24:163-204.

Austin, Diane E. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume III: Morgan City's History in the Era of Oil and Gas: Perspectives of Those Who Were There. OCS Study MMS 2008-044. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

Austin, Diane E. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume V: Guide to the Interviews. OCS Study MMS 2008-046. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region

Austin, Diane, Bob Carriker, Tom McGuire, Joseph Pratt, Tyler Priest, and Allan G. Pulsipher. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume I: Papers on the Evolving Offshore Industry. OCS Study MMS 2008-042. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

Austin, Diane E., Karen Coelho, Andrew Gardner, Rylan Higgins, and Thomas R. McGuire. 2002. Social and Economic Impacts of OCS Activities on Individuals and Families: Volume 1.

MMS 2002-022. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

Austin, Diane, Shannon Dosemagen, Brian Marks, Thomas McGuire, Preetam Prakash, and Bethany Rogers. 2014. Offshore Oil and the *Deepwater Horizon*: Social Effects on Gulf Coast Communities. Volume II: Key Economic Sectors, NGOs, and Ethnic Groups. OCS Study BOEM 2014-618. U.S. Department of the Interior, Bureau of Ocean Energy Management, Gulf of Mexico OCS Region.

Austin, Diane E. and Justin Gaines. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume VI: A Collection of Photographs. OCS Study MMS 2008-047. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

Austin, Diane, Brian Marks, Kelly McClain Thomas McGuire, Ben McMahan, Victoria Phaneuf,, Preetam Prakash, Bethany Rogers, Carolyn Ware, and Justina Whalen. 2014. Offshore Oil and the *Deepwater Horizon*: Social Effects on Gulf Coast Communities. Volume I: Methodology, Timeline, Context, and Communities. OCS Study BOEM 2014-617. U.S. Department of the Interior, Bureau of Ocean Energy Management, Gulf of Mexico OCS Region..

Austin, Diane E. and Thomas R. McGuire, eds. 2002. Social and Economic Impacts of OCS Activities on Individuals and Families: Volume 2: Case Studies of Morgan City and New Iberia, Louisiana. MMS 2002-023. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

Austin, Diane E., Thomas R. McGuire, Rylan Higgins. 2006. Work and Change in the Gulf of Mexico Offshore Petroleum Industry. *Research in Economic Anthropology* 24:89-122.

Austin, Diane, and Drexel Woodson, eds. 2014. Gulf Coast Communities and the Fabrication and Shipbuilding Industry: A Comparative Community Study. Vol. II: Community Profiles. OCS Study BOEM 2014-610. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

Béhague, Dominique P., and Katerini T. Storeng. 2008. "Collapsing the Vertical–Horizontal Divide: An Ethnographic Study of Evidence-Based Policymaking in Maternal Health." American Journal of Public Health 98(4): 644-649.

Bernard, H. Russell. 2011. Research Methods in Anthropology: Qualitative and Quantitative Approaches. Lanham. MD: Altamira Press, A Division of Rowman and Littlefield Publishers

Bickman, Leonard, and Debra J. Rog. 1998. "Introduction: Why a Handbook of Applied Social Research Methods?" In Leonard Bickman and Debra J. Rog, eds. Handbook of Applied Social Research Methods. Thousand Oaks: Sage Publications, pp. ix-xix.

Bonano, George A., Chris R. Brewin, Krzysztof Kaniasty, and Annette M. La Greca. 2010. "Weighing the Costs of Disaster: Consequences, Risks, and Resilience in Individuals, Families, and Communities." Psychological Science 11(1):1-49.

Calder, Judith and Roger Sapsford. 2006. "Statistical Techniques." In Roger Sapsford and Victor Jupp. Data Collection and Analysis. Thousand Oaks, CA: Sage Publications, pp. 208-241.

CDC/SAMHSA (2013). Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill. Online document, http://www.samhsa.gov/data/nsduh/nsduh-gsps-gulf-coast.pdf, accessed September 22, 2014.

Coelho, Karen. 2006. "The Footprint of the Offshore Oil Industry on Community Institutions." Research in Economic Anthropology 24:123-162.

Colten, C. E., Hay, J., and A. Giancarlo. 2012. "Community Resilience and Oil Spills in Coastal Louisiana." Ecology and Society 17(3).

Cooper, C. R., and J. Denner. 1998. "Theories Linking Culture and Psychology: Universal and Community-Specific Processes." Annual Review of Psychology 49:559–84.

Desmond, Matthew. 2007. On the Fireline: Living and Dying with Wildland Firefighters. Chicago, IL: University of Chicago Press.

Erickson, Ken C., and Donald D. Stull. 1998. Doing Team Ethnography: Warnings and Advice. Qualitative Research Methods Series, Vol. 42. Thousand Oaks, CA: Sage Publications.

Federal Judicial Center and National Research Council. 2011. Reference Manual on Scientific Evidence (3rd Ed.).

Fernandez Kodish and Weijer 2003 "Informing Study Participants of Research Results: An Ethical Imperative." IRB: Ethics and Human Research 25(3):12-19.

Ferris, L.E., and A. Sass-Kortsak. 2011. "Sharing Research Findings with Research Participants and Communities." The International Journal of Occupational and Environmental Medicine 2(3):172-181.

Fetterman, David M. 1998. "Ethnography." In Leonard Bickman and Debra J. Rog, eds., 1998. Handbook of Applied Social Research Methods. Thousand Oaks: Sage Publications, p. 473-504.

Fletcher, Jason M., Jody L. Sindelar, and Shintaro Yamaguchi. 2009. Cumulative Effects of Job Characteristics on Health. Working Paper 15121, http://www.nber.org/papers/w15121. Cambridge, Mass.: National Bureau of Economic Research.

Gershon, R. R. M., Rubin, M. S., Qureshi, K. A., Canton, A. N. and F.J. Matzner. 2008. "Participatory Action Research Methodology in Disaster Research: Results From the World Trade Center Evacuation Study." Disaster Medicine and Public Health Preparedness 2(03):142–149.

Griffin, C. and A. Bengry-Howell. 2008. "Ethnography." In Carla Willig and Wendy Stainton-Rogers, The SAGE Handbook of Qualitative Research in Psychology. London England: Sage Publications Ltd., pp. 14–32.

Harvey, L. J. and M.D. Myers, M. D. 1995. "Scholarship and Practice: The Contribution of Ethnographic Research Methods to Bridging the Gap." Information Technology and People 8(3):13–27.

Higgins, Rylan. 2006. "'Bodies' for Rent: Labor and Marginality in Southern Louisiana." Anthropology of Work Review 26(3):12-22.

Hirschman, Elizabeth C., ed. 1989. Interpretive Consumer Research. Association for Consumer Research.

Hirschman, Elizabeth C., Linda Scott, and William B. Wells. 1998. "A Model of Product Discourse: Linking Consumer Practice to Cultural Texts." Journal of Advertising 27(1):33-50.

Ickovics, Jeanette, Amy Carroll Scott, Susan M. Peters, Marlene Schwartz, Kathryn Gilstad-Hayden, and Catherine McCaslin. 2014. "Health and Academic Achievement: Cumulative Effects of Health Assets on Standardized Test Scores Among Urban Youth in the United States." Journal of School Health 84(1):40-48.

Kleinman, A., and J. Kleinman. 1996. "The Appeal of Experience, the Dismay of Images: Cultural Appropriations of Suffering in our Times." Daedalus, 125(1):1-23.

Kirk, Jerome, and Marc C. Miller. 1985. Reliability and Validity in Qualitative Research. Thousand Oaks, CA: Sage Publications.

Kvale, Steinar. 1996. InterViews: An Introduction to Qualitative Research Interviewing. Thousand Oaks, CA: Sage Publications.

LeCompte, Margaret D, and Jean J. Schensul. 1999. Designing and Conducting Ethnographic Research. Walnut Creek, CA: Altamira Press, A Division of Sage Publications.

LeCompte, Margaret D., and Jean J. Schensul. 1999. Analyzing and Interpreting Ethnographic Data. Walnut Creek, CA: Altamira Press, A Division of Sage Publications.

LeCompte, Margaret D., Jean J. Schensul, Margaret R. Weeks, and Merill Singer. 1999. Research Roles and Research Partnerships. Walnut Creek, CA: Altamira Press, A Division of Sage Publications.

Locke, Karen. 2011. "Field Research Practice in Management and Organization Studies: Reclaiming its Tradition of Discovery." The Academy of Management Annals 5(1):613-652.

Luton, Harry., and Rodney E. Cluck. 2000. Applied Social Science for MMS: A Framework for Decision Making. Washington, DC: Minerals Management Service Environmental Studies Program.

Macaulay, A.C., A. Ing, J. Salsberg, A. McGregor, C. Saad-Daddad, J. Rice, L. Montour, and K. Gray-Donald. 2007. "Community-Based Participatory Research: Lessons from Sharing Results with the Community: Kahnawake Schools Diabetes Prevention Project. Progress in Community Health Partnerships" 1(2): 143-152.

Maxwell, Joseph A., 1998. "Designing a Qualitative Study." In Leonard Bickman and Debra J. Rog, eds., 1998. Handbook of Applied Social Research Methods. Thousand Oaks: Sage Publications, pp. 69-100.

McGuire, Thomas. 2006. Oil and Gas in South Louisiana. Research in Economic Anthropology 24:63-87.

McGuire, Tom. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume II: Bayou Lafourche: Oral Histories of the Oil and Gas Industry. OCS Study MMS 2008-043. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

McGuire, Tom, Diane Austin, and Drexel Woodson. 2014. Gulf Coast Communities and the Fabrication and Shipbuilding Industry: A Comparative Community Study. Vol. III: Technical Papers. OCS Study BOEM 2014-611. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

McGuire, Thomas, and Andrew Gardner. 2003 Contract Drillers and Causal Histories along the Gulf of Mexico. Human Organization 62(3): 218-228.

Nichter, Mark. 1981. "Idioms of Distress: Alternatives in the Expression of Psychosocial Distress: A Case Study from South India." Culture, Medicine and Psychiatry 5(4):379–408.

On Scene Coordinator Report: Deepwater Horizon Oil Spill (Ex. 9105). 2011. September. Online document, http://www.uscg.mil/foia/docs/dwh/fosc_dwh_report.pdf, accessed September 20, 2014.

Perin, Constance. 2005. Shouldering Risks: The Culture of Control in the Nuclear Power Industry. Princeton, NJ: Princeton University Press.

Rapport, Joanne. 2008. "Beyond Participant Observation: Collaborative Ethnography as Theoretical Innovation." Collaborative Anthropologies 1:1-31.

Rizzo, T. A., Corsaro, W. A., and J.E. Bates. 1992. "Ethnographic Methods and Interpretive Analysis: Expanding the Methodological Options of Psychologists." Developmental Review 12(2):101–123.

Patton, Michael Quinn. 2002. Qualitative Research and Evaluation Methods. Thousand Oaks: Sage Publications.

Sapsford, Roger, and Victor Jupp. 2006. Data Collection and Analysis (2nd ed.). Thousand Oaks, CA: Sage Publications.

Sell, James L. and Tom McGuire. 2008. History of the Offshore Oil and Gas Industry in Southern Louisiana. Volume IV: Terrebonne Parish.  OCS Study MMS 2008-045. U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

Strauss, A., and J. Corbin. 1990. Basics of Qualitative Research: Grounded Theory Procedures and Techniques. Newbury Park, CA: Sage Publications.

Upton, Harold F. 2011. The Deepwater Horizon Oil Spill and the Gulf of Mexico Fishing Industry. Congressional Research Service. February 17, pp. 3-7.

Wallace, Barbara, James Kirkley, Thomas R. McGuire, Diane Austin, and David Goldfield. 2001. Assessment of Historical, Social, and Economic Impacts of OCS Development on Gulf Coast Communities. Volume II: Narrative Report.  MMS 2001-027. New Orleans: U.S. Department of the Interior, Minerals Management Service, Gulf of Mexico OCS Region.

Zarowsky, C. 2004. "Writing Trauma: Emotion, Ethnography, and the Politics of Suffering among Somali Returnees in Ethiopia." Culture, Medicine & Psychiatry 28(2), 189–209.

**APPENDIX A**

Sources Considered

(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1 and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
| --- |
| BP-HZN-2179MDL02418507-BP-HZN-2179MDL02418624 |
| BP-HZN-2179MDL04801588-BP-HZN-2179MDL04801589 |
| BP-HZN-2179MDL04820571-BP-HZN-2179MDL04820571 |
| BP-HZN-2179MDL05106603-BP-HZN-2179MDL05106644 |
| BP-HZN-2179MDL06389713-BP-HZN-2179MDL06389714 |
| BP-HZN-2179MDL07817645-BP-HZN-2179MDL07817645 |
| BP-HZN-2179MDL07818050-BP-HZN-2179MDL07818050 |
| BP-HZN-2179MDL08389255-BP-HZN-2179MDL08389255 |
| BP-HZN-2179MDL08431201-BP-HZN-2179MDL08431214 |
| BP-HZN-2179MDL08875298-BP-HZN-2179MDL08875335 |
| BP-HZN-2179MDL08925907-BP-HZN-2179MDL08925975 |
| BP-HZN-2179MDL08927522-BP-HZN-2179MDL08927529 |
| BP-HZN-2179MDL08927770-BP-HZN-2179MDL08927777 |
| BP-HZN-2179MDL08927786-BP-HZN-2179MDL08927792 |
| BP-HZN-2179MDL08927793-BP-HZN-2179MDL08927826 |
| BP-HZN-2179MDL08965095-BP-HZN-2179MDL08965104 |
| BP-HZN-2179MDL08965552-BP-HZN-2179MDL08965552 |
| BP-HZN-2179MDL08966806-BP-HZN-2179MDL08966844 |
| BP-HZN-2179MDL08968177-BP-HZN-2179MDL08968230 |
| BP-HZN-2179MDL08973082-BP-HZN-2179MDL08973082 |
| BP-HZN-2179MDL08980532-BP-HZN-2179MDL08980555 |
| BP-HZN-2179MDL08980648-BP-HZN-2179MDL08980688 |
| BP-HZN-2179MDL08980863-BP-HZN-2179MDL08980895 |
| BP-HZN-2179MDL09099961-BP-HZN-2179MDL09099961 |
| BP-HZN-2179MDL09099964-BP-HZN-2179MDL09099964 |
| BP-HZN-2179MDL09099965-BP-HZN-2179MDL09099965 |
| BP-HZN-2179MDL09099966-BP-HZN-2179MDL09099966 |
| BP-HZN-2179MDL09099967-BP-HZN-2179MDL09099967 |
| BP-HZN-2179MDL09111688-BP-HZN-2179MDL09111700 |
| BP-HZN-2179MDL09111833-BP-HZN-2179MDL09111833 |
| BP-HZN-2179MDL09111834-BP-HZN-2179MDL09111834 |
| BP-HZN-2179MDL09111835-BP-HZN-2179MDL09111835 |
| BP-HZN-2179MDL09111836-BP-HZN-2179MDL09111836 |
| BP-HZN-2179MDL09111837-BP-HZN-2179MDL09111837 |
| BP-HZN-2179MDL09111838-BP-HZN-2179MDL09111838 |
| BP-HZN-2179MDL09111839-BP-HZN-2179MDL09111839 |
| BP-HZN-2179MDL09111840-BP-HZN-2179MDL09111840 |
| BP-HZN-2179MDL09111841-BP-HZN-2179MDL09111841 |
| BP-HZN-2179MDL09111842-BP-HZN-2179MDL09111842 |
| BP-HZN-2179MDL09111843-BP-HZN-2179MDL09111843 |
| BP-HZN-2179MDL09111844-BP-HZN-2179MDL09111844 |

Sources Considered

(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1 and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
|---|
| BP-HZN-2179MDL09111845-BP-HZN-2179MDL09111845 |
| BP-HZN-2179MDL09111846-BP-HZN-2179MDL09111846 |
| BP-HZN-2179MDL09111847-BP-HZN-2179MDL09111847 |
| BP-HZN-2179MDL09111848-BP-HZN-2179MDL09111848 |
| BP-HZN-2179MDL09111849-BP-HZN-2179MDL09111849 |
| BP-HZN-2179MDL09111850-BP-HZN-2179MDL09111850 |
| BP-HZN-2179MDL09111851-BP-HZN-2179MDL09111851 |
| BP-HZN-2179MDL09111852-BP-HZN-2179MDL09111852 |
| BP-HZN-2179MDL09111853-BP-HZN-2179MDL09111853 |
| BP-HZN-2179MDL09216017-BP-HZN-2179MDL09216017 |
| BP-HZN-2179MDL09216042-BP-HZN-2179MDL09216156 |
| BP-HZN-2179MDL09216157-BP-HZN-2179MDL09216157 |
| BP-HZN-2179MDL09216160-BP-HZN-2179MDL09216194 |
| BP-HZN-2179MDL09216195-BP-HZN-2179MDL09216195 |
| BP-HZN-2179MDL09233427-BP-HZN-2179MDL09233496 |
| BP-HZN-2179MDL09238535-BP-HZN-2179MDL09238536 |
| BP-HZN-2179MDL09238542-BP-HZN-2179MDL09238546 |
| BP-HZN-2179MDL09238616-BP-HZN-2179MDL09238618 |
| BP-HZN-2179MDL09238619-BP-HZN-2179MDL09238635 |
| BP-HZN-2179MDL09238636-BP-HZN-2179MDL09238640 |
| BP-HZN-2179MDL09238643-BP-HZN-2179MDL09238941 |
| BP-HZN-2179MDL09238942-BP-HZN-2179MDL09238944 |
| BP-HZN-2179MDL09239065-BP-HZN-2179MDL09239210 |
| BP-HZN-2179MDL09239211-BP-HZN-2179MDL09239212 |
| BP-HZN-2179MDL09239213-BP-HZN-2179MDL09239215 |
| BP-HZN-2179MDL09239216-BP-HZN-2179MDL09239235 |
| BP-HZN-2179MDL09239236-BP-HZN-2179MDL09239589 |
| BP-HZN-2179MDL09239590-BP-HZN-2179MDL09239590 |
| BP-HZN-2179MDL09239591-BP-HZN-2179MDL09239591 |
| BP-HZN-2179MDL09239592-BP-HZN-2179MDL09239593 |
| BP-HZN-2179MDL09239733-BP-HZN-2179MDL09239848 |
| BP-HZN-2179MDL09239849-BP-HZN-2179MDL09239849 |
| BP-HZN-2179MDL09239993-BP-HZN-2179MDL09239995 |
| BP-HZN-2179MDL09239996-BP-HZN-2179MDL09239996 |
| BP-HZN-2179MDL09239997-BP-HZN-2179MDL09240001 |
| BP-HZN-2179MDL09240002-BP-HZN-2179MDL09240005 |
| BP-HZN-2179MDL09240085-BP-HZN-2179MDL09240093 |
| BP-HZN-2179MDL09240094-BP-HZN-2179MDL09240097 |
| BP-HZN-2179MDL09240174-BP-HZN-2179MDL09240175 |
| BP-HZN-2179MDL09240176-BP-HZN-2179MDL09240176 |
| BP-HZN-2179MDL09240177-BP-HZN-2179MDL09240177 |

Sources Considered

(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1 and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
|---|
| BP-HZN-2179MDL09240178-BP-HZN-2179MDL09240178 |
| BP-HZN-2179MDL09240179-BP-HZN-2179MDL09240179 |
| BP-HZN-2179MDL09240180-BP-HZN-2179MDL09240183 |
| BP-HZN-2179MDL09240184-BP-HZN-2179MDL09240186 |
| BP-HZN-2179MDL09240187-BP-HZN-2179MDL09240187 |
| BP-HZN-2179MDL09240188-BP-HZN-2179MDL09240190 |
| BP-HZN-2179MDL09240191-BP-HZN-2179MDL09240191 |
| BP-HZN-2179MDL09240194-BP-HZN-2179MDL09240195 |
| BP-HZN-2179MDL09240196-BP-HZN-2179MDL09240197 |
| BP-HZN-2179MDL09240198-BP-HZN-2179MDL09240485 |
| BP-HZN-2179MDL09240486-BP-HZN-2179MDL09240487 |
| BP-HZN-2179MDL09240488-BP-HZN-2179MDL09240488 |
| BP-HZN-2179MDL09240492-BP-HZN-2179MDL09240501 |
| BP-HZN-2179MDL09240502-BP-HZN-2179MDL09240504 |
| BP-HZN-2179MDL09240505-BP-HZN-2179MDL09240508 |
| BP-HZN-2179MDL09240509-BP-HZN-2179MDL09240512 |
| BP-HZN-2179MDL09240513-BP-HZN-2179MDL09240515 |
| BP-HZN-2179MDL09240516-BP-HZN-2179MDL09240518 |
| BP-HZN-2179MDL09240519-BP-HZN-2179MDL09240529 |
| BP-HZN-2179MDL09240535-BP-HZN-2179MDL09240535 |
| BP-HZN-2179MDL09240562-BP-HZN-2179MDL09240573 |
| BP-HZN-2179MDL09240574-BP-HZN-2179MDL09240578 |
| BP-HZN-2179MDL09240579-BP-HZN-2179MDL09240582 |
| BP-HZN-2179MDL09240583-BP-HZN-2179MDL09240591 |
| BP-HZN-2179MDL09240665-BP-HZN-2179MDL09240668 |
| BP-HZN-2179MDL09240789-BP-HZN-2179MDL09240790 |
| BP-HZN-2179MDL09240791-BP-HZN-2179MDL09240804 |
| BP-HZN-2179MDL09240805-BP-HZN-2179MDL09240805 |
| BP-HZN-2179MDL09240810-BP-HZN-2179MDL09241842 |
| BP-HZN-2179MDL09241843-BP-HZN-2179MDL09241845 |
| BP-HZN-2179MDL09241852-BP-HZN-2179MDL09241853 |
| BP-HZN-2179MDL09241854-BP-HZN-2179MDL09241855 |
| BP-HZN-2179MDL09241951-BP-HZN-2179MDL09241953 |
| BP-HZN-2179MDL09242014-BP-HZN-2179MDL09242014 |
| BP-HZN-2179MDL09242015-BP-HZN-2179MDL09242018 |
| BP-HZN-2179MDL09242019-BP-HZN-2179MDL09242021 |
| BP-HZN-2179MDL09242022-BP-HZN-2179MDL09242024 |
| BP-HZN-2179MDL09242025-BP-HZN-2179MDL09242025 |
| BP-HZN-2179MDL09242026-BP-HZN-2179MDL09242027 |
| BP-HZN-2179MDL09242431-BP-HZN-2179MDL09242431 |
| BP-HZN-2179MDL09242432-BP-HZN-2179MDL09242432 |

Sources Considered

(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1 and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
|---|
| BP-HZN-2179MDL09242433-BP-HZN-2179MDL09242433 |
| BP-HZN-2179MDL09243023-BP-HZN-2179MDL09243023 |
| BP-HZN-2179MDL09243024-BP-HZN-2179MDL09243024 |
| BP-HZN-2179MDL09243025-BP-HZN-2179MDL09243025 |
| BP-HZN-2179MDL09243028-BP-HZN-2179MDL09243028 |
| BP-HZN-2179MDL09243029-BP-HZN-2179MDL09243029 |
| BP-HZN-2179MDL09243030-BP-HZN-2179MDL09243030 |
| BP-HZN-2179MDL09243032-BP-HZN-2179MDL09243032 |
| BP-HZN-2179MDL09243788-BP-HZN-2179MDL09243793 |
| BP-HZN-2179MDL09292857-BP-HZN-2179MDL09292866 |
| BP-HZN-2179MDL09292867-BP-HZN-2179MDL09292876 |
| BP-HZN-2179MDL09292877-BP-HZN-2179MDL09292881 |
| BP-HZN-2179MDL09292882-BP-HZN-2179MDL09292910 |
| BP-HZN-2179MDL09292911-BP-HZN-2179MDL09292913 |
| BP-HZN-2179MDL09292914-BP-HZN-2179MDL09292926 |
| BP-HZN-2179MDL09292927-BP-HZN-2179MDL09292935 |
| BP-HZN-2179MDL09292936-BP-HZN-2179MDL09292942 |
| BP-HZN-2179MDL09292943-BP-HZN-2179MDL09292951 |
| BP-HZN-2179MDL09292952-BP-HZN-2179MDL09292966 |
| BP-HZN-2179MDL09292967-BP-HZN-2179MDL09292981 |
| BP-HZN-2179MDL09292982-BP-HZN-2179MDL09293017 |
| BP-HZN-2179MDL09293018-BP-HZN-2179MDL09293032 |
| BP-HZN-2179MDL09293033-BP-HZN-2179MDL09293041 |
| BP-HZN-2179MDL09293042-BP-HZN-2179MDL09293050 |
| BP-HZN-2179MDL09293051-BP-HZN-2179MDL09293058 |
| BP-HZN-2179MDL09293059-BP-HZN-2179MDL09293077 |
| BP-HZN-2179MDL09293078-BP-HZN-2179MDL09293088 |
| BP-HZN-2179MDL09293089-BP-HZN-2179MDL09293095 |
| BP-HZN-2179MDL09293096-BP-HZN-2179MDL09293130 |
| BP-HZN-2179MDL09293131-BP-HZN-2179MDL09293145 |
| BP-HZN-2179MDL09293146-BP-HZN-2179MDL09293153 |
| BP-HZN-2179MDL09293154-BP-HZN-2179MDL09293165 |
| BP-HZN-2179MDL09293166-BP-HZN-2179MDL09293172 |
| BP-HZN-2179MDL09293173-BP-HZN-2179MDL09293187 |
| BP-HZN-2179MDL09293188-BP-HZN-2179MDL09293236 |
| BP-HZN-2179MDL09293237-BP-HZN-2179MDL09293257 |
| BP-HZN-2179MDL09293258-BP-HZN-2179MDL09293271 |
| BP-HZN-2179MDL09293272-BP-HZN-2179MDL09293283 |
| BP-HZN-2179MDL09293284-BP-HZN-2179MDL09293292 |
| BP-HZN-2179MDL09293293-BP-HZN-2179MDL09293300 |
| BP-HZN-2179MDL09293301-BP-HZN-2179MDL09293307 |

Sources Considered
(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1
and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
|---|
| BP-HZN-2179MDL09293308-BP-HZN-2179MDL09293323 |
| BP-HZN-2179MDL09293324-BP-HZN-2179MDL09293347 |
| BP-HZN-2179MDL09293348-BP-HZN-2179MDL09293355 |
| BP-HZN-2179MDL09293356-BP-HZN-2179MDL09293364 |
| BP-HZN-2179MDL09293365-BP-HZN-2179MDL09293374 |
| BP-HZN-2179MDL09293375-BP-HZN-2179MDL09293400 |
| BP-HZN-2179MDL09293401-BP-HZN-2179MDL09293412 |
| BP-HZN-2179MDL09307622-BP-HZN-2179MDL09307638 |
| BP-HZN-2179MDL09307639-BP-HZN-2179MDL09307653 |
| BP-HZN-2179MDL09307654-BP-HZN-2179MDL09307680 |
| BP-HZN-2179MDL09307681-BP-HZN-2179MDL09308122 |
| BP-HZN-2179MDL09308123-BP-HZN-2179MDL09308128 |
| BP-HZN-2179MDL09308129-BP-HZN-2179MDL09308129 |
| BP-HZN-2179MDL09308130-BP-HZN-2179MDL09308149 |
| BP-HZN-2179MDL09308150-BP-HZN-2179MDL09308174 |
| BP-HZN-2179MDL09308175-BP-HZN-2179MDL09308201 |
| BP-HZN-2179MDL09308202-BP-HZN-2179MDL09308214 |
| BP-HZN-2179MDL09308215-BP-HZN-2179MDL09308220 |
| BP-HZN-2179MDL09308221-BP-HZN-2179MDL09308230 |
| BP-HZN-2179MDL09308231-BP-HZN-2179MDL09308246 |
| BP-HZN-2179MDL09308247-BP-HZN-2179MDL09308262 |
| BP-HZN-2179MDL09308263-BP-HZN-2179MDL09308269 |
| BP-HZN-2179MDL09308270-BP-HZN-2179MDL09308281 |
| BP-HZN-2179MDL09308282-BP-HZN-2179MDL09308293 |
| BP-HZN-2179MDL09308294-BP-HZN-2179MDL09308316 |
| BP-HZN-2179MDL09308317-BP-HZN-2179MDL09308326 |
| BP-HZN-2179MDL09308327-BP-HZN-2179MDL09308347 |
| BP-HZN-2179MDL09308348-BP-HZN-2179MDL09308373 |
| BP-HZN-2179MDL09308749-BP-HZN-2179MDL09308781 |
| BP-HZN-2179MDL09308782-BP-HZN-2179MDL09308791 |
| BP-HZN-2179MDL09308792-BP-HZN-2179MDL09308824 |
| BP-HZN-2179MDL09308825-BP-HZN-2179MDL09308831 |
| BP-HZN-2179MDL09308832-BP-HZN-2179MDL09308843 |
| BP-HZN-2179MDL09308844-BP-HZN-2179MDL09308849 |
| BP-HZN-2179MDL09309892-BP-HZN-2179MDL09309896 |
| BP-HZN-2179MDL09309897-BP-HZN-2179MDL09309898 |
| BP-HZN-2179MDL09309899-BP-HZN-2179MDL09309901 |
| BP-HZN-2179MDL09309902-BP-HZN-2179MDL09310935 |
| BP-HZN-2179MDL09310936-BP-HZN-2179MDL09310982 |
| BP-HZN-2179MDL09310983-BP-HZN-2179MDL09310988 |
| BP-HZN-2179MDL09310989-BP-HZN-2179MDL09310990 |

Sources Considered

(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1 and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
|---|
| BP-HZN-2179MDL09310991-BP-HZN-2179MDL09311004 |
| BP-HZN-2179MDL09311005-BP-HZN-2179MDL09311009 |
| BP-HZN-2179MDL09311010-BP-HZN-2179MDL09311021 |
| BP-HZN-2179MDL09311022-BP-HZN-2179MDL09311022 |
| BP-HZN-2179MDL09311023-BP-HZN-2179MDL09311024 |
| BP-HZN-2179MDL09311025-BP-HZN-2179MDL09311046 |
| BP-HZN-2179MDL09311047-BP-HZN-2179MDL09311048 |
| BP-HZN-2179MDL09311049-BP-HZN-2179MDL09311049 |
| BP-HZN-2179MDL09311065-BP-HZN-2179MDL09311078 |
| BP-HZN-2179MDL09311079-BP-HZN-2179MDL09311261 |
| BP-HZN-2179MDL09311262-BP-HZN-2179MDL09311268 |
| BP-HZN-2179MDL09311269-BP-HZN-2179MDL09311270 |
| BP-HZN-2179MDL09311271-BP-HZN-2179MDL09311278 |
| BP-HZN-2179MDL09311279-BP-HZN-2179MDL09311280 |
| Deposition Exhibit 11839 |
| Deposition Exhibit 11869 |
| Deposition Exhibit 11872 |
| Deposition Exhibit 11873 |
| Deposition Exhibit 11875 |
| Deposition Exhibit 11877 |
| Deposition Exhibit 11878 |
| Deposition Exhibit 11879 |
| Deposition Exhibit 11880 |
| Deposition Exhibit 11921 |
| Deposition Exhibit 11922 |
| Deposition Exhibit 11923 |
| Deposition Exhibit 11924 |
| Deposition Exhibit 11925 |
| Deposition Exhibit 11926 |
| Deposition Exhibit 11927 |
| Deposition Exhibit 11928 |
| Deposition Exhibit 11929 |
| Deposition Exhibit 12288 |
| Deposition Exhibit 12300 |
| Deposition Exhibit 12301 |
| Deposition Exhibit 12302 |
| Deposition Exhibit 12303 |
| Deposition Exhibit 12303 A |
| Deposition Exhibit 12304 |
| Deposition Exhibit 12305 |
| Deposition Exhibit 12306 |

Sources Considered
(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1 and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
| --- |
| Deposition Exhibit 12307 |
| Deposition Exhibit 12308 |
| Deposition Exhibit 12309 |
| Deposition Exhibit 12310 |
| Deposition Exhibit 12311 |
| Deposition Exhibit 12312 |
| Deposition Exhibit 12313 |
| Deposition Exhibit 12314 |
| Deposition Exhibit 12315 |
| Deposition Exhibit 12316 |
| Deposition Exhibit 12317 |
| Deposition Exhibit 12318 |
| Deposition Exhibit 12319 |
| Deposition Exhibit 12320 |
| Deposition Exhibit 12321 |
| Deposition Exhibit 12322 |
| Deposition Exhibit 12323 |
| Deposition Exhibit 12324 |
| Deposition Exhibit 12325 |
| Deposition Exhibit 12326 |
| Deposition Exhibit 12327 |
| Deposition Exhibit 12328 |
| Deposition Exhibit 12329 |
| Deposition Exhibit 12330 |
| Deposition Exhibit 12331 |
| Deposition Exhibit 12332 |
| Deposition Exhibit 12333 |
| Deposition Exhibit 12334 |
| Deposition Exhibit 12335 |
| Deposition Exhibit 12336 |
| Deposition Exhibit 12337 |
| Deposition Exhibit 12338 |
| Deposition Exhibit 12339 |
| Deposition Exhibit 12340 |
| Deposition Exhibit 12341 |
| Deposition Exhibit 12342 |
| Deposition Exhibit 12343 |
| Deposition Exhibit 12344 |
| Deposition Exhibit 12345 |
| Deposition Exhibit 12346 |
| Deposition Exhibit 12347 |

Sources Considered
(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1
and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
| --- |
| Deposition Exhibit 12348 |
| Deposition Exhibit 12349 |
| Deposition Exhibit 12350 |
| Deposition Exhibit 12351 |
| Deposition Exhibit 12352 |
| Deposition Exhibit 12353 |
| Deposition Exhibit 12354 |
| Deposition Exhibit 12355 |
| Deposition Exhibit 12356 |
| Deposition Exhibit 12357 |
| Deposition Exhibit 12358 |
| Deposition Exhibit 12359 |
| Deposition Exhibit 12360 |
| Deposition Exhibit 12361 |
| Deposition Exhibit 12362 |
| Deposition Exhibit 12363 |
| Deposition Exhibit 12364 |
| Deposition Exhibit 12365 |
| Deposition Exhibit 12366 |
| Deposition Exhibit 12367 |
| Deposition Exhibit 12368 |
| Deposition Exhibit 12369 |
| Deposition Exhibit 12370 |
| Deposition Exhibit 12371 |
| Deposition Exhibit 12372 |
| Deposition Exhibit 12373 |
| Deposition Exhibit 12374 |
| Deposition Exhibit 12920 |
| Deposition Exhibit 9105 |
| Deposition Exhibit 9124 |
| Deposition of Austin, RADM Meredith (July 17, 2014) |
| Deposition of Casey, Drew (June 24, 2014) |
| Deposition of Cross, Iris (June 26, 2014) |
| Deposition of Folse, Laura (June 16, 2014) |
| Deposition of Hanzalik, Capt James (June 17, 2014) |
| Deposition of Hein, Capt Julia (July 9, 2014 |
| Deposition of Hewett, Capt Larry (June 19, 2014) |
| Deposition of Kulesa, Frank (July 15, 2014) |
| Deposition of LaFarriere, Roger (Aug. 5, 2014) |
| Deposition of Luton, Harry (June 17, 2014) |
| Deposition of McCleary, Capt Stephen (July 18, 2014) |

Sources Considered

(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1 and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
|---|
| Deposition of Morrison, Richard (June 20, 2014) |
| Deposition of Robertson, Michael T. (July 10, 2014) |
| Deposition of Utsler, Mike (June 27, 2014) |
| EPE082-007079 |
| LA-GOV 00032144 |
| TREX-005881 |
| TREX-005882 |
| TREX-009105 |
| TREX-009105 |
| TREX-009124 |
| TREX-100002 |
| Trial Transcript Phase 1 (Sept. 30, 2013 pm) |
| Trial Transcript Phase 2 (Oct. 2, 2013 am) |
| US_PP_AUS000403-US_PP_AUS000404 |
| US_PP_AUS000405-US_PP_AUS000407 |
| US_PP_AUS000408-US_PP_AUS000459 |
| US_PP_AUS000460-US_PP_AUS000494 |
| US_PP_AUS000495-US_PP_AUS000516 |
| US_PP_AUS000517-US_PP_AUS000621 |
| US_PP_AUS000622-US_PP_AUS000629 |
| US_PP_AUS000630-US_PP_AUS000674 |
| US_PP_AUS000675-US_PP_AUS000738 |
| US_PP_AUS000739-US_PP_AUS001140 |
| US_PP_AUS001141-US_PP_AUS001215 |
| US_PP_AUS001216-US_PP_AUS001306 |
| US_PP_AUS001307-US_PP_AUS001539 |
| US_PP_AUS001540-US_PP_AUS001709 |
| US_PP_AUS001710-US_PP_AUS001986 |
| US_PP_AUS001987-US_PP_AUS002319 |
| US_PP_AUS002320-US_PP_AUS002550 |
| US_PP_AUS002551-US_PP_AUS002659 |
| US_PP_AUS002660-US_PP_AUS002761 |
| US_PP_AUS002762-US_PP_AUS002803 |
| US_PP_AUS003894-US_PP_AUS004162 |
| US_PP_AUS004163-US_PP_AUS004369 |
| US_PP_AUS004611-US_PP_AUS004628 |
| US_PP_AUS004629-US_PP_AUS004637 |
| US_PP_AUS004638-US_PP_AUS004647 |
| US_PP_AUS004648-US_PP_AUS004649 |
| US_PP_AUS004650-US_PP_AUS004660 |
| US_PP_AUS004661-US_PP_AUS004696 |

Sources Considered

(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1
and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
|---|
| US_PP_AUS004697-US_PP_AUS004723 |
| US_PP_AUS004724-US_PP_AUS004747 |
| US_PP_AUS004748-US_PP_AUS004777 |
| US_PP_AUS004778-US_PP_AUS004802 |
| US_PP_AUS004803-US_PP_AUS004824 |
| US_PP_AUS004825-US_PP_AUS004842 |
| US_PP_AUS004843-US_PP_AUS004862 |
| US_PP_AUS004863-US_PP_AUS004871 |
| US_PP_AUS004872-US_PP_AUS004891 |
| US_PP_AUS004892-US_PP_AUS004911 |
| US_PP_AUS004912-US_PP_AUS004926 |
| US_PP_AUS004927-US_PP_AUS004944 |
| US_PP_AUS004945-US_PP_AUS004959 |
| US_PP_AUS004960-US_PP_AUS005003 |
| US_PP_AUS005004-US_PP_AUS005018 |
| US_PP_AUS005019-US_PP_AUS005021 |
| US_PP_AUS005022-US_PP_AUS005022 |
| US_PP_AUS005023-US_PP_AUS005023 |
| US_PP_AUS005024-US_PP_AUS005024 |
| US_PP_AUS005025-US_PP_AUS005025 |
| US_PP_AUS005026-US_PP_AUS005036 |
| US_PP_AUS005037-US_PP_AUS005055 |
| US_PP_AUS005056-US_PP_AUS005073 |
| US_PP_AUS005074-US_PP_AUS005095 |
| US_PP_AUS005096-US_PP_AUS005117 |
| US_PP_AUS005118-US_PP_AUS005125 |
| US_PP_AUS005126-US_PP_AUS005135 |
| US_PP_AUS005136-US_PP_AUS005146 |
| US_PP_AUS005147-US_PP_AUS005157 |
| US_PP_AUS005158-US_PP_AUS005168 |
| US_PP_AUS005169-US_PP_AUS005182 |
| US_PP_AUS005183-US_PP_AUS005214 |
| US_PP_AUS005215-US_PP_AUS005220 |
| US_PP_AUS005221-US_PP_AUS005222 |
| US_PP_AUS005223-US_PP_AUS005224 |
| US_PP_BOEM000107-US_PP_BOEM000312 |
| US_PP_DBO006991-US_PP_DBO007170 |
| US_PP_DBO007223-US_PP_DBO007227 |
| US_PP_EXP000448-US_PP_EXP000534 |
| US_PP_EXP000536-US_PP_EXP000624 |
| US_PP_EXP001363-US_PP_EXP001444 |

Sources Considered
(In addition to the documents cited in my Round 1 and Round 2 and Round 3 reports and my Round 1
and Round 2 lists of documents considered)

| Bates, Exhibit, TREX, or Other Description |
|---|
| US_PP_EXP001445-US_PP_EXP001513 |
| US_PP_EXP001688-US_PP_EXP001721 |
| US_PP_EXP001722-US_PP_EXP001791 |
| US_PP_EXP002232-US_PP_EXP002267 |
| US_PP_EXP002332-US_PP_EXP002332 |
| US_PP_EXP002333-US_PP_EXP002398 |
| US_PP_EXP002977-US_PP_EXP002977 |
| US_PP_EXP002978-US_PP_EXP003007 |
| US_PP_EXP003008-US_PP_EXP003008 |
| US_PP_EXP003009-US_PP_EXP003093 |
| US_PP_MAS001580-US_PP_MAS001591 |
| US_PP_MAS009132-US_PP_MAS009133 |
| US_PP_MAS010956-US_PP_MAS010988 |
| US_PP_MAS011253-US_PP_MAS011260 |
| US_PP_MVH000023-US_PP_MVH000030 |
| US_PP_MVH003103-US_PP_MVH003160 |
| US_PP_NOAA146389-US_PP_NOAA146390 |
| US_PP_RC003356-US_PP_RC003400 |
| US_PP_RC005221-US_PP_RC005226 |
| US_PP_USCG2_1916822-US_PP_USCG2_1916822 |
| XAK003-198080-XAK003-198080 |