# EXHIBIT E

**From**: Bartoszek, Peter
**Sent**: Thursday, October 09, 2014 11:03 AM
**To**: *Sarah.Himmelhoch@usdoj.gov (Sarah.Himmelhoch@usdoj.gov); 'King, Rachel (ENRD)'
**Cc**: *deepwater.horizon@usdoj.gov
**Subject**: Austin Materials

Dear Sarah and Rachel,

BPXP requests that the U.S. produce promptly any and all information relating to the interviews, discussions, meetings referenced and relied on by Dr. Austin in reaching her opinions in the expert reports submitted by the US, including the "audio-recorded oral history accounts," "audio files," "audio and/or video[] notes" and/or the "notes" (handwritten or otherwise in their raw form) that are referenced in and relied on by Dr. Austin in her expert reports, and that are referenced in the "Offshore Oil and the Deepwater Horizon: Social Effects on Gulf Coast Communities" report (Dep. Exh. 11922, p. 19).

BPXP also requests that the U.S. produce the "matrix of occupations and locations" referenced in and relied on by Dr. Austin in her expert reports, and referenced in the "Social Effects" report.

Regards,
Peter

---

**Peter Bartoszek**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
+1-312-862-3279 (o)
+1-847-990-0904 (m)