# EXHIBIT F

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Wednesday, November 05, 2014 1:09 PM
**To:** Tressler, David M.; Fidler, Danielle (ENRD)
**Cc:** Karis, Hariklia; Brock, Mike; Bartoszek, Peter; Langan, Andrew; *connie.delgado@bingham.com; 'Kirby, Ky E.'; *deepwater.horizon@usdoj.gov
**Subject:** RE: MDL 2179: Oral History Notes and Transcripts

David,

The United States stands by its position that you have all of the information contained in the notes except for the personally identifying information. Accordingly we decline to produce the handwritten notes.

To be clear, the interview notes reviewed by Dr. Penney were in the form of the code reports produced to BP. None of the persons working with Dr. Austin on her expert report reviewed the original handwritten or computerized notes. They relied upon the database.

**From:** Tressler, David M. [mailto:dtressler@kirkland.com]
**Sent:** Thursday, October 30, 2014 9:01 PM
**To:** Himmelhoch, Sarah (ENRD); Fidler, Danielle (ENRD)
**Cc:** Karis, Hariklia; Brock, Mike; Bartoszek, Peter; Langan, Andrew; *connie.delgado@bingham.com; 'Kirby, Ky E.'; *deepwater.horizon@usdoj.gov
**Subject:** RE: MDL 2179: Oral History Notes and Transcripts

Sarah,

After taking Dr. Austin's deposition and considering her testimony, BPXP renews its request for all handwritten and/or typed interview notes, a partially or fully completed matrix, and any other information that Dr. Austin *or* those who assisted with the *Social Effects Study* prepared or relied on in preparation of her expert report or used in conducting or analyzing the interviews- or field research- based data on which she and/or the BARA team relied in compiling the *Social Effects Report.* Given that Dr. Austin in her expert reports and at deposition expressly relies on that Report, incorporates that information into her opinions in this case and relies on the very same underlying ethnographic research data gathered during the BOEM-funded BARA research study for her expert opinions in this case, such materials are subject to production. For example, Dr. Austin testified that Dr. Lauren Penny assisted Dr. Austin in drafting her expert reports, and Dr. Penny reviewed the interview notes. Dep. Transcript of D. Austin, 23:16 - 24:4. Dr. Austin testified that these interview notes contain some identifying information that was not included in the code report documents that were produced with Dr. Austin's report. Dep. Transcript of D. Austin, 218:18 - 219:2. Dr. Austin also testified that filled-out versions of the matrix of occupations and locations do exist. Dep. Transcript at 85:21 - 86:14. This information is important to evaluating the work done by Dr. Austin, and would be subject to production pursuant to FRCP 26 . To address any concerns over confidentiality, at this juncture, BPXP agreed to having the US redact the names of the subjects and have all notes produced subject to the protections of PTO #13.

Regards,

David M. Tressler
Kirkland & Ellis LLP

300 N. LaSalle
Chicago, Illinois 60654
Direct: 312-862-2188
dtressler@kirkland.com


**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Wednesday, October 15, 2014 6:24 PM
**To:** Karis, Hariklia; Bartoszek, Peter; Brock, Mike; *deepwater.horizon@usdoj.gov; Langan, Andrew; *connie.delgado@bingham.com; Dragna, Jim; *deepwater.horizon@usdoj.gov; Kirby, Ky; Lotterman, Thomas
**Cc:** *steve.o'rourke@usdoj.gov; *abigail.andre@usdoj.gov; 'Fidler.Danielle@EPA.GOV'; Walinskas, Bethanne (ENRD)
**Subject:** RE: MDL 2179: Oral History Notes and Transcripts

We agree to disagree on this point. These documents are not consideration materials, nor are they responsive to any discovery request. They constitute additional materials responsive to an informal request that we only became aware of this evening. As such, we disagree that BP may redepose Dr. Austin.

We will see you tomorrow at the deposition.

**From:** Karis, Hariklia [mailto:hkaris@kirkland.com]
**Sent:** Wednesday, October 15, 2014 6:09 PM
**To:** Himmelhoch, Sarah (ENRD); Bartoszek, Peter; Brock, Mike; Horizon, Deepwater; Langan, Andrew; *connie.delgado@bingham.com; Dragna, Jim; Horizon, Deepwater; Kirby, Ky; Lotterman, Thomas
**Cc:** O'Rourke, Steve (ENRD); Andre, Abigail (ENRD); 'Fidler.Danielle@EPA.GOV'; Walinskas, Bethanne (ENRD)
**Subject:** RE: MDL 2179: Oral History Notes and Transcripts

Sarah,

We are in receipt of your email of this evening disclosing for the first time the materials attached thereto. BPXP strongly objects to the untimely production on the evening before Dr. Austin's deposition of nearly 2,000 pages of materials requested no later than October 9, 2014. Given the untimeliness of the US's production, it is not reasonable to expect us to get through these materials and prepare appropriately in time for Dr. Austin's deposition scheduled to begin tomorrow at 8:30 a.m. As such, we reserve the right to redepose Dr. Austin regarding this production and also reserve all rights with respect to any future use of these documents.

Regards,

Carrie


Hariklia ("Carrie") Karis, P.C.
Kirkland & Ellis LLP
300 N. LaSalle St. Chicago, IL 60654
(312) 862-2330 (office)

(847) 525-6908 (cell)
(312) 862-2200 (fax)
hariklia.karis@kirkland.com

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Wednesday, October 15, 2014 5:23 PM
**To:** Bartoszek, Peter; Brock, Mike; *deepwater.horizon@usdoj.gov; Karis, Hariklia; Langan, Andrew; *connie.delgado@bingham.com; Dragna, Jim; *deepwater.horizon@usdoj.gov; Kirby, Ky; Lotterman, Thomas
**Cc:** *steve.o'rourke@usdoj.gov; *abigail.andre@usdoj.gov; 'Fidler.Danielle@EPA.GOV'; Walinskas, Bethanne (ENRD)
**Subject:** MDL 2179: Oral History Notes and Transcripts

Counsel –

Given BP's request for the notes underlying the BOEM report, we spoke with Dr. Austin today and determined there is a category of transcripts and notes that we can produce without restriction because he interviews were conducted with the intereviewee's consent to their release. Though Dr. Austin did not review these documents or consider them in preparing her expert report, they were available to the researchers who participated in the BOEM study and therefore responsive to Peter's email request of earlier. We attach them in pdf form here, but will produce Bates stamped versions as soon as practicable.

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************