# EXHIBIT G

                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG           )
"DEEPWATER HORIZON" IN    )  SECTION "J"
THE GULF OF MEXICO, ON    )
APRIL 20, 2010           )  JUDGE BARBIER
                          )  MAG. JUDGE SHUSHAN




                    *******************
                        VOLUME 1
                    *******************



     Deposition of DR. GEORGE BONANNO, taken at
Pan-American Building, 601 Poydras Street, 11th
Floor, New Orleans, Louisiana, 70130, on the 3rd
day of November, 2014.


CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT

```
 1   get depressed about their own reactions.  It could
 2   be because something else happens that adds to
 3   their difficulties.  It could be that all -- there
 4   could be all kinds of reasons and nobody really
 5   knows much about that.  We've just been
 6   identifying that pattern.
 7        Q.  And then the -- the next category is
 8   chronic, 5 to 15 percent?
 9        A.  Yes.
10        Q.  What is meant by "chronic"?
11        A.  And these are people who were not
12   symptomatic prior to the event.  The event
13   happened, and they developed symptoms at a high
14   level; and they stayed at a high level for a
15   period of time, for more than a year or so.  And
16   they tend -- those people then take -- tend to
17   need a bit of time to return, if they can return
18   to baseline.
19        Q.  And if you turn to the next page --
20        A.  Could we just go ahead and finish the --
21   the pattern?
22        Q.  Oh, sure.
23        A.  Yes.  The last -- the last pattern is
24   preexisting difficulties, and those are people who
25   are doing poorly before the event and continue
```

1    doing poorly after the event.  And one of the

2    points we often make is that without preexisting

3    data, it's often difficult to tease those two

4    apart.  And so sometimes people with preexisting

5    difficulties are assumed to be in the chronic

6    pattern or reacting to the event, when they're

7    really reacting to preexisting difficulties.

8         **Q.  But -- but what you're saying here is that**

9    **you would tend to see both chronic and preexisting**

10   **in a population affected by a disaster?**

11        A.  Yes.  And you -- and if you have the

12   proper data, you can separate them out.

13        **Q.  Okay.  If you turn to Page 240 in the**

14   **section discussing -- Expanding the Three-Tier**

15   **Model that begins in the bottom of the first**

16   **column --**

17        A.  Okay.  Yes.

18        **Q.  Okay.  I want to ask you about a sentence**

19   **that appears in the middle of the paragraph that**

20   **carries over to the second column.  And it begins**

21   **with the words "For example..."**

22        A.  In the -- in the second column?

23        **Q.  Yes.**

24        A.  I'm sorry, I'm not finding that.  It's in

25   the second column, in the top or the bottom?

1    the preexisting events such as Hurricane Katrina

2    and how they relate to the reactions to the

3    DEEPWATER HORIZON disaster, correct?

4             MS. DESANTIS:  Objection to form.

5         A.  Dr. Austin reports -- I -- I don't recall

6    off the top of my head.  But the mental health --

7    the assessment of mental health in this region

8    would need to be adjusted or to take into account

9    preexisting problems.  It's -- so we need a

10   population level, as I said many times, to do

11   that.  We don't have that in the Austin study.

12   And it's -- so her comparisons are -- are almost

13   irrelevant in this regard, in regard to population

14   data.  And as I've said earlier, it's not adequate

15   to ask people what they were like before and after

16   if they changed, because people are not very good

17   reporters of their -- of change, as many data --

18   many studies have shown, that people are not very

19   accurate in reporting change.

20             So in order to take into account

21   preexisting problems, one needs to -- the

22   researcher needs to some way assess those

23   preexisting problems and then show that there's a

24   difference or -- or have baseline data, actual

25   baseline data.

1    Q.  (BY MS. HIMMELHOCH)  Now, you're aware
2    that the study on which Dr. Austin's expert report
3    was based was not the first study she had
4    conducted in this region of the country, correct?
5         A.  I remember her saying that she had done
6    research -- been doing research in there for quite
7    some time.
8         Q.  And, in fact, that the study that -- of
9    the social effects of the DEEPWATER HORIZON
10   disaster were built on those earlier studies?
11        A.  Well, I'm not --
12             MS. DESANTIS:  Objection to form.
13        A.  Is there a question?
14        Q.  (BY MS. HIMMELHOCH)  Do you agree that her
15   study of the effects of the DEEPWATER HORIZON
16   disaster was built, in part, on those earlier
17   studies that she had done in the Gulf?
18        A.  Well, I don't know what -- what "built"
19   means.  She had been doing research in this area,
20   as she said, since before the -- the event.
21   The -- what would have been -- what would have
22   been convincing in a sense would be to have some
23   data on this person was like this before the event
24   and now they're like this after the event.  And I
25   didn't see any -- anything remotely like that.  I

```
 1          A.  So that --
 2          Q.  -- demographic information?
 3          A.  -- age, gender, education level, race,
 4    ethnicity.  A number of other things we sometimes
 5    ask, depending on the study, if people have been
 6    in therapy or not, number of children, et cetera.
 7    And a broad range of factors like that.  And we --
 8    we collect that every -- almost every single study
 9    we've done.
10          Q.  And so you have that information
11    accessible ordinarily, and that's not what you're
12    talking about when you're talking about identity;
13    is that right?
14          A.  No, no.
15               MS. HIMMELHOCH:  Object to form.
16          A.  When I -- when I -- when I said
17    "identity," what I meant by -- if I'm remembering
18    correctly, I do not -- well, in -- in my own
19    studies, I know who people are.  But we go to
20    great pains to make it -- make it possible --
21    to -- to make it so that other people will not
22    know who they are.
23               But when I evaluate other studies, I
24    always have access -- the other studies typically
25    report all the demographic information of the
```

```
 1    sample, including the ranges of age, the types of
 2    education, et cetera, so one can evaluate how --
 3    what kind of sample this is, how representative of
 4    the population it is, et cetera.  The other
 5    studies typically do not report individuals -- I'm
 6    sorry, I'm hearing a sound.  Is that my own phone?
 7         Q.  (BY MS. DESANTIS)  No.  I believe that was
 8    Ms. Himmelhoch.
 9         A.  Okay.
10         Q.  She was tapping on the table.
11         A.  Okay.  So -- yes.  Did I -- did I answer
12    the question?
13         Q.  Yes.  So you would typically have --
14    let's -- let's make sure, because I know you were
15    distracted.
16              So typically you would have
17    information regarding which demographic
18    characteristics of subjects in the studies that
19    you're evaluating?
20         A.  In studies I'm evaluating.  Okay.  I see.
21    In the studies -- well, if I'm evaluating a
22    research subject, conducted by another researcher?
23         Q.  Yes.
24         A.  Yes.  Typically research studies that I
25    evaluate report the demographic information, the
```

```
 1    age, gender, ethnicity, education; you know, if --
 2    if it's relevant, their occupation, religious
 3    affiliation, all the -- the whole range of such
 4    characteristics.  And those are reported for the
 5    sample and the breakdown for the sample.
 6         Q.  Would you have information, for example,
 7    about income level?
 8         A.  Yes.  Income level would be one, yes.
 9         Q.  And would you have information, for
10    example, about prior mental health condition?
11              MS. HIMMELHOCH:  Object to the form
12    to the last question and the one before.
13         A.  Typically, studies -- some studies report
14    prior mental health conditions.  Although, those
15    are not so easy to measure, you know,
16    retrospective -- they're measured retrospectively.
17    You know, some people report that, some people
18    don't.
19         Q.  (BY MS. DESANTIS)  Okay.  In your review
20    of the reports of Drs. Austin and Clapp, for the
21    purposes of what you were asked to do, were you in
22    need of additional information about the subjects
23    studied?
24              MS. HIMMELHOCH:  Object to form.
25         A.  I evaluated the -- I evaluated what was
```

1   presented in the two reports I read that I -- that

2   I wrote about in my report.  And what -- I'm

3   sorry, I didn't -- I've -- I've missed the second

4   part of the question.

5        Q.  (BY MS. DESANTIS)  Yeah.  In -- in your

6   **review of the -- of the reports of Drs. Austin and**

7   **Clapp, for the purposes of what you were asked to**

8   **do, were you in need of additional information**

9   **about the subjects studied?**

10               MS. HIMMELHOCH:  Object to form.

11        A.  Well, I evaluated what I had.  There's

12  always more information that might be of interest.

13  You know, one of the -- one of the criticisms is

14  that the sample was not representative of the

15  population.  I don't -- I think the method

16  suggested that the -- that the sample would not be

17  representative of the population, not likely be

18  representative of the population.  But one way

19  to -- to evaluate that to some extent would be to

20  look at the demographics of the -- of the sample

21  and then compare that with the demographics of the

22  population.  That's typically how that's done.

23               For example, I mentioned in a 9/11

24  research the data collected in the city of New

25  York were very close to the demographics of the