Minute Entry
Barbier, J.
Shushan, J.
December 5, 2014
JS 10: 45 min.
MJ Star: 45 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179  SECTION: J  JUDGE BARBIER |
| Ref: 12-968 | : | MAG. JUDGE SHUSHAN |

The Court held a telephone conference with the following parties in attendance: Counsel for BP: Kevin Hodges, Catherine McEldowney, and Tracey Rogers; Counsel for Plaintiffs/Class Counsel: Steve Herman, Jim Roy, and Robin Greenwald.

During the conference, the parties discussed the case management of the Back End Litigation Option (BELO) cases.

