UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *10-4536* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding the Motion of the State of Mississippi to Strike Expert Reports and Testimony of Dr. Robert Cox (Rec. doc. 13661)]**

Having considered the Motion filed by the State of Mississippi to Strike Expert Reports and Testimony of Dr. Robert Cox (Rec. doc. 13661),

IS IT ORDERED that the motion is DENIED.  The State of Mississippi is not a party to the Clean Water Act Penalty Phase trial, and therefore lacks standing to file this motion.

New Orleans, Louisiana, this 5th day of December, 2014.

CARL J. BARBIER
United States District Judge