UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813, and 10-3059 & 11-516* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding The State of Louisiana's Motion for Leave
to File Amicus Curiae Brief (Rec. doc. 13736)]

Having considered the Motion for Leave to File Amicus Curiae Brief (Rec. doc. 13736),

IT IS ORDERED that the motion is DENIED. The State of Louisiana is not a party to the Clean Water Act Penalty Phase trial, and lacks standing in this trial. Furthermore, the Court finds Louisiana's proposed brief to be untimely, unnecessary and unhelpful.

New Orleans, Louisiana, this 5th day of December, 2014.

_____
CARL J. BARBIER
United States District Judge