UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810,<br>13-1143, 13-1185, 13-1222,<br>13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[OPA Test Cases – Conference on Friday, December 5, 2014]

The plaintiffs reported unanticipated delays in the production of documents and completion of supplemental responses to interrogatories. There are also some issues with BP's responses to discovery.

No motions to compel shall be filed until after a party certifies in writing that its discovery responses are complete. After receipt of such a certification, the party seeking discovery shall identify any remaining issues in writing. There shall be a final meet-and-confer to attempt to resolve the outstanding issues. Unless there is a commitment to further supplement discovery responses, the party seeking the discovery may file motions to compel discovery from the responding party.

The motions to compel shall be filed within twenty-one (21) days of any final meet-and-confer which ends without a commitment to further supplement discovery responses.

---

[1] The OPA Causation Test Cases are:

    Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
    Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
    Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
    Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
    Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
    Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
    Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

**Next Conference**

There will be no conference on December 11, 2014. The next conference is set for **Thursday, January 15, 2015, at 1:00 p.m**.

New Orleans, Louisiana, this day of 5th day of December, 2014.

                                        **SALLY SHUSHAN**
                                        **United States Magistrate Judge**