# Exhibit H

```
                         UNITED STATES DISTRICT COURT

                         EASTERN DISTRICT OF LOUISIANA


****************************************************************


IN RE:  OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON
IN THE GULF OF MEXICO ON
APRIL 20, 2010
                                    CIVIL ACTION NO. 10-MD-2179 "J"
                                    NEW ORLEANS, LOUISIANA
                                    THURSDAY, JULY 24, 2014, 1:00 P.M.

THIS DOCUMENT RELATES TO
#10-4536


****************************************************************


         TRANSCRIPT OF TELEPHONE STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                     UNITED STATES MAGISTRATE JUDGE


APPEARANCES:


FOR THE UNITED STATES
OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
                         SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
                         ENVIRONMENT & NATURAL RESOURCES DIVISION
                         BY:  SARAH D. HIMMELHOCH, ESQUIRE
                              STEVEN O'ROURKE, ESQUIRE
                              BRANDON ROBERS, ESQUIRE
                         POST OFFICE BOX 7611
                         WASHINGTON, DC  20044




                             OFFICIAL TRANSCRIPT
```

|  |  |
|---|---|
| 13:01:26 1 | THE COURT: All right. Who just popped on? |
| 13:01:29 2 | MS. SIMSON: Hi, Judge Shushan. This is Sylvia Simson |
| 13:01:32 3 | for O'Brien's and NRC. |
| 13:01:33 4 | THE COURT: How are you doing? |
| 13:01:36 5 | MS. SIMSON: Good. How are you? |
| 13:01:36 6 | THE COURT: Good, thank you. All right. Let's talk |
| 13:01:40 7 | about how depositions are going. As I see it, we have just a |
| 13:01:45 8 | few fact and 30(b)(6) witnesses left to take. |
| 13:01:45 9 | MS. HIMMELHOCH: Yes. Oh, sorry. |
| 13:01:45 10 | THE COURT: No, that's okay. |
| 13:01:51 11 | How do we look on Admiral Landry? Are we all |
| 13:01:55 12 | set? |
| 13:01:56 13 | MS. HIMMELHOCH: Your Honor, BP has chosen not to |
| 13:01:58 14 | depose Admiral Landry, and I do want to note that she is on our |
| 13:02:02 15 | revised 26(a) disclosure; so, she remains a may-call witness, |
| 13:02:08 16 | but BP has canceled the deposition. |
| 13:02:15 17 | MS. KARIS: Your Honor, this is Kari. I did notify |
| 13:02:17 18 | Sarah yesterday that we were not going forward with the |
| 13:02:20 19 | depositions; however, it was our understanding that |
| 13:02:24 20 | Admiral Landry would not be called as a trial witness, |
| 13:02:27 21 | especially given the US's position at the outset that none of |
| 13:02:30 22 | the witnesses that were previously deposed should be deposed in |
| 13:02:33 23 | this phase. |
| 13:02:34 24 | Admiral Landry was only added when |
| 13:02:37 25 | Captain Laferriere became unavailable. So, if it's the case |

**OFFICIAL TRANSCRIPT**

13:02:42  1   that Admiral Landry is -- I'm not sure when the revised 26(a)
13:02:49  2   was served adding Admiral Landry.  She was never intended to be
13:02:54  3   deposed.  In fact, the US objected to us deposing any witnesses
13:02:57  4   who had previously been deposed, so I want to make sure we're
13:03:02  5   all operating from the same rules.
13:03:05  6              Sarah, when did you guys add her as a potential
13:03:08  7   trial witness?
13:03:08  8         MS. HIMMELHOCH:  We served our 26(a) disclosure a week
13:03:12  9   or two ago.  I can dig it out but we did serve through
13:03:17 10   LexisNexis a revised 26(a) disclosure which included
13:03:21 11   Admiral Landry.
13:03:22 12         MS. KARIS:  Okay.  My understanding was, though, that
13:03:24 13   that was a result of Captain Laferriere being unavailable.
13:03:31 14   There was no -- I certainly don't recall any order of the Court
13:03:34 15   allowing everybody to now supplement at the close of fact
13:03:39 16   discovery their potential trial witnesses.
13:03:43 17              Captain Laferriere, Your Honor, as you may
13:03:46 18   recall, was supposed to be the United States' corporate
13:03:48 19   representative on a number of topics, and we had asked for his
13:03:51 20   fact deposition as well.  For a long time, for understandable
13:03:57 21   reasons, Captain Laferriere became unavailable.  As we butted
13:04:02 22   up to the close of fact discovery, the United States
13:04:05 23   substituted Admiral Landry for Captain Laferriere.
13:04:11 24              We raised the issue with the Court that we were
13:04:13 25   willing to wait for Captain Laferriere's deposition, but at the

**OFFICIAL TRANSCRIPT**

1  last conference, as I understand it, the Court ordered us to go
2  forward with her dep in her corporate rep capacity, which was
3  the only capacity that had ever been discussed for her.
4        So Sarah is correct, we withdrew it, but
5  certainly not with the understanding that now, as a result of
6  Captain Laferriere becoming unavailable, the US was going to
7  add a new witness it had never added in months of fact
8  discovery in this case.
9        THE COURT:  Okay.
10        MS. HIMMELHOCH:  Your Honor, we served the 26(a)
11  disclosure before Admiral Landry's deposition was scheduled to
12  occur, before the close of fact discovery.  BP served a revised
13  26(a) in the mist of discovery.  Granted, not as late as we did
14  but --
15        MS. KARIS:  [Speaking simultaneously] Dropping --
16        MR. LANGAN:  Dropping witnesses.
17        MS. KARIS:  Right.  Exactly.  It's quite different and
18  there is nothing new about Admiral Landry presumably that would
19  not have allowed the United States to list her in March and
20  April in accordance with the Court's deadline.
21        MS. HIMMELHOCH:  There is in this sense, that BP had
22  provided very limited information about its series on the
23  various aspects of its -- such other factors, and as we become
24  more familiar with what BP is asserting, it becomes clear that
25  facts we thought were irrelevant are not irrelevant if BP is

**OFFICIAL TRANSCRIPT**

|            |    |                                                                          |
|------------|----|--------------------------------------------------------------------------|
| 13:05:36   | 1  | going to be permitted to make those assertions.                          |
| 13:05:38   | 2  | MS. KARIS:  Well, Your Honor, I would state that the                     |
| 13:05:40   | 3  | positions of BP on the other factors were set forth in an                |
| 13:05:44   | 4  | interrogatory response served months ago.  There are no new              |
| 13:05:49   | 5  | factors that we've identified within the last couple weeks that          |
| 13:05:53   | 6  | would justify adding new fact witnesses.                                 |
| 13:05:55   | 7  | If we're now going to undertake a process where                          |
| 13:05:58   | 8  | parties can just supplement their Rule 26(a)'s --                        |
| 13:06:02   | 9  | Admiral Landry is a U.S. employee.  She was known to the                 |
| 13:06:06   | 10 | United States, had been deposed previously.  There is                    |
| 13:06:12   | 11 | absolutely nothing to justify adding her at this juncture.               |
| 13:06:15   | 12 | THE COURT:  Okay.                                                        |
| 13:06:17   | 13 | MS. KARIS:  There is nothing new that we've disclosed.                   |
| 13:06:19   | 14 | THE COURT:  I'll tell you what let's do, Sarah, would                    |
| 13:06:22   | 15 | you send me a no longer than two-page letter as to why                   |
| 13:06:28   | 16 | Admiral Landry should be listed as an additional fact witness,           |
| 13:06:35   | 17 | and if her fact witness testimony is going to be confined in             |
| 13:06:40   | 18 | any way, could you describe that to me.                                  |
| 13:06:43   | 19 | Then, Kari, you likewise will respond.  Give me                          |
| 13:06:49   | 20 | two pages, and let's just set dates for that.                            |
| 13:06:55   | 21 | MS. HIMMELHOCH:  Will do, Your Honor.  I think we can                    |
| 13:06:57   | 22 | get that to you by Tuesday of next week.                                 |
| 13:06:58   | 23 | THE COURT:  Okay.  Kari, do you want until Friday or do                  |
| 13:07:04   | 24 | you want the following Monday?                                           |
| 13:07:05   | 25 | MS. KARIS:  The following Monday would be great,                         |

**OFFICIAL TRANSCRIPT**