# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to:  No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

## EX PARTE MOTION BY BPXP FOR LEAVE TO FILE BPXP'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF CAPTAIN MARK VANHAVERBEKE AND ITS ATTACHED EXHIBITS A AND C UNDER SEAL

**PLEASE TAKE NOTICE** that Defendant BP Exploration & Production Inc. ("BPXP") respectfully requests leave to file under seal BPXP's Memorandum in Support of Its Motion to Exclude Certain Opinions and Testimony of Captain Mark VanHaverbeke (the "Memorandum") and its attached exhibits A and C (the "Exhibits"), which are being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, the Exhibits are expert reports that have been designated as confidential by the United States and BPXP respectively, and the Memorandum contains information from the Exhibits. BPXP is filing a public version of the Memorandum from which confidential information has been redacted. WHEREFORE, BPXP respectfully prays the Court for an Order that the Memorandum and the Exhibits be filed under seal.

Date: December 5, 2014	Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
***Attorneys for BP Exploration & Production Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2014.

/s/ Don K. Haycraft
Don K. Haycraft