# Exhibit A

# IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## MDL NO. 2179, SECTION J
## JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# EXPERT REPORT OF DR. DAMIAN SHEA

## AUGUST 15, 2014

# I.   INTRODUCTION

The *Deepwater Horizon* oil spill was a significant environmental event from many perspectives. However, from the perspective of evaluating the potential environmental impact of oil and dispersants, the incident was not entirely new or novel. This is because oil and oil-related chemicals continuously enter our environment every day from both natural and human sources. As a result, we have a very well developed scientific and regulatory framework in which to understand the potential impact from this spill. I have relied upon this scientific and regulatory framework to describe the impact of the *Deepwater Horizon* oil spill on the Gulf of Mexico.

Of course, as we all know from pictures and reports in 2010, oil released from the *Deepwater Horizon* spill impacted the environment and some animals in certain areas. However, it is my opinion that any scientific, objective discussion of the environmental harm caused -- or not caused -- by the *Deepwater Horizon* oil spill must rely upon the actual environmental data collected in the aftermath of the accident. This is exactly what I have set out to do in this report.

In total, I have reviewed data from nearly 18,000 water samples, over 8,000 sediment samples, and over 900 laboratory toxicity tests collected or undertaken as part of the environmental investigations following the *Deepwater Horizon* oil spill. Based upon this review, I have reached the following opinions to a reasonable degree of scientific certainty:

**A massive quantity of high-quality environmental data was collected to help understand the environmental impact of the *Deepwater Horizon* oil spill in the northern Gulf of Mexico. This data collection – completed by governmental agencies, BP, and academics – represents the largest environmental investigation of an oil spill ever undertaken.**

> To help understand the environmental impact of the oil spill, almost 18,000 water samples and over 8,000 sediment samples were collected in federal and state waters and analyzed for oil-related chemicals and/or dispersants. Measurements of the toxicity of the oil and dispersants were conducted in over 900 separate toxicity tests.

> All of the water and sediment samples and data relied upon in forming my opinions were collected under well-designed quality assurance (QA) plans, following strict chain-of-custody and other quality assurance/quality control (QA/QC) procedures.

**As demonstrated by these data, and using conservative assumptions, there was <u>no</u> harmful exposure to oil-related chemicals or dispersants in the vast majority of the area investigated. The few areas where there was *potentially* harmful exposure to chemicals were limited in space and time, mostly in the area very close to the wellhead during the summer of 2010. For example:**

> *Water:* Less than 2% of the nearly 18,000 water samples showed concentrations of oil-related chemicals that exceeded the U.S. Environmental Protection Agency's (EPA) water toxicity benchmarks. The relatively few samples that exceeded these benchmarks were largely limited to the area very close in distance to the wellhead and the time period of the release. Over 8,000 water samples were collected for dispersant chemicals and only 16 of those (0.3%) exceeded the EPA or other appropriate benchmarks.