# Exhibit B

# EXPERT REPORT OF DR. JOHN W. TUNNELL, JR.

Rebuttal Report to the Expert Reports of:

Donald F. Boesch and Stanley D. Rice

In Re Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010
MDL 2179
U.S. District Court for the Eastern District of Louisiana

September 12, 2014

_____
Dr. John W. Tunnell, Jr.

# Introduction

The United States' environmental experts – Drs. Donald Boesch and Stanley Rice – opine about potential environmental harm from the *Deepwater Horizon* incident by focusing on laboratory studies and hypothetical impacts (including models), while largely ignoring the massive quantity of actual, real-world data in the Gulf of Mexico. After reviewing Drs. Boesch and Rice's reports carefully, it remains my opinion that there were no significant adverse impacts to fish, shellfish, and bird populations in the northern Gulf of Mexico as a result of the *Deepwater Horizon* oil spill, nor is there any evidence of significant or large-scale impacts to deep-sea corals, sea turtles, or dolphins. My opinions on the current status and historical trends of northern Gulf of Mexico populations still stand as reported in my submitted Expert Report, and these opinions have not changed.

Drs. Boesch and Rice present a variety of issues and concerns regarding numerous habitats and species. Interestingly, in most cases, Drs. Boesch and Rice do not actually conclude that there was environmental harm to Gulf of Mexico wildlife or fish populations from the spill, but instead speak of "potential" harm. For purposes of this Round Two Report, I will not address each and every aspect of their reports, but instead I will comment on the following six categories raised by Drs. Boesch or Rice:

  i. Deep-water Corals
  ii. Sea Turtles
  iii. Birds
  iv. Dolphins
  v. Environmental Lessons from Other Spills (e.g., *Exxon Valdez* and *Ixtoc I*)
  vi. Fish and Shellfish

## Studies Relied Upon by the United States Demonstrate that the Vast Majority of Deep-water Corals Were Never Affected by the Spill

1. **Corals are animals attached to the sea floor**. Before addressing the specifics of Drs. Boesch and Rice related to corals, it is important to understand what corals are and what they are not.[1] Corals are simple, primitive animals found in the same group (phylum) as jelly fish and sea anemones. Unlike these other animals, however, most corals are colonial, which means that there are multiple individuals living together in the same colony. Many shallow-water corals are known as hard or stony corals because they can secrete skeletons that form coral reefs, the largest living structures on earth (*e.g.*, Great Barrier Reef in Australia). Although a few deep-water corals have small hard skeletons, most of them are known as soft corals because they do not have a stony, or calcium carbonate (limestone), skeleton. The octocorals, the primary group discussed here, are soft corals that live in shallow water and deep water, and they

---

[1] In addition to my qualifications set forth in my opening Expert Report, it is worth noting that I have studied coral reefs in the Gulf of Mexico for over 40 years, focusing on shallow-water reefs. I have published many scientific papers and one book on the coral reefs of Mexico in the southern Gulf of Mexico, and I served on the Ph.D. advisory committee of Peter Etnoyer mentioned below in this section.

## The United States Does Not Provide Evidence of Adverse Effects to Fish and Shellfish Populations

29. Dr. Boesch references potential harm to fish and shellfish populations in some parts of his report, but he provides no evidence of such harm, and he does not review the actual population data. A recently published study (Fodrie et al. 2014) surveys the literature to date on estuarine fishes related to the incident and finds "an absence of measurable negative impacts among populations." Fodrie et al. (2014) highlight the need to put studies that suggest effects on individuals into the context of the ecosystem, and to look at data that can help assess the conditions of populations, as I have done in my Expert Report.

30. Dr. Boesch appears to agree with me on the lack of any evidence that oil harmed oysters ("I am unaware of any reports, scientific or otherwise, of Macondo oil directly killing oysters." Boesch Report, p.36).

31. The reports of Drs. Boesch and Rice have not caused me to alter my previously stated opinion with respect to fish and shellfish. Dr. Boesch, and particularly Dr. Rice, put too much emphasis on ecotoxicology studies rather than the real-world data of fish and shellfish populations in the Gulf of Mexico. While ecotoxicology studies may be potentially useful to the development of new science, they do not reflect how the populations of the Gulf of Mexico are doing in their natural habitats.

## Conclusion

32. After reviewing the expert reports of Drs. Donald Boesch and Stanley Rice, I conclude to a reasonable degree of scientific certainty that the environmental harm from the *Deepwater Horizon* oil spill was limited and the Gulf of Mexico has largely recovered. An objective evaluation of environmental harm should, in my opinion, be based on data, and the environmental data indicate that the oil spill generally did not cause any significant adverse harm to habitats and animal populations. In addition, I do not expect to see any such effects in the future.

33. As explained above and in my original report, impacts from the spill to deep-sea corals, birds, fish, shellfish, sea turtles, and dolphins in the Gulf of Mexico were limited. The United States' environmental experts have presented no actual evidence or data to indicate impacts to the populations of any of these animals.