# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

# EXPERT REPORT OF ELLIOTT TAYLOR, PH.D.

## August 15, 2014

CONFIDENTIAL

## I. INTRODUCTION

1. My name is Elliott Taylor, Ph.D., and I am a scientist with over 30 years of experience in preparing for and responding to major oil spills, with an emphasis on shoreline response. I have been involved in the development of the Shoreline Cleanup Assessment Technique ("SCAT"), which is the accepted global standard for evaluating shoreline oiling and making cleanup recommendations. During the *Deepwater Horizon* Response, I served as the Lead Technical Adviser for the SCAT program in Mississippi, Alabama, and Florida.

2. I was retained by BP Exploration & Production Inc. ("BPXP")[1] to evaluate:

    a. the nature, extent, and degree of effectiveness of efforts to assess and treat shoreline oiling; and

    b. the impact to and recovery of the oiled shoreline, including beaches and marshes.

3. In addition to my education, experience, and the knowledge and information gained from my work on the *Deepwater Horizon* Response, I have reviewed and/or relied on the materials that are cited in this report and set forth in Appendix I to this report.

4. I am a principal at Polaris Applied Sciences, Inc. and others at Polaris, working under my direction and supervision, have assisted me in this matter. I am being compensated in this matter at a rate of $255 per hour. I have not previously testified as an expert at trial or in deposition. A list of my publications for the past ten years is attached as Appendix B.

    ### B. Summary of Opinions

5. Based on the evidence I have reviewed and the analyses I have performed, I have reached the following opinions in this case to a reasonable degree of certainty:

    - The vast majority of the Gulf Coast shoreline was not oiled due to natural processes and the Unified Command's, including BP's, mitigation efforts;[2]

    - Unified Command's, including BP's, efforts to assess and treat shoreline oiling were comprehensive, thorough, and effective at cleaning the shoreline and accelerating recovery. The scope and thoroughness of the shoreline response, including the SCAT program, was unprecedented; and

    - The affected shorelines, including sandy beaches and marshes, have shown substantial recovery over time. Vegetation along marsh shorelines that were lightly or less oiled appeared to be largely indistinguishable from unoiled adjacent areas

---

[1] Although BPXP is the Responsible Party and defendant in this case, for simplicity, the report will refer to BP.

[2] Analysis of the behavior and transport of oil-related materials in the environment is beyond the scope of this report.

CONFIDENTIAL

within a year of the spill. Marsh shorelines that were impacted by moderate oiling experienced substantial recovery of vegetation within one to two years of the spill. For marsh shorelines that were impacted by heavy oiling, the vegetation at most of those initially heavily oiled sites appears to be recovering and, with the exception of a few of the most heavily oiled sites, appears to be comparable to or near the vegetation level of background sites.

## II.    QUALIFICATIONS AND EXPERTISE

6. I have more than 30 years of experience in preparing for and responding to major oil spills around the world, with an emphasis on shoreline response. My expertise includes oil spill response planning, implementation and management of the SCAT process, oil spill cleanup techniques and technologies, and oil fate and persistence on the shoreline. I have been involved in the development of the oil spill response process called SCAT (Shoreline Cleanup Assessment Technique), which was used in response to the *Deepwater Horizon* oil spill to assess shoreline oiling in order to direct shoreline treatment. Additional information about my experience and expertise is set forth in my CV, attached as Appendix A.

### A.    Educational Background

7. I earned a Bachelor of Science degree in oceanography from Universidad Autonoma de Baja California, received graduate training at the Scripps Institute of Oceanography at the University of California San Diego, and earned a doctorate in oceanography from Texas A&M University. I have taught undergraduate and graduate level courses in geology and oceanography and have taught courses world-wide on oil spill preparedness and SCAT. I have also conducted extensive field and laboratory research on beach and offshore sediment properties, and oceanography, as well as oil fate and persistence.

### B.    Professional Background

8. Since 1998, I have been a principal at Polaris, an environmental consulting firm specializing in technical and scientific support for oil spill response. In this role, my primary responsibilities are to provide spill response support as a technical adviser in incident management, planning, shoreline clean-up monitoring, natural resources damage assessment, and environmental affairs. I am an active researcher in oil spill countermeasures and planning with recent contributions made to the American Petroleum Institute ("API"), Marine Spill Response Corp., and Environment Canada.

9. I have responded to more than a dozen oil spills and I have been an Environmental Unit Leader or Team Member on emergency response for spill incidents including: *Exxon Valdez* (1989 and follow-up through 2006), *Barge 101* Alaska (1992), *Greenhill blowout* Louisiana (1992), *New Carissa* Oregon (1999), Bolivia *Transredes pipeline* (2000-2001), *Johnson Creek* Oregon (2004), *SOTE Pipeline* Ecuador (2004), *Torm Mary* Texas (2005), *Barge PB20* Washington (2005), *Selendang Ayu* Alaska (2004), *Kab 121 Well* Gulf of Mexico (2007), and *Lemon Creek* BC, Canada (2013). During these spill responses, I was responsible for assessing the nature and extent of oiling, recommending appropriate treatment for the oiled shoreline, and evaluating the fate and persistent of oil on the shoreline.

CONFIDENTIAL