# Exhibit D

**EXPERT REPORT**

**U.S. v. BP Exploration & Production, Inc. et al.**

**REBUTTAL TO BP ROUND 2 REPORTS**

Submitted on Behalf of the United States

**Prepared by: Stanley D. Rice (Ph.D.)**

*[signature]*

_____

Stanley D. Rice (Ph.D.)

September 26, 2014

the literature for the last decade[18] and have used state of the art chemistries (GC-MS[19] for example) to characterize the oil PAH composition, concentration, weathering, and concentration change.

Dr. Shea appears to advocate for more primitive bioassays by measuring acute narcosis toxicity primarily in adult animals, rather than the toxic responses during the development process to a sensitive life stage.  Researchers in the last 25 years have gone beyond acute narcosis toxicity in their evaluation of toxic spills, and examine the organism response with many different end points (death, but also growth, reproduction, biomarkers such as cytochrome P450s,[20] DNA damage, tissue concentrations, lesions, malformations of tissues, or embryos, etc.  (see Rice report).  Dr. Shea's model lumps embryos in with adult/juvenile tests, and does not consider the vulnerability of developing embryos to chemical toxins as any different than challenges to adults/juveniles, even though Dr. Shea himself admits that embryos and newly hatched eggs "are usually most sensitive to oil chemicals such as PAHs".[21]  Additionally, although Dr. Shea admits on page 44 of his initial report that UV light has been reported to increase the toxicity of some PAHs (also known as phototoxicity), he fails to note that the TU method does not account for phototoxic effects (again, phototoxic mechanisms are not the same as the generalized narcosis mechanism).[22]

### 2. Dr. Shea's Critique of the Research Approach is Overstated.

As mentioned above, there is some validity to both the TU and Research approaches, due in large part to a shared set of bioassays between the TU and the research approaches.  But while the research approach includes the narcotic effect bioassays of the TU approach, the TU approach cannot account for the toxicity levels found by the research approach, because it does not include all of the data from those additional bioassays.  Rather than acknowledge this difference, Dr.

---

[18] Barron, M. G., M. G. Carls, et al. (2003). "Photoenhanced toxicity of aqueous phase and chemically dispersed weathered Alaska North Slope crude oil to Pacific herring eggs and larvae." Environmental Toxicology and Chemistry 22(3): 650-660; Hodson, P. V., C. W. Khan, et al. (2007). Alkyl PAH in crude oil cause chronic toxicity to early life stages of fish. Proceedings, 28th Arctic and Marine Oilspill (AMOP) program, Technical Seminar, Edmonto, AB, Canada June 4-7, pp 291-300; Carls, M. G., L. Holland, et al. (2008). "Fish embryos are damaged by dissolved PAHs, not oil particles." Aquatic Toxicology 88: 121-127; Adams, J., M. Sweezey, et al. (2013). "Oil and oil dispersant do not cause synergistic toxicity to fish embryos." Environmental Toxicology and Chemistry 33: 107-114; Adams, J., J. M. Bornstein, et al. (2014). "Identification of compounds in heavy fuel oil that are chronically toxic to rainbow trout embryos by effects-driven chemical fractionation." Environmental Toxicology and Chemistry 33(4): 825-835; Redman, A. D., T. F. Parkerton, et al. (2014). "Evaluating Toxicity of Heavy Fuel Oil Fractions Using Complementary Modeling and Biomimetric Extraction Methods," Environmental Toxicology and Chemistry 33(9): 2094-2104.

[19] GC-MS; gas chromatography with a mass spectrometer detector is used to separate and identify individual compounds such as PAH, so that both composition and concentration of individual PAH can be measured.

[20] P450s are oxidase enzymes.  In fish and other vertebrates, PAH exposure stimulates specific enzyme systems to degrade PAH, particularly in the liver and gill tissues.

[21] Shea Round 1 at 44.

[22] The TU method also fails to account for changes in oil toxicity due to weathering.

concentration distributions in water.[30]  Dr. Shea's detailed criticisms about false positives are without merit and grossly underestimate the obvious risk to the surface species.

### A. Assessing the Likely Impacts Is Even More Challenging Than Assessing Exposure, But Is the Primary Question

Birds are vulnerable to surface oil (toxicity and fouling), but assessing impacts to the off-shore birds is problematic, even though there were likely hundreds of thousands of mortalities. While Dr. Shea speaks to the issue of surface oiling (but not on direct impacts to birds),  Dr. Tunnel's report minimizes the impact to birds by discussing the lack of impact to coastal birds, and uses data like the  Christmas bird counts (on-shore birds) and the low numbers of carcasses collected on the shoreline.   In contrast, two recent papers by Haney et al. (in press) model off shore bird mortalities, based on two independent models.  One from modeling the surface oiling during the spill event (the encounter rate based on mapped oil, on a daily basis) that is somewhat analogous to Dr. Shea's approach (analyzing the risk of exposure).  The second model is more analogous to Dr. Tunnel's approach, by modeling population numbers from extrapolated bird carcasses.  Both models used by Haney et al. (in press) estimate hundreds of thousands of off shore sea bird died.

The Haney et al. modeling approach was driven in part by the lack of carcasses collected off-shore, a major problem when attempting to assess surface oil impacts to the off-shore species.  However, Haney et al. explains that the probability of a bird carcass transporting across the shelf via currents and wind to a shoreline that was assessed for bird carcasses was very low.  During the weeks of transport (about the same length of time for oil to come ashore from the well head), there would be ample time for decomposition (degassing and then sinking).  Given this problem of low carcass recovery, Haney et al. also rely then on an independent model based on the observations of oil slicks and the likelihood of contamination of off-shore birds.  The two different approaches both arrive at similar convergence of bird mortalities (600,000 and 800,000 estimates of bird mortalities, with a wide range of confidence limits).  Unfortunately, there does not appear to be a better estimate of off-shore bird mortalities than these two model estimates.  We will likely never have a precise estimate of bird mortalities, but it is considerably larger than the few thousand carcasses that were recovered at the Gulf shoreline.

**Significance of bird mortalities**: These off shore birds are all predators, and because the numbers are large (hundreds of thousands killed), it is easy to speculate that the predator load

---

[30] Huckins, J. N., M. W. Tubergen, et al. (1990). "Semipermeable membrane devices containing model lipid:  a new approach to monitoring the bioavailability of lipophilic contaminants and estimating their bioconcentration potential." Chemosphere **20**: 533-552.  Prest, H. F., J. N. Huckins, et al. (1995). "A survey of recent results in passive sampling of water and air by semipermeable membrane devices." Marine Pollution Bulletin **31**: 306-312.  Echols, K. R., R. W. Gale, et al. (2000). "Comparing polychlorinated biphenyl concentrations and patterns in the Saginaw River using sediment, caged fish, and semipermeable membrane devices." Environmental Science & Technology **34**(19): 4095-4102.

was considerably reduced in the northern Gulf of Mexico, possibly having a significant ecosystem effect.

### 1. Impacts to Herring Exemplify the Challenges in Determining Population Impacts

Dr. Tunnel says (page 9) of his rebuttal report, that we (Rice and Boesch expert reports) "misconstrue the lessons from the Exxon Valdez spill", and uses the confused and complex herring story as his example. The facts are: the 1989 herring year class had the lowest recruitment on record, there was a population crash detected in 1993 (four years after the spill), there was no population crash in other Alaska herring populations that year. Although there have been many years of studies on herring, there is no satisfactory explanation of their crash, whether it was oil related, or not. With the information collected during those years, it is not possible to prove that the oil spill caused the crash, nor does that prove that oil was not a contributing factor- we simply do NOT know the cause, even though herring populations have continued to be studied. Herring are an important forage species in Prince William Sound, capturing energy from zoo plankton, and are a dominant prey source for many species of fish, birds and marine mammals, thus transferring that energy up the food chain. Their value in the ecosystem is the justification for the continued study by the Exxxon Valdez Oil Spill Trustee Council, who devote a large proportion of their restoration funds in attempting to understand the factors that affect the herring population, and their continued lack of recovery.

Dr. Tunnel discusses herring as an example of how "we misconstrue" an enigmatic species, but fails to cite or discuss the compelling evidence of long term impacts that have been the basis for much of the valuable Exxon Valdez spill literature, such as: field and laboratory embryo toxicity studies that make a compelling case for four years of oil related effects to pink salmon in Prince William Sound; field studies that document 40% decrease in two pods of killer whales (impacts that will last for decades); contamination in the intertidal zone that has lasted for decades, and will continue to do so; and two decades of effects to sea otters that forage in the intertidal zone. These issues likely affected the ecosystem in Prince William Sound.

Dr. Tunnel is correct that Prince William Sound is different than the Gulf of Mexico, hence we cannot extrapolate the negative impacts measured in Prince William Sound directly to the Gulf spill, but we can infer that there can be long term effects, that toxicity can certainly play a role as it did in Prince William Sound, and surprises may be expected. The initial damage assessment studies with Exxon Valdez were very species-centric for the first few years; several years were required before different lines of evidence by different researchers were combined to explain some of the long-term effects that were quite evident by the 10 year anniversary. Every spill is different in many ways (volume and type of oil spilled, temperature of the environment, etc), yet the processes are similar, niches are similar, and it is reasonable to assume that the direction of effect will be similar from one spill to the next.

16