# Exhibit E

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Stanley Rice

**October 30, 2014**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

1  you?

2      A.  I can't find any literature that's peer-

3  reviewed on menhaden, effects from the spill or

4  not.

5      Q.  So you're -- you're not positing in this

6  case that there has been a population crash of

7  Gulf menhaden --

8      A.  No.

9      Q.  -- as a result of the DEEPWATER HORIZON,

10  correct?

11      A.  No.

12      Q.  And, in fact, any hypothesis of a menhaden

13  collapse resulting from the DEEPWATER HORIZON oil

14  spill would just be speculation at this stage of

15  the environmental investigation, correct?

16             MS. FIDLER:  Object to form.

17      A.  Yeah.  Without something to peer-review or

18  review a peer-reviewed product, yeah.  It's -- I

19  only draw the comparison there because they are a

20  similar niche, and it's like the herring -- which

21  we cannot explain adequately and we have, by God,

22  tried -- it's a red flag that these things can

23  happen and you don't know why.  You don't even

24  know if it's oil or not.

25      Q.  (BY MR. ISRAEL)  So just -- just to be

1    clear I understand, without review of either
2    peer-reviewed literature or data, any hypothesis
3    of the menhaden collapse resulting from the
4    DEEPWATER HORIZON oil spill would be speculation
5    at this stage; fair enough?
6         A.   Yeah.
7         Q.   Okay.  Similarly with shrimp, without --
8    strike that.
9              Similarly with shrimp, any hypothesis
10   of a shrimp collapse resulting from the DEEPWATER
11   HORIZON oil spill would be speculation at this
12   stage, correct?
13             MS. FIDLER:  Object -- object to
14   form.
15        A.   Correct.
16        Q.   (BY MR. ISRAEL)  Similarly with blue crab,
17   any hypothesis of a blue crab collapse --
18   population collapse resulting from the DEEPWATER
19   HORIZON oil spill would be speculation at this
20   stage; fair enough?
21             MS. FIDLER:  Object to form.
22        A.   Yeah.  I mean, if the data is there -- and
23   I have no idea about these other species that
24   you're talking about.  If the data is there, it's
25   there.  I -- I have not reviewed it, and so I'm

```
 1    not aware of it.
 2         Q.  (BY MR. ISRAEL)  You're not offering an
 3    opinion --
 4         A.  I'm not.
 5         Q.  -- in this case about a population effect
 6    on blue crab from the DEEPWATER HORIZON?
 7         A.  Correct.
 8         Q.  Okay.  And any hypothesis of a -- an
 9    effect on tuna population resulting from the
10    DEEPWATER HORIZON oil spill would be speculation
11    at this stage, correct?
12                 MS. FIDLER:  Object to form.
13         A.  Right.  My objectives here were to write
14    on what's potential, not on what is.  Because I
15    don't think you can tell what is not for another
16    possibly four or five years.  I have no idea how
17    long.  It's a complex ecosystem down here.  The
18    data needs to be transparent, and I don't believe
19    it is right now.
20         Q.  (BY MR. ISRAEL)  So at this stage in the
21    investigation --
22         A.  Yeah.
23         Q.  -- a hypothesis -- any hypothesis about an
24    impact to the tuna population resulting from the
25    DEEPWATER HORIZON oil spill would be speculation?
```

1           MS. FIDLER:  Object to form.
2      A.   Well, by me, it certainly would be, yes.
3      **Q.   (BY MR. ISRAEL)  And, similarly, any**
4 **hypothesis of an effect on the red snapper**
5 **population resulting from the DEEPWATER HORIZON**
6 **oil spill would be speculation at this stage?**
7           MS. FIDLER:  Object to form.
8      A.   Until damage assessment-type --
9 assessments come out and are transparent and are
10 visible and peer-reviewed, yes.
11     **Q.   (BY MR. ISRAEL)  Okay.  And same thing**
12 **with sea trout, any hypothesis of an effect on the**
13 **sea trout population as a result of the DEEPWATER**
14 **HORIZON oil spill would be speculation at this**
15 **stage; fair enough?**
16          MS. FIDLER:  Object to form.
17     A.   Yes.
18     **Q.   (BY MR. ISRAEL)  Okay.  Same thing with**
19 **bay anchovy and Red Drum and Atlantic croaker, any**
20 **hypothesis of an effect on those populations**
21 **resulting from the DEEPWATER HORIZON oil spill**
22 **would be speculation at this stage?**
23          MS. FIDLER:  Object to form.
24     A.   Well, I don't -- I have not seen any data
25 on these.

1    Q.  (BY MR. ISRAEL)  Okay.
2    A.  So I mean if somebody comes out and has a
3 hypothesis and has data -- I'm not aware of it,
4 but I'm not going to hypothesize those effects.
5    **Q.  If you were to hypothesize -- if you were**
6 **to hypothesize about any such effects to the**
7 **populations of fish or shellfish in the Gulf of**
8 **Mexico resulting from the DEEPWATER HORIZON oil**
9 **spill, it would -- it would be speculation at this**
10 **stage in the investigation?**
11    A.  If I --
12         MS. FIDLER:  Object to form.
13    A.  -- would make a hypothesis, it would be
14 speculation, yeah.  I don't have access to the
15 data pro or con, plus or minus.  I've not reviewed
16 those sorts of data.
17    **Q.  (BY MR. ISRAEL)  Okay.  And if you -- any**
18 **hypothesis of an effect on the oyster populations**
19 **resulting from the DEEPWATER HORIZON oil spill**
20 **would be speculation as well at this stage of the**
21 **investigation --**
22         MS. FIDLER:  Object to form.
23    **Q.  (BY MR. ISRAEL)  -- fair enough?**
24         MS. FIDLER:  Object to form.
25    A.  I -- I don't know that for a fact.  I --

```
1    at all.
2        Q.  (BY MR. ISRAEL)  Okay.
3        A.  I think there was more oyster data because
4    they're a fixed animal, so they're not out
5    swimming around like menhaden are offshore or
6    inshore.  So I suspect there could be.  "Could be"
7    is a key word now, could be.  Could be population
8    effects that may or may not have been done.  I'm
9    not aware of them.
10       Q.  Okay.  Do you have any data indicating
11   that there's been an effect on oyster populations
12   from oil resulting from the DEEPWATER HORIZON oil
13   spill?
14            MS. FIDLER:  Object to form.
15       A.  I have not seen that data, no.
16       Q.  (BY MR. ISRAEL)  Okay.  Now, in your
17   report, Dr. Rice, you show various figures
18   appearing to -- appearing to represent surface
19   oiling.  Do you recall that?
20       A.  What -- what page are you on?
21            MS. FIDLER:  Object to form.
22       Q.  (BY MR. ISRAEL)  Well, let's look at
23   Figure 6.  Let's start with Figure 6 of your
24   Round 3 report.
25       A.  Round 3?
```

1  quantify.  But the -- nevertheless, the element
2  that it could have happened, yes, it's there.  Is
3  it speculative?  Yes, I suppose it is.  Will there
4  be quantitative evidence of it to -- to prove it
5  or support it?  Probably going to be difficult to
6  acquire.  Can it happen?  I don't know.
7       **Q.  (BY MR. ISRAEL)  In your list of factors**
8  **that you want to understand in order to determine**
9  **whether or not phototoxicity occurred as a result**
10 **of the DEEPWATER HORIZON oil spill, you didn't**
11 **mention the concentration of the composition of**
12 **the PAHs that would also be a factor?**
13      A.  Yes.  If -- remember, when we talked about
14 the composition and naphthalenes two rings, for
15 example, you don't get phototoxicity with those
16 sorts of compounds.  As you go up in size, the
17 molecule weight, the number of rings, the element
18 of phototoxicity becomes more of a potential
19 factor.
20      **Q.  Okay.**
21      A.  The compound has to absorb the UV energy,
22 and then it breaks down, okay?  And when it does,
23 it's extremely reactive, which means if it's -- if
24 it's in the vicinity of DNA or something like
25 that, it can cleave a DNA strand in two.

```
 1        Q.  Are you looked at any of the sediment data
 2   that was collected as part of the DEEPWATER
 3   HORIZON oil spill environmental investigation?
 4             MS. FIDLER:  Object to form.
 5        A.  I -- I know it exists.  Have I looked at
 6   it specifically?  No.  Mark has to some extent.
 7   But we haven't spent a lot of time there at all.
 8        Q.  (BY MR. ISRAEL)  Has -- has Dr. Carls
 9   evaluated the sediment data collected as part of
10   the DEEPWATER HORIZON oil spill?
11        A.  "Evaluated"?  I'm not sure what you mean
12   by that.
13        Q.  What has -- well, if I wanted to
14   understand, you -- you -- strike that.
15             In your reports, I believe you talk
16   about sediment as an issue of concern for you,
17   correct?
18        A.  It is an issue of concern, yes.
19        Q.  But you haven't looked at any of the
20   actual data in the sediment collected as part of
21   the DEEPWATER HORIZON environmental --
22             MS. FIDLER:  Object to form.
23        A.  Not specifically, no.
24        Q.  (BY MR. ISRAEL)  Okay.
25        A.  I think.
```

1    there -- I -- on bird counts.
2        **Q. (BY MR. ISRAEL) Okay. My question is:**
3    **Do you -- without revealing conversations with**
4    **counsel, do you have any understanding as to why**
5    **you were not allowed to look at actual**
6    **environmental data?**
7            MS. FIDLER: Object to form.
8      A. I don't remember any conversations, so I
9    can't state. But I -- there just weren't any
10    peer-reviewed publications or reporting on the
11    NRDA data. If the peer-reviewed publication were
12    on hand and available, I would certainly have used
13    them. To my knowledge, they're not there.
14        **Q. (BY MR. ISRAEL) So your testimony is you**
15    **were not going to look at any environmental data**
16    **resulting from the DEEPWATER HORIZON environmental**
17    **investigation unless that data had been**
18    **peer-reviewed; is that your testimony?**
19      A. Or -- or public. So I'm not aware of any
20    public data that -- of offshore birds or whatever.
21      **Q. Did you look?**
22      A. It's not my strong suit. So, if it popped
23    up, I found it. And if it didn't...
24      **Q. Well --**
25      A. Where would I have looked? I looked in

```
 1    the literature, DEEPWATER HORIZON.  We -- you
 2    know, we Googled -- I won't say Googled.  You
 3    know, we did literature search on DEEPWATER
 4    HORIZON.  I don't remember any other bird papers
 5    out there.
 6         Q.  Are you aware of several websites that
 7    provide environmental data that has been collected
 8    as part of the DEEPWATER HORIZON oil spill
 9    environmental investigation?
10         A.  If it's not --
11              MS. FIDLER:  Object to form.
12         A.  -- peer-reviewed, I -- how do I
13    peer-review a website?  I -- you know, it's not --
14    I'm looking at scientific journals, as I stated in
15    the -- in the front end of these reports.  We're
16    relying upon -- we're looking at potential.  And
17    so for that potential, we're relying on the
18    potential that we're deriving from peer-reviewed
19    publications.
20         Q.  (BY MR. ISRAEL)  But you testified a
21    minute ago, Dr. Rice, that you relied upon
22    peer-reviewed publications and data if they were
23    public.  Do you recall that?
24         A.  Only the chemistry that I'm aware of.
25         Q.  Yet, you offer an opinion in your Round 3
```

1 report regarding birds, correct?

2     A.  Because it's a peer-reviewed publication.

3     Q.  But did you look for public data related
4 to birds from the DEEPWATER HORIZON?

5     A.  No.  Because it wasn't -- it wasn't part
6 of the -- I was focused on -- well, I was focused
7 on fish, for one.  But it wasn't -- I'm still
8 looking for a peer-review- -- peer-reviewed
9 publications, we're hanging on to those, if we can
10 find them, if they're out there.

11    Q.  Did you look on the government's data --
12 website for bird data?

13    A.  No.

14    Q.  Did you look on Gulf Science Data website
15 for bird data?

16    A.  No.  But I -- you know, I -- there's a
17 mountain of data out there.  I mean, the -- the
18 water data is -- is a good example.  I mean, it's
19 not -- that data needs to be synthesized by the
20 people who collected it.  The NRDA process,
21 whatever.  And published in peer-reviewed
22 publications made available.  I -- no, I -- I'm
23 not going to do the NRDA work for NRDA.  I mean,
24 that's not the mandate I was given.

25    Q.  You did opine about bird injury, correct?

```
 1        A.   Because there was a couple of publications
 2   that mattered --
 3        Q.   And the --
 4        A.   -- that were peer-reviewed.
 5        Q.   And the Haney publications is what you're
 6   referring to, correct?
 7        A.   Yeah.
 8        Q.   And that relies on the beached bird model,
 9   correct?
10             MS. FIDLER:  Object to form.
11        A.   Yes.
12        Q.   (BY MR. ISRAEL)  And you didn't bother to
13   see whether there was any site-specific data from
14   the DEEPWATER HORIZON environmental investigation
15   that would inform you whether or not the Haney
16   model was reliable, did you?
17             MS. FIDLER:  Object to form, asked
18   and answered.
19        Q.   (BY MR. ISRAEL)  You didn't do that?
20        A.   Well, I'm not a bird modeler, okay?  So
21   I'm relying on the peer-review process for finding
22   these papers.  I mean, I'm not going to go and
23   look at raw data and synthesize it and model it.
24   I don't have that level of expertise relative to
25   birds.  So I'm relying on peer-reviewed
```