# Exhibit F

EXPERT REPORT

*U.S. v. BP Exploration & Production, Inc. et al.*

**Toxicological Impact of the MC252 Blowout, Oil Spill, and Response**
**Submitted on Behalf of the United States**

Prepared by: Stanley D. Rice (Ph.D.)

*[signature]* 15 Aug 2014

Stanley D. Rice (Ph.D.)

August 15, 2014

      from digging pits in oil contaminated beaches and lack of recovery continued through about 2 decades.

- **Surprises and enigmas continue even 25 years after the spill.**  The delayed impact to and recovery of the Prince William Sound population of herring has been both a surprise and an ongoing enigma.  Herring reproductive success was impacted in 1989 (1989 year class had the lowest recruitment on record), but scientists determined that were a delayed population crash of many year classes in winter 1993 that has never been explained satisfactorily.  No other herring population in Alaska has suffered a crash in the years immediately following the spill, or as steeply as the Prince William Sound population.  Similarly, there is no satisfactory explanation of the continued lack of recovery by herring even though their exposure directly to oil is long over.  Herring are an important forage species, similar in niche to the gulf menhaden, and are important to the general health of the ecosystem.  It is difficult to judge the ecosystem as fully recovered until the herring population has recovered.

The Exxon Valdez oil spill damage assessment indicated that embryo toxicity can occur at low parts per billion of PAH, oil can persist in the shoreline for decades, and several species have suffered long term population effects and will likely never be the same.  The damage assessment also led to the understanding that long-term intense study does not always lead to answers about the complex response of the environment after an oil spill, however, as indicated by the failure to explain the delayed crash in the herring population.  Collectively, the long term impacts to sea otters and killer whales, coupled with the finding of oil persistence and the significant lowering of the dose required to affect embryos (from ppm to ppb), have changed the oil spill paradigm.  Damage assessments on spills since the Exxon Valdez now track persistence of oil and long term damage, rather than a primary focus only on collecting carcasses to assess the damage from a spill.  Impact on herring spawn in San Francisco Bay were examined after the Cosco Busan spill, for example, and detailed studies following the DWH spill have been shaped in part from the studies of the Exxon Valdez.

### B.    The Cosco Busan Spill (2007)

The Cosco Busan Spill was a relatively small bunker oil spill in San Francisco Bay, but embryotoxicity impacts were detected in herring spawn in oiled areas three months after the spill (Incardona et al. 2012).  This study was initiated in part because of the impacts to herring following the Exxon Valdez, and the overlap of oiled sites and spawning habitat in San Francisco bay.  Like the exposures to embryos in the Exxon Valdez crude oil studies, cardiotoxicity effects

to herring embryos were detected in the field and in laboratory controlled studies; low tissue levels of PAHs were detected in herring from oiled sites.

While investigating the impacts to herring from the Cosco Busan Spill, the additional factor of phototoxicity was apparent at some of the oiled sites.  (Incardona et al. 2012).  Cosco Busan bunker oil is similar to crude oil, but with a significant portion of the lighter compounds removed, leaving a higher proportion of multi ringed PAHs.  Direct sunlight (UV) increases toxicity by changing ("activating") multi-ringed PAH structures, and is more of a problem to organisms that are less pigmented and transparent (such as fish embryos and larvae), because the UV can penetrate into cells with absorbed PAHs within them; this is known as "phototoxicity".  This is not a problem at depth, or in turbid waters, as UV has very limited potential to penetrate.  Under certain conditions, however (like when oil exposed embryos/larvae are in the top three feet near the surface, or exposed when the tide is out), the increase in toxicity can be an order of magnitude - hence it can be a serious issue to these sensitive life stages with little or no capacity to avoid the sunlight.  A significant phototoxic effect was detected in the intertidal spawn compared to the spawn below the surface where turbid waters shielded embryos from UV exposure and the impacts of phototoxicity (Incardona et al. 2012).  Two years later, the study was repeated at oiled and control sites; toxicity impacts from the spilled oil were no longer detected.

Like the embryo toxicity studies from Exxon Valdez, the Cosco Busan embryo toxicity studies detected damage at very low levels of PAH.  The extreme sensitivity of embryos was well documented, as well as the cause/effect relationship.  From these studies, it was apparent that even low environmental concentrations of PAH were potentially harmful to organisms and biological processes, and could impact important organisms beyond those species at the surface or at the shoreline.  Thus, the Exxon Valdez and Cosco Busan studies established a scientific base from which DWH toxicity potential could be – and has been - further examined.

## VI.   Potential for Toxicity Damage from the DWH Spill

Simply put, for there to be a potential for toxicity damage, several criteria need to be met:  significant volume of oil spilled, over a period of time, entry of toxic PAH components into the water, reaching habitats that support important species and sensitive life stages.  Published reports from DWH researchers document that these criteria have been met.