# Exhibit G

*U.S. v. BP Exploration & Production, Inc. et al.*

## ACTUAL AND POTENTIAL HARM FROM THE MACONDO WELL BLOWOUT
### Submitted on Behalf of the United States

**Prepared by:  Donald F. Boesch (Ph.D.)**

_____

**Donald F. Boesch (Ph.D.)**

**August 15, 2014**

**Dispersant application intensified rather than caused the deep-sea plume.**  The deep-sea plume would have formed even if the chemical dispersant Corexit 9500 had not been injected into the gushing hydrocarbons.  The dispersant had no real effect on the gaseous hydrocarbons and the turbulent mixing as the gas and oil exited the crumpled marine riser or wellhead with great force facilitated dissolution and fine droplet formation of liquid hydrocarbons.  The degree to which the injection of the dispersant increased the retention of oil in the deepwater plume and prevented it from reaching the surface of the Gulf has been actively debated.  One modeling study suggested that the injection of the dispersant only marginally decreased the amount of oil surfacing.[30]  However, observations of the rate at which oil was surfacing when the dispersant was applied compared to when it was not indicate that the injection of dispersant reduced but did not eliminate surfacing oil, with the consequence that dispersant application resulted in the retention of more oil in the deep-sea plume.[31]

**Significant amounts of hydrocarbons dissolved in the deep-sea plume resulting in exposure levels toxic to marine organisms.**  At the pressure and temperature existing at 1,500 meters, the discharging methane had a tendency to form methane hydrate crystals.  This is the phenomenon that limited the effectiveness of the funnel-like "cofferdam" initially deployed to capture the oil exiting the well—it quickly became clogged by the ice-like hydrates.[32]  The methane eventually dissolved in the seawater, along with the other gaseous hydrocarbons.  Concentrations of methane measured in the plume were as high as 3 parts per million (180 micromoles per liter), tens of thousands of times higher than background levels.[33]  Dissolved concentrations of mono-aromatic hydrocarbons (relatively soluble benzene, toluene, ethylbenzene, and xylenes) were measured in excess of 50 parts per billion.[34]  PAH concentrations as high as 189 parts per billion were also measured.[35]  Dr. Rice reported that publically available NRDA data indicate that some samples collected in the plume extending over 500 kilometers in a northeast-to-southwest direction exceeded 0.5 parts per billion.[36]  Based on this evidence of exposure he concluded that toxicity damage was likely. To my knowledge no results from research on the effects of the plume hydrocarbons on planktonic and swimming organisms living at the depths of the deep-sea plume

[30] Paris CB, Henaff ML, Aman ZM, Subramaniam A, Helgers J, Wang DP, Kourafalou VH, Srinivasan A (2012) Evolution of the Macondo well blowout: simulating the effects of the circulation and synthetic dispersants on the subsea oil transport. Environ Sci Technol 46:13293-13302

[31] Ryerson TB, Camilli R, Kessler JD, Kujawinski EB, Reddy CM, Valentine DL, Atlas E, Blake DR, de Gouw J, Meinardi S, Parrish DD, Peischl J, Seewald JS, Warneke C (2012) Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution.  Proc Natl Acad Sci USA 109:20246-20253

[32] National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling (2011) DEEP WATER The Gulf Oil Disaster and the Future of Offshore Drilling U.S. Government Printing Office, Washington D.C.

[33] Crespo-Medina M, Meile CD, Hunter KS, Diercks AR, Asper VL, Orphan VJ, Tavormina PL, Nigro LM, Battles JJ, Chanton JP, Shiller AM, Joung DJ, Amon RMW, Bracco A, Montoya JP, Villareal TA, Wood AM, Joye SB (2014) The rise and fall of methanotrophy following a deepwater oil-well blowout.  Nature Geosci 7:423-427

[34] Camilli R, Reddy CM, Yoerger DR, Van Mooy BAS, Jakuba MV, Kinsey JC, McIntyre CP, Sylva SP, Maloney JV (2010) Tracking hydrocarbon plume transport and biodegradation at Deepwater Horizon.  Science 330:201-204

[35] Diercks A-R, Highsmith RC, Asper VL, Joung DJ, Xhou Z, Guo L, Shiller AM, Joye SB, Teske, AP, Guinasso N, Wade TL, Lohrenz SE (2010) Characterization of subsurface polycyclic aromatic hydrocarbons at the Deepwater Horizon site. Geophys Res Lett 37:L20602

[36] Rice, S.D. (2014) Toxicological Impact of the MC252 Blowout, Oil Spill, and Response.  Expert Report submitted on behalf of the United States. U.S. v. BP Exploration & Production et al.

have been published, however there was at least potential harm to this component of the ecosystem.

**Blooms of bacteria grew on the dissolved and suspended hydrocarbons providing a mechanism for deposition of hydrocarbons and other organic matter on the seafloor.**
Populations of bacteria, normally at low levels at this depth in the water column, grew explosively on the lighter hydrocarbons in the deepwater plume.   New techniques in molecular genetics were employed to show that types of bacteria capable of metabolizing propane and ethane grew rapidly within days, priming the degradation of other hydrocarbons by other types of bacteria in the aging plume.[37]  Bacteria specializing in methane oxidation then became more prevalent[38] with oxidation rates peaking in June and declining through August available methane was depleted.  Degradation of higher molecular weight hydrocarbons proceeded at much slower rates.[39]   The telltale indicator of biodegradation of hydrocarbons in the deep-sea plume was the occurrence of anomalously low levels of dissolved oxygen at the depths of the plume detectable as far as 300 nautical miles from the Macondo well.[40]

As bacteria populations grew and died they exuded organic polysaccharides, much like mucous. Aggregates of such organic material with entrained microbes and mineral particles are common in the ocean and are commonly referred to as "marine snow."  It is very likely that hydrocarbons and oil-dispersant mixtures in the deep-sea plume stimulated a tremendous production of marine snow through a process similar to that observed in surface waters of the Gulf below oil slicks.[41]  Similarly, much of this marine snow produced from the bacterial blooms in the deep-sea plume and in lesser plumes at intermediate depths sank to the seafloor together with bacterial biomass and entrained suspended sediments and oil droplets in what has been called a "dirty blizzard"[42] or more formally Marine Oil Snow Sedimentation and Flocculent Accumulation.  The harm to benthic, or bottom dwelling, organisms resulting from this hydrocarbon-stimulated biodeposition is discussed in Section 4.4.  But the salient point is that while microbial biodegradation removed hydrocarbons from the water column, it also resulted in the deposition of components of petroleum on the seabed

[37] Valentine DL, Kessler JD, Redmond MC, Mendes SD, Heintz MB, Farwell C, Hu L, Kinnaman FS, Yvon-Lewis S, Du M, Chan EW, Garcia Tigreros F, Villanueva CJ (2010) Propane respiration jump-starts microbial response to a deep oil spill. Science 330:208-211
[38] Kessler JD, Valentine DL, Redmond MC, Du M, Chan EW, Mendes SD, Quiroz EW, Villanueva CJ, Shusta SS, Werra LM, Yvon-Lewis SA, Weber TC (2011) A persistent oxygen anomaly reveals the fate of spilled methane in the deep Gulf of Mexico.  Science 331:312-315
[39] Mason O, Han J, Woyke T, Jansson J (2014) Single-cell genomics reveals features of a *Colwellia* species that was dominant during the Deepwater Horizon oil spill.  Front Microbiol 5
[40] Kessler JD, Valentine DL, Redmond MC, Du M, Chan EW, Mendes SD, Quiroz EW, Villanueva CJ, Shusta SS, Werra LM, Yvon-Lewis SA, Weber TC (2011) A persistent oxygen anomaly reveals the fate of spilled methane in the deep Gulf of Mexico.  Science 331:312-315
[41] Passow U, Ziervogel K, Asper V, Diercks A (2012) Marine snow formation in the aftermath of the Deepwater Horizon oil spill in the Gulf of Mexico.  Env Res Lett 7:035301
[42] Schrope M (2013) Dirty blizzard buried Deepwater Horizon oil.  Nature 10.1038/nature.2013.12304

the abundance of *Sargassum* at the surface.[45]  Experiments were conducted that demonstrated that exposure to oil and, particularly, to chemically dispersed oil caused *Sargassum* to sink, a trend particularly pronounced for one of the two species, *Sargassum natans*.  Dissolved oxygen levels around the *Sargassum* also dropped, more so when the oil was chemically dispersed.  In addition to any toxic effects, sinking of an important habitat and stress induced by lowered dissolved oxygen likely resulted in actual harm to the plants and animals associated with floating *Sargassum* that came into contact with floating oil.  While the harm to populations of animals associated with *Sargassum* was not directly measured, the investigators conducted simple calculations to demonstrate that the effects on sea turtle hatchings and juveniles could contribute to year-class failure.  Follow-up aerial surveys in 2011 and 2012 documented a four-fold increase in *Sargassum* abundance over 2010 levels, suggesting that while the impact of the Macondo well blowout on this important habitat was particularly acute, it might not have been long-lasting.

**Sea turtles suffered substantial mortalities and unusually high rates of stranding that have continued through at least 2013.**  Five species of sea turtles occur in the northern Gulf of Mexico: the green, hawksbill, Kemp's ridley, leatherback, and loggerhead.  All are listed as endangered under the Endangered Species Act.  Over one thousand sea turtles were collected in the Deepwater Horizon Response (see Table 2).  Many of these were one to two year old turtles collected from the zone where their preferred *Sargassum* habitat and oil slicks converged.  These turtles were fouled with sticky oil and had often ingested oil.  Monthly turtle collections far exceeded historical records of turtle strandings (washed ashore or found floating dead or in a weakened condition) during the period in which there was abundant floating oil (Figure 5).



*Note: The black error bars represent the maximum and minimum number of strandings over the 22 years of records.*

Figure 5.  Monthly sea turtle strandings in 2010 compared to long-term averages (compiled by Doug Inkley of the National Wildlife Federation using Sea Turtle Stranding and Salvage Network data).

In 2011-2013 approximately 500 turtle strandings per year were observed from Alabama to the upper Texas coast (Table 1), a five-fold increase above the historical rate.[46]  Possible reasons for the increased strandings under investigation include fishing activities that result in bycatch, biotoxins from harmful algal blooms, and impacts from the Macondo well blowout.

[45] Powers SP, Hernandez FJ, Condon RH, Drymon JM, Free CM (2013) Novel pathways for injury from offshore oil spills: direct, sublethal and indirect effects of the Deepwater Horizon oil spill on pelagic Sargassum communities.  PLoS One 8:e74802.
[46] National Marine Fisheries Service (2013) Sea Turtle Strandings in the Gulf of Mexico NOAA Fisheries Office of Protected Resources, 2014, http://www.nmfs.noaa.gov/pr/species/turtles/gulfofmexico.htm

the impacted parts of the corals.[72]  This suggested that additional deterioration of the long-lived corals was likely.

**There is potential harm to organisms living on the seabed of the continental shelf.**  Based on evidence for animals living in sediments and for cold-water corals, the accumulation of hydrocarbon contaminants and associated biological effects over at least 57 square miles of the continental slope are among the best documented harmful and long lasting impacts resulting from the Macondo well blowout at this time.  These results demonstrated that petroleum hydrocarbons, normally thought to be buoyant and immiscible, can find their way to the seabed through biodeposition and other mechanisms.  The same processes that resulted in deposition of surface hydrocarbons in deep Gulf of Mexico ecosystems were likely also in operation as oil slicks moved over the continental shelf (Figure 8).  However, thus far there have been few published studies that evaluated sediment contamination or biological effects on bottom-dwelling organisms that might have resulted from the Macondo well blowout.  Over 10,000 bottom sediment samples were collected during the Natural Resources Damage Assessment.  Presumably, results from analyses conducted during the NRDA will eventually be published in the open scientific literature.  Until then, it is premature to speculate about the extent and duration of hydrocarbon contamination of continental shelf sediments and the actual harm that resulted.



Figure 8. Potential pathways for oil to reach bottom sediments (NOAA).

One particular issue regarding effects on the seabed of the continental shelf that has been addressed is whether the deposition of oil exacerbated seasonal hypoxia, or the notorious Dead Zone, that forms during the summer in the bottom waters of the inner shelf, primarily along Louisiana.  A possible oil degradation signal in bottom waters was observed during the annual hypoxia survey during July 2010.  It was manifest in the relationship between concentrations of dissolved oxygen and concentrations of dissolved inorganic carbon.[73]  This anomaly was observed in the region off Grand Isle, which had greater exposure to floating oil, but not along the whole Louisiana shelf.  Furthermore, the anomaly was not found during 2011 and

[72] Hsing P-Y, Fu B, Larcom EA, Berlet SP, Shank TM, Govindarajan AF, Lukasiewicz AJ, Dixon PM, Fisher CR (2013) Evidence of lasting impact of the Deepwater Horizon oil spill on a deep Gulf of Mexico coral community.  Elementa Sci Anthop 1:000012
[73] Hu X, Cai W-J, Rabalais NN, Xue J (2014) Coupled oxygen and dissolved inorganic carbon dynamics in coastal ocean and its use as a potential indicator for detecting water column oil degradation.  Deep-Sea Res II http://dx.doi.org/10.1016/j.dsr2.2014.01.010

effects on heart muscles were demonstrated in a companion study.[76]  The hydrocarbon composition of the experimental exposures matched well that of Gulf surface waters contaminated by the blowout.  Bluefin tuna was the most sensitive species with concentrations less than one part per billion causing edema in half of the larvae exposed.  This is noteworthy because the main spawning grounds for the Atlantic bluefin tuna are in the northern Gulf of Mexico and its current population is at a historic low.  Thus, there is the potential that the oil that prevailed for three months on the offshore surface waters could have reduced the larval recruitment into the 2010 year class for this species.

Similar effects on pericardial and yokesack edema in mahi-mahi (dolphinfish) were found in experimental exposures to water-accommodated Macondo oil skimmed from the Gulf surface.[77]  In addition, exposure of juvenile mahi-mahi or of embryos and larvae raised to juveniles reduced the swimming speed of the juvenile fish.  Once again, concentrations that elicited effects were quite low, as low as 1.2 parts per billion of PAHs for exposure of embryos and larvae.  Swimming performance is quite critical for the survival these famously fast swimming fish as it affects their ability to catch food and avoid predators.

**Exposure to sediment contamination was the likely cause of petroleum contaminants in fishes at the shelf edge with potential harm to their populations.**  Several species of bottom-dwelling fish species along the continental shelf edge north of the Macondo well were found to contain elevated concentrations of PAHs in their liver and PAH metabolites in their bile during 2011.[78]  The levels were higher than in fish of the same species collected outside of the influence of the blowout and were lower in samples collected in 2012 than in 2011.  The relative composition of PAHs in liver samples was highly comparable to that in oil collected from the leaking wellhead and no to other potential PAH sources.  This evidence indicates that these bottom-dwelling fishes had accumulated hydrocarbon contaminants from the Macondo well blowout and that contamination dissipated over time.  The species affected include red snapper, which congregates around hard-bottom outcropping; southern hake, which forages in bottom sediments in search of prey; and tilefish, which create burrows into semi-consolidated sediments.  Fish at sites lying under the footprint of frequent oil slicks were most affected, including along the margins of the DeSoto Canyon.  This suggests that bottom sediments were contaminated by the deposition of hydrocarbons from surface waters, although the upwelling of subsurface hydrocarbon plumes may also have contributed.  A higher than normal incidence of skin lesions was also found in the most affected regions.  This incidence also declined from 2011 to 2012, suggesting that development of lesions was in some way connected to exposure or uptake of PAHs or other hydrocarbons.

---

[76] Brette F, Machado B, Cros C, Incardona JP, Scholz NL, Block BA (2014) Crude oil impairs cardiac excitation-contraction coupling in fish.  Science 343:772-776
[77] Mager EM, Esbaugh AJ, Stieglitz JD, Hoenig R, Bodinier C, Incardona JP, Scholz NL, Benetti DD, Grosell M (2014) Acute embryonic or juvenile exposure to Deepwater Horizon Crude oil impairs the swimming performance of Mahi-Mahi (*Coryphaena hippurus*).  Environ Sci Technol  48:7053-7061
[78] Murawski SA, Hogarth WT, Peebles EB, Barbeiri L (2014) Prevalence of external skin lesions and polycyclic aromatic hydrocarbon concentrations in Gulf of Mexico fishes, post-Deepwater Horizon.  Trans Am Fish Soc 143:1084-1097

channelization by oil and gas and navigation canals, impoundments, invasive species, hurricanes and droughts, and accelerated sea-level rise.[100]  These natural and human-induced factors have resulted in a loss of approximately 2,100 square miles (5,400 square kilometers) of coastal wetlands between 1930 and 2010 in Louisiana alone.  It might be argued that the documented erosion of oiled marsh edges pales in comparison to the acres lost every year to these other factors.  However, the harm from Macondo well oiling is very likely more than simply additive but, instead, compounds the wetland-loss crisis by accelerating losses due to other factors and further diminishing their sustainability and resistance to future disturbances.

### 6.4 Sounds, Bays and Bayous

Of course, the weathered hydrocarbon residual that reached coastal wetlands passed through shallow sounds, bays and bayous of the northern Gulf of Mexico on their way, exposing the sandy and muddy bottom habitats where shrimp, fish, oysters, birds and bottlenose dolphins rely on these highly productive waters.  However, few reports in the scientific literature address real or potential harm to these protected, shallow-water ecosystems.

**Marsh oiling reduced the growth rate of shrimp living nearby.**  The complex of wetland and shallow-water habitats along the northern Gulf coast is particularly important as nurseries for brown (*Farfantepenaeus aztecus*) and white (*Litopenaeus setiferus*) shrimp that are the basis of the Gulf's most valuable fishery.  Field experiments showed that a year after oil reached marshes in Bay Jimmy in Barataria Bay, the growth rates of shrimp deployed in the cages near heavily and moderately oiled marshes were less than half those near unoiled and lightly oiled marshes[101].  Growth rates of brown shrimp were negatively correlated with the concentration of PAHs in bottom sediments, which average about 600 parts per billion near oiled marshes.

**Fish chronically exposed to oil-contaminated sediments demonstrated sublethal effects that potentially could result in harm at the population level**.  The Gulf killifish (*Fundulus gandis*) is a small ubiquitous denizen of Gulf salt marshes.  It is not caught for human consumption but is a very important prey of larger fish.  It is widely used for bait along the Gulf Coast, where it is commonly referred to as cocahoe minnow.  Killifish are also commonly used as a model test organism for other toxic responses in bony fishes generally.  Killifish collected at Grand Terre in lower Barataria Bay, near marshes that had been heavily oiled, showed increased genetic activity in pathways that regulate a fish's response to PAHs in their liver, while those collected at unoiled sites along the Mississippi and Alabama coasts did not.[102]  This indicates a biological response to the stress of PAH exposure even though elevation of PAH concentrations in fish tissues and ambient seawater were

[100] Mendelssohn IA, Andersen GL, Baltz DM, Caffey RH, Carman KR, Fleeger JW, Joye SB, Lin Q, Maltby E, Overton EB, Rozas LP (2012) Oil impacts on coastal wetlands: implications for the Mississippi river delta ecosystem after the Deepwater Horizon oil spill.  BioScience 62:562-574

[101] Rozas L, Minello T, Miles MS (2014) Effect of Deepwater Horizon oil on growth rates of juvenile penaeid shrimps.  Estuaries and Coasts 10.1007/s12237-013-9766-1:1-12

[102] Whitehead A, Dubansky B, Bodinier C, Garcia TI, Miles S, Pilley C, Raghunathan V, Roach JL, Walker N, Walter RB, Rice CD, Galvez F (2012) Genomic and physiological footprint of the Deepwater Horizon oil spill on resident marsh fishes.  Proc Natl Acad Sci USA 109:20298-20302

not detected.  The seawater from Grand Terre also caused increased expression of a protein indicative of PAH exposure in fish gills in association with elevated incidence of hyperplasia (unusual proliferation of cells) and other histological anomalies.  The researchers stated that even though body burdens of PAH contaminants were not high (compared to concentrations that might merit disallowing sale of commercial species), exposure could result in physiological impairment persisting at least two months after initial exposures.  Other scientists funded by BP published a criticism of this article, claiming that (a) the measured seawater concentrations were not consistent with the observed biological responses and (b) chemicals other than those from Macondo well oil could have caused these responses.[103]

Some of the original researchers later reported gene expression related to PAH exposure and stress response in the gill, liver, intestine and kidney of killifish at Grand Terre for over one year following the Macondo oil landfall, but not at the unaffected sites.[104]  Laboratory exposure of killifish embryos to sediments collected from Grande Terre, but not the reference sites, resulted in developmental abnormalities.  The researchers stated that: "the data are predictive of population-level impacts in fish exposed to sediments from oiled locations along the Gulf of Mexico coast."  Once again, another scientist supported by BP published a critique of these new results, conceding that exposure to oiled sediments adversely affected the survival potential of larvae hatching from exposed eggs, but challenging whether these results are predictive of population-level impacts.  A key distinction is between "demonstrate" and "predict."  While actual harm at the level of an individual fish has been demonstrated, harm at the population level has not and should be regarded as potential rather than actual.

**There was potential harm to oyster stocks due to oil and related response actions, but the causes of oyster declines are not yet fully resolved.**  The Eastern Oyster (*Crassostrea virginica*) is another key organism that is not only economically valuable but plays important ecological roles in sounds, bays and bayous by building habitat used for shelter and forage by other animals, regulating water quality by filtering large volumes of water, and protecting shorelines from waves, storm surges and erosion.  As of the date of this report, I am unaware of any reports, scientific or otherwise, of Macondo oil directly killing oysters.  There was no evidence in published literature of elevated levels of PAHs in oyster tissue in Mississippi Sound during and after the spill. [105, 106]  The nutritional and reproductive conditions of the oysters were also not exceptional for the environments in which they were collected.  Levels of carbon-13 in oyster muscle suggested that oysters in Mobile Bay and eastern Mississippi Sound had been feeding on natural organic material and not oil (see Section 5.2 for a discussion on how stable and radioisotopes of carbon are used to

[103] Jenkins KD, Branton MA, Huntley S (2012) CYP1A expression fails to demonstrate exposure–response relationship. Proc Natl Acad Sci USA 109:E678
[104] Dubansky B, Whitehead A, Miller JT, Rice CD, Galvez F (2013) Multitissue molecular, genomic, and developmental effects of the Deepwater Horizon oil spill on resident Gulf killifish (*Fundulus grandis*).  Environ Sci Technol 47:5074-5082
[105] Soniat TM, King SM, Tarr MA, Thorne MA (2011) Chemical and physiological measures on oysters (*Crassostrea virginica*) from oil-exposed sites in Louisiana.  J Shellfish Res 30:713-717
[106] Xia K, Hagood G, Childers C, Atkins J, Rogers B, Ware L, Armbrust K, Jewell J, Diaz D, Gatian N, Folmer H (2012) Polycyclic aromatic hydrocarbons (PAHs) in Mississippi seafood from areas affected by the Deepwater Horizon oil spill. Environ Sci Technol 46:5310-5318

trace oil in food chains).[107]  However, the areas from which these oysters were collected were not subject to heavy or persistent oiling of the level seen in parts of Barataria Bay, for example.  But the results do not indicate that oysters were not exposed to oil, rather they imply oysters did not consume enough oil-derived material to be detectable compared to natural diet.  Carbon-12 and carbon-14 levels in marsh mussels and barnacles collected in Barataria Bay also indicated that these other filter feeders had derived their nutrition from natural sources rather than petroleum contaminants.[108]

Despite the lack of published evidence of direct mortality of oysters due to oiling or bioaccumulation of petroleum hydrocarbons, there is continued concern that declines in the abundance of market-sized oysters and oyster spat (small oysters developing after larvae settle) on public grounds in the Breton Sound and Barataria Bay areas of Louisiana reflect impacts of oil or freshwater releases from diversions and siphons along the Mississippi River in an effort to keep incoming oil out of sensitive marshes and estuaries.[109]  Extensive reductions of spat recruitment have occurred in some areas since 2010 and continued into 2013; in other areas spat had poor survival.  Commercial harvests fell sharply in 2012 and 2013.  Assessments are ongoing of the causes of these declines, including oil and response actions in addition to other factors such as river discharge and other climatic variations, Hurricane Isaac, habitat quality, diseases and harvest pressure.

### 6.5 Birds and Marine Mammals

The U.S. Fish and Wildlife Service maintained a consolidated "body count" of impacted birds, sea turtles and marine mammals collected during the Macondo well blowout and in the months that followed, noting the numbers collected alive and dead and whether they were visibly oiled (Table 2).  Over half of the birds were collected in Louisiana and nearly three-quarters of the mammals were collected in Mississippi.  The majority of the sea turtles collected dead were in Mississippi and Louisiana.

Table 2.  Deepwater Horizon Response consolidated fish and wildlife collection through April 14, 2011.[110]

|  | Collected Alive | | Collected Dead | |
|---|---|---|---|---|
|  | Total | Visibly Oiled | Total | Visibly Oiled |
| Birds | 3,046 | 2,086 | 6,147 | 2,303 |
| Sea Turtles | 536 | 456 | 613 | 18 |

[107] Carmichael RH, Jones AL, Patterson HK, Walton WC, Pérez-Huerta A, Overton EB, Dailey M, Willett KL (2012) Assimilation of oil-derived elements by oysters due to the Deepwater Horizon oil spill.  Environ Sci Technol 46:12787-12795
[108] Fry B, Anderson LC (2014) Minimal incorporation of Deepwater Horizon oil by estuarine filter feeders.  Mar Pollut Bull 80:282-287
[109] Louisiana Department of Wildlife & Fisheries (2013) Oyster Stock Assessment Report of the Public Oyster Seed Areas of Louisiana Seed grounds and Seed Reservations.  Oyster Data Report Series, No. 19, Baton Rouge, LA
[110] U.S. Fish and Wildlife Service (2011) Deepwater Horizon Response Consolidated Fish and Wildlife Collection Report http://www.fws.gov/home/dhoilspill/collectionreports.html

pointed out that experimental exposure required to develop such a relationship is constrained by logistics and ethics.  Further, they argued that a correlation study such as theirs can provide strong evidence for a causal relationship when findings are consistent with other experiments and where plausible alternative hypotheses are ruled out.[118]

**Results thus far are insufficient to assess the potential for harm for whales and dolphins occurring offshore.**  In addition to coastal dolphin populations, sperm, Bryde's, pygmy sperm, and beaked whales and other dolphin species reside in the deepwater and continental shelf regions of the northern Gulf of Mexico near the Macondo wellhead.  Exposure to oil slicks while these marine mammals are at the ocean's surface, and some of the whales dive and feed deeply where they could encounter deep sea hydrocarbon plumes or consume contaminated prey.  While some acoustic recordings suggest that sperm whales were avoiding the area around the Macondo well,[119] evidence is insufficient to conclude either that there was a potential for harm or that harm was highly unlikely.

## 6.6 Fisheries

Actual or potential harm can be considered from the perspective of both the effects on populations of fish and shellfish themselves and the impacts on their fisheries, that is the enterprises engaged in raising or harvesting, processing and selling the commodities.  In 2009, the year before the blowout, the seafood industry generated over $17 billion in sales in the Gulf states and expenditures on recreational fishing trips and durable equipment in the Gulf region totaled over $10 billion.[120]

The ultimate effects of the Macondo well blowout on fish and shellfish stocks are inherently difficult to assess.  Oil pollution does not usually produce large fish kills, but affects populations through adverse effects on survivability, reproduction, prey, and habitats.  The published results reviewed in this report on gene expression and embryo development of Gulf killifish; heart functions in larval tunas and amberjack; and swimming speed in young mahi-mahi, and the association of lesions in bottom-dwelling fish with elevated PAH levels in their liver support a conclusion of possible harm to fish populations.

**The economic impacts on Gulf of Mexico fisheries were substantial and are continuing**.  The evidence of effects on the fisheries of the Gulf, however, was not so subtle.  The closures of Federal and state waters to commercial fishing reduced the value of seafood landings by at least $247

---

[118] Schwacke LH, Smith CR, Townsend FI, Wells RS, Hart LB, Balmer BC, Collier TK, De Guise S, Fry MM, Guillette LJ, Lamb SV, Lane SM, Mcfee WE, Place NJ, Tumlin MC, Ylitalo GM, Zolman ES, Rowles TK (2014) Response to comment on health of common bottlenose dolphins (*Tursiops truncatus*) in Barataria Bay, Louisiana following the Deepwater Horizon oil spill. Environ Sci Technol 48:4209-4211

[119] Ackleh AS, Ioup GE, Ioup JW, Ma BL, Newcomb JJ, Pal N, Sidorovskaia NA, Tiemann C (2012) Assessing the Deepwater Horizon oil spill impact on marine mammal population through acoustics: Endangered sperm whales.  J Acoust Soc Am 131:2306-2314

[120] National Marine Fisheries Service (2010) Fisheries Economics of the United States, 2009.  U.S. Dept. Commerce NOAA Tech. Memo. NMFS-F/SPO-118, 179p., https://www.st.nmfs.noaa.gov/st5/publication/index.html

million[121] and the subsequent public aversion to Gulf seafood exacerbated and extended this economic effect despite an unprecedented level of monitoring of seafood that showed, with very few exceptions, that the seafood was safe to consume.[122]  One attempt to model the longer-term impacts on commercial and recreational fisheries and mariculture suggests that the Macondo well blowout could result over a seven-year period in losses in total revenue of $3.7 billion, with a total economic impact of $ 8.7 billion.[123]

## 7.  CONCLUSIONS

### 7.1.  Status and Evolution of Scientific Understanding

A surprising number of very competent and informative articles describing the consequences of the Macondo well blowout appeared in the scientific literature within the first year.  Several articles describing the physical, chemical and biological dynamics of the deepwater plume were published literally days after the well was capped.  Despite the current paucity of residual oil to study, important results continue to be published as a result of time required to analyze data, monitoring of long-term fate and effects, or conducting follow-up experiments and modeling.  Several of the scientific articles that form the basis of some of my conclusions were just published in 2014 and many more manuscripts are currently in the hands of peer reviewers and journal editors.  Vast amounts of data have been and are still being collected as part of the Natural Resources Damage Assessment.  Because of the ongoing legal process substantial portions of the analyses of these results have been regarded as confidential and remain unpublished in the peer-reviewed literature.  In addition, an extensive volume of research on the consequences of the Macondo well blowout is ongoing under the Gulf of Mexico Research Initiative (GoMRI) funded by BP.

While there currently is a sizeable literature on which to draw, it is clear that much more information about and understanding of the environmental consequences of the blowout are still to come.  There will be surprises, but also clearer and more confident understanding will emerge over the next few years, just as it took many years to emerge from studies of the Exxon Valdez oil spill.  NRDA results will eventually become available and GoMRI will invest more of its resources in integrative interpretation of its results rather than basic data collection, as in fact it is beginning to do so now.  This scientific evolution will better resolve: (a) the many uncertainties to which I have alluded throughout this assessment, (b) the significance of observed responses at the levels of populations, ecosystems and the services these ecosystems provide to humans;[124] and (c) long-term

---

[121] McCrea-Strub A, Kleisner K, Sumaila UR, Swartz W, Watson R, Zeller D, Pauly D (2011) Potential Impact of the Deepwater Horizon Oil Spill on Commercial Fisheries in the Gulf of Mexico.  Fisheries 36:332-336

[122] Ylitalo GM, Krahn MM, Dickhoff WW, Stein JE, Walker CC, Lassitter CL, Garrett ES, Desfosse LL, Mitchell KM, Noble BT, Wilson S, Beck NB, Benner RA, Koufopoulos PN, Dickey RW (2012) Federal seafood safety response to the Deepwater Horizon oil spill.  Proc Natl Acad Sci USA 109:20274-20279

[123] Sumaila UR, Cisneros-Montemayor AM, Dyck A, Huang L, Cheung W, Jacquet J, Kleisner K, Lam V, McCrea-Strub A, Swartz W, Watson R, Zeller D, Pauly D (2012) Impact of the Deepwater Horizon well blowout on the economics of US Gulf fisheries.  Can J Fish Aquat Sci 69:499-510

[124] National Research Council (2013) An Ecosystem Services Approach to Assessing the Impacts of the Deepwater Horizon Oil Spill in the Gulf of Mexico. National Academies Press, Washington DC

effects and the time course of ecosystem recovery.  For these reasons is premature to be completely definitive about harm, whether actual or potential, at this time.  Fortunately, through the NRDA, GoMRI and other programs there are unprecedented opportunities to better quantify the consequences, scale and duration of harm resulting from the Macondo well blowout over the next few years.

## 7.2.  Real and Potential Harm

As stated in Section 2.4 I have used "actual harm" to describe a demonstrated effect that altered the normal functions and populations in an ecosystem.  I used "potential harm" when evidence suggests that there might be actual harm but does not yet conclusively demonstrate it.

In this cautious sense, I conclude that substantial actual harm was realized among: (a) planktonic and floating seaweed communities exposed to the deep sea hydrocarbon plume or surface oil slicks; (b) biota inhabiting the deep seabed in the vicinity of the Macondo well, including cold-water communities, which received oily deposits; (c) moderately to heavily oiled coastal marshes and mangroves and animals closely associated with them, including insects, crabs, shrimp and fish; and (d) birds, sea turtles and dolphins exposed to oil slicks.  There was potential harm to: (a) fishes living near the seabed on the outer continental shelf and continental slope where hydrocarbons contaminated sediments, (b) open ocean fishes such as tunas and mahi-mahi with larvae that develop near the sea surface; (c) biota inhabiting the seabed on the continental shelf in the vicinity of substantial floating oil; and (d) oyster stocks in areas affected by oil and related response actions.

It is humbling to take note of observations in the surprises and enigmas that materialized as the effects of the Exxon Valdez oil spill played out, for example the crash in Prince William Sound herring populations four years after the spill.[125]  So, even my qualitative conclusions should be accompanied by the caveat that for the Macondo well blowout, as well, there may yet be other effects that are uncovered as effects ripple through ecosystems

For the reasons discussed in the context of the evolution of scientific understanding, it is still difficult to quantify the magnitude of harm other than to note that multiple components of the ecosystems were harmed over large areas, some ecosystems remain injured, and recovery of others is not yet well documented.  Early predictions by members of the public and even some scientists that there would be wholesale "collapse" of ecosystems were naïve to the professional understanding of the effects of oil spills and offshore blowouts and to the scale and dynamics of the Gulf of Mexico.  In that more realistic context, the harm caused by the large and sustained release of hydrocarbons as a result of the Macondo well blowout must be regarded as profound and extensive, particularly in comparison with previous offshore blowouts.

## 7.3.  Harm in the Context of Multiple Stressors

[125] Rice, S.D. (2014) Toxicological Impact of the MC252 Blowout, Oil Spill, and Response.  Expert Report submitted on behalf of the United States. U.S. v. BP Exploration & Production et al., 16.