# Exhibit J

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3

 4                                          *
     IN RE:  OIL SPILL BY THE OIL RIG       *    Docket 10-MD-2179
 5           DEEPWATER HORIZON IN THE       *
             GULF OF MEXICO ON              *    Section J (1)
 6           APRIL 20, 2010                 *
                                            *    New Orleans, Louisiana
 7                                          *
                                            *    March 21, 2014
 8                                          *
     Applies to:  All Cases                 *    9:00 a.m.
 9                                          *
     * * * * * * * * * * * * * * * * * *    *
10                                          *
     UNITED STATES OF AMERICA               *    C.A. 10-4536
11                                          *
                                            *    Section J (1)
12   versus                                 *
                                            *    New Orleans, Louisiana
13                                          *
     BP EXPLORATION & PRODUCTION,           *    March 21, 2014
14   INC., ET. AL.                          *
                                            *    9:00 a.m.
15   * * * * * * * * * * * * * * * * * *    *

16
                  STATUS CONFERENCE RE: PENALTY PHASE
17                    AND MOTION HEARING BEFORE
                    THE HONORABLE CARL J. BARBIER
18                   UNITED STATES DISTRICT JUDGE
                                AND
19                  THE HONORABLE SALLY SHUSHAN
                   UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

1          **THE COURT:**  That's fine.  And you all can make that
2   argument.  I've heard already -- seen and heard so many reports
3   about that.  And you all have it, and you know what it is.  You
4   have your own scientists, you have your own evidence, you have
5   government evidence.  I'm sure you can call experts to show
6   that.
7               We can argue about the recovery.  But, you know,
8   I think there are many facts on this area from which the Court,
9   frankly, could take judicial notice, and then the experts can
10  opine as they wish.
11              But I'm not going to allow this to evolve into a
12  NRDA case.  We're just not going to go there.  Also, I note
13  that the statute itself, if you look at the statutory language,
14  it talks about the seriousness of the violation.  It doesn't
15  talk about the extent of the environmental damage.  I'm not
16  suggesting that that's not relevant at all, but that's not what
17  this factor says.  It says, "the seriousness of the violation."
18              You can have an extremely serious violation that
19  results in little or no damage, but it could have potential to
20  do catastrophic damage, but it could be good fortune that it
21  doesn't do extensive damage.  It doesn't mean it's not an
22  extremely serious violation.
23              So with that being said, the United States has
24  agreed to -- it sounds like they've agreed here today that they
25  are willing and able to produce data that BP is seeking.