# Exhibit K

01-45383
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*
## *PENALTY PHASE*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Captain Larry Hewett

**June 19, 2014**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

```
           1    "Removal" is a term of art that's defined in
           2    the NCP.  So, you know, when you talk about
           3    the authority of the OSC to direct activity,
           4    the NCP says that he shall direct removal
09:18      5    activity.
           6              So we try to use that term in a
           7    more disciplined manner as opposed to just a
           8    response.  Because I can respond to you and
           9    that's a response.  But generally, "removal"
09:18     10    is the term of art that we prefer to use.
          11         Q.     (BY MR. LANGAN)  So the
          12    Mississippi River diversions were not removal
          13    activities authorized by the Unified Command;
          14    is that correct?
09:19     15         A.     Yes, that's correct.
          16         Q.     They were not approved by the
          17    Federal On-Scene Coordinator, were they?
          18         A.     They were not.
          19         Q.     Would you agree with me they
09:19     20    were unilateral actions by the State of
          21    Louisiana?
          22         MR. CHAKERES:  Object to form.
          23         A.     I have no way of knowing that,
          24    whether unilateral or in consultation with
09:19     25    others.  I -- I wasn't there, and I couldn't
```