UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**BPXP'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF
DR. RICHARD W. CLAPP**

BP Exploration & Production Inc. ("BPXP") hereby moves for an order excluding the opinions and testimony of Dr. Richard W. Clapp. BPXP's Motion is further supported by BPXP's Memorandum in Support of Its Motion to Exclude the Reports and Testimony of Dr. Richard W. Clapp, which is fully incorporated by reference herein.

Date: December 5, 2014

Respectfully submitted,

*/s/ Don K. Haycraft*

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia ("Carrie") Karis, P.C.
Matthew T. Regan, P.C.

        KIRKLAND & ELLIS LLP
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        Robert C. "Mike" Brock
        KIRKLAND & ELLIS LLP
        655 15th Street, NW
        Washington, DC 20005
        Telephone: (202) 879-5000
        Facsimile: (202) 879-5200

        *Attorneys for BP Exploration &*
        *Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2014.

      */s/ Don K. Haycraft*