# EXHIBIT C

**<u>FILED UNDER SEAL</u>**