UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION BY BPXP FOR LEAVE TO FILE
BPXP'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE
OPINIONS AND TESTIMONY OF DR. RICHARD W. CLAPP AND ITS ATTACHED
<u>EXHIBITS UNDER SEAL</u>**

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal BPXP's Memorandum in Support of Its Motion to Exclude the Opinions and Testimony of Dr. Richard W. Clapp (the "Memorandum") and its attached Exhibits A-C (the "Exhibits"), which are being filed contemporaneously with this Motion. Pursuant to Pre-Trial Order No. 13, Exhibits A-C are expert reports that have been designated as confidential, or contain information designated as confidential, by the United States or BPXP, and the Memorandum contains information from the Exhibits. BPXP is filing a public version of the Memorandum from which information from the Exhibits has been redacted.

WHEREFORE, BPXP respectfully prays the Court for an Order that the attached Memorandum and Exhibits be filed under seal.

Dated: December 5, 2014. Respectfully submitted,

*/s/ Don K. Haycraft*

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia ("Carrie") Karis, P.C.
Matthew T. Regan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2014.

                                                                                                */s/ Don K. Haycraft*