UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File BPXP's Memorandum in Support of Its Motion to Exclude the Opinions and Testimony of Dr. Richard W. Clapp and Its Attached Exhibits Under Seal:

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further **ORDERED** that BPXP's Memorandum in Support of Its Motion to Exclude the Opinions and Testimony of Dr. Richard W. Clapp and Its Attached Exhibits are filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of December, 2014.

_____
**UNITED STATES DISTRICT JUDGE**