# Exhibit A

EXPERT REPORT
*U.S. v. BP Exploration & Production, Inc. et al.*

**Toxicological Impact of the MC252 Blowout, Oil Spill, and Response**
**Submitted on Behalf of the United States**

**Prepared by: Stanley D. Rice (Ph.D.)**

_____

Stanley D. Rice (Ph.D.)

August 15, 2014

1

from digging pits in oil contaminated beaches and lack of recovery continued through about 2 decades.

- **Surprises and enigmas continue even 25 years after the spill.** The delayed impact to and recovery of the Prince William Sound population of herring has been both a surprise and an ongoing enigma. Herring reproductive success was impacted in 1989 (1989 year class had the lowest recruitment on record), but scientists determined that were a delayed population crash of many year classes in winter 1993 that has never been explained satisfactorily. No other herring population in Alaska has suffered a crash in the years immediately following the spill, or as steeply as the Prince William Sound population. Similarly, there is no satisfactory explanation of the continued lack of recovery by herring even though their exposure directly to oil is long over. Herring are an important forage species, similar in niche to the gulf menhaden, and are important to the general health of the ecosystem. It is difficult to judge the ecosystem as fully recovered until the herring population has recovered.

The Exxon Valdez oil spill damage assessment indicated that embryo toxicity can occur at low parts per billion of PAH, oil can persist in the shoreline for decades, and several species have suffered long term population effects and will likely never be the same. The damage assessment also led to the understanding that long-term intense study does not always lead to answers about the complex response of the environment after an oil spill, however, as indicated by the failure to explain the delayed crash in the herring population. Collectively, the long term impacts to sea otters and killer whales, coupled with the finding of oil persistence and the significant lowering of the dose required to affect embryos (from ppm to ppb), have changed the oil spill paradigm. Damage assessments on spills since the Exxon Valdez now track persistence of oil and long term damage, rather than a primary focus only on collecting carcasses to assess the damage from a spill. Impact on herring spawn in San Francisco Bay were examined after the Cosco Busan spill, for example, and detailed studies following the DWH spill have been shaped in part from the studies of the Exxon Valdez.

### B.   The Cosco Busan Spill (2007)

The Cosco Busan Spill was a relatively small bunker oil spill in San Francisco Bay, but embryotoxicity impacts were detected in herring spawn in oiled areas three months after the spill (Incardona et al. 2012). This study was initiated in part because of the impacts to herring following the Exxon Valdez, and the overlap of oiled sites and spawning habitat in San Francisco bay. Like the exposures to embryos in the Exxon Valdez crude oil studies, cardiotoxicity effects

surprising, as the oil had to rise through these waters, in the form of dispersed droplets and slicks that were formed were often hit by surface application of more dispersants. The concentration of the oil is important, and the number of oiled samples indicates there were multiple opportunities for drifting embryos and larvae to encounter PAHs.

## C.    Concentrations of PAHs Were Significant in Many of the Oiled Water Samples.

The PAH concentration was ≥ 0.5 ppb in about half of the oiled water samples (NRDA publically available data), hence many of these samples approach the threshold concentrations that may harm developing fish embryos. These samples were taken from a large geographical area; oil was detected in surface seawater in a roughly 22,000 km2 area in May (NRDA publically available data). This increased to about 45,000 km2 in June and 100,000 km2 in July. Oiled water samples were located in the vicinity of the DWH well in May. By June oil had also spread to the shoreline and this continued in July and August. By October, most oiled water samples were located inshore, though a few offshore surface water samples contained oil through the remainder of the year.

Thus, oil concentrations that can be harmful to sensitive life stages (e.g., less than 1 ppb) were present in the upper 50 m, over a wide geographic area, from May through July (NRDA publically available data). The distribution of oily water was uneven, but substantial, with multiple opportunities for developing embryos and larvae to encounter oil in their spawning habitat. Small embryos and larvae have extremely fast equilibrium times to absorb PAHs in the "uneven patches" of oil water (in minutes); hence uneven patchiness is not as important as the geographical spread of the oily water which determines the number of opportunities to encounter PAHs.

## D.    Oil Composition Was Similar to Other Toxic Oils

DWH oil contains saturated hydrocarbons (74%), aromatic hydrocarbons (16%), and polar hydrocarbons (10%) (Reddy et al. 2012), similar to other crude oils. The toxic aromatic fraction includes the BTEX (single ring) compounds was about 12% and PAHs were about 4%. (Allan et al. 2012; Reddy et al. 2012). Thus, DWH oil is comparable to other crude oils in PAH composition and is not unique, with the caveat that PAH composition changes dramatically as oil released into the environment and weathers. Side-by-side comparison reveals that PAHs present in DWH oil, Exxon Valdez oil, and others are compositionally similar, thus DWH oil poses similar toxic risks (Fig. 8).

### E.     Application of Dispersants Increased the Toxicity of the DWH Oil

Studies into the impacts of effects on the water column from dispersant use in the DWH spill response are ongoing.  Chemical oil dispersant is at least one order of magnitude less toxic than oil to most fauna, possibly more when the part per billion sensitivities of embryos are considered.   The median lethal concentration (LC50) of Corexit 9500A is about 42 to 130 uL/L (parts-per-million) in mysid shrimp (*Americamysis bahia*) and an estuarine fish, Inland silverside (*Menidia beryllina*), respectively (Hemmer et al. 2011).  Chemically dispersed Louisiana crude oil was more toxic; LC50s were 5.4 to 7.6 mg TPH/L for mysids and silverside, respectively, where Corexit 9500A was the dispersant and TPH is total petroleum hydrocarbons (Hemmer et al. 2011).  These authors found mechanically dispersed Louisiana crude oil was more toxic, 2.7 – 3.5 mg/L for the two test species.  However, the probable toxins, PAHs, likely comprise only a small fraction of the reported TPH and the authors did not characterize PAH composition in their bioassays.  Dispersants are less toxic than the PAHs in the oil, and they were used at levels that were much less than the volume of oil.  While the increase in PAH toxicity due to the large volume of dispersants applied during the DWH is thus not yet precisely quantified, it is clear based on existing literature that dispersants increased the toxicity of the oil spilled.

### F.     Demonstration of Toxicity from Important DWH Studies

Many species were likely affected to some degree, but the most compelling evidence lies with embryo toxicity studies on both inshore and off shore species.  The pre-DWH literature has been documenting the extreme sensitivity of fish embryos over the last 2 decades to PAHs, and DWH researchers took advantage of those studies and focused on fish embryos (studies embryos of bluefin tuna, yellowfin tuna, amberjack by Incardona et al. 2014; on mahi-mahi by Mager et al. 2014, and on killifish by Dubansky et al. 2013).

#### 1.     Pre-DWH Embryo Toxicity Studies

That embryo damage takes place at low ppb  (parts per billion) concentrations of PAH became apparent during study of the Exxon Valdez oil spill, with the observations of elevated embryo mortalities in the wild pink salmon (Bue et al. 1996; Bue et al. 1998) and confirmed later in controlled laboratory exposures at  ppb concentrations of PAH that created the same embryo mortalities. Part per billion exposures to PAHs are low, and are environmentally relevant, meaning they can be achieved under spill conditions.   The embryo damage syndrome (pericardial and yolk-sac edema) was known much earlier, (e.g., Linden 1978) but by the time the Exxon Valdez spill occurred the environmental problem compounds were more clearly

defined; mono-aromatic hydrocarbons were lost to the atmosphere in a few days, leaving the more persistent and toxic PAHs to cause lasting damage.  Research attention turned to PAHs and led to a series of studies demonstrating embryo toxicity at low part-per-billion (µg/L) aqueous total PAH concentrations (Marty et al. 1997; Heintz et al. 1999; Heintz et al. 2000; Carls et al. 2005).  Most important, the laboratory studies, with detailed chemistry and low exposure levels, confirmed the findings in the field, where elevated embryo mortalities were found in pink salmon redds (Bue et al. 1996; Bue et al. 1998).  The population modeling estimated a loss of 2 million returning adult salmon (Geiger et al. 1996).  Further, the oil exposures in the field had to be "indirect" and low, but because of oil persistence, PAHs were still available in some intertidal streams for several years (Murphy et al. 1999), and the detailed laboratory exposures confirmed that low environmental doses could cause the embryo toxicity to pink salmon.  Embryo toxicity studies with Pacific herring also found low part per billion levels of PAH were damaging to embryos (Carls et al. 1999).  Since then, the extreme sensitivity of embryos from several different species to low concentrations of PAH have been independently verified by others (Hawkins et al. 1990; White et al. 1999; Birtwell and McAllister 2002; Rhodes et al. 2005; Farwell et al. 2006; Olsvik et al. 2011), including work originating with the DWH spill  (Incardona et al. 2014; Mager et al. 2014).

Since Exxon Valdez, many studies have not only found the pericardial yolk sac edema in fish embryos, but have examined the developmental toxicity in detail, both biologically and with different constituents of oil (Marty et al. 1997; Carls et al. 1999; Incardona et al. 2004; Incardona et al. 2006; Hodson et al. 2007; Incardona et al. 2009; Hicken et al. 2011; Incardona et al. 2011; Scott et al. 2011; Turcotte et al. 2011; de Soysa et al. 2012; Fallahtafti et al. 2012; Brette et al. 2014).  These functional studies have identified cardiac development as a key process impaired by PAHs, particularly 3-ring (tricylic) compounds, causing anatomical malformations and functional defects that likely diminish cardiac output in association with bradycardia and arrhythmia. Cardiac function develops early in the embryo, and the normal development of many organs is dependent on the proper blood flow with nutrients from the yolk and oxygen from the surface for proper development. At higher exposure levels, embryos will develop severe cardiac failure from edema and jaw deformities (Hodson et al. 2007; Incardona et al. 2009), and are unlikely to survive past the yolk sac stage to become free swimming and feeding larvae (Carls et al. 1999).  At lower exposure levels, there will be gradations of cardiac edema and impact, but the impacts, such as poorly shaped heart, can persist to adulthood (Hicken et al. 2011).   Lower exposures can produce a lower functioning heart that leads to slower development and wide spread but low level damage throughout the embryo, all lowering the chances for survival in the environment through impacts on growth rates (Heintz et al. 2000; Carls et al. 2005), swimming ability (Hicken et al. 2011), and reduction of marine survival (Heintz et al. 2000).