# Exhibit B

**EXPERT REPORT**

**U.S. v. BP Exploration & Production, Inc. et al.**

**REBUTTAL TO BP ROUND 2 REPORTS**

Submitted on Behalf of the United States

**Prepared by: Stanley D. Rice (Ph.D.)**

Stanley D. Rice (Ph.D.)

September 26, 2014

IV. DRS. RICE AND BOESCH INCORRECTLY IMPLY THAT DISPERSANTS CAUSED A SIGNIFICANT INCREASE IN TOXICITY

V. DR. BOESCH'S DISCUSSION OF A "DIRTY BLIZZARD" IS THEORETICAL; ACTUAL DATA DEMONSTRATES LIMITED IMPACT ON THE SEA FLOOR"

## II. Dr. Shea's Allegation that Dr. Boesch and I Rely upon Flawed Toxicity Methods is Unfounded

### A. Dr. Shea and I Rely on Different Scientific Methods or "Paradigms" of Oil Toxicity: Dr. Shea's Analysis Relies on a Toxicity Unit Model, Whereas My Approach Relies on Peer-Reviewed Research

In his initial and Round 2 reports, Dr. Shea estimates potential for toxicity damage by comparing the measured polynuclear aromatic hydrocarbon (PAH) composition and concentration from 18,000 water samples from the Gulf following the Deepwater Horizon (DWH) spill event based on a "Toxicity Units" model that uses EPA-derived water quality and sediment benchmarks.[3] In his Round 2 report, Dr. Shea incorrectly suggests this is the "prescribed" approach to estimating potential harm from the spill.[4] In contrast, Dr. Boesch and I relied on an assessment of potential harm based upon a comprehensive body of peer-reviewed scientific literature that is founded and builds upon decades of research and widely-accepted methods for estimating toxicity.[5] Dr. Shea incorrectly asserts that our method "largely ignor[es] the actual chemistry data in the field" and attempts to dismiss the emerging developments in toxicological research that do not fit into his model as "misunderstandings."[6]

#### 1. Difference between the Shea Toxic Unit (TU) Approach and the "Research" Approach to Predicting Toxicity Potential

As discussed on pages 20 and 21 of my Round 2 Report with Dr. Boesch, the toxicity unit (TU) approach is a limited interpretation of toxicity primarily based on acute bioassays of freshwater and shallow-coastal species utilizing narcosis as the primary end point. The TU approach calculates toxicity by adding up the total sum of individual PAH toxicity estimates.[7] In contrast, the "research" or damage assessment approach that has evolved over the last two decades when assessing oil spills, relies on direct measures of total PAH (lab or field), and comparing those

---

[3] Shea at 12-16, 20-30.
[4] Shea Round 2 Report at 4-5. Applies to Tunnell, Taylor, et al.
[5] Dr. Shea's Round 2 Report noted "nearly 18,000" water samples; his Round 1 Report reported 17,881 water chemistry samples in his reports (p 21), however neither report explains exactly how Dr. Shea arrived at these numbers, only the databases he used (Shea Round 1 Report, Appendixes C and D). These are the records marked "natural sample" in the BP's NRDA database WaterChemistry_W-01v02-01.csv. As Dr. Shea has not provided his exact dataset, we have done our best to adjust ours so that they match what BP uses. Our conclusions regarding the impacts from that data – namely that "samples from the plume and the upper surface to waters [were] harmful" (Round 2 Report at 24) – have not changed. See Appendix B.
[6] Shea at 3-6.
[7] The narcotic approach is too narrow to be predictive for all adverse biological responses.

results to literature of exposure tests that assess impacts to a wide swath of toxicity mechanisms (including acute narcosis), to get a better understanding of the possible impacts on different species and different life stages, in specific exposure environments. Thus, I have compared the measured toxicity in sensitive early life stages of fish embryos (from literature prior to DWH plus two studies in response to DWH), using total PAH as the descriptor of the dose levels, and compared those PAH values with those measured in the same 18,000 water samples. There are limitations with each approach.

**2.The Primary Flaw with the Toxic Unit Approach Advocated by Dr. Shea is neither "highly conservative" nor "prescribed by EPA."**

Dr. Shea claims that his findings of potential harm were "highly conservative" because it relies on "very protective assumptions" (i.e., the TU approach).[8] However, the TU approach relies on the flawed assumption that acute narcosis toxicity is the primary toxicity mechanism responsible for death and other effects, which has the effect of making it under protective.[9] As pointed out on page 21 of the Boesch-Rice Round 2 Report, this flaw was recognized internally by EPA. Exchanges between toxicologists at EPA discussing the benchmark noted that "[s]ome literature data indicate that toxicity to certain organisms, such as early life stages of fish, occurs through other toxic mechanisms, resulting in an underestimation of toxicity by the current narcosis-based approach."[10]

Each approach has merit if used appropriately under the right set of circumstances. If the question is a screening issue (as was EPA's stated purpose in using it), the TU approach's assumption of acute narcosis as the primary toxicity mechanism is probably adequate. If the question is more of a damage assessment issue, particularly if also accounting for sensitive life stages and processes, then using measured toxicities with relevant species and life stages in the spill area will likely be more informative.[11] This is no doubt why EPA expressly stated when setting the benchmarks that they were not intended to be used for natural resource damage assessments:[12] Dr. Shea's unsupported assertion that EPA "prescribes" adherence to this method is patently false. [13],[14] Acute narcosis toxicity tests can define a harmful dose, but seldom defines a safe dose. The research approach examines effects other than acute mortality, other toxicity mechanisms and end points, and has a higher probability of finding exposure levels that are safe in addition to those that are harmful. This is a developing science, and as such is imperfect,

---

[8] Shea Round 2 at 3.
[9] Boesch-Rice Report at 20,
[10]US_PP_EPA045086 - US_PP_045086.
[11] As noted above, the TU method is not based on many of the species at issue in the Gulf. See also, Boesch-Rice Round 2 Report at 21.
[12] http://www.epa.gov/bpspill/water-benchmarks.html#qanda ("Benchmarks are meant to be used **for screening purposes only**; they are **not** regulatory standards, site-specific cleanup levels, or remediation goals" (emphasis in original)).
[13] Shea Round 2 at 4.
[14] Boesch-Rice Report at 20-21.

Dr. Shea criticizes the high energy water accommodated fraction of oil (HEWAF) mixing methods used in some studies, favoring instead the low energy standardized mixing in the EPA benchmark tests that underlie the TU approach. As shown above, and indicated by Dr. Shea, composition of PAHs is key to understanding the toxicity of oil, because of the differential toxicity by different PAHs. This is an important concept, whether using toxicity units approach or the research approach that uses total PAH as the number along with descriptions of the changing PAH composition during a test or during and environmental event. Dr. Shea's emphasis on standardized mixing methods is not warranted, because the composition and concentration of individual PAH can be determined with high quality analytical chemistries (not available in the past). PAHs are not stable in water solutions, hence there is the need for accurate measurement of PAH composition (field or lab exposures), and how it changes in bioassays over time, which allows better comparison of data results across different tests (different species, life stages, field or test conditions, different oils, different weathering states, with or without dispersants, etc.). Different mixing methods, with strong supporting chemistries, can be designed to meet the needs of the test, to emulate specific conditions of a spill situations, for adults or for embryos. Standardized oil mixing methods were very important 3 decades ago when test results were published with poor supporting chemistries (doses were often quantified as "oil added"); yet even with standardized mixing there was difficulty reproducing the exact composition and concentration from one test to the next, even within the same lab. Changes in the oil viscosity (or changes to the oil, the evaporative loss, or the temperature) and standardized mixing will not reproduce the same dose of PAHs- hence the need for accurate PAH measurements of the testing solution itself, both in quantity and composition.

The low energy mixing, favored by Dr. Shea and the TU benchmark tests, biases composition toward the smallest, least toxic aromatics, while high energy mixing has the energy to entrain dispersed small dispersed droplets into the water which promotes some of the heavier (and more toxic compounds) into solution. These methods certainly affect the composition, significantly, but the need or reason to restrict science to one standard method does not satisfy the needs of tests with different objectives and restrictions. For example, the HEWAF method attempts to mimic the high energy mixing of DWH oil at the riser pipe (remember the video of the turbulent violent mixing; Fig. 1) as well as energetic mixing by wind and waves of the surface slicks. Similarly, CEWAF, using dispersants, creates a different PAH composition, to meet the needs of dispersant tests. The objectives of the test are important, and the mixing methods will need to be appropriate to the objectives, species, and life stages being tested.

Fig. 1. Visual Comparison of the HEWAF blender illustrated by Dr. Shea with the high-energy oil dispersion continuously created by the Deepwater Horizon blowout for 3 months. Significant amounts of liquid oil were dispersed near the wellhead and some oil droplets were < 100 microns in diameter (Camilli et al. 2010; Lehr et al. 2010). (Incardona et al. 2014) demonstrated close correspondence between PAH composition in HEWAF and in Gulf of Mexico water. Daily DWH oil release ranged from 7.9 to 11 million liters (Spier et al. 2013), rather more than the few

# Appendix C

## Toxicity research demonstrating embryo responses at concentrations ≤ 20 μg/L.

| Species | Life stage | Response | Toxin | Conc. (μg/L) | Exposure time (d) | Method | Author |
|---|---|---|---|---|---|---|---|
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil: TPAH | 0.3 | Incubation period | HEWAF (high energy water-accommodated fraction) | Incardona et al. 2014 |
| Pacific herring (*Clupea pallasii*) | Embryo | Abnormalities, genetic damage, growth, mortality | aqueous TPAH, more weathered Alaska North Slope crude oil | 0.4 | 16 | ORC | Carls et al. 1999 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil: TPAH | 0.5 - 1.3 | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | EC50, edema | DWH oil: TPAH | 0.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil: TPAH | 0.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Post-emergent growth | aqueous TPAH, weathered Alaska North Slope crude oil | 0.94 | ~198 | ORC | Carls et al. 2005 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Mortality | aqueous TPAH, very weathered Alaska North Slope crude oil | 1 | ~240 | ORC | Heintz et al. 1999 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yellowfin tuna (*Thunnus albacares*) | Embryo | heart rate bradycardia threshold | DWH oil: TPAH | 1.0 - 2.6 | Incubation period | HEWAF | Incardona et al. 2014 |
| Greater amberjack (*Seriola dumerili*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil: TPAH | 1.0 - 6.0 | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic cod (*Gadus morhua*) | Larvae | CYP3A induction | unspecified crude oil, possibly North Sea | 1.2 | 4 | Mechanical dispersion | Olsvik et al 2011 |
| Mahi-Mahi (*Coryphaena hippurus*) | embryo | Edema | DWH oil: TPAH | 1.2 | 2 | HEWAF | Mager et al 2014 |
| Mahi-Mahi (*Coryphaena hippurus*) | embryo | Reduced swimming speed | DWH oil: TPAH | 1.2 | 2 | | Mager et al 2014 |
| Atlantic cod (*Gadus morhua*) | Larvae | Reduced survival | unspecified crude oil, possibly North Sea | <2 | 4 | Mechanical dispersion | Olsvik et al 2012 |
| Atlantic cod (*Gadus morhua*) | Larvae | CYP3A induction | unspecified crude oil, possibly North Sea | 2.1 | 4 | WSF isolated from Mechanical dispersion | Olsvik et al 2011 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | EC50, edema | DWH oil: TPAH | 2.3 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil: TPAH | 2.3 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | EC50 for prolongation of systole | DWH oil: TPAH | 2.6 | Incubation period | HEWAF | Incardona et al. 2014 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Greater amberjack (*Seriola dumerili*) | Embryo | heart rate bradycardia threshold | DWH oil: TPAH | 2.2 - 6.5 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Extracardiac defects | DWH oil: TPAH | 3.4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | CYP1A induction | aqueous TPAH, weathered Alaska North Slope crude oil | 3.7 | ~198 | ORC | Carls et al. 2005 |
| Pacific herring (*Clupea pallasii*) | Embryo | Abnormalities | Whole oil | 4 | 13 | Flowing oil-water contact | Pearson et al. 1985 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | heart rate bradycardia threshold | DWH oil: TPAH | 4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Ascites, premature emergence, gonadal cell apoptosis, induction of CYP1A | aqueous TPAH, weathered Alaska North Slope crude oil | 4.4 | 177 | ORC | Marty et al. 1997 |
| Greater amberjack (*Seriola dumerili*) | Embryo | heart rhythm irregularities, minimum influential exposure conc. | DWH oil: TPAH | 4.5 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Marine survival | aqueous TPAH, weathered Alaska North Slope crude oil | 5.4 | ~240 | ORC | Heintz et al. 2000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yellowfin tuna (*Thunnus albacares*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 6.1 | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 7.7 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Blue sac disease (ascites) | aqueous TPAH, weathered Alaska North Slope crude oil | 7.8 | 83 | ORC | Brannon et al. 2006 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | Extracardiac defects | DWH oil: TPAH | 8.5 | Incubation period | HEWAF | Incardona et al. 2014 |
| Greater amberjack (*Seriola dumerili*) | Embryo | EC50 for prolongation of systole | DWH oil: TPAH | 8.6 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pacific herring (*Clupea pallasii)* | Embryo | Abnormalities, growth, mortality | aqueous TPAH, weathered Alaska North Slope crude oil | 9.1 | 16 | ORC | Carls et al. 1999 |
| Capelin (*Mallotus villosus*) | Embryo | Reduced hatching success | WSF, Ekofisk crude oil | <10 | 42-49 | Flowing oil-water contact | Johannessen 1976 |
| Japanese medaka (*Oryzias latipes*) | Embryo | LOEC, hatch length | PAHs | 11 | 18 | static renewal | Farwell et al. 2006 |
| Greater amberjack (*Seriola dumerili*) | Embryo | EC50, edema | DWH oil: TPAH | 12.4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Greater amberjack (*Seriola dumerili*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil: TPAH | 12.4 | Incubation period | HEWAF | Incardona et al. 2014 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Greater amberjack (*Seriola dumerili*) | Embryo | Extracardiac defects | DWH oil: TPAH | 13.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Greater amberjack (*Seriola dumerili*) | Embryo | heart rhythm irregularities, significant | DWH oil: TPAH | 13.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Zebrafish (*Danio rerio*) | Embryo | Cardiac abnormalities | Aqueous TPAH, Alaska North Slope crude oil | 15 | 2 | Mechanical dispersion | Carls et al. 2008 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Mortality | aqueous TPAH, weathered Alaska North Slope crude oil | 16.4 | 83 | ORC | Brannon et al. 2006 |
| Pacific herring (*Clupea pallasii*) | Embryo | Edema | aqueous TPAH, more weathered Alaska North Slope crude oil | 17.3 | 4 | ORC | Carls et al. 1999 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Post-emergent growth | aqueous TPAH, weathered Alaska North Slope crude oil | 18 | ~240 | ORC | Heintz et al. 2000 |
| Greater amberjack (*Seriola dumerili*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 18.2 | Incubation period | HEWAF | Incardona et al. 2014 |

## References, embryo toxicity table

***See "Toxicity table.xlsx"***


Barron, M. G., M. G. Carls, et al. (2003). "Photoenhanced toxicity of aqueous phase and chemically dispersed weathered Alaska North Slope crude oil to Pacific herring eggs and larvae." Environmental Toxicology and Chemistry **22**(3): 650-660.

Brannon, E. L., K. M. Collins, et al. (2006). "Toxicity of weathered *Exxon Valdez* crude oil to pink salmon embryos." Environmental Toxicology and Chemistry **25**(4): 962-972.

Carls, M. G., R. A. Heintz, et al. (2005). "Cytochrome P4501A induction in oil-exposed pink salmon *Oncorhynchus gorbuscha* embryos predicts reduced survival potential." Marine Ecology-Progress Series **301**: 253-265.

Carls, M. G., L. Holland, et al. (2008). "Fish embryos are damaged by dissolved PAHs, not oil particles." Aquatic Toxicology **88**: 121-127.

Carls, M. G., S. D. Rice, et al. (1999). "Sensitivity of fish embryos to weathered crude oil: Part I. Low-level exposure during incubation causes malformations, genetic damage, and mortality in larval Pacific herring (*Clupea pallasi*)." Environmental Toxicology and Chemistry **18**(3): 481-493.

Farwell, A., V. Nero, et al. (2006). "Modified Japanese medaka embryo-larval bioassay for rapid determination of developmental abnormalities." Archives of Environmental Contamination and Toxicology **51**(4): 600-607.

Heintz, R. A., S. D. Rice, et al. (2000). "Delayed effects on growth and marine survival of pink salmon *Oncorhynchus gorbuscha* after exposure to crude oil during embryonic development." Marine Ecology-Progress Series **208**: 205-216.

Heintz, R. A., J. W. Short, et al. (1999). "Sensitivity of fish embryos to weathered crude oil: Part II. Increased mortality of pink salmon (*Oncorhynchus gorbuscha*) embryos incubating downstream from weathered *Exxon Valdez* crude oil." Environmental Toxicology and Chemistry **18**(3): 494-503.

Incardona, J. P., L. D. Gardner, et al. (2014). "*Deepwater Horizon* crude oil impacts the developing hearts of large predatory pelagic fish." Proceedings of the National Acadamy of Sciences **cgi/doi/10.1073/pnas.1320950111**: 1-9.

Johannessen, K. I. (1976). "Effects of seawater extract of Ekofisk oil on hatching success of Barents Sea capelin." International Council for the Exploration of the Sea **E:29**.

Marty, G. D., J. W. Short, et al. (1997). "Ascites, premature emergence, increased gonadal cell apoptosis, and cytochrome P4501A induction in pink salmon larvae continuously exposed to oil-contaminated gravel during development." Canadian Journal of Zoology **75**(6): 989-1007.

Olsvik, P. A., B. H. Hansen, et al. (2011). "Transcriptional evidence for low contribution of oil droplets to acute toxicity from dispersed oil in first feeding Atlantic cod (*Gadus morhua*) larvae." Comparative Biochemistry and Physiology C-Pharmacology Toxicology & Endocrinology **154**: 333-345.

Olsvik, P. A., K. K. Lie, et al. (2012). "Is chemically dispersed oil more toxic to Atlantic cod (*Gadus morhua*) larvae than mechanically dispersed oil? A transcriptional evaluation." BMC Genomics **13**: 702.

Pearson, W. H., D. L. Woodruff, et al. (1985). Oil effects on spawning behavior and reproduction in Pacific herring (*Clupea harengus pallasi*). Washington, DC, Final report to the American Petroleum Institute, Environmental Affairs Department.

(Olsvik, Lie et al. 2012)
(Olsvik, Hansen et al. 2011)
(Johannessen 1976)
(Farwell, Nero et al. 2006)
(Pearson, Woodruff et al. 1985)
(Carls, Rice et al. 1999)
(Barron, Carls et al. 2003)
(Incardona, Gardner et al. 2014)
(Brannon, Collins et al. 2006)
(Marty, Short et al. 1997)
(Heintz, Short et al. 1999)
(Heintz, Rice et al. 2000)
(Carls, Heintz et al. 2005)
(Carls, Holland et al. 2008)