# Exhibit C

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )    MDL NO.  2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO,  on )    SECTION: J
APRIL 20, 2010 )
)    JUDGE BARBIER
)
)    MAG. JUDGE SHUSHAN

## *CONFIDENTIAL* *PENALTY PHASE* *EXPERTS*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Stanley Rice

### October 30, 2014

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    excretion, getting rid of those products,

2    et cetera, so that the primary variable is the

3    toxicant.

4         Q.  (BY MR. ISRAEL)  Okay.  Any other features

5    of a good laboratory toxicity experiment?

6         A.  Those are the basics.

7         Q.  When -- when an environmental toxicologist

8    conducts a laboratory experiment, is it important

9    that other scientists are able to replicate that

10   experiment?

11        A.  Yes.

12        Q.  Why is that important?

13        A.  That's just kind of how science operates.

14   It operates on building a series of building

15   blocks, if you will, of previous publications.

16   And science is advanced by repeating that or

17   modifying the previous work with either new

18   species, new methods, new exposure regimes,

19   depending -- with new objectives.

20        Q.  Okay.  And when previous work is modified,

21   as you described, it's important for subsequent

22   scientists to be able to replicate those

23   modifications, correct?

24                MS. FIDLER:  Object to form.

25        A.  Well, it would depend on their objectives.

```
 1    my retirement for a number of years.
 2         Q.  Did you oversee Mark Carls assistance
 3    in -- with Appendix C?
 4         A.  Oversee, yes.  I'm not sure what "oversee"
 5    means, but...
 6         Q.  Well, did you --
 7         A.  I -- I asked him to do this.
 8         Q.  You -- he was working at your direction,
 9    correct?
10         A.  Yeah.  Does that mean I saw every single
11    thing he did, no.
12         Q.  Did you review Appendix C?
13         A.  Yes.
14         Q.  Do you stand by Appendix C?
15         A.  Yes.
16         Q.  Is it fair to say that Appendix C is a
17    list of studies that support your view that PAHs
18    cause toxicity to fish -- to fish embryos and
19    larvae at very low parts per billion?
20         A.  Yes.
21         Q.  Is the listing of papers in Appendix C
22    arranged from the lowest concentration to the
23    highest?
24         A.  I guess I don't know how it's organized.
25         Q.  Why don't you take a moment to look at it?
```

1    response concentration that you report in

2    Appendix C is .3 parts per billion; is that

3    correct?

4         A.  Yes.

5         Q.  And the maximum total PAH response

6    concentration that you report in Appendix C is

7    18.2 parts per billion; is that correct?

8         A.  Yes.

9         Q.  Why did you cut off your table,

10   Appendix C, at 20 parts per billion?

11        A.  I -- I don't have a reason.  I mean, we --

12   how long do you want to make this, I think, in

13   part.

14        Q.  Do you agree that there are other studies

15   that report on toxicity effects to embryos at

16   higher concentrations than 20 parts per billion?

17        A.  Probably.

18        Q.  Are there any other papers or studies not

19   listed here in Appendix C of your expert report

20   that support your conclusion that total PAHs cause

21   toxicity to fish embryos and larvae at very low

22   levels?

23             MS. FIDLER:  Object to form.

24        A.  Say again.

25        Q.  (BY MR. ISRAEL)  Are there any other

1    results reported by Dr. Incardona and his

2    colleagues been replicated by any other scientist

3    in the peer-reviewed publication?

4         A.   Repeat the question.

5         Q.   To your knowledge, have the specific

6    results reported by Dr. Incardona and his

7    colleagues been replicated in any other scientific

8    peer-reviewed publication?

9         A.   For those three species?

10        Q.   Yes.

11        A.   The answer would be no.

12        Q.   Okay.  Let's look at your first entry on

13   Appendix C.  This reports the Incardona, edema and

14   bluefin tuna when exposed to total PAHs at .3

15   parts per billion, correct?

16        A.   Correct.

17        Q.   And this is the lowest level of PAHs for

18   which you report in your expert report in Appendix

19   C a toxicological response, correct?

20        A.   Correct.

21        Q.   Is there a reason you listed the species

22   on your Appendix C as Atlantic bluefin tuna?

23        A.   Well, it's what it was identified as.  I'm

24   not sure what you mean.

25        Q.   Dr. Incardona didn't actually test the

1    tuna, thunnus maccoyii, correct?

2        A.   That's what he says.  You're correct.

3        Q.   So is there a reason why you listed the

4    species on Appendix C of your expert report as the

5    Atlantic bluefin tuna?

6        A.   It appeared to be a mistake on our part.

7        Q.   Okay.  Do you agree that Dr. Incardona

8    didn't actually test the toxicity of PAHs on

9    Atlantic bluefin tuna, correct?

10       A.   Correct.

11       Q.   And you agree that different species could

12   have different responses to exposure to the same

13   chemical in the same dose, correct?

14       A.   Say again.

15       Q.   Different species could have different

16   responses, different toxicological responses, to

17   exposure to the same chemicals in the same dose,

18   correct?

19       A.   Well, they're probably going to have the

20   same response; but the -- the level, the

21   concentration level, that causes that response may

22   be different.

23       Q.   Okay.  So the different species could have

24   responses to the same chemical at different

25   levels, correct?

```
 1          A.  Correct.
 2          Q.  Do you agree that southern bluefin tuna
 3     does not live in the Gulf of Mexico?
 4          A.  I see where you're going now.
 5          Q.  Actually, I'm not going anywhere.  I just
 6     want --
 7          A.  This -- I -- I --
 8          Q.  My question is whether or not, sir --
 9          A.  Yeah.
10          Q.  My question is whether or not -- specific
11     question, whether or not the southern bluefin tuna
12     resides in the Gulf of Mexico.
13          A.  No, it does not.
14          Q.  And, actually, southern bluefin tuna
15     juveniles are generally resident along the coast
16     of Australia --
17          A.  Correct.
18          Q.  -- correct?
19          A.  Correct.
20          Q.  The -- the Atlantic bluefin tuna, the
21     species that you incorrectly listed on Appendix C
22     of your expert report, are typically found in the
23     Gulf of Mexico, correct?
24          A.  Correct.
25          Q.  And when you list -- strike that.
```

1    those papers and -- and verify that they do not.

2    Because I believe that there's going to be some

3    consistencies with that, just that In- --

4    Incardona's work is -- is relatively new

5    admittedly, has come on in the last decade when

6    some of this work is -- is -- is older than that.

7    We weren't-- if we had had Incardona's knowledge

8    when we were doing these studies, we would have

9    certainly been looking for -- for cardiac effects.

10        **Q.  Sitting here today, are you aware of any**

11   **other studies, other than studies done by**

12   **Dr. Incardona that report an edema or cardiac**

13   **effect to embryo or larvae at less than 10 parts**

14   **per billion?**

15                MS. FIDLER:  Object to form.

16        **Q.  (BY MR. ISRAEL)  Are you aware of any?**

17                MS. FIDLER:  Object to form.

18        A.  Off the top of my head, no.

19        **Q.  (BY MR. ISRAEL)  In any event,**

20   **Dr. Incardona reports edema in the Australian**

21   **bluefin tuna at percentages below 40 percent,**

22   **correct?**

23        A.  Say again.

24        **Q.  Dr. Incardona reports edema in Australian**

25   **bluefin tuna at percentages below 40 percent,**

1    correct?

2                    MS. FIDLER:  Object to form.

3        A.  I don't understand.

4        Q.  (BY MR. ISRAEL)  As an environmental

5    toxicologist, how do you explain effects at a

6    sublethal level below the reported control

7    mortality level?

8        A.  Well, you subtract the control response

9    out.

10        Q.  Dr. Incardona suggests that edema occurs

11    at around 20 percent in the control; isn't that

12    correct?

13        A.  I don't remember that.

14        Q.  Would you be surprised to learn that

15    Dr. Incardona indicates that 20 percent of the

16    controls of his Australian bluefin tuna evidenced

17    edema?

18        A.  I -- I don't remember that.

19        Q.  By the way, what is "edema"?

20        A.  "Edema" is -- is a -- it's just -- well,

21    there's this yoke sack on the embryo, and

22    basically water gets trapped in between -- well,

23    the cellular fluids, water-type fluids, get

24    trapped, and -- and so it makes that pouch larger,

25    and that --

```
 1          A.   "Dr. Shea's emphasis on standardized
 2    mixing methods is not warranted because the
 3    composition and concentration of individual PAH
 4    can be determined with high quality analytical
 5    chemistries that were not available in the past."
 6          Q.   And you wrote that sentence, correct?
 7          A.   Yes.
 8          Q.   And you agree with that?
 9          A.   Yes.
10          Q.   And could you read the next sentence,
11    please?
12          A.   "PAHs are not stable in water solutions;
13    hence, there is a need for accurate measurement of
14    PAH composition" -- both -- "(field or lab...) and
15    how it changes in bioassays over time, which
16    allows better comparison of data results across
17    different tests," -- paren -- "(different species,
18    life stages, field or test conditions, different
19    oils, different weathering states, with or without
20    dispersants" -- comma -- "et cetera)" -- paren,
21    period.
22          Q.   And you wrote that sentence as well?
23          A.   Yes.
24          Q.   And do you agree with that sentence?
25          A.   Yes.
```

```
 1    solutions, so -- et cetera.

 2              Well, now, we have -- all have these

 3    capabilities.  We're all required to if we're

 4    doing important research on this.  So we all have

 5    chemistry abilities to analyze those solutions now

 6    in order to document what is in solution.  And so

 7    that lowers the need for a standardized procedure

 8    that Dr. Shea was pushing.

 9        Q.  Okay.  You agree that when you're

10    conducting a toxicity experiment utilizing HEWAF

11    or any other mixing method, that you need the

12    analytical chemical measurements for each exposure

13    scenario so that you can understand both the

14    composition and the concentration that the

15    organisms are exposed to?

16              MS. FIDLER:  Object to form.

17        A.  Correct, and how they change over time.

18        Q.  (BY MR. ISRAEL)  Okay.  How the exposure

19    scenario changes over time?

20        A.  (Witness nods head.)

21        Q.  So just to be clear, you -- you need --

22    when doing the HEWAF method, the high energy

23    method, you need to -- the chemistry that you're

24    discussing here in your report so that you know

25    for each exposure scenario what the organisms are
```

```
 1          A.   Yes.
 2          Q.   About 12 lines down, Dr. Incardona has a
 3     sentence that begins, "For the bluefin tuna
 4     exposure..."
 5               Do you see that?
 6          A.   Yes.
 7          Q.   Can you please read that sentence into the
 8     record?
 9          A.   For the bluefin tuna exposure, PAHs were
10     measured in only higher concentrations and control
11     samples because of the sample loss during shipping
12     between Australia and the United States.
13          Q.   Actually, I think you -- you misread it.
14     It says --
15          A.   Did I?
16          Q.   -- "...the highest concentration..."
17               Correct?
18          A.   The font here is a little small.
19     "...measures only the highest concentration and
20     control samples because of sample loss during
21     shipping between Australia and the United States."
22               Yes.
23          Q.   Dr. Incardona says, "For the bluefin tuna
24     exposure, PAHs were measured in only the highest
25     concentration and control samples because the
```

1    sample loss" -- "because of sample loss during

2    shipping between Australia and the United States."

3              Did I read that correctly?

4        A.  That's -- yes, you did.

5        Q.  So you agree with the exception of the

6    highest concentration, Dr. Incardona and his

7    colleagues were not able to conduct analytical

8    chemistry measurements of the PAHs exposed to the

9    bluefin tuna, correct?

10       A.  That's -- some of the doses, they did not.

11       Q.  Well, in all of the doses except for the

12   highest dose, they were unable to conduct

13   analytical chemistry, correct?

14       A.  Correct.

15       Q.  So the toxicity thresholds for bluefin

16   tuna, as reported by Dr. Incardona, relied upon

17   estimated PAH concentrations and composition, not

18   actual analytical chemistry; fair enough?

19              MS. FIDLER:  Object to form.

20       A.  I'd have to read this a little bit.

21       Q.  (BY MR. ISRAEL)  Well, he lost the

22   samples, correct?

23              MS. FIDLER:  Object to form.

24       A.  He lost the samples, it says.

25       Q.  (BY MR. ISRAEL)  Dr. Rice, were you aware

1     when you drafted your Round 3 report that

2     Dr. Incardona and his colleagues had lost the

3     water samples in route from Australia to the

4     United States?

5        A.   I did not remember that, no.

6        Q.   In any event, you agree that the toxicity

7     thresholds for bluefin tuna reported by

8     Dr. Incardona rely upon estimated PAH

9     concentrations, not actual analytical chemistry;

10    fair enough?

11       A.   Well, there's some analytical chemistry,

12    but it was -- was it as much as we would like, no.

13       Q.   And -- and the only analytic- --

14    analytical chemistry that Dr. Incardona has for

15    this bluefin tuna experiments is for the highest

16    concentration in the control, correct?

17              MS. FIDLER:   Object to form.

18       A.   Correct.

19       Q.   (BY MR. ISRAEL)   So for all the other

20    exposure scenarios, Dr. Incardona relied upon

21    estimated PAH concentration and composition, not

22    actual analytical chemistry; fair enough?

23       A.   Correct.

24       Q.   Okay.   And Dr. Incardona is utilizing

25    HEWAF method, correct?

```
 1    sure.
 2         Q.  Did Pearson or Incardona expose herring to
 3    PAHs utilizing the ORC method?
 4         A.  ORC, I'm not -- I don't remember what ORC
 5    is standing for.
 6         Q.  Let's look at -- again at your Appendix C
 7    and you're Round 3 report.  You see the column
 8    "Method"?
 9         A.  Yeah.
10         Q.  Okay.  And --
11         A.  Okay.
12         Q.  -- you list "HEWAF" and "ORC" and other
13    methods; do you see that?
14         A.  Yes, I do.
15         Q.  What does "ORC" mean?
16         A.  Oil rock column.
17         Q.  And that refers to the -- the oil/gravel
18    columns that you utilized in your 1999 study?
19         A.  Yes.
20         Q.  Are you aware of any other scientist who
21    has been able to replicate the toxicity threshold
22    of .4 part per billion utilizing the oil/gravel
23    column method?
24         A.  It's not a widely used method.
25         Q.  So you're not aware of any?
```

1          A.   Hicken uses that procedure.  It's a PNAS

2     paper.  It's a different species, zebrafish.  I

3     don't remember what levels were found in that.

4     Pearson is going to use a different method.

5          **Q.   The specif- -- the specific study that**

6     **you -- methodology and the results that you report**

7     **in the Carls '99 paper, are you aware of any**

8     **publications that have successfully replicated**

9     **that study and those results?**

10          A.   I don't -- I'm not aware of any that have

11     tried.

12          **Q.   Okay.  And the purpose of the oil/gravel**

13     **column was to represent conditions and principally**

14     **is found in Alaska; is that correct?**

15          A.   We were trying to generate a -- a toxicant

16     solution that was relatively a general mix, if you

17     will.  In other words, not -- well, using

18     weathered oil.  Weathered oil was applied to the

19     rocks.  So that gives us a certain composition,

20     okay; and we were trying to replicate that

21     composition that we found in Prince William Sound

22     at environmentally relevant doses.

23          **Q.   And you -- you don't contend today that**

24     **the oil/gravel column method represents conditions**

25     **in the Gulf of Mexico, do you?**

```
 1          A.   No.
 2          Q.   Okay.  Where in your report do you tell
 3     the Judge that the oil/gravel column method was
 4     not designed to represent Gulf of Mexico
 5     conditions?
 6          A.   Well, we don't say that.
 7          Q.   Okay.
 8          A.   Of course, we're just reporting doses that
 9     were affecting embryos.  So here we have a dose
10     and subpart per billion level that's affecting
11     embryos.
12          Q.   What --
13          A.   So we're using it as an example.
14          Q.   Okay.  What species are being evaluated in
15     the Carls 1999 paper?
16          A.   Herring.
17          Q.   And that -- that species is not found in
18     the Gulf of Mexico, correct?
19          A.   Correct.
20          Q.   And you also list -- if you look on
21     Page 4 --
22          A.   Page 4 of...
23          Q.   -- of Appendix C.
24          A.   Appendix C.
25          Q.   Your Round 3 report, you list a paper by
```

1      Q.   Appendix C.

2      A.   Okay.  I'm in Appendix C someplace.  So

3  you're talking about which study now?

4      Q.   Carls 2005 study.  You report toxicity

5  effect at .94, first page of Appendix C.  Do you

6  see that?

7      A.   Okay.

8      Q.   And for -- and for Heintz, you report a

9  toxicity threshold of 1 part per billion for pink

10 salmon; do you see that?

11     A.   Yes.

12     Q.   Where in your report do you alert the

13 Judge that other scientists were unable to

14 replicate the toxicity thresholds at very low

15 levels reported in Appendix C?

16          MS. FIDLER:  Object to form.

17     A.   What we're attempting to do here in

18 Appendix C is just give a quick and dirty summary,

19 so to speak, of the literature.  It's not -- we

20 don't attempt to evaluate all the -- as a matter

21 of fact, an example:  You said how many studies

22 were looking at edema.  Well, Pearson had edema in

23 it, and another paper had edema in it.  I forgot

24 to mention.

25          But this -- this is just a -- this is

1    places, citations to go look at for more detail,

2    and you obviously did.  It's not meant to be a

3    definitive -- either the dose level or the

4    species, et cetera, it's not meant to be all

5    encompassing.  Maybe that's not the right word,

6    but...

7         Q.  (BY MR. ISRAEL)  In your expert report --

8         A.  Yes.

9         Q.  -- you talk about the importance of very

10   low levels of PAHs potentially causing toxicity,

11   correct?

12        A.  Yes.

13        Q.  And I think in your expert report, you

14   use -- you reference .5 part per billion --

15        A.  Yes.

16        Q.  -- correct?

17             Is it not the case that the purpose

18   of you reporting the .5 part per billion in the

19   body of the report is to ask the Court to believe

20   that there's toxicity at .5 part per billion?

21             MS. FIDLER:  Object to form.

22        A.  That would be the point, yes.

23        Q.  (BY MR. ISRAEL)  And nowhere in your

24   report do you alert the Judge that scientists

25   trying to replicate some of those low levels were

1    Testing and Materials recommend against the use of

2    antibiotics?

3                 MS. FIDLER:  Object to form.

4         A.  Again, those are all screening tests that

5    are more standardized.  This, again, is at a

6    research level.

7         Q.  (BY MR. ISRAEL)  Are you aware that EPA

8    recommends against the use of antibiotics in

9    toxicity testing?

10        A.  I'm not aware of that, no.

11        Q.  Okay.  Why did you report on Appendix C of

12   your Round 3 report Dr. Incardona's findings of

13   edema as a range?

14        A.  I do not know.

15        Q.  No -- nowhere else do you report ranges.

16   You don't know why you report it as a range in

17   this case?

18        A.  No, I do not.

19        Q.  You agree that nowhere in Dr. Incardona's

20   study of yellow fish tuna does he provide any data

21   of impacts to the yellowfin tuna populations; fair

22   enough?

23                 MS. FIDLER:  Object to form.

24        A.  All of those experiments are laboratory

25   tests, so, yes.

```
 1          Q.  (BY MR. ISRAEL)  Nowhere in
 2     Dr. Incardona's study does he provide data of
 3     actual impacts to the yellowfin tuna population in
 4     the Gulf of Mexico, correct?
 5                    MS. FIDLER:  Object -- object to
 6     form.
 7          A.  There's no hard data on that, no.
 8          Q.  (BY MR. ISRAEL)  Okay.  And similar with
 9     the Australian bluefin tuna, nowhere does
10     Dr. Incardona indicate whether or not the edema he
11     observed was mild or severe or somewhere in
12     between; just that it was observed, correct?
13          A.  I --
14                    MS. FIDLER:  Object to form.
15          A.  I do not remember that level of detail on
16     the study without having to reread it.
17          Q.  (BY MR. ISRAEL)  Let's look at the --
18                    MR. ISRAEL:  Well, let's -- we've
19     got -- we've got to take a break.  Sorry.  Take a
20     break.  Off the record.
21                    THE VIDEOGRAPHER:  The time is
22     10:40 a.m., and we're off the record.
23                    (Break from 10:40 a.m. to 10:52 a.m.)
24                    THE VIDEOGRAPHER:  The time is
25     10:52 a.m.  We're back on the record.
```

```
 1          A.  You're right.  We've screwed up the

 2     taxonomy again.

 3          Q.  On Appendix C of your report, correct?

 4          A.  Correct.

 5          Q.  The actual species tested by Dr. Incardona

 6     and his colleagues was yellowtail amberjack, not

 7     greater amberjack, correct?

 8          A.  Correct.

 9          Q.  And you agree, as you testified earlier,

10     that different species can have different

11     responses to the same exposure of the same

12     chemicals in the same dose, correct?

13          A.  Correct.

14          Q.  Did you also agree that yellowtail

15     amberjack does not predominantly spawn in the Gulf

16     of Mexico?  Correct?

17          A.  I'm not an expert on -- obviously, you can

18     tell I'm not an expert on what species -- the

19     minor differences, if they are minor.  I'm not

20     aware of the differences in the species.  I'm not

21     a species expert.

22          Q.  Okay.  But are you aware of some of the

23     major differences between yellowtail amberjack and

24     greater amberjack?

25          A.  I am not.  They all look the same to me.
```

1      Q.  And -- and did you list greater amberjack

2   nine different times?

3      A.  My mistake.

4      Q.  Okay.  And you agree that all of the

5   references to greater amberjack should be

6   corrected to instead refer to yellowtail

7   amberjack?  Correct?

8      A.  With reference to Incardona study, yes,

9   they should be corrected.

10      Q.  In any event, were you aware that

11   Dr. Incardona exposed yellowtail amberjacks to

12   PAHs to measure heart rates in both one-meter

13   beakers and ten-liter buckets?  Were you aware of

14   that?

15      A.  I don't remember that level of detail.

16      Q.  Would you be surprised to know that

17   Dr. Incardona showed that amberjack in the

18   one-liter beaker were more sensitive to PAHs than

19   the amberjacks that were exposed in ten-liter

20   buckets?

21              MS. FIDLER:  Object to form.

22      A.  I would have to read this with -- at a

23   very fine scale to see what the objective of each

24   test was, whatnot, before I had an opinion.

25      Q.  (BY MR. ISRAEL)  But I'm not asking your

```
 1    PAH geometric mean again" --
 2         Q.  Okay.
 3         A.  -- "directly to juveniles resulted in a 37
 4    percent and 22 percent decrease in critical
 5    swimming velocity."
 6         Q.  Let me ask you a question about that,
 7    Dr. Rice.  Does it appear from -- from this
 8    abstract that Dr. Mager uses an initial
 9    concentration and then a geometric concentration
10    over time for determining exposure?
11                   MS. FIDLER:  Object to form.
12         A.  What it would appear to me is that he's
13    measuring the concentration over time before and
14    then using a geometric mean of that as the
15    reporting dose.
16         Q.  (BY MR. ISRAEL)  What is a geometric mean?
17         A.  I believe it's basically just a mean of
18    the beginning and the end.
19         Q.  Is there a difference between the
20    geometric and a arithmetic mean?
21         A.  I guess I don't know that right now.
22         Q.  Okay.
23         A.  They're going to be close.
24         Q.  You're not a statistician?
25         A.  Apparently not.
```

1       Q.   Okay.   Do you agree that you're not a

2  statistician?

3       A.   Yes, I do.   I'll be very affirmative on

4  that.

5       Q.   By the way, are you also aware that Mager,

6  et al., reported measurable ammonia levels in

7  their study?

8       A.   I do not remember that fine level of --

9  fine scale level of detail.

10      Q.   Do you agree that ammonia exposure could

11  affect swimming performance?

12      A.   It would depend on the concentration and

13  the PAH of the exposure solution.

14      Q.   Are you aware of published literature

15  regarding the effect of ammonia on swimming

16  performance?

17      A.   I am not.

18      Q.   Would it surprise you that there is a

19  reported correlation between ammonia exposure and

20  swimming performance of some species?

21                MS. FIDLER:   Object to form.

22      A.   Well, ammonia can be toxic; but, again, it

23  depends on the concentration and the PAH, PAH of

24  ammonia.   It's not just ammonia.   It's not just

25  ammonia.   It's always in equilibrium whether its

```
1                    MS. FIDLER:  Object to form.
2          Q.  (BY MR. ISRAEL)  Would that be relevant?
3    Would that be something you want to look at?
4                    MS. FIDLER:  Object to form.
5          A.  It would -- it would depend on the levels.
6          Q.  (BY MR. ISRAEL)  Is that something you
7    want to consider?
8          A.  Sure.
9          Q.  Were you aware that the authors in the
10   Mager study, including Dr. Incardona, did not see
11   gross malformations that typified more severe oil
12   injury syndrome in the fish in their study --
13                   MS. FIDLER:  Object to form.
14         Q.  (BY MR. ISRAEL)  -- in the early life
15   stages?
16                   MS. FIDLER:  Object to form.
17         A.  I'm not aware of the level of detail here.
18         Q.  (BY MR. ISRAEL)  Were you aware that
19   Dr. Mager reported that, "Although direct
20   measurements of cardiac performance were not made,
21   the lack of an effect on aerobic scope strongly
22   indicates that cardiac output was maintained"?
23                   Are you aware of that?
24                   MS. FIDLER:  Object to form.
25         A.  You would have to point it out to me.
```

1    conducting a water chemistry analysis that he did

2    as part of your Round 2 and Round 3 report?

3         A.   There's some guidance.   The methods were

4    not dictated out; but there are some goals trying

5    to make sense of this 18,000 water samples.

6         Q.   Dr. Car- -- I'm sorry.   Go ahead.

7         A.   That sort of guidance was given.

8         Q.   Dr. Carls determined the methods that he

9    used to be incorporated in your report, correct?

10        A.   The search mechanisms and whatnot, yes.

11        Q.   And the presentation of data, correct?

12        A.   Yes.

13        Q.   You didn't perform any of the analysis

14   yourself of the water chemistry data in your Round

15   2 and Round 3 report, correct?

16        A.   I did not.

17        Q.   Okay.   Who -- who created the figures of

18   the water chemistry data as reflected in -- in

19   your Round 2 and Round 3 report?

20        A.   Mark Carls did, unless he extracted them

21   out of a -- some other report or something of that

22   sort.

23        Q.   Are you familiar with the statistical

24   methods that Dr. Carls utilized in presenting the

25   water chemistry data in your Round 2 and Round 3

143

1    report?

2                    MS. FIDLER:  Object to form.

3          A.  I'm aware that he used modeling, that sort

4    of thing, details of which, no, I'm not up to

5    speed on.

6          Q.  (BY MR. ISRAEL)  If I had questions about

7    the statistics that are utilized in presentation

8    of data in your Round 2 and Round 3 report, would

9    I need to ask Dr. Carls?

10         A.  Yes, you would.

11         Q.  Okay.  Do you know if the presentation of

12   water chemistry data in your Round 2 and Round 3

13   report utilizes a geometric or arithmetic mean?

14                    MS. FIDLER:  Object to form.

15         A.  I do not.

16         Q.  (BY MR. ISRAEL)  Do you know which

17   screening criteria Dr. Carls utilized when

18   determining which water chemistry data to present

19   in your Round 2 and Round 3 report?

20         A.  Yeah.  You would have to be a little more

21   precise.  What do you mean by "screening

22   criteria"?

23         Q.  Do you know how Dr. Carls selected the

24   data that he selected to create graphs as

25   presented in your Round 2 and Round 3 reports?

1      Q.  And this -- you have this -- the depiction

2  of data -- water chemistry data is intended to be

3  identical in Round -- in Round 2 report as your

4  Round 3 report, correct?

5                MS. FIDLER:  Object to form.

6      A.  Well, yeah.  We found errors because this

7  is done with a short time line.  And so the Round

8  3 is a, quote, "corrected version," although it

9  looks like it needs another level of editing and

10  correction.

11     Q.  (BY MR. ISRAEL)  It does look that way.

12  If you look on the nearshore box --

13     A.  Which figure are you at?

14     Q.  Figure 1.  Look at Figure 1, okay?  You

15  present in your Figure 1 for the nearshore water

16  chemistry -- are you with me?

17     A.  Yes.

18     Q.  -- for the month of May, you have -- you

19  have a mean TPH of point -- a little below .1 for

20  surface water.  Do you see that?

21     A.  Correct.

22     Q.  And you have a mean TPH of about .01 for

23  the intermediate depth.  Do you see that?

24     A.  I do.

25     Q.  And yet, there's only a sample size of 1.

1    Figure 1 reflected in your Round 2 report.

2         A.   Round 2.

3         Q.   I tell you what, why don't we put a tab

4    where you were -- just were, because we're going

5    to come back to that and I don't want to waste a

6    lot of time finding it, if you don't mind.  Thank

7    you.

8              And let me ask you to look at

9    Figure 1 in your Round 2 report.  Do you see

10   that --

11        A.   Yes.

12        Q.   -- Exhibit 13331?

13        A.   I'm on 2.

14        Q.   Exhibit 13331, Appendix B, Figure 1, you

15   have the depiction of water chemistry data in the

16   nearshore environment.  Do you see that?

17        A.   I do.

18        Q.   And here you have only one sample reported

19   for May in the -- in the nearshore environment,

20   correct?

21        A.   Correct.

22        Q.   There appears to be a discrepancy between

23   your Round 2 report and your Round 3 report?

24        A.   There does.

25        Q.   Do you know -- can you explain that

1    discrepancy, please?

2          A.  I cannot.

3          Q.  Okay.  If I wanted to understand that

4    discrepancy, I would have to ask Dr. Carls; is

5    that right?

6          A.  That's true.

7          Q.  If you compare -- if you look at the

8    results for July in the nearshore environments --

9          A.  Which figure are you on?

10         Q.  Let's look at Figure 1 --

11         A.  Okay.

12         Q.  -- and compare Figure 1 in your Round 2

13   report to Figure 1 in your Round 3 report.

14         A.  Okay.  Which panel are you on, the

15   nearshore or offshore?

16         Q.  Nearshore.

17         A.  Okay.

18         Q.  Let's look at the results that you report

19   for October.  Do you see that?

20         A.  For October?

21         Q.  Yes.  Do you -- do you agree, Dr. Rice,

22   that the intermediate depth reported in October --

23   this is the mean TPH -- is different in your Round

24   2 report than in your Round 3 report?

25         A.  The bars are different, yes.

1      Q.  Can you explain the difference?

2      A.  No, I cannot.

3      Q.  If I wanted to understand the difference

4  between those two graphs, I would have to ask

5  Dr. Carls, right?

6      A.  Correct.

7      Q.  And you agree that the bars are different

8  as between your Round 2 report and Round 3 report

9  for November, as well, correct?

10      A.  There's minor difference there, yes.

11      Q.  There's differences, though, correct?

12      A.  Yes.

13      Q.  And I wanted to understand that

14  difference, I would need to ask Dr. Carls,

15  correct?

16      A.  Yes.

17      Q.  And you agree there are differences, as

18  well, in the bars reported in your Round 2 and

19  Round 3 reports for Figure 1 for September, as

20  well?  Correct?

21      A.  For nearshore?

22      Q.  Yes.  For the month of -- month of

23  September, the results you report in your Round 2

24  expert report are different than the results that

25  you present in your Round 3 report?

```
1          A.   They're pretty similar, but they are
2     slightly different.
3          Q.   They're slightly different, correct?
4               And if I wanted to understand that
5     difference, I would need to ask Dr. Carls,
6     correct?
7          A.   Yes.
8          Q.   And you agree that there are similar
9     discrepancies in the figures that you present in
10    Figure 3a when you compare the results in the
11    nearshore environment in Exhibit [sic] 3a in your
12    Round 2 and Round 3 report; we have similar
13    discrepancies for the months of May, July, August,
14    September.  Do you see that?
15               MS. FIDLER:  Object to form.
16         A.   Are you talking about nearshore?
17         Q.   (BY MR. ISRAEL)  I'm talking about the
18    nearshore presentation of data that you provided
19    in Round 2 as compared to Round 3 in Figures 3a,
20    respectively.  You would agree that there's
21    discrepancies in the data that you present for
22    May, July, August, September, correct?
23         A.   Yes.
24         Q.   Okay.  And if I could ask you to look this
25    time to Round 3 report, Figure 1.
```

```
1          MS. FIDLER:  Object to form.
2      A.  I have no comment on that.
3      Q.  (BY MR. ISRAEL)  Would that surprise you?
4          MS. FIDLER:  Object to form.
5      Q.  (BY MR. ISRAEL)  Would it surprise you to
6   learn that only four of the samples in the surface
7   environment in the month of May had levels above a
8   thousand parts per billion?
9          MS. FIDLER:  Object to form.
10     A.  I don't have an opinion.
11     Q.  (BY MR. ISRAEL)  You don't have an
12  opinion.  If I -- if I wanted to know the answer
13  to that, I would need to ask Dr. Carls, correct?
14     A.  Yes.
15     Q.  Let's look at some of the data.  If I
16  could ask you to turn to Tab 58, please.
17     A.  In --
18          MR. ISRAEL:  Let's go ahead and mark
19  this as Exhibit 13339.
20          Dr. Rice, could I ask you to put an
21  exhibit sticker on -- this is Exhibit 13339.
22          (Marked Exhibit No. 13339.)
23     Q.  (BY MR. ISRAEL)  This is Tab 58 in your
24  binder.  And what I provided to you is a printout
25  from the Gulf Science Data website.
```

```
1          A.   From the which website?

2          Q.   From the Gulf Science Data website.

3          A.   Okay.

4          Q.   This is the website that Dr. Carls

5     utilized; is that correct?

6          A.   Okay.  It looks like it.

7          Q.   Okay.  And this is all of the data from

8     the offshore deep in the month of May, okay?

9          A.   Okay.

10         Q.   And if you look -- this is the -- strike

11    that.

12              This data is organized by level of

13    concentration.  Do you see that?

14         A.   Not really.

15         Q.   If you look on the second -- the column to

16    the far right, second column from the right.

17         A.   Okay.

18         Q.   You see the concentrations in parts per

19    billion?

20         A.   Okay.

21         Q.   And you see the first entry is 144,000

22    parts per billion?

23              MS. FIDLER:  Object to form.

24         Q.   (BY MR. ISRAEL)  Do you see that?

25         A.   Yes.
```

1       Q.  Okay.  And this is data that was collected

2   as part of the Skandi Neptune deepwater chemistry

3   Cruise.  Do you see that?

4       A.  Uh-huh.

5       Q.  Are you familiar with the Skandi Neptune

6   deepwater cruise?

7       A.  No, I'm not.

8       Q.  Were you aware that the samples collected

9   as part of the Skandi Neptune deepwater cruise

10   were collected using an ROV with an objective to

11   collect samples from the plume -- plume source?

12       A.  I have no knowledge of collection of

13   samples.

14       Q.  Okay.

15       A.  Or anything else about the database.  I

16   just know that it's large and it has PH numbers on

17   it.

18       Q.  If I wanted to understand more about the

19   calculation and utilization of data in your expert

20   report, I would have to ask Dr. Carls, correct?

21       A.  Correct.  But understand that when we had

22   time, which would have been prior to Round 1, we

23   didn't have access to this data.  We were relying

24   on peer-reviewed literature, primarily.  That was

25   our task assignment, basically.

 1   than field studies.

 2       Q.  By the way, you're aware this is on NOAA

 3   data, correct?

 4       A.  I -- I do.  I am aware, yes.

 5       Q.  Okay.  All right.  Would it surprise you

 6   to know that if you were to remove from your

 7   averaging the top four samples that -- the four

 8   samples that exceed a thousand parts per billion,

 9   that the average for the month of May for all

10   deepwater sampling would be 15.35 parts per

11   billion?

12               MS. FIDLER:  Object to form.

13       A.  I have no opinion of that.  I obviously

14   haven't run the numbers, nor -- nor has Mark.

15       Q.  (BY MR. ISRAEL)  And would it surprise you

16   to know that if you were to remove all nine of the

17   Skandi Neptune sampling results, the average

18   concentration for deepwater samples in the month

19   of May would be 5.43 parts per billion?

20               MS. FIDLER:  Object to form.

21       A.  No opinion on that.

22       Q.  (BY MR. ISRAEL)  If that were true, is

23   that something you think you should tell the

24   judge?

25       A.  I have no opinion.

```
1        Q.  You say in your report, Dr. Rice, that the

2    average -- the average water results in the

3    deepwater plume -- deepwater of the Gulf of Mexico

4    were a thousand parts per billion.  If you

5    remove -- if you were going to remove nine of

6    those over 150 samples and the results were

7    5 parts per billion, don't you agree that's

8    something you should alert the Court to?

9                MS. FIDLER:  Object to form.

10       A.  I am -- it's -- I -- I don't have a

11   response for that.

12       Q.  (BY MR. ISRAEL)  Something I need to ask

13   Dr. Carls?

14                MS. FIDLER:  Object to form.

15       Q.  (BY MR. ISRAEL)  Do I need to ask

16   Dr. Carls that question?

17                MS. FIDLER:  Object to form.

18   Maintain.

19       Q.  (BY MR. ISRAEL)  You agree that's

20   important, don't you?

21                MS. FIDLER:  Object to form, asked

22   and answered.

23       A.  Okay.  I don't have a response.

24       Q.  (BY MR. ISRAEL)  You don't have a view one

25   way or the other?
```

```
 1                    MS. FIDLER:  Objection; asked and
 2      answered.
 3           Q.  (BY MR. ISRAEL)  You know you have to
 4      answer my question, don't you?  Do you have a view
 5      one way or another?
 6                    MS. FIDLER:  Objection; asked and
 7      answered.
 8           Q.  (BY MR. ISRAEL)  Would that be important?
 9                    MS. FIDLER:  Objection; asked and
10      answered.
11           Q.  (BY MR. ISRAEL)  It would be important,
12      right?
13                    MS. FIDLER:  Objection; asked and
14      answered.
15           Q.  (BY MR. ISRAEL)  Sir, are you going to
16      answer my question?
17           A.  I believe I've said I don't have a
18      response.
19           Q.  You don't have a view on whether or not
20      it's important?
21                    MS. FIDLER:  Objection.  He has
22      stated that he doesn't have a response, Counsel.
23      You've asked this question five times.  He's
24      answered it the same way.
25           Q.  (BY MR. ISRAEL)  Is that your answer?
```

1              MS. FIDLER:  Same objection.

2              MR. ISRAEL:  Let's go off the record.

3              THE VIDEOGRAPHER:  The time is

4    11:54 a.m., and we're off the record.

5              (Break from 11:54 a.m. to 1:13 p.m.)

6              THE VIDEOGRAPHER:  The time is

7    1:13 p.m., and we're back on the record.

8         Q.  (BY MR. ISRAEL)  Good afternoon, Dr. Rice.

9    How are you?

10        A.  I'm great.

11        Q.  Are you aware that you remain under oath?

12        A.  Yes.

13        Q.  Okay.  Let me ask you to turn to Tab 20 in

14   your binder.

15             MR. ISRAEL:  And we're going to mark

16   it as Exhibit 13340.

17        Q.  (BY MR. ISRAEL)  A document entitled,

18   "Procedures for the Derivation of Equilibrium

19   Partitioning Sediment Benchmarks (ESBs) for the

20   Protection of Benthic Organisms:  PAH Mixtures?"

21             Do you see that?

22        A.  Yes.

23        Q.  And would you mark that for me, please?

24             (Marked Exhibit No. 13340.)

25        Q.  (BY MR. ISRAEL)  Dr. Rice, have you seen

```
 1          Q.  (BY MR. ISRAEL)  Okay.
 2          A.  So I mean if somebody comes out and has a
 3     hypothesis and has data -- I'm not aware of it,
 4     but I'm not going to hypothesize those effects.
 5          Q.  If you were to hypothesize -- if you were
 6     to hypothesize about any such effects to the
 7     populations of fish or shellfish in the Gulf of
 8     Mexico resulting from the DEEPWATER HORIZON oil
 9     spill, it would -- it would be speculation at this
10     stage in the investigation?
11          A.  If I --
12                  MS. FIDLER:  Object to form.
13          A.  -- would make a hypothesis, it would be
14     speculation, yeah.  I don't have access to the
15     data pro or con, plus or minus.  I've not reviewed
16     those sorts of data.
17          Q.  (BY MR. ISRAEL)  Okay.  And if you -- any
18     hypothesis of an effect on the oyster populations
19     resulting from the DEEPWATER HORIZON oil spill
20     would be speculation as well at this stage of the
21     investigation --
22                  MS. FIDLER:  Object to form.
23          Q.  (BY MR. ISRAEL)  -- fair enough?
24                  MS. FIDLER:  Object to form.
25          A.  I -- I don't know that for a fact.  I --
```

```
 1    was arithmetic or geometric means.  Do you recall
 2    being asked that?
 3         A.  I do.
 4         Q.  At the time, you said you didn't know.  Do
 5    you recall that?
 6         A.  I do.
 7         Q.  Do you now know whether it was arithmetic
 8    or geometric means?
 9         A.  It was arithmetic.  If I had paid
10    attention to the label where it says "mean," I
11    would have realized that up front.
12         Q.  And you were also asked about the
13    discrepancy between the numbers at the bottom of
14    figures 1 through 3, noting that on Page 4, it
15    states, for example, in May that there was 646
16    samples, but the chart in Figures 1 through 3, May
17    states 649.  And that there were similar errors in
18    terms of June, July -- June through December as
19    far as the numbers that are on Page 4 and the
20    numbers that are reflected in Figures 1 through 3.
21    Do you recall that?
22         A.  I do.
23         Q.  And just to clarify, are the -- are the
24    numbers in -- on Page 4, are those the correct --
25    are those correct numbers?
```

 1          A.  Those are the correct numbers.  And,

 2     unfortunately, when we redid this -- made these

 3     corrections, we failed to transfer those numbers

 4     over onto the bottom of the figures underneath the

 5     months of May, June, et cetera.  So we failed to

 6     correct the figures specifically, even though the

 7     corrected numbers were there.  And it took an

 8     eagle eye to see them.

 9          **Q.  All right.  So if you transposed the**

10     **numbers -- so in order to understand these, you**

11     **should -- you should take the numbers from Page 4**

12     **and put them across the charts on Figures 1**

13     **through 3, correct?**

14          A.  Correct.  And that's -- the word would be

15     transferred, not transposed.

16          **Q.  Sorry.  Thank you.**

17               **You were also asked about why there**

18     **are deep samples in the nearshore.  Do you recall**

19     **that?**

20          A.  I do.  And I -- I had forgotten about

21     these.  They're surprising.

22          **Q.  Can you explain -- do you now know why**

23     **they're -- or do you now remember why there are**

24     **deep samples on the nearshore?**

25          A.  I talked to Mark about them briefly.

 1              Basically, that's what the data says.

 2     That's what the samples in the database say.  So,

 3     obviously, there's an error there.  So on that

 4     particular cruise -- yeah, maybe this is multiple

 5     cruises; I don't know.  But the samples are -- are

 6     flagged as deep in this case.  That means either

 7     the GPS reading is in error, okay, or the depth

 8     record; or the GPS is correct and the depth

 9     recording that matches with it is in error.  You

10     can't have both of them be right.  But that's what

11     is in the database.  Obviously people will need to

12     resolve that, that are running the database that

13     have access to the cruise data, for example.  And

14     you'll know very well on Sample XXX or whatnot as

15     taken on May 25th, whatever, you know, where was

16     the boat?  Was it inshore, or was it offshore?

17     What was the depths of the -- of the samples

18     taken.  So that can be fixed, but it would take

19     somebody at that end to do it.

20          Q.  And "that end" meaning not you and Mark

21     Carls?

22          A.  Right.  We just --

23          Q.  And you didn't --

24          A.  -- took the data off, yeah.

25          Q.  You weren't trying to fix the data.  You

1    that question of Dr. Carls?

2              MS. FIDLER:  Object to form.

3         A.   It -- it probably would, but you can ask

4    me.  A geometric mean would probably be more

5    appropriate.

6         Q.   (BY MR. ISRAEL)  Okay.

7         A.   A median would be another possibility.

8    It's kind of how far do you want to unskew it, so

9    to speak, how far you want to bend the data.

10        Q.   Okay.  If I could ask you just a follow-up

11   question on the number of samples.  I apologize.

12   I'm just trying to understand.  But you referenced

13   on Page 4 the number of samples that are -- that

14   are utilized by Dr. Carls in your -- in your

15   Appendix B.  And you said this is the correct --

16        A.   Yes.

17        Q.   -- set of numbers; May, 646; June,

18   2,452 --

19        A.   Yeah.

20        Q.   -- July 2,334, et cetera.  Do you see

21   that?

22        A.   (Witness nods head.)

23        Q.   Is this, what we just read, Page 4 of

24   Appendix B in your Round 3 report, the correct

25   number of samples utilized in your report?

```
 1          A.  Yeah.  That's why we corrected them.
 2          Q.  Okay.  And if I wanted to understand why
 3     there are differences, I would need to ask
 4     Dr. Carls; is that correct?
 5                    MS. FIDLER:  Object to -- object to
 6     form.
 7                    MR. ISRAEL:  I'm sorry?
 8                    MS. FIDLER:  Object to form.
 9          Q.  (BY MR. ISRAEL)  If I wanted to understand
10     the differ- -- why there are differences in the
11     numbers of samples used in Round 3 -- of your
12     Round 3 report versus your Round 2 report, I would
13     need to ask Dr. Carls; is that correct?
14                    MS. FIDLER:  Objection, asked and
15     answered.
16          A.  Correct.
17                    MR. ISRAEL:  Okay.  No further
18     questions.
19                    THE VIDEOGRAPHER:  The time is
20     6:07 p.m., and we're off the record.
21                    (Deposition concluded at 6:07 p.m.)
22
23
24
25
```