# Exhibit D

**EXPERT REPORT**
U.S. v. BP Exploration & Production, Inc. et al.

# RESPONSES TO BP EXPERT REPORTS

Submitted on Behalf of the United States

**Prepared by: Donald F. Boesch (Ph.D.) and Stanley D. Rice (Ph.D.)**

_____       _____
Donald F. Boesch (Ph.D.)                     Stanley D. Rice (Ph.D.)

September 12, 2014

1

primarily to confirm the absence of oil in water.[65] Additionally, as noted by the same NOAA scientists relied upon by Dr. Shea, sampling did not often occur in areas where dispersant applications were occurring—where the bioavailable oil would be expected to very high—due largely to the fact that teams were often too far away to arrive in time to monitor the impacts.[66] The failure to acknowledge the inherent limits of the data or to focus on the areas actually oiled are the reasons why Dr. Shea's chemistry and toxicology results are "not surprising" when he combines them all into one summary database.

Dr. Shea claims that his conclusions are conservative, but his presentation of the sample set is, in fact, biased because it underrepresents the portions of the environment that experienced the greatest exposure. The report emphasizes a gross summary result across time and space (i.e., his conclusion that only 1% of samples exceeded acute toxicity thresholds and 2% exceeded chronic toxicity thresholds) that obscures the location, depths and periods when oil was particularly toxic (deep plume and the upper few meters near the surface). A legitimate assessment therefore requires a time- and space-dependent analysis of the subject of interest (toxicity), not just simplistic summary statements and graphics that obscure locations and episodes of potential toxicity (Figure 6 in Dr. Shea's report). The level of that differentiation in Dr. Shea's report is just too crude. For example, nearly 10,000 water samples are reported coming from between the surface and 200 meters below the surface, even though it is logical that high concentrations would be found overwhelmingly in the top few meters.[67]

The primary objective should be to describe the spaces where and periods when elevated concentrations of hydrocarbons that could be toxic existed, not to bury this information within the ocean's vastness of uncontaminated seawater, much of it more than 100 km away from the site of the blowout. From our analyses of the NRDA database, we judge samples from the plume and from the upper surface to waters to be harmful (see Appendix A). For example, 26% of the plume samples were toxic in May as estimated by the EPA chronic threshold. Using the measured threshold of 0.5 ppb

---

*monitoring efforts* to ensure that no harmful concentrations of oil and dispersants remain as a result of the spill and our response operations . . . This implementation strategy will deliver a comprehensive set of measures to clarify our understanding of the distribution and degradation of oil and dispersants in the water column, and identify any additional response requirements that may be necessary" (emphasis added). Sub-Sea and Sub-Surface Oil and Dispersant Detection, Sampling and Monitoring Strategy, 18 Aug 2010, TREX 9123.0101.

[65] "[The UAC Adaptive Sub-Surface Sampling Strategy Approved 043 Aug 2010] is your sustained sampling strategy to determine the presence *or absence* of sub-surface oil. Expansion of the scope and resources allocated for this purpose is necessary to support a more comprehensive plan for detecting, sampling, monitoring and providing information to the public" (emphasis added). <u>Sub-Surface Oil and Dispersant Detection, Sampling and Monitoring Strategy Directive</u>, 3 Aug 2010, TREX 9123.0098); "This cruise is part of a multi-phase effort to characterize *the potential extent and limits of oil* in the water column associated with the Deepwater Horizon (DWH) accident...[and] will develop additional data that are *needed to define changes or absence in the extent and concentration of both near-surface and sub-surface oil*, dissolved hydrocarbons, and dispersant" (emphases added). Deepwater Horizon Accident Broader Gulf of Mexico (BGOM) Water Column Sampling Study, BGOM Cruise 4 Work Plan, available at http://gulfsciencedata.bp.com/go/doc/6145/2213625/SRN-0145-WorkPlan-pdf.

[66] Bejarano AC, Levine E, Mearns AJ (2013) Effectiveness and potential ecological effects of offshore surface dispersant use during the Deepwater Horizon oil spill: a retrospective analysis of monitoring data. Environ Monit Assess 185:10281-10295 at 10283.

[67] Shea D (2014) Expert Report: In Re. Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. BP Exploration and Production Inc. United States District Court, Eastern District of Louisiana, MDL No. 2179, Section J, New Orleans, LA, p. 26

PAH as harmful to bluefin tuna embryos,[68] at least 40% of the plume samples were toxic.  Admittedly, bluefin tuna embryos are not found at that depth, but they are surrogates for embryos of other species.  Surface water was the next most contaminated, with an EPA chronic estimate of 14% toxic levels in May (our analysis using the EPA threshold) and 33% toxic to bluefin tuna embryos and similarly sensitive species.  These estimates are considerably greater than the 2% estimate provided by Dr. Shea, because they focus on where the oil was (deep plume and upper surface waters in the month of May).

**5.7. The report does not consider processes by which sediments were contaminated by oily marine snow or documented impacts on bottom-dwelling organisms.**

Peer-reviewed journal articles reviewed in Dr. Boesch's expert report provide strong evidence that one of the principal mechanisms causing sediment contamination in offshore ecosystems was the biodeposition of oily marine snow.[69]  Although a central focus of Macondo well blowout research, the formation and deposition of oily marine snow is not mentioned at all in Dr. Shea's report, yet it substantially influences the nature of exposure to petroleum compounds for organisms living both in the water column and on the seabed.  The concentration of petroleum compounds in these organic aggregates creates exposure conditions that are very different from the toxicity tests that underlie the Water Quality Benchmark approach applied by Dr. Shea.  Deposition of oily marine snow added unusual amounts of organic matter as well as hydrocarbons (including PAH) to surface sediments and covered and killed epibiota such as coldwater corals.  Documented sediment contamination had severe to moderate effects on animals living in bottom sediments over 57 square miles.[70]  Long-term effects on coldwater corals have been attributed to covering by oily residues up to 13.6 miles from the Macondo well.[71]  Yet, Dr. Shea chose not consider any of the field studies of biological effects at the seabed, but rather just drew inferences from sediment chemistry.

**5.8. The potential influence of natural seeps is exaggerated.**

Dr. Shea briefly: (a) mentions natural seeps as a source of oil contamination in the Gulf of Mexico; (b) indicates that they may discharge 1.27 million barrels of oil per year; and (c) suggests that some portion of oil-related chemicals measured in the water and sediment was the result of naturally occurring oil.[72]  While he does not attempt to quantify the extent to which benchmark exceedences are attributable to these sources,

---

[68] Incardona JP, Gardner LD, Linbo TL, Brown TL, Esbaugh AJ, Mager EM, Stieglitz JD, French BL, Labenia JS, Laetz CA, Tagal M, Sloan CA, Elizur A, Benetti DD, Grosell M, Block BA, Scholz NL (2014) Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish.  Proc Natl Acad Sci USA 111:E1510-E1518
[69] Boesch DF (2014) Expert Report: Actual and potential harm from the Macondo well blowout.  United States of America.U.S. v BP Exploration & Production Inc. et al. United States District Court Eastern District of Louisiana MDL No. 2179, Section J, Washington, DC, p. 17, 23
[70] Montagna PA, Baguley JG, Cooksey C, Hartwell I, Hyde LJ, Hyland JL, Kalke RD, Kracker LM, Reuscher M, Rhodes AC (2013) Deep-sea benthic footprint of the deepwater horizon blowout.  PLoS One 8:e70540
[71] Fisher CR, Demopoulos AWJ, Cordes EE, Baums IB, White HK, Bourque JR (2014) Coral Communities as Indicators of Ecosystem-Level Impacts of the Deepwater Horizon Spill.  BioScience 64:796-807
[72] Shea D (2014) Expert Report: In Re. Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.  BP Exploration and Production Inc. United States District Court, Eastern District of Louisiana, MDL No. 2179, Section J, New Orleans, LA, p. 11, 56-57

# Appendix A

**Estimation of toxic potential in DWH water samples.**

1. Samples were obtained from "BP Gulf Science Data (NRDA-publicly available)," file name "WaterChemistry_W-01v02-01.csv" dated 5/23/2014.
2. The CSV file was too long to read directly with Excel, thus was subdivided into several files.
3. All 2010 data were extracted into Excel.
4. PAH data were assembled to yield one record per sample.  Samples were identified by "Laboratory sample ID."  This resulted in 15,114 samples.
5. Polynuclear aromatic hydrocarbon (PAH) analytes are listed below.  Not all of these were measured in every sample.  ND concentrations were 0.

   | | | | |
   |---|---|---|---|
   | N0  | D0  | PYR | BBF |
   | N1  | D1  | FP1 | BKF |
   | N2  | D2  | FP2 | BEP |
   | N3  | D3  | FP3 | BAP |
   | N4  | P0  | FP4 | PER |
   | ACN | P1  | BAA | ICP |
   | ACE | P2  | C0  | DBA |
   | F0  | P3  | C1  | BZP |
   | F1  | P4  | C2  |     |
   | F2  | ANT | C3  |     |
   | F3  | FLU | C4  |     |

6. Concentrations were summed to yield total PAH (TPAH).  Data were analyzed by month, depth, and location (Fig. 1).
7. The EPA threshold method was applied to each water sample.  The acute version was corrected per discussion with Dr. David Mount, one of the original EPA authors.  All alkylated PAHs were included in the model, thus no alkyl-adjustment multipliers were required (Fig. 2).
8. Alternative estimations of toxicity were based on Gulf of Mexico larval fish assays:  (Incardona et al. 2014) reported threshold TPAH concentrations as low as 0.3 µg/L. Numbers of samples above this threshold (and several other comparison values, 0.5, 1, and 2 µg/L) were summed by month to calculate the fraction toxic (per month, depth, and location) (Fig. 3a-d).
9. To estimate fractions toxic within the slick area only, data were plotted by month with ArcMap along with satellite slick information (SAR).  Offshore samples within polygons bounding the slick area were identified with ArcMap (Fig. 4).
10. The toxic fraction in the offshore surface water (0 –2 m) within slick boundaries was estimated for May through July with the TPAH concentration method described in step 8 (Figs. 5 - 6).
11. It should be noted that this analysis is not intended to be a quantitative assessment of the extent of oil contamination in the Gulf.  That is more properly a part of the NRD Assessment, which is still ongoing and may employ additional data and methods of analysis.  The purpose of this exercise is simply to point out that Dr. Shea's opinion regarding the extent of toxic concentrations of PAHs in the Gulf is misleading because it fails to employ the appropriate

toxicological thresholds and fails to focus on the areas and times when high concentrations of PAHs were likely to occur.

Roughly one quarter of the samples were collected nearshore; the remainder were collected offshore.

|     | *n* offshore | *n* Total | %nearshore | %offshore |
|-----|------|------|------|------|
| May | 649  | 650  | 0.2  | 99.8 |
| Jun | 2459 | 2942 | 16.4 | 83.6 |
| Jul | 2361 | 2824 | 16.4 | 83.6 |
| Aug | 3142 | 3569 | 12.0 | 88.0 |
| Sep | 1978 | 2448 | 19.2 | 80.8 |
| Oct | 274  | 778  | 64.8 | 35.2 |
| Nov | 667  | 934  | 28.6 | 71.4 |
| Dec | 741  | 969  | 23.5 | 76.5 |

Within the offshore data set, about one quarter of the samples were from the surface (upper 2 m), one quarter were from plume depths (≥1000 m), and the remaining half were from elsewhere in the water column.

|     | n Surface | n Plume | %surface | %Plume | % other |
|-----|------|------|------|------|------|
| May | 129  | 198  | 19.9 | 30.5 | 49.7 |
| Jun | 745  | 620  | 30.3 | 21.1 | 48.6 |
| Jul | 749  | 726  | 31.7 | 25.7 | 42.6 |
| Aug | 739  | 1062 | 23.5 | 29.8 | 46.7 |
| Sep | 373  | 721  | 18.9 | 29.5 | 51.7 |
| Oct | 98   | 23   | 35.8 | 3.0  | 61.3 |
| Nov | 163  | 219  | 24.4 | 23.4 | 52.1 |
| Dec | 135  | 377  | 18.2 | 38.9 | 42.9 |

**Fig. 1.** Mean total aqueous PAH concentration by month.  Surface is ≤ 2 m, deep is ≥ 1000 m and intermediate is all depths between.  The total number of samples analyzed each month for offshore and nearshore sets is listed along the x-axis.





**Fig. 2**. Percent of samples exceeding EPA toxicity threshold for water samples as a function of time using the EPA threshold method (chronic toxicity).





**Fig. 3a.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 0.3 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).





**Fig. 3b.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 0.5 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).





**Fig. 3c.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 1.0 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).





**Fig. 3d.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 2.0 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).





**Fig. 4**. Offshore samples within slick areas were defined as those within the slick boundaries identified by satellite (dark grey). Samples to the west of the primary slick boundary in June were not included as "within."





**Fig. 5.** Toxicity estimate in surface water (0 – 2 m) within the slick area only during the time the slick was present (May – July). Total slick area was determined by satellite and composited by month.



**Fig. 6.** Offshore surface water samples only. Surface is defined as the upper 2 meters. Yellow polygons bound observed area with toxic concentrations (at 0.3 µg/L). These areas are 5460, 12131, and 6225 km$^2$.





**References**

Incardona, J. P., L. D. Gardner, et al. (2014). "Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish." Proceedings of the National Academy of Sciences of the United States of America **www.pnas.org/cgi/doi/10.1073/pnas.1320950111**: E1510–E1518.