UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J<br>JUDGE BARBIER |
| This document relates to: | * | MAGISTRATE JUDGE SHUSHAN |
| No. 10-4536 | * * * | |

*************************************************************************

**BPXP'S MOTION TO SUBSTITUTE CORRECTED MEMORANDUM AND TO ADD EXHIBITS E AND F, RELATED TO MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. STANLEY RICE (RECORD DOC. NO. 13784)**

BPXP's filing on December 5 (Record Doc. No. 13784) omitted Exhibits E and F to its Memorandum in Support of its Motion to Exclude Certain Opinions of Dr. Stanley Rice. In addition, the memorandum itself had some erroneous bolding and double underlining. Accordingly, BPXP moves the Court to: 1) substitute the attached corrected Memorandum in Support in place of the Memorandum at Record Doc. No. 13784; and 2) add the attached Exhibits E and F to the filing.

 Date:  December 8, 2014

                                              Respectfully submitted:

                                              /s/ Don K. Haycraft
                                              Don K. Haycraft (Bar #14361)
                                              R. Keith Jarrett (Bar #16984)
                                              Liskow & Lewis
                                              701 Poydras Street, Suite 5000
                                              New Orleans, Louisiana  70139-5099
                                              Telephone:  504-581-7979
                                              Facsimile:  504-556-4108

                                              -- and –

1

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

-- and –

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street NW
Washington, D.C.  20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

-- and –

Brian D. Israel
Elissa Preheim
Brett Marston
Arnold & Porter LLP
555 12th Street, NW
Washington, D.C.  20004
Telephone:  202-942-5000
Facsimile:  202-942-5999

**Attorneys for BP Exploration & Production, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF Sysstem, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of December, 2014.

                            /s/Don K. Haycraft
                            Don K. Haycraft