UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER |
| This document relates to: | * | MAGISTRATE JUDGE SHUSHAN |
| No. 10-4536 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering BPXP's Motion to Substitute Corrected Memorandum and to Add Exhibits E and F, Related to Motion to Exclude Certain Opinions of Dr. Stanley Rice (Rec. Doc. 13784):

**IT IS HEREBY ORDERED** that the Motion to Substitute Corrected Memorandum and to Add Exhibits E and F, Related to Motion to Exclude Certain Opinions of Dr. Stanley Rice (Rec. Doc. 13784) is **GRANTED**; and it is further **ORDERED** that the Court: 1) substitute the attached corrected Memorandum in Support in place of the Memorandum at Record Doc. No. 13784; and 2) add the attached Exhibits E and F to the filing.

New Orleans, Louisiana, this _____ day of December 2014.

_____
**UNITED STATES DISTRICT JUDGE**

1