# Exhibit E

# EXPERT REPORT OF DR. DAMIAN SHEA

# Rebuttal Report to the Expert Reports of:
# Stanley D. Rice and Donald F. Boesch

# In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico
# MDL 2179
# U.S. District Court for the Eastern District of Louisiana

# September 12, 2014

# CONFIDENTIAL PURSUANT TO PTO 13

_（signature）_ 12 September 2014
_____

Damian Shea                    Date

## I.   INTRODUCTION

I have reviewed the reports of Drs. Stanley Rice and Donald Boesch as they relate to toxicity and fate and transport issues. While both Drs. Rice and Boesch acknowledge the enormous quantities of environmental data available, neither Dr. Rice nor Dr. Boesch utilized these data to develop their opinions of the harm, or lack of harm, from the *Deepwater Horizon* oil spill. Instead Drs. Rice and Boesch hypothesize about "potential for toxicity damage" and "actual and potential harm," extrapolating from other oil spills, theoretical mechanisms described in journal articles, popular press reports, and inappropriate laboratory experiments. Largely ignoring the actual chemistry data collected in the field, Drs. Rice and Boesch then speculate about what *might* have happened or what *could potentially* happen in the future.

For the reasons stated in my initial report and set forth below, it is my opinion to a reasonable degree of scientific certainty that there was no actual or potential harmful exposure to oil, oil-related compounds or dispersants in the vast majority of the areas investigated. The few offshore areas where there was the potential for harmful exposure were limited in space and time, mostly in the areas close to the wellhead during the summer of 2010. As explained in my opening report, my findings of potential harm (as limited as they were) are highly conservative (*i.e.*, they overstate potential harm) since the findings are based upon very protective assumptions.

The United States experts rely upon flawed and unproven toxicity methodologies including studies that only expose organisms to oil after mixing the oil with water at extremely high speeds in a commercial food blender. The ocean, however, is not a blender and the high speed blender method is not used or accepted by the U.S. Environmental Protection Agency (EPA), the United States' primary environmental agency responsible for enforcing the nation's environmental laws. But perhaps most importantly: even if the laboratory toxicity methods relied upon by Drs. Rice and Boesch were correct (which they are not as explained below), the occurrence of potential sublethal effects to individual organisms is still very low, limited in space and time to between 1% and 3.5% of the nearly 18,000 water samples collected during the *Deepwater Horizon* environmental investigation.

Finally, I will also address several issues raised by Drs. Rice and Boesch related to surface oil, dispersants, and the deep sea transport and weathering of oil and oil-related compounds.

## II.   THE UNITED STATES' ENVIRONMENTAL EXPERTS RELY UPON FLAWED TOXICITY METHODS TO SPECULATE ABOUT POTENTIAL HARM

### A.   Dr. Rice's "New Paradigm" of Oil Toxicity is Not New and is Not Correct

1. Dr. Rice bases much of his understanding of the effects of the *Deepwater Horizon* incident on a "change in the oil response and assessment paradigm" that he claims

emerged in the aftermath of the *Exxon Valdez* oil spill.[1] Indeed, in the late 1990s and early 2000s, Dr. Rice did publish a series of papers related to his work on the *Exxon Valdez* oil spill that describe a "changing paradigm" of oil toxicity and that claim there is a new "emerging appreciation" for oil toxicity.[2,3,4] What Dr. Rice fails to mention in his Report is that these prior publications have been heavily criticized by others in peer-reviewed scientific literature, showing that his "new understanding" is really a "misunderstanding."[5,6]

2. Several principles associated with Dr. Rice's "new paradigm" are misleading or incorrect:

   a. First, Dr. Rice incorrectly assumes that the aquatic toxicity of polycyclic aromatic hydrocarbons (PAHs) that have 3, 4, or 5 aromatic rings are all the same. It is a very well established fact that different PAHs have different toxicities, a fact known to science since at least 1954.[7] However, the studies that form the basis for Dr. Rice's "new paradigm" did not include an analysis of the individual toxicities of the specific PAHs present, as is prescribed by EPA.[8] Similarly, the more recent studies Dr. Rice relies upon in assessing toxic impacts from this

---

[1] Expert Report of Dr. Stanley Rice at 15.

[2] Peterson, C.H., Rice, S.D., Short, J.W., Esler, D., Bodkin, J.L., Ballachey, B.E., and Irons, D.B. 2003. Long-Term Ecosystem Response to the Exxon Valdez Oil Spill. Science 302(5653):2082-2086.

[3] Carls, M.G., Rice, S.D., and Hose, J.E. 1999. Sensitivity of fish embryos to weathered crude oil. Part I. Low-level exposure during incubation causes malformations, genetic damage, and mortality in larval Pacific herring (*Clupea pallasi*). Environ. Toxicol. Chem. 18:481–493, http://dx.doi.org/10.1002/etc.5620180317.

[4] Heintz, R.A., Short, J.W., and Rice, S.D. 1999. Sensitivity of fish embryos to weathered crude oil: Part II. Increased mortality of pink salmon (*Oncorhynchus gorbuscha*) embryos incubating downstream from weathered Exxon Valdez crude oil. Environ. Toxico.l Chem. 18:494–503.

[5] *See, e.g.*, DiToro, D.M., McGrath, J.A., and Stubblefield, W.A. 2007. Predicting the toxicity of neat and weathered crude oil: toxic potential and the toxicity of saturated mixtures. Environ. Toxicol. Chem. 26(1):24–36 (The incorrect conclusion offered by the authors [in the 1999 Carls, Rice and Hose study]—that weathering increases toxicity—was caused by the incorrect use of total PAH EC50s to judge toxicity.").

[6] *See, e.g.*, Neff, J.M., Page, D.S., Landrum, P.F., and Chapman, P.M. 2013. The importance of both potency and mechanism in dose–response analysis: An example from exposure of Pacific herring (*Clupea pallasi*) embryos to low concentrations of weathered crude oil. Mar. Pollution Bulletin 67:7-15 (criticizing the 1999 Carls, Rice and Hose study and noting that the 1999 Heintz, Short and Rice study was "similar.").

[7] Van Overbeek, J. and Blondeau, R. 1954. Mode of Action of Phytotoxic Oils. Weeds. 3:55-65.

[8] Peterson, C.H., Rice, S.D., Short, J.W., Esler, D., Bodkin, J.L., Ballachey, B.E., and Irons, D.B. 2003. Long-Term Ecosystem Response to the Exxon Valdez Oil Spill. Science 302(5653):2082-2086.

incident[9,10] also did not include this important analysis.  In contrast, my initial Report relied on the very well developed (over decades) individual PAH toxicity database that scientists from the EPA, the U.S. Geological Survey (USGS), and the National Oceanic and Atmospheric Association (NOAA) have used in their previous assessments of the *Deepwater Horizon* oil spill.[11,12,13]

b. Second, Dr. Rice incorrectly claims that weathered oil is more toxic than fresh oil. As pointed out by Dr. Di Toro and others, "[t]he idea that weathering [of oil] increases toxicity is based on the erroneous use of the total petroleum hydrocarbons or the total polycyclic aromatic hydrocarbons (PAHs) concentration as if either were a single chemical that can be used to gauge the toxicity of a mixture, regardless of its makeup."[14]

c. Third, Dr. Rice implies that the *Exxon Valdez* oil spill resulted in a "delayed impact to and recovery of the Prince William Sound population of herring."[15] Scientists associated with Dr. Rice's work on the *Exxon Valdez* oil spill had published work suggesting that oil-related effects had contributed to this herring population crash, however, in 2007, Rice, along with one of these scientists admitted that, in fact, "[n]o plausible oil-related mechanisms have been developed

---

[9] Incardona, J.P., Gardner, L.D., Linbo, T.L., Brown, T.L., Esbaugh, A.J., Mager, E.M., Stieglitz, J.D., French, B.L., Labenia, J.S., Laetz, C.A., Tagal, M., Sloan, C.A., Elizur, A., Benetti, D.D., Grosell, M., Block, B.A., and Scholz, N.L.  2014.  *Deepwater Horizon* crude oil impacts the developing hearts of large predatory pelagic fish.  PNAS 111(15):E1510-E1518, doi: 10.1073/pnas.1320950111.

[10] Mager, E.M., Esbaugh, A.J., Stieglitz, J.D., Hoenig, R., Bodinier, C., Incardona, J.P., Scholz, N.L., Benetti, D.D., and Grosell, M.  2014.  Acute Embryonic or Juvenile Exposure to *Deepwater Horizon* Crude Oil Impairs the Swimming Performance of Mahi-Mahi (*Coryphaena hippurus*).  Environ. Sci. & Tech. 48(12):7053-7061.

[11] U.S. EPA, EPA Response to BP Spill in the Gulf of Mexico, Water Quality Benchmarks for Aquatic Life, What are benchmarks?  *Available at* http://www.epa.gov/bpspill/water-benchmarks.html#gen2.

[12] Nowell, L.H., Ludtke, A.S., Mueller, D.K., and Scott, J.C.  2011.  Organic Contaminants, Trace and Major Elements, and Nutrients in Water and Sediment Sampled in Response to the Deepwater Horizon Oil Spill.  In: U.S. Geological Survey (Ed.), U.S. Department of the Interior, Reston, Virginia, Open-File Report 2011-1271 at 128.

[13] Bejarano, A.C., Levine, E., and Mearns, A.J.  2013.  Effectiveness and potential ecological effects of offshore surface dispersant use during the Deepwater Horizon oil spill: a retrospective analysis of monitoring data.  Environ. Monit. Assess. 185(12):10281–10295.

[14] DiToro, D.M., McGrath, J.A., and Stubblefield, W.A.  2007.  Predicting the toxicity of neat and weathered crude oil: toxic potential and the toxicity of saturated mixtures.  Environ. Toxicol. Chem. 26(1):24–36.

[15] Expert Report of Dr. Stanley Rice at 17.

        to explain a delayed response [in pacific herring impacts,]" and "[t]he resulting lack of recovery is more than likely the contribution of several factors."[16]

    d. Fourth, Dr. Rice claims that the fact that toxicity can take place at lower concentrations of PAHs is a "new emerging appreciation" of PAH toxicity. Dr. Boesch reiterates this claim.[17] However, evidence for potential chronic toxicity from lower concentrations of PAH and for higher sensitivity of fish embryos and larvae date back to at least the late 1970s,[18] and, most importantly, chronic toxicities at lower concentrations *are already incorporated* into the EPA Final Chronic Values used for the EPA Toxic Unit Benchmark method relied upon in my initial Report.[19] Again quoting from Di Toro and others,[20] "[i]t is incorrect, however, to assume [as Dr. Rice does] that 1 μg/L of total PAHs would be chronically toxic; it depends entirely on the composition of the PAHs making up the mixture. Therefore, total hydrocarbon or total PAH concentration should not be used to quantify the toxicity of a mixture of PAHs. Rather, TUs [Toxic Units] should be used to normalize the different aqueous toxicity from the different PAHs present in mixtures." It is this Toxic Unit method that EPA uses and that I used in my original report. Dr. Rice and most of the toxicity studies he cites ignore this very basic premise of toxicology.[21]

3. Dr. Rice's near exclusive reliance on a subset of peer-reviewed literature is inappropriate for another reason. As acknowledged by Dr. Boesch, the peer review process often is not able or designed to verify results and conclusions given the incompleteness of the available information. Erroneous or incomplete scientific papers (even those that have been peer reviewed) can remain uncorrected for a very long time. Dr. Rice's co-authored papers which purport to identify a "new paradigm" are an example of this: the errors in

---

[16] Rice, S.D., Carls, M.G. NOAA. 2007. *Exxon Valdez* Oil Spill Restoration Project Final Report. Prince William Sound Herring: An Updated Synthesis of Population Declines and Lack of Recovery.

[17] Expert Report of Dr. Donald F. Boesch at 8-9.

[18] Neff, J.M. 1979. Polycyclic Aromatic Hydrocarbons in the Aquatic Environment. Applied Science Publishers, London. ISBN-10: 0853348324, 262 pp.

[19] DiToro, D.M., McGrath, J.A., and Stubblefield, W.A. 2007. Predicting the toxicity of neat and weathered crude oil: toxic potential and the toxicity of saturated mixtures. Environ. Toxicol. Chem. 26(1):24–36.

[20] *Id*.

[21] What Dr. Rice is doing is equivalent to the early toxicity studies on oil from the 1960s and early 1970s where total oil and total PAHs are used rather than using the actual individual PAH chemicals as is now done by EPA and as I did in my initial report. DiToro, D.M., McGrath, J.A., and Stubblefield, W.A. 2007. Predicting the toxicity of neat and weathered crude oil: toxic potential and the toxicity of saturated mixtures. Environ. Toxicol. Chem. 26(1):24–36.

those papers were not fully known until 2007,[22] 2011,[23,24] 2012,[25] and 2013.[26]  Thus, it is inappropriate for decision-making to rely too heavily on recent scientific research papers before this process allows independent verification.  This is especially true where the results and methods in question are novel or otherwise conflicting with a larger and stronger body of evidence, as discussed below.

## B. Drs. Rice and Boesch Largely Ignore Massive Amounts of High Quality Environmental Data Collected in the Gulf

**Both Dr. Rice and Dr. Boesch almost completely avoid use of the extensive, high-quality data related to oil exposure and toxicity in the Gulf of Mexico during and after the *Deepwater Horizon* incident.**

1. Dr. Rice states "[f]urther, I have also examined data provided to and by BP […] however, I do not rely heavily on these materials because they are overwhelmingly large, have not been analyzed and summarized into a format and volume conducive for review, and are part of ongoing NRDA, so drawing final conclusions about the data at this point would be premature."[27]  In fact, the environmental data are quite conducive to scientific review; that is precisely what I have done in my initial report.  Furthermore, the United States has had access to most of the data for years and has had access to the data compilations on Gulfsciencedata.bp.com since November 2013.[28]

---

[22] Di Toro, D.M., McGrath, J.A., and Stubblefield, W.A.  2007.  Predicting the toxicity of neat and weathered crude oil: toxic potential and the toxicity of saturated mixtures.  Environ. Toxicol. Chem. 26(1):24–36.

[23] Landrum, P.F., Chapman, P.M., Neff, J., Page, D.S.  2011.  Evaluating the Aquatic Toxicity of Complex Organic Chemical Mixtures: Lessons Learned from Polycyclic Aromatic Hydrocarbon and Petroleum Hydrocarbon Case Studies, Integr Environ Assess Manag 8:217-230.

[24] Page, D.S., Neff, J.M., Landrum, P.F., Chapman, P.M.  2011.  Letters to the Editor.  Sensitivity of Pink Salmon *(Oncorhynchus Gorbuscha)* Embryos to Weathered Crude Oil.  Eviron. Toxicol. Chem. 31:3:469-476.

[25] Page, D.S., Chapman, P.M., Landrum, P.F., Neff, J., Elston, R.  2012.  A perspective on the toxicity of low concentrations of petroleum-derived polycyclic aromatic hydrocarbons to early life stages of herring and salmon. Human Ecol. Risk Assess.  18, 229–260.

[26] Neff, J.M., Page, D.S., Landrum, P.F., and Chapman, P.M.  2013.  The importance of both potency and mechanism in dose–response analysis: An example from exposure of Pacific herring (*Clupea pallasi*) embryos to low concentrations of weathered crude oil.  Mar. Pollution Bulletin 67:7-15.

[27] Expert Report of Dr. Stanley Rice at 5

[28] BP Press Release, *BP Makes Gulf of Mexico Environmental Data Publicly Available* (Nov. 18, 2013), *available at* http://www.bp.com/en/global/corporate/press/press-releases/bp-makes-gom-environmental-data-available.html.  Data have been periodically updated since the initial release.

2.  Dr. Rice states that his analysis assessed "whether the expectation of harm should be adjusted in light of the nature of the Deepwater spill," citing three factors: 1) the volume of oil spilled, 2) volume of dispersant used, and 3) oil at the water surface and in a submerged plume.[29] However, these three factors, by themselves or together, do not equate to harm. Toxicity depends on exposure to the oil, and more specifically which individual PAHs are present in that sample. Understanding this in the context of the *Deepwater Horizon* oil spill requires analysis of actual exposure and toxicity data. Dr. Rice is simply speculating based on the volume of oil spilled, volume of dispersant used, and the location of observation of oil, rather than analyzing the data that can answer his questions about the extent of harmful exposures.

3.  Importantly, nothing in the United States' reports rebuts my conclusion regarding the high quality or quantity of the environmental data. As reported, I evaluated almost 18,000 water samples and over 8,000 sediment samples that were collected in federal and state waters. I also reviewed over 900 separate toxicity tests. The water and sediment samples and data relied upon in forming my opinions were collected under well-designed quality assurance plans, following strict chain-of-custody and other quality assurance/quality control procedures. These data, the majority of which were collected by the United States and validated by independent auditors, all meet minimum standards of traceability and quality assurance using appropriate methods set forth in EPA published guidelines.

4.  In sum, the use and extrapolation of a few research papers, while ignoring the high-quality data collected from the Gulf of Mexico is a fundamental flaw in the analysis of both Dr. Rice and Dr. Boesch.

## C. To the Extent that Dr. Rice Reviewed Data, He Did So in a Manner that is Inconsistent with Fundamental Principles of Toxicology

1.  Dr. Rice states that "[m]ore than 300 of the 650 samples collected from the top 50 m in May contained measureable amounts of oil" and "[t]he PAH concentration was ≥ 0.5 ppb[30] in about half of the oiled water samples."[31] These statements regarding the sampling of the upper water column are flawed in several ways.

2.  First, the metrics Dr. Rice uses to discuss the water samples are misleading:

---

[29] Expert Report of Dr. Stanley Rice at 4.

[30] A ppb is a part-per-billion, or one part PAH for every billion parts of water. This is equivalent to a microgram-per-liter or μg/L. One ppb is like a single hamburger in a chain of hamburgers that circles the earth at the equator, two and a half times.

[31] Expert Report of Dr. Stanley Rice at 21-22.

    a. Dr. Rice discusses the number of samples that contained "measurable amounts of oil" and fails to acknowledge the fact that many of these samples likely had no toxic impact because the concentrations of oil were below toxic levels. The mere presence of oil in the water ***does not*** equate to impacts or harm. Toxic impacts are a function of the concentration of oil-related chemicals in the water, the space over which these concentrations exist, and the amount of time a given organism is exposed to these concentrations within this space. These are fundamental principles of toxicology.

    b. Basing the comparison on a concentration of 0.5 ppb of total PAHs is also misleading for several reasons. Because individual PAHs have different toxicities, total PAH concentration is not an appropriate metric to quantify the toxicity of a PAH mixture. Furthermore, a concentration of 0.5 ppb of any PAH, even those that are more toxic, is extremely low and there is little, if any, scientific evidence that this concentration would cause toxic impacts. In fact, even the publications relied upon by Dr. Rice demonstrate that concentrations below 1.2 μg/L (ppb) and more likely 7.5 μg/L (ppb) are safe for even the most sensitive species at its most sensitive life stage (see Table 1 below).

3. Second, several key pieces of information are missing from Dr. Rice's analysis, preventing anyone from replicating his results or evaluating the accuracy of his calculations. For example, his stated source of data is "NRDA publicly available data," however, he fails to specify, either in his report or in his consideration materials, exactly which NRDA publicly available data he relied upon. He also fails to provide definitions for several ambiguous concepts like "measurable amounts of oil" and "oiled water samples."

4. Finally, Dr. Rice's discussion of potential oil impacts in the deep water column suffers from many of the same flaws. He states that "[p]ublically available NRDA data indicate that the plume extended about 500 km in a NE – SW direction by September; PAH concentrations were ≥ 0.5 μg/L or greater in some samples over this distance."[32] However, in my initial report, I showed that the few water samples that exceeded EPA toxicity benchmarks were largely limited to an area much closer in distance to the wellhead and disappeared soon after the wellhead was capped.

---

[32] Expert Report of Dr. Stanley Rice at 28.

### D. Dr. Rice and Dr. Boesch Rely upon Novel, Unreliable and Unrealistic Toxicity Testing Methods

**Drs. Rice and Boesch rely upon unproven laboratory methodologies; these methods have not been accepted by the scientific community or by the EPA; however, even these flawed methods show limited environmental impact from the *Deepwater Horizon* oil spill.**

1. To estimate the potential toxicity of PAHs in the water, Dr. Rice relies almost exclusively on data from two laboratory-based research papers published in the past few months by Incardona[33] and Mager.[34] The results of these studies are inappropriate to use for several reasons.

2. *The Blender Method* – A critical scientific flaw in the United States' reports is the reliance upon non-standard experimental laboratory methods that artificially increase toxicity and do not represent actual oil exposure in the Gulf of Mexico. The experimental method in question is called the High-Energy Water Accommodated Fraction (HEWAF) method of creating an oil emulsion through the use of a high-speed commercial food blender. Some of the limitations with the laboratory HEWAF method are discussed in my initial report and are summarized here.

    a. The standard, accepted method of testing the toxicity of oil in water is to mix oil and water in a glass container using well-documented mixing techniques. This method – called a Water-Accommodated Fraction (WAF) – has a long history and has been highly standardized over time. Furthermore, it is widely acknowledged that the WAF is designed to simulate the "worst case scenario" exposure to oil-related chemicals.[35,36] A standard, accepted version of the WAF is the Chemically Enhanced WAF (CEWAF) that tests a mixture of oil with dispersant, where the test is otherwise performed in much the same way as the WAF.

---

[33] Incardona, J.P., Gardner, L.D., Linbo, T.L., Brown, T.L., Esbaugh, A.J., Mager, E.M., Stieglitz, J.D., French, B.L., Labenia, J.S., Laetz, C.A., Tagal, M., Sloan, C.A., Elizur, A., Benetti, D.D., Grosell, M., Block, B.A., and Scholz, N.L. 2014. *Deepwater Horizon* crude oil impacts the developing hearts of large predatory pelagic fish. PNAS 111(15):E1510-E1518, doi: 10.1073/pnas.1320950111.

[34] Mager, E.M., Esbaugh, A.J., Stieglitz, J.D., Hoenig, R., Bodinier, C., Incardona, J.P., Scholz, N.L., Benetti, D.D., and Grosell, M. 2014. Acute Embryonic or Juvenile Exposure to *Deepwater Horizon* Crude Oil Impairs the Swimming Performance of Mahi-Mahi (*Coryphaena hippurus*). Environ. Sci. & Tech. 48(12):7053-7061.

[35] Expert Report of Dr. Damian Shea at Appendix G, p. 96-97.

[36] *See* SINTEF. 2010. Chemical and toxicological characterization of water accommodated fraction (WAF) of crude oils, ("the data generated gives a kind of "worst case scenario" conditions: The solutions used are assumed to be "saturated" and therefore represents a conservative estimate of concentrations foreseeable in the field."), *available at* http://www.sintef.no/upload/Materialer_kjemi/Marin%20milj%C3%B8teknologi/faktaark/WAF-web.pdf.

b. A HEWAF, on the other hand, is a non-standard variation on the WAF that uses a commercial blender to artificially create an oil and water emulsion at very high energies. *See* Figure 1 for a depiction of high energy mixing similar to the HEWAF blender method.

c. The HEWAF blender method is untested, has not been validated, and does not meet the EPA criteria of "comparability." In both the scientific and regulatory context, new methods must be proven "comparable" or otherwise "better" to be acceptable.[37,38,39] I can find no documentation that the HEWAF method has undergone this independent validation process.

d. In her deposition, Dr. Amy Merten (NOAA) acknowledged that HEWAFs would have more droplets of oil[40] and smaller droplets of oil[41] compared to a standard WAF. These changes in droplet number and size distributions lead to instability of the oil-in-water emulsion.[42,43] This instability in the emulsion, in turn, leads to an instability in the chemical (PAH) composition because the rate at which the PAHs move from an oil droplet to dissolve in water increases when the droplet size is smaller and there are more droplets. If both the size and number of droplets are changing, then the chemical (PAH) composition also is changing. Dr. Merten also acknowledges that the HEWAF would have a different chemical composition compared to a standard WAF.[44] This inherent instability and uncertainty calls into question any toxicity dose-response relationships derived from such a method. In contrast, WAFs and CEWAFs are standard methods with well-documented stability of oil droplet number and size, and also chemical (PAH) composition.

---

[37] *See e.g.*, U.S. EPA. 1988. Availability, Adequacy, and Comparability of Testing Procedures for the Analysis of Pollutants Established Under Section 304(h) of the Federal Water Pollution Control Act; Report to Congress. EPA/600/9-87/030.

[38] U.S. EPA. 1991. Manual for the Evaluation of Laboratories Performing Aquatic Toxicity Tests. EPA/600/4-90/031.

[39] Williams, L.R. 1985. Harmonization of Biological Testing Methodology: A Performance-Based Approach. In Aquatic Toxicology and Hazard Assessment: Eighth Symposium, ASTM STP891, Bahner, R.C. and Hansen, D.J., Eds. American Society for Testing and Materials, Philadelphia, pp. 288-301.

[40] Deposition of Dr. Amy Merten at 51.

[41] Deposition of Dr. Amy Merten at 54.

[42] Langevin, D., Poteau, S., Hénaut, I., Argillier, J.F. 2004. Crude Oil Emulsion Properties and their Application to Heavy Oil Transportation. Oil & Gas Science and Technology – Rev. IFP, 59(5):511-521.

[43] El-Sayed Abdel-Raouf, M. 2012. Factors Affecting the Stability of Crude Oil Emulsions. In: Crude Oil Emulsions- Composition Stability and Characterization. Prof. El-Sayed Abdul-Raouf, M. (Ed.), ISBN: 978-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-5, InTech, *available at* http://www.intechopen.com/books/crude-oil-emulsions-compositionstability-and-characterization/factors-affecting-the-stability-of-crude-oil-emulsions.

[44] Deposition of Dr. Amy Merten at 51.

e. The HEWAF method creates an oil/water "milk shake" or artificial emulsion that is not applicable to actual conditions in the environment. The high-energy HEWAF conditions do not generally exist in the Gulf of Mexico; simply stated, the ocean is not a blender.[45] Even the United States' witness admitted that significant energy, breaking waves or greater, would be required before surface conditions would arguably be similar to a HEWAF.[46] In reality, even a major storm would not provide the same shear energy of a blender.

f. The HEWAF blender creates an oil micro-droplet environment that is unique to the "blender method." It is not known what effect this micro-droplet emulsion might have on the toxicity tests of the HEWAF.

g. The HEWAF blender increases concentrations of oil-related chemicals in the water. Figure 2 below, reproduced from the NOAA HEWAF protocol,[47] shows that the HEWAF has about 10 times more PAHs than the CEWAF under otherwise identical conditions. In other words, the HEWAF dramatically increases the concentration of PAHs in the water over a WAF or CEWAF.

h. The relative amounts of specific PAHs in these HEWAFs do not match most of the water samples collected in the Gulf of Mexico (see Figure 3). The data from Incardona even show substantial differences in the relative amounts of specific PAHs among his own experiments – chemical differences that can cause big differences in toxicity. Dr. Rice believes this does not matter because he uses total PAHs to quantify PAH toxicity (as do Incardona and Mager), but as discussed above, this is a scientifically incorrect belief and invalidates the use of this method.

---

[45] High energy conditions did exist at the immediate point of release at the wellhead. However, Dr. Rice does not rely on these tests to assess impact exclusively within this very limited area around the wellhead – he implies that they can be extrapolated to understand toxicity throughout the water column.

[46] Deposition of Dr. Amy Merten at 71-72.

[47] Quality Assurance Project Plan: Deepwater Horizon Laboratory Toxicity Testing Version 4. Prepared for: U.S. Department of Commerce, National Oceanic and Atmospheric Administration. Prepared by: Stratus Consulting Inc., February 4, 2014. Protocols for Preparing Water Accommodated Fractions, Appendix A1.



*Figure 1.* A sample of Southern Louisiana crude oil and water are depicted before and after undergoing mixing via a blender. This process is similar to the HEWAF method used in toxicity studies cited by Dr. Rice. The high energy blender makes a "milk shake" out of the oil and water and is not a realistic representation of the level of energy associated with wave action in the Gulf of Mexico.



*Figure 2*.[48]  This chart shows the relationship between standard curves prepared from stock solutions of HEWAF and CEWAF of crude oil and dilution curves for toxicity test solutions prepared from the same stock solutions and sampled immediately after preparation.  The chart shows that under otherwise identical conditions, the HEWAF method resulted in about 10 times more PAHs than did the CEWAF method.

---

[48] Quality Assurance Project Plan: Deepwater Horizon Laboratory Toxicity Testing Version 4.  Prepared for: U.S. Department of Commerce, National Oceanic and Atmospheric Administration.  Prepared by: Stratus Consulting Inc., February 4, 2014.  Protocols for Preparing Water Accommodated Fractions, Appendix A1.



*Figure 3.* Above is an example of a HEWAF PAH water exposure (red bars) reported by Incardona that did not match a common PAH pattern found in the Gulf of Mexico (blue bars). In general, the toxicity of the PAHs increase as you move from left to right in the graph. One can see that the Gulf of Mexico water sample is dominated by the less toxic PAH while the HEWAF sample is dominated by the more toxic PAH. The critical point here is that even if the <u>total</u> PAH in the two samples are similar, the amounts of specific PAH can be very different and this can dramatically affect the toxicity of the sample. The EPA Toxic Unit method that I used in my initial report accounts for these differences while the methods of Incardona and Mager that were relied upon by Dr. Rice ignore these important differences.

3. *Other Problems* – In addition to the flawed blender or HEWAF method, there are several other problems with the studies relied upon by Dr. Rice and Dr. Boesch, including the following:

   a. First, the observation in embryos most sensitive to the oil exposure was edema (accumulation of fluid) and this is what Incardona and Dr. Rice focus on most in attempting to establish a "threshold." However, edema itself can be quickly reversible and is not harmful until it becomes large enough to impair heart function.[49] Incardona has even reported that heart function impairment is reversible when PAH exposure is removed.[50] Furthermore, Incardona reports only the "presence" or "absence" of edema. Thus "presence" could be a trivial level of edema that has no meaningful effect at all.

   b. Second, the observation by Mager (and relied upon by Dr. Rice) of a slower swimming speed of mahi-mahi fish exposed to oil did not include standard dose-response data, as required to quantify toxicity. Also, Mager himself admits that there was no associated reduced aerobic or metabolic function in the fish.[51]

   c. Third, Incardona and Mager use total PAH concentration to quantify the toxicity of a mixture of PAHs notwithstanding data from Incardona himself showing the individual toxicity differences of different PAHs.[52,53] There are overwhelming data demonstrating that individual PAHs have different toxicities.[54,55,56,57,58] In

---

[49] Butler JD, Parkerton TF, Letinski DJ, Bragin GE, Lampi MA, Cooper KR. 2013. A novel passive dosing system for determining the toxicity of phenanthrene to early life stages of zebrafish. Science of the Total Environment 463–464 (2013) 952–958.

[50] Incardona JP, Collier TK, Scholz NL. 2004. Defects in cardiac function precede morphological abnormalities in fish embryos exposed to polycyclic aromatic hydrocarbons. Toxicology and Applied Pharmacology 196 (2004) 191–205.

[51] Mager, E.M., Esbaugh, A.J., Stieglitz, J.D., Hoenig, R., Bodinier, C., Incardona, J.P., Scholz, N.L., Benetti, D.D., and Grosell, M. 2014. Acute Embryonic or Juvenile Exposure to *Deepwater Horizon* Crude Oil Impairs the Swimming Performance of Mahi-Mahi (*Coryphaena hippurus*). Environ. Sci. & Tech. 48(12):7053-7061.

[52] Incardona, J.P., Carls, M.G., Teraoka, H., Sloan, C.A., Collier, T.K., and Scholz, N.L. 2005. Aryl Hydrocarbon Receptor–Independent Toxicity of Weathered Crude Oil during Fish Development. Environ. Health Perspectives 113(12):1755-1762.

[53] Incardona, J.P., Collier, T.K., and Scholz, N.L. 2004. Defects in cardiac function precede morphological abnormalities in fish embryos exposed to polycyclic aromatic hydrocarbons. Toxicol. Appl. Pharmacol. 196:191–205.

[54] Billiard, S.M., Meyer, J.N., Wassenberg, D.M., Hodson, P.V., Di Giulio, and R.T. 2008. Nonadditive effects of PAHs on Early Vertebrate Development: Mechanisms and Implications for Risk Assessment. Toxicological Sciences 105(1):5–23.

    order to address this issue, Incardona and Mager would need to conduct their experiments on individual PAHs, as done by EPA.

   d. Fourth, the paper by Incardona uses a non-standard method for estimating toxicity threshold concentrations, the level above which harmful effects might be observed.[59] Incardona provides no evidence to support his approach.

   e. Fifth, the studies of Incardona utilize organisms that are already highly stressed to the point that almost no lab in the world can keep them alive in captivity.[60] Thus it will be very difficult, if not impossible, to independently confirm these novel research results. The extreme physical contact sensitivity of these fish also calls into question how well any experiments (using these fish) in captivity would represent what happens in nature where the fish are not confined to small beakers.

 4. *Limited Utility of Lab Tests* – it is important to keep in mind that laboratory toxicity experiments only test for the potential harm to exposed *individual* organisms and do not

---

Footnote continued from previous page

[55] Di Toro, D.M., McGrath, J.A., and Hansen, D.J. 2000. Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. I. Water and tissue. Environ. Toxicol. Chem. 19(8):1951–1970.

[56] Di Toro, D.M., McGrath, J.A. 2000. Technical basis for narcotic chemicals and polycyclic aromatic hydrocarbon criteria. II. Mixtures and sediments. Environ. Toxicol. Chem. 19:1971–1982.

[57] U.S. EPA. 2003. Procedures for the derivation of equilibrium partitioning sediment benchmarks (ESBs) for the protection of benthic organisms: PAH mixtures. EPA-600-R-02-013, available at http://www.epa.gov/nheerl/download_files/publications/PAHESB.pdf.

[58] Li, R., Zuo, Z., Chen, D., He, C., Chen, R., Chen, Y., and Wang, C. Inhibition by polycyclic aromatic hydrocarbons of ATPase activities in Sebastiscus marmoratus larvae: Relationship with the development of early life stages. Mar. Environ. Res. 71:86-90.

[59] Incardona states that the thresholds were "[b]ased on the intersection between the upper 95% confidence limit of controls and the 95% confidence band for individual concentration-response nonlinear regressions." Incardona, J.P., Gardner, L.D., Linbo, T.L., Brown, T.L., Esbaugh, A.J., Mager, E.M., Stieglitz, J.D., French, B.L., Labenia, J.S., Laetz, C.A., Tagal, M., Sloan, C.A., Elizur, A., Benetti, D.D., Grosell, M., Block, B.A., and Scholz, N.L. 2014. Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish. PNAS 111(15):E1510-E1518 at E1513, doi: 10.1073/pnas.1320950111. This is not an accepted method of defining thresholds in toxicology.

[60] Dr. Boesch, at page 28, comments on this, stating, "[t]hese open ocean fish are very sensitive to physical contact, thus only a few broodstocks exist throughout the world to allow this experimentation." Incardona also states, "[m]oreover, land-based facilities capable of maintaining captive broodstocks of large pelagic predators are rare, making experiments challenging. For example, the capacity to spawn bluefin tunas in captivity in controlled land-based facilities has only been accomplished recently, at a single location." Incardona, J.P., Gardner, L.D., Linbo, T.L., Brown, T.L., Esbaugh, A.J., Mager, E.M., Stieglitz, J.D., French, B.L., Labenia, J.S., Laetz, C.A., Tagal, M., Sloan, C.A., Elizur, A., Benetti, D.D., Grosell, M., Block, B.A., and Scholz, N.L. 2014. Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish. PNAS 111(15):E1510-E1518 at E1516, doi: 10.1073/pnas.1320950111.

necessarily indicate harm to a ***population*** in nature. Indeed, a recent paper published by researchers from various universities pointed out that while laboratory experiments may demonstrate the potential for injury to individual animals, field studies do not show any measurable injury to populations resulting from the Deepwater Horizon oil spill.[61] Specifically, these researchers stated that, "[f]our years after the spill, responses of estuarine fishes to oil pollution have been studied at organismal through population levels, and there is an emerging mismatch between consistent negative impacts detected among individual organisms and absence of measurable negative impacts among populations."[62]

5. *Limited Toxicity Regardless* – Finally, even if the studies relied upon by the United States were valid, the concentrations of PAHs that are purported to cause toxicity were rarely exceeded in the Gulf and would not change my previous opinion. Table 1 below shows the number and percent of water column samples that exceed the reported threshold values using the Incardona and Mager studies. Specifically, even if the United States' relied-upon toxicity methods were correct, the occurence of potential sublethal effects to individual organisms is still very limited in space and time, between 1% and 3.5% of the nearly 18,000 water samples collected during the environmental investigation.

|  | **Incardona et al PNAS 2014** | | | | **Mager ES&T 2014** | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Lowest Heart Rate IC50 Above 7.5 ug/L | | Lowest Arrhythmia EC50 Above 2.9 ug/L | | Swimming Performance Above 1.2 ug/L | |
|  | All Samples | Top 200m | All Samples | Top 200m | All Samples | Top 200m |
| # of exceedances | 183 | 88 | 377 | 213 | 628 | 389 |
| % of samples | 1.02% | 0.91% | 2.11% | 2.21% | 3.51% | 4.04% |

*Table 1. The number and percentage of samples exceeding reported toxicity endpoints in the recent papers cited by Dr. Rice. Note that the swimming performance data from Mager did not use a true toxicity experiment that could quantify a meaningful toxicity endpoint and the lowest Arrhythmia value from Incardona was based on a simple observation of "occurrence" (i.e., yes or no) and thus has no quantitative toxicological meaning. Data from the top 200 meters of the water are shown separately because it is where the embryo and larvae of many fish reside. Concentrations are TPAH based on 50 PAHs.*

---

[61] Fodrie, J.F., Able, K.W., Galvez, F., Heck, K.L., Jensen, O.P., Lopez-Duarte, P.C., Martin, C.W., Turner, R.E., Whitehead, A. 2014. Integrating Organismal and Population Responses of Estuarine Fishes in Macondo Spill Research. BioScience 64: 778-788. doi:10.1093/biosci/biu123.

[62] *Id*.