UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-968 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Re Preliminary Order Controlling Back-End Litigation Option ("BELO") Lawsuits]**

This order is entered as an interim order governing the filing of all BELO lawsuits arising out of the Medical Benefits Class Action Settlement Agreement (Rec. doc. 6427). Specifically, Section VIII of the Settlement Agreement specifies the conditions precedent to and ultimately the filing of a BELO lawsuit.

In the interest of judicial efficiency, the following rules are implemented pending entry of a Case Management Order by the Court:

1) Each lawsuit must be initiated by a complaint with a caption in the form attached to this order, specifically stating that the matter "Applies to: 12-968 BELO."

2) All discovery in any BELO lawsuit is stayed pending entry of a Case Management Order.

3) No BELO lawsuit may name any defendant other than BP Exploration & Production Inc. and BP America Production Company.

4) No BELO lawsuit may be filed as a class, mass, or aggregate action.

This order, as stated above, is an interim order and will be superseded by the Case Management Order that the Court intends to enter.

New Orleans, Louisiana, this 8th day of December, 2014.

CARL J. BARBIER
United States District Judge

Attachment A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO.** |
| **BP EXPLORATION & PRODUCTION, INC. AND BP AMERICA PRODUCTION COMPANY** | **DISTRICT JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |
| *Applies to: 12-968 BELO* | |

**COMPLAINT**