UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibits A, B, D, E, and F Under Seal (Rec. Doc. 13769):

IT IS HEREBY ORDERED, that BPXP's Motion is GRANTED; and it is further ORDERED that Exhibits A, B, D, E, and F to BPXP's Motion to Strike Opinions and Testimony of Charles F. Mason Regarding The Economic Effects Of the Deepwater Horizon Oil Spill On Real Estate Markets (Rec. Doc. 13768) are filed under seal pending further order of the Court..

New Orleans, Louisiana this 8th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE