UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>All cases | * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective December 8, 2014, the address of the Washington, D.C., office of Covington & Burling LLP, counsel for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., has changed.

Please direct all paper notices, orders, and other correspondence to Maureen F. Browne and Neil K. Roman at the following address:

>Maureen F. Browne
>Neil K. Roman
>COVINGTON & BURLING LLP
>One CityCenter
>850 Tenth Street, NW
>Washington, DC 20001-4956
>Telephone:     +1 202 662 6000

There is no change for electronic mail and ECF Notifications.

December 8, 2014                    Respectfully submitted,

>/s/ Don K. Haycraft
>Don K. Haycraft (Bar #14361)
>R. Keith Jarrett (Bar #16984)
>Liskow & Lewis
>701 Poydras Street, Suite 5000
>New Orleans, Louisiana 70139-5099
>Telephone: (504) 581-7979

    Facsimile: (504) 556-4108
*Attorney for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of December, 2014.

    /s/ Don K. Haycraft
    Don K. Haycraft