UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to:  No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by Defendant BP Exploration & Production Inc. ("BPXP") for Leave to File its Memorandum and Exhibits A and C Under Seal (R.D. 13778):

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further **ORDERED** that BPXP's Memorandum in Support of Its Motion to Exclude Certain Opinions and Testimony of Captain Mark VanHaverbeke (R.D. 13777) and its attached Exhibits A and C are filed under seal pending further order of the Court.

New Orleans, Louisiana, this 8th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE