UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibits B, C, and D Under Seal (Rec. Doc. 13781):

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibits B, C, and D to BPXP's Motion to Exclude the Reports and Testimony of Professor Fredric Quivik (Rec. Doc. 13780) are filed under seal pending further order of the Court.

New Orleans, Louisiana this 8th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE