UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section:  J (1) |
| THIS DOCUMENT RELATES: | |
| Case No.: 2:12-CV-970<br><br>_____ / | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF MANUAL ATTACHMENT

     Claimant, Lisa Haas, provides notice that the below listed documents are being filed by manual attachment so that they may be filed under seal pursuant to Pretrial Order No. 13, Order Protecting Confidentiality,[1] the Court's Order Regarding Settlement Implementation,[2] and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement.[3]

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

## MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

EXHIBIT 1: Claim Form

EXHIBIT 2: Eligibility Notice

EXHIBIT 3: Executed Full and Final Release, Settlement, and Covenant Not to Sue

---

[1] Rec. Doc. 641.
[2] Rec. Doc. 6573.
[3] Rec. Doc. 6822.