UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J (1) |
| THIS DOCUMENT RELATES: | |
| Case No.: 2:12-CV-970<br><br>_____ / | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM TO FILE UNDER SEAL MOTION TO ENFORCE SETTLEMENT AGREEMENT AND EXHIBITS THERETO

NOW INTO COURT, through undersigned counsel, comes Claimant, Habib Halili, who, pursuant to Pretrial Order No. 13, Order Protecting Confidentiality,[1] the Court's Order Regarding Settlement Implementation,[2] and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement,[3] respectfully requests to file under seal his Motion to Enforce Settlement Agreement and the exhibits thereto.

Mr. Halili believes that these documents contain confidential Claims Information as set forth in this Court's June 29, 2012, Order. Mr. Halili's Motion to Enforce Settlement Agreement necessarily includes information specific to his claims, including the amount of compensation to which he is entitled. Exhibit No. 1 to his motion is the claims documents he submitted to the Deepwater Horizon Economic Claims Center ("DHECC"). Exhibit No. 2 consists of the Eligibility Notice issued to him by DHECC. Exhibit No. 3 contains a correction to the amount

---

[1] Rec. Doc. 641.
[2] Rec. Doc. 6573.
[3] Rec, Doc. 6822

1

of compensation to which Mr. Halili is entitled by the DHECC. Exhibit No. 4 consists of e-mail correspondence between DHECC and Mr. Halili's attorneys. Lastly, Exhibit 5 is Mr. Halili's executed Full and Final Release, Settlement, and Covenant Not to Sue.

Accordingly, Mr. Halili believes that the confidential Claims Information contained in these documents requires that they each be filed under seal. Mr. Halili requests that the documents remain under seal for the duration of the multi-district litigation, MDL 2179: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. Lastly, Mr. Halili believes that the sealed documents should be made available to the Claims Administrator and his representatives, Class Counsel, and Counsel for BP Defendants.

WHEREFORE, Claimant, Habib Halili respectfully prays that the Court grant this motion and order that his Motion to Enforce Settlement Agreement and the exhibits thereto be filed under seal.

    Respectfully submitted,

    COSSICH, SUMICH, PARSIOLA
    & TAYLOR, LLC

BY: /s/ Mark E. Kaufman
    PHILIP F. COSSICH, JR., #1788 (T.A.)
    pcossich@cossichlaw.com
    DARREN D. SUMICH, #23321
    dsumich@cossichlaw.com
    DAVID A. PARSIOLA, #21005
    dparsiola@cossichlaw.com
    BRANDON J. TAYLOR, #27662
    btaylor@cossichlaw.com
    MARK E. KAUFMAN, #32526
    mkaufman@cossichlaw.com
    8397 Highway 23, Suite 100
    Belle Chasse, Louisiana 70037
    Telephone: (504) 394-9000
    Facsimile: (504) 394-9110

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Motion to File Under Seal will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2014.

/s/ Mark E. Kaufman