UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section: J (1)

THIS DOCUMENT RELATES:

Case No.: 2:12-CV-970

JUDGE BARBIER
MAG. JUDGE SHUSHAN

_____ /

Claimant, Habib Halili, provides notice that the below listed documents are being filed by manual attachment so that they may be filed under seal pursuant to Pretrial Order No. 13, Order Protecting Confidentiality,[1] the Court's Order Regarding Settlement Implementation,[2] and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement.[3]

**MOTION TO ENFORCE SETTLEMENT AGREEMENT**

**MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**

EXHIBIT 1: Claim Filing Packet, includes Claim Forms and Supporting Documents

EXHIBIT 2: Eligibility Notice

EXHIBIT 3: Claims Administrator's Office Interim File Review Report

EXHIBIT 4: E-mails from DHECC to Claimant's Counsel

EXHIBIT 5: Executed Full and Final Release, Settlement, and Covenant Not to Sue

---

[1] Rec. Doc. 641.
[2] Rec. Doc. 6573.
[3] Rec. Doc. 6822.