**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re:  Oil Spill by the Oil Rig "Deepwater**            **MDL No. 2179**
**Horizon" in the Gulf of Mexico, on**
**April 20, 2010**                                         **Section:  J (1)**

**THIS DOCUMENT RELATES:**

**Case No.: 2:12-CV-970**                                  **JUDGE BARBIER**
                                                            **MAG. JUDGE SHUSHAN**

_____ /


### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM TO FILE UNDER SEAL MOTION TO ENFORCE SETTLEMENT AGREEMENT AND EXHIBITS THERETO

NOW INTO COURT, through undersigned counsel, comes Claimant, Darlene Kimball

d/b/a Kimball's Seafood, who, pursuant to Pretrial Order No. 13, Order Protecting

Confidentiality,[1] the Court's Order Regarding Settlement Implementation,[2] and the Court's

Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the

*Deepwater Horizon* Economic and Property Damages Settlement,[3] respectfully requests to file

under seal her Motion to Enforce Settlement Agreement and the exhibits thereto.

Ms. Kimball believes that these documents contain confidential Claims Information as set

forth in this Court's June 29, 2012, Order.   Ms. Kimball's Motion to Enforce Settlement

Agreement necessarily includes information specific to her claim, including the amount of

compensation to which she is entitled.   Exhibit No. 1 to his motion is the claim form she

submitted to the Deepwater Horizon Economic Claims Center ("DHECC").   Exhibit No. 2

consists of the Eligibility Notice issued to her by DHECC.   Exhibit 3 is Ms. Kimball's Request

---

[1] Rec. Doc. 641.
[2] Rec. Doc. 6573.
[3] Rec, Doc. 6822

for Reconsideration concerning the claim at issue.   Exhibit 4 is the Post-Reconsideration

Eligibility Notice issued for the claim at issue.  Exhibit 5 is the Notice of BP Appeal.  Exhibit 6

is correspondence between the Appeals Coordinator and Ms. Kimball's and BP's counsel.

Exhibit 7 is the Notice of Appeal Panel Decision.   Exhibit 8 is correspondence between the

Claims Administrator's office and Ms. Kimball's counsel.  Lastly, Exhibit 9 includes both of Ms.

Kimball's executed Full and Final Releases, Settlements, and Covenant Not to Sues.

Accordingly, Ms. Kimball believes that the confidential Claims Information contained in

these documents requires that they each be filed under seal.  Ms. Kimball requests that the

documents remain under seal for the duration of the multi-district litigation, MDL 2179: In Re:

Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.  Lastly,

Ms. Kimball believes that the sealed documents should be made available to the Claims

Administrator and his representatives, Class Counsel, and Counsel for BP Defendants.

WHEREFORE, Claimant, Darlene Kimball respectfully prays that the Court grant this

motion and order that her Motion to Enforce Settlement Agreement and the exhibits thereto be

filed under seal.

Respectfully submitted,

COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC

BY:   /s/ Mark E. Kaufman
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DARREN D. SUMICH, #23321
dsumich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
MARK E. KAUFMAN, #32526

mkaufman@cossichlaw.com
8397 Highway 23, Suite 100
Belle Chasse, Louisiana  70037
Telephone:  (504) 394-9000
Facsimile:  (504) 394-9110

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to File Under Seal will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana via the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2014.


/s/ Mark E. Kaufman