UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section:  J (1) |
| THIS DOCUMENT RELATES: | |
| Case No.: 2:12-CV-970<br><br>_____ / | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## PROPOSED ORDER

Considering Darlene Kimball's *Ex Parte* Motion and Incorporated Memorandum to File under Seal Motion to Enforce Settlement Agreement and Exhibits Thereto and the Orders of this Court designating Claims Information as confidential,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that Darlene Kimball's Motion to Enforce Settlement Agreement and the exhibits thereto are hereby filed under seal.

New Orleans, Louisiana, this __ day of _____ 20__.

_____
**THE HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**

1