UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section:  J (1)

THIS DOCUMENT RELATES:

Case No.: 2:12-CV-970

JUDGE BARBIER
MAG. JUDGE SHUSHAN

_____ /

NOTICE OF MANUAL ATTACHMENT

Claimant, Darlene Kimball, provides notice that the below listed documents are being filed by manual attachment so that they may be filed under seal pursuant to Pretrial Order No. 13, Order Protecting Confidentiality,[1] the Court's Order Regarding Settlement Implementation,[2] and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement.[3]

MOTION TO ENFORCE SETTLEMENT AGREEMENT

MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

EXHIBIT 1: Claim Form

EXHIBIT 2: Eligibility Notice

EXHIBIT 3: Request for Reconsideration

EXHIBIT 4: Post Reconsideration Eligibility Notice

EXHIBIT 5: Notice of BP Appeal

EXHIBIT 6: E-Mail regarding Policy 495 Decision

EXHIBIT 7: Notice of Appeal Panel Decision

EXHIBIT 8: E-mail regarding Claim Status

EXHIBIT 9: Executed Full and Final Releases, Settlements, and Covenants Not to Sue

---

[1] Rec. Doc. 641.
[2] Rec. Doc. 6573.
[3] Rec. Doc. 6822.