UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>         "Deepwater Horizon" in the Gulf<br>         of Mexico, on April 20, 2010<br><br>**This Pleading Relates To**<br>• **10-4182** (*Alabama v. BP*)<br>• **10-4183** (*Alabama v. Transocean, et. al*)<br>• **13-2645** (*Alabama v. Anadarko & MOEX*)<br>• **13-2646** (*Alabama v. Transocean*)<br>• **13-2647** (*Alabama v. Halliburton*)<br>• **13-2813** (*Alabama v. BP*) | **MDL No. 2179**<br>**SECTION: J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

**STATE OF ALABAMA'S MOTION TO ENTER AN ORDER
GOVERNING THE PRODUCTION OF CONFIDENTIAL INFORMATION**

The State of Alabama requests the Court enter an order governing the production of certain confidential information for the following reasons:

1. The Court's July 16, 2014 Order dictates that the Alabama Department of Labor ("Labor") and the Alabama Department of Economic and Community Affairs ("ADECA") respond to Defendants' discovery requests. Rec. Doc. 13149 at 1-2.

2. ADECA and Labor possess responsive documents that contain statutorily protected personal identification information ("PII") and unemployment compensation ("UC") information.

3. The State has a duty to protect its citizens' PII and UC information. *See, e.g.,* 20 CFR §603.7(a) (outlining the State's duty to resist disclosure of UC information). Based on the Court's July 16 Order and other statements of the Court, however, the State understands that these documents must be disclosed despite the State's general duty to resist such disclosure. *See, e.g.,* 20 CFR §603.5(h) (requiring disclosure of UC information in response to a Court order);

603.7(b)(1) (creating an exception to the State's 'duty to resist' where in response to a Court order mandating disclosure).

4. The Parties have negotiated a proposed order that would govern the production and protection of documents containing PII and UC information. The Parties agree on all but two provisions. Pursuant to the Court's December 4, 2014 Order, Rec. Doc. 13757, the State submits with this motion (a) its proposed order and (b) a 2-page brief in support.

### REQUEST FOR RELIEF

The State requests the Court adopt and enter the State's proposed order governing the production of confidential PII and UC information.

Respectfully submitted on December 9, 2014.

LUTHER J. STRANGE
*Attorney General*

/s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email:  cmaze@ago.state.al.us

Attorneys for the State of Alabama

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 9, 2014.

    /s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*