UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to: *All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

MOTION FOR RE-APPOINTMENT OF
PLAINTIFFS' CO-LIAISON COUNSEL, THE PLAINTIFFS' EXECUTIVE
COMMITTEE, AND THE PLAINTIFFS' STEERING COMMITTEE

NOW COME the duly appointed Plaintiffs' Co-Liaison Counsel, members of Plaintiffs' Executive Committee, and ex-officio members of the Plaintiffs' Steering Committee ["PSC"], James Parkerson Roy and Stephen J. Herman, to request the re-appointment of Plaintiffs' Co-Liaison Counsel, the Plaintiffs' Executive Committee, and the PSC.  Specifically, they request that the following counsel be re-appointed to the PSC for a term of one year from October 1, 2014, through September 30, 2015:

- Brian Barr
- Jeffery A. Breit
- Elizabeth J. Cabraser
- Philip F. Cossich, Jr.
- Robert T. Cunningham
- Alphonso Michael Espy
- Calvin C. Fayard, Jr.
- Robin L. Greenwald

- Ervin A. Gonzalez
- Rhon E. Jones
- Matthew E. Lundy
- Michael C. Palmintier
- Joseph F. Rice
- Paul M. Sterbcow
- Scott Summy
- Conrad S. P. Williams

Additionally, Messrs. Roy and Herman request that (1) they be re-appointed as Plaintiffs' Co-Liaison Counsel, as ex-officio members of the PSC, and (2) they, along with Brian Barr and Scott Summy, be re-appointed to the Plaintiffs' Executive Committee.

**WHEREFORE**, Plaintiffs' Co-Liaison Counsel, James Parkerson Roy and Stephen J. Herman, respectfully request an Order re-appointing Plaintiffs' Co-Liaison Counsel, the Plaintiffs' Executive Committee, and the PSC, as set forth herein.

Respectfully submitted,

| | |
|---|---|
| ____/s/   Stephen J. Herman____ | ____/s/ James Parkerson Roy____ |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue | **EDWARDS & COLOMB, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax. No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
| | *Plaintiffs Liaison Counsel* |

**CERTIFICATE OF SERVICE**

      We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 9th day of December, 2014.

                                                /s/ Stephen J. Herman and James Parkerson Roy