

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 04, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31321    In re: Deepwater Horizon
                       USDC No. 2:10-MD-2179
                       USDC No. 2:12-CV-311

Enclosed is an order entered in this case.

Please be advised the designation of the record must be filed in the District Court, and counsel must also provide the Fifth Circuit a copy of the designation, at the time of filing.

The designation must be filed within 14 days from the above date.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Connie Brown, Deputy Clerk
                                     504-310-7671

Ms. Judy Y. Barrasso
Mr. William W. Blevins
Mr. Phillip A. Wittmann

