UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: Case No. 10-4536 ……………………………………………….... | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

STIPULATED FACTS CONCERNING
ANADARKO'S HISTORY OF PRIOR VIOLATIONS

Anadarko Petroleum Corporation ("Anadarko")[1] and the United States (collectively, the "Parties") hereby stipulate to the facts set forth below.

The United States by entering into this stipulation agrees that all of the following Stipulated Facts are correct but does not stipulate that this list comprises the full universe of violations as to Anadarko. Such a stipulation would require a thorough investigation of numerous federal, state and local files. The United States does not intend to present affirmatively any other evidence under this penalty factor at trial.

By agreeing to these stipulated facts, the Parties do not waive any arguments they may have regarding the relevance of this factor or the facts below. The Parties also reserve the right to present or rebut any additional facts and evidence related to the history below in any other phase in this case, or any other civil action.

STIPULATED FACTS

1. Anadarko paid a penalty of $4,500 for alleged permit violations occurring on a facility offshore in the Gulf of Mexico in 2004 and 2005.[2] Anadarko also paid $17,500 for a supplemental environmental project.[3]

2. Anadarko paid a penalty of $500 for violation(s) of CWA Section 311 in the Gulf of Mexico related to a discharge of approximately two gallons of oil occurring on June 20, 2005.[4]

---

[1] The United States has agreed not to pursue any claim for a Clean Water Act penalty against Anadarko E&P Company LP. *See* Stipulated Order Regarding Anadarko Entities at ¶2, MDL No. 2179 (E.D. La. Feb. 29, 2012) [Rec. Doc. 5930].

[2] Consent Agreement and Final Order, U.S.E.P.A. Region 6, Docket No. CWA-06-2007-1718.

[3] Letter from Linda R. Shead, Program Director, The Trust for Public Land, to Susan Hathcock, Regulatory Affairs Manager, Anadarko Petroleum Corp. (July 9, 2007) (on file with Anadarko Petroleum Corp.).

3. Anadarko paid a penalty of $5,334.58 for violation(s) of CWA Section 311 in the Gulf of Mexico related to a discharge of approximately fifteen barrels of synthetic based mud occurring on June 23, 2005.[5]

4. Anadarko paid a penalty of $250 for violation(s) of CWA Section 311 in the Gulf of Mexico related to a discharge of approximately one gallon of crude oil occurring on May 10, 2005.[6]

5. Anadarko paid a penalty of $500 for violation(s) of CWA Section 311 in the Gulf of Mexico related to a discharge of approximately two gallons of crude oil occurring on August 24, 2006.[7]

6. Anadarko paid a penalty of $250 for violation(s) of CWA Section 311 in the Gulf of Mexico related to a discharge of approximately 0.5 gallon of crude oil occurring on May 14, 2009.[8]

7. Anadarko paid a penalty of $250 for violation(s) of CWA Section 311 in the Gulf of Mexico related to a discharge of approximately 0.4 gallon of oil occurring in August of 2009.[9]

8. Anadarko paid a penalty of $250 for violation(s) of CWA Section 311 in the Gulf of Mexico related to a discharge of less than one gallon of crude oil occurring on December 26, 2009.[10]

9. Anadarko paid a penalty of $1,000 for violation(s) of CWA Section 311 in the Gulf of Mexico related to a discharge of approximately three barrels of synthetic based mud occurring on April 21, 2010.[11]

---

[4] Notice of Violation from U.S. Coast Guard to Anadarko Petroleum Corp., NRC Case # 762811 (June 23, 2004).

[5] Consent Agreement and Final Order, U.S.E.P.A. Region 6, Docket No. CWA-06-2006-1777.

[6] Notice of Violation from U.S. Coast Guard to Anadarko Petroleum Corp., NRC Case # 796750 (June 2, 2006).

[7] Notice of Violation from U.S. Coast Guard to Anadarko Petroleum Corp., NRC Case # 808974 (Sept. 14, 2006).

[8] Notice of Violation from U.S. Coast Guard to Anadarko Petroleum Corp., NRC Case # 905609 (Aug. 21, 2009).

[9] Notice of Violation from U.S. Coast Guard to Anadarko Petroleum Corp., NRC Case # 916216 (Oct. 22, 2009).

[10] Notice of Violation from U.S. Coast Guard to Anadarko Petroleum Corp., NRC Case # 927142 (Jan. 8, 2010).

10. In August, 2009, the court entered a consent decree between the United States and Anadarko to pay a penalty of $1,050,000.00 related to discharges of oil in violation of CWA Section 311(b) from certain onshore oil production facilities in Wyoming and Montana and violations of regulations implementing CWA Section 311(j). [12]

IT IS SO ORDERED.

DATED: December ____, 2014         _____
                                   **Carl Barbier**
                                   **United States District Judge**


                                   Respectfully submitted,

DATED: December 9, 2014            **MORGAN, LEWIS & BOCKIUS LLP**

                                    /s/ Jim Dragna_____
                                   James J. Dragna
                                   jim.dragna@morganlewis.com
                                   Morgan, Lewis & Bockius LLP
                                   355 South Grand Avenue
                                   Suite 4400
                                   Los Angeles, California 90071-3106
                                   Telephone (213) 680-6436
                                   Facsimile (213) 680-8636

                                   Ky E. Kirby
                                   ky.kirby@morganlewis.com
                                   Thomas R. Lotterman
                                   thomas.lotterman@morganlewis.com
                                   David B. Salmons
                                   david.salmons@morganlewis.com
                                   Bryan M. Killian
                                   bryan.killian@morganlewis.com
                                   Randall M. Levine

---

[11] Notice of Violation from U.S. Coast Guard to Anadarko Petroleum Corp., NRC Case # 937787 (Sept. 15, 2010).

[12] *United States v. Anadarko Petroleum Corp., et al.,* Civil Action No. 09-cv-100-WFD, Rec. Doc. 9 (August 24, 2009).

randall.levine@morganlewis.com
Morgan, Lewis & Bockius LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

*Attorneys for Anadarko Petroleum Corporation*

| | |
|---|---|
| JOYCE R. BRANDA | NANCY FLICKINGER |
| Acting Assistant Attorney General | Senior Attorney |
| Civil Division | RICHARD GLADSTEIN |
| PETER FROST | PATRICK CASEY |
| Director, Torts Branch, Civil Division | Senior Counsel |
| Admiralty and Aviation | A. NATHANIEL CHAKERES |
| STEPHEN G. FLYNN | JUDY HARVEY |
| Assistant Director | RACHEL KING |
| SHARON SHUTLER | ERICA PENCAK |
| MALINDA LAWRENCE | ABIGAIL ANDRE |
| LAURA MAYBERRY | RACHEL HANKEY |
| Trial Attorneys | BRANDON ROBERS |
| | Trial Attorneys |
| R. MICHAEL UNDERHILL, T.A. | |
| Attorney in Charge, West Coast Office | |
| Torts Branch, Civil Division | /s/ Steven O'Rourke |
| U.S. Department of Justice | STEVEN O'ROURKE |
| | Senior Attorney |
| SAM HIRSCH | Environmental Enforcement Section |
| Acting Assistant Attorney General | U.S. Department of Justice |
| Environment & Natural Resources Division | P.O. Box 7611 |
| SARAH HIMMELHOCH | Washington, D.C. 20044 |
| Senior Litigation Counsel | Telephone: 202-514-2779 |

4

Facsimile:  202-514-2583
E-mail:  steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
*Attorneys for the United States of America*

Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 9, 2014.

                                                                       /s/ *James J. Dragna*
                                                                         James J. Dragna