# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>    No. 10-4536 | *<br>*<br>*<br>*<br>* | <br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## BPXP'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE RELATED TO CRIMINAL PROCEEDINGS

On February 21, 2013, the Court ordered that certain material related to criminal proceedings would be excluded from the Phase One trial, specifically: (1) the Information against BPXP and (2) the Indictments/Superseding Indictments against Robert Kaluza, Donald Vidrine, and David Rainey.  Rec. Doc. 8651.  On September 11, 2013, the Court ordered that this same material would be excluded from the Phase Two trial and that the Indictment, Superseding Indictment, and Second Superseding Indictment from *United States v. Mix*, Cr. No. 12-171 (E.D. La.), Rec. Docs. 7, 215, 424, would also be excluded from the Phase Two trial.  Rec. Doc. 11367.  The Court did not specifically limit this ruling to the Phase Two trial; however, in an abundance of caution BPXP hereby moves for an order precluding parties from introducing this same material in the Penalty Phase trial.

To ease the burden on the Court, BPXP has not filed an additional memorandum in support of this motion and hereby incorporates the previously filed Memorandum in Support of its Phase One motion and the related briefing, (Rec. Docs. 8296, 8381, and 8486).

Date: December 9, 2014                              Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2014.

                                                      <u>/s/ Don K. Haycraft</u>
                                                      Don K. Haycraft