UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**BPXP'S MOTION FOR JUDICIAL NOTICE OF PRIOR CIVIL PENALTIES**

Defendant BP Exploration & Production Inc. ("BPXP") respectfully requests that for the reasons set forth in the accompanying Memorandum, the Court take judicial notice of civil penalties assessed by federal district courts (after trial or in court-approved settlements) in the following  environmental cases:

1. *United States v. A.A. Mactal Const. Co. Inc.*, No. 89-2372-V, 1992 WL 245690 (D. Kan. Apr. 10, 1992) (attached hereto as Exhibit 1);

2. *United States v. Midwest Suspension & Brake*, 824 F. Supp. 713 (E.D. Mich. 1993) (attached hereto as Exhibit 2);

3. *United States v. Mun. Auth. of Union Twp. ("Dean Dairy")*, 929 F. Supp. 800 (M.D. Pa. 1996) (attached hereto as Exhibit 3);

4. *United States v. Vista Paint Corp.*, No. EDCV 94-0127 RT, 1996 WL 477053 (C.D. Cal. Apr. 16, 1996) (attached hereto as Exhibit 4);

5. *United States v. Avatar Holdings, Inc. ("Florida Cities")*, No. 93-281-CIV-FTM-21, 1996 WL 479533 (M.D. Fl. Aug. 20, 1996) (attached hereto as Exhibit 5);

6. *United States v. Smithfield Foods, Inc.*, 972 F. Supp. 338 (E.D. Va. 1997) (attached hereto as Exhibit 6);

7. *United States v. Gulf Park Water Co., Inc.*, 14 F. Supp. 2d 854 (S.D. Miss. 1998) (attached hereto as Exhibit 7);

8. *United States v. Donovan*, 466 F. Supp. 2d 595 (D. Del. 2006) (attached hereto as Exhibit 8);

9. *Sierra Club v. MasTec N.A.*, Nos. 03-1697-HO & 06-6071-HO, 2009 WL 426205 (D. Or. Feb. 19, 2009) (attached hereto as Exhibit 9);

10. *Sierra Club v. Franklin Cnty. Power of Ill., LLC*, 670 F. Supp. 2d 825 (S.D. Ill. 2009) (attached hereto as Exhibit 10);

11. *United States v. Scruggs*, No. G-06-776, 2009 WL 500608 (S.D. Tex. Feb. 26, 2009) (attached hereto as Exhibit 11);

12. *United States v. Bedford*, No. 2:07-cv-491, 2009 WL 1491224 (E.D. Va. May 22, 2009) (attached hereto as Exhibit 12);

13. *Sierra Club v. City of Colo. Springs*, No. 05-cv-01994, 2009 WL 2588696 (D. Colo. Aug. 20, 2009) (attached hereto as Exhibit 13);

14. *Ogeechee-Canoochee Riverkeeper, Inc. v. T.C. Logging, Inc.*, No. 608cv064, 2010 WL 1009797 (S.D. Ga. March 18, 2010) (attached hereto as Exhibit 14);

15. *United States v. Righter*, No. 1:08-cv-0670, 2010 WL 4977046 (M.D. Pa. Dec. 2, 2010) (attached hereto as Exhibit 15);

16. *Stephens v. City of Morristown*, No. 2:08-cv-96, 2011 WL 797673 (E.D. Tenn. March 1, 2011) (attached hereto as Exhibit 16);

17. *United States v. Egan Marine Corp.*, No. 08 C 3160, 2011 WL 8144393 (N.D. Ill. Oct. 13, 2011) (attached hereto as Exhibit 17);

18. *Idaho Conservation League v. Atlanta Gold Corp.*, 879 F. Supp. 2d 1148 (D. Id. 2012) (attached hereto as Exhibit 18);

19. *In re: Deepwater Horizon Oil Spill*, Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., No. 2:10-md-2179, Rec. Doc. 8157-1 (E.D. La. Jan. 3, 2013) (attached hereto as Exhibit 19);

20. *United States v. Hyundai Motor Co.*, No. 1:14-cv-01837, Rec. Doc. 2-1 (D.D.C. Nov. 3, 2014) (attached hereto as Exhibit 20);

21. *In re: Deepwater Horizon Oil Spill*, Consent Decree Between the United States and MOEX Offshore 2007 LLC, No. 2:10-md-2179, Rec. Doc. 6698 (E.D. La. June 18, 2012) (attached hereto as Exhibit 21);

22. *United States v. Colonial Pipeline Co.*, No. 1:00-cv-3142, Rec. Doc. 192 (N.D. Ga. June 16, 2013) (attached hereto as Exhibit 22); and

23. *United States v. Alpha Natural Resources, Inc.*, No. 2:14-cv-11609, Rec. Doc. 11 (S.D.W.V. Nov. 26, 2014) (attached hereto as Exhibit 23).

Date: December 9, 2014  Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Joel M. Gross
Brian D. Israel
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2014.

/s/ Don K. Haycraft  
Don K. Haycraft