UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 10-4536 | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**BPXP'S MOTION *IN LIMINE* TO PRECLUDE THE UNITED STATES FROM INTRODUCING EVIDENCE FOR THE PURPOSE OF ESTABLISHING THE LIABILITY OF BP GROUP ENTITIES OTHER THAN BPXP**

For the reasons expressed in the accompanying memorandum of law, BP Exploration & Production Inc. ("BPXP") respectfully requests that the Court enter an order precluding the United States from introducing evidence at the Penalty Phase trial for the purpose of establishing the liability of BP Group entities other than BPXP, either under the Clean Water Act or under a veil-piercing theory.

Dated: December 9, 2014

Respectfully submitted,

By: /s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile:  (504) 556-4108

        Robert C. "Mike" Brock
        Kirkland & Ellis LLP
        655 Fifteenth Street, N.W.
        Washington, D.C. 20005
        Telephone:  (202) 879-5000
        Facsimile:  (202) 879-5200

        Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Hariklia ("Carrie") Karis, P.C.
        Matthew T. Regan, P.C.
        Kirkland & Ellis LLP
        300 North LaSalle Street
        Chicago, Illinois  60654
        Telephone: (312) 862-2000

        ***Attorneys for BP Exploration &***
        ***Production Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2014.

/s/ Don K. Haycraft