# Exhibit A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, IL 60654

Mark J. Nomellini
To Call Writer Directly:
(312) 862-2410
mark.nomellini@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

May 6, 2014

**VIA E-MAIL**

Nancy Flickinger
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 200044
nancy.flickinger@usdoj.com

    Re:  In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179

Dear Nancy:

  Thank you for the telephonic meet and confer April 23 and April 25, 2014 and your letter dated April 25, 2014.

  The United States served draft discovery for the Penalty Phase on January 17, 2014. At the hearing on March 21, Judge Barbier commented on certain of the United States' draft requests. Judge Barbier stated: "I think that the government's request for discovery seemed way, way tremendously overbroad, beyond the scope of what is necessary here." (March 21, 2014 Transcript, at 50). While the Court permitted *some* discovery by the United States into BPXP's corporate relationships within the BP Group, it ordered that there be only "*limited* discovery regarding the relationship between BP p.l.c., BPXP, and other BP affiliates." Minute Order for March 21, 2014 Status Conference (Rec. Doc. 12592) (emphasis added).

  On April 4, 2014, the United States served its discovery requests, and (at the Court's direction) it served revised discovery requests on April 18. Notwithstanding Judge Barbier's comments at the March 21 hearing, the United States' discovery remains "way, way tremendously overbroad, beyond the scope of what is necessary." To the extent the United States did make changes, they were relatively minor. For example, the United States' original requests asked for Board resolutions and decisions, officer meeting resolutions and decisions,

Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai  Washington, D.C.

## KIRKLAND & ELLIS LLP

Nancy Flickinger
May 6, 2014
Page 2

and minutes each for eight different BP Group entities for nearly the past ten years. The United States made minor changes in its revised requests, asking for Board and officer meeting resolutions and decisions for six different BP Group entities for nearly the past seven years, and combining what were previously two separate requests for Board documents and officer documents into a single consolidated request.

On April 23, during the parties' meet and confer discussion, the United States asked whether BPXP could make an initial production on April 24, in order to focus the parties' discussions on April 25. On April 24, BPXP produced approximately 1,800 pages of documents, including documents specifically requested by the United States.

Below is a discussion of certain of the individual requests discussed by the parties during our meet and confer meetings, together with a discussion of compromises regarding the production of non-privileged documents offered by BPXP. (The discussion below does not capture all of the requests, nor is it an exhaustive account of what was discussed with respect to any particular request.) Although the United States has made some compromises, they have been minimal, such as changing the start date for RFP 1 from 2005 to 2007. We are hopeful that the documents produced by BPXP, and the compromises offered by BPXP, will assist the United States in focusing its requests, in the spirit of Judge Barbier's March 21 comments regarding the United States' "tremendously overbroad" discovery.

RFP 1:

The United States has requested financial information for six different BP entities for a nearly ten year period. BPXP has produced or will produce the public quarterly and annual financial statements of BP p.l.c. to the extent available for 2009 to the present, and the annual financial statements of BP America Inc. and BP Corporation North America Inc. for 2013. In addition, BPXP has produced 2013 unaudited financial reports for BPXP. As of the time of trial in 2015, BP p.l.c.'s quarterly financial reports and BPXP's quarterly financial reports prepared in 2014 will be the most recent. As we discussed during our meet and confers and as set forth in our document request responses, each set of financial information also includes balance sheet, income statement, and cash flow information for prior years.

During our discussions, the United States indicated that it believed we should be able to locate a single Excel spreadsheet containing consolidating financial statement information for all BP entities in the United States' request, for all of the requested periods. The United States stated that it would prefer such a spreadsheet to production of financial statements.

<div style="text-align:center">**KIRKLAND & ELLIS LLP**</div>

Nancy Flickinger
May 6, 2014
Page 3

The United States also asked "hypothetically" whether, if RFP 1 were focused solely on BPXP, BPXP would be willing to produce information prior to 2012. BPXP will produce an Excel spreadsheet containing BPXP's trial balances for the 2009 to 2013 period. BPXP will update this production with 2014 trial balance information, when it is available.

Based upon our reasonable inquiry, we have not located a single Excel spreadsheet containing consolidating financial statement information for all of the non-BPXP entities that are the subject of the United States' requests. BP p.l.c. publicly discloses its consolidated Financial and Operating Information on a quarterly basis in a single Excel document, but the information contained therein is not segregated by legal entity.

The United States indicated that, in addition to the entities for which BPXP has already agreed to produce financial information, the United States also seeks financial statements for BP America Production Company and BP Holdings North America. BPXP will produce recent financial information for these entities as available. However, there may be certain periods and entities for which the requested materials do not exist for these and other entities. For example, based upon our reasonable inquiry, we understand that BP America Production Company financial reports were prepared for the second and third quarters of 2013, but that other financial reports for BP America Production Company have not been prepared to date for 2012 or 2013. BP Holdings North America audited financial statements exist for 2012, but do not yet exist for 2013. Based upon our reasonable inquiry, we understand that separate BP Company North America Inc. financial reports or statements have not been and are not currently prepared. Financial information for BP p.l.c. is publicly available for many years.

RFP 2:

Each year, BP America Inc. files a consolidated US federal tax return that includes each of the US-based BP Group entities listed in RFP 2. The annual consolidated financial statements for BP America Inc. (which also include each of the US-based BP Group entities listed in RFP 2) serve as the starting point for the BP America Inc. federal tax return, contain financial information upon which the tax return is based, and also take into account BP America Inc.'s tax liabilities at the federal, state, and local levels. Accordingly, the financial information reflected in BP America Inc.'s tax return does not provide additional information relevant to the issues in the Penalty Phase, beyond what is already provided in the financial statements.

During our discussion on April 23, the United States first indicated that it could not know what relevant information might exist in the tax returns that do not exist in financial statements, because BPXP had not yet produced any documents. The United States then stated that information about "after tax costs" may be relevant. Please let us know whether, in light of

KIRKLAND & ELLIS LLP

Nancy Flickinger
May 6, 2014
Page 4

BPXP's production to date, it still believes that tax returns contain unique relevant information and, if so, what that information is.

RFP 3

RFP 3 seeks documents relating to "Material Transactions with BPXP, including all policies or practices affecting the pricing of such transactions for each year, 2005-2014." As disclosed in its responses, subject to its objections, BPXP will conduct a reasonable search for: (1) non-privileged documents sufficient to summarize the accounts payable and accounts-receivable balances between BPXP and other BP entities as of quarterly and annual periods in 2013 and 2014; (2) financing or loan agreements between BPXP and other BP entities for the time period January 1, 2009 to the present; (3) non-privileged documents sufficient to summarize policies relating to the pricing of intra-Group debt between BPXP and other BP entities for the time period January 1, 2009 to the present; (4) non-privileged documents sufficient to summarize injections of equity by BP entities into BPXP from January 1, 2009 to the present; and (5) the services agreements between BPXP and BP America Production Company dated December 31, 2005 and dated December 31, 2001. BPXP will also produce an Excel spreadsheet containing the BPXP trial balances for the time period 2009 to 2013.

On April 23, the United States asked for a list of transactions involving BPXP and other BP entities, by category, in amounts exceeding $100 million. On April 25, the United States changed its request to include transactions exceeding $1 million.

Based upon its reasonable inquiry, BPXP has determined that the number of transactions entered into by BPXP makes the United States' request for a list of all transactions exceeding $1 million overly broad and unduly burdensome, particularly in light of the other documents that are being produced.

RFP 4

Notwithstanding our request during the meet and confer, the United States did not narrow its extremely overbroad request for "all spreadsheets and computations evaluating . . . financial projections" for seven different entities. This request remains extremely overbroad.

To the extent that BPXP has not already produced them, BPXP will conduct a reasonable search for: (1) the Standard Measure of Oil and Gas ("SMOG") analysis for Gulf of Mexico assets; (2) credit agency reports relating to BP entities for the period from January 1, 2009 to the present; (3) unaudited financial reports sufficient to summarize certain financial data for BPXP to the extent available for 2013 and 2014, including summaries of certain balance sheet, income-

<div style="text-align:center">**KIRKLAND & ELLIS LLP**</div>

Nancy Flickinger
May 6, 2014
Page 5

statement, and cash-flow information; (4) quarterly and annual financial statements of BP p.l.c. to the extent available for 2013 and 2014; and (5) the annual financial statements of BP America Inc. and BP Corporation North America Inc. for 2013.

RFP 5

The United States suggested during our meet and confer discussion that it seeks correspondence from Board members in an effort to show that BPXP's Board is not a real, functioning Board. This is a veil-piercing inquiry. However, Pat Casey and Richard Gladstein each indicated, in discussions on April 16 and April 23, respectively, that the United States is not seeking to pursue a legal theory in this case that involves any attempt to pierce the corporate veil of defendant BPXP.

In addition, the United States' list of board members for BP Group entities in this request is not currently accurate. BPXP's document production will correctly identify the officers and directors of BPXP from April 20, 2010 to the present.

RFP 6

Request for production 6 seeks "Board of Director, Board of Director committee, and officer meeting resolutions and decisions" for six different entities for seven years.

BPXP will undertake a reasonable search for BPXP resolutions for the time period from 2009 to the present.

During our discussions, the United States did not narrow its overbroad request.

RFP 7

The United States' request seeks "all documents, including any organizational charts, that identify and describe how BPXP, BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., BP America Inc., BP Holdings North America, and BP plc relate functionally or operationally to the BP Exploration and Production business segment and the Gulf of Mexico Strategic Performance Unit ("GOM SPU"), including any documents that identify the officers and management of each entity and their position within or relationship to the BP Exploration and Production business segment and the GOM SPU for each year, 2005-2014."

BPXP will conduct a reasonable search for: (1) an organizational chart sufficient to show the relationship between BPXP and its parent companies; (2) documents sufficient to identify its

# KIRKLAND & ELLIS LLP

Nancy Flickinger
May 6, 2014
Page 6

officers and directors from April 20, 2010 to the present; and (3) the services agreements between BPXP and BP America Production Company dated December 31, 2005 and dated December 31, 2001.

During our meet and confer, the United States requested an organizational chart showing how the GOM SPU relates to the BP Group entities set forth in the request. BPXP will undertake a reasonable search for such a chart.

RFP 8

The United States seeks all guarantees of BPXP's obligations for a ten year period.

BPXP will undertake a reasonable search for non-privileged documents sufficient to show BP Corporation North America Inc.'s and BP p.l.c.'s guarantees relating to the Macondo well, the Incident, and the Response. In response to your request during the meet and confer, BPXP will also undertake a reasonable search for guarantees of BPXP obligations by BP entities, for the time period 2009 to the present, that are not related to the Macondo well, the Incident, and the Response.

RFP 10

The United States has requested "all documents reflecting BPXP, BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., BP America Inc., BP Holdings North America, and BP plc policies and targets for key financial ratios or measures, including but not limited to Net Debt to Adjusted Capital, Current Ratio, Quick Ratio, and Free Cash Flow, for each year, 2005-2014."

BPXP will undertake a reasonable search for credit agency reports relating to BP entities for which such reports exist for the period from January 1, 2009 to the present.

The United States has asked BPXP whether the credit rating agency reports are reliable. Given the number of reports, the time frame involved, and the number of entities involved, this is an overbroad request.

Also, following up on our April 25 discussion, based on our reasonable inquiry, we do not believe that the financial information we have produced for BPXP, BP Corporation North America Inc., and BP America Inc. contain policies for key financial ratios.

RFP 11

# KIRKLAND & ELLIS LLP

Nancy Flickinger
May 6, 2014
Page 7

      The United States' comments during the April 25 meet and confer suggested to us that, for this request, the United States is focused on: (1) financial analysis relating to the indemnification and guarantee discussed in the request; and (2) how the indemnitor and/or guarantor was selected. If that is not correct, please let us know.

      BPXP will conduct a reasonable search for BPXP and BP Corporation North America Board resolutions "relating to BPCNA's indemnification agreement with Anadarko for Macondo well costs, and all documents reflecting the basis for BPCNA's guarantee of BPXP's Guilty Plea Agreement payments, United States v. BP Exploration & Production, Inc., No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), and the resulting Judgment (E.D. La. Jan. 29, 2013)."

RFP 12

      BPXP will conduct a reasonable search for non-privileged documents sufficient to summarize BPXP's payments of dividends from 2007 to the present. As you are aware, no such dividends have been paid since April 20, 2010.

RFP 15

      The United States seeks documents "that describe and identify all asset divestment sale proceeds used to meet the obligations arising from the Incident including, the assets sold, the dates of the sales, the owners of the assets sold, amounts received from the sales, and which BP entity received the amounts from the sales, for the period 2009 to present." In connection with this request, the United States indicated that it seeks, among other things, closing documents for all such transactions. This request is overbroad.

      BPXP agreed to produce "documents sufficient to summarize divestments by the BP Group since April 20, 2010: (1) the BP p.l.c. Investor Update presentation dated March 4, 2014; (2) the BP Annual Reports and Forms 20-F 2010-2013; and (3) the BP p.l.c. 4Q & Full Year 2013 Results Presentation dated February 4, 2014."

RFP 17

      The United States asked six questions seeking certain categories of information with respect to Macondo-related payments and liabilities. We indicated that we would consider the United States' request. The United States indicated in our call on April 30 that, by providing this information, BPXP may pave the way for discussions relating to stipulations.

Case 2:10-md-02179-CJB-DPC   Document 13812-2   Filed 12/09/14   Page 9 of 9

<div style="text-align:center">**KIRKLAND & ELLIS LLP**</div>

Nancy Flickinger
May 6, 2014
Page 8


                        Sincerely,

                        /s/  Mark J. Nomellini


cc:   Robert C. "Mike" Brock
      J. Andrew Langan, P.C.
      Hariklia Karis, P.C.