# Exhibit B

01-45956
LC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
|---|---|---|

## CONFIDENTIAL
## PENALTY PHASE
## EXPERTS

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Fredric Quivik

### October 14, 2014

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    your view, in those cases, correct?

2        A.   Well, I don't recall that the other side tried to

3    present opposing views on those questions.

4        Q.   Is -- is there any historical text or periodical

5    where I could go to to look -- to find a definition from

6    historical perspective of the word "manage"?

7        A.   Yes.

8        Q.   Okay.  And what -- what historical text or

9    periodical could I look at to find the definition of the word

10   "manage"?

11       A.   The first one that comes to mind is a text I've

12   often used in the mining industry.  It's by an author named

13   George Young called Elements of Mining; and it's an overview

14   of the different facets of a mining enterprise, some technical

15   and some related to the business aspects, including management

16   of the enterprise.

17       Q.   Does that text apply to the oil extraction industry?

18       A.   It applies to -- it's an extraction industry

19   generally, but as I said, it's for the mining industry.

20   Another text that comes to mind is a text I cited in my expert

21   report, Chandler's -- oh, what's the -- The Visible Hand,

22   which is a history of the management of large and complex

23   corporate enterprises.

24       Q.   Okay.  So if I were to look at those texts, I could

25   find a definition of the word "manage" from an historian's

```
1   perspective?

2       A.   Well, if you mean a definition the way we would see

3   it in a dictionary, I'm not sure if we could point to that one

4   line.  But the word "manage", "manager", "management", is

5   amply laid out in -- in those texts.

6       Q.   Okay.  But -- but there's nothing in those texts

7   that says this is what we mean when we use the word "manage"

8   as historians, this is how we define it, correct?

9       A.   I won't say yes or no.  They are replete with

10  descriptions of what they mean by manage; but I don't know if

11  there's a nice little one-liner that I could show you.

12      Q.   Okay.  And as you sit here today, you're not aware

13  of a historical text or periodical that says this is what we

14  mean when we use the word "manage" as historians, correct?

15               MR. GLADSTEIN:  Objection as to form.

16      A.   I think I've answered that as well as I can.  There

17  may be in those texts.  I just don't remember a nice little

18  one-liner that I can give you, but they describe what they

19  mean by manage in great detail.

20      Q.   (BY MR. NOMELLINI) There may or may not be such a

21  definition, but you don't recall as you sit here today,

22  correct?

23      A.   You mean like we would see in a dictionary?

24      Q.   I mean something in the text that says, this is what

25  we mean as historians when we use the word "manage"?
```

1      A.   Well, Chandler is -- that is a history, so, that is

2  what he would be describing.  Young's book is a text for

3  people in the mining industry.  I use it as an historian to

4  understand how the word is understood in the mining industry.

5           Another text that comes to mind is one I cited

6  in my expert report by John Roberts, which has that section on

7  BP; and there again, he's talking about management or managing

8  the enterprise.  So, those are the kinds of sources that I use

9  to understand what manage -- what manage means.

10     Q.   Okay.  I understand those are sources that you've

11  used, but I want to be clear here.  So let's talk about the

12  word "manage," the word "oversee," and the word "operate."

13     A.   Uh-huh.

14     Q.   Okay.  From a historian's perspective, is there a

15  text or periodical that sets forth, this is what we mean as

16  historians when we use those words, and provides a definition?

17           MR. GLADSTEIN:  Objection as to form.

18     Q.   (BY MR. NOMELLINI) That you aware of as you sit here

19  today?

20           MR. GLADSTEIN:  Objection as to form.

21     A.   The -- so I -- I'm just trying to get at what

22  your -- your question means.  And do you mean is there kind of

23  a little handbook for historians that provides definitions for

24  terms?

25     Q.   (BY MR. NOMELLINI) I'm saying, is there something --

```
1    is there some historian's book or periodical that provides a

2    clear definition that I could look at that says, this is what

3    "managed," "oversee" and "operate" mean, from an historian's

4    perspective?

5                 MR. GLADSTEIN:  Objection as to form.

6         Q.  (BY MR. NOMELLINI) That you can recall as you sit

7    here today?

8         A.   I think I've described three for you.

9         Q.   And -- and your testimony is that those three -- if

10   I were to look them up, those three sources, I could look at

11   and find a clear definition of manage, oversee and operate,

12   correct?

13                MR. GLADSTEIN:  Objection as to form.

14        A.   I could.  I don't know if you could.  That's --

15   those are the kinds of sources that I as an historian, look to

16   to understand terms like that.  So, do you mean -- again, I'll

17   ask you the question:  Do you mean a little handbook that

18   someone distributes to historians to see the definitions of

19   terms?  Because I --

20        Q.  (BY MR. NOMELLINI) I --

21        A.   You must mean something like that if you don't like

22   the answer I've given you.

23        Q.   Well, let me ask you this:  You would agree that

24   reasonable historians could disagree about whether an

25   individual is engaging in management on behalf of a company,
```

55

1      A.    Yes.

2      Q.    Okay.  So using it how you use it in your report,

3    are there any entities other than the Upstream Segment and the

4    Drilling and Completions Unit that you contend were operators

5    of the Macondo Well?

6      A.    Another organization would be the Exploration Unit,

7    which is a unit that's on a -- an organizational level along

8    with Drilling and Completions.

9      Q.    Okay.  Other than the Upstream Segment, the Drilling

10   Completions Unit and the Exploration Unit, are there any other

11   entities that you contend were operators of the Macondo Well?

12     A.    Again, recognizing that this is not a legal opinion,

13   but what I would consider a practical, historical rendition of

14   the facts, another legal entity would be BP America

15   Production -- I always forget if it's Company or Corporation,

16   but BPAPC, which was the employing entity of many of the

17   people who worked at the Macondo Well, and also was the BP

18   entity that entered the contract with Transocean for the two

19   drilling rigs that operated at the Macondo Well.

20     Q.    Okay.  And does that complete your list of entities

21   and organizations?

22     A.    Well, if we want to be encompassing, we would have

23   to look at BP's Upstream Segment and the other components that

24   played roles in that operation.

25     Q.    Okay.

1  people.  And it was also the contracting entity with

2  Transocean for the two drilling rigs, the MARIANAS and the

3  DEEPWATER HORIZON.

4      Q.   Any -- any historical texts or periodicals that

5  you're aware of that lay out the factors to consider with

6  respect to whether an entity is an operator of a well?

7      A.   I have -- for -- for purposes of this kind of

8  historical research, read the description that we get from

9  Best Foods, for instance, what an operator is.  And so that

10 informs me of the kinds of factors to look for in the

11 historical record so that I can develop opinions about the

12 facts from which the judge or other people can draw legal

13 conclusions.

14     Q.   Okay.  So your -- your opinion of BPAPC as an

15 operator is informed by the Best Foods decision?

16     A.   Yes, as well as the way that term is used in the

17 historical literature, in the industrial literature, et

18 cetera.

19     Q.   Okay.  And what about the Best Foods decision

20 informs you as to whether BPAPC is an operator?

21     A.   I can't quote it.  I'm not in a position to quote

22 it, but there is the -- the language that describes playing a

23 role in managing day-to-day operations.  So I look for facets

24 of the history that seem to address that particular role of

25 operator, operating -- being an operator.

1      Q.   And did you look at Best Foods in connection with

2   your work on this case to get reacquainted with it?

3      A.   I believe I did, yes.

4      Q.   And Best -- Best Foods is one of the things you

5   relied on in concluding that BPAPC was an operator, correct?

6      A.   No.

7      Q.   It was not one of the things -- Best Foods was not

8   one of the things you relied on in concluding BPAPC was an

9   operator?

10     A.   That is something that I used to inform myself about

11   indicators for what makes an operator.  But what I base my

12   opinion on was the facts in this case, the historical

13   information that I reviewed.

14     Q.   So you -- and then you evaluated those facts partly

15   in light of Best Foods, correct?

16     A.   That's fair.

17     Q.   If you look at page 10, the last sentence of your

18   report.  This is page 10 of Exhibit 13210.  BPXP also claims

19   that BPXP is a corporate entity distinct --

20     A.   Wait.  My last sentence says, At the time of the

21   Macondo blowout.

22     Q.   Okay.  Excuse me.  This is page 10 of Tab 1, which

23   is 13210.

24     A.   Make sure I'm in the -- yep.  Okay.

25     Q.   First paragraph?