**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  OIL SPILL BY  THE OIL RIG** | * | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE GULF** | * | |
| **OF MEXICO, ON APRIL 20, 2010** | * | **SECTION J** |
| | * | |
| **This document relates to:** | * | |
| | * | **HONORABLE CARL J. BARBIER** |
| **No. 10-4536** | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |

**BPXP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE
ECONOMIC IMPACT OF A CLEAN WATER ACT PENALTY ON BP GROUP
ENTITIES OTHER THAN BPXP, AND TO EXCLUDE FINANCIAL INFORMATION
RELATING TO BP GROUP ENTITIES OTHER THAN BPXP**

BP Exploration & Production Inc. ("BPXP") hereby moves in limine for an order

excluding evidence relating to the economic impact of a Clean Water Act penalty on BP Group

entities other than BPXP and excluding financial information relating to BP Group entities other

than BPXP.  BPXP's motion is further supported by the accompanying memorandum, which is

fully incorporated by reference herein.


Dated: December 9, 2014                    Respectfully submitted,

                                           By: /s/ Don K. Haycraft

                                           Don K. Haycraft (Bar #14361)
                                           R. Keith Jarrett (Bar #16984)
                                           LISKOW & LEWIS
                                           One Shell Square
                                           701 Poydras Street, Suite 5000
                                           New Orleans, Louisiana 70139-5099
                                           Telephone: (504) 581-7979
                                           Facsimile:  (504) 556-4108

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia ("Carrie") Karis, P.C.
Matthew T. Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

***Attorneys for BP Exploration & Production Inc.***

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2014.

/s/ Don K. Haycraft