# EXHIBIT 1

```
 1                   UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF LOUISIANA
 3

 4                                         *
     IN RE:  OIL SPILL BY THE OIL RIG      *   Docket 10-MD-2179
 5           DEEPWATER HORIZON IN THE      *
             GULF OF MEXICO ON             *   Section J (1)
 6           APRIL 20, 2010                *
                                           *   New Orleans, Louisiana
 7                                         *
                                           *   March 21, 2014
 8                                         *
     Applies to:  All Cases                *   9:00 a.m.
 9                                         *
     * * * * * * * * * * * * * * * * * * * *
10                                         *
     UNITED STATES OF AMERICA              *   C.A. 10-4536
11                                         *
                                           *   Section J (1)
12   versus                                *
                                           *   New Orleans, Louisiana
13                                         *
     BP EXPLORATION & PRODUCTION,          *   March 21, 2014
14   INC., ET. AL.                         *
                                           *   9:00 a.m.
15   * * * * * * * * * * * * * * * * * * * *

16
              STATUS CONFERENCE RE: PENALTY PHASE
17                   AND MOTION HEARING BEFORE
                    THE HONORABLE CARL J. BARBIER
18                  UNITED STATES DISTRICT JUDGE
                                AND
19                  THE HONORABLE SALLY SHUSHAN
                   UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

```
 1           THE COURT:  Well, I've got to tell you, the longer
 2   you speak, the more confused I'm getting about your position.
 3   Because I thought the government filed a motion in limine
 4   asking me to permit additional discovery or evidence, and it
 5   sounds like you're saying if I rule in your favor, you don't
 6   need any further discovery or evidence.
 7           MS. HANKEY:  It's not that we don't need further
 8   discovery, it will be far less.  Because, for example, we won't
 9   need to establish that these entities acted -- that the
10   affiliates are relevant and that they acted together.
11           THE COURT:  What ruling do you want me to make?
12           MS. HANKEY:  If you grant our motion that the
13   affiliates are relevant, then we do not need to produce a
14   witness to explain to you why they're relevant.  That's our
15   point.  That the Phase One record already told you enough to
16   know that they're relevant.
17           THE COURT:  Well, I'm not going to be able to make
18   that ruling here today, but I am going to rule in your favor to
19   the extent that I'm going to allow you, if you wish, to get
20   discovery from BP with respect to the relationship between the
21   entities, between BPXP, BP America, BP p.l.c., and I guess any
22   other entity that's in their direct line.
23                I don't think we're necessarily talking about BP
24   Malaysia or whatever.  But you understand what I'm talking
25   about.  I know BP probably has hundreds of affiliates, I'm
```