# EXHIBIT 5

CONFIDENTIAL

# Organizational Chart – Main US Subsidiaries*

*As of 3 February 2014



**BP Confidential**

BP-HZN-2179MDL07817329