# EXHIBIT 9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

Deposition of RICHARD MORRISON, taken at Liskow & Lewis, One Shell Square, 701 Poydras, Lewis Room, 50th Floor, New Orleans, Louisiana, 70130, on the 20th day of June, 2014.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
          1              A.    It varies.  It does vary,
          2     depending on the activity.  I prepare for a
          3     monthly meeting every month and, of course,
          4     quarterly meetings every quarter.  It
09:11     5     could -- it could range between an hour to
          6     three hours, depending on the topics.
          7              Q.    What are your responsibilities
          8     as chairman of the board of BPXP?
          9              A.    It is to oversee that the
09:12    10     processes and the systems and the governance
         11     and the -- and the resources applied to our
         12     Gulf of Mexico operations are adequate,
         13     are -- are complete, are in place, are -- are
         14     working.  I use the BPX&P board membership as
09:12    15     folks that can look into BP -- BP Gulf of
         16     Mexico operations from the outside and ask
         17     questions that help me in my role as regional
         18     president.
         19              Q.    And do you continue to attend
09:12    20     quarterly reviews of BPXP's finances?
         21              A.    Pretty much every quarter there
         22     is -- there is a financial review provided to
         23     me and the board.
         24              Q.    And those financial reviews are
09:13    25     separate from the board minutes; is that
```

|   |   |
|---|---|
| 1 | **on Tab IT 27; is that correct?** |
| 2 | A.     Correct.  And your tab Total |
| 3 | EEs, that's a term we use in the company for |
| 4 | employees.  So this could be a -- a record of |
| 11:04  5 | employees charged to BPX&P. |
| 6 | **Q.     And you did not review this** |
| 7 | **document in preparation for your deposition** |
| 8 | **today, Mr. Morrison?** |
| 9 | A.     I don't recall this specific |
| 11:04  10 | document.  If you flip over to -- because I |
| 11 | didn't see it in a workbook form, okay, so |
| 12 | maybe if you go to Tab 209 -- 2009.  I did |
| 13 | see things with where our employees were |
| 14 | based.  So we did -- I did see something like |
| 11:04  15 | that.  I'm not sure what year it was for. |
| 16 | But in preparation I wanted to see, you know, |
| 17 | the -- the employees dedicated to the BPX&P |
| 18 | business, and this -- this was a -- this was |
| 19 | a form of something they did show me.  I'm |
| 11:05  20 | not sure which tab, but I saw this kind of |
| 21 | analysis. |
| 22 | **Q.     Is it your understanding that** |
| 23 | **this Tab 2009 of this workbook represents a** |
| 24 | **list of the employees of BPXP in 2009?** |
| 11:05  25 | MS. KARIS:  Object to form and |

```
 1              foundation.
 2                   A.     Can you go over to 14, please?
 3                   Q.     (BY MS. KING)  Yes.
 4                   THE VIDEOGRAPHER:  About two minutes
 5              left on tape.
 6                   A.     I believe this is the employees
 7              for BPX&P.
 8                   Q.     (BY MS. KING)  And when you say
 9              employees for BPXP, do you mean employees of
10              other BP entities whose time is billed to
11              BPXP?
12                   A.     I believe so.  I believe this
13              is -- these are BPX&P -- probably the 2,300
14              people I told you about are linked to this
15              spreadsheet.  So I'm now --
16                   Q.     If I --
17                   A.     -- now I'm speculating a little
18              bit.
19                   Q.     If I were to count the number of
20              employees listed on Tab 2014 of this
21              spreadsheet --
22                   A.     And some of those people are
23              from Texas and Louisiana, Arkansas.  So this
24              looks like individual employees, yes.
25                   Q.     I count 2387 rows in 2014.  Are
```

|  |  |
|---|---|
| 1 | you familiar with that number, Mr. Morrison? |
| 2 | A.   I've met 2,300 of them.  I know |
| 3 | them all.  There may be a few more in here |
| 4 | that I don't know, but I recognize that |
| 11:07 5 | number, 2,300ish is supporting, in Houston, |
| 6 | yeah. |
| 7 | Q.   And so that's the number of |
| 8 | employees of other BP entities whose time is |
| 9 | billed to BPXP; is that correct? |
| 11:07 10 | A.   Yeah, I believe so.  I didn't |
| 11 | see any U.K. areas in there.  We do have |
| 12 | expats.  We do have some expats, but not a |
| 13 | large number. |
| 14 | Q.   And their time would be billed |
| 11:07 15 | to? |
| 16 | A.   I don't know how they -- I'm |
| 17 | going to go home and check that.  But I don't |
| 18 | know how they get intercompany billing to |
| 19 | meet, but -- but... |
| 11:07 20 | Q.   And if I were to represent to |
| 21 | you that this spreadsheet has 22 -- roughly |
| 22 | 2200 employees, 2221 employees in 2009, is |
| 23 | that familiar to you? |
| 24 | A.   That is familiar. |
| 11:08 25 | Q.   2196 employees in 2010, is that |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | familiar to you?                                         |
|       | 2  | A.     Approximately, yes. Yeah. It's                    |
|       | 3  | been around 2,300 a year since I've been                 |
|       | 4  | working in the company.                                  |
| 11:08 | 5  | Q.     Around 2,300 employees of other                   |
|       | 6  | BP entities whose time is billed to BPXP?                |
|       | 7  | A.     Those are employees that are                      |
|       | 8  | working on behalf of BPX&P in the Gulf of                |
|       | 9  | Mexico, yes, ma'am.                                      |
| 11:08 | 10 | Q.     And so would you measure the                      |
|       | 11 | total jobs attributable to BPXP as being this            |
|       | 12 | 2300 figure?                                             |
|       | 13 | MS. KARIS:  Object to form.                              |
|       | 14 | A.     I believe so. If you -- if you                    |
| 11:09 | 15 | look at the financials that we looked at and             |
|       | 16 | the salaries and benefits that were in the               |
|       | 17 | BPX&P financials, it should tell you this.               |
|       | 18 | MS. KING:  Thank you. Let's take a                       |
|       | 19 | break.                                                   |
| 11:09 | 20 | THE VIDEOGRAPHER:  Off the record at                     |
|       | 21 | 11:10 a.m., ending Tape 2.                               |
|       | 22 | (Recess from 11:10 a.m. to 11:30 a.m.)                   |
|       | 23 | THE VIDEOGRAPHER:  On the record at                      |
|       | 24 | 11:30 a.m., beginning Tape 3.                            |
| 11:29 | 25 | Q.     (BY MS. KING)  Mr. Morrison,                      |