# EXHIBIT 12

## <u>Filed Under Seal</u>