# EXHIBIT 20

**<u>Filed Under Seal</u>**