# EXHIBIT 21

```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA


 IN RE:  OIL SPILL BY    : MDL No. 2179
 THE OIL RIG             :
 "DEEPWATER HORIZON"     : SECTION:  J
 IN THE GULF OF          :
 MEXICO, ON APRIL 20,    : JUDGE BARBIER
 2010                    : MAG. JUDGE SHUSHAN
                         :
                   *  *  *
              WEDNESDAY, JULY 2, 2014
                   *  *  *
```

Videotaped deposition of DAVID BUCKNALL, taken at the law offices of Kirkland & Ellis, 655 15th Street NW, Washington, D.C. commencing at 8:38 a.m. before Debbie Leonard, Registered Diplomate Reporter, Certified Realtime Reporter.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q. And this list now that you've
2  given me in tab 4 of your binder entitled
3  Contingent Liabilities appears to me to be --
4  is this a list of liabilities that have not
5  been estimated, they've been identified in
6  the disclosures but --
7  A. So the definition of a
8  contingent liability is, again, a little bit
9  dense to understand. But the way we think
10  about it in the company is, if you have a
11  known liability at a known date, it's a
12  payable.
13      THE REPORTER: Is what?
14      THE WITNESS: A payable.
15      MR. BROCK: Known liability at
16  a known date.
17      THE WITNESS: If you have a
18  liability of uncertain value and timing but
19  it's probable and estimable, it's a provision.
20      If it fails one of the probable
21  or estimable tests, it becomes a contingent
22  liability unless the chances of it occurring
23  are remote.
24      So the bucket of contingent
25  liability, you're looking for those that we

```
 1    haven't made estimates for.  The ones that
 2    we've listed here, all of them have the
 3    characteristic of being inestimable.
 4              And if they were estimable,
 5    they would be provisions, unless we didn't
 6    think they were probable, but that's --
 7              So we use mostly the test of
 8    estimable to classify them as contingent
 9    liabilities.
10    BY MS. FLICKINGER:
11         Q.   Okay.  All right.  And I take
12    it that you don't have anything to add, no
13    additional contingent liabilities, that are
14    not disclosed in the annual report?
15         A.   So I think it's worth just
16    pointing out where those contingent
17    liabilities are disclosed.  So on page 143,
18    so note 2 to the accounts --
19              MR. BROCK:  Do you want to take
20    two minutes?
21              MS. FLICKINGER:  Yeah.
22              MR. BROCK:  Why don't we take
23    about eight minutes.
24              MS. FLICKINGER:  That would be
25    great.
```

```
 1                MR. BROCK:  Okay.
 2                THE VIDEOGRAPHER:  The time is
 3    1632.  We are going off the record.  This is
 4    the end of tape 5.
 5                      *  *  *
 6                (Recess from 4:32 p.m. to
 7        4:58 p.m.)
 8                      *  *  *
 9                THE VIDEOGRAPHER:  The time is
10    1658.  We are back on the record.  This is the
11    beginning of tape 6.
12    BY MS. FLICKINGER:
13        Q.   Okay.  Thank you for that
14    break.  I had a little cough.
15                We were looking at this
16    document about contingent liabilities, and I
17    don't believe we've marked it.
18        A.   No.
19                MS. FLICKINGER:  Shall we go
20    ahead and mark that as an exhibit.
21                MR. CASEY:  12442.
22                MR. BROCK:  12442, correct.
23                      *  *  *
24                (Exhibit 12442 marked for
25         identification.)
```