# EXHIBIT 23

Document Produced Natively

CONFIDENTIAL

BP-HZN-2179MDL09216019



Content: summary of exploration acreage on a net basis, including North American interests if applicable

## Exploration Acreage Summary

### Net exploration acreage summary



Source: Company Reports

### Net onshore North American exploration acreage



Source: Company Reports

| Country | Blocks Held | Operatorships | Average Interest (%) | Gross Area (km²) | Net Area (km²) |
|---|---|---|---|---|---|
| Libya | 5 | 5 | 85 | 53,723 | 45,665 |
| Indonesia | 14 | 9 | 50 | 44,769 | 30,433 |
| Uruguay | 3 | 3 | 100 | 25,783 | 25,783 |
| India | 12 | 1 | 30 | 82,615 | 24,785 |
| Egypt | 51 | 45 | 74 | 28,629 | 24,172 |
| Australia | 35 | 4 | 22 | 34,550 | 18,782 |
| Argentina | 35 | 12 | 28 | 37,190 | 15,401 |
| Canada East Coast | 6 | 5 | 69 | 14,160 | 13,999 |
| Angola | 48 | 14 | 26 | 33,805 | 11,296 |
| US Deep GOM | 611 | 490 | 78 | 14,176 | 11,088 |
| Other | 737 | 396 |  | 140,993 | 63,131 |
| **Total** | **1,557** | **984** |  | **510,393** | **284,536** |

Source: Wood Mackenzie

| Country | Net Area (km²) | Net Area (,000 acres) |
|---|---|---|
| US Developed | 13,493 | 3,334 |
| US Undeveloped | 18,555 | 4,585 |
| Rest of North America Developed | 441 | 109 |
| Rest of North America Undeveloped | 30,911 | 7,638 |
| **Total** | **63,399** | **15,666** |

Source: Company Reports

| Exploration Acreage | Blocks Held | Operatorships | Average Interest (%) | Gross Area (km²) | Net Area (km²) |
|---|---|---|---|---|---|
| Algeria | 13 | 13 | 39 | 12,805 | 5,488 |
| Angola | 48 | 14 | 26 | 33,805 | 11,296 |
| Argentina | 35 | 12 | 28 | 37,190 | 15,401 |
| Australia | 35 | 4 | 22 | 34,550 | 18,782 |
| Azerbaijan | 3 | 3 | 38 | 2,392 | 952 |
| Bolivia | 2 | - | 15 | 1,374 | 206 |
| Brazil | 24 | 7 | 39 | 20,548 | 8,147 |
| Canada Arctic | 107 | 36 | 43 | 17,133 | 10,522 |
| Canada East Coast | 6 | 5 | 69 | 14,160 | 13,999 |
| Canada Oil Sands | 31 | 21 | 67 | 1,522 | 984 |
| Chile | 1 | 1 | 30 | 3,864 | 1,159 |
| China | 3 | - | 61 | 19,975 | 10,885 |
| Egypt | 51 | 45 | 74 | 28,629 | 24,172 |
| Greenland | 1 | - | 35 | 2,630 | 921 |
| India | 12 | 1 | 30 | 82,615 | 24,785 |
| Indonesia | 14 | 9 | 50 | 44,769 | 30,433 |
| Iraq | 1 | 1 | 38 | 1,363 | 518 |
| Libya | 5 | 5 | 85 | 53,723 | 45,665 |
| Namibia | 5 | - | 33 | 23,337 | 7,836 |
| Norway | 20 | 14 | 38 | 2,368 | 778 |
| Oman | 1 | 1 | 60 | 2,800 | 1,680 |
| Pakistan | 2 | 1 | 42 | 2,445 | 809 |
| Qatar | 1 | 1 | 3 | 36 | 1 |
| T&T | 6 | 5 | 77 | 7,287 | 6,170 |
| UK | 132 | 89 | 58 | 4,471 | 2,698 |
| UAE | 3 | 1 | 12 | 5,583 | 814 |
| Uruguay | 3 | 3 | 100 | 25,783 | 25,783 |
| US Alaska | 350 | 175 | 42 | 6,082 | 2,518 |
| US Deep GOM | 611 | 490 | 78 | 14,176 | 11,088 |
| US GOM Shelf | 29 | 25 | 9 | 517 | 45 |
| Venezuela | 2 | 2 | - | 2,461 | - |

BP-HZN-2179MDL09216019



Source: Wood Mackenzie

Exploration_Acreage



Content: Wood Mackenzie valuation broken down by country, allocated to country risk categories used by Wood Mackenzie, and also compared to a discount date five years in the future. Please see 'Price_Assumptions' tab for valuation price assumptions.

Back to index
## Value Country

### Global Upstream Asset Valuation

| Country | Value (US$M) |
|---|---|
| US Deep GOM | 38,259 |
| Russia | 31,958 |
| Angola | 20,031 |
| Azerbaijan | 14,877 |
| US Alaska | 11,239 |
| UK | 9,784 |
| Australia | 9,165 |
| Argentina | 7,062 |
| T&T | 5,385 |
| Others | 33,620 |
| **Total** | **181,379** |

Source: Wood Mackenzie
#REF!

### North American Asset Valuation

| Region | Value (US$M) |
|---|---|
| US Deep GOM | 38,259 |
| US Alaska | 11,239 |
| US Rocky Mountains | 5,354 |
| US Mid-Continent | 3,707 |
| Canada Oil Sands | 3,420 |
| US Gulf Coast | 903 |
| Canada Alberta | 165 |
| US Northeast | 62 |
| **Total** | **63,108** |

Source: Wood Mackenzie

### Global Risk Analysis

| Country Risk | NPV US$M |
|---|---|
| Very High | 11,597 |
| High | 390 |
| Moderate | 72,488 |
| Slight | 4,440 |
| Low | 6,786 |
| Lowest | 65,678 |
| **Total** | **181,379** |

Source: Wood Mackenzie
Country Risk - Wood Mackenzie country NPVs have been allocated to country risk categories. Country risk rating is a weighted average risk categories as defined by ONDD.

### 5yr Changing Value (by current top regions)

| Country | Discounted to 2014 | Discounted to 2019 |
|---|---|---|
| US Deep GOM | 38,259 | 42,663 |
| Russia | 31,958 | 31,937 |
| Angola | 20,031 | 21,396 |
| Azerbaijan | 14,877 | 15,440 |
| US Alaska | 11,239 | 10,062 |
| UK | 9,784 | 7,536 |
| Australia | 9,165 | 10,217 |
| Argentina | 7,062 | 7,980 |
| T&T | 5,385 | 3,177 |
| Others | 33,620 | 49,944 |
| **Total** | **181,379** | **200,354** |

Source: Wood Mackenzie
The percentage difference between the WM Upstream NPV Total and WM Upstream NPV Discount Year + 5. Essentially this is the expected change in NPV between 1 Jan 2014 and 1 Jan 2019 Source: Wood Mackenzie

### 5yr Changing Value (by WM regions)

| WM Region | Discounted to 2014 | Discounted to 2019 |
|---|---|---|
| US | 59,523 | 63,500 |
| Russia & Caspian | 46,892 | 47,451 |
| Africa | 25,490 | 31,032 |
| Latin America | 15,580 | 17,159 |
| Europe | 13,405 | 11,110 |
| Oceania | 9,165 | 10,217 |
| Asia | 5,510 | 7,047 |
| Canada | 3,585 | 5,315 |
| Middle East | 2,229 | 7,523 |
| **Total** | **181,379** | **200,354** |

Source: Wood Mackenzie
The percentage difference between the WM Upstream NPV Total and WM Upstream NPV Discount Year + 5. Essentially this is the expected change in NPV between 1 Jan 2014 and 1 Jan 2019 Source: Wood Mackenzie








BP-HZN-2179MDL09216019

**Breakdown of Asset Valuation by Country**

| Country | WM Region | Country Risk | Discounted to 2014 | Discounted to 2019 |
|---|---|---|---|---|
| US Deep GOM | US | Lowest | 38,259 | 42,663 |
| Russia | Russia & Caspian | Moderate | 31,958 | 31,937 |
| Angola | Africa | Moderate | 20,031 | 21,396 |
| Azerbaijan | Russia & Caspian | Moderate | 14,877 | 15,440 |
| US Alaska | US | Lowest | 11,239 | 10,062 |
| UK | Europe | Lowest | 9,784 | 7,536 |
| Australia | Oceania | Lowest | 9,165 | 10,217 |
| Argentina | Latin America | Very High | 7,062 | 7,980 |
| T&T | Latin America | Low | 5,385 | 3,177 |
| US Rocky Mountains | US | Lowest | 5,354 | 4,233 |
| US Mid-Continent | US | Lowest | 3,707 | 4,106 |
| Norway | Europe | Lowest | 3,620 | 3,573 |
| Canada Oil Sands | Canada | Lowest | 3,420 | 5,157 |
| Egypt | Africa | Very High | 3,349 | 7,997 |
| Indonesia | Asia | Moderate | 3,249 | 3,815 |
| Brazil | Latin America | Slight | 2,384 | 5,356 |
| Algeria | Africa | Moderate | 2,110 | 1,639 |
| India | Asia | Slight | 2,056 | 3,122 |
| Oman | Middle East | Low | 987 | 5,899 |
| US Gulf Coast | US | Lowest | 903 | 1,397 |
| Iraq | Middle East | Very High | 828 | 930 |
| UAE | Middle East | Low | 409 | 594 |
| Bolivia | Latin America | High | 390 | 321 |
| Venezuela | Latin America | Very High | 359 | 325 |
| Vietnam | Asia | Moderate | 205 | 110 |
| Canada Alberta | Canada | Lowest | 165 | 156 |
| US Northeast | US | Lowest | 62 | 1,038 |
| Kazakhstan | Russia & Caspian | Moderate | 56 | 73 |
| Qatar | Middle East | Low | 5 | - |
| Canada Arctic | Canada | Lowest | - | - |
| Canada British Columbia | Canada | Lowest | - | - |
| China | Asia | Slight | - | - |
| Colombia | Latin America | Slight | - | - |
| Malay/Thai JDA | Asia | Slight | - | - |
| Netherlands | Europe | Lowest | - | - |
| Pakistan | Asia | Very High | - | - |
| US Permian | US | Lowest | - | - |

Source: Wood Mackenzie

Value Country