# EXHIBIT 24

## <u>Filed Under Seal</u>