UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION BY BPXP FOR LEAVE TO FILE CERTAIN EXHIBITS
IN SUPPORT OF BPXP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE
RELATING TO THE ECONOMIC IMPACT OF A CLEAN WATER ACT PENALTY
ON BP GROUP ENTITIES OTHER THAN BPXP, AND TO EXCLUDE FINANCIAL
INFORMATION RELATING TO
<u>BP GROUP ENTITIES OTHER THAN BPXP UNDER SEAL</u>**

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal Exhibits 4, 7, 8, 11, 12, 13, 14, 15, 17, 20, 22, 24, 25, 26, 27, 28 and 29 attached to its Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act Penalty on Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP (the "Motion"), as well as its unredacted Memorandum in Support of the Motion, which are being filed contemporaneously with this motion.  Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information."  Pursuant to Pre-Trial Order No. 13, the deposition transcripts, financial information and expert information comprising the exhibits, as well as certain information contained within the unredacted Memorandum in Support of the Motion, remain under a confidentiality designation by the parties.  WHEREFORE, BPXP respectfully prays the Court for an Order that Exhibits 4, 7, 8, 11, 12, 13, 14, 15, 17, 20, 22, 24,

25, 26, 27, 28 and 29, and the unredacted Memorandum in Support of the Motion, attached to the Motion be filed under seal.

Date: December 9, 2014                           Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2014.

                                               /s/ Don K. Haycraft
                                               Don K. Haycraft