UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * | |
| No. 10-4536 | * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibits 4, "7," 8, "11," 12, 13, 14, 15, 17, 20, 22, 24, 25, 26, 27, 28 and 29 to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act Penalty on Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP (the "Motion"), and the unredacted Memorandum in Support of its Motion, under Seal:

IT IS HEREBY ORDERED, that BPXP's Motion is GRANTED; and it is further ORDERED that Exhibits 4, 7, 8, 11, 12, 13, 14, 15, 17, 20, 22, 24, 25, 26, 27, 28 and 29 to the Motion, and the unredacted Memorandum in Support of its Motion, are filed under seal pending further order of the Court.

New Orleans, Louisiana, this ___ day of December, 2014.

_____
**UNITED STATES DISTRICT JUDGE**