UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This document relates to:<br><br>No. 10-4536 | *  MDL NO. 2179<br>*<br>*  SECTION: J<br>*  JUDGE BARBIER<br>*  MAGISTRATE JUDGE SHUSHAN<br>*<br>*<br>* |

**************************************************************************

### BPXP'S MOTION TO SUBSTITUTE CORRECTED MEMORANDUM (RECORD DOC. NO. 13812-1)

BPXP's filing on December 9 (Record Doc. No. 13812) included a Memorandum that was mistakenly entitled "MOTION" (Record Doc. No. 13812-1). This error was the subject of the deficiency notice issued on December 10. To correct this deficiency, BPXP moves the Court to substitute the attached corrected Memorandum in Support in place of the pleading at Record Doc. No. 13812-1.

Date: December 10, 2014

                                              Respectfully submitted:

                                              /s/ Don K. Haycraft
                                              Don K. Haycraft (Bar #14361)
                                              R. Keith Jarrett (Bar #16984)
                                              Liskow & Lewis
                                              701 Poydras Street, Suite 5000
                                              New Orleans, Louisiana  70139-5099
                                              Telephone:  504-581-7979
                                              Facsimile:  504-556-4108

                                              -- and –

                                              Richard C. Godfrey, P.C.
                                              J. Andrew Langan, P.C.
                                              Hariklia Karis, P.C.
                                              Matthew Regan, P.C.

Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:  312-862-2000
Facsimile:  312-862-2200

-- and –

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street NW
Washington, D.C.  20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

-- and –

Brian D. Israel
Elissa Preheim
Brett Marston
Arnold & Porter LLP
555 12th Street, NW
Washington, D.C.  20004
Telephone:  202-942-5000
Facsimile:  202-942-5999

**Attorneys for BP Exploration & Production, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF Sysstem, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10h day of December, 2014.

      /s/Don K. Haycraft
      Don K. Haycraft