UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This document relates to: No. 10-4536 | * * * * * | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering BPXP's Motion to Substitute Corrected Memorandum,

**IT IS HEREBY ORDERED** that the Motion to Substitute Corrected Memorandum is **GRANTED** and **ORDERED** that the Court substitute the attached corrected Memorandum in Support in place of the Memorandum at Record Doc. No. 13812-1.

New Orleans, Louisiana, this _____ day of December 2014.

_____
**UNITED STATES DISTRICT JUDGE**

Motion to Exclude Certain Opinions of Dr Rice DRAFT 2014-12-03_v2.docx