UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO:  11-01439 and 11-01440 | MAGISTRATE SHUSHAN |

MOTION FOR ENTRY OF FINAL JUDGMENT
DISMISSING INTERPLEADERS

Certain Underwriters at Lloyd's, London and Various Insurance Companies (collectively, "First Excess Layer Insurers"), which issued and/or subscribed to certain excess liability insurance policies (Policy Nos. ARS4926, PE0902632, and PE0902536; collectively, "First Excess Layer Insurance Policies"), move for entry of final judgment in the form attached as Exhibit A.

1. On June 17, 2011, First Excess Layer Insurers filed two separate complaints in interpleader in the United States District Court for the Eastern District of Louisiana (Case Nos. 11-cv-01439 and 11-cv-01440; collectively, "Interpleader Actions").  On June 20, 2011, the Interpleader Actions were assigned to this multidistrict proceeding (MDL No. 2179).

2. The Parties to the Interpleader Actions executed an Agreement Relating to Insurance Payment of Transocean Employee Settlement Claims for payment of claims, effective December 1, 2011 ("Agreement").  Under the Agreement, BP and Transocean submitted disputed claims for reimbursement of employee settlement claims to the Court for *in camera* determinations regarding coverage and/or the reasonableness of the employee settlements for which reimbursement was sought under the First Excess Layer Insurance Policies.

PD.14319258.1

3.     On or about November 6, 2014, the Court issued its ruling regarding reimbursement of certain settlement claims.  When those settlements are added to the total settlements the Court previously has adjudicated as reasonable under the Agreement, total approved settlements exceed the First Excess Layer Insurance Policies' collective limit of $150,000,000.  The First Excess Layer Insurers have confirmed that actual payments have been tendered to BP and Transocean consistent with the Agreement and the Court's rulings.

4.     Transocean has acknowledged that the First Excess Layer Insurers have made all appropriate payments and that limits of the First Excess Layer Insurance Policies are exhausted.  To date, BP has not so acknowledged, although there is no reasonable dispute that all payments under the First Excess Layer Insurance Policies have been made.

5.     The First Excess Layer Insurers respectfully requests that the Court enter a final judgment finding (a) the First Excess Layer Insurers' obligations under the First Excess Layer Insurance Policies are satisfied in respect to the amount of their payments pursuant to Agreement; (b) the First Excess Layer Policies are fully and properly exhausted to the extent of payments under the Agreement; and (c) dismissing the Interpleader Actions, Case Nos. 11-cv-01439 and 11-cv-01440, with prejudice, with the Parties to bear their own costs and expenses.

This the 10th day of December, 2014.

          Respectfully submitted,

          */s/ Evans Martin McLeod*
          Richard N. Dicharry (LA No. 4929)
          Evans Martin McLeod (LA No. 24846)
          Kyle S. Moran (LA No. 33611)
          Phelps Dunbar LLP
          Canal Place – 365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130-6534
          Tel:  (504) 566-1311
          Fax:  (504) 568-9130
          Email: Richard.Dicharry@phelps.com
                 Marty.McLeod@phelps.com
                 Kyle.Moran@phelps.com

          **COUNSEL FOR VARIOUS INSURANCE COMPANIES ISSUING OR SUBSCRIBING EXCESS POLICIES NOS. ARS4926, PE0902632, AND PE09025**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 on this 10th day of December, 2014.

David B. Goodwin
Covington & Burling, LLP
One Front Street, 35th Floor
San Francisco, California  9411
Tel:  (415) 591-6000
Fax:  (415) 591-6091
Email:  dgoodwin@cov.com

Alan B. Moore
Mark D. Herman
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Tel:  (202) 662-6000
Fax:  (202) 778-5575
Email:  abmoore@cov.com

**COUNSEL FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA INC., BP PRODUCTS NORTH AMERICA INC., AND BP AMERICA INC.**

Kerry J. Miller (LA No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Tel:  (504) 599-8169
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M Elsey (TX No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Tel:  (713) 224-8380
Fax:  (713) 225-9945
Email:  john.elseley@roystonlaw.com

Steven L. Roberts (TX No. 17019300)
Rachael Giesber Clingman (TX No. 00784125)
Kent C. Sullivan (TX No. 19487300)
Sutherland, Asbill & Brennan, LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel:  (713) 470-6100
Fax:  (713) 654-1301
Email: steven.roberts@sutherland.com
 rachel.clingman@sutherland.com
 ken.sullivan@sutherland.com

**COUNSEL FOR TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. AND TRANSOCEAN DEEPWATER INC.**

*/s/ Evans Martin McLeod*
Evans Martin McLeod

4