**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| APPLIES TO:  11-01439 and 11-01440 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## FINAL JUDGMENT DISMISSING INTERPLEADERS

On June 17, 2011, Certain Underwriters at Lloyd's, London and Various Insurance Companies (collectively, "First Excess Layer Insurers"), which issued and/or subscribed to certain excess liability insurance policies (Policy Nos. ARS4926, PE0902632, and PE0902536; collectively, "First Excess Layer Insurance Policies"), filed two separate complaints in interpleader in the United States District Court for the Eastern District of Louisiana (Case Nos. 11-cv-01439 and 11-cv-01440; collectively, "Interpleader Actions").  On June 20, 2011, the Interpleader Actions were assigned to this multidistrict proceeding (MDL No. 2179).

1.      The Parties to the Interpleader Actions executed an Agreement Relating to Insurance Payment of Transocean Employee Settlement Claims for payment of claims, effective December 1, 2011 ("Agreement").  Under the Agreement, BP and Transocean submitted disputed claims for reimbursement of employee settlement claims to the Court for *in camera* determinations regarding coverage and/or the reasonableness of the employee settlements for which reimbursement was sought under the First Excess Layer Insurance Policies.

2.      On or about November 6, 2014, the Court issued its ruling regarding reimbursement of certain settlement claims.  When those settlements are added to the total settlements the Court previously has adjudicated as reasonable under the Agreement, total

approved settlements exceed the First Excess Layer Insurance Policies' collective limit of $150,000,000.  The First Excess Layer Insurers have confirmed that actual payments have been tendered to BP and Transocean consistent with the Agreement and the Court's rulings.

      3.    Accordingly, the Court finds that (a) the First Excess Layer Insurers' obligations under the First Excess Layer Insurance Policies are satisfied in respect to the amount of their payments pursuant to Agreement; (b) the First Excess Layer Policies are fully and properly exhausted to the extent of payments under the Agreement; and (c) the Interpleader Actions, Case Nos. 11-cv-01439 and 11-cv-01440, are dismissed with prejudice, with the Parties to bear their own costs and expenses.

_____
The Honorable Sally Shushan
United States Magistrate Judge

Richard N. Dicharry (LA No. 4929)
Evans Martin McLeod (LA No. 24846)
Kyle S. Moran (LA No. 33611)
Phelps Dunbar LLP
Canal Place – 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Tel:  (504) 566-1311
Fax:  (504) 568-9130
Email: Richard.Dicharry@phelps.com
        Marty.McLeod@phelps.com
        Kyle.Moran@phelps.com

**COUNSEL FOR VARIOUS INSURANCE
COMPANIES ISSUING OR
SUBSCRIBING EXCESS POLICIES NOS.
ARS4926, PE0902632, AND PE0902536**

David B. Goodwin
Covington & Burling, LLP
One Front Street, 35th Floor
San Francisco, California  9411
Tel:  (415) 591-6000
Fax:  (415) 591-6091
Email:  dgoodwin@cov.com

Alan B. Moore
Mark D. Herman
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Tel:  (202) 662-6000
Fax:  (202) 778-5575
Email:  abmoore@cov.com

**COUNSEL FOR BP EXPLORATION &
PRODUCTION INC., BP AMERICA
PRODUCTION COMPANY, BP
CORPORATION NORTH AMERICA
INC., BP PRODUCTS NORTH AMERICA
INC., AND BP AMERICA INC.**

Kerry J. Miller (LA No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Tel:  (504) 599-8169
Fax:  (504) 599-8154
Email: kmiller@frilot.com

John M Elsey (TX No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Tel:  (713) 224-8380
Fax:  (713) 225-9945)
Email:  john.elseley@roystonlaw.com

Steven L. Roberts (TX No. 17019300)
Rachael Giesber Clingman (TX No. 00784125)
Kent C. Sullivan (TX No. 19487300)
Sutherland, Asbill & Brennan, LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel:  (713) 470-6100
Fax:  (713) 654-1301
Email: steven.roberts@sutherland.com
        rachel.clingman@sutherland.com
        ken.sullivan@sutherland.com

**COUNSEL FOR TRANSOCEAN
HOLDINGS LLC, TRANSOCEAN
OFFSHORE DEEPWATER DRILLING
INC. AND TRANSOCEAN DEEPWATER
INC.**

3