IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: | * | |
| 11-274, 11-275, 11-1439, 11-1440, 12-1978, 13-282, 13-283 | * * | Honorable CARL J. BARBIER |
| | * | Magistrate Judge SHUSHAN |
| | * * | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective December 8, 2014, the address of the Washington, D.C., office of Covington & Burling LLP, counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc, has changed.

Please direct all paper notices, orders, and other correspondence to Allan B. Moore at the following address:

> Allan B. Moore
> COVINGTON & BURLING LLP
> One CityCenter
> 850 Tenth Street, NW
> Washington, DC 20001-4956

There is no change for electronic mail and ECF notifications, or for the address of the San Francisco office of Covington & Burling LLP.

Dated:  December 10, 2014                           Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Allan B. Moore  
Allan B. Moore  
COVINGTON & BURLING LLP  
One CityCenter  
850 Tenth Street, NW  
Washington, DC 20001-4956  
Tel: (202) 662-6000  
Fax: (202) 778-5575  
E-mail: abmoore@cov.com

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

</div>

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of December 2014.

        /s/ Mark D. Herman
        Mark D. Herman