UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |

MOTION OF THE SPECIAL MASTER FOR RETURN OF
<u>PAYMENTS MADE TO JIMMY SHOEMAKER, JR.</u>

COMES NOW the Special Master, Louis J. Freeh, seeking to remedy a fraud committed upon the Deepwater Horizon Economic Claims Center ("DHECC") by claimant Jimmy Shoemaker, Jr. ("Shoemaker"), who presented the DHECC falsified amended tax "returns" that he never filed with the Internal Revenue Service so as to qualify for the expedited compensation method and significantly enhance his seafood compensation claims. Relying on Shoemaker's misrepresentations, the DHECC paid Shoemaker $168,692 for his shrimp boat captain and shrimp vessel owner claims.

The Special Master seeks a judgment requiring Shoemaker to return money paid on these DHECC claims, less the amount his attorneys already have repaid and prohibiting Shoemaker from participating in any further seafood distributions.

Respectfully submitted,

<u>    /s/ Louis J. Freeh                     </u>
Louis J. Freeh
Special Master

Dated:  December 10, 2014

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this __10th__ day of ____December____, 2014, by electronic mail, on the following:

      Craig Coleman
      William L. Roberts
      Faegre Baker Daniels LLP
      2200 Wells Fargo Center
      90 South Seventh Street
      Minneapolis, MN 55402
      *Attorneys for Jimmy Shoemaker, Jr.*

      Casey Langston Lott
      Langston & Lott, P.A.
      100 South Main Street
      Booneville, MS 38829
      *Attorneys for Jimmy Shoemaker, Jr.*

      /s/Louis J. Freeh
      Louis J. Freeh