UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the Special Master's motion to have claimant Jimmy Shoemaker, Jr. ("Shoemaker") return payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The DHECC claim awards in favor of Shoemaker based upon Claim 11194 and Claim 11195 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Shoemaker, requiring him to make restitution to the DHECC in the amount of $168,692.00, plus post-judgment interest, minus the $42,173 his attorneys already repaid to the DHECC Trust Fund (representing the contingency fee that counsel received); and

3. Shoemaker shall participate in no further distributions under the DHECC Seafood Compensation Program.

4  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE