# EXHIBIT C

**Form 1040X** (Rev January 2010)

AMENDED RETURN
Department of the Treasury — Internal Revenue Service
**Amended U.S. Individual Income Tax Return**
▶ See separate instructions.

OMB No. 1545-0074

Your first name: **JIMMY**   Last name: **SHOEMAKER, JR.**

Your social security number: [redacted]

If a joint return, spouse's first name: — Last name: —

Your spouse's social security number: [redacted]

Your current home address (number and street). If you have a P.O. box, see instructions. — Apt no. — Your phone number: [redacted]

Your city, town or post office. (If you have a foreign address, see instructions.) — State, ZIP code: [redacted]

**All filers must complete lines A, B, and C.**

**A** Amended return filing status. You must check one box even if you are not changing your filing status. *Caution. You cannot change your filing status from joint to separate returns after the due date.*
- [ ] Single
- [ ] Married filing jointly
- [ ] Married filing separately
- [ ] Qualifying widow(er)
- [X] Head of household (If the qualifying person is a child but not your dependent, see instructions.)

**B** This return is for calendar year [X] 2009  [ ] 2008  [ ] 2007  [ ] 2006
Other year. Enter one: calendar year ___ or fiscal year (month and year ended): ___

**C** Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

Original return did not reflect all income received from Commercial Shrimping and Fishing. Income received was 44,840 not 4,840. In addition my fuel and oil used was 3,753 not 753. Oversight on my part for not checking my figures. These are the reasons for this amended return. Thank you.

### Income and Deductions

| | | Correct amount |
|---|---|---|
| 1 | Adjusted gross income (see instructions). If net operating loss (NOL) carryback is included, check here [ ] | 106,409. |
| 2 | Itemized deductions or standard deduction (see instructions) | 18,534. |
| 3 | Subtract line 2 from line 1 | 87,875. |
| 4 | Exemptions. If changing, complete the Exemptions section on page 2 and enter the amount from line 30 (see instructions) | 14,600. |
| 5 | Taxable income. Subtract line 4 from line 3 | 73,275. |

### Tax Liability

| | | |
|---|---|---|
| 6 | Tax (see instructions). Enter method used to figure tax: Table | 13,852. |
| 7 | Credits (see instructions). If general business credit carryback is included, check here [ ] | 5,564. |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8,288. |
| 9 | Other taxes (see instructions) | 3,658. |
| 10 | Total tax. Add lines 8 and 9 | 11,946. |

### Payments

| | | |
|---|---|---|
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. (If changing, see instructions) | 11,307. |
| 12 | Estimated tax payments, including amount applied from prior year's return (see instructions) | |
| 13 | Earned income credit (EIC) (see instructions) | |
| 14 | Refundable credits from [ ] Schedule M or Form(s) [ ] 2439 [ ] 4136 [ ] 5405 [ ] 8801 [ ] 8812 [ ] 8863 [ ] 8885 or [ ] other (specify): | |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed (see instructions) | |
| 16 | Total payments. Add lines 11 through 15 | 11,307. |

### Refund or Amount You Owe (Note. Allow 8-12 weeks to process Form 1040X.)

| | | |
|---|---|---|
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS (see instructions) | 13,810. |
| 18 | Subtract line 17 from line 16 (if less than zero, see instructions) | –2,503. |
| 19 | Amount you owe. If line 10 is more than line 18, enter the difference (see instructions) | |
| 20 | If line 10 is less than line 18, enter the difference. This is the amount overpaid on this return | 16,913. |
| 21 | Amount of line 20 you want refunded to you | |
| 22 | Amount of line 20 you want applied to your (enter year): ___ estimated tax. | |

Complete and sign this form on Page 2.

BAA For Paperwork Reduction Act Notice, see instructions.   FDIA1812 02/03/10   Form 1040X (Rev 1-2010)

Form 1040X (Rev 1-2010)   Jimmy Shoemaker, Jr                                                                Page 2

## Exemptions

Complete this part only if you are:
* Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
* Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina or a Midwestern disaster.

See *Form 1040* or *Form 1040A Instructions* and *Form 1040X Instructions*.

| | | Correct Number or Amount |
|---|---|---|
| 23 | Yourself and spouse. Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself | |
| 24 | Your dependent children who lived with you | |
| 25 | Your dependent children who did not live with you due to divorce or separation | |
| 26 | Other dependents | |
| 27 | Total number of exemptions. Add lines 23 through 26 | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending (see instructions) | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 6 for 2005. If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 2 for 2008, or line 6 for 2009 | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | |

31  List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name   Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.
- [ ] Check here if you did not previously want $3 to go to the fund but now do.
- [ ] Check here if this is a joint return and your spouse did not previously want $3 to go to the fund but now does.

## Checklist

Before mailing this form, remember to
- [X] Complete name, address, and social security number
- [X] Complete lines A, B, and D on page 1
- [X] Complete lines 1 through 22 on page 1
- [X] Complete lines 23 through 31 on page 2, if required
- [X] Attach any supporting documents and new or changed forms and schedules
- [X] Sign and date this form

## Sign Here

Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶                                               ▶
Your signature                      Date         Spouse's signature. If a joint return, both must sign.    Date

### Paid Preparer's Use Only

▶
Preparer's signature                                                        Date

Self-prepared

Firm's name (or yours if self-employed), address, and ZIP code
[ ] Check if self-employed
Preparer's SSN or PTIN                                    Phone number                          EIN

For forms and publications, visit IRS on the Web at 222.irs.gov.                                 Form 1040X (Rev 1-2010)

AMENDED RETURN

Department of the Treasury — Internal Revenue Service

**Form 1040** U.S. Individual Income Tax Return **2009** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2009, or other tax year beginning , 2009, ending , 20

OMB No. 1545-0074

**Label** (See Instructions.)

Your first name: Jimmy
MI:
Last name: Shoemaker, Jr

Your social security number: [redacted]

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name / MI / Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. [redacted]   Apartment no.

▲ You must enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions. [redacted]   State, ZIP code

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ► [X] You  [ ] Spouse

**Filing Status**

Check only one box.

1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ►
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a ...........
 b [ ] Spouse ......
 c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| [redacted] | | | |

If more than four dependents, see instructions and check here ► [ ]

Boxes checked on 6a and 6b ... 1
No. of children on 6c who:
  • lived with you ... 3
  • did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above ...
Add numbers on lines above ► 4

d Total number of exemptions claimed .......

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7   Wages, salaries, tips, etc. Attach Form(s) W-2 ................................................... 7   82,350.
8a  Taxable interest. Attach Schedule B if required ................................................ 8a
 b  Tax-exempt interest. Do not include on line 8a .... 8b
9a  Ordinary dividends. Attach Schedule B if required ............................................. 9a
 b  Qualified dividends (see instrs) .... 9b
10  Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .... 10
11  Alimony received ................................................................. 11
12  Business income or (loss). Attach Schedule C or C-EZ ........................................ 12   25,888.
13  Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► [ ] .... 13
14  Other gains or (losses). Attach Form 4797 ..................................................... 14
15a IRA distributions ...... 15a          b Taxable amount (see instrs) .. 15b
16a Pensions and annuities .. 16a         b Taxable amount (see instrs) .. 16b
17  Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . 17
18  Farm income or (loss). Attach Schedule F .................................................... 18
19  Unemployment compensation in excess of $2,400 per recipient (see instructions) ......... 19
20a Social security benefits ...... 20a    b Taxable amount (see instrs) .. 20b
21  Other income ................................................................................ 21
22  Add the amounts in the far right column for lines 7 through 21. This is your total income ► 22   108,238.

**Adjusted Gross Income**

23 Educator expenses (see instructions) ................... 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ................. 24
25 Health savings account deduction. Attach Form 8889 ... 25
26 Moving expenses. Attach Form 3903 ..................... 26
27 One-half of self-employment tax. Attach Schedule SE .. 27   1,829.
28 Self-employed SEP, SIMPLE, and qualified plans ...... 28
29 Self-employed health insurance deduction (see instructions) ... 29
30 Penalty on early withdrawal of savings ................. 30
31a Alimony paid  b Recipient's SSN .. ►            31a
32 IRA deduction (see instructions) ....................... 32
33 Student loan interest deduction (see instructions) ..... 33
34 Tuition and fees deduction. Attach Form 8917 ......... 34
35 Domestic production activities deduction. Attach Form 8903 .. 35
36 Add lines 23 - 31a and 32 - 35 ................................................................. 36   1,829.
37 Subtract line 36 from line 22. This is your adjusted gross income ............................. ► 37   106,409.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  09/17/09   Form 1040 (2009)

Form 1040 (2009)  Jimmy Shoemaker, Jr    Page 2

**Tax and Credits**

| | | |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 106,409. |
| 39a | Check if: You were born before January 2, 1945, Blind. Spouse was born before January 2, 1945, Blind. Total boxes checked ▶ 39a | |
| | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐ | |
| 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 18,534. |
| | b If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L, and check here (see instructions) ▶ 40b ☐ | |
| 41 | Subtract line 40a from line 38 | 87,875. |
| 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | 14,600. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 73,275. |
| 44 | Tax (see instrs). Check if any tax is from:  a ☐ Form(s) 8814  b ☐ Form 4972 | 13,171. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 681. |
| 46 | Add lines 44 and 45 | 13,852. |
| 47 | Foreign tax credit. Attach Form 1116 if required     47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441   48    1,200. | |
| 49 | Education credits from Form 8863, line 29     49 | |
| 50 | Retirement savings contributions credit. Attach Form 8880    50 | |
| 51 | Child tax credit (see instructions)     51    1,400. | |
| 52 | Credits from Form:  a ☐ 8396  b ☐ 8839  c ☒ 5695    52    2,964. | |
| 53 | Other crs from Form:  a ☐ 3800  b ☐ 8801  c ☐    53 | |
| 54 | Add lines 47 through 53. These are your total credits | 5,564. |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 8,288. |

**Other Taxes**

| | | |
|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | 3,658. |
| 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 59 | Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | |
| 60 | Add lines 55-59. This is your total tax ▶ | 11,946. |

**Payments**

| | | | |
|---|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | 61  11,307. | |
| 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | |
| 63 | Making work pay and government retiree credit. Attach Schedule M | 63  0. | |
| 64a | Earned income credit (EIC)  No | 64a | |
|  | b Nontaxable combat pay election ▶ 64b | | |
| 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| 66 | Refundable education credit from Form 8863, line 16 | 66 | |
| 67 | First-time homebuyer credit. Attach Form 5405 | 67 | |
| 68 | Amount paid with request for extension to file (see instructions) | 68 | |
| 69 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 69 | |
| 70 | Credits from Form:  a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885 | 70 | |
| 71 | Add lns 61-63, 64a, & 65-70. These are your total pmts ▶ | | 11,307. |

**Refund**

Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888.

| | | |
|---|---|---|
| 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | 72 |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 73a |
| ▶ b Routing number  XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d Account number  XXXXXXXXXXXXXXXXX | | |
| 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ 74 | |

**Amount You Owe**

| | | |
|---|---|---|
| 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see instructions ▶ | 639. |
| 76 | Estimated tax penalty (see instructions)   76 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following.  ☒ No

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: Marine Master | Daytime phone number
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation |

**Paid Preparer's Use Only**

Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code: Self-Prepared | | EIN | Phone no.

Form 1040 (2009)

FDIA0112  09/17/09

# SCHEDULE A (Form 1040)

## Itemized Deductions

Department of the Treasury — Internal Revenue Service (99)

► Attach to Form 1040.   ► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2009**

Attachment Sequence No. 07

Name(s) shown on Form 1040: **Jimmy Shoemaker, Jr**

Your social security number: [redacted]

**Medical and Dental Expenses**

Caution. Do not include expenses reimbursed or paid by others.

1. Medical and dental expenses (see instructions) ............ 1
2. Enter amount from Form 1040, line 38 ..... 2
3. Multiply line 2 by 7.5% (.075) ............ 3
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- ............ 4

**Taxes You Paid** (See Instructions.)

5. State and local (check only one box):
   a. ☐ Income taxes, or
   b. ☒ General sales taxes ............ 5   1,770.
6. Real estate taxes (see instructions) ............ 6   338.
7. New motor vehicle taxes from line 11 of the worksheet on page 2. Skip this line if you checked box 5b ............ 7
8. Other taxes. List type and amount ► Personal Property & Other taxes  51.   8   51.
9. Add lines 5 through 8 ............ 9   2,159.

**Interest You Paid** (Note. Personal interest is not deductible.)

10. Home mtg interest and points reported to you on Form 1098 ............ 10   2,534.
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ►
11 (total)
12. Points not reported to you on Form 1098. See instrs for spcl rules ............ 12
13. Qualified mortgage insurance premiums (see instructions) ............ 13
14. Investment interest. Attach Form 4952 if required. (See Instrs.) ............ 14
15. Add lines 10 through 14 ............ 15   2,534.

**Gifts to Charity** (If you made a gift and got a benefit for it, see instructions.)

16. Gifts by cash or check. If you made any gift of $250 or more, see instrs ............ 16   3,900.
17. Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 ............ 17
18. Carryover from prior year ............ 18
19. Add lines 16 through 18 ............ 19   3,900.

**Casualty and Theft Losses**

20. Casualty or theft loss(es). Attach Form 4684. (See Instructions.) ............ 20

**Job Expenses and Certain Miscellaneous Deductions** (See Instructions.)

21. Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See Instructions.) ►
   See Form 2106/2106-EZ   11,944.   21   11,944.
22. Tax preparation fees ............ 22   125.
23. Other expenses — investment, safe deposit box, etc. List type and amount ►   23
24. Add lines 21 through 23 ............ 24   12,069.
25. Enter amount from Form 1040, line 38 ..... 25   106,409.
26. Multiply line 25 by 2% (.02) ............ 26   2,128.
27. Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- ............ 27   9,941.

**Other Miscellaneous Deductions**

28. Other — from list in the instructions. List type and amount ►   28

**Total Itemized Deductions**

29. Is Form 1040, line 38, over $166,800 (over $83,400 if married filing separately)?
   ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40a.
   ☐ Yes. Your deduction may be limited. See Instructions for the amount to enter.   29   18,534.
30. If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.   FDIA0301  11/30/09   Schedule A (Form 1040) 2009

| SCHEDULE C (Form 1040) | | Profit or Loss From Business (Sole Proprietorship) | | OMB No. 1545-0074 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ► Attach to Form 1040, 1040NR, or 1041. ► See Instructions for Schedule C (Form 1040). | | 2009 Attachment Sequence No. 09 |

Name of proprietor: Jimmy Shoemaker, Jr

Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see instructions): Commercial Shrimping

B Enter code from instructions: ► 114110

C Business name. If no separate business name, leave blank.

D Employer ID number (EIN), if any:

E Business address (including suite or room no.) ► [redacted]
City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

G Did you 'materially participate' in the operation of this business during 2009? If 'No,' see Instructions for limit on losses ... [X] Yes  [ ] No

H If you started or acquired this business during 2009, check here ........

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See the instructions and check the box if: • This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses ............ ► [ ] | 1 | 44,840. |
| 2 | Returns and allowances ........................... | 2 | |
| 3 | Subtract line 2 from line 1 ........................ | 3 | 44,840. |
| 4 | Cost of goods sold (from line 42 on page 2) .................. | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 .................... | 5 | 44,840. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) .................... | 6 | |
| 7 | Gross Income. Add lines 5 and 6 ........................ ► | 7 | 44,840. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising | 8 | | 18 Office expense | 18 | |
| 9 Car and truck expenses (see instructions) | 9 | 4,455. | 19 Pension and profit-sharing plans | 19 | |
| 10 Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| | | | a Vehicles, machinery, and equipment | 20a | |
| 11 Contract labor (see instructions) | 11 | | b Other business property | 20b | |
| | | | 21 Repairs and maintenance | 21 | 445. |
| 12 Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 6,300. | 23 Taxes and licenses | 23 | 120. |
| | | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | 24a | |
| 14 Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 Insurance (other than health) | 15 | | 25 Utilities | 25 | 1,244. |
| 16 Interest: | | | 26 Wages (less employment credits) | 26 | |
| a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 6,388. |
| b Other | 16b | | | | |
| 17 Legal & professional services | 17 | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ........ ► | 28 | 18,952. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 .................. | 29 | 25,888. |
| 30 | Expenses for business use of your home. Attach Form 8829 ............... | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | 31 | 25,888. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.

32a [X] All investment is at risk.

• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule C (Form 1040) 2009

FDIZ0112  06/18/09

Schedule C (Form 1040) 2009  Jimmy Shoemaker, Jr.  Page 2

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............ ☐ Yes  ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation .......... | 35 |

36  Purchases less cost of items withdrawn for personal use ........ | 36 |

37  Cost of labor. Do not include any amounts paid to yourself ........ | 37 |

38  Materials and supplies ........ | 38 |

39  Other costs ........ | 39 |

40  Add lines 35 through 39 ........ | 40 |

41  Inventory at end of year ........ | 41 |

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ....... | 42 |

### Part IV — Information on Your Vehicle

Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:
a Business _____   b Commuting (see instructions) _____   c Other _____

45  Was your vehicle available for personal use during off-duty hours? ........ ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ........ ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction? ........ ☐ Yes  ☐ No

   b  If "Yes," is the evidence written? ........ ☐ Yes  ☐ No

### Part V — Other Expenses

List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| Provisions | 488. |
| Rubber Boots/Gloves/Protective Clothing | 919. |
| Fuel & Oil | 3,753. |
| Oyster Tongs 5 sets @ 250.00 each | 1,250. |
| Various Tools/Baskets for Oysters | 578. |

48  Total other expenses. Enter here and on page 1, line 27 ........ | 48 | 6,988. |

Schedule C (Form 1040) 2009

PDI20112  06/16/09

Schedule SE (Form 1040) 2009     Attachment Sequence No. 17   Page 2

Name of person with self-employment income (as shown on Form 1040): Jimmy Shoemaker, Jr

Social security number of person with self-employment income: [redacted]

## Section B — Long Schedule SE

### Part I — Self-Employment Tax

Note. If your only income subject to self-employment tax is church employee income, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is not church employee income. See instructions.

A If you are a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361, but you had $400 or more of other net earnings from self-employment, check here and continue with Part I ... ▶ ☐

| | | |
|---|---|---:|
| 1a | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. Note. Skip lines 1a and 1b if you use the farm optional method (see instructions) | |
| 1b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report. Note. Skip this line if you use the nonfarm optional method (see instructions) | 25,888. |
| 3 | Combine lines 1a, 1b and 2 | 25,888. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | 23,908. |
| 4b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | |
| 4c | Combine lines 4a and 4b. If less than $400, stop; you do not owe self-employment tax. Exception. If less than $400 and you had church employee income, enter -0- and continue ▶ | 23,908. |
| 5a | Enter your church employee income from Form W-2. See the instructions for definition of church employee income | |
| 5b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | 0. |
| 6 | Net earnings from self-employment. Add lines 4c and 5b | 23,908. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2009 | 106,800. |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $106,800 or more, skip lines 8b through 10, and go to line 11   8a   82,350. | |
| 8b | Unreported tips subject to social security tax (from Form 4137, line 10) | |
| 8c | Wages subject to social security tax (from Form 8919, line 10) | |
| 8d | Add lines 8a, 8b, and 8c | 82,350. |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | 24,450. |
| 10 | Multiply the smaller of line 6 or line 9 by 12.4% (.124) | 2,965. |
| 11 | Multiply line 6 by 2.9% (.029) | 693. |
| 12 | Self-employment tax. Add lines 10 and 11. Enter here and on Form 1040, line 56 | 3,658. |
| 13 | Deduction for one-half of self-employment tax. Multiply line 12 by 50% (.50). Enter the result here and on Form 1040, line 27   13   1,829. | |

### Part II — Optional Methods To Figure Net Earnings (see instructions)

Farm Optional Method. You may use this method only if (a) your gross farm income(1) was not more than $6,540 or (b) your net farm profits(2) were less than $4,721.

| | | |
|---|---|---:|
| 14 | Maximum income for optional methods | 4,360. |
| 15 | Enter the smaller of: two-thirds (2/3) of gross farm income(1) (not less than zero) or $4,360. Also, include this amount on line 4b above | |

Nonfarm Optional Method. You may use this method only if (a) your net nonfarm profits(3) were less than $4,721 and also less than 72.189% of your gross nonfarm income(4) and (b) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. Caution. You may use this method no more than five times.

| | | |
|---|---|---:|
| 16 | Subtract line 15 from line 14 | |
| 17 | Enter the smaller of: two-thirds (2/3) of gross nonfarm income(4) (not less than zero) or the amount on line 16. Also include this amount on line 4b above | |

(1) From Schedule F, line 11, and Schedule K-1 (Form 1065), box 14, code B.
(2) From Schedule F, line 36, and Schedule K-1 (Form 1065), box 14, code A — minus the amount you would have entered on line 1b had you not used the optional method.
(3) From Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A; and Schedule K-1 (Form 1065-B), box 9, code J1.
(4) From Schedule C, line 7; Schedule C-EZ, line 1; Schedule K-1 (Form 1065), box 14, code C; and Schedule K-1 (Form 1065-B), box 9, code J2.

BAA    FDIA1102 10/21/09    Schedule SE (Form 1040) 2009

| Form **2441** | Child and Dependent Care Expenses | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040, Form 1040A, or Form 1040NR.<br>► See separate Instructions. | **2009**<br>Attachment Sequence No. 21 |

Name(s) shown on return: Jimmy Shoemaker, Jr

Your social security number: [redacted]

### Part I — Persons or Organizations Who Provided the Care — You must complete this part.
(If you have more than two care providers, see the instructions.)

| 1 (a) Care provider's name | (b) Address (no., street, apt no., city, state, and ZIP code) | (c) Identifying no. (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|
| [redacted] | | | |

Did you receive dependent care benefits?  No ☐ — Complete only Part II below.  Yes ☐ — Complete Part III on page 2 next.

**Caution.** If the care was provided in your home, you may owe employment taxes. If you do, you cannot file Form 1040A. For details, see the instructions for Form 1040, line 59, or Form 1040NR, line 56.

### Part II — Credit for Child and Dependent Care Expenses

2  Information about your qualifying person(s). If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name (First / Last) | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2009 for the person listed in column (a) |
|---|---|---|
| [redacted] | | |

| | | |
|---|---|---|
| 3 Add the amounts in column (c) of line 2. Do not enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 34 | 3 | 6,000. |
| 4 Enter your earned income. See instructions | 4 | 106,409. |
| 5 If married filing jointly, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions); all others, enter the amount from line 4 | 5 | 106,409. |
| 6 Enter the smallest of line 3, 4, or 5 | 6 | 6,000. |
| 7 Enter the amount from Form 1040, line 38; Form 1040A, line 22; or Form 1040NR, line 36 | 7 | 106,409. |

8  Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: Over — But not over | Decimal amount is | If line 7 is: Over — But not over | Decimal amount is |
|---|---|---|---|
| $0 — 15,000 | .35 | $29,000 — 31,000 | .27 |
| 15,000 — 17,000 | .34 | 31,000 — 33,000 | .26 |
| 17,000 — 19,000 | .33 | 33,000 — 35,000 | .25 |
| 19,000 — 21,000 | .32 | 35,000 — 37,000 | .24 |
| 21,000 — 23,000 | .31 | 37,000 — 39,000 | .23 |
| 23,000 — 25,000 | .30 | 39,000 — 41,000 | .22 |
| 25,000 — 27,000 | .29 | 41,000 — 43,000 | .21 |
| 27,000 — 29,000 | .28 | 43,000 — No limit | .20 |

8  X  0.20

| | | |
|---|---|---|
| 9 Multiply line 6 by the decimal amount on line 8. If you paid 2008 expenses in 2009, see the instructions | 9 | 1,200. |
| 10 Enter the amount from Form 1040, line 46; Form 1040A, line 28; or Form 1040NR, line 43 | 10 | 13,852. |
| 11 Enter the amount from Form 1040, line 47; or Form 1040NR, line 44. Form 1040A filers, enter -0- | 11 | |
| 12 Subtract line 11 from line 10. If zero or less, stop. You cannot take the credit | 12 | 13,852. |
| 13 Credit for child and dependent care expenses. Enter the smaller of line 9 or line 12 here and on Form 1040, line 48; Form 1040A, line 29; or Form 1040NR, line 46 | 13 | 1,200. |

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 2441 (2009)

FDIA9212  06/19/09

Form **6251**  
Department of the Treasury  
Internal Revenue Service (99)

## Alternative Minimum Tax — Individuals
► See separate instructions.  
► Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074  
**2009**  
Attachment Sequence No. 82

Name(s) shown on Form 1040 or Form 1040NR: Jimmy Shoemaker, Jr

Your social security number: [redacted]

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | Amount |
|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41 (minus any amount on Form 8914, line 6), and go to line 2. Otherwise, enter the amount from Form 1040, line 38 (minus any amount on Form 8914, line 6), and go to line 7. (If less than zero, enter as a negative amount.) | 87,875. |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0-. | 0. |
| 3 | Taxes from Schedule A (Form 1040), lines 5, 6, and 8 | 2,159. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 9,941. |
| 6 | If Form 1040, line 38, is over $166,800 (over $83,400 if married filing separately), enter the amount from line 11 of the Itemized Deductions Worksheet in the instructions for Schedule A (Form 1040). | |
| 7 | If filing Schedule L (Form 1040A or 1040), enter as a negative amount the sum of lines 6 and 20 from that schedule | |
| 8 | Tax refund from Form 1040, line 10 or line 21 | |
| 9 | Investment interest expense (difference between regular tax and AMT) | |
| 10 | Depletion (difference between regular tax and AMT) | |
| 11 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | |
| 12 | Alternative tax net operating loss deduction | 0. |
| 13 | Interest from specified private activity bonds exempt from the regular tax | |
| 14 | Qualified small business stock (7% of gain excluded under section 1202) | |
| 15 | Exercise of incentive stock options (excess of AMT income over regular tax income) | |
| 16 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | |
| 17 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | |
| 18 | Disposition of property (difference between AMT and regular tax gain or loss) | |
| 19 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 0. |
| 20 | Passive activities (difference between AMT and regular tax income or loss) | |
| 21 | Loss limitations (difference between AMT and regular tax income or loss) | |
| 22 | Circulation costs (difference between regular tax and AMT) | |
| 23 | Long-term contracts (difference between AMT and regular tax income) | |
| 24 | Mining costs (difference between regular tax and AMT) | |
| 25 | Research and experimental costs (difference between regular tax and AMT) | |
| 26 | Income from certain installment sales before January 1, 1987 | |
| 27 | Intangible drilling costs preference | |
| 28 | Other adjustments, including income-based related adjustments | |
| 29 | Alternative minimum taxable income. Combine lines 1 through 28. (If married filing separately and line 29 is more than $216,900, see instructions.) | 99,975. |

### Part II — Alternative Minimum Tax

30. Exemption. (If you were under age 24 at the end of 2009, see instructions.)

| If your filing status is... | AND line 29 is not over... | THEN enter on line 30... |
|---|---|---|
| Single or head of household | $112,500 | $46,700 |
| Married filing jointly or qualifying widow(er) | 150,000 | 70,950 |
| Married filing separately | 75,000 | 35,475 |

30. | 46,700.

If line 29 is over the amount shown above for your filing status, see instructions.

31. Subtract line 30 from line 29. If more than zero, go to line 32. If zero or less, enter -0- here and on lines 34 and 36 and skip the rest of Part II | 53,275.

32. • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter.  
• If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 55 here.  
• All others: If line 31 is $175,000 or less ($87,500 or less if married filing separately), multiply line 31 by 26% (.26). Otherwise, multiply line 31 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 13,852.

33. Alternative minimum tax foreign tax credit (see instructions) |

34. Tentative minimum tax. Subtract line 33 from line 32 | 13,852.

35. Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47). If you used Schedule J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Schedule J (see instructions) | 13,171.

36. AMT. Subtract line 35 from line 34. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 681.

BAA For Paperwork Reduction Act Notice, see separate instructions. FDIA5312 08/14/09

Form 6251 (2009)


Form 6251 (2009)    Jimmy Shoemaker, Jr    Page 2

### Part III — Tax Computation Using Maximum Capital Gains Rates

37. Enter the amount from Form 6251, line 31. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet in the instructions ............ **37**

38. Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see the instructions for the amount to enter ............ **38**

39. Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see the instructions for the amount to enter ............ **39**

40. If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 38. Otherwise, add lines 38 and 39, and enter the smaller of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see the instructions for the amount to enter ............ **40**

41. Enter the smaller of line 37 or line 40 ............ **41**

42. Subtract line 41 from line 37 ............ **42**

43. If line 42 is $175,000 or less ($87,500 or less if married filing separately), multiply line 42 by 26% (.26). Otherwise, multiply line 42 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ............ ▶ **43**

44. Enter:
    - $67,900 if married filing jointly or qualifying widow(er),
    - $33,950 if single or married filing separately, or
    - $45,500 if head of household. ............ **44**

45. Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- ............ **45**

46. Subtract line 45 from line 44. If zero or less, enter -0- ............ **46**

47. Enter the smaller of line 37 or line 38 ............ **47**

48. Enter the smaller of line 46 or line 47 ............ **48**

49. Subtract line 48 from line 47 ............ **49**

50. Multiply line 49 by 15% (.15) ............ ▶ **50**

    If line 39 is zero or blank, skip lines 51 and 52 and go to line 53. Otherwise, go to line 51.

51. Subtract line 47 from line 41 ............ **51**

52. Multiply line 51 by 25% (.25) ............ ▶ **52**

53. Add lines 43, 50, and 52 ............ **53**

54. If line 37 is $175,000 or less ($87,500 or less if married filing separately), multiply line 37 by 26% (.26). Otherwise, multiply line 37 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ............ **54**

55. Enter the smaller of line 53 or line 54 here and on line 32. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 32. Instead, enter it on line 4 of the worksheet in the instructions ............ **55**

Form 6251 (2009)

| Form **4562** | | Depreciation and Amortization (Including Information on Listed Property) | | OMB No 1545-0172 **2009** |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► See separate instructions. ► Attach to your tax return. | | Attachment Sequence No. 67 |

Name(s) shown on return: Jimmy Shoemaker, Jr

Identifying number: [redacted]

Business or activity to which this form relates: Sch C Commercial Shrimping

## Part I — Election To Expense Certain Property Under Section 179

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $250,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | 6,300. |
| 3 Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0. |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 250,000. |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 8'x17' OYSTER BARGE | 3,500. | 3,500. |
| 90 HP YAMAHA MOTOR | 2,800. | 2,800. |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 6,300. |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 6,300. |
| 10 Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | 114,538. |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 6,300. |
| 13 Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ► 13 | | 0. |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | 0. |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

## Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

### Section B — Assets Placed in Service During 2009 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 6,300. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812 07/07/09   Form 4562 (2009)

Form 4562 (2009)  Jimmy Shoemaker, Jr.  Page 2

## Part V — Listed Property (include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed?  ☒ Yes ☐ No    24b If "Yes," is the evidence written?  ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ Investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| Chevy Silverado 4x4 | 10/10/05 | 34.33 | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............ 28
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 .................................................. 29

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | 6,654 | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | 12,729 | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | 19,383 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | X | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | X | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | X | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2009 tax year | | | | 43 | |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | |

FD120012 07/07/09  Form 4562 (2009)

| Form **2106-EZ** | Unreimbursed Employee Business Expenses | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040 or Form 1040NR. | **2009** Attachment Sequence No. 129A |

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| Jimmy Shoemaker, Jr | Marine Master | |

**You Can Use This Form Only If All of the Following Apply.**

* You are an employee deducting ordinary and necessary expenses attributable to your job. An ordinary expense is one that is common and accepted in your field of trade, business, or profession. A necessary expense is one that is helpful and appropriate for your business. An expense does not have to be required to be considered necessary.
* You do not get reimbursed by your employer for any expenses (amounts your employer included in box 1 of your Form W-2 are not considered reimbursements for this purpose).
* If you are claiming vehicle expense, you are using the standard mileage rate for 2009.

**Caution:** *You can use the standard mileage rate for 2009 only if: (a) you owned the vehicle and used the standard mileage rate for the first year you placed the vehicle in service, or (b) you leased the vehicle and used the standard mileage rate for the portion of the lease period after 1997.*

### Part I — Figure Your Expenses

| | | |
|---|---|---|
| 1 | Vehicle expense using the standard mileage rate. Complete Part II and multiply line 8a by 55¢ (.55) . . . . . . 1 | 6,030. |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc, that did not involve overnight travel or commuting to and from work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. Do not include meals and entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3 | 559. |
| 4 | Business expenses not included on lines 1 through 3. Do not include meals and entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4 | 5,217. |
| 5 | Meals and entertainment expenses: $ _____ 276. x 50% (.50) (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see instructions.) . . . . . 5 | 138. |
| 6 | Total expenses. Add lines 1 through 5. Enter here and on Schedule A (Form 1040), line 21 (or on Schedule A (Form 1040NR), line 9). (Armed Forces reservists, fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter this amount.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 | 11,944. |

### Part II — Information on Your Vehicle. Complete this part only if you are claiming vehicle expense on line 1.

7 When did you place your vehicle in service for business use? (month, day, year) . . . . . . . . . . . . . . . ▶ 10/10/2005

8 Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

   a Business _____ 10,964    b Commuting (see instr) _____    c Other _____ 7,419

9  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . [X] Yes  [ ] No

10 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . [ ] Yes  [X] No

11a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes  [ ] No

   b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes  [ ] No

BAA For Paperwork Reduction Act Notice, see separate instructions.                                       Form 2106-EZ (2009)

FDIA7001  06/10/09

| Form **5695** | Residential Energy Credits | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ► See Instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2009**<br>Attachment<br>Sequence No. 158 |

Name(s) shown on return: Jimmy Shoemaker, Jr

Your social security number: [redacted]

*Before you begin Part I:* Figure the amount of any credit for the elderly or the disabled you are claiming

### Part I — Nonbusiness Energy Property Credit (See instructions before completing this part.)

1. Were the qualified energy efficiency improvements or residential energy property costs for your main home located in the United States? (see instructions) ........... **1** [X] Yes [ ] No

   *Caution: If you checked the 'No' box, you cannot claim the nonbusiness energy property credit. Do not complete Part I.*

2. Qualified energy efficiency improvements (see instructions).
   - a Insulation material or system specifically and primarily designed to reduce the heat loss or gain of your home ........... **2a**
   - b Exterior windows (including certain storm windows) and skylights ........... **2b**
   - c Exterior doors (including certain storm doors) ........... **2c**
   - d Metal roof with appropriate pigmented coatings, or asphalt roof with appropriate cooling granules, that are specifically and primarily designed to reduce the heat gain of your home, and the roof meets or exceeds the Energy Star program requirements in effect at the time of purchase or installation ........... **2d**

3. Residential energy property costs (see instructions).
   - a Energy-efficient building property ........... **3a**
   - b Qualified natural gas, propane, or oil furnace or hot water boiler ........... **3b**
   - c Advanced main air circulating fan used in a natural gas, propane, or oil furnace ........... **3c**

4. Add lines 2a through 3c ........... **4**

5. Multiply line 4 by 30% (.30) ........... **5**

6. Maximum credit amount. (If you jointly occupied the home, see instructions) ........... **6** 1,500.

7. Enter the smaller amount of line 5 or line 6 ........... **7** 0.

8. Enter the amount from Form 1040, line 46, or Form 1040NR, line 43 ........ **8** 13,852.

9. Enter the total, if any, of your credits from Form 1040, lines 47 through 50, and Schedule R, line 24; or Form 1040NR, lines 44 through 46 ........... **9** 1,200.

10. Subtract line 9 from line 8. If zero or less, stop. You cannot take the nonbusiness energy property credit ........... **10** 12,652.

11. Nonbusiness energy property credit. Enter the smaller of line 7 or line 10 ........... **11** 0.

BAA For Paperwork Reduction Act Notice, see separate instructions. Form **5695** (2009)

FDIA0712 01/12/10

Form 5695 (2009)  JIMMY SHOEMAKER, JR                                                      Page 2

**Before you begin Part II:**
Figure the amount of any of the following credits you are claiming.
- Credit for the elderly or the disabled.
- District of Columbia first-time homebuyer credit.
- Alternative motor vehicle credit.
- Qualified plug-in electric vehicle credit.
- Qualified plug-in electric drive motor vehicle credit.

## Part II — Residential Energy Efficient Property Credit (See instructions before completing this part.)

Note. Skip lines 12 through 21 if you only have a credit carryforward from 2008.

| | | |
|---|---|---|
| 12 Qualified solar electric property costs | 12 | |
| 13 Qualified solar water heating property costs | 13 | |
| 14 Qualified small wind energy property costs | 14 | |
| 15 Qualified geothermal heat pump property costs | 15 | 9,880. |
| 16 Add lines 12 through 15 | 16 | 9,880. |
| 17 Multiply line 16 by 30% (.30) | 17 | 2,964. |
| 18 Qualified fuel cell property costs ....... 18 | | |
| 19 Multiply line 18 by 30% (.30) ....... 19 | | |
| 20 Kilowatt capacity of property on line 18 above ▶ _____ X $1,000.  20 | | |
| 21 Enter the smaller of line 19 or line 20 | 21 | |
| 22 Credit carryforward from 2008. Enter the amount, if any, from your 2008 Form 5695, line 28 | 22 | |
| 23 Add lines 17, 21, and 22 | 23 | 2,964. |
| 24 Enter the amount from Form 1040, line 46, or Form 1040NR, line 43. ...... 24   13,852. | | |
| 25 1040 filers: Enter the total, if any, of your credits from Form 1040, lines 47 through 50; line 11 of this form; line 12 of the Line 11 Worksheet in Pub 972 (see instructions); Form 8396, line 11; Form 8839, line 18; Form 8859, line 11; Form 8894, line 22; Form 8910, line 21; Form 8936, line 14; and Schedule R, line 24.<br><br>1040NR filers: Enter the amount, if any, from Form 1040NR, lines 44 through 46; line 11 of this form; line 12 of the Line 11 worksheet in Pub 972 (see instructions); Form 8396, line 11; Form 8839, line 18; Form 8859, line 11; Form 8894, line 22; Form 8910, line 21; and Form 8936, line 14.  ... 25   1,200. | | |
| 26 Subtract line 25 from line 24. If zero or less, enter -0- here and on line 27 | 26 | 12,652. |
| 27 Residential energy efficient property credit. Enter the smaller of line 23 or line 26 | 27 | 2,964. |
| 28 Credit carryforward to 2010. If line 27 is less than line 23, subtract line 27 from line 23   28 | | |

## Part III — Current Year Residential Energy Credits

| | | |
|---|---|---|
| 29 Add lines 11 and 27. Enter the result here and on Form 1040, line 52, or Form 1040NR, line 49, and check box c on that line | 29 | 2,964. |

Form 5695 (2009)

FDIA6712  01/12/10