# EXHIBIT E

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

|  |  |
|---|---|
| Request Date: | 08-29-2014 |
| Response Date: | 08-29-2014 |
| Tracking Number: | 100211079202 |

FORM NUMBER:        1040
TAX PERIOD:         Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER: ▮▮▮

JIMMY SHOEMAKER JR
▮▮▮

---- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ----

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jan. 13, 2014 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jan. 13, 2014 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Head of Household |
| ADJUSTED GROSS INCOME: | 46,370.00 |
| TAXABLE INCOME: | 13,792.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Apr. 15, 2009
PROCESSING DATE                                                   Mar. 30, 2009

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | Tax return filed | 20091108 | 03-30-2009 | $0.00 |
| n/a | 76221-066-21284-9 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2009 | -$7,355.00 |
| 766 | Tax relief credit | | 04-15-2009 | -$300.00 |

Account Transcript ████████ 1040 Dec. 31, 2008 SHOE                    Page 2 of 2

| 766 | Credit to your account | 04-15-2009 | -$300.00 |
| 766 | Credit to your account | 04-15-2009 | -$2,106.00 |
| 846 | Refund issued | 03-30-2009 | $10,061.00 |

This Product Contains Sensitive Taxpayer Data



## Internal Revenue Service
### United States Department of the Treasury

```
┌─────────────────────────────────────────────────────────────────┐
│          This Product Contains Sensitive Taxpayer Data           │
└─────────────────────────────────────────────────────────────────┘
```

## Account Transcript

Request Date:       08-29-2014
Response Date:      08-29-2014
Tracking Number:    100211079202

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER: ███████

JIMMY SHOEMAKER JR
███████

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        0.00
ACCRUED INTEREST:                       0.00     AS OF: Jan. 13, 2014
ACCRUED PENALTY:                        0.00     AS OF: Jan. 13, 2014

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                   04
FILING STATUS:                       Head of Household
ADJUSTED GROSS INCOME:                 71,238.00
TAXABLE INCOME:                        37,720.00
TAX PER RETURN:                             0.00
SE TAXABLE INCOME TAXPAYER:                 0.00
SE TAXABLE INCOME SPOUSE:                   0.00
TOTAL SELF EMPLOYMENT TAX:                  0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)       Apr. 15, 2010
PROCESSING DATE                                                   Feb. 15, 2010
```

```
┌─────────────────────────────────────────────────────────────────┐
│                           TRANSACTIONS                            │
└─────────────────────────────────────────────────────────────────┘
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20100508 | 02-15-2010 | $0.00 |
| n/a | 76221-022-58768-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2010 | -$11,307.00 |
| 766 | Credit to your account | | 04-15-2010 | -$400.00 |

Account Transcript ███████ 1040 Dec. 31, 2009 SHOE                    Page 2 of 2

| 766 | Credit to your account |          | 04-15-2010 | -$2,103.00 |
| 971 | Notice issued<br>CP 0053 |          | 02-15-2010 | $0.00 |
| 846 | Refund issued |          | 02-15-2010 | $13,810.00 |

This Product Contains Sensitive Taxpayer Data

 Internal Revenue Service
United States Department of the Treasury

```
┌──────────────────────────────────────────────────────────────┐
│          This Product Contains Sensitive Taxpayer Data         │
└──────────────────────────────────────────────────────────────┘
```

## Record of Account

|  |  |
| --- | --- |
| Request Date: | 08-29-2014 |
| Response Date: | 08-29-2014 |
| Tracking Number: | 100211079202 |

FORM NUMBER:        1040A
TAX PERIOD:         Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:

JIMMY SHOEMAKER JR

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | --- | --- |
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Jan. 13, 2014 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jan. 13, 2014 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
| --- | --- |
| EXEMPTIONS: | 04 |
| FILING STATUS: | Head of Household |
| ADJUSTED GROSS INCOME: | 32,962.00 |
| TAXABLE INCOME: | 9,962.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
| --- | --- |
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Apr. 15, 2011 |
| PROCESSING DATE | Feb. 07, 2011 |

```
┌──────────────────────────────────────────────────────────────┐
│                          TRANSACTIONS                          │
└──────────────────────────────────────────────────────────────┘
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 150 | Tax return filed | 20110408 | 02-07-2011 | $0.00 |
| n/a | 76209-015-73056-1 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2011 | -$2,892.00 |
| 766 | Credit to your account | | 04-15-2011 | -$400.00 |
| 766 | Credit to your account | | 04-15-2011 | -$2,891.00 |

| 768 | Earned income credit | | 04-15-2011 | -$4,060.00 |
| 846 | Refund issued | | 02-07-2011 | $10,243.00 |
| 922 | Review of unreported income | | 02-01-2013 | $0.00 |
| 640 | Advance payment of tax owed | | 11-23-2012 | -$5,629.18 |
| 240 | Miscellaneous penalty | 20130405 | 02-11-2013 | $890.00 |
|     | IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty | | | |
| n/a | 18254-411-65348-3 | | | |
| 765 | Reduced or removed earned income credit | | 04-15-2011 | $1,875.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2011 | -$84.00 |
| 767 | Reduced or removed credit to your account | | 04-15-2011 | $84.00 |
| 767 | Reduced or removed credit to your account | | 04-15-2011 | $2,577.00 |
| 290 | Additional tax assessed | 20130405 | 02-11-2013 | $0.00 |
| n/a | 18254-411-65348-3 | | | |
| 196 | Interest charged for late payment | 20130405 | 02-11-2013 | $287.18 |
| 196 | Interest charged for late payment | 20130405 | 02-11-2013 | $2.78 |
| 971 | Notice issued | | 02-11-2013 | $0.00 |
|     | CP 0021 | | | |
| 606 | Write-off of balance due | | 02-11-2013 | -$2.78 |

SSN Provided: ███████

Tax Period Ending: Dec. 31, 2010

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

SSN: ███████

SPOUSE SSN:

NAME(S) SHOWN ON RETURN: JIMMY SHOEMAKER JR

ADDRESS: ███████████████████

FILING STATUS:                Head of Household
FORM NUMBER:                  1040A
CYCLE POSTED:                 20110408
RECEIVED DATE:                Apr.15, 2011
REMITTANCE:                   $0.00
EXEMPTION NUMBER:             4
DEPENDENT 1 NAME CTRL:        WRIG
DEPENDENT 1 SSN:              ██████
DEPENDENT 2 NAME CTRL:        SHOE
DEPENDENT 2 SSN:              ██████
DEPENDENT 3 NAME CTRL:        SHOE
DEPENDENT 3 SSN:              ██████
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:    000000
PREPARER SSN:
PREPARER EIN:


Income

WAGES, SALARIES, TIPS, ETC:                        $24,075.00
TAXABLE INTEREST INCOME:                                $0.00

| | |
|---|---:|
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $0.00 |
| QUALIFIED DIVIDENDS: | $0.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| TOTAL IRA DISTRIBUTIONS: | $0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $0.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $0.00 |
| TOTAL INCOME: | $24,075.00 |
| TOTAL INCOME PER COMPUTER: | $24,075.00 |

## Adjustments to Income

| | |
|---|---:|
| EDUCATOR EXPENSES: | $0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $0.00 |
| IRA DEDUCTION: | $0.00 |
| IRA DEDUCTION PER COMPUTER: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $0.00 |
| TUITION AND FEES DEDUCTION: | $0.00 |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $0.00 |
| JURY DUTY PAY DEDUCTION: | $0.00 |
| TOTAL ADJUSTMENTS: | $0.00 |
| TOTAL ADJUSTMENTS PER COMPUTER: | $0.00 |
| ADJUSTED GROSS INCOME: | $24,075.00 |
| ADJUSTED GROSS INCOME PER COMPUTER: | $24,075.00 |

## Tax and Credits

| | |
|---|---:|
| 65-OR-OVER: | NO |
| BLIND: | NO |
| SPOUSE 65-OR-OVER: | NO |
| SPOUSE BLIND: | NO |
| EXEMPTION AMOUNT PER COMPUTER: | $14,600.00 |
| TAXABLE INCOME: | $1,075.00 |
| TAXABLE INCOME PER COMPUTER: | $1,075.00 |
| TENTATIVE TAX: | $109.00 |
| TENTATIVE TAX PER COMPUTER: | $109.00 |
| CHILD & DEPENDENT CARE CREDIT: | $0.00 |
| CHILD & DEPENDENT CARE CREDIT PER COMPUTER: | $0.00 |
| CREDIT FOR ELDERLY AND DISABLED: | $0.00 |
| CREDIT FOR ELDERLY AND DISABLED PER COMPUTER: | $0.00 |
| EDUCATION CREDIT: | $0.00 |
| EDUCATION CREDIT PER COMPUTER: | $0.00 |
| GROSS EDUCATION CREDIT PER COMPUTER: | $0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT: | $0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER: | $0.00 |
| PRIM RET SAV CNTRB: F8880 LN6A: | $0.00 |
| SEC RET SAV CNTRB: F8880 LN6B: | $0.00 |
| CHILD TAX CREDIT: | $109.00 |
| CHILD TAX CREDIT PER COMPUTER: | $109.00 |
| ADOPTION CREDIT: F8839: | $0.00 |
| ADOPTION CREDIT PER COMPUTER: | $0.00 |
| TOTAL CREDITS: | $109.00 |

Record of Account ███████ 1040A  201012  SHOE                    Page 4 of 5

| | |
|---|---|
| TOTAL CREDITS PER COMPUTER: | $109.00 |

## Other Taxes

| | |
|---|---|
| ADVANCED EARNED INCOME CREDIT: | $0.00 |
| TOTAL TAX LIABILITY TP FIGURES: | $0.00 |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $0.00 |

## Payments

| | |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | $2,892.00 |
| ESTIMATED TAX PAYMENTS: | $0.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT: | $400.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER: | $400.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED: | $0.00 |
| REFUNDABLE EDUCATION CREDIT: | $0.00 |
| REFUNDABLE EDUCATION CREDIT PER COMPUTER: | $0.00 |
| REFUNDABLE EDUCATION CREDIT VERIFIED: | $0.00 |
| EARNED INCOME CREDIT: | $4,060.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $4,060.00 |
| EARNED INCOME CREDIT NONTAXABLE COMBAT PAY: | $0.00 |
| SCHEDULE M NONTAXABLE COMBAT PAY: | $0.00 |
| FORM 8812 NONTAXABLE COMBAT PAY: | $0.00 |
| TOT SS/MEDICARE WITHHELD: F8812: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT: | $2,891.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $2,891.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $0.00 |
| RECOVERY REBATE CREDIT: | $0.00 |
| RECOVERY REBATE CREDIT PER COMPUTER: | $0.00 |
| TOTAL PAYMENTS: | $10,243.00 |
| TOTAL PAYMENTS PER COMPUTER: | $10,243.00 |

## Refund or Amount Owed

| | |
|---|---|
| REFUND AMOUNT: | $-10,243.00 |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX: | $0.00 |
| ESTIMATED TAX PENALTY: | $0.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $-10,243.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $-10,243.00 |
| FORM 8888 TOTAL REFUND PER COMPUTER: | $0.00 |

## Third Party Designee

| | |
|---|---|
| THIRD PARTY DESIGNEE ID NUMBER: | |
| AUTHORIZATION INDICATOR: | 0 |
| THIRD PARTY DESIGNEE NAME: | |

## Schedule EIC--Earned Income Credit

| | |
|---|---|
| QUALIFIED EIC DEPENDENTS: | 3 |

CHILD 1
| | |
|---|---|
| CHILD'S NAME CNTRL: | |
| SSN: | ████████ |
| YEAR OF BIRTH: | |
| STUDENT/DISABLED: | 0 |

CHILD 2
| | |
|---|---|
| CHILD'S NAME CNTRL: | |
| SSN: | ████████ |
| YEAR OF BIRTH: | |
| STUDENT/DISABLED: | 0 |

CHILD 3
| | |
|---|---|
| CHILD'S NAME CNTRL: | |
| SSN: | ████████ |

Record of Account ▆▆▆▆▆▆  1040A  201012  SHOE                          Page 5 of 5

YEAR OF BIRTH:
STUDENT/DISABLED:                                                          ▆▆ 0

## Form 8863 - Education Credits  (Hope and Lifetime Learning Credits)

PART III - ALLOWABLE EDUCATION CREDITS
GROSS EDUCATION CR PER COMPUTER:                                        $0.00
TOTAL EDUCATION CREDIT AMOUNT:                                         $0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:                            $0.00

This Product Contains Sensitive Taxpayer Data

Record of Account ▮▮▮▮ 1040  201112  SHOE                                Page 1 of 8

 **Internal Revenue Service**
United States Department of the Treasury

┌─────────────────────────────────────────────────────────────────┐
│            This Product Contains Sensitive Taxpayer Data          │
└─────────────────────────────────────────────────────────────────┘

## Record of Account

Request Date:      08-29-2014
Response Date:     08-29-2014
Tracking Number:   100211079202

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:   ▮▮▮▮▮▮

JIMMY SHOEMAKER JR
▮▮▮▮▮▮▮▮▮▮▮▮▮

---- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ----

ACCOUNT BALANCE:                          0.00
ACCRUED INTEREST:                         0.00       AS OF: Jan. 13, 2014
ACCRUED PENALTY:                          0.00       AS OF: Jan. 13, 2014

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                 04
FILING STATUS:                      Head of Household
ADJUSTED GROSS INCOME:                 19,774.00
TAXABLE INCOME:                            0.00
TAX PER RETURN:                            0.00
SE TAXABLE INCOME TAXPAYER:                0.00
SE TAXABLE INCOME SPOUSE:                  0.00
TOTAL SELF EMPLOYMENT TAX:                 0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)       Apr. 15, 2012
PROCESSING DATE                                                   Feb. 20, 2012

┌─────────────────────────────────────────────────────────────────┐
│                          TRANSACTIONS                             │
└─────────────────────────────────────────────────────────────────┘

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20120605 | 02-20-2012 | $0.00 |
| n/a | 76221-019-24802-2 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2012 | -$1,845.00 |
| 766 | Credit to your account | | 04-15-2012 | -$2,516.00 |
| 768 | Earned income credit | | 04-15-2012 | -$5,101.00 |

Record of Account ▓▓▓▓▓ 1040 201112 SHOE                                    Page 2 of 8

846    Refund Issued                                  02-20-2012      $9,462.00

SSN Provided:          ▓▓▓▓▓
Tax Period Ending: Dec. 31, 2011

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC),
if applicable. They do not show subsequent activity on the account.

SSN:                        ▓▓▓▓▓
SPOUSE SSN:
NAME(S) SHOWN ON RETURN: JIMMY SHOEMAKER JR

ADDRESS:                    ▓▓▓▓▓▓▓▓▓▓

FILING STATUS:              Head of Household
FORM NUMBER:                1040
CYCLE POSTED:               20120605
RECEIVED DATE:              Apr.15, 2012
REMITTANCE:                 $0.00
EXEMPTION NUMBER:           4
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:      000000
PREPARER SSN:
PREPARER EIN:

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $27,750.00 |
| TAXABLE INTEREST INCOME: SCH B: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $0.00 |
| QUALIFIED DIVIDENDS: | $0.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $0.00 |
| ALIMONY RECEIVED: | $0.00 |
| BUSINESS INCOME OR LOSS (Schedule C): | $-7,976.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $-7,976.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $0.00 |
| TOTAL IRA DISTRIBUTIONS: | $0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $0.00 |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $0.00 |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $0.00 |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $0.00 |
| FARM INCOME OR LOSS (Schedule F): | $0.00 |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |

Record of Account ▇▇▇▇▇ 1040 201112 SHOE                    Page 3 of 8

```
TOTAL SOCIAL SECURITY BENEFITS:                                    $0.00
TAXABLE SOCIAL SECURITY BENEFITS:                                  $0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:                     $0.00
OTHER INCOME:                                                      $0.00
SCHEDULE EIC SE INCOME PER COMPUTER:                               $0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:                      $19,774.00
SCH EIC DISQUALIFIED INC COMPUTER:                                 $0.00
TOTAL INCOME:                                                $19,774.00
TOTAL INCOME PER COMPUTER:                                   $19,774.00
```

## Adjustments to Income

```
EDUCATOR EXPENSES:                                                 $0.00
EDUCATOR EXPENSES PER COMPUTER:                                    $0.00
RESERVIST AND OTHER BUSINESS EXPENSE:                              $0.00
HEALTH SAVINGS ACCT DEDUCTION:                                     $0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:                          $0.00
MOVING EXPENSES: F3903:                                            $0.00
SELF EMPLOYMENT TAX DEDUCTION:                                     $0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:                        $0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:                                  $0.00
SELF-EMP HEALTH INS DEDUCTION:                                     $0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:                               $0.00
ALIMONY PAID SSN:
ALIMONY PAID:                                                      $0.00
IRA DEDUCTION:                                                     $0.00
IRA DEDUCTION PER COMPUTER:                                        $0.00
STUDENT LOAN INTEREST DEDUCTION:                                   $0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:                      $0.00
TUITION AND FEES DEDUCTION:                                        $0.00
TUITION AND FEES DEDUCTION PER COMPUTER:                           $0.00
JURY DUTY PAY DEDUCTION:                                           $0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:                          $0.00
OTHER ADJUSTMENTS:                                                 $0.00
ARCHER MSA DEDUCTION:                                              $0.00
ARCHER MSA DEDUCTION PER COMPUTER:                                 $0.00
TOTAL ADJUSTMENTS:                                                 $0.00
TOTAL ADJUSTMENTS PER COMPUTER:                                    $0.00
ADJUSTED GROSS INCOME:                                       $19,774.00
ADJUSTED GROSS INCOME PER COMPUTER:                          $19,774.00
```

## Tax and Credits

```
65-OR-OVER:                                                          NO
BLIND:                                                               NO
SPOUSE 65-OR-OVER:                                                   NO
SPOUSE BLIND:                                                        NO
STANDARD DEDUCTION PER COMPUTER:                                   $0.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                        $0.00
TAX TABLE INCOME PER COMPUTER:                               $11,265.00
EXEMPTION AMOUNT PER COMPUTER:                               $14,800.00
TAXABLE INCOME:                                                    $0.00
TAXABLE INCOME PER COMPUTER:                                       $0.00
TOTAL POSITIVE INCOME PER COMPUTER:                          $27,750.00
TENTATIVE TAX:                                                     $0.00
TENTATIVE TAX PER COMPUTER:                                        $0.00
FORM 8814 ADDITIONAL TAX AMOUNT:                                   $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:                    $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:                                 $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:                    $0.00
FOREIGN TAX CREDIT:                                                $0.00
```

FOREIGN TAX CREDIT PER COMPUTER:                                     $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                               $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                           $0.00
CHILD & DEPENDENT CARE CREDIT:                                       $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                          $0.00
CREDIT FOR ELDERLY AND DISABLED:                                     $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                        $0.00
EDUCATION CREDIT:                                                    $0.00
EDUCATION CREDIT PER COMPUTER:                                       $0.00
GROSS EDUCATION CREDIT PER COMPUTER:                                 $0.00
RETIREMENT SAVINGS CNTRB CREDIT:                                     $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                        $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                                      $0.00
SEC RET SAV CNTRB: F8880 LN6B:                                       $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                  $0.00
RESIDENTIAL ENERGY CREDIT:                                           $0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                              $0.00
CHILD TAX CREDIT:                                                    $0.00
CHILD TAX CREDIT PER COMPUTER:                                       $0.00
ADOPTION CREDIT: F8839:                                              $0.00
ADOPTION CREDIT PER COMPUTER:                                        $0.00
FORM 8839 REFUND ADOPTION CREDIT AMOUNT:                             $0.00
DC 1ST TIME HOMEBUYERS CREDIT:                                       $0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:                          $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:                               $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:                  $0.00
F3800, F8801 AND OTHER CREDIT AMOUNT:                                $0.00
FORM 3800 GENERAL BUSINESS CREDITS:                                  $0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:                     $0.00
PRIOR YR MIN TAX CREDIT: F8801:                                      $0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:                         $0.00
F8834 ELECTRIC VEHICLE CREDIT AMOUNT:                                $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:                          $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:                       $0.00
OTHER CREDITS:                                                       $0.00
TOTAL CREDITS:                                                       $0.00
TOTAL CREDITS PER COMPUTER:                                          $0.00
INCOME TAX AFTER CREDITS PER COMPUTER:                               $0.00

## Other Taxes

SE TAX:                                                              $0.00
SE TAX PER COMPUTER:                                                 $0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:                 $0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:    $0.00
TAX ON QUALIFIED PLANS F5329 (PR):                                   $0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:                           $0.00
IRAF TAX PER COMPUTER:                                               $0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:                       $0.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:                        $0.00
ADVANCED EARNED INCOME CREDIT:                                       $0.00
RECOVERY REBATE CREDIT AMOUNT:                                       $0.00
UNPAID FICA ON REPORTED TIPS:                                        $0.00
OTHER TAXES:                                                         $0.00
RECAPTURE TAX: F8611:                                                $0.00
HOUSEHOLD EMPLOYMENT TAXES:                                          $0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:                             $0.00
RECAPTURE TAXES:                                                     $0.00
TOTAL ASSESSMENT PER COMPUTER:                                       $0.00
TOTAL TAX LIABILITY TP FIGURES:                                      $0.00

Record of Account ▮▮▮▮   1040  201112  SHOE                    Page 5 of 8

TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                        $0.00

## Payments
FEDERAL INCOME TAX WITHHELD:                                    $1,845.00
COBRA PREMIUM SUBSIDY:                                              $0.00
ESTIMATED TAX PAYMENTS:                                             $0.00
MAKING WORK PAY AND GOV'T RET CREDIT:                               $0.00
MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER:                  $0.00
MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED:                      $0.00
REFUNDABLE EDUCATION CREDIT:                                        $0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                           $0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:                               $0.00
EARNED INCOME CREDIT:                                           $5,101.00
EARNED INCOME CREDIT PER COMPUTER:                             $5,101.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:                         $0.00
SCHEDULE M NONTAXABLE COMBAT PAY:                                   $0.00
FORM 8812 NONTAXABLE COMBAT PAY:                                    $0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:                         $0.00
TOT SS/MEDICARE WITHHELD: F8812:                               $1,560.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:                         $2,516.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:           $2,516.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:                     $0.00
AMOUNT PAID WITH FORM 4868:                                        $0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:                     $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:                         $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:            $0.00
HEALTH COVERAGE TX CR: F8885:                                      $0.00
FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX:               $0.00
FIRST TIME HOME BUYER CREDIT PER COMPUTER:                         $0.00
FIRST TIME HOME BUYER CREDIT:                                      $0.00
FIRST TIME HOME BUYER CREDIT VERIFIED:                             $0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:                 $0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:               $0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:                      $0.00
FORM 2555 COMBINED EARNED INCOME AMOUNT PER COMPUTER:              $0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:          $0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:                      $0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):                  $0.00
FORM 2439, 8801, and OTHER CREDIT TOTAL AMT:                       $0.00
TOTAL PAYMENTS:                                                $9,462.00
TOTAL PAYMENTS PER COMPUTER:                                   $9,462.00

## Refund or Amount Owed
REFUND AMOUNT:                                                $-9,462.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                              $0.00
ESTIMATED TAX PENALTY:                                            $0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:                     $0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                 $-9,462.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                    $-9,462.00
FORM 8888 TOTAL REFUND PER COMPUTER:                              $0.00

## Third Party Designee
THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                              0
THIRD PARTY DESIGNEE NAME:

## Schedule A--Itemized Deductions

MEDICAL/DENTAL
MEDICAL AND DENTAL EXPENSES:                                      $0.00

AGI PERCENTAGE LIMITATION PER COMPUTER::                         $1,483.00
NET MEDICAL DEDUCTION:                                              $0.00
NET MEDICAL DEDUCTION PER COMPUTER:                                 $0.00

TAXES PAID
STATE AND LOCAL INCOME TAXES:                                     $879.00
INCOME TAX OR GENERAL SALES TAX:                        General Sales Tax
REAL ESTATE TAXES:                                               $338.00
PERSONAL PROPERTY TAXES:                                          $39.00
NEW MOTOR VEHICLE TAXES:                                            $0.00
OTHER TAXES AMOUNT:                                                 $0.00
SCH A TAX DEDUCTIONS:                                          $1,256.00
SCH A TAX PER COMPUTER:                                        $1,256.00

INTEREST PAID
MORTGAGE INTEREST (FINANCIAL):                                 $7,253.00
MORTGAGE INTEREST (INDIVIDUAL):                                     $0.00
DEDUCTIBLE POINTS:                                                  $0.00
QUALIFIED MORTGAGE INSURANCE PREMIUM:                               $0.00
DEDUCTIBLE INVESTMENT INTEREST:                                     $0.00
TOTAL INTEREST DEDUCTION:                                      $7,253.00
TOTAL INTEREST DEDUCTION PER COMPUTER:                         $7,253.00

CHARITABLE CONTRIBUTIONS
CASH CONTRIBUTIONS:                                                 $0.00
OTHER THAN CASH: Form 8283:                                         $0.00
CARRYOVER FROM PRIOR YEAR:                                          $0.00
SCH A TOTAL CONTRIBUTIONS:                                          $0.00
SCH A TOTAL CONTRIBUTIONS PER COMPUTER:                             $0.00

CASUALTY AND THEFT LOSS
CASUALTY OR THEFT LOSS:                                             $0.00

JOBS AND MISCELLANEOUS
UNREIMBURSED EMPLOYEE EXPENSE AMOUNT:                               $0.00
TOTAL LIMITED MISC EXPENSES:                                      $128.00
NET LIMITED MISC DEDUCTION:                                         $0.00
NET LIMITED MISC DEDUCTION PER COMPUTER:                            $0.00

OTHER MISCELLANEOUS
OTHER THAN GAMBLING AMOUNT:                                         $0.00
OTHER MISC DEDUCTIONS:                                              $0.00

TOTAL ITEMIZED DEDUCTIONS
TOTAL ITEMIZED DEDUCTIONS:                                     $8,509.00
TOTAL ITEMIZED DEDUCTIONS PER COMPUTER:                        $8,509.00
ELECT ITEMIZED DEDUCTION INDICATOR:
SCH A ITEMIZED PERCENTAGE PER COMPUTER:                             $0.00

## Schedule C--Profit or Loss From Business
SOCIAL SECURITY NUMBER:                                      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
EMPLOYER ID NUMBER:
BUSINESS NAME:
DESCRIPTION OF BUSINESS/PROFESSION:                            OYSTERING
NAICS CODE:                                                       114110
ACCT MTHD:                                                          Cash
FIRST TIME SCHEDULE C FILED:                                           N
STATUTORY EMPLOYEE IND:                                                N

INCOME
GROSS MERCHANT CARD AND THIRD PARTY NETWORK RECEIPTS AND SALES:     $0.00
GROSS RECEIPTS OR SALES (NON-MERCHANT-CARD AND NON-THIRD-PARTY):  $3,749.00
INCOME REPORTED TO YOU ON FORM W-2:                                 $0.00

Record of Account ▮▮▮▮▮▮  1040  201112  SHOE                          Page 7 of 8

| | |
|---|---|
| TOTAL GROSS RECEIPTS: | $3,749.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET GROSS RECEIPTS: | $3,749.00 |
| COST OF GOODS SOLD: | $0.00 |
| SCHEDULE C FORM 1099 REQUIRED: | NO |
| SCHEDULE C FORM 1099 FILED: | NONE |
| OTHER INCOME: | $0.00 |

EXPENSES

| | |
|---|---|
| CAR AND TRUCK EXPENSES: | $2,365.00 |
| DEPRECIATION: | $2,943.00 |
| INSURANCE (OTHER THAN HEALTH): | $0.00 |
| MORTGAGE INTEREST: | $0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $0.00 |
| REPAIRS AND MAINTENANCE: | $2,784.00 |
| TRAVEL: | $0.00 |
| MEALS AND ENTERTAINMENT: | $0.00 |
| WAGES: | $0.00 |
| OTHER EXPENSES: | $1,591.00 |
| TOTAL EXPENSES: | $11,725.00 |
| EXP FOR BUSINESS USE OF HOME: | $0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $-7,976.00 |
| AT RISK CD: | All investment at risk |
| OFFICE EXPENSE AMOUNT: | $0.00 |
| UTILITIES EXPENSE AMOUNT: | $1,058.00 |

COST OF GOODS SOLD

| | |
|---|---|
| INVENTORY AT BEGINNING OF YEAR: | $0.00 |
| INVENTORY AT END OF YEAR: | $0.00 |

## Schedule EIC--Earned Income Credit

| | |
|---|---|
| QUALIFIED EIC DEPENDENTS: | 3 |

CHILD 1
CHILD'S NAME CNTRL:
SSN:
YEAR OF BIRTH:
STUDENT/DISABLED:
NUMBER OF MONTHS CHILD LIVED WITH YOU:
CHILD'S RELATIONSHIP TO YOU:

CHILD 2
CHILD'S NAME CNTRL:
SSN:
YEAR OF BIRTH:
STUDENT/DISABLED:
NUMBER OF MONTHS CHILD LIVED WITH YOU:
CHILD'S RELATIONSHIP TO YOU:

CHILD 3
CHILD'S NAME CNTRL:
SSN:
YEAR OF BIRTH:
STUDENT/DISABLED:
NUMBER OF MONTHS CHILD LIVED WITH YOU:
CHILD'S RELATIONSHIP TO YOU:

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

PART III - ALLOWABLE EDUCATION CREDITS

| | |
|---|---|
| GROSS EDUCATION CR PER COMPUTER: | $0.00 |
| TOTAL EDUCATION CREDIT AMOUNT: | $0.00 |
| TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: | $0.00 |

Record of Account ███████   1040  201112  SHOE                  Page 8 of 8

This Product Contains Sensitive Taxpayer Data

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

| | |
|---|---|
| Request Date: | 08-29-2014 |
| Response Date: | 08-29-2014 |
| Tracking Number: | 100211079202 |

SSN Provided: ██████████
Tax Period Requested: December, 2008

## Form W-2 Wage and Tax Statement

Employer:
Employer Identification Number (EIN): ██████████
INTERNATIONAL MARINE LLC
████████████████████

Employee:
Employee's Social Security Number: ██████████
JIMMY SHOEMAKER
████████████████████

| | |
|---|---|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $31,918.00 |
| Federal Income Tax Withheld: | $4,650.00 |
| Social Security Wages: | $31,918.00 |
| Social Security Tax Withheld: | $1,978.00 |
| Medicare Wages and Tips: | $31,918.00 |
| Medicare Tax Withheld: | $462.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Advanced EIC Payment: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

## Form W-2 Wage and Tax Statement

Wage and Income Transcript

**Employer:**
Employer Identification Number (EIN): 
BORDELON MARINE INC

**Employee:**
Employee's Social Security Number:
J SHOEMAKER

| Submission Type: | Original document |
|---|---|
| Wages, Tips and Other Compensation: | $18,062.00 |
| Federal Income Tax Withheld: | $2,703.00 |
| Social Security Wages: | $18,062.00 |
| Social Security Tax Withheld: | $1,119.00 |
| Medicare Wages and Tips: | $18,062.00 |
| Medicare Tax Withheld: | $261.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Advanced EIC Payment: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

# Form 1098 Mortgage Interest Statement

**Recipient/Lender:**
Recipient's Federal Identification Number (FIN): 
U.S. SMALL BUSINESS ADMINISTRATION
PROGRAMMATIC ACCOUNTING DIVISION


**Payer/Borrower:**
Payer's Social Security Number:
JIMMY SHOEMAKER JR



| Submission Type: | Original document |
|---|---|
| Account Number (Optional): | |
| Mortgage Interest Received from Payer(s)/Borrower(s): | $134.00 |
| Points Paid on Purchase of Principal Residence: | 0.00 |
| Refund of Overpaid Interest: | 0.00 |
| Mortgage Insurance Premiums: | 0.00 |

This Product Contains Sensitive Taxpayer Data

 Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

### Wage and Income Transcript

|  |  |
|---|---|
| Request Date: | 08-29-2014 |
| Response Date: | 08-29-2014 |
| Tracking Number: | 100211079202 |

SSN Provided: ███████
Tax Period Requested: December, 2009

## Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN): ███████
INTERNATIONAL MARINE LLC
███████████████████

**Employee:**
Employee's Social Security Number: ███████
JIMMY SHOEMAKER
████████████████████████

| | Original document |
|---|---|
| Submission Type: | |
| Wages, Tips and Other Compensation: | $82,030.00 |
| Federal Income Tax Withheld: | $11,307.00 |
| Social Security Wages: | $82,030.00 |
| Social Security Tax Withheld: | $5,085.00 |
| Medicare Wages and Tips: | $82,030.00 |
| Medicare Tax Withheld: | $1,189.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Advanced EIC Payment: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

## Form 1098 Mortgage Interest Statement

Wage and Income Transcript



**Recipient/Lender:**
Recipient's Federal Identification Number (FIN): ████████
U.S. SMALL BUSINESS ADMINISTRATION
███████████████

**Payer/Borrower:**
Payer's Social Security Number: ████████
JIMMY SHOEMAKER JR
████████

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 9862434008 |
| Mortgage Interest Received from Payer(s)/Borrower(s): | $109.00 |
| Points Paid on Purchase of Principal Residence: | 0.00 |
| Refund of Overpaid Interest: | 0.00 |
| Mortgage Insurance Premiums: | 0.00 |

This Product Contains Sensitive Taxpayer Data

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

| | |
|---|---|
| Request Date: | 08-29-2014 |
| Response Date: | 08-29-2014 |
| Tracking Number: | 100211079202 |

SSN Provided:  ▓▓▓▓▓
Tax Period Requested: December, 2010

## Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN):  ▓▓▓▓▓
INTERNATIONAL MARINE LLC
▓▓▓▓▓

**Employee:**
Employee's Social Security Number:  ▓▓▓▓▓
JIMMY SHOEMAKER
▓▓▓▓▓

| | |
|---|---|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $25,578.00 |
| Federal Income Tax Withheld: | $2,976.00 |
| Social Security Wages: | $25,578.00 |
| Social Security Tax Withheld: | $1,585.00 |
| Medicare Wages and Tips: | $25,578.00 |
| Medicare Tax Withheld: | $370.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Advanced EIC Payment: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "CC" (For employer use only) -- HIRE Exempt Wages and Tips: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

## Form 1098 Mortgage Interest Statement

Wage and Income Transcript



**Recipient/Lender:**
Recipient's Federal Identification Number (FIN):
21ST MORTGAGE CORP

**Payer/Borrower:**
Payer's Social Security Number:
SHOEMAKER JIMMY

Submission Type:                                          Original document
Account Number (Optional):
Mortgage Interest Received from Payer(s)/Borrower(s):                $4,205.00
Points Paid on Purchase of Principal Residence:                    $1,617.00
Refund of Overpaid Interest:                                           0.00
Mortgage Insurance Premiums:                                           0.00

# Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN):
DANOS & CUROLE STAFFING LLC

**Recipient:**
Recipient's Identification Number:
JIMMY SHOEMAKER JR

Submission Type:                                          Original document
Account Number (Optional):                                             N/A
Tax Withheld:                                                         0.00
Non-Employee Compensation:                                      $96,619.00
Medical Payments:                                                     0.00
Fishing Income:                                                       0.00
Rents:                                                                0.00
Royalties:                                                            0.00
Other Income:                                                         0.00
Substitute Payments for Dividends:                                    0.00
Excess Golden Parachute:                                              0.00
Crop Insurance:                                                       0.00
Attorney Fees:                                                        0.00
Section 409A Deferrals:                                               0.00
Section 409A Income:                                                  0.00
Direct Sales Indicator:                                   Not Direct Sales
Second Notice Indicator:                                  No Second Notice

# Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN):
INA TAX BENEFITS REPORTING INC

Wage and Income Transcript



**Recipient:**
Recipient's Identification Number:
JIMMY SHOEMAKER

| | Original document |
|---|---|
| Submission Type: | |
| Account Number (Optional): | |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $10,484.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN):
DEEPWATER HORIZON OIL SPILL TRUST

**Recipient:**
Recipient's Identification Number:
JIMMY SHOEMAKER

| | Original document |
|---|---|
| Submission Type: | |
| Account Number (Optional): | |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $17,700.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |

Direct Sales Indicator:                                          Not Direct Sales
Second Notice Indicator:                                         No Second Notice

| This Product Contains Sensitive Taxpayer Data |
| --- |

Wage and Income Transcript

<div align="right">Page 1 of 3</div>

 Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

| | |
|---|---|
| Request Date: | 08-29-2014 |
| Response Date: | 08-29-2014 |
| Tracking Number: | 100211079202 |

SSN Provided: ███████████

Tax Period Requested: December, 2011

## Form W-2 Wage and Tax Statement

**Employer:**

Employer Identification Number (EIN): ███████████

FLEET OPERATORS INC

**Employee:**

Employee's Social Security Number: ███████████

JIMMY SHOEMAKER

███████████████████

| | |
|---|---|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $26,000.00 |
| Federal Income Tax Withheld: | $1,831.00 |
| Social Security Wages: | $26,000.00 |
| Social Security Tax Withheld: | $1,092.00 |
| Medicare Wages and Tips: | $26,000.00 |
| Medicare Tax Withheld: | $377.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

## Form 1098 Mortgage Interest Statement



**Recipient/Lender:**
Recipient's Federal Identification Number (FIN):
21ST MORTGAGE CORP

**Payer/Borrower:**
Payer's Social Security Number:
SHOEMAKER JIMMY

Submission Type:                                    Original document
Account Number (Optional):
Mortgage Interest Received from Payer(s)/Borrower(s):          $6,239.00
Points Paid on Purchase of Principal Residence:               0.00
Refund of Overpaid Interest:                                  0.00
Mortgage Insurance Premiums:                                  0.00

# Form 1099-INT

**Payer:**
Payer's Federal Identification Number (FIN):
DEEPWATER HORIZON OIL SPILL TRUST

**Recipient:**
Recipient's Identification Number:
JIMMY SHOEMAKER JR

Submission Type:                                    Original document
Account Number (Optional):                                    N/A
Interest:                                                     $16.00
Tax Withheld:                                                 0.00
Savings Bonds:                                                0.00
Investment Expense:                                           0.00
Interest Forfeiture:                                          0.00
Foreign Tax Paid:                                             0.00
Tax-Exempt Interest:                                          0.00
Specified Private Activity Bond Interest:                     0.00
Second Notice Indicator:                             No Second Notice
Foreign Country or US Possession:
CUSIP Number:

# Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN):
DANOS & CUROLE STAFFING LLC

Wage and Income Transcript



**Recipient:**
Recipient's Identification Number:
JIMMY SHOEMAKER JR

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $1,600.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data