# Exhibit B

01-45956
LC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Fredric Quivik

**October 14, 2014**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1  your view, in those cases, correct?
 2       A.   Well, I don't recall that the other side tried to
 3  present opposing views on those questions.
 4       Q.   Is -- is there any historical text or periodical
 5  where I could go to to look -- to find a definition from
 6  historical perspective of the word "manage"?
 7       A.   Yes.
 8       Q.   Okay.  And what -- what historical text or
 9  periodical could I look at to find the definition of the word
10  "manage"?
11       A.   The first one that comes to mind is a text I've
12  often used in the mining industry.  It's by an author named
13  George Young called Elements of Mining; and it's an overview
14  of the different facets of a mining enterprise, some technical
15  and some related to the business aspects, including management
16  of the enterprise.
17       Q.   Does that text apply to the oil extraction industry?
18       A.   It applies to -- it's an extraction industry
19  generally, but as I said, it's for the mining industry.
20  Another text that comes to mind is a text I cited in my expert
21  report, Chandler's -- oh, what's the -- The Visible Hand,
22  which is a history of the management of large and complex
23  corporate enterprises.
24       Q.   Okay.  So if I were to look at those texts, I could
25  find a definition of the word "manage" from an historian's
```

1  perspective?
2       A.   Well, if you mean a definition the way we would see
3  it in a dictionary, I'm not sure if we could point to that one
4  line.  But the word "manage", "manager", "management", is
5  amply laid out in -- in those texts.
6       Q.   Okay.  But -- but there's nothing in those texts
7  that says this is what we mean when we use the word "manage"
8  as historians, this is how we define it, correct?
9       A.   I won't say yes or no.  They are replete with
10 descriptions of what they mean by manage; but I don't know if
11 there's a nice little one-liner that I could show you.
12      Q.   Okay.  And as you sit here today, you're not aware
13 of a historical text or periodical that says this is what we
14 mean when we use the word "manage" as historians, correct?
15           MR. GLADSTEIN:  Objection as to form.
16      A.   I think I've answered that as well as I can.  There
17 may be in those texts.  I just don't remember a nice little
18 one-liner that I can give you, but they describe what they
19 mean by manage in great detail.
20      Q.   (BY MR. NOMELLINI) There may or may not be such a
21 definition, but you don't recall as you sit here today,
22 correct?
23      A.   You mean like we would see in a dictionary?
24      Q.   I mean something in the text that says, this is what
25 we mean as historians when we use the word "manage"?

1    A.   Well, Chandler is -- that is a history, so, that is
2  what he would be describing.  Young's book is a text for
3  people in the mining industry.  I use it as an historian to
4  understand how the word is understood in the mining industry.
5           Another text that comes to mind is one I cited
6  in my expert report by John Roberts, which has that section on
7  BP; and there again, he's talking about management or managing
8  the enterprise.  So, those are the kinds of sources that I use
9  to understand what manage -- what manage means.
10   Q.   Okay.  I understand those are sources that you've
11 used, but I want to be clear here.  So let's talk about the
12 word "manage," the word "oversee," and the word "operate."
13   A.   Uh-huh.
14   Q.   Okay.  From a historian's perspective, is there a
15 text or periodical that sets forth, this is what we mean as
16 historians when we use those words, and provides a definition?
17           MR. GLADSTEIN:  Objection as to form.
18   Q.   (BY MR. NOMELLINI) That you aware of as you sit here
19 today?
20           MR. GLADSTEIN:  Objection as to form.
21   A.   The -- so I -- I'm just trying to get at what
22 your -- your question means.  And do you mean is there kind of
23 a little handbook for historians that provides definitions for
24 terms?
25   Q.   (BY MR. NOMELLINI) I'm saying, is there something --

1  is there some historian's book or periodical that provides a
2  clear definition that I could look at that says, this is what
3  "managed," "oversee" and "operate" mean, from an historian's
4  perspective?
5              MR. GLADSTEIN:  Objection as to form.
6       Q.   (BY MR. NOMELLINI) That you can recall as you sit
7  here today?
8       A.   I think I've described three for you.
9       Q.   And -- and your testimony is that those three -- if
10 I were to look them up, those three sources, I could look at
11 and find a clear definition of manage, oversee and operate,
12 correct?
13             MR. GLADSTEIN:  Objection as to form.
14      A.   I could.  I don't know if you could.  That's --
15 those are the kinds of sources that I as an historian, look to
16 to understand terms like that.  So, do you mean -- again, I'll
17 ask you the question:  Do you mean a little handbook that
18 someone distributes to historians to see the definitions of
19 terms?  Because I --
20      Q.   (BY MR. NOMELLINI) I --
21      A.   You must mean something like that if you don't like
22 the answer I've given you.
23      Q.   Well, let me ask you this:  You would agree that
24 reasonable historians could disagree about whether an
25 individual is engaging in management on behalf of a company,

1    A.   Yes.
2    Q.   Okay.  So using it how you use it in your report,
3 are there any entities other than the Upstream Segment and the
4 Drilling and Completions Unit that you contend were operators
5 of the Macondo Well?
6    A.   Another organization would be the Exploration Unit,
7 which is a unit that's on a -- an organizational level along
8 with Drilling and Completions.
9    Q.   Okay.  Other than the Upstream Segment, the Drilling
10 Completions Unit and the Exploration Unit, are there any other
11 entities that you contend were operators of the Macondo Well?
12    A.   Again, recognizing that this is not a legal opinion,
13 but what I would consider a practical, historical rendition of
14 the facts, another legal entity would be BP America
15 Production -- I always forget if it's Company or Corporation,
16 but BPAPC, which was the employing entity of many of the
17 people who worked at the Macondo Well, and also was the BP
18 entity that entered the contract with Transocean for the two
19 drilling rigs that operated at the Macondo Well.
20    Q.   Okay.  And does that complete your list of entities
21 and organizations?
22    A.   Well, if we want to be encompassing, we would have
23 to look at BP's Upstream Segment and the other components that
24 played roles in that operation.
25    Q.   Okay.

1  people.  And it was also the contracting entity with
2  Transocean for the two drilling rigs, the MARIANAS and the
3  DEEPWATER HORIZON.
4      Q.   Any -- any historical texts or periodicals that
5  you're aware of that lay out the factors to consider with
6  respect to whether an entity is an operator of a well?
7      A.   I have -- for -- for purposes of this kind of
8  historical research, read the description that we get from
9  Best Foods, for instance, what an operator is.  And so that
10 informs me of the kinds of factors to look for in the
11 historical record so that I can develop opinions about the
12 facts from which the judge or other people can draw legal
13 conclusions.
14     Q.   Okay.  So your -- your opinion of BPAPC as an
15 operator is informed by the Best Foods decision?
16     A.   Yes, as well as the way that term is used in the
17 historical literature, in the industrial literature, et
18 cetera.
19     Q.   Okay.  And what about the Best Foods decision
20 informs you as to whether BPAPC is an operator?
21     A.   I can't quote it.  I'm not in a position to quote
22 it, but there is the -- the language that describes playing a
23 role in managing day-to-day operations.  So I look for facets
24 of the history that seem to address that particular role of
25 operator, operating -- being an operator.

```
 1      Q.   And did you look at Best Foods in connection with
 2   your work on this case to get reacquainted with it?
 3      A.   I believe I did, yes.
 4      Q.   And Best -- Best Foods is one of the things you
 5   relied on in concluding that BPAPC was an operator, correct?
 6      A.   No.
 7      Q.   It was not one of the things -- Best Foods was not
 8   one of the things you relied on in concluding BPAPC was an
 9   operator?
10      A.   That is something that I used to inform myself about
11   indicators for what makes an operator.  But what I base my
12   opinion on was the facts in this case, the historical
13   information that I reviewed.
14      Q.   So you -- and then you evaluated those facts partly
15   in light of Best Foods, correct?
16      A.   That's fair.
17      Q.   If you look at page 10, the last sentence of your
18   report.  This is page 10 of Exhibit 13210.  BPXP also claims
19   that BPXP is a corporate entity distinct --
20      A.   Wait.  My last sentence says, At the time of the
21   Macondo blowout.
22      Q.   Okay.  Excuse me.  This is page 10 of Tab 1, which
23   is 13210.
24      A.   Make sure I'm in the -- yep.  Okay.
25      Q.   First paragraph?
```

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**