UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>No. 10-4536 | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**BPXP'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE RELATED TO CRIMINAL PROCEEDINGS**

On February 21, 2013, the Court ordered that certain material related to criminal proceedings would be excluded from the Phase One trial, specifically:  (1) the Information against BP Exploration & Production Inc. ("BPXP") and (2) the Indictments/Superseding Indictments against Robert Kaluza, Donald Vidrine, and David Rainey.  Rec. Doc. 8651.  On September 11, 2013, the Court ordered that this same material would be excluded from the Phase Two trial and that the Indictment, Superseding Indictment, and Second Superseding Indictment from *United States v. Mix*, Cr. No. 12-171 (E.D. La.), Rec. Docs. 7, 215, 424, would also be excluded from the Phase Two trial.  Rec. Doc. 11367.  The Court did not specifically limit this ruling to the Phase Two trial; however, in an abundance of caution BPXP hereby moves for an order precluding parties from introducing this same material in the Penalty Phase trial.

Date: December 11, 2014　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Don K. Haycraft
　　　　　　　　　　　　　　　　　　　　Don K. Haycraft (Bar #14361)
　　　　　　　　　　　　　　　　　　　　R. Keith Jarrett (Bar #16984)
　　　　　　　　　　　　　　　　　　　　Liskow & Lewis
　　　　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70139-5099
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 581-7979
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 556-4108
　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　Richard C. Godfrey, P.C.
　　　　　　　　　　　　　　　　　　　　J. Andrew Langan, P.C.
　　　　　　　　　　　　　　　　　　　　Hariklia Karis, P.C.
　　　　　　　　　　　　　　　　　　　　Matthew Regan, P.C.
　　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　　300 North LaSalle Street
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 862-2000
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 862-2200

　　　　　　　　　　　　　　　　　　　　Robert C. "Mike" Brock
　　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　　655 15th Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 879-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 879-5200
　　　　　　　　　　　　　　　　　　　　***Attorneys for BP Exploration & Production Inc.***

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of December, 2014.

      /s/ Don K. Haycraft
      Don K. Haycraft