UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER AND INCORPORATED
MEMORANDUM IN SUPPORT TO SUBSTITUTE EXHIBITS C AND D

The Special Master, Louis J. Freeh, respectfully moves the Court to substitute the attached tax forms as corrected Exhibits C and D to the Motion of the Special Master for Return of Payments Made to Jimmy Shoemaker, Jr. ("Shoemaker Motion").

The attached tax forms are identical copies of Exhibits C and D to the Shoemaker Motion, but with two pages omitted from Exhibit C and one page omitted from Exhibit D. Those three pages are not part of the respective tax forms, and were included inadvertently with the original Exhibits C and D to the Shoemaker Motion.

WHEREFORE, the Special Master respectfully requests that the Court substitute the attached versions of Exhibits C and D in the place of those attached to the Shoemaker Motion.

Respectfully submitted,

_____/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated:   December 12, 2014

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   12th   day of      December      , 2014, by electronic mail, on the following:

       Craig Coleman
       William L. Roberts
       Faegre Baker Daniels LLP
       2200 Wells Fargo Center
       90 South Seventh Street
       Minneapolis, MN 55402
       *Attorneys for Jimmy Shoemaker, Jr.*

       Casey Langston Lott
       Langston & Lott, P.A.
       100 South Main Street
       Booneville, MS 38829
       *Attorneys for Jimmy Shoemaker, Jr.*

       /s/Louis J. Freeh
       Louis J. Freeh