# EXHIBIT D

**Form 1040X** (Rev February 2009)

Department of the Treasury — Internal Revenue Service

## Amended U.S. Individual Income Tax Return
► See separate Instructions.

OMB No. 1545-0074

This return is for calendar year ► 2008, or fiscal year ended ► _____ , _____

Note. Allow 8-12 weeks to process Form 1040X.

Please print or type

Your first name: Jimmy   MI: ___   Last name: Shoemaker, Jr
Your social security number: [redacted]

If a joint return, spouse's first name: ___   MI: ___   Last name: ___
Spouse's social security number: ___

Home address (no. and street) or P.O. box if mail is not delivered to your home   Apt no. ___   Phone number ___

City, town or post office. If you have a foreign address, see instructions.   State ___   ZIP code [redacted]

A  If the address shown above is different from that shown on your last return filed with the IRS, would you like us to change it in our records? ► ☐ Yes ☐ No

B  Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ► ☐ Single  ☐ Married filing jointly  ☐ Married filing separately  ☒ Head of household  ☐ Qualifying widow(er)
On this return ► ☐ Single  ☐ Married filing jointly  ☐ Married filing separately  ☒ Head of household*  ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

Use Part II on page 2 to explain any changes

| Income and Deductions (see instructions) | | A Original amount or as previously adjusted (see instructions) | B Net change — amount of increase or (decrease) — explain in Part II | C Correct amount |
|---|---|---|---|---|
| 1  Adjusted gross income (see instructions) | 1 | 46,370. | 34,641. | 81,011. |
| 2  Itemized deductions or standard deduction (see instructions) | 2 | 18,578. | -272. | 18,306. |
| 3  Subtract line 2 from line 1 | 3 | 27,792. | 34,913. | 62,705. |
| 4  Exemptions. If changing, fill in Parts I and II on page 2 (see instructions) | 4 | 14,000. | 0. | 14,000. |
| 5  Taxable income. Subtract line 4 from line 3 | 5 | 13,792. | 34,913. | 48,705. |
| 6  Tax (see instructions). Method used in column C  Tables | 6 | 1,494. | 6,231. | 7,725. |
| 7  Credits (see instructions) | 7 | 1,494. | 1,756. | 3,250. |
| 8  Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0. | 4,475. | 4,475. |
| 9  Other taxes (see instructions) | 9 | 0. | 4,718. | 4,718. |
| 10 Total tax. Add lines 8 and 9 | 10 | 0. | 9,193. | 9,193. |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see instructions | 11 | 7,355. | 0. | 7,355. |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0. | 0. | 0. |
| 13 Earned income credit (EIC) | 13 | 0. | 0. | 0. |
| 14 Additional child tax credit from Form 8812 | 14 | 2,106. | -2,106. | 0. |
| 15 Credits: Recovery rebate; federal telephone excise tax; or from Forms 2439, 4136, 5405, 8885, or 8801 (refundable credit only) | 15 | 600. | -301. | 299. |
| 16 Amount paid with request for extension of time to file (see instructions) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 7,654. |

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 10,061. |
| 20 Subtract line 19 from line 18 (see instructions) | 20 | -2,407. |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see instructions | 21 | 11,600. |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | |
| 23 Amount of line 22 you want refunded to you | 23 | |
| 24 Amount of line 22 you want applied to your estimated tax | 24 | |

**Sign Here**
Joint return? See Instrs. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return, and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature ___   Date ___
Spouse's signature. If a joint return, both must sign. ___   Date ___

**Paid Preparer's Use Only**

Preparer's signature ► ___   Date ___   Check if self-employed ☐   Preparer's SSN or PTIN ___

Firm's name (or yours if self-employed), address, and ZIP code ► Self-prepared   EIN ___   Phone no. ___

BAA For Paperwork Reduction Act Notice, see Instructions.   FDIA1612 02/20/09   Form 1040X (Rev 2-2009)

Form 1040X (Rev 2-2009)   Jimmy Shoemaker, Jr                                                                                                  Page 2

### Part I — Exemptions. See Form 1040 or 1040A Instructions.

Complete this part only if you are:
- Increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina or for housing Midwestern displaced individuals.

| | | | A Original number of exemptions reported or as previously adjusted | B Net change | C Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse | 25 | | | |
| | Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 if the amount on line 1 is over: |
|---|---|---|
| 2008 | $3,500 | $119,975 |
| 2007 | 3,400 | 117,300 |
| 2006 | 3,300 | 112,875 |
| 2005 | 3,200 | 109,475 |

31  If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 for 2008 or line 6 for 2005. If you are claiming an exemption amount for housing Midwestern displaced individuals, enter the amount from the 2008 Form 8914, line 2 (See instructions for line 4). Otherwise enter -0-.   31

32  Add lines 30 and 31. Enter the result here and on line 4.   32

33  Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name   Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit | Number of children on 33 who: |
|---|---|---|---|---|
| | | | | • lived with you ▶ ☐ |
| | | | | • did not live with you due to divorce or separation (see Instructions) ▶ ☐ |
| | | | | Dependents on 33 not entered above ▶ ☐ |

### Part II — Explanation of Changes

Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See the Instructions. Also, check here .................. ▶ ☐

Original return did not reflect all income received from Commercial Shrimping

and Fishing. 4,550 was claimed on original return. However, I missed one didget

on the income. It should have been 44,550 instead of 4,550. In addition

I also failed to show the 3 on my fuel used. Therefore, instead of just 688

dollars of Fuel & Oil used it was 3,688. These are the reasons for this

amended return. Thank You.

### Part III — Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ........................... ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ..... ▶ ☐

Form 1040X (Rev 2-2009)

FDIA1612   02/20/09

*Amended Return*

**Form 1040** — Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return  2008**   (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2008, or other tax year beginning ___, 2008, ending ___, 20___   OMB No. 1545-0074

**Label** (See Instructions.)

Your first name: J'Ammy
MI:
Last name: Shoemaker, Jr
Your social security number: [redacted]

If a joint return, spouse's first name / MI / Last name: [blank]
Spouse's social security number: [blank]

Home address (number and street). If you have a P.O. box, see instructions.: [redacted]
Apartment no.: [blank]

City, town or post office. If you have a foreign address, see instructions.: [redacted]
State: MS
ZIP code: [redacted]

You must enter your social security number(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**: Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ▶ [X] You   [ ] Spouse

**Filing Status** (Check only one box.)
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a ........ Boxes checked on 6a and 6b: 1
- b [ ] Spouse
- c Dependents: (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ✓ if qualifying child for child tax credit (see instrs)
  [three redacted dependents]
  No. of children on 6c who: • lived with you: 3 ; • did not live with you due to divorce or separation (see instrs); Dependents on 6c not entered above; Add numbers on lines above: 4

If more than four dependents, see instructions.

d Total number of exemptions claimed ........ 4

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 49,982. |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a  8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends (see instrs)  9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 33,388. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions  15a ___   b Taxable amount (see instrs)  15b | |
| 16a | Pensions and annuities  16a ___   b Taxable amount (see instrs)  16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a ___   b Taxable amount (see instrs)  20b | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 83,370. |

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions)  23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ  24 | |
| 25 | Health savings account deduction. Attach Form 8889  25 | |
| 26 | Moving expenses. Attach Form 3903  26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE  27 | 2,359. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans  28 | |
| 29 | Self-employed health insurance deduction (see instructions)  29 | |
| 30 | Penalty on early withdrawal of savings  30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ ___  31a | |
| 32 | IRA deduction (see instructions)  32 | |
| 33 | Student loan interest deduction (see instructions)  33 | |
| 34 | Tuition and fees deduction. Attach Form 8917  34 | |
| 35 | Domestic production activities deduction. Attach Form 8903  35 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 2,359. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 81,011. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  10/13/08   Form 1040 (2008)

Form 1040 (2008)   Jimmy Shoemaker, Jr   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 81,011. |
| | 39a Check if: ☐ You were born before January 2, 1944, ☐ Blind. ☐ Spouse was born before January 2, 1944, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐ | | |
| Standard Deduction for — | c Check if standard deduction includes real estate taxes or disaster loss (see instructions) ▶ 39c ☐ | | |
| • People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see instructions. | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 18,306. |
| | 41 Subtract line 40 from line 38 | 41 | 62,705. |
| | 42 If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 14,000. |
| | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 48,705. |
| • All others: | 44 Tax (see instrs). Check if any tax is from:   a ☐ Form(s) 8814   b ☐ Form 4972 | 44 | 7,244. |
| Single or Married filing separately, $5,450 | 45 Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 481. |
| | 46 Add lines 44 and 45 ▶ | 46 | 7,725. |
| | 47 Foreign tax credit. Attach Form 1116 if required | 47 | |
| Married filing jointly or Qualifying widow(er), $10,900 | 48 Credit for child and dependent care expenses. Attach Form 2441 | 48 | 600. |
| | 49 Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 Education credits. Attach Form 8863 | 50 | |
| | 51 Retirement savings contributions credit. Attach Form 8880 | 51 | |
| Head of household, $8,000 | 52 Child tax credit (see instructions). Attach Form 8901 if required | 52 | 2,650. |
| | 53 Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 53 | |
| | 54 Other crs from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 Add lines 47 through 54. These are your total credits | 55 | 3,250. |
| | 56 Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 56 | 4,475. |
| | 57 Self-employment tax. Attach Schedule SE | 57 | 4,718. |
| **Other Taxes** | 58 Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | 60 | |
| | 61 Add lines 56-60. This is your total tax ▶ | 61 | 9,193. |
| **Payments** | 62 Federal income tax withheld from Forms W-2 and 1099 | 62 | 7,355. |
| If you have a qualifying child, attach Schedule EIC. | 63 2008 estimated tax payments and amount applied from 2007 return | 63 | |
| | 64a Earned income credit (EIC) | 64a | |
| | b Nontaxable combat pay election ▶ 64b | | |
| | 65 Excess social security and tier 1 RRTA tax withheld (see instructions) | 65 | |
| | 66 Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 Amount paid with request for extension to file (see instructions) | 67 | |
| | 68 Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 68 | |
| | 69 First-time homebuyer credit. Attach Form 5405 | 69 | |
| | 70 Recovery rebate credit (see worksheet) | 70 | 299. |
| | 71 Add lines 62 through 70. These are your total payments ▶ | 71 | 7,654. |
| **Refund** | 72 If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 72 | |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | 73a Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 73a | |
| | ▶ b Routing number XXXXXXXXX   ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number XXXXXXXXXXXXXXXXX | | |
| | 74 Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 Amount you owe. Subtract line 71 from line 61. For details on how to pay, see instructions ▶ | 75 | 1,562. |
| | 76 Estimated tax penalty (see instructions) | 76 | 23. |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | |
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶ | Date | Your occupation: Marine Master | Daytime phone number |
| | Spouse's signature. If a joint return, both must sign. ▶ | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ Self-Prepared | | EIN | |
| | | | Phone no. | |

FDIA0112  10/13/08

Form 1040 (2008)

# SCHEDULE A (Form 1040)

**Itemized Deductions**

Department of the Treasury
Internal Revenue Service (99)

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2008**

Attachment Sequence No. 07

Name(s) shown on Form 1040: Jimmy Shoemaker, Jr.

Your social security number: [redacted]

| | | | Amount |
|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | |
| | 1 | Medical and dental expenses (see instructions) | |
| | 2 | Enter amount from Form 1040, line 38 ... 2 | |
| | 3 | Multiply line 2 by 7.5% (.075) | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | |
| **Taxes You Paid** (See Instructions.) | 5 | State and local (check only one box): | |
| | a | ☐ Income taxes, or | |
| | b | ☒ General sales taxes | 1,575. |
| | 6 | Real estate taxes (see instructions) | |
| | 7 | Personal property taxes | 55. |
| | 8 | Other taxes. List type and amount ► | |
| | 9 | Add lines 5 through 8 | 1,630. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 | |
| Note. Personal interest is not deductible. | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | |
| | 13 | Qualified mortgage insurance premiums (see instructions) | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | |
| | 15 | Add lines 10 through 14 | |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 5,100. |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500. | |
| | 18 | Carryover from prior year | |
| | 19 | Add lines 16 through 18 | 5,100. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | |
| (See Instructions.) | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► See Form 2106/2106-EZ 13,071. | 13,071. |
| | 22 | Tax preparation fees | 125. |
| | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► | |
| | 24 | Add lines 21 through 23 | 13,196. |
| | 25 | Enter amount from Form 1040, line 38 ... 25  81,011. | |
| | 26 | Multiply line 25 by 2% (.02) | 1,620. |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 11,576. |
| **Other Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ► | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $159,950 (over $79,975 if married filing separately)? ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ☐ Yes. Your deduction may be limited. See instructions for the amount to enter. | 18,306. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | |

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.    FDIA0301  11/10/08    Schedule A (Form 1040) 2008

| SCHEDULE C (Form 1040) | | Profit or Loss From Business (Sole Proprietorship) | | OMB No. 1545-0074 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B. ►Attach to Form 1040, 1040NR, or 1041. ► See Instructions for Schedule C (Form 1040). | | 2008 Attachment Sequence No. 09 |

Name of proprietor: Jimmy Shoemaker, Jr

Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see Instructions): Commercial Shrimping

B Enter code from Instructions: ► 114110

C Business name. If no separate business name, leave blank.

D Employer ID number (EIN), if any:

E Business address (including suite or room no.)► [redacted]
City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

G Did you 'materially participate' in the operation of this business during 2008? If 'No,' see Instructions for limit on losses .... [X] Yes [ ] No

H If you started or acquired this business during 2008, check here .................. ►[ ]

## Part I   Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. Caution. See the Instructions and check the box if: • This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see Instructions for limit on losses. ►[ ] | 1 | 44,550. |
| 2 Returns and allowances | 2 | |
| 3 Subtract line 2 from line 1 | 3 | 44,550. |
| 4 Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 Gross profit. Subtract line 4 from line 3 | 5 | 44,550. |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund (see Instructions) | 6 | |
| 7 Gross income. Add lines 5 and 6 ► | 7 | 44,550. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising | 8 | | 18 Office expense | 18 | |
| 9 Car and truck expenses (see Instructions) | 9 | 4,076. | 19 Pension and profit-sharing plans | 19 | |
| 10 Commissions and fees | 10 | | 20 Rent or lease (see Instructions): a Vehicles, machinery, and equipment | 20a | |
| 11 Contract labor (see Instructions) | 11 | | b Other business property | 20b | |
| 12 Depletion | 12 | | 21 Repairs and maintenance | 21 | 664. |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see Instructions) | 13 | | 22 Supplies (not included in Part III) | 22 | |
| | | | 23 Taxes and licenses | 23 | 210. |
| | | | 24 Travel, meals, and entertainment: a Travel | 24a | |
| 14 Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see Instructions) | 24b | |
| 15 Insurance (other than health) | 15 | | 25 Utilities | 25 | 1,608. |
| 16 Interest: a Mortgage (paid to banks, etc) | 16a | | 26 Wages (less employment credits) | 26 | |
| b Other | 16b | | 27 Other expenses (from line 48 on page 2) | 27 | 4,604. |
| 17 Legal & professional services | 17 | | | | |

| | | |
|---|---|---|
| 28 Total expenses before expenses for business use of home. Add lines 8 through 27 ► | 28 | 11,162. |
| 29 Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 33,388. |
| 30 Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see Instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | 31 | 33,388. |

32 If you have a loss, check the box that describes your investment in this activity (see Instructions).
• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 Instructions). Estates and trusts, enter on Form 1041, line 3.
32a [X] All investment is at risk.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.
32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.         Schedule C (Form 1040) 2008
FDIZ0112  11/20/08

Schedule C (Form 1040) 2008  Jimmy Shoemaker, Jr                                              Page 2

## Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation .......................................................................... ☐ Yes  ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory,
    attach explanation .................................................................... | 35 |

36  Purchases less cost of items withdrawn for personal use ........................................ | 36 |

37  Cost of labor. Do not include any amounts paid to yourself ..................................... | 37 |

38  Materials and supplies .................................................................. | 38 |

39  Other costs ............................................................................ | 39 |

40  Add lines 35 through 39 ................................................................. | 40 |

41  Inventory at end of year ................................................................ | 41 |

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ..... | 42 |

## Part IV — Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ► 10/10/2005

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:
    a Business _____ 5,532   b Commuting (see instructions) _____   c Other _____ 12,839

45  Was your vehicle available for personal use during off-duty hours? .................... ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ............. ☒ Yes  ☐ No

47a Do you have evidence to support your deduction? ................................... ☒ Yes  ☐ No

  b If "Yes," is the evidence written? ............................................... ☒ Yes  ☐ No

## Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| Provisions | 550. |
| Rubber Boots/Gloves/Protective Clothing | 366. |
| Fuel & Oil | 3,688. |

48  Total other expenses. Enter here and on page 1, line 27 ........................... | 48 | 4,604. |

Schedule C (Form 1040) 2008

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No. 1545-0074 2008 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040). | Attachment Sequence No. 17 |

Name of person with self-employment income (as shown on Form 1040): Jimmy Shoemaker, Jr.

Social security number of person with self-employment income ►

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 57.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart only if you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



Section A – Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1a Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1a | |
| b If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X | 1b | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instrs for types of income to report on this line. See instrs for other income to report | 2 | 33,388. |
| 3 Combine lns 1a, 1b & 2 | 3 | 33,388. |
| 4 Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax | 4 | 30,834. |
| 5 Self-employment tax. If the amount on line 4 is:  • $102,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 57.  • More than $102,000, multiply line 4 by 2.9% (.029). Then, add $12,648 to the result. Enter the total here and on Form 1040, line 57. | 5 | 4,718. |
| 6 Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 27 | 6 | 2,359. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA1101  09/04/08   Schedule SE (Form 1040) 2008

| Form **2441** | Child and Dependent Care Expenses | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to Form 1040 or Form 1040NR.<br>▶ See separate instructions. | **2008**<br>Attachment<br>Sequence No. 21 |

Name(s) shown on return: Jimmy Shoemaker, Jr

Your social security number: [redacted]

### Part I — Persons or Organizations Who Provided the Care — You must complete this part.
(If you have more than two care providers, see the instructions.)

| 1 | (a) Care provider's name | (b) Address (no., street, apt no., city, state, and ZIP code) | (c) Identifying no. (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|---|
|  | [redacted] | [redacted] |  |  |

Did you receive dependent care benefits?  No ▶ Complete only Part II below.  Yes ▶ Complete Part III on page 2 next.

**Caution.** If the care was provided in your home, you may owe employment taxes. See the instructions for Form 1040, line 60, or Form 1040NR, line 56.

### Part II — Credit for Child and Dependent Care Expenses

2 Information about your qualifying person(s). If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name — First — Last | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2008 for the person listed in column (a) |
|---|---|---|
| [redacted] | | |

| | | |
|---|---|---|
| 3 Add the amounts in column (c) of line 2. Do not enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 35 | 3 | 3,000. |
| 4 Enter your earned income. See instructions | 4 | 81,011. |
| 5 If married filing jointly, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions); all others, enter the amount from line 4 | 5 | 81,011. |
| 6 Enter the smallest of line 3, 4, or 5 | 6 | 3,000. |
| 7 Enter the amount from Form 1040, line 38, or Form 1040NR, line 36 ........ 7 | 81,011. | |

8 Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: | | | If line 7 is: | | |
|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is |
| $0 | 15,000 | .35 | $29,000 | 31,000 | .27 |
| 15,000 | 17,000 | .34 | 31,000 | 33,000 | .26 |
| 17,000 | 19,000 | .33 | 33,000 | 35,000 | .25 |
| 19,000 | 21,000 | .32 | 35,000 | 37,000 | .24 |
| 21,000 | 23,000 | .31 | 37,000 | 39,000 | .23 |
| 23,000 | 25,000 | .30 | 39,000 | 41,000 | .22 |
| 25,000 | 27,000 | .29 | 41,000 | 43,000 | .21 |
| 27,000 | 29,000 | .28 | 43,000 | No limit | .20 |

| 8 | X | 0.20 |

| | | |
|---|---|---|
| 9 Multiply line 6 by the decimal amount on line 8. If you paid 2007 expenses in 2008, see the instructions | 9 | 600. |
| 10 Enter the amount from Form 1040, line 46, or Form 1040NR, line 43 ...... 10 | 7,725. | |
| 11 Enter the amount from Form 1040, line 47, or Form 1040NR, line 44 ...... 11 | | |
| 12 Subtract line 11 from line 10. If zero or less, stop. You cannot take the credit | 12 | 7,725. |
| 13 Credit for child and dependent care expenses. Enter the smaller of line 9 or line 12 here and on Form 1040, line 48 or Form 1040NR, line 45 | 13 | 600. |

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 2441 (2008)

FDIA0212  11/05/08

Form **6251**     Alternative Minimum Tax — Individuals     OMB No 1545-0074

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1040NR.

Department of the Treasury
Internal Revenue Service (99)

**2008**

Attachment Sequence No. 82

Name(s) shown on Form 1040 or Form 1040NR: Jimmy Shoemaker, Jr

Your social security number: [redacted]

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | Amount |
|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41 (minus any amount on Form 8914, line 2); and go to line 2. Otherwise, enter the amount from Form 1040, line 38 (minus any amount on Form 8914, line 2), and go to line 7. (If less than zero, enter as a negative amount.) | 62,705. |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- | 0. |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 1,630. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 11,576. |
| 6 | If Form 1040, line 38, is over $159,950 (over $79,975 if married filing separately), enter the amount from line 11 of the Itemized Deductions Worksheet in the instructions for Schedule A (Form 1040) | |
| 7 | If claiming the standard deduction, enter any amount from Form 4684, line 18a, as a negative amount | |
| 8 | Tax refund from Form 1040, line 10 or line 21 | |
| 9 | Investment interest expense (difference between regular tax and AMT) | |
| 10 | Depletion (difference between regular tax and AMT) | |
| 11 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | |
| 12 | Interest from specified private activity bonds exempt from the regular tax | |
| 13 | Qualified small business stock (7% of gain excluded under section 1202) | |
| 14 | Exercise of incentive stock options (excess of AMT income over regular tax income) | |
| 15 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | |
| 16 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | |
| 17 | Disposition of property (difference between AMT and regular tax gain or loss) | |
| 18 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | |
| 19 | Passive activities (difference between AMT and regular tax income or loss) | |
| 20 | Loss limitations (difference between AMT and regular tax income or loss) | |
| 21 | Circulation costs (difference between regular tax and AMT) | |
| 22 | Long-term contracts (difference between AMT and regular tax income) | |
| 23 | Mining costs (difference between regular tax and AMT) | |
| 24 | Research and experimental costs (difference between regular tax and AMT) | |
| 25 | Income from certain installment sales before January 1, 1987 | |
| 26 | Intangible drilling costs preference | |
| 27 | Other adjustments, including income-based related adjustments | |
| 28 | Alternative tax net operating loss deduction | 0. |
| 29 | Alternative minimum taxable income. Combine lines 1 through 28. (If married filing separately and line 29 is more than $214,900, see instructions.) | 75,911. |

### Part II — Alternative Minimum Tax

30 Exemption. (If you were under age 24 at the end of 2008, see instructions.)

| IF your filing status is... | AND line 29 is not over... | THEN enter on line 30... |
|---|---|---|
| Single or head of household | $112,500 | $46,200 |
| Married filing jointly or qualifying widow(er) | 150,000 | 69,950 |
| Married filing separately | 75,000 | 34,975 |

If line 29 is over the amount shown above for your filing status, see instructions.    30    46,200.

31 Subtract line 30 from line 29. If more than zero, go to line 32. If zero or less, enter -0- here and on lines 34 and 36 and skip the rest of Part II ........................ 31    29,711.

32 • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter.
• If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 55 here.
• All others: If line 31 is $175,000 or less ($87,500 or less if married filing separately), multiply line 31 by 26% (.26). Otherwise, multiply line 31 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result.    32    7,725.

33 Alternative minimum tax foreign tax credit (see instructions) ........................ 33

34 Tentative minimum tax. Subtract line 33 from line 32 ........................ 34    7,725.

35 Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47). If you used Schedule J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Schedule J (see instructions) ........................ 35    7,244.

36 AMT. Subtract line 35 from line 34. If zero or less, enter -0-. Enter here and on Form 1040, line 45 ........................ 36    481.

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIA5912   12/04/08    Form 6251 (2008)

Form 6251 (2008)    Jimmy Shoemaker, Jr        Page 2

## Part III — Tax Computation Using Maximum Capital Gains Rates

37  Enter the amount from Form 6251, line 31. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet in the instructions ................................................ 37

38  Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see the instructions for the amount to enter ................................................ 38

39  Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see the instructions for the amount to enter ................................................ 39

40  If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 38. Otherwise, add lines 38 and 39, and enter the smaller of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see the instructions for the amount to enter ................................................ 40

41  Enter the smaller of line 37 or line 40 ................................................ 41

42  Subtract line 41 from line 37 ................................................ 42

43  If line 42 is $175,000 or less ($87,500 or less if married filing separately), multiply line 42 by 26% (.26). Otherwise, multiply line 42 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ................................................ 43

44  Enter:
  • $65,100 if married filing jointly or qualifying widow(er),
  • $32,550 if single or married filing separately, or
  • $43,650 if head of household. ................................................ 44

45  Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- ................................................ 45

46  Subtract line 45 from line 44. If zero or less, enter -0- ................................................ 46

47  Enter the smaller of line 37 or line 38 ................................................ 47

48  Enter the smaller of line 46 or line 47 ................................................ 48

49  Subtract line 48 from line 47 ................................................ 49

50  Multiply line 49 by 15% (.15) ................................................ 50

If line 39 is zero or blank, skip lines 51 and 52 and go to line 53. Otherwise, go to line 51.

51  Subtract line 47 from line 41 ................................................ 51

52  Multiply line 51 by 25% (.25) ................................................ 52

53  Add lines 49, 50, and 52 ................................................ 53

54  If line 37 is $175,000 or less ($87,500 or less if married filing separately), multiply line 37 by 26% (.26). Otherwise, multiply line 37 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ................................................ 54

55  Enter the smaller of line 53 or line 54 here and on line 32. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 32. Instead, enter it on line 4 of the worksheet in the instructions ................................................ 55

Form 6251 (2008)

| Form **4562** | Depreciation and Amortization (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions.   ► Attach to your tax return. | **2008** Attachment Sequence No. 67 |

Name(s) shown on return: Jimmy Shoemaker, Jr

Identifying number: [redacted]

Business or activity to which this form relates: Form 2106 Marine Master

### Part I — Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 1,079. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 250,000. |

| 6 (a) Description of property | (b) Cost (business-use only) | (c) Elected cost |
|---|---|---|
| Laptop Computer | 1,079. | 1,079. |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 1,079. |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 1,079. |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | 83,370. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 1,079. |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ► 13 | | 0. |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | 0. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See Instructions)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed In Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed In Service During 2008 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See Instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 1,079. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIZ0812 08/12/08    Form 4562 (2008)

Form 4562 (2008)  Jimmy Shoemaker, Jr.  Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No  24b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ........... 25

26 Property used more than 50% in a qualified business use:

| Chevy Silverado 4x4 | 10/10/05 | 69.89 | | | | | | |
|---|---|---|---|---|---|---|---|---|

27 Property used 50% or less in a qualified business use:

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ........ 28
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ....................... 29

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

42 Amortization of costs that begins during your 2008 tax year (see instructions):

43 Amortization of costs that began before your 2008 tax year ........... 43
44 Total. Add amounts in column (f). See the instructions for where to report ........... 44

FDIZ0812 05/12/08  Form 4562 (2008)

| Form **2106-EZ** | Unreimbursed Employee Business Expenses | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► Attach to Form 1040 or Form 1040NR. | **2008**<br>Attachment Sequence No. 129A |

Your name: Jimmy Shoemaker, Jr
Occupation in which you incurred expenses: Marine Master
Social security number: [redacted]

You May Use This Form Only If All of the Following Apply.

- You are an employee deducting ordinary and necessary expenses attributable to your job. An ordinary expense is one that is common and accepted in your field of trade, business, or profession. A necessary expense is one that is helpful and appropriate for your business. An expense does not have to be required to be considered necessary.
- You do not get reimbursed by your employer for any expenses (amounts your employer included in box 1 of your Form W-2 are not considered reimbursements for this purpose).
- If you are claiming vehicle expense, you are using the standard mileage rate for 2008.

**Caution:** You can use the standard mileage rate for 2008 only if: (a) you owned the vehicle and used the standard mileage rate for the first year you placed the vehicle in service, or (b) you leased the vehicle and used the standard mileage rate for the portion of the lease period after 1997.

### Part I  Figure Your Expenses

1  Vehicle expense using the standard mileage rate. Complete Part II and then go to line 1a below.

 a Multiply business miles driven before July 1, 2008, by 50.5¢ (.505) . . . . . . . . . 1a  3,242.

 b Multiply business miles driven after June 30, 2008, by 58.5¢ (.585) . . . . . . . . . 1b  3,755.

 c Add lines 1a and 1b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1c  6,997.

2  Parking fees, tolls, and transportation, including train, bus, etc, that did not involve overnight travel or commuting to and from work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2  29.

3  Travel expense while away from home overnight, including lodging, airplane, car rental, etc. Do not include meals and entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3  688.

4  Business expenses not included on lines 1c through 3. Do not include meals and entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4  5,081.

5  Meals and entertainment expenses: $ _554._ x 50% (.50) (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see Instructions.) . . . . . . . . . . 5  277.

6  Total expenses. Add lines 1c through 5. Enter here and on Schedule A (Form 1040), line 21 (or on Schedule A (Form 1040NR, line 9)). (Armed Forces reservists, fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter this amount.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6  13,071.

### Part II  Information on Your Vehicle. Complete this part only if you are claiming vehicle expense on line 1.

7  When did you place your vehicle in service for business use? (month, day, year) . . . . . . . . . ► 10/10/2005

8  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

 a Business ___12,839___  b Commuting (see instr) _____  c Other ___5,532___

9  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . [X] Yes [ ] No

10  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . [X] Yes [ ] No

11 a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

 b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

BAA For Paperwork Reduction Act Notice, see separate Instructions.  Form 2106-EZ (2008)

FDIA7801  11/09/08

```
               ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING
TAXPAYER:   Jimmy Shoemaker, Jr
PRIMARY SSN:


FEDERAL RETURN SUBMITTED:   March 06, 2009    05:26 PM PST
FEDERAL RETURN ACCEPTANCE DATE:   03/06/2009
```

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

1. THE INTUIT ELECTRONIC POSTMARK.
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

TIMELY FILING:

For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 15, 2009. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 15, 2009, your Intuit electronic postmark will indicate April 15, 2009, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 15, 2009, and a corrected return is submitted and accepted before April 20, 2009. If your return is submitted after April 20, 2009, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 15, 2009. If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 15, 2009, and the corrected return is submitted and accepted by October 20, 2009.

2. THE ACCEPTANCE DATE.
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.

FDIUP101 10/02/08