UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Alabama Damage Cases – AL Motion for Protective Order ( Rec. doc. 13818)]**

Alabama filed a motion for a protective order concerning confidential information for its citizens with a two page memorandum.  Rec. doc. 13818.  December 12, 2014 is BPXP's deadline to respond with a two page memorandum..  Alabama requests that it be given an opportunity to verbally address the motion at the December 18, 2014 telephone conference.

Alabama may file a one page reply memorandum on **Tuesday, December 16, 2014**. There will be no oral argument on the motion at the December 18 conference.

New Orleans, Louisiana, this day of 12th day of December, 2014.

_____
SALLY SHUSHAN
**United States Magistrate Judge**