UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| Case Nos. 10-4182, 10-4183, 13-2645, § | | |
| 13-2646, 13-2647, & 13-2813 (Alabama), | | |
| and Nos. 10-3059 & 11-0516 (Louisiana) | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING LOUISIANA LEAVE TO FILE AN AMICUS CURIAE BRIEF IN THE ALABAMA ECONOMIC DAMAGES CASE**

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General ("Louisiana" or "State"), who respectfully moves for reconsideration of the Court's order denying Louisiana leave to file an amicus brief with respect to the State of Alabama's motion to dismiss and/or strike defendants' set-off claims or defenses (hereinafter "Alabama's motion to strike defendants' offset requests") entered on December 5, 2014 [Rec. Doc. 13775]. In support of this Motion, Louisiana states as follows:

1.  The State of Louisiana initially filed its Motion for Leave to File Amicus Curiae brief on December 1, 2014, in the Alabama Economic Damages case[1] that is currently proceeding before this Court. [Rec. Doc. 13736]. On December 5, 2014, this Court denied the State's request, stating that "Louisiana is not a party to the Clean Water Act Penalty Phase Trial and lacks standing in this trial. Furthermore, the Court finds Louisiana's proposed brief to be untimely, unnecessary and unhelpful." Order (Dec. 5, 2014) [Rec. Doc. 13775]. The State's

---

[1] Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, & 13-2813.

proposed amicus brief was related to BP's purported defense against the economic damage claims asserted by the State of Alabama, not the Clean Water Act Penalty Phase trial (hereinafter "Penalty Phase trial").

2. Louisiana submitted its brief due to developments in the Alabama Economic Damages case. (Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, & 13-2813). Louisiana sought to file an amicus brief solely with respect to Alabama's motion to strike defendants' offset requests in the Alabama Economic Damages case. Alabama's motion to strike defendants' offset requests mirrors issues that Louisiana expects to arise in its own economic and natural resource damages trials, which are pending in this Court. (Case Nos. 10-3059 & 11-0516.) As a precautionary measure, Louisiana submits this Motion for Reconsideration to clarify that it only seeks to participate as amicus curiae in the Alabama Economic Damages case, not the Penalty Phase trial, at this time.

3. Louisiana currently is not a party to the Alabama Economic Damages case. Amici curiae generally are nonparties and do not require standing to participate other than an interest in the subject-matter of the trial, as set forth in further detail in the attached brief in support of this Motion.

4. Because the Court would be ruling on matters of law in the Alabama Economic Damages case that could reasonably be said to affect Louisiana's rights on identical matters of law in its own trial, Louisiana thought it prudent to supply the Court with its input as a friend of the Court. Certainly, Louisiana has an interest in Alabama's motion to strike defendants' offset requests. Both States maintain that they are entitled to sovereign immunity with respect to Defendants' counterclaims or set-off "defenses" under the Oil Pollution Act ("OPA"), 33 U.S.C.

§§ 2701-61.  BP has indicated that it will assert such counterclaims or defenses against both Alabama and Louisiana.

5.     Louisiana further submits that its motion to proceed as amicus curiae was timely. The time limits, brief formatting requirements, and page limits set forth in the Federal Rules of Appellate Procedure, including Federal Rule of Appellate Procedure 29(a), do not apply in the district court.  Rather, the Federal Rules of Civil Procedure and the local rules govern.  Louisiana filed its motion as promptly as possible after it learned the basis for its interest in Alabama's motion.  As such, defendants are incorrect to contend, and this Court to find, that Louisiana's proposed brief is untimely.

6.     Louisiana submits that reconsideration is also appropriate because it intends to seek the Court's leave to participate in the Alabama Economic Damages case, not just with respect to the offset issue but also with respect to any other issues that may arise that are common to Louisiana and Alabama's respective compensatory damages cases, such as the States' right to a jury trial, if and when they arise in the Alabama Economic Damages case.

7.     At a minimum, Louisiana respectfully requests clarification that the Court's ruling on Alabama's motion to strike defendants' offset requests will not prejudice Louisiana if and when the same issue arises in Louisiana's pending economic damages and natural resource damages trials.

8.     Louisiana's Counsel has conferred with counsel for Alabama, who consents to the filing of this Motion and Louisiana's participation in this matter and other common questions of law as they may arise.

Dated this 12th day of December, 2014.

Respectfully submitted,

JAMES D. "BUDDY" CALDWELL
LOUISIANA ATTORNEY GENERAL

James Trey Phillips
First Assistant Attorney General
Megan K. Terrell
Assistant Attorney General
Section Chief –Environmental
State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-670

HENRY DART,
ATTORNEYS AT LAW P.C.

/s/ Henry T. Dart
Henry T. Dart
Grady J. Flattmann
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

SHOWS, CALI, BERTHELOT &
WALSH, LLP

/s/ E. Wade Shows
E. Wade Shows
628 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 346-1461
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

KANNER & WHITELEY, LLC

/s/ Allan Kanner
Allan Kanner
Elizabeth B. Petersen
Douglas R. Kraus
Allison M. Shipp
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

USRY, WEEKS, &
MATTHEWS, APLC

/s/ T. Allen Usry
T. Allen Usry
1615 Poydras St.
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Reconsideration of the Court's Order Denying Louisiana Leave to File an Amicus Curiae Brief in the Alabama Economic Damages Case has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of December, 2014.

                                         Kanner & Whiteley, L.L.C.

                                         _/s/ Allan Kanner_____
                                         Allan Kanner
                                         a.kanner@kanner-law.com