UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL-2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION "J" |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, & 13-2813 (Alabama), and Nos. 10-3059 & 11-0516 (Louisiana) | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** the State of Louisiana's Motion for Reconsideration of the Court's order denying Louisiana leave to file an amicus curiae brief in the Alabama Economic Damages case:

IT IS ORDERED that the Motion is GRANTED and that State of Louisiana be and is hereby granted leave to file its Proposed Amicus Curiae Brief in Support of the State of Alabama's Motion to Dismiss Set-Off Claims or in the alternative Motion to Strike Set-Off Affirmative Defenses.

**SIGNED** at New Orleans, Louisiana this _____ day of _____, 2014.

_____
Hon. Carl J. Barbier U.S. District Court Judge