UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document applies to: | JUDGE BARBIER |
| No. 10-2771, In re: The Complaint and Petition of Triton Asset Leasing GmbH, et al. | MAGISTRATE JUDGE SHUSHAN |
| and | |
| No. 10-4536, United States of America v. BP Exploration & Production, Inc., et al. | |

# NOTICE OF APPEAL

Notice is hereby given that Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH, petitioners in *In re: The Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771, and defendants in *United States of America v. BP Exploration & Production, Inc., et al.*, No. 10-4536, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's September 4, 2014, Findings of Fact and Conclusions of Law from the Phase One Trial (Rec. Doc. 13355), and from the District Court's September 9, 2014, revised Findings of Fact and Conclusions of Law from the Phase One Trial (Rec. Doc. 13381-1).

This appeal is timely filed under Federal Rules of Appellate Procedure 4(a)(1)(A), 4(a)(1)(B)(i), 4(a)(3), and 4(a)(4)(A)(ii), (iv), and (v).

- 2 -

| | |
|---|---|
| DATED: December 12, 2014 | Respectfully submitted, |

By: __s/ Brad D. Brian__          By: __s/ Steven L. Roberts__
Brad D. Brian                                  Steven L. Roberts
Michael R. Doyen                          SUTHERLAND ASBILL & BRENNAN LLP
Daniel B. Levin                              1001 Fannin Street, Suite 3700
MUNGER TOLLES & OLSON LLP      Houston, Texas 77002
355 So. Grand Avenue, 35th Floor    Tel: (713) 470-6100
Los Angeles, CA 90071                    Fax: (713) 354-1301
Tel: (213) 683-9100                          Email: steven.roberts@sutherland.com
Fax: (213) 683-5180
Email: brad.brian@mto.com
          michael.doyen@mto.com
          daniel.levin@mto.com          By: __s/ Kerry J. Miller__
                                                      Kerry J. Miller
                                                      FRILOT, LLC
                                                      110 Poydras St., Suite 3700
                                                      New Orleans, LA 70163
                                                      Tel: (504) 599-8194
                                                      Fax: (504) 599-8154
                                                      Email: kmiller@frilot.com

*Counsel for Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.*