UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: Nos. 10-2179; 10-4536 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANADARKO PETROLEUM CORPORATION'S FINAL GOOD FAITH PENALTY PHASE TRIAL WITNESS LIST

Defendant Anadarko Petroleum Corporation hereby respectfully submits its Final Good Faith Penalty Phase Trial Witness List, subject to and without waiving its objections to efforts by the United States to present evidence of Anadarko's alleged culpability and subject to and without waiving any motion presently pending or that it may file in the future, including but not limited to its Motion to Enforce Court's Order Excluding Culpability Evidence Against Anadarko [Rec. Doc. 13633]. Anadarko also reserves the right to call any person that appears on any other party's Will Call witness list.

**I. Witnesses Whom Anadarko Will Call:**

| Witness Name | Witness Type | Deposition Date |
|---|---|---|
| David L. Sunding, PhD | Expert | October 30, 2014 |
| Kenneth E. Arnold, PE, NAE | Expert | October 7, 2014 |

1

**II. Witnesses Whom Anadarko May Call:**

| Witness Name | Witness Type | Deposition Date |
|---|---|---|
| Darrell E. Hollek, Anadarko Senior Vice President, Operations | Fact | July 17, 2014 |

Respectfully submitted,

DATED: December 12, 2014              **MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@morganlewis.com
Thomas Lotterman
thomas.lotterman@morganlewis.com
David B. Salmons
david.salmons@morganlewis.com
Randall M. Levine
randall.levine@morganlewis.com
Morgan, Lewis & Bockius LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@morganlewis.com
Morgan, Lewis and Bockius LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)

2

jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 12, 2014.



                                                                                    Ky E. Kirby