## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to *U.S. v. BP* | * | |
| *Exploration & Prod. Co., No. 2:10-cv-04536* | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

### ANADARKO PETROLEUM CORPORATION'S FINAL GOOD FAITH
### PENALTY PHASE TRIAL EXHIBIT LIST

Defendant Anadarko Petroleum Corporation ("Anadarko"), hereby respectfully submits its Final Good Faith Penalty Phase Trial Exhibit List in accordance with this Court's Order dated September 22, 2014 [Rec. Doc. 13428].

Anadarko hereby designates all exhibits included on the attached list.  As permitted by the September 22, 2014 Order or otherwise under the law, Anadarko respectfully reserves the right to supplement its list with such additional relevant documents it may deem appropriate, including in response to any fact or expert information or documents that the United States is permitted to use at trial, but that was produced or provided by the United States after the close of fact and/or expert discovery.  Anadarko provides this exhibit list without waiver of any objection it has made or will make to any exhibit that appears on another party's exhibit list and that also appears on Anadarko's list.  Anadarko further reserves the right to seek to designate or use at trial any exhibit it deems appropriate that is listed, designated or used at trial by any other party.

DATED: December 12, 2014                    Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP

                                            /s/ *Ky E. Kirby*
                                            Ky E. Kirby
                                            ky.kirby@morganlewis.com
                                            Thomas R. Lotterman
                                            thomas.lotterman@morganlewis.com
                                            2020 K Street, NW
                                            Washington, DC 20006-1806
                                            Telephone (202) 373-6000
                                            Facsimile (202) 373-6001

                                            James J. Dragna
                                            jim.dragna@morganlewis.com
                                            Morgan, Lewis & Bockius LLP
                                            355 South Grand Avenue
                                            Suite 4400
                                            Los Angeles, California 90071-3106
                                            Telephone (213) 680-6436
                                            Facsimile (213) 680-8636

                                            KUCHLER POLK SCHELL
                                            WEINER & RICHESON, LLC

                                            Deborah D. Kuchler, T.A. (La. Bar No. 17013)
                                            dkuchler@kuchlerpolk.com
                                            Janika Polk (La. Bar No. 27608)
                                            jpolk@kuchlerpolk.com
                                            Robert Guidry (La. Bar No. 28064)
                                            rguidry@kuchlerpolk.com
                                            1615 Poydras Street, Suite 1300
                                            New Orleans, LA  70112
                                            Tel:  (504) 592-0691
                                            Fax:  (504) 592-0696

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 12, 2014.

_____ */s/ Ky E. Kirby*_____
Ky E. Kirby