MDL 2179: ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| Dep. Ex. 570 | BP-HZN-MBI-00127907 | BP-HZN-MBI-00127910 | 4/16/2010 | Form MMS-124 - Electronic Version: Application for Permit to Modify | X |
| Dep. Ex. 1339 | | | 3/15/2010 | Application for Bypass | X |
| Dep. Ex. 1869 | BP-HZN-BLY00294826 | BP-HZN-BLY00294833 | 1/14/2010 | Application for Revised New Well | X |
| Dep. Ex. 2236 | BP-HZN-2179MDL00048527 | BP-HZN-2179MDL00048531 | 4/16/2010 | E-Mail chain from Morel to Kaluza, Vidrine, and Lambert re: Macondo Temporary Abandonment Procedure for MMS | X |
| Dep. Ex. 2865 | | | 10/6/2010 | Transcript of Michael Beirne before the Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation Re: Deepwater Horizon. | |
| Dep. Ex. 4001 | BP-HZN-BLY00235604 | BP-HZN-BLY00235614 | 10/16/2009 | Application for Revised New Well | X |
| Dep. Ex. 4002 | BP-HZN-BLY00237943 | BP-HZN-BLY00237950 | 10/29/2009 | Application for Revised New Well | X |
| Dep. Ex. 4007 | BP-HZN-SNR00000625 | BP-HZN-SNR00000632 | 1/25/2010 | Application for Revised New Well | X |
| Dep. Ex. 4747 | BP-HZN-2179MDL01522652 | BP-HZN-2179MDL01522686 | 6/24/2010 | Macondo, Containment and Disposal Project for MC252-1, Install Capping Stack on DWH Flex Joint Flange on Aft Rotary | X |
| Dep. Ex. 4751 | BP=HZN-CEC008683 | BP-HZN-CEC008711 | 5/26/2009 | Application for Permit to Drill a New Well | X |
| Dep. Ex. 4752 | BP-HZN-2179MDL00001748 | BP-HZN-2179MDL00001763 | 3/26/2010 | Application for Revised Bypass | X |
| Dep. Ex. 4753 | BP-HZN-2179MDL00096724 | BP-HZN-2179MDL00096731 | 4/15/2010 | Application for Revised Bypass | X |
| Dep. Ex. 4754 | BP-HZN-2179MDL00155415 | BP-HZN-2179MDL00155424 | 4/15/2010 | Application for Revised Bypass | X |
| Dep. Ex. 4941 | | | January, 2011 | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, *Deep Water: The Gulf Oil Disaster and the Future of Offshore Drilling* | |
| Dep. Ex. 7685 | TRN-MDL-01461781 | TRN-MDL-01461889 | 2/13/2010 | Jan 29, Feb 12 and 13, 2010 E-mail string among Brian Morel, Murry Sepulvado, Paul Johnson and others, Subject: Final Signed Macondo Drilling Program, with Attachments, marked as CONFIDENTIAL | X |
| Dep. Ex. 12393 | ANA-MDL3-0012139 | ANA-MDL3-0012170 | 5/29/2014 | Rating Agency Update | X |
| Dep. Ex. 12399 | ANA-MDL3-0009334 | ANA-MDL3-0009336 | 11/20/2011 | Deepwater Horizon Settlement, Payment Request Form, Payee: BP America Production Company, Due Date: 11/28/2011 | |
| Dep. Ex. 12802 | ANA-MDL3_0009325 | ANA-MDL3_0009325 | | Spreadsheet titled Anadarko Petroleum 2010 - 2013 Capital and EBITDAX Report | X |
| Dep. Ex. 12804 | ANA-MDL3_0009420 | ANA-MDL3_0009423 | 2/2/2011 | Payment Request Form, Payee: Rockefeller Philanthropy Advisors | |
| Dep. Ex. 12805 | ANA-MDL3_0005062 | ANA-MDL3_0005065 | 6/28/2010 | Payment Request Form, Payee: Southern Federal Credit Union, Deepwater Horizon Memorial Fund | |
| Dep. Ex. 12913 | ANA-MDL3_0011875 | ANA-MDL3_0011875 | | Spreadsheet: APC GOM Supplier Spend Analysis, (2009-May 2014) | |
| Dep. Ex. 12914 | ANA-MDL3_0011603 | ANA-MDL3_0011603 | | 2010-2014 Offshore Royalties Paid to ONRR Payors 10930 & 33415 | |
| Dep. Ex. 12916 | ANA-MDL3_0009424 | ANA-MDL3_0009433 | 2/6/2014 | Rockefeller Philanthropy Advisors, Fund For Gulf Communities Final Report | |

MDL 2179: ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| Dep. Ex. 12918 | ANA-MDL3_0012198 | ANA-MDL3_0012205 | 12/31/2013 | Fund for Gulf Communities Grant Financial Report July 1, 2011 - December 31, 2013 | |
| Dep. Ex. 12919 | ANA-MDL3_0002924 | ANA-MDL3_0002954 | 2/28/2014 | Unites States Securities and Exchange Commission Form 10-K Anadarko Petroleum Corporation--2013 | |
| Dep. Ex. 12922 | ANA-MDL3_0011876 | ANA-MDL3_0011876 | | Spreadsheet: Joint Industry Projects Consortia, Geology, 2010-2014 | |
| Dep. Ex. 12924 | ANA-MDL3_0009400 | ANA-MDL3_0009407 | 5/20/2014 | Anadarko Petroleum Corporation MC 252 #1 (Macondo) - Spill Costs, Spill Costs Incurred by Anadarko | |
| Dep. Ex. 12933 | ANA-MDL3_0009085 ANA-MDL3_0012188 | ANA-MDL3_0012186 ANA-MDL3_0012190 | 8/2/2010 | Letter rejecting BP royalty payment, dated August 2, 2010, Smith to Otwell, Re: Lease OCS-G 32306 ("Macondo") BP Letter Dated July 30, 2010, | |
| Dep. Ex. 12934 | ANA-MDL3_0011874 | ANA-MDL3_0011874 | | APC GOM Employee & Contractor Hours (2010-Apr. 2014) | |
| Dep. Ex. 12937 | ANA-MDL3_0019065 | ANA-MDL3_0019065 | | Spreadsheet: APC Lease Sales 2009-2014 | |
| Dep. Ex. 13202 | | | | Key Gulf of Mexico Fields Ownership | X |
| Dep. Ex. 13204 | US_PP_WAL001597 | US_PP_WAL001764 | | AAPL Model Form of Offshore Deepwater Operating Agreement | X |
| Dep. Ex. 13205 | US_PP_WAL003651 | US_PP_WAL003859 | | AAPL Model Form of Offshore Deepwater Operating Agreement, Draft | X |
| Dep. Ex. 13206 | US_PP_WAL002234 | US_PP_WAL002245 | | The Good, the Bad, and the Ugly of the Stage-Gate Project Management Process in the Oil and Gas Industry | X |
| Dep. Ex. 13207 | US_PP_WAL000459 | US_PP_WAL000495 | | Credit Suisse - US Gulf of Mexico | X |
| TREX-01943 | ANA-MDL-000030613 | ANA-MDL-000030650 | 10/1/2009 | Well Participation Agreement Between BP, APC and KMG | |
| TREX-01944 | N/A for Pages 1-9; ANA-MDL-000020295 | ANA-MDL-000020296 | 2/11/2010 | Letter from Wendy Rodriguez to MMS re: Assignment of Record Title Interest; Designation of Operator; and Designation of Applicant | |
| TREX-50473 | BP-HZN-2179MDL045858671 | BP-HZN-2179MDL045858703 | 10/16/2011 | Settlement Agreement Between BP and Anadarko | |
| TREX 280,000 | ANA-MDL-000030610; APC-HEC1-000001601 | ANA-MDL-000030612; APC-HEC1-000001840 | 12/17/2009 | Ratification and Joinder of Operating Agreement Macondo Prospect between BP Exploration & Production Inc. and MOEX Offshore 2007 LLC | |
| TREX 280,001 | BP-HZN-2179MDL00413983 | BP-HZN-2179MDL00413983 | 4/21/2010 | APC e-mail offering assistance to BP | |
| TREX 280,002 | ANA-MDL3-0019461 | ANA-MDL3-0019461 | 5/5/2010 | Letter from Jim Hackett to DOI Secretary Kenneth Salazar, offering APC's assistance in the response | |
| TREX 280,003 | ANA-MDL-000263106 | ANA-MDL-000263106 | 6/21/2010 | E-mail from BP to APC thanking APC for opportunity to release Casey Chouest for the response | |
| TREX 280,004 | ANA-MDL-000193825 | ANA-MDL-000193826 | 6/22/2010 | E-mail from USCG to APC thanking APC for offer of equipment | |
| TREX 280,005 | ANA-MDL3-0009416 | ANA-MDL3-0009419 | 1/6/2011 | Grant Agreement, Rockefeller Philanthropy Advisors | |
| TREX 280,006 | ANA-MDL-000025905 | ANA-MDL-000025909 | 8/31/2010 | E-mail attaching letter from APC to BP returning 8/24/10 Macondo revenue check | |

MDL 2179:  ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,007 | ANA-MDL3_0012192 | ANA-MDL3_0012196 | | Compilation of lease payments by BA: 2010-2014 | |
| TREX 280,008 | ANA-MDL3_0011606 ANA-MDL3_0011653 ANA-MDL3_0011661 | ANA-MDL3_0011650 ANA-MDL3_0011659 ANA-MDL3_0011661 | | Compilation of spreadsheets of APC employees and non-employees from 2009 to 2014. | |
| TREX 280,009 | ANA-MDL3_0011882 | ANA-MDL3_0011882 | | Spreadsheet: APC GOM Deepwater Facilities, Joint Industry Projects & Consortia | |
| TREX 280,010 | | | 8/15/2014 | Expert Report of Professor David L. Sunding | |
| TREX 280,011 | | | 8/15/2014 | Expert Report of Kenneth E. Arnold | |
| TREX 280,012 | ANA-MDL-000021765 | ANA-MDL-000021778 | 6/18/2010 | E-mail dated 6/18/2010 Hollek to Lynch and others, Subject: FW: BP Macondo "Wish List" | |
| TREX 280,013 | BP-HZN-2179MDL05855977 | BP-HZN-2179MDL05855979 | 6/3/2010 | E-mail from John Sheradin to Robert Quitzau  RE: Kill Attempt #3 Draft Discussion | |
| TREX 280,014 | BP-HZN-2179MDL05857224 | BP-HZN-2179MDL05857225 | 6/1/2010 | E-mail from Kurt Mix to Robert Quitzau RE: Macondo Update | |
| TREX 280,015 | ANA-MDL2-000032291 | ANA-MDL2-000032291 | 6/21/2010 | E-mail from Michael Harville to Mike Beattie Re: Casey Chouest | |
| TREX 280,016 | ANA-MDL-000021779 | ANA-MDL-000021783 | 7/30/2010 | E-mail from Jeffrey Smith to William Colbert RE: MC252 Federal Royalty Payments | |
| TREX 280,017 | ANA-MDL-000020295 | ANA-MDL-000020297 | 2/23/2010 | Designation of Operator Form MMS-1123 for Macondo Well | |
| TREX 280,018 | | | | Stipulated Facts Concerning History of Prior Violations between the United States and Anadarko Petroleum Corporation | |
| TREX 280,019 | | | | Stipulated Facts Concerning Other Penalties for the Same Incident between the United States and Anadarko Petroleum Corporation | |
| TREX 280,020 | | | 3/21/2014 | Transcript of Status Conference Re: Penalty Phase on March 21, 2014 | |
| TREX 280,021 | | | 2001 | Balkenborg, D., 2001, "How Liable Should the Lender Be? The Case of Judgment-Proof Firms and Environmental Risks: Comment," American Economic Review 91: 731-738. | |
| TREX 280,022 | | | 1968 | Becker, Gary S., 1968, "Crime and Punishment: An Economic Approach," Journal of Political Economy 76, 169-217 | |
| TREX 280,023 | | | 1997 | Boyd, J. and D.E. Ingberman, 1997, "The Search for Deep Pockets: Is 'Extended Liability' Expensive Liability?" Journal of Law, Economics and Organization 13: 232-258 | |
| TREX 280,024 | | | 1960 | Coase, R. 1960. "The Problem of Social Cost." Journal of Law and Economics 3, pp. 1-44 | |
| TREX 280,025 | | | 1990 | Dwyer, J.  1990. "The Pathology of Symbolic Legislation." Environmental Law Quarterly 17, pp. 233-316 | |

MDL 2179: ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,026 | | | 1979 | Hölmstrom, B., 1979, "Moral hazard and observability," The Bell Journal of Economics: 74-91. | |
| TREX 280,027 | | | 1982 | Hölmstrom, B., 1982, "Moral hazard in teams," The Bell Journal of Economics: 324-340 | |
| TREX 280,028 | | | 1990 | Jorde, T. M., and D.J. Teece (1990). "Innovation and cooperation: implications for competition and antitrust." *The Journal of Economic Perspectives*, 75-96 | |
| TREX 280,029 | | | January, 2011 | Krupnick, Alan, Sarah Campbell, Mark A. Cohen, and Ian W.H. Parry, "Understanding the Costs and Benefits of Deepwater Oil Drilling Regulation." RFF DP 10-62 (January 2011) | |
| TREX 280,030 | | | 1995 | Laffont, J.J., 1995, "Regulation, Moral Hazard and Insurance of Environmental Risks," Journal of Public Economics 58: 319-336. | |
| TREX 280,032 | | | 1976 | Mirrlees, J.A., 1976, "The optimal structure of incentives and authority within an organization," The Bell Journal of Economics: 105-131. | |
| TREX 280,033 | | | 1995 | Pitchford, R., 1995, "How Liable Should the Lender Be? The Case of Judgment-Proof Firms and Environmental Risks," *American Economic Review* 85, 1171-1186 | |
| TREX 280,034 | | | 1998 | Polinsky M.A. and S. Shavell, 1998, "Punitive damages: An economic analysis," *Harvard Law Review* 111(4), pp. 869-962 | |
| TREX 280,035 | | | 1988 | Polinsky, A. M. and D. L. Rubinfeld. 1988. "The Welfare Implications of Costly Litigation for the Level of Liability." Journal of Legal Studies 17, pp. 151-64 | |
| TREX 280,036 | | | 2014 | Polinsky, M.A., and S. Shavell. 2014. "Costly Litigation and Optimal Damages." *International Review of Law and Economics* 37(1), March 2014, pp. 86-99 | |
| TREX 280,037 | | | 1985 | Posner, R. 1985. "An Economic Theory of the Criminal Law." Columbia Law Review 85(6), pp. 1193-1231. | |
| TREX 280,038 | | | 1990 | Shapiro, C. and R.D. Willig (1990). "On the antitrust treatment of production joint ventures." *The Journal of Economic Perspectives*, 113-130 | |
| TREX 280,039 | | | 1980 | Shavell, S. 1980, "Strict Liability versus Negligence." *Journal of Legal Studies* 9(1), pp. 1-25 | |

MDL 2179:  ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,040 | | | 2010 | Shavell, S.  2010.  "The Corrective Tax versus Liability as Solutions to the Problem of Harmful Externalities." Harvard, John M. Olin Center for Law, Economics and Business Discussion Paper No. 672 | |
| TREX 280,041 | | | 1987 | Shavell, S. 1987. Economic Analysis of Accident Law. Cambridge: Harvard University Press | |
| TREX 280,042 | | | 2011 | Viscusi, W. Kip and Richard J. Zeckhauser. 2011. "Deterring and Compensating Oil-Spill Catastrophes: The Need for Strict and Two-Tier Liability." Vanderbilt Law Review 64(6), pp. 1717-1765. | |
| TREX 280,043 | | | 8/2/1990 | 135 Cong. Rec. S11,545 (daily ed. August 2,1990) | |
| TREX 280,044 | | | | American Petroleum Institute, Energy Works Map for Louisiana, Texas, Alabama, Mississippi | |
| TREX 280,045 | | | | BOEM, *All Company Datafile,* | |
| TREX 280,046 | | | | BOEM, *Field Definitions for Lease Owner* | |
| TREX 280,047 | ANA-MDL3-0019463 | ANA-MDL-0019474 | 2014 | Bureau of Economic Analysis. 2014. RIMS II Multipliers for region Alabama-Louisiana-Mississippi-Texas. | |
| TREX 280,048 | | | 2011 | Ernst &Young, 2011, "Navigating Joint Ventures in the Oil and Gas Industry." | |
| TREX 280,049 | | | 8/11/1989 | Sen. Bill 686, 101st Cong. (1st Sess. 1989) | |
| TREX 280,050 | | | 4/1/2008 | Statement of John Hofmeister, President, Shell Oil Company before the U.S. House of Representatives Select Committee on Energy Independence and Global Warming Tuesday, April 1, 2008 | |
| TREX 280,051 | | | 4/1/2008 | Statement of Peter J. Robertson, Vice Chairman, Chevron Corporation before the U.S. House of Representatives Select Committee on Energy Independence and Global Warming Tuesday, April 1, 2008 | |
| TREX 280,052 | | | 9/7/2004 | U.S. EPA Science Advisory Board, EPA-SAB-ADV-05-003, An Advisory of the Illegal Competitive Advantage (ICA) Economic Benefit (EB) Advisory Panel of the EPA Science Advisory Board (Sep. 7, 2004). | |

MDL 2179:  ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,053 | | | 6/19/2012 | Committee on the Effectiveness of Safety and Environmental Management Systems for Outer Continental Shelf Oil and Gas Operations, Transportation Research Board of the National Academies, *Evaluating the Effectiveness of Offshore Safety and Environmental Management Systems* , Special Report 309, 2012 | |
| TREX 280,054 | | | 2011 | National Academy of Engineering and National Research Council of the National Academies, *Macondo Well - Deepwater Horizon Blowout: Lessons for Improving Offshore Drilling Safety* | |
| TREX 280,055 | | | 1990 | Committee on Alternatives for Inspection of Outer Continental Shelf Operations, National Research Council, *Alternatives for Inspecting Outer Continental Shelf Operations* | |
| TREX 280,056 | | | February, 2014 | Greg Gordillo and Lucas Lopez-Videla, *Managing SEMS Audits: Past, Present, and Future* , Journal of Petroleum Technology | |
| TREX 280,057 | | | 5/9/2013 | Press Release, Bureau of Safety and Environmental Enforcement, *BSEE Announces Final Safety Culture Policy Statement* | |
| TREX 280,058 | | | 4/5/2013 | BSEE, Oil and Gas and Sulphur Operations in the Outer Continental Shelf - Revisions to Safety and Environmental Management Systems (Final rule) | |
| TREX 280,059 | | | 2/28/1994 | Memorandum of Understanding Establishing Jurisdictional Responsibilities for Offshore Facilities | |
| TREX 280,060 | | | 2/28/2008 | MOA between the MMS and the USCG, MMS/USCG MOA OCS-04 | |
| TREX 280,061 | | | 10/28/1983 | MOU between the Environmental Protection Agency and the Department of Interior Concerning the Coordination of NPDES Permit Issuance with the Outer Continental Shelf Oil and Gas Lease Program, | |
| TREX 280,062 | | | Aug-Sept., 1989 | MOA between the US Environmental Protection Agency (EPA), Region 6 and the Gulf of Mexico Regional Office, Minerals Management Service (MMS), Coordinating the EPA NPDES Permit Compliance Program with the MMS Offshore Inspection Program | |
| TREX 280,063 | | | 9/12/2006 | MOA between the MMS and the USCG re Civil Penalties, MMS/USCG MOA OCS-02 | |

MDL 2179:  ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,064 | | | 9/30/2004 | MOA between the MMS and the USCG re Agency Responsibilities, MMS/USCG MOA: OCS-01, | |
| TREX 280,065 | | | 4/3/2012 | MOA between the Bureau of Safety and Environmental Enforcement- US Department of Interior and the US Coast Guard- US Department of Homeland Security, BSEE/USCG MOA: OCS-03 | |
| TREX 280,066 | | | | Bureau of Safety and Environmental Enforcement, *SEMS Fact Sheet* | |
| TREX 280,067 | ANA-MDL3-0019475 | ANA-MDL3-0019491 | | Spills of 50 barrels or more in Gulf of Mexico from 1964 to 2009 | |
| TREX 280,068 | | | | BSEE web-site "Enforcement Tools" | |
| TREX 280,069 | | | | BSEE web-site "Inspection Programs" | |
| TREX 280,070 | | | | BSEE Incidents of Noncompliance, 2007-2014 | |
| TREX 280,071 | | | | BSEE Civil Penalties and Appeals, 2007-2014 | |
| TREX 280,072 | | | | BSEE web-site "Fixed Platform Self-Inspection Program Oversight | |
| TREX 280,073 | US_PP_WAL001446 | US_PP_WAL001472 | 8/16/1999 | Bill Moore and Lanier Yeates, The Birth and Status of the Deepwater Offshore Model Form Operating Agreement, BP Amoco | |
| TREX 280,074 | US_PP_WAL001597 | US_PP_WAL001764 | 2007 | AAPL 810 Model Form Offshore Operating Agreement, 2007 | |
| TREX 280,075 | US_PP_WAL001765 | US_PP_WAL001767 | 2007 | AAPL 810  Model Form Offshore Operating Agreement, 2007, Exhibit K "Health Safety and Environment" | |
| TREX 280,077 | | | 6/27/2013 | OCS Advisory Board, Deepwater JOA Revisions Update: Post Macondo Re-look, OCS 2013 Summer Seminar (June 27, 2013) | |
| TREX 280,078 | US_PP_WAL001833 | US_PP_WAL001835 | 2002 | Robert G. Jeffris and Susan A. Waters, Getting Deepwater Development Right: Strategies for the Non-Operator, OTC 14201 | |
| TREX 280,079 | US_PP_WAL001843 | US_PP_WAL001853 | 2006 | A. Herman et. al., Changing Dynamics in Deepwater Ownership 4, OTC 17783 | |
| TREX 280,080 | | | 2012 | R. Cory Weinbel and Ronaldo Araujo, Fubilee Field FPSO - A Fast Track Delivery Success, OTC 23439 | |
| TREX 280,081 | | | 2012 | Dennis McLaughlin, Jubilee Project Overview, OTC 23430 | |
| TREX 280,082 | | | 11/29/1996 | Norway Petroleum Act: Norway, Act 29 November 1996 No. 72 relating to petroleum activities, last amended by Act 24 June 2011 No. 38 | |
| TREX 280,083 | | | | Norway Framework Regulations: Norway, Regulations Relating to Heath, Safety and the Environment in the Petroleum Activities and at Certain Onshore Facilities | |
| TREX 280,084 | | | | Guidelines regarding the Norway Framework Regulations | |

MDL 2179:  ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,085 | | | 2005 | United Kingdom guide to the Offshore Installations (Safety Case) Regulations 2005 | |
| TREX 280,086 | US_PP_WAL002264 | US_PP_WAL002280 | 2008 | Arun K. Sharma, "Will My Partners Slow Me Down?" The Effect of Partner Ownership and Experience on Deepwater Project Execution Time 10-11, SPE 116077 (2008). | |
| TREX 280,087 | ANA-MDL3-0019492 | ANA-MDL3-0019496 | 9/11/2014 | Email chain between Marie Wagner and Ken Arnold re: Jubilee Summary | |
| TREX 280,088 | US_PP_WAL002336 | US_PP_WAL002348 | 2012 | Graeme Lawrie, The Role of a Non-Operating Partner in contributing to HSE Excellence, SPE 155941 (2012) | |
| TREX 280,089 | US_PP_WAL001809 | US_PP_WAL001815 | 2002 | Robert C. Visser, Joseph D. Williams, and Bob Aquadro, Typhoon Offshore Safe and Clean: Authentic Leadership to Produce an Incident and Injury-Free Environment, OTC 14127 | |
| TREX 280,090 | US_PP_WAL002234 | US_PP_WAL002245 | 2006 | Gardner Walkup and J. Robert Ligon, The Good, the Bad, and the Ugly of the Stage-Gate Project Management Process in the Oil and Gas Industry, SPE 102923 (SPE) | |
| TREX 280,091 | US_PP_WAL002445 | US_PP_WAL002456 | 2014 | Chevron Operational Excellence Audit Group, HES Assessments of Non-Operated Joint Ventures, SPE 168575 (2014) | |
| TREX 280,093 | ANA-MDL3-0004341<br>ANA-MDL3-0004395<br>ANA-MDL3-0004406<br>ANA-MDL3-0004450<br>ANA-MDL3-0004480<br>ANA-MDL3-0004495<br>ANA-MDL3-0004609<br>ANA-MDL3-0004656<br>ANA-MDL3-0004889<br>ANA-MDL3-0011700 | ANA-MDL3-0004344<br>ANA-MDL3-0004399<br>ANA-MDL3-0004410<br>ANA-MDL3-0004455<br>ANA-MDL3-0004484<br>ANA-MDL3-0004543<br>ANA-MDL3-0004649<br>ANA-MDL3-0004661<br>ANA-MDL3-0004940<br>ANA-MDL3-00117004 | | Compilation of invoices from MWCC re oil spill response: 2011-2014 | |
| TREX 280,094 | ANA-MDL3-0011685 | ANA-MDL3-0011689 | | Compilation of invoices from Helix re oil spill response: 2011 | |
| TREX 280,095 | ANA-MDL3-0011693 | ANA-MDL3-0011696 | | Compilation of invoices from MSRC re oil spill response: 2011-2012 | |
| TREX 280,096 | | | 9/26/2014 | Round 3 Report of Professor David L. Sunding | |
| TREX 280,097 | | | 9/12/2014 | Rebuttal Report of Kenneth E. Arnold | |
| TREX 280,098 | | | 9/26/2014 | Round 3 Report of Kenneth E. Arnold | |
| TREX 280,099 | US_PP_WAL002467 | US_PP_WAL002489 | March, 2014 | SPE Technical Report, The Human Factor: Process Safety and Culture | |
| TREX 280,100 | | | 00/00/2012 | 2012 HSE Conference Programme | X |
| TREX 280,101 | | | 11/19/2014 | Errata Sheet - Deposition of Gardner Walkup, October 10, 2014 | X |
| TREX 280,102 | | | 10/10/2014 | Pre-Errata Deposition Transcript - Deposition of Gardner Walkup, October 10, 2014 | X |
| TREX 280,103 | | | 10/10/2014 | Video - Deposition of Gardner Walkup, October 10, 2014 | X |
| TREX 280,104 | ANA-MDL3_0012066 | ANA-MDL3_0012066 | 12/31/2013 | Spreadsheet: Anadarko Petroleum: 2010 - 2013 Capital and EBITDAX | X |

MDL 2179: ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,105 | | | 11/26/2014 | Stipulations and Order Related to the "Any Other Penalty For the Same Incident" Factor Concerning Prior Settlements and Criminal Please in Connection with the Penalty Phase of United States v. BPXP, et al., 10-4536, filed Nov. 26, 2014. | X |
| TREX 280,106 | | | 6/18/2012 | Consent Decree Between the United States and MOEX Offshore 2007 LLC, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Civ. No. 10-4536, filed June 18, 2012. | X |
| TREX 280,107 | US_PP_WAL002183 | US_PP_WAL002187 | 10/9/2005 | Creating Value by Improving the Operator/Nonoperator Partner Relationship (SPE-96983-PP) | X |
| TREX 280,108 | US_PP_WAL002281 | US_PP_WAL002288 | 11/3/2008 | Well Design, Execution & Collaboration: An Operator's Tool for the Planning and Drilling of a Deepwater Gulf of Mexico Well (SPE 117432) | X |
| TREX 280,109 | | | 6/14/1984 | U.S. Department of Justice, Non-Horizontal Merger Guidelines (June 14, 1984). | X |
| TREX 280,110 | | | 12/8/2014 | Bloomberg, Bloomberg Industry Market Leaders, http://www.bloomberg.com/visual-data/industries/ (last visited Dec. 8, 2014). | X |
| TREX 280,111 | | | | Yahoo Finance, Anadarko Petroleum Corporation – Historical Prices, http://finance.yahoo.com/q/hp?s=APC+Historical+Prices (last visited Dec. 12, 2014) | X |
| TREX 280,112 | | | | U.S. Energy Information Administration, Petroleum & Other Liquids – Cushing, OK WTI Spot Price FOB, http://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=RWTC&f=D (last visited Dec. 12, 2014) | X |
| TREX 280,113 | | | 12/1/2014 | U.S. Department of the Interior, Bureau of Ocean Energy Management, Leases and Associated Leases | X |
| TREX 280,114 | | | 12/4/2014 | Bureau of Safety and Environmental Enforcement, Assignments Query Search Results, Gunflint Assignments, http://www.data.bsee.gov/homepg/data_center/leasing/assignments/assignlist.asp (last visited Dec. 4, 2014) | X |

MDL 2179: ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,115 | | | 12/4/2014 | Bureau of Safety and Environmental Enforcement, Lease Area Block Query Search Results, Gunflint Lease Block, http://www.data.bsee.gov/homepg/data_center/leasing/leaseareablock/lablist.asp (last visited Dec. 4, 2014) | X |
| TREX 280,116 | | | 12/4/2014 | Bureau of Safety and Environmental Enforcement, Lease Owner Query Search Results, Gunflint Ownership, http://www.data.bsee.gov/homepg/data_center/leasing/leaseOwner/lownerlist.asp (last visited Dec. 4, 2014) | X |
| TREX 280,117 | | | 12/4/2014 | Noble Energy, Recent Discoveries, Gunflint, http://www.nobleenergyinc.com/exploration/recent-discoveries-130.html (last visited Dec. 4, 2014) | X |
| TREX 280,118 | | | 12/4/2014 | SubSeaIQ, Offshore Field Development Projects, Gunflint (Freedom), http://www.subseaiq.com/data/Project.aspx?project_id=302, (last visited Dec. 4, 2014) | X |
| TREX 280,119 | | | 6/17/2013 | Oil & Gas Journal, Noble Energy Group Confirms Potential at Gunflint | X |
| TREX 280,120 | | | 12/4/2014 | Bureau of Safety and Environmental Enforcement, Lease Area Block Query Search Results, Thunderhawk Lease Block, http://www.data.bsee.gov/homepg/data_center/leasing/leaseareablock/lablist.asp (last visited Dec. 4, 2014) | X |
| TREX 280,121 | | | 12/4/2014 | Bureau of Safety and Environmental Enforcement, Assignments Query Search Results, Thunderhawk Assignments, http://www.data.bsee.gov/homepg/data_center/leasing/assignments/assignlist.asp (last visited Dec. 4, 2014) | X |
| TREX 280,122 | | | 12/4/2014 | Bureau of Safety and Environmental Enforcement, Lease Owner Query Search Results, Thunderhawk Ownership, http://www.data.bsee.gov/homepg/data_center/leasing/leaseOwner/lownerlist.asp (last visited Dec. 4, 2014) | X |
| TREX 280,123 | | | 7/8/2009 | Murphy Oil Corporation News Release, "Murphy Oil Announces First Production at the Thunder Hawk Field in the Gulf of Mexico" | X |

MDL 2179:  ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,124 | | | 12/4/2014 | SubSeaIQ, Offshore Field Development Projects, Thunder Hawk, http://subseaiq.com/data/Project.aspx?project_id=368 (last visited Dec. 9, 2014) | X |
| TREX 280,125 | | | 7/8/2009 | Rigzone, "Murphy Oil Pumps First Oil at Thunder Hawk" | X |
| TREX 280,126 | | | 12/10/2014 | Bureau of Safety and Environmental Enforcement, Deepwater Natural Gas and Oil Qualified Fields, http://data.boem.gov/homepg/data_center/other/tables/deeptbl2.asp (last visited Dec. 10, 2014) | X |
| TREX 280,127 | | | 12/9/2014 | Bureau of Safety and Environmental Enforcement, Serial Register Page, G28030 Serial Register, http://www.data.boem.gov/homepg/data_center/leasing/serialregister/srlist.asp (last visited Dec. 9, 2014) | X |
| TREX 280,128 | | | 12/9/2014 | Bureau of Safety and Environmental Enforcement, Serial Register Page, G24133 Serial Register, http://www.data.boem.gov/homepg/data_center/leasing/serialregister/srlist.asp (last visited Dec. 9, 2014) | X |
| TREX 280,129 | | | 12/10/2014 | Bureau of Safety and Environmental Enforcement, Serial Register Page, G21778 Serial Register, http://www.data.boem.gov/homepg/data_center/leasing/serialregister/srlist.asp (last visited Dec. 10, 2014) | X |
| TREX 280,130 | | | 12/10/2014 | Bureau of Safety and Environmental Enforcement, Serial Register Page, G19409 Serial Register, http://www.data.boem.gov/homepg/data_center/leasing/serialregister/srlist.asp (last visited Dec. 10, 2014) | X |
| TREX 280,131 | | | 12/10/2014 | Bureau of Safety and Environmental Enforcement, Serial Register Page, G20871 Serial Register, http://www.data.boem.gov/homepg/data_center/leasing/serialregister/srlist.asp (last visited Dec. 10, 2014) | X |
| TREX 280,132 | | | 12/10/2014 | Society of Petroleum Engineers, SPE Distinguished Lecturer, http://www.spe.org/dl/ (last visited Dec. 10, 2014) | X |
| TREX 280,133 | | | | SPE Distinguished Lecturer Program -- 1961-2012 | X |
| TREX 280,134 | | | 12/9/2014 | Stipulated Facts Concerning Anadarko's History of Prior Violations, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Civ. No. 10-4536, filed Dec. 9, 2014 | X |

MDL 2179: ANADARKO'S FINAL GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST
(Anadarko reserves the right to designate and use any exhibit identified by any other party.)

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Not on 9/26/2014 List |
|---|---|---|---|---|---|
| TREX 280,135 | | | 2/29/2012 | Stipulated Order Regarding Anadarko Entities, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179, filed Feb. 29, 2012 | X |
| TREX 280,136 | | | 2/4/1988 | Paula Duhaime, the Tobacco Institute, Memorandum re: Tax Economists, February 4, 1988. | X |
| TREX 280,137 | | | 3/24/1987 | Jim Savarese, Tobacco Excise Tax Op-ed Project, March 24, 1987. | X |

76569932.1                                    12 of 12                                    Submitted on 12/12/2014