**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | * | |
| OF MEXICO, ON APRIL 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| | * | HONORABLE CARL J. BARBIER |
| No. 10-4536 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

**ORDER**

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibits  4, "7," 8, "11," 12, 13, 14, 15,  17,  20, 22, 24, 25, 26, 27, 28 and 29 to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act Penalty on Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP (the "Motion"), and the unredacted Memorandum in Support of its Motion, under Seal:

IT IS HEREBY ORDERED, that BPXP's Motion is GRANTED; and it is further ORDERED that Exhibits  4, 7, 8, 11, 12, 13, 14, 15, 17, 20, 22,  24, 25, 26, 27, 28 and 29 to the Motion, and the unredacted Memorandum in Support of its Motion, are filed under seal pending further order of the Court.

New Orleans, Louisiana this 12th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE