UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

<u>ORDER</u>

Upon consideration of the Special Master's Motion and Incorporated Memorandum to substitute Exhibits C and D of the Motion of the Special Master for Return of Payments Made to Jimmy Shoemaker, Jr. ("Shoemaker Motion"):

IT IS HEREBY ORDERED, that the Motion is GRANTED; and it is further

ORDERED that the documents attached to the Motion shall be substituted into the record of these proceedings in place of Exhibits C and D to the Shoemaker Motion.

 New Orleans, Louisiana this 12th day of December, 2014.

_____
United States District Judge