UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### CLEAN WATER ACT – PENALTY PHASE

### WITNESS LIST OF THE UNITED STATES

The United States submits this list Pursuant to Rule 26(a) and the Order [Re: Amended Penalty Phase Schedule] (Rec. Doc. 13428).

Given the ongoing deposition designation process, the United States interprets this to require the disclosure of witnesses whom the parties may call for live testimony at trial. The United States reserves the right to provide such additional testimony by written deposition or deposition video clips, including Rule 30(b)(6) witnesses. The United States reserves its rights to amend or supplement this list, as necessary, if good cause arises.

**Expert Witnesses**:

1. Dr. Diane Austin
2. Dr. Donald Boesch
3. Rear Adm. Walter Cantrell (Ret.)
4. Dr. Richard Clapp
5. Dr. Charles Mason
6. Fredric Quivik
7. Ian Ratner

    8. Dr. Stanley Rice

    9. Capt. Mark VanHaverbeke (Ret.)

    10. Gardner Walkup

**Fact Witnesses**:

    1. Adm. Meredith Austin

    2. Lt. Frank Kulesa

    3. Robyn Conmy

    4. Any witness listed on the witness list of BPXP

    5. Any witness listed on the witness list of Anadarko Petroleum Corp.

Respectfully submitted,

| | |
|---|---|
| JOYCE BRANDA | SAM HIRSCH |
| Acting Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | Senior Level E-Discovery Coordinator |
| Admiralty and Aviation | MICHAEL MCNULTY |
| SHARON SHUTLER | Senior Counsel |
| MALINDA LAWRENCE | NANCY FLICKINGER |
| LAURA MAYBERRY | Senior Attorney |
| Trial Attorneys | PATRICK CASEY |
| R. MICHAEL UNDERHILL, T.A | RICHARD GLADSTEIN |
| Attorney in Charge, West Coast Office | DANIEL S. SMITH |
| | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |

/s/ Sarah D. Himmelhoch_____
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/ Sarah D. Himmelhoch