UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| Civ. No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CLEAN WATER ACT – PENALTY PHASE

### United States Deposition Video Clip Designations for Case-in-Chief

Pursuant to Order [Re: Amended Penalty Phase Schedule] (Rec. Doc. 13428), the United States discloses the following video clips that it may use in its case-in-chief:

1. Laura Folse – June 16, 2014 deposition: 22:4-11, 24:14-20, 25:18-27:24;

2. Richard Morrison – June 20, 2014 deposition: 20:22-21:14, 22:22-25:16, 25:19-26:12;

3. Douglas Suttles - May 19-20, 2011 depositions: 22:23-23:22, 495:17-497:4, 547:9-556:1, 803:1-11; 817:4-21.

4. Steven Bray – July 16, 2014 deposition: 27:7-28:3, 33:7-34:24, 150:15-151:21, 156:23-157:7, 174:18-176:2, 177:23-178:8, 179:25-180:17, 182:1-12, 185:24-186:11, 187:6-187:11, 197:25-198:15, 319:15-320:5.

5. Amd. Thad Allen Deposition: 129:24-131:14.

6. Roger Laferriere: 11:25 to 12:02; 11:25 to 12:02; 14:14 to 15:09; 18:17 to 19:09; 24:23 to 25:23; 50:02 to 50:14; 123:25 to 124:18; 309:19 to 309:21; 309:23-309:23; 349:04 to 349:06; 349:16 to 349:23; 349:25-350:24; 351:10 to 351:11; 355:24 to 356:07; 356:10 to 357:11; 357:13 to 358:04; 359:02 to 359:23; 385:16 to 386:01; 386:03 to 386:16.

7. Robyn Comny: 6:18-6:20; 24:4-24:16; 68:15-68:18; 68:20-69:4; 105:13-106:13; 110:24-110:25; 111:2-111:8; 114:23-116:20; 201:1-204:7; 246:8-15; 249:4-6; 249:8-12; 249:14-251:18; 252:23-254:9; 269:15-270:3; 271:18-272:2; 272:4-273:7; 273:15-274:6; 306:19-24; 307:1-11

Respectfully submitted,

| | |
|---|---|
| JOYCE BRANDA | SAM HIRSCH |
| Acting Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | Senior Level E-Discovery Coordinator |
| Admiralty and Aviation | MICHAEL MCNULTY |
| SHARON SHUTLER | Senior Counsel |
| MALINDA LAWRENCE | NANCY FLICKINGER |
| LAURA MAYBERRY | Senior Attorney |
| Trial Attorneys | PATRICK CASEY |
| R. MICHAEL UNDERHILL, T.A | RICHARD GLADSTEIN |
| Attorney in Charge, West Coast Office | DANIEL S. SMITH |
| | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |

/s/ Sarah D. Himmelhoch_____
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                            /s/ Sarah D. Himmelhoch