UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * | |
| No. 10-4536 | * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

## BPXP's PENALTY PHASE TRIAL WITNESS LIST

Pursuant to the Court's April 21, 2014 Order Regarding Penalty Phase Schedule (Rec. Doc. 10490) and September 22, 2014 Order Regarding Amended Penalty Phase Schedule (Rec. Doc. 13428) the parties are to provide final witness lists on December 12, 2014.

Accordingly, BPXP hereby submits the following Good Faith Penalty Phase "Will Call" and "May Call" Trial Witness Lists.  BPXP reserves its rights to amend or supplement the following lists, as necessary, if good cause arises.  BPXP also reserves the right to call any witness listed on the "Will Call" trial witness list of any other party.

I.      "WILL CALL" LIST

| Witness Name | Fact or Expert |
|---|---|
| Dr. George A. Bonanno | Expert |
| Morris E. Burch | Expert |
| Dr. Robert D. Cox | Expert |
| Dr. Robert Daines | Expert |
| Bruce Den Uyl | Expert |
| Laura Folse | Fact |

| Witness Name | Fact or Expert |
|---|---|
| Capt. James Hanzalik | Fact |
| Richard Morrison | Fact |
| Capt. Frank Paskewich | Expert |
| Mike Robertson | Fact |
| Dr. Loren Scott | Expert |
| Dr. Damian Shea | Expert |
| Dr. Kathleen M. Sutcliffe | Expert |
| Dr. Elliott Taylor | Fact & Expert |
| Dr. John W. ("Wes") Tunnell | Expert |
| Mike Utsler | Fact |

II.     "MAY CALL" LIST

| Witness Name | Fact or Expert |
|---|---|
| Duane Wilson | Fact |

BPXP reserves the right to enter into evidence additional witness testimony in the form of video clips and deposition designations consistent with this Court's Orders regarding the Penalty Phase trial.

Date: December 12, 2014					Respectfully submitted,


							/s/ Don K. Haycraft
							Don K. Haycraft (Bar #14361)
							R. Keith Jarrett (Bar #16984)
							Liskow & Lewis
							701 Poydras Street, Suite 5000
							New Orleans, Louisiana 70139-5099
							Telephone: (504) 581-7979
							Facsimile: (504) 556-4108
							and

							Richard C. Godfrey, P.C.
							J. Andrew Langan, P.C.
							Hariklia Karis, P.C.
							Matthew Regan, P.C.
							Kirkland & Ellis LLP
							300 North LaSalle Street
							Chicago, IL 60654
							Telephone: (312) 862-2000
							Facsimile: (312) 862-2200

							Robert C. "Mike" Brock
							Kirkland & Ellis LLP
							655 15th Street, NW
							Washington, DC 20005
							Telephone: (202) 879-5000
							Facsimile: (202) 879-5200

							***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of December, 2014.

/s/ Don K. Haycraft
Don K. Haycraft
