```
                         UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE: OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON
IN THE GULF OF MEXICO ON
APRIL 20, 2010
                                CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
                                THURSDAY, DECEMBER 4, 2014, 11:00 A.M.
THIS DOCUMENT RELATES TO:

10-4182, 10-4183,
13-2645, 13-2646,
13-2647, 13-2813

****************************************************************


  STATUS CONFERENCE PROCEEDINGS REGARDING ALABAMA DAMAGE CASES
            HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                   UNITED STATES MAGISTRATE JUDGE



APPEARANCES:


FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
                        BY:  COREY L. MAZE, ESQUIRE
                             WINFIELD SINCLAIR, ESQUIRE
                        500 DEXTER AVENUE
                        MONTGOMERY, AL   36130



                        BEASLEY ALLEN CROW METHVIN
                        PORTIS & MILES
                        BY:  RHON E. JONES, ESQUIRE
                             J. PARKER MILLER, ESQUIRE
                             JENNIFER E. DAY, ESQUIRE
                             RICHARD D. STRATTON, ESQUIRE
                        POST OFFICE BOX 4160
                        MONTGOMERY, AL   36013
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 4    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 5    BP CORPORATION NORTH
      AMERICA INC.,
 6    BP EXPLORATION &
      PRODUCTION INC.,
 7    BP HOLDINGS NORTH
      AMERICA LIMITED,
 8    BP PRODUCTS NORTH
      AMERICA INC.:           KIRKLAND & ELLIS
 9                            BY:  J. ANDREW LANGAN, ESQUIRE
                                   PAUL D. COLLIER, ESQUIRE
10                            300 N. LASALLE
                              CHICAGO, IL 60654
11

12
                              COVINGTON & BURLING
13                            BY:  MAUREEN F. BROWNE, ESQUIRE
                              1201 PENNSYLVANIA AVENUE, NW
14                            WASHINGTON, DC  20004

15

16    FOR HALLIBURTON
      ENERGY SERVICES,
17    INC.:                   GODWIN LEWIS
                              BY:  JENNY L. MARTINEZ, ESQUIRE
18                                 BRUCE W. BOWMAN, JR., ESQUIRE
                                   CAROLYN R. RAINES, ESQUIRE
19                            RENAISSANCE TOWER
                              1201 ELM STREET, SUITE 1700
20                            DALLAS, TX  75270

21

22                            GODWIN LEWIS
                              BY:  R. ALAN YORK, ESQUIRE
23                            1331 LAMAR, SUITE 1665
                              HOUSTON, TX  77010
24

25


                              **OFFICIAL TRANSCRIPT**
```

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR ANADARKO
      PETROLEUM CORPORATION,
 4    ANADARKO E&P
      COMPANY LP:              BINGHAM MCCUTCHEN
 5                             BY:  KY E. KIRBY, ESQUIRE
                                    DOUGLAS A. HASTINGS, ESQUIRE
 6                             2020 K STREET, NW
                               WASHINGTON, DC   20006
 7

 8
      OFFICIAL COURT REPORTER: CATHY PEPPER, CRR, RMR, CCR
 9                             CERTIFIED REALTIME REPORTER
                               REGISTERED MERIT REPORTER
10                             500 POYDRAS STREET, ROOM HB406
                               NEW ORLEANS, LA   70130
11                             (504) 589-7779
                               Cathy_Pepper@laed.uscourts.gov
12

13    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
      PRODUCED BY COMPUTER.
14

15

16

17

18

19

20

21

22

23

24

25

                              OFFICIAL TRANSCRIPT
```

1                              **I N D E X**

2

3   ITEMS                                                          PAGE

4

5   RESOLUTION OF THE ISSUES SURROUNDING ALABAMA'S

6   SAMPLE PRODUCTION....................................     5

7   THE ISSUE OF THE PROPOSED ORDER ON CONFIDENTIAL

8   INFORMATION.........................................      8

9   STATE TAX AND REVENUE DATABASE......................      9

10  THE ISSUE OF DECLARATIONS FOR ANADARKO AND HESI IN

11  LIEU OF 30(B)(6) TOPICS.............................     10

12  ISSUES WITH THIRD-PARTY DISCOVERY; SPECIFICALLY, BP

13  WAS LOOKING FOR DISCOVERY FROM ALABAMA MOUNTAIN LAKE

14  TOURIST ASSOCIATION, UNIVERSITY OF ALABAMA, AND

15  GULF COAST CONVENTION VISITORS BUREAU...............     11

16  THIRD-PARTY SUBPOENA ISSUES.........................     11

17  CONCERNS AND QUESTIONS WITH RESPECT TO THE PRIVILEGE

18  LOG.................................................     12

19  NEXT SCHEDULED CONFERENCE IS ON DECEMBER 18TH AT

20  11:00 A.M...........................................     12

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 10:53:29  2 | THURSDAY, DECEMBER 4, 2014 |
| 10:53:29  3 | M O R N I N G   S E S S I O N |
| 10:53:29  4 | (VIA TELEPHONE) |
| 10:58:52  5 | |
| 10:58:52  6 | |
| 10:59:59  7 | THE COURT:  Good morning, everybody. |
| 11:00:02  8 | VOICES:  Good morning, Judge. |
| 11:00:03  9 | THE COURT:  Okay.  So let's remember that when you |
| 11:00:06 10 | speak, to please identify yourself.  Cathy Pepper is not yet |
| 11:00:11 11 | used to all the voices.  I guess by the time we get to trial, |
| 11:00:15 12 | you will not have to do that. |
| 11:00:17 13 | In any event, let's get rolling.  Let's talk |
| 11:00:23 14 | about the resolution of the issues surrounding Alabama's sample |
| 11:00:30 15 | production. |
| 11:00:35 16 | MR. MILLER:  Good morning, Your Honor.  Parker Miller |
| 11:00:37 17 | for the State of Alabama.  A few things to update on the test |
| 11:00:40 18 | production.  On November 21st, the State produced its test |
| 11:00:45 19 | production to BP.  On December 3rd, at 4:56, yesterday, we |
| 11:00:51 20 | received some comments from BP regarding concerns that they had |
| 11:00:55 21 | with the production.  We, just having received those comments, |
| 11:01:02 22 | are digesting them. |
| 11:01:04 23 | On an initial review, we believe these concerns |
| 11:01:06 24 | are not significant, but obviously we're willing to work with |
| 11:01:10 25 | BP and resolve whatever issues are there, and we look forward |

```
11:01:14   1   to doing that.  So that continues but it's our understanding
11:01:20   2   that those productions were able to be loaded and reviewed, and
11:01:25   3   most of the issues that BP is raising are confined to metadata
11:01:32   4   preferences, and there is also an issue they raised regarding
11:01:37   5   attachments to e-mails.  So....
11:01:41   6             THE COURT:  Good.  Okay.  Thank you, Parker.
11:01:45   7             Paul, do you want to comment on that?
11:01:48   8             MR. COLLIER:  Yes, if I may, Your Honor.  First of all,
11:01:50   9   good morning.
11:01:51  10             THE COURT:  Thank you.  Good morning.
11:01:55  11             MR. COLLIER:  So just a fine tuning of what Parker just
11:01:59  12   represented.
11:01:59  13             First of all, with respect to chronology, Parker
11:02:02  14   is correct, we did receive the sample production or at least
11:02:05  15   the first sample production on November 21st; however, as you
11:02:09  16   may recall from the last hearing that we had before you, we did
11:02:12  17   have some load file issues with respect to that original sample
11:02:15  18   production, and so we did go back to Alabama and identify those
11:02:19  19   and that there was a second production that was made of the
11:02:21  20   sample production.
11:02:22  21             We received that second sample production the
11:02:25  22   Monday before the holiday, and there were some continuing load
11:02:32  23   file issues that actually slowed the process with respect to
11:02:34  24   our E-discovery vendor being able to load that sample
11:02:38  25   production, so that slowed down our ability to conduct a review
```

**OFFICIAL TRANSCRIPT**

```
11:02:41  1    of the metadata.
11:02:44  2              We have pointed out those load file issues,
11:02:48  3    Your Honor, to Alabama, and we're hopeful that those are issues
11:02:50  4    that will be addressed, as far as the load files are concerned,
11:02:54  5    with respect to the full reproduction when that is made.  As
11:02:59  6    Parker identified, those are issues that we provided to them,
11:03:02  7    as far as the load file is concerned, last night in a letter
11:03:04  8    that we sent to them.
11:03:05  9              Once we were able to do the review of the sample
11:03:08 10    production which really started this Monday, given the issues
11:03:14 11    of the load file but then also given the holiday weekend, we
11:03:20 12    were able to identify some continuing issues of the metadata.
11:03:24 13    One of the issues, which was an issue that we had identified
11:03:26 14    with respect to Alabama's original production, is that with
11:03:31 15    respect to e-mails that we understand have attachments, there
11:03:35 16    is not metadata identifying the attachment that should be
11:03:39 17    associated with that e-mail.
11:03:41 18              There are about 2500 documents total in Alabama's
11:03:45 19    sample production, 1100 of which were e-mails.  Of those we
11:03:50 20    understand about 300 of them should have had attachments or at
11:03:53 21    least we believe should have attachments.  For those 300,
11:03:57 22    though, there is no metadata that would allow us to be able to
11:04:02 23    identify the associated documents.  That, to us, is a serious
11:04:08 24    concern, and as Parker identified, we did send them a letter
11:04:11 25    identifying that particular issue last night.
```

**OFFICIAL TRANSCRIPT**

11:04:13 1          There are some other metadata issues as well, but
11:04:16 2 those probably have less significance, but that is the primary
11:04:20 3 one. As Parker identified, we are happy to work with Alabama
11:04:23 4 and get those issues resolved, but as it stands right now, we
11:04:27 5 don't have comfort yet with respect to Alabama's sample
11:04:32 6 production to say that all of the issues have been addressed
11:04:34 7 such that we could say that we would be in a position to
11:04:37 8 conduct a meaningful and effective review of Alabama's full
11:04:41 9 reproduction whenever they make them.
11:04:43 10          THE COURT: Okay. So you all will go ahead and
11:04:44 11 continue to discuss resolution of those issues, and hopefully
11:04:51 12 when we next speak that will be resolved, right?
11:04:56 13          MR. COLLIER: That's correct, Your Honor.
11:04:57 14          THE COURT: All right. We had the issue of the
11:05:00 15 proposed order on confidential information. Any update on
11:05:06 16 that?
11:05:08 17          MR. MAZE: This is Corey Maze, State of Alabama.
11:05:12 18 Your Honor, there are two sticking points that are just small
11:05:16 19 disagreements between the parties. My proposal is Alabama
11:05:19 20 submits a proposed order to you with a three-page brief on
11:05:23 21 those two issues next Tuesday. The defendants respond with
11:05:27 22 their own proposed order on next Friday with a three-page
11:05:31 23 brief. I think that will resolve it.
11:05:34 24          THE COURT: Well, let me ask you this: Are we close
11:05:36 25 enough that you could submit your proposed order and BP could

**OFFICIAL TRANSCRIPT**

```
11:05:41  1    redline it?
11:05:44  2             MR. MAZE:  You're asking without us explaining why we
11:05:46  3    have a difference?
11:05:50  4             THE COURT:  No, no.  Rather than competing orders,
11:05:52  5    which really --
11:05:53  6             MR. MAZE:  Absolutely.  No, absolutely.  They are that
11:05:56  7    close.  I mean, it really is two provisions.
11:06:01  8             MR. COLLIER:  This is Paul Collier.  We agree with
11:06:04  9    that.
11:06:05 10             THE COURT:  I really would prefer that.  I don't like
11:06:06 11    looking at competing versions and trying to figure it out.
11:06:11 12    Also, it seems to me two pages double spaced should be more
11:06:14 13    than enough.
11:06:17 14             MR. MAZE:  That's fair, Your Honor.
11:06:21 15             THE COURT:  Okay.
11:06:21 16             MR. COLLIER:  This is Paul Collier.  We agree with
11:06:25 17    that.  That would be more than sufficient.
11:06:27 18             THE COURT:  Try to take one page.
11:06:28 19                 Okay.  Next up, we had made some serious progress
11:06:32 20    on the state tax and revenue database.  Who wants to update
11:06:37 21    that?
11:06:39 22             MR. MILLER:  Judge, this is Parker Miller again.  We
11:06:42 23    have made progress in querying that information.  I
11:06:45 24    communicated to BP yesterday that some of the fields that they
11:06:49 25    supported that have been queried, we're having difficulties
```

**OFFICIAL TRANSCRIPT**

```
11:06:52  1   with that because the RITS database is a relational database,
11:06:57  2   and in order for fields to be sorted against other fields that
11:07:01  3   relate to them, there has to be a sufficient connection between
11:07:03  4   those two fields.  So we're trying to resolve that issue so we
11:07:08  5   can get the information in the form that BP wants it.  I think
11:07:13  6   we've made a lot of progress there, and I'm hoping that we can
11:07:17  7   have it resolved very shortly.
11:07:19  8             THE COURT:  Good.  Okay.
11:07:20  9             Now, let's see.  We next have up the issue of
11:07:29 10   declarations for Anadarko and HESI in lieu of 30(b)(6) topics.
11:07:37 11   How do we stand on that?
11:07:40 12             MR. MAZE:  This is Corey Maze.  Oh, I'm sorry.
11:07:43 13             MR. YORK:  I was just going to say this is Alan York,
11:07:47 14   Judge Shushan, and we had a conversation with Corey and with
11:07:51 15   Anadarko representatives, I believe, a couple of weeks ago, and
11:07:57 16   Alabama has some specific comments on Anadarko.
11:08:01 17             We're in the process of drafting one, a proposed
11:08:05 18   declaration for Corey to review.  Unfortunately our client
11:08:08 19   representative has been traveling internationally for the last
11:08:11 20   several days, and with the holidays we just haven't gotten that
11:08:14 21   brought in for a landing yet, but hopefully we'll have that to
11:08:20 22   Alabama for review in the next week or so.
11:08:23 23             THE COURT:  Okay.  Good.  What about with Anadarko?
11:08:27 24             MR. HASTINGS:  Yeah, Your Honor.  This is Doug Hastings
11:08:29 25   with Anadarko.  We have submitted a draft to Corey and everyone
```

```
11:08:33   1   and also provided them a couple documents.  We're kind of just
11:08:38   2   waiting.  They had mentioned a couple concerns, and we were
11:08:40   3   seeing if those documents would resolve those concerns for
11:08:43   4   them.
11:08:44   5             THE COURT:  Okay.  Corey, do you want to comment?
11:08:47   6             MR. MAZE:  No, I agree with both of those updates.  The
11:08:50   7   ball is in our court with regard to Anadarko and we're awaiting
11:08:55   8   Halliburton's.
11:08:56   9             THE COURT:  Good.  Thank you.
11:08:57  10             Let's talk about issues with third-party
11:08:59  11   discovery; specifically, BP was looking for discovery from
11:09:06  12   Alabama Mountain Lake Tourist Association, University of
11:09:10  13   Alabama, and Gulf Coast Convention Visitors Bureau.
11:09:15  14             MR. COLLIER:  Your Honor, again, this is Paul Collier.
11:09:17  15   I can give a quick update on those.
11:09:19  16             Really, for all three of them right now we're
11:09:21  17   still working with those entities as far as document issues.
11:09:25  18   The depositions that were -- sought have been postponed pending
11:09:31  19   resolution of those document issues, but there is no current
11:09:35  20   depositions scheduled for any of them.  As we mentioned last
11:09:38  21   time, we'll continue to keep the parties informed as things
11:09:42  22   develop.
11:09:42  23             THE COURT:  Okay. Any other third-party subpoena
11:09:44  24   issues that we need to discuss?
11:09:48  25             All right.  Okay.  Let's talk about what else you
```

**OFFICIAL TRANSCRIPT**

```
11:09:53   1    all want to talk about, if anything.
11:10:02   2            MR. COLLIER:  Your Honor, for BP this is Paul Collier.
11:10:05   3    I don't think there is anything else for right now.  We have
11:10:06   4    identified to Alabama that we have some concerns and questions
11:10:09   5    with respect to the privilege log that they produced to us
11:10:12   6    earlier, but given that Alabama has represented to us that
11:10:16   7    there will be a new privileged log that will be provided to us
11:10:19   8    with their reproduction, we're kind of reserving those issues,
11:10:23   9    and we'll address them at that point in time.
11:10:25  10            THE COURT:  All right.
11:10:25  11            MR. MAZE:  This is Corey Maze, State of Alabama.  As
11:10:28  12    we've informed BP, because that entire production has been
11:10:31  13    removed, we see no reason to go over issues with a privileged
11:10:37  14    log for withdrawn documents.  So unless the Court orders
11:10:42  15    otherwise, we see no reason to even address a withdrawn
11:10:45  16    production.
11:10:45  17            THE COURT:  No, Corey, I think we've all agreed to
11:10:48  18    that.  I guess the only point being that if there were some
11:10:51  19    systemic issues that BP had raised, that when you do your new
11:10:58  20    privilege logs, you might just keep that in mind.  But I
11:11:01  21    totally agree that we're not going backward.
11:11:05  22            MR. MAZE:  Understood. We will use that as a reference
11:11:08  23    for the future production.
11:11:09  24            THE COURT:  Perfect. Okay.  We are next scheduled to
11:11:12  25    talk on December 18th at 11:00 a.m.  I hope you all accomplish
```

**OFFICIAL TRANSCRIPT**

```
11:11:19   1    a lot between now and then.
11:11:24   2             MR. COLLIER:  Thank you, Your Honor.
11:11:25   3             THE COURT:  Have a good day.
11:11:26   4             MR. MAZE:  Thank you.
           5             (WHEREUPON, at 11:11 a.m., the proceedings were
           6    concluded.)
           7                            *   *   *
           8
           9                      REPORTER'S CERTIFICATE
          10
          11        I, Cathy Pepper, Certified Realtime Reporter, Registered
          12    Merit Reporter, Certified Court Reporter in and for the State
          13    of Louisiana, Official Court Reporter for the United States
          14    District Court, Eastern District of Louisiana, do hereby
          15    certify that the foregoing is a true and correct transcript to
          16    the best of my ability and understanding from the record of the
          17    proceedings in the above-entitled and numbered matter.
          18
          19
          20                              s/Cathy Pepper
          21                              Cathy Pepper, CRR, RMR, CCR
                                          Certified Realtime Reporter
          22                              Registered Merit Reporter
                                          Official Court Reporter
          23                              United States District Court
                                          Cathy_Pepper@laed.uscourts.gov
          24
          25

                              OFFICIAL TRANSCRIPT
```

## 1

**10** [1] - 4:11
**10-4182** [1] - 1:9
**10-4183** [1] - 1:9
**10-MD-2179** [1] - 1:6
**11** [2] - 4:15, 4:16
**1100** [1] - 7:19
**11:00** [3] - 1:7, 4:20, 12:25
**11:11** [1] - 13:5
**12** [2] - 4:18, 4:20
**1201** [2] - 2:13, 2:19
**13-2645** [1] - 1:10
**13-2646** [1] - 1:10
**13-2647** [1] - 1:10
**13-2813** [1] - 1:10
**1331** [1] - 2:23
**1665** [1] - 2:23
**1700** [1] - 2:19
**18TH** [1] - 4:19
**18th** [1] - 12:25

## 2

**20** [1] - 1:5
**20004** [1] - 2:14
**20006** [1] - 3:6
**2010** [1] - 1:5
**2014** [2] - 1:7, 5:2
**2020** [1] - 3:6
**21st** [2] - 5:18, 6:15
**2500** [1] - 7:18

## 3

**30(b)(6)** [1] - 10:10
**30(B)(6)** [1] - 4:11
**300** [3] - 2:10, 7:20, 7:21
**36013** [1] - 1:25
**36130** [1] - 1:20
**3rd** [1] - 5:19

## 4

**4** [2] - 1:7, 5:2
**4160** [1] - 1:25
**4:56** [1] - 5:19

## 5

**5** [1] - 4:6
**500** [2] - 1:19, 3:10
**504** [1] - 3:11
**589-7779** [1] - 3:11

## 6

**60654** [1] - 2:10

## 7

**70130** [1] - 3:10
**75270** [1] - 2:20
**77010** [1] - 2:23

## 8

**8** [1] - 4:8

## 9

**9** [1] - 4:9

## A

**A.M** [1] - 1:7
**a.m** [2] - 12:25, 13:5
**A.M.............................
..............** [1] - 4:20
**ability** [2] - 6:25, 13:16
**able** [5] - 6:2, 6:24, 7:9, 7:12, 7:22
**above-entitled** [1] - 13:17
**absolutely** [2] - 9:6
**accomplish** [1] - 12:25
**ACTION** [1] - 1:6
**address** [2] - 12:9, 12:15
**addressed** [2] - 7:4, 8:6
**ago** [1] - 10:15
**agree** [4] - 9:8, 9:16, 11:6, 12:21
**agreed** [1] - 12:17
**ahead** [1] - 8:10
**AL** [2] - 1:20, 1:25
**Alabama** [13] - 5:17, 6:18, 7:3, 8:3, 8:17, 8:19, 10:16, 10:22, 11:12, 11:13, 12:4, 12:6, 12:11
**ALABAMA** [4] - 1:13, 1:18, 4:13, 4:14
**ALABAMA'S** [1] - 4:5
**Alabama's** [5] - 5:14, 7:14, 7:18, 8:5, 8:8
**ALAN** [1] - 2:22
**Alan** [1] - 10:13
**ALLEN** [1] - 1:22
**allow** [1] - 7:22
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**ANADARKO** [3] - 3:3, 3:4, 4:10
**Anadarko** [6] - 10:10, 10:15, 10:16, 10:23, 10:25, 11:7
**AND** [4] - 4:9, 4:10, 4:14, 4:17
**ANDREW** [1] - 2:9
**APPEARANCES** [3] - 1:16, 2:1, 3:1
**APRIL** [1] - 1:5
**associated** [2] - 7:17, 7:23
**Association** [1] - 11:12
**ASSOCIATION** [1] - 4:14
**AT** [1] - 4:19
**attachment** [1] - 7:16
**attachments** [4] - 6:5, 7:15, 7:20, 7:21
**ATTORNEY** [1] - 1:18
**AVENUE** [2] - 1:19, 2:13
**awaiting** [1] - 11:7

## B

**backward** [1] - 12:21
**ball** [1] - 11:7
**BEASLEY** [1] - 1:22
**BEFORE** [1] - 1:13
**best** [1] - 13:16
**between** [3] - 8:19, 10:3, 13:1
**BINGHAM** [1] - 3:4
**BOWMAN** [1] - 2:18
**BOX** [1] - 1:25
**BP** [19] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 4:12, 5:19, 5:20, 5:25, 6:3, 8:25, 9:24, 10:5, 11:11, 12:2, 12:12, 12:19
**brief** [2] - 8:20, 8:23
**brought** [1] - 10:21
**BROWNE** [1] - 2:13
**BRUCE** [1] - 2:18
**Bureau** [1] - 11:13
**BUREAU...............** [1] - 4:15
**BURLING** [1] - 2:12
**BY** [10] - 1:4, 1:18, 1:23, 2:9, 2:13, 2:17, 2:22, 3:5, 3:13, 3:13

## C

**CAROLYN** [1] - 2:18
**CASES** [1] - 1:13
**CATHY** [1] - 3:8
**Cathy** [3] - 5:10, 13:11, 13:21
**Cathy_Pepper@laed .uscourts.gov** [1] - 13:23
**cathy_Pepper@laed. uscourts.gov** [1] - 3:11
**CCR** [2] - 3:8, 13:21
**CERTIFICATE** [1] - 13:9
**CERTIFIED** [1] - 3:9
**Certified** [3] - 13:11, 13:12, 13:21
**certify** [1] - 13:15
**CHICAGO** [1] - 2:10
**chronology** [1] - 6:13
**CIVIL** [1] - 1:6
**client** [1] - 10:18
**close** [2] - 8:24, 9:7
**COAST** [1] - 4:15
**Coast** [1] - 11:13
**COLLIER** [9] - 2:9, 6:8, 6:11, 8:13, 9:8, 9:16, 11:14, 12:2, 13:2
**Collier** [4] - 9:8, 9:16, 11:14, 12:2
**comfort** [1] - 8:5
**comment** [2] - 6:7, 11:5
**comments** [3] - 5:20, 5:21, 10:16
**communicated** [1] - 9:24
**COMPANY** [3] - 2:4, 3:4
**competing** [2] - 9:4, 9:11
**COMPUTER** [1] - 3:13
**concern** [1] - 7:24
**concerned** [2] - 7:4, 7:7
**CONCERNS** [1] - 4:17
**concerns** [5] - 5:20, 5:23, 11:3, 11:4, 12:4
**concluded** [1] - 13:6
**conduct** [2] - 6:25, 8:8
**CONFERENCE** [2] - 1:13, 4:19
**confidential** [1] - 8:15
**CONFIDENTIAL** [1] - 4:7
**confined** [1] - 6:3
**connection** [1] - 10:3
**continue** [2] - 8:11, 11:21
**CONTINUED** [2] - 2:1, 3:1
**continues** [1] - 6:1
**continuing** [2] - 6:22, 7:12
**CONVENTION** [1] - 4:15
**Convention** [1] - 11:13
**conversation** [1] - 10:14
**Corey** [8] - 8:17, 10:12, 10:14, 10:18, 11:1, 11:5, 12:11, 12:17
**COREY** [1] - 1:18
**CORPORATION** [2] - 2:5, 3:3
**correct** [3] - 6:14, 8:13, 13:15
**couple** [3] - 10:15, 11:1, 11:2
**COURT** [22] - 1:1, 3:8, 5:7, 5:9, 6:6, 6:10, 8:10, 8:14, 8:24, 9:4, 9:10, 9:15, 9:18, 10:8, 10:23, 11:5, 11:9, 11:23, 12:10, 12:17, 12:24, 13:3
**court** [1] - 11:7
**Court** [6] - 12:14, 13:12, 13:13, 13:14, 13:22, 13:23
**COVINGTON** [1] - 2:12
**CROW** [1] - 1:22
**CRR** [2] - 3:8, 13:21
**current** [1] - 11:19

## D

**DALLAS** [1] - 2:20
**DAMAGE** [1] - 1:13
**database** [3] - 9:20, 10:1
**DATABASE................ ......** [1] - 4:9
**DAY** [1] - 1:24
**days** [1] - 10:20
**DC** [2] - 2:14, 3:6
**DECEMBER** [3] - 1:7, 4:19, 5:2
**December** [2] - 5:19, 12:25
**declaration** [1] - 10:18

| | | | | |
|---|---|---|---|---|
| **DECLARATIONS** [1] - 4:10<br>**declarations** [1] - 10:10<br>**DEEPWATER** [1] - 1:4<br>**defendants** [1] - 8:21<br>**depositions** [2] - 11:18, 11:20<br>**develop** [1] - 11:22<br>**DEXTER** [1] - 1:19<br>**difference** [1] - 9:3<br>**difficulties** [1] - 9:25<br>**digesting** [1] - 5:22<br>**disagreements** [1] - 8:19<br>**DISCOVERY** [2] - 4:12, 4:13<br>**discovery** [3] - 6:24, 11:11<br>**discuss** [2] - 8:11, 11:24<br>**DISTRICT** [2] - 1:1, 1:1<br>**District** [3] - 13:14, 13:23<br>**document** [2] - 11:17, 11:19<br>**DOCUMENT** [1] - 1:8<br>**documents** [5] - 7:18, 7:23, 11:1, 11:3, 12:14<br>**double** [1] - 9:12<br>**Doug** [1] - 10:25<br>**DOUGLAS** [1] - 3:5<br>**down** [1] - 6:25<br>**draft** [1] - 10:25<br>**drafting** [1] - 10:17<br>**E**<br>**E&P** [1] - 3:4<br>**E-discovery** [1] - 6:24<br>**e-mail** [1] - 7:17<br>**e-mails** [3] - 6:5, 7:15, 7:19<br>**EASTERN** [1] - 1:1<br>**Eastern** [1] - 13:14<br>**effective** [1] - 8:8<br>**ELLIS** [1] - 2:8<br>**ELM** [1] - 2:19<br>**ENERGY** [1] - 2:16<br>**entire** [1] - 12:12<br>**entities** [1] - 11:17<br>**entitled** [1] - 13:17<br>**ESQUIRE** [15] - 1:18, 1:19, 1:23, 1:23, 1:24, 1:24, 2:9, 2:9, 2:13, 2:17, 2:18, 2:18, 2:22, 3:5, 3:5 | **event** [1] - 5:13<br>**explaining** [1] - 9:2<br>**EXPLORATION** [1] - 2:6<br>**F**<br>**fair** [1] - 9:14<br>**far** [3] - 7:4, 7:7, 11:17<br>**few** [1] - 5:17<br>**fields** [4] - 9:24, 10:2, 10:4<br>**figure** [1] - 9:11<br>**file** [5] - 6:17, 6:23, 7:2, 7:7, 7:11<br>**files** [1] - 7:4<br>**fine** [1] - 6:11<br>**first** [3] - 6:8, 6:13, 6:15<br>**FOR** [6] - 1:18, 2:3, 2:16, 3:3, 4:10, 4:13<br>**foregoing** [1] - 13:15<br>**form** [1] - 10:5<br>**forward** [1] - 5:25<br>**Friday** [1] - 8:22<br>**FROM** [1] - 4:13<br>**full** [2] - 7:5, 8:8<br>**future** [1] - 12:23<br>**G**<br>**GENERAL'S** [1] - 1:18<br>**given** [3] - 7:10, 7:11, 12:6<br>**GODWIN** [2] - 2:17, 2:22<br>**guess** [2] - 5:11, 12:18<br>**Gulf** [1] - 11:13<br>**GULF** [2] - 1:5, 4:15<br>**H**<br>**HALLIBURTON** [1] - 2:16<br>**Halliburton's** [1] - 11:8<br>**happy** [1] - 8:3<br>**HASTINGS** [2] - 3:5, 10:24<br>**Hastings** [1] - 10:25<br>**HB406** [1] - 3:10<br>**HEARD** [1] - 1:13<br>**hearing** [1] - 6:16<br>**hereby** [1] - 13:14<br>**HESI** [2] - 4:10, 10:10<br>**HOLDINGS** [1] - 2:7<br>**holiday** [2] - 6:22, 7:11<br>**holidays** [1] - 10:20 | **Honor** [10] - 5:16, 6:8, 7:3, 8:13, 8:18, 9:14, 10:24, 11:14, 12:2, 13:2<br>**HONORABLE** [1] - 1:13<br>**hope** [1] - 12:25<br>**hopeful** [1] - 7:3<br>**hopefully** [2] - 8:11, 10:21<br>**hoping** [1] - 10:6<br>**HORIZON** [1] - 1:4<br>**HOUSTON** [1] - 2:23<br>**I**<br>**identified** [5] - 7:6, 7:13, 7:24, 8:3, 12:4<br>**identify** [4] - 5:10, 6:18, 7:12, 7:23<br>**identifying** [2] - 7:16, 7:25<br>**IL** [1] - 2:10<br>**IN** [3] - 1:4, 1:5, 4:10<br>**INC** [6] - 2:3, 2:4, 2:5, 2:6, 2:8, 2:17<br>**information** [3] - 8:15, 9:23, 10:5<br>**INFORMATION**.......................... [1] - 4:8<br>**informed** [2] - 11:21, 12:12<br>**initial** [1] - 5:23<br>**INTERESTS** [1] - 1:18<br>**internationally** [1] - 10:19<br>**IS** [1] - 4:19<br>**issue** [6] - 6:4, 7:13, 7:25, 8:14, 10:4, 10:9<br>**ISSUE** [2] - 4:7, 4:10<br>**issues** [23] - 5:14, 5:25, 6:3, 6:17, 6:23, 7:2, 7:3, 7:6, 7:10, 7:12, 7:13, 8:1, 8:4, 8:6, 8:11, 8:21, 11:10, 11:17, 11:19, 11:24, 12:8, 12:13, 12:19<br>**ISSUES** [2] - 4:5, 4:12<br>**ISSUES**...................... ... [1] - 4:16<br>**ITEMS** [1] - 4:3<br>**J**<br>**JENNIFER** [1] - 1:24 | **JENNY** [1] - 2:17<br>**JONES** [1] - 1:23<br>**JR** [1] - 2:18<br>**Judge** [3] - 5:8, 9:22, 10:14<br>**JUDGE** [1] - 1:14<br>**K**<br>**keep** [2] - 11:21, 12:20<br>**kind** [2] - 11:2, 12:8<br>**KIRBY** [1] - 3:5<br>**KIRKLAND** [1] - 2:8<br>**KY** [1] - 3:5<br>**L**<br>**LA** [1] - 3:10<br>**Lake** [1] - 11:12<br>**LAKE** [1] - 4:13<br>**LAMAR** [1] - 2:23<br>**landing** [1] - 10:21<br>**LANGAN** [1] - 2:9<br>**LASALLE** [1] - 2:10<br>**last** [5] - 6:16, 7:7, 7:25, 10:19, 11:20<br>**least** [2] - 6:14, 7:21<br>**less** [1] - 8:2<br>**letter** [2] - 7:7, 7:24<br>**LEWIS** [2] - 2:17, 2:22<br>**LIEU** [1] - 4:11<br>**lieu** [1] - 10:10<br>**LIMITED** [1] - 2:7<br>**load** [7] - 6:17, 6:22, 6:24, 7:2, 7:4, 7:7, 7:11<br>**loaded** [1] - 6:2<br>**log** [3] - 12:5, 12:7, 12:14<br>**LOG**........................... ....................... [1] - 4:18<br>**logs** [1] - 12:20<br>**look** [1] - 5:25<br>**looking** [2] - 9:11, 11:11<br>**LOOKING** [1] - 4:13<br>**LOUISIANA** [2] - 1:1, 1:7<br>**Louisiana** [2] - 13:13, 13:14<br>**LP** [1] - 3:4<br>**M**<br>**MAGISTRATE** [1] - 1:14<br>**mail** [1] - 7:17 | **mails** [3] - 6:5, 7:15, 7:19<br>**MARTINEZ** [1] - 2:17<br>**matter** [1] - 13:17<br>**MAUREEN** [1] - 2:13<br>**Maze** [3] - 8:17, 10:12, 12:11<br>**MAZE** [10] - 1:18, 8:17, 9:2, 9:6, 9:14, 10:12, 11:6, 12:11, 12:22, 13:4<br>**MCCUTCHEN** [1] - 3:4<br>**mean** [1] - 9:7<br>**meaningful** [1] - 8:8<br>**MECHANICAL** [1] - 3:13<br>**mentioned** [2] - 11:2, 11:20<br>**MERIT** [1] - 3:9<br>**Merit** [2] - 13:12, 13:22<br>**metadata** [6] - 6:3, 7:1, 7:12, 7:16, 7:22, 8:1<br>**METHVIN** [1] - 1:22<br>**MEXICO** [1] - 1:5<br>**might** [1] - 12:20<br>**MILES** [1] - 1:22<br>**Miller** [2] - 5:16, 9:22<br>**MILLER** [3] - 1:23, 5:16, 9:22<br>**mind** [1] - 12:20<br>**Monday** [2] - 6:22, 7:10<br>**MONTGOMERY** [2] - 1:20, 1:25<br>**morning** [5] - 5:7, 5:8, 5:16, 6:9, 6:10<br>**most** [1] - 6:3<br>**Mountain** [1] - 11:12<br>**MOUNTAIN** [1] - 4:13<br>**MR** [21] - 5:16, 6:8, 6:11, 8:13, 8:17, 9:2, 9:6, 9:8, 9:14, 9:16, 9:22, 10:12, 10:13, 10:24, 11:6, 11:14, 12:2, 12:11, 12:22, 13:2, 13:4<br>**N**<br>**need** [1] - 11:24<br>**NEW** [2] - 1:7, 3:10<br>**new** [2] - 12:7, 12:19<br>**NEXT** [1] - 4:19<br>**next** [7] - 8:12, 8:21, 8:22, 9:19, 10:9, 10:22, 12:24<br>**night** [2] - 7:7, 7:25 |

**OFFICIAL TRANSCRIPT**

| | | | | |
|---|---|---|---|---|
| **NO** [1] - 1:6<br>**NORTH** [4] - 2:4, 2:5, 2:7, 2:8<br>**November** [2] - 5:18, 6:15<br>**numbered** [1] - 13:17<br>**NW** [2] - 2:13, 3:6<br><br>**O**<br><br>**obviously** [1] - 5:24<br>**OF** [7] - 1:1, 1:5, 4:5, 4:7, 4:10, 4:11, 4:14<br>**OFFICE** [2] - 1:18, 1:25<br>**Official** [2] - 13:13, 13:22<br>**OFFICIAL** [1] - 3:8<br>**OIL** [2] - 1:4, 1:4<br>**ON** [3] - 1:5, 4:7, 4:19<br>**once** [1] - 7:9<br>**one** [4] - 7:13, 8:3, 9:18, 10:17<br>**order** [5] - 8:15, 8:20, 8:22, 8:25, 10:2<br>**ORDER** [1] - 4:7<br>**orders** [2] - 9:4, 12:14<br>**original** [2] - 6:17, 7:14<br>**ORLEANS** [2] - 1:7, 3:10<br>**otherwise** [1] - 12:15<br>**own** [1] - 8:22<br><br>**P**<br><br>**PAGE** [1] - 4:3<br>**page** [3] - 8:20, 8:22, 9:18<br>**pages** [1] - 9:12<br>**Parker** [8] - 5:16, 6:6, 6:11, 6:13, 7:6, 7:24, 8:3, 9:22<br>**PARKER** [1] - 1:23<br>**particular** [1] - 7:25<br>**parties** [2] - 8:19, 11:21<br>**party** [2] - 11:10, 11:23<br>**PARTY** [2] - 4:12, 4:16<br>**Paul** [5] - 6:7, 9:8, 9:16, 11:14, 12:2<br>**PAUL** [1] - 2:9<br>**pending** [1] - 11:18<br>**PENNSYLVANIA** [1] - 2:13<br>**PEPPER** [1] - 3:8<br>**Pepper** [4] - 5:10, | 13:11, 13:20, 13:21<br>**perfect** [1] - 12:24<br>**PETROLEUM** [1] - 3:3<br>**point** [2] - 12:9, 12:18<br>**pointed** [1] - 7:2<br>**points** [1] - 8:18<br>**PORTIS** [1] - 1:22<br>**position** [1] - 8:7<br>**POST** [1] - 1:25<br>**postponed** [1] - 11:18<br>**POYDRAS** [1] - 3:10<br>**prefer** [1] - 9:10<br>**preferences** [1] - 6:4<br>**primary** [1] - 8:2<br>**PRIVILEGE** [1] - 4:17<br>**privilege** [2] - 12:5, 12:20<br>**privileged** [2] - 12:7, 12:13<br>**PROCEEDINGS** [3] - 1:13, 3:13, 5:1<br>**proceedings** [2] - 13:5, 13:17<br>**process** [2] - 6:23, 10:17<br>**produced** [2] - 5:18, 12:5<br>**PRODUCED** [1] - 3:13<br>**PRODUCTION** [2] - 2:3, 2:6<br>**production** [18] - 5:15, 5:18, 5:19, 5:21, 6:14, 6:15, 6:18, 6:19, 6:20, 6:21, 6:25, 7:10, 7:14, 7:19, 8:6, 12:12, 12:16, 12:23<br>**PRODUCTION...........<br>........................** [1] - 4:6<br>**productions** [1] - 6:2<br>**PRODUCTS** [1] - 2:8<br>**progress** [3] - 9:19, 9:23, 10:6<br>**proposal** [1] - 8:19<br>**PROPOSED** [1] - 4:7<br>**proposed** [5] - 8:15, 8:20, 8:22, 8:25, 10:17<br>**provided** [3] - 7:6, 11:1, 12:7<br>**provisions** [1] - 9:7<br><br>**Q**<br><br>**queried** [1] - 9:25<br>**querying** [1] - 9:23<br>**questions** [1] - 12:4<br>**QUESTIONS** [1] - 4:17 | **quick** [1] - 11:15<br><br>**R**<br><br>**RAINES** [1] - 2:18<br>**raised** [2] - 6:4, 12:19<br>**raising** [1] - 6:3<br>**rather** [1] - 9:4<br>**RE** [1] - 1:4<br>**really** [5] - 7:10, 9:5, 9:7, 9:10, 11:16<br>**Realtime** [2] - 13:11, 13:21<br>**REALTIME** [1] - 3:9<br>**reason** [2] - 12:13, 12:15<br>**receive** [1] - 6:14<br>**received** [3] - 5:20, 5:21, 6:21<br>**record** [1] - 13:16<br>**RECORDED** [1] - 3:13<br>**redline** [1] - 9:1<br>**reference** [1] - 12:22<br>**regard** [1] - 11:7<br>**REGARDING** [1] - 1:13<br>**regarding** [2] - 5:20, 6:4<br>**REGISTERED** [1] - 3:9<br>**Registered** [1] - 13:11<br>**registered** [1] - 13:22<br>**relate** [1] - 10:3<br>**RELATES** [1] - 1:8<br>**relational** [1] - 10:1<br>**remember** [1] - 5:9<br>**removed** [1] - 12:13<br>**RENAISSANCE** [1] - 2:19<br>**Reporter** [7] - 13:11, 13:12, 13:13, 13:21, 13:22, 13:22<br>**REPORTER** [3] - 3:8, 3:9, 3:9<br>**REPORTER'S** [1] - 13:9<br>**representative** [1] - 10:19<br>**representatives** [1] - 10:15<br>**represented** [2] - 6:12, 12:6<br>**reproduction** [3] - 7:5, 8:9, 12:8<br>**reserving** [1] - 12:8<br>**RESOLUTION** [1] - 4:5<br>**resolution** [3] - 5:14, 8:11, 11:19<br>**resolve** [4] - 5:25, | 8:23, 10:4, 11:3<br>**resolved** [3] - 8:4, 8:12, 10:7<br>**RESPECT** [1] - 4:17<br>**respect** [8] - 6:13, 6:17, 6:23, 7:5, 7:14, 7:15, 8:5, 12:5<br>**respond** [1] - 8:21<br>**REVENUE** [1] - 4:9<br>**revenue** [1] - 9:20<br>**review** [6] - 5:23, 6:25, 7:9, 8:8, 10:18, 10:22<br>**reviewed** [1] - 6:2<br>**RHON** [1] - 1:23<br>**RICHARD** [1] - 1:24<br>**RIG** [1] - 1:4<br>**RITS** [1] - 10:1<br>**RMR** [2] - 3:8, 13:21<br>**rolling** [1] - 5:13<br>**ROOM** [1] - 3:10<br><br>**S**<br><br>**s/Cathy** [1] - 13:20<br>**SALLY** [1] - 1:13<br>**sample** [10] - 5:14, 6:14, 6:15, 6:17, 6:20, 6:21, 6:24, 7:9, 7:19, 8:5<br>**SAMPLE** [1] - 4:6<br>**scheduled** [2] - 11:20, 12:24<br>**SCHEDULED** [1] - 4:19<br>**second** [2] - 6:19, 6:21<br>**see** [3] - 10:9, 12:13, 12:15<br>**seeing** [1] - 11:3<br>**send** [1] - 7:24<br>**sent** [1] - 7:8<br>**serious** [2] - 7:23, 9:19<br>**SERVICES** [1] - 2:16<br>**several** [1] - 10:20<br>**shortly** [1] - 10:7<br>**SHUSHAN** [1] - 1:13<br>**Shushan** [1] - 10:14<br>**significance** [1] - 8:2<br>**significant** [1] - 5:24<br>**SINCLAIR** [1] - 1:19<br>**slowed** [2] - 6:23, 6:25<br>**small** [1] - 8:18<br>**so...** [1] - 6:5<br>**sorry** [1] - 10:12<br>**sorted** [1] - 10:2<br>**sought** [1] - 11:18<br>**spaced** [1] - 9:12 | **specific** [1] - 10:16<br>**SPECIFICALLY** [1] - 4:12<br>**specifically** [1] - 11:11<br>**SPILL** [1] - 1:4<br>**stand** [1] - 10:11<br>**stands** [1] - 8:4<br>**started** [1] - 7:10<br>**State** [5] - 5:17, 5:18, 8:17, 12:11, 13:12<br>**STATE** [2] - 1:18, 4:9<br>**state** [1] - 9:20<br>**States** [2] - 13:13, 13:23<br>**STATES** [2] - 1:1, 1:14<br>**STATUS** [1] - 1:13<br>**STENOGRAPHY** [1] - 3:13<br>**sticking** [1] - 8:18<br>**still** [1] - 11:17<br>**STRATTON** [1] - 1:24<br>**STREET** [3] - 2:19, 3:6, 3:10<br>**submit** [1] - 8:25<br>**submits** [1] - 8:20<br>**submitted** [1] - 10:25<br>**SUBPOENA** [1] - 4:16<br>**subpoena** [1] - 11:23<br>**sufficient** [2] - 9:17, 10:3<br>**SUITE** [2] - 2:19, 2:23<br>**supported** [1] - 9:25<br>**surrounding** [1] - 5:14<br>**SURROUNDING** [1] - 4:5<br>**systemic** [1] - 12:19<br><br>**T**<br><br>**TAX** [1] - 4:9<br>**tax** [1] - 9:20<br>**TELEPHONE** [1] - 5:4<br>**test** [2] - 5:17, 5:18<br>**THE** [28] - 1:4, 1:5, 1:13, 4:5, 4:7, 4:10, 4:17, 5:7, 5:9, 6:6, 6:10, 8:10, 8:14, 8:24, 9:4, 9:10, 9:15, 9:18, 10:8, 10:23, 11:5, 11:9, 11:23, 12:10, 12:17, 12:24, 13:3<br>**third** [2] - 11:10, 11:23<br>**THIRD** [2] - 4:12, 4:16<br>**third-party** [2] - 11:10, 11:23<br>**THIRD-PARTY** [2] - 4:12, 4:16<br>**THIS** [1] - 1:8 |

| | |
|---|---|
| **three** [3] - 8:20, 8:22, 11:16<br>**three-page** [2] - 8:20, 8:22<br>**THURSDAY** [2] - 1:7, 5:2<br>**TO** [2] - 1:8, 4:17<br>**topics** [1] - 10:10<br>**TOPICS....................... .......** [1] - 4:11<br>**total** [1] - 7:18<br>**totally** [1] - 12:21<br>**TOURIST** [1] - 4:14<br>**Tourist** [1] - 11:12<br>**TOWER** [1] - 2:19<br>**transcript** [1] - 13:15<br>**TRANSCRIPT** [1] - 3:13<br>**traveling** [1] - 10:19<br>**trial** [1] - 5:11<br>**true** [1] - 13:15<br>**try** [1] - 9:18<br>**trying** [2] - 9:11, 10:4<br>**Tuesday** [1] - 8:21<br>**tuning** [1] - 6:11<br>**two** [5] - 8:18, 8:21, 9:7, 9:12, 10:4<br>**TX** [2] - 2:20, 2:23 | **W**<br><br>**waiting** [1] - 11:2<br>**wants** [2] - 9:20, 10:5<br>**WAS** [1] - 4:13<br>**WASHINGTON** [2] - 2:14, 3:6<br>**week** [1] - 10:22<br>**weekend** [1] - 7:11<br>**weeks** [1] - 10:15<br>**WHEREUPON** [1] - 13:5<br>**willing** [1] - 5:24<br>**WINFIELD** [1] - 1:19<br>**WITH** [2] - 4:12, 4:17<br>**withdrawn** [2] - 12:14, 12:15 |
| **U**<br><br>**understood** [1] - 12:22<br>**unfortunately** [1] - 10:18<br>**UNITED** [2] - 1:1, 1:14<br>**United** [2] - 13:13, 13:23<br>**UNIVERSITY** [1] - 4:14<br>**University** [1] - 11:12<br>**unless** [1] - 12:14<br>**up** [2] - 9:19, 10:9<br>**update** [4] - 5:17, 8:15, 9:20, 11:15<br>**updates** [1] - 11:6 | **Y**<br><br>**yesterday** [2] - 5:19, 9:24<br>**York** [1] - 10:13<br>**YORK** [2] - 2:22, 10:13<br>**yourself** [1] - 5:10 |
| **V**<br><br>**vendor** [1] - 6:24<br>**versions** [1] - 9:11<br>**vIA** [1] - 5:4<br>**Visitors** [1] - 11:13<br>**VISITORS** [1] - 4:15<br>**voices** [1] - 5:11<br>**VOICES** [1] - 5:8 | |

**OFFICIAL TRANSCRIPT**