1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

    ****************************************************************

4

5    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*

6    IN THE GULF OF MEXICO ON
     APRIL 20, 2010

7
                                CIVIL ACTION NO. 10-MD-2179 "J"

8                               NEW ORLEANS, LOUISIANA

12:55:25                        THURSDAY, DECEMBER 4, 2014, 1:00 P.M.

9

10   THIS DOCUMENT RELATES TO
     *#10-4536*

11

12   ****************************************************************

13

14      TRANSCRIPT OF PENALTY PHASE STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE SALLY SHUSHAN

15                    UNITED STATES MAGISTRATE JUDGE

16

17   APPEARANCES:

18

19   FOR THE UNITED STATES
     OF AMERICA:            U.S. DEPARTMENT OF JUSTICE

20                          ENVIRONMENTAL ENFORCEMENT SECTION
                            BY:  STEVEN O'ROURKE, ESQUIRE

21                               BRANDON ROBERS, ESQUIRE
                            POST OFFICE BOX 7611

22                          WASHINGTON, DC  20044

23

24

25

                            **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR BP EXPLORATION AND
     PRODUCTION, INC.,
4    BP AMERICA PRODUCTION
     COMPANY, BP P.L.C.
5    NORTH AMERICA INC.:      KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQUIRE
6                                  HARIKLIA KARIS, ESQUIRE
                                   PETER BARTOSZEK, ESQUIRE
7                             300 N. LASALLE
                              CHICAGO, IL  60654
8

9

10   FOR ANADARKO
     PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY
11   LP:                      BINGHAM MCCUTCHEN
                              BY:  KY E. KIRBY, ESQUIRE
12                                 THOMAS R. LOTTERMAN, ESQUIRE
                              2020 K STREET, NW
13                            WASHINGTON, DC  20006

14

15   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
16                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
17                              NEW ORLEANS, LA  70130
                                (504) 589-7779
18                              Cathy_Pepper@laed.uscourts.gov

19   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.
20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2

3     ITEMS                                                    PAGE

4

5     THE FTP SITE............................................   5

6     REPLY FROM ANADARKO DUE ON TUESDAY, AND MOTION TO

7     EXCLUDE CULPABILITY WILL BE FULLY BRIEFED............   5

8     PROPOSED STIPULATION RELATIVE TO LOUISIANA AND

9     MISSISSIPPI, WHICH HOPEFULLY WILL MOOT OUT THEIR

10    CURRENTLY PENDING MOTIONS............................   6

11    HAVE THE UNITED STATES AND BP NARROWED THEIR

12    DIFFERENCES AND ARRIVED AT WHAT YOU THINK IS A

13    REASONABLE ORDER THAT PROTECTS NONPARTIES............   7

14    EXPERTS.............................................   9

15    TWO OR THREE ERRATA SHEETS TO EXPERT REPORTS........  11

16    EXHIBITS............................................  11

17    PRETRIAL STIPULATIONS, AND WE HAVE TUESDAY,

18    DECEMBER 9TH, FOR FILING OF THOSE STIPULATIONS.......  12

19    DEPOSITION BUNDLES ARE DUE DECEMBER 15TH, AND BY

20    DECEMBER 12TH INDATA IS TO CERTIFY THAT THE BUNDLES

21    ARE COMPLETE........................................  15

22    INDATA..............................................  15

23    OVERFLOW COURTROOM..................................  18

24    AUDIOVISUAL EQUIPMENT IN OVERFLOW ROOM..............  18

25    MOTIONS *IN LIMINE*.................................  22

                         **OFFICIAL TRANSCRIPT**

1   DEADLINES FOR DISCLOSURE OF VIDEO CLIPS, WHICH IS

2   DECEMBER 9TH AND DECEMBER 19TH....................... 23

3   HOW MANY VIDEO CLIPS OUGHT TO BE PLAYED OR DURATION.  23

4   DECEMBER 12TH WITNESS LIST SUBMISSION................ 24

5   DECEMBER 15TH FOR THE TECHNICAL EQUIPMENT TO COME

6   INTO THE COURTHOUSE.................................. 26

7   ON THE 17TH IS THE TECHNICAL WALKTHROUGH WITH

8   COURTROOM CONNECT................................... 26

9   PRETRIAL STATEMENTS ARE DUE ON DECEMBER 19TH......... 27

10  AN INCREASE IN THE NUMBER OF TELEPHONE CONFERENCES... 27

11  PRETRIAL CONFERENCE................................. 27

12  HE WOULD LIKE TO MOVE IT UP TO JANUARY 7TH........... 27

13  PROPOSED JOINT AGENDA FOR THE PRETRIAL CONFERENCE BY

14  TUESDAY, DECEMBER 30TH.............................. 28

15  TIME ALLOCATION..................................... 29

16  POSTTRIAL BRIEFING AND PROPOSING THE SCHEDULE........ 29

17  SEATING CHART....................................... 32

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 12:55:25 2 | THURSDAY, DECEMBER 4, 2014 |
| 12:55:25 3 | (IN CHAMBERS VIA TELEPHONE) |
| 12:44:51 4 | |
| 12:44:51 5 | |

13:01:13 6        THE COURT:  Good afternoon, everybody.  How is it
13:01:14 7  going?
13:01:17 8        VOICES:  Afternoon, Judge.
13:01:20 9        MS. KARIS:  Good afternoon, Judge.
13:01:22 10        THE COURT:  Boy, you sound like a cheerful group.  You
13:01:23 11  sound as good as Mike and I, so that's good.  Mike and me.  Let
13:01:31 12  me get that right.
13:01:37 13        Oh, I'm sorry, guys.  Cathy Pepper asks that you
13:01:42 14  all, as you speak, say your name so that she doesn't have to
13:01:46 15  guess who you are.  Come trial, I guess she's going to have it
13:01:49 16  down pat.
13:01:52 17        In any event, let's talk about the FTP site.  I
13:01:56 18  think we're all up and ready to roll.  U.S., did my order cover
13:02:03 19  your concerns?
13:02:05 20        MR. ROBERS:  Brandon Robers, Your Honor.  Yes, it did.
13:02:08 21  I think we're all set there.
13:02:10 22        THE COURT:  Thank you.
13:02:10 23        All right.  So we have a reply from Anadarko due
13:02:18 24  on Tuesday, and that Motion to Exclude culpability will be
13:02:23 25  fully briefed; is that correct?  Have I got that all right?

13:02:29 1          MS. KIRBY:  Your Honor, this is Ky Kirby, and yes,
13:02:32 2     that's correct.
13:02:33 3          THE COURT:  All right.
13:02:33 4          MR. O'ROURKE:  Your Honor, this is Steve O'Rourke.
13:02:36 5     I'll just point out one thing about that set of papers.  We
13:02:39 6     filed ours on the deadline, which was, perhaps, yesterday or
13:02:43 7     the day before.  We filed a motion and an opposition.  We don't
13:02:52 8     think that changes the briefing pages in any way.  We think
13:02:56 9     that's what we were supposed to do.  We did get a notice of
13:02:59 10    deficiency from the Clerk's Office saying that we should have
13:03:01 11    filed two separate documents --
13:03:03 12         THE COURT:  We'll take care of that.
13:03:04 13         MR. O'ROURKE:  -- but the parties all have it.  Ben has
13:03:06 14    a copy.
13:03:07 15         THE COURT:  Yeah, we'll take care of the deficiencies,
13:03:09 16    Steve.
13:03:09 17         MR. O'ROURKE:  Thank you very much.
13:03:10 18         THE COURT:  You're welcome.
13:03:17 19            Let's see.  We were working -- *we*, listen to me.
13:03:21 20    You all were working on a proposed stipulation relative to
13:03:27 21    Louisiana and Mississippi, which hopefully will moot out their
13:03:34 22    currently pending motions.  Have you all made any further
13:03:37 23    progress on that?
13:03:39 24         MR. LANGAN:  Your Honor, this is Andy Langan for BP.  I
13:03:43 25    think it's fair to say some progress has been made.  I can't

13:03:47  1   predict that it will moot things.  In other words, we've spoken

13:03:52  2   to Steve about this, shared ideas on a draft order.  We have --

13:03:56  3   we have initiated contact with the State of Louisiana and

13:04:01  4   shared a copy of a draft order.  I know conversations with

13:04:04  5   Allan Kanner continue on that.

13:04:08  6           We've also sent it, I believe, to Mississippi.  I

13:04:11  7   don't know that we've heard from Mississippi.  So I don't know

13:04:13  8   how optimistic to be, frankly.  At this point, I think -- I

13:04:17  9   think that there may not be an agreement on a formal order, but

13:04:23 10   at least the issues, perhaps, will be narrowed in what you see

13:04:26 11   filed tomorrow by the States, and I guess the Department is

13:04:29 12   supposed to file tomorrow as well.

13:04:31 13       THE COURT:  Right.  I guess the issue is this, guys,

13:04:35 14   have the United States and BP narrowed their differences and

13:04:42 15   arrived at what you think is a reasonable order that protects

13:04:50 16   nonparties?

13:04:52 17       MR. O'ROURKE:  Well, Your Honor, as Andy said, we

13:04:55 18   exchanged a few drafts.  We were getting far along.  We ran out

13:04:59 19   of time.  There is still a substantive disagreement about one

13:05:03 20   provision or maybe two.  Could they be resolved?  Probably.

13:05:07 21           If you take a look at what BP filed last week and

13:05:09 22   what the U.S. filed last week, we sort of said, well, here is

13:05:13 23   our proposed order, and you can probably see they are not

13:05:18 24   vastly different.

13:05:19 25       THE COURT:  Right.

**OFFICIAL TRANSCRIPT**

13:05:20  1          MR. O'ROURKE:  One thing I would comment on -- I'm not

13:05:25  2     a 100 percent sure Judge Barbier has to rule on this before the

13:05:29  3     trial -- in his posttrial rulings he could make all of this

13:05:33  4     clear, what the impact is or not.  Whether to even make

13:05:38  5     findings on certain of these issues might be moot if he doesn't

13:05:41  6     make findings on some of the environmental quantification or

13:05:45  7     economic quantification issues.

13:05:48  8          THE COURT:  Right.

13:05:49  9          MR. O'ROURKE:  We're happy to keep working on the

13:05:51 10     stipulation, happy to meet with the other two states and with

13:05:54 11     BP, and Anadarko, of course, would have to agree eventually --

13:06:01 12          THE COURT:  Well, I will just tell you, when I looked

13:06:04 13     at where you all were on the redline versions, it looked like a

13:06:08 14     pretty good crack at a draft order.  I have not spoken to

13:06:15 15     Judge Barbier about it, but I was thinking that I would get

13:06:18 16     your last redline, and I would work from that because, I don't

13:06:27 17     know, it seems to me that if I don't take care of it now, we

13:06:31 18     will probably be distracted -- and I don't mean this in a

13:06:38 19     derogatory manner, but we will probably be further distracted

13:06:42 20     as we try to prepare for the penalty phase trial unless we, you

13:06:46 21     know, nail it down.  That's kind of my thought.  So maybe I'll

13:06:50 22     just take what you all last have and I'll go from there.

13:06:57 23          MR. LANGAN:  Your Honor, it's Andy Langan for BP.  That

13:07:00 24     sounds fine.  I guess what I would say is I believe the state

13:07:05 25     of play is our last version, I believe, is Exhibit A to the

13:07:08  1    brief we filed.

13:07:09  2            THE COURT:  Yes, I've seen it.

13:07:10  3            MR. LANGAN:  Yeah.  So -- and Steve is right, they

13:07:14  4    filed something too.  If we are able to make any progress with

13:07:20  5    Louisiana or otherwise in the next day or two, they may file

13:07:22  6    something anyway with the Court because there is a deadline

13:07:25  7    coming, but if it's okay with the Court, we can send along

13:07:28  8    whatever we think, quote, unquote, *the last version* is, you

13:07:33  9    know, in the next few days, I guess.

13:07:35 10            THE COURT:  That will be fine, Andy.

13:07:37 11            MR. LANGAN:  Is that okay?

13:07:38 12            THE COURT:  Yeah, that's fine.  But I kind of feel like

13:07:41 13    we should nail it down.  It doesn't have to be today.  It's not

13:07:45 14    a rush to the emergency room, but we've got other fish to be

13:07:50 15    frying as a group.

13:07:52 16            MR. O'ROURKE:  Right.

13:07:52 17            THE COURT:  I would like to able to focus on that and

13:07:55 18    not be distracted.

13:07:57 19            MR. LANGAN:  Yep.

13:07:58 20            THE COURT:  So, yes, Andy, that's fine.  In the next

13:08:01 21    few days is perfect.

13:08:03 22            MR. LANGAN:  All right.  Thank you, Your Honor.

13:08:04 23            THE COURT:  You're welcome.

13:08:05 24            Okay.  I'm looking at my next topic is experts.

13:08:17 25    Anything we need to talk about there other than we're aware of

**OFFICIAL TRANSCRIPT**

13:08:22  1     the Cantrell dispute, but as far as *Daubert* motions and
13:08:28  2     redacted reports, etcetera, everybody is on target?
13:08:35  3              MR. O'ROURKE:  Well, Your Honor, this is
13:08:37  4     Steve O'Rourke.  The *Dauberts* are all due tomorrow, if anybody
13:08:44  5     is going to file any.
13:08:44  6              THE COURT:  Right.
13:08:45  7              MR. O'ROURKE:  I'll tell you we're filing one motion
13:08:47  8     about one expert.
13:08:48  9              THE COURT:  Good.  Perfect.
13:08:48 10              MR. LANGAN:  We might be slightly north of that,
13:08:50 11     Your Honor, but we know about tomorrow's deadline too, and we
13:08:54 12     have some filings to make as well.
13:08:57 13              THE COURT:  Slightly north....
13:08:58 14              MR. LANGAN:  Is that sufficiently vague?
13:09:01 15              THE COURT:  Let me ask you this:  Andy, is it under
13:09:03 16     ten?
13:09:04 17              MR. LANGAN:  Yes.
13:09:04 18              THE COURT:  Is it under five?
13:09:08 19              MR. LANGAN:  I think you're getting warm.
13:09:13 20              MR. O'ROURKE:  Your Honor, we only have ten experts, so
13:09:15 21     I hope it's under ten.
13:09:17 22              THE COURT:  One would hope it's under ten.  Right.
13:09:21 23     Exactly.  Okay.  I guess we'll all know tomorrow.
13:09:25 24              MR. O'ROURKE:  Yes.  One thing, as long as you brought
13:09:30 25     it up, we are going to serve out in the next few days, once

                              **OFFICIAL TRANSCRIPT**

13:09:33 1   they are signed, I think, two or three errata sheets to expert

13:09:37 2   reports.  I don't see them likely as being controversial.  They

13:09:42 3   are fixing mathematical errors and things like that.

13:09:46 4          MR. KARIS:  Your Honor, we'll see these tomorrow, but I

13:09:49 5   just want to be clear.  Steve, when you say *fixing mathematical*

13:09:53 6   *errors*, that is different than what they testified at the dep

13:09:56 7   and in their reports or --

13:09:58 8          MR. O'ROURKE:  More along the lines of you guys pointed

13:10:01 9   out that a mathematical error was made, so we have to fix it so

13:10:04 10  it can be presented to the Judge without having a lie in it.

13:10:09 11  So, where you pointed out 60 percent was really 58 percent, the

13:10:16 12  errata sheet will fix it.

13:10:18 13         MR. KARIS:  Okay.  We'll address them when we see it.

13:10:21 14  I'm wondering if the report is going to change too?

13:10:23 15         MS. KIRBY:  This is Ky Kirby.  I'm going to have to

13:10:26 16  second what Carrie says here.

13:10:28 17         MR. O'ROURKE:  I think all of these say, "My opinions

13:10:31 18  aren't changed."

13:10:32 19         THE COURT:  Good.  Okay.  Fair enough.  Thanks for the

13:10:35 20  heads-up on that.

13:10:36 21             Okay.  Let's see what's up next.  Now, on

13:10:49 22  exhibits, I see the deadlines that you all are in the middle of

13:10:54 23  and have coming up, and I guess the issue is this:  You all are

13:11:06 24  lodging objections.  For example, on the 19th, you're lodging

13:11:17 25  objections to the final witness and exhibit lists.  We have

**OFFICIAL TRANSCRIPT**

13:11:26  1    nothing following up on that.

13:11:29  2             Is this going to be like what we did in the last

13:11:34  3    phase, where the objections are just lodged, and then we take

13:11:39  4    care of it at the final marshalling conference if the document

13:11:43  5    was used?

13:11:47  6        MR. ROBERS:  Your Honor, Brandon Robers.  That's our

13:11:50  7    understanding how these are going to be handled.

13:11:52  8             On a related issue, that deadline of the 19th for

13:11:55  9    objections is actually the same date that we'll be producing

13:11:59 10    certain documents that we expect will be on the 12/12 list so

13:12:03 11    you might see a proposal from us to actually move that

13:12:07 12    objection date outwards a bit, given that we won't have the

13:12:10 13    same type of objection resolution process prior to trial.  I

13:12:15 14    think it might make sense to push that back.  We can do that

13:12:19 15    with you in writing later.

13:12:20 16        THE COURT:  Yeah, I would not have any problem with

13:12:23 17    that, but I just wanted to make sure that that's what everybody

13:12:26 18    was thinking and we're all on the same page.  So that's good.

13:12:35 19             All right.  Now, we've we started long ago

13:12:39 20    talking about pretrial stipulations, and we have Tuesday,

13:12:45 21    December 9th, for filing of those stipulations.  How have you

13:12:52 22    all come on that?  I don't think we've really talked about it,

13:12:53 23    have we?

13:12:55 24        MR. LANGAN:  Your Honor, it's Andy Langan.  Well, we

13:12:57 25    did file the one stipulation the other day after our e-mail

13:13:01  1    exchange with Your Honor about the other fines and penalties

13:13:05  2    for the same incident, so that's done.

13:13:07  3            THE COURT:  Right.

13:13:07  4            MR. LANGAN:  That would have been due on December 9th,

13:13:09  5    but luckily we were ahead of the game since we started talking

13:13:14  6    about that one long ago.  Beyond that, I'm not aware that we

13:13:19  7    expect to file any stipulations.

13:13:20  8            MR. O'ROURKE:  Your Honor, this is Steve O'Rourke.

13:13:22  9    Anadarko and the U.S. are working on one to enumerate prior

13:13:26 10    violations by Anadarko.  They had one they proposed.  We worked

13:13:31 11    on it again a while ago.  With the impending deadline we

13:13:36 12    finally turned back to it.

13:13:37 13            The U.S. just sent a version to Anadarko quite

13:13:41 14    recently, and since we can disclose them, if they need an

13:13:45 15    extension of time we wouldn't oppose that, but we have an

13:13:48 16    appointment to speak to them on Monday.  If it gets done, we

13:13:51 17    would file it on Tuesday.

13:13:52 18            THE COURT:  Okay.  I guess I was thinking more broadly

13:13:57 19    some time ago where, for example, there would be a stipulation

13:14:01 20    regarding the amount spent to mitigate the damage from the

13:14:10 21    spill, for example.  None of that has been done?

13:14:15 22            MR. LANGAN:  Your Honor, it's Andy Langan.  You know,

13:14:19 23    we tried very hard, and I think the Department tried very hard,

13:14:25 24    and we actually spent quite a bit of time exchanging drafts and

13:14:29 25    meeting and everything, and without getting into all the

**OFFICIAL TRANSCRIPT**

13:14:31 1  reasons why, some of the issues you're talking about sort of

13:14:34 2  started going sideways when we got into discussions about,

13:14:39 3  well, just who spent the money, BP XP or not.

13:14:43 4         So without getting into all those details at this

13:14:45 5  point, when that became such a contest we just never really got

13:14:51 6  back to the negotiating table about anything that could be

13:14:54 7  acceptable.

13:14:54 8         THE COURT:  I got you.

13:14:56 9         MR. LANGAN:  So it's those issues are addressed and

13:14:59 10 things like expert reports and depositions by our fact

13:15:03 11 witnesses and everything, and Ms. Karis can talk to this --

13:15:06 12 about this, but I don't anticipate that the 9th is going to

13:15:10 13 come and we're going to present any lengthy stipulation on some

13:15:14 14 of these things.

13:15:17 15        THE COURT:  Got you.

13:15:16 16        MR. LANGAN:  We tried.

13:15:17 17        THE COURT:  Look, you tried.  What can I say?

13:15:19 18        MR. O'ROURKE:  Your Honor, this is Steve O'Rourke for

13:15:22 19 the U.S.  We don't see ourselves going after any of BP's

13:15:26 20 witnesses about what the dollar amounts were that were spent.

13:15:31 21 They have expert reports that clearly enumerate what they

13:15:34 22 spent.  Our experts enumerate what we think they've spent.

13:15:37 23 It's going to be more about why it was spent, not about what

13:15:40 24 the dollar amounts were.

13:15:46 25        THE COURT:  Got you.  All right.  Okay.  Next up are

**OFFICIAL TRANSCRIPT**

13:15:51  1   the deposition bundles.  They are due December 15th, and by

13:15:58  2   December 12th inData is to certify that the bundles are

13:16:03  3   complete.  Are you all on track for that?

13:16:08  4        MR. LANGAN:  Peter can speak to this, Your Honor --

13:16:09  5   this is Andy Langan -- but I believe that we are.

13:16:12  6        THE COURT:  Good.  Peter, have you been in touch with

13:16:16  7   inData and staying on top of them getting this done for you?

13:16:22  8        MR. BARTOSZEK:  Your Honor, this is Peter.  Joe and I

13:16:24  9   have been working with inData, and I believe everything is on

13:16:28 10   track.

13:16:30 11        THE COURT:  Good.  All right.

13:16:30 12        MR. LANGAN:  Your Honor, we can get to this later.

13:16:32 13   This is Andy again.  We can talk a little bit about some

13:16:35 14   thoughts that we have, and I think Brandon has been involved in

13:16:39 15   these discussions as well, about what can inData do at trial

13:16:46 16   that might be slightly scaled back from what was done in prior

13:16:47 17   phases, given the fewer parties and all that kind of stuff.

13:16:49 18   This is a placeholder.  We have that issue to talk about at

13:16:52 19   some point.

13:16:52 20        THE COURT:  Let's go ahead and talk about it while it's

13:16:55 21   here.

13:16:57 22        MR. LANGAN:  So, anyway, I am not necessarily the

13:17:00 23   expert on this.  I'm sure Mr. Robers and others can probably,

13:17:06 24   but I think the general concept is we do think there is a role

13:17:09 25   for inData at trial.  It may not need to be as expensive or as

13:17:13  1    extensive as it was in the prior phases, especially since the

13:17:19  2    PSC is not here.

13:17:20  3              But we would like them to do things such as setup

13:17:23  4    the courtroom equipment as they did in the prior phases.  I'm

13:17:26  5    not sure we need their backup presentation system.  We might be

13:17:32  6    able to get away with that.

13:17:34  7              I'm not sure, unless the Court wants them, to

13:17:37  8    actually track the exhibits.  I think I have this right.  I

13:17:40  9    feel like at this point, between us and the United States and

13:17:43 10    Anadarko, we're probably in pretty good shape to track the

13:17:47 11    exhibits ourselves.

13:17:49 12         THE COURT:  Yeah, last time at the last phase, correct

13:17:52 13    me if I'm wrong, but that was generally Anthony and Peter,

13:18:00 14    right?

13:18:00 15         MR. LANGAN:  Correct.  So whatever you all decide on

13:18:06 16    that is okay with us.

13:18:10 17         MR. ROBERS:  Your Honor, Brandon Robers.  Do you

13:18:13 18    anticipate that the Court wants updated submissions in the form

13:18:16 19    of PDF on flash drives from inData on a daily or some other

13:18:23 20    periodic basis, because if the Court does not want that, that

13:18:26 21    is an area where we might be able to amend what inData did last

13:18:31 22    time.

13:18:32 23         THE COURT:  No, I don't see any reason for that.  I'm

13:18:36 24    trying to remember why we did that last time.  Does anybody

13:18:39 25    recall?  Was it for the court reporters?

13:18:48   1        MR. ROBERS:  I believe the court reporter, and I'm not

13:18:51   2    a hundred percent sure.  I think Brandon raised this.  We

13:18:55   3    talked about this as a group yesterday.  We're not a hundred

13:19:00   4    percent on what the court reporter and the Judge Barbier clerks

13:19:05   5    may have asked inData for their assistance with, so before

13:19:09   6    we -- before we cut folks out or ask them to maybe limit their

13:19:14   7    staffing, we want to be sure that whatever the Court needs is

13:19:17   8    being addressed and that the Court gets what it needs.

13:19:20   9            From our understanding of talking with inData,

13:19:23  10    that may have changed over the course of the Phase Two trial

13:19:26  11    itself, in that I think there was fewer requests for documents

13:19:30  12    as the trial went on.

13:19:32  13            So we, you know, I'm not sure we have the full

13:19:36  14    insight into what the Court and the court reporters were asking

13:19:39  15    inData for, but we want to make sure that inData is available

13:19:42  16    for whatever those parties need.

13:19:45  17        THE COURT:  Got you.  Why don't you hold on for a

13:19:47  18    minute.  I've got Cathy Pepper here and I'm going to go on mute

13:19:50  19    and talk to her, and then we'll speak to Ben and find out if we

13:19:55  20    need to have somebody on standby for that or not.

13:19:58  21            Do you all plan to have somebody from inData

13:20:01  22    there if we don't need that kind of attention?

13:20:08  23        MR. LANGAN:  We might have a more limited crew from

13:20:10  24    inData for things like the equipment itself is my

13:20:13  25    understanding.

**OFFICIAL TRANSCRIPT**

13:20:14 1     THE COURT:  Right.  Okay.

13:20:14 2     MR. ROBERS:  That's right, Andy.  I think we checked

13:20:17 3  yesterday and it sounded like inData had two people in the

13:20:20 4  courtroom and two people in a workroom somewhere else

13:20:25 5  throughout trial.  I think we may limit that a little bit if it

13:20:30 6  works for everybody.

13:20:31 7     MR. LANGAN:  And, Your Honor, before you go on mute, we

13:20:34 8  might also want to tee up this issue.  Does anybody, does the

13:20:39 9  Court most importantly, see a need for an overflow courtroom

13:20:42 10  this time around?

13:20:43 11     THE COURT:  Yeah, we're going to have one overflow

13:20:46 12  courtroom, which is the same one that we had last time.  It's

13:20:48 13  the courtroom on the third floor closest to Lafayette Square.

13:20:55 14  Remember that one?

13:20:56 15     MR. LANGAN:  Okay.

13:20:57 16     THE COURT:  If anybody uses it, fine.  If they don't

13:21:00 17  use it, it's wired and ready for audio.  And so --

13:21:07 18     MR. ROBERS:  Brandon Robers.  Does the Court intend to

13:21:09 19  provide audiovisual equipment in that overflow room, or is that

13:21:13 20  something you would look to us to have inData provide?

13:21:17 21     THE COURT:  I believe we're going to have the monitors

13:21:19 22  in there, and I'll check that, but I think we're ready to roll.

13:21:25 23  Remember it's not audio -- it's just the exhibits that are

13:21:29 24  being shown.  It's not a -- it's not a video of what's going on

13:21:35 25  in the courtroom itself.  You can hear audio and you can see

**OFFICIAL TRANSCRIPT**

13:21:40 1    what's up on the exhibit screen in the overflow courtroom.   I

13:21:46 2    believe we're going to supply that.

13:21:47 3         MR. ROBERS:  Okay, Your Honor.  Thank you.

13:21:52 4         THE COURT:  Courtroom Connect gives us the connections

13:21:55 5    on that, and we're already wired for that, so I don't think

13:21:59 6    that's a problem.

13:22:01 7         So hold on just a second, okay?

13:22:03 8         MR. LANGAN:  Sure.

13:22:47 9         (Off-the-record discussion)

13:22:47 10        THE COURT:  Guys, I did speak to Cathy, and she says

13:22:51 11   that the reason that they wanted the exhibits is because they

13:22:57 12   are rotating court reporters in and out of the courtroom, as

13:22:59 13   you will recall.  They are long trial days and one does the

13:23:04 14   morning and one does the afternoon each day.

13:23:07 15        What they would do is the person who is going out

13:23:14 16   would take the exhibits from that morning session, for example,

13:23:21 17   and use it to help in the transcription for that morning's

13:23:27 18   session to make sure that they've got whatever the quotes were

13:23:33 19   that were put on the screen.  So Miss Pepper thinks that it was

13:23:39 20   very helpful in getting the daily transcripts out and making

13:23:45 21   them accurate.

13:23:46 22        So I'm wondering if the person who is inData back

13:23:51 23   in the back can just be prepared to, at the end of a morning or

13:23:57 24   an afternoon session, whatever was put up on the screen,

13:24:01 25   download it to the thumb drive and hand it off.

                              **OFFICIAL TRANSCRIPT**

13:24:14 1       MR. BARTOSZEK:  Your Honor, this is Peter.  I think

13:24:14 2  that's a good point, and I think that that is something that we

13:24:17 3  will incorporate into our discussions to make sure that whoever

13:24:21 4  is there from inData and how many people are there that they

13:24:24 5  are available and have somebody who can do that for the court

13:24:27 6  reporter.

13:24:28 7       As our discussion was developing yesterday, I

13:24:30 8  think we were coming around to outlining what we need inData to

13:24:35 9  do, what we don't need them to do, including some of the points

13:24:37 10  that Andy had mentioned, and seeing how many individuals they

13:24:41 11  need to be comfortable with to do those tasks.

13:24:44 12       So I'm very glad to hear that there was something

13:24:48 13  that they were doing for the court reporter and that we'll make

13:24:52 14  sure that they are available to do that for the court reporter.

13:24:55 15       THE COURT:  And, look, if you all have another way to

13:24:56 16  skin the cat, if one of your tech people can do that for us,

13:25:01 17  it's okay by me.  It doesn't have to be inData is my point to

13:25:04 18  you.

13:25:06 19       Peter, you all have some so highly qualified tech

13:25:08 20  people, and I'm assuming the U.S. have some highly qualified

13:25:15 21  tech people, and if they want to take it on, that would be fine

13:25:18 22  by me.

13:25:25 23       MR. KARIS:  That was going to be a question I had,

13:25:26 24  which is I don't know what the cost associated with this is for

13:25:28 25  inData, but to the extent that we're looking for an alternative

**OFFICIAL TRANSCRIPT**

13:25:31 1   means, I mean, I know each party has a tech person running the

13:25:38 2   AV as we put documents up.  So if it would be helpful, we will

13:25:42 3   instruct those individuals to have a thumb drive ready with

13:25:47 4   whatever is used, and then we can hand it to the court reporter

13:25:50 5   when we are finished either with the morning session or the

13:25:54 6   afternoon session, if that with would help [speaking

13:25:58 7   simultaneously] --

13:25:58 8        THE COURT:  Yes, I think -- I think the only -- I guess

13:25:58 9   the only thing I would ask, Carrie, is do your tech people only

13:26:03 10  have access to the exhibits you use, or can they download

13:26:10 11  anything that was used, anything that the U.S. or Anadarko put

13:26:14 12  up?

13:26:16 13       MR. KARIS:  They should be able to download anything

13:26:19 14  anyone uses, but another option is whoever is conducting the

13:26:24 15  exam, that they put their documents that they used on a thumb

13:26:26 16  drive.  Then, for example, when we do our exams, we put

13:26:30 17  everything we use, whether they are direct or cross, and then

13:26:34 18  likewise, the U.S. does that for their exhibits, and then we

13:26:37 19  can give the court reporter, at the end of the day, the

13:26:39 20  exhibits used for that day.

13:26:41 21       THE COURT:  Yeah.  I think as long as it's all on one

13:26:45 22  thumb drive, that's fine, but I think they prefer to have it in

13:26:48 23  the order -- one thumb drive in the order presented, morning

13:26:54 24  and afternoon.  If you all agree that the U.S. tech guy will do

13:27:02 25  it while the U.S. is -- you know, trade-off the way we

**OFFICIAL TRANSCRIPT**

13:27:06  1    trade-off court reporters, for example, one of you take

13:27:10  2    morning, one of you take afternoon is fine by me.

13:27:15  3          MR. KARIS:  Okay.  We'll look into it.  Also inquire

13:27:19  4    what it would require for inData to make it easiest and most

13:27:23  5    cost effective on everyone.

13:27:25  6          THE COURT:  Right.  I'm glad you all brought that up

13:27:27  7    because the court reporters did find it helped them be

13:27:30  8    extremely accurate on those daily transcripts, and I think that

13:27:33  9    helped you guys during the course of trial.

13:27:36 10          MR. KARIS:  Absolutely.  Okay.  Thank you.

13:27:46 11          THE COURT:  Okay.  Anything we need to discuss with

13:27:49 12    regard to Motions *in Limine*?  Okay.  That's easy.

13:27:58 13          MS. KARIS:  We do plan on filing a couple.  Less than

13:28:02 14    the *Daubert* motions.  That's the good news.  We're prepared to

13:28:09 15    file them on the 9th as are due, so....

13:28:13 16          THE COURT:  Okay.  Less than five?

13:28:18 17          MR. KARIS:  Actually I'm confident to say if not --

13:28:22 18    most likely yes, but certainly not more.

13:28:25 19          THE COURT:  Okay.

13:28:28 20          THE CLERK:  *What's My Line?*

13:28:29 21          THE COURT:  Exactly.

13:28:30 22             Okay.  O'Rourke, less than five?

13:28:34 23          MR. O'ROURKE:  Well, we might have to file some revenge

13:28:39 24    ones if they over-*Daubert* us.

13:28:41 25          THE COURT:  I hear you.  Without knowing that, less

**OFFICIAL TRANSCRIPT**

13:28:44  1    than five?

13:28:45  2            MR. O'ROURKE:  Yes, certainly.

13:28:46  3            THE COURT:  All right.  Okay.  We're in gear on the

13:28:50  4    deadlines for disclosure of video clips, which is December 9th

13:28:55  5    and December 19th, right?

13:29:00  6            MR. LANGAN:  We have a question about that, Your Honor.

13:29:02  7    The answer is generally yes, but some clarity might be helpful

13:29:05  8    for us and perhaps for others.

13:29:08  9            This video clip disclosure on the 12th and the

13:29:11 10    19th, that contemplates page and line?  In other words, we're

13:29:16 11    not just going to give lists of names for whom we're going to

13:29:20 12    play clips, but it's, rather, actual page and lines; is that

13:29:23 13    what's anticipated?

13:29:24 14            THE COURT:  Yes, that's my thought.  You know, page and

13:29:27 15    line, and this is what I'm going to play.

13:29:31 16            MR. LANGAN:  Then the follow-up question is I'm not

13:29:34 17    aware that so far the Court has provided any guidance or limits

13:29:40 18    on, other than common sense, of course, about how many video

13:29:45 19    clips ought to be played or duration.  We know about the

13:29:50 20    overall time limit per side, obviously, but is that an issue?

13:29:56 21            THE COURT:  I don't think it is, Andy, but I will check

13:29:58 22    with Judge Barbier just to make sure.  I mean, you all, I

13:30:02 23    thought, handled the video clips at the last phase very well.

13:30:09 24    I don't anticipate that it's going to be much different, right?

13:30:15 25            MR. KARIS:  Your Honor, this is Carrie.  There were

                              **OFFICIAL TRANSCRIPT**

13:30:17 1    time limits last time in terms of total duration of the videos,

13:30:22 2    and individual ones as well, so we weren't sure if the Court

13:30:25 3    intends those to carry over to the penalty phase as well or if

13:30:30 4    it's reasonable time using that as a guidance as opposed to a

13:30:34 5    rule.

13:30:35 6         THE COURT:  Well, I'd better find out for you very

13:30:38 7    quickly, right?

13:30:41 8         MR. KARIS:  That would be good.

13:30:43 9         THE COURT:  I'll ask.  Remind me what the limitation

13:30:45 10   was last time.

13:30:47 11        MR. KARIS:  I believe it was one hour total with no

13:30:51 12   video to exceed some time limit like 10 or 15 minutes.  I don't

13:30:57 13   want to be quoted on that.  I would have to go back and look.

13:31:00 14        THE COURT:  Okay.  No problem.

13:31:06 15        MR. LANGAN:  Your Honor, as long as we're on the

13:31:08 16   business of clarification, I also had one question about the

13:31:12 17   December 12th witness list submission.

13:31:18 18             I went back and looked at what had been done

13:31:20 19   before for so-called *final exhibit lists* -- or *witness lists*

13:31:25 20   I'm talking about now.  What is contemplated?  Is that a

13:31:29 21   pleading that's filed?  Is that an e-mail?  I'm just kind of

13:31:33 22   wondering, you know, if we should try to all be on the same

13:31:36 23   page about what that's supposed to look like.

13:31:39 24        THE COURT:  Yeah, I contemplate that as a pleading.

13:31:42 25   Just here is our final list of the witnesses.  We can put that

13:31:49  1   into the Judge's and Ben's binders, and they can refer to it as

13:31:55  2   they go.

13:31:59  3          MR. LANGAN:  Fact and expert?

13:32:01  4          THE COURT:  Right.  Exactly.  Just put a caption on the

13:32:04  5   e-mail you would otherwise send.

13:32:07  6          MR. LANGAN:  Okay.

13:32:07  7          MR. KARIS:  Only one additional clarification on that,

13:32:10  8   Your Honor, we do not need to list the video clips that we

13:32:14  9   would play in court on that witness list; correct?

13:32:18 10          THE COURT:  No, I don't think so.  You're going to give

13:32:20 11   each other notice of video clips, and so I think you're okay on

13:32:23 12   that.

13:32:27 13          MR. KARIS:  Okay.  Thank you.

13:32:28 14          THE COURT:  You're welcome.

13:32:28 15          MS. KIRBY:  One more point from me, Your Honor.  The

13:32:31 16   witness list is just the list of names, or does it also need

13:32:33 17   some blurb about what they think they'll say?

13:32:39 18          THE COURT:  Why don't you just put either *fact* or

13:32:41 19   *expert*.

13:32:42 20          MS. KIRBY:  Okay.

13:32:45 21          THE COURT:  Remember, you all are going to be giving

13:32:49 22   Judge Barbier the expert reports pretty soon, right?

13:32:54 23          MS. KIRBY:  Yes.

13:32:55 24          THE COURT:  So if you just list them as *fact* or *expert*,

13:32:58 25   I think we'll be okay.

**OFFICIAL TRANSCRIPT**

13:33:01 1        MS. KIRBY:  Great.

13:33:02 2        MR. O'ROURKE:  Judge, this is Steve O'Rourke with

13:33:04 3  another technical clarification regarding the deposition video

13:33:09 4  clips.

13:33:10 5          On the 12th and the 19th are the two deadlines,

13:33:13 6  but they both just say, "Disclose video clips."  We all

13:33:22 7  understand that to mean disclose video clips of depositions

13:33:25 8  from this case --

13:33:25 9        THE COURT:  Right.  Right.

13:33:25 10        MR. O'ROURKE:  -- not that if some expert shows a video

13:33:27 11  clip of the oil washing onshore, that's not covered by this

13:33:29 12  deadline?

13:33:31 13        THE COURT:  I don't think it is but that would be part

13:33:33 14  of the expert's report already, right?

13:33:35 15        MR. O'ROURKE:  Yes, and it would be disclosed as an

13:33:38 16  exhibit on the exhibit list.

13:33:39 17        THE COURT:  Right.  I think that's right.  Does anybody

13:33:41 18  disagree with that?

13:33:53 19          We have got December 15th for the technical

13:33:55 20  equipment to come into the courthouse, and we have alerted the

13:33:58 21  Marshal's Office, and we'll mark the calendar on the 14th to

13:34:02 22  re-alert them.  Then on the 17th is the technical walkthrough

13:34:08 23  with Courtroom Connect.

13:34:13 24          Remember that that's a technical walkthrough,

13:34:15 25  that the attorneys should not be in there.  It's distracting to

**OFFICIAL TRANSCRIPT**

13:34:19  1   the technical people, as you know.  That was Phase One where we

13:34:26  2   had that problem; wasn't it, Andy?

13:34:28  3        MR. LANGAN:  It was; though, I remember we got a gold

13:34:31  4   star for not being there.

13:34:33  5        THE COURT:  That's correct.  That's why I'm asking you.

13:34:36  6             Okay.  So that's technical people only.  If you

13:34:40  7   all want to come in once the technical people have finished,

13:34:43  8   that's fine, but not while they are setting up.

13:34:46  9             Let's see.  Okay.  We have pretrial statements

13:34:55 10   are due on December 19th.  You all are okay on that?  Okay.

13:35:01 11             Now, it occurred to Mike and me that you all

13:35:05 12   might want to have an increase in the number of telephone

13:35:13 13   conferences we're having.  We'll add them if you want them; we

13:35:16 14   won't add them if you don't.  For example, we could add

13:35:23 15   December 11th, December 18th, and December 30th if you want.

13:35:30 16   Why don't you all think about it and let us know.

13:35:40 17             All right.  Pretrial conference.  Judge Barbier

13:35:43 18   looked at the calendar, and if this doesn't interfere with your

13:35:49 19   already set travel plans, he would like to move it up to

13:35:54 20   January 7th.  That's two days ahead of where we were, and he

13:35:58 21   thinks the two extra days might be helpful if there is anything

13:36:02 22   that comes up that needs to be dealt with.  So just off the top

13:36:09 23   of your heads, is that a problem?

13:36:12 24        MR. LANGAN:  Your Honor, what time does he have in

13:36:13 25   mind?  I don't think so, but could you give us a time that's

13:36:16  1    been set?

13:36:17  2         THE COURT:  Well, it's not set.  He's still aiming at

13:36:20  3    2:00 p.m., which is what time we were getting together on the

13:36:23  4    9th.

13:36:24  5         MR. KARIS:  If we could have it just a few hours,

13:36:27  6    Your Honor, to get back to the Court so we can just check.

13:36:31  7         THE COURT:  That would be fine.  No problem.

13:36:32  8         MR. KARIS:  He's traveling today so it may take us a

13:36:36  9    few additional hours.  By the end of the day.

13:36:37 10         THE COURT:  Is Mike Brock out of that trial yet?

13:36:41 11         MR. KARIS:  I don't know if he's out, but if you're

13:36:43 12    talking about the securities trial --

13:36:46 13         THE COURT:  Yes.

13:36:47 14         MR. KARIS:  -- that has got moved.

13:36:50 15         THE COURT:  I didn't know that.

13:36:51 16         Okay.  Now, Judge Barbier would like to have a

13:36:58 17    proposed joint agenda for the pretrial conference by Tuesday,

13:37:06 18    December 30th.  I don't think that's going to be a big deal.

13:37:14 19    Do you guys?

13:37:14 20         MR. LANGAN:  Should not be.

13:37:15 21         THE COURT:  I didn't think so.

13:37:17 22         MR. O'ROURKE:  This is Steve O'Rourke.  The way it

13:37:21 23    could be -- not the agenda but the way it could be a big deal

13:37:24 24    is if there are many *Dauberts* and *limines* and so on, and if

13:37:29 25    he's planning on taking argument on any of them, I guess I

**OFFICIAL TRANSCRIPT**

13:37:32  1    wonder if is there a way for us to find out beforehand if any

13:37:35  2    of the particular motions he thinks he needs argument on.

13:37:38  3        THE COURT:  Right.  We'll give you the heads-up on

13:37:40  4    that.  Remember that since it's a judge trial, he generally

13:37:46  5    will take up the *Daubert* at the time of trial.  Likewise with

13:37:53  6    the *in limines*, but that doesn't mean he's going to say that's

13:37:59  7    true across the board, so we'll try to find that out from him

13:38:02  8    after we see what you all have filed.  Okay?

13:38:04  9        MR. O'ROURKE:  Great.  Thank you.

13:38:05 10        THE COURT:  Okay.  No problem.

13:38:06 11            Okay.  Let's see.  Next up, he looked at the time

13:38:14 12    allocation again, and I think -- and, Ky, don't go through the

13:38:21 13    roof -- he still wants 45 hours to the U.S. and 45 to BP and

13:38:27 14    Anadarko.

13:38:29 15            Now, you've got a pending motion that, if it's

13:38:32 16    granted, should accommodate you, I think, right?

13:38:38 17        MS. KIRBY:  Well, I understood that 45 hours was

13:38:42 18    probably all it was going to be to begin with.  I think,

13:38:45 19    though, what needs to be clear is that that's between BP and

13:38:48 20    Anadarko.  Anadarko gets some time.

13:38:51 21        THE COURT:  Yeah.  We'll give you an hour or so.

13:38:54 22        MS. KIRBY:  Okay.

13:38:57 23        THE COURT:  Okay.  You all had raised the issue of

13:39:03 24    posttrial briefing and proposing the schedule.  If you're not

13:39:08 25    ready to do that, that's fine, but if you are ready, we can go

13:39:12  1    ahead and put that out there for Judge Barbier.

13:39:15  2        MR. LANGAN:  Your Honor, it's Andy Langan.  So we

13:39:17  3    didn't conclude our negotiations.  We actually got darned close

13:39:23  4    on when but got hung up on pages, believe it or not.  So

13:39:31  5    anyway, that's kind of where we are.

13:39:34  6            I can give chapter and verse on that, but I don't

13:39:37  7    know, you know, since we haven't really -- don't have an

13:39:40  8    agreement, I sort of hesitate to get into the details of the

13:39:43  9    agreement we don't have.

13:39:44  10        THE COURT:  Well, I hear you.  There is two ways we can

13:39:47  11   handle it.  We could go with the dates you've agreed to and let

13:39:53  12   Judge Barbier set the pages or let you take another crack at

13:39:58  13   it.  I bet you all would rather take another crack at it.

13:40:02  14        MR. LANGAN:  Well, I guess -- and again, and if Steve

13:40:05  15   doesn't want to go down this road, I will completely respect

13:40:08  16   that.  I'm happy to talk about what the time looks like, and I

13:40:12  17   think the way we left it was maybe pick up again on the pages,

13:40:15  18   you know, closer to trial or during trial or something like

13:40:18  19   that and try to reach an agreement then.

13:40:20  20        THE COURT:  That's fine with me.

13:40:21  21        MR. LANGAN:  What do you think, Steve?

13:40:23  22        MR. O'ROURKE:  Yeah, I mean, that's where I thought we

13:40:27  23   were standing was we had sort of given up, and we would bring

13:40:29  24   it up back up towards the end of the trial, which is what we

13:40:33  25   did in Phase One.

**OFFICIAL TRANSCRIPT**

13:40:34   1        THE COURT:  That's fine.  Remember, this was never an

13:40:36   2   agenda item for me.  It was something that you all thought

13:40:40   3   maybe we should head towards, but it's fine if you don't have

13:40:44   4   it.

13:40:45   5             Now, last but not least --

13:40:45   6        MR. LANGAN:  I'm sorry, Your Honor, do you want the

13:40:47   7   time?  Do you want me to send you a note?  Why don't I send you

13:40:51   8   a quick note about what time we were talking about at least --

13:40:54   9        THE COURT:  That's fine.

13:40:54  10        MR. LANGAN:  -- if that's okay.  Thank you.

13:40:55  11        THE COURT:  You bet.

13:40:55  12        MR. O'ROURKE:  This is Steve.  The page limit boiled

13:40:58  13   down to the same issue you just raised about trial time.  We

13:41:01  14   think it's the same number of pages per side.  They disagreed

13:41:04  15   and thought the defendants would get more pages than the U.S.,

13:41:08  16   so that doesn't need to be resolved.

13:41:10  17        MR. LANGAN:  Not quite that simple.

13:41:14  18        THE COURT:  It's a much more complicated issue.

13:41:17  19        MR. O'ROURKE:  They had a complex formula but the end

13:41:20  20   result was we got fewer pages.

13:41:23  21        THE COURT:  Did they have an algorithm?

13:41:25  22        MR LANGAN:  [Speaking simultaneously] -- that is not

13:41:25  23   correct.

13:41:26  24        THE COURT:  Wait.  Did BP have an algorithm?

13:41:31  25             Okay.  Last but not least, I don't think we need

**OFFICIAL TRANSCRIPT**

13:41:35  1    it, but, Andy, have you thought about a seating chart?

13:41:39  2        MR. LANGAN:  I've thought that we don't need it.  I

13:41:42  3    mean it's a much simpler thing.  I'm sure we'll work it out

13:41:46  4    with Anadarko on our side, and beyond that, I just can't

13:41:52  5    believe it's that big of a deal at this point.

13:41:55  6        THE COURT:  I agree, but I thought I would raise the

13:41:57  7    issue.

13:41:57  8        MR. LANGAN:  Thank you.

13:41:58  9        THE COURT:  I didn't know whether you had already

13:41:59 10    drafted one or not.  It seems to me, you all decide which side

13:42:04 11    of the courtroom you want your table to be at and call *dibs* and

13:42:13 12    that's our seating chart.

13:42:18 13        MR. O'ROURKE:  We're fine with sitting at the table we

13:42:20 14    have been sitting at, and the defendants can have the jury box

13:42:23 15    because they have probably more people because they have more

13:42:26 16    law firms.

13:42:28 17        MR. LANGAN:  Sounds great.  Thank you.

13:42:29 18        THE COURT:  Done.  All right.  What else do you all

13:42:31 19    want to cover today?

13:42:35 20            Sounds good to me.

13:42:39 21        MR. O'ROURKE:  That's it for us.  Thank you,

13:42:41 22    Your Honor.

13:42:41 23        THE COURT:  Thanks, guys.  Everybody have a good

13:42:44 24    afternoon.

13:42:44 25        MR. LANGAN:  Thank you.

                              **OFFICIAL TRANSCRIPT**

13:42:46   1          MR. KARIS:  Thank you.

2          THE COURT:  Bye-bye.

3               (WHEREUPON, at 1:42 p.m., the proceedings were

4     concluded.)

5                               *    *    *

6

7                         REPORTER'S CERTIFICATE

8

9          I, Cathy Pepper, Certified Realtime Reporter, Registered

10    Merit Reporter, Certified Court Reporter in and for the State

11    of Louisiana, Official Court Reporter for the United States

12    District Court, Eastern District of Louisiana, do hereby

13    certify that the foregoing is a true and correct transcript to

14    the best of my ability and understanding from the record of the

15    proceedings in the above-entitled and numbered matter.

16

17

18                              *s/Cathy Pepper*
                              _____

19                              Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
20                              Registered Merit Reporter
                              Official Court Reporter
21                              United States District Court
                              Cathy_Pepper@laed.uscourts.gov
22

23

24

25

**OFFICIAL TRANSCRIPT**

**#**

**#10-4536** [1] - 1:10

**1**

**10** [1] - 24:12
**10-MD-2179** [1] - 1:7
**100** [1] - 8:2
**11** [2] - 3:15, 3:16
**11th** [1] - 27:15
**12** [1] - 3:18
**12/12** [1] - 12:10
**12th** [4] - 15:2, 23:9, 24:17, 26:5
**12TH** [2] - 3:20, 4:4
**14th** [1] - 26:21
**15** [3] - 3:21, 3:22, 24:12
**15th** [2] - 15:1, 26:19
**15TH** [2] - 3:19, 4:5
**17th** [1] - 26:22
**17TH** [1] - 4:7
**18** [2] - 3:23, 3:24
**18th** [1] - 27:15
**19th** [6] - 11:24, 12:8, 23:5, 23:10, 26:5, 27:10
**19TH........** [1] - 4:9
**19TH.....................** [1] - 4:2
**1:00** [1] - 1:8
**1:42** [1] - 33:3

**2**

**20** [1] - 1:6
**20006** [1] - 2:13
**20044** [1] - 1:22
**2010** [1] - 1:6
**2014** [2] - 1:8, 5:2
**2020** [1] - 2:12
**22** [1] - 3:25
**23** [2] - 4:2, 4:3
**24** [1] - 4:4
**26** [2] - 4:6, 4:8
**27** [4] - 4:9, 4:10, 4:11, 4:12
**28** [1] - 4:14
**29** [2] - 4:15, 4:16
**2:00** [1] - 28:3

**3**

**300** [1] - 2:7
**30th** [2] - 27:15, 28:18
**30TH.........................**

**....** [1] - 4:14
**32** [1] - 4:17

**4**

**4** [2] - 1:8, 5:2
**45** [3] - 29:13, 29:17

**5**

**5** [2] - 3:5, 3:7
**500** [1] - 2:16
**504** [1] - 2:17
**58** [1] - 11:11
**589-7779** [1] - 2:17

**6**

**6** [1] - 3:10
**60** [1] - 11:11
**60654** [1] - 2:7

**7**

**7** [1] - 3:13
**70130** [1] - 2:17
**7611** [1] - 1:21
**7th** [1] - 27:20
**7TH..........** [1] - 4:12

**9**

**9** [1] - 3:14
**9th** [6] - 12:21, 13:4, 14:12, 22:15, 23:4, 28:4
**9TH** [2] - 3:18, 4:2

**A**

**ability** [1] - 33:14
**able** [5] - 9:4, 9:17, 16:6, 16:21, 21:13
**above-entitled** [1] - 33:15
**absolutely** [1] - 22:10
**acceptable** [1] - 14:7
**access** [1] - 21:10
**accommodate** [1] - 29:16
**accurate** [2] - 19:21, 22:8
**ACTION** [1] - 1:7
**actual** [1] - 23:12
**add** [3] - 27:13, 27:14
**additional** [2] - 25:7,

28:9
**address** [1] - 11:13
**addressed** [2] - 14:9, 17:8
**afternoon** [9] - 5:6, 5:8, 5:9, 19:14, 19:24, 21:6, 21:24, 22:2, 32:24
**agenda** [3] - 28:17, 28:23, 31:2
**AGENDA** [1] - 4:13
**ago** [4] - 12:19, 13:6, 13:11, 13:19
**agree** [3] - 8:11, 21:24, 32:6
**agreed** [1] - 30:11
**agreement** [4] - 7:9, 30:8, 30:9, 30:19
**ahead** [4] - 13:5, 15:20, 27:20, 30:1
**aiming** [1] - 30:1
**alert** [1] - 26:22
**alerted** [1] - 26:20
**algorithm** [2] - 31:21, 31:24
**Allan** [1] - 7:5
**allocation** [1] - 29:12
**ALLOCATION............
.........................** [1] - 4:15
**alternative** [1] - 20:25
**amend** [1] - 16:21
**AMERICA** [3] - 1:19, 2:4, 2:5
**amount** [1] - 13:20
**amounts** [2] - 14:20, 14:24
**AN** [1] - 4:10
**Anadarko** [11] - 5:23, 8:11, 13:9, 13:10, 13:13, 16:10, 21:11, 29:14, 29:20, 32:4
**ANADARKO** [3] - 2:9, 2:10, 3:6
**AND** [9] - 2:3, 3:6, 3:8, 3:11, 3:12, 3:17, 3:19, 4:2, 4:16
**ANDREW** [1] - 2:5
**Andy** [16] - 6:24, 7:17, 8:23, 9:10, 9:20, 10:15, 12:24, 13:22, 15:5, 15:13, 18:2, 20:10, 23:21, 27:2, 30:2, 32:1
**answer** [1] - 23:7
**Anthony** [1] - 16:13
**anticipate** [3] - 14:12, 16:18, 23:24
**anticipated** [1] - 23:13
**anyway** [3] - 9:6,

15:22, 30:5
**APPEARANCES** [2] - 1:17, 2:1
**appointment** [1] - 13:16
**APRIL** [1] - 1:6
**ARE** [3] - 3:19, 3:21, 4:9
**area** [1] - 16:21
**argument** [2] - 28:25, 29:2
**ARRIVED** [1] - 3:12
**arrived** [1] - 7:15
**assistance** [1] - 17:5
**associated** [1] - 20:24
**assuming** [1] - 20:20
**AT** [1] - 3:12
**attention** [1] - 17:22
**attorneys** [1] - 26:25
**audio** [3] - 18:17, 18:23, 18:25
**AUDIOVISUAL** [1] - 3:24
**audiovisual** [1] - 18:19
**AV** [1] - 21:2
**available** [3] - 17:15, 20:5, 20:14
**aware** [3] - 9:25, 13:6, 23:17

**B**

**backup** [1] - 16:5
**Barbier** [9] - 8:2, 8:15, 17:4, 23:22, 25:22, 27:17, 28:16, 30:1, 30:12
**BARTOSZEK** [3] - 2:6, 15:8, 20:1
**basis** [1] - 16:20
**BE** [2] - 3:7, 4:3
**became** [1] - 14:5
**BEFORE** [1] - 1:14
**beforehand** [1] - 29:1
**begin** [1] - 29:18
**Ben** [2] - 6:13, 17:19
**Ben's** [1] - 25:1
**best** [1] - 33:14
**bet** [2] - 30:13, 31:11
**better** [1] - 24:6
**between** [2] - 16:9, 29:19
**beyond** [2] - 13:6, 32:4
**big** [3] - 28:18, 28:23, 32:5
**binders** [1] - 25:1
**BINGHAM** [1] - 2:11

**bit** [4] - 12:12, 13:24, 15:13, 18:5
**blurb** [1] - 25:17
**board** [1] - 29:7
**boiled** [1] - 31:12
**box** [1] - 32:14
**BOX** [1] - 1:21
**Boy** [1] - 5:10
**BP** [13] - 2:3, 2:4, 2:4, 3:11, 6:24, 7:14, 7:21, 8:11, 8:23, 14:3, 29:13, 29:19, 31:24
**BP's** [1] - 14:19
**Brandon** [6] - 5:20, 12:6, 15:14, 16:17, 17:2, 18:18
**BRANDON** [1] - 1:21
**brief** [1] - 9:1
**briefed** [1] - 5:25
**BRIEFED............** [1] - 3:7
**briefing** [2] - 6:8, 29:24
**BRIEFING** [1] - 4:16
**bring** [1] - 30:23
**broadly** [1] - 13:18
**Brock** [1] - 28:10
**brought** [2] - 10:24, 22:6
**BUNDLES** [2] - 3:19, 3:20
**bundles** [2] - 15:1, 15:2
**business** [1] - 24:16
**BY** [8] - 1:5, 1:20, 2:5, 2:11, 2:19, 2:19, 3:19, 4:13
**bye** [2] - 33:2
**bye-bye** [1] - 33:2

**C**

**calendar** [2] - 26:21, 27:18
**Cantrell** [1] - 10:1
**caption** [1] - 25:4
**care** [4] - 6:12, 6:15, 8:17, 12:4
**Carrie** [3] - 11:16, 21:9, 23:25
**carry** [1] - 24:3
**case** [1] - 26:8
**cat** [1] - 20:16
**Cathy** [5] - 5:13, 17:18, 19:10, 33:9, 33:19
**CATHY** [1] - 2:15
**cathy_Pepper@laed.**

**uscourts.gov** [1] - 2:18

**Cathy_Pepper@laed .uscourts.gov** [1] - 33:21

**CCR** [2] - 2:15, 33:19

**certain** [2] - 8:5, 12:10

**certainly** [2] - 22:18, 23:2

**CERTIFICATE** [1] - 33:7

**CERTIFIED** [1] - 2:15

**Certified** [3] - 33:9, 33:10, 33:19

**certify** [1] - 15:2, 33:13

**CERTIFY** [1] - 3:20

**CHAMBERS** [1] - 5:3

**change** [1] - 11:14

**changed** [2] - 11:18, 17:10

**changes** [1] - 6:8

**chapter** [1] - 30:6

**chart** [2] - 32:1, 32:12

**CHART**...................... ...................... [1] - 4:17

**check** [3] - 18:22, 23:21, 28:6

**checked** [1] - 18:2

**cheerful** [1] - 5:10

**CHICAGO** [1] - 2:7

**CIVIL** [1] - 1:7

**clarification** [3] - 24:16, 25:7, 26:3

**clarity** [1] - 23:7

**clear** [3] - 8:4, 11:5, 29:19

**clearly** [1] - 14:21

**CLERK** [1] - 22:20

**Clerk's** [1] - 6:10

**clerks** [1] - 17:4

**clip** [2] - 23:9, 26:11

**CLIPS** [2] - 4:1, 4:3

**clips** [9] - 23:4, 23:12, 23:19, 23:23, 25:8, 25:11, 26:4, 26:6, 26:7

**close** [1] - 30:3

**closer** [1] - 30:18

**closest** [1] - 18:13

**COME** [1] - 4:5

**comfortable** [1] - 20:11

**coming** [3] - 9:7, 11:23, 20:8

**comment** [1] - 8:1

**common** [1] - 23:18

**COMPANY** [2] - 2:4, 2:10

**complete** [1] - 15:3

**COMPLETE**............... ....................... [1] - 3:21

**completely** [1] - 30:15

**complex** [1] - 31:19

**complicated** [1] - 31:18

**COMPUTER** [1] - 2:19

**concept** [1] - 15:24

**concerns** [1] - 5:19

**conclude** [1] - 30:3

**concluded** [1] - 33:4

**conducting** [1] - 21:14

**CONFERENCE** [2] - 1:14, 4:13

**conference** [3] - 12:4, 27:17, 28:17

**CONFERENCE**.......... ...................... [1] - 4:11

**conferences** [1] - 27:13

**CONFERENCES..** [1] - 4:10

**confident** [1] - 22:17

**Connect** [2] - 19:4, 26:23

**CONNECT**................. ................... [1] - 4:8

**connections** [1] - 19:4

**contact** [1] - 7:3

**contemplate** [1] - 24:24

**contemplated** [1] - 24:20

**contemplates** [1] - 23:10

**contest** [1] - 14:5

**continue** [1] - 7:5

**CONTINUED** [1] - 2:1

**controversial** [1] - 11:2

**conversations** [1] - 7:4

**copy** [2] - 6:14, 7:4

**CORPORATION** [1] - 2:10

**correct** [8] - 5:25, 6:2, 16:12, 16:15, 25:9, 27:5, 31:23, 33:13

**cost** [2] - 20:24, 22:5

**couple** [1] - 22:13

**course** [4] - 8:11, 17:10, 22:9, 23:18

**Court** [18] - 9:6, 9:7, 16:7, 16:18, 16:20, 17:7, 17:8, 17:14, 18:9, 18:18, 23:17, 24:2, 28:6, 33:10,

33:11, 33:12, 33:20, 33:21

**court** [13] - 16:25, 17:1, 17:4, 17:14, 19:12, 20:5, 20:13, 20:14, 21:4, 21:19, 22:1, 22:7, 25:9

**COURT** [94] - 1:1, 2:15, 5:6, 5:10, 5:22, 6:3, 6:12, 6:15, 6:18, 7:13, 7:25, 8:8, 8:12, 9:2, 9:10, 9:12, 9:17, 9:20, 9:23, 10:6, 10:9, 10:13, 10:15, 10:18, 10:22, 11:19, 12:16, 13:3, 13:18, 14:8, 14:15, 14:17, 14:25, 15:6, 15:11, 15:20, 16:12, 16:23, 17:17, 18:1, 18:11, 18:16, 18:21, 19:4, 19:10, 20:15, 21:8, 21:21, 22:6, 22:11, 22:16, 22:19, 22:21, 22:25, 23:3, 23:14, 23:21, 24:6, 24:9, 24:14, 24:24, 25:4, 25:10, 25:14, 25:18, 25:21, 25:24, 26:9, 26:13, 26:17, 27:5, 28:2, 28:7, 28:10, 28:13, 28:15, 28:21, 29:3, 29:10, 29:21, 29:23, 30:10, 30:20, 31:1, 31:9, 31:11, 31:18, 31:21, 31:24, 32:6, 32:9, 32:18, 32:23, 33:2

**courthouse** [1] - 26:20

**COURTHOUSE**......... ...................... [1] - 4:6

**Courtroom** [2] - 19:4, 26:23

**COURTROOM** [1] - 4:8

**courtroom** [9] - 16:4, 18:4, 18:9, 18:12, 18:13, 18:25, 19:1, 19:12, 32:11

**COURTROOM**.......... ...................... [1] - 3:23

**cover** [2] - 5:18, 32:19

**covered** [1] - 26:11

**crack** [3] - 8:14, 30:12, 30:13

**crew** [1] - 17:23

**cross** [1] - 21:17

**CRR** [2] - 2:15, 33:19

**CULPABILITY** [1] - 3:7

**culpability** [1] - 5:24

**CURRENTLY** [1] - 3:10

**cut** [1] - 17:6

---

## D

**daily** [3] - 16:19, 19:20, 22:8

**damage** [1] - 13:20

**darned** [1] - 30:3

**date** [2] - 12:9, 12:12

**dates** [1] - 30:11

**Daubert** [4] - 10:1, 22:14, 22:24, 29:5

**Dauberts** [2] - 10:4, 28:24

**days** [6] - 9:9, 9:21, 10:25, 19:13, 27:20, 27:21

**DC** [2] - 1:22, 2:13

**deadline** [6] - 6:6, 9:6, 10:11, 12:8, 13:11, 26:12

**deadlines** [3] - 11:22, 23:4, 26:5

**DEADLINES** [1] - 4:1

**deal** [3] - 28:18, 28:23, 32:5

**dealt** [1] - 27:22

**December** [13] - 12:21, 13:4, 15:1, 15:2, 23:4, 23:5, 24:17, 26:19, 27:10, 27:15, 28:18

**DECEMBER** [11] - 1:8, 3:18, 3:19, 3:20, 4:2, 4:4, 4:5, 4:9, 4:14, 5:2

**decide** [2] - 16:15, 32:10

**DEEPWATER** [1] - 1:5

**defendants** [2] - 31:15, 32:14

**deficiencies** [1] - 6:15

**deficiency** [1] - 6:10

**dep** [1] - 11:6

**Department** [2] - 7:11, 13:23

**DEPARTMENT** [1] - 1:19

**deposition** [2] - 15:1, 26:3

**DEPOSITION** [1] - 3:19

**depositions** [2] -

**CRR** [2] - 2:15, 33:19

14:10, 26:7

**derogatory** [1] - 8:19

**details** [2] - 14:4, 30:8

**developing** [1] - 20:7

**dibs** [1] - 32:11

**differences** [1] - 7:14

**DIFFERENCES** [1] - 3:12

**different** [3] - 7:24, 11:6, 23:24

**direct** [1] - 21:17

**disagree** [1] - 26:18

**disagreed** [1] - 31:14

**disagreement** [1] - 7:19

**Disclose** [1] - 26:6

**disclose** [2] - 13:14, 26:7

**disclosed** [1] - 26:15

**disclosure** [2] - 23:4, 23:9

**DISCLOSURE** [1] - 4:1

**discuss** [1] - 22:11

**discussion** [2] - 19:9, 20:7

**discussions** [3] - 14:2, 15:15, 20:3

**dispute** [1] - 10:1

**distracted** [3] - 8:18, 8:19, 9:18

**distracting** [1] - 26:25

**DISTRICT** [2] - 1:1, 1:2

**District** [3] - 33:12, 33:21

**document** [1] - 12:4

**DOCUMENT** [1] - 1:10

**documents** [5] - 6:11, 12:10, 17:11, 21:2, 21:15

**dollar** [2] - 14:20, 14:24

**done** [7] - 13:2, 13:16, 13:21, 15:7, 15:16, 24:18, 32:18

**down** [5] - 5:16, 8:21, 9:13, 30:15, 31:13

**download** [3] - 19:25, 21:10, 21:13

**draft** [3] - 7:2, 7:4, 8:14

**drafted** [1] - 32:10

**drafts** [2] - 7:18, 13:24

**drive** [5] - 19:25, 21:3, 21:16, 21:22, 21:23

**drives** [1] - 16:19

**DUE** [3] - 3:6, 3:19, 4:9

**due** [6] - 5:23, 10:4,

13:4, 15:1, 22:15, 27:10
**DURATION** [1] - 4:3
**duration** [2] - 23:19, 24:1
**during** [2] - 22:9, 30:18

## E

**E&P** [1] - 2:10
**e-mail** [3] - 12:25, 24:21, 25:5
**easiest** [1] - 22:4
**Eastern** [1] - 33:12
**EASTERN** [1] - 1:2
**easy** [1] - 22:12
**economic** [1] - 8:7
**effective** [1] - 22:5
**either** [2] - 21:5, 25:18
**ELLIS** [1] - 2:5
**emergency** [1] - 9:14
**end** [5] - 19:23, 21:19, 28:9, 30:24, 31:19
**ENFORCEMENT** [1] - 1:20
**entitled** [1] - 33:15
**enumerate** [3] - 13:9, 14:21, 14:22
**environmental** [1] - 8:6
**ENVIRONMENTAL** [1] - 1:20
**EQUIPMENT** [2] - 3:24, 4:5
**equipment** [4] - 16:4, 17:24, 18:19, 26:20
**ERRATA** [1] - 3:15
**errata** [2] - 11:1, 11:12
**error** [1] - 11:9
**errors** [2] - 11:3, 11:6
**especially** [1] - 16:1
**ESQUIRE** [7] - 1:20, 1:21, 2:5, 2:6, 2:6, 2:11, 2:12
**etcetera** [1] - 10:2
**event** [1] - 5:17
**eventually** [1] - 8:11
**exactly** [1] - 10:23, 22:21, 25:4
**exam** [1] - 21:15
**example** [7] - 11:24, 13:19, 13:21, 19:16, 21:16, 22:1, 27:14
**exams** [1] - 21:16
**exceed** [1] - 24:12
**exchange** [1] - 13:1
**exchanged** [1] - 7:18
**exchanging** [1] -

13:24
**Exclude** [1] - 5:24
**EXCLUDE** [1] - 3:7
**Exhibit** [1] - 8:25
**exhibit** [5] - 11:25, 19:1, 24:19, 26:16
**exhibits** [9] - 11:22, 16:8, 16:11, 18:23, 19:11, 19:16, 21:10, 21:18, 21:20
**EXHIBITS**..................
........................ [1] - 3:16
**expect** [2] - 12:10, 13:7
**expensive** [1] - 15:25
**EXPERT** [1] - 3:15
**expert** [10] - 10:8, 11:1, 14:10, 14:21, 15:23, 25:3, 25:19, 25:22, 25:24, 26:10
**expert's** [1] - 26:14
**experts** [3] - 9:24, 10:20, 14:22
**EXPERTS**..................
........................ [1] - 3:14
**EXPLORATION** [1] - 2:3
**extension** [1] - 13:15
**extensive** [1] - 16:1
**extent** [1] - 20:25
**extra** [1] - 27:21
**extremely** [1] - 22:8

## F

**fact** [4] - 14:10, 25:3, 25:18, 25:24
**fair** [2] - 6:25, 11:19
**far** [3] - 7:18, 10:1, 23:17
**few** [6] - 7:18, 9:9, 9:21, 10:25, 28:5, 28:9
**fewer** [2] - 15:17, 17:11, 31:20
**file** [8] - 7:12, 9:5, 10:5, 12:25, 13:7, 13:17, 22:15, 22:23
**filed** [10] - 6:6, 6:7, 6:11, 7:11, 7:21, 7:22, 9:1, 9:4, 24:21, 29:8
**FILING** [1] - 3:18
**filing** [3] - 10:7, 12:21, 22:13
**filings** [1] - 10:12
**final** [4] - 11:25, 12:4,

24:19, 24:25
**finally** [1] - 13:12
**findings** [2] - 8:5, 8:6
**fine** [16] - 8:24, 9:10, 9:12, 9:20, 18:16, 20:21, 21:22, 22:2, 27:8, 28:7, 29:25, 30:20, 31:1, 31:3, 31:9, 32:13
**fines** [1] - 13:1
**finished** [2] - 21:5, 27:7
**firms** [1] - 32:16
**fish** [1] - 9:14
**five** [4] - 10:18, 22:16, 22:22, 23:1
**fix** [2] - 11:9, 11:12
**fixing** [1] - 11:3, 11:5
**flash** [1] - 16:19
**floor** [1] - 18:13
**focus** [1] - 9:17
**folks** [1] - 17:6
**follow** [1] - 23:16
**follow-up** [1] - 23:16
**following** [1] - 12:1
**FOR** [7] - 1:19, 2:3, 2:9, 3:18, 4:1, 4:5, 4:13
**foregoing** [1] - 33:13
**form** [1] - 16:18
**formal** [1] - 7:9
**formula** [1] - 31:19
**frankly** [1] - 7:8
**FROM** [1] - 3:6
**frying** [1] - 9:15
**FTP** [2] - 3:5, 5:17
**full** [1] - 17:13
**fully** [1] - 5:25
**FULLY** [1] - 3:7

## G

**game** [1] - 13:5
**gear** [1] - 23:3
**general** [1] - 15:24
**generally** [3] - 16:13, 23:7, 29:4
**given** [3] - 12:12, 15:17, 30:23
**glad** [2] - 20:12, 22:6
**gold** [1] - 27:3
**granted** [1] - 29:16
**great** [3] - 26:1, 29:9, 32:17
**group** [3] - 5:10, 9:15, 17:3
**guess** [12] - 5:15, 7:11, 7:13, 8:24, 9:9, 10:23, 11:23, 13:18,

21:8, 28:25, 30:14
**guidance** [2] - 23:17, 24:4
**GULF** [1] - 1:6
**guy** [1] - 21:24
**guys** [7] - 5:13, 7:13, 11:8, 19:10, 22:9, 28:19, 32:23

## H

**hand** [2] - 19:25, 21:4
**handle** [1] - 30:11
**handled** [2] - 12:7, 23:23
**happy** [3] - 8:9, 8:10, 30:16
**hard** [1] - 13:23
**HARIKLIA** [1] - 2:6
**HAVE** [2] - 3:11, 3:17
**HB406** [1] - 2:16
**HE** [1] - 4:12
**head** [1] - 31:3
**heads** [1] - 11:20, 27:23, 29:3
**heads-up** [2] - 11:20, 29:3
**hear** [4] - 18:25, 20:12, 22:25, 30:10
**heard** [1] - 7:7
**HEARD** [1] - 1:14
**help** [2] - 19:17, 21:6
**helped** [2] - 22:7, 22:9
**helpful** [4] - 19:20, 21:2, 23:7, 27:21
**hereby** [1] - 33:12
**hesitate** [1] - 30:8
**highly** [2] - 20:19, 20:20
**hold** [2] - 17:17, 19:7
**Honor** [34] - 5:20, 6:1, 6:4, 6:24, 7:17, 8:23, 9:22, 10:3, 10:11, 10:20, 11:4, 12:6, 12:24, 13:1, 13:8, 13:22, 14:18, 15:4, 15:8, 15:12, 16:17, 18:7, 19:3, 20:1, 23:6, 23:25, 24:15, 25:8, 25:15, 27:24, 28:6, 30:2, 31:6, 32:22
**HONORABLE** [1] - 1:14
**hope** [2] - 10:21, 10:22
**HOPEFULLY** [1] - 3:9
**hopefully** [1] - 6:21
**HORIZON** [1] - 1:5

**hour** [2] - 24:11, 29:21
**hours** [4] - 28:5, 28:9, 29:13, 29:17
**HOW** [1] - 4:3
**hundred** [2] - 17:2, 17:3
**hung** [1] - 30:4

## I

**ideas** [1] - 7:2
**IL** [1] - 2:7
**impact** [1] - 8:4
**impending** [1] - 13:11
**importantly** [1] - 18:9
**IN** [6] - 1:5, 1:6, 3:24, 3:25, 4:10, 5:3
**INC** [2] - 2:3, 2:5
**incident** [1] - 13:2
**including** [1] - 20:9
**incorporate** [1] - 20:3
**INCREASE** [1] - 4:10
**increase** [1] - 27:12
**inData** [21] - 15:2, 15:7, 15:9, 15:15, 15:25, 16:19, 16:21, 17:5, 17:9, 17:15, 17:21, 17:24, 18:3, 18:20, 19:22, 20:4, 20:8, 20:17, 20:25, 22:4
**INDATA** [1] - 3:20
**INDATA**..................
........................ [1] - 3:22
**individual** [1] - 24:2
**individuals** [2] - 20:10, 21:3
**initiated** [1] - 7:3
**inquire** [1] - 22:3
**insight** [1] - 17:14
**instruct** [1] - 21:3
**intend** [1] - 18:18
**intends** [1] - 24:3
**interfere** [1] - 27:18
**INTO** [1] - 4:6
**involved** [1] - 15:14
**IS** [4] - 3:12, 3:20, 4:1, 4:7
**issue** [10] - 7:13, 11:23, 12:8, 15:18, 18:8, 23:20, 29:23, 31:13, 31:18, 32:7
**issues** [5] - 7:10, 8:5, 8:7, 14:1, 14:9
**IT** [1] - 4:12
**item** [1] - 31:2
**ITEMS** [1] - 3:3
**itself** [3] - 17:11,

17:24, 18:25

## J

JANUARY [1] - 4:12
January [1] - 27:20
Joe [1] - 15:8
joint [1] - 28:17
JOINT [1] - 4:13
JUDGE [1] - 1:15
Judge [12] - 5:8, 5:9,
8:2, 8:15, 11:10,
17:4, 23:22, 25:22,
27:17, 28:16, 30:1,
30:12
judge [2] - 26:2, 29:4
Judge's [1] - 25:1
jury [1] - 32:14
JUSTICE [1] - 1:19

## K

Kanner [1] - 7:5
Karis [1] - 14:11
KARIS [20] - 2:6, 5:9,
11:4, 11:13, 20:23,
21:13, 22:3, 22:10,
22:13, 22:17, 23:25,
24:8, 24:11, 25:7,
25:13, 28:5, 28:8,
28:11, 28:14, 33:1
keep [1] - 8:9
kind [6] - 8:21, 9:12,
15:17, 17:22, 24:21,
30:5
Kirby [2] - 6:1, 11:15
KIRBY [9] - 2:11, 6:1,
11:15, 25:15, 25:20,
25:23, 26:1, 29:17,
29:22
KIRKLAND [1] - 2:5
knowing [1] - 22:25
Ky [3] - 6:1, 11:15,
29:12
KY [1] - 2:11

## L

LA [1] - 2:17
Lafayette [1] - 18:13
Langan [6] - 6:24,
8:23, 12:24, 13:22,
15:5, 30:2
LANGAN [43] - 2:5,
6:24, 8:23, 9:3, 9:11,
9:19, 9:22, 10:10,
10:14, 10:17, 10:19,
12:24, 13:4, 13:22,

14:9, 14:16, 15:4,
15:12, 15:22, 16:15,
17:23, 18:7, 18:15,
19:8, 23:6, 23:16,
24:15, 25:3, 25:6,
27:3, 27:24, 28:20,
30:2, 30:14, 30:21,
31:6, 31:10, 31:17,
31:22, 32:2, 32:8,
32:17, 32:25
LASALLE [1] - 2:7
last [17] - 7:21, 7:22,
8:16, 8:22, 8:25, 9:8,
12:2, 16:12, 16:21,
16:24, 18:12, 23:23,
24:1, 24:10, 31:5,
31:25
law [1] - 32:16
least [4] - 7:10, 31:5,
31:8, 31:25
left [1] - 30:17
lengthy [1] - 14:13
less [4] - 22:13, 22:16,
22:22, 22:25
lie [1] - 11:10
LIKE [1] - 4:12
likely [2] - 11:2, 22:18
likewise [2] - 21:18,
29:5
Limine [1] - 22:12
LIMINE.....................
.............. [1] - 3:25
limines [2] - 28:24,
29:6
limit [5] - 17:6, 18:5,
23:20, 24:12, 31:12
limitation [1] - 24:9
limited [1] - 17:23
limits [2] - 23:17, 24:1
Line [1] - 22:20
line [2] - 23:10, 23:15
lines [2] - 11:8, 23:12
LIST [1] - 4:4
list [9] - 12:10, 24:17,
24:25, 25:8, 25:9,
25:16, 25:24, 26:16
listen [1] - 6:19
lists [4] - 11:25, 23:11,
24:19
lodged [1] - 12:3
lodging [2] - 11:24
look [7] - 7:21, 14:17,
18:20, 20:15, 22:3,
24:13, 24:23
looked [5] - 8:12,
8:13, 24:18, 27:18,
29:11
looking [2] - 9:24,
20:25
looks [1] - 30:16

LOTTERMAN [1] -
2:12
Louisiana [5] - 6:21,
7:3, 9:5, 33:11,
33:12
LOUISIANA [3] - 1:2,
1:8, 3:8
LP [1] - 2:11
luckily [1] - 13:5

## M

MAGISTRATE [1] -
1:15
mail [3] - 12:25, 24:21,
25:5
manner [1] - 8:19
MANY [1] - 4:3
mark [1] - 26:21
Marshal's [1] - 26:21
marshalling [1] - 12:4
mathematical [1] -
11:3, 11:5, 11:9
matter [1] - 33:15
MCCUTCHEN [1] -
2:11
mean [7] - 8:18, 21:1,
23:22, 26:7, 29:6,
30:22, 32:3
means [1] - 21:1
MECHANICAL [1] -
2:19
meet [1] - 8:10
meeting [1] - 13:25
mentioned [1] - 20:10
Merit [2] - 33:10,
33:24
MERIT [1] - 2:16
MEXICO [1] - 1:6
middle [1] - 11:22
might [13] - 8:5, 10:10,
12:11, 12:14, 15:16,
16:5, 16:21, 17:23,
18:8, 22:23, 23:7,
27:12, 27:21
Mike [4] - 5:11, 27:11,
28:10
mind [1] - 27:25
minute [1] - 17:18
minutes [1] - 24:12
Miss [1] - 19:19
MISSISSIPPI [1] - 3:9
Mississippi [3] - 6:21,
7:6, 7:7
mitigate [1] - 13:20
Monday [1] - 13:16
money [1] - 14:3
monitors [1] - 18:21
moot [3] - 6:21, 7:1,

8:5
MOOT [1] - 3:9
morning [6] - 19:14,
19:16, 19:23, 21:5,
21:23, 22:2
morning's [1] - 19:17
most [3] - 18:9, 22:4,
22:18
Motion [1] - 5:24
MOTION [1] - 3:6
motion [3] - 6:7, 10:7,
29:15
MOTIONS [1] - 3:25
motions [4] - 6:22,
10:1, 22:14, 29:2
Motions [1] - 22:12
MOTIONS.................
......... [1] - 3:10
move [2] - 12:11,
27:19
MOVE [1] - 4:12
moved [1] - 28:14
MR [95] - 5:20, 6:4,
6:13, 6:17, 6:24,
7:17, 8:1, 8:9, 8:23,
9:3, 9:11, 9:16, 9:19,
9:22, 10:3, 10:7,
10:10, 10:14, 10:17,
10:19, 10:20, 10:24,
11:4, 11:8, 11:13,
11:17, 12:6, 12:24,
13:4, 13:8, 13:22,
14:9, 14:16, 14:18,
15:4, 15:8, 15:12,
15:22, 16:15, 16:17,
17:1, 17:23, 18:2,
18:7, 18:15, 18:18,
19:3, 19:8, 20:1,
20:23, 21:13, 22:3,
22:10, 22:17, 22:23,
23:2, 23:6, 23:16,
23:25, 24:8, 24:11,
24:15, 25:3, 25:6,
25:7, 25:13, 26:2,
26:10, 26:15, 27:3,
27:24, 28:5, 28:8,
28:11, 28:14, 28:20,
28:22, 29:9, 30:2,
30:14, 30:21, 30:22,
31:6, 31:10, 31:12,
31:17, 31:19, 31:22,
32:2, 32:8, 32:13,
32:17, 32:21, 32:25,
33:1
MS [10] - 5:9, 6:1,
11:15, 22:13, 25:15,
25:20, 25:23, 26:1,
29:17, 29:22
mute [2] - 17:18, 18:7

N

nail [2] - 8:21, 9:13
name [1] - 5:14
names [2] - 23:11,
25:16
NARROWED [1] - 3:11
narrowed [2] - 7:10,
7:14
necessarily [1] -
15:22
need [17] - 9:25,
13:14, 15:25, 16:5,
17:16, 17:20, 17:22,
18:9, 20:8, 20:9,
20:11, 22:11, 25:8,
25:16, 31:16, 31:25,
32:2
needs [5] - 17:7, 17:8,
27:22, 29:2, 29:19
negotiating [1] - 14:6
negotiations [1] - 30:3
never [2] - 14:5, 31:1
NEW [2] - 1:8, 2:17
news [1] - 22:14
next [8] - 9:5, 9:9,
9:20, 9:24, 10:25,
11:21, 14:25, 29:11
NO [1] - 1:7
none [1] - 13:21
nonparties [1] - 7:16
NONPARTIES..........
[1] - 3:13
NORTH [1] - 2:5
north [1] - 10:10
north... [1] - 10:13
note [2] - 31:7, 31:8
nothing [1] - 12:1
notice [2] - 6:9, 25:11
number [2] - 27:12,
31:14
NUMBER [1] - 4:10
numbered [1] - 33:15
NW [1] - 2:12

O

O'ROURKE [28] -
1:20, 6:4, 6:13, 6:17,
7:17, 8:1, 8:9, 9:16,
10:3, 10:7, 10:20,
10:24, 11:8, 11:17,
13:8, 14:18, 22:23,
23:2, 26:2, 26:10,
26:15, 28:22, 29:9,
30:22, 31:12, 31:19,
32:13, 32:21
O'Rourke [7] - 6:4,

10:4, 13:8, 14:18, 22:22, 26:2, 28:22
**objection** [2] - 12:12, 12:13
**objections** [4] - 11:24, 11:25, 12:3, 12:9
**obviously** [1] - 23:20
**occurred** [1] - 27:11
**OF** [8] - 1:2, 1:6, 1:14, 1:19, 3:18, 4:1, 4:10
**Off-the-record** [1] - 19:9
**Office** [2] - 6:10, 26:21
**OFFICE** [1] - 1:21
**Official** [2] - 33:11, 33:20
**OFFICIAL** [1] - 2:15
**oil** [1] - 26:11
**OIL** [2] - 1:5, 1:5
**ON** [4] - 1:6, 3:6, 4:7, 4:9
**once** [2] - 10:25, 27:7
**one** [26] - 6:5, 7:19, 8:1, 10:7, 10:8, 10:22, 10:24, 12:25, 13:6, 13:9, 13:10, 18:11, 18:12, 18:14, 19:13, 19:14, 20:16, 21:21, 21:23, 22:1, 22:2, 24:11, 24:16, 25:7, 25:15, 32:10
**One** [2] - 27:1, 30:25
**ones** [2] - 22:24, 24:2
**onshore** [1] - 26:11
**opinions** [1] - 11:17
**oppose** [1] - 13:15
**opposed** [1] - 24:4
**opposition** [1] - 6:7
**optimistic** [1] - 7:8
**option** [1] - 21:14
**OR** [2] - 3:15, 4:3
**order** [9] - 5:18, 7:2, 7:4, 7:9, 7:15, 7:23, 8:14, 21:23
**ORDER** [1] - 3:13
**ORLEANS** [2] - 1:8, 2:17
**otherwise** [2] - 9:5, 25:5
**OUGHT** [1] - 4:3
**ought** [1] - 23:19
**ourselves** [2] - 14:19, 16:11
**OUT** [1] - 3:9
**outlining** [1] - 20:8
**outwards** [1] - 12:12
**over-Daubert** [1] - 22:24
**overall** [1] - 23:20
**overflow** [4] - 18:9,

18:11, 18:19, 19:1
**OVERFLOW** [2] - 3:23, 3:24

# P

**P.L.C** [1] - 2:4
**P.M** [1] - 1:8
**p.m** [2] - 28:3, 33:3
**PAGE** [1] - 3:3
**page** [6] - 12:18, 23:10, 23:12, 23:14, 24:23, 31:12
**pages** [7] - 6:8, 30:4, 30:12, 30:17, 31:14, 31:15, 31:20
**papers** [1] - 6:5
**part** [1] - 26:13
**particular** [1] - 29:2
**parties** [3] - 6:13, 15:17, 17:16
**party** [1] - 21:1
**pat** [1] - 5:16
**PDF** [1] - 16:19
**penalties** [1] - 13:1
**PENALTY** [1] - 1:14
**penalty** [2] - 8:20, 24:3
**pending** [2] - 6:22, 29:15
**PENDING** [1] - 3:10
**people** [11] - 18:3, 18:4, 20:4, 20:16, 20:20, 20:21, 21:9, 27:1, 27:6, 27:7, 32:15
**Pepper** [6] - 5:13, 17:18, 19:19, 33:9, 33:18, 33:19
**PEPPER** [1] - 2:15
**per** [2] - 23:20, 31:14
**percent** [5] - 8:2, 11:11, 17:2, 17:4
**perfect** [2] - 9:21, 10:9
**perhaps** [3] - 6:6, 7:10, 23:8
**periodic** [1] - 16:20
**person** [3] - 19:15, 19:22, 21:1
**PETER** [1] - 2:6
**Peter** [6] - 15:4, 15:6, 15:8, 16:13, 20:1, 20:19
**PETROLEUM** [1] - 2:10
**Phase** [3] - 17:10, 27:1, 30:25
**PHASE** [1] - 1:14
**phase** [5] - 8:20, 12:3,

16:12, 23:23, 24:3
**phases** [3] - 15:17, 16:1, 16:4
**pick** [1] - 30:17
**placeholder** [1] - 15:18
**plan** [2] - 17:21, 22:13
**planning** [1] - 28:25
**plans** [1] - 27:19
**play** [4] - 8:25, 23:12, 23:15, 25:9
**played** [1] - 23:19
**PLAYED** [1] - 4:3
**pleading** [2] - 24:21, 24:24
**point** [9] - 6:5, 7:8, 14:5, 15:19, 16:9, 20:2, 20:17, 25:15, 32:5
**pointed** [2] - 11:8, 11:11
**points** [1] - 20:9
**POST** [1] - 1:21
**POSTTRIAL** [1] - 4:16
**posttrial** [2] - 8:3, 29:24
**POYDRAS** [1] - 2:16
**predict** [1] - 7:1
**prefer** [1] - 21:22
**prepare** [1] - 8:20
**prepared** [2] - 19:23, 22:14
**present** [1] - 14:13
**presentation** [1] - 16:5
**presented** [2] - 11:10, 11:23
**PRETRIAL** [4] - 3:17, 4:9, 4:11, 4:13
**pretrial** [4] - 12:20, 27:9, 27:17, 28:17
**pretty** [3] - 8:14, 16:10, 25:22
**problem** [7] - 12:16, 19:6, 24:14, 27:2, 27:23, 28:7, 29:10
**proceedings** [2] - 33:3, 33:15
**PROCEEDINGS** [3] - 1:14, 2:19, 5:1
**process** [1] - 12:13
**PRODUCED** [1] - 2:19
**producing** [1] - 12:9
**PRODUCTION** [2] - 2:3, 2:4
**progress** [3] - 6:23, 6:25, 9:4
**proposal** [1] - 12:11
**PROPOSED** [2] - 3:8, 4:13

**proposed** [4] - 6:20, 7:23, 13:10, 28:17
**proposing** [1] - 29:24
**PROPOSING** [1] - 4:16
**protects** [1] - 7:15
**PROTECTS** [1] - 3:13
**provide** [2] - 18:19, 18:20
**provided** [1] - 23:17
**provision** [1] - 7:20
**PSC** [1] - 16:2
**push** [1] - 12:14
**put** [10] - 19:19, 19:24, 21:2, 21:11, 21:15, 21:16, 24:25, 25:4, 25:18, 30:1

# Q

**qualified** [2] - 20:19, 20:20
**quantification** [2] - 8:6, 8:7
**quick** [1] - 31:8
**quickly** [1] - 24:7
**quite** [3] - 13:13, 13:24, 31:17
**quote** [1] - 9:8
**quoted** [1] - 24:13
**quotes** [1] - 19:18

# R

**raise** [1] - 32:6
**raised** [3] - 17:2, 29:23, 31:13
**ran** [1] - 7:18
**rather** [2] - 23:12, 30:13
**RE** [1] - 1:5
**re** [1] - 26:22
**re-alert** [1] - 26:22
**reach** [1] - 30:19
**ready** [6] - 5:18, 18:17, 18:22, 21:3, 29:25
**really** [4] - 11:11, 12:22, 14:5, 30:7
**REALTIME** [1] - 2:15
**Realtime** [2] - 33:9, 33:19
**reason** [2] - 16:23, 19:11
**REASONABLE** [1] - 3:13
**reasonable** [2] - 7:15, 24:4

**reasons** [1] - 14:1
**recently** [1] - 13:14
**record** [2] - 19:9, 33:14
**RECORDED** [1] - 2:19
**redacted** [1] - 10:2
**redline** [2] - 8:13, 8:16
**refer** [1] - 25:1
**regard** [1] - 22:12
**regarding** [2] - 13:20, 26:3
**Registered** [1] - 33:9
**REGISTERED** [1] - 2:16
**registered** [1] - 33:20
**related** [1] - 12:8
**RELATES** [1] - 1:10
**relative** [1] - 6:20
**RELATIVE** [1] - 3:8
**remember** [8] - 16:24, 18:14, 18:23, 25:21, 26:24, 27:3, 29:4, 31:1
**remind** [1] - 24:9
**reply** [1] - 5:23
**REPLY** [1] - 3:6
**report** [2] - 11:14, 26:14
**reporter** [7] - 17:1, 17:4, 20:6, 20:13, 20:14, 21:4, 21:19
**Reporter** [7] - 33:9, 33:10, 33:11, 33:19, 33:20, 33:20
**REPORTER** [3] - 2:15, 2:15, 2:16
**REPORTER'S** [1] - 33:7
**reporters** [5] - 16:25, 17:14, 19:12, 22:1, 22:7
**reports** [6] - 10:2, 11:2, 11:7, 14:10, 14:21, 25:22
**REPORTS........** [1] - 3:15
**requests** [1] - 17:11
**require** [1] - 22:4
**resolution** [1] - 12:13
**resolved** [2] - 7:20, 31:16
**respect** [1] - 30:15
**result** [1] - 31:20
**revenge** [1] - 22:23
**RIG** [1] - 1:5
**RMR** [2] - 2:15, 33:19
**road** [1] - 30:15
**Robers** [5] - 5:20, 12:6, 15:23, 16:17, 18:18

**ROBERS** [8] - 1:21, 5:20, 12:6, 16:17, 17:1, 18:2, 18:18, 19:3
**role** [1] - 15:24
**roll** [2] - 5:18, 18:22
**roof** [1] - 29:13
**ROOM** [1] - 2:16
**room** [2] - 9:14, 18:19
**ROOM..............** [1] - 3:24
**rotating** [1] - 19:12
**rule** [2] - 8:2, 24:5
**rulings** [1] - 8:3
**running** [1] - 21:1
**rush** [1] - 9:14

# S

**s/Cathy** [1] - 33:18
**SALLY** [1] - 1:14
**scaled** [1] - 15:16
**schedule** [1] - 29:24
**SCHEDULE.......** [1] - 4:16
**screen** [2] - 19:1, 19:19, 19:24
**seating** [2] - 32:1, 32:12
**SEATING** [1] - 4:17
**second** [2] - 11:16, 19:7
**SECTION** [1] - 1:20
**securities** [1] - 28:12
**see** [16] - 6:19, 7:10, 7:23, 11:2, 11:4, 11:13, 11:21, 11:22, 12:11, 14:19, 16:23, 18:9, 18:25, 27:9, 29:8, 29:11
**seeing** [1] - 20:10
**send** [4] - 9:7, 25:5, 31:7
**sense** [2] - 12:14, 23:18
**sent** [2] - 7:6, 13:13
**separate** [1] - 6:11
**serve** [1] - 10:25
**session** [5] - 19:16, 19:18, 19:24, 21:5, 21:6
**set** [6] - 5:21, 6:5, 27:19, 28:1, 28:2, 30:12
**setting** [1] - 27:8
**setup** [1] - 16:3
**shape** [1] - 16:10
**shared** [2] - 7:2, 7:4
**sheet** [1] - 11:12

**sheets** [1] - 11:1
**SHEETS** [1] - 3:15
**shown** [1] - 18:24
**shows** [1] - 26:10
**SHUSHAN** [1] - 1:14
**side** [4] - 23:20, 31:14, 32:4, 32:10
**sideways** [1] - 14:2
**signed** [1] - 11:1
**simple** [1] - 31:17
**simpler** [1] - 32:3
**simultaneously** [2] - 21:7, 31:22
**site** [1] - 5:17
**SITE..........................** .............. [1] - 3:5
**sitting** [2] - 32:13, 32:14
**skin** [1] - 20:16
**slightly** [3] - 10:10, 10:13, 15:16
**so-called** [1] - 24:19
**so...** [1] - 22:15
**somewhere** [1] - 18:4
**soon** [1] - 25:22
**sorry** [2] - 5:13, 31:6
**sort** [4] - 7:22, 14:1, 30:8, 30:23
**sound** [2] - 5:10, 5:11
**sounded** [1] - 18:3
**sounds** [3] - 8:24, 32:17, 32:20
**speaking** [2] - 21:6, 31:22
**spent** [7] - 13:20, 13:24, 14:3, 14:20, 14:22, 14:23
**SPILL** [1] - 1:5
**spill** [1] - 13:21
**spoken** [2] - 7:1, 8:14
**Square** [1] - 18:13
**staffing** [1] - 17:7
**standby** [1] - 17:20
**standing** [1] - 30:23
**star** [1] - 27:4
**started** [3] - 12:19, 13:5, 14:2
**State** [2] - 7:3, 33:10
**state** [1] - 8:24
**statements** [1] - 27:9
**STATEMENTS** [1] - 4:9
**STATES** [4] - 1:1, 1:15, 1:19, 3:11
**States** [5] - 7:11, 7:14, 16:9, 33:11, 33:21
**states** [1] - 8:10
**STATUS** [1] - 1:14
**staying** [1] - 15:7

**STENOGRAPHY** [1] - 2:19
**Steve** [13] - 6:4, 6:16, 7:2, 9:3, 10:4, 11:5, 13:8, 14:18, 26:2, 28:22, 30:14, 30:21, 31:12
**STEVEN** [1] - 1:20
**still** [3] - 7:19, 28:2, 29:13
**stipulation** [5] - 6:20, 8:10, 12:25, 13:19, 14:13
**STIPULATION** [1] - 3:8
**stipulations** [3] - 12:20, 12:21, 13:7
**STIPULATIONS** [1] - 3:17
**STIPULATIONS......** - 3:18
**STREET** [2] - 2:12, 2:16
**stuff** [1] - 15:17
**submission** [1] - 24:17
**SUBMISSION............** ... [1] - 4:4
**submissions** [1] - 16:18
**substantive** [1] - 7:19
**sufficiently** [1] - 10:14
**supply** [1] - 19:2
**supposed** [3] - 6:9, 7:12, 24:23
**system** [1] - 16:5

# T

**table** [3] - 14:6, 32:11, 32:13
**target** [1] - 10:2
**tasks** [1] - 20:11
**tech** [6] - 20:16, 20:19, 20:21, 21:1, 21:9, 21:24
**TECHNICAL** [2] - 4:5, 4:7
**technical** [7] - 26:3, 26:19, 26:22, 26:24, 27:1, 27:6, 27:7
**tee** [1] - 18:8
**TELEPHONE** [2] - 4:10, 5:3
**telephone** [1] - 27:12
**ten** [4] - 10:16, 10:20, 10:21, 10:22
**terms** [1] - 24:1
**testified** [1] - 11:6

**THAT** [2] - 3:13, 3:20
**THE** [107] - 1:5, 1:6, 1:14, 1:19, 3:5, 3:11, 3:20, 4:5, 4:6, 4:7, 4:10, 4:13, 4:16, 5:6, 5:10, 5:22, 6:3, 6:12, 6:15, 6:18, 7:13, 7:25, 8:8, 8:12, 9:2, 9:10, 9:12, 9:17, 9:20, 9:23, 10:6, 10:9, 10:13, 10:15, 10:18, 10:22, 11:19, 12:16, 13:3, 13:18, 14:8, 14:15, 14:17, 14:25, 15:6, 15:11, 15:20, 16:12, 16:23, 17:17, 18:1, 18:11, 18:16, 18:21, 19:4, 19:10, 20:15, 21:8, 21:21, 22:6, 22:11, 22:16, 22:19, 22:20, 22:21, 22:25, 23:3, 23:14, 23:21, 24:6, 24:9, 24:14, 24:24, 25:4, 25:10, 25:14, 25:18, 25:21, 25:24, 26:9, 26:13, 26:17, 27:5, 28:2, 28:7, 28:10, 28:13, 28:15, 28:21, 29:3, 29:10, 29:21, 29:23, 30:10, 30:20, 31:1, 31:9, 31:11, 31:18, 31:21, 31:24, 32:6, 32:9, 32:18, 32:23, 33:2
**THEIR** [2] - 3:9, 3:11
**they've** [2] - 14:22, 19:18
**THINK** [1] - 3:12
**thinking** [3] - 8:15, 12:18, 13:18
**thinks** [3] - 19:19, 27:21, 29:2
**third** [1] - 18:13
**THIS** [1] - 1:10
**THOMAS** [1] - 2:12
**THOSE** [1] - 3:18
**thoughts** [1] - 15:14
**THREE** [1] - 3:15
**three** [1] - 11:1
**throughout** [1] - 18:5
**thumb** [5] - 19:25, 21:3, 21:15, 21:22, 21:23
**THURSDAY** [2] - 1:8, 5:2
**TIME** [1] - 4:15
**TO** [9] - 1:10, 3:6, 3:8, 3:15, 3:20, 4:3, 4:5, 4:12

**today** [3] - 9:13, 28:8, 32:19
**together** [1] - 28:3
**tomorrow** [5] - 7:11, 7:12, 10:4, 10:23, 11:4
**tomorrow's** [1] - 10:11
**top** [2] - 15:7, 27:22
**topic** [1] - 9:24
**total** [2] - 24:1, 24:11
**touch** [1] - 15:6
**towards** [2] - 30:24, 31:3
**track** [4] - 15:3, 15:10, 16:8, 16:10
**trade** [1] - 21:25, 22:1
**trade-off** [2] - 21:25, 22:1
**TRANSCRIPT** [2] - 1:14, 2:19
**transcript** [1] - 33:13
**transcription** [1] - 19:17
**transcripts** [2] - 19:20, 22:8
**travel** [1] - 27:19
**traveling** [1] - 28:8
**trial** [19] - 5:15, 8:13, 8:20, 12:13, 15:15, 15:25, 17:10, 17:12, 18:5, 19:13, 22:9, 28:10, 28:12, 29:4, 29:5, 30:18, 30:24, 31:13
**tried** [4] - 13:23, 14:16, 14:17
**true** [2] - 29:7, 33:13
**try** [4] - 8:20, 24:22, 29:7, 30:19
**trying** [1] - 16:24
**Tuesday** [4] - 5:24, 12:20, 13:17, 28:17
**TUESDAY** [3] - 3:6, 3:17, 4:14
**turned** [1] - 13:12
**Two** [1] - 17:10
**TWO** [1] - 3:15
**two** [11] - 6:11, 7:20, 8:10, 9:5, 11:1, 18:3, 18:4, 26:5, 27:20, 27:21, 30:10
**type** [1] - 12:13

# U

**U.S** [13] - 1:19, 5:18, 7:22, 13:9, 13:13, 14:19, 20:20, 21:11,

21:18, 21:24, 21:25, 29:13, 31:15
**under** [4] - 10:15, 10:18, 10:21, 10:22
**understood** [1] - 29:17
**United** [4] - 7:14, 16:9, 33:11, 33:21
**UNITED** [4] - 1:1, 1:15, 1:19, 3:11
**unless** [2] - 8:20, 16:7
**unquote** [1] - 9:8
**UP** [1] - 4:12
**up** [25] - 5:18, 10:25, 11:20, 11:21, 11:23, 12:1, 14:25, 18:8, 19:1, 19:24, 21:2, 21:12, 22:6, 23:16, 27:8, 27:19, 27:22, 29:3, 29:5, 29:11, 30:4, 30:17, 30:23, 30:24
**updated** [1] - 16:18
**uses** [2] - 18:16, 21:14

## V

**vague** [1] - 10:14
**vastly** [1] - 7:24
**verse** [1] - 30:6
**version** [3] - 8:25, 9:8, 13:13
**versions** [1] - 8:13
**VIA** [1] - 5:3
**VIDEO** [2] - 4:1, 4:3
**video** [12] - 18:24, 23:4, 23:9, 23:18, 23:23, 24:12, 25:8, 25:11, 26:3, 26:6, 26:7, 26:10
**videos** [1] - 24:1
**violations** [1] - 13:10
**VOICES** [1] - 5:8

## W

**wait** [1] - 31:24
**walkthrough** [2] - 26:22, 26:24
**WALKTHROUGH** [1] - 4:7
**wants** [3] - 16:7, 16:18, 29:13
**warm** [1] - 10:19
**washing** [1] - 26:11
**WASHINGTON** [2] - 1:22, 2:13
**ways** [1] - 30:10

**WE** [1] - 3:17
**week** [2] - 7:21, 7:22
**welcome** [3] - 6:18, 9:23, 25:14
**WHAT** [1] - 3:12
**WHEREUPON** [1] - 33:3
**WHICH** [2] - 3:9, 4:1
**WILL** [2] - 3:7, 3:9
**wired** [2] - 18:17, 19:5
**WITH** [1] - 4:7
**witness** [5] - 11:25, 24:17, 24:19, 25:9, 25:16
**WITNESS** [1] - 4:4
**witnesses** [3] - 14:11, 14:20, 24:25
**wonder** [1] - 29:1
**wondering** [3] - 11:14, 19:22, 24:22
**words** [2] - 7:1, 23:10
**workroom** [1] - 18:4
**works** [1] - 18:6
**WOULD** [1] - 4:12
**writing** [1] - 12:15

## X

**XP** [1] - 14:3

## Y

**yesterday** [4] - 6:6, 17:3, 18:3, 20:7
**YOU** [1] - 3:12