# EXHIBIT A

01-45953
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Loren C. Scott, Ph.D.

**October 10, 2014**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

1    for that, given my history and my knowledge of the
2    Mississippi Gulf Coast.  And that is, even though
3    it was negative, I think that was -- this is a --
4    an area where tourism relies very heavily on the
5    casino industry, and the casino industry was still
6    doing very poorly during that time period.
7         **Q.  (BY MS. KING)  And, Dr. Scott, you said**
8    **that you relied upon the fisheries data and the**
9    **RevPAR data in your analysis of economic harm.**
10   **Did you rely on data regarding any other industry**
11   **in your analysis?**
12        A.  I focussed on those two because I think
13   those are the two areas where people -- the
14   perception was that those are the two sectors that
15   were going to be most -- most harmed by the spill.
16   And I did not look at other areas in my first --
17   as a matter of fact, in any of my three reports, I
18   did not add anything new.  I -- I still -- I stuck
19   to those two areas.  The only thing I did, was I
20   reported what Aldy found; and that is, the -- the
21   data on the economic impact of the spill on
22   employment and on wages in -- in the region, which
23   covers a lot of industries, not just fisheries and
24   not just tourism.
25        Q.  But the Aldy study was limited to 2010