UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER
FOR RETURN OF PAYMENTS MADE TO WARDELL PARKER AND OTHERS

COMES NOW the Special Master, Louis J. Freeh, seeking to remedy a fraud committed by claimant Wardell Parker upon the Deepwater Horizon Economic Claims Center ("DHECC"). Parker filed claims with the DHECC for compensation as a shrimp vessel owner and shrimp boat captain, and submitted to the DHECC his 2009 tax return as proof of his shrimping revenue. Yet Parker did not reveal that the revenue reflected on that return was from his work as a mechanic at Entergy Louisiana, rather than from shrimping. Relying on Parker's misrepresentations, the DHECC paid Parker $238,684.32.

The Special Master seeks a judgment requiring Parker to return money paid on these DHECC claims, requiring professionals who assisted Parker and benefitted from this unjustified payment to similarly return such payments, and prohibiting Parker from participating in any further seafood distributions.

Respectfully submitted,

_____/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated: December 15, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   15th   day of      December     , 2014, by electronic mail, on the following:

        Paul Danziger
        Danziger & De Llano LLP
        440 Louisiana Street, Suite 1212
        Houston, TX 77002
        *Attorney for Wardell Parker*

        /s/Louis J. Freeh
        Louis J. Freeh