UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the Special Master's motion to have claimant Wardell Parker ("Parker") return payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The DHECC claim awards in favor of Parker based upon Claim 49623 and Claim 50267 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Parker, requiring Parker to make restitution to the DHECC in the amount of $238,684.32, plus post-judgment interest; and

3. Parker shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

4. Judgment is entered against Danziger & De Llano LLP, to make restitution to the DHECC in the amount of $59,671.08, plus post-judgment interest; and

5. Danziger & De Llano LLP is jointly and severally liable with Parker, but only up to the amounts listed above.  In no event shall the total restitution payable to the DHECC exceed $238,684.32; and

6. IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

7. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

8. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE