# EXHIBIT A

Case 2:10-md-02179-CJB-DPC   Document 13848-3   Filed 12/15/14   Page 2 of 6

*Parker* [signature]



Department of the Treasury — Internal Revenue Service

**Form 1040**   **U.S. Individual Income Tax Return**   **2009**   (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan 1 – Dec 31, 2009, or other tax year beginning , 2009, ending , 20      OMB No. 1545-0074

**Label** (See instructions.)

Your first name: WARDELL   MI:    Last name: PARKER

Your social security number: [redacted]

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name   MI   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code

You **must** enter your social security number(s) above.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ............ ►  ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a .............
b ☐ Spouse .................................................................

Boxes checked on 6a and 6b .. **1**

c Dependents:
(1) First name   Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ✓ if qualifying child for child tax credit (see instrs)

No. of children on 6c who:
• lived with you .....
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .
Add numbers on lines above ..... ► **1**

If more than four dependents, see instructions and check here ► ☐

d Total number of exemptions claimed .................................................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ........................................ 7 | 79,228.
8a Taxable interest. Attach Schedule B if required .................................... 8a |
b Tax-exempt interest. **Do not** include on line 8a ............. 8b |
9a Ordinary dividends. Attach Schedule B if required ................................. 9a |
b Qualified dividends (see instrs) ........................ 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ....... 10 |
11 Alimony received ...................................................................... 11 |
12 Business income or (loss). Attach Schedule C or C-EZ .............................. 12 |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here .............. ► ☐ 13 |
14 Other gains or (losses). Attach Form 4797 ......................................... 14 |
15a IRA distributions ............. 15a |    b Taxable amount (see instrs) .. 15b |
16a Pensions and annuities ...... 16a |    b Taxable amount (see instrs) .. 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... 17 |
18 Farm income or (loss). Attach Schedule F ........................................... 18 |
19 Unemployment compensation in excess of $2,400 per recipient (see instructions) ........ 19 |
20a Social security benefits ........... 20a |    b Taxable amount (see instrs) .. 20b |
21 Other income _____ 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► 22 | 79,228.

**Adjusted Gross Income**

23 Educator expenses (see instructions) ........................ 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ .......... 24 |
25 Health savings account deduction. Attach Form 8889 ........ 25 |
26 Moving expenses. Attach Form 3903 ......................... 26 |
27 One-half of self-employment tax. Attach Schedule SE ........ 27 |
28 Self-employed SEP, SIMPLE, and qualified plans ............ 28 |
29 Self-employed health insurance deduction (see instructions) ..... 29 |
30 Penalty on early withdrawal of savings ...................... 30 |
31a Alimony paid   b Recipient's SSN .... ► 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    31a | 4,000.
32 IRA deduction (see instructions) .............................. 32 |
33 Student loan interest deduction (see instructions) ........... 33 |
34 Tuition and fees deduction. Attach Form 8917 ............... 34 |
35 Domestic production activities deduction. Attach Form 8903 ..... 35 |
36 Add lines 23 - 31a and 32 - 35 ...................................................... 36 | 4,000.
37 Subtract line 36 from line 22. This is your **adjusted gross income** ............. ► 37 | 75,228.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  09/17/09   Form 1040 (2009)

*Parker*

Form 1040 (2009) WARDELL PARKER                                                                                    Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 75,228. |
| | 39a Check if: ☐ You were born before January 2, 1945, ☐ Blind. / ☐ Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐ | | |
| **Standard Deduction for —** | 40a Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40a | 17,386. |
| • People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see instructions. | b If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) ▶ 40b ☐ | | |
| | 41 Subtract line 40a from line 38 | 41 | 57,842. |
| | 42 Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | 42 | 3,650. |
| | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 54,192. |
| • All others: | 44 **Tax** (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 9,731. |
| Single or Married filing separately, $5,700 | 45 **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 Add lines 44 and 45 ▶ | 46 | 9,731. |
| | 47 Foreign tax credit. Attach Form 1116 if required | 47 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 48 Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 Education credits from Form 8863, line 29 | 49 | |
| | 50 Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 Child tax credit (see instructions) | 51 | |
| Head of household, $8,350 | 52 Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 52 | |
| | 53 Other crs from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 9,731. |
| **Other Taxes** | 56 Self-employment tax. Attach Schedule SE | 56 | |
| | 57 Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | 59 | |
| | 60 Add lines 55-59. This is your **total tax** ▶ | 60 | 9,731. |
| **Payments** | 61 Federal income tax withheld from Forms W-2 and 1099 | 61 | 1,352. |
| | 62 2009 estimated tax payments and amount applied from 2008 return | 62 | |
| | 63 Making work pay and government retiree credit. Attach Schedule M | 63 | 395. |
| If you have a qualifying child, attach Schedule EIC. | 64a **Earned income credit (EIC)** | 64a | |
| | b Nontaxable combat pay election ▶ 64b | | |
| | 65 Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 Refundable education credit from Form 8863, line 16 | 66 | |
| | 67 First-time homebuyer credit. Attach Form 5405 | 67 | |
| | 68 Amount paid with request for extension to file (see instructions) | 68 | |
| | 69 Excess social security and tier 1 RRTA tax withheld (see instructions) | 69 | |
| | 70 Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 70 | |
| | 71 Add lns 61-63, 64a, & 65-70. These are your **total pmts** ▶ | 71 | 1,747. |
| **Refund** | 72 If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | 72 | |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | 73a Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 73a | |
| | ▶ b Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number XXXXXXXXXXXXXXXXX | | |
| | 74 Amount of line 72 you want applied to your 2010 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 Amount you owe. Subtract line 71 from line 60. For details on how to pay, see instructions ▶ | 75 | 8,172. |
| | 76 Estimated tax penalty (see instructions) 76 188. | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete the following. ☐ No | | |
| | Designee's name ▶ Ernest D Kelly   Phone no. ▶ (504) 367-3554   Personal identification number (PIN) ▪▪▪▪ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶ *Wardell Parker*   Date 8/5/10   Your occupation MECHANIC   Daytime phone number | | |
| | Spouse's signature. If a joint return, both must sign. ▶   Date   Spouse's occupation | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶   Date 08/05/2010   Check if self-employed ☐   Preparer's SSN or PTIN | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ ERNEST D. KELLY, LLC / 3220 GENERAL DEGAULLE DRIVE, SUITE 200 / NEW ORLEANS   LA 70114   EIN   Phone no. | | |

Form 1040 (2009)

| SCHEDULE A (Form 1040) | | Itemized Deductions | | | OMB No. 1545-0074 **2009** Attachment Sequence No. 07 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040.   ► See Instructions for Schedule A (Form 1040). | | | |

Name(s) shown on Form 1040: WARDELL PARKER

Your social security number: [redacted]

| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | |
|---|---|---|---|---|---|
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 .... | 2 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| Taxes You Paid (See instructions.) | 5 | State and local (check only one box): a [X] Income taxes, or b [ ] General sales taxes | 5 | 2,212. | |
| | 6 | Real estate taxes (see instructions) | 6 | 1,915. | |
| | 7 | New motor vehicle taxes from line 11 of the worksheet on page 2. Skip this line if you checked box 5b | 7 | | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 4,127. |
| Interest You Paid Note. Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 7,572. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | 7,572. |
| Gifts to Charity If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | 4,512. | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | 500. | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | 5,012. |
| Casualty and Theft Losses | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| Job Expenses and Certain Miscellaneous Deductions (See instructions.) | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► See Statement        2,180. | 21 | 2,180. | |
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► _____ | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | 2,180. | |
| | 25 | Enter amount from Form 1040, line 38 .... | 25 | 75,228. | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 1,505. | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 675. |
| Other Miscellaneous Deductions | 28 | Other — from list in the instructions. List type and amount ► _____ | | 28 | |
| Total Itemized Deductions | 29 | Is Form 1040, line 38, over $166,800 (over $83,400 if married filing separately)? [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40a. [ ] Yes. Your deduction may be limited. See instructions for the amount to enter. | | ► 29 | 17,386. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0301  11/20/09   Schedule A (Form 1040) 2009


*Parker*

| Schedule A | Miscellaneous Itemized Deductions Statement | 2009 |
|---|---|---|
| Lines 21, 23, 28 | ► Attach to return (after all IRS forms) | Statement |

| Name(s) Shown on Return | Social Security Number |
|---|---|
| WARDELL PARKER | [redacted] |

### Employee Business Expenses — Subject to 2% Limitation

| # | Description | | Amount |
|---|---|---|---|
| 1 | Unreimbursed employee expenses from Form 2106 | 1 | |
| 2 | Excluded expenses from Form 2555 | 2 | |
| 3a | Qualified Educator Expenses (from Educator Expenses Worksheet) | 3a | |
| b | Above the line Educator Expenses: (from Form 1040, line 23) | 3b | |
| c | Excess Educator Expenses (line 3a less line 3b) | 3c | |
| 4 | Union and professional dues | 4 | |
| 5 | Professional subscriptions | 5 | |
| 6 | Uniforms and protective clothing | 6 | 1,250. |
| 7 | Job search costs | 7 | |
| 8 | Other: PHONE & COMMUNCIATIONS | 8 | 930. |
| 9 | **Total unreimbursed employee business expenses** (combine lines 1 - 8) | 9 | 2,180. |

### Miscellaneous Expenses — Subject to 2% Limitation

Investment Expense ↓

| # | Description | Inv. Exp. | | Amount |
|---|---|---|---|---|
| 10 | Depreciation and amortization deductions | ☐ | 10 | |
| 11 | Casualty/theft losses of property used in services as an employee | ☐ | 11 | |
| 12 | REMIC expenses, from Schedule E | ☐ | 12 | |
| 13 | Investment expenses related to interest and dividend income | ☐ | 13 | |
| 14 | Deductions related to portfolio income, miscellaneous deductions, and excess deductions on termination, from Schedule(s) K-1 | ☐ | 14 | |
| 15 | Miscellaneous deductions excluded on Form 2555 | ☐ | 15 | |
| 16 | Investment counsel and advisory fees | ☐ | 16 | |
| 17 | Certain attorney and accounting fees | ☐ | 17 | |
| 18 | Safe deposit box rental fees | ☐ | 18 | |
| 19 | IRA custodial fees | ☐ | 19 | |
| 20 | Loss incurred from total distribution of all traditional IRAs | ☐ | 20 | |
| 21 | Loss incurred from total distribution of all Roth IRAs | ☐ | 21 | |
| 22 | Other: | ☐ | 22 | |
| 23 | **Total miscellaneous expenses** (combine lines 10 through 22) | | 23 | |

### Other Miscellaneous Deductions — Not Subject to 2% Limitation

| # | Description | | Amount |
|---|---|---|---|
| 24 | Deductions related to portfolio income, from Schedule(s) K-1 ☐ | 24 | |
| 25 | Federal estate tax paid on decedent's income reported on this return | 25 | |
| 26 | Miscellaneous deductions excluded on Form 2555 | 26 | |
| 27 | Impairment-related expenses of a handicapped employee, from Form 2106 | 27 | |
| 28 | Amortizable bond premiums on bonds acquired before 10/23/86 | 28 | |
| 29 | Gambling losses (to the extent of gambling income) | 29 | |
| 30 | Casualty/theft losses of income-producing property | 30 | |
| 31 | Other miscellaneous deductions: | 31 | |
| 32 | **Total other miscellaneous deductions** (combine lines 24 through 31) | 32 | |

Parker

| SCHEDULE M | Making Work Pay and Government Retiree Credits | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040A or 1040) | | **2009** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040A, 1040, or 1040NR.   ► See separate instructions. | Attachment Sequence No. 166 |

Name(s) shown on return: WARDELL PARKER

Your social security number: [redacted]

**1a Important:** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR. Check the 'No' box below and see the instructions if **(a)** you have a net loss from a business, **(b)** you received a taxable scholarship or fellowship grant not reported on a Form W-2, **(c)** your wages include pay for work performed while an inmate in a penal institution, **(d)** you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or **(e)** you are filing Form 2555 or 2555-EZ.

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?

[X] **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
[ ] **No.** Enter your earned income (see instructions) .......................... 1a

b Nontaxable combat pay included on line 1a (see instructions) ............................... 1b

2  Multiply line 1a by 6.2% (.062) ........................................... 2

3  Enter $400 ($800) if married filing jointly) .................................. 3

4  Enter the **smaller** of line 2 or line 3 (unless you checked 'Yes' on line 1a) ............................... | 4 | 400. |

5  Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 ............. | 5 | 75,228. |

6  Enter $75,000 ($150,000 if married filing jointly) ............................... | 6 | 75,000. |

7  Is the amount on line 5 more than the amount on line 6?
[ ] **No.** Skip line 8. Enter the amount from line 4 on line 9 below.
[X] **Yes.** Subtract line 6 from line 5 ........................................... | 7 | 228. |

8  Multiply line 7 by 2% (.02) ............................................... | 8 | 5. |

9  Subtract line 8 from line 4. If zero or less, enter -0- ......................... | 9 | 395. |

10  Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions).
[X] **No.** Enter -0- on line 10 and go to line 11.
[ ] **Yes.** Enter the total of the payments received by you (and your spouse, if filing jointly). Do not enter more than $250 ($500 if married filing jointly) ........... | 10 | 0. |

11  Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U.S. Government or any U.S. state or local government from work **not** covered by social security? Do not include any pension or annuity reported on Form W-2.
[X] **No.** Enter -0- on line 11 and go to line 12.
[ ] **Yes.**  • If you checked 'No' on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is 'Yes' for both spouses)
• If you checked 'Yes' on line 10, enter -0- (exception: enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) ........... | 11 | 0. |

12  Add lines 10 and 11 .................................................... | 12 | 0. |
13  Subtract line 12 from line 9. If zero or less, enter -0- ........................ | 13 | 395. |
14  **Making work pay and government retiree credits.** Add lines 11 and 13. Enter the result here and on Form 1040, line 63, Form 1040A, line 40; or Form 1040NR, line 60 ............. | 14 | 395. |

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.
BAA  For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR instructions.          Schedule M (Form 1040A or 1040) 2009

FDIA8501   10/27/09