# EXHIBIT C



# DANZIGER & DE LLANO, LLP
*attorneys at law*

August 7, 2012

Claims Administration Department
Deepwater Horizon Court Supervised Settlement Program
New Orleans, Louisiana

       Re: Seafood Claim – Wardell Parker
          DWHCC Claim No. 100026054

Ladies or Gentlemen:

Included for your analysis and review pursuant to the terms of the Deepwater Horizon Economic and Property Damages Settlement Agreement are the seafood claim form and supporting documentation for Wardell Parker.

The losses have been calculated at $315,548.43 in accordance with the prescribed terms and conditions provided in the Settlement Agreement. Please be aware that the client did not receive trip tickets and the 2009 tax return income was used, however, because of the amount of shrimp sold stated in the sworn written statements submitted with this claim, we believe it can be determined that all income claimed on the tax return came from shrimping revenue.

Please do not hesitate to contact me by telephone at 713-222-9998 or by email at kyle@dandell.com if you have any questions or need clarification concerning the claim or the documentation submitted.

Thank you for your consideration and assistance with this claim.

Respectfully yours,


Kyle Frazee

KF/s
Atts.

440 Louisiana, Suite 1212 Houston, Texas 77002
Tel. 713.222.9998  Fax 713.222.8866

# Claim Reimbursement Accounting Report

Claimant Name:   Wardell Parker

Please Note: Privileged Settlement Negotiation and Offer of Compromise Pursuant to FRE 408 and Applicable State Evidentiary Rules

| Benchmark Shrimp Revenue | $ | 79,228.00 |
|---|---|---|

| Compensation Calculation | | |
|---|---|---|
| Benchmark Shrimp Revenue | $ | 79,228.00 |
| Additional Catch Adjusted Benchmark Shrimp Revenue | $ | 95,073.60 |
| Total Adjusted Benchmark Shrimp Revenue | $ | 114,088.32 |
| Base Shrimp Loss | $ | 39,930.91 |
| Boat Captain Base Compensation | $ | 17,968.91 |
| Vessel Owner Base Compensation | $ | 17,968.91 |
| Boat Captain Final Compensation | $ | 148,243.51 |
| Vessel Owner Final Compensation | $ | 166,212.42 |

| Total Final Compensation | $ | 314,455.93 |
|---|---|---|
| Accounting Fees | $ | 1,092.50 |
| Less: Spill-Related Compensation | $ | - |
| **Total Claim Amount:** | $ | 315,548.43 |

Projection Methodology: As set forth in the methodology presented in the proposed settlement agreement MDL 2179, the calculations were based off of 2009 Tax Return information. Sworn Written Statements were provided by claimant's customers proving claiamant's revenue consists solely of the sale of shrimp. The Benchmark Shrimp Revenue was adjusted to determine the total final compensation amount as detailed in Exhibit 10 in the preliminarily approved agreement MDL 2179. This figure, combined with Claimant's lost earnings as well as all spill-related additional considerations, as set forth in the methodology presented in the proposed settlement agreement, equals Claimant's Total Loss.



# DANZIGER & DE LLANO, LLP
*attorneys at law*

# Accounting Invoice

Date: August 7, 2012

| Danziger & De Llano, LLP | To: Danziger & De Llano – BP Claims |
|---|---|
| Kyle Frazee - PTIN: ▇ | |
| Rebekah Pratt - PTIN: ▇ | Wardell Parker |
| 440 Louisiana St., Suite 1212 | ▇ |
| Houston, TX 77002 | |
| Phone: 713-222-9998 | |
| Fax: 713-224-5244 | |

| Client | Claim Type | Claim Number |
|---|---|---|
| Parker, Wardell | Seafood | 100026054 |

| Person | Date | Work Performed | Time | Rate | Total |
|---|---|---|---|---|---|
| Kyle | 6/22/2012 | Initial Review | 0.50 | $ 110.00 | $ 55.00 |
| Kyle | 7/16/2012 | Requested Additional Documents | 0.75 | $ 110.00 | $ 82.50 |
| Kyle | 8/1/2012 | Receive Additional Documents | 0.25 | $ 110.00 | $ 27.50 |
| Kyle | 8/1/2012 | Requested Additional Documentation | 0.50 | $ 110.00 | $ 55.00 |
| Kyle | 8/3/2012 | Requested Additional Information | 0.25 | $ 110.00 | $ 27.50 |
| Kyle | 8/3/2012 | Receive Additional Documents | 0.50 | $ 110.00 | $ 55.00 |
| Kyle | 8/6/2012 | Requested Additional Documentation | 0.75 | $ 110.00 | $ 82.50 |
| Kyle | 8/7/2012 | Case Evaluation | 1.00 | $ 110.00 | $ 110.00 |
| Kyle | 8/7/2012 | Calculate Loss - Seafood | 3.00 | $ 110.00 | $ 330.00 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| Paul & Rod | 8/7/2012 | Authorization Supervision and Review | | | $ - |
| Rebekah | 8/7/2012 | Review and Supervision | 1.50 | $ 160.00 | $ 240.00 |
| Kyle | 8/7/2012 | Prepare and File Claim | 1.50 | $ 110.00 | $ 165.00 |
| BP-INV | | | Total | | $1,092.50 |

440 Louisiana, Suite 1212 Houston, Texas 77002
Tel. 713.222.9998  Fax 713.222.8866

## Sworn Written Statement for Claimant Accounting Support

By completing and signing this Sworn Written Statement for Claimant Accounting Support ("Statement"), I certify pursuant to the Deepwater Horizon Economic and Property Loss Settlement to all the information contained in this Statement.

Complete the following sections based on the information you were requested to prepare and submit on behalf of the claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document.

### A. CLAIMANT INFORMATION

| | Last Name or Full Name of Business | First | Middle Initial |
|---|---|---|---|
| **Name:** | Parker | Wardell | |

**Deepwater Horizon Settlement Program Claimant Number:** 1 0 0 0 2 6 0 5 4

**Social Security Number:** _or_
**Individual Taxpayer Identification Number:** _or_
**Employer Identification Number:**

SSN or ITIN: [redacted]

EIN: |__|__|__|-|__|__|__|__|__|__|__|

**Current Address:**
- Street: [redacted]
- City: [redacted]
- State: [redacted]
- Zip Code: [redacted]

### B. PREPARER INFORMATION

Check the box that applies to you. You must only select one:

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☑ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

☐ I am under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN).

If you indicate that you work under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN), your supervisor must also complete Section C.

| | Last | First | Middle Initial |
|---|---|---|---|
| **Name:** | Frazee | Kyle | C |

| **Address:** | Street: 440 Louisiana Street; Suite #1212 | | |
|---|---|---|---|
| | City: Houston | State: Texas | Zip Code: 77002 |

| **Telephone Number:** | ( 7 1 3 ) 2 2 2 - 9 9 9 8 |
|---|---|
| **Email Address:** | bpfiling@dandell.com |
| **Accountant Website (if available):** | |

SWS-38
v.1

1

## C. SUPERVISOR INFORMATION

If you supervised the preparer identified in Section B that performed accounting services to complete a Claim Form or prepare documentation on behalf of a Claimant, you must complete Section C and check the box that applies to you. You must only select one:

[ ] I am a Certified Public Accountant.

[ ] I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

[✔] I am an Individual with an IRS Preparer Tax Identification Number (PTIN).

| Name: | Last: Pratt | First: Rebekah | Middle Initial: R |
|---|---|---|---|
| Address: | Street: 440 Louisiana Street; Suite #1212 | | |
| | City: Houston | State: Texas | Zip Code: 77002 |
| Telephone Number: | (713) 222-9998 | | |
| Email Address: | rebekah@dandell.com | | |
| Accountant Website (if available): | | | |
| Professional License Number: | | | |
| IRS Preparer Tax Identification Number: | [REDACTED] | | |

## D. CERTIFICATION BY PREPARER

I have the required licenses in my state, my license is active, and it is in good standing by the regulatory bodies in that state. I verify to the best of my knowledge that I have submitted information provided to me by the claimant and prepared documentation on a consistent basis and I have not ignored the implications of information known or reasonably suspected to be untrue, incomplete, inconsistent, or inaccurate.

## E. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 8 / 7 / 12 (Month/Day/Year) | *[signature: Kyle Frazee]* |
|---|---|---|
| | | Accountant or Preparer Signature |
| | | Kyle Frazee |
| | | Name (Printed or Typed) |