# EXHIBIT D

## Copy B - To Be Filed With Employee's FEDERAL Tax Return

**b Employer identification number (EIN):** [redacted]
**c Employer's name, address, and ZIP code:**
ENTERGY LOUISIANA, LLC
417 PRIDE DR
HAMMOND, LA 70401

**e Employee's first name and initial / Last name:** WARDELL PARKER (1 of 1)

| Box | Description | Amount |
|---|---|---|
| 12a | C | 75.84 |
| 1 | Wages, tips, other compensation | 79228.39 |
| 2 | Federal income tax withheld | 1352.08 |
| 3 | Social security wages | 79228.39 |
| 4 | Social security tax withheld | 4912.16 |
| 5 | Medicare wages and tips | 79228.39 |
| 6 | Medicare tax withheld | 1148.81 |
| 13 | Retirement plan | X |
| 15 | State | LA |
| 16 | State wages, tips, etc. | 79228.39 |
| 17 | State income tax | 2212.40 |

Form W-2 Wage and Tax Statement 2009 - Reissued Statement   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy B To Be Filed With Employee's FEDERAL Tax Return

## Copy 2 - To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

**b Employer identification number (EIN):** [redacted]
ENTERGY LOUISIANA, LLC
417 PRIDE DR
HAMMOND, LA 70401

WARDELL PARKER (1 of 1)

Box 12a C $75.84
1 Wages, tips, other compensation: 79228.39
2 Federal income tax withheld: 1352.08
3 Social security wages: 79228.39
4 Social security tax withheld: 4912.16
5 Medicare wages and tips: 79228.39
6 Medicare tax withheld: 1148.81
13 Retirement plan: X
15 State: LA
16 State wages, tips, etc.: 79228.39
17 State income tax: 2212.40

Form W-2 Wage and Tax Statement 2009 - Reissued Statement   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy 2 To Be Filed With Employee's State, CITY or Local Tax Departments

## Copy 2 - To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

ENTERGY LOUISIANA, LLC
417 PRIDE DR
HAMMOND, LA 70401

WARDELL PARKER (1 of 1)

12a C $75.84
1 Wages, tips, other compensation: 79228.39
2 Federal income tax withheld: 1352.08
3 Social security wages: 79228.39
4 Social security tax withheld: 4912.16
5 Medicare wages and tips: 79228.39
6 Medicare tax withheld: 1148.81
13 Retirement plan: X
15 State: LA
16 State wages, tips, etc.: 79228.39
17 State income tax: 2212.40

Form W-2 Wage and Tax Statement 2009-Reissued Statement   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy 2 To Be Filed With Employee's State, CITY or Local Tax Departments

## Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee on back.)

ENTERGY LOUISIANA, LLC
417 PRIDE DR
HAMMOND, LA 70401

WARDELL PARKER (1 of 1)

12a C $75.84
1 Wages, tips, other compensation: 79228.39
2 Federal income tax withheld: 1352.08
3 Social security wages: 79228.39
4 Social security tax withheld: 4912.16
5 Medicare wages and tips: 79228.39
6 Medicare tax withheld: 1148.81
13 Retirement plan: X
15 State: LA
16 State wages, tips, etc.: 79228.39
17 State income tax: 2212.40

Form W-2 Wage and Tax Statement 2009 - Reissued Statement   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008   Copy C for Employee's Records