# EXHIBIT E

Date 7/15/2010
Date 3/11/08

## NEW CLIENT QUESTIONNAIRE

Name: WARDELL PARKER     Social Security # ███

Date of Birth: ███

Spouse's Name: ███     Social Security # _____

Date of Birth: ███

Address: ███

City/State/Zip Code: ███

Phone: ███     Beeper/

Email: (His) _____

Occupation: Substation Mechan[ic]

Spouse's Occupation: _____

No. of Dependents: _____

Name

Referred By: ME

I/We, WARDELL PARK[ER]
preparation and completion of my
also understand & agree that a 50%
completed.

I/We have read all the information

[Handwritten notes:]
CALLED 7/30/10
Lm Re: 2006 Shepherd + 2009 W-2

2000
2002 - 210
2001 - 630

Representation 350
Installment Agreement
24 hrs
need Deposit before
we can do representation
for 2001-2003

2005
2007 - 2
2006
2008  3/0
2009  3/0

Wardell Parker
Taxpayer's Signature

███ Social Se[curity]

Spouse's Signature     Social Secu[rity]

| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2009** | (99) | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan 1 - Dec 31, 2009, or other tax year beginning , 2009, ending , 20   OMB No. 1545-0074

| Label<br>(See instructions.)<br>Use the<br>IRS label.<br>Otherwise,<br>please print<br>or type. | Your first name: WARDELL   MI   Last name: PARKER | Your social security number |
| | If a joint return, spouse's first name   MI   Last name | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see instructions.   Apartment no. | You must enter your social security number(s) above. |
| | City, town or post office. If you have a foreign address, see instructions.   State   ZIP code | Checking a box below will not change your tax or refund. |
| Presidential Election Campaign | ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ► | ☐ You   ☐ Spouse |

**Filing Status** — Check only one box.
1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a ............
b [ ] Spouse
Boxes checked on 6a and 6b ... **1**

c Dependents:
| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ► ☐

- No. of children on 6c who:
  - lived with you ......
  - did not live with you due to divorce or separation (see instrs) ...
- Dependents on 6c not entered above
- Add numbers on lines above ► **1**

d Total number of exemptions claimed .................................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ................ | 7 | 79,228. |
| 8a | Taxable interest. Attach Schedule B if required .............. | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ...... | 8b | | | |
| 9a | Ordinary dividends. Attach Schedule B if required ............ | 9a | |
| b | Qualified dividends (see instrs) ................ | 9b | | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ... | 10 | |
| 11 | Alimony received ........................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ......... | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ................... | 14 | |
| 15a | IRA distributions ....... 15a | b Taxable amount (see instrs) .. | 15b | |
| 16a | Pensions and annuities .. 16a | b Taxable amount (see instrs) .. | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | |
| 18 | Farm income or (loss). Attach Schedule F .................... | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see instructions) | 19 | |
| 20a | Social security benefits ....... 20a | b Taxable amount (see instrs) .. | 20b | |
| 21 | Other income ............................................... | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 79,228. |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) ................ | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ............ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ....... | 25 | |
| 26 | Moving expenses. Attach Form 3903 ................... | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ...... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans .......... | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) ... | 29 | |
| 30 | Penalty on early withdrawal of savings .................... | 30 | |
| 31a | Alimony paid   b Recipient's SSN ► 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 | 31a | 4,000. |
| 32 | IRA deduction (see instructions) ......................... | 32 | |
| 33 | Student loan interest deduction (see instructions) .......... | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 ............. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 ... | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 ............................. | 36 | 4,000. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ► | 37 | 75,228. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112   09/17/09   Form **1040** (2009)

Form 1040 (2009) WARDELL PARKER — Page 2

## Tax and Credits

Standard Deduction for —
- People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,700

Married filing jointly or Qualifying widow(er), $11,400

Head of household, $8,350

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 75,228. |
| 39a | Check if: You were born before January 2, 1945, ☐ Blind. Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐ | |
| 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 17,386. |
| 40b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) ▶ 40b ☐ | |
| 41 | Subtract line 40a from line 38 | 57,842. |
| 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | 3,650. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 54,192. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 9,731. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ▶ | 9,731. |
| 47 | Foreign tax credit. Attach Form 1116 if required ........ 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 ........ 48 | |
| 49 | Education credits from Form 8863, line 29 ........ 49 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 ... 50 | |
| 51 | Child tax credit (see instructions) ........ 51 | |
| 52 | Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695 ........ 52 | |
| 53 | Other crs from Form: a ☐ 3800  b ☐ 8801  c ☐ ........ 53 | |
| 54 | Add lines 47 through 53. These are your total credits | |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 9,731. |

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | |
| 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | |
| 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 59 | Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | |
| 60 | Add lines 55-59. This is your total tax ▶ | 9,731. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 ........ 61 | 1,352. |
| 62 | 2009 estimated tax payments and amount applied from 2008 return ........ 62 | |
| 63 | Making work pay and government retiree credit. Attach Schedule M ........ 63 | 395. |
| 64a | Earned income credit (EIC) ........ 64a | |
| 64b | Nontaxable combat pay election ▶ 64b | |
| 65 | Additional child tax credit. Attach Form 8812 ........ 65 | |
| 66 | Refundable education credit from Form 8863, line 16 ........ 66 | |
| 67 | First-time homebuyer credit. Attach Form 5405 ........ 67 | |
| 68 | Amount paid with request for extension to file (see instructions) ........ 68 | |
| 69 | Excess social security and tier 1 RRTA tax withheld (see instructions) ........ 69 | |
| 70 | Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885 ........ 70 | |
| 71 | Add lns 61-63, 64a, & 65-70. These are your total pmts ▶ | 1,747. |

## Refund

Direct deposit? See Instructions and fill in 73b, 73c, and 73d or Form 8888.

| Line | Description | Amount |
|---|---|---|
| 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | |
| 73b | Routing number XXXXXXXXX ▶ c Type: ☐ Checking  ☐ Savings | |
| 73d | Account number XXXXXXXXXXXXXXXXX | |
| 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ 74 | |

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see instructions ▶ | 8,172. |
| 76 | Estimated tax penalty (see instructions) ........ 76 | 188. |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ........ ☒ Yes. Complete the following. ☐ No

Designee's name ▶ ERNEST D KELLY  Phone no. ▶  Personal identification number (PIN) ▶

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: MECHANIC | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature ▶  | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ ERNEST D. KELLY, LLC
3220 GEN. DEGAULLE DRIVE STE 200
NEW ORLEANS    LA 70114    EIN    Phone no. (504) 367-3554

Form 1040 (2009)

FDIA0112 09/17/09

| SCHEDULE A (Form 1040) | | Itemized Deductions | | | OMB No. 1545-0074 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040. ► See Instructions for Schedule A (Form 1040). | | | **2009** Attachment Sequence No. 07 |

Name(s) shown on Form 1040: WARDELL PARKER

Your social security number: [redacted]

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 ..... | 2 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box): | | | |
| | | a [X] Income taxes, or | | | |
| | | b [ ] General sales taxes | 5 | 2,212. | |
| | 6 | Real estate taxes (see instructions) | 6 | 1,915. | |
| (See instructions.) | 7 | New motor vehicle taxes from line 11 of the worksheet on page 2. Skip this line if you checked box 5b | 7 | | |
| | 8 | Other taxes. List type and amount ► | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 4,127. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 7,572. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See Instrs for spcl rules | 12 | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | 7,572. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | 4,512. | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | 500. | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | 5,012. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses – job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► See Statement 2,180. | 21 | 2,180. | |
| | 22 | Tax preparation fees | 22 | | |
| (See instructions.) | 23 | Other expenses – investment, safe deposit box, etc. List type and amount ► | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | 2,180. | |
| | 25 | Enter amount from Form 1040, line 38 ..... 25 | 75,228. | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 1,505. | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 675. |
| **Other Miscellaneous Deductions** | 28 | Other – from list in the instructions. List type and amount ► | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $166,800 (over $83,400 if married filing separately)? [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40a. [ ] Yes. Your deduction may be limited. See instructions for the amount to enter. | | 29 | 17,386. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0301 11/20/09   Schedule A (Form 1040) 2009

| Schedule A Lines 21, 23, 28 | Miscellaneous Itemized Deductions Statement ► Attach to return (after all IRS forms) | 2009 Statement |
|---|---|---|

| Name(s) Shown on Return | Social Security Number |
|---|---|
| WARDELL PARKER | |

### Employee Business Expenses — Subject to 2% Limitation

| | | | |
|---|---|---|---|
| 1 | Unreimbursed employee expenses from Form 2106 | 1 | |
| 2 | Excluded expenses from Form 2555 | 2 | |
| 3 a | Qualified Educator Expenses (from Educator Expenses Worksheet) | 3a | |
| b | Above the line Educator Expenses: (from Form 1040, line 23) | 3b | |
| c | Excess Educator Expenses (line 3a less line 3b) | 3c | |
| 4 | Union and professional dues | 4 | |
| 5 | Professional subscriptions | 5 | |
| 6 | Uniforms and protective clothing | 6 | 1,250. |
| 7 | Job search costs | 7 | |
| 8 | Other: PHONE & COMMUNCIATIONS | 8 | 930. |
| 9 | Total unreimbursed employee business expenses (combine lines 1 - 8) | 9 | 2,180. |

### Miscellaneous Expenses — Subject to 2% Limitation          Investment Expense ↓

| | | | |
|---|---|---|---|
| 10 | Depreciation and amortization deductions | 10 | |
| 11 | Casualty/theft losses of property used in services as an employee | 11 | |
| 12 | REMIC expenses, from Schedule E | 12 | |
| 13 | Investment expenses related to interest and dividend income | 13 | |
| 14 | Deductions related to portfolio income, miscellaneous deductions, and excess deductions on termination, from Schedule(s) K-1 | 14 | |
| 15 | Miscellaneous deductions excluded on Form 2555 | 15 | |
| 16 | Investment counsel and advisory fees | 16 | |
| 17 | Certain attorney and accounting fees | 17 | |
| 18 | Safe deposit box rental fees | 18 | |
| 19 | IRA custodial fees | 19 | |
| 20 | Loss incurred from total distribution of all traditional IRAs | 20 | |
| 21 | Loss incurred from total distribution of all Roth IRAs | 21 | |
| 22 | Other: | 22 | |
| 23 | Total miscellaneous expenses (combine lines 10 through 22) | 23 | |

### Other Miscellaneous Deductions — Not Subject to 2% Limitation

| | | | |
|---|---|---|---|
| 24 | Deductions related to portfolio income, from Schedule(s) K-1 | 24 | |
| 25 | Federal estate tax paid on decedent's income reported on this return | 25 | |
| 26 | Miscellaneous deductions excluded on Form 2555 | 26 | |
| 27 | Impairment-related expenses of a handicapped employee, from Form 2106 | 27 | |
| 28 | Amortizable bond premiums on bonds acquired before 10/23/86 | 28 | |
| 29 | Gambling losses (to the extent of gambling income) | 29 | |
| 30 | Casualty/theft losses of income-producing property | 30 | |
| 31 | Other miscellaneous deductions: | 31 | |
| 32 | Total other miscellaneous deductions (combine lines 24 through 31) | 32 | |

**IT-540 SD 2009**   **LOUISIANA**
or Fiscal Year   **Resident**
Individual Income Tax Return
Begun ___ 2009   Mail to: Department of Revenue
Ended ___ 2010   P.O. Box 3440
              Baton Rouge, LA
1001          70821-3440

Attach W-2 here

- O   If your name has changed, mark here.
- O   If your address has changed, mark here.
- O   If this is an amended return, mark here.
- O   If this is for decedent, mark here.

WARDELL PARKER

Filing status (Enter appropriate number in the filing status box.) [1]

1. Single
2. Married filing jointly
3. Married filing separately
4. Head of household*
5. Qualifying widow(er)
   * Qualifying persons's Name

Exemptions
6A Yourself [X]     Total of 6A and 6B [1]
   65 or over        6C Total dependents [0]
   Blind             6D Total exemptions [1]
   Qualifying widow  Dependent's Name(s):
6B Spouse
   65 or over
   Blind

Calendar year returns due 5/15/2010

Please do not staple; use paperclip instead. Do not submit a photocopy.

0000001000000000140001      0000000000    0 0 00000 1    2 0 0 0

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | LN19B | 00000000 | OWED | 00000000 | SCF1D | 0000000 |
| | | LN20 | 00000000 | LN46 | 00000000 | F2 | 0000000 |
| | | LN21 | 00000000 | LN47 | 00000000 | F3 | 0000000 |
| | | LN22 | 00000000 | LN48 | 00000000 | F4 | 0000000 |
| | | LN23 | 00000000 | LN49 | 00000000 | F5 | 0000000 |
| | | LN24 | 00002212 | LN50 | 00000000 | F6 | 0000000 |
| LINE7 | 0000075228 | LN25 | 00000000 | LN51 | 00000000 | F7 | 0000000 |
| LN8A | 0000017386 | LN26 | 00000000 | LN52 | 00000000 | SCHH1 | 0000000 |
| LN8B | 0000005700 | LN27 | 00000000 | SCHE1 | 00000000 | H2 | 0000000 |
| LN8C | 0000011686 | LN28 | 00000000 | E2 | 00000000 | H3 | 0000000 |
| LN9 | 0000009731 | LN29 | 00002212 | E2A | 00000000 | SCHG1 | 0000000 |
| LN10 | 0000053811 | LN30 | 00000330 | E3 | 00000000 | G2D | 0000000 |
| LN11 | 0000001882 | LN31 | 00000000 | 4A | 00000000 | G2E | 0000000 |
| LN12A | 0000000000 | LN32 | 00000330 | 4B | 00000000 | G3A | 0000000 |
| LN12B | 0000000000 | LN33 | 00000000 | 4C | 00000000 | G3B | 0000000 |
| LN12C | 0000000000 | LN34 | 00000000 | 4D | 00000000 | G4A | 0000000 |
| LN12D | 0000000000 | LN35 | 00000000 | 4E | 00000000 | G4B | 0000000 |
| LN12E | 0000000000 | LN36 | 00000000 | 4F | 00000000 | G5 | 0000000 |
| LN13 | 0000000000 | LN37 | 00000000 | 4G | 00000000 | G6 | 0000000 |
| LN14 | 0000000000 | LN38 | 00000000 | 4H | 00000000 | G7 | 0000000 |
| LN15 | 0000000000 | LN39 | 00000000 | E4I | 00000000 | G8 | 0000000 |
| LN16 | 0000001882 | LN40 | 00000000 | E4J | 00000000 | G9 | 0000000 |
| LN17 | 0000000000 | LN41 | 00000000 | E4K | 00000000 | 10 | 0000000 |
| LN18 | 0000001882 | LN42 | 00000330 | E5A | 00000000 | G11 | 0000000 |
| LN19 | 0000000000 | CREDT | 00000000 | E5B | 00000000 | 12DSF | 0000000 |
| LN19A | 0000000000 | REFND | 00000330 | E5C | 00000000 | 20SF | 0000000 |
| | | | | | | SCODE | 0000000 |

I declare that I have examined this return and to the best of my knowledge, it is true and complete. Declaration of paid preparer is based on all available information. I consent that my SSN may be given to the LA Office of Student Financial Assistance in order to properly identify any START Savings Program Account Holder.

Date ___   Taxpayer ___           Date ___           Spouse ___
                                  Paid preparer ___                   LAIA0201  11/19/09

Date ___
SSN ___   9   Telephone ___       6060

Saxon Mortgage Services, Inc.
P.O. Box 161489
Ft. Worth TX 76161-1489

**CUSTOMER CALL CENTER  1-800-594-8422**

WARDELL PARKER

Visit us online at: www.saxononline.com

**MORTGAGE LOAN STATEMENT**

PROPERTY ADDRESS:

| | |
|---|---|
| Statement Date: | 01/08/09 |
| Loan Number: | |
| Current Balances: | |
| Principal: | $168,941.63 |
| Escrow: | $7,519.06- |
| Interest Rate: | 6.740% |
| YTD Interest Paid: | $949.84 |
| Current Payment Due: | |
| Mortgage Amount: | $1,119.36 |
| Escrow Amount: | $367.25 |
| Optional Insurance: | $0.00 |
| Delinquent Payment: | $0.00 |
| Other: | $0.00 |
| Unpaid Late Charge: | $0.00 |
| Suspense: | $0.00 |
| TOTAL AMOUNT DUE: | $1,486.61 |
| Loan Due Date: | 02/01/09 |

Saxon Mortgage Services, Inc.'s goal is to provide attentive service to its customers. Saxon is dedicated to delivering accurate information in a timely manner, empowering its employees to make decisions, and providing First Call resolution. Through honesty, dependability, and attention to detail, Saxon will demonstrate its ability to exceed the service needs of its customers.

## ACTIVITY SINCE YOUR LAST STATEMENT
Payments received after the statement date do not appear.

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL INSURANCE | MISC. FEES | SUSPENSE |
|---|---|---|---|---|---|---|---|---|
| FEES BILLED | 12/17/08 | 9.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | 0.00 |
| COUNTY/PARISH TAX | 01/05/09 | 1,914.91 | 0.00 | 0.00 | 1,914.91 | 0.00 | 0.00 | 0.00 |
| SINGLE RECEIPT | 01/07/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1577.50 |
| SINGLE RECEIPT | 01/07/09 | -9.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -9.50 |
| FEE COLLECTION | 01/07/09 | 9.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | 0.00 |
| SINGLE RECEIPT | 01/07/09 | -7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -7.00 |
| FEE COLLECTION | 01/07/09 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.00 |
| REGULAR PAYMENT | 01/08/09 | 1,486.61 | 169.52 | 949.84 | 367.25 | 0.00 | 0.00 | -1486.61 |
| SINGLE RECEIPT | 01/08/09 | -27.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -27.67 |
| FEE COLLECTION | 01/08/09 | 8.67 | 0.00 | 0.00 | 0.00 | 0.00 | 8.67 | 0.00 |
| FEE COLLECTION | 01/08/09 | 9.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | 0.00 |
| FEE COLLECTION | 01/08/09 | 9.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | 0.00 |

Additional transactions do exist in your loan. Please call for more details

**LATE CHARGE INFORMATION:** Avoid late charges by making payments for the exact amount on or before the due date. Late Charges will not be waived because of postal delays; therefore, please allow adequate time for mail service. Any late charge must be included on the next payment. We may report information about your account to the credit bureaus. Late payments, missed payments or other defaults on your account may be reflected on your credit report.

## IMPORTANT MESSAGES

In order to provide you with the best service possible, we have updated our online system to include a pin number. Please access the online system at your convenience and follow the prompts. If you have any trouble please contact us at 800.594.8422

Each year the Internal Revenue Service (IRS) requires lenders to report the amount of interest paid on real estate. The IRS requires that you provide us with your correct Social Security Number or tax ID number for reporting purposes. If the number you provided is incorrect, you may be subject to a $50 penalty by the IRS. Be sure yours was reported correctly.

Our services are only an e-mail away! Visit our improved website www.Saxononline.com for general inquiries and customer service related issues. We look forward to hearing from you.

Saxon now offers the "Check by Phone" service via the internet at www.Saxononline.com. Your PIN number is the last four digits of the primary borrower's Social Security number.

Your 2008 year end tax information will be mailed to you by January 31, 2009. Please allow sufficient time for delivery. Thank you for your business.

*If you are a borrower on this loan and have filed for bankruptcy protection, this statement is for informational purposes only and is not attempting any act to collect, recover or offset any discharged debt as your personal liability.*

↓ PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT ↓

Waddell Parker

2009

06   Per + Bus.

08   Per

09   Per + Bus (Sch C)

boots   650

pants   600

R hou   125 × 12 = 1500 × .30 = 450

overtime.   30 BT ×

Work 4 yrs.

New Vehicle   Towtruck   15000

church   20 × 52 = 1040

**Entergy Louisiana, LLC**
P. O. Box 60340
New Orleans, LA 70160

| Pay Group: | EAB-ELL - ACTIVE BIWEEKLY | Business Unit: | ENT01 |
|---|---|---|---|
| Pay Begin Date: | 12/13/2009 | Check #: | |
| Pay End Date: | 12/26/2009 | Check Date: | 12/31/2009 |

Wardell Parker

Employee ID:
Department: TPLW4-Area Substations Metairie ELI
Location: LA Transmission Grid New Orlea
Job Title: Substation Mechanic II

| TAX DATA: | Federal | LA State |
|---|---|---|
| Marital Status: | Married | Self+spous |
| Allowances: | 15 | 9 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Lump Sum Bonus | | | 150.00 | | 150.00 |
| Total Reward Points | | | 0.00 | | 139.75 |
| Safety Award | | | 0.00 | | 399.68 |
| FLSA OT Adjustments | | | 0.00 | | 3.11 |
| Absenteeism Policy Sick Time | | | 0.00 | 40.00 | 963.48 |
| DOL Overtime For Teamsharing | | | 0.00 | | 284.70 |
| Teamsharing Plan (TSIP) | | | 0.00 | | 2,975.97 |
| Double Time 2.0 | | | 0.00 | 12.00 | 592.78 |
| Straight Time | | | 0.00 | 1,942.00 | 47,952.01 |
| Overtime Regular 1.5 | | | 0.00 | 650.00 | 24,171.70 |
| Benefits Credits - Medical | | | 0.00 | | 11,208.00 |
| Benefits Credits - Vision | | | 0.00 | | 74.88 |
| Other (Page 2) | | | 0.00 | 178.00 | 5,250.41 |
| **Total:** | | | **150.00** | **2,822.00** | **94,166.47** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 1,352.08 |
| Fed MED/EE | 2.17 | 1,148.81 |
| Fed OASDI/EE | 9.30 | 4,912.16 |
| LA Withholding | 5.62 | 2,212.40 |
| **Total:** | **17.09** | **9,625.45** |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before Tax Insurance - Medical | 0.00 | 13,368.00 |
| Before Tax Insurance - Dental | 0.00 | 806.16 |
| Before Tax Insurance - Vision | 0.00 | 149.76 |
| Before Tax Insurance - Life | 0.00 | 196.56 |
| Before Tax Insurance - Ad&D | 0.00 | 72.48 |
| Before Tax Insurance - Ltd | 0.00 | 420.96 |
| **Total:** | **0.00** | **15,013.92** |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total Reward Deduct | 0.00 | 122.34 |
| Supplemental Life-J&H | 0.00 | 177.84 |
| Riverland Credit Union | 0.00 | 1,128.33 |
| **Total:** | **0.00** | **1,428.51** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Before Tax Insurance - Life* | 0.00 | 75.84 |

*Item added to taxable gross for W2 purpose

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 150.00 | 150.00 | 17.09 | 0.00 | 132.91 |
| YTD: | 94,166.47 | 79,228.39 | 9,625.45 | 16,442.43 | 68,098.59 |

| PTO HOURS | YTD | SICK HOURS | YTD |
|---|---|---|---|
| Vacn Start: | 80.0 | Sick Start: | 40.0 |
| Vacn Taken: | 80.0 | Sick Taken: | 40.0 |
| Vacn Balance: | 0.0 | Sick Balance: | 0.0 |

### NET PAY DISTRIBUTION
Advice #000000000000000 — 132.91
**Total:** 132.91

---



**Entergy Louisiana, LLC**
P. O. Box 60340
New Orleans, LA 70160

Date: 12/31/2009

Advice No.

Deposit Amount: **$132.91**

To The
Account(s) Of

**WARDELL PARKER**

Mail Drop:

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 2756 | 132.91 |
| **Total:** | | **132.91** |

## NON-NEGOTIABLE

## W-2 Wage and Tax Statement 2009 - Reissued Statement

### Copy B - To Be Filed With Employee's FEDERAL Tax Return

- **b Employer identification number (EIN):** [redacted]
- **c Employer's name, address, and ZIP code:** ENTERGY LOUISIANA, LLC, 417 PRIDE DR, HAMMOND, LA 70401
- **e Employee's first name and initial / Last name:** WARDELL PARKER (1 of 1)

| Box | Description | Amount |
|---|---|---|
| 12a | C | 75.84 |
| 1 | Wages, tips, other compensation | 79228.39 |
| 2 | Federal income tax withheld | 1352.08 |
| 3 | Social security wages | 79228.39 |
| 4 | Social security tax withheld | 4912.16 |
| 5 | Medicare wages and tips | 79228.39 |
| 6 | Medicare tax withheld | 1148.81 |
| 13 | Retirement plan | X |
| 15 State | LA | |
| 16 State wages, tips, etc. | | 79228.39 |
| 17 State income tax | | 2212.40 |

### Copy 2 - To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

- **c Employer's name, address, and ZIP code:** ENTERGY LOUISIANA, LLC, 417 PRIDE DR, HAMMOND, LA 70401
- **e Employee's name:** WARDELL PARKER (1 of 1)

| Box | Description | Amount |
|---|---|---|
| 12a C | | 75.84 |
| 1 Wages, tips, other compensation | | 79228.39 |
| 2 Federal income tax withheld | | 1352.08 |
| 3 Social security wages | | 79228.39 |
| 4 Social security tax withheld | | 4912.16 |
| 5 Medicare wages and tips | | 79228.39 |
| 6 Medicare tax withheld | | 1148.81 |
| 13 Retirement plan | | X |
| 15 State | LA | |
| Employer's state ID number | 6032833001 | |
| 16 State wages, tips, etc. | | 79228.39 |
| 17 State income tax | | 2212.40 |

### Copy 2 - To Be Filed With Employee's STATE, CITY or LOCAL Income Tax Return

- **c Employer's name, address, and ZIP code:** ENTERGY LOUISIANA, LLC, 417 PRIDE DR, HAMMOND, LA 70401
- **e Employee's name:** WARDELL PARKER (1 of 1)

| Box | Description | Amount |
|---|---|---|
| 12a C | | 75.84 |
| 1 Wages, tips, other compensation | | 79228.39 |
| 2 Federal income tax withheld | | 1352.08 |
| 3 Social security wages | | 79228.39 |
| 4 Social security tax withheld | | 4912.16 |
| 5 Medicare wages and tips | | 79228.39 |
| 6 Medicare tax withheld | | 1148.81 |
| 13 Retirement plan | | X |
| 15 State | LA | |
| Employer's state ID number | 6032833001 | |
| 16 State wages, tips, etc. | | 79228.39 |
| 17 State income tax | | 2212.40 |

### Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee on back.)

- **c Employer's name, address, and ZIP code:** ENTERGY LOUISIANA, LLC, 417 PRIDE DR, HAMMOND, LA 70401
- **e Employee's name:** WARDELL PARKER (1 of 1)

| Box | Description | Amount |
|---|---|---|
| 12a C | | 75.84 |
| 1 Wages, tips, other compensation | | 79228.39 |
| 2 Federal income tax withheld | | 1352.08 |
| 3 Social security wages | | 79228.39 |
| 4 Social security tax withheld | | 4912.16 |
| 5 Medicare wages and tips | | 79228.39 |
| 6 Medicare tax withheld | | 1148.81 |
| 13 Retirement plan | | X |
| 15 State | LA | |
| 16 State wages, tips, etc. | | 79228.39 |
| 17 State income tax | | 2212.40 |

Parker, Wardell        2009 Personal Tax Return        7/15/2010

| | Taxpayer | Spouse | | Total |
|---|---|---|---|---|
| **Schedule A:** | | | | |
| Mortgage Interest Paid: | | | | 8,696.70 |
| | | | Total | $8,696.70 |
| Taxes: | | | | |
| Real Estate Taxes | 6018.12 | | | 6,018.12 |
| | | | | 0.00 |
| Personal property | 1750 | | | 1,750.00 |
| | | | Total | $7,768.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Corvette | 13000 | 0.0875 | 1137.5 |
| | | | Mercedes | 7000 | 0.0875 | 612.5 |
| | | | | | Total | 1750 |

| | | | | |
|---|---|---|---|---|
| Charity: | | | | |
| Cash | 1440 | | | 1,440.00 |
| Noncash | 250 | | | 250.00 |
| | | | Total | $1,690.00 |

| | | | | |
|---|---|---|---|---|
| **Miscellaneous Deductions:** | | | | |
| Tax Preparation Fees | | | | |
| Form 2106 | | | | 250.00 |
| Uniforms and Protective Clothing | 1,250.00 | | | 1,250.00 |
| Phone and Communications | 1,125.00 | | | 1,125.00 |
| Internet | 48.00 | | | 48.00 |
| Twic | 132.50 | | | 132.50 |
| | | | Total | $2,555.50 |

Phone and Communications – Taxpayer

2009
- Mad in 1752109

X Ute Alim ▮▮▮▮▮ See Att on
 8 Mths 500 · 4k
Horomor Insurance

2007
Call Back   Gustav Sior   13599.19
▮▮▮▮▮

2006 -
 Mort mt   14769.25
 For
 (sp & www)
 (245) Day
 100   365 = 36500
 74
 50     7    1750
             530 +500
             1250
 Ihoc
 Mth
 50
 Fut
 300