# EXHIBIT F

August 6, 2012
Here is a list of the people who signed the sworn statements for me and the price per pound of shrimp that they purchased:



1. ███ - 100lbs @ 4.00 per lb = $400.00
2. ███ - 10lbs @ 5.00 per lb = $50.00
3. ███ 30lbs @ 5.00 per lb = $150.00
4. ███ - 100lbs @ 4.00 per lb = $400.00
5. ███ - 20lbs @ 5.00 per lb = $100.00
6. ███ - 1000lbs @ 3.50 per lb = $3500.00
7. ███ 100lbs @ 3.00 = $300.00
8. ███ - 50lbs @ 5.00 = $250.00
9. ███ - 20lbs @ 5.00 = $100.00
10. ███ - 30lbs @ 5.00 = $150.00
11. ███ 60lbs @ 4.00 = $240.00
12. ███ - 10lbs @ 5.00 = $50.00
13. ███ - 100lbs @ 3.50 = $350.00
14. ███ - 100lbs @ 3.50 = $350.00
15. ███ 100lbs @ 4.00 = $400.00
16. ███ 10lbs @ 5.00 = $50.00
17. ███ - 50lbs @ 5.00 = $250.00
18. ███ - 50lbs @ 5.00 = $250.00
19. ███ - 20lbs @ 5.00 - $100.00
20. ███ 50lbs @ 4.00 = $200.00
21. ███ 50bs @ 4.00 = $200.00
22. ███ - 150lbs @ 3.50 = $525.00
23. ███ 20lbs @ 4.00 = $80.00
24. ███ 50lbs @ 5.00 = $250.00
25. ███ - 200lbs @ 3.50 = $700.00
26. ███ - 50lbs @ 4.00 = $200.00
27. ███ 100lbs @ 3.00 = $300.00
28. ███ - 20lbs @ 4.00 = $80.00
29. ███ - 100lbs @ 4.00 = $400.00

This is a list of only SOME of my regular customers. I sold shrimp on the side of the street next to Walmart to many more random customers. I sold close to 45,000 lbs of shrimp between May 2009 and December 2009.

I, Wardell Parker, delcare & affirm, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

_Wardell Parker_      8-7-2012
Wardell Parker      Date

_signature_      8-7-2012
███      Date