# EXHIBIT G

| Name: Wardell Parker | SSN or EIN: | Claimant #: 3336787 |

**GCCF 2000-E**
**GULF COAST CLAIMS FACILITY**
**FULL REVIEW FINAL PAYMENT CLAIM FORM**

This Full Review Final Payment Claim Form is to be completed for individuals or businesses who wish to receive a Full Review Final Claim Payment for damages suffered as a result of the Deepwater Horizon incident on April 20, 2010, and resulting oil discharges (the "Spill").

A claim for a Full Review Final Payment provides for a complete assessment of PAST and FUTURE (if any) damages sustained as a result of the Spill. Acceptance of the Gulf Coast Claims Facility ("GCCF") Final Payment Offer for final payment of a Full Review Final Payment Claim will require you to sign a Release and Covenant not to Sue. For your review, a sample of the Release and Covenant Not to Sue that you will be required to sign if you accept the GCCF's Final Payment Offer accompanies this Full Review Final Claim Form. If you accept that Final Payment Offer when made and sign the Release, you will be forever waiving and releasing all claims that you may have against BP or any other party other than claims for physical or mental health injury ("Bodily Injury") or by shareholders of BP or other Released Parties for alleged violations of Securities laws ("Securities Claim") in connection with the Spill. If you accept a Final Payment Offer for a physical injury or death claim you will receive a copy of a Release of Bodily Injury Claims which will release all Bodily Injury claims related to the Spill. You are under no obligation to accept the GCCF's Final Payment Offer. You are free to reject the GCCF's Final Payment Offer and to participate in other legal actions associated with the Spill, or to submit any claim for payment to the Coast Guard's National Pollution Funds Center (the "Coast Guard").

To learn more about filing a claim for a Full Review Final Payment and for a copy of the Protocol for Interim and Final Claims, go to www.gulfcoastclaimsfacility.com, call toll free at 1-800-916-4893, or visit a GCCF Site Office

**Send me all future communications and notices in the following language (check only one box)**

English ☑     Spanish ☐     Vietnamese ☐     Khmer ☐

**Indicate whether you have previously filed a claim (check only one box)**

I previously filed a Claim with the GCCF ☑     I am a new Claimant to the GCCF ☐

### SECTION I: INSTRUCTIONS

1. If you previously filed a claim for Emergency Advance Payment, you MUST indicate your existing GCCF Claimant Identification Number at the top of each page of this Form.

   If this is the first claim you are submitting to the GCCF, the GCCF will assign you a Claimant Identification Number. That Claimant Identification Number will allow you to track the status of your claim online and will be your Claimant Identification Number throughout the claims process.

   You can get information about your claim online at www.gulfcoastclaimsfacility.com, by phone toll free at 1-800-916-4893, or in person at a GCCF Claims Site Office.

2. If you are an Individual Claimant, enter your Social Security Number in the box at the top of each page. If you are a Business Claimant, enter your Employer Identification Number in the box at the top of each page.

3. The Claimant must print the name of the Individual or Business Claimant and sign and date the Claim Form in Section VIII.

4. You may fill out and submit a Full Review Final Payment Claim Form and provide supporting documents to the GCCF online by visiting the GCCF's website at www.gulfcoastclaimsfacility.com, or by mail, email, overnight delivery, fax or in person. If you submit your Full Review Final Payment Claim Form online, you must submit all supporting documentation within five (5) days of your online filing. If you submit your Full Review Final Payment Claim Form by mail, email, overnight delivery, fax or in person, you must submit all supporting documentation with your Claim Form. Claim applications and supporting documentation that are submitted in person are not retained at the GCCF Claims Site Offices. These materials are sent to the GCCF processing center in Dublin, Ohio, or are scanned and sent to the processing center via the internet.

Name: Wardell Parker   SSN or EIN: [redacted]   Claimant #: 3336787

## SECTION II. CLAIMANT INFORMATION

### II.A. Individual Claimant Information

Provide the following information about the person who was affected or injured by the Spill. All Individual Claimants must complete each question in this section. (If you are filing for a business, skip this section and proceed to Section II.B)

1. Name: Wardell — Last: Parker — First: Wardell — Middle Initial:
2. Current Address:
   - Street: [redacted]
   - City: [redacted]   State: [redacted]   Zip Code: [redacted]
   - Parish/County: [redacted]   Country: U.S.
3. Home Phone Number: [redacted]
4. Cell Phone Number: [redacted]
5. Email Address: [redacted]
6. Date of Birth: [redacted]
7. Social Security Number: ☑  or  Individual Taxpayer Identification Number: ☐  [redacted]
8. Other Name Used (Maiden Name, Previous Married Name(s), Aliases):

Provide complete information about your employment status since January 1, 2010 (add more pages if necessary):

9. Current Employer:
   - Name: Entergy
   - Street: 1012 Harimaw Ct
   - City: Metairie   State: LA   Zip Code: 70100
   - Parish/County: Orleans   Country: U.S.
   - Employer Identification Number (EIN): ___-_____ (from your W-2 or 1099 form)
   - Period of employment: 2005 to present

Other/Previous Employer:
   - Name:
   - Street:
   - City:   State:   Zip Code:
   - Parish/County:   Country:
   - Employer Identification Number (EIN): ___-_____ (from your W-2 or 1099 form)
   - Period of employment: ___ to ___

10. Does the Claimant own any part of a business listed above and/or serve as an officer in the business? If so, name the applicable business and check either or both boxes below and specify the percentage of ownership and/or the office held:

    Name of business: _____

    ☐ Owner (specify percentage): _____   ☐ Officer (specify title): _____

| Name: | Wardell Parker | SSN or EIN: | | Claimant #: | 3336787 |

## II.B. Business Claimant Information

Provide information in Section II.B. ONLY if you are completing this Form for a business that was affected by the Spill.

### II.B.1. Information about the Business

| 11. Name of Business: | |
|---|---|
| 12. Type of Business: | Part-time commercial fisherman |

| 13. Business Address: | Street | | | |
| | City | | State | Zip Code |
| | Parish/County | | Country | |

| 14. Phone Number: | |
| 15. Website Address: | |
| 16. Other Business Name: | |
| 17. Name of Business on Federal Income Tax Return: | |

| 18. Employer Identification Number (EIN): ☐ | |
| or | |
| Check here if EIN is also your Social Security Number ☑ | |

| 19. Date and Place Founded/Incorporated: | Date _____  Place _____ |

### II.B.2. Information about the Authorized Business Representative

| 20. Name: | Last | First | Middle Initial |
|---|---|---|---|
| 21. Title: | | | |
| 22. Home Address: (if different from Business Address) | Street | | | |
| | City | State | Zip Code | Country |
| 23. Phone Number: | ( ___ ) ___ - ____ |
| 24. Cell Phone Number: | ( ___ ) ___ - ____ |
| 25. Email Address: | |

| 26. Social Security Number: ☐ | ___ - ___ - ____ |
| or | |
| Individual Taxpayer Identification Number: ☐ | ___ - _____ |

| Name: Wardell Parker | SSN or EIN: [redacted] | Claimant #: 3336787 |

## SECTION III. ATTORNEY INFORMATION

Complete this section only if you are represented by a lawyer for this Full Review Final Payment Claim. If you complete this section, all communications from the GCCF will be with the lawyer you have identified unless your lawyer instructs us otherwise in writing. You must complete each question in this section if you are represented by a lawyer. Previous information provided about Attorney Representation will <u>not</u> apply to this Full Review Final Payment Claim.

| 27. Lawyer Name: | Last | | First | | Middle Initial |
|---|---|---|---|---|---|
| 28. Law Firm Name: | | | | | |
| 29. Law Firm Address: | Street | | | | |
| | City | | State | Zip Code | Country |
| 30. Law Firm Phone Number: | ( _ _ _ ) _ _ _ - _ _ _ _ | | | | |
| 31. Law Firm Email Address: | | | | | |

| Name: Wardell Parker | SSN or EIN: ▮▮▮▮ | Claimant #: 3336787 |

## SECTION IV. CLAIM INFORMATION FOR FULL REVIEW FINAL PAYMENT

Check which Claim Type(s) you want to submit. Enter the amount you are claiming for each Claim Type. If you have previously received a payment, do not include that amount in the amount you are requesting. All Claimants must complete this Section. You must indicate each Claim Type that you want considered in your Final Payment Offer below; you will receive only one Final Payment Offer based on an evaluation of all Claim Types indicated below.

You must provide documentation or evidence of the damage or injury for each Claim Type checked below. The Gulf Coast Claims Facility Document Requirements accompanies this Full Review Final Payment Claim Form and lists the REQUIRED supporting documentation you must submit to support each Claim Type. For each Claim Type you submit, you must provide documentation to support your Claim. You must complete this form and submit the completed form to the GCCF along with all supporting documentation. (You are not required to resubmit any documentation you previously submitted with an Emergency Advance Payment Claim or Interim Payment Claim.)

### IV.A. Claims for Removal and Clean Up Costs

☐ CLAIMANT IS SUBMITTING A REMOVAL AND CLEAN UP COSTS CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking to recover costs incurred to remove oil discharged by the Spill and/or costs to prevent, minimize or mitigate oil pollution when there was a substantial threat of a discharge of oil due to the Spill. You can claim costs for both preventative and clean up measures.

If you are claiming multiple removal and clean up actions and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form for submission. Make as many copies as you need.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| (A.1) | Was the Removal and Clean Up action taken approved by the Federal On-Scene Coordinator and/or consistent with the National Contingency Plan? | ☐ Yes  ☐ No |

(A.2) Provide the address where the Removal and Clean Up action took place:

Street

| City | State | Zip Code |

Parish/County

(A.3) Provide a description of the Removal and Clean Up action:

| Name: Wardell Parker | SSN or EIN: [redacted] | Claimant #: 3336787 |

## IV.B. Claims for Real or Personal Property Damage

☐ CLAIMANT IS SUBMITTING A REAL OR PERSONAL PROPERTY DAMAGE CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking damages for any physical damage to real, personal or business property that you own or lease.

If you are an owner of a property that you lease to someone else, you must notify the lessee that you are submitting a claim. If you lease property from someone else, you must notify the owner that you are filing a claim.

If you suffered damage to more than one piece of property and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form. Make as many copies as you need. Identify the type of Personal Property that was damaged or destroyed (*i.e.*, boat, equipment, machinery) and, if applicable, the make, model, year and identification number.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

**(B.1)** If you are claiming damage to Real Property, provide the address of the property. If you are claiming damage to Personal Property, provide the address where the damage occurred:

Street

| City | State | Zip Code |

Parish/County

**(B.2)** If you are claiming damages to Personal Property, list the type of Personal Property that was damaged (*i.e.* boat, equipment, machinery) and provide the additional information, as applicable:

Type of Personal Property

| Make | Model |

| Year | Identification Number |

**(B.3)** Describe your relationship to the Real or Personal Property:   ☐ Owner   ☐ Lessor

**(B.4)** Provide a description of the property damage sustained as a result of the Spill, and how the damage occurred:

**(B.5)** Were you working for the Vessels of Opportunity at the time of the property damage sustained due to the Spill?   ☐ Yes   ☐ No

| Name: Wardell Parker | SSN or EIN: ███████ | Claimant #: 3336787 |

## IV.C. Claims for Lost Earnings or Profits

☑ CLAIMANT IS SUBMITTING A LOST EARNINGS OR PROFITS CLAIM FOR $ 25,000.00

Check the box above and enter the amount of your claim if you are seeking damages for lost earnings or profits due to the Spill. Business Claimants seeking lost earnings or profits must complete questions C.8.– C 15.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

### IV.C.1. Questions for Individual Claimants Seeking Lost Earnings or Profits

**(C.1)** State the occupation and job title you had at the time of the Spill:
Occupation: Part time commercial fisherman  Title:

**(C.2)** Describe the nature of business of your employer at the time of the Spill: I went trawling + crabbing every Fri, Sat + Sunday. I caught a minimum of 200 lbs of shrimp each trip.

**(C.3)** State the total lost earnings or profits you have suffered as a result of the Spill to date and describe how you have calculated these losses: I estimate a total loss of $25,000. I kept a written catch record daily of the shrimp and crabs I caught each time I went out so that I could divide + sell.

**(C.4)** Describe in detail the efforts you have made to find work or additional work since the Spill: I have tried to find clean waters to travel to provide food for my family and supplement but have not yet found any.

**(C.5)** State the amount of any job hunting expenses you have incurred since the Spill: $ _____

**(C.6)** Provide a description of the loss you sustained as a result of the Spill and how the Spill caused the loss: I fed my family with the seafood in the gulf. My immediate family as well as my extended family. I also sold crabs + shrimp in Westwego. Since the spill I could not feed my family as we were accustomed to.

Lost my Job: ☐    Work Hours Reduced: ☐    Pay/Tips Reduced: ☑

**(C.7)** Provide the name and address of your Employer at the time of the Spill:

Name: 
Street: 
City:                              State:                 Zip Code: 
Parish/County:

Name: Wardell Parker   SSN or EIN: ▮   Claimant #: 3336787

## IV.C.2: Questions for Business Claimants Seeking Lost Earnings or Profits

**(C.8)** State the sources of income or types of customers for the business at the time of the Spill:
I provided seafood for my entire family - immediate and extended and also had a number of loyal customers who would buy my shrimp on a weekly basis.

**(C.9)** Describe the nature of business at the time of the Spill: I was catching a minimum of 200 lbs of shrimp each day I went out. 600 lbs every weekend - I fed my family and sold shrimp to make money.

**(C.10)** Describe in detail any efforts you have made to increase revenues or reduce costs since the Spill: I have tried to find clean waters to trawl to feed my family and have not been able to.

**(C.11)** State the total amount in operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:   $ _____

**(C.12)** State the total loss in revenues the business has suffered as a result of the Spill to date and how you have calculated those losses: I estimate a total loss of $95,000. I kept a daily catch record of how many pounds of shrimp I would catch each trip.

**(C.13)** State the total loss in profits the business has suffered as a result of the Spill to date and how you have calculated those losses: I estimate a total loss in profits of $95,000. I kept a record of how many pounds of shrimp I caught & I sold them @ 2.00 a lb.

**(C.14)** Provide a description of the loss the business sustained as a result of the Spill and how the loss occurred:
I was unable to travel or feed my family as a result of the oil spill.

**(C.15)** Provide the business address where the loss occurred:

| Street | ▮ | | |
|---|---|---|---|
| City | ▮ | State ▮ | Zip Code ▮ |
| Parish/C | ▮ | | |

| Name: Wardell Parker | SSN or EIN: | Claimant #: 3336787 |

### IV.D  Claims for Loss of Subsistence Use of Nature Resources (Individual Claimants only)

☑ CLAIMANT IS SUBMITTING A LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES CLAIM FOR $ 15,000.00

Check the box above and enter the amount of your claim if you suffered damages to your ability to rely, without purchase, on natural resources for food, shelter, clothing, medicine or other minimum necessities of life because of the Spill. Identify below in Section D.2 the natural resource that you relied on for subsistence prior to the Spill, and how it has been affected by the Spill.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

**(D.1)  Provide a detailed description of the loss of subsistence as a result of the Spill:**

I trawled every Fri, Sat + Sunday before the Spill & fed my family with the seafood in the gulf - my immediate family as well as my extended family. We did not have to spend money on seafood because I went out + caught ours every weekend. My family depended on me for the seafood. As a result of the Spill I could no longer provide this seafood.

**(D.2)  Identify the natural resource that you relied on for subsistence prior to the Spill and how it has been affected by the Spill:**

We relied on having fresh Seafood - crabs, shrimp, fish, etc. weekly before the oil spill. We never had to buy seafood and we ate seafood 5 days a week. After the oil spill we had to buy seafood that was not fresh and I could also not sell seafood to my loyal customers.

**(D.3)  Describe how frequently you use this natural resource for subsistence and its approximate monthly value to you:**

We ate shrimp, fish + crabs 5 days a week. My extended family did also. Each month it saved us at least 2500.00 also, by selling some of the shrimp, it provided another $2500.00/ a month of extra income for my family.

| Name: Wardell Parker | SSN or EIN: ▮▮▮ | Claimant #: 3336787 |

### IV.E. Claims for Physical Injury or Death (Individual Claimants only)

☐ CLAIMANT IS SUBMITTING A PHYSICAL INJURY OR DEATH CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking damages for physical injury or death proximately caused by the Spill or the explosion and fire associated with the Deepwater Horizon incident on April 20, 2010, or by the clean-up of the Spill.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| | | |
|---|---|---|
| (E.1) | Were you working for the Vessels Of Opportunity at the time your physical injury occurred? | ☐ Yes   ☐ No |
| (E.2) | Were you working on the Removal and Clean Up actions at the time your physical injury occurred? | ☐ Yes   ☐ No |
| (E.3) | Provide the date you were first injured and whether the injury is resolved or ongoing: | Date _____   ☐ Resolved   ☐ Ongoing |
| (E.4) | If you are seeking damages for death, provide the name of the decedent and the date of the death: | Name _____   Date _____ |
| (E.5) | Provide a brief description of the physical injury sustained as a result of the Spill, and how the injury occurred: | |
| (E.6) | Provide the address where the injury was experienced:<br><br>Street _____<br>City _____   State _____   Zip Code _____<br>Parish/County _____ | |

| Name: Wardell Parker | SSN or EIN: ██████ | Claimant #: 3336787 |

## SECTION V. COLLATERAL SOURCE COMPENSATION

All claimants must complete this section. You must complete this section to provide information on unemployment benefits, private insurance or any other replacement income received relating to any Claim Type. Legally authorized garnishments, liens, or similar forms of attachments received relating to your claim will be honored and deducted from any payment.

| Question | Response |
|---|---|
| 32. Have you received any compensation from BP for your losses due to the Spill? | ☐ Yes ☑ No |
| 33. Total amount of compensation received from BP for your losses due to the Spill: | $ |
| 34. Have you received any compensation from GCCF for your losses due to the Spill? | ☐ Yes ☑ No |
| 35. Total amount of compensation from GCCF for your losses due to the Spill: | $ |
| 36. Have you received compensation for state unemployment benefits? | ☐ Yes ☑ No |
| 37. For what period of time did you receive compensation for state unemployment benefits? | |
| 38. Total amount of unemployment benefits received: | $ |
| 39. Have you received compensation from private insurance for damages due to the Spill? | ☐ Yes ☑ No |
| 40. Name of Carrier or Provider: | |
| 41. Account or Policy Number: | |
| 42. For what period of time did you receive compensation from private insurance? | |
| 43. Total amount of insurance benefits received: | $ |
| 44. Have you received any other replacement income, such as severance pay? | ☐ Yes ☑ No |
| 45. For what period of time did you receive this other replacement income? | |
| 46. If you are still receiving this other replacement income, when will these benefits end? | |
| 47. Total amount of other replacement income received: | $ |

| Name: Wardell Parker | SSN or EIN: | Claimant #: 3336787 |

## SECTION VI. REPRESENTATIVE CLAIMANT INFORMATION

You must complete each question in this section if you are filling out this Claim Form for an individual claimant affected or injured by the Spill who is deceased, is a minor, or is incompetent or legally incapacitated and unable to complete the Claim Form for himself or herself. (You must provide proof that you are a duly appointed Representative.) See Section VII of the Gulf Coast Claims Facility Document Requirements for the documents required to establish authority to act as the Representative Claimant or visit the website at www.gulfcoastclaimsfacility.com. **Business claimants do not complete this section.**

| 48. Reason person affected or injured by the Spill is unable to complete the Claim Form: | |
|---|---|
| 49. Your relationship to Claimant: | ☐ Spouse ☐ Parent ☐ Child<br>☐ Sibling ☐ Administrator ☐ Executor<br>☐ Other (specify): _____ |

**Provide *your* name and contact information below.**

| 50. Last Name: | |
|---|---|
| 51. First Name: | |
| 52. Middle Name: | |
| 53. Current Address: | Street |
| | City — State — Zip Code — Country |
| 54. Home Phone Number: | (___) ___-____ |
| 55. Cell Phone Number: | (___) ___-____ |
| 56. Email Address: | |
| 57. Social Security Number: ☐<br>or<br>Individual Taxpayer Identification Number: ☐ | ___-__-____<br><br>___-__-____ |
| 58. Type of proof submitted that you are a duly appointed Representative: | |

| Name: | Wardell Parker | SSN or EIN: | ▮ | Claimant #: | 333678 |

## SECTION VII. METHOD OF PAYMENT

Complete this section to choose how you would like to receive your payment. You may choose to receive payment by check or by a direct wire deposit/electronic fund transfer into your account. Payments made by wire will be made from the New York, NY area. Based on your selection, complete the appropriate section below. Do not complete both sections. Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment. The GCCF will report annually to federal and state taxing authorities, using a form 1099 or state form equivalent, for certain payments made. The GCCF will send you a copy of that form, but cannot give you tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the impact of any payment you receive from the GCCF on your individual tax situation.

### VII.A. Election to Receive Payment by Wire Transfer

Complete this section if you want to receive your payment by direct deposit/electronic fund transfer. If you want to receive your payment by check, do not complete this section.

| 59. Do you want to receive your payment by direct deposit/electronic fund transfer? | ☒ Yes ☐ No |

| 60. Bank to Which Wire is to be Sent: | Bank Name: ▮ |
| | Street: ▮ |
| | City: ▮  State: ▮  Zip Code: ▮  Country: U.S. |

| 61. Bank Telephone Number: | ▮ |

| 62. Bank ABA/Routing Number: | ▮ |

| 63. Account Name: *If the Account Name for your bank account differs from your name or the name of your business, please also explain the reason for the difference in the box to the right.* | ▮ |

| 64. Account Number: | ▮ |

### VII.B. Election to Receive Payment by Check

Complete this section if you want to receive your payment by check. Checks will be sent by overnight courier and will be made payable to the individual or business claimant who completes this Claim Form. (Be sure to provide your Street Address for overnight delivery.) If you want to receive your payment by wire transfer, do not complete this section.

| 65. Do you want to receive your payment by check? | ☐ Yes  ☐ No |

| 66. If Yes, and you are an individual who does not have your own bank account, please review the Notice of Check Cashing Options accompanying this Claim Form. After reviewing this Notice, elect whether you prefer to receive one check or multiple checks: | ☐ One Check  ☐ Multiple Checks |

Provide the address to which you would like the check(s) to be sent in the space below, if it differs from the address provided in Section II.

| 67. Payment Address: | Street |
| | City  State  Zip Code  Country |

| Name: | Wardell Parker | SSN or EIN: | | Claimant #: | 3336787 |

## SECTION VIII: SIGNATURE

I certify that the information provided in this Full Review Final Payment Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Full Review Final Payment Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Full Review Final Payment Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any payment resulting from that claim, including any appeal of that payment, legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process. My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

| Signature: | *Wardell Parker* | Date: 1-5-11 | 1/5/11 (Month/Day/Year) |
| Printed Name: | First: Wardell | Middle: | Last: Parker |
| Title, if a business: | | | |

| Has anyone, other than a family member or an attorney you identified in Section III, assisted you in the preparation of this Claim Form? | ☐ Yes ☑ No |
| Name of individual and company, if applicable: | |

### How to Submit this Claim Form

Submit this Full Review Final Payment Claim Form and the supporting documents to the GCCF by one of the following methods:

**Regular Mail:**
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
P.O Box 9658
Dublin, OH 43017-4958

**Overnight, Certified or Registered Mail:**
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
5151 Blazer Pkwy., Suite A
Dublin, OH 43017

**Fax:**
1-866-682-1772

**Email Attachment:**
info@gccf-claims.com

When attaching your supporting documents, be sure to provide the appropriate identification number (your Claimant Identification Number, Social Security Number, or other Tax Identification Number). Attach all supporting documents to the Claim Form and submit your claim to the GCCF.