# EXHIBIT H

(WG15NWV1)

WAGE ITEMS PURGED FROM 2001-1 THRU 2010-2
09-16-2014

SSN [redacted]    EAN [redacted]    KELLOGG ENERGY SERVICES INC    P O BOX 1160 %TALX EMPLOYER SV
COLUMBUS    OH 43216 1160

| | | | | | |
|---|---|---|---|---|---|
| 2001-1 $ 2,615 | 2001-2 $ 5,731 | 2001-3 $ 8,562 | 2001-4 $ 9,950 | 2002-1 $ 6,971 | 2002-2 $ 8,979 |
| 2002-3 $ 8,875 | 2002-4 $ 9,746 | 2003-1 $ 8,685 | | | |
| 2003-2 $ 10,805 | 2003-3 $ 12,676 | 2004-1 $ 14,111 | 2004-2 $ 14,304 | 2004-3 $ 8,624 | 2004-4 $ 11,629 |
| 2005-1 $ 16,160 | 2005-2 $ 7,982 | 2005-3 $ 13,479 | | | |
| 2005-4 $ 15,867 | | | | | |

SSN [redacted]    EAN [redacted]    THE*PEP BOYS MANNY MOE & JACK    P O BOX 283 %TALX UCM SERVICES
MO 63166 0283

| | |
|---|---|
| 2003-2 $ 1,005 | |

SSN [redacted]    EAN [redacted]    TURNER INDUSTRIES GROUP LLC    P O BOX 283 %TALX UCM SVCS INC
MO 63166 0283

| | |
|---|---|
| 2007-1 $ 1,080 | 2007-2 $ 5,799 |

SSN [redacted]    EAN [redacted]    KELLOGG BROWN & ROOT LLC    P O BOX 66507 %TALX UCM SVCS I
MO 63166 6507

| | | | |
|---|---|---|---|
| 2006-1 $ 18,537 | 2006-2 $ 15,524 | 2006-3 $ 11,103 | 2006-4 $ 10,116 | 2007-1 $ 9,697 |

SSN [redacted]    EAN [redacted]    ENTERGY LA LLC    417 PRIDE DR-H R SERVICE CENTE
HAMMOND    LA 70401 9517

| | | | | | |
|---|---|---|---|---|---|
| 2007-2 $ 8,975 | 2007-3 $ 15,329 | 2007-4 $ 12,132 | 2008-1 $ 15,556 | 2008-2 $ 17,550 | 2008-3 $ 23,193 | 2008-4 $ 16,658 |
| 2009-3 $ 22,178 | 2009-4 $ 24,420 | 2010-1 $ 16,836 | 2010-2 $ 14,825 | | | |
| 2009-1 $ 18,854 | 2009-2 $ 13,702 | | | | | |

INITIALS BG
PAGE 1