UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
|    **"Deepwater Horizon" in the Gulf** | * | |
|    **of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| **This Document Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-311, Cameron International* | * | **MAGISTRATE SHUSHAN** |
| *Corporation v. Liberty Insurance* | * | |
| *Underwriters, Inc., a/k/a Liberty* | * | |
| *International Underwriters* | | |

**FIRST AMENDED JUDGMENT**

As set forth in the Order of December 12, 2014 (Rec. Doc. 13833 in 10-md-2179, Rec. Doc. 5 in 12-311), paragraph two of the Judgment entered on October 31, 2014 (Rec. Doc. 13588 in 10-md-2179, Rec. Doc. 4 in 12-311) is amended with respect to prejudgment interest. Accordingly,

It is hereby ORDERED, ADJUDGED, AND DECREED:

(1) As to Plaintiff's demand for declaratory judgment for indemnity, the rights of the parties are as follows: Defendant Liberty Insurance Underwriters, Inc. must indemnify Plaintiff Cameron International Corporation in the amount of fifty million dollars and zero cents ($50,000,000.00) for its losses in connection with Multidistrict Litigation 2179 and related proceedings.

(2) As to Plaintiff's demand for damages for breach of contract, judgment is rendered in favor of Plaintiff Cameron International Corporation and against Defendant Liberty Insurance Underwriters, Inc. in the amount of fifty million dollars and zero cents ($50,000,000.00), plus prejudgment interest at a rate of five percent (5%) per annum calculated from January 30, 2012 through October 31, 2014, and

   postjudgment interest pursuant to 28 U.S.C. § 1961.

(3) Costs of this suit other than attorney's fees shall be born by Defendant Liberty Insurance Underwriters, Inc.

(4) As to all other claims or demands for relief asserted by Plaintiff, judgment is rendered in favor of Defendant Liberty Insurance Underwriters, Inc. and against Plaintiff Cameron International Corporation.

New Orleans, Louisiana, this 15th day of December, 2014.

_____
United States District Judge

**Note to Clerk: File in No. 10-md-2179 and No. 12-311**