**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 11 2014

WILLIAM W. BLEVINS
CLERK

December 8, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   BP Exploration & Production Inc., et al.
      v. Lake Eugenie Land & Development, Inc., et al.
      No. 14-123
      (Your No. 13-30315, 13-30329, 13-31220, 13-31316; 13-30095)

MD 10-2179-J

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Chamber of Commerce of the United States of America, et al. for leave to file a brief as *amici curiae* is granted. The motion of Mobile Area Chamber of Commerce, et al. for leave to file a brief as *amici curiae* is granted. The motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* is granted. The motion of Federation of German Industries, et al. for leave to file a brief as *amici curiae* is granted. The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk

___ Fee
___ Process
_X_ Dkd
___ CRmDep
___ Doc. No.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 09, 2014

Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 13-30315 c/w 13-30329, 13-31220, 13-31316 In Re: Deepwater Horizon

      No. 13-30095 In Re: Deepwater Horizon

```
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970
USDC No. 2:10-CV-7777
USDC No. 2:10-CV-2771
USDC No. 2:12-CV-2953
USDC No. 2:12-CV-964
USDC No. 2:13-CV-492
```

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

*Lisa G Landry*

By: _____
Lisa G. Landry, Deputy Clerk
504-310-7649