UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

**O R D E R**

Before the Court is the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center to claimants Jason Zirlott ("Zirlott") and Capt Jay, LLC ("Capt Jay") [Rec. Doc. 13468], which the Special Master has reported as being served upon the claimants [Rec Doc. 13524], and upon agreement between the parties as to a briefing schedule,

IT IS HEREBY ORDERED that any response by Zirlott and Capt Jay to the Special Master's motion shall be filed on or before   December 22, 2014  . Any reply by the Special Master to the response of Zirlott and Capt Jay shall be filed on or before   January 9, 2015  . The Court will advise the parties if it requires oral argument.

Signed in New Orleans, Louisiana, this 15th day of December, 2014.

THE HON. CARL J. BARBIER
United States District Judge