# EXHIBIT 1

### TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE DR. DIANE AUSTIN'S OPINIONS AND TESTIMONY**

# Deposition Testimony of:

## **Harry Luton**

Date: June 17, 2014

Created by:



www.indatacorp.com

Page 5:10 to 5:16

```
00005:10      Q.   Good morning, Dr. Luton.  My name is David
      11 Tressler.  I represent BP.  Can you state your full name
      12 for the record?
      13      A.   Harry Heathcote Luton, Jr.
      14      Q.   And who's your employer?
      15      A.   BOEM.  B-O-E-M.  We always get new name.
      16 Bureau of Ocean Energy Management.
```

Page 7:13 to 7:15

```
00007:13      Q.   Do you understand that you've been designated
      14 today as a Rule 30(b)(6) witness in this deposition?
      15      A.   Yes.
```

Page 7:18 to 7:18

```
00007:18 (Exhibit Number 11921 marked.)
```

Page 8:05 to 9:07

```
00008:05      Q.   This Topic Number 9 is your knowledge of, role,
      06 involvement, and efforts in determining the nature and
      07 extent of any economic impacts of the DEEPWATER HORIZON
      08 spill and subsequent economic recovery, including BP XP's
      09 efforts to mitigate or minimize such impacts and any
      10 associated data, analyses or determination of such
      11 impacts.
      12           Do you see that that is the complete Topic
      13 Number 9?
      14      A.   Yes.
      15      Q.   And do you understand that with respect to topic
      16 Number 9, the U.S. has informed us that you're prepared
      17 to testify about two reports --
      18      A.   Yes.
      19      Q.   -- published by BOEM?
      20      A.   Yes.  That's correct.
      21      Q.   The first of those reports is entitled Offshore
      22 Oil and DEEPWATER HORIZON Social Effects in Gulf Coast
      23 Communities; is that right?
      24      A.   Yes.
      25      Q.   And the second report is entitled Assessing the
00009:01 Impacts of the DEEPWATER HORIZON Oil Spill on Tourism in
      02 the Gulf of Mexico Region.  Is that the second report?
      03      A.   Yes.  Sorry.  Yes.
      04      Q.   That's okay.  And you're prepared to testify
      05 about Topic Number 9 with regard to these two reports and
      06 the content of these reports; is that correct?
      07      A.   That's correct.
```

Page 11:08 to 13:01

00011:08      Q.   Dr. Luton, where did you attend university?  Can
      09   you give me a background, a description of your
      10   education?
      11      A.   Well, I have a -- I'll start at the beginning.
      12   I have an associate of arts degree from Grand Rapids
      13   Junior College, BA from the University of Michigan and
      14   MA from Penn and a Ph.D. from the University of
      15   Michigan.
      16      Q.   And what is your Ph.D. in?
      17      A.   American studies.
      18      Q.   When did you join BOEM or its predecessor
      19   agency, the MMS?
      20      A.   I think it was in August of 1983.
      21      Q.   And what positions have you held at BOEM since
      22   that time?
      23      A.   I was hired as an analyst for Arctic social
      24   economics and demographics and subsistence impacts.  You
      25   know, wrote -- wrote environmental impact statement
00012:01   sections on those subjects for Arctic sales of the
      02   Alaska region.  And in Alaska I moved into the studies
      03   program where I oversaw research, essentially Arctic
      04   research.  I moved from there to the Herndon
      05   headquarters office of then MMS, where I was the social
      06   science coordinator for the studies program for the
      07   regions.
      08            And then I came down here and became a
      09   social scientist in the studies program here.  And that
      10   was just with a break of two years after Katrina.  I was
      11   back in headquarters for a while because my house was
      12   gone, so I took two years to get back here.
      13      Q.   When did you come down to New Orleans the first
      14   time to work for BOEM?
      15      A.   I -- it was about 13 years ago.  I don't
      16   remember exactly.  Let's see when.
      17      Q.   And after Katrina, you went to --
      18      A.   Assigned me to headquarters.
      19      Q.   Before coming back?
      20      A.   Yes.  They assigned me to headquarters for a
      21   while, but I wanted to come back here.
      22      Q.   In your work as a social scientist for the New
      23   Orleans --
      24      A.   Office.
      25      Q.   -- home office?
00013:01      A.   Yes.


Page 18:24 to 19:23

00018:24      Q.   Okay.  Dr. Luton, do you recognize that document
      25   that we just marked as Exhibit 11922?
00019:01      A.   Yes.  That's the final -- Volume 1, the final
      02   report.
      03      Q.   And there are two volumes of this report --
      04      A.   That's correct.
      05      Q.   -- correct?
      06            Just to make this go more smoothly, I'd

```
07   like you to turn to Tab 3.  And we'll mark Volume 2 at
08   this time as well.
09          (Exhibit Number 11923 marked.)
10       Q.   This will be Exhibit 11923.
11   And do you recognize the document behind
12   Tab 3 that we just marked as Exhibit 11923?
13       A.   Yes.  That's the second volume of the final
14   report for this study.
15       Q.   And on both of these exhibits on the cover at
16   the bottom, there is U.S. Department of Interior, Bureau
17   of Ocean Energy Management Gulf of Mexico OCS Region.  Do
18   you see that?
19       A.   Yes.
20       Q.   And does that indicate the U.S. agency that
21   published these two volumes of this report?
22       A.   Yes, it does.
23       Q.   Okay.  And BOEM paid for this study, correct?
```

Page 19:25 to 19:25

```
00019:25     A.   BOEM funded this study.
```

Page 21:06 to 21:14

```
00021:06     Q.   And what role did you play in reviewing drafts
07   of the findings of this study?
08       A.   Well, I was the main reviewer, or the one
09   responsible for leading reviews of drafts.  And so the
10   drafts would come to me and I would distribute them to
11   my colleagues here and to the social sci -- the social
12   science coordinator in D.C. headquarters who would
13   decide who up there besides him, if anybody, would work
14   on the review.
```

Page 25:07 to 25:10

```
00025:07     Q.   Dr. Luton, as you've described the process, you
08   have monitored the research study that resulted in this
09   report over the course of the last few years; is that
10   right?
```

Page 25:12 to 25:15

```
00025:12     A.   I would monitor -- I guess that's a word that
13   could be used.  We don't control the -- the report.  We
14   just make sure that they're meeting their obligations as
15   stated.
```

Page 25:19 to 26:08

```
00025:19     Q.   You also reviewed the final draft before it was
20   published?
21       A.   Yes.
```

```
    22      Q.   Did you provide any comments or edits to the
    23  researchers based on those drafts?
    24      A.   Yes.
    25      Q.   Are you prepared to testify today about the
00026:01  findings and conclusions reached by BOEM in this report?
    02      A.   Yes.
    03      Q.   And you're also prepared to testify about the
    04  author's research methods?
    05      A.   Yes.  Uh-huh.  Yes.
    06      Q.   And also the data information and basis from
    07  which the authors drew those conclusions?
    08      A.   Yes.
```

## Page 27:01 to 27:04

```
00027:01      Q.   Now, the purpose of this study was to assess the
    02  effects of the DEEPWATER HORIZON incident and oil spill
    03  on the people who live and work in the coastal
    04  communities affected by the spill; is that accurate?
```

## Page 27:06 to 27:24

```
00027:06      A.   As far as that statement goes, it's accurate.
    07  But really, the -- what we were doing was trying to
    08  document responses to the spill and its aftermath
    09  activities as they occurred and evolved.  You know, it's
    10  a rapidly changing situation.  And we thought then and
    11  think that it's an important body of knowledge that's
    12  usually not done when oil spills occur.
    13      Q.   And the research focused on the coastal counties
    14  of Mississippi and Alabama, Lafourche, Terrebonne, East
    15  St. Mary, Jefferson, Orleans and Plaquemines Parishes in
    16  Louisiana?
    17      A.   That's correct.
    18      Q.   So it did not include the coastal communities of
    19  Florida, did it?
    20      A.   It did not.
    21      Q.   And your report focuses on the short-term
    22  effects, those that occurred in approximately the first
    23  20 months after the oil spill?
    24      A.   That's correct.
```

## Page 28:10 to 28:17

```
00028:10      Q.   And what's the primary purpose and function of
    11  ethnographic research?
    12      A.   Well, that's a very broad question.  The
    13  primary purpose in this particular case was to get an
    14  accurate description of the range of responses to the
    15  oil spill as it unfold -- as -- as it unfolded among the
    16  study communities and sort of identify, or loosely
    17  identify types of industries.
```

```
Page 29:25 to 30:01

00029:25      Q.   If you could turn, Dr. Luton, to Page 16 of
00030:01  Tab 2.


Page 30:03 to 30:15

00030:03      Q.   In the second paragraph, the middle of the
      04  second paragraph there's a sentence beginning with the
      05  research demonstrates.  And the sentence says, The
      06  research demonstrates the contribution of ethnographic
      07  research to understanding local economic activity and
      08  social relationships among places and over time,
      09  augmenting information derived from macro-economic
      10  statistics, econometric modeling, and journalism.
      11           Do you see that sentence?
      12      A.   Yes.
      13      Q.   And this is in a description by the authors of
      14  the study methods; is that correct?
      15      A.   That's correct.


Page 30:19 to 30:23

00030:19      Q.   Now, the researchers prioritized small cities
      20  and communities and businesses and organizations that
      21  could be accessed readily using ethnographic research; is
      22  that correct?
      23      A.   That's correct.


Page 30:25 to 31:03

00030:25      A.   They -- they came up with a study methodology
00031:01  that would -- that would allow them to track the effects
      02  of the spill systematically.  And that's the one they
      03  came up with, yes.


Page 32:03 to 32:07

00032:03      Q.   The report describes the composition and
      04  approach of the research team, stating that it varied
      05  according to particular researchers' own strength and
      06  connections?
      07      A.   That's correct.  That's what it says.


Page 32:18 to 33:01

00032:18      Q.   And I think -- and we can look at some examples
      19  in this paragraph.  The researchers describe instances
      20  where the researchers had prior relationship --
      21  preexisting relationship with the research subjects?
      22      A.   Due to earlier research.
      23      Q.   Uh-huh.  In one instance in this paragraph, one
      24  community researcher had previously been a participant in
```

```
        25  the researchers' baseline study of the offshore petroleum
00033:01  industry impacts on her United Houma Nation tribe, right?
```

Page 33:03 to 33:24

```
00033:03       A.   The -- the methodology here does use local
        04  knowledgeable people as people developing some of the
        05  interviews.
        06       Q.   And in this case, in the example that I just
        07  cited, one researcher had previously been a subject of
        08  the prior study, correct?
        09       A.   That's correct.  That's what it says.
        10       Q.   In another instance cited here, one ethnographer
        11  had what was describe as embedded relationships with the
        12  Croatian and Creole communities that predated this study,
        13  right?
        14       A.   That's true.  The -- that particular person has
        15  spent a career, really, studying that group.
        16       Q.   And another example cited in this report is a
        17  community researcher from Ironton who used family members
        18  and friends to develop research contacts, right?
        19       A.   That's true.
        20       Q.   And in some cases the community researchers
        21  utilized by the study's lead researchers were social
        22  service providers and directors of nonprofit
        23  organizations operating in the communities in which they
        24  were conducting the research, correct?
```

Page 34:01 to 34:10

```
00034:01       A.   One -- one of the goals of this study was to
        02  see how the NGOs involved were and were not -- or the
        03  strength and difficulties they face in responding to
        04  their clients, I guess you'd call.  And you would do
        05  that by involving such people in the study.
        06       Q.   But it's true, isn't it, that the authors
        07  describe here that the researchers themselves had a dual
        08  role as social service providers and employees of
        09  nongovernmental organizations in those communities
        10  serving the subjects they were studying, correct?
```

Page 34:12 to 34:18

```
00034:12       A.   It is true that the -- that some of the people
        13  providing research were -- were people acting -- acting
        14  in other capacities in the community, including those
        15  capacities.
        16       Q.   How did the researchers control for -- for bias
        17  in a sample?
        18       A.   I guess --
```

Page 34:20 to 36:10

```
00034:20     A.   I think I have to give a kind of long answer to
     21   that question to explain it.
     22          You know, when you wanted to do something
     23   like this, like track these effects, you -- you have to
     24   think of effective ways of doing it.  And -- and it's
     25   not sort of mystical.  It's the sort of things that you
00035:01   have to think about when you're developing any kind of
     02   coherent, empirically-based view of something.  Probably
     03   isn't much different than what lawyers do in dealing
     04   with a court case.
     05          People seem to think that the most
     06   unbiased objective approach to something like this would
     07   be some kind of sampling.  But to do sampling, you have
     08   to know two things that in a case like this you couldn't
     09   possibly know.  One -- one of them is who's going to be
     10   affected.  You know, events were unfolding and nobody
     11   had any clue over who was going to be affected.  But to
     12   have a true sampling frame, you have to know.
     13          And then the other thing you have to know
     14   is what questions to ask.  That is, you have to kind of
     15   know the range of the effects.  And those aren't known,
     16   either.  So you need some other approach.  And this is
     17   the most rational, reasonable approach that we know of.
     18   And it isn't just helter-skelter going into a community
     19   and asking people you like what their opinion is.  It's
     20   a -- it's based on two things that help to control for
     21   what you're asking about.
     22          One is you -- well, first of all, what
     23   you're seeking is not a measure of how many people feel
     24   one way versus another.  What you're trying to identify
     25   is the range of effects or responses, or however you
00036:01   want to describe it, that were occurring.  And how you
     02   do it is by entering the area, the community that you're
     03   worried about or concerned with from different
     04   directions and networking off of those entry places.
     05   And it's a series of them.
     06          So you have a group that might be -- have
     07   some ax to grind here, but another group that you
     08   network off of doesn't, or has a different ax to grind.
     09   So that's part of it.  It's -- it's called this snowball
     10   technique, often.
```

Page 36:16 to 37:03

```
00036:16     A.   You get a broad range of people involved with
     17   it, and a wide range.  So that's part of it.  And part
     18   of it is you use other materials to evaluate these
     19   responses, like going to meetings and getting the notes,
     20   going to city council meetings and seeing what's
     21   happened.
     22          So one could say, yeah, this might not be
     23   a perfect methodology.  For example, you can't end up
     24   with a good estimate of how many people feel one way or
     25   another as a percentage.  But it's the best method and
00037:01   maybe the only effective method of coming up with a
```

```
        02   range of behaviors in a group in the spill.  I mean,
        03   that's how we see it.
```

Page 37:12 to 37:15

```
00037:12       Q.   (By Mr. Tressler) Dr. Luton, in this report
        13   there is nowhere in which the authors describe the steps
        14   they took to control for subject or researcher bias in
        15   their ethnographic methods, is there?
```

Page 37:17 to 37:23

```
00037:17       A.   I would -- I guess not, other than the -- as I
        18   stated, the approach that is used controls for it and --
        19   or addresses it by using multiple sources.
        20       Q.   You described the methods used by the
        21   researchers which, as we saw, included researchers using
        22   family and friends to establish research contacts,
        23   correct?
```

Page 37:25 to 38:01

```
00037:25       A.   That's -- that's -- in some examples that's
00038:01   what it used.  In others, it didn't.
```

Page 39:23 to 40:01

```
00039:23       Q.   Okay.  So how do we know the participants didn't
        24   refer researchers to like-minded individuals with similar
        25   experiences?
00040:01       A.   That was --
```

Page 40:03 to 40:19

```
00040:03       A.   -- exactly the -- the point I was making about
        04   when you address a -- a question like this, you enter
        05   the community from different groups and different places
        06   and network out from it.  You don't know that every
        07   person shares the same experience.  In fact, you know
        08   they don't.
        09       Q.   And --
        10       A.   And you also, I suppose, presumably -- you can
        11   presume that some people exaggerate.  It's true in all
        12   other walks of life.  But what you do is you collect a
        13   number of accounts from many perspectives and -- and
        14   evaluate them in terms of the range of perspectives and
        15   the other material you have collected.
        16            I -- I don't know how else you can deal
        17   with it.  I mean, you act -- you're -- you know, the
        18   assumption here is that some other approach is less bias
        19   inherently, but that's not the case.
```

Page 43:04 to 43:10

00043:04      Q.   Was this report produced, or the study
      05 commissioned for purposes of this litigation?
      06      A.   Absolutely not.  It was -- it was produced long
      07 before any litigation occurred.
      08      Q.   Okay.
      09      A.   And without knowledge of how -- what kind of
      10 issues were going to unfold.


Page 44:14 to 45:03

00044:14      Q.   If you turn to Page 16 in Tab 2.  In the middle
      15 of the second paragraph, there's a --
      16      A.   Oh.  Okay.
      17      Q.   -- there's a description by the authors of the
      18 research.  Do you see that?
      19      A.   Yes.
      20      Q.   It begins with the research demonstrates.
      21           This report, it doesn't claim to replace
      22 economic impact assessments or a macroeconomic study; is
      23 that correct?
      24      A.   That's correct.
      25      Q.   And the report describes the research as, quote,
00045:01 augmenting information derived from macroeconomic
      02 statistics, econometric modeling and journalism, correct?
      03      A.   Correct.


Page 45:11 to 45:13

00045:11      Q.   So economic statistics and data may show very
      12 different results than the information provided by
      13 individual interviewees used as a basis for this report?


Page 45:15 to 46:12

00045:15      A.   I don't exactly understand.  It seems like this
      16 is a -- a point you're arguing.  But what I'd say is
      17 that if what you're looking at is the range of responses
      18 of -- that -- that occurred and not trying to measure
      19 them, what you -- what you're getting would be very
      20 different from what you'd be getting if you were trying
      21 to measure them because you're looking at something
      22 else.  But there's no assumption in that that they would
      23 contradict each other, just that they'd be different.
      24      Q.   But they could show very different things?
      25      A.   They would show very different things because
00046:01 they're looking at different things.  I -- I guess it
      02 would be sort of like looking at Mars from a telescope
      03 that might give you certain kinds of information about
      04 what's on the ground and -- and looking at what a Rover
      05 would get you, which would be at such a different focus
      06 it might not see the same thing.  But it certainly would
      07 not contradict the other.

```
08      Q.   They may contradict or may not?
09      A.   No.  It would be something that the other isn't
10 doing.
11      Q.   Uh-huh.  But the researchers here did not gather
12 systematic data; is that right?
```

Page 46:14 to 46:22

```
00046:14      A.   They did gather a systematic data, just not on
   15 the value of effects.  It wasn't an attempt to do that.
   16 They systematically approached the community and
   17 gathered systematically the range of responses in -- in
   18 certain categories.
   19      Q.   So the systematic data that you're referring to
   20 are the conversations and drop-in interviews and oral
   21 histories that they did with individuals?
   22      A.   Yes.
```

Page 58:20 to 58:23

```
00058:20      Q.   And as you said, it's difficult to measure the
   21 effects in some communities because it couldn't be
   22 distinguish from the effects of the hurricane season,
   23 correct?
```

Page 58:25 to 59:13

```
00058:25      A.   Well, I didn't say that.  It said that
00059:01 because -- well, yeah, in some cases.  But it also meant
   02 in some cases that the effects were worse because there
   03 were sort of less, say, flexibility in getting capital
   04 to repair something, you know, because you were already
   05 in debt.
   06      Q.   That was a factor that was external to the spill
   07 that -- that was also having an effect on those
   08 communities, right?
   09      A.   Well, it's the situation that the spill
   10 occurred in.  You know, all factors, I suppose, are
   11 external to us all, including where it lands.  You know,
   12 it happens to be the conditions that were there before
   13 the spill.
```

Page 62:02 to 62:06

```
00062:02      Q.   Dr. Luton, I'm going to turn back to Tab 2, the
   03 first exhibit, which is Volume 1 of the BOEM report.
   04           Do you agree that as stated in the BOEM
   05 report that the effects of the oil spill on coastal
   06 communities diverged, depending on a variety of factors?
```

Page 62:08 to 62:19

```
00062:08      A.   That's what the report says.  And we would
```

```
09  agree with that, yes.
10       Q.  And I'm -- am I correct that by diverged, you
11  mean that the effects on different communities were
12  different?
13       A.  Correct.
14       Q.  And those differences depended on various
15  factors?
16       A.  Correct.
17       Q.  And the report describes some of those factors,
18  such as whether or not oil came ashore or nearby, right?
19       A.  Yes.
```

Page 63:01 to 63:05

```
00063:01       Q.  Was it the case, based on your knowledge of this
02  study conducted for this report, that there were
03  communities for which the economic impact of the spill
04  was lower than in other communities because of factors
05  like these?
```

Page 63:07 to 63:07

```
00063:07       A.  Yes.
```

Page 64:04 to 64:18

```
00064:04       Q.  At the end of the paragraph, the first
05  paragraph.  In the BOEM report's discussion of responses,
06  the authors write, Add that the disaster began during the
07  worst recession the region had experienced in decades and
08  followed years of unusual economic activity tied to
09  post-hurricane rebuilding, and it is clear why neither
10  residents nor the researchers could readily separate the
11  effects of the disaster from the effects of other events.
12            That's a finding of the authors of this
13  BOEM report, right?
14       A.  It says that it wasn't easily done, yes.
15       Q.  And the report also observed that high gas
16  prices and the national recession were major factors
17  affecting Gulf Coast tourism in 2011, correct?
18       A.  Yes.
```

Page 69:07 to 70:02

```
00069:07       Q.  And the BOEM report published in 2014 to study
08  the effects of the spill on people and communities in the
09  Gulf Coast did not attempt to study how any negative
10  effects of the spill were being mitigated, did it?
11            MS. FIDLER:  Objection to form and scope.
12       A.  You're talking about the -- the Volume 1 and 2
13  again?
14       Q.  Yes.  I'm talking about Volume 1 and 2 of the
15  BOEM report on social effects.
```

```
16      A.  I would say that the -- the BOEM report
17  discusses all actions or a great number of actions that
18  were taken after the spill that affected the outcome.
19  So mitigation or not, you know, I'd say that the -- the
20  study was -- was a description of -- of responses and
21  without an attempt to measure the outcomes.  And so I
22  wouldn't say that it excluded things that you might take
23  as mitigation, but it certainly didn't address them
24  at -- that way with that term.
25      Q.  And as you said, it did not attempt to measure
00070:01  the outcomes of any efforts to mitigate the economic
02  impact of the spill?
```

Page 70:04 to 70:09

```
00070:04      A.  It did not attempt to measure outcomes of any
05  aspect of the oil spill.
06      Q.  And when you say any aspect, included in that
07  are any efforts to mitigate the negative economic effects
08  of the spill, correct?
09      A.  If --
```

Page 70:11 to 70:20

```
00070:11      A.  -- we -- we look at the spill not as a spill
12  and separate events afterwards but as -- as sort of the
13  evolving consequences of the spill are these things that
14  are often here being discussed as separate.  You know,
15  you can't really look at the spill and say, oh, but the
16  conditions onshore are external to the spill.
17              You know, the biology on the shore is
18  external to the spill, too, in that sense.  But the
19  spill happened in a certain context, and that's the
20  context that defines the outcome.
```

Page 75:25 to 76:01

```
00075:25  Please turn to Tab 2, which is Volume 1 of
00076:01  the BOEM report on social effects of the DEEPWATER
```

Page 76:11 to 76:15

```
00076:11      Q.  And with regard to the economic effects of the
12  spill, do you agree that for many commercial fishermen
13  and seafood businesses, their losses were made whole by
14  participating in cleanup effort and receiving claims
15  payments?
```

Page 76:17 to 76:25

```
00076:17      A.  This study indicates that that's probably the
18  case with some.  With -- with -- maybe with some and
19  that wasn't the case for all.
```

20    Q.    And your report also found that for many
21  commercial fishermen and seafood businesses, they
22  sustained economic losses but through BP claims payments
23  and participation in the cleanup, those losses were
24  mitigated and they were, quote, made good, as the BOEM
25  report puts it; is that right?


Page 77:02 to 77:23

00077:02    A.    That's what the -- many of the people that were
03  interviewed report, yes.
04    Q.    Many of the people interviewed by BOEM
05  researchers --
06    A.    Right.
07    Q.    -- told them that they were made good by BP
08  claims payments and participating in the cleanup, right?
09    A.    That's what the report says, yes.
10    Q.    And this is a report commissioned and paid for
11  by the U.S. government?
12    A.    By BOEM, yes.
13    Q.    If you could turn to Tab 3, which is Volume 2 of
14  the BOEM report.  And turn to Page 208.
15             In the middle of the first full paragraph
16  on that page there's a sentence that says, The monetary
17  inputs that individuals and companies received in
18  exchange for participation in cleanup efforts and payment
19  of initial emergency claims helped reduce the immediate
20  economic effects of the disaster.
21             Do you agree that BOEM included this
22  finding in its report?
23    A.    Yes.


Page 77:25 to 78:04

00077:25    Q.    And -- in other words, for some of these
00078:01  individuals and companies, BP's emergency claims payments
02  and the money that BP spent on cleanup efforts, the
03  immediate effects economically of the spill were
04  minimized?


Page 78:06 to 78:20

00078:06    Q.    Right?
07    A.    I guess what I want to --
08    Q.    Well --
09    A.    What I -- yes.  That -- you know, this report,
10  the methodology captures the range of events.  And one
11  of the events that it showed was that these -- that the
12  cleanup efforts and -- and payments very much helped out
13  some of the people that had been damaged by the spill.
14    Q.    And in fact, this is -- Page 208 is in Chapter 9
15  of the report, which is the summary of major findings in
16  this BOEM report, correct?
17    A.    Yes.

        18      Q.  And so this is an aggregation of the
        19   researchers' major findings based upon all of their
        20   research throughout the Gulf region, right?

Page 78:22 to 78:23

00078:22      A.  It found that many people were helped and not
        23   everybody was helped.

Page 79:08 to 79:19

00079:08      Q.  Okay.  And one of their findings was that the,
        09   quote, the monetary inputs that individuals and companies
        10   received in exchange for participation in cleanup efforts
        11   and payment of initial emergency claims helped reduce the
        12   immediate economic effects of the disaster?
        13      A.  That's correct.
        14      Q.  Okay.  And also on that page, two sentences
        15   above that one, this BOEM study also found that in the
        16   fall of 2010 following the summary fishing, tourism and
        17   hurricane seasons, the impact of the disaster were not as
        18   great as expected.  That's a finding of this BOEM study,
        19   right?

Page 79:21 to 79:23

00079:21      A.  That -- that is correct.
        22      Q.  And in fact, the authors concluded and wrote
        23   this multiple times in this report, didn't they?

Page 79:25 to 79:25

00079:25      A.  That's correct.

Page 80:08 to 80:11

00080:08      Q.  And at the end of that paragraph, the study's
        09   authors write that because of the money that was put into
        10   the region in the short-term, the initial economic
        11   impacts weren't as great as expected.

Page 80:13 to 80:15

00080:13      Q.  Correct?
        14      A.  Yes.  I mean, this is a -- one of the things
        15   that this study found.

Page 81:12 to 81:19

00081:12      Q.  If you turn back to Page 205, Dr. Luton.
        13                  The report also refers to the Vessel of

```
14  Opportunity program.  You're familiar with the Vessels of
15  Opportunity program?
16      A.   Yes.
17      Q.   You're aware that this report finds that many
18  workers, boat owners who participated in the VOO program
19  made a lot of money in that program, right?
```

Page 81:21 to 82:08

```
00081:21      A.   That's correct.  That's in the report.
22      Q.   The report also cites BP's funding for festivals
23  and concerts to promote tourism in places like Baldwin
24  County, Alabama, correct?
25      A.   That's correct.
00082:01      Q.   And you're familiar with those findings?
02      A.   Uh-huh.
03      Q.   Is that a yes?
04      A.   Yes.  Yes.  Sorry.
05      Q.   And this U.S. research study concludes that the
06  initial economic impacts of the spill were not as great
07  as expected because of the money that was put into the
08  region in the short-term?
```

Page 82:10 to 82:17

```
00082:10      A.   That's -- I -- I would have to read.  But as I
11  recall the findings, that was one of the reasons that it
12  wasn't as great as expected.
13      Q.   And you're familiar enough with the findings of
14  this BOEM research study to know that most of that money
15  was BP money paying for cleanup and response, paying
16  emergency claims, funding the Vessels of Opportunity
17  program, and other funding, correct?
```

Page 82:19 to 82:25

```
00082:19      A.   Yes.  Yes.
20      Q.   Dr. Luton, I'd like you to turn back to Tab 2,
21  Volume 1 of the report.
22           As the response -- the physical response to
23  the oil spill got going, spill subcontractors contracted
24  by BP sought thousands of workers to assist with the
25  cleanup, right?
```

Page 83:02 to 83:02

```
00083:02      A.   Yes.
```

Page 83:25 to 83:25

```
00083:25  (Exhibit Number 11926 marked.)
```

Page 84:11 to 84:14

00084:11      Q.   Do you agree that this response work provided
      12  employment for the response and cleanup workers, some of
      13  whom may have been unemployed and some of whom may have
      14  had their usual livelihoods affected by the spill?

Page 84:16 to 84:20

00084:16      A.   The -- the -- yes.  That is discussed, you
      17  know, quite clearly in this report.  Our report.
      18      Q.   And the report finds that workers who
      19  participated in the cleanup were compensated, correct?
      20      A.   Yes.  Yes.

Page 84:22 to 84:22

00084:22      Q.   Some of whom were compensated quite well?

Page 84:24 to 84:24

00084:24      A.   Yes.

Page 85:03 to 85:06

00085:03      Q.   Is it true, Dr. Luton, that BP helped to
      04  mitigate the effect of the spill on fishermen by creating
      05  the Vessels of Opportunity program to employ local boat
      06  owners and operators to assist with the response?

Page 85:08 to 85:24

00085:08      A.   Again, I'll -- I'll have to say, you know, I
      09  don't know how the term "mitigation" is being used here.
      10  But certainly, as discussed in -- in this report, the --
      11  the Vessels of Opportunity was very helpful for many
      12  fishermen, and not all.  You know, it had its strength
      13  and weaknesses, as that goes, like things do.
      14      Q.   And if you turn to Page 13 of Tab 2, back to
      15  Volume 1.
      16          So you mentioned that you weren't sure what
      17  was meant by the term "mitigate," but in the first -- in
      18  the second full paragraph, second to last sentence.
      19      A.   I see it, yes.
      20      Q.   Your BOEM report states that to help mitigate
      21  the effect of the disaster on fishermen, BP created the
      22  Vessels of Opportunity program to employ local boat
      23  owners and operators to deliver boom and to seek and
      24  clean up oil.  Correct?

Page 86:01 to 86:02

```
00086:01      A.   That's what the report says.  That's how it
      02 describes this, yes.
```

Page 87:20 to 88:03

```
00087:20      Q.   (By Mr. Tressler) So from what you're saying,
      21 Dr. Luton, it sounds that you agree with the researchers
      22 who wrote this report, that many fishermen did benefit
      23 from participation in the Vessels of Opportunity program,
      24 correct?
      25      A.   Yes.
00088:01      Q.   And your report also recognizes that the program
      02 also helped others besides fishermen, right?
      03      A.   Correct.
```

Page 88:05 to 88:10

```
00088:05      Q.   And it helped both fishermen and non-fishermen
      06 to, quote, make a lot of money, right?
      07      A.   Some to make a lot of money, yes.
      08      Q.   And that's because, as you understand,
      09 participation in the Vessels of Opportunity program was
      10 lucrative for many?
```

Page 88:12 to 88:14

```
00088:12      A.   Yes.
      13      Q.   And it paid more than what some participants
      14 normally earned in a day, correct?
```

Page 88:16 to 88:16

```
00088:16      A.   Yes.
```

Page 89:03 to 89:04

```
00089:03      Q.   Those with vessels made substantial profits?
      04      A.   Those with vessels that were hired.  Right.
```

Page 90:10 to 90:22

```
00090:10      Q.   Page 50.  Correct.  And this is Volume 2 of the
      11 BOEM report.  In the third sentence in the first
      12 paragraph.
      13           This BOEM report finds that fishermen who
      14 worked for VOO, Vessels of Opportunity, for a significant
      15 amount of time built up a financial reserve they used to
      16 maintain their vessels, do repairs or pay down debts,
      17 helping some return to fishing, while others took the
      18 rest of 2010 off.
      19           Do you see that conclusion --
      20      A.   Yes.
```

```
          21     Q.  -- of the BOEM report?
          22     A.  Yes, I do.
```

Page 91:15 to 91:19

```
00091:15     Q.  And the report found, even after making that
      16 point, that fishermen who worked for VOO made enough
      17 money that they were able to build up a financial reserve
      18 that they used to maintain their vessels, do repairs, pay
      19 down debts or take the rest of 2010 off, correct?
```

Page 91:21 to 91:22

```
00091:21     A.  That's correct.  That's correct.  That's what
      22 the report says.
```

Page 92:01 to 92:05

```
00092:01     Q.  You also understand that fishermen that
      02 participated in the Vessels of Opportunity program who
      03 were paid claims money by BP did not have to deduct their
      04 earnings from the Vessels of Opportunity from their
      05 claims, right?
```

Page 92:07 to 92:09

```
00092:07     A.  I don't know if that's in the report.  You
      08 know, that was a decision -- I remember it being made.
      09 I mean, it was -- I know that.  Yes.
```

Page 92:12 to 92:18

```
00092:12     Q.  -- BP and BP, through the GCCF, did not deduct
      13 Vessels of Opportunity earnings from claims payment,
      14 correct?
      15     A.  Yes.  I do know that.
      16     Q.  So that fishermen who were participating in the
      17 Vessels of Opportunity program making, as you describe, a
      18 lot of money, also got claim payments, correct?
```

Page 92:20 to 92:21

```
00092:20     A.  Yes.  Those that made claims, yes.  Some
      21 didn't.
```

Page 94:12 to 94:17

```
00094:12     Q.  Your understanding is that BP's payments of
      13 substantial amounts of money early after the spill and
      14 getting it to individuals and businesses quickly
      15 minimized the spill's impact on those individuals and
```

```
16  businesses, right?
17      A.   Yes.
```

Page 94:19 to 94:23

```
00094:19      Q.   Your report notes -- finds that for the period
     20  from April of 2010, shortly after the spill until
     21  August 23rd, 2010, when the Gulf Coast Claims Facility
     22  took over claims payments, BP paid $399 million to
     23  127,000 claimants, right?
```

Page 94:25 to 95:02

```
00094:25      A.   That's -- yes.
00095:01      Q.   And BP started paying claims right away, didn't
     02  it?
```

Page 95:04 to 95:07

```
00095:04      A.   Yes.
     05      Q.   In fact, the report finds that BP ramped up its
     06  claim process right after the explosion and start of the
     07  spill, didn't it?
```

Page 95:09 to 95:09

```
00095:09      A.   Yes.
```

Page 95:20 to 95:24

```
00095:20      Q.   BP paid substantial sums of money to people
     21  without request for any documentation or requirement that
     22  they waive any right to sue BP in order to get money into
     23  people's hands?
     24      A.   Yeah.
```

Page 96:01 to 96:05

```
00096:01      A.   That's how I remember --
     02      Q.   That's your understanding?
     03      A.   -- the payment system working, yes.
     04      Q.   And your understanding is that had an effect on
     05  those communities?
```

Page 96:07 to 96:10

```
00096:07      A.   Yes.
     08      Q.   Because when millions of dollars are paid into
     09  communities, that is going to have an economic effect,
     10  correct?
```

Page 96:12 to 96:16

```
00096:12      A.   Yes.
     13      Q.   And in the initial claims process, to which I
     14  think you were referring, under that, claimants could get
     15  up to $5,000 per month through this process without
     16  having to waive any right to sue BP, correct?
```

Page 96:18 to 96:19

```
00096:18      A.   As I understand it, that was the initial
     19  process.
```

Page 97:16 to 97:22

```
00097:16      Q.   And that respondent, who is a claims worker,
     17  reported to your researchers that in those first few
     18  weeks they would go driving around and if they found a
     19  group of fishermen, they would write them a check, right?
     20      A.   Yes.
     21      Q.   Is that what the claimant reported to your
     22  researchers?
```

Page 97:24 to 98:04

```
00097:24      A.   Yes.
     25      Q.   And this claims worker reported to researchers
00098:01  that they would write them a $5,000 check and were
     02  authorized to write these checks to individuals by BP,
     03  correct?
     04      A.   Correct.
```

Page 98:11 to 98:12

```
00098:11      Q.   Okay.  And those initial payments had a positive
     12  economic effect on those individuals?
```

Page 98:14 to 98:14

```
00098:14      Q.   Didn't it?
```

Page 98:16 to 98:16

```
00098:16      A.   I -- yes.  That's what the report says.
```

Page 99:20 to 99:23

```
00099:20      Q.   And you understand that your report notes that
     21  by December 2010, BP paid 23,168 individuals and
     22  businesses from the seafood industry more than
     23  $639 million, right?
```

Page 99:25 to 100:02

00099:25      A.   Yes.
00100:01      Q.   But this was only a relatively small percentage,
     02  13.9 percent, of the paid emergency advance payments?


Page 100:04 to 100:04

00100:04      Q.   Correct?


Page 100:06 to 100:10

00100:06      A.   Yes.
     07      Q.   Your report further notes that from December to
     08  March of 2012, the GCCF paid an additional 12,988
     09  payments to commercial fishing claimants, totaling more
     10  than $244.4 million, right?


Page 100:12 to 100:21

00100:12      A.   Yes.
     13      Q.   And during that same period, the GCCF paid
     14  another 5,407 seafood processing and distribution
     15  claimants 216.3 million, right?
     16      A.   Correct.
     17      Q.   These are not small amounts of money, are they,
     18  Dr. Luton?
     19      A.   No, not to me.
     20      Q.   And these claim payments had an economic effect
     21  in the Gulf region, didn't it?


Page 100:23 to 101:02

00100:23      A.   Yes.
     24      Q.   Your report also documents that the largest
     25  number of claims paid by BP were to individuals and
00101:01  businesses and food, beverage and lodging and retail
     02  sales and service industries.  Do you recall that?


Page 101:04 to 101:09

00101:04      A.   Yes, I do.
     05      Q.   So BP paid a lot of money not only to
     06  individuals and businesses in commercial fishing and
     07  seafood processing and the seafood industry, but also to
     08  these broad categories covering individuals and
     09  businesses, correct?


Page 101:11 to 101:11

00101:11      A.   Correct.

Page 101:21 to 101:24

00101:21      Q.   And when added to the 399 million paid by BP
     22  prior to the GCCF forming, the total paid by BP to
     23  individuals and businesses in claims payments was
     24  approximately $3.1 billion, correct?

Page 102:01 to 102:10

00102:01      A.   Yes.
     02       Q.   Is that consistent with your --
     03       A.   Yes.
     04       Q.   -- understanding of the BOEM report's
     05  conclusions --
     06       A.   Yes.
     07       Q.   -- or findings?
     08            And that $3.1 billion has an economic
     09  effect -- had an economic effect in Gulf communities
     10  along the coast and throughout the Gulf region, correct?

Page 102:12 to 102:13

00102:12      A.   Yes.
     13       Q.   A substantial impact?

Page 102:15 to 102:19

00102:15      A.   Yes.
     16       Q.   And that substantial impact by those claims
     17  payments paid early after the spill helped to minimize
     18  the economic effects of the spill in the region, didn't
     19  it?

Page 102:21 to 102:21

00102:21      A.   Yes.

Page 103:09 to 103:14

00103:09      Q.   So based on what you understand from this
     10  report, you agree that the substantial amount of money
     11  that BP paid in claims from the summer of 2010 into 2011
     12  and 2012 in the order of billions of dollars had a
     13  minimizing economic effect in the region against the
     14  economic effects of the spill?

Page 103:16 to 103:18

00103:16      Q.   Correct?
     17       A.   I would agree that it helped reduce the

        18  economic impacts of the spill.

Page 107:02 to 107:05

00107:02      Q.  And that's what you understand to be the case,
      03  that BP gave $179 million to the four states -- or local
      04  counties or bureaus in those states to promote tourism,
      05  correct?

Page 107:07 to 107:07

00107:07      A.  Yes.

Page 107:23 to 107:25

00107:23      Q.  You agree that the tourism promotion funds
      24  granted by BP to the Gulf states contributed to the
      25  recovery of tourism in the Gulf region, correct?

Page 108:02 to 108:07

00108:02      A.  Yes.  That was the finding here.
      03      Q.  And in some cases, BP funds to promote tourism
      04  that supported local events like fishing tournaments or
      05  fishing rodeos contributed to a doubling of attendance
      06  from the 2009 pre-spill attendances at those events,
      07  right?

Page 108:09 to 108:12

00108:09      A.  It -- it contributed to it, yes.
      10      Q.  And in some cases, BP tourism grant money was
      11  used by state or counties to promote new events and new
      12  tourist development opportunities, correct?

Page 108:14 to 108:16

00108:14      A.  That's correct.
      15      Q.  And that contributed to new inflows of tourists
      16  and tourism money into those states, didn't it?

Page 108:18 to 108:22

00108:18      A.  Yes.
      19      Q.  So BP's grant money supporting these events
      20  along the coast had a positive contributing impact on the
      21  recovery of tourism and tourism businesses in those
      22  areas, right?

Page 108:24 to 108:24

00108:24      A.   Yes.


Page 109:08 to 109:10

00109:08      Q.   So the BOEM report is documenting this strong
      09  record-breaking recovery in tourism in this area of
      10  Orange Beach and Gulf Shores, Alabama, correct?


Page 109:12 to 109:17

00109:12      A.   Yes.
      13      Q.   And further up that paragraph, you see that this
      14  report documents that BP tourism grant money was also
      15  used to increase and develop new forms of advertising and
      16  to sponsor research benefitted to tourism, right?
      17      A.   Yes.


Page 110:14 to 110:15

00110:14      Q.   And hotels along the coast housed BP workers and
      15  cleanup workers and were often full, correct?


Page 110:17 to 111:01

00110:17      A.   Yes.  What the report said is in areas where
      18  the cleanup was active, that's what happened.  It also,
      19  I think, mentioned that in some cases the contract --
      20  the contracts -- what was being paid for rooms was lower
      21  than for normal tourism.  But they certainly benefited
      22  from this.
      23      Q.   Hotels along the Gulf Coast that were -- that
      24  had full occupancy because of cleanup workers were not
      25  harmed in the same degree as other hotels in other areas,
00111:01  correct?


Page 111:03 to 111:04

00111:03      A.   That's -- that's correct.  That's what the
      04  finding found, yes.


Page 113:23 to 114:04

00113:23      Q.   And so this BOEM report, although published in
      24  June of 2014, reflects information from 2010 and 2011,
      25  correct?
00114:01      A.   That's correct.
      02      Q.   And does not contain any information or data
      03  after that period?
      04      A.   That's correct.


Page 114:06 to 114:06

00114:06      A.   That's correct.

Page 120:02 to 120:05

00120:02      Q.   Dr. Luton, would you agree that at the time of
     03   the well blowout at Macondo, the petroleum industry had
     04   been experiencing a slowdown driven in large part by the
     05   2008 recession?

Page 120:07 to 120:15

00120:07      A.   That is what the report says.  And -- and it's
     08   my understanding, too.
     09      Q.   So this BOEM report to which you were designated
     10   to testify today by the United States contains that
     11   finding, correct?
     12      A.   It makes that statement.  Right.
     13      Q.   And that slowdown was not unusual, given the
     14   highly cyclical nature of the petroleum industry, right?
     15      A.   Correct.

Page 122:18 to 122:25

00122:18      Q.   You examined -- we just discussed BP's effort to
     19   compensate unemployed rig workers --
     20      A.   Yes.
     21      Q.   -- in the rig worker compensation fund.
     22           And in this report in association with
     23   their study of that part of the industry, the U.S.
     24   concluded that job losses associated with this disaster
     25   were not as great as predicted, correct?

Page 123:02 to 123:02

00123:02      A.   The -- the study found that.  Yes.

Page 123:16 to 123:20

00123:16      Q.   And the BOEM report also observed that the oil
     17   and gas industry in the Gulf of Mexico had entered a
     18   downturn and at the same time, oil and gas development
     19   was expanding onshore in places like northern Louisiana,
     20   Texas, North Dakota and Pennsylvania; is that right?

Page 123:22 to 123:25

00123:22      A.   Yeah.  That's the big shale oil discovery.
     23      Q.   And the shale oil discovery and the impact that
     24   was having on the oil and gas industry is an independent
     25   factor that affects the industry, correct?

Page 124:02 to 124:07

00124:02    A.   That affects -- yes.  Yes.  As far as its
      03  affect on offshore oil activity, you're saying, yes.
      04    Q.   And that makes it difficult to distinguish the
      05  effects of the DEEPWATER HORIZON accident and its
      06  aftermath from these other changes taking place within
      07  the petroleum industry, right?

Page 124:09 to 124:09

00124:09    A.   Yes.  It makes it difficult.

Page 130:12 to 130:15

00130:12    Q.   You recall testifying that, and confirming, that
      13  the researchers that authored the BOEM report did not
      14  look at data or information after 2011?
      15    A.   That's correct.

Page 130:21 to 130:23

00130:21    Q.   You agree that the researchers could have gone
      22  back to their research subjects prior to the publication
      23  in 2014 of this report --

Page 130:25 to 131:01

00130:25    Q.   -- to ask them about their experience in 2011,
00131:01  2012 and 2013, right?

Page 131:03 to 131:04

00131:03    A.   They could have.  But we weren't supporting a
      04  study for them to do so.

Page 133:02 to 133:04

00133:02    Q.   Okay.  And ethnographic data aside, there's also
      03  macroeconomic data and statistics available to shed light
      04  on the economic effects of the spill since 2011, correct?

Page 133:06 to 133:15

00133:06    A.   There's -- there's economic data on the
      07  current -- on the condition of the -- of the industry,
      08  yes.
      09    Q.   Well, I'm not asking about the industry.  But
      10  there is economic data on the current condition of
      11  communities and states in the Gulf region, correct?
      12    A.   Correct.

```
      13      Q.   And so just because the -- the BOEM report
      14 doesn't include that data in its analysis doesn't mean
      15 that it's not available, right?
```

Page 133:17 to 133:17

```
00133:17   A.   Correct.
```

Page 135:09 to 135:22

```
00135:09      Q.   Dr. Luton, we confirmed earlier that you're
      10 prepared to testify about a second BOEM report entitled
      11 Assessing the Impacts of the DEEPWATER HORIZON Oil Spill
      12 on Tourism in the Gulf of Mexico Region; is that right?
      13      A.   That's correct.
      14      Q.   If you turn to Tab 4 in your binder.  I will
      15 mark the document in Tab 4 as Exhibit 11929.
      16           (Exhibit Number 11929 marked.)
      17      Q.   Do you recognize that document, Dr. Luton?
      18      A.   It's -- it's a study that you're referring to
      19 on effects on tourism and recreation.
      20      Q.   Okay.  And this report and the study on which it
      21 was based were commissioned and funded by BOEM, right?
      22      A.   That's correct.
```

Page 140:20 to 140:23

```
00140:20      Q.   And for purposes of this deposition, can I refer
      21 to this report as the BOEM tourism report, just for
      22 shorthand?
      23      A.   Yes, you may.
```

Page 142:10 to 142:17

```
00142:10      Q.   And geographically, the study focused on 64
      11 counties and parishes in the Gulf region, 54 of which are
      12 coastal counties, correct?
      13      A.   That's correct.
      14      Q.   This is a larger number of counties than was
      15 studied in the BOEM report that we discussed this morning
      16 on the social effects?
      17      A.   That's correct.
```

Page 142:19 to 142:19

```
00142:19   A.   That's correct.
```

Page 143:09 to 143:16

```
00143:09      Q.   So in discussion with the researchers, BOEM
      10 selected the subset of counties that would be studied?
      11      A.   Yeah.  After -- after the contract was awarded.
```

```
12  Yes.
13      Q.   Okay.  And one of the factors used in selecting
14  those counties was the extent to which it was impacted by
15  the oil spill?
16      A.   That was one of the factors.
```

Page 145:01 to 145:08

```
00145:01    Q.   If you turn, Dr. Luton, to the page of the
     02  report ending in Bates Number 125.  Page 12 of the
     03  report, Bates number ends in 125.
     04      A.   Yes.
     05      Q.   The report used data from the Gulf Coast Claims
     06  Facility to determine how much BP paid to tourism and
     07  recreation businesses between August of 2010, March of
     08  2012, correct?
```

Page 145:10 to 145:18

```
00145:10    A.   It -- you -- it does summarize that data, yeah.
     11      Q.   Within the scope of the 64 counties study in
     12  this report, right?
     13      A.   Yes.
     14      Q.   And so referring to this chart in the BOEM
     15  tourism report, the U.S. is aware, isn't it, that BP paid
     16  over $1.9 billion to tourism and recreation businesses in
     17  the 64 counties studied in the Gulf region through the
     18  GCCF?
```

Page 145:20 to 146:01

```
00145:20    A.   That's what the paper reports, yes.
     21      Q.   And this doesn't include any payments made under
     22  the economic and property damages settlement claims
     23  program that took over from the GCCF after --
     24      A.   Yes.
     25      Q.   -- after March of 2012?
00146:01    A.   Yes.
```

Page 146:05 to 146:09

```
00146:05    Q.   Now, more specifically, the U.S. is aware that,
     06  as included in this BOEM tourism report, that BP paid
     07  more than $1 billion for Florida tourism and recreational
     08  related claims by individuals and businesses through the
     09  GCCF, right?
```

Page 146:11 to 146:16

```
00146:11    A.   Correct.  That's reported in this table.
     12      Q.   And the U.S. is aware that BP paid more than
     13  520 million for Louisiana tourism and recreation related
     14  claims by individuals and businesses paid through the
```

```
15  GCCF, correct?
16      A.   Correct.
```

Page 146:18 to 146:21

```
00146:18      Q.   U.S. is also aware from this BOEM tourism report
     19  that BP paid more than 225 million for Alabama tourism
     20  and recreation related claims by individuals and
     21  businesses through the GCCF?
```

Page 146:23 to 147:02

```
00146:23      A.   That's also in the table, yes.
     24      Q.   And finally, the U.S. is aware that BP paid more
     25  than 124 million for Mississippi tourism and recreation
00147:01  related claims by individuals and businesses through the
     02  GCCF?
```

Page 147:04 to 147:10

```
00147:04      A.   Yes.  That's in the table, too.
     05      Q.   And these are for the 64 in scope counties of
     06  the study?
     07      A.   That's correct.
     08      Q.   Now, the report also estimated the change in
     09  tourism employment by county or parish, using quarterly
     10  tourism employment data, correct?
```

Page 147:12 to 147:16

```
00147:12      A.   That's -- that's correct.
     13      Q.   And if we turn the page to Page 13 of the report
     14  with a Bates stamp ending in 126, you see that the report
     15  summarizes the results of the study's investigation into
     16  tourism employment data, correct?
```

Page 147:18 to 147:18

```
00147:18      A.   Yes.
```

Page 148:02 to 148:06

```
00148:02      Q.   And so in Alabama counties before and after the
     03  spill, BOEM tourism report concludes that there was not a
     04  large shift in tourism employment but employment numbers
     05  either held steady or slightly increased by three
     06  percent, right?
```

Page 148:08 to 148:08

```
00148:08      A.   That's what the report found.  Yes.
```

Page 148:22 to 149:07

```
00148:22        Q.   And the U.S. is also aware from this report that
     23   individuals in Baldwin County, Alabama were paid more
     24   than 68.9 million for tourism and recreation related
     25   claims through the GCCF, right?
00149:01        A.   That's correct.
     02        Q.   Turning back to Page 13 of the report, which is
     03   marked with the Bates number ending in 126.
     04             The U.S. finds here that a comparison of
     05   Baldwin County quarters in 2009 to 2011 showed employment
     06   increases ranging from nine percent to 14 percent.
     07   Correct?
```

Page 149:09 to 149:16

```
00149:09        A.   That's correct.
     10        Q.   So you agree with the finding as contained in
     11   this BOEM tourism report that individuals working in
     12   tourism and recreation faced better employment rates in
     13   coastal Baldwin County, Alabama in 2011 than they did
     14   before the oil spill in 2009, while individuals and
     15   businesses in the same industry in Baldwin County,
     16   Alabama, were paid $68.9 million by BP, right?
```

Page 149:18 to 150:04

```
00149:18        A.   Well, both of those are reported here, that
     19   there was more employment and BP paid that amount of
     20   money.
     21        Q.   On the same page, Page 13 of the BOEM tourism
     22   report, there's also a discussion that continues on to
     23   Page 14 about Louisiana.  Do you see that?
     24        A.   Yes.
     25        Q.   And the U.S. is aware from this report that
00150:01   Louisiana parishes with more than 1,000 tourism employees
     02   in the second quarter of 2009 saw either no change or
     03   slight increases between the second quarter of 2009 and
     04   the second quarter of 2010 quarter of the spill, correct?
```

Page 150:06 to 150:12

```
00150:06        A.   That's correct.
     07        Q.   And the report recognizes that there are three
     08   parishes that experienced declines in tourism employment
     09   after the spill, correct?
     10        A.   Correct.
     11        Q.   But three parishes experienced increasing
     12   tourism employment after the spill, right?
```

Page 150:14 to 150:14

```
00150:14        A.   That's correct.
```

Page 151:14 to 151:18

```
00151:14      Q.   So to ask my question again, there were
      15  county -- the U.S. knows there were counties in the Gulf
      16  region, doesn't it, with significant tourism-related
      17  economies that experienced no negative tourism-related
      18  employment impact as a result of the oil spill?
```

Page 151:20 to 151:20

```
00151:20      A.   That's correct.
```

Page 151:24 to 152:03

```
00151:24      Q.   And the U.S. knows, based on this report, that,
      25  for example, Harris County in Texas and Orleans Parish in
00152:01  Louisiana not only had no declines in tourism employment,
      02  but saw initial and subsequent growth in tourism-related
      03  employment following the spill --
```

Page 152:05 to 152:06

```
00152:05      Q.   -- correct?
      06      A.   Yes.
```

Page 152:19 to 152:23

```
00152:19      Q.   And so -- and so what you're saying, Dr. Luton,
      20  is there are counties in the Gulf region that were not
      21  affected by the spill; is that what you're --
      22      A.   Right.
      23      Q.   -- testifying to today?
```

Page 152:25 to 153:08

```
00152:25      A.   I'd say, yes.  I guess.
00153:01      Q.   And this report further observes, does it not,
      02  that Mobile -- Mobile County, Alabama, saw no change in
      03  tourism-related employment following the spill?
      04      A.   That's correct.
      05      Q.   And that's consistent with the point that you
      06  just made, that there were some counties that did not see
      07  effects on tourism-related employment, right?
      08      A.   Correct.
```

Page 155:13 to 156:05

```
00155:13      Q.   The Bates number for the page that I'm referring
      14  to ends in 153.
      15      A.   Okay.
```

```
16      Q.   Okay.  And there is a bullet point under the
17 heading recovery.  Do you see that?
18      A.   Yes.
19      Q.   And this contains a finding in the report that
20 tourism was strong in 2011, right?
21      A.   On -- yes.
22      Q.   And the Gulf Coast -- the report notes that the
23 Gulf Coast Alliance, a regional business group set up
24 after the spill to attract tourist and investors to the
25 Gulf Coast, reported that summer tourism in 2011 was good
00156:01 and the economy better than people had anticipated,
02 right?
03      A.   That's correct.
04      Q.   And that's consistent with reports about tourism
05 across the Gulf Coast for 2011, isn't it?
```

Page 156:07 to 156:10

```
00156:07   A.   Tourism in 2011 across the coast was -- was
08 good, yes.
09      Q.   And it recovered to pre-spill levels, didn't it?
10 In some cases, broke records?
```

Page 156:12 to 156:19

```
00156:12   A.   It was -- tourism by 2011 was doing well.  And
13 somewhere in here, I think the page before, it -- it was
14 talking about how the base year before -- before the
15 spill was a low year and by 2011 tourism in the Gulf was
16 doing well.  Right.
17      Q.   But you're aware of numerous places along the
18 Gulf Coast that set records in 2011 and 2012 over their
19 best years in 2007?
```

Page 156:21 to 156:21

```
00156:21   Q.   Right?
```

Page 156:23 to 157:02

```
00156:23   A.   That's true.
24      Q.   So even if the baseline 2009 year right before
25 the spill was low because of the recession, you're aware
00157:01 that what happened in 2011 was tourism recovered beyond
02 the record set in 2007?
```

Page 157:04 to 157:07

```
00157:04   A.   The industry across the Gulf was doing very
05 well in 2011 and, in some places, it was their best
06 year.
07      Q.   And that continued in 2012, didn't it?
```

Page 157:09 to 157:09

00157:09      A.   Yes.


Page 158:17 to 159:03

00158:17      Q.   I'd like you to turn the page of the BOEM
      18 tourism report to page ending in Bates Number 154.
      19             And do you see under the heading recovery
      20 that the bullet there concludes that tourism gained
      21 momentum by winter of 2010, 2011 and credit is given to
      22 BP money?
      23      A.   Yes, I see that.
      24      Q.   And in that paragraph it observe -- the report
      25 observes that the increase in tourism revenues was
00159:01 attributed to a market campaign funded with BP dollars,
      02 right?
      03      A.   That's what this paragraph says, yes.


Page 159:19 to 159:21

00159:19      Q.   And this BOEM report found that the increase in
      20 these tourism revenues was attributed to a marketing
      21 campaign funded with BP dollars, right?


Page 159:23 to 160:01

00159:23      A.   That's what this paragraph says.
      24      Q.   And is this paragraph consistent with data you
      25 know to be available and included in this report, not
00160:01 only in Alabama but across the Gulf Coast?


Page 160:03 to 161:05

00160:03      A.   I would say about it that there's -- that
      04 the -- this document shows very well that the tourist
      05 industry was doing extremely well by 2011.  And it
      06 asserts that based on the methodology it used, that a
      07 lot of -- or the credit was -- should be going to BP's
      08 expenditures.
      09             It is our view that -- well, first of all,
      10 I'd say that this report wasn't in any way designed to
      11 make a conclusion about what the basis of the recovery
      12 was.  And it's based on, as it says in the beginning,
      13 very little -- or a limited amount of field work that
      14 was aimed at -- it happens at a very narrow group of
      15 people involved with tourism.
      16             We would say that it's -- it's clear to us
      17 that BP's efforts were positive and had a positive
      18 effect.  I mean, it's clear from this report and from
      19 the other.  But there were other things driving the
      20 effect, the -- the improvement, too, one of which was
      21 just the improvement of the environment for tourism

```
 22  generally.  And another was just the -- the lack of bad
 23  press that was one of the real drivers of the original
 24  effects on tourism.
 25              So -- so I -- I guess what I -- what I'd
00161:01  say speaking as our interpretation of these two studies,
 02  that it was an important act that BP did to -- to -- for
 03  tourism, spending this money.  But it isn't -- it would
 04  be difficult to assert that that was the -- what part of
 05  the whole recovery that that is responsible for.
```

## Page 161:09 to 161:16

```
00161:09      Q.   Based on what you've said, you agree that BP's
 10  efforts to assist in the recovery of tourism along the
 11  Gulf Coast were positive and had a positive effect in
 12  that region?
 13      A.   That's correct.
 14      Q.   And BP's efforts to mitigate the economic harm
 15  of the spill in the Gulf region were important and
 16  effective?
```

## Page 161:18 to 161:24

```
00161:18      A.   We're talking about the -- this tourism study
 19  now?  Yes.  It's just what I said.
 20      Q.   And BP's efforts to promote tourism in the Gulf
 21  Coast region contributed to the rebounding of the tourism
 22  industry and recovery of tourism in the Gulf Coast after
 23  the spill, correct?
 24      A.   That's --
```

## Page 162:01 to 162:03

```
00162:01      A.   That's how we interpret this, yes.
 02      Q.   And that's your understanding?
 03      A.   Yes.
```

## Page 162:13 to 162:15

```
00162:13      Q.   (By Mr. Tressler) Dr. Luton, we were on the page
 14  of the BOEM report with a Bates number ending in 154?
 15      A.   Okay.
```

## Page 162:19 to 163:02

```
00162:19      Q.   Okay.  You agree that the report observed that
 20  Orange Beach topped its 2007 record for spring tourism
 21  with visitors spending 65 million on lodging from March
 22  to May of 2011, which was a 14 percent increase from the
 23  2007 record, right?
 24      A.   Yes.  That's what this study found.
 25      Q.   And as we discussed earlier, this is based on
00163:01  what was for most of the Gulf Coast a high point in
```

```
     02  tourism, which was the year 2007, right?


Page 163:04 to 164:12

00163:04      A.   That -- that's correct.
     05      Q.   And the next sentence, you agree that the report
     06  also found that on Alabama's coast, tourists spent
     07  55 million on lodging in June of 2011, more than eight
     08  percent higher than the record set in 2007 before the
     09  spill and recession, right?
     10      A.   That's correct.
     11      Q.   And on the page of the BOEM report with the
     12  Bates number ending in 157, under the third bullet, the
     13  report finds that tourism bounced back by fall of 2010
     14  with record-breaking seasons, right?
     15      A.   That's correct.
     16      Q.   And the researchers that wrote this report found
     17  that numerous articles reported the return of the tourism
     18  industry after the spill and some attributed the industry
     19  success to BP funding, correct?
     20      A.   That's correct.  That was the -- that's
     21  correct.
     22      Q.   And the report cites the grants that BP provided
     23  for three years to promote tourism to the Gulf Coast
     24  states, right?
     25      A.   Correct.
00164:01      Q.   And further down that paragraph, this report
     02  notes that Florida tourism industry experienced modest
     03  growth in 2011 and experts attributed some of that --
     04  some of the growth to reparations made by BP and to the
     05  fact that tropical storms and hurricanes stayed away; is
     06  that right?
     07      A.   That's correct.
     08      Q.   Dr. Luton, on the page of the report with the
     09  Bates number ending in 159, under the heading recovery,
     10  do you agree that this BOEM report finds that for New
     11  Orleans, the local hospitality industry was largely
     12  unscathed by the spill?


Page 164:14 to 165:05

00164:14      Q.   And the City of New Orleans and neighboring
     15  parish experienced an economic boom in the wake of the
     16  spill?
     17           MS. FIDLER:  Objection, form.
     18      A.   That's correct.  And we, you know -- as I said
     19  before this study, one -- a -- a real goal of it was to
     20  see how our estimating procedures work.  And as far as
     21  some operation like New Orleans goes, that's what we
     22  assumed, that a lot of the hospitality industry is -- is
     23  not really exposed to events on the coast.
     24      Q.   Including the DEEPWATER HORIZON oil spill?
     25      A.   Correct.
00165:01      Q.   And so you agree that the observation included
     02  in this report that the local hospitality industry was
```

```
        03   largely unscathed by the spill is also BOEM's
        04   understanding of what happened in New Orleans after the
        05   spill?
```

Page 165:07 to 165:15

```
00165:07        A.   Yes.
        08        Q.   Okay.  And this report also notes, doesn't it,
        09   that hotel occupancy and sales tax revenues increased in
        10   the New Orleans area and local tourism officials
        11   attributed BP for providing promotional dollars used to
        12   help increase tourism revenues; is that right?
        13        A.   That's -- both of those statements are correct.
        14   That's what many of the local tourism people attributed
        15   it to and -- right.  Those are two correct statements.
```

Page 166:02 to 166:05

```
00166:02        Q.   I just want to make sure I understand what
        03   you're saying.  Is it your statement that you agree that
        04   local tourism officials attribute increased tourism
        05   revenues with promotional dollars provided by BP?
```

Page 166:07 to 166:11

```
00166:07        A.   Yes.
        08        Q.   And from your understanding of the research
        09   conducted for this report, do you understand that to be
        10   true not only for New Orleans, but for tourism recovery
        11   across the Gulf Coast?
```

Page 166:13 to 167:22

```
00166:13        A.   It -- I would -- I would say that it had a --
        14   from my understanding of reading this report and the
        15   other one, it had a positive effect across the --
        16   generally positive effect across the Gulf.  And in some
        17   places, the -- the effects were quite notable.  I mean,
        18   it was -- yeah.
        19        Q.   And when you say "it," you mean BP?
        20        A.   BP's grants.
        21        Q.   For tourism promotion?
        22        A.   For tourism promotion.
        23        Q.   And when you say that in some places the effect
        24   of BP's tourism promotional grants were quite notable,
        25   what do you mean?  What are you referring to?
00167:01        A.   Well, you mentioned -- or this report mentioned
        02   the promotion of fishing rodeo, or whatever it was
        03   called, that had a huge turnout for it.  And that would
        04   be one where BP monies were used to promote it.  And
        05   that seemed to have an effect, as an example.
        06        Q.   Do you know of other examples in which BP's
        07   tourism promotion grants had a notable effect?
```

```
08        A.   Well, I would think that -- I'm -- I'm not
09   sure.  I would say that a place like New Orleans is
10   probably particularly benefited because the general
11   advertising of tourism in -- in Louisiana helped the
12   tourism industry and New Orleans hadn't been
13   particularly damaged to begin with.
14        Q.   Please turn to the page in the report with the
15   Bates number ending 183.
16             Is this a section of the report in which
17   the authors provide their findings from interviews and
18   field work?
19        A.   That's correct.
20        Q.   And on the page with the Bates number ending in
21   183, does this BOEM report include the finding that BP
22   funding helped facilitate recovery?
```

Page 167:24 to 169:11

```
00167:24        A.   It -- it said -- it says what I tried to say
25   earlier, which is that much of the field were focused on
00168:01   tourism officials and they particularly were -- saw
02   the -- the BP funding as a -- something that facilitated
03   local recovery of the tourism and recreation industry.
04        Q.   And this part of the report notes, consistent
05   with what you've just said, that interviewees,
06   particularly tourism officials, said that recovery for
07   the local tourism and recreation economies were underway
08   in large part due to BP funding?
09        A.   Yes.  That's...
10        Q.   And the report notes that it allowed -- that BP
11   funding allowed tourism officials to increase public
12   relations in messaging, helping to convey actual oil
13   impacts and beach conditions and promoting local
14   attractions and businesses, right?
15        A.   That's correct.  That's their jobs and you-all
16   underwrote it.
17        Q.   Uh-huh.  And this report also notes that
18   businesses used BP funding to help recover some of their
19   spill-related financial losses, right?
20        A.   That's true.  It notes that in that particular
21   area some businessmen felt more -- there was a mixed
22   sense of how much it had helped.  You know, some were
23   very happy and some not so much.
24        Q.   Please turn to the page of the report with the
25   Bates number ending in 186.
00169:01             Under the heading recovery, do you agree
02   that this report also observes that interviewees conveyed
03   that BP funds generated tourist interest in markets where
04   there had not been previous interest and this opened the
05   door to new opportunities for local tourism industries?
06        A.   Yes.  That was one of the findings of this
07   report.
08        Q.   And so this BOEM report includes a finding that
09   the tourism promotional grants provided by BP allowed the
10   tourism industry to open up new markets and new tourism
```

```
       11  opportunities for growth, right?
```

Page 169:13 to 169:22

```
00169:13      A.    Provided support for that, yes.
      14      Q.    And the Tourism Development Council in northwest
      15  Florida reported that the BP funds that were spent on
      16  tourism advertising showed up directly in the region's
      17  revenues, right?
      18      A.    That was their impression, yes.
      19      Q.    In other words, the funds that BP provided to
      20  promote tourism in the region resulted in higher tourist
      21  spending or recovery in the tourism industry directly,
      22  right?
```

Page 169:24 to 170:10

```
00169:24      A.    That's what -- that's what the -- these people
      25  report.  And -- and there's no reason to not believe it.
00170:01      Q.    You don't have any information or data that's
      02  inconsistent with these reports, do you?
      03      A.    No.  I -- I told you that our -- what our
      04  interpretation is, which is that the field work that was
      05  conducted here was not designed to, nor capable of sort
      06  of determining the -- the relative importance of causes
      07  of recovery.  And there were multiple ones.
      08            But it certainly was capable of
      09  identifying the fact that BP's expenditures and -- on
      10  tourism help in the recovery.
```