# EXHIBIT 2

## TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE DR. DIANE AUSTIN'S OPINIONS AND TESTIMONY**

# WHAT IS A DISASTER?

CONFIDENTIAL

BP-HZN-2179MDL09307681

CONFIDENTIAL

BP-HZN-2179MDL09307682

# WHAT IS A DISASTER?

*New Answers to Old Questions*

Ronald W. Perry

E.L. Quarantelli

Editors

CONFIDENTIAL

BP-HZN-2179MDL09307683

Copyright © 2005 by International Research Committee on Disasters.

| | | |
|---|---|---|
| Library of Congress Number: | | 2004195094 |
| ISBN: | Hardcover | 1-4134-7986-3 |
| | Softcover | 1-4134-7985-5 |

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the copyright owner.

This book was printed in the United States of America.

To order additional copies of this book, contact:
Xlibris Corporation
1-888-795-4274
www.Xlibris.com
Orders@Xlibris.com
27509

CONFIDENTIAL

BP-HZN-2179MDL09307684

always and still today continue to deal with acts-of-God explanations *held by the people they study*. The disaster sociology literature is full of examples. The pioneering survey done after a tornado in Arkansas by the National Opinion Research Center contained a series of questions that probed respondents' naturalistic versus supernaturalistic (i.e., acts-of-God) interpretations of the disaster (Marks and Fritz 1954: 423-424, 484-485). Dynes and Yutzy's (1965) early article remains a useful source both for conceptualizing the problem and for propositions about it. Turner et al. (1986) used survey data to unravel the complex mixture of religious and secular interpretations of earthquakes and earthquake predictions in southern California. Schmuck (2000) used ethnographic materials to show that the presence of deeply held beliefs that disasters are "acts of Allah" did not foreclose engaging in practical forms of disaster mitigation in rural Bangladesh. Dynes (2000a, 2000b) studied the clash between the Roman Catholic Church and secular officials following the 1755 earthquake and tsunami in Lisbon to underscore the Enlightenment's impact on laypeople's sense-making about disaster. Disasters as acts of God are alive and well in disaster sociology, and disaster sociologists, whatever their personal beliefs may be, are as able to study and theorize about this interpretation of them as are representatives of any other discipline.

At some points in his chapter, it is not clear whether Boin is referring to laypeople's "definitions" of disaster or analysts' definitions. He insists that, unless the two are aligned, an analytical definition of disaster is worthless: " . . . a disaster definition is rather devoid of meaning if it fails to capture what most laymen would consider a disaster." In the very next sentence, however, he recognizes one of the dangers in aligning lay and analytical definitions: "If we leave it to the people to define disruptions in their life in terms of disaster, however, the set of events becomes so large that the term disaster is devoid of its original meaning." He cites as an example the "near disaster" of the rained-out dance party in Velsen. Here the failure to distinguish the two different levels or, better put, the failure to recognize the different definitions of disaster held by laypeople and analysts, results in unnecessary confusion. Laypeople's

CONFIDENTIAL                                    BP-HZN-2179MDL09307937

Case 2:10-md-02179-CJB-DPC   Document 13856-2   Filed 12/15/14   Page 7 of 7

data, see Miles and Huberman (1994), Denzin and Lincoln (2000), Ellis and Ellingson (2000) and Lincoln and Denzin (2003). While unstructured interviews and more recently focus groups have been used in disaster research, more off beat techniques such as textual and narrative analyses, personal essays, discourse analysis (Phillips and Hardy 2002) or autoethnography (see Reed-Danahay 1997) have very rarely been used. There are even qualitative models for data gathered in a non-quantitative way (Heise and Durig 2000; see also Wengraf 2001), as well as computer CD-ROMs for analyzing qualitative data (e.g. MAXqda, Software for Qualitative Data Analysis which exists both in English and German versions).

Systematic observational data might be especially useful for cross-societal and cross-cultural research. Anthropologists and others have long done comparative observational studies of behavior such as are involved in "body language" and spatial distances between interacting human beings (e.g., Bull 1983). Much has been learned. Who knows what disaster scholars might learn if they made comparative examinations of some disaster behaviors in such ways?

### Learning From Historians

We can learn from historians on how to gather more diverse and better documentary data. There is a need for not only better but more diverse documents. We use the term document in a very broad sense going considerably beyond official reports, written records, census statistics and mass media contents. Many of those are often gathered in disaster studies.

Less frequently obtained are such items as organizational minutes of meetings, informal group logs, business transaction data, etc. Seldom, moreover, does one find disaster researchers systematically collecting and using letters, diaries, graffiti and informal signs, bulletin board items, family albums, religious sermons, and much of what have been called nonreactive items (see the classic work on the last, Webb et al. 1981; for the use of personal documents, see Plummer 1983; Burgess 1984: 123-142; Prior 2003; also, Hodder 1994).

CONFIDENTIAL                                                           BP-HZN-2179MDL09308051