# EXHIBIT 3

## TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE DR. DIANE AUSTIN'S OPINIONS AND TESTIMONY**

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010**


**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN**


Expert Report of
**George A. Bonanno, Ph.D.**

September 12, 2014


Prepared on Behalf of BP Exploration & Production Inc.


**CONFIDENTIAL**

CONFIDENTIAL

# Table of Contents

1.  Background and Credentials ...................................................................................... 1

2.  Scope of Work .......................................................................................................... 3

3.  Executive Summary of Opinions .............................................................................. 4

4.  Austin's Report Fails to Recognize the Methodological Challenges Inherent in Accurate Disaster Impact Assessment ................................................................................... 5

    4.1   Estimating mental health impact is an extremely complex task ................................ 5

    4.2   Three criteria must be met for scientifically sound impact assessment ..................... 6

5.  Austin and Clapp's Reports Ignore the Unique Problems Presented by the DWH Incident ............... 7

    5.1   Assessment of the DWH incident presents unique problems ..................................... 7

    5. 2   Previous research may help anticipate the *type*—but not the *prevalence*—of mental health problems to be expected following the DWH incident .......................... 8

6.  Austin's Ethnographic/Case Study Approach to Impact Assessment Has Limited Value ................... 9

    6.1   Defining the scope of the problem ........................................................................ 9

    6.2   The ethnographic/case study approach .................................................................. 9

    6.3   Limitations of ethnographic/case study data for evaluating impact of the DWH incident ....... 10

7.  Clapp's Brief Assessment of Mental Health Based Solely on Data from Previous Studies Is Unfounded and Over-Generalizes Impact Estimates .......................................... 13

    7.1   Mental health estimates in Clapp's report are improperly derived solely from previous studies ...... 13

    7.2   Clapp's report over-generalizes and fails to account for baseline mental health problems ....... 13

8.  Austin and Clapp's Reports Fail to Consider Baseline Mental Health, Diverse Reactions to Stressor Events, and Resilience ....................................................................... 15

    8.1   Individuals vary in reaction to stressor events ...................................................... 15

    8.2   Estimating chronic mental health impact cannot be done without assessing preexisting mental health problems ................................................................................. 15

    8.3   Resilience in the face of adversity is the most common pattern of reaction to stressor events ...... 16

9.  Summary and Conclusions ..................................................................................... 19

Appendix A .................................................................................................................. A-1

Appendix B .................................................................................................................. B-2

CONFIDENTIAL

# 1. Background and Credentials

I am a Professor of Clinical Psychology and Director of the Loss, Trauma, and Emotion Lab in the Department of Counseling and Clinical Psychology at Teachers College, Columbia University.  I received my Ph.D. in Clinical Psychology from Yale University in 1991.  I served as Chair of the Department of Counseling and Clinical Psychology, Teachers College, Columbia University, and also chaired that institution's Internal Review Board for the Ethical Conduct of Research with Human Subjects.  I have taught courses on the Psychology of Loss and Trauma, Research Methodology, Social and Emotional Development, the History of Psychology, and the Basic Science of Emotion.  In addition, I have lectured on the Psychology of Loss and Trauma at universities around the world, including the University of Hong Kong, Cattolica Università in Italy, and the Lund University in Sweden.

For the past 25 years, I have studied how individuals and communities cope with loss, trauma, and extreme adversity.  I have conducted research regarding individual and community responses to disasters, terrorist attacks, bio-epidemics, personal tragedies, and other types of traumatic or highly stressful events.  Specifically, I have studied the mental health and community impacts on survivors of the 9/11 terrorist attacks, the wars in Iraq and Afghanistan, the SARS bio-epidemic, and Hurricane Sandy, among other events.  I have conducted multi-cultural studies of grief and trauma in Nanjing, China; among civilian survivors of urban warfare in Bosnia-Herzegovina; and of mass casualty in the context of the Israeli-Palestinian conflict.

I am a leading researcher and theorist regarding the study of human resilience in the face of highly stressful events and extreme tragedies.  My recent empirical and theoretical work has focused on defining and documenting individual resilience in the face of various potentially traumatic events.  My research focuses on mapping the various outcome patterns and the heterogeneity of long-term responses following highly stressful events, and I have studied the role personal and emotional factors play in moderating human responses to such events.  My research also focuses on the role of individual resilience in the face of personal loss and tragedy and other sources of psychological distress.

In addition to individual resilience, I have conducted research regarding community resilience in the face of large-scale stressor events.  My research is focused on developing measures and methods for use in field research involving the impact of highly stressful events on communities.  In particular, my lab and I have focused on assessing how individual and community resilience interact. Most recently, our research team has participated in collaborative projects funded by the Rockefeller Foundation and the National Institute of Mental Health ("NIMH") to investigate mental health and community resilience in the regions of New Jersey affected by Hurricane Sandy.  This study involves data collected over a number of years beginning prior to the hurricane and slated to continue for the next several years.

Recently, I was commissioned by the Association for Psychological Science ("APS"), the leading professional organization for the scientific study of psychology, to review and critique the entirety of the psychological literature on disaster.  At APS' behest, I was able to recruit three additional, internationally recognized scholars to join me in this endeavor.  The results of our team's work were published in 2010 as the sole article in the APS journal *Psychological Science in the Public Interest*, entitled "Weighing the

CONFIDENTIAL

costs of disaster: Consequences, risks, and resilience in individuals, families, and communities."[1]  The article has since been listed as one of the most highly cited articles from that journal.

I have published over 140 articles in peer-review journals and over 30 chapters in scholarly books.  I co-edited the book *Emotion: Current Issues and Future Directions* (Guilford), and recently authored *The Other Side of Sadness: What the New Science of Bereavement Can Tell Us About Life After Loss* (Basic Books).   I have also written for popular magazines, such as *Newsweek*, and blogged for *Psychology Today*.  My work has been featured in various print, television, and radio media, including *The New York Times*, *The Los Angeles Times*, *Science News*, *Scientific American*, *The Wall Street Journal*, *The Washington Post*, *Time*, *Newsweek*, CNN, ABC News, *20/20*, CBS Sunday Morning, and NPR.   My research has been funded by NIMH, the National Science Foundation, and the Rockefeller Foundation.

A copy of my curriculum vitae is attached to this report as Appendix A.  I am compensated at the hourly rate of $750 for all records review, analysis, and similar work, and at the same hourly rate for testimony, depositions, and related activity.  I have not testified as an expert witness, either in deposition or at trial, during the last four years.

---

[1]   Bonanno, G. A., Brewin, C. R., Kaniasty, K., & La Greca, A. M. (2010). Weighing the costs of disaster: Consequences, risks, and resilience in individuals, families, and communities. *Psychological Science in the Public Interest*, *11*(1), 1–49.

CONFIDENTIAL

## 2.    Scope of Work

I have been retained by BP Exploration & Production Inc. to provide my opinions regarding the reports of two experts for the United States, Dr. Diane Austin and Dr. Richard Clapp, and to assess any data, analysis, and conclusions in those reports regarding mental health impact of the DWH incident.   My review of Austin's report focuses on her analyses and conclusions regarding what she refers to as "sociocultural effects" of the DWH incident, to the extent that those analyses and conclusions encompass mental health problems, particularly with respect to the impact of disasters on communities.[2]

---

[2]    It is my understanding that Dr. Loren Scott is addressing Austin's analysis and conclusions regarding what she refers to as "sociocultural effects" of the DWH incident pertaining to economic and material well-being.

CONFIDENTIAL

## 3.   Executive Summary of Opinions

Based on my review and analysis of the materials set forth in Appendix B, and as an expert in the fields of psychology and mental health, in particular with respect to the impact of disasters and stressor events on the mental health of affected communities and individuals, my opinions are as follows:

1.  Disaster impact assessment is methodologically challenging, and accurate assessment requires reliable and objective data.

2.  Assessment of the DWH incident presents unique problems in that at the time of the incident, the Gulf region was already suffering from a number of enduring social and economic difficulties that independently have been implicated in the creation of mental health problems for those living in the region.  Accurate assessment of the impact of the DWH incident is only possible, therefore, if observed rates of mental health problems are adjusted for valid "baseline" (or pre-incident) data on mental health deficits.

3.  Austin's impact assessment used a definition of health created by the World Health Organization to describe an ideal level of health.  Applying this definition for impact assessment exaggerates mental health deficits.

4.  The ethnographic/case study approach used by Austin was inappropriate for assessing the impact of the DWH incident.  This approach is designed primarily for exploratory research on novel or under-studied topics, and does not provide an objective method to answer specific questions about the impact of the DWH incident on individuals and communities. The data generated by this approach are overly subjective; require excessive interpretation; are highly susceptible to sampling biases; do not account for preexisting mental health problems in the studied community; and were not compared to or validated with more objective, scientific data.

5.  Clapp's brief assessment of mental health problems in relation to the DWH incident is insufficient and lacks relevant data.  His assessment is limited to a review of research in an older study of another oil spill.  These older data are not necessarily comparable for assessing the DWH incident. Even if the data from the older spill were relevant, they were described by Clapp in a manner that exaggerated that spill's impact.

6.  Research on highly stressful events over the past several decades has shown that individuals have varying responses to stressor events, and the most common pattern of mental health adjustment across studies is almost always a stable pattern of health adjustment, or resilience.

CONFIDENTIAL

## 4.   Austin's Report Fails to Recognize the Methodological Challenges Inherent in Accurate Disaster Impact Assessment

Austin's report fails to recognize that accurate assessment of the impact of a disaster on individuals and communities is a methodologically challenging endeavor, particularly given the unique problems presented by the DWH incident.  Thus, in order to understand deficiencies in that report, it is important to first understand these methodological challenges and the unique problems in assessing the DWH spill.

### 4.1   Estimating mental health impact is an extremely complex task

Although definitions vary,[3] from a mental health perspective, disasters are most commonly conceptualized as natural or human-made events that hold the "potential to affect many persons simultaneously and to engender an array of stressors, including threat to one's own life and physical integrity, exposure to the dead and dying, bereavement, profound loss, social and community disruption, and ongoing hardship."[4]  The nature of disasters varies, of course, and can range from devastating natural disasters, such as tsunamis that kill thousands, to less destructive events.  The scientific and scholarly literature often refers to the full range of such disruptive events as "disasters," and that term is used in this report, without precise definition, but with recognition that the DWH incident engendered stressors within and disrupted Gulf Coast communities.

The far-reaching impact of disasters can engender a range of psychological consequences.[5]  However, estimating these mental health impacts is an extremely complex task. Disasters may potentially affect many different aspects of life, and not surprisingly, research on disasters has cut across a range of disciplines, including psychology, psychiatry, epidemiology, anthropology, biology, economics, and sociology.  Each of these disciplines tends to ask different questions, employ different types of methods, and seek different kinds of evidence of impact.

If we focus primarily on the mental health impact of a disaster, what kind of evidence is required?  What makes for a scientifically accurate assessment?  In a recent monograph-length review of the extant research on mental health in the aftermath of disasters, commissioned by the peer-reviewed journal *Psychological Science in the Public Interest*, Bonanno and colleagues observed: "studies of disasters encounter a number of formidable methodological obstacles, and as a result, the literature on disaster has struggled to present an accurate picture of their consequences."[6]  Published disaster studies have reported "widely disparate conclusions about the prevalence of psychological dysfunction" and "often overestimated a disaster's psychological cost to survivors."[7]  Although it is undeniable that at least some people exposed to disasters will experience psychological problems, including for example Posttraumatic Stress Disorder ("PTSD"), anxiety, and depression, "severe levels of these problems are

[3]   Perry, R. W. & Quarantelli, E. L. (2005). What is a disaster? New answers to old questions. Philadelphia: Xlibris.

[4]   Norris, F. H., Friedman, M. J., Watson, P. J., Byrne, C. M., Diaz, E. & Kaniasty, K. (2002). 60,000 disaster victims speak: Part I. An empirical review of the empirical literature, 1981-2001. *Psychiatry-Interpersonal* & *Biological Processes*, *65*(3), 207–239, at 207.

[5]   Raphael, B. &  Maguire, P. (2009). Disaster Mental Health Research: Past, Present, and Future. Mental Health and Disasters, Cambridge Univ. Press.

[6]   Bonanno et al. (2010), at 2.

[7]   *Id*. at 1, 2.

typically observed only in a relatively small minority of exposed individuals."[8]  Moreover, a considerable body of data attests that the majority of those exposed to disasters and other forms of acute adversity show little or no serious mental health impact, and instead demonstrate "resilience."[9]

## 4.2    Three criteria must be met for scientifically sound impact assessment

Extending Bonanno et al.'s review[10] and other, related reviews,[11] an accurate and scientifically sound estimate of the mental health impact of major highly stressful events should meet at least three criteria.

First, the research would need to encompass a *large, representative sample of the exposed population*. Small samples or samples obtained by convenience (e.g., through word of mouth, existing relationships, or target groups) are not likely to represent the experiences of the broader exposed population.  One of the criteria for a reasonable estimate of the DWH incident's mental health impact, then, is data that were adequately sampled from the regions likely to have been affected by the incident.

Second, the research design should be *prospective and account for preexisting mental health problems*.  In other words, data on mental health functioning should be measured repeatedly and to as full an extent as possible before and after the event.  Pre-event data is crucial to allow for an accurate estimate of how mental health may have been affected by that event.  Data obtained only after the event's occurrence cannot fully account for preexisting difficulties in the region.  Because disasters and other types of highly stressful events typically occur without warning, pre-event data are not always available.  In this case, there are various secondary approaches that, although do not completely solve the problem, to some extent, offer a reasonable means to correct for the absence of baseline data. Examples of such an approach would be to adjust observed mental health impacts for presumed baseline rates or to compare exposed individuals with demographically similar but unexposed groups.

Third, assessment should include *well-validated outcome measures*.  Assessments based on idiosyncratic or unvalidated measures of mental health and adjustment cannot be easily compared across studies or populations and cannot be referenced against a reasonable norm for psychological functioning.  As a result, idiosyncratic or unvalidated measures are likely to produce inaccurate assessments and to be highly susceptible to interpretive biases.  An accurate, objective, and practical assessment of mental health impact should therefore include measures that have been demonstrated through prior research to be scientifically valid, reliable, and sensitive indices of psychological adjustment with clear consequences for normal psychological functioning.

---

[8]  *Id*. at 1.
[9]  *Id*.; Bonanno, G. A. (2004). Loss, trauma, and human resilience: Have we underestimated the human capacity to thrive after extremely highly stressful events? *American Psychologist*, 59(1), 20–28; Bonanno, G. A., Westphal, M., & Mancini, A. D. (2011). Resilience to Loss and Potential Trauma. *Annual Review of Clinical Psychology*, 7(1), 511-535.
[10]  Bonanno et al. (2010).
[11]  Fergus, S. & Zimmerman, M. A. (2004). Adolescent Resilience: A Framework for Understanding Healthy Development in the Face of Risk. *Annual Review of Public Health*, 26(1), 399–419; Luthar, S. S., Cicchetti, D. & Becker, B. (2000). The construct of resilience: A critical evaluation and guidelines for future work. *Child Development*, 71(3), 543–562; Masten, A. S. & Narayan, A. J. (2012). Child Development in the Context of Disaster, War, and Terrorism: Pathways of Risk and Resilience. *Annual Review of Psychology*, 63(1), 227–257.

CONFIDENTIAL

## 5.   Austin and Clapp's Reports Ignore the Unique Problems Presented by the DWH Incident

### 5.1   Assessment of the DWH incident presents unique problems

The DWH incident created especially complex problems for accurate mental health assessment.  The Gulf region, in which the DWH incident occurred, was already beset by numerous episodic and chronic problems.  As detailed in the reports of two experts for the United States, Austin[12] and Clapp,[13] at the time of the DWH incident the Gulf region was already suffering from a number of enduring social and economic difficulties that have been implicated as creating mental health problems in their own right.  The economic downturn that hit the area, described by Austin as the "Great Recession," began in late 2007 and appeared to have further compromised the area's mental health burden.[14]  In addition, this region had relatively recently endured several large-scale natural disaster events, Hurricanes Katrina and Rita in 2005 and Hurricanes Gustav and Ike in 2008.  In her report, Austin  described these hurricanes as "particularly devastating,"[15] and recent studies suggest that trauma symptoms following Hurricane Katrina, in particular, were more prevalent and longer-lasting than has been typically observed following previous disasters in the United States.[16]

Thus, an accurate assessment of possible mental health consequences of the DWH incident must be especially careful to (1) account for these numerous preexisting circumstances and their likely impact on mental health in the region (i.e., establish a baseline level of serious psychological problems in the region prior to the DWH incident), and then (2) demonstrate how and to what extent the DWH incident may have exacerbated or increased the level of serious psychological problems above baseline.  Although federal and state entities have conducted surveys regarding behavioral health in the region since the DWH incident, no comprehensive longitudinal data necessary for such an accurate assessment has been collected to date.[17]

---

[12]   Austin, Diane E., MDL 2179 Expert Report: Sociocultural Effects of the Deepwater Horizon Disaster in the U.S. Gulf of Mexico, dated Aug. 15, 2014.

[13]   Clapp, Richard W., MDL 2179 Expert Report: Human Health Impact of the Deepwater Horizon Explosion, Oil Spill and Response Submitted on Behalf of the U.S., dated Aug. 15, 2014.

[14]   Id. at 17.

[15]   Id. at 14.

[16]   McLaughlin, K. A., Berglund, P., Gruber, M. J., Kessler, R. C., Sampson, N. A. & Zaslavsky, A. M. (2011). Recovery from PTSD following Hurricane Katrina. *Depression and Anxiety*, *28*(6), 439–446.

[17]   For instance, a 2013 report by the Substance Abuse and Mental Health Services Administration ("SAMHSA"), part of the Centers for Disease Control and Prevention ("CDC"), regarding behavioral health of Gulf Coast residents examined data pre- and post-DWH incident. However these data did not include the same participants in each assessment and thus cannot compare changes within the same individuals or make any claims about change within individuals. CDC/SAMHSA, *Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill* (2013),  BP-HZN-2179MDL09233427-BP-HZN-2179MDL09233496. Nonetheless, results from the SAMHSA study "generally do not suggest major overall increases at the regional level in mental health or substance abuse problems . . . following the oil spill event." *Id*. at 52.  The SAMHSA report also concludes "[i]t is also possible that the resources mobilized to reduce the economic and behavioral health impacts of the oil spill on [Gulf Coast] residents, including compensation for lost income from BP and increases in available mental health services, may have resulted in a reduction in mental health problems relative to what would have occurred if those resources had not been mobilized." *Id*. at 53.

## 5. 2    Previous research may help anticipate the *type*—but not the *prevalence*—of mental health problems to be expected following the DWH incident

Previous research on oil spills and other related events may be used as a guide to anticipate the **type** of mental health problems that might be observed in relation to the DWH incident, but not necessarily the **prevalence** of mental health problems.  Mental health impacts like complicated grief and PTSD are possible, for example, primarily among individuals directly exposed to deaths or serious injuries.[18]  It is important to note, however, that even among individuals directly exposed to deaths or serious injuries, only a minority will tend to develop lasting mental health problems.[19]  While it is possible that disruption in social and economic activity, witnessing injury or harm to animals, or participation in cleanup activities may produce symptoms of anxiety and depression in individuals across the exposed Gulf region, determination of the rates of occurrence of these symptoms requires consideration of the methodological issues described above (i.e., previous levels of mental health problems in the region and estimates of change or increase following the DWH incident).

Although previous disaster or oil spill research may inform the types of mental health problems that might be expected following the DWH incident, variations in the types of events studied in this prior research may limit its generalizability to the DWH incident.  Studies of disaster rescue and recovery workers involved in the response to the 9/11 terrorist attack in New York City, for example, indicated increased levels of PTSD in these individuals.[20]  However, rescue/recovery workers for the 9/11 event were exposed to death, injury, and destruction on a dramatic scale.  The levels of death, injury, and destruction for the DWH incident were considerably less extensive.

Generalizing from previous studies is also hampered by the many methodological limitations of those studies. In reviewing the possible consequences of the DWH incident for an article published in the *New England Journal of Medicine,* Goldstein and colleagues noted that "mental health symptoms are commonly reported by response workers and community members after oil disasters."[21]  However, Goldstein et al. also cautioned that "the relevant literature is limited by variations in the rigor of assessments of stressors and post-disaster mental health symptoms; the lack of predisaster baseline data and validated measures; cross-sectional designs; and loss of data on contributing variables because of delays in study initiation."[22]  Goldstein et al.'s review of the limits of previous oil spill research and their cautions about generalizing from those reports to the DWH incident echo many of the concerns I raise in this report.

---

[18]   Bonanno et al. (2010).

[19]   *Id.*; Rubonis, A. V. & Bickman, L. (1991). Psychological impairment in the wake of disaster: The disaster–psychopathology relationship. *Psychological Bulletin*, *109*(3), 384–399.

[20]   Perrin, M., DiGrande, L., Wheeler, K., Thorpe, L., Farfel, M. & Brackbill, R. (2007). Differences in PTSD prevalence and associated risk factors among World Trade Center disaster rescue and recovery workers. *American Journal of Psychiatry*, *164*(9), 1385–1394.

[21]   Goldstein, B. D., Osofsky, H. J. & Lichtveld, M. Y. (2011). The Gulf Oil Spill. *New England Journal of Medicine*, *364*(14), 1334–1348, at 1343.

[22]   *Id.*

# 6.   Austin's Ethnographic/Case Study Approach to Impact Assessment Has Limited Value

## 6.1   Defining the scope of the problem

Any attempt to assess the mental health impact of a large-scale, highly stressful event must first specify how mental health consequences are to be defined.  In her report, Austin focuses on assessing the DWH incident's "sociocultural impacts" including "health and social well-being," defined using the World Health Organization definition as "a state of complete physical, mental, and social well-being, not merely the absence of disease or infirmity."[23]  When the WHO created this definition, its stated intention was that health be defined sufficiently broadly so as to capture the organization's emphasis on prevention.[24]  Thus, the WHO definition describes the ideal state of health that the WHO hoped to achieve rather than a normative state that could be assessed in relation to an external event.  Moreover, given the significant health, social, and psychological deficits that already existed in the Gulf region prior to the DWH incident, an emphasis on ideal health is likely to exaggerate the health deficits in the region and thus exaggerate the health impact of the DWH incident.

## 6.2   The ethnographic/case study approach

The method chosen by Austin to assess potential harm from the DWH incident, ethnography and case study, is an ill-suited choice. Given the methodological criteria described in Section 4 above, and in particular the task of establishing a mental health impact associated with the DWH incident over-and-above the preexisting level of mental health problems in the Gulf region (as described above), the ethnographic/case study approach is not suitable.  As discussed in detail below, this approach produces data that are intentionally subjective and very possibly biased as a result of the explicit process by which researchers and participants, who are well known to one another, develop collaborative interpretations. It also generates conclusions that are not challenged by or corroborated by traditional scientific methods of research or data.  Moreover, as used by Austin, the ethnographic/case study approach describes vague scenarios, such as "uncertainty" or "dashed optimism," which cannot be linked specifically to the DWH incident or to any traditional symptoms of mental health disruption, such as anxiety or depression.  Finally, this approach often relies on a sample of participants from which it is difficult to extrapolate to a larger population.

Ethnography does not attempt to employ the kind of objective, scientific approach described in Section 4 above or to address standard scientific questions; in other words, ethnography does not attempt to recruit a large representative population and to repeatedly assess that population over time using standardized, well-validated measures.  Nor does ethnography aim to produce objective findings that can be generalized across broad settings as a means of adding to a cumulative knowledge base.[25]  Rather the ethnographic approach, "perhaps more than any other method . . . requires that we reject the notion of researcher as a detached 'objective' scientist."[26]  Ethnographers reject the common

---

[23]   Austin (2014), at 5-6; World Health Organization, definition of Health, available at http://www.who.int/about/definition/en/print.html

[24]   Sze, S. (1988). WHO: from small beginnings. *World Health Forum*, *9*(1), 7–23.

[25]   Savage, J. (2000). Ethnography and health care. *BMJ: British Medical Journal*, *321*(7273), 1400.

[26]   Davidson, J. O. & Layder, D. (1994). *Methods, sex and madness*, at 185.  London England: Routledge.

deductive format of the social sciences in favor of an approach focused more on "story-telling"[27] that can be used to generate novel perspectives on unique or relatively unknown phenomenon, such as the behavior of unique cultures (e.g., sexual activity in pacific island populations) or relatively poorly understood subgroups in a given population (e.g., street gangs or institutionalized individuals)[28] or, in the case of disaster, to develop new methods for community intervention (e.g., understanding family stressors and building family resilience).[29]

The researcher's role in ethnography/case study is described as that of an embedded, collaborative participant/observer.   According to Austin, the ethnographic research team leaders developed "relationships" with Gulf community members, organizations, and administrators, in many cases utilizing relationships begun prior to the DWH incident.  Many of the ethnographers lived in the relevant Gulf communities "from several weeks to several months at a time during and after the DWH incident ("between April 2010 and January 2012") and "partnered with community researchers who had lived in the study communities for all or most of their lives and could help identify and talk with residents in those communities about the impacts of the oil spill on their lives and businesses."  The researchers "reached out to new contacts but also interacted with their colleagues, neighbors, and family members with whom they had long-standing relationships" and "talked with a range of community leaders, business owners, workers, and family members in the region's primary economic sectors."   The researchers also recorded their own observations and "participated in numerous public and private meetings about the disaster and response, read local and regional newspapers and industry publications, and listened to local radio and watched local television news and programs related to the spill, often in the company of residents they were visiting or with whom they were staying."[30]

## 6.3    Limitations of ethnographic/case study data for evaluating impact of the DWH incident

Austin claims that the participant-observer role allowed ethnographers to obtain information that may not have been possible to obtain through other methods.  This may be the case.  However, there are serious problems with this approach that limit its usefulness in determining whether or to what extent the DWH incident may have unambiguously influenced participants' mental health.

One crucial problem is that ethnographic data are intentionally subjective,[31] and thus highly susceptible to interpretive biases.  This concern has long been debated in the ethnography literature.[32]  The goals of

---

27    Aunger, R. (1995). On Ethnography: Storytelling or Science? *Current Anthropology*, *36*(1), 97–130; Harvey, L. J. & Myers, M. D. (1995). Scholarship and practice: the contribution of ethnographic research methods to bridging the gap. *Information Technology & People*, *8*(3), 13–27.

28    Griffin, C. & Bengry-Howell, A. B.-H. A. (2008). Ethnography. In *The SAGE Handbook of Qualitative Research in Psychology, at* 14–32. London England: SAGE Publications Ltd.

29    Bava, S., Coffey, E. P., Weingarten, E., Becker, C. (2010). Lessons in Collaboration, Four Years Post-Katrina. *Family Process*, *49*(4), 543–558.

30    Austin (2014), at 7-8.

31    Creswell, J. W. (2013). *Qualitative inquiry and research design: Choosing among five approaches*. Thousand Oaks, CA, US: Sage publications.

32    Hammersley, M. (1992). *What's wrong with ethnography? Methodological explorations*. New York, NY, US: Routledge; Hammersley, M. (2006). Ethnography: problems and prospects. *Ethnography & Education*, *1*(1), 3–14; LeCompte, M. D. (1987). Bias in the Biography: Bias and Subjectivity in Ethnographic Research. *Anthropology & Education Quarterly*, *18*(1), 43–52; Norris, N. (1997). Error, bias and validity in qualitative research. *Educational Action Research*, *5*(1), 172–176.

collaborative, participant-observer research on disaster, for example, intentionally compromise knowledge generation in favor of the broader goals of fostering "co-learning" and developing practices and policies that are "empowering" and foster the "mutual benefit of all parties."[33]  Any conclusions generated by this approach thus result from a gradually emerging, collaborative understanding formed jointly through the interplay between informants' experiences and researchers' observations.  Critics of this approach have expressed skepticism, however, of ethnographers' assumed ability function as a truly neutral observer, particularly when attempting to assess culturally and ethnically varied populations such as those in the Gulf region.[34]

Austin considered the long-standing relationship between researchers and informants in the Gulf area as one of the strengths of the ethnographic approach.  Long-standing relationships, and the trust that those relationships might engender, would no doubt be useful for more generic ethnographic applications.  Ethnographic data have in fact been described as "an excellent first stage in a longer research process," especially "in situations in which the phenomenon under investigation is novel, different, or unknown,"[35] or where the goal is to "generate questions for research that might be followed up by other methodologies."[36]  However, in the specific context of determining possible psychological impact of the DWH incident, the subjective and ambiguous nature of ethnographic data is clearly problematic.  In the absence of corroborative data or evidence from more objective and standardized measures, it is difficult, if not impossible, to rule out the potential for subjective biases, including the criticism that informants may have been motivated to present a self-serving or exaggerated view of their experiences, or that researchers may have exaggerated informants' difficulties out of sympathy, concern, or a desire to help.

Another crucial problem, related to the subjective nature of ethnographic research, is that much of the information obtained using this approach in the Gulf area is not germane to the actual goal of determining whether the DWH incident increased or exacerbated mental health problems.  Ethnography produces an enormous amount of subjective data, "a mountain of textual and documentary material which demands analysis."[37]  By itself, then, ethnographic data cannot stand as absolute evidence.  Rather, in order to be considered valid, the inherently subjective conclusions produced by ethnography need to be corroborated against more traditional scientific approaches[38] and standardized, empirical data.[39]  No such corroboration appears to have been made in the data presented by Austin.

The subjective nature of ethnographic evidence cited by Austin, in the absence of other, more standardized data, makes objective analyses difficult.  Moreover, in the absence of other, more objective research approaches, the ethnographic "scenarios" described by Austin are not precise enough, conclusive enough, and do not convey enough relevant information to address the very specific question of the mental health consequences of the DWH incident.  Among the scenarios Austin

---

[33]  Gershon, R. R. M., Rubin, M. S., Qureshi, K. A., Canton, A. N. & Matzner, F. J. (2008). Participatory Action Research Methodology in Disaster Research: Results From the World Trade Center Evacuation Study. *Disaster Medicine and Public Health Preparedness*, *2*(03), 142–149, at 143.

[34]  Hammersley (2006); Said, E. W. (1993). *Culture and Imperialism. New York: Vintage*. New York: Knopf; Savage (2000).

[35]  Griffin & Bengry-Howell (2007), at 19.

[36]  Savage (2000), at 1400.

[37]  Harvey, L. J. & Myers, M. D. (1995). Scholarship and practice: the contribution of ethnographic research methods to bridging the gap. *Information Technology & People*, *8*(3), 13–27, at 23.

[38]  Aunger (1995).

[39]  Savage (2000).

CONFIDENTIAL

described, for example, was one of dashed optimism, where "residents and business owners . . . believed 2010 was finally going to be their chance for recovery and renewal," only to have their hopes dashed by the DWH incident.  It is plausible, however, that this very same scenario would have been replicated time and again in the Gulf region, in response to the recent hurricane events and economic downturn, as well as other difficulties that have beset the area.   Other scenarios derived by the ethnographic data revolved around uncertainty about the future, worries about financial losses, and frustrations with local institutions.   Again, although these scenarios describe unpleasant emotional states, they were not likely unique to the DWH incident.  More importantly, no attempt was made, nor could have been made using a purely ethnographic approach, to explicitly link these emotional reactions to the DWH incident or to concrete, clinically relevant mental health indicators, such as anxiety or depression.

A related issue is the crucial question of sampling bias.  Any conclusions about the consequences of disaster must consider whether the sampling strategy was unbiased and whether the sample selected for study was representative of the broader population of the exposed region.[40]  Again, although the use of long-standing relationships and a gradually emerging network of respondents may be a strength of the ethnographic approach in the context of novel exploration or hypothesis generation, it is a serious limitation in the specific context of attempting to precisely determine the psychological cost of the DWH incident.  The use of existing relationships is generally referred to as "convenience sampling," while the targeting of specific groups or types of informants, such as civic administrators or members of a particular organization, is referred to as "purposive sampling."   Both convenience sampling and purposive sampling are typically unable to adequately represent the targeted population.  Rather these sampling procedures tend to capture individuals willing or interested in participating in the research, thus overestimating the prevalence of psychopathology,[41] and may underrepresent groups with diverse cultural backgrounds.[42]  This may be especially true in the type of ethnographic research Austin describes, where participation requires a gradual process of relationship-building with the researcher and thus a considerable emotional investment on the participant's side.

Henderson and colleagues compared various sampling methods, including forms of convenience and purposive sampling somewhat similar to those used in ethnographic research, in the Gulf region in the aftermath of Hurricane Katrina.[43]  Based on comparison of sampling procedures, Henderson et al. emphasized that all sampling procedures, including broader ethnography-based methods, need to adhere to state-of-the-art social science practices, including carefully monitoring various types of sampling error to ensure that the data are as representative as possible.[44]  There is no indication that these concerns were addressed or even considered in the analyses reported by Austin.

---

[40]   Bonanno et al. (2010).

[41]   *E.g.*, Amato, P. R. & Keith, B. (1991). Parental divorce and the well-being of children: A meta-analysis. *Psychological Bulletin*, *110*(1), 26–46; Neria, Y., Gross, R., Litz, B., Maguen, S., Insel, B., Seirmarco, G., Marshall, R. D. (2007). Prevalence and psychological correlates of complicated grief among bereaved adults 2.5–3.5 years after September 11th attacks. *Journal of Traumatic Stress*, *20*(3), 251–262.

[42]   Henderson, T., Sirois, M., Chen, A.-C., Airriess, C., Swanson, D. & Banks, D. (2009). After a Disaster: Lessons in Survey Methodology from Hurricane Katrina. *Population Research and Policy Review*, *28*(1), 67–92.

[43]   *Id.*

[44]   *Id.*

## 7.   Clapp's Brief Assessment of Mental Health Based Solely on Data from Previous Studies Is Unfounded and Over-Generalizes Impact Estimates

In his report, Clapp had relatively little to say about the mental health impact of the DWH incident.[45]  His assessment was limited to a review of research by a previous study that assessed mental health impact in the aftermath of a different event, the *Exxon Valdez* spill along the Alaskan coastline.[46]  Clapp noted that the participants in that study who had experienced high levels of exposure to the *Exxon Valdez* spill "reported significantly increased 'generalized anxiety disorder, post-traumatic stress disorder, and depressive symptoms.'"[47]  However, as discussed in more detail below, there are important reasons why it is inappropriate to use data from previous oil spills to extrapolate conclusions about the DWH incident; and even if such extrapolation were appropriate, Clapp's description of Palinkas et al.'s data fails to account for preexisting mental health problems in the overall population included in that study.

### 7.1   Mental health estimates in Clapp's report are improperly derived solely from previous studies

Clapp's report makes the implicit assumption that the data in the *Exxon Valdez* spill are comparable to what would likely be observed in the aftermath of the DWH incident. However, as described earlier in this report (section 5.2) and in other prominent reviews regarding oil spills,[48] there are serious methodological reasons why this approach is inappropriate. In addition, as noted in the CDC/SAMHSA report on the DWH spill, the characteristics of the affected populations exposed to the *Exxon Valdez* and the DWH spills differ markedly, as did the circumstances of the spills and the environmental conditions in which they occurred.

### 7.2   Clapp's report over-generalizes and fails to account for baseline mental health problems

Even if the data from the *Exxon Valdez* and DWH spills were comparable, another serious issue is that Clapp's report selectively references only individuals from the Palinkas et al. study with the highest levels of exposure to the *Exxon Valdez* spill.[49]  The Palinkas study clearly suggests some psychological cost to high exposure, in the form of increased levels of mental health diagnoses.  However, Palinkas et al. also reported that levels of lifetime mental health diagnoses in the Alaskan coastal region were quite high, and that the participants from the region that were not directly exposed to the *Exxon Valdez* spill also had unusually high proportions of mental health diagnoses. By failing to consider the apparently high baseline (or pre-spill) rates of pathology, Clapp's report suggested that the *Exxon Valdez* spill was likely more impactful than it actually was and, by extension, that similar mental health impacts would be apparent following the DWH incident. Thus, not only did Clapp inappropriately generalize from a

---

[45]   Clapp (2014).
[46]   Palinkas, L. A., Petterson, J. S., Russell, J. & Downs, M. A. (1993). Community patterns of psychiatric disorders after the Exxon Valdez oil spill. *American Journal of Psychiatry*, *150*(10), 1517–1523.
[47]   Clapp (2014), at 6.
[48]   *E.g.*, Goldstein et al. (2011).
[49]   Palinkas et al. (1993).

CONFIDENTIAL

previous oil spill study, his description of that study exaggerated the level of probable mental health problems found in that study.[50]

The data on the DWH incident reported by CDC/SAMHSA provides an important illustration of this point. Of significance, CDC/SAMHSA compared pre- and post-DWH estimates on various mental health indicators, and also compared these estimates in the Gulf region affected by the spill, the larger Gulf States region, and the entire United States.  In other words, CDC/SAMHSA attempted to account for base rates of mental health problems and to compare change over the same period of time in the spill region and elsewhere. The results of these more careful comparisons showed only small increases after the DWH incident on some mental health indicators, and no impact of the DWH-incident on others.

---

[50]   Bonanno, G. A., (2012). Resilience and variability following oil spill disasters. *Psychiatry: Interpersonal and biological processes, 75*, 235-241.

## 8.   Austin and Clapp's Reports Fail to Consider Baseline Mental Health, Diverse Reactions to Stressor Events, and Resilience

The last two decades of research on traumatic or extremely stressful life events have established that not everyone responds the same way to stressor events, and that the most common outcome observed across studies is a stable pattern of health adjustment, or ***resilience***.[51]  This research also demonstrates that pre-event, or baseline, data can help distinguish preexisting mental health problems from mental health problems attributable to the target event.   Neither Austin's nor Clapp's report considers or accounts for these important principles, which are necessary for accurate disaster impact assessment.

### 8.1   Individuals vary in reaction to stressor events

Traditional models of mental health have assumed that people are more or less similar to each other in how they respond long-term to stressor events.[52]  However, much of the recent research exploring resilience and other possible outcomes to traumatic or stressful life events has, in fact, consistently demonstrated more diverse and varied distributions of long-term reactions to stressor events.[53]  From this research, a relatively small set of typical patterns of health and dysfunction across time have emerged.   The most commonly observed patterns include chronic dysfunction reactions, preexisting dysfunction, recovery, delayed reactions, and resilience.[54]  An accurate assessment of the mental health impact of a stressor event should therefore attempt to capture these different patterns of outcome.

### 8.2   Estimating chronic mental health impact cannot be done without assessing preexisting mental health problems

Among the different patterns of health and adjustment, a small subset of people exposed to a stressor event will typically exhibit *chronic* levels of symptoms and distress that do not lessen for several years or longer following the stressor event.   Although the highest observed prevalence for this group is around 30%, typically chronic reactions are seen at a much lower prevalence.[55]  Importantly, when pre-event data are available, it is possible also to identify an additional pattern characterized by high levels of *preexisting* dysfunction that began *before* the exposure event and then continued at high levels afterwards.   People showing this pattern had high levels of symptoms and distress before the target stressor event and continued to experience high levels in the years afterwards.   In other words, this pattern suggests preexisting mental health problems that should not be attributed to the target

---

[51]   *E.g.*, Bonanno (2004); Bonanno, G. A. (2005). Resilience in the face of potential trauma. *Current Directions in Psychological Science*, *14*, 135–138; Bonanno et al. (2011).

[52]   Duncan, T. E., Duncan, S. C. & Strycker, L. A. (2006). An introduction to latent variable growth curve modeling: concepts, issues, and applications. *Quantitative methodology series, at* xii, 261 (2nd ed.) Mahwah, N.J.: Lawrence Erlbaum Associates; Muthén, B. (2004). Latent variable analysis: Growth mixture modeling and related techniques for longitudinal data *in* D. Kaplan (Ed.), *Handbook of quantitative methodology for the social sciences*, at 345–368. Newbury Park, CA: Sage Publications.

[53]   Bonanno (2004); Bonanno et al. (2011); Bonanno, G. A., & Diminich, E. D. (2013). Annual Research Review: Positive adjustment to adversity – Trajectories of minimal-impact resilience and emergent resilience. *Journal of Child Psychology and Psychiatry*, *54*(4), 378–3401; Galatzer-Levy, I. R., & Bonanno, G. A. (2014). Optimism and death: Predicting the course and consequences of depression trajectories in response to heart attack. *Psychological Science* (in press).

[54]   *E.g.*, Bonanno (2004); Bonanno (2005); Bonanno et al. (2011).

[55]   Bonanno et al. (2010).

exposure.  Any accurate assessment of the mental health impact of a stressor event must also be able to separate preexisting patterns of dysfunction from those that were caused by the target event.

## 8.3    Resilience in the face of adversity is the most common pattern of reaction to stressor events

The most striking finding to emerge from this research is that the most common pattern observed across studies is a stable pattern of health adjustment, or resilience.[56]  Resilience after traumatic or highly stressful events was once considered a rare response, likely to be shown only by people with extraordinary coping abilities.  This perception began to change over the past several decades, as research accrued documenting the normal human capacity of both children and adults to thrive in the face of even the most demanding events.[57]

When measured as a stable pattern of adjustment, resilience is more than a category of relatively good adjustment in the face of adversity.  Rather, the resilience pattern explicitly describes a stable pattern of positive adjustment and health over time.[58]  Importantly, a pattern of resilience can be distinguished from other patterns of positive adjustment, such as a more gradual recovery, and the complete absence of a stress response, which has been referred to as stress *resistance*.[59]  Most people, including people showing resilience, typically experience at least some distress during or immediately after potentially traumatic events.  A key point, however, is that for resilient individuals, stress reactions are usually transient and mild and do not significantly interfere with their ability to continue normal levels of functioning.  Moreover, whereas complete stress resistance is relatively rare, resilience is typically the most common pattern of reaction to stressful life events observed in research.[60]

When resilience is measured as a pattern of stable, healthy adjustment following highly stressful events, it is typically observed in from 55% to 65% of the exposed population.  Resilience has emerged as the most common outcome pattern across a wide range of highly stressful events, including large-scale terrorist attack,[61] bio-epidemic,[62] natural disaster,[63] mass shooting,[64] military deployment,[65] life-

---

[56]    *E.g.*, Bonanno (2004); Bonanno et al. (2011).

[57]    For reviews, *see* Bonanno (2004); Bonanno (2005); Bonanno (2009); Bonanno et al. (2011); Bonanno & Diminich (2013); Masten, A. S. (2001). Ordinary magic: Resilience processes in development. *American Psychologist*, 56(3), 227–238; Masten & Narayan (2012).

[58]    Bonanno (2004).

[59]    Layne, C. M., Warren, J. S., Watson, P. J. & Shalev, A. Y. (2007). Risk, vulnerability, resistance, and resilience: Toward an integrative conceptualization of posttraumatic adaptation *in* M. J. Friedman, T. M. Keane & P. A. Resick (Eds.) *Handbook of PTSD: Science and practice*, at 497-520. New York: Guilford Press.

[60]    Bonanno (2004); Bonanno (2005); Bonanno et al. (2011)

[61]    Bonanno, G. A., Rennicke, C. & Dekel, S. (2005). Self-Enhancement among High-Exposure Survivors of the September 11th Terrorist Attack: Resilience or Social Maladjustment? *Journal of Personality and Social Psychology*, 88(6), 984–998.

[62]    Bonanno, G. A., Ho, S. A. Y., Chan, J. C. K., Kwong, R. S. Y., Cheung, C. K. Y., Wong, C. P. Y. & Wong, V. C. W. (2008). Psychological resilience and dysfunction among hospitalized survivors of the SARS epidemic in Hong Kong: A latent class approach. *Health Psychology*, 27(5), 659–667.

[63]    La Greca, A. M., Lai, B. S., Liabre, M. M., Silverman, W. K., Vernberg, E. M. & Prinstein, M. J. (2013). Children's postdisaster trajectories of PTS symptoms: Predicting chronic distress. *Child & Youth Care Forum*, 42:351-369; Norris, F. H., Tracy, M. & Galea, S. (2009). Looking for resilience: Understanding the longitudinal trajectories of responses to stress. *Social Science & Medicine*, 68(12), 2190–2198; Pietrzak, R. H., Van Ness, P. H., Fried, T. R., Galea, S. & Norris, F. H. (2013). Trajectories of posttraumatic stress symptomatology in older persons affected by a large-magnitude disaster. *Journal of Psychiatric Research*, 47(4), 520–526; Tang, C. S. (2007). Trajectory of

threating police events,[66] death of a spouse,[67] traumatic injury,[68] and life-threatening medical events, such as receipt of a cancer diagnosis,[69] heart attack,[70] and chronic pain onset.[71]

Although the resilience pattern is often defined by the relative absence of symptoms and distress, a number of studies have also associated this pattern more directly with overtly positive aspects of adjustment. For example, people who show the resilience pattern also report general well-being.[72] optimism, better family relations, better self-image, and among breast cancer patients more positive body image and sexuality,[73] and among the bereaved greater comfort from positive memories of the deceased.[74] Importantly, several studies have also compared the resilience pattern with ratings of positive adjustment obtained through confidential sampling of participants' long-standing, close friends

Traumatic Stress Symptoms in the Aftermath of Extreme Natural Disaster: A Study of Adult Thai Survivors of the 2004 Southeast Asian Earthquake and Tsunami. *The Journal of Nervous and Mental Disease*, *195*(1), 54–59.

[64] Orcutt, H. K., Bonanno, G. A., Hannan, S. M. & Miron, L. R. (2014). Prospective Trajectories of Posttraumatic Stress in College Women Following a Campus Mass Shooting. *Journal of Traumatic Stress*, *27*(3), 249–256.

[65] Berntsen, D., Johannessen, K. B., Thomsen, Y. D., Bertelsen, M., Hoyle, R. H. & Rubin, D. C. (2012). Peace and War: Trajectories of Posttraumatic Stress Disorder Symptoms Before, During, and After Military Deployment in Afghanistan. *Psychological Science*, *23*, 1557–1565; Bonanno, G. A., Mancini, A. D., Horton, J. L., Powell, T. M., LeardMann, C. A., Boyko, E. J., Smith, T. C. (2012). Trajectories of trauma symptoms and resilience in deployed US military service members: prospective cohort study. *The British Journal of Psychiatry*, *200*(4), 317–323.

[66] Galatzer-Levy, I. R., Madan, A., Neylan, T. C., Henn-Haase, C. & Marmar, C. R. (2011). Peritraumatic and trait dissociation differentiate police officers with resilient versus symptomatic trajectories of posttraumatic stress symptoms. *Journal of Traumatic Stress*, *24*(5), 557–565.

[67] Bonanno, G. A., Wortman, C. B., Lehman, D. R., Tweed, R. G., Haring, M., Sonnega, J. (2002). Resilience to loss and chronic grief: A prospective study from preloss to 18-months postloss. *Journal of Personality & Social Psychology*, *83*(5), 1150–1164.

[68] Bonanno, G. A., Kennedy, P., Galatzer-Levy, I. R., Lude, P. & Elfström, M. L. (2012). Trajectories of resilience, depression, and anxiety following spinal cord injury. *Rehabilitation Psychology*, *57*(3), 236–247; DeRoon-Cassini, T. A., Mancini, A. D., Rusch, M. D. & Bonanno, G. A. (2010). Psychopathology and resilience following traumatic injury: a latent growth mixture model analysis. *Rehabilitation Psychology*, *55*(1), 1–11.

[69] Burton, C., Galatzer-Levy, I. R. & Bonanno, G. A. (2014). Treatment type and demographic characteristics as predictors for cancer adjustment: Prospective trajectories of depressive symptoms in a population sample. *Health Psychology* (in press); Deshields, T., Tibbs, T., Fan, M. Y. & Taylor, M. (2006). Differences in patterns of depression after treatment for breast cancer. *Psycho-oncology*, *15*(5), 398–406; Helgeson, V. S., Snyder, P. & Seltman, H. (2004). Psychological and Physical Adjustment to Breast Cancer Over 4 Years: Identifying Distinct Trajectories of Change. *Health Psychology*, *23*(1), 3–15; Lam, W. W. T., Bonanno, G. A., Mancini, A. D., Ho, S., Chan, M., Hung, W. K., Mancini D., A. (2010). Trajectories of psychological distress among Chinese women diagnosed with breast cancer. *Psycho-oncology*, *19*(10), 1044–1051.

[70] Galatzer-Levy et al. (2014).

[71] Zhu, Z., Galatzer-Levy, I. R. & Bonanno, G. A. (2014). Heterogeneous depression responses to chronic pain onset among middle-aged adults: A prospective study. *Psychiatry Research*, *217*(1–2), 60–66.

[72] Bonanno, G. A., Ho, S. A. Y., Chan, J. C. K., Kwong, R. S. Y., Cheung, C. K. Y., Wong, C. P. Y. & Wong, V. C. W. (2008). Psychological resilience and dysfunction among hospitalized survivors of the SARS epidemic in Hong Kong: A latent class approach. *Health Psychology*, *27*(5), 659–667; Galatzer-Levy, I. R., Bonanno, G. A., & Mancini, A. D. (2010). From marianthal to latent growth mixture modeling: A return to the exploration of individual differences in response to unemployment. *Journal of Neuroscience, Psychology, and Economics*, *3*(2), 116–125; Bonanno et al. (2011).

[73] Lam et al. (2010); Lam, W. W., Shing, Y. T., Bonanno, G. A., Mancini, A. D., & Fielding, R. (2012). Distress trajectories at the first year diagnosis of breast cancer in relation to 6 years survivorship. *Psycho-oncology*, *21*, 90-99.

[74] Bonanno (2004).

CONFIDENTIAL

and relatives.  The ratings made by the close friends and relatives included their perceptions of the participant's mental health, physical health, social adjustment, ability to cope, and ability to accomplish goals.  Participants showing the resilience pattern were consistently viewed as better adjusted by their friends or relatives.[75]  In addition, in a study of high-exposure survivors of the 9/11 terrorist attacks in New York City, friends and relatives were asked to describe how the participant they knew had been adjusting since the attack.  Participants who showed a resilient outcome pattern were also more likely to be described by long-term friends and relatives as showing a stable trajectory of mental health after the attack.[76]

These prior studies are not inconsistent with the prospect that resilience would be a common outcome in the Gulf region following the DWH incident.   Historical analyses of the communities along the Gulf Coast region have highlighted their "inherent resilience" in the face of disaster events.[77]

---

[75]  *E.g.*, Bonanno et al. (2005); Bonanno, G. A., Moskowitz, J. T., Papa, A., & Folkman, S. (2005). Resilience to Loss in Bereaved Spouses, Bereaved Parents, and Bereaved Gay Men. *Journal of Personality and Social Psychology*, *88*(5), 827–843.

[76]  *Id*.

[77]  Colten, C. E., Hay, J. & Giancarlo, A. (2012). Community resilience and oil spills in coastal Louisiana. *Ecology and Society*, *17*(3), 5.

CONFIDENTIAL

# 9.    Summary and Conclusions

This report contains my analysis, my opinions, and the evidence supporting them.  I may perform further analysis to supplement my analysis or opinions after receiving any subsequent expert reports or other relevant information.  Based on my review and analysis of the reports submitted by Dr. Austin and Dr. Clapp, my review of the materials listed in Appendix B, and my knowledge and experience, I conclude to a reasonable degree of scientific certainty that:

- Any accurate and scientifically valid determination of mental health impact is methodologically challenging and must take into account the considerable mental health deficits that existed in the region prior to the DWH incident.

- Both Austin and Clapp's reports fail to present any evidence from which to draw objective, scientifically valid conclusions regarding the mental health impact of the DWH incident.  The subjective and ambiguous nature of Austin's ethnographic/case study approach, along with its serious methodological limitations, is highly problematic for such an assessment.   Clapp's speculation about possible levels of mental health impact based on data from a previous oil spill is not scientifically defensible.  Moreover, neither report takes into account a baseline of the considerable mental health problems existing in the Gulf region prior to the DWH incident.

- Finally, both reports fail to consider that substantial research over the past several decades on highly stressful life events has shown that individuals have varying responses to such events, and that the most common pattern of mental health adjustment is almost always resilience.

**September 12, 2014**

CONFIDENTIAL

## Appendix A - Curriculum Vitae

**George A. Bonanno**
**Curriculum Vitae**

September 12, 2014

Department of Counseling and
Clinical Psychology
525 West 120 street, Box 218,
Teachers College, Columbia University
New York, NY 10027

phone: (212) 678 3468
fax: (212) 678 8235

106 Morningside Drive
Apartment 82
New York, NY 10027

e-mail: gab38@columbia.edu

### Education

Ph.D., M.S., M.Phil., Clinical Psychology, Yale University, New Haven, Connecticut. 1991.

B.A., Hampshire College, Amherst, Massachusetts. 1985.

### Academic Employment History

2013-2014. *Senior Advisor to the Provost*. Teachers College, Columbia University.

2013. *Visiting Professor*. Lund University, Lund, Sweden

2012. *Visiting Professor*. Cattolica Università del Sacro Cuore, Milano, Italia

2007- present.   *Professor*, Department of Counseling and Clinical Psychology, Teachers College, Columbia University, and Graduate School of Arts and Sciences, Columbia University in the City of New York.

2006. *Visiting Professor*, The University of Hong Kong, The People's Republic of China.

2005. *Visiting Professor*, Department of Psychology, The University of Hong Kong, The People's Republic of China.

2002. *Associate Professor*, Department of Counseling and Clinical Psychology, Teachers College, Columbia University, and Graduate School of Arts and Sciences, Columbia University in the City of New York.

CONFIDENTIAL

1999. *Assistant Professor*, Department of Counseling and Clinical Psychology, Teachers College, Columbia University, and Graduate School of Arts and Sciences, Columbia University in the City of New York.

1994. *Assistant Professor*, Department of Psychology, The Catholic University of America, Washington, DC

1991. *Postdoctoral research fellow*, Department of Psychiatry, University of California, San Francisco, CA.

1990. *Clinical psychology intern*, West Haven Veterans Administration Medical Center. West Haven, Connecticut

1989-1990, *Lecturer,* Department of Psychology. Yale University, New Haven, Connecticut

### *Peer reviewed articles*

Mancini, A. D., Sinan, B., & **Bonanno, G. A.** (in press). A Retrospective Method for Identifying Longitudinal Trajectories of Adjustment following Acute Stress. *Assessment*

Galatzer-Levy, I. R., & **Bonanno, G. A.** (in press). Optimism and Death: Predicting the Course and Consequences of Depression Trajectories in Response to Acute Coronary Syndrome. *Psychological Science*.

Denkla, C.A. Bornstein, R. F., Mancini, A. D., & **Bonanno, G. A.** (in press). Disambiguating dependency and attachment among conjugally bereaved adults. *Journal of Loss and Trauma*

Burton, C. L., Galatzer-Levy, I. R., & **Bonanno, G. A.** (in press). Treatment type and demographic characteristics as predictors for cancer adjustment: Prospective trajectories of depression symptoms in a population sample. *Health Psychology*

Denckla, C. A., Bornstein, R. F., Mancini, A. D., & **Bonanno, G. A.** (in press). Extending the Nomological Net of Dependency, Coping, and Health Outcomes for Conjugally Bereaved Adults Using a Multi-method Approach. *Assessment.*

Lotterman, J. H, & **Bonanno, G. A.** (in press). Those were the days: Memory bias for the frequency of positive events, depression, and self-enhancement. *Memory*

Hall, B. J., **Bonanno, G. A.,** Bolton, P. A., & Bass, J. K. (2014). A longitudinal investigation of changes in social resources associated with psychological distress among Kurdish torture survivors living in Northern Iraq. *Journal of Traumatic Stress, 27*, 446-453

Burton, C. L., **Bonanno, G. A., &** Hatzenbueher, M. L. (2014). Familial social support predicts a reduced cortisol response to stress in sexual minority young adults. *Psychoneuroendocrinology, 47*, 241-245.

Orcutt, H. K., **Bonanno, G. A.,** Hannan, S. M., & Miron, L. R. (2014). Prospective trajectories of posttraumatic stress following a campus mass shooting. *Journal of Traumatic Stress, 27*, 1-8.

CONFIDENTIAL

Zhu, Z., Galatzer-Levy, I., & **Bonanno, G. A.** (2014). Heterogeneous depression responses to chronic pain onset among middle-aged adults: A prospective study. *Psychiatry Research, 217,* 60-66.

Diminich, E. D, & **Bonanno, G. A.** (2014). Faces, Feelings, Words: Divergence across channels of emotional responding in Complicated Grief. *Journal of Abnormal Psychology, 123,* 350-361.

Lotterman, J. H., **Bonanno, G. A.,** & Galatzer-Levy, I. R. (2014). The heterogeneity of long-term grief reactions. *Journal of Affective Disorders, 167,* 12-19.

Westphal, M., **Bonanno, G. A**., & Mancini, A. D. (2014). Attachment and attentional biases for facial expressions of disgust. *Journal of Social and Clinical Psychology, 33(2), 169-186.*

**Bonanno, G. A.,** & Burton, C. L. (2013). Regulatory Flexibility: An individual differences perspective on coping and emotion regulation. *Perspectives on Psychological Science, 8(6),* 591-612.

Dekel, S., Ein-Dor, T., Gordon, K., Rosen, J., & **Bonanno, G. A**. (2013). Cortisol and PTSD symptoms among male and female high-exposure 9/11 survivors. *Journal of Traumatic Stress,* 26, 621-625.

Galatzer-Levy, I. R., & **Bonanno, G. A**. (2013). Heterogeneous patterns of stress over the four years of college: Associations with anxious attachment and ego-resiliency. *Journal of Personality, 81,* 476-486.

Zhu, Z., Ho, S. M. Y., & **Bonanno, G. A**. (2013). Cultural similarities and differences in the perception of emotional valence and intensity: A comparison of Americans and Hong Kong Chinese. *American Journal of Psychology, 126,* 261-273.

Bullock, A. B., & **Bonanno, G. A.** (2013). Attentional Bias and Complicated Grief: A Dot-Probe Task with Emotional Faces. *Journal of Experimental Psychopathology, 4(2),* 194-207

Galatzer-Levy, I. R., **Bonanno, G. A.**, Bush, D. E. A., & LeDoux, J. E. (2013). Heterogeneity in Threat Extinction Learning: Substantive and Methodological Considerations for Identifying Individual Difference in Response to Stress. *Frontiers in Behavioral Neuroscience, 7,* 1-7.

**Bonanno, G. A.** (2013). How prevalent is resilience following sexual assault? *Journal of Traumatic Stress, 26*, 1-2

**Bonanno, G. A.,** & Diminich, E. D. (2013). Positive adjustment to adversity: Trajectories of minimal-impact resilience and emergent resilience. *Journal of Child Psychology and Psychiatry: Annual Research Review, 54*, 378-401.

**Bonanno, G. A.** (2013). Meaning making, adversity, and regulatory flexibility. *Memory, 21,* 150-156.

Dekel, S**.,** & **Bonanno, G.A.** (2013). Changes in trauma memory and patterns of posttraumatic stress. *Psychological Trauma, 5,* 26-34.

Mancini, A. D., & **Bonanno, G. A.** (2012). The persistence of attachment: Complicated Grief, threat, and reaction times associated with the deceased's name. *Journal of Affective Disorders, 139,* 256-263.

**Bonanno, G. A.**, Kennedy, P., Galatzer-Levy, I., Lude, P., & Elfström, M. L. (2012). Trajectories of resilience, depression, and anxiety following spinal cord injury. *Rehabilitation Psychology, 57,* 236-247.

CONFIDENTIAL

Galatzer-Levy, I., Burton, C. L., & **Bonanno, G. A.** (2012). Coping flexibility, potentially traumatic life events, and resilience: A prospective study of college student adjustment. *Journal of Social and Clinical Psychology, 31*, 542-567.

Galatzer-Levy, I., & **Bonanno, G. A.** (2012). Beyond normality in the study of bereavement: Heterogeneity in depression outcomes following loss in older adults. *Social Science and Medicine.*

Lam, W. T., Wylie, W. Y. L., **Bonanno, G. A.,** Mancini, A. D., Chan, M., Or, A., & Fielding, R. (2012). Trajectories of body image and sexuality in the year following diagnosis of breast cancer and their relationship to 6 years psychological outcomes. *Breast Cancer Research and Treatment, 131,* 957-967.

**Bonanno, G. A.,** Westphal, M., & Mancini, A. D. (2012). Loss, trauma, and resilience in adulthood. *Annual Review of Gerontology and Geriatrics, 32,* 189-210.

**Bonanno, G. A.** (2012). Resilience and variability following oil rig disasters. *Psychiatry: Interpersonal and biological processes, 75,* 235-241.

Burton, C. L., Yan, O. Y., Pat-Horenczyk, R., Chan, I. S. F., Ho, S. M. Y., & **Bonanno, G. A.** (2012). Coping flexibility and complicated grief: A comparison of American and Chinese samples. *Depression and Anxiety, 29,* 16-22.

**Bonanno, G. A.**, & Mancini, A. D. (2012). Beyond resilience and PTSD: Mapping the heterogeneity of responses to potential trauma. *Psychological Trauma, 4,* 74-83.

**Bonanno, G. A.**, Mancini, A. D., Horton, J. L., Powell, T., LeardMann, C. A., Boyko, E. J., Wells, T. S., Hooper, T. I., Gackstetter, G. D., & Smith, T. C. (2012). Trajectories of trauma symptoms and resilience in deployed U.S. Military service members: A prospective cohort study. *British Journal of Psychiatry, 200*, 317-323.

**Bonanno, G. A.** (2012). Uses and abuses of the resilience construct: Loss, trauma, and health-related adversities. *Social Science and Medicine, 74*, 753-756.

Lam, W. T., Shing, Y. T., **Bonanno, G. A.**, Mancini, A. D., & Fielding, R. (2012). Distress trajectories at the first year diagnosis of breast cancer in relation to 6-years survivorship. *Psycho-oncology, 21*, 90-99.

Mancini, A.D., Griffin, P., & **Bonanno, G.A.**, (2012). Recent trends in the treatment of prolonged grief. *Current Opinion in Psychiatry, 25,* 46-51.

Denckla, C. A., Bornstein, R. F., Mancini, A. D., & **Bonanno, G. A.** (2011). Adaptive and maladaptive dependency in bereavement: Distinguishing prolonged and resolved grief trajectories. *Personality and Individual Differences, 51*, 1012-1017.

Galatzer-Levy, I., Murzursky, H., Mancini, A. D., & **Bonanno, G. A.** (2011). What we don't expect when expecting: Evidence for heterogeneity in subjective well-being in response to parenthood. *Journal of Family Psychology, 25,* 384-392.

Gupta, S., & **Bonanno, G. A.** (2011). Complicated grief and deficits in emotional expressive flexibility. *Journal of Abnormal Psychology, 120*, 635-643.

CONFIDENTIAL

Watson, P. J., Brymer, M. J., & **Bonanno, G. A.** (2011). Post-disaster psychological intervention since 9/11. *American Psychologist, 66,* 482-494.

Mancini, A. D., **Bonanno, G. A.,** & Clark, A. E. (2011). Stepping off the hedonic treadmill: Individual differences in response to major life events. *Journal of Individual Differences, 32,* 144-152.

Lalande, K. M., & **Bonanno, G. A.** (2011). Retrospective memory bias for the frequency of potentially traumatic events. *Psychological Trauma, 3,* 165-170.

Ong, A. D., Fuller-Rowell, T. E., **Bonanno, G. A.,** & Almeida, D. M. (2011). Spousal loss predicts alterations in diurnal cortisol activity through prospective changes in positive emotion. *Health Psychology, 30*, 220-227.

Mancini, A.D., & Prati, G., & **Bonanno, G.A**. (2011). Do shattered worldviews lead to complicated grief? Prospective and longitudinal analyses. *Journal of Social and Clinical Psychology, 30,* 184-215.

**Bonanno, G. A.**, Pat-Horenzcyk, R., & Noll, J. E. (2011). Coping flexibility and trauma: The perceived ability to cope with trauma (PACT) scale. *Psychological Trauma, 3,* 117-129.

Gupta, S., & **Bonanno, G. A**. (2011). Anger expression and adaptation to childhood sexual abuse: The role of disclosure. *Psychological Trauma, 3,* 171-180.

Hobfoll, S. E., Mancini, A. D., Hall, B. J., Canetti, D., & **Bonanno, G. A.** (2011).  The limits of resilience: Distress following chronic political violence in the Palestinian authority. *Social Science and Medicine, 72,* 1400-1408.

**Bonanno, G. A.**, Westphal, M., & Mancini, A. D. (2011). Resilience to loss and potential trauma. *Annual Review of Clinical Psychology, 7,* 511-535.

Stein, T. R., **Bonanno, G. A.,** & Gershefski, P. A. (2011). Trait self-enhancement, immune markers, and risk-reduction behaviors in HIV-positive gay men. *Journal of HIV/AIDS and social services*, *10*, 1-20.

Galatzer-Levy, I. R., **Bonanno, G. A.**, & Mancini, A. D. (2010). From Marianthal to Latent Growth Mixture Modeling: A return to the exploration of individual differences in response to unemployment. *Journal of Neuroscience, Psychology, and Economics, 3*, 116-125.

**Bonanno, G. A.**, Brewin, C. R., Kaniasty, K. & La Greca, A. M, (2010). Weighing the costs of disaster: Consequences, risks, and resilience in individuals, families, and communities. *Psychological Science in the Public Interest, 11(1),* 1-49.

Lam, W. T., **Bonanno, G. A.**, Mancini, A. D., Ho, S. M. Y., Chan, M., Huan, W. K., Or, A., & Fielding, R. (2010). Trajectories of psychological distress among Chinese women diagnosed with breast cancer. *Psycho-oncology, 19*, 1044-1051.

Ong, A. D., Fuller-Rowell, T. E., & **Bonanno, G. A.** (2010). Prospective predictors of positive emotions following spousal loss. *Psychology and Aging, 25,* 631-640.

Coifman, K. G., & **Bonanno, G. A**. (2010). When distress does not become depression: Emotion context sensitivity a*Psychological Trauma, 2,* 83-92nd recovery from bereavement. *Journal of Abnormal Psychology, 119,* 479-490.

Ho, S. M.Y., Ho, J. W. C., **Bonanno, G. A**., Chu, A. T. W., & Chan, E. M. S. (2010). Hopefulness predicts resilience after hereditary colorectal cancer genetic testing: A prospective outcome trajectories study. *BMC Cancer, 10*, 279

Gupta, S., & **Bonanno, G. A.** (2010). Trait self-enhancement as a buffer against potentially traumatic events: A prospective study.

DeRoon-Cassini, T., Mancini, A. D., Rusch, M., & **Bonanno, G. A.** (2010). Psychopathology and resilience following traumatic injury: A latent growth mixture model analysis. *Rehabilitation Psychology, 55*, 1-11.

Westphal, M., Seivert, N. H., & **Bonanno, G. A.** (2010). Expressive flexibility. *Emotion, 10*, 92-100.

Dominick, S, A., Irvine, A. B., Beauchamp, T., Seeley, J., Nolen-Hoeksema, S., Doka, K, & **Bonanno, G. A.** (2009). An Internet tool to normalize grief. *Omega: The Journal of Death and Dying, 60*, 71-87.

Prigerson, H. G., Horowitz, M. J., Jacobs, S. C., Parkes, C. M., Aslan, M., Raphael, B., Marwit, S. J., Wortman, C. B., Goodkin, K., Neimeyer, R. A. **Bonanno, G. A.**, Block, S. D., Kissan, D., Boellen, P., Maercker, A., Litz, B., Johnson, J. G., First, M. B., & Maciejewski, P. K. (2009). Field trials of consensus criteria for Prolonged Grief Disorder proposed for DSM-V. *PLoS Medicine, 6*, 1-22

Mancini, A.D., Robinaugh, D., Shear, M.K., & **Bonanno, G. A**. (2009). Does attachment avoidance help people cope with loss? The moderating effects of relationship quality. *Journal of Clinical Psychology, 65*, 1127-1136.

Mancini, A. D., & **Bonanno, G. A.** (2009). Predictors and parameters of resilience to loss: Toward an individual differences model. *Journal of Personality, 77*, 1-27

Goorin, L., & **Bonanno, G. A.** (2009). Would you buy a used car from a self-enhancer? Social benefits and illusions in trait Self-enhancement. *Self and Identity, 8*, 162-175.

Cervellione, K. L., Lee, Y. S., & **Bonanno, G. A.** (2009). Rasch modeling of the Self-Deception Scale of the Balanced Inventory of Desirable Responding. *Educational and Psychological Measurement, 69,* 438-458.

***Bonanno, G. A.** (2008). Loss, trauma, and human resilience: Have we underestimated the human capacity to thrive after extremely adverse events? *Psychological Trauma, S(1),*101-113. *Reprinted from *American Psychologist, 59*, 20-28 (2004).

**Bonanno, G. A**., Ho, S.M.Y., Chan, J.C.K, Kwong, R.S.Y., Cheung, C.K.Y.,Wong, C.P.Y., & Wong, V.C.W. (2008). Psychological resilience and dysfunction among hospitalized survivors of the SARS epidemic in Hong Kong: A latent class approach. *Health Psychology, 27*, 659-667.

**Bonanno, G. A.**, & Lilienfeld, S. O. (2008). Let's be realistic: When grief counseling is effective and when it's not. *Professional Psychology: Research and Practice, 39*, 377-380.

**Bonanno, G. A.** (2008). Grief, trauma, and resilience. *Australian Journal of Grief and Bereavement, 11*, 11-17.

**Bonanno, G. A.**, & Mancini, A. D. (2008). The human capacity to thrive in the face of extreme adversity. *Pediatrics, 121*, 369-375.

Papa, A., & **Bonanno, G. A.** (2008). Smiling in the face of adversity: Interpersonal and intrapersonal functions of smiling. *Emotion, 8*, 1-12.

Wu, L., **Bonanno, G. A.**, DuHamel, K., Redd, W. H., Rini, C., Austin, J., Nereo, N., Ostroff, J., Parsons, S., Martini, R.,Williams, S., Mee, L., Sexson, S., & Manne, S. (2008). Pre-bereavement meaning and post-bereavement distress in mothers of children who underwent Hematopoietic Stem Cell Transplantation. *British Journal of Health Psychology, 13*, 419-433.

**Bonanno, G. A.**, Colak, D. M., Keltner, D., Shiota, L., Papa, A., Noll, J. G., Putnam, F. W., & Trickett, P. K. (2007). Context matters: The benefits and costs of expressing positive emotion among survivors of childhood sexual abuse. *Emotion, 7*, 824-837.

*Bonanno, G. A.*, Galea, S., Bucciarelli, A., & Vlahov, D. (2007). What predicts psychological resilience after disaster? The role of demographics, resources, and life stress. *Journal of Consulting and Clinical Psychology, 75*, 671-682.

Pressman, D., & **Bonanno, G. A.** (2007). With whom do we grief? Social and cultural determinants of grief processing in the United States and China. *Journal of Social and Personal Relationships, 24,*729-746.

**Bonanno, G. A.**, & Boerner, K. (2007). The stage theory of grief. *JAMA: Journal of the American Medical Association, 297,* 2693.

Westphal, M., & **Bonanno, G. A.** (2007). Posttraumatic growth and resilience to trauma: Different sides of the same coin or different coins? *Applied Psychology: An International Review, 56*, 416-426.

Coifman, K. G., **Bonanno, G. A.**, Ray, R., & Gross, J. J. (2007).  Does repressive coping promote resilience? Affective-autonomic response discrepancy during bereavement. *Journal of Personality and Social Psychology, 92*, 745-758.

**Bonanno, G. A.**, Neria, Y., Mancini, A. D., Coifman, D., Litz, B. & Insel, B. (2007). Is there more to complicated grief than depression and PTSD? A test of incremental validity. *Journal of Abnormal Psychology, 116*, 342-351.

Coifman, K. G., **Bonanno, G. A.**, & Rafaeli, E. (2007). Affective dynamics, bereavement, and resilience to loss. *Journal of Happiness Studies, 8*, 371-392.

**Bonanno, G. A.** (2006). The illusion of repressed memory. *Behavioral and Brain Sciences, 29*, 515-516.

**Bonanno, G. A.**, & Jost, J. T. (2006). Conservative shift among high-exposure survivors of the September 11th terrorist attack. *Basic and Applied Social Psychology, 28*, 311-323.

Mancini, A. D., & **Bonanno, G. A.** (2006). Marital closeness, functional disability, and adjustment in late life. *Psychology and Aging, 21*, 600-610.

CONFIDENTIAL

**Bonanno, G. A.** (2006). Is Complicated Grief a valid construct? *Clinical Psychology: Science and Practice, 13*, 129-134.

Mancini, A. D., & **Bonanno, G. A.** (2006). Resilience in the face of potential trauma: Clinical practices and illustrations. *Journal of Clinical Psychology: In session, 62*, 971-985.

Lalande, K., & **Bonanno, G. A.** (2006). Culture and continued bonds during bereavement: A prospective comparison in the United States and China. *Death Studies, 30*, 303-324.

**Bonanno, G. A.**, Galea, S., Bucciarelli, A., & Vlahov, D. (2006).  Psychological resilience after disaster: New York City in the aftermath of the September 11th Terrorist Attack. *Psychological Science, 17*, 181-186.

Fraley, R. C., Fazzari, D. A., **Bonanno, G. A.**, & Dekel, S. (2006). Attachment and Psychological Adaptation in High Exposure Survivors of the September 11th Attack on the World Trade Center. *Personality and Social Psychology Bulletin, 32*, 538 - 551.

Negrao, II, C., **Bonanno, G. A.**, Noll, J. G., Putnam, F. W., & Trickett, P. K.  (2005). Shame, humiliation, and childhood sexual abuse: Distinct contributions and emotional coherence. *Child Maltreatment, 4*, 350-363.

***Bonanno, G. A.*** (2005). Resilience in the face of potential trauma. *Current Directions in Psychological Science, 14*, 135-138. * Reprinted in S.O. Lilienfeld, J. Ruscio, & S. J Lynn (Eds.), Navigating the mindfield: A guide to separating science from pseudoscience in mental health (2008), Amherst, MA: Prometheus Books.

**Bonanno, G. A.**, Rennicke, C., & Dekel, S. (2005). Self-Enhancement among high-exposure survivors of the September 11th terrorist attack: Resilience or social maladjustment? *Journal of Personality and Social Psychology, 88*, 984-998.

**Bonanno, G. A.**, Moskowitz, J. T., Papa, A., & Folkman, S. (2005). Resilience to loss in bereaved spouses, bereaved parents, and bereaved gay men. *Journal of Personality and Social Psychology, 88*, 827-843.

**Bonanno, G. A.** (2005). Clarifying and extending the construct of adult resilience. *American Psychologist, 60*, 265-267.

Boerner, K., Wortman, C. B., & **Bonanno, G. A.** (2005). Resilient or at risk?: A four-year study of older adults who initially showed high or low distress following conjugal loss. *Journal of Gerontology: Psychological Science, 60B*, P67-P73.

**Bonanno, G. A.**, Papa, A., Lalande, K., Nanping, Z., & Noll, J. G. (2005). Grief processing and deliberate grief avoidance: A prospective comparison of bereaved spouses and parents in the United States and People's Republic of China. *Journal of Consulting and Clinical Psychology, 73*, 86-98.

Ayers, T.,  Balk, D., Bolle, J, **Bonanno, G. A.**, Connor, S. R., Cook, A. S., Doka, K., Goodkin, K., Hall, M., Hansson, R. O., Klass, D., Moss, M.,  Nadeau, J. W., Neimeyer, R. A., Oltjenbruns, K. A., Prigerson, H., Rosenblatt, P.,  Sandler, I., Shapiro, E. R., Silver, R. C., & Weiss, R. S. (2004). Report on bereavement and grief research. *Death Studies, 28*, 491-575.

**Bonanno, G. A.**, Wortman, C. B., & Nesse, R. M.  (2004).   Prospective patterns of resilience and maladjustment during widowhood. *Psychology and Aging, 19*, 260-271.

**Bonanno, G. A.**, Papa, A., Lalande, K., Westphal, M., & Coifman, K. (2004). The importance of being flexible: The ability to enhance <u>and</u> suppress emotional expression predicts long-term adjustment. *Psychological Science, 157*, 482-487.

Fraley, R. C., & **Bonanno, G. A.** (2004).  Attachment and loss: A test of three competing models on the association between attachment-related avoidance and adaptation to bereavement. *Personality and Social Psychology Bulletin, 30*, 878-890.

**Bonanno, G. A.**, & Keltner, D.  (2004). The coherence of emotion systems: Comparing "on-line" measures of appraisal and facial expression, and self-report. *Cognition and Emotion, 18*, 431-444.

Kassett, J. A.,  **Bonanno, G. A.**, & Notarius, C. I.  (2004). Affective scaffolding: A process measure of psychotherapeutic outcome with a traumatized child. *Journal of Infant, Child, and Adolescent Psychotherapy*, 3, 92-118.

**Bonanno, G. A.** (2004). Loss, trauma, and human resilience: Have we underestimated the human capacity to thrive after extremely adverse events? *American Psychologist, 59*, 20-28.

Noll, J.G., Horowitz, L. A., **Bonanno, G. A.**, Trickett, P. K., & Putnam, F. W.  (2003). Revictimization and self-harm in females who experienced childhood sexual abuse: Results from a prospective study. *Journal of Interpersonal Violence, 18*, 1452-1471.

**Bonanno, G. A.**, Noll, J. G., Putnam, F. W., O'Neill, M., & Trickett, P.  (2003). Predicting the willingness to disclose childhood sexual abuse from measures of repressive coping and dissociative experiences. *Child Maltreatment, 8*, 1-17.

Field, N. P., Gal-Oz, E., & **Bonanno, G. A.**  (2003). Continuing bonds and adjustment at five years after the death of a spouse.  *Journal of Consulting and Clinical Psychology, 71*, 110-117.

Kaltman, S., & **Bonanno, G. A.**  (2003). Trauma and bereavement: Examining the impact of sudden and violent deaths. *Journal of Anxiety Disorders, 17*, 131-147.

**Bonanno, G. A.**, Wortman, C. B., Lehman, D. R., Tweed, R. G.,  Haring, M., Sonnega, J.,  Carr, D.,  &  Neese, R. M. ( 2002). Resilience to loss and chronic grief: A prospective study from pre-loss to 18 months post-loss. *Journal of Personality and Social Psychology, 83*. 1150-1164.

Consedine, N., Magai, C., & **Bonanno, G. A.**  (2002). Moderators of the emotion inhibition-health relationship: A review and research agenda.  *Review of General Psychology, 6*, 204-238.

**Bonanno, G. A.**, Keltner, D., Noll, J. G., Putnam, F. W., Trickett, P., LeJeune, J., & Anderson, C.  (2002). When the face reveals what words do not: Facial expressions of emotion, smiling, and the willingness to disclose childhood sexual abuse. *Journal of Personality and Social Psychology, 83*, 94-110.

**Bonanno, G. A.**,  Field, N. P., Kovacevic, A., & Kaltman, S.  (2002). Self-Enhancement as a buffer against extreme adversity: Civil war in Bosnia and traumatic loss in the United States. *Personality and Social Psychology Bulletin, 28*, 184-196.

**Bonanno, G. A.**, Papa, A., & O'Neill, K.  (2002). Loss and human resilience.  *Applied and Preventative Psychology, 10*, 193-206.

Bauer, J., & **Bonanno, G. A.**  (2001). I can, I do, I am: The narrative differentiation of self-efficacy and other self-evaluations while adapting to bereavement. *Journal of Research in Personality, 35*, 434-448.

Bauer, J., & **Bonanno, G. A.**  (2001). Continuity and discontinuity: Bridging one's past and present in stories of conjugal bereavement.  *Narrative Inquiry, 11*, 1-36.

Safer, M. A., **Bonanno, G. A**., & Field, N. P.  (2001). It was never that bad: Biased recall of grief and long-term adjustment to the death of a spouse. *Memory, 9*, 195-204.

**Bonanno, G. A.**  (2001). The crucial importance of empirical evidence in the development of bereavement theory: A reply to Archer (2001).  *Psychological Bulletin, 127*, 561-564.

Bauer, J. & **Bonanno, G. A.**  (2001). Being and doing well (for the most part): Adaptive patterns of narrative self-evaluation during bereavement. *Journal of Personality, 69*, 451-482.

**Bonanno, G. A.**, & Kaltman, S.  (2001). The varieties of grief experience. *Clinical Psychology Review, 21*, 705-734.

**Bonanno, G. A.**, & Field, N. P.  (2001). Examining the delayed grief hypothesis across five years of bereavement. *American Behavioral Scientist, 44*, 798-806.

Field, N. P., & **Bonanno, G. A.**  (2001). The role of blame on adaptation in the first five years following the death of a spouse. *American Behavioral Scientist, 44*, 764-781.

**Bonanno, G. A.**  (2001). New directions in bereavement research and theory. *American Behavioral Scientist, 44*, 718-725.

Field, N. P., **Bonanno, G. A.**, Williams, P., & Horowitz, M. J.  (2000).  Appraisals of blame in adjustment to conjugal bereavement.  *Cognitive Therapy and Research, 24*, p. 549-568.

Capps, L., & **Bonanno, G. A.**  (2000). Narrating bereavement: Thematic and grammatical predictors of adjustment to loss.  *Discourse Processes, 30*, 1-25.

Sherman, R., **Bonanno, G. A.**, Wiener, L.,  & Battles, H. B.  (2000).  When children tell their friends they have AIDS: Possible consequences for psychological well-being and disease progression. *Psychosomatic Medicine, 62*, 238-247.

**Bonanno, G. A.**,  Mihalecz, M. C., & LeJeune, J. T. (1999).  The core emotion themes of conjugal bereavement.  *Motivation and Emotion, 23*, 175-201.

**Bonanno, G. A.**, & Kaltman, S. (1999).   Toward an integrative perspective on bereavement. *Psychological Bulletin, 125*, 760-776.

**Bonanno, G. A.**, Znoj, H. J., Siddique, H., & Horowitz, M. J. (1999). Verbal-autonomic response dissociation and adaptation to midlife conjugal loss: A follow-up at 25 months. *Cognitive Therapy and Research, 23*, 605-624.

Keltner, D., Kring, A. M., & **Bonanno, G. A.** (1999). Fleeting signs of the course of life: Facial expressions of emotion and personal adjustment. *Current Directions in Psychological Science, 8*, 18-22.

**Bonanno, G. A.** (1999). Laughter during bereavement. *Bereavement Care, 18*, 19-22.

**Bonanno, G. A.**, Notarius, C. I., Gunzerath, L., Keltner, D., & Horowitz, M. J. (1998). Interpersonal ambivalence, perceived dyadic adjustment, and conjugal loss. *Journal of Consulting and Clinical Psychology, 66*,1012-1022.

Horowitz, M. J., Milbrath, C., **Bonanno, G. A.**, Field, N., Stinson, C, & Holen, A. (1998). Predictors of complicated grief. *Journal of Personal and Interpersonal Loss, 3*, 257-267.

Maercker, A., **Bonanno, G. A.**, Horowitz, M. J., & Znoj, H. (1998). Prediction of Complicated Grief by positive and negative themes in narratives. *Journal of Clinical Psychology, 54*,

Keltner, D., & **Bonanno, G. A.** (1997). A study of laughter and dissociation: Distinct correlates of laughter and smiling during bereavement. *Journal of Personality and Social Psychology, 73*, 687-702.

Horowitz, M. J., Siegel, B., Holen, A., **Bonanno, G. A.**, Milbrath, C. & Stinson, C. (1997). Diagnostic criteria for Complicated Grief Disorder: An empirical evaluation. *American Journal of Psychiatry, 154*, 904-910.

**Bonanno, G. A.**, & Keltner, D. (1997). Facial expressions of emotion and the course of conjugal bereavement. *Journal of Abnormal Psychology, 106*, 126-137.

**Bonanno, G. A.**, & Castonguay, L. G. (1996). Indicatiestelling in de psychotherapie: Patronene van aandacht, motivatie en persoonlijkeid als behandelingsindiactie. *Psychotherapie, 1*, 37-64.

**Bonanno, G. A.**, Keltner, D., Holen, A., & Horowitz, M. J. (1995). When avoiding unpleasant emotions might not be such a bad thing: Verbal-autonomic response dissociation and midlife conjugal bereavement. *Journal of Personality and Social Psychology, 69*, 975-989.

Lorig, T. S., Singer, J. L., **Bonanno, G. A.**, Davis, P. J., & Schwartz, G. E. (1995). Repressor personality and EEG patterns associated with affective memory and thought suppression. *Imagination, Cognition, and Personality, 14*, 203-210.

**Bonanno, G. A.**, & Castonguay, L. G. (1994). On balancing approaches to psychotherapy: Prescriptive patterns of attention, motivation, and personality. *Psychotherapy, 31*, 571-587.

Horowitz, M. J., **Bonanno, G. A.**, & Holen, A. (1993). Pathological grief: Diagnosis and explanation. *Psychosomatic Medicine, 55*, 260-273.

**Bonanno, G. A.**, & Wexler, B. E. (1992). The selective perception and recognition of single words from competing dichotic stimulus pairs. *Consciousness and Cognition, 1,* 241-264.

**Bonanno, G. A.**, Davis, P. J., Singer, J. L., & Schwartz, G. E. (1991). The repressor personality and avoidant information processing: A dichotic listening study. *Journal of Research in Personality, 25*, 386-401.

**Bonanno, G. A.** (1990). Remembering and psychotherapy. *Psychotherapy, 27*, 175-186.

CONFIDENTIAL

**Bonanno, G. A.** (1990). Repression, accessibility, and the translation of private experience. *Psychoanalytic Psychology, 7*, 453-473.

**Bonanno, G. A.** (1989). Sampling conscious thought: Influences of repression-sensitization and reporting conditions. *Imagination, Cognition & Personality, 8*, 293-306.

Davis, P. J., Singer, J. L., **Bonanno, G. A.**, & Schwartz, G. E. (1988). Repressor personality style and response bias during an affective memory recognition task: A signal detection analysis. *Australian Journal of Psychology, 40*, 147-157.

**Bonanno, G. A.**, & Stillings, N. A. (1986). Preference, familiarity, and recognition after brief exposures to random geometric shapes. *American Journal of Psychology, 99*, 403-415.

### Books, Monographs, and Journalism

**Bonanno, G. A.** (2011). Japan: Too much trauma. *Newsweek,* 4/10/11.

**Bonanno, G. A.**, Brewin, C. R., Kaniasty, K. & La Greca, A. M, (2010). The parameters of disaster: Consequences, risks, and resilience in individuals, families, communities, and society. *Psychological Science in the Public Interest, 11(1),* 1-49.

Bonanno, G.A. (2009). *The other side of sadness: What the new science of bereavement tells us about life after loss.* New York: Basic Books.

Mayne, T.J., & **Bonanno, G. A.** (2001). (Eds.), *Emotions: Current issues and future directions*. New York: Guilford Press.

**Bonanno, G. A.** (2001). (Guest Editor). Special Issue: New directions in bereavement research and theory. *American Behavioral Scientist, 44*

### Book Chapters

One, A. D., **Bonanno, G. A.,** & Bergman, C. S. (2014). Positive emotions in the aftermath of loss. In J. Gruber & J. T. Moskowitz (Eds.), *Positive Emotions: Integrating the Light and Dark Sides* (pp. xxx-xxx). Oxford, England: Oxford University Press.

Mancini, A. D., & Bonanno, G. A. (in press). Differential pathways to resilience after loss and trauma. In R. A. McMackin, T. M. Keane, E. Newman, & J. M. Fogler (Eds.), *Toward an Integrated Approach to Trauma Focused Therapy: Placing Evidence-Based Interventions in an Expanded Psychological Context.* Washington, DC: APA

**Bonanno, G. A.**, & Mancini, A. D. (2011). Toward a lifespan approach to resilience and potential trauma. In S. M., Southwick, B.T., Litz  D. Charney, & M. J. Friedman (Eds.), *Resilience and mental Health: Challenges across the lifespan* (pp. 120-134). Cambridge, England: Cambridge University Press.

Mancini, A. D., and **Bonanno, G. A.** (2011). Loss and grief: The role of individual differences. In S. M., Southwick, B.T., Litz , D. Charney, & M. J. Friedman (Eds.), *Resilience and mental Health: Challenges across the lifespan* (pp.189-199). Cambridge, England: Cambridge University Press.

CONFIDENTIAL

Mancini, A. D., & **Bonanno, G. A.** (2010). Resilience to potential trauma: Toward a life span approach. In J. W. Reich, A. J., Zautra, & J. Hall (Eds.), *Handbook of adult resilience: Concepts, methods, and applications* (pp. 258-282). New York: Guilford.

Coifman, K. G., & **Bonanno, G. A.** (2010). Emotion context sensitivity in adaptation and recovery. In A. M. Kring & D. Sloan (Eds.) *Emotion Regulation and Psychotherapy* (pp.157-173). New York: Guilford.

**Bonanno, G. A.**, & Gupta, S. (2009). Resilience after disaster. In Y. Neria, S. Galea, & F.Norris (Eds.), *Mental health consequences of disasters* (pp. 145-160). Cambridge University Press.

**Bonanno, G. A.**, Boerner, K., & Wortman, C. B. (2008). Trajectories of grieving. In M. Stroebe, R. O.Hansson, H. Schut, & W. Stroebe (Eds.), *Handbook of bereavement research and practice: Advances in theory and intervention* (pp. 287-308). Washington, DC: APA Books.

**Bonanno, G. A.**, Goorin, L., & Coifman, K. G. (2008). Sadness and grief. In M. Lewis, J. m. Haviland-Jones, & Barrett, L. F. (Eds.), *Handbook of emotions* (3rd Edition) (pp. 797-810). New York: Guilford.

Westphal, M., **Bonanno, G. A.**, & Bartone, P. (2008). Resilience and personality. In B. Lukey & V. Tepe (Eds.), *Biobehavioral resilience to stress*. (pp. 219-258). New York: Francis & Taylor.

Mancini, A. D., & **Bonanno, G. A.** (2008). Resilience. In Reyes, G., Elhai, J., & Ford, J. (Eds.), *Encyclopedia of psychological trauma*. New York: Wiley.

**Bonanno, G. A.** (2006). Grief, trauma, and resilience. In E.K. Rynearson (Ed.). *Violent death: Resilience and intervention beyond the crisis*. (pp. 31-46). New York: Routledge.

Mancini, A., & **Bonanno, G. A.** (2006). Bereavement. In J. E. Fisher & W. O'Donohue (Eds). *Practitioners' guide to evidence-based psychotherapy.* (pp. 122-130). New York: Springer.

**Bonanno, G. A.** & Mancini, A. (2005). Examining interventions for bereavement-related depression and PTSD. In L. Barbanel & R. J. Sternberg (Eds) *Psychological interventions for victims of disaster and trauma*. (pp. 37-56).New York: Singer.

Mancini, A., Pressman, D., & **Bonanno, G. A.** (2005). Clinical interventions with the bereaved: What clinicians and counselors can learn from the CLOC study. In D. Carr, R. M. Nesse, & C. B. Wortman (Eds.), *Late life widowhood: New Directions in research, theory, and practice*. (pp. 255-278). New York: Springer.

Wortman, C. B., Wolff, K., & **Bonanno, G. A.** (2004). Loss of an intimate partner through death. In D. J. Mashek & A. Aron (Eds.), *Handbook of closeness and intimacy*. (pp. 305-320). Hillsdale, NJ: Erlbaum.

Westphal. M.. & **Bonanno, G. A.**  (2004). Emotional self-regulation. In M. Beauregard (Ed.), *Consciousness, emotional self-regulation, and the brain*. (pp. 1-34). Philadelphia: PA: Benjamins.

**Bonanno, G. A.**, & Coifman, K. (2004). Denial. In A. Christensen, R. Martin, & J. M. Smyth (Eds.), *Encyclopedia of Health Psychology*. New York: Kluwer Academic/Plenum.

CONFIDENTIAL

**Bonanno, G. A.**, & Papa, A. (2003). The social and functional aspects of emotional expression during bereavement. In P.Phillipot, E.J. Coats, & R. S. Feldman (Eds.), *Nonverbal behavior in clinical settings.* (pp. 145-170). New York: Oxford University Press.

Christ, G. H., **Bonanno, G. A.**, Malkinson, R., & Rubin, S. (2002). Bereavement experiences after the death of a child. In M. J. Field, & R. E. Behrman (Eds.), *When children die: Improving palliative and end-of-life care for children and their families.* (pp.E1-E25). Washington, DC: National Academy Press.

**Bonanno, G. A.** (2001). Emotion self-regulation. In T.J. Mayne, & G.A. Bonanno (Eds.), *Emotions: Current issues and future directions* (pp. 251-285). New York: Guilford Press.

**Bonanno, G. A.**, & Mayne, T. J. (2001). The future of emotion research. In T.J. Mayne, & G.A. Bonanno (Eds.), *Emotions: Current issues and future directions*. (pp. 398-410). New York: Guilford Press.

**Bonanno, G. A.** (2001). Grief and emotion: A social-functional perspective. In M. Stroebe, R. O. Hansson, W. Stroebe, & H. Schut (Eds.), *Handbook of bereavement research: Consequences, coping, & care*. (pp. 493-516). Washington, DC: American Psychological Association.

**Bonanno, G. A.**, & Kaltman, S. (2000). The assumed necessity of working through memories of traumatic experiences. In P. R. Duberstein & J. M. Masling (Eds.). *Psychodynamic perspectives on sickness and health* (pp. 165-200). Washington, D.C.: American Psychological Association.

**Bonanno, G. A.** (1999). Factors associated with the effective accommodation to loss. In C. Figley (Ed.), *The traumatology of grieving*, (pp. 37-52). Washington, DC: Taylor & Francis.

**Bonanno, G. A.** (1999). Emotional dissociation, self-deception, and adaptation to loss. In C. Figley (Ed.), *The traumatology of grieving*, (pp. 89-105). Washington, DC: Taylor & Francis.

**Bonanno, G. A.**, & Siddique, H. (1999). Emotional dissociation, self-deception, and psychotherapy. In J. A. Singer & P. Salovey (Eds.), *At play in the field of consciousness: Essays in honor of Jerome L. Singer*. (pp. 249-270). Hillsdale, NJ: Erlbaum.

**Bonanno, G. A.**, & Keuler, D. J. (1998). Psychotherapy without repressed memory: A parsimonious alternative based on contemporary memory research. In S. J. Lynn & K. M. McKonkey (Eds.), *Truth in memory* (pp. 437-463). New York: Guilford.

**Bonanno, G. A.** (1998). The concept of "Working through" loss: A critical evaluation of the cultural, historical, and empirical evidence. In A. Maercker, M. Schuetzwohl, & Z. Solomon (Eds.), *Posttraumatic Stress Disorder: Vulnerability and Resilience in the Life-Span*, (pp. 221-247). Göttingen, Germany: Hogrefe & Huber.

**Bonanno, G. A.** (1995). Accessibility, reconstruction, and the treatment of functional memory problems. In A. Baddeley, B. A. Wilson, & F. Watts (Eds.), *Handbook of memory disorders*, (pp. 616-637). Sussex, England: Wiley & Sons.

**Bonanno, G. A.**, & Singer, J. L. (1993). Controlling the stream of thought through perceptual and reflective processing. In D. Wegner & J. Pennebaker (Eds.), *Handbook of Mental Control,* (pp. 149-170). New York: Prentice-Hall.

CONFIDENTIAL

***Bonanno, G. A.***, & Singer, J. L. (1990). Repressive personality style: Theoretical and methodological implications for health and pathology. In J. L. Singer  (Ed.). *Repression and dissociation* ( pp. 435-470). Chicago: University of Chicago Press.

Singer, J. L., & ***Bonanno, G. A.***  (1990). Personality and private experience: Individual variations in consciousness and in attention to subjective phenomena. In L. Pervin (Ed.), *Handbook of personality theory and research* (pp. 419-444). New York: Guilford.

### *Grants and Fellowships*

2014-2016. Regulatory flexibility moderates the relationship between trauma exposure and PTSD. ***Co-Principal Investigator.*** United States – Israel Binational Science Foundation: $120,000

2012-2014. 2012-RLC 304. Measuring and Profiling Multiple Dimensions of Community Resilience: Phase 1 - Developing Integrated Methods and Tools. ***Co-Principal Investigator***, *Rockefeller Foundation*: $428,201.

2011-2016. R01MH091034-01A1. Predictors and Diagnostic Markers of Prolonged Grief. ***Principal Investigator***, *National Institutes of Health*: $2,872,641.

2007-2010. 3R01MH073595-01A1W1. Research Supplement to Promote Diversity in Health Related Research. ***Principal Investigator***, *National Institutes of Health:* $114,389*.*

2006-2010. R01 MH073595-01A1. Cognitive and emotional mechanisms in Complicated Grief. ***Principal Investigator,*** *National Institute of Health:* $1,642,210.

2005-2007. Attachment and emotion regulation deficits in chronic grief reactions. ***Co-Principal Investigator***. *Research Grants Council*, Hong Kong, People's Republic of China. HK$610,300.

2004-2005. BCS-0337643. Self-Enhancement and Long-Term Adjustment among Survivors of the September 11th Terrorist Attack on the World Trade Center. ***Principal Investigator***. *National Science Foundation.* $81,200

2001-2002. BCS-0202772, Small Grant for Exploratory Research (SGER). The Costs and Benefits of Self-Enhancement: Self-enhancement, Social Relations, and Coping with the Terrorist Attack on the World Trade Center. ***Principal Investigator***. *National Science Foundation.* $57,280.

2001-2005. The Class of 2005 project: Stressful life events and long-term adjustment among college students. ***Principal investigator***. *Office of the Vice President of Administration, Columbia University.* $400,000*.*

2001-2003. R01 NRO3145*.* Behaviors and Cognitions for Resisting the Urge to Smoke. ***Co-Principal investigator***. *National Institute of Drug Abuse:* $1,147,438.

2001-2002. R 29 MH57274-0551: Research Supplement for Underrepresented Minorities. ***Principal Investigator***, *National Institutes of Health:* $55,230.

CONFIDENTIAL

1997-2003. R29 MH 57274-05: First Independent Research Support and Transition (FIRST) Award. Predictors and Parameters of Human Grieving. *Principal Investigator, National Institute of Health:* $675,000.

1985. Threshold Grant. Alumni Fund grant to complete undergraduate research. *Principal Investigator, Hampshire College:* $3,000.

### Presentations and Colloquia

*Bonanno, G. A.* (2014). Trauma and resilience: From heterogeneity to flexibility. Invited colloquium presented to the Department of Psychology, Hunter College, City University of New York, NY

*Bonanno, G. A.* (2014). Beyond resilience and PTSD: Flexibility and heterogeneity following potential trauma. Plenary address presented at the annual meeting of the American Psychological Association, Washington, DC.

*Bonanno, G. A.* & Burton, C. L. (2014). Regulatory flexibility: Individual differences in coping and emotion regulation. In L. K. W. Sundararajan (Chair), *New frontiers in emotion regulation: Flexibility, context, cognition, and culture*. Symposium presented at the annual meeting of the American Psychological Association, Washington, DC.

*Bonanno, G. A.* & Burton, C. L. (2014). Regulatory flexibility: A new perspective on "intelligent: coping and emotion regulation. In D. Jang (Chair), *Developments in conceptualizing and measuring emotional abilities.* Symposium presented at the annual meeting of the Academy of Management, Philadelphia, PA.

*Bonanno, G. A.* (2014). Beyond resilience and PTSD. Live webinar presented through the International Society for Traumatic Stress Studies.

*Bonanno, G. A.* (2014). Loss, trauma, and human resilience: Capturing flexibility and heterogeneity after highly highly stressful life events. Colloquium presented to the Danish Knowledge Center for Palliative Care (PAVI), Copenhagen, Denmark.

*Bonanno, G. A.* (2014). Trauma and resilience: From heterogeneity to flexibility. Invited address presented at the meeting, Narratives of trauma: Victims lived experiences and processes. University of Coimbra, Portugal.

*Bonanno, G. A.* (2014). Beyond resilience and PTSD: From heterogeneity to flexibility. Invited grand rounds, Cognitive Neuroscience, Universita' Vita-Salute San Raffaele, Milano, Italy

*Bonanno, G. A.* (2014). Measuring human resilience. Invited presentation for Measuring, assessing and profiling human resilience: The psychosocial dimensions, Bellagio, Italy.

*Bonanno, G. A.,* Burton, C. L., Zhu, Z., & Galatzer-Levy, I. (2014). Mapping heterogeneity in response to highly stressful life events. In A. Sonnega & J. Smith (Chairs), Benefits of using national data to explore big questions: Opportunities in the health and retirement study. Symposium presented at the annual meeting of the Association for Psychological Science, San Francisco, CA.

CONFIDENTIAL

**Bonanno, G. A.** (2014). Resilience, dysfunction, and more: Examining population-level heterogeneity before and after significant life events (Chair). Symposium presented at the annual meeting of the Association for Psychological Science, San Francisco, CA.

**Bonanno, G. A.,** & Burton, C. L. (2014). Regulatory flexibility and grief outcome. In N. G. Lancaster (Chair), Self-preservation after loss: Factors that contribute to good grief. Symposium presented at the annual meeting of the Association for Psychological Science, San Francisco, CA.

**Bonanno, G. A.,** & Diminich, E. D. (2014). Predictors of a resilient outcome trajectory following highly stressful events. In F. J. Infurna & G. Luong (Chairs), Distangling the links between stress and health and well-being: Individual, dyadic and contextual approaches. Symposium presented at the annual meeting of the Association for Psychological Science, San Francisco, CA.

**Bonanno, G. A.** (2014). Current research on stress and resilience. Invited lecture presented to the Advisory Board to Healthier Princeton. Princeton University, Princeton, NJ

**Bonanno, G. A.** (2014).  Beyond resilience and PTSD: Heterogeneity and flexibility following highly highly stressful life events. Colloquium presented to the Department of Psychology, Boston University, Boston, MA.

**Bonanno, G. A.** (2014). Beyond resilience and PTSD: Heterogeneity and flexibility following highly highly stressful life events. Invited speaker. *Strong at the broken places: Understanding and building resilience.* Silver Hill Hospital, New Canaan, CT.

**Bonanno, G. A.** (2014). Resilience, trauma, and regulatory flexibility. Invited lecture, Facoltà di Psicologia, Cattolica Università del Scaro Cuore (Department of Psychology, Catholic University), Milano, Italy.

**Bonanno, G. A.** (2014). Beyond resilience and PTSD: Heterogeneity and flexibility following highly highly stressful life events. Invited lecture, Clinical Psychology Program, Yale University, New Haven, CT.

**Bonanno, G. A.** (2014). Regulatory flexibility: Individual differences in coping and emotion regulation. Invited lecture, Self and Identity Preconference, Annual meeting of the Society for Personality and Social Psychology, Austin, Texas.

**Bonanno, G. A.** (2014).  Beyond resilience and PTSD: Heterogeneity and flexibility following highly highly stressful life events. Colloquium presented to the Department of Psychology, Kent State University, Kent OH.

**Bonanno, G. A.** (2013). Resilience as related to definition, theory and challenges. Invited participant in keynote panel discussion. Annual meeting of the International Society for Traumatic Stress Studies, Philadelphia, PA.

**Bonanno, G. A.** (2013). Beyond PTSD and resilience: Mapping the heterogeneity of reactions to potential trauma. In A. Shalev (chair), Uncovering trajectories of Post-Traumatic and resilience: Implications for clinicians and researchers. Symposium at Annual meeting of the International Society for Traumatic Stress Studies. Philadelphia, PA.

**Bonanno, G. A.** (2013). Pathways of resilience and dysfunction. In S. Hobfoll (chair), Resilience and vulnerability: Our trains run on both tracks. Symposium at Annual meeting of the International Society for Traumatic Stress Studies. Philadelphia, PA.

Dekel, S., Solomon, Z., **Bonanno, G. A.** Green, B. L., & Ein-Dor, P. (2013). Can modification of the memory of trauma over time promote recovery from Post-Traumatic Stress. Oral paper presentation at Annual meeting of the International Society for Traumatic Stress Studies. Philadelphia, PA.

**Bonanno, G. A.** (2013). Loss, trauma, and human resilience. Grand Rounds presentation to Norwalk Hospital. Norwalk, CT.

**Bonanno, G. A.** (2013). Regulatory flexibility and adaptation to highly highly stressful life events. Invited presentation, Fourth Biennial Uris Bronfenbrenner Conference: New Developments in Aging, Emotion, and Health. Cornell University, Ithaca, NY.

**Bonanno, G. A.** (2013). Trauma, resilience, and regulatory flexibility. Invited address, Division 56, American Psychological Association. Annual Convention of the American Psychological Association, Honolulu, Hawaii.

**Bonanno, G. A.** (2013). Heterogeneity in cancer adjustment and flexibility in emotion regulation. In M. A. Hoyt (Chair), *Emotion regulation strategies in adjustment to chronic illness: Predictors and processes.* Annual Convention of the American Psychological Association, Honolulu, Hawaii.

Ong, A. D., & **Bonanno, G. A.** (2013). Effects of positive emotions on Cortisol stress responses following spousal loss. In J. T. Moskowitz (Chair), *Positive emotions in the context of stress: How and when are they beneficial.* Annual Convention of the American Psychological Association, Honolulu, Hawaii.

**Bonanno, G. A.** (2013). Trauma, disaster, resilience: Understanding the human capacity to thrive in the face of extreme adversity. Invited workshop presented at the 2013 Great Plains Disaster Behavior Health Conference, Lincoln, Nebraska.

**Bonanno, G. A.** (2013). Beyond Trauma and resilience: Mapping the heterogeneity of responses to extremely highly stressful events. Invited lecture, Lund University, Sweden.

**Bonanno, G. A.** (2013). The science of resilience: Understanding the human capacity to thrive in the face of extreme adversity. Keynote address, 5th annual meeting of the European Society of Spinal Psychologists, Oslo, Norway.

**Bonanno, G. A.** (2013). Beyond Trauma and resilience: Heterogeneity and flexibility following potentially traumatic events. Invited lecture, The Lotos Club, NYC.

**Bonanno, G. A.** (2013). Beyond Trauma and resilience: Heterogeneity and flexibility following potentially traumatic events. Invited keynote address, 30th Midwest Symposium on Family Systems Theory and Therapy. Evanston, IL.

**Bonanno, G. A.** (2013). What is normal grief? Mapping the variations. Invited keynote address, Annual meeting of the Association for Death Education and Counseling, Hollywood, CA.

CONFIDENTIAL

**Bonanno, G. A.** (2013). The science of resilience: Understanding the human capacity to thrive in the face of extreme adversity. Invited public lecture, Princeton University, Princeton, NJ.

**Bonanno, G. A.** (2013). Beyond trauma and resilience: Mapping heterogeneity after extreme adversity. Invited colloquium, Developmental Neuroscience, New York State Psychiatric Institute, Department of Psychiatry, Columbia University, NYC.

**Bonanno, G. A.** (2013). Beyond trauma and resilience: Mapping heterogeneity after extreme adversity. Invited colloquium, Developmental Neuroscience, New York State Psychiatric Institute, Department of Psychiatry, Columbia University, NYC.

**Bonanno, G. A.** (2013). Trauma, disaster, resilience. Invited presentation as part of *Promoting resilience, health and empowerment for social development: A psychosocial perspective.* 51ˢᵗ Commission for Social Development, United Nations, NYC.

**Bonanno, G. A.** (2013). Understanding the impact of Hurricane Sandy. Lecture and discussion presented at *Reception for Educators Impacted by Hurricane Sandy*, Teachers College, Columbia University, NYC.

**Bonanno, G. A.** (2013). The other side of sadness: Understanding the human capacity to thrive after violent crime. Invited address as part of the conference *When tragedy strikes: Grief, bereavement, and resilience*. Mercy Hospital, Miami, FL

**Bonanno G. A.,** & Burton, C. L. (2013). Flexibility in coping and emotion regulation. In Y. C. Dutton & B. Koopman-Holm (Chairs), *The push and pull of negative emotions: Cultural and individual differences in the effects of negative emotions on compassion, attention, behavior and psychological adjustment.* Symposium presented at the Annual Meeting of the Society for Personality and Social Psychology, New Orleans, LA.

**Bonanno, G. A.** (2012). Complicated grief and deficits in emotion flexibility and context sensitivity. In R. J. McNally (Chair), *Complicated Grief: Its psychopathology and treatment.* Symposium presented at the Annual meeting of the Association for Behavioral and Cognitive Therapy, National Harbor, MD.

Hall, B. J., **Bonanno, G. A.**, Bolton, P., & Bass, J. (2012). An evaluation of the role of psychological distress in the loss of social resources among Kurdish torture survivors. In E. Sorel (Chair), *Global Issues in Mental Health*. Symposium presented at the Annual meeting of the American Public Health Association, San Francisco, CA.

**Bonanno, G. A.** (2012). The science of resilience: Understanding the human capacity to thrive in the face of extreme adversity. Invited lecture delivered to the New York City Cognitive Behavior Therapy Association, Weill Cornell Medical College, New York City.

**Bonanno, G. A.** (2012). Beyond trauma and resilience: Mapping the human capacity to thrive in the face of extreme adversity. Invited colloquium delivered to the Department of Psychology, Northern Illinois University, DeKalb, Illinois.

**Bonanno, G. A.** & Galatzer-Levy, I. (2012). Mapping prospective trajectories of response to highly stressful health events. Invited presentation to the National Institute of Aging/Behavioral and Social Sciences Research workshop of stress measurement. University of Southern California, Los Angeles, CA.

CONFIDENTIAL

**Bonanno, G. A.** & Galatzer-Levy, I. (2012). Mapping the heterogeneity of adversity. Invited presentation to the Center for Behavioral Cardiovascular Health, Columbia University College of Physicians and Surgeons, Columbia University, New York City.

**Bonanno, G. A.** (2012). Flexibility, context sensitivity, and resilience. Invited participate in *New Horizons in New Horizons and Resilience* at the National Cancer Institute, Bethesda, MD.

Denckla, C. A., Bornstein, R., Mancini, A. D., & **Bonanno, G. A.** (2012). Deficits in healthy dependency are associated with Prolonged Grief over and above attachment style. Poster presented at the Annual meeting of the American Psychological Association, Orlando, FL.

**Bonanno, G. A.** (2012). Trauma, flexibility, and meaning. Keynote address: Annual meeting of the International Network on Personal Meaning, Toronto, Canada.

**Bonanno, G. A.** (2012). Trauma, loss and resilience. Pre-conference workshop. Annual meeting of the International Network on Personal Meaning, Toronto, Canada.

**Bonanno, G. A.** (2012). Invited speaker, *Toward Resilience, Poptech Iceland,* Reykjavic Iceland.

**Bonanno, G. A.** (2012). Invited panelist, *Illuminating resilience.* World Science Festival, New York City

**Bonanno, G. A.** (2012). Invited panelist, *How we bounce back: The new science of human resilience*. World Science Festival, New York City

Bullock, A. B., & **Bonanno, G. A.** (2012). The expression and regulation of sadness in Complicated Grief. Poster presented at the Annual convention of the Association for Psychological Science. Chicago, IL

Westphal, M., & **Bonanno, G. A.** (2012). Is perceived emotional intelligence related to behavioral indices of emotion regulation and peer-rated versus self-rated psychosocial functioning? Poster presented at the Annual convention of the Association for Psychological Science. Chicago, IL

**Bonanno, G. A.** (2012). Expressive flexibility and adaptation to highly stressful life events. In G. Sheppes (Chair), *What's good, when, and why? Emotion regulation flexibility in healthy adaptation*. Symposium presented at the Annual convention of the Association for Psychological Science. Chicago, IL

**Bonanno, G. A.** (2012). Trauma, resilience, and everything in between: Understanding the heterogeneity of responses to disaster. Invited speaker for themed program, *Disaster, Response, and Recovery*, presented at the Annual convention of the Association for Psychological Science. Chicago, IL

**Bonanno, G. A.** (2012). The Science of resilience: Psychological and neurobiological predictors. Invited lecture, Dipartimento di Psicologia Generale Università degli Studi, Padova (Department of General Psychology, University of Padova), Padova, Italy.

**Bonanno, G. A.** (2012). The Science of resilience: Mapping the human capacity to thrive in the face of extreme adversity. Invited lecture, Dipartimento di Medicina e psichiatria, Università di Milano, (Department of Psychiatry, University of Milano), Milano, Italy

CONFIDENTIAL

**Bonanno, G. A.** (2012). Different trajectories in response to trauma: The question of resilience. Invited lecture, Facultà di Scienza della Formazione. Università degli Studi, Genova (Department of Human Development, University of Genoa), Genoa, Italy.

**Bonanno, G. A.** (2012). Grief, trauma, and resilience. Invited lecture. Facultà di Psicologia, Dipartimento di Psicologia, Università degli Studi, Bolgna (Department of Psychology, University of Bologna), Bologna, Italy.

**Bonanno, G. A.** (2012). The science of resilience. Invited lecture, Università degli Studi Bolgna, Cesena (Department of Psychology, University of Bologna, Cesena campus), Cesena, Italy.

**Bonanno, G. A.** (2012). Trauma and resilience in context. Invited lecture series. Facultà di Psicologia, Cattolica Università del Scaro Cuore (Department of Psychology, Catholic University), Milano, Italy.

Kennedy, P, **Bonanno, G. A.,** Lude, P., & Elfrstom, M. (2012). *Prospective trajectories of resilience, depression, and anxiety following spinal cord injury: A longitudinal investigation.* Abstract presented at the Annual Meeting of the International Spinal Cord Society, London, UK.

**Bonanno, G. A.** (2012). The science of resilience: Understanding the human capacity to thrive in the face of extreme adversity. Distinguished Alumni Lecture, Hampshire College, Amherst MA

**Bonanno, G. A.** (2012). Trauma, grief, and resilience: Mapping the variations. Invited presentation for the Mental Health Grand Round, Brooklyn Veterans Administration Medical Center, Brooklyn, NY

**Bonanno, G. A.** (2012). Beyond resilience and PTSD: Mapping the heterogeneity of responses to potential trauma. Invited lecture. Affective Science Institute, Northeastern University, Boston, MA.

**Bonanno, G. A.** (2011). Grief and the DSM. In R. Bryant (Chair), Grief and DSM-V. Panel presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Baltimore, MD.

**Bonanno, G. A.** (2011). Complicated grief and deficits in expressive flexibility. In R. Bryant (Chair), *The Nature, Mechanisms, and Treatment of Grief*. Symposium presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Baltimore, MD.

**Bonanno, G. A.** (2011). Loss, trauma, and resilience. Grand Rounds at Department of Psychiatry ad Behavioral Sciences, Memorial Sloan Kettering Cancer Center, New York City.

**Bonanno, G. A.** (2011). Maybe grief isn't so bad after all: Resilience to loss and other major life stressors. Invited workshop presented at the biannual meeting of the Minnesota Coalition for Death Education and Support, Minneapolis,MN.

**Bonanno, G. A**. (2011). Beyond Resilience and PTSD: Evidence for the heterogeneity of responses to potential trauma. Invited colloquium, Department of Psychology, University of Delaware, Newark, DE

**Bonanno, G. A.** (2011). Out of the ashes: Lessons from research on 9/11. Lecture as part of the 10 Anniversary Memorial of the September 11th Terrorist Attach. Teachers College, Columbia University

**Bonanno, G. A.** (2011). Wired for resilience? Exploring variations in response to loss and trauma. Invited lecture and participation in *Zen Brain: Trauma, Stress, Loss and Happiness*. Upaya Institute and Zen Center, Santa Fe, NM.

**Bonanno, G. A.** (2011).  Beyond resilience and PTSD: Evidence for the heterogeneity of responses to potential trauma. Invited colloquium. RAND Corporation, Santa Monica, CA.

**Bonanno, G. A.** (2011). Understanding coping and resilience. Invited presentation to the DART Center for Journalism and Trauma, Columbia University School of Journalism.

**Bonanno, G. A.** & Galatzer-Levy, I. (2011). Beyond resilience and pathology: Mapping the heterogeneity of responses to stressful life events. In I. Galatzer-Levy (Chair), *Individual differences in response to highly stressful life events: Methodological and theoretical advances in the study of outcome heterogeneity*. Symposium presented at the Annual Meeting of the Association for Psychological Science, Washington, DC.

**Bonanno, G. A.** (2011). Beyond PTSD and resilience: Mapping the heterogeneity of responses to potential trauma. Invited colloquium. Institute for Human Adjustment. University of Michigan. Ann Arbor, MI.

**Bonanno, G. A.** (2011). Beyond PTSD and resilience: Mapping the heterogeneity of reactions to potential trauma. Invited colloquium. Department of Psychology. University of Minnesota. Minneapolis, MN.

**Bonanno, G. A.** (2011). Loss, trauma, and resilience after suicide. Plenary address to open the 44th meeting of the American Association of Suicidology. Portland, OR.

**Bonanno, G. A.** (2011). Beyond PTSD and resilience: Mapping the heterogeneity of reactions to potential trauma. Invited colloquium. Ferkauf Graduate School of Psychology, Yeshiva University, New York City.

**Bonanno, G. A.** (2011). Resilience in the face of loss. Invited presentation as part of the *Cross-National Think Tank on Loss and Grief.* The Graduate Center of the City University of New York.

**Bonanno, G. A.**  (2011). Resilience, coping, and emotional flexibility. Invited presentation. Workshop on Stress Measurement jointly sponsored by the University of California, San Francisco and National Institute of Aging (NIA). San Francisco, CA.

**Bonanno, G. A.** (2011). Loss, trauma, and resilience: Implications for research and treatment of cancer. Invite colloquium for the Psycho-Oncology Speaker Series, University of California, San Francisco.

**Bonanno, G. A.,** & Westphal, M. (2011). Expressive flexibility. In C. Waugh & R. Thompson (Chairs), *Emotional Flexibility in Risk and Resilience.* Symposium presented at the Annual meeting of the Society for Personality and Social Psychology, San Antonio, Texas.

**Bonanno, G. A.** (2010). Depression and grief: The other side of sadness. Invited presentation as part public symposium, *Putting Mental Health on the Public Health Agenda,* sponsored by Mailman School of Public Health, Columbia University

**Bonanno, G. A.** (2010). Loss, trauma, and human resilience: Our innate ability to thrive in the face of adversity. Fifth Annual Dr. Sharon Erel Lecture, Hospice of Northwest Ohio. Toledo, OH.

CONFIDENTIAL

**Bonanno, G. A.** (2010). Beyond resilience and PTSD: Mapping the heterogeneity of responses to potential trauma. Keynote address. Australian Conference on Traumatic Stress. Brisbane, Australia

**Bonanno, G. A.** (2010).  Intervention and prevention. Discussion in G. Devilly (Chair), *Resilience to Traumatic Events.* Symposium conducted at the Australian Conference on Traumatic Stress. Brisbane, Australia

**Bonanno, G. A.** (2010). Resilience in the face of loss and potential trauma. Pre-Conference Workshop. Australian Conference on Traumatic Stress. Brisbane, Australia

**Bonanno, G. A.** (2010). Beyond PTSD and resilience: Mapping responses to potential trauma. Invited lecture, Seminari Internazionali, Universita Cattolica del Sacro Cuore. Milano, Italy

**Bonanno, G. A.**, & Gupta, S. (2010). Expressive flexibility. In C. Park (Chair), *Posttraumatic Resilience and Recovery: Theoretical Advances in Mechanisms and Risk/Protective Factors.* Symposium presented at the Annual meeting of the Association for Psychological Science, Boston, MA.

DeCicco, J., Hong, M., Powers, A., Hajcak, G., **Bonanno, G.A.,** & Dennis, T. (2010). The late positive potential as a predictor of long-term emotional memory. Poster presentation, Society for Psychophysiological Research, Annual Meeting (September 2010), Portland, OR.

Mancini, A. D., & **Bonanno, G. A.**  (2010). Activating Spousal Attachment Representations Under Neutral and Threatening Conditions in an Experimental Paradigm: A Matched Comparison of Chronic Grievers, Resolved Grievers, and Married Controls.  In R. Bornstein (Chair), *Interpersonal Dependency Explains Individual Differences in Physical and Mental Health Outcomes.* Symposium presented at the Annual meeting of the Association for Psychological Science, Boston, MA.

Denckla, C. A., Mancini, A. D., **Bonanno, G. A.**, & Bornstein, R. (2010). Construct Validity of the Relationship Profile Test: Correlates of Overdependence, Detachment, and Healthy Dependency in Conjugally Bereaved Adults. In R. Bornstein (Chair), *Interpersonal Dependency Explains Individual Differences in Physical and Mental Health Outcomes.* Symposium presented at the Annual meeting of the Association for Psychological Science, Boston, MA.

**Bonanno, G. A.**, Mancini, A. D., deRoon-Cassini, T. A., & Rusch, M. D. (2010). Mapping individual differences to trauma: Bioepidemic and emergency surgery. In B. Lamoureux (Chair), *Risk and Resilience for Posttraumatic Stress and Comorbid Disorders in Trauma-Exposed Adults.* Symposium presented at the Annual meeting of the Association for Psychological Science, Boston, MA.

Denckla, C. A., Mancini, A. D., & **Bonanno, G. A.** (2010). Dependency traits relate to grief trajectories for conjugally bereaved adults. Paper presented at the Annual meeting of the Society for Personality Assessment, New York, NY.

**Bonanno, G. A.** (2010). Beyond trauma and resilience: Mapping the heterogeneity of reactions to highly highly stressful lie events. Invited colloquium given to the Department of Human Development, Cornell University, Ithaca, NY.

**Bonanno, G. A.** (2010). Beyond resilience and PTSD: Mapping the heterogeneity of reactions to potential trauma. Invited talk given to the Department of Behavioral Sciences and Leadership, U.S. Military Academy at West Point.

CONFIDENTIAL

Lam, W. T., **Bonanno, G. A.**, Mancini, A. D., Ho, S. M. Y., & Fielding, R. (2010). Are women resilient to psychological distress following diagnosis of breast cancer? In S. M.Y. Ho (Chair), *Resilience and posttraumatic growth in Chinese cancer patients.* Symposium presented at the International Conference of 4th Asian Congress of Health Psychology. Taiwan.

**Bonanno, G. A.** (2010). Beyond resilience and PTSD: Mapping the heterogeneity of reactions to potential trauma. Invited talk given to the Department of Psychology, University of Miami, Florida.

**Bonanno, G. A.** (2010). Beyond resilience and PTSD: Mapping the heterogeneity of reactions to potential trauma. Invited colloquium given to the Department of Psychology, University of Arizona, Tucson, Arizona.

**Bonanno, G. A.** (2009). From PTSD to resilience: Mapping the heterogeneity of reactions to potential trauma. Grand rounds presented to the Department of Psychiatry, Princeton Health Care System, Princeton, New Jersey.

Gupta, S., and **Bonanno, G. A.** (2009). Anger and childhood sexual abuse: The role of disclosure context. Poster presented at the Annual Meeting of the Association for Behavioral and Cognitive Therapy. New York, NY.

**Bonanno, G. A.** (2009). Mapping the heterogeneity of trauma reactions. In C. Benight (Chair), *Theoretical Approaches to Trauma Adaptation: Beyond PTSD.* Symposium presented at the Annual meeting of the International Society for Traumatic Stress Studies, Atlanta, Georgia.

**Bonanno, G. A.** (2009). Loss, trauma, and resilience. In S. Hobfoll (Chair), *Resilience in the face of trauma: How people stand tall around the world.* Symposium presented at the Annual meeting of the International Society for Traumatic Stress Studies, Atlanta, Georgia.

**Bonanno, G. A.** (2009). Beyond resilience and Posttraumatic Stress Disorder: Mapping the heterogeneity of responses to potential trauma. Keynote address, *The Psycho-Social Aftermaths of Terror Attacks: Theoretical and Empirical Perspectives*. Interdisciplinary Center (IDC), Herzliya, Israel.

**Bonanno, G. A.** (2009). Trauma, grief, and resilience. Keynote address given to the Center for Child and Adolescent Mental Health, Eastern and Southern Norway. Oslo, Norway.

**Bonanno, G. A.** (2009). Loss, trauma, and human resilience. Grand rounds presented to the Department of Behavioral Sciences and the Department of Psychiatry, Rush University Medical Center, Chicago, Illinois.

Mancini, A.D., & **Bonanno, G. A.** (2009). Advancing the Science of Individual Differences: Latent Class Analyses of Bereavement, Divorce, and Traumatic Injury. In A. D. Mancini (Chair), *Individual Differences in Stress Responding.* Symposium presented at the 117th Annual convention of the American Psychological Association, Toronto, Ontario, CA.

**Bonanno, G. A.** (2009). Mapping individual differences to extreme adversity. In A. D. Mancini (Chair), *Individual Differences in Stress Responding.* Symposium presented at the 117th Annual convention of the American Psychological Association, Toronto, Ontario, CA.

CONFIDENTIAL

**Bonanno, G. A.** (2009). Beyond resilience and PTSD: Mapping the heterogeneity of responses to potential trauma. Invited colloquium given to Oxford Doctoral Course in Clinical Psychology, University of Oxford, United Kingdom.

**Bonanno, G. A.** (2009). Understanding resilience. Keynote address given at the 8th Annual Kaleidoscope Conference. *Rhetoric and realities: Reflecting on contemporary palliative care.* Dublin Castle, Dublin, Ireland.

Mancini, A.M., **Bonanno, G. A.**, de-Roon-Cassini, T., & Rusch, M. (2009). Individual differences in response to traumatic injury: Modeling latent trajectories of PTSD and depression symptoms. In K. Arditte (Chair), *Predictors of risk and resilience in posttraumatic stress disorder.* Symposium presented at the 21st Annual Convention for the Association for Psychological Science, San Francisco, CA.

DeCicco, J., Hong, M., Otap, D., Hajcak, G., **Bonanno, G.A.**, & Dennis, T.A. (2009). The late positive potential as a biomarker for attentional biases. Poster presentation, Society for Psychophysiological Research, Annual Meeting (October 2009), Berlin, Germany.

Diminich, E., Oster, H., & **Bonanno, G. A.** (2009). Characteristics of emotional expression is chronic versus ordinary grief trajectories. In E.L Rosenberg (Chair), *New findings on facial expressions in health psychology: Moving beyond self-report.* Symposium presented at the 21st Annual Convention for the Association for Psychological Science. San Francisco, CA.

Coifman, K.G. & **Bonanno, G. A.** (2009). Emotion Context Sensitivity, Depression, and Recovery from Bereavement. In K.G. Coifman (Chair), *Modeling the Course of Adjustment: Predicting long-term recovery and resilience following acute and chronic stress.* Symposium presented at the 21st Annual Convention of the Association for Psychological Science. San Francisco, CA. Augello, J., Solomon, B., Haroz, E., Hajcak, G., **Bonanno, G. A.**, & Dennis, T. (2009). The Late Positive Potential is Sensitive to Individual Differences in Trait Anxiety. Poster presented at the 21st Annual Convention of the Association for Psychological Science. San Francisco, CA.

**Bonanno, G. A.** (2009). Thriving in the face of extreme adversity. Invited keynote address; 7th Annual Mid-Year Conference on Religion and Spirituality. Baltimore, Maryland.

**Bonanno, G. A.** (2009). Resilience to loss and trauma. Invited colloquium. Department of Psychology. The New School for Social Research. New York.

**Bonanno, G. A.** (2009). Resilience and disaster. In M. Schreiber & L. Sayegh (Chairs), *Individual, family and community preparedness perspectives.* Panel presented at the NORAD and USNORTHCOM Surgeon's Conference. Colorado Springs, CO.

**Bonanno, G. A.** (2008). Resilience to terrorism and bio-epidemic. In S. Hobfoll (Chair), *Resilience in the face of terrorism and mass casualty: Key to our understanding of thriving, surviving, and making it to the next day.* Symposium presented at the Annual meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

**Bonanno, G. A.** (2008). Loss, trauma, and human resilience. Invited presentation to the interdisciplinary staff of Memorial Sloan-Kettering Cancer Center, New York, NY.

CONFIDENTIAL

Augello, J. M., O Toole, L., Chen, C-C., Hajcak, G., **Bonanno, G. A.**, & Dennis, T. (2008). The late positive potential as a neural marker for the emotional facilitation of memory. Poster presented at the Annual Meeting of the Society for Psychophysical Research, Austin, TX

**Bonanno, G. A.** (2008). Resilience. Talk presented at *Cognitive Aspects of Decision Making*, Research workshop sponsored by the Army Corps of Engineers and Decision Partners. Arlington, VA.

**Bonanno, G. A.** (2008). When grief therapy is likely to be effective and when it is not. In D. G. Larson (Chair), *A new look at grief: Evidence on process and treatment outcome.* Symposium presented at the Annual meeting of the American Psychological Association, Boston, MA.

Gupta, S., & **Bonanno, G. A.** (2008). Self-enhancement as a buffer against potentially traumatic events: A prospective study. Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

**Bonanno, G. A.** (2008). Untimely spousal bereavement at midlife: The role of emotional processing. In K. Boerner (Chair), *Heartaches and headaches in midlife: The impact of untimely stressors.* Symposium presented at the Annual meeting of the American Psychological Association, Boston, MA.

**Bonanno, G. A.** (2008). Resilience, Recovery, and Chronic Grief: Mapping Individual Differences in Reaction to Loss. Invited keynote address; 8th Annual International Conference on Grief and Bereavement in Contemporary Society. Melbourne, Australia.

**Bonanno, G. A.** (2008). When representations of a deceased spouse interfere with ongoing cognitive activity: A Stroop paradigm. In R. Bryant (Chair), *Cognitive mechanisms in Complicated Grief.* Symposium presented at the 8th Annual International Conference on Grief and Bereavement in Contemporary Society. Melbourne, Australia

**Bonanno, G. A.** (2008). Identity continuity and complexity in resilience and recovery from loss. In E. de St.Aubin (Chair), *Making sense of the unimaginable: How meaning making dynamics shape recovery from severe stress experiences.* Symposium presented at the Annual meeting of the Association for Psychological Science, Chicago, IL.

Augello, J. M., Chen, C-C., Hajcak, G., **Bonanno, G. A.**, & Dennis, T. (2008). The late positive potential as a neural marker for the emotional facilitation of memory. Poster presented at the Annual Meeting of the Association for Psychological Science, Chicago, IL.

Vine, V., Papa, A., & **Bonanno, G. A.** (2008). Anger, guilt, and social process variables interact to predict longitudinal bereavement outcomes. Poster presented at the Annual Meeting of the Association for Psychological Science, Chicago, IL.

**Bonanno, G. A.** (2008). Resilience after potential trauma. Invited address. Department of Applied Psychology. New York University. New York, NY.

**Bonanno, G. A.** (2008). Resilience, recovery, and dysfunction after potential trauma. Invited colloquium, Department of Psychology, University of California, Berkeley, Berkeley, CA.

**Bonanno, G. A.** (2008). Resilience to loss and potential trauma. Invited colloquium, Department of Psychology, University of Michigan, Ann Arbor, MI.

CONFIDENTIAL

**Bonanno, G. A.** (2008). Context matters: The benefits and costs of spontaneous expressions of positive emotion. In J. L. Tracy (Chair), *The nonverbal expression of emotion: What can we learn from spontaneous displays?* Symposium presented at the Annual meeting of the Society for Personality and Social Psychology, Albuquerque, New Mexico.

**Bonanno, G. A.** (2008). Context insensitivity, depression, and recovery from bereavement. In G. A. Bonanno (Chair), *Context insensitivity in emotion responding and its role in psychopathology.* Symposium presented at the Pre-Conference on Emotion at the Annual meeting of the Society for Personality and Social Psychology, Albuquerque, New Mexico.

**Bonanno, G. A.** (2008). Would you buy a used car from a self-enhancer? Social benefits and illusions in self-enhancement. In L. Gaertner & V. Kwan (Co-Chairs), *Two sides of every process: The pros and cons.* Symposium presented at the Pre-Conference on Self and Identity at the Annual meeting of the Society for Personality and Social Psychology, Albuquerque, New Mexico.

**Bonanno, G. A.** (2007).  Resilience in the face of loss and potential trauma. Invited colloquium delivered to the biological resilience faculty of the, Mt. Sinai Hospital. New York, NY.

**Bonanno, G. A.** (2007). Resilience to loss and potential trauma. Invited colloquium, Department of Psychology, Michigan State University, East Lansing, MI.

**Bonanno, G. A.** (2007). Smiling in the face of adversity. Invited presentation, International Conference on Hedonic Adaptation and Prediction, Harvard University, Boston, MA.

Westphal, M., & **Bonanno, G. A.**, (2007). Attentional bias for facial expressions of disgust. Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

Westphal, M., & **Bonanno, G. A.**, (2007). Emotional intelligence and adjustment in college students. Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

**Bonanno, G. A.** (2007). Human resilience and adversity. Invited lectured, The Scientific Study of Happiness and Human Strength. Universidad Complutense de Mardrid, El Escorial, Spain.

**Bonanno, G. A.** (2007). Resilience, flexiblity, and personality. Invited colloquium, Department of Psychology, University of California, Davis.

**Bonanno, G. A.** (2007). Resilience in the face of loss and potential trauma. Grand rounds. University of California, Davis Medical School.

Coifman, K, G., & **Bonanno, G. A.** (2007). From negative to positive: Does flexibility in emotion responding predict adjustment during stressful life events? In McLean, K. C., & Pals, J. L. (Co-chairs), *The many ways we broaden-and-build: Processing responses to negative and positive events and multiple pathways to emotional well-being,* Symposium presented at the Annual meeting of the Society for Personality and Social Psychology, Memphis, TN.

**Bonanno, G. A.** (2007). Resilience in the face of loss and trauma. Psychiatry and Behavioral Science Grand Rounds. Memorial Sloan-Kettering Cancer Center, New York City.

CONFIDENTIAL

*Bonanno, G. A.* (2007). Resilience in the face of potential trauma. Keynote address. Disaster Response Crisis Counselor Certification, New Jersey Division of Mental Health Services, Fire Academy, Sayreville, New Jersey.

*Bonanno, G. A.* (2006). Posttraumatic Stress Disorder and resilience. Keynote address. Disaster Response Crisis Counselor Certification, New Jersey Division of Mental Health Services, Molly Pitcher Inn, Red Bank, New Jersey.

*Bonanno, G. A.* (2006). Resilience in the face of potential trauma. Invited talk given to the social/health area, The Graduate Center, The City University of New York.

*Bonanno, G. A.* (2006). Toward a taxonomy of resilience-promoting factors following disaster. Keynote address. European Union conference on citizens and resilience: the balance between awareness and fear. The Hague, The Netherlands.

*Bonanno, G. A.* (2006). Resilience in the face of potential trauma. Invited Health Psychology talk. Department of Psychology, University of California, Los Angeles.

*Bonanno, G. A.* (2006). Resilience to loss: Current research and future directions. In Y. Neria (Chair), *Perspectives on loss, grief and resilience.* Symposium conducted at the annual meeting of the International Society for Traumatic Stress Studies. Hollywood, CA.

*Bonanno, G. A.*, Seivert, N., & Coifman, K. G. (2006). Resilience and flexibility in emotional responding. In L. Campbell-Sills (Chair), *Cognitive-affective bases of resilience to stress and trauma.*. Symposium conducted at the annual meeting of the International Society for Traumatic Stress Studies. Hollywood, CA.

*Bonanno, G. A.* (2006). Toward a taxonomy of resilience-promoting factors. In G. A. Bonanno (Chair), *Promoting resilience to potential trauma.* Symposium conducted at the annual meeting of the International Society for Traumatic Stress Studies. Hollywood, CA.

Bucciarelli, A., *Bonanno, G. A.*, Galea, S., & Vlahov, D. (2006). Psychological resilience in the aftermath of the World Trade Center Disaster in New York City. Paper presented at the Annual meeting of the American Public Health Association, Boston, MA.

*Bonanno, G. A.* (2006). Resilience and maladjustment following potential trauma. Invited colloquium. Department of Psychology, New York University, New York, NY.

*Bonanno, G. A.* (2006). Resilience in the face of loss and potential trauma. Invited colloquium. Center for Anxiety Disorders and Department of Psychology, Boston University. Boston, MA.

*Bonanno, G. A.* (2006). The provision of mental health services in the wake of Hurricane Katrina. Invited lecture, Center for Health and Wellbeing, Woodrow Wilson School of Public and International Affairs, Princeton University, Princeton, NJ.

*Bonanno, G. A.* (2006). Resilience and positive psychology. Kenan Distinguished Visiting Speaker, Department of Psychology, University of North Carolina, Chapel Hill.

**Bonanno, G. A.** (2006). Resilience in the face of potential trauma. Invited address given at the American Psychological Association convention, New Orleans, LA.

**Bonanno, G. A.** (2006). Is there more to grief than depression and PTSD? Paper presented at invited conference. *Complicated grief and adjustment disorders: Current concepts and controversies.* Department of Psychopathology, University of Zürich, Zürich, Switzerland.

**Bonanno, G. A.** (2006). Resilience in the face of loss and potential trauma. Half-day training seminar presented at the Center on Behavioral Health, University of Hong Kong.

**Bonanno, G. A.** (2006). Loss, trauma, and human resilience. Keynote address at the annual conference of the Hong Kong Psychological Association. Hong Kong.

**Bonanno, G. A.** (2006). Predicting resilience after loss.  Keynote address at annual Scientific Seminar of the Hong Kong Hospice Nurses Association. Kowloon, Hong Kong.

**Bonanno, G. A.** (2006).  Shame, smiles, and the illusory repression of childhood sexual abuse. In R. J. McNally (Chair), *Remembering, distorting, and forgetting trauma.* Symposium conducted at the annual meeting of the Association for Psychological Science. New York City.

**Bonanno, G. A.**, & Pat-Horenczyk, R. (2006).  Adaptive flexibility and pragmatic coping. In G. A. Bonanno (Chair), *Improving the mouse trap: Recent advances in coping research and theory.* Symposium conducted at the annual meeting of the Association for Psychological Science. New York City.

**Bonanno, G. A.** (2006). New findings on loss and resilience. *Research that matters—2006.* Invited symposium, Annual Meeting of the Association for Death Education and Counseling, Tampa, FL.

**Bonanno, G. A.** (2006). Resilience in the face of loss and potential trauma. Invited colloquium. Department of Psychology, State University of New York at Binghamton, Binghamton, NY.

**Bonanno, G. A.** (2005). Resilience in the face of potential trauma. Invited colloquium. Department of Psychology, Yale University, New Haven, CT.

**Bonanno, G. A.** (2005). Resilience in New York City following September 11. In G. A. Bonanno (Chair), *Resilience in the aftermath of the September 11th terrorist attack.* Symposium conducted at the annual meeting of the International Society for Trauma Stress Studies, Toronto, ON, Canada.

**Bonanno, G. A.** (2005). Is there more to grief than depression and PTSD? In K. Shear (Chair), *Complicated grief in adults and children.* Symposium conducted at the annual meeting of the International Society for Trauma Stress Studies, Toronto, ON, Canada.

**Bonanno, G. A.** (2005).  Resilience in the face of potential trauma. Invited colloquium; Anxiety Disorders Unit, Department of Psychiatry, College of Physicians and Surgeons, Columbia University. New York, NY.

**Bonanno, G. A.** (2005). Loss, trauma, and human resilience. Invited colloquium, Department of Psychology, Brooklyn College, City University of New York, New York, NY.

**Bonanno, G. A.** (2005). The nature of resilience.  Invited colloquium, the Lerner Institute, Adelphi University, Garden City, New York.

Dekel, S., & **Bonanno, G. A.** (2005).   PTSD and resilience among high-exposure survivors of the September 11th terrorist attack. Poster , the conference: *Psychobiology of Post-Traumatic Stress Disorder*, sponsored by the New York Academy of Sciences, Mount Sinai Medical School, New York, NY.

**Bonanno, G. A.** (2005). Trauma, bereavement, and traumatic loss. In Y.Y. Neria (chair), *The long-term psychological aftermath of 9/11-related traumatic loss*. Symposium conducted at the annual meeting of the American Psychiatric Association, Atlanta, GA.

**Bonanno, G. A.** (2005). Grief: Myths, evidence, and unresolved questions. In S. Zisook & K. M. Shear (co-chairs), *Bereavement, Depression, and PTSD: Boundary and treatment issues.* Symposium conducted at the annual meeting of the American Psychiatric Association, Atlanta, GA.

**Bonanno, G. A.** (2005). New research on trauma and resilience. Invited colloquium, Program for Anxiety Disorders and Traumatic Stress Studies. Weill Cornell Medical College, New York, NY

**Bonanno, G. A.** (2005). Loss, trauma, and human resilience. Invited colloquium, Department of Psychology, Connecticut College, New London, CT.

**Bonanno, G. A.** (2005). Adult resilience to loss and potential trauma. Invited colloquium, Department of Psychology, University of Hong Kong. Hong Kong.

**Bonanno, G.A**. (2005). Adult resilience to loss and trauma. Invited colloquium, the Solomon Asch Center for Ethnopolitical Conflict, University of Pennsylvania, Philadelphia, PA.

**Bonanno, G. A.** (2004). New research on resilience to loss and trauma: Clinical implications. Invited colloquium, Counseling Center, State University of New York, Purchase. Purchase, NY.

**Bonanno, G. A.** (2004). Resilience versus recovery: The flexibility factor. In R. Gist (chair) *Response to disaster: New research, ageless wisdom, and efficacy*. Symposium conducted at the annual meeting of the International Society for Traumatic Stress Studies (ISTSS), New Orleans, LA.

**Bonanno, G. A.** (2004). Understanding complicated grief reactions: A discussion. In B. Litz & G. A. Bonanno (co-chairs) *Complicated and traumatic grief*. Symposium conducted at the annual meeting of the International Society for Traumatic Stress Studies (ISTSS), New Orleans, LA.

**Bonanno, G. A.** (2004). Resilience following loss and trauma. Invited colloquium, Institute for Health, Health Care Policy, and Aging Research (IHHCPAR), Rutgers University, New Brunswick, NJ

Coifman, K. G., **Bonanno, G. A.**, Ray, R., & Gross, J. J. (2004). The benefits of emotion-avoidant coping in bereaved and nonbereaved samples. Poster presented at the Annual Meeting of the American Psychological Society, Chicago, IL.

**Bonanno, G. A.** (2004).  Emotion and human resilience. Invited colloquium, Department of Psychology, Boston College, Boston, MA.

**Bonanno, G. A.** (2004). Loss, trauma, and human resilience. Invited colloquium, Department of Psychology, University of New Hampsire. Durham, NH.

A-30

CONFIDENTIAL

**Bonanno, G. A.** (2004). Resilience to extreme adversity. Invited colloquium , the Yale Center for the Psychology of Abilities, Competencies, and Expertise (PACE). Department of Psychology, Yale University, New Haven, CT.

**Bonanno, G. A.** (2004). Loss and human resilience. In W. Haley (chair) *Bereavement and grief therapy: Wisdom and clinical lore*. Symposium conducted at the American Psychological Association convention, Honolulu, Hawaii.

**Bonanno, G. A.** (2004). Loss, trauma, and human resilience. Invited colloquium, the National Center for Post Traumatic Stress Disorder, Behavioral Sciences Division. Boston, MA.

**Bonanno, G. A.** (2004). Human resilience: The capacity to thrive after highly stressful events. Public lecture at the Kimmel Center for University Life, New York University. New York, NY.

**Bonanno, G. A.** (2004). Loss, trauma, and human resilience. Invited colloquium, Georgetown University Counseling Service. Georgetown University, Washington, DC.

**Bonanno, G. A.** (2004). Loss, trauma, and resilience: Cultural variation. Invited colloquium, Columbia University Seminar: Cultures of Death. Faculty House, Columbia University, New York, NY.

**Bonanno, G. A.** (2004). Loss, trauma, and human resilience: The role of identity continuity. Paper presented as part of the *Self and Identity Pre-Conference*. Annual meeting of the Society for Personality and Social Psychology, Austin, TX.

**Bonanno, G. A.** (2004). Loss, trauma, and human resilience. Invited colloquium, *Psychiatric Epidemiology,* Department of Epidemiology, Mailman School of Public Health, Columbia University, New York, NY.

**Bonanno, G. A.** (2003). Loss, trauma, and resilience. Paper presented as part of symposium: *Recovering from trauma: What helps and what doesn't?* New York Association for Marriage and Family Therapy. New York, NY.

**Bonanno, G. A.** (2003). Loss, trauma, and human resilience. Paper and workshop. *Dealing with Grief and Loss: Understanding Patterns of Response and Promoting Resiliency,* New York State Psychological Association: Disaster Response Network. New York, NY.

**Bonanno, G. A.** (2003). The importance of being flexible: How the expression and suppression of emotion relate to adjustment. Invited colloquium, Department of Psychology, Yale University, New Haven, CT.

Matte, L., Giral, T., & **Bonanno, G. A.** (2003). Attachment, social support, and marriage: Paths to mental health in Latinos and Anglos. Paper presented at the annual conference, Latino Psychological Association of New Jersey. Upper Montclair, NJ.

**Bonanno, G. A.** (2003). Future directions in bereavement research. Invited talk. *Survivors of Suicide Research Workshop*. National Institute of Mental Health/National Institute of Health Office of Rare Diseases and the American Foundation for Suicide Prevention. Washington, DC

**Bonanno, G. A.** (2003).  Loss, trauma, and human resilience. Invited lecture as part of *The Technical Assistance and Interstate Programmatic Forum on the Mental Health Response to Terrorism*. Substance Abuse and Mental Health Services Administration. New York, NY.

**Bonanno, G. A.** (2002).  *Resilience and maladjustment during bereavement*. Invited colloquium, Department of Psychology, Columbia University, New York, NY.

**Bonanno, G. A.** (2002). *Resilience and stressful life events*. Chair of symposium conducted at the American Psychological Society convention, Chicago, IL.

**Bonanno, G. A.** (2002). Art and dissociated awareness or the art of dissociated awareness. In J. L Singer (chair) *Psychologist as artist*. Symposium conducted at the American Psychological Society convention, Chicago, IL.

**Bonanno, G. A.** (2002). Invited conference participant, *Countering terrorism: Integration of practice and theory*. An invitational conference, FBI academy, Quantico, VA.

Bauer, J, & **Bonanno, G. A.** (2002). Balancing affect, behaviors, and characteristics in narrative self-evaluations while adjusting to loss. Paper presented at the Midwest Psychological Association convention, Chicago, IL.

**Bonanno, G. A.** (2001).  Pathology and resilience during bereavement. Invited colloquium delivered to the faculty of the Behavioral Research and Prevention Program, Mt. Sinai Hospital. New York, NY.

Papa, A., & **Bonanno, G. A.** (2001). The social consequences of laughter during bereavement: Gender and context matter. Poster presented at the American Psychological Society convention, Toronto, ON, Canada.

**Bonanno, G. A.** (2000). Pathology, resilience, and bereavement. Invited colloquium, Department of Psychology, Brooklyn College, City University of New York, New York, NY.

**Bonanno, G. A.** (2000). De-pathologizing bereavement. In G. A. Bonanno (Chair), *Toward a Basic Psychology of Loss and Bereavement*. Symposium conducted at the American Psychological Society convention, Miami, FL.

**Bonanno, G. A.** (2000). Narrating bereavement: Thematic and grammatical predictors of adjustment to loss. In G. A. Bonanno (Chair), *Toward a Basic Psychology of Loss and Bereavement*. Symposium conducted at the American Psychological Society convention, Miami, FL.

**Bonanno, G. A.** (2000). Facial expressions of emotion and the disclosure of childhood sexual abuse. Paper presented at the Sixth Annual Emotion Research Group (ERG) Conference, Miami, FL.

Papa, A., & **Bonanno, G. A.** (2000).  Emotional expression, social support and somatic complaints during bereavement. Poster presented at the American Psychological Association convention, Washington, D.C.

Lomakina, N., **Bonanno, G. A.**,  Noll, J. G.,  Putnam, F. W.,  & Trickett, P. k.  (2000). Pathological dissociation, affective-autonomic dissociation, and childhood sexual abuse.  Poster presented at the American Psychological Association convention, Washington, D.C.

CONFIDENTIAL

Lipschitz, D. S., Lorris, M., **Bonanno, G. A.**, & Southwick, S. M.  (1999). Adolescents' trauma narratives and PTSD symptoms. Paper presented at the Annual Meeting of the International Society for Traumatic Stress Studies, Miami, FL.

**Bonanno, G. A.**  (1999). The good, the bad, and the less attractive: Facial expressions mediate how others respond to self-enhancers. Paper presented at the Fifth Annual Emotion Research Group (ERG) Conference, Lost River, WV.

Bauer, J., & **Bonanno, G. A.**  (1999). Constructing narrative identity while adapting to conjugal bereavement. Poster presented at the American Psychological Association convention, Boston, MA.

**Bonanno, G. A.**  (1998).  Toward a new model of mourning.  Grand Rounds, Department of Psychiatry, Georgetown University. Washington, D.C.

**Bonanno, G. A.**  (1998).  The self-regulation of grief: Empirical studies of bereavement. Invited colloquium, Department of Psychology, Yale University. New Haven, CT.

**Bonanno, G. A.**  (1998).  Emotion in words and faces: Comparing emotion themes and facial expressions of emotion. Paper presented at the Fourth Annual Emotion Research Group (ERG) Conference, Martha's Vineyard, MA.

**Bonanno, G. A.**, & Siddique, H. I. (1998).  Emotional dissociation and self-deception: Implications for personality and psychotherapy. In J. A. Singer (Chair), *Integrating Consciousness, Personality, and Clinical Research: Honoring Jerome L. Singer*. Symposium conducted at the American Psychological Association convention, San Francisco, CA.

**Bonanno, G. A.**  (1997).  Talking about the loss of a spouse: Longitudinal consequences and facial correlates of verbal disclosure during bereavement. Paper presented at the Third Annual Emotion Research Group (ERG) Conference, Olema, CA.

**Bonanno, G. A.** (1997).  The adaptive value of emotional dissociation and self-deception: Evidence from studies of conjugal bereavement.  Invited colloquium, Department of Psychology, University of California, Santa Barbara, CA.

**Bonanno, G. A.**  (1997).  Examining the "grief work" approach to bereavement. Paper presented at the 5th International Conference on Grief and Bereavement, Washington, D.C.

**Bonanno, G. A.**  (1997).  A cross-cultural perspective on emotion and bereavement. Invited colloquium, Department of Psychiatry, The Chinese University of Hong Kong, Hong Kong.

**Bonanno, G. A.**  (1996).  Clinical implications of recent research on conjugal bereavement. Paper , the Second Annual Conference on Trauma, Loss, & Dissociation: Foundations of 21st Century Traumatology, Alexandria, VA.

**Bonanno, G. A.**  (1996).  Emotion, personality, and coping with the loss of a spouse. Invited colloquium, Department of Clinical and Health Psychology, University of Utrecht. The Netherlands.

**Bonanno, G. A.** (1996). Adapting to the loss of a spouse at midlife: The role of personality, culture, and emotion. Paper presented as part of a symposium on *Posttraumatic Stress Disorder: Vulnerability and Resilience in the Life-Span.* Dresden, Germany.

**Bonanno, G. A.** (1996). The adaptive function of emotional avoidance during bereavement. In E. Spear & I. Landsman (Chairs), *Current Controversies in Traumatic Loss*. Pre-Meeting Institute conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Francisco, CA.

**Bonanno, G. A.** (1996). Personality, emotion, and adaptation to mid-life conjugal bereavement. In A. Holen (Chair), *Normal and Complicated Grief*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Francisco, CA.

**Bonanno, G. A.** (1995). Some new thoughts on an old idea: Stress and coping during conjugal bereavement. Invited colloquium, Department of Psychology, Yale University, New Haven, CT.

**Bonanno, G. A.** (1995). Grief and the varieties of emotional response. In D. Keltner (Chair), *Universality, Variation, and Functions of Emotional Expression*. Symposium conducted at the American Psychological Society Convention, New York, NY.

**Bonanno, G. A.** (1995). Mourning and emotion: Have we followed Freud down the wrong path? Invited colloquium, School of Public Health, Johns Hopkins University, Baltimore, MD.

**Bonanno, G. A.** (1994). The consequences of emotional avoidance and emotional inhibition during conjugal bereavement. In A. Holen (Chair), *Varieties of Grief Experience*. Symposium conducted at the Fourth International Conference on Grief and Bereavement in Contemporary Society, Stockholm, Sweden.

Holen, A., **Bonanno, G. A.**, & Horowitz, M. J. (1994). Diagnosis of Complicated Grief. In A. Holen (Chair), *Varieties of Grief Experience*. Symposium conducted at the Fourth International Conference on Grief and Bereavement in Contemporary Society. Stockholm, Sweden.

**Bonanno, G. A.** (1994). Emotion regulation and mid-life conjugal bereavement. Paper presented at the *Summer Institute on Successful Midlife Development*, St. Moritz, Switzerland.

Holen, A., Horowitz, M. J., & **Bonanno, G. A.** (1993). Severe grief reactions: Preliminary findings. Paper presented at the Third European Conference on Traumatic Stress, June 8, 1993, Bergen, Norway.

**Bonanno, G. A.** (1993). The clinical implications of emotional avoidance. In J. L. Singer (chair), *How cognitive and personality research can inform clinical practice*. Symposium conducted at the American Psychological Association Convention, Toronto, ON, Canada.

**Bonanno, G. A.** (1993). Dispositional threat avoidance, self-consciousness, and conjugal bereavement. Poster presented at the American Psychological Association Convention. Toronto, ON, Canada.

**Bonanno, G. A.** (1993). Habitual attention to the subjective self and its relation to grief response. Paper presented as part of the series *Personality and the mourning process*. Department of Psychiatry, University of California, San Francisco, CA.

CONFIDENTIAL

**Bonanno, G. A.** (1993).  Avoiding unpleasant emotions: Personality and response dissociation during conjugal bereavement. In A. Holen (Chair), *Complicated grief: Diagnosis and explanations*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

**Bonanno, G. A.**, Hartman, T., & Horowitz, M. J.  (1993).  Depression and idealization in conjugal bereavement.  In A. Holen (Chair), *Complicated grief: Diagnosis and explanations*. Symposium conducted at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

**Bonanno, G. A.** (1992).   The measurement of schematic representations. In N. Field (chair), *Representations of self and other in relation to well-being and psychopathology*. Symposium conducted at the World Congress of Cognitive Therapy, Toronto, ON, Canada.

Bell, M., Lysaker, P., & **Bonanno, G. A.** (1991). Employment, autonomy, and the recovery from schizophrenia: Preliminary empirical findings and implications for treatment. Workshop presented at *The Scope of Psychiatric Rehabilitation, III,* Yale University, New Haven, CT.

**Bonanno, G. A.** (1989). Conscious and unconscious processing, avoidance, and personality. Invited colloquium, Medical Research Council, Applied Psychology Unit, Cambridge, England.

**Bonanno, G. A.**, & Singer, J. L. (1986).  Repression and personality: A review and theoretical integration. Paper presented at the *Repression, Dissociation, and Conflictual Cognitive Contents*. Conference sponsored by the MacArthur Foundation.  Yale University. New Haven, CT.

### Book Reviews

Kaltman, S., & **Bonanno, G. A.**  (2003). Unifying the study of loss and trauma: A review of "Loss and trauma: General and close relationship perspectives," edited by John H. Harvey and Eric D. Miller. *Death Studies,*

**Bonanno, G. A.**  (2000). Evolving (finally) toward new insights on grief and bereavement: Book review of Archer, J. (1999) "The Nature of Grief: The Evolution and Psychology of Reactions to Loss." *Contemporary Psychology: APA Review of Books, 45*, 490-492.

**Bonanno, G. A.**  (1989-90).   Review of "Autobiographical memory" edited by David C. Rubin. *Imagination, Cognition, and Personality, 9*, 177-179.

**Bonanno, G. A.**  (1986-87).  Review of "Telling lies: Clues to deceit in the marketplace, politics, and marriage" by Paul Ekman. *Imagination, Cognition, and Personality, 6*, 99-102.

**Bonanno, G. A.** (1985-86).  Review of "Unconscious: A guide to the sources" by N. Caputi. *Imagination, Cognition, and Personality, 5*, 273-274.

### Awards and Honors

- 2014: ADEC Research Award. Award for contributions in research on bereavement, presented by the Association for Death Education and Counseling.

- 2013: Distinguished Contribution to Arts and Letters. The Lotos Club. NYC.

- 2011: *SPSP Fellow.* Awarded for Distinguished Contributions to Social and Personality Psychology, Society for Social and Personality Psychology.

- 2011: *Harold Yuker Award for Research Excellence.* Division 22 (Rehabilitation Psychology), American Psychological Association, presented for deRoon-Cassini, Mancini, Rusch & Bonanno (2010).

- 2008: *APS Fellow*. Awarded for Distinguished Contributions to Psychological Science, Association for Psychological Science.

- 2006: *Outstanding Teacher Award*, Teachers College, Columbia University.

- 2002: *Certificate of Appreciation: American Red Cross.* Awarded in recognition of service to the New York community following the events of September 11th, 2001. American Red Cross.

- 1989: *Prize Teaching Fellowship*. Yale University, New Haven, CT. Teaching award based on faculty recommendation and student teaching evaluations.

### *Professional Affiliations and Service*

- Member, *High Priority Behavioral and Social Research Networks (R24) Review Group*, Center for Scientific Review, National Institute of Aging (NIA), National Institutes of Health (NIH).

- Editorial Board: *Disaster Health* (2012-present)

- Editorial Board: *Psychological Science* (2012-present)

- Guest Editor: *Emotion* (2011, 2013).

- Editorial Board: *Psychological Trauma: Theory, Research, Practice, and Policy* (2011-present).

- Editorial board: *Journal of Personality and Social Psychology* (2005-present)

- Editorial board: *Psychology and Aging* (2004-present)

- Editorial board: *Personality and Social Psychology Bulletin* (2008-present)

- Editorial board: *Imagination, Cognition, and Personality* (2004-2009)

- Member, *Risk Prevention and Health Behavior Review Group*, Center for Scientific Review, National Institutes of Health (NIH)

- Member, Scientific advisory panel, Center for the Advancement of Health, Washington, DC

- Guest editor of the journal: *American Behavioral Scientist (2000)*

- Steering Committee, Psychology Section: *New York Academy of Science (NYAS)*

- Member, *American Psychological Association* (APA)

A-36

CONFIDENTIAL

- Member, *Association for Psychological Science* (APS)

- Member, *International Emotion Research Group* (ERG)

- Executive Committee member, *International Emotion Research Group* (ERG) (1998-2001)

CONFIDENTIAL

### *Institutional Service*

- Member, Standing Committee on Promotion to Full Professor (2013-present)

- Member, Teachers College Medal Selection Committee

- Chair, Institutional Review Board (IRB) (2005-2009)

- Member, Research Advisory Committee (2007-2008)

- Member, Institutional Review Board (1999-2009)

- Member, Faculty search committee: Social and Organizational Psychology (2000)

- Affiliated faculty, *TC Center on Chinese Education* (2000-present)

- Member, Education Committee for Post-Doctoral Training, Columbia University Psychological Services Clinic (1999-2004)

- Member, Faculty search committee: Counseling and Clinical Psychology (2001)

- Member, Faculty search committee: Counseling and Clinical Psychology (2002)

- Chair, Faculty search committee: Counseling and Clinical Psychology (2003)

### *Department Service*

- Chair, Department of Counseling and Clinical Psychology (2009-2011)

- Chair, Clinical Psychology Program colloquium series (1999-2003)

- Chair, joint counseling and clinical colloquium series (2001)

- Co-author of clinical psychology program's APA self-study (2001)

- Member, Curriculum Review Committee (2000-2001)

- Chair, Financial Aid Committee (2000-2003)

### *Film Consultation*

2008-2009.  "*Rebirth.*" Consultant for documentary film and 9/11 archive project, "Project Rebirth."

2007. *I am legend*. Script consultant/scientific consultant for the feature film. Overbrook Entertainment.

CONFIDENTIAL

### *Volunteer Activities*

2003, *Story Corps,* Sound Portraits Productions, New York, NY. Consultant for nationwide oral history project.

1999-present, *Bronx High School of Science*, Bronx, NY. Faculty mentor to high school students competing in the Intel Science Talent Search.

1996, *Preparing Future Faculty*, Pew Charitable Trust. Faculty mentor to minority graduate students from other institutions.

1993-1994, *Project Open Hand*, San Francisco, California. Volunteer for meal delivery to homebound individuals with HIV disease.

1993-1994, University of California, San Francisco. Volunteer statistics tutor.

CONFIDENTIAL

# Appendix B - Materials Considered

Amato, P. R., & Keith, B. (1991). Parental divorce and the well-being of children: A meta-analysis. *Psychological Bulletin*, *110*(1), 26–46.

Aunger, R. (1995). On Ethnography: Storytelling or Science? *Current Anthropology*, *36*(1), 97–130.

Bava, S., Coffey, E. P., Weingarten, E., Becker, C. (2010). Lessons in Collaboration, Four Years Post-Katrina. *Family Process*, 49(4):543–558.

Berntsen, D., Johannessen, K. B., Thomsen, Y. D., Bertelsen, M., Hoyle, R. H., & Rubin, D. C. (2012). Peace and War: Trajectories of Posttraumatic Stress Disorder Symptoms Before, During, and After Military Deployment in Afghanistan. *Psychological Science*, *23*, 1557–1565.

Bonanno, G. A. (2004). Loss, trauma, and human resilience: Have we underestimated the human capacity to thrive after extremely highly stressful events? *American Psychologist*, *59*(1), 20–28.

Bonanno, G. A. (2005). Resilience in the face of potential trauma. *Current Directions in Psychological Science*, *14*, 135–138.

Bonanno, G. A. (2009). *The Other Side of Sadness: What the new science of bereavement tells us about life after loss*. New York: Basic Books.

Bonanno, G. A. (2012). Resilience and Variability Following Oil Spill Disasters. *Psychiatry: Interpersonal and biological processes*, *75*(3) 236-242.

Bonanno, G. A., & Diminich, E. D. (2013). Annual Research Review: Positive adjustment to adversity–Trajectories of minimal–impact resilience and emergent resilience. *Journal of Child Psychology and Psychiatry*, *54*(4), 378–3401.

Bonanno, G. A., Brewin, C. R., Kaniasty, K., & La Greca, A. M. (2010). Weighing the costs of disaster: Consequences, risks, and resilience in individuals, families, and communities. *Psychological Science in the Public Interest*, *11*(1), 1–49.

Bonanno, G. A., Galea, S., Bucciarelli, A., & Vlahov, D. (2006).  Psychological resilience after disaster: New York City in the aftermath of the September 11th Terrorist Attack. *Psychological Science,* 17, 181-186.

Bonanno, G. A., Galea, S., Bucciarelli, A., & Vlahov, D. (2007). What Predicts Psychological Resilience After Disaster? The Role Of Demographics, Resources, and Life Stress. *Journal of Consulting and Clinical Psychology*, *75*(5) 671-682.

Bonanno, G. A., Ho, S. A. Y., Chan, J. C. K., Kwong, R. S. Y., Cheung, C. K. Y., Wong, C. P. Y., & Wong, V. C. W. (2008). Psychological resilience and dysfunction among hospitalized survivors of the SARS epidemic in Hong Kong: A latent class approach. *Health Psychology*, *27*(5), 659–667.

CONFIDENTIAL

Bonanno, G. A., Kennedy, P., Galatzer-Levy, I. R., Lude, P., & Elfström, M. L. (2012). Trajectories of resilience, depression, and anxiety following spinal cord injury. *Rehabilitation Psychology*, *57*(3), 236–247.

Bonanno, G. A., Mancini, A. D., Horton, J. L., Powell, T. M., LeardMann, C. A., Boyko, E. J., Smith, T. C. (2012). Trajectories of trauma symptoms and resilience in deployed US military service members: prospective cohort study. *The British Journal of Psychiatry*, *200*(4), 317–323.

Bonanno, G. A., Moskowitz, J. T., Papa, A., & Folkman, S. (2005). Resilience to Loss in Bereaved Spouses, Bereaved Parents, and Bereaved Gay Men. *Journal of Personality and Social Psychology*, *88*(5), 827–843.

Bonanno, G. A., Rennicke, C., & Dekel, S. (2005). Self-Enhancement Among High-Exposure Survivors of the September 11th Terrorist Attack: Resilience or Social Maladjustment? *Journal of Personality and Social Psychology*, *88*(6), 984–998.

Bonanno, G. A., Westphal, M., & Mancini, A. D. (2011). Resilience to Loss and Potential Trauma. *Annual Review of Clinical Psychology*, 7:511-535.

Bonanno, G. A., Wortman, C. B., Lehman, D. R., Tweed, R. G., Haring, M., Sonnega, J., Bonnano, G. A. (2002). Resilience to loss and chronic grief: A prospective study from preloss to 18-months postloss. *Journal of Personality & Social Psychology*, *83*(5), 1150–1164.

Burton, C., Galatzer-Levy, I. R., & Bonanno, G. A. (2014). Treatment type and demographic characteristics as predictors for cancer adjustment: Prospective trajectories of depressive symptoms in a population sample. *Health Psychology* (in press).

CDC/SAMHSA, *Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill* (2013), BP-HZN-2179MDL09233427 - BP-HZN-2179MDL09233496.

Colten, C. E., Hay, J., & Giancarlo, A. (2012). Community resilience and oil spills in coastal Louisiana. *Ecology and Society*, *17*(3), 5.

Creswell, J. W. (2013). *Qualitative inquiry and research design: Choosing among five approaches*. Thousand Oaks, CA, US: Sage publications.

Davidson, J. O., & Layder, D. (1994). *Methods, sex and madness*. London England: Routledge.

DeRoon-Cassini, T. A., Mancini, A. D., Rusch, M. D., & Bonanno, G. A. (2010). Psychopathology and resilience following traumatic injury: a latent growth mixture model analysis. *Rehabilitation Psychology*, *55*(1), 1–11.

Deshields, T., Tibbs, T., Fan, M. Y., & Taylor, M. (2006). Differences in patterns of depression after treatment for breast cancer. *Psycho-oncology*, *15*(5), 398–406.

Duncan, T. E., Duncan, S. C., & Strycker, L. A. (2006). *An introduction to latent variable growth curve modeling : concepts, issues, and applications*. *Quantitative methodology series* (2nd ed). Mahwah, N.J.: Lawrence Erlbaum Associates.

CONFIDENTIAL

Fergus, S., & Zimmerman, M. A. (2004). Adolescent Resilience: A Framework for Understanding Healthy Development in the Face of Risk. *Annual Review of Public Health*, *26*(1), 399–419.

Galatzer-Levy, I. R., & Bonanno, G. A. (2012). Beyond normality in the study of bereavement: Heterogeneity in depression outcomes following loss in older adults. *Social Science & Medicine*, *74*(12), 1987–1994.

Galatzer-Levy, I. R., & Bonanno, G. A. (2014). Optimism and death: Predicting the course and consequences of depression trajectories in response to heart attack. *Psychological Science* (in press).

Galatzer-Levy, I. R., & Bryant, R. A. (2013). 636,120 Ways to Have Posttraumatic Stress Disorder. *Perspectives on Psychological Science* , *8* (6 ), 651–662.

Galatzer-Levy, I. R., Bonanno, G. A., & Mancini, A. D. (2010). From marianthal to latent growth mixture modeling: A return to the exploration of individual differences in response to unemployment. *Journal of Neuroscience, Psychology, and Economics*, *3*(2), 116–125.

Galatzer-Levy, I. R., Madan, A., Neylan, T. C., Henn-Haase, C., & Marmar, C. R. (2011). Peritraumatic and trait dissociation differentiate police officers with resilient versus symptomatic trajectories of posttraumatic stress symptoms. *Journal of Traumatic Stress*, *24*(5), 557–565.

Gershon, R. R. M., Rubin, M. S., Qureshi, K. A., Canton, A. N. & Matzner, F. J. (2008). Participatory Action Research Methodology in Disaster Research: Results From the World Trade Center Evacuation Study. *Disaster Medicine and Public Health Preparedness*, *2*(03), 142–149.

Goldstein, B. D., Osofsky, H. J., & Lichtveld, M. Y. (2011). The Gulf Oil Spill. *New England Journal of Medicine*, *364*(14), 1334–1348.

Griffin, C., & Bengry-Howell, A. B.-H. A. (2008). Ethnography in *The SAGE Handbook of Qualitative Research in Psychology*. London England: SAGE Publications Ltd.

Hammersley, M. (1992). *What's wrong with ethnography? Methodological explorations*. New York, NY, US: Routledge.

Hammersley, M. (2006). Ethnography: problems and prospects. *Ethnography & Education*, *1*(1), 3–14.

Harvey, L. J., & Myers, M. D. (1995). Scholarship and practice: the contribution of ethnographic research methods to bridging the gap. *Information Technology & People*, *8*(3), 13–27.

Helgeson, V. S., Snyder, P., & Seltman, H. (2004). Psychological and Physical Adjustment to Breast Cancer Over 4 Years: Identifying Distinct Trajectories of Change. *Health Psychology*, *23*(1), 3–15.

Henderson, T., Sirois, M., Chen, A.-C., Airriess, C., Swanson, D., & Banks, D. (2009). After a Disaster: Lessons in Survey Methodology from Hurricane Katrina. *Population Research and Policy Review*, *28*(1), 67–92.

Johnson, H., & Thompson, A. (2008). The development and maintenance of post-traumatic stress disorder (PTSD) in civilian adult survivors of war trauma and torture: A review. *Clinical Psychology Review*, *28*(1), 36–47.

Jones, E. (2006). Historical approaches to post-combat disorders. *Philosophical Transactions of the Royal Society B: Biological Sciences*, *361* (1468 ), 533–542.

Jones, E., & Wessely, S. (2005). *Shell shock to PTSD: Military psychiatry from 1900 to the Gulf War*. East Sussex, England: Psychology Press.

Jones, E., Vermaas, R. H., McCartney, H., Beech, C., Palmer, I., Hyams, K., & Wessely, S. (2003). Flashbacks and post-traumatic stress disorder: the genesis of a 20th-century diagnosis. *The British Journal of Psychiatry*, *182*(2), 158–163.

La Greca, A. M., Lai, B. S., Llabre, M. M., Silverman, W. K., Vernberg, E. M., & Prinstein, M. J. (2013). Children's postdisaster trajectories of PTS symptoms: Predicting chronic distress. *Child & Youth Care Forum*, 42:351-369.

Lam, W. W. T., Bonanno, G. A., Mancini, A. D., Ho, S., Chan, M., Hung, W. K., Mancini  D., A. (2010). Trajectories of psychological distress among Chinese women diagnosed with breast cancer. *Psycho-oncology*, *19*(10), 1044–1051.

Lam, W. W., Shing, Y. T., Bonanno, G. A., Mancini, A. D., & Fielding, R. (2012). Distress trajectories at the first year diagnosis of breast cancer in relation to 6 years survivorship. *Psycho-oncology*, *21*, 90-99.

Layne, C. M., Warren, J. S., Watson, P. J., & Shalev, A. Y. (2007). Risk, vulnerability, resistance, and resilience: Toward an integrative conceptualization of posttraumatic adaptation. In M. J. Friedman, T. M. Keane & P. A. Resick (Eds.), *Handbook of PTSD: Science and practice*. New York: Guilford Press.

LeCompte, M. D. (1987). Bias in the Biography: Bias and Subjectivity in Ethnographic Research. *Anthropology & Education Quarterly*, *18*(1), 43–52.

Luthar, S. S., Cicchetti, D., & Becker, B. (2000). The construct of resilience: A critical evaluation and guidelines for future work. *Child Development*, *71*(3), 543–562.

Masten, A. S. (2001). Ordinary magic: Resilience processes in development. *American Psychologist*, *56*(3), 227–238.

Masten, A. S., & Narayan, A. J. (2012). Child Development in the Context of Disaster, War, and Terrorism: Pathways of Risk and Resilience. *Annual Review of Psychology*, *63*(1), 227–257.

McLaughlin, K. A., Berglund, P., Gruber, M. J., Kessler, R. C., Sampson, N. A., & Zaslavsky, A. M. (2011). Recovery from PTSD following Hurricane Katrina. *Depression and Anxiety*, *28*(6), 439–446.

McNally, R. J. (2003). Progress and controversy in the study of posttraumatic stress disorder. *Annual Review of Psychology*, *54*, 229–252.

McNally, R. J. (2012). The Ontology of Posttraumatic Stress Disorder: Natural Kind, Social Construction, or Causal System? *Clinical Psychology: Science and Practice*, *19*(3), 220–228.

Muthén, B. (2004). Latent variable analysis: Growth mixture modeling and related techniques for longitudinal data in D. Kaplan (Ed.), *Handbook of quantitative methodology for the social sciences*. Newbury Park, CA: Sage Publications.

Neria, Y., Gross, R., Litz, B., Maguen, S., Insel, B., Seirmarco, G., Marshall, R. D. (2007). Prevalence and psychological correlates of complicated grief among bereaved adults 2.5–3.5 years after September 11th attacks. *Journal of Traumatic Stress*, *20*(3), 251–262.

Norris, F. H., Friedman, M. J., & Watson, P. J. (2002). 60,000 disaster victims speak: Part II. Summary and implications of the disaster mental health research. *Psychiatry-Interpersonal and Biological Processes*, *65*(3), 240–260.

Norris, F. H., Friedman, M. J., Watson, P. J., Byrne, C. M., Diaz, E. & Kaniasty, K. (2002). 60,000 disaster victims speak: Part I. An empirical review of the empirical literature, 1981-2001. *Psychiatry-Interpersonal and Biological Processes*, *65*(3), 207–239.

Norris, F. H., Tracy, M., & Galea, S. (2009). Looking for resilience: Understanding the longitudinal trajectories of responses to stress. *Social Science & Medicine*, *68*(12), 2190–2198.

Norris, N. (1997). Error, bias and validity in qualitative research. *Educational Action Research*, *5*(1), 172–176.

Orcutt, H. K., Bonanno, G. A., Hannan, S. M., & Miron, L. R. (2014). Prospective Trajectories of Posttraumatic Stress in College Women Following a Campus Mass Shooting. *Journal of Traumatic Stress*, *27*(3), 249–256.

Palinkas, L. A., Petterson, J. S., Russell, J., & Downs, M. A. (1993). Community patterns of psychiatric disorders after the Exxon Valdez oil spill. *American Journal of Psychiatry*, 150(10), 1517–1523.Perrin, M., DiGrande, L., Wheeler, K., Thorpe, L., Farfel, M., & Brackbill, R. (2007). Differences in PTSD prevalence and associated risk factors among World Trade Center disaster rescue and recovery workers. *American Journal of Psychiatry*, *164*(9), 1385–1394.

Perry, R. W., & Quarantelli, E. L. (2005). *What is a disaster? New answers to old questions*. Philadelphia, PA: Xlibris.

Pietrzak, R. H., Van Ness, P. H., Fried, T. R., Galea, S., & Norris, F. H. (2013). Trajectories of posttraumatic stress symptomatology in older persons affected by a large-magnitude disaster. *Journal of Psychiatric Research*, *47*(4), 520–526.

Raphael, B. and Maguire, P. (2009). *Disaster Mental Health Research: Past, Present, and Future*. *Mental Health and Disasters*. Cambridge University Press.

Rubonis, A. V, & Bickman, L. (1991). Psychological impairment in the wake of disaster: The disaster–psychopathology relationship. *Psychological Bulletin*, *109*(3), 384–399.

CONFIDENTIAL

Said, E. W. (1993). *Culture and Imperialism.* New York: Vintage. New York: Knopf.

Savage, J. (2000). Ethnography and health care. *BMJ: British Medical Journal*, *321*(7273), 1400.

Sundin, J., Fear, N., Iversen, A., Rona, R., & Wessely, S. (2010). PTSD after deployment to Iraq: conflicting rates, conflicting claims. *Psychological Medicine*, *40*(3), 367–382.

Sze, S. (1988). WHO: from small beginnings. *World Health Forum*, *9*(1), 7–23.

Tang, C. S. (2007). Trajectory of Traumatic Stress Symptoms in the Aftermath of Extreme Natural Disaster: A Study of Adult Thai Survivors of the 2004 Southeast Asian Earthquake and Tsunami. *The Journal of Nervous and Mental Disease*, *195*(1), 54–59.

World Health Organization, definition of Health, *available at*. http://www.who.int/about/definition/en/print.html

Zhu, Z., Galatzer-Levy, I. R., & Bonanno, G. A. (2014). Heterogeneous depression responses to chronic pain onset among middle-aged adults: A prospective study. *Psychiatry Research*, *217*(1–2), 60–66.