# EXHIBIT 4

## TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE DR. DIANE AUSTIN'S OPINIONS AND TESTIMONY**

# The SAGE Handbook of Qualitative Research in Psychology

## Ethnography

Contributors: Christine Griffin & Andrew Bengry-Howell Andrew Bengry-Howell
Editors: Carla Willig & Wendy Stainton-Rogers
Book Title: The SAGE Handbook of Qualitative Research in Psychology
Chapter Title: "Ethnography"
Pub. Date: 2008
Access Date: September 05, 2014
Publishing Company: SAGE Publications Ltd
City: London
Print ISBN: 9781412907811
Online ISBN: 9781848607927
DOI: http://dx.doi.org/10.4135/9781848607927.n2
Print pages: 14-32

CONFIDENTIAL                                    BP-HZN-2179MDL09308792

©2008 SAGE Publications, Inc. All Rights Reserved.

This PDF has been generated from SAGE Research Methods. Please note that the pagination of the online version will vary from the pagination of the print book.

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.               SAGE Research Methods

http://dx.doi.org/10.4135/9781848607927.n2

# Ethnography

ChristineGriffin Andrew Bengry-HowellAndrew Bengry-Howell

**[p. 14 ↓ ]**

**[p. 15 ↓ ]**

# INTRODUCTION

It is relatively unusual for textbooks on qualitative research in psychology to include a chapter on ethnography. Despite the rapid increase in the number of texts on qualitative research in psychology over the past twenty years, several key books on this subject still make no mention of ethnography (e.g. Hayes, 1997; Smith, 2003; Willig, 2001). However, a few texts with a focus on psychological research do cover ethnographic methods to some extent (e.g. Banister et al., 1994; Parker and the Bolton Discourse Network, 1999; Richardson, 1996). One general text on research methods in psychology covering a range of quantitative and qualitative approaches does include a chapter on 'ethnographic and action research' (Uzzell, in Breakwell Hammond and Fife-Shaw, 2000), but this is an exception.

Ethnography is more extensively covered in general social science texts on research methods (e.g. Bryman, 2004; Denscombe, 2003; Silverman, 1997, 2001), and of course ethnography is discussed in considerable depth in anthropological texts (e.g. Aull Davies, 1999; Denzin and Lincoln, 1994;

Fetterman, 1998). To a great extent this reflects the fact that qualitative methods in general and studies using ethnographic methods in particular have been more pervasive and more influential within sociology, education and other social sciences than in psychology. However, it is also a reflection of the selective forgetting process that can assail psychologists. A number of the classic studies in psychology, and especially in social psychology, involve ethnographic and other observational

**SSAGE** research**methods**

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

methods, as discussed later in this chapter. In addition, ethnographic methods remain a substantial force in contemporary psychology, and not only in qualitative social psychological research.

# HISTORY AND DEFINITIONS

## Historical and philosophical context

The historical and academic context in which ethnography emerged is well documented. As a research technique intended to describe the cultures of particular social groups, ethnographic techniques were employed by anthropologists such as Malinowski (1922) and Mead (1928), who investigated the **[p. 16 ↓ ]** sexual practices of island peoples in the Pacific and Polynesian islands respectively. Banister et al. (1994) cite studies by Fanny Wright in 1821 on 'A View of Society and Manners in America', and Harriet Martineau on 'Society in America' in 1827 as early examples of ethnographies of 'everyday life'. A good working shorthand definition of ethnography is 'participant observation', since anthropologists used ethnography to immerse themselves in the culture of the society under investigation in order to describe life in that culture in depth (O'Connell Davidson and Layder, 1994). In many cases, anthropological studies employing ethnographic methods have involved 'First World' researchers investigating various 'Third World' communities. During the 1940s and 1950s, however, American sociologists linked to the University of Chicago used similar techniques to produce ethnographies of urban American working class communities (Denzin and Lincoln, 1994). William Whyte's 'Street Corner Society' (1955) is a classic example of this approach. Whyte's study of the 'Norton Street gang' in Boston's North End focused on a group of young white working class American men. Since then, ethnography has been used widely across many areas of social science research, including psychology.

What of the philosophical underpinnings of ethnography? Contemporary ethnography belongs to a tradition of 'naturalism' which emphasizes the importance of understanding the meanings and cultural practices of people from within everyday contexts. This approach draws on the *verstehen* ('understanding') tradition of interpretative analysis

**SSAGE** research**methods**

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.

SAGE Research Methods

(Hammersley and Atkinson, 1983). Naturalism can be contrasted with positivism, which treats people as objects of scientific investigation, such that the researcher aims to eliminate all traces of his or her 'subjective' bias (e.g. emotional responses, political beliefs, prejudices, expectations etc.) and aims to take an objective, detached 'scientific' stance. Although ethnographic research tends to be allied to the naturalistic tradition rather than to positivism, some ethnographers have also used this method in conjunction with a positivist approach (e.g. O'Connell Davidson and

Layder, 1994).

# Definitions

The textbook by Banister and colleagues on *Qualitative Methods in Psychology* includes a chapter describing ethnography as 'perhaps the original and quintessential qualitative research method' (Banister et al., 1994: 34). In addition, Denzin and Lincoln's *Handbook of Qualitative Research* (1994) locates ethnography very firmly at the centre of the qualitative research tradition, especially as developed in sociology and anthropology. Ethnography is variously defined (in *non-psychology* texts) as a form of observation involving qualitative methods of data collection and analysis, and usually a degree of participation by the researcher in the world that they are investigating. Hammersley and Atkinson's classic text on ethnography (Hammersley and Atkinson, 1983), represents it as a process in which the researcher participates, overtly or covertly, in people's everyday lives for a sustained period, watching what happens, listening to what is said, asking questions and collecting any other relevant information (see also Punch, 1998).

What are some of the defining features of ethnographic research? Ethnography focuses on cultural interpretation, and aims to understand the cultural and symbolic aspects of people's actions and the contexts in which those actions occur. Ethnographic research usually focuses on a specific group of people or a case involving culturally significant practices or actions. In addition, Punch (1998) and Denscombe (2003) identify several important features of the ethnographic approach

- Ethnography is founded on the assumption that the shared cultural meanings of a social group are vital for understanding the activities of any social group.

The SAGE Handbook of Qualitative Research in Psychology: Ethnography
**SSAGE** research**methods**

CONFIDENTIAL

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.

SAGE Research Methods

The task of the ethnographic researcher is to uncover those meaning. For ethnographic researchers, routine and mundane aspects of everyday life are considered worthy of investigation as research data.

- Ethnographic researchers are attuned to the meanings that behaviour, actions, contexts and events have from the perspective of those involved. Ethnography seeks an insider's perspective, aiming to understand a phenomenon from the points of view of those involved – which can be diverse, complex and contradictory.
- A specific social group or case will be studied in its 'natural' setting: i.e. not in the research laboratory or in an artificially manipulated or controlled environment. A full ethnography involving participant observation entails the researcher becoming part of this 'natural' setting.
- Ethnographic studies tend to be relatively loosely structured, evolving and developing over time in relation to the activities, events and cultural practices and priorities of the group being studied. Research questions, hypotheses and data collection procedures may develop as the study proceeds, although most ethnographic studies do begin with a set of research questions, an overall research design and a strategy for data collection and analysis.
- Ethnography is a multi-method form of research including structured or semi-structured questionnaires and/or interviews, non-participant through to full participant observation (PO), diaries, film or video records and official documents (Banister et al., 1994). A sustained period of fieldwork is central to the ethnographic approach, in which the researcher spends substantial periods of time 'in the field', working or living alongside the research participants in order to immerse themselves fully in the cultural and social milieu of those under investigation. Fetterman (1998: 35) defines PO as combining 'participation in the lives of the people under study with maintenance of a professional distance'.
- Ethnographic research frequently involves prolonged periods of data collection. This is partly because it usually takes time for the researcher to become sufficiently familiar with the cultural world being studied. Ethnography tends to involve a holistic approach, emphasizing the inter-connectedness between people and social processes. There is a commitment to avoid isolating aspects of a given culture or social process from the wider context in which it exists (Denscombe, 2003).

The SAGE Handbook of Qualitative Research in Psychology: Ethnography



CONFIDENTIAL

BP-HZN-2179MDL09308797

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

- Ethnographers have devoted considerable attention to reflexivity: that is, they recognize that as researchers they are part of the social world they are studying and cannot avoid having an impact on the phenomena under investigation. Unlike many positivists or experimental researchers, ethnographers do not set out to deny their impact on the world they are studying, rather their aim is to understand this in a systematic and rigorous way as an inevitable part of the research process (Aull Davies, 1999).

Increasingly, ethnographic researchers tend to draw on a social constructionist approach. That is, their accounts of the world of a specific group or culture being studied are viewed as skilled, informed and crafted constructions rather than as objective 'truths' about the world (Aull Davies, 1999; Burr, 1995; Clifford and Marcus, 1986).

Steier is an advocate of a constructionist approach in which researchers acknowledge their role in constructing the world of those that they constitute as the subjects of their inquiry (Steier, 1991). Self-reflexivity, for Steier, is fundamental to the research process and challenges a researcher to create ways of relating research stories in which they, as teller of the tale, and the constructing processes are not eliminated. Steier suggests that research should be viewed as a translation process in which a researcher attempts to build bridges of understanding between communities that speak a different language. Viewing research as 'translation' in this way, Steier argues, forces a de-privileging of the researcher's views and awareness that there are other perfectly legitimate conversations that fit, and indeed constitute, the world of its participants. Steier refers to 'participants' whom he engages with in his research as 'reciprocators' in an acknowledgement of the relational nature of a constructionist approach. He refers to the process of generating understanding of the world of his reciprocators as a co-constructive process in which they are actively involved.

To illustrate these points, Steier refers to research he worked on with members of a family therapy project at the University of Oslo, in which he examined how the co-construction of 'family' takes place in the practice of family therapy (Steier, 1991). One of the methods used involved the review of videotaped therapy sessions by members of**[p. 18 ↓ ]** the project team. During these review sessions (which were also taped), team members had the opportunity to stop the videotape and question the therapist

The SAGE Handbook of Qualitative Research in
Psychology: Ethnography
**⑤SAGE** research**methods**

CONFIDENTIAL                    BP-HZN-2179MDL09308798

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

about why they took certain action or made particular statements. These questions served as 'take off points' for conversations about how certain elements of the family story were constituted by different members of the team as being significant. Within the context of these conversations, it was commonplace for an addressee to respond to a question by turning it around, by asking the addressor to explain what led them to stop the tape at a particular point and not earlier. This process was one in which *all* members of the team were accountable for the features of the therapy process that were deemed as unusual or worthy of exploration.

# ETHNOGRAPHIC AND OBSERVATIONAL METHODS IN PSYCHOLOGICAL RESEARCH

Although ethnography is not a common approach in psychological research, some of the classic psychology studies have involved ethnographic and other observational methods. An early example of the use of observational methods in social psychology is the classic Marienthal study of the social and psychological impacts of long-term male unemployment on an Austrian community during the 1930s. The ground-breaking work of Paul Lazarsfeld, Marie Jahoda, Hans Zeisel and their eleven colleagues involved a range of research methods, including semi-structured interviews and systematic observation (Jahoda, Lazarsfeld and Zeisel, 1972). This study emerged from a phenomenological strand in psychology and social science, operating from a realist perspective and a concern for social issues, especially the lives of subordinated and impoverished working class people.

Marienthal had been totally dependent on the textile industry, which collapsed in 1929. In late 1931 the research team began to collect all available material relating to the conditions of life among the inhabitants of the village (Lazarsfeld, 1932). This involved interviews, systematic participant observational methods as well as the collection of quantitative data. This combination of methods was chosen for ethical as well as empirical reasons. The researchers felt that asking the working class population of Marienthal to produce 'psychological self-observations' would probably



CONFIDENTIAL                                        BP-HZN-2179MDL09308799

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

prove distressing. As Marie Jahoda and colleagues (1972: 1) put it some 40 years later, they aimed 'to find procedures which could combine the use of numerical data with immersion *(sich einleben)* into the situation …to gain such close contact with the population of Marienthal that we could learn the smallest details of their daily life'.

The researchers at Marienthal also made a principled decision to become involved in the daily life of the community they were studying in an attempt to 'give something back', but also to improve the quality of their empirical work. For example, free medical consultations were provided each week by a female paediatrician and an obstetrician, and research field-notes were kept on consulting room conversations, in order to combine research benefits for the team with medical benefits for the community (Fryer, 1987). The research team felt that 'no researcher should act as "a mere reporter or outside observer"' (Jahoda et al., 1972: 5), and the team spent a total of 120 working days in Marienthal.

The researchers classified participants into a number of categories intended to reflect their psychological and social responses to the long-term unemployment of adult men in the community. In Marienthal, some 70% of households were assigned to the category of 'resignation': involving an absence of plans or hopes for the future, although they also maintained their households, cared for their children and reported a feeling of relative well-being. In addition, some 2% of households were categorized as 'in despair' and a further 3% as 'apathetic', or involving 'complete passivity and absence**[p. 19 ↓ ]** of effort' (Fryer, 1987: 84). The remaining 23% of families were characterized by maintenance of the household, care of children, subjective well-being, plans for the future and continued attempts to find employment. The Marienthal researchers made a clear connection between the 'broken' attitude of families in despair and apathy, and the level of household income. In 1930s Austria, the unemployment relief laws meant that after a specified period, unemployment payments were replaced by emergency relief, which eventually ran out altogether. Some families in Marienthal therefore had no income whatsoever, and their experience of unemployment was particularly psychologically destructive as a consequence of this.

Some of the classic studies in the expanding arena of American social psychology following World War II involved observational methods. Festinger's participant observation study of a millenarian religious cult group, published as 'When Prophecy

Page 9 of 33                    The SAGE Handbook of Qualitative Research in
Psychology: Ethnography
**SSAGE** research**methods**

CONFIDENTIAL                                        BP-HZN-2179MDL09308800

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

Fails' (Festinger, Riecken and Schachter, 1956), examined cult members' responses when their cherished belief that the world would end in a catastrophic flood on a specific date was disconfirmed. Festinger and his colleagues and a number of hired observers pretended to be converts and joined the group as participant observers, gathering data covertly before and after the date on which the world was prophesied to end (Bryman, 2004).

In this study Festinger and colleagues intended to test the hypothesis that it is possible for people to hold a belief *more* strongly after that belief has been disconfirmed, provided that certain conditions are met. Festinger and his colleagues did indeed confirm their hypothesis, and it might be argued that only an ethnographic approach could have provided evidence of this kind on people's responses to a challenge to their strongly held beliefs in such a 'naturalistic' setting. However, as we shall see later, Festinger's study involved covert observation, so the consent of participants was not obtained prior to the start of the project: indeed the 'genuine' cult members had no idea they were taking part in a research study. This scarcely conforms to current ethical guidelines according to which researchers are expected to obtain participants' informed consent before conducting their investigations. This project did, however, provide important and influential evidence that counter-intuitively and under certain conditions, people can hold certain beliefs *more* strongly after they have been very obviously disconfirmed.

A later example of a classic psychology study involving a form of observational method is Rosenhan's 1973 'field stimulation' project, in which eight people attempted to gain access as patients to mental hospitals in the USA (Rosenhan, 1973). In such 'field stimulation' projects, the researcher intervenes directly in a 'natural' setting in order to observe what happens. Many of the classic US psychology studies of the 1930s, 1940s, 1950s and 1960s followed this format, frequently in an attempt to investigate socially and politically significant issues such as racial prejudice (e.g. Daniel, 1968; LaPiere, 1934).

Rosenhan's team of eight 'pseudo-patients', as they were known, approached twelve mental hospitals in total. Each said that they were hearing voices and all twelve were admitted to hospital, eleven out of the twelve with a diagnosis of schizophrenia. As soon as they had entered the hospitals, the twelve 'pseudo-patients' ceased exhibiting



CONFIDENTIAL                                        BP-HZN-2179MDL09308801

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.

SAGE Research Methods

any 'symptoms' and the researchers then observed how long it took before these 'pseudo-patients' were discharged. The length of hospital stay varied from seven to 52 days, with a mean of 19 days, and the researchers observed a high percentage of psychiatrists (71%) and nurses (88%) ignoring the 'pseudo-patients' daily pleas regarding their sanity and requests for release.

'Field stimulation' projects differ from classic ethnographies in a number of respects. Firstly, participants in field stimulation studies are more likely to be unaware that they are being observed and studied. Secondly, field stimulation studies are usually more structured than ethnographic research projects, since the researchers are frequently**[p. 20 ↓ ]** expected to follow a strict series of actions and behaviours as part of a structured manipulation of events. In addition, field stimulation studies are usually associated with a positivist approach, whereas ethnographic research tends to be linked to the 'naturalistic' or interpretative tradition.

In addition to the use of ethnographic and other observational methods in some classic psychology studies, there are also many examples of ethnographic studies in related disciplines that nevertheless address issues of relevance for psychology. Examples cited here include Paul Willis's text 'Learning to Labour' (1977), Erving Goffman's 'Asylum' (1961), and anthropologist Daniel Miller's research text 'Shopping, Place and Identity' (Miller, Jackson, Thrift, Holbrook and Rowlands, 1998). Paul Willis's 'Learning to Labour' is generally viewed as a classic ethnographic study in the related fields of sociology, education and cultural studies. It has had an international influence that remains strong some 25 years since its publication (Dolby and Dimitriadis, 2004). We would also argue that, despite its prominence in the fields of cultural studies and the sociology of education, psychologists also have something to learn from Willis's text.

'Learning to Labour' focused primarily on a group of young white working class men Willis referred to as part of a 'counter-school culture': they called themselves 'the lads' (Willis, 2000). Willis followed 'the lads' through their last 18 months in the 5th form of a working class state comprehensive school in the industrial English West Midlands during the mid-1970s. He interviewed boys in the school, as well as teachers, careers advisers and some parents, spending considerable periods of time 'hanging around' in the school's Youth Wing. Willis followed 'the lads' into employment, working alongside them for several weeks in predominantly low paid and low status manual factory jobs.

The SAGE Handbook of Qualitative Research in
Psychology: Ethnography



CONFIDENTIAL

BP-HZN-2179MDL09308802

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved. SAGE Research Methods

His primary research interest was to try and understand why so many working class young men like these 'failed' in the state education system of the period.

What 'Learning to Labour' focused on was the everyday lived culture of 'the lads': their opposition to the authority of teachers and their rejection of the conformist 'pro-school' route taken by those of their peers they referred to disparagingly as 'ear' oles' (Willis, 1977). The lads' assertively rough, brash masculine style, their celebration of their ability to 'have a laff' in even the most inauspicious circumstances, and their concerted opposition to academic work led them inexorably, Willis argued, into the sort of dead end, low paid manual jobs their fathers had done before them. What Willis later termed 'the tragic irony at the heart of their culture' led these young men to 'voluntarily' choose a life of hard manual labour (and later unemployment in most cases) that did them considerable physical, economic and psychological harm. Although Willis's analysis in 'Learning to Labour' stressed the collective nature of the lads' counter-school culture, his work is equally relevant for social psychologists because he elucidates a process whereby people appear to act and think in ways that go against their own interests, in a way that appears to be irrational. The work of Willis and Festinger therefore has more in common than one might expect.

Willis's work has an additional connection with social psychology, since in 1979 the then Social Science Research Council (now the ESRC) funded a social psychologist (Christine Griffin, henceforth CG) to conduct a female version of 'Learning to Labour'. CG was based, like Willis, at Birmingham University's Centre for Contemporary Cultural Studies, and the outcome of the study was published as 'Typical Girls?' (Griffin, 1985). The study employed a combination of informal semi-structured interviews and systematic non-participant observation. Griffin found no direct equivalent to 'the lads" anti-school culture leading young women into specific sections of the job market; however, she argued that young women faced parallel pressures to get a job and to 'get a man' as they negotiated the transition to adult (heterosexual) femininity (Griffin,

1986).

**[p. 21 ↓ ]**

The SAGE Handbook of Qualitative Research in Psychology: Ethnography



CONFIDENTIAL BP-HZN-2179MDL09308803

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.

SAGE Research Methods

# KEY ISSUES RELATED TO ETHNOGRAPHIC AND OBSERVATIONAL METHODS

## Representation, engagement and 'bias'

O Connell Davidson and Layder (1994: 185) argue that 'perhaps more than any other method, participant observation requires that we reject the notion of researcher as a detached "objective" scientist who manipulates the subjects of the research by controlling the variables that affect their behaviour. However, this does not mean that the validity of ethnographers interpretations of their data is not a crucial issue. The 'realist perspective would aim to present an accurate and truthful picture of the social world under investigation. By watching people over time in different situations, by talking to them and others about what you have seen and how you interpret it, it is possible to obtain more reliable and richer data (O Connell Davidson and Layder, 1994). This would be the approach taken the early version of Grounded Theory, in which Glaser and Strauss (1967) argued that data should 'fit' the theory closely. That is, the researchers concepts and categories of analysis should emerge from the data and not be 'imposed upon it as a consequence of the researchers theoretical perspective (or political views). In addition, Grounded Theory argues that researchers interpretations of field data should be recognizable to the people taking part in the study.

O Connell Davidson and Layder (1994) identified a substantial problem with this latter thesis when they discussed the social and structural relations of power and domination that pervade the social context in which all research takes place. Participants perspectives on the social worlds they inhabit will necessarily be structured by 'macro' issues such as social class, racialization, gender and sexuality. The usual focus of ethnographers on the 'micro' level of social relations between individuals in social groups can lead them to neglect the significance of these wider issues of power and control. O'Connell

The SAGE Handbook of Qualitative Research in
Psychology: Ethnography

**SSAGE** research**methods**

CONFIDENTIAL

BP-HZN-2179MDL09308804

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.   SAGE Research Methods

Davidson and Layder (1994) argue that both micro and macro aspects of any situation must be recognized and reflected in ethnographic research.

Paul Willis, a passionate advocate of the benefits of ethnographic research and editor of the academic journal *Ethnography*, treats the researcher's 'history, subjectivity and social positioning as a vital resource for the understanding of, and respect for, those under study' (Willis, 2000: 113). In his view, the direct, sustained, face-to-face interaction with participants that is central to ethnography can never hope to produce a picture of 'reality'. For Willis, ethnographic fieldwork is 'some kind of entry into debate, an attempt to grapple with a puzzle … whose temper and pace leads you to want to encounter others who bear moving parts of the puzzle (Willis, 2000: 113). Willis advocates a form of 'theoretical confession, in which the history, theoretical position and subjectivity of the researcher is stated as explicitly as possible in order to inform the reflexive aspect of ethnographic study. Above all, such a 'theoretical confession enables researchers to notice and reflect on those moments when they felt surprised by events occurring 'in the field', informed always by theory. In this way, argues Willis, ethnography can avoid the tendency to descriptive empiricism that has characterized much ethnographic research.

There is another approach to ethnography that is frequently contrasted with the 'realist' perspective cited above: that is, the 'relativism that characterizes post-modern and post-structuralist versions of ethnographic research (Marcus, 1994). The relativist perspective rejects the notion of the researcher as a detached, value-free and objective observer that is central to the positivist project. It also rejects the committed stance adopted by feminist and other politically engaged researchers who view their work as 'giving voice to marginalized and oppressed groups[1]. Relativism would eschew taking a stand of any kind in relation to groups of individuals, preferring to examine the ways in which claims to truth and knowledge are produced in the social world, including**[p. 22 ↓ ]** in the research process itself. The relativist perspective has fuelled a fundamental critique of the tendency in some ethnographic research to speak on behalf of participants, such that researchers present their interpretations as authoritative accounts of 'how things really are'. From a relativist perspective, all research analyses and processes are socially constructed in particular discursive contexts (Griffin, 2000).

The SAGE Handbook of Qualitative Research in
Psychology: Ethnography
**⑤SAGE research methods**

CONFIDENTIAL                                              BP-HZN-2179MDL09308805

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

# Interpretation and the analysis of observational data

The recording, interpretation and analysis of ethnographic data are complex processes that are seldom defined with clarity. Recording material 'in the field' poses particular problems for ethnographic researchers. It may be possible to record material in audio and/or video format, or to take detailed field-notes. However, all such activities are relatively intrusive, and it may also be impossible to record material in any of these ways. One alternative is to use mobile phone technology, a Dictaphone mini-disc recorder or a digital MP3 player/recorder to record 'on the spot' notes for later elaboration at the end of each research period. Research field-notes should focus on material relevant to the primary research questions of the study, and also allow scope for apparent 'diversions' around those themes. Depending on the topic under investigation, research field-notes can focus on key 'episodes', specific individuals or small groups, particular events, or a combination of all of these. It is important to remember that all methods/techniques for recording research information are necessarily selective: even video footage cannot ever record all the subtleties of human social encounters (Griffin, 2007).

Banister and colleagues point out that in most ethnographic studies, research field-notes are one of the most commonly-used techniques of data collection (alongside audio-taped interviews and video footage). Such field-notes tend to consist of 'relatively concrete descriptions of social processes and their contexts', which may be the main record on which your analysis is based (Banister et al., 1994: 40). Central to the ethnographic method, and an adjunct to the issue of reflexivity mentioned later in this chapter, are the 'memos' or notes on the research process kept throughout the fieldwork period. Such notes might include points on how participants and/or gatekeepers view the researcher, analytic points to feed into the interpretation of the research material, and notes on feelings and reactions of the researcher at different points in the research process.

Such memos operate as field notes that take the form of reflections on the position of the researcher in the 'field': a form of reflexive journal if you like. An example of the

The SAGE Handbook of Qualitative Research in
Psychology: Ethnography



CONFIDENTIAL                    BP-HZN-2179MDL09308806

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.     SAGE Research Methods

generative potential of such reflexive notes can be found in CG's experiences in a study of young working class women moving from school to the job market during the early 1980s (Griffin, 1985). The 'Typical Girls?' project fell into two main stages, based in a range of Birmingham state secondary schools and workplaces. As the sole research worker, CG interviewed 180 5th and 6th form female school students individually or in small groups, including young middle- and working-class women, Asian, African Caribbean and white students (and some boys), as well as teachers and careers advisers. The second stage of the project was a longitudinal follow-up of 25 young white working-class women from the 5th form into their first two years in the job market. This involved informal interviews in coffee bars, pubs and in the young women's homes; with their families and friends; and ethnographic case studies in ten of their workplaces.

Each of the six schools participating in the study was visited at least three times, and the first visit usually involved an informal chat with the head teacher. The study was described as 'a project about girls leaving school and starting work', and CG never mentioned feminism, equal opportunities or anything that might be deemed 'political'. It soon became clear that the project was viewed as unusual and that CG was frequently assumed to be a feminist simply as a woman researcher interested in young**[p. 23 ↓ ]** women's lives (Griffin, 1986). On the first visit to one co-educational comprehensive school, the headmaster stated that 'this equal opportunities thing is a waste of time, and that CG was wasting her time talking to 5th form girls at the school, because 'they will mainly end up working on the streets like their mothers. In contrast, the headmistress of a large girls' comprehensive school viewed the study in far more favourable terms. She recounted her experiences of the barriers to women's promotion in teaching, and stated that 'girls have such a low self-image, and so do women teachers, I'm all in favour of your project.

Despite their very different views, both of these head teachers made similar assumptions about the 'political' nature of the study, and it became clear that this was shared by some of the young women involved in the project. When one young woman ('Jeanette') was visited in her job as an office junior in a small printing shop, she introduced CG by striding into the middle of the floor, raising a clenched fist and shouting: 'This is Chris, she's doing a project on me – women's lib. Feminism had never been discussed in any explicit way prior to this point, and had CG ever entertained any misguided hopes of passing as an apolitical, inconspicuous observer, they dissolved

The SAGE Handbook of Qualitative Research in
Psychology: Ethnography
**SSAGE** research**methods**

CONFIDENTIAL                                                     BP-HZN-2179MDL09308807

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.          SAGE Research Methods

with every shake of Jeanette's clenched fist. Rather than treating these incidents as problems demonstrating that CG's presence as a researcher had 'contaminated the field', we prefer to view these events as reflecting important aspects of the way in which young women such as Jeanette are constructed and treated in the education system and the job market (Griffin, 1989).

# Ethics, access, deception and gaining informed consent

Discussions about ethical issues in social research tend to revolve around a number of specific areas (Bryman, 2004; Diener and Crandall, 1978):

- Whether there is harm to participants
- Whether there is a lack of informed consent
- Whether there is an invasion of privacy
- Whether deception is involved.

We can consider the implications of each of these areas in relation to the study by Festinger and colleagues of a religious cult described earlier in this chapter (Festinger et al., 1956). The Festinger study involved covert observation, so 'genuine' cult members were unaware they were participating in a research project until after the field work phase was completed. They therefore did not give their consent (informed or otherwise) to participate in the study, and nor were they offered the opportunity to do so. It is also possible to argue that because eight researchers joined the cult group at a crucial period immediately prior to the moment at which the world was supposed to end, this event in itself might have fuelled the strongly held beliefs of cult members even further, doing them psychological harm and affecting the results of the study to some extent (Bryman, 2004). Some researchers involved in covert ethnographic studies of this kind have justified their actions by arguing that it would not be possible to conduct research on such issues if informed consent was required. This is what Bryman (2004) refers to as 'the end justifies the means' argument.



CONFIDENTIAL                                              BP-HZN-2179MDL09308808

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.  SAGE Research Methods

Informed consent, deception and invasion of privacy are all hotly debated issues in psychological research, and these issues are especially acute in relation to ethnography. The latter can involve covert observation, which raises obvious dilemmas regarding the lack of informed consent and potential deception, but even overt ethnography is not immune from such difficulties. Assuming a covert role in ethnographic research means that most or all participants are unaware that the researcher is conducting an investigation. A totally covert role would mean that the researcher was completely 'under cover', and avoids the need to negotiate access to the research site in anything other than the researcher's 'under cover' role. In a totally overt role, *all* the people the researcher comes into contact with would be aware that she/he**[p. 24 ↓ ]** was conducting a research study. In most ethnographic studies the researcher is in a relatively overt role with key participants, but may come into contact with many people who of necessity remain unaware of her/his activities. So the distinction between overt and covert observation regarding the question of consent is seldom clear-cut. However, this does not mean that ethnographic researchers pay little attention to ethical issues involving consent, deception, privacy and harm – on the contrary.

The advantages of covert ethnography are that it minimizes problems associated with negotiating access and participants are unlikely to adjust their behaviour to the presence of a researcher – although they may still adjust their behaviour to the presence of the person who is conducting the research without realizing they are involved in an investigation (the problem of reactivity). Difficulties of covert ethnography include the problem of how to take research field-notes (repeated visits to a toilet to make concise field-notes for fuller transcription later, or the use of hidden body-microphones have been classic solutions to this problem); the inability to use other methods; and of course, the ethical problems associated with covert observational research.

'Closed' settings involve groups or organizations that may be relatively formal and/or have entrance restrictions. Negotiating access is likely to be difficult. 'Open' or public settings usually make access easier, but they are not necessarily without problems. Many ethnographers emulate the practice of Whyte in his classic study 'Street Corner Society' (1955) in his approach to negotiating access to the urban working-class male gangs in Boston's North End. Whyte developed a relationship with 'Doc', who acted



CONFIDENTIAL
BP-HZN-2179MDL09308809

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

as a sponsor, gate-keeper and key informant. In the process of gaining access to participants or the 'field', ethnographic researchers must be prepared to meet potential participants on the latter's terms: after all, they are on participants' territory. Later in this chapter, we discuss Andrew Bengry-Howell's experiences when negotiating access with young male car modifiers in relation to various tests of his credibility.

# POTENTIALITIES AND LIMITATIONS OF ETHNOGRAPHIC METHODS

Ethnography has a number of advantages and limitations, and in some cases its advantages can also operate as limitations. There is no one design for an ethnographic study. Its flexibility and relatively open structure can enable researchers to generate original insights and innovative methods. However, this very flexible approach can be difficult to handle. Ethnographic research takes time and is therefore relatively expensive compared to other research methods. The findings from ethnographic studies may not be readily encapsulated into a series of neat bullet points. However, the richness, diversity and complexity of human cultural life from the perspective of 'insiders' is likely to be reflected in good ethnographic research, and this can generate invaluable insights and contributions to knowledge that would not emerge using any other research method (see Box 2.1 for a brief practical guide to doing ethnographic research).

Ethnography is particularly valuable in situations in which the phenomenon under investigation is novel, different or unknown; when researchers are interested in a specific culture or social process; especially in complex behavioural settings including organizations or institutions. Ethnography can be an excellent first stage in a longer research process, providing a means of gaining an initial insight into a culture or social process, or it can stand as a distinctive research method in its own right (Punch, 1998).

Other advantages of ethnographic and observational methods include the capacity to include an examination of collective cultural practices and a fuller sense of the complex and diverse social context of people's lives in the analysis. An illustrative example here is Valerie Hey's ethnographic study of girls' friendship groups in schools, which

CONFIDENTIAL                                        BP-HZN-2179MDL09308810

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.          SAGE Research Methods

[p. 25 ↓ ]

# BOX 2.1 Doing Ethnographic Research: A Brief Practical Guide

(informed by Fetterman, 1998)

- Find the time and the money to do an ethnographic study.
- Are your research question(s) suited to the use of ethnographic methods? Does ethnography have the potential to generate insights that would be unobtainable by other means? You should also decide on your theoretical and epistemological perspectives and analytic approach at this stage.
- Consider the ethical issues raised by this study, especially questions of informed consent, covert and overt observation, and power relations throughout the research process. Develop your ethical strategy, including contract with participants.
- Plan your research design based on the period of time available for field-work, the nature of the research topic and the phenomenon under investigation. Plan your strategies for entry to and exit from 'the field', as well as what methods you will use during the field-work period.
- Select your field-work site, potential participants, gate-keepers (if appropriate), who and what *not* to include in the study. The most common strategy is the 'big net approach, mixing with lots of people then beginning to narrow your focus down to specific situations and individuals. Informality, acting on hunches, and using your intuition are all common features of ethnographic research, though more formal and structured designs are also used.
- Entering 'the field': How will you describe your study? What will you wear? Develop a safety strategy that might involve working in pairs or phoning a colleague when you enter and leave 'the field'. The best method is usually to gain access via an intermediary, and another alternative is to 'hang around until you gain the trust of key members of the community you are studying. Note who might avoid you as a result of your contact with gate-keepers, and try to include them in your study.

SSAGE researchmethods

CONFIDENTIAL                                        BP-HZN-2179MDL09308811

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                SAGE Research Methods

- Common techniques used in ethnographic research:
    - (a) Participant observation (PO) or 'immersion in the field':
      Ideally should last at least 6–12 months, otherwise you are using
      ethnographic techniques, and not doing a true ethnography. Decide
      how to record your research field-notes (always date them).
    - (b) Interviewing: the ethnographer's most important technique:
      sometimes described as a 'conversation with a purpose'. Interviews
      can be informal or more structured: develop an interview schedule if
      appropriate. Digital or audiotape recording is preferred, but may not be
      possible, so you may have to rely on field-notes at times. Decide on
      a strategy if participants ask you questions about the study or about
      yourself. How transparent do you want to be, and what is appropriate
      for the project? Make a Research Methods file reflecting on people's
      reactions to you and your reactions to them throughout the research
      encounter. Make a Theory/Analysis file recording any ideas arising
      from the field-work that link to areas of theory or relevant research
      literatures.
    - (c) Questionnaires and diaries might also be used. Plan the formats
      of questionnaires and diaries in advance and decide on instructions to
      participants, consider how and where these might be completed.
    - (d) Unobtrusive measures: be aware of lack of informed consent
      involved in this aspect of ethnographic research. Unobtrusive
      measures might include noting information about 'outcroppings'
      such as what people wear, the appearance of an area or layout of a
      building; collecting written or visual reports or records; 'proxemics',
      or noting how close people stand to one another (and to you) when
      interacting; other aspects of non-verbal behaviour, such as the
      organization of seating in a room and how this might affect the pattern
      of social interaction; and collecting folk-tales, or pervasive myths and
      stories that circulate in a given culture or social group.
- Exiting 'the field': develop a strategy for leaving the field, deciding how you
  will end relationships with research participants, and what your obligations
  are to them.
- Analysis: transcribe all field-notes and interviews as close to verbatim as
  possible. Organize, collate and anonymize your data. Remember that this
  process commences at the start of the project. Familiarize yourself with

SSAGE researchmethods

CONFIDENTIAL                                              BP-HZN-2179MDL09308812

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.

the data and look for negative cases as you develop your analysis. Be systematic and rigorous in your analysis.
- Writing up and other forms of dissemination: decide on your audience(s) and the format for dissemination. Decide on your standpoint(s), narrative form and focus for your dissemination. What do you want to say and to whom, and why? Decide how far and whether you want to write yourself in to the dissemination of the outcomes of the study. Avoid revealing any 'secrets' you might have discovered in the course of field-work unless you have a good reason to do so. Ethnography is sometimes described as a process of 'making the strange familiar and the familiar strange'. Have you done this?

## [p. 26 ↓ ]

highlights the important role played by passing notes in class (Griffin, 2000; Hey, 1997). Hey's feminist ethnographic study of girls' friendship groups in two urban secondary schools during the 1980s involved short visits to classes in one of the schools; participant observation in one class over three terms; informal interviews with teachers and girls from a range of social class and ethnic groups; and a period spent 'shadowing' a friendship group.

Part-way through the project, Hey began to take note of the notes the girls passed between themselves while at school, and she collected over 70 notes as a form of cultural artefact. Text messaging on mobile phones has largely replaced these notes, although the principle remains the same. Hey discusses the dilemmas she experienced in making these notes publicly available as part of her research data, and also the social and cultural importance of these texts to the operation of girls' friendship groups. As she put it: 'if I had not also been attending to the flux of girls' friendships through observations and interviews I would have had little purchase upon the [notes'] actual sequence, let alone their importance [as] fragmentary moments in the making of schoolgirl selves' (Hey, 1997: 51). As Griffin (2000: 20) has argued elsewhere,

> If Hey had only conducted an analysis of the notes as written texts, she would have had a more limited appreciation of their role as *material* manifestations of girls' complex and intense interpersonal relationships. If she had only carried out interviews with girls, even in a longitudinal

CONFIDENTIAL

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.

> study, she would not have been able to appreciate the hidden and
> secretive nature of the girls' friendship groups, which were designed to
> keep all adults and young males on the outside.

Limitations of ethnographic and observational research include the considerable time
involved in setting up and carrying out field work and interpreting complex datasets; and
the specialist training required for ethnographic and observational methods, which is
seldom available in Psychology degree programmes at undergraduate or postgraduate
levels. In addition, the collection and interpretation of observational data are complex
and specialized activities.

# EXAMPLES FROM OUR OWN RESEARCH

In this section, we discuss Andrew Bengry-Howell's (henceforth ABH) PhD research
based on an ethnographic study with young working-class men who modify their cars.
This involved an extended period of ethnographic non-participant observation and
interviews with approximately 30 young men engaged in car modification projects
(Bengry-Howell, 2005). This section will explore how these data were collected and
analysed, and the particular advantage offered by ethnographic methods in enabling
ABH to contact a group of participants that had already proved resistant to involvement
in the research process via semi-structured interviews alone. The fieldwork for this
project was conducted during the summer of 2002 on car parks outside of McDonalds,
Halfords and other commercial retail outlets situated in out-of-town retail parks and
shopping centres in the West Midlands and North Wales. The research participants
were young male car owners aged between 17 and 25, all of whom were employed and
living with their parents.

'Car modifiers' and 'cruisers' are highly visible in terms of their highly stylized cars with
loud stereo systems and the speed at which many drive. However, when it comes
to engaging them in a research project, they can be somewhat more elusive. ABH
began this project with minimal knowledge of or interest in car modification, but was
fascinated by the meaning of this car-based cultural form to car modifiers. He began his

**SAGE** research**methods**

CONFIDENTIAL

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

fieldwork by attempting to recruit research participants from a group of young men who congregated in their modified cars twice a week on a McDonalds' forecourt in a West Midlands city. Although most of these young men seemed uninterested in participating in his project, ABH made arrangements to meet**[p. 27 ↓ ]** a small number of them at a different location to conduct interviews. They went through the motions of suggesting times and locations to meet, but on the day of the interviews they all failed to turn up.

In order to have any success in accessing this particular group, ABH decided to travel to the car parks these young men frequented, and decided to employ ethnographic methods to do this. He developed and circulated a recruitment flyer, and through a slow process of snowballing, gradually began to build a network of potential research participants. In the early stages of the project, ABH arranged to meet a group of car modifiers through a contact known as 'Jonno', who had seen the flyer and expressed an interest in the project. The meeting had been arranged over the telephone and when ABH actually came to meet the group, the first person he spoke to was uncommunicative and aloof and became slightly hostile when ABH asked for Jonno by name. Eventually ABH managed to reassure this somewhat obstructive gate-keeper that he had pre-arranged the meeting with Jonno, and was directed to where Jonno and a couple of his friends were standing. As ABH went over to speak to Jonno, who obligingly gave his consent for ABH to tape record the conversation, they were soon joined by a larger group of young men who came over to investigate what was going on:

**Kenny:** [Turning to ABH] So what the fuck yer doin ere?

**ABH:** I'm doing a project on car modifiers and the cruising scene (2) I suppose I am trying to get to understand what it's all about from the point of view of people that are into it.

**Kenny:** The authorities don't appreciate that we've got no where else to fucking go apart from car parks and that, so people ought to do somet about it ant they (3) it's like we hang round in a car park and it looks bad for the stores (1) that's the only reason

**Mark:** Don't take any pictures of his fucking car (1) [pointing to a car across the car park that seems to belong to a lad that is standing next to him] take a picture of everyone's car cept for his

The SAGE Handbook of Qualitative Research in
Psychology: Ethnography
**SSAGE** research**methods**

CONFIDENTIAL                    BP-HZN-2179MDL09308815

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

**Kenny:** So who are you doing this project for (1) are you from the council or something

**ABH:** No, it's part of a course that I am doing at Birmingham University, I suppose I'm just interested in how the scene has developed and what being part of the scene and modifying your car means for people […]

As the meeting with the car-modifiers progressed, ABH's status as an outsider was further reinforced when one of the group asked him if 'that old knackered Renault parked in the car park round the corner' was his, and it became obvious that he did not even possess a modified car. At this point Jonno asked if ABH wanted to go for a ride in his car. During a previous interview Jonno had continuously lauded his car's capabilities and the way it handled at speed. In now asking if ABH wanted to *experience* what he had been talking about, Jonno seemed to be challenging ABH to prove to him, and the others in the group, that he was serious about his claim to want to gain an insight into the young car modifier's world. After some deliberation, ABH thanked Jonno for the offer, and got into the passenger seat of his car.

Closing the car door, the first thing ABH noticed was the glow from the control panel on Jonno's car stereo system, which was one large visual display screen. In the centre of the screen, an animated rally car raced away along a digital racetrack, but then the image fragmented into a whirl of brightly coloured patterns, which danced around for a few seconds before re-converging into an image of a spinning car steering wheel. At this point Jonno leant forward and fiddled with a couple of virtual buttons on the stereo and instantly a heavy surge of bass reverberated through the car. This system was connected to a high-powered sub (i.e. a loudspeaker) that was mounted in the car's luggage area. The music produced an intense sensory effect on**[p. 28 ↓ ]** ABH's body. His muscles tightened, he felt an immense pressure in his chest, and the experience transcended anything he had previously associated with the cultural practice of listening to, and appreciating, amplified music.

Jonno slowly drove his lowered car across the car park and carefully eased it over a series of raised speed ramps. Once safely out of the retail park, he drove up towards a roundabout that provided direct access onto the motorway, at all times keeping to the designated speed limit. Once on the slip road, Jonno started to accelerate and rapidly changed gear as he pulled onto the left hand lane of the motorway. Without any obvious



University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.          SAGE Research Methods

signs of slowing he indicated right and cut straight between two cars in the middle lane into the 'fast lane where he accelerated even further. As the car's speed increased it passed everything that was driving in the two lanes to the left and at that point Jonno announced proudly that the car was travelling at 120 miles an hour.

Within seconds the car reached the next motorway junction, at which point Jonno indicated to turn off, went all the way around the roundabout and then turned onto the motorway, this time heading in the opposite direction. Jonno made straight for the 'fast lane in the way he had done earlier and accelerated rapidly again. As the car approached the junction where he had originally joined the motorway, Jonno indicated, turned onto the slip road and hurtled towards the approaching bend. As the car hit the bend, it tilted over to one side and a loud knocking noise came from somewhere behind the passenger seat.

**Jonno:** Did you hear that back wheel then?

**ABH:** Yes [nervously] (.) what was that then?

**Jonno:** It was the wheel scraping the arch (oh right) cos I ve had it [the car] lowered

**ABH:** Yeah, cos of the angle of the car round the bend

**Jonno:** Yeah

**ABH:** So, do you think that modifying your car has made you drive differently?

**Jonno:** Nah you know I don't drive like this all the time (No) It's just for you (.) I just like taking people out to show them basically what it does

As ABH reflected on his decision to accept Jonno's invitation to have a ride in his car, he questioned whether his enthusiastic embracing of an in-depth ethnographic approach had taken him further into the field than anticipated. ABH had willingly put his life at risk in pursuance of research goals, by getting into a car that belonged to a person he vaguely knew who had admitted during interview that he had a penchant for driving at high speeds. On the other hand, the opportunity to actually sit alongside Jonno in his car, whilst he demonstrated what his car could do, had enabled ABH to



CONFIDENTIAL                                    BP-HZN-2179MDL09308817

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.

directly experience the way in which the cultural practice of driving at high speeds operated within the context of the car modifier's world. Furthermore, if he had turned down Jonno's offer, ABH could well have lost all credibility with that particular group of potential research participants, and that would have had a detrimental effect on the research project and impeded future opportunities to obtain data.

Whilst ABH took obvious risks by getting into the passenger seat of Jonno's car, he felt that the experience had been extremely important to the research in that it had provided a compelling example of non-discursive cultural practices being utilized in an active process of identity construction. For Jonno, the meaning of high-speed driving, was partly embodied in the intense subjective experience of *being* able to literally extend his self through his motorcar and move at 120 mph, it was also embodied interpersonally in the figurative opportunity to *show* others what he and his car could do. Had ABH simply talked to Jonno about this in interview, his analysis would have missed the sensuous meaning embodied in the *doing* of certain cultural practices, a meaning that is**[p. 29 ↓ ]** culturally produced outside of the language paradigm.

# FUTURE DIRECTIONS FOR ETHNOGRAPHIC AND OBSERVATIONAL METHODS IN QUALITATIVE PSYCHOLOGY RESEARCH

The Marienthal study and the work of Festinger, Rosenhan and colleagues cited earlier in this chapter are examples of social psychology researchers trying to investigate 'social problems in the field' (Fryer, 1987). Following the 'critical turn' in social research during the 1980s, researchers raised questions about the wisdom or the possibility of interpreting people's social practices or psychological states from information gathered via research interviews, ethnography and other similar methods (Griffin, 2000). Severe funding cuts in the social sciences meant that qualitative social research, including ethnography, was in decline during the mid-1980s, just as the 'new' critical and discursive psychologies were emerging in Britain and elsewhere. Moreover,

**⑤SAGE** research**methods**

CONFIDENTIAL

BP-HZN-2179MDL09308818

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.

SAGE Research Methods

the arguments of postmodernism and post-structuralism combined with feminism to mobilize these 'new' critical voices in and about psychology also presented a profound critique of the key assumptions and practices of ethnographic research. These criticisms challenged the tendency towards naive realism in ethnographic research, the uncritical imposition of the researchers authorial analyses over the voices of its respondents, and the relatively simplistic opposition between self and society on which most such research relied at that time. Combined with the growth of narrowly experimental cognitivism in psychology, this meant that the sort of applied studies 'in the field' employing ethnographic and other more 'engaged' forms of research methods as exemplified by the Marienthal project have become increasingly uncommon in psychological research.

Despite a long and illustrious tradition of ethnographic and observational research in psychology, the dominance of positivist epistemology, of experimental and quantitative methods, and the lack of specialized knowledge and experience of ethnographic and observational methods all combine to limit the development of this type of research in qualitative psychology. However, ethnographic and observational methods thrive on the borders between psychology and other disciplines, such as sociology, cultural studies, geography, education and anthropology. One particularly interesting development is the growing use of visual research methods such as photo-elicitation techniques in combination with observational methods (see Marshall and Woollett, 2000; Croghan, Griffin, Hunter and Phoenix, in press; Chapter 17 in this volume).

Despite the relative lack of training available in the use of ethnographic and qualitative observational methods at undergraduate and postgraduate levels in psychology, there are signs that ethnography is becoming more common in qualitative psychology research. The increasing inter-disciplinarity of many social science research projects and the tendency to use innovative combinations of methods has contributed to this tendency. One example in the British context is the ESRC's funding of a major research programme on Identities and Social Action, directed by a leading qualitative social psychologist (Margaret Wetherell), including a number of projects that involve social psychologists (e.g. Christine Griffin, Ann Phoenix, Wendy Hollway) and employ ethnographic methods alongside interviews and other qualitative methods (see http://www.identities.org.uk)[2]. We anticipate that in future the use of ethnography and



CONFIDENTIAL

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.          SAGE Research Methods

other systematic observational methods will expand steadily in qualitative psychology research, especially as interest grows in linking social psychological processes to cultural practices set in economic and political context.

**[p. 30 ↓ ]**

# NOTES

- It is worth noting here that some feminist researchers have also studied groups usually defined as 'oppressors', such as Scully's investigation of convicted rapists and O'Connell Davidson's research on men involved in sex tourism in Thailand (O'Connell Davidson, 1998; Scully, 1990).
- CG is principal investigator and ABH is one of the research assistants on a project that is part of the ESRC's Identities and Social Action programme. The study is entitled 'Branded consumption and social identification: Young people and alcohol', and involves researchers in psychology at the University of Bath and at the University of Birmingham Business School. It runs from April 2005 to September 2007 and investigates the ways that alcohol advertising might shape young people's identities, the meanings of drinking in young adult's everyday lives, and the significance of key cultural practices around drinking for young adults' social identities. This will involve informal group discussions with young adults aged 18 to 25, and a series of ethnographic case studies of young people's drinking practices.

# REFERENCES

Aull Davies, C. (1999). Reflexive Ethnography: A Guide to Researching Selves and Others. London: Routledge.

Banister, P., Burman, E., Parker, I., Taylor, M. and Tindall, C. (1994). Qualitative Methods in Psychology: A Research Guide. Buckingham, UK: Open University Press.

CONFIDENTIAL                                              BP-HZN-2179MDL09308820

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

Bengry-Howell, A. (2005). Performative Motorcar Display: The Cultural Construction of Young Working Class Masculine Identities. University of Birmingham: Unpublished PhD thesis.

Breakwell, G., Hammond, S. and Fife-Shaw, C. (2000). Research Methods in Psychology. London: Sage.

Bryman, A. (2004). Social Research Methods. Oxford: Oxford University Press.

Burr, V. (1995). An Introduction to Social Constructionism. London: Routledge.

Clifford, J., ed. and Marcus, G. (eds) (1986). Writing Culture. Berkeley, CA: University of California Press.

Croghan, R., Griffin, C., Hunter, J. and Phoenix, A. (in press) Young people's constructions of self: Notes on the use and analysis of the photo-elicitation method. International Journal of Social Science Research Methodology.

Daniel, W.W. (1968). Racial Discrimination in Britain. Harmondsworth: Penguin.

Denscombe, M. (2003). The Good Research Guide. Buckingham: Open University Press.

Denzin, N.K. and Lincoln, Y.S. (1994). Handbook of Qualitative Research. Thousand Oaks, CA: Sage.

Diener, E. and Crandall, R. (1978). Ethics in Social and Behavioral Research. Chicago, IL: University of Chicago Press.

Dolby, N., ed. and Dimitriadis, G. (eds) with Willis, P., ed. (2004). Learning to Labor in New Times. New York: RoutledgeFalmer.

Festinger, L., Riecken, H.W. and Schachter, S. (1956). When Prophecy Fails. New York: Harper and Row.

Fetterman, D.M. (1998). Ethnography: Step by Step. (2nd edition). California: Sage.



University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

Fryer, D. (1987). Monmouthshire and Marienthal: Sociographies of two unemployed communities. In: D. Fryer, ed. and P. Ullah (eds), Unemployed People: Social and Psychological Perspectives. London: Sage.

Glaser, B.G. and Strauss, A.L. (1967). The Discovery of Grounded Theory: Strategies for Qualitative Research. Chicago, IL: Aldine.

Goffman, E. (1961). Asylum: Essays on the Social Situation of Mental Patients and Other Inmates. New York: Doubleday.

Griffin, C. (1985). Typical Girls? Young Women from School to the Job Market. London: Routledge and Kegan Paul.

Griffin, C. (1986). Qualitative methods and female experience: Young women from school to the job market. In: S. Wilkinson (ed.) Feminist Social Psychology: Developing Theory and Practice. London: Sage.

Griffin, C. (1989). 'I'm not a women's libber, but…': Feminism, consciousness and identity. In: S. Skevington, ed. and D. Baker (eds), The Social Identity of Women. London: Sage.

Griffin, C. (2000). More than simply talk and text: Psychologists as cultural ethnographers. In: C. Squire (ed.) Culture in Psychology. London: Routledge.

Griffin C. Being dead and being there: Research interviews, sharing hand cream and the preference for analysing 'naturally occurring data'. Discourse Studies vol. 9(2)(2007) pp. 246–269

Hammersley, M. and Atkinson, P. (1983). Ethnography: Principles in Practice. London: Tavistock.

Hayes, N. (ed.) (1997). Doing Qualitative Analysis. Sussex: Psychology Press.

Hey, V. (1997). The Company She Keeps: An Ethnography of Girls' Friendships. Buckingham: Open University Press.

**SAGE** researchmethods

CONFIDENTIAL                                                BP-HZN-2179MDL09308822

University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                SAGE Research Methods

Jahoda, M., Lazarsfeld, P.F. and Zeisel, H. (1972). Marienthal: The Sociography of an Unemployed Community. London: Tavistock.

LaPiere R.T. Attitudes vs. actions. Social Forces vol. 13(1934) pp. 230–237

Lazarsfeld P. An unemployed village. Character and Personality vol. 1(1932) pp. 147–151

Malinowski, B. (1922). The Sexual Life of Savages in North-Western Melanesia. London: Routledge and Kegan Paul.

Marcus, G. (1994). What comes (just) after 'post'? The case of ethnography. In: N. Denzin, ed. and Y. Lincoln (eds), Handbook of Qualitative Research. London: Sage.

Marshall, H. and Woollett, A. (2000). Changing youth: An exploration of visual and textual cultural identifications. In: C. Squire (ed.) Culture in Psychology. London: Routledge.

Mead, M. (1928). Coming of Age in Samoa. New York: Morrow.

Miller, D., Jackson, P., Thrift, N., Holbrook, B. and Rowlands, M. (1998). Shopping, Place and Identity. London: Routledge.

O'Connell Davidson, J. (1998). Prostitution, Power and Freedom. Cambridge: Polity Press.

O'Connell Davidson, J. and Layder, D. (1994). Methods, Sex and Madness. London: Routledge.

Parker, I. and the Bolton Discourse Network. (1999). Critical Textwork: An Introduction to Varieties of Discourse Analysis. Buckingham: Open University Press.

Punch, K. (1998). Introduction to Social Research. London: Sage.

Richardson, J.T. (ed.) (1996). Handbook of Qualitative Research Methods for Psychology and the Social Sciences. Leicester: British Psychological Society Books.

The SAGE Handbook of Qualitative Research in
Psychology: Ethnography


CONFIDENTIAL                                BP-HZN-2179MDL09308823


University of Minnesota
©2008 SAGE Publications, Inc. All Rights Reserved.                    SAGE Research Methods

Rosenhan D.L. On being sane in insane places. Science vol. 179(1973) pp. 350–358

Scully, D. (1990). Understanding Sexual Violence. London: HarperCollins.

Silverman, D. (1997). Qualitative Research: Theory, Method and Practice. London: Sage.

Silverman, D. (2001). Interpreting Qualitative Data. London: Sage.

Smith, J.A. (ed.) (2003). Qualitative Psychology: A Practical Guide to Research Methods. London: Sage.

Steier, F. (ed.) (1991). Research and Reflexivity. London: Sage.

Whyte, W.F. (1955). Street Corner Society. Chicago, IL: University of Chicago Press.

Willig, C. (2001). Introducing Qualitative Research in Psychology: Adventures in Theory and Method. Buckingham: Open University Press.

Willis, P. (1977). Learning to Labour: How Working Class Kids get Working Class Jobs. Farnborough: Saxon House.

Willis, P. (2000). The Ethnographic Imagination. Oxford: Polity Press.

http://dx.doi.org/10.4135/9781848607927.n2



CONFIDENTIAL                    BP-HZN-2179MDL09308824