# EXHIBIT 7

## TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION
TO EXCLUDE DR. DIANE AUSTIN'S OPINIONS AND TESTIMONY**

# Methods, Sex and Madness

Julia O'Connell Davidson and
Derek Layder



London and New York

First published 1994
by Routledge
11 New Fetter Lane, London EC4P 4EE

Simultaneously published in the USA and Canada
by Routledge
29 West 35th Street, New York, NY 10001

© 1994 Julia O'Connell Davidson and Derek Layder

Typeset in Times by LaserScript, Mitcham, Surrey
Printed and bound in Great Britain by
Mackays of Chatham PLC, Chatham, Kent

All rights reserved. No part of this book may be reprinted or
reproduced or utilised in any form or by any electronic,
mechanical, or other means, now known or hereafter
invented, including photocopying and recording, or in any
information storage or retrieval system, without permission in
writing from the publishers.

*British Library Cataloguing in Publication Data*
A catalogue record for this book is available from the British Library.

*Library of Congress Cataloging in Publication Data*
Davidson, Julia O'Connell, 1960–
   Methods, sex and madness/Julia O'Connell Davidson and
   Derek Layder.
   p. cm.
   Includes bibliographical references and index.
   ISBN 0–415–09763–0: $50.00 – ISBN 0–415–09764–9 (pbk.): $16.50
   1. Sexology – Research. 2. Mental illness – Research. I. Layder, Derek
   II. Title.
HQ60.D38   1994
306.7'072 – dc20                                                  94-5596
                                                                       CIP

ISBN 0–415–09763–0 (hbk)
ISBN 0–415–09764–9 (pbk)

For June, Dawn, Charmagne and Dot,
*with thanks – Julia O'Connell Davidson*

# Contents

List of figures                                                                           ix
Preface and acknowledgements                                                              xi

**1  Social research and everyday life**                                                   1
*Common-sense and 'scientific' constructions of 'normal'
sexuality*                                                                                 3
*Everyday thinking and scientific knowledge*                                              20

**2  Dimensions of social research**                                                      29
*Two research traditions*                                                                 29
*Methodology and the research community*                                                  33
*The research process: theory and evidence*                                               41
*Towards better research and research practice*                                           49
*Conclusion*                                                                              59

**3  Official statistics and social research**                                            61
*Durkheim, suicide and official statistics*                                               66
*The phenomenological critique of official statistics*                                    70
*Marxist and feminist critiques of official statistics*                                   76
*Using official statistics critically*                                                    79

**4  The survey method**                                                                  83
*Sex research and survey methods*                                                         86
*The principles of sample design*                                                         88
*Kinsey's sampling techniques*                                                            96
*The problem of non-response*                                                            101
*Kinsey's response rate*                                                                 103
*Issues of coding and questionnaire design*                                             106
*Kinsey's question schedule and coding system*                                          109
*Some conclusions*                                                                      113

**5  Interviewing**                                                          116
*The orthodox approach to asking questions*                                  117
*Qualitative approaches to asking questions*                                 121
*The feminist approach to asking questions*                                  125
*Interviewing Kinsey style*                                                  128
*Interviews with Sigmund Freud*                                              133
*Interviewing without sympathy*                                              138
*Conclusions*                                                                144

**6  Observation in laboratories and other structured settings**             148
*Observation and sex research*                                               149
*Experimental research in the social sciences*                               154
*Milgram's experimental research on obedience: ethics and
interpretation*                                                              156
*The effect of the observer on the observed*                                 161

**7  Ethnography and qualitative analysis**                                  164
*Types of observation, field roles and access*                              167
*Gathering data and selecting informants*                                    172
*Coding and analysis*                                                        178
*Interpretation and validity of findings*                                    179
*Varieties of ethnographic work*                                             182
*Conclusion*                                                                 185

**8  Documentary sources and textual analysis**                              186
*Documentary evidence and witchcraft*                                        187
*Content analysis*                                                           198
*Content, author and audience: Mercer on Mapplethorpe*                       205

**9  The practice of research**                                              209
*Researching prostitution*                                                   209
*Politics, power and social research*                                        222

References                                                                   225
Index                                                                        234

# Figures

1.1  Sexual dualisms from the early Christian moralists to the
      'new' sexologists                                                       18
4.1  Example of a variable by case data matrix                                84
4.2  Example of a frequency count                                            85
4.3  Relationships between variables                                         85
4.4  Example of simple coding                                               108
9.1  Client questionnaire                                                    212

facts can be established, even if this involves conceding that these facts will look slightly different according to the theoretical categories employed in the research process.

But establishing facts is not the end of the social scientific project. It is only the beginning. They then have to be explained, and this can only be done at the theoretical level. Facts underdetermine theories in the social sciences (Lukes 1978). The same set of facts can be compatible with a number of different theories. To discover unequivocally that in contemporary societies there is an extremely unequal division of domestic labour, for example, does not of itself prove whether this unequal situation is functional to society or to capitalism or an effect of patriarchy. Facts can never be enough to prove the validity of a given social theory, and debates between social theories cannot therefore be conducted without reference to political interests and moral values.

In short, social researchers draw on their everyday knowledge and on their political and moral values in the process of research; they use them to set the research agenda and to design classification systems; they use their social, as well as professional, skills to obtain information; they employ their knowledge as members of society and their political values to analyse and interpret their findings. But accepting this inevitable and indissoluble link between scientific and everyday thinking and between social theories and moral and political values does not make critical investigation impossible. As Geerz (1973: 30) comments in relation to ethnographic and anthropological work:

> I have never been impressed by the argument that, as complete objectivity is impossible . . . one might as well let one's sentiments run loose. As Robert Solow has remarked, that is like saying that as a perfectly aseptic environment is impossible, one might as well conduct surgery in a sewer.

Research that is rigorous and reflexive produces knowledge that is more objective than research which is sloppy and uncritical. Researchers who, as well as being technically competent, consider the impact of their own gender, 'racialised' and class identity upon the research process and who understand that research is itself a form of social interaction will produce a more reliable picture of the social world. In short, there are better and worse ways of conducting research. That is what the rest of this book is about.

# Chapter 2

# Dimensions of social research

The previous chapter argued that although there is an inevitable and indissoluble link between scientific and everyday thinking and between social theories and moral and political values, critical investigation is not impossible. There are better and worse ways of conducting research and good research produces knowledge that is more objective and reliable than bad research. However, within the social scientific community, there is little agreement as to what precisely constitutes good research practice. In fact, there are actually two key traditions within social science which recommend very different approaches to research, and this makes the whole question of ensuring that social scientific research produces reliable, objective knowledge extremely problematic. This chapter sets out to address some of these problems. It is therefore concerned with debates about two basic issues; the question of how social scientific research is to be distinguished from other ways of knowing about the world, and questions about bias and validity.

## TWO RESEARCH TRADITIONS

The previous chapter gave a broad and general definition of positivism as a philosophy which holds that the methods of the natural sciences produce the most reliable and objective knowledge. Positivism, like all schools of philosophical, political and theoretical thought, comes in a number of different forms, but it is possible to identify a positivist tradition within social science. This tradition is comprised of thinkers who, though often in disagreement over details, share a common belief that in order to produce objective knowledge, the methodological principles of the natural sciences should be applied to the study of the social world. In general, they hold that social scientists should concern themselves with uncovering an external reality, not the inner, subjective

world of human subjects, and believe that 'there is a fundamental distinction to be made between fact and value, science dealing with the former while the latter [belongs] to an entirely different order of discourse beyond the remit of science' (Hughes 1990: 20). In the nineteenth century, first Comte and then Durkheim set out their ideas on how sociology, as a discipline, should achieve its status as a distinct science through the application of empiricist, scientific methods and the early twentieth century 'saw the flowering of the natural sciences as the orthodox philosophy underpinning empirical science' (Hughes 1990: 35).

For positivists, social scientific knowledge was distinguished from other ways of knowing about the social world by its basis in rigorous, natural science methodology. What this meant in practice was that many social researchers borrowed the language of the natural sciences (neutral observation, control of variables, causal relationships, correlations and so on) to describe their activities, and exhibited a strong preference for quantitative, numerical data which could be subjected to statistical analysis and expressed in tables, equations and mathematical formulae. For some methodologists, the very term 'empirical' came to mean not simply something drawn from experience, but something drawn from a very specific kind of experience – that of observations and experiments structured along natural science lines. The chapter on data preparation and analysis in a 1969 textbook entitled *Introduction to Empirical Sociology* (Mayntz *et al.* 1969), for example, *only* tells the reader how to perform quantitative data analysis, and makes no mention of any kind of empirical evidence that cannot be readily translated into numerical form.

But alongside, and in marked contrast to this positivist tradition, another way of knowing and describing the social world has developed. This second tradition, which falls under the heading of 'interpretative sociology' also incorporates a diverse range of ideas and approaches, but as Giddens (1982: 23) puts it, 'all are concerned, in some sense or another, with problems of language and meaning in relation to the "interpretative understanding" of human action'. Interpretative sociologists reject the idea that external truths about the social world can be revealed by following the methods of the natural sciences. They point to a key difference between the subject matter of the natural and the social sciences. People, unlike things in the natural world, are conscious, purposive actors. We have ideas about the world we live in, we attach meaning to events, institutions and actions, and we act on the basis of these ideas and meanings. This means that patterns or regularities observed in the social world are of a very different order to those

observed in the natural world. The social scientist can observe a pattern of behaviour, for example, the way in which females typically undertake domestic labour while their male partners, fathers and sons typically do not. But since women are not drawn to the kitchen sink by some irresistible, physical force (they are not *compelled* to conform to this social convention in the same way that they would be compelled to obey the law of gravity if they jumped from a cliff), social scientists cannot hope to formulate general laws on the basis of observing this pattern. Instead, they have to ask questions about the beliefs people hold and the meanings they attach to action. They have to concern themselves with the inner world of their subjects in order to understand why they act as they do.

This concern has implications for methods. It is clearly impossible to find out about a person's motivations and intentions simply by watching their outward behaviour – the ideas people have about the society they live in and the machinations of their inner world cannot be directly observed. What people do has to be *interpreted* in the light of the meanings, motives and intentions behind their action. Women's tendency to shoulder an unfair proportion of domestic tasks, for instance, can be interpreted through reference to beliefs about biologically based sex differences, their gender socialisation, the sense of powerlessness that derives from a lack of opportunity for economic independence, the desire to avoid conflict, and so on. But what method or technique can be used to achieve this interpretative understanding? It is here that the notion of *verstehen*, brought to prominence by the German sociologist Max Weber, is important.

*Verstehen* essentially involves the attempt to understand social action through a kind of empathetic identification with the social actor. The researcher must try to see the world through the eyes of the research subject in order to grasp the meanings, motives and intentions behind their action. The idea is that through rigorous study, the researcher can build up a picture of how the world appears to others and of the choices and constraints that they perceive. Since the past can also be reconstructed in this way through careful examination of documents, the method of *verstehen* can also be applied in historical research. When interpretative understanding is achieved, the meaning of a given form of social action becomes clear.

An emphasis on *verstehen* affects the social research process in a number of ways. To begin with, a concern with the inner, subject world of human beings implies that the focus of research must be upon the individual social actor, rather than upon collectives of people, since, as

Weber put it: 'Action, in the sense of a subjectively understandable orientation of behaviour, exists only as the behaviour of one or more *individual* human beings' (1966: 101). Second, it implies a far greater concern with the researcher as a subjective being. After all, it would be difficult for a convinced atheist, for example, to empathetically identify with the worldview of religious zealots in order to attain a full interpretative understanding of the meanings and intentions behind their devotional acts. Indeed, the whole notion of interpretative understanding across cultures (perhaps even across gender and class) takes us back to the problem of *translating* beliefs and ideas into a form which the researcher can grasp (mentioned in the previous chapter in relation to certain Dyak sexual practices). Finally, the method of *verstehen* necessarily produces empirical data of a very different type to that generated by positivist research techniques. Talking to people, observing their interactions, analysing the language they use and the documents they produce in order to achieve empathetic identification and interpretative understanding yields qualitative data and evidence. Such data do not usually lend themselves to enumeration, tabulation and statistical analysis.

It is important to note that whilst there are those who would argue that *verstehen* is and should be the central method and goal of social research, Weber certainly did not see it as the be all and end all of sociological research. Indeed, Weber saw interpretation as but one step on the way to producing reliable knowledge about the social world. The process of *verstehen* might produce a convincing explanation for a piece of behaviour, but that did not mean it had provided a causally *valid* explanation. It merely constituted a plausible hypothesis. For Weber:

> the appropriate way to verify such a hypothesis is to establish statistical laws based on observation of what happens. In this way he arrives at the conception of a sociological law as a statistical regularity which corresponds to an intelligible intended meaning.
>
> (Winch 1980: 113)

The aim of this section has been to show that two very different traditions or approaches to social research are recognised within sociology (and some other social science disciplines). Although there are methodologists who adhere to extremes of either positivist or interpretative philosophy, there are also a great many who fall somewhere in the middle of this philosophical and methodological continuum, borrowing ideas from either end, attempting, with various degrees of success, to steer a course between the two poles. This lack of unanimous consensus

over the appropriate methods for acquiring knowledge is another distinctive feature of social science. For as Kuhn observes, there tends to be far greater consensus in the natural sciences. He uses the term 'paradigm' to refer to this kind of general agreement over methods and procedures. This terms suggests:

> that some accepted examples of actual scientific practice – examples which include law, theory, application and instrumentation together – provide models from which spring coherent traditions of scientific research. . . . Men [sic] whose research is based on shared paradigms are committed to the same rules and standards for scientific practice. That commitment and the apparent consensus it produces are prerequisites for normal science, i.e., for the genesis and continuation of a particular research tradition.
>
> (Kuhn 1970: 10–11)

Adherence to this set of rules and standards is held to ensure that natural scientific research produces valid and reliable knowledge (an idea which has been severely criticised, most notably by Kuhn). Despite the lack of a single, clearly defined research paradigm, the social scientific community likewise attempts to apply a set of rules and standards to research in order to filter out biased or shoddy work. The idea is that even though social scientific knowledge cannot be distinguished from other forms of knowledge by its application of a single, unified research paradigm, the systematic application of these general rules and standards makes it a more reliable form of knowledge than, say, that produced by journalists or lay people. The following section looks at the relationship between methodology and the research community, asking whether the research community does or could help to reduce bias and increase the validity of research findings.

## METHODOLOGY AND THE RESEARCH COMMUNITY

Chapter 1 argued that social research should begin from the premise that there is a world separate from our concepts and beliefs, despite the fact that researchers have preconceived ideas, values and beliefs which affect their view of the world. It suggested that it is possible to negotiate a course between the positivist view of social science as producing pure, objective knowledge unsullied by common sense and the relativist view of social scientists as permanently locked into a narrow vision of the world, determined completely by their prior common-sense or theoretical assumptions.

The relationship between methodology and the research community has been identified by some philosophers of science, in particular Popper (1963), as the best guarantor of reliable, unbiased scientific knowledge. As academic researchers know (though this may not be so apparent to students and some other consumers of social research), there is a kind of 'community' which operates behind the scenes, and exerts a great deal of control over what kind of research gets done and what kind of research gets published. Obtaining funding for a research project entails drawing up a detailed research proposal which is then closely examined either by colleagues in the same or another university or by members of a funding body (such as the Economic and Social Research Council), people who usually have been, or are involved in academic research. Articles and research reports that are sent to journals for publication will generally be sent out to two or three 'referees' (academics working in the same field) for approval, as well as being read by the editor and members of the editorial board. Even books are scrutinised by other researchers. Academic publishers send drafts out to readers for comment and criticism. Once published, and if the researcher is fortunate, research receives yet more critical, public appraisal from the research community in the form of reviews, comment and criticism – even praise if the researcher is more fortunate still. This kind of detailed, critical scrutiny certainly has an impact on methodology, though, as we argue below, it does not necessarily eliminate or even reduce all types of bias.

## The methodological domain

It might be assumed that the term 'methodology' refers simply to the *techniques* employed to gather data and evidence in social research (surveys, interviews, observation, ethnography, textual analysis and so on). But in practice, these techniques should not be considered separately from the wider context of the community of researchers (and social scientists in general) who use them, and the methodological rules and procedures that govern their use. Take the survey, for example. We could describe it as a series of techniques that are used to acquire a comprehensive or general view of some social phenomenon, but when social researchers use these techniques, they use them in accordance with a set of methodological rules and procedures which are recognised as appropriate and reliable by the scientific community. There is a difference between, say, a teacher saying to a class of children, 'Let's do a bit of a survey, who here has any sort of a paid job?' or even asking

them to fill out some kind of questionnaire, and a social researcher undertaking a survey into the extent and nature of child labour in a particular country or region. In order to obtain funding and to have his or her work recognised by the research community and published in an academic journal or book, the social researcher must follow certain rules and procedures, about, among other things, picking a sample, formulating questions, coding and analysing the data and so on. These rules and procedures, as well as particular research techniques and the findings of social scientific research, are the subject of public scrutiny and debate amongst the research community.

These three elements – the techniques, the research community and the methodological rules – together constitute a methodological *domain* through which all research must pass in order for it to achieve certain standards of integrity and validity. It acts as a mediator between the researcher's subjective beliefs and opinions and the data and evidence that he or she produces through research. If this domain is functioning properly, it acts as something like a filter which prevents bad research from passing through. It does not guarantee that research will produce universal or final truths or claims that cannot be changed in the light of further evidence or argument, but it does provide markers which allow us to make judgements about which research is better or more valid given the present state of knowledge on a particular topic or area.

However, it is important to stress that this methodological domain can only act as a safety net or filter out inferior research *if it is functioning properly*, and there are many things which can prevent this. Sometimes, standards are inadvertently breached. At other times, deliberate deception may take place, through the manipulation of results or even the outright fabrication of data. The eminent British educational psychologist, Sir Cyril Burt, for example, is now known to have invented not only much of his data, but also a number of co-authors for articles that he published in learned journals. There are also shades in between, where it is difficult to judge whether deception was intentional or inadvertent. Moreover, much of this methodological domain rests upon a consensus amongst the research community on appropriate standards and procedures, which is arrived at freely and through rational, public debate. These standards and procedures have the status of 'recommendations' by the research community. Unlike medical practitioners, social researchers cannot be 'struck off' some professional register or prevented from undertaking future research if they break such codes, although they may face difficulties obtaining funding, getting their work published or getting other posts if their work is thoroughly discredited.

Essentially though, researchers are required to exercise discretion over issues of judgement, effectively 'policing' themselves – guidelines are not, and cannot be, enforced on those researchers who do not happen to agree with them.

Indeed, some researchers believe that the consensus over standards, rules and procedures arrived at within the research community is itself invalid because it merely represents or reflects the interests of a particular group. Certain feminist writers argue that methods (and theories) in social analysis are saturated with male bias to the extent that they lack all credibility as a means of acquiring knowledge of women's lives and social position. Postmodernists have recently argued that all attempts at objectivity are inevitably flawed and they reject research claims which place the 'authority' of a 'scientific' observer or a research community above the local knowledge of research subjects (see Denzin 1990, Rosenau 1992). There are critical theorists who reject the research community's consensus as a bourgeois consensus, and hold that the only legitimate research is that which is geared towards the goal of emancipating oppressed groups. The research community also stands accused of white, eurocentric bias – as Asante (1990: 24) puts it, 'what often passes for objectivity is a sort of collective European subjectivity'.

Researchers are free to reject either the whole notion of a methodological domain and the standards which it reflects, or to selectively ignore those parts of it which are not congenial to their own purposes, and some do indeed attempt to side-step the influence of this domain. Stanley and Wise (1993), for example, argue that feminist researchers can and should reject the orthodox research community's standards of objectivity; 'We echo Adrienne Rich in insisting that 'objectivity' is the term that men have given to their own subjectivity' (1993: 59). Obviously, if some researchers or groups of researchers side-step this methodological domain, insisting on their right to develop an independent set of standards and procedures and separate criteria for assessing research, then that domain cannot be held accountable for standards of research across the board. Although we are sympathetic to much of the feminist, Black and radical *critique* of the orthodox social scientific community and its canons of research, we strongly oppose the idea of such separate methodological domains. If social science were to fragment into a number of intellectually isolated segments (feminist social science, Black social science, radical social science, orthodox social science and so on) each producing its own research and knowledge according to its own rules and standards, how could we hope to judge between the very different pictures of reality they would undoubtedly produce?

While recognising that the existing methodological domain does not always function properly, we believe that the only way it can ever consistently and effectively serve to maintain standards of research across the board is if *all* researchers (feminist, Africentric, postmodernist and critical researchers included) are fully involved in the dialogue about its rules, standards and procedures. A key problem here, of course, is that the social composition of the research community is ludicrously skewed towards white males. Kulis *et al.* (1986) found that in the USA in 1984, for example, only 5.7 per cent of the staff of all sociology faculties were Black academics. Furthermore, the research community does not welcome all contributions to the debate about methodology with equal enthusiasm. White and male researchers are over-represented in the upper echelons of the research community. To illustrate the point, though real efforts have been made in journals like *Sociology*, at the time of writing, over 90 per cent of the editorial board of a number of academic journals are white and male, and some even boast an exclusively male editorial board. Without wishing to deny the immensity of the political struggle it will take to change this situation, we would still argue that critics should devote their energies towards improving the existing methodological domain, rather than promoting a series of alter- native domains.

## Methodological rules and procedures

It was noted above that, when functioning properly, the methodological domain (consisting of research techniques, the research community and its methodological rules and procedures) acts as a mediator between the social scientist's prior beliefs and assumptions on the one hand, and the evidence and data she or he produces on the other. Clearly, social analysis is, by its very nature, influenced by a number of opinions and assumptions that we, as researchers, bring with us to the research situation. Everyday, common-sense thinking as well as politics and values can affect the choice of topic and the way in which data is interpreted. Similarly, all observations are, to some extent, theory-laden – we have prior notions about the sort of explanation we are looking for – and shaped by the ultimate objectives of the research. If researchers begin with the assumption that homosexuality is a disease or a social problem, for example, they will produce different data and evidence to that produced by researchers who assume that it is merely a sexual preference. As Chapter 1 showed, such beliefs, preconceptions and moral and political values can potentially infiltrate the research process

Case 2:10-md-02179-CJB-DPC   Document 13856-7   Filed 12/15/14   Page 11 of 22

and bias or distort the findings. This is where the research community and methodological procedures enter the picture.

In order for research to be accredited by the community of scholars or other researchers (and this is a prerequisite for publication), it must be written and presented in a way which leaves it open to the critical scrutiny of others. Once published, it is open to an even wider audience for appraisal. This means that the methods used in the research and the sample of people or documents observed and consulted must be carefully described, and any deviations from standard practice must be noted. A study of homosexual masculinity, for example, must recognise that there is subcultural diversity among gay men when choosing participants for a study (Weeks 1986, Connell 1992). Some men who have sex with men enter, and define themselves as part of, a gay community. Others do not. The differences between 'straight' gays, 'leathermen' and 'drag queens' would likewise be important factors to be taken into account when selecting people for interviews. If the research report failed to describe the particular subculture or subcultures from which the sample was drawn, other scholars and researchers would be unable to assess whether or not its findings and conclusions were generalisable to the gay population as a whole, or valid only in relation to a very small subset of that population.

Researchers must also carefully define the events and activities that they analyse and do so in such a way that their work can be challenged by evidence and arguments provided by other researchers. For instance, in their study of racism among school children in predominantly white schools, Troyna and Hatcher (1992) distinguish between 'racist incidents' which are 'legitimated by and expressive of racism' (such as racist abuse) and 'racial' or 'inter-racial' incidents which involve conflicts between individuals or groups perceived to be 'racially' different. Such a distinction is pivotal to understanding the incidence and influence of racism in children's lives and to explaining why its prevalence has often been underestimated. But these kinds of key concepts and variables in a study must be defined rigorously, as they are in Troyna and Hatcher's study, so that other researchers can critically scrutinise them in relation to the findings in order to challenge or confirm them.

Because research funding bodies and the referees that act for academic journals and publishers encourage researchers to provide at least some details of their sample, variables, methods and techniques of data gathering and analysis, the bulk of social research is routinely (if sometimes superficially) monitored, and this helps to reduce the

incidence of bad research slipping through into the published, public world. In this way, methodological rules and standards of procedure provide a common language and set of criteria for the evaluation of the conduct and findings of research and act as a filter for work that is, particularly in a technical sense, blatantly shoddy and ill-conceived. The methodological domain cannot, however, eliminate the impact of common-sense, political and/or theoretical assumptions on the choice of research topic. Moreover, the composition of the research community in terms of gender, class origin, 'racialised' identity and political allegiance has an effect on *which* types of bias get filtered out. It is quite possible for the research community to insist on, say, experimental laboratory research which is technically excellent in terms of controlling the bias that arises from certain theoretical preconceptions without noticing or bothering about the bias that comes from the fact that such research relies on a sample which is almost exclusively white and male.

The brief history of sex research provided in Chapter 1 testifies to the fact that research communities can remain oblivious to some forms of bias (in this case sexism) for long periods of time. Black feminist methodologists also show very clearly how and why the methodological domain, both historically and contemporaneously, fails to function as the guarantor of accurate, valid and generalisable research. Hill Collins observes that 'Afro-American female scholars are repeatedly struck by their own invisibility, both as full human subjects included in sociological facts and observations, and as practitioners in the discipline itself' (1991: 51). Sociological research and the concepts and theories it generates has been, and still often is, subjected to only a very partial form of critical scrutiny, then. Current interpretation of even key sociological concepts, such as 'work' and 'family', are revealed by Black feminist thought to be less than fully comprehensive:

> For example, labor theories that relegate Afro-American women's work experiences to the fringe of analysis miss the critical theme of the interlocking nature of Black women as female workers . . . and Black women as racially-oppressed workers. . . . Examining the extreme case offered by Afro-American women's unpaid and paid work experiences raises questions about the adequacy of generalizations about work itself.
>
> (Hill Collins 1991: 52)

Again, however, an awareness of the existing methodological domain's weaknesses and limitations should not lead us to condemn it as utterly worthless, or abandon a commitment to improving it. Because this

domain allows researchers (not just academic researchers but also those who work for governments and other agencies) to subject their own research to the critical appraisal of the wider community of researchers, it does provide some kind of safeguard against bias and malpractice. Without it, there would be no hope of ever discovering and discrediting fraudulent research, no way of distinguishing between sloppy, self-serving studies and rigorous, well researched ones, no arena within which to discuss and challenge the sexism and racism implicit in much of this century's social research. To dismiss the methodological domain's actual and potential contribution to increasing the validity (the truthfulness and soundness) of research because of its imperfections is to throw the baby out with the bathwater. Rather than do this, critics need to unite and fight to expose and remedy those imperfections.

Since the research community itself plays a central role in defining the rules and procedures which govern research, and in ensuring that these are properly applied and adhered to, it should be a key focus of critical attention. Hammersley (1990: 62–3) argues that in order to maintain its authority and legitimacy as an arbiter of the validity of research, this community must do three things. First, it should assess all findings in terms of common agreements about validity and seek to resolve disputes in terms of these shared criteria. Second, researchers should be willing to change their views if the communal assessment has found them to be false, and third, anyone should be allowed to participate in the community, providing that they are willing to operate on the basis of the first two points. This formulation is fine, so far as it goes, but it is important to add a couple of points. To begin with, we should reiterate that the social identity of the members of this research community matters. So long as it remains predominantly white and male then its legitimacy will remain suspect, even if these men are reflexive and critical and committed to anti-sexist, anti-racist research. Furthermore, even if all of Hammersley's requirements and this last one were satisfied, the methodological domain would still remain a somewhat imperfect filter. This is because the research community does not and could not consistently enforce its rules, but relies on researchers not only to conform to them voluntarily but also to offer information about whether or not they have conformed. Given that a great many researchers do not provide very detailed accounts of their methodology, it is difficult for the research community to subject *all* research to an intensive validity check. (It is also worth noting that many members of the research community are not terribly well versed on what exactly the 'common agreements about validity' are. Researchers are not always methodologists and vice versa.)

If the existing methodological domain does not *guarantee* that all knowledge produced by social scientific research methods is sharply differentiated from common-sense thinking and prejudice, how can social research be distinguished from other ways of knowing about the world and how can researchers attempt to reduce bias? The following sections address these questions.

## THE RESEARCH PROCESS: THEORY AND EVIDENCE

Lewins (1992) suggests that the central characteristic of sociology and social research is its attempt 'to provide an explanation which is based on the systematic use of evidence' (1992: 5). This distinguishes it from other types of knowledge and statements, for instance those based on prejudice or religious dogma, which either wholly lack systematic evidence to support them, or use evidence in a highly selective and self-serving way. The sociological research process is also one which connects the gathering of empirical evidence on a social phenomenon (say, crime, suicide, classroom behaviour) with the attempt to formulate theories which explain how and why they occur. Though this emphasis on theory does not guarantee that social scientific research is unbiased and value free, it does distinguish it from journalistic and other forms of investigation and evidence gathering. It is therefore worth examining the role of theory in social research more closely.

### The range of theory–evidence linkages

Theories are forms of explanation. They give us some indication of the *nature* of a particular phenomenon (different sorts of crime or sexual activity, for example) and *why* it occurs. Theories are therefore explanations which indicate the sorts of conditions under which particular activities, events or forms of behaviour are likely to occur. As noted above, there is a connection between the gathering of evidence and data in the sociological research process and the attempt to formulate, develop, support or discredit theoretical explanations. But in practice, the relationship between theory and evidence in the research process varies a great deal.

The first thing to notice is that theories come in many shapes and sizes. They vary in terms of their level of abstraction and their scope and relevance. There are theories which are often referred to as 'general theories', which either attempt to explain large-scale and general features of society or offer fairly abstract explanations of recurrent and

general features of social life, such as the nature of social activity or how social institutions are reproduced over time (Parsons 1951, Giddens 1984). The connection between these general theories and particular pieces of social research is often difficult to pin down, although they may form part of the broad framework of ideas which play a role in determining a given researcher's research agenda. Sometimes, however, researchers use different aspects of these theories to guide their research or to explain their research findings. Take Marxist theory, for example. A researcher would be hard pressed to set about systematically gathering evidence to demonstrate conclusively that the sum total of people's relations of production constitute 'the economic structure of society, the real foundation, upon which rises a legal and political superstructure and to which correspond definite forms of social consciousness'' (Marx 1980: 181), even though this notion of a powerful relationship between economic base and legal and political superstructure might inform their choice of research topic and the way in which they interpret their findings. However, other aspects of Marxist theory do invite empirical investigation. Marx's writings on the capitalist labour process, for instance, have prompted numerous empirical studies of deskilling, managerial control and worker resistance (see Thompson 1983 for an excellent review of such studies).

More frequently in social research, theory refers to a rather narrower range of phenomena, for example, the relationship between two social variables, such as occupational group and suicide rate, or gender and mental health. In these examples, it is the exact relationship between the two variables that forms the substance of the theoretical explanation – why do some occupations have higher suicide rates, or why are women more likely to be classified as mentally ill? Social research often restricts itself to these narrower sorts of problems because it is generally easier to gather empirical evidence about topics of more limited scope and to be clear about what sort of evidence would disprove or falsify certain types of explanations (Popper 1963). Robert Merton (1967) called these 'theories of the middle range' because they lie between the minor working 'hunches' or 'insights' that characterise the beginning phases of research (and which abound in everyday life) and grander, more general theories. Merton also felt that because such theories could be more firmly anchored in empirical evidence, they were therefore less 'speculative' than theories which attempt to explain general and large-scale phenomena. His ideas have profoundly influenced the conduct of sociological research and their imprint is indelibly stamped on contemporary research (particularly of the theory-testing variety).

It is important to note, however, that while much social research is explicitly attached to the idea of theoretical explanation, there are some researchers (usually those who are committed to forms of observation that rely on close involvement with members of various social groups) who would deny that their interests are theoretical at all (Becker cited in Rock 1979). They see the purpose of research as *describing* the subjective worlds of particular groups and often feel that a preoccupation with abstract theoretical and 'scientific' concepts prevents researchers from fully grasping the lived experience of their research subjects (this view has much in common with postmodern methodology). Take drug use, for example. Many researchers have set out to study this phenomenon armed with theoretical concepts such as 'psychopathology', 'anomie', 'undersocialisation' and so on. But these 'scientific' concepts bear little relation to the meanings which the individuals being researched attach to their own behaviour. Marijuana smokers, for instance, do not typically explain their behaviour by saying 'What with being undersocialised and feeling pretty anomic, I just started on the weed.' Some researchers therefore argue that the application of abstract, theoretical concepts is actually a barrier to finding out about what people do and why they do it. They hold that an atheoretical approach, which focuses on the immediate, practical circumstances of people's lives and experiences, is more likely to yield an accurate description of the social world.

While there is room for this kind of research (and anyway, most research depends at some level on accurate descriptions), we see no reason to limit research in this way. Theory does not necessarily distort findings or act as a barrier to grasping the essence of people's lived experience and an *exclusively* descriptive approach cannot, by definition, provide any explanation of social phenomena. It is, however, entirely legitimate to gather new information and descriptive data which can, at some later date, be used as the empirical basis for theory construction or testing. This kind of approach is well illustrated by McKeganey *et al.*'s (1990) study of female street-working prostitutes and male rent boys in Glasgow in relation to risks of HIV infection and the practice of safer sex. The study simply aimed to fill gaps in knowledge about risk-taking practices. Indeed, there are many studies with a social policy orientation which content themselves, and rightly so, with providing information directly related to policy implications and intervention strategies (for example, the extent of needle sharing among intravenous drug users).

With the exception of these types of descriptive research, however, social research is essentially an attempt to relate a body of evidence to a

set of theoretical assumptions. As will be seen below, an instructive way to view this relationship is to make a distinction between theory-testing and theory-constructing types of research (Rose 1982, Lewins 1992, Layder 1993), but to simultaneously recognise that though some examples of research clearly conform to one or the other of these types, a considerable number of studies fall somewhere between the two.

## Theory-testing and theory-constructing research

In general, theory-testing research begins with a fairly well worked out set of theoretical assumptions, such as 'suicide rates vary with the degree to which people feel themselves to be integrated with their community' or 'women are more likely to be diagnosed as mentally ill than men presenting the same symptoms'. If these assumptions have not already been tested by confrontation with empirical evidence, then they constitute a hypothesis whose validity needs to be checked in relation to such evidence. If these assumptions have already been partly confirmed by previous empirical research, they can be further supported by similar research. Alternatively, assumptions can be further endorsed or else queried by research which checks whether they hold good with different groups or in different situations. Either way, the point of gathering empirical evidence here is to buttress, disconfirm or modify the initial assumptions or hypothesis. In short, as Glaser and Strauss (1967) have noted, this type of research has the *verification* of a prior set of assumptions (a theory or hypothesis) as its overriding goal.

Where verification is the goal of research, the researcher is confronted by a particular set of methodological issues. To gather data which will test out theoretical assumptions it is necessary to:

- Choose a sample (of people, activities, events, documents) to study. To reduce the risk of bias, this has to be *representative* of the wider social group or location or events under consideration;
- Choose a method or technique of investigation and data gathering (surveys, interviews, observation, interpretation of documents or statistics);
- Decide on and specify the main concepts, categories or variables to be examined.

Having decided on these, the researcher proceeds to collect empirical data. This is the fieldwork phase of the research. During this phase, other decisions have to be made about how to organise and store the data and what form the data should take. Many researchers who favour the

theory-testing model of research also tend to prefer quantitative data. These researchers often feel that when the information gathered can be counted in some way (40 out of 100 teenagers interviewed regularly smoked marijuana) and so summarised in a numerical fashion, their results are more precise, scientific and authoritative. This stems from the positivist tradition which equates natural science methods with 'objectivity', as though being able to say that '40 per cent of the sample were drug users' makes us more sure of the validity of the findings. Not all theory-testing research is characterised by this passion for numerical data – some makes use of qualitative data and evidence, such as quotations from interviews, field notes or documents – but there are a significant number of researchers who feel that 'evidence is not evidence unless it can be quantified' (Lewins 1992: 42).

Once the data have been gathered, the researcher moves on to analyse them in relation to the initial assumptions. Are they straightforwardly confirmed by the findings? If so, no further modification of the theory or hypothesis is required for the time being. If the assumptions prove false in the light of the evidence, they may be abandoned altogether, providing that the scientific community feels certain that the research was properly conducted and without errors. But the results may also be inconclusive, providing neither enough evidence to support or deny the assumptions, or revealing something quite unexpected. Any of these outcomes will lead to the accumulation of theory and research in the particular area or topic in question. This applies even when assumptions are disconfirmed, since this will allow researchers to discount them in future research.

In contrast to the theory-testing approach, there are researchers who have theory clearly in mind in the long run, but who suggest that fieldwork is undertaken with little in the way of preconceived theoretical ideas (Glaser and Strauss 1967, Strauss and Corbin 1990). This is referred to as the theory-constructing (or generating) approach. It is, as we have already noted, neither possible nor necessary for researchers to divest themselves of all preconceptions. However, the researcher who takes the theory-generating approach does not decide in advance what kinds of evidence and explanations she or he will come up with. Instead, the theory emerges directly from the evidence gathered during the research, and this ensures a closer fit between the two. According to Glaser and Strauss, this is preferable to theory-testing research, which seeks primarily to verify existing theory, and hence tends to seek only specific and particular kinds of evidence. The aim of verification or disconfirmation leads to a narrow focus for theory and ultimately blocks its development.

Glaser and Strauss's case against theory-testing research is perhaps over-stated. We believe that there is some room for the development and accumulation of theory through theory-testing research and that the difference between the two types of research is one of emphasis. Most research actually involves elements of both testing and construction, and the point of distinguishing between the two types is not to advocate the use of one rather than the other, but to allow a better understanding of the scope and objectives of particular pieces of research which, in turn, facilitates critical evaluation. It is important to stress, however, that the theory-constructing approach is directed more towards the development of new theory than toward the evaluation of existing bodies of knowledge.

The idea of theory-constructing research is to begin to gather data and empirical evidence on a particular area (say nursing care, or sado-masochistic sexual activities, or drug use) by observing and talking to those people who are involved in such practices or activities. Initially, very general questions will drive the researcher: What is going on? Who is involved? What problems do they face? How do these people relate to each other? As data and evidence are gathered and the researcher becomes more familiar with the practices of the group, he or she will begin to refine or alter these questions. Ideas which begin to explain the behaviour of those being studied will start to emerge.

Unlike the theory-testing approach, then, the theory-constructing approach begins by collecting and analysing data and attempts to generate explanations from these. But despite this difference, theory-constructing research must still grapple with those methodological issues that confront the theory-testing researcher. A sample of people, events, documents and so on, has to be selected and must be representative of the group being studied. A method or technique for gathering data has to be chosen (observation, interviews, documentary analysis and so forth). Finally, the main analytic categories and concepts need to be identified and related to the empirical materials. However, though these elements are similar to those involved in theory-testing research in the formal sense, there are a number of differences in application and emphasis. To start with, it may not be possible or desirable to decide on the exact size and characteristics of the sample in advance of the research. The 'emergent' nature means that priorities may change as the research unfolds and the researcher begins to generate theory. Sampling must therefore be kept as flexible as possible to take account of the changing priorities of the research.

Second, because the aim of such research is to discover evidence and theory rather than to tinker with already established knowledge, it is often

necessary to use methods and techniques of data gathering which do not presuppose too much about the area in question. A survey questionnaire or interview schedule, for example, can only be constructed if the researcher already knows enough about the relevant issues to be able to decide in advance which questions to ask. Theory-constructing research therefore employs more open-ended methods, such as various forms of involved observation or in-depth interviews, techniques which do not impose a set of issues and priorities on the area of the research. In short, there is a preference for qualitative data such as quotations from interviews or field notes which convey a sense of how research subjects experience, perceive and respond to their social worlds. Again, it is important to recognise that this is not a hard and fast rule. Although there are purists who would insist on qualitative data (just as there are those who appear to believe that only quantitative data is scientifically respectable), many researchers use combinations of the two.

The same considerations apply to the main categories and concepts used in the research. Where the emphasis is on theory-construction, there is a tendency to hold off deciding on what is relevant until the researcher has had time to really assess the evidence. Obviously, it is important to do this as soon as possible, otherwise analysis of the data would be so confusing as to be almost impossible, but again, the main point is to allow categories and concepts to *emerge* from the evidence itself. In theory-constructing research the fieldwork phase of research thus often merges with, and proceeds alongside, the process of sampling and of assessing the analytic categories, concepts and variables. As more and more evidence is gathered the researcher becomes clearer about the sort of sample that is needed and more able to identify the key analytic categories.

At this point, the distinction between theory-testing and theory-constructing begins to blur. An emerging theory needs to be continually tested against the evidence as the research unfolds. This is obviously a different process from that involved in starting research with a preconceived theory, but it is a form of theory-testing none the less. In other words, almost all research will involve elements of both theory-testing and theory-construction, and a good deal of excellent social research therefore falls somewhere between these two pure models of the research process. However, by examining the elements of these two models in their purest form, it is possible to discern their influence in particular pieces of research that are based on different combinations of them. Quantitative and qualitative methods, for example, are frequently used together in research but combined in different ways and to different

ends. Also, different elements of sampling and mixtures of data gathering techniques (methods) can be variously related to both theory-testing and theory-constructing. This section concludes with a few examples of these 'mixed' types.

Goffman's (1961) classic study of a mental hospital and the inmates' culture demonstrates how research can both construct and 'test' a theory at the same time. Goffman was attempting to illustrate the usefulness of the concept of the 'total institution' by presenting evidence on the lives of inmates in mental asylums. Manning (1992) points out that Goffman's main priority was to develop a set of ideas around this concept which could be applied to the experiences of *any* group of people (not just mental patients) whose lives are closely controlled by the constant monitoring of time and space (for example, those in monasteries, military establishments, religious cults and so on). As a result, Goffman's analysis switches between his own observations and analyses of the hospital and the findings of other researchers in other settings.

Despite the fact that subsequent researchers have found Goffman's formulations a little vague (see Manning 1992: 114–15), his study helped to clarify the characteristics of total institutions. In this sense, his work can be understood as testing out the usefulness of a theoretical concept. But in another sense, Goffman's study can be viewed as a theory-constructing enterprise. His observations of some of the behaviour of inmates, such as fantasising, hunger strikes, dirty protests and so on, led him to develop ideas about how people typically deal with the pressures of living within a total institution. Goffman presents an analysis of different types of 'adaptation strategies' used by the patients to cope with stress and the ways of 'playing the system' which were adopted in order to sustain a sense of their own identities. In so doing, Goffman is clearly constructing a theory (concepts and forms of explanation) from his own observations and conversations conducted in the hospital.

In a very different study, Hochschild (1983) also combines different elements and approaches. Her central concern was with the 'emotional labour' provided by women in a number of different jobs. Her research on flight attendants, for example, showed how economic competition between airlines led companies to seek ways of extracting more and more emotional labour from women employees, and thus highlighted an extremely subtle and complex form of exploitation. The research made use of both quantitative and qualitative data and used a number of different samples (of students in her own survey, of census statistics, of company documents, of flight attendants, trainers and company officials), as well as a number of techniques of data gathering (participant observation, interviews, inter-

pretation of documents). Although she began with the concept of 'emotional labour' as a theoretical guide, her research qualified, amended and extended its application to a number of different areas (such as emotional burn-out produced by the constant management of emotional displays). Furthermore, Hochschild weaves back and forth between the micro level (smiling at and dealing with passengers) and the macro level (economic competition between airlines, company control over employees) in her analysis. She thus draws upon a range of theoretical resources to explain and interpret her findings and her study serves to emphasise the fact that some of the most productive and illuminating research combines elements of both theory-testing and theory-construction. It is the innovative mixture of styles in relation to the particular problems studied and particular research objectives that produces robust explanations, firmly anchored in empirical evidence.

## TOWARDS BETTER RESEARCH AND RESEARCH PRACTICE

So far, we have discussed the relationship between social research and the research community, and that between theory and evidence. This section briefly considers some of the issues which seem to us to be central both to doing better research and evaluating the research of others. Since the goal of research is to produce valid knowledge about the social world and as reliable a picture of social reality as possible, the issue of bias is clearly critical to any discussion of methods. Some methodologists tend to think of this as an essentially technical issue. Positivist textbooks on survey design, for example, provide readers with guidelines on how to avoid bias from sampling techniques, interviewers and question wording. The implication is that, providing the correct measuring instruments are used in the proper fashion, undistorted truths will be produced. Others imagine that scrutiny by the academic research community somehow guarantees good practice and objectivity. But there are methodologists who see bias in less simplistic terms. Central to the feminist critique of orthodox social science methods, for example, is the idea that social scientific research has a strong and general masculine bias and therefore produces a specifically male view of social reality. It is not simply that sociologists have picked unrepresentative samples or asked loaded questions – this kind of bias is not reducible to technical issues. Feminists point out that the concepts most researchers have started out with reflect men's and not women's experience. The concept of 'work', for instance, has typically been used to refer to 'paid

Case 2:10-md-02179-CJB-DPC   Document 13856-7   Filed 12/15/14   Page 17 of 22

work' and has excluded women's domestic labour. Even within the sociology of work, it is *men's* paid work that has received most research attention. There are innumerable studies of heavy manufacturing industries but very few of retailing or clerical work where more women are employed. Since there is a powerful link between empirical evidence and theory, the fact that empirical data has typically consisted of evidence about men means that theories generated from it often explain men's rather than women's experience.

Some feminist methodologists take this critique further, arguing that the very methods and techniques employed in orthodox social research are imbued with masculine values to such a degree that they can only produce male-biased knowledge. As will be seen in later chapters, they hold that the controlling and hierarchical style adopted by positivist researchers is a peculiarly masculine approach. There are even those who claim that the application of theoretical concepts to material gathered in the course of research is an example of male 'conceptual imperialism', since 'theoretical language' is not based upon and does not reflect women's experience (see Stanley and Wise 1993). The critique of orthodox social science as androcentric (centred on men's experience and world views) leads a number of feminist writers to make the case for a specifically feminist methodology. There is, as yet, little agreement on what precisely such a methodology would consist of, but such writers tend to emphasise the importance of non-exploitative, non-hierarchical approaches to research subjects (Oakley 1981, Ramazanoglu 1992, Stanley and Wise 1993), to argue that emotion as well as reason can, does and should play a role in acquiring knowledge (Jaggar 1989), and to see the *description* of women's experiences as offering insights into the social world that are of equal value to those obtained through more rigorous methodological analysis.

We discuss the value and limitations of feminist methodologies in more detail in later chapters, but for the moment it is important to note that some feminist methodologists have themselves been faced with charges of bias. Hill Collins identifies a problem with much of the literature in the area by noting that 'when white feminists produce generalizations about "women", Black feminists routinely ask "which women do you mean?"' (1991: 51), while Narayan observes that 'some of the themes of feminist epistemology are problematic for nonwestern feminists in ways that they are not problematic for western feminists' (1989: 258). Feminist research does not necessarily or automatically produce a rounder and more accurate picture of social reality. White eurocentric bias can be, and often is, a feature of feminist research as

well as of orthodox, masculinist social research, and for the same kinds of reason. Though there are notable exceptions (for example in the work of Phizacklea 1983 and Segal 1990), white feminist researchers often begin with an agenda that is informed by their experience of and concern with just one kind of oppression (gender) and may not be particularly attuned to other forms of oppression ('racialisation' or class). These preoccupations then impact on the methods they employ and the evidence that is produced. Cannon *et al.* (1991) observe that feminist research often relies heavily on qualitative methods, employing volunteer and other non-random sampling techniques. But samples drawn in this way tend to over-represent middle-class white women, and as a result 'although qualitative research on women has accumulated useful data in many substantive areas, too often the emergent body of knowledge excludes women of color and working-class women' (1991: 107).

The problem that is being addressed here is that which was emphasised in Chapter 1, namely, social researchers are members of society as well as scientists. They are formed and informed by the very thing which they study. As members of society, they come to their research with a particular social identity (which is gendered, 'racialised' and affected by social class), a particular set of moral and political values, and a particular set of theoretical preconceptions or preoccupations. These inevitably exert an influence on the questions they ask, the methods they employ and the way in which they analyse the data they produce. But this does not mean that social researchers are necessarily or inevitably *blind* to any picture of social reality other than that which mirrors their own preconceived vision. As human beings, they are capable of recognising and understanding not only that different conceptual categories and meanings can be attached to the same things (that one person's freedom fighter is another person's terrorist, for instance) but also that they themselves view the world through a particular lens. Our position is that these human qualities of empathy, reason and self-consciousness can and should be used in the research process, and that when they are used properly, better research which produces a more accurate picture of social reality will result. We therefore recommend that *all* researchers take a *reflexive* approach to their research and, as far as possible, make use of what is known as *triangulation*.

## Reflexivity

Orthodox sociology has often failed to recognise the fact that a white middle-class male view of the world is actually only a partial view. This

unquestioning confidence in the universality of their vision is probably partly a result of the fact that in their day-to-day experience, unlike women and people belonging to groups that have been 'racialised', white middle-class men are rarely told that there are things they cannot see, do or be, simply because of the socially constructed categories into which they fall. Many white male sociologists therefore react to Black and feminist critiques in rather the same way that the English respond to Americans telling them 'I love your accent', that is, with surprise, saying 'But I haven't got an accent'. This perhaps accounts for the number of recent textbooks which devote no more than a couple of pages or paragraphs to questions of male and ethnocentric bias in social research. Indeed, some methods textbooks still get by without dealing with issues of gender or 'racialisation' in connection with the research process at all. This reflects the orthodox view that social scientists are capable of producing value-free knowledge – a view promulgated by many advocates of more qualitative methods, like Max Weber, as well as by advocates of straightforwardly positivist methods. The idea is that while the selection of a research topic may be informed by a particular set of values, researchers can and do go on to gather facts about that topic in a neutral, value-free way (see Nagel 1961). In other words, many methodologists assume that the decision to investigate something can be sharply demarcated from the actual process of investigating it. The values and identity of the researcher may influence the former, but need not and should not affect the latter.

It was a reaction against precisely this kind of reasoning which led Scholte (1972) to argue for the practice of reflexivity in anthropology. The case he makes is pertinent to other social scientific disciplines. Rather than imagining that the anthropologist can go to another society or culture and act as a sort of human tape recorder, neutrally describing 'facts' and 'reality', the anthropologist should reflect on his or her own part in *constructing* a view of reality through the interpersonal relations of fieldwork and also reflect more generally on 'the discipline itself, questioning the conditions and modes of producing knowledge about other cultures' (Callaway 1992: 32). In the same way, we would argue that sociologists and other social researchers should continually reflect upon the ways in which their own social identity and values affect the data they are gathering and the picture of social reality they are pro-ducing. If researchers are reflexive in this way, there is the potential to pre-empt or reduce bias and distortion. It may be possible to adjust or modify the design of the research, and examples of research which fail to even address issues of gender, 'racialisation' or class until fieldwork

is completed (tagging on comments like 'Although this was not a deliberate sampling strategy, all respondents were Caucasian' (Hertz 1986, cited in Cannon *et al.* 1991)) would be less common. Researchers should also reflect upon the conditions under which they are producing knowledge, thinking, for example, about the ways in which their desire to win praise from the academic community or to comply with funding bodies is shaping the picture of social reality that they are painting through the research. An awareness of these issues is central not just to producing better research, but also to critically evaluating the research of others.

It may seem that there is a danger of reflexivity leading to a form of relativism, that we are asking researchers to be so hypersensitive to their own role in constructing the data that they would lack all confidence in their findings. How can even the most reflexive white male researcher, for example, ever be sure that the picture of social reality produced by his research is generally valid and not a biased or partial portrait? It is here that triangulation can play an important role in increasing our confidence in research.

## Triangulation as a validity check

Denzin's (1970) comments on triangulation as a form of cross-checking research findings have become a widely accepted means of ensuring validity. Essentially, triangulation involves looking at the research topic or problem from a number of different vantage points in order to check whether similar pictures are produced. If not, the validity of findings and their interpretation are questionable. The most common form of tri-angulation entails the use of multiple data sources and techniques of data gathering. For example, the results of a survey on sexual attitudes might be supplemented by in-depth interviews with a smaller sample of participants. If the in-depth interviews confirm the survey findings, we can be more confident of those original results. If the interviews are at odds with the survey results, however, we might want to question them and gather further data and evidence, perhaps using other techniques such as documentary analysis or participant observation. The more sources and types of data we can gather and compare, the surer we can be of the validity of our overall findings and interpretations.

Hochschild's (1983) study of airline flight attendants and the kinds of 'emotional labour' that is required of them (particularly the women), provides a good example of the use of multiple strategies of research and data sources. Hochschild began with questionnaire survey data on a

sample of students to see how emotional management (the display and control of emotions) varies by gender and class. This was supplemented by further quantitative material derived from census data on the distribution of men and women in the occupational structure according to the demand for emotional labour. Women, she found, were concentrated in those occupations, such as teaching, nursing, flight attendants, which demanded the highest levels of emotional display and commitment. She then focused on the flight attendant's world by using qualitative methods and data. She observed training classes for flight attendants and conducted in-depth interviews with them. She also talked with trainers, sat in on recruitment interviews and studied company documents. The different vantage points and kinds of evidence that she gathered allowed Hochschild to be confident of her more detailed analysis of the ways in which flight attendants are constrained to manage their own, and passengers emotions in the course of the job.

Denzin (1970) noted that there are a number of other forms of triangulation that could be useful for checking the validity of findings. These include the use of different investigators on the same research project and the use of different theories as a means of understanding and interpreting the data. This usually means trying out different and fairly narrowly defined explanations of the same data, but can involve the application of a number of more general theories or approaches. Hochschild, for example, moves between interactionist theories of emotion and Marxian theories of political economy in interpreting her data. In this way she manages to bring together micro analyses of face-to-face conduct with macro analyses of power and economic and social organisation (see also Layder 1993). Triangulation thus not only allows the researcher to look at a given topic or social phenomenon from a number of different vantage points, but also to explore it at a number of different levels. The subjective, day-to-day experience of, say, women flight attendants can be considered at the level of the individual woman, and looked at in relation to the whole company's employment policies and organisational structure, and examined in relation to women's position in the economy as a whole.

Again, this represents a way of checking the validity of a study, because to rely solely on the individual research subject's view of their own position may be misleading. Oddly enough, given Denzin's very convincing arguments in favour of triangulation, in his later writing as a postmodernist, Denzin (1990) appears to make the case for simply accepting the subjective worldview of research subjects as the only or the most reliable vantage point, rather than considering a topic from as

many vantage points as possible in order to develop a more reliable overview. He now suggests that researchers should give priority to the 'local knowledge', feelings and emotions of the research subjects. One has only to imagine conducting research with battered women who blame themselves for their husband's brutality to see that a method which precludes questioning the subject's version of reality is extremely limited. People's subjective perceptions should not be ignored or dismissed (they are interesting and warrant investigation in their own right), but if postmodern research involves nothing more than simply accepting these subjective worldviews at face value and describing them, it seems a fairly pointless exercise. Why not cut out the middle-person and just let people tell their own stories?

For those of us who are not postmodernists, the purpose of social research is to try to produce a better picture and understanding of social reality, to add to the sum of human knowledge. Of course, we cannot claim that our 'scientific' findings are automatically valid, anymore than we can claim that people's 'local knowledge' is necessarily a faithful and valid description of social reality. We need a way of checking the validity of various and competing 'facts' and interpretations. Triangulation is a means of doing so. When used in conjunction with the practice of reflexivity, it is perhaps possible to surmount some of the methodological and philosophical problems which arise from the fact that there are different versions of the truth, and that social researchers do not and cannot observe neutrally.

## The question of ethics

Finally, it is necessary to turn to the question of ethics in social research. Ethics concern the conduct of researchers and their responsibilities and obligations to those involved in the research, including sponsors, the general public and most importantly, the subjects of the research. In this sense, ethics refer to an abstract set of standards and principles which social researchers can refer to in order to decide what is appropriate and acceptable conduct. Although various professional research associations in the UK and the USA have adopted written codes of conduct which set out standards and responsibilities, these are essentially guidelines, rather than mandatory or enforceable rules.

In practice, the question of ethics in social research is complex and a subject of heated debate. It overlaps with questions about reflexivity and the political responsibilities of researchers, and it is also central to some feminist critiques of orthodox methods. Oakley (1981), for example,

sees orthodox survey techniques as exploitative and morally indefensible. Part of the difficulty comes from uncertainty as to whether we could ever define a set of universally applicable ethical principles, or whether the particular circumstances of a research project need to be taken into account in order to decide what is, and what is not, ethical. Should a feminist researcher be constrained by the same code of conduct when interviewing both rapists and the victims of rape, for example? If each individual project requires or permits a different code, then the researcher is left with a good deal of discretion as to how to interpret ethical guidelines.

Ethical guidelines generally attempt to embrace a number of issues. First, there is the question of how to ensure that academic research is independent. Researchers need to consider the degree to which their funded research projects are controlled by the sponsor. As Homan (1991), among others, has noted, there is a trend towards increasingly tight control by statutory sponsors, who are able to influence not just the research agenda and methodology by making awards on the basis of certain criteria, but are also able to limit the freedom of the researcher by imposing controls on what is published and when. Homan observes that:

> The ethical implications of these constraints are clear. Social scientists are morally committed to the pursuit of truth and the advancement of knowledge. The right of approval asserted by government departments allow for manipulation and massage so that the truth and knowledge derived from the project will either be withheld from public access or else will be distorted. Further, it is critical to the integrity of social researchers that they should not, whether wittingly or unconsciously, be committed to the pursuit of specified conclusions.
>
> (Homan 1991: 30)

For a researcher to allow a funding body to push them to produce research which contributes to the more effective exploitation of already vulnerable groups, or which merely strengthens the resource base of a powerful vested interest group, is ethically unsound. To cite Homan again, 'information is expensive and therefore not universally available, but it is often the basis of the retention of power, especially if its publication can be controlled' and social researchers should therefore be extremely cautious about collecting data from powerless individuals and 'delivering them to be held and used by powerful institutions' (1991: 176).

The ethical issues raised by the power dimension of social research also underpin ethical guidelines about 'informed consent'. The principle of informed consent suggests that researchers should inform potential

research subjects about the nature and purpose of the study, should obtain their permission to be a subject of the research and assure them confidentiality. In medical research, the reasoning behind this principle is obvious. People have a right to be made fully aware of all the potentially harmful effects that could result from participating in the research. The same could be said of some social research, and, as will be seen in Chapter 6, Milgram's classic social psychology experiment, famed for its blatant abuse of research subjects, would not have been possible had he been committed to the principle of informed consent.

The need for informed consent is also said to be particularly important in research which involves relatively powerless groups, such as children or the mentally ill, in order to prevent their exploitation. But it is not always clear when or whether such consent has been obtained, as Denscombe and Aubrook (1992) notes in relation to the administering of questionnaires to schoolchildren in their classrooms. Although they may have been told by their teachers and/or by the researchers that they are free to choose not to participate, it is unclear whether the children feel constrained to fill out questionnaires because they are in the classroom situation wherein control relations are implicitly operating. There are also times when a researcher will only obtain information if he or she breaches the principle of fully informed consent. Cases where researchers are economical with the truth in order to obtain subjects' co-operation slide into the domain of debates about whether researchers are ever justified in deceiving subjects by lying or using 'covert' methods (that is, disguising their identity in order to gain access to a group or information about it).

Even deception can take many forms in social research. Researchers sometimes decide to lie to subjects in order to maintain confidentiality or to protect friends and other informants (Burgess 1984: 201). Covert methods are sometimes the only way that certain information can be collected. Humphreys' (1975) study of homosexual encounters in public toilets and Rosenhan's (1973) study of a psychiatric hospital (both of which are discussed in Chapter 7) are two examples of research which produced data that could not have been obtained except through the use of covert methods. But the ethics of the two studies tend to be judged differently because of differences between the relative power of the groups they deceived. Humphreys' study involved the deception of a relatively powerless group, and critics point to the potentially damaging consequences of such research that could result from breaches in confidentiality and the dissemination of findings in various forms of publication. Rosenhan's study involved the deception of members of the

medical profession – a relatively powerful group. The use of overt methods would have required permission for the study from the higher echelons of the medical profession, permission that was unlikely to be forthcoming. The question here is whether the wider public has a right to know about the practices of various powerful groups (lawyers, managers, politicians, doctors) who may use their power to block access or simply refuse permission for research. Is the social researcher's commitment to the pursuit of truth and the advancement of knowledge about such powerful groups a more important ethical principle than that which condemns the use of deception and covert methods?

Issues surrounding the use of covert methods overlap with those surrounding the invasion of the privacy of subjects. Generally speaking, ethical guidelines suggest that privacy should be respected. Again, this is especially the case with vulnerable individuals and groups. On the other hand, it can be argued that in order to support such groups politically and socially, it is necessary to acquire information about their needs and practices, and that this can only be obtained through research, sometimes only through research which invades their privacy. Humphreys used this argument to justify his study of male homosexuals. In other cases, when the subjects are powerful people or public figures (politicians, civil servants, directors of large corporations), the need to publicly account for the consequences of their actions and decisions can be held to override their right to privacy (Hammersley 1990: 133).

In general, researchers need to be aware of the potentially damaging consequences that their research may have for the subjects of that research. This needs to be considered in relation to the power and control of the individuals and groups concerned, as well as the purposes of the research and whether it serves the interests of the wider community. This, of course, brings us straight into the terrain of politics. Socialists and right-wingers, feminists and patriarchs, gay rights activitsts and moral conservatives, for instance, will make rather different judgements as to what is in the interests of the wider community. The specific circumstances of a research project and the moral and political values of the researcher will inevitably have a powerful effect on the ethical stance which is taken. This does not mean that general guidelines and principles are useless or pointless, however. They may not always be applicable, but they do at least provide a set of standards which can inform and educate researchers when confronted by conflicting ideals (Homan 1991: 40).

## CONCLUSION

This chapter has focused on two issues; the question of how social scientific research is to be distinguished from other ways of knowing about the world, and the question of bias. We began by looking at two very different philosophical traditions which inform research in the social sciences, and pointed out that the absence of a single, universally accepted research paradigm is one of the things that differentiates the social from the natural sciences. The question of *what* methods can be used to produce reliable and objective knowledge about the social world has not been fully or finally answered, but remains a subject of debate even amongst those working in social science disciplines. Some academics seem to assume that despite this problem, a methodological domain exists which can and does function as a safeguard, sieving out biased and defective research. They would thus insist that social scientific knowledge differs from prejudiced or common-sense knowledge because it is produced in a more rigorous fashion and subjected to the searching scrutiny of a critical audience. Against such a view, we have argued that the composition of the academic research community (in terms of gender, 'racialised' identity and political allegiance), combined with the fact that many researchers do not describe their methodology in detail and that many members of the academic community are not experts on methodological issues, means that the existing methodological domain is a far from perfect filter. It is, of course, feminist, Black, Africentric and radical writers who are largely responsible for revealing and critically analysing these imperfections, and there is little doubt that such scholars need independent, sometimes even separatist, forums within which to debate and develop ideas. However, we believe that it is also vital for these scholars to unite in a struggle to improve the quality of this filter, rather than accepting or even promoting a form of methodological Balkanisation. If the academic community fragments in pursuit of a number of separate methodological domains, the contributions, knowledge and insights of already marginalised groups will only be further marginalised.

We then argued that social scientific knowledge is distinguished by its attempt to formulate explanations and theories that are grounded in some form of empirical evidence, but that in collecting such evidence, researchers should do a number of things. They should be reflexive, they should attempt to improve the validity of their findings by looking at the research problem or topic from as many different vantage points as possible, they should consider the ethics of their research practice. As

the rest of this book shows, these issues are also relevant to the evaluation of research conducted by others. The next six chapters are designed to give the reader an overview of the main sources, methods and techniques that can be used in social research. We hope that the arguments advanced in this chapter and the preceding one will encourage readers to view these methods and the knowledge that derives from them critically, yet also retain a belief that, used properly, such methods have the potential to advance human knowledge and contribute to struggles against inequality.

# Chapter 3

# Official statistics and social research

When social researchers want a general overview of some social phenomenon (say, how many people in Britain are unemployed, or how many people are patients in psychiatric hospitals, or how many women are raped each year), they often begin by consulting the government's official statistics. The Oxford Dictionary defines statistics as 'numerical facts systematically collected on the subject', and social statistics have been compiled in Western European countries for several hundred years. In nineteenth-century Britain, the state's growing involvement in industrial, economic and social affairs triggered the rapid expansion of the state's statistical services. From the 1880s onwards, the state monitored and measured more and more aspects of social life more and more closely, and in 1941 the Government Statistical Service (GSS) was set up as a distinct section of the Civil Service. It expanded steadily until the 1970s, after which growth levelled off (Government Statisticians' Collective 1993: 147). Today, governments in all economically developed countries produce official statistics which describe population trends, employment patterns, mortality rates, trends in crime and sentencing, levels of economic activity, and much, much more, and these statistics are a source of information which can be used by social researchers. The way in which such statistics are produced has been summarised as follows:

The most crucial documents in the whole process of producing statistics are the *forms*, or *returns*, sent out by the government department (not necessarily by the statisticians) to the organizations from which information is needed: for example, to the offices of business firms, local tax offices, police stations, employment exchanges and local authority social services departments. The unfortunate people given the job of filling in these forms collect (or sometimes invent)