# EXHIBIT 9

## TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE DR. DIANE AUSTIN'S OPINIONS AND TESTIMONY**

THE UNIVERSITY OF ARIZONA HUMAN SUBJECTS PROTECTION PROGRAM
INFORMED CONSENT FORM

*For IRB Office Use Only:*

APPROVED BY UNIVERSITY OF AZ IRB
THIS STAMP MUST APPEAR ON ALL
DOCUMENTS USED TO CONSENT SUBJECTS.
DATE: **08/30/11** EXPIRATION: **09/23/12**

Project Title: Offshore Oil and the Deepwater Horizon: Social Effects on Gulf Coast
Communities

**You are being invited to take part in a research study being conducted by The University of
Arizona and are asked to read this form so that you know about this research study. The
information in this form is provided to help you decide whether or not to take part. If you
decide to take part in the study, you will be asked to sign this consent form. If you decide
you do not want to participate, there will be no penalty to you, and you will not lose any
benefit you normally would have.**

**WHY IS THIS STUDY BEING DONE?**
The purpose of this study is to measure, document, and describe the effects of the offshore
petroleum industry and the Deepwater Horizon disaster on people and communities along the
U.S. Gulf of Mexico. The study will contribute to ongoing efforts to record the oral histories of
people who worked in the industry, and will also provide important information about the
vulnerability of coastal communities in the face of large scale oil releases from offshore
development.

**WHY AM I BEING ASKED TO BE IN THIS STUDY?**
You are being asked to be in this study because you are knowledgeable about the history,
evolution, and/or expansion of the offshore oil industry in the Gulf of Mexico and its impacts on
coastal communities.

**HOW MANY PEOPLE WILL BE ASKED TO BE IN THIS STUDY?**
Approximately 400 people (participants) will be enrolled in this study, from communities in
southwest Alabama, southeast Mississippi, and south Louisiana.

**WHAT ARE THE ALTERNATIVES TO BEING IN THIS STUDY?**
This is not a treatment study.  The alternative is not to participate.

**WHAT WILL YOU BE ASKED TO DO IN THIS STUDY?**
Your participation in this study will last up to two hours for initial interviews and focus group
activities. You may participate in more than one interview or focus group if you and the
researcher decide that you have more information to share.

**WILL VIDEO OR AUDIO RECORDINGS BE MADE OF ME DURING THE STUDY?**
*Optional recordings:*
If you give your permission to do so, the researchers may take photographs and/or make an audio
recording during the study so that your information is accurately preserved.  Initial your decision
below.

_____         I give my permission for photographs to be made of me during my participation in this
                research study.

08/30/11: Page              1              of              3

Subject's Initials \_\_\_\_

47      _____      I give my permission for audio recordings to be made of me during my participation in
48                           this research study.
49
50      _____      I do not give my permission for photographs or audio recordings to be made of me
51                           during my participation in this research study.
52

## ARE THERE ANY RISKS TO ME?
The things that you will be doing have no more risk than you would come across in everyday
life. You do not have to answer anything you do not want to.


## ARE THERE ANY BENEFITS TO ME?
There is no direct benefit to you from being in this study. All participants who consent to have
their interview(s) recorded will receive a copy on CD. What the researchers find out from this
study may be of considerable use to those who are responsible for planning and managing the
development of offshore oil and gas reserves and understanding the consequences of such
development on coastal communities.

## WILL THERE BE ANY COSTS TO ME?
Aside from your time, there are no costs for taking part in the study.

## WILL I BE PAID TO BE IN THIS STUDY?
You will not be paid for being in this study.

## WILL INFORMATION FROM THIS STUDY BE KEPT CONFIDENTIAL?
Information about you, such as your contact information, will be stored in on a computer where
the files are protected with a password. This consent form will be filed in a locked file cabinet in
the official project office.

Information about you, such as your contact information, will be kept confidential to the extent
permitted or required by law. People who have access to your information include the Principal
Investigator and research study personnel.  Representatives of regulatory agencies such as the
Office of Human Research Protections (OHRP) and entities such as the University of Arizona
Human Subjects Protection Program may access your records to make sure the study is being run
correctly and that information is collected properly.

You will have the option of having information that share (audio recording, transcript of that
recording or notes from your interview, and personal photograph) placed in public archives at the
University of Houston and Nicholls State University as well as in community archives in Morgan
City, Houma, and Golden Meadow, Louisiana. You will be given credit, by name, for your
words and photograph(s), if they are used in any reports about this study.

## WHOM CAN I CONTACT FOR MORE INFORMATION?
You can call the Principal Investigator to tell her about a concern or complaint about this
research study. . The Principal Investigator, Dr. Diane Austin, can be called at (520) 626-3879 (email:
daustin@email.arizona.edu). You may also contact the co-Principal Investigator, Dr. Tom McGuire, at 520-621-
6282 (email: mcguire@email.arizona.edu).

08/30/11 : Page                              2                              of                              3

Subject's Initials _____

94

95    For questions about your rights as a research subject; or if you have questions, complaints, or
96    concerns about the research and cannot reach the Principal Investigator or want to talk to
97    someone other than the Investigator, you may call the University of Arizona Human Subjects
98    Protection Program office.
99    • Phone number: (520) 626-6721
100   • Website (this can be anonymous: http://orcr.vpr.arizona.edu/irb/contact)

101

102   **MAY I CHANGE MY MIND ABOUT PARTICIPATING?**
103   You have the choice whether or not to be in this research study.  You may decide to not begin or to
104   stop the study at any time.   If you choose not to be in this study, there will be no effect on you. You
105   can stop being in this study at any time with no effect on you.

106

107   **STATEMENT OF CONSENT**
108   **I agree to be in this study and know that I am not giving up any legal rights by signing this**
109   **form.  The procedures, risks, and benefits have been explained to me, and my questions**
110   **have been answered.  I know that new information about this research study will be**
111   **provided to me as it is available and that the researcher will tell me if I must be removed**
112   **from the study.  A copy of this entire, signed consent form will be given to me.**

113

114

115   _____          _____

116   Subject's Signature                                            Date

117

118   **INVESTIGATOR'S AFFIDAVIT:**
119   Either I have or my agent has carefully explained to the subject the nature of the above project. I
120   hereby certify that to the best of my knowledge the person who signed this consent form was
121   informed of the nature, demands, benefits, and risks involved in his/her participation.

122

123   _____          _____

124   Signature of Presenter                                        Date

125

126   _____          _____

127   Signature of Investigator                                     Date

08/30/11 : Page                     3                      of                      3

Subject's Initials _____