# EXHIBIT 11

## TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE DR. DIANE AUSTIN'S OPINIONS AND TESTIMONY**

1

1              UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF LOUISIANA

2

3   IN RE:  OIL SPILL        )   MDL NO. 2179

    BY THE OIL RIG           )

4   "DEEPWATER HORIZON" IN   )   SECTION "J"

    THE GULF OF MEXICO, ON   )

5   APRIL 20, 2010           )   JUDGE BARBIER

                             )   MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17              * * * * * * * * * * * * * * * * * *

                         VOLUME 1

18              * * * * * * * * * * * * * * * * *

19

20

21      Deposition of DIANE AUSTIN, Ph.D., taken at

22  Pan-American Building, 601 Poydras Street, 11th

23  Floor, New Orleans, Louisiana, 70130, on the 16th

24  day of October, 2014.

25

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

5

1          THE VIDEOGRAPHER:  Today is the

2   deposition of Dr. Diane Austin in regards to the

3   oil spill by the oil rig DEEPWATER HORIZON in the

4   Gulf of Mexico on April 20th, 2010.

5          Today's date is October 13, 2014 --

6          THE COURT REPORTER:  16th.

7          THE VIDEOGRAPHER:  -- 16th, 2014.

8   The time is now 8:32 a.m.  We're on the record,

9   beginning Tape 1.

10          DIANE AUSTIN, Ph.D.,

11   having been first duly sworn, testified as

12   follows:

13          E X A M I N A T I O N

14   BY MS. KARIS:

15      Q.  Good morning, Dr. Austin.  My name is

16   Hariklia Karis, and I represent BPXP in the

17   deposition that you are about to give.

18          Have you ever had your deposition

19   taken before?

20      A.  Prior to this trial?

21      Q.  Yes.

22      A.  No.

23      Q.  Okay.  Could you state your full name for

24   the record, please.

25      A.  My name is Diane Elizabeth Austin.

1      A.   The -- the def- -- the deposition of Harry

2  Luton, the deposition of Roger LaFarriere.

3      Q.   (BY MS. KARIS)  Okay.

4      A.   And is -- I -- I recall -- I -- I will

5  have to say while I recall looking at them, I will

6  not say to the level that I would have cited them

7  or -- or noted something specific --

8      Q.   And my question was about considering

9  them.

10      A.   Considering them.  I believe -- I would

11  add Laura Folse, I believe.  But I -- at -- I will

12  say no at the level of considering them.

13      Q.   Okay.  And tell me for what purpose you

14  considered Ms. Folse's testimony.

15            MS. FIDLER:  Object to form.

16      A.   I just said -- I said I would say no.

17      Q.   (BY MS. KARIS)  Ah, okay.  So to be clear,

18  except for Dr. Luton and Captain LaFarriere's

19  deposition, you did not consider any of the other

20  depositions that are listed here for purposes of

21  rendering any opinions in this case, correct?

22            MS. FIDLER:  Object to form.

23      A.   That is correct.

24      Q.   (BY MS. KARIS)  Okay.  How did you select

25  Captain LaFerriere --

37

1  bachelor's degree in environmental sciences and

2  biology.   I have my bachelor's in education.   I

3  have a master's degree in environmental sciences.

4  The Ph.D. is an interdisciplinary degree and it's

5  a social science degree, so it -- it has four

6  subareas:   sociocultural anthropology,

7  environmental sociology, environmental psychology,

8  and environmental policy.

9           So that is hidden in the list of

10 the -- of what the name of that degree is because

11 the degree is named after the school that it was

12 in.

13     Q.   Okay.   What is the discipline of

14 environmental psychology?

15     A.   Environmental psychology is a discipline

16 that looks at how humans navigate through

17 environments.   So it brings together -- well,

18 that's one aspect.   The work that I did

19 environmental psychology, the environmental

20 psychologist that I worked with was focused

21 specifically on notions of cognition and how our

22 understanding of the world is based on our

23 relationship to the environment from an -- an

24 evolutionary historical perspective, not simply

25 that we change the way we think depending,

1 | research.

2 |      Q.   (BY MS. KARIS)   Okay.   The facility in

3 | Houma, was it a response center that you went to?

4 |             MS. FIDLER:   Object to form.

5 |      A.   There's a -- a point at which the more

6 | information I give, the more clear it becomes who

7 | I'm talking about.   So as --

8 |      Q.   (BY MS. KARIS)   You realize there were

9 | thousands of people there?

10 |             MS. FIDLER:   Object.

11 |      A.   I went through the process of identifying

12 | the person there who I should speak to.   So I am

13 | aware -- this was not like a satellite setup.

14 | This was a -- a BP facility.

15 |      Q.   (BY MS. KARIS)   Was it a response center?

16 |      A.   I'm -- I'm -- I'm trying to make sure I

17 | understand.   A response center in the sense of

18 | there were a number of temporary sites set up.

19 | This was not a temporary site that was just set

20 | up.

21 |      Q.   Do you know whether it was a claims

22 | facility?

23 |      A.   It was not a claims facility.

24 |             MS. FIDLER:   Object to form.

25 |      Q.   (BY MS. KARIS)   Do you know whether the

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

1          A.   I did not consider myself qualified to

2     analyze it in the approach that an economist uses.

3          Q.   (BY MS. KARIS)   Thank you.

4               Did you conduct any empirical

5     analysis using the data that may have been

6     collected during the course of the ethnographic

7     study that you referenced earlier?

8               MS. FIDLER:   Object to form.

9          A.   I'm sorry.   I need clarification.   What

10    empirical analysis?

11         Q.   (BY MS. KARIS)   Do you understand what an

12    "empirical analysis" is?

13         A.   I understand what -- an empirical study.

14    I understand that we collected empirical data.   So

15    I guess I'm -- my question is:   Are you asking did

16    we analyze the data we collected?

17         Q.   Correct.

18         A.   Yes, we analyzed the data we collected.

19         Q.   And you analyzed it in a qualitative

20    manner, not a quantitative manner, then; is that

21    correct?

22               MS. FIDLER:   Object to form.

23         A.   We collected qualitative data which we

24    analyzed according to the guidelines and rules of

25    how to analyze qualitative data.

73

1  multiple numbers.

2      Q.   And how would we figure out by looking at

3  the field notes which individuals were interviewed

4  more than once?

5      A.   You would not be able to look at the --

6  essentially you have in the code reports the --

7  all of the information that's in the field notes

8  minus their names and any in- -- identifying

9  information.  So if you looked at those code

10  reports, you would not know which ones were

11  interviewed more than once.

12      Q.   So by looking at the field notes, I would

13  have no way of knowing which individuals were

14  interviewed more than once, correct?

15      A.   That is correct.

16      Q.   By looking at those field notes, would I

17  have any way of knowing what the gender is of

18  those individuals?

19      A.   No.

20      Q.   Would I have any way of knowing what the

21  age range was of those individuals?

22      A.   No.

23      Q.   Where would I look to figure out how many

24  men versus how many women were interviewed in the

25  1,320 some interviews that were conducted?

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

1      Q.   How did you select these five coastal

2  communities as being the communities that you were

3  going to conduct the study in?

4      A.   Our goal was to identify a range of

5  communities in the region between Louisiana and

6  Alabama and to look at communities that had a

7  more -- a range of ethnic groups as well as

8  occupations.

9      Q.   None of the communities that you selected

10  were urban communities, correct?

11      A.   That is correct.

12      Q.   All of the communities that you selected

13  were rural coastal towns, correct?

14          MS. FIDLER:   Object to form.

15      A.   They are within the coastal region, yes.

16      Q.   (BY MS. KARIS)   Do you know how many

17  parishes there are in Louisiana?

18      A.   I am not going to venture a guess.  I have

19  known that at some point.

20      Q.   I'm sorry?

21      A.   I've not -- I -- I have known that at some

22  point.  I do not have it in my head.

23      Q.   Okay.  And the parishes that were

24  considered as part of your study were Plaquemines,

25  St. Bernard -- is it "Lafourche"?

1          A.    "Lafourche."

2          Q.    -- Lafourche, and then Terrebonne Parish,

3    correct?

4          A.    The parishes that were considered that

5    where -- where the case study communities were

6    located are those parishes.  For -- data was

7    collected for the study in parishes beyond that.

8          Q.    Did you collect data from anyone in

9    New Orleans?

10         A.    Yes.

11         Q.    Okay.  And was that considered as part of

12   the information in your ethnographic study?

13         A.    Yes.

14         Q.    And was it considered for purposes of your

15   tourism analysis?

16         A.     It would be considered for purposes of the

17   case study and with -- within which that -- for

18   the community about which that individual was

19   providing information.

20         Q.    And do you know how many individuals from

21   New Orleans --

22         A.    No.

23         Q.    -- you collected information from?

24         A.    No.

25         Q.    Do you know whether it's even more than

138

1           MS. FIDLER:  Objection.  Asked and

2   answered.

3       A.   That is correct.

4       Q.   (BY MS. KARIS)  So do you intend to offer

5   to this Court an opinion about what concerns about

6   seafood safety exist today, even though you have

7   no data, no analysis, and no research since March

8   of 2012?

9           MS. FIDLER:  Objection; form.

10      A.   I will withdraw that opinion.

11      Q.   (BY MS. KARIS)  Thank you.

12           Is it equally true that for any

13  opinions that apply to what may or may not have

14  occurred since March of 2012, since you have no

15  data, no analysis, no research, you do not intend

16  to offer any such opinions?

17           MS. FIDLER:  Objection; form.

18      A.   I guess I would need to see something

19  specific that you're referring to.

20      Q.   (BY MS. KARIS)  Okay.  Do you intend to

21  offer opinions to this Court about what transpired

22  with respect to social effects from the spill from

23  March of 2012 through today?

24           MS. FIDLER:  Objection; form.

25      Q.   (BY MS. KARIS)  For any topic?

217

1          A.   With me, no.

2          Q.   But do you know whether those notes are in

3    the possession of the government?

4                    MS. FIDLER:   Object to form.

5          A.   Those notes -- according to our contracts

6    with the agency for who we do work, which was at

7    the time Minerals Management Services, now the

8    BOEM, those notes are never transmitted in their

9    raw form to the government.

10         Q.   (BY MS. KARIS)   They're never transmitted

11   in the raw form to the government.   Is that what

12   you said?

13         A.   The -- under the conditions under which we

14   have ever worked for any agency of the U.S.

15   Government, we do not transmit our notes.

16         Q.   So who has those raw notes?

17         A.   Those notes are in the possession of -- in

18   my case, my notes are in my possession.

19         Q.   Okay.   You're aware that interview notes

20   were typed up from some of those interviews?

21         A.   Correct.

22         Q.   Were those from the original interview

23   notes?

24         A.   The process by which we conduct research

25   is:   If I am interviewing you, I typically will be

243

1  the region reported that their businesses were

2  little changed since the spill, correct?

3      A.   That is correct.

4      Q.   So we spoke about tourism.  We spoke about

5  the seafood industry.  We also spoke about the oil

6  and gas and shipbuilding industries, correct?

7      A.   That is correct.

8      Q.   Okay.  Those are the four industries that

9  you look at in connection with rendering your

10 opinions in this case, correct?

11     A.   That is correct.

12     Q.   Okay.  Now, in looking at the impacts from

13 the spill on those four industries, you conducted

14 interviews, you looked at media, you attended

15 various meetings, as you've reported in your

16 social effects report and in your expert reports,

17 correct?

18     A.   That is correct.

19     Q.   Did you make any credibility

20 determinations of the people that you were

21 speaking to in the course of these interviews?

22          MS. FIDLER:  Object to form.

23     A.   I guess the -- what -- I need some

24 information about what you mean by credibility.

25     Q.   (BY MS. KARIS)  Well, did you make any

289

1 drawing on specific data or analyses.

2     Q.  (BY MS. KARIS)  Well, to be clear, your

3 report says that you're going to speak to

4 short-term impacts through the time of March of

5 2012, correct?

6     A.  That is correct.

7     Q.  You are not going to speak to any impacts

8 after March of 2012 with respect to mental health,

9 correct?

10          MS. FIDLER:  Object to form.

11     A.  In -- let me make sure I'm reading -- that

12 is correct.

13     Q.  (BY MS. KARIS)  That's an ongoing study

14 that is not complete, correct?

15     A.  The study that we're involved in is not

16 complete, that is correct.  If -- as -- as I said,

17 if there's -- there -- I have knowledge of this

18 region and I have knowledge based over, you know,

19 almost 20 years of research there.  But my expert

20 report was based on the research that I conducted

21 between April 2010 and January 12.

22     Q.  And your opinions are limited to the

23 research that you conducted through January of

24 2012, correct?

25          MS. FIDLER:  Object to form.

299

```
 1                THE VIDEOGRAPHER:  The time is
 2   4:44 p.m.  We're off the record.
 3                   (Break from 4:44 p.m. to 4:57 p.m.)
 4                THE VIDEOGRAPHER:  The time is
 5   4:57 p.m.  We're back on the record.
 6                E X A M I N A T I O N
 7   BY MS. FIDLER:
 8        Q.   Dr. Austin, you were asked by counsel if
 9   you were limiting your expert opinions in this
10   litigation to the time period covered by the BOEM
11   report and that you generally indicated "yes"; is
12   that correct?  Do you remember that testimony?
13        A.   That is correct.
14        Q.   Do you have any opinions to offer
15   regarding whether any of the effects you
16   identified continue after 2012?
17                MS. KARIS:  Object to form.
18        A.   To the extent I -- I discussed earlier in
19   my deposition today that findings from qualitative
20   research can be generalized and so the -- to the
21   extent that they can be generalized from one
22   location to another, they can also be generalized
23   across time, so the results of a study could be
24   generalized as long as the conditions are the same
25   to conditions at another point in time.
```