# EXHIBIT 12

## TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE DR. DIANE AUSTIN'S OPINIONS AND TESTIMONY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of DR. GEORGE BONANNO, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 3rd day of November, 2014.

**CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT**
**Worldwide Court Reporters, Inc.**

```
 1                  THE VIDEOGRAPHER:  This is the
 2     deposition of Dr. George Bonanno in regards to the
 3     oil spill by the oil rig DEEPWATER HORIZON in the
 4     Gulf of Mexico on April 20th, 2010.
 5                  Today's date is November 3rd, 2014.
 6     The time now is 8:30 a.m.  We are on the record,
 7     beginning Tape 1.
 8                  GEORGE BONANNO,
 9     having been first duly sworn, testified as
10     follows:
11                   E X A M I N A T I O N
12     BY MS. HIMMELHOCH:
13         Q.  Good morning, Dr. Bonanno.  I know we met
14     off the record.  But for the record, my name is
15     Sarah Himmelhoch, and I represent the United
16     States in this case against BP.
17                  I'm going to put you to work right
18     away.  If you could grab Volume 1 of the notebooks
19     and turn to the document behind Tab 1 and put the
20     sticker that your counsel is going to give you at
21     the bottom of the front page, not obscuring
22     anything that's written on it.
23         A.  Okay.
24         Q.  Could you read that number into the
25     record, please.
```

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.

```
 1    people -- we collaborated with a friend of mine
 2    who was in -- interested in political issues so
 3    we -- he's a clinical psychologist, so he was
 4    interested in how people choice -- or their --
 5         Q.   Party?
 6         A.   No, not really political party.  More --
 7    more their political orientation, liberal,
 8    conservative, et cetera, how that might change in
 9    a -- in a terrorist attack.
10              And so he -- we had some standardized
11    questions -- we developed some novel questions.
12    And as I said, we also always do the videotaping
13    and the other kinds of open-ended things, because
14    we can go back later on.  When we decide there's a
15    question we haven't addressed, we go back to those
16    data.  We can look at those data.  We can get
17    ideas; and if we think there's something there, we
18    can formalize a coding system and apply it to
19    those data.
20         **Q.   Is it fair to say that the measures**
21    **that -- the measurements that you chose to take**
22    **were driven by the objectives of the study?**
23         A.   The primary measures were in concert with
24    the -- I don't know if driven by, but they were in
25    concert with what we were trying to do, yes.
```

1  Q.  Okay.  Now let's turn to Page 1 of your
2  report, Exhibit 13363.  And --
3  A.  Oh, sorry.  Okay.
4  Q.  And I think you referenced this earlier in
5  your testimony, that you chaired the Teachers
6  College at Columbia University's Internal Review
7  Board --
8  A.  Yes.
9  Q.  -- for the Ethical Conduct of Research?
10  A.  Let me make sure it's -- we have the right
11  title.  I think it's called the Institutional
12  Review Board.  Yes, Institutional Review Board.
13  It's the Institutional -- no, it says "Internal
14  Review Board."  I'm not --
15  Q.  All right.  We'll call it "the IRB," and
16  then --
17  A.  Yes, yes.
18  Q.  -- the I can stand for either --
19  A.  Yes.
20  Q.  -- internal or institutional?
21  A.  Yes, thank you.
22  Q.  Okay.  So you chaired the IRB at Teachers
23  College for how long?
24  A.  I believe -- I believe, it was five years.
25  I was on the IRB as a member for many years before

51

1  then, probably five years before then.
2      Q.  And in the course of that work, did you
3  become familiar with the federal regulations and
4  restrictions on human research?
5      A.  I had, from time to time, read various
6  federal regulation, yes.  We -- we would often, in
7  the course of that work, consult with the federal
8  regulations if we were unclear about something.
9  And they were -- they -- over the course of five
10 years, they changed a lot.
11     Q.  Okay.
12     A.  This was at the beginning of -- of a very
13 noticeable change in -- in federal regulations for
14 research, yes.
15     Q.  And since chairing the internal review or
16 the IRB for Teachers College, you've also
17 interacted with IRBs in performing your research,
18 correct?
19             MS. DESANTIS:  Objection to form.
20     A.  Yes.
21     Q.  (BY MS. HIMMELHOCH)  And you've placed
22 your studies before those boards and had them
23 examined, correct?
24     A.  All research involving human subjects at
25 any university from the faculty must go be- -- go

Worldwide Court Reporters, Inc.

```
 1    through an IRB, yes.
 2        Q.  Would you agree that the research that
 3    Dr. Austin conducted was human subject research?
 4        A.  Dr. Austin's research certainly used human
 5    subjects, yes.
 6        Q.  And I'm going to ask you to -- well, never
 7    mind.
 8              Do you understand whether
 9    Dr. Austin's research went before the IRB for her
10    institution?
11              MS. DESANTIS:  Objection to form.
12        Q.  (BY MS. HIMMELHOCH)  Or do you know
13    whether?
14        A.  I -- I recalled --
15              MS. DESANTIS:  Objection to form.
16        A.  -- seeing mentioned -- I recall seeing IRB
17    mentioned in one of the reports.  I have no doubt
18    that the re- -- that the research was reviewed by
19    somebody.  Sometimes there are ambiguities and
20    universities differ.  Sometimes the -- the IRB may
21    be from another -- she worked with another
22    organization.  They may have -- have done the IRB.
23    Typically, one has to go through the IRBs at one's
24    home institution and any other institution
25    involved.  So, undoubtedly, she -- she -- she may
```

```
 1   have gone through multiple IRBs.
 2       Q.  Is one aspect of IRB review addressing
 3   whether confidentiality of the subjects'
 4   information is adequately protected?
 5       A.  That is an -- almost certainly a -- a
 6   major IRB concern, yes.
 7       Q.  And in your studies that you have
 8   submitted to IRBs, have you been required to
 9   demonstrate that you will protect the identities
10   and identifying information of the subjects of
11   your research?
12       A.  Yes.
13       Q.  Is that a common practice in social
14   science research?
15       A.  Is what a common practice?
16       Q.  The protection of the personally
17   identifying information of human research
18   subjects?
19       A.  It's a -- it is a common practice in all
20   research with human subjects, because it's -- all
21   research with human subjects goes through IRBs,
22   and IRBs -- these are one of the biggest issues
23   IRBs concern themselves with.
24       Q.  Are you familiar with something known as
25   the common rule?
```

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.

1   **the IRB, it is evaluated for whether or not it is**
2   **going to protect the confidentiality of the**
3   **subjects, correct?**
4       A.  Yes.
5       **Q.  And in this course of that, the IRB is**
6   **given certain assurances or may request additional**
7   **assurances for the confidentiality of the**
8   **subjects, correct?**
9               MS. DESANTIS:  Objection to form.
10      A.  Essentially, whatever an IRB proposal
11  claims to do, it is required to do; and there is
12  no -- there are no exceptions.  If there's a
13  change in any procedure, it's required that the
14  researcher inform the IRB of the change.
15      **Q.  (BY MS. HIMMELHOCH)  Would it be**
16  **consistent with your experience as an IRB member**
17  **and as a researcher, that Dr. Austin would have**
18  **been required by the IRB reviewing her work to**
19  **protect the confidentiality and the identity of**
20  **the individuals who participated in her research?**
21      A.  In general, yes.
22              MS. HIMMELHOCH:  Let's go ahead and
23  take a break.
24              THE VIDEOGRAPHER:  The time is
25  9:28 a.m., and we're off the record.

1    her expert report.

2        Q. (BY MS. HIMMELHOCH) Okay. Did the
3    absence of any individual identifying information
4    regarding the subjects of her interviews and
5    observations hamper your understanding of
6    Dr. Austin's methodology?

7        A. I was only reviewing what Dr. Austin
8    mentioned in her report. And she talked about --
9    I was mostly concerned with the general nature of
10   what she was doing. I wasn't evaluating the
11   veracity of her conclusions. I was only trying to
12   understand what she said she was doing in -- in a
13   general nature. That was really the extent of --
14   of -- of what I looked at.

15       Q. Okay. And in reviewing to understand what
16   Dr. Austin did, were you hampered by the fact that
17   she did not identify the individuals who
18   participated in the interviews and events that she
19   observed?

20           MS. DESANTIS: Objection to form.

21       Q. (BY MS. HIMMELHOCH) Let me -- let me try
22   to rephrase.

23          Would the availability of the names
24   or other identifying information of the subjects
25   of her research have assisted you in performing

```
 1    the task you set yourself in reviewing
 2    Dr. Austin's report?
 3         A.   I evaluated Dr. Austin's report as an --
 4    as an academic, as a -- as an expert in research
 5    methodology and -- and mental health and loss and
 6    trauma disaster, et cetera.  In -- in those roles,
 7    we don't see the names of participants or
 8    particularly what they said, so that -- that's
 9    not -- that -- that's not -- that would -- that's
10    not normally the purview.  And I don't know what
11    confidentiality agreements Dr. Austin has, what --
12    I -- I don't -- I don't know what her IRB
13    agreements were.
14         Q.   So I think you're saying that knowing the
15    identity of the names or other identifying
16    information of the subjects of her research would
17    not have assisted you in performing the review
18    that you conducted of Dr. Austin's report?
19         A.   Well, I could say if there was -- if there
20    was -- I'm sorry.  Let me make sure I understand
21    what you're asking.
22              Yeah.  The identity -- I'm not sure
23    what you mean by "identity."  Do you mean personal
24    identity?
25         Q.   Yes.
```

1    A.  Well, this is something that I -- I never
2  see in evaluating any research.  There were --
3  there were other -- I mean, essentially -- yeah.
4  I'll just leave it at that.
5    **Q.  Now, you -- you say in your description of**
6  **your Background and Credentials in Exhibit 13363,**
7  **Tab 1, that you have conducted research regarding**
8  **community resilience in the face of large scale**
9  **stressor events; is that correct?**
10   A.  I'm sorry, I have to switch folders.
11         MS. DESANTIS:  Tab 1, yeah.
12   A.  Okay.  Okay.  Can you repeat, I'm sorry,
13  where that was?
14   **Q.  (BY MS. HIMMELHOCH)  Tab 1, Page 1.**
15   A.  Yes.
16   **Q.  The numbered Page 1.**
17   A.  Yes.
18   **Q.  Second-to-last paragraph.  "In addition to**
19  **individual resilience, I have conducted research**
20  **regarding community resilience in the face of**
21  **large-scale stressor events."**
22         **Did I read that correctly?**
23   A.  Yes.
24   **Q.  What do you mean by "community**
25  **resilience"?**

1  not -- it's less than half.  But we had made the
2  conclusion in this paper that there was a
3  proportion that did not exceed 30 percent and was
4  typically much lower.
5       Q.  On the order of 5 to 10 percent?
6       A.  Something like that.  And it depends --
7  and these are broad brush strokes.  These are kind
8  of broad estimates of what we can find in -- what
9  we find in disaster studies.  Disaster studies --
10 disasters range from -- there's a wide range of
11 things that -- that fall under the category of
12 disaster.
13      **Q.  And for purposes of your expert report in**
14 **this case, you treated the DEEPWATER HORIZON**
15 **incident as a disaster, correct?**
16      A.  The DEEPWATER HORIZON incident fits the
17 broad definition of a disaster, which is a large
18 scale event with a -- that could -- could
19 potentially cause harm, yes.
20      **Q.  And would it be reasonable, therefore, to**
21 **say that there is at least a risk that the**
22 **DEEPWATER HORIZON disaster resulted in serious**
23 **psychological harm to roughly 5 to 10 percent of**
24 **the exposed population?**
25           MS. DESANTIS:  Objection to form.

1   It's a -- it's a volume that uses the approach and
2   described it as such. It describes it as -- as
3   perhaps more than -- whatever the quote was --
4   perhaps more than any other form.
5        **Q.  (BY MS. HIMMELHOCH)  And you gauged that a**
6   **reliable enough conclusion to cite this source?**
7        A.  This was a -- a conclusion that seemed
8   to -- just one second.
9             So that is a criticism -- it's a
10  limitation of ethnographic research.  Ethnographic
11  research is not useless, and I don't consider
12  eth- -- ethnographic research a poor method.
13  It's -- it's inappropriate for the task at hand,
14  which is to determine the mental health impacts of
15  a population level event.  One of the criticisms
16  is that it -- it shoes this notion of this
17  external objectivity, and these researchers --
18  these individuals made that conclusion in a -- in
19  a book length volume, so I cited them and
20  supported them.
21       **Q.  And you, therefore, considered this to be**
22  **a reliable source?**
23            MS. DESANTIS:  Objection to form.
24       A.  Well, the way things work typically, if
25  this is published and it's published by a -- by

1  **"Essentially, triangulation involves looking at**
2  **the research topic or problem from a number of**
3  **different vantage points in order to check whether**
4  **similar pictures are produced.  If not, the**
5  **validity of findings and their interpretation are**
6  **questionable.  The most common form of**
7  **triangulation entails the use of multiple data**
8  **sources and techniques of data gathering."**
9              Did I read that correctly?
10      A.   I actually did not get to that spot, but
11  I -- I am -- I'm assuming you read it fine, and I
12  accept what you read.
13      **Q.   Okay.  Do you understand that Dr. Austin**
14  **did use multiple data sources in her analysis?**
15      A.   She used multiple types of data that she
16  had collected, and I have no -- I don't take any
17  issue that -- that what she did was not a valid
18  ethnographic approach.  I don't take any issue
19  with that.  My criticism was valid or not, it was
20  in- -- inappropriate method to apply to the
21  question of population level mental health effects
22  in the community --
23      **Q.   Do you --**
24      A.   -- in the region.
25      **Q.   Do you think ethnography was an**

```
 1     relevant, then it should have been reported in the
 2     report.
 3          Q.   You didn't look at the BOEM report?
 4          A.   I did not look at the BOEM report.  It's
 5     my understanding again -- didn't you ask me this
 6     earlier -- it's not publicly available, or is
 7     it --
 8          Q.   It is publicly available.
 9          A.   -- publicly available?
10          Q.   It is up on the Web --
11          A.   Okay.
12          Q.   -- for all to see.
13          A.   Okay.  No, I did not look at it.
14          Q.   Did you evaluate whether the individuals
15     with long-standing relationships, as you called
16     them, to the researchers were actually interviewed
17     by the individuals who had that long-standing
18     relationship?
19          A.   I'll repeat the -- the -- the answer that
20     I gave you a minute ago; that it actually -- I
21     don't know that, and it -- it actually is -- it --
22     it doesn't matter that much.  Because if the
23     person doesn't know the -- the -- the respondent,
24     if they don't have any relationship at all,
25     they're still making subjective interpretations.
```

**CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT**
**Worldwide Court Reporters, Inc.**

1  in -- in ethnographic terms, the -- the data that
2  are generated are generated without any
3  interaction between the interviewer and the
4  interviewee. And we strive in this research for
5  the interviewer simply to be in this identical
6  vehicle across the different interviews. So as --
7  as standardized as possible.
8      **Q. Okay. You testified earlier today,**
9  **Dr. Bonanno, that you do not see information about**
10 **the identity of research subjects. Can you please**
11 **elaborate on what you mean by "identity"?**
12     A. I'm remembering back to that portion of
13 the interview -- of that -- that portion of -- of
14 today. What I meant at that time was that we do
15 not know the identity of individuals. We do not
16 find out who each individual is, their -- their
17 identity as a person.
18     **Q. Do you sometimes have information**
19 **regarding the age or -- age ranges of the**
20 **subjects?**
21            MS. HIMMELHOCH: Object to form.
22     A. In -- in the -- in the research -- well,
23 we routinely collect demographic information.
24     **Q. (BY MS. DESANTIS) And what would be**
25 **included in that --**

1     A.  So that --
2     Q.  -- demographic information?
3     A.  -- age, gender, education level, race,
4  ethnicity.  A number of other things we sometimes
5  ask, depending on the study, if people have been
6  in therapy or not, number of children, et cetera.
7  And a broad range of factors like that.  And we --
8  we collect that every -- almost every single study
9  we've done.
10    **Q.  And so you have that information**
11 **accessible ordinarily, and that's not what you're**
12 **talking about when you're talking about identity;**
13 **is that right?**
14    A.  No, no.
15           MS. HIMMELHOCH:  Object to form.
16    A.  When I -- when I -- when I said
17 "identity," what I meant by -- if I'm remembering
18 correctly, I do not -- well, in -- in my own
19 studies, I know who people are.  But we go to
20 great pains to make it -- make it possible --
21 to -- to make it so that other people will not
22 know who they are.
23           But when I evaluate other studies, I
24 always have access -- the other studies typically
25 report all the demographic information of the