UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER FOR RETURN OF
PAYMENTS MADE TO BOBBY LAMBERT, SR.

COMES NOW the Special Master, Louis J. Freeh, seeking to remedy a fraud committed upon the Deepwater Horizon Economic Claims Center ("DHECC") by claimant Bobby Lambert, Sr. ("Lambert"). As set forth more fully in the accompanying memorandum, Lambert provided fraudulent tax returns to the DHECC to document his alleged oyster revenue and receive payments to which he was not entitled. Relying on these misrepresentations, the DHECC paid Lambert $172,596.85.

The Special Master seeks a judgment requiring Lambert to return all money paid by the DHECC for his improper claims, less the amount his former attorneys already have repaid to the DHECC Trust Fund, and prohibiting Lambert from participating in any further seafood distributions.

Respectfully submitted,

_____/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated: December 15, 2014

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this __15th__ day of __December__, 2014, by United States Mail, first class postage prepaid, on the following:

      Bobby Lambert, Sr.
      8071 Sunshine Dr.
      Irvington, AL 36544

      /s/Louis J. Freeh
      Louis J. Freeh