UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the Special Master's motion to have claimant Bobby Lambert, Sr. ("Lambert") return payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The DHECC claim awards in favor of Lambert based upon Claim 12463 and Claim 12464 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Lambert, requiring Lambert to make restitution to the DHECC in the amount of $129,447.64, plus post-judgment interest.  This restitution represents the claim awards paid to Lambert of $172,596.85, less the $43,149.21 his former counsel already has repaid to the DHECC Trust Fund (representing the contingency fee that counsel received); and

3. Lambert shall participate in no further distributions under the DHECC Seafood Compensation Program; and

4. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple

- 2 -

parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

      5.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

      Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

                                    _____
                                    THE HON. CARL J. BARBIER
                                    UNITED STATES DISTRICT JUDGE