# EXHIBIT F



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 09-19-2014 |
| Response Date: | 09-19-2014 |
| Tracking Number: | 100213205899 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER: ▮▮▮▮

Requested Data Not Found.

This Product Contains Sensitive Taxpayer Data



## Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Wage and Income Transcript

|  |  |
|---|---|
| Request Date: | 09-19-2014 |
| Response Date: | 09-19-2014 |
| Tracking Number: | 100213205899 |

**SSN Provided:** ▮▮▮▮▮▮
**Tax Period Requested:** December, 2007

## Form 1099-G

**Payer:**
Payer's Federal Identification Number (FIN): ▮▮▮▮
ORGANIZED SEAFOOD ASSOCIATION OF ALABAMA
▮▮▮▮▮▮▮

**Recipient:**
Recipient's Identification Number: ▮▮▮▮
BOBBY RAY LAMBERT
▮▮▮▮▮

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ▮▮▮▮ |
| ATAA Payments: | 0.00 |
| Tax Withheld: | 0.00 |
| Unemployment Compensation: | 0.00 |
| Agricultural Subsidies: | 0.00 |
| Prior Year Refund: | 0.00 |
| Year of Refund: | Not Set |
| 1099G Offset: | Not Refund, Credit, or Offset for Trade or Business |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ▮▮▮▮
MISS LORAINE INC
▮▮▮▮▮▮

**Recipient:**
Recipient's Identification Number: ▮▮▮▮
BOBBY RAY LAMBERT
▮▮▮▮▮

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |

| | |
|---|---|
| Medical Payments: | 0.00 |
| Fishing Income: | $11,948.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data


## Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|                        |              |
|------------------------|--------------|
| Request Date:          | 08-02-2014   |
| Response Date:         | 08-02-2014   |
| Tracking Number:       | 100207617638 |

FORM NUMBER:     1040A
TAX PERIOD:      Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:     ███████

BOBBY R LAMBERT SR

### --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 7,026.99 | |
| ACCRUED INTEREST: | 430.46 | AS OF: Aug. 18, 2014 |
| ACCRUED PENALTY: | 188.96 | AS OF: Aug. 18, 2014 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                   7,646.41

### ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 31,642.00 |
| TAXABLE INCOME: | 22,692.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 26,574.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 4,066.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)          Mar. 06, 2012
PROCESSING DATE                                                        Apr. 09, 2012

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | Substitute tax return prepared by IRS | | 04-09-2012 | $0.00 |
| n/a | 19210-887-00066-2 | | | |
| 140 | Inquiry for non-filing of tax return | | 04-27-2010 | $0.00 |
| 971 | Notice issued CP 0059 | | 05-17-2010 | $0.00 |
| 570 | Additional account action pending | | 04-09-2012 | $0.00 |
| 494 | Final notice before tax is determined for you by IRS (Statutory notice of deficiency) | | 06-12-2012 | $0.00 |

| 170 | Penalty for not pre-paying tax | 20124505 | 11-19-2012 | $227.15 |
| 290 | Additional tax assessed | 20124505 | 11-19-2012 | $7,068.00 |
| n/a | 11254-705-32049-2 | | | |
| 495 | Tax determination closed | | 10-30-2012 | $0.00 |
| 599 | Tax return filed | | 10-31-2012 | $0.00 |
| 166 | Penalty for filing tax return after the due date | 20124505 | 11-19-2012 | $1,590.30 |
| 196 | Interest charged for late payment | 20124505 | 11-19-2012 | $1,202.58 |
| 276 | Penalty for late payment of tax | 20124505 | 11-19-2012 | $1,554.96 |
| 971 | Notice issued<br>CP 0022 | | 11-19-2012 | $0.00 |
| 290 | Additional tax assessed | 20131105 | 04-01-2013 | $0.00 |
| n/a | 19254-470-06125-3 | | | |
| 971 | Tax period blocked from automated levy program | | 05-20-2013 | $0.00 |
| 706 | Credit transferred in from<br>1040 201212 | | 04-15-2013 | -$4,616.00 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

|  |  |
|---|---|
| Request Date: | 08-02-2014 |
| Response Date: | 08-02-2014 |
| Tracking Number: | 100207617638 |

FORM NUMBER:      1040

TAX PERIOD:      Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:      ███████

Requested Data Not Found.

```
This Product Contains Sensitive Taxpayer Data
```


# Internal Revenue Service
United States Department of the Treasury

```
┌─────────────────────────────────────────────────────────────┐
│        This Product Contains Sensitive Taxpayer Data          │
└─────────────────────────────────────────────────────────────┘
```

## Record of Account

|                      |              |
|----------------------|--------------|
| Request Date:        | 08-02-2014   |
| Response Date:       | 08-02-2014   |
| Tracking Number:     | 100207617638 |

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:  ███████

No record of return filed.

```
┌─────────────────────────────────────────────────────────────┐
│        This Product Contains Sensitive Taxpayer Data          │
└─────────────────────────────────────────────────────────────┘
```



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Record of Account

|  |  |
|---|---|
| Request Date: | 08-02-2014 |
| Response Date: | 08-02-2014 |
| Tracking Number: | 100207617638 |

FORM NUMBER:        1040
TAX PERIOD:         Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:    ███████████

No record of return filed.

| This Product Contains Sensitive Taxpayer Data |
|---|



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date:        08-02-2014
Response Date:       08-02-2014
Tracking Number:     100207617638

**SSN Provided:**      ▉▉▉▉▉▉
**Tax Period Requested:** December, 2008

## Form 1099-G

**Payer:**
Payer's Federal Identification Number (FIN): ▉▉▉▉▉▉
ORGANIZED SEAFOOD ASSOCIATION OF ALABAMA
▉▉▉▉▉▉▉▉▉

**Recipient:**
Recipient's Identification Number: ▉▉▉▉▉▉
BOBBY RAY LAMBERT
▉▉▉▉▉▉▉▉

Submission Type:                                          Original document
Account Number (Optional):                        ▉▉▉▉▉▉
ATAA Payments:                                                      0.00
Tax Withheld:                                                      0.00
Unemployment Compensation:                                         0.00
Agricultural Subsidies:                                           0.00
Prior Year Refund:                                                0.00
Year of Refund:                                                Not Set
1099G Offset:                     Not Refund, Credit, or Offset for Trade or Business

## Form 1099-G

**Payer:**
Payer's Federal Identification Number (FIN): ▉▉▉▉▉▉
ORGANIZED SEAFOOD ASSOCIATION OF ALABAMA
▉▉▉▉▉▉▉▉▉

**Recipient:**
Recipient's Identification Number: ▉▉▉▉▉▉
BOBBY RAY LAMBERT
▉▉▉▉▉▉▉▉

Submission Type:                                          Original document
Account Number (Optional):                        BOBBYRAYLAMBERT00540
ATAA Payments:                                                     0.00
Tax Withheld:                                                     0.00

Unemployment Compensation:                                                                    0.00
Agricultural Subsidies:                                                                        0.00
Prior Year Refund:                                                                            0.00
Year of Refund:                                                                            Not Set
1099G Offset:                               Not Refund, Credit, or Offset for Trade or Business

## Form 1099-MISC

**Payer**:
Payer's Federal Identification Number (FIN):   █████████
RAY B STEWART
████████████████████

**Recipient**:
Recipient's Identification Number:   ██████████
BOBBY RAY LAMBERT
████████████████

Submission Type:                                                                Original document
Account Number (Optional):                                                                    N/A
Tax Withheld:                                                                                 0.00
Non-Employee Compensation:                                                                    0.00
Medical Payments:                                                                             0.00
Fishing Income:                                                                         $2,500.00
Rents:                                                                                        0.00
Royalties:                                                                                    0.00
Other Income:                                                                                 0.00
Substitute Payments for Dividends:                                                            0.00
Excess Golden Parachute:                                                                      0.00
Crop Insurance:                                                                               0.00
Attorney Fees:                                                                                0.00
Section 409A Deferrals:                                                                       0.00
Section 409A Income:                                                                          0.00
Direct Sales Indicator:                                                            Not Direct Sales
Second Notice Indicator:                                                            No Second Notice

## Form 1099-MISC

**Payer**:
Payer's Federal Identification Number (FIN):   █████████
MISS ASHLEIGH INC
████████████████████

**Recipient**:
Recipient's Identification Number:   ██████████
BOBBY RAY LAMBERT
███████████████

Submission Type:                                                                Original document
Account Number (Optional):                                                                    N/A
Tax Withheld:                                                                                 0.00
Non-Employee Compensation:                                                                    0.00
Medical Payments:                                                                             0.00
Fishing Income:                                                                        $23,049.00
Rents:                                                                                        0.00
Royalties:                                                                                    0.00

| | |
|---|---|
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ███████
INTEGRITY FISHERIES INC.
███████████████████████

**Recipient:**
Recipient's Identification Number: ██████████
BOBBY LAMBERT
████████████████

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 29 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | $3,226.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

| This Product Contains Sensitive Taxpayer Data |
|---|



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 08-02-2014 |
| Response Date: | 08-02-2014 |
| Tracking Number: | 100207617638 |

**SSN Provided:** ▓▓▓▓▓
**Tax Period Requested:** December, 2009

## Form 1099-G

**Payer:**
Payer's Federal Identification Number (FIN): ▓▓▓▓▓
ORGANIZED SEAFOOD ASSOCIATION OF ALABAMA
▓▓▓▓▓

**Recipient:**
Recipient's Identification Number: ▓▓▓▓▓
BOBBY RAY LAMBERT
▓▓▓▓▓

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ▓▓▓▓▓ |
| ATAA Payments: | 0.00 |
| Tax Withheld: | 0.00 |
| Unemployment Compensation: | 0.00 |
| Agricultural Subsidies: | 0.00 |
| Prior Year Refund: | 0.00 |
| Market gain on Commodity Credit Corporation loans repaid on or after January 1, 2007: | 0.00 |
| Year of Refund: | Not Set |
| 1099G Offset: | Not Refund, Credit, or Offset for Trade or Business |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ▓▓▓▓▓
MISS ASHLEIGH INC
▓▓▓▓▓

**Recipient:**
Recipient's Identification Number: ▓▓▓▓▓
BOBBY RAY LAMBERT
▓▓▓▓▓

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |

| | |
|---|---|
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | $866.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer**:
Payer's Federal Identification Number (FIN): ██████████
INTEGRITY FISHERIES INC.
██████████████████████

**Recipient**:
Recipient's Identification Number: ████████████
BOBBY LAMBERT
█████████████████

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | 29 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | $2,496.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

|  |  |
|---|---|
| Request Date: | 08-02-2014 |
| Response Date: | 08-02-2014 |
| Tracking Number: | 100207617638 |

**SSN Provided:**  ▮▮▮▮▮▮
**Tax Period Requested:** December, 2010

## Form 1099-G

**Payer:**
Payer's Federal Identification Number (FIN): ▮▮▮▮▮
ORGANIZED SEAFOOD ASSOCIATION OF ALABAMA
▮▮▮▮▮▮▮▮

**Recipient:**
Recipient's Identification Number: ▮▮▮▮▮▮
BOBBY RAY LAMBERT
▮▮▮▮▮▮▮▮

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ▮▮▮▮▮ |
| ATAA Payments: | 0.00 |
| Tax Withheld: | 0.00 |
| Taxable Grants: | $594.00 |
| Unemployment Compensation: | 0.00 |
| Agricultural Subsidies: | 0.00 |
| Prior Year Refund: | 0.00 |
| Market gain on Commodity Credit Corporation loans repaid on or after January 1, 2007: | 0.00 |
| Year of Refund: | Not Set |
| 1099G Offset: | Not Refund, Credit, or Offset for Trade or Business |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ▮▮▮▮▮
DANOS & CUROLE STAFFING LLC
▮▮▮▮▮▮▮▮

**Recipient:**
Recipient's Identification Number: ▮▮▮▮▮▮
BOBBY RAY LAMBERT SR
▮▮▮▮▮▮▮▮

| | |
|---|---|
| Submission Type: | Original document |

```
Account Number (Optional):                                        N/A
Tax Withheld:                                                    0.00
Non-Employee Compensation:                                 $15,615.00
Medical Payments:                                               0.00
Fishing Income:                                                 0.00
Rents:                                                          0.00
Royalties:                                                      0.00
Other Income:                                                   0.00
Substitute Payments for Dividends:                              0.00
Excess Golden Parachute:                                        0.00
Crop Insurance:                                                 0.00
Attorney Fees:                                                  0.00
Section 409A Deferrals:                                         0.00
Section 409A Income:                                            0.00
Direct Sales Indicator:                             Not Direct Sales
Second Notice Indicator:                            No Second Notice
```

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ████████
INA TAX BENEFITS REPORTING INC
████████████████████

**Recipient:**
Recipient's Identification Number: ████████
BOBBY RAY LAMBERT SR
████████████████

```
Submission Type:                                  Original document
Account Number (Optional):                     ████████
Tax Withheld:                                                   0.00
Non-Employee Compensation:                                     0.00
Medical Payments:                                              0.00
Fishing Income:                                                0.00
Rents:                                                         0.00
Royalties:                                                     0.00
Other Income:                                            $15,461.00
Substitute Payments for Dividends:                             0.00
Excess Golden Parachute:                                       0.00
Crop Insurance:                                                0.00
Attorney Fees:                                                 0.00
Section 409A Deferrals:                                        0.00
Section 409A Income:                                           0.00
Direct Sales Indicator:                            Not Direct Sales
Second Notice Indicator:                           No Second Notice
```

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Wage and Income Transcript

|  |  |
|---|---|
| Request Date: | 08-02-2014 |
| Response Date: | 08-02-2014 |
| Tracking Number: | 100207617638 |

**SSN Provided:** ▇▇▇▇▇▇▇
**Tax Period Requested:** December, 2011

## Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN): ▇▇▇▇▇▇
DOMINICK S SEAFOOD INC

**Employee:**
Employee's Social Security Number: ▇▇▇▇▇▇
BOBBY R LAMBERT
▇▇▇▇▇▇▇▇▇▇

| | Original document |
|---|---|
| Submission Type: | |
| Wages, Tips and Other Compensation: | $900.00 |
| Federal Income Tax Withheld: | $122.00 |
| Social Security Wages: | $900.00 |
| Social Security Tax Withheld: | $37.00 |
| Medicare Wages and Tips: | $900.00 |
| Medicare Tax Withheld: | $13.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $0.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Code "DD" Cost of Employer-Sponsored Health Coverage: | $0.00 |
| Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Unanswered |
| Statutory Employee: | Not Statutory Employee |

## Form 1099-MISC



**Payer:**
Payer's Federal Identification Number (FIN):  ▆▆▆▆▆
MISS ASHLEIGH INC

**Recipient:**
Recipient's Identification Number:  ▆▆▆▆▆
BOBBY RAY LAMBERT

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | $20,799.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN):  ▆▆▆▆▆
JOSEPH ANTHONY INC

**Recipient:**
Recipient's Identification Number:  ▆▆▆▆▆
BOBBY RAY LAMBERT

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | $4,536.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |

Section 409A Income:                                          0.00
Direct Sales Indicator:                          Not Direct Sales
Second Notice Indicator:                         No Second Notice
```
┌──────────────────────────────────────────────────────────────┐
│         This Product Contains Sensitive Taxpayer Data          │
└──────────────────────────────────────────────────────────────┘
```