UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| This Document Relates To: | : | JUDGE BARBIER |
| | : | |
| ALL CASES | : | MAGISTRATE JUDGE SHUSHAN |
| | : | |

.............................................................................................................................

**UNITED STATES' MEMORANDUM IN OPPOSITION TO BPXP'S MOTION TO
EXCLUDE THE REPORTS AND TESTIMONY OF DR. FREDRIC QUIVIK**

# [PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

**Table of Contents**

INTRODUCTION ....................................................................................................................... 1

BACKGROUND ....................................................................................................................... 3

ARGUMENT ............................................................................................................................ 4

     A.     Applicable Legal Standard....................................................................................... 4

     B.     Dr. Quivik's Specialized Knowledge Will Help the Court to Understand
           Relevant Evidence ................................................................................................... 5

     C.     Dr. Quivik's Reports and Expected Testimony Are Based on Sufficient Facts or
           Data, the Product of Reliable Principles and Methods; and the Reliable
           Application of Those Principles and Methods to the Facts of this Case .............. 12

     D.     Dr. Quivik's Testimony Should Not Be Excluded Because He Allegedly
           Improperly Evaluated the Credibility of Witnesses and Documents.................14

CONCLUSION.......................................................................................................................... 15

## Table of Authorities

**Cases**

*Andrews v. Metro N. Commuter R. Co.*, 882 F.2d 705 (2d Cir. 1989) ........................................... 8

*Citizens for a Better Gretna v. City of Gretna, La.*, 636 F. Supp. 1113n.12
(E.D. La. 1986) ........................................................................................................... 2, 13

*Coeur D'Alene Tribe v. Asarco Inc.*, 280 F. Supp. 2d 1094 (D. Idaho 2003)................................. 3

*Curtis v. M&S Petroleum, Inc.*, 174 F.3d 661 (5th Cir. 1999) ...................................... 4

*Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 113 S. Ct. 2786 (1993) ................ 2, 4, 5, 12

*Deville v. Comar Marine Corp.*, No. 08-4104, 2009 WL 1870896
(E.D. La. June 25, 2009) .............................................................................................. 5

*Gibbs v. Gibbs*, 210 F.3d 491 (5th Cir. 2000)............................................................... 5

*Highland Capital Mgmt., L.P. v. Schneider*, 551 F. Supp. 2d 173 (S.D.N.Y. 2008)................ 8, 14

*Hodges v. Mack Trucks Inc.*, 474 F.3d 188 (5th Cir. 2006)........................................... 4

*In re Cudd Pressure Control, Inc.*, No. 98-585, 1999 WL 756439
(E.D. La. Sept. 24, 1999) .............................................................................................. 4

*In re Fosamax Products Liab. Litig.*, 654 F. Supp. 2d 164 (S.D.N.Y. 2009)................................ 8

*In re Katrina Canal Breaches Consol. Litig.*, No. 10-866, 2012 WL 4328354
(E.D. La. Sept. 20, 2012) .............................................................................................. 4

*In re Rezulin Products Liab. Litig.*, 309 F. Supp. 2d 531 (S.D.N.Y. 2004)............................ 1, 8

*In re Tasch, Inc.*, 97-15901 JAB, 1999 WL 596261 (E.D. La. Aug. 5, 1999) ............................ 8

*Kumbo Tire Co. v. Carmichael*, 526 U.S. 137 (1999) .................................................... 4

*LinkCo, Inc. v. Fujitsu Ltd.*, No. 00-7242, 2002 WL 1585551
(S.D.N.Y. July 16, 2002) .............................................................................................. 8

*Marvel Characters, Inc. v. Kirby*, 726 F.3d 119 (2d Cir. 2013)............................................ 1, 2

*Matheny v. Tetra Technologies, Inc.*, No. 07-1556, 2008 WL 2178091
(E.D. La. May 22, 2008)................................................................................................ 4

*Mathis v. Exxon Corp.*, 302 F.3d 448 (5th Cir. 2002) ...................................................... 4

*McGowan v. Cooper Indus., Inc.*, 863 F.2d 1266 (6th Cir. 1988) .................................. 8

*Media Sport & Arts s.r.l. v. Kinney Shoe Corp.*, No. 95-3901, 1999 WL 946354
(S.D.N.Y. Oct. 19, 1999) .................................................................................................. 8

*Micro Chem., Inc. v. Lextron, Inc.*, 317 F.3d 1387 (Fed. Cir. 2003) ............................. 4

*Nimely v. City of New York*, 414 F.3d 381 (2d Cir. 2005) ........................................... 14

*Perry v. Schwarzenegger*, 704 F. Supp. 2d 921 (N.D. Cal. 2010) ........................... 2, 13

*Pinal Creek Grp. v. Newmont Mining Corp.*, 352 F. Supp. 2d 1037 (D. Ariz. 2005) ................... 3

*Poiencot v. GlobalSanteFe Drilling Co.*, No. 06-10793, 2008 WL 5429645
(E.D. La. Aug. 6, 2008) .................................................................................................... 4

*Runnels v. Texas Children's Hosp. Select Plan*, 167 F. App'x 377 (5th Cir. 2006)........................ 4

*Rushing v. Kansas City S. Ry. Co.*, 185 F.3d 496 (5th Cir. 1999) ................................. 5

*Sch. Bd. of Parish of St. Charles v. Shell Oil Co.*, No. 04-2511, 2007 WL 756458
(E.D. La. Mar. 8, 2007)..................................................................................................... 4

*Schmidt v. MTD Products, Inc.*, No. 04-3412, 2006 WL 5127539
(E.D. La. July 5, 2006)....................................................................................................... 4

*Siegal v. Warner Bros. Entm't,* No. 04-08400, 2009 WL 2014161 (C.D. Cal. July 8, 2009)....... 13

*SmithKline Beecham Corp. v. Apotex Corp.*, 247 F. Supp. 2d 1011 (N.D. Ill. 2003) .................... 5

*Taylor v. Evans*, No. 94-8425, 1997 WL 154010 (S.D.N.Y. Apr. 1, 1997) .................................. 8

*Thompson v. Rowan Companies, Inc.*, No. 06-3218, 2007 WL 724646
(E.D. La. Mar. 6, 2007).................................................................................................. 4, 5

*U.S. Marine, Inc. v. United States*, No. 08-2571, 2009 WL 3480979
(E.D. La. Oct. 26, 2009).................................................................................................. 4, 5

*United States v. 14.38 Acres of Land, More or Less Situated in Leflore Cnty., State of Miss.*,
80 F.3d 1074 (5th Cir. 1996) ............................................................................................ 5

*United States v. Asarco Inc.*, 392 F. Supp. 2d 1197 (D. Idaho 2005)............................ 3

*United States v. City of Euclid*, 580 F. Supp. 2d 584 (N.D. Ohio 2008) .................................. 2, 13

*United States v. Hitt*, 473 F.3d 146 (5th Cir. 2006) ....................................................... 4

*United States v. Lumpkin*, 192 F.3d 280 (2d Cir. 1999) ............................................. 14

*United States v. Mun. Auth. of Union Twp.*, 929 F. Supp. 800 (M.D. Pa. 1996)........................... 6

*United States v. Newmont USA Ltd.*, No. 05-020, 2007 WL 4856859
(E.D. Wash. Nov. 16, 2007)........................................................................... 3, 6, 7

*United States v. Newmont USA Ltd.*, No. 05-020, 2008 WL 4621566
(E.D. Wash. Oct. 17, 2008)............................................................................ 3, 6

*United States v. Scop*, 846 F.2d 135 (2d Cir. 1988)..................................................... 14

 *United States v. Sterling Centrecorp, Inc.*, No. 2:08-CV-02556, 2013 WL 3166585
(E.D. Cal. June 20, 2013)............................................................................ 2, 3, 7

*Veasley v. Perry*, No. 13-CV-00193, 2014 WL 5090258 (S.D. Tex. Oct. 9, 2014) ................ 2, 12

*Wilson v. Am. Sec. Ins. Co.*, No. 07-5984, 2008 WL 2704522 (E.D. La. July 3, 2008)................ 4

*Young v. BP Exploration & Prod. Inc.*, No. 11-1003, 2012 WL 2087405
(E.D. La. June 8, 2012) ................................................................................. 4

**Statutes**

33 U.S.C. § 1321(b)(8)  ............................................................................. 1, 5

42 U.S.C. § 9601 ......................................................................................... 3

**Federal Rules**

Fed. R. Evid. 702 ..................................................................................... 4, 12

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

[REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

## [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

## [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

Respectfully submitted,

JOYCE BRANDA                                    SAM HIRSCH
Acting Deputy Assistant Attorney General        Acting Assistant Attorney General
Civil Division                                  Environment & Natural Resources Division
PETER FROST                                     SARAH HIMMELHOCH
Director, Torts Branch, Civil Division          Senior Litigation Counsel for E-Discovery
Admiralty and Aviation                          MICHAEL MCNULTY
SHARON SHUTLER                                  Senior Counsel
MALINDA LAWRENCE                                 NANCY FLICKINGER
LAURA MAYBERRY                                   Senior Attorney
Trial Attorneys                                 PATRICK CASEY
R. MICHAEL UNDERHILL, T.A                        RICHARD GLADSTEIN
Attorney in Charge, West Coast Office           DANIEL S. SMITH
                                                Senior Counsel
                                                ABIGAIL ANDRE
                                                A. NATHANIEL CHAKERES
                                                ANNA CROSS
                                                RACHEL HANKEY
                                                JUDY HARVEY
                                                RACHEL KING
                                                ERICA PENCAK
                                                BRANDON ROBERS
                                                GORDON YOUNG
                                                Trial Attorneys

                                                /s/ Richard Gladstein
                                                _____
                                                STEVEN O'ROURKE
                                                Senior Attorney
                                                Environmental Enforcement Section
                                                U.S. Department of Justice
                                                P.O. Box 7611
                                                Washington, D.C. 20044
                                                Telephone:  202-514-2779
                                                Facsimile:   202-514-2583
                                                E-mail:  steve.o'rourke@usdoj.gov
                                                KENNETH A. POLITE, JR.
                                                United States Attorney
                                                Eastern District of Louisiana
                                                SHARON D. SMITH
                                                Assistant United States Attorney
                                                Eastern District of Louisiana

- 16 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 15th day of December, 2014.

/s/ Richard Gladstein
U.S. Department of Justice
