# EXHIBIT 1

TO

# United States' Memorandum in Opposition to BPXP'S Motion to Exclude the Reports and Testimony of Dr. Fredric Quivik

# Annual Report and Form 20-F 2010

bp.com/annualreport



# What's inside?

**5 Business review**
- 6 Chairman's letter
- 8 Board of directors
- 10 Group chief executive's letter
- 12 Progress in 2010
- 14 Group overview
- 34 Gulf of Mexico oil spill
- 40 Exploration and Production
- 55 Refining and Marketing
- 61 Other businesses and corporate
- 63 Liquidity and capital resources
- 68 Corporate responsibility
- 76 Research and technology
- 78 Regulation of the group's business
- 81 Certain definitions

**83 Directors and senior management**
- 84 Directors and senior management
- 87 Directors' interests

**89 Corporate governance**
- 90 Board performance report
- 105 Corporate governance practices
- 106 Code of ethics
- 106 Controls and procedures
- 107 Principal accountants' fees and services
- 108 Memorandum and Articles of Association

**111 Directors' remuneration report**
- 112 Part 1 Summary
- 114 Part 2 Executive directors' remuneration
- 120 Part 3 Non-executive directors' remuneration

**123 Additional information for shareholders**
- 124 Critical accounting policies
- 127 Property, plants and equipment
- 127 Share ownership
- 128 Major shareholders and related party transactions
- 129 Dividends
- 130 Legal proceedings
- 133 Relationships with suppliers and contractors
- 134 Share prices and listings
- 135 Material contracts
- 135 Exchange controls
- 135 Taxation
- 137 Documents on display
- 137 Purchases of equity securities by the issuer and affiliated purchasers
- 138 Fees and charges payable by a holder of ADSs
- 138 Fees and payments made by the Depositary to the issuer
- 139 Called-up share capital
- 139 Administration
- 139 Annual general meeting
- 140 Exhibits

**141 Financial statements**
- 142 Consolidated financial statements of the BP group
- 150 Notes on financial statements
- 228 Supplementary information on oil and natural gas (unaudited)
- PC1 Parent company financial statements of BP p.l.c.


6033
Exhibit No. _____
Worldwide Court Reporters, Inc.

TREX 006033.0001

TREX 006033.0002

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 20-F

(Mark One)

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) or (g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended 31 December 2010

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 1-6262

## BP p.l.c.
(Exact name of Registrant as specified in its charter)

**England and Wales**
(Jurisdiction of incorporation or organization)

**1 St James's Square, London SW1Y 4PD**
**United Kingdom**
(Address of principal executive offices)

Dr Byron E Grote
BP p.l.c.
1 St James's Square, London SW1Y 4PD
United Kingdom
Tel +44 (0) 20 7496 4495
Fax +44 (0) 20 7496 4630
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act

| Title of each class | Name of each exchange on which registered |
|---|---|
| Ordinary Shares of 25c each | New York Stock Exchange* |
| Floating Rate Guaranteed Notes due 2011 | New York Stock Exchange |
| Substitute Floating Rate Guaranteed Note due 2011 | New York Stock Exchange |
| 1.55% Guaranteed Notes due 2011 | New York Stock Exchange |
| 3.125% Guaranteed Notes due 2012 | New York Stock Exchange |
| 5.25% Guaranteed Notes due 2013 | New York Stock Exchange |
| 3.625% Guaranteed Notes due 2014 | New York Stock Exchange |
| 3.875% Guaranteed Notes due 2015 | New York Stock Exchange |
| 3.125% Guaranteed Notes due 2015 | New York Stock Exchange |
| 4.75% Guaranteed Notes due 2019 | New York Stock Exchange |
| 4.5% Guaranteed Notes due 2020 | New York Stock Exchange |

*Not for trading, but only in connection with the registration of American Depositary Shares, pursuant to the requirements of the Securities and Exchange Commission.

Securities registered or to be registered pursuant to Section 12(g) of the Act.
**None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.
**None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

| | |
|---|---|
| Ordinary Shares of 25c each | 18,796,461,292 |
| Cumulative First Preference Shares of £1 each | 7,232,838 |
| Cumulative Second Preference Shares of £1 each | 5,473,414 |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☒     No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.
Yes ☐     No ☒

Note — Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒     No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).*
Yes ☒     No ☐

*This requirement does not apply to the registrant until its fiscal year ending December 31, 2011.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒     Accelerated filer ☐     Non-accelerated filer ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☐     International Financial Reporting Standards as issued by the International Accounting Standards Board ☒     Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.
Item 17 ☐     Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐     No ☒

BP Annual Report and Form 20-F 2010    1

TREX 006033.0003

# Cross reference to Form 20-F

|  |  |  | Page |
|---|---|---|---|
| Item 1. |  | Identity of Directors, Senior Management and Advisors | n/a |
| Item 2. |  | Offer Statistics and Expected Timetable | n/a |
| Item 3. |  | Key Information |  |
|  | A. | Selected financial data | 23 |
|  | B. | Capitalization and indebtedness | n/a |
|  | C. | Reasons for the offer and use of proceeds | n/a |
|  | D. | Risk factors | 27-32 |
| Item 4. |  | Information on the Company |  |
|  | A. | History and development of the company | 4, 14-15 |
|  | B. | Business overview | 14-22, 33-82 |
|  | C. | Organizational structure | 220-221 |
|  | D. | Property, plants and equipment | 22, 43, 50-54, 127, 247-248 |
| Item 4A. |  | Unresolved Staff Comments | None |
| Item 5. |  | Operating and Financial Review and Prospects |  |
|  | A. | Operating results | 24-26, 34, 41-42, 56-57, 61, 124-127 |
|  | B. | Liquidity and capital resources | 63-67 |
|  | C. | Research and development, patent and licenses | 76-77, 175 |
|  | D. | Trend information | 67 |
|  | E. | Off-balance sheet arrangements | 64 |
|  | F. | Tabular disclosure of contractual commitments | 65 |
|  | G. | Safe harbor | 4 |
| Item 6. |  | Directors, Senior Management and Employees |  |
|  | A. | Directors and senior management | 84-87 |
|  | B. | Compensation | 112-121, 214-217 |
|  | C. | Board practices | 90-104, 214-217 |
|  | D. | Employees | 74-75 |
|  | E. | Share ownership | 87, 112-118, 127-128, 214-216 |
| Item 7. |  | Major Shareholders and Related Party Transactions |  |
|  | A. | Major shareholders | 128-129 |
|  | B. | Related party transactions | 129, 183-184 |
|  | C. | Interests of experts and counsel | n/a |
| Item 8. |  | Financial Information |  |
|  | A. | Consolidated statements and other financial information | 129-133, 134, 144-227 |
|  | B. | Significant changes | None |
| Item 9. |  | The Offer and Listing |  |
|  | A. | Offer and listing details | 134 |
|  | B. | Plan of distribution | n/a |
|  | C. | Markets | 134 |
|  | D. | Selling shareholders | n/a |
|  | E. | Dilution | n/a |
|  | F. | Expenses of the issue | n/a |
| Item 10. |  | Additional Information |  |
|  | A. | Share capital | n/a |
|  | B. | Memorandum and articles of association | 108-109 |
|  | C. | Material contracts | 135 |
|  | D. | Exchange controls | 135 |
|  | E. | Taxation | 135-137 |
|  | F. | Dividends and paying agents | n/a |
|  | G. | Statements by experts | n/a |
|  | H. | Documents on display | 137 |
|  | I. | Subsidiary information | n/a |
| Item 11. |  | Quantitative and Qualitative Disclosures about Market Risk | 185-190, 192-196 |
| Item 12. |  | Description of securities other than equity securities |  |
|  | A. | Debt Securities | n/a |
|  | B. | Warrants and Rights | n/a |
|  | C. | Other Securities | n/a |
|  | D. | American Depositary Shares | 138 |
| Item 13. |  | Defaults, Dividend Arrearages and Delinquencies | None |
| Item 14. |  | Material Modifications to the Rights of Security Holders and Use of Proceeds | None |
| Item 15. |  | Controls and Procedures | 106-107 |
| Item 16A. |  | Audit Committee Financial Expert | 97 |
| Item 16B. |  | Code of Ethics | 106 |
| Item 16C. |  | Principal Accountant Fees and Services | 107 |
| Item 16D. |  | Exemptions from the Listing Standards for Audit Committees | n/a |
| Item 16E. |  | Purchases of Equity Securities by the Issuer and Affiliated Purchasers | 137 |
| Item 16F. |  | Change in Registrant's Certifying Accountant | None |
| Item 16G. |  | Corporate governance | 105 |
| Item 17. |  | Financial Statements | n/a |
| Item 18. |  | Financial Statements | 144-227, 228-248 |
| Item 19. |  | Exhibits | 140 |

# Miscellaneous terms

In this document, unless the context otherwise requires, the following terms shall have the meaning set out below.

**ADR**
American depositary receipt.

**ADS**
American depositary share.

**AGM**
Annual general meeting.

**Amoco**
The former Amoco Corporation and its subsidiaries.

**Annulus**
The space between two concentric objects, such as between the wellbore and casing of an oil well or between casing and tubing, where fluid can flow. It allows fluids, such as drilling mud, to circulate in the well.

**Atlantic Richfield**
Atlantic Richfield Company and its subsidiaries.

**Associate**
An entity, including an unincorporated entity such as a partnership, over which the group has significant influence and that is neither a subsidiary nor a joint venture. Significant influence is the power to participate in the financial and operating policy decisions of an entity but is not control or joint control over those policies.

**Barrel**
42 US gallons.

**b/d**
barrels per day.

**boe**
barrels of oil equivalent.

**BP, BP group or the group**
BP p.l.c. and its subsidiaries.

**Burmah Castrol**
Burmah Castrol PLC and its subsidiaries.

**Cent or c**
One-hundredth of the US dollar.

**The company**
BP p.l.c.

**Dollar or $**
The US dollar.

**EU**
European Union.

**GAAP**
Generally accepted accounting practice.

**Gas**
Natural gas.

**GCRO**
Gulf Coast Restoration Organization.

**Hydrocarbons**
Crude oil and natural gas.

**IFRS**
International Financial Reporting Standards.

**Joint control**
Joint control is the contractually agreed sharing of control over an economic activity, and exists only when the strategic financial and operating decisions relating to the activity require the unanimous consent of the parties sharing control (the venturers).

**Joint venture**
A contractual arrangement whereby two or more parties undertake an economic activity that is subject to joint control.

**Jointly controlled asset**
A joint venture where the venturers jointly control, and often have a direct ownership interest in the assets of the venture. The assets are used to obtain benefits for the venturers. Each venturer may take a share of the output from the assets and each bears an agreed share of the expenses incurred.

**Jointly controlled entity**
A joint venture that involves the establishment of a corporation, partnership or other entity in which each venturer has an interest. A contractual arrangement between the venturers establishes joint control over the economic activity of the entity.

**Liquids**
Crude oil, condensate and natural gas liquids.

**LNG**
Liquefied natural gas.

**London Stock Exchange or LSE**
London Stock Exchange plc.

**LPG**
Liquefied petroleum gas.

**mb/d**
thousand barrels per day.

**mboe/d**
thousand barrels of oil equivalent per day.

**mmBtu**
million British thermal units.

**mmboe**
million barrels of oil equivalent.

**mmcf**
million cubic feet.

**mmcf/d**
million cubic feet per day.

**MW**
Megawatt.

**NGLs**
Natural gas liquids.

**OPEC**
Organization of Petroleum Exporting Countries.

**Ordinary shares**
Ordinary fully paid shares in BP p.l.c. of 25c each.

**Pence or p**
One-hundredth of a pound sterling.

**Pound, sterling or £**
The pound sterling.

**Preference shares**
Cumulative First Preference Shares and Cumulative Second Preference Shares in BP p.l.c. of £1 each.

**PSA**
A production-sharing agreement (PSA) is an arrangement through which an oil company bears the risks and costs of exploration, development and production. In return, if exploration is successful, the oil company receives entitlement to variable physical volumes of hydrocarbons, representing recovery of the costs incurred and a stipulated share of the production remaining after such cost recovery.

**SEC**
The United States Securities and Exchange Commission.

**Subsidiary**
An entity that is controlled by the BP group. Control is the power to govern the financial and operating policies of an entity so as to obtain the benefits from its activities.

**Tonne**
2,204.6 pounds.

**Trust**
Deepwater Horizon Oil Spill Trust.

**UK**
United Kingdom of Great Britain and Northern Ireland.

**US**
United States of America.

TREX 006033.0005