# EXHIBIT 3

TO

# United States' Memorandum in Opposition to BPXP'S Motion to Exclude the Reports and Testimony of Dr. Fredric Quivik

01-45956
LC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Fredric Quivik

**October 14, 2014**

*COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1   A.   Well, I'll repeat what I said, that I've researched
2 numerous instances in which people have been, as individuals,
3 taking actions and doing so on behalf of companies.  And I've
4 researched those episodes, if you will, written about them,
5 and those episodes have been part of my analysis.  So that
6 there would be instances in which I would say in my narrative
7 that a company did something.  When we look at the record we
8 see that it was an individual who did that, took that action
9 on behalf of the company.
10   Q.   So you've offered testimony on what companies did or
11 did not do, correct?
12   A.   Yes.
13   Q.   And in this case you're offering expert testimony on
14 what companies did or did not do, correct?
15   A.   Yes, yes.
16   Q.   And that is the main focus of your expert report
17 here, determining what BPXP did and what it did not do,
18 correct?
19   A.   Yes, without offering a legal opinion.
20   Q.   And another main focus of your report here is
21 determining what entities other than BPXP did or did not do,
22 correct?
23   A.   Yes, without offering a legal opinion.
24   Q.   So the -- the legal -- the legal determination of
25 when an individual is acting on behalf of a company could be

```
 1  been done, or is that based on your personal experience with
 2  lay people?
 3       A.   It's based on my personal experience with lay people
 4  as well as my professional understanding as an historian, that
 5  that's one of the roles that we play, is to perform this very
 6  thorough analysis of information from the past in order to
 7  create a reliable account of that past.
 8       Q.   Okay.  So just so I understand what we're talking
 9  about when we're talking about context, it's understanding
10  facts in light of facts from other sources, correct?
11       A.   In light of, in relationship to, et cetera, yes.
12       Q.   Okay.  Understanding -- context is understanding
13  facts in light of and in relationship to other facts, correct?
14       A.   Yes.
15       Q.   And interpretation, that -- that's the act of
16  explaining the meaning of something, correct?
17       A.   That could be one definition of interpretation, yes.
18       Q.   And -- and your view is that historians tend to
19  agree on historical facts, but they perhaps disagree when it
20  comes to interpreting aspects about a document to which the
21  document does not speak directly, correct?
22       A.   I think that could be a -- a fair description, yes.
23       Q.   And -- and so one thing that a historian, or that
24  you look at as a historian in some cases is the motivation of
25  someone who wrote a document, for example, why they choose to
```