# EXHIBIT 4

TO

# United States' Memorandum in Opposition to BPXP'S Motion to Exclude the Reports and Testimony of Dr. Fredric Quivik

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
      IN RE:  OIL SPILL BY    MDL NO. 2179
 3    THE OIL RIG
      "DEEPWATER HORIZON"     SECTION:  J
 4    IN THE GULF OF
      MEXICO, ON APRIL 20,    JUDGE BARBIER
 5    2010                    MAG. JUDGE SHUSHAN

 6
```

**VOLUME 1 OF 2**

Deposition of **DOUG SUTTLES** taken in the Orleans Room, Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana, on Thursday, May 19, 2011.

**APPEARANCES:**

ON BEHALF OF THE PLAINTIFFS STEERING COMMITTEE:

```
    WATTS GUERRA CRAFT, LLP
    (BY:  MIKAL WATTS, ESQUIRE
          DAVID V. McLENDON, ESQUIRE)
          W.D. DENIS, ESQUIRE)
    Four Dominion Drive, Bldg. 3, Suite 100
    San Antonio, Texas 78257
```

1  Exploration Alaska?
2      A.    Yes, I was at the -- at the
3  beginning of 2007.
4      Q.    And did you stay in that
5  capacity through the end of 2008?
6      A.    Yes, I did.
7      Q.    All right.  And then you were
8  named the chief operating officer of BP
9  Exploration & Production and moved back to
10 Houston; is that right?
11     A.    That's correct.
12     Q.    Okay.  Who made the decision to
13 make you the chief operating officer?  Was it
14 the board of directors?
15     A.    I was offered the position by
16 Andy Inglis who is the chief executive
17 officer of Exploration & Production.
18     Q.    Okay.  And both of you -- was
19 your direct supervisor when you were the
20 chief operating officer the chief executive
21 officer, Mr. Inglis?
22     A.    Yes, he was my boss.
23     Q.    And from January 1, 2009, up
24 through and including the date of the sinking
25 of the DEEPWATER HORIZON on April the 22nd

```
 1   2010 to be the third largest as well, right?
 2        A.    It looks like it's projected to
 3   be the second largest, actually, I think.
 4        Q.    Now, when you were named chief
 5   operating officer --
 6        A.    Third, you're right, correct.
 7        Q.    When you were named chief
 8   operating officer by Doug Inglis, there came
 9   a time where he delegated to you all
10   operational matters across the Exploration &
11   Production segment when you were appointed
12   chief operating officer, right?
13        A.    Not originally, no.
14        Q.    You say not originally.  But by
15   October 2009, you had his complete delegation
16   for all operational matters across the
17   segment?
18        MS. KARIS:
19              Object to form.
20        A.    No, I don't believe that's the
21   case.
22   EXAMINATION BY MR. WATTS:
23        Q.    Can we go to Tab 24?
24        A.    Okay.
25        Q.    Which is Exhibit 2248.
```

```
 1                  (Exhibit No. 2248 marked for
 2     identification.)
 3          MR. POMERANTZ:
 4                  24?
 5          MR. WATTS:
 6                  Yes, sir.
 7          MR. POMERANTZ:
 8                  Oh, you're on 24.
 9          THE WITNESS:
10                  I just turned to it.
11     EXAMINATION BY MR. WATTS:
12          Q.      Are you with with me?
13          A.      Yes.
14          Q.      If you go in the Bates page
15     number ending 764, and this is a script for
16     Andy's GL/SLL telecon?
17          A.      Uh-huh.
18          Q.      The third to last bullet point
19     on Slide 9 says:  Doug Suttles will have my
20     delegation for all operational matters?
21          A.      Uh-huh.
22          Q.      (S&OI production, drilling
23     resources, and cost) across the segment and
24     is appointing -- and is appointed chief
25     operations officer for production; is that
```

```
 1  right?
 2       A.    That's what it states, yes.
 3       Q.    Okay.  Now, among the
 4  operational matters for which you were
 5  delegated by Inglis' authority included the
 6  issues of production, drilling, resources,
 7  and cost; is that right?
 8       A.    In certain aspects, yes.
 9       Q.    Okay.  And I want to talk to you
10  about the concept of cost.
11             With respect to Exploration &
12  Production, was the management direction to
13  try to grow production while reducing costs?
14       A.    It depends on which period of
15  time you're discussing.
16       Q.    Well, let's see if we can go
17  about it this way.  In the years before you
18  became the chief operating officer, for
19  example, in 2007, Exploration & Production
20  grew production but held costs flat between
21  2007 and 2008; is that right?
22       A.    I'd have to review the
23  information.
24       Q.    Okay.
25       A.    I don't recall explicitly.
```

```
 1   profits for BP, does it?
 2           MS. KARIS:
 3                   Object to form.
 4       A.      You know, I don't -- I don't see
 5   the relationship there.  We invested a
 6   considerable amount of money in technology in
 7   a number of areas which we obviously felt
 8   contributed to the company's success.
 9   EXAMINATION BY MR. BARR:
10       Q.      Are you testifying that BP spent
11   money on cleanup technology?
12       A.      No.  As I said previously, I'm
13   not familiar with what, if any, cleanup
14   technology budget we had.
15       Q.      So let me get this straight.
16   After April 20th you were put in charge of
17   BP's response at Unified Command, right?
18       A.      Yes, I was.
19       Q.      And prior to that you had no
20   knowledge of the amount of money or BP's own
21   internal cleanup technology, did you?
22       A.      I wasn't involved in the details
23   of BP's cleanup technology activities.
24       Q.      How did you go about figuring
25   out what BP's cleanup capabilities were when
```

1  and other things and recognized the oil spill
2  response plan had to respond to the area
3  contingent plans, which are not provided by
4  the oil companies is my understanding but by
5  the Government.
6  EXAMINATION BY MR. BARR:
7       Q.    Now, you're saying that you're
8  not an oil spill plan expert?
9       A.    No.
10      Q.    But you were charged with
11 implementing the plan, correct?
12      A.    My charge was to be BP's senior
13 representative in -- in Unified Area Command.
14 I don't believe the qualifications for that
15 are you have to be an oil spill expert.  I
16 think it's you have the capability to lead a
17 large organization.
18      Q.    How do you implement a plan that
19 you aren't an expert on?
20      A.    You use our trained responders
21 to do that, which is what we did.
22      Q.    So you relied on others?
23      A.    Absolutely.  We had, I think,
24 somewhere north of 45,000 people involved in
25 the response.

1    would get questions about items that I'd been
2    involved with historically, more of the
3    routine business.
4         Q.   Okay.  Anything --
5         A.   Providing background.
6         Q.   I'm sorry?
7         A.   To provide background on those
8    items.
9         Q.   Okay.  Anything related to the
10   post-spill response?
11        A.   I did get -- I was involved with
12   preparing the work on -- that was shared with
13   BOEM.  And the industry on our experiences
14   during the spill.  And after the organization
15   changed, I did get several phone calls asking
16   about some of that work.
17        Q.   Okay.  Now, we'll go back to
18   your time at BP as -- your -- your -- your
19   official title after April 20th was senior
20   representative in the Unified Area Command;
21   is that right?  Does that sound right?
22        A.   Well, I was BP's representative
23   on -- on Unified Area Command.  I don't know
24   that we gave it a -- I don't recall it having
25   a specific title.  I was -- I was just the BP

```
 1   across the company.  I do not know -- I do
 2   not believe that was structured under one
 3   legal entity.
 4        Q.    Okay, sir.  And -- and as of
 5   April 20, 2010, to whom did Mr. Andy Inglis
 6   report, if you know?
 7        A.    My understanding is his boss was
 8   Tony Hayward who is the chief executive
 9   officer of the BP Group.
10        Q.    Okay.  And did you at any time
11   in the 2010 time frame report direct to Tony
12   Hayward on any matters?
13        A.    Not to my knowledge, no.
14        Q.    Okay.  Because after the event
15   on April 20, I understand you were in charge
16   of the response effort?
17        A.    My role was --
18        Q.    Is that correct, sir?
19        A.    Well, there were -- there were
20   two roles I played.  Tony Hayward on the 21st
21   of April asked me to lead BP's group crisis
22   response initially because --
23        Q.    Right.
24        A.    -- because he and Andy Inglis
25   were in London at the time.  And then a day
```

1  or two later, I was asked to be BP's member
2  of Unified Area Command, which put me as the
3  senior BP person inside of the Unified Area
4  Command spill response.
5       Q.    Okay.  Now, in those two roles
6  that you played that you were requested to do
7  by Mr. Tony Hayward, to whom did you report?
8       A.    Internally within BP I consulted
9  on -- Tony granted me authority -- BP
10 authority to make the decisions I needed to
11 make inside of that role.  It's a difficult
12 question to answer because I didn't think of
13 it in that way.
14             I would consult with Tony
15 Hayward on issues, with Andy Inglis on
16 issues, and with Bob Dudley on issues amongst
17 many others, but I --
18      Q.    Okay.
19      A.    -- I didn't -- I didn't --
20 they -- they didn't put constraints on me
21 which required me to go back to them to take
22 decisions.
23      Q.    Okay.  So in terms of, though,
24 in the corporate hierarchy --
25      A.    Yes.

1    Q.    -- as of April 21, 2010, and up
2  until the -- up until the time when you no
3  longer were involved with the HORIZON --
4    A.    Right.
5    Q.    -- well -- HORIZON matters, I
6  understand you were in charge as -- as
7  delegated to you by Mr. Tony Hayward,
8  correct, with the response effort?
9    A.    Yes, he -- well, he spoke with
10 me about -- he's the person who asked me to
11 lead -- initially lead BP through crisis
12 response.  It was Andy Inglis, I believe, who
13 asked me to be the Unified Area commander for
14 BP.
15   Q.    Okay, sir.  And -- and as I
16 understand it, during the time that you were
17 in those two roles you've just named, you
18 would consult direct with Tony Hayward from
19 time to time as -- as the necessity arose?
20   A.    Yes, I did on -- on a number of
21 occasions.
22   Q.    And you would also consult
23 direct with Mr. Andy Inglis as needed as the
24 occasion arose after you were put into those
25 two positions as of April 20, 2010?

1      A.      That's correct.

2      Q.      Thank you, sir.

3              Now, during the time frame of
4  January 1, 2010, through April 30, 2010, did
5  you have any direct reports to you?

6      A.      During what time period?

7      Q.      During the first four months of
8  2010.

9      A.      Direct reports to me.  I had --
10 I had the -- the -- the -- the relationship I
11 had -- yes, I did.  I'm trying -- what I'm
12 struggling with, we used a -- a term called
13 "tagging."  So a number of people that were
14 tagged to me formerly reported to Mr. Andy
15 Inglis.

16     Q.      Okay, sir.  How many -- how many
17 folks, say, in the months of March and April
18 of 2010 were tagged to you?  I understand you
19 to mean -- that to say that they reported to
20 you.

21     A.      Well, what -- they -- they
22 worked with me on a number of issues.
23 Their -- their formal -- the structure we
24 had -- their formal performance contract
25 would be held by Andy Inglis, so there -- and

```
 1   Chief Operating Officer, Exploration &
 2   Production, BP, was it not?
 3        A.    Yes, it is.
 4        Q.    Okay, sir.  And that BP that's
 5   referred to there, what BP is that?
 6        A.    This is referring to BP's
 7   exploration and -- and production activities
 8   around the world.
 9        Q.    Around the world.  Okay.
10              And so you were the COO -- chief
11   operating officer of exploration and
12   production for BP worldwide as of April 26,
13   2010?
14        A.    Yes, I was.
15        Q.    Okay, sir.  Now, when you say
16   that your behavior had not always been the
17   best and I sincerely apologize, what were you
18   addressing, sir?
19        A.    We had a 6:30 -- I believe a
20   6:30 a.m. and a 4:30 p.m. conference call,
21   and this was in the early days, and I had
22   been pressing the team quite hard around
23   getting very clear on the -- the source
24   control options and the steps we were going
25   to take.  And in a phone call I had with Andy
```

1          Q.     Who are the affiliates of BP
2 Exploration & Production, the organizational
3 unit you were COO of?
4          A.     Given that -- I don't -- I don't
5 know if BP Exploration & Production was a
6 legal entity, so I don't know if it had a --
7 a direct affiliate. As you can imagine, a
8 global corporation like BP is a -- has a
9 complex legal entity structure, and I'm not
10 an expert in that area. I just -- these
11 are -- these are issues I relied on others.
12          Q.     Okay. If you would, turn to
13 page 15, it's still in the same tab, it's
14 page 41561.
15          A.     Okay.
16          Q.     And on the left-hand side,
17 41561, you'll see highlighted a section
18 E.2.3, ram type preventers, and on the
19 right-hand side highlighted on page 41562,
20 E.2.4, stack configuration. Do you see
21 those, sir?
22          A.     I see that on the page, yes.
23          Q.     We've already covered that you
24 don't know how this technically comes about
25 in these BP contracts because you're not a

```
 1   Exploration & Production --
 2        A.    I see that.
 3        Q.    -- Inc.?
 4              Is this the company you worked
 5   for, BP Exploration & Production, Inc.?
 6        A.    As -- as I described earlier, I
 7   worked for the organizational entity called
 8   BP Exploration & Production.  I'm just not
 9   familiar with the -- the -- the legal entity
10   structure.
11        Q.    Well, is there an organization
12   called the BP Exploration & Production and a
13   company called BP Exploration & Production,
14   Inc.?
15        A.    The -- the -- the organizational
16   unit that -- that looks after BP's
17   exploration and production activities
18   globally is called BP Exploration &
19   Production.  There are a huge number of legal
20   entities, and I would assume this is one of
21   those.
22        Q.    Well, let me approach it this
23   way.  You were COO of something called BP
24   Exploration & Production.  Does that mean you
25   were over BP Exploration & Production, Inc.,
```

```
 1  as the COO?
 2       A.    Many of the activities inside of
 3  that I would be.  I -- I don't know if I --
 4  what the --
 5       Q.    This is a softball, Mr. Suttles.
 6       A.    I'm -- I'm -- I'm not trying to
 7  be difficult here.  I'm just saying I'm --
 8  I'm familiar with all these -- that there's a
 9  ton of legal entities, and -- and some of
10  those have activities which are outside of
11  Exploration & Production that --
12       Q.    Well, let's approach it this
13  way.  It's signed by Mr. Kemper Howe.  Did he
14  have direct or indirect reporting
15  responsibilities to you?
16       A.    I -- I don't believe I know
17  Mr. Howe.
18       Q.    All right.  You have no idea who
19  Kemper Howe is with BP Exploration &
20  Production, Inc.?
21       A.    I don't believe I know Mr. Howe,
22  no.
23       Q.    What type of reporting
24  responsibility or requirement is there within
25  BP to enter into a joint operating agreement
```