# EXHIBIT 4

## TO

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BPXP'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. STANLEY RICE**

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG  ) MDL NO. 2179
"DEEPWATER HORIZON" in the  )
GULF OF MEXICO, on  ) SECTION: J
APRIL 20, 2010  )
  ) JUDGE BARBIER
  )
  ) MAG. JUDGE SHUSHAN

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Stanley Rice

**October 30, 2014**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    stages, and that the concentrations of total PAHs
2    that affect embryos can be very low, in the parts
3    per billion," right?
4         A.   Correct.
5         Q.   And you have a citation here, Footnote 26,
6    which refers to Appendix C; is that correct?
7         A.   Yes.
8         Q.   And what is Appendix C?
9         A.   I'd have to relook.
10        Q.   Okay.  Let's look at Appendix C of your
11   Round 3 report.
12        A.   Okay.
13        Q.   What is Appendix C, Dr. Rice?
14        A.   It's labeled as "Toxicity research
15   demonstrating embryo responses at concentration
16   less than 20 micrograms per liter, 20 parts per
17   billion, in other words.
18        Q.   Did you create Appendix C?
19        A.   Yes.  Well, my associate, Mark Carls and I
20   did, yes.
21        Q.   What's your associate's name?
22        A.   Mark Carls.
23        Q.   And who is he?
24        A.   Mark Carls was a NOAA employee at the Auke
25   Bay Fisheries Lab, where I supervised him up until

```
 1    my retirement for a number of years.
 2         Q.   Did you oversee Mark Carls assistance
 3    in -- with Appendix C?
 4         A.   Oversee, yes.  I'm not sure what "oversee"
 5    means, but...
 6         Q.   Well, did you --
 7         A.   I -- I asked him to do this.
 8         Q.   You -- he was working at your direction,
 9    correct?
10         A.   Yeah.  Does that mean I saw every single
11    thing he did, no.
12         Q.   Did you review Appendix C?
13         A.   Yes.
14         Q.   Do you stand by Appendix C?
15         A.   Yes.
16         Q.   Is it fair to say that Appendix C is a
17    list of studies that support your view that PAHs
18    cause toxicity to fish -- to fish embryos and
19    larvae at very low parts per billion?
20         A.   Yes.
21         Q.   Is the listing of papers in Appendix C
22    arranged from the lowest concentration to the
23    highest?
24         A.   I guess I don't know how it's organized.
25         Q.   Why don't you take a moment to look at it?
```

```
 1    was able to create and inspect?
 2         A.   Well, if you go back to C, we believe it's
 3    in the parts per billion.
 4         Q.   7.8 part per billion?
 5         A.   Yeah.
 6         Q.   So he was not able to replicate the Carls
 7    work at .4 part per billion, correct?
 8         A.   That --
 9         Q.   He was not able to replicate the .4?
10         A.   That's different species of different
11    tests.  We're talking pink salmon versus herring
12    here.
13         Q.   Well, you also --
14         A.   This is a pink salmon test.
15         Q.   He's also trying to replicate the Carls
16    2005, the Heintz 1999, Short and Rice 1999.  He's
17    trying to replicate all of those, correct?
18         A.   He's trying to really replicate the Heintz
19    work, that -- that body of work on pink salmon not
20    the Carls body of work on herring.
21         Q.   And he was unable to replicate the Heintz
22    work on pink salmon, correct?
23              MS. FIDLER:  Object to form.
24         A.   Well, we believe in a way he did.  We
25    believe that the 7 -- what is it?
```

1  **And Dr. Brannon and his colleagues**
2  **attempted to replicate some of those studies,**
3  **correct?**
4      A. Yes.
5  **Q. And they were not able to replicate**
6  **effects at that level; is that -- is that fair**
7  **enough?**
8      MS. FIDLER: Object to form.
9      A. No. I believe they did replicate it close
10 enough. In some -- in some respects, they were
11 able to find in effect what we calculate out from
12 his data to be about 7 parts per billion. We did
13 not see that as significantly different from some
14 of our studies.
15 **Q. (BY MR. ISRAEL) There's -- there's not a**
16 **significant difference in your mind between 1 part**
17 **per billion and 7 parts per billion?**
18     A. Well, it --
19     MS. FIDLER: Object to form.
20     A. It -- it depends on endpoint. Understand
21 that we had endpoints in, say, Year 1. They were
22 looking at a size or Blue Sac Disease, the edema,
23 for example, hatchability, those sorts of
24 endpoints. Later as we got more sophisticated,
25 we're looking at endpoints on -- on the effective

1    Q.  (BY MR. ISRAEL)  And nowhere --
2    A.  But he didn't release these animals to the
3  environment.  He didn't get the -- capture the
4  adults coming back to look at what the performance
5  was.  There's a lot of things he did not replicate
6  to compare.
7    **Q.  But he did -- he did attempt to find the**
8  **same toxicity endpoint and found it at 7.8 part**
9  **per billion; fair enough?**
10   A.  For -- for the edema, yes.
11   **Q.  Yes.  And nowhere in your report do you**
12  **alert the Court that the scientist seeking to**
13  **replicate the Auke Bay studies was only able to**
14  **observe the effect that you observed at lower**
15  **levels at 7.8; is that fair enough?**
16        **That's not in your report, correct?**
17   A.  Well, I -- I would --
18   Q.  "Yes" or "no"?
19   A.  It's not a "yes" or "no" answer.  The
20  answer would be that I -- I believe it is
21  supportive.  We're finding edema at probably
22  around 5.  I -- I would have to go back and look.
23  We've got several different studies to look but
24  we're finding edema, and there's a gradation of
25  edema.  It's not just all or none.  We find edema

1  Counselor.  He wasn't finished answering.
2       A.  What I -- what I mean to say here is that
3  I'm sure there are species differences in the
4  details as one part per billion or two or three
5  or, you know, whatever, that there may be
6  differences.  I don't know the differences in size
7  or the size of the embryos, and those will have
8  something to do with the sensitivity and toxicity
9  pollutants.  I don't have that level of details.
10 However, the effects are -- as you can tell,
11 there's edema and cardiac effects in pink salmon
12 and herring that have nothing to do with the Gulf
13 of Mexico.  And certainly we have species here
14 that are -- that have the same sort of effects,
15 okay.  So the effects are going to be -- are going
16 to transcend -- transcend the species even though
17 the absolute amount that causes those may be
18 slightly different from one species to the next.
19      **Q.  (BY MR. ISRAEL)  When you listed on**
20 **Appendix C of your expert report, that the greater**
21 **amberjack, did you know that the actual species**
22 **tested by Dr. Incardona and his colleagues was**
23 **yellowtail amberjack?**
24      A.  I -- I did not detect that level of
25 difference.

```
 1             MS. FIDLER:  Object to form.
 2        A.   I would --
 3        Q.   (BY MR. ISRAEL)  Not virtually absent,
 4   correct?
 5             MS. FIDLER:  Object to form.
 6        A.   I would want to look at the qualifiers
 7   you're using and that I used, et cetera, so yes, I
 8   suspect there would be some reediting of that
 9   line.
10        Q.   (BY MR. ISRAEL)  Okay.  Now, you looked at
11   some of the water chemistry data for the Gulf of
12   Mexico as part of your expert reports, correct?
13        A.   Say again.
14        Q.   You looked at the water chemistry data --
15        A.   Yes.
16        Q.   -- collected -- you looked at the water
17   chemistry data collected in the Gulf of Mexico as
18   part of the DEEPWATER HORIZON environmental
19   investigation for purposes of your expert reports,
20   correct?
21        A.   Yes.
22        Q.   Okay.  And in Rounds 2 and 3 of your
23   expert reports in this case, you present the
24   results of your analyses of these data, correct?
25        A.   Right.  We didn't use it initially in
```

```
 1    Round 1; but when Dr. Shea had done so, we --
 2    stimulated us to go look at that.
 3         Q.   Okay.  And did you perform those analyses
 4    yourself?
 5         A.   No.  Mark Carls did.
 6         Q.   Okay.  Did he work under your direction?
 7         A.   Under my general guidance, yes.
 8         Q.   Are you -- are you relying upon Mark Carls
 9    in your opinion?
10         A.   Yes.
11         Q.   Did you determine -- make any effort to
12    determine whether Dr. Carls' presentation of data
13    was correct?
14         A.   He -- well, yes, I reviewed it.  The time
15    constraints were considerable.  The volume of
16    analyses is 18,000 water samples.  It's just huge.
17         Q.   Water chemistry analysis presented in your
18    Expert Reports 2 and 3 were done by Dr. Carls,
19    correct?
20         A.   Correct.
21         Q.   They were not done by you --
22              MS. FIDLER:  Object to form.
23         Q.   (BY MR. ISRAEL)  -- correct?
24         A.   Correct.
25         Q.   Did you give Dr. Carls instructions for
```

1 **depth that energy -- the energy that you're**
2 **conveying in Figure 1 of your Round 3 expert**
3 **report?**
4     A.  Well, the energy was -- I'm not an expert
5 here regarding wellhead energy and riser pipes and
6 all that; it's just the visualness of it.  But the
7 point is that at the wellhead, there is obviously
8 a lot of pressure.  I don't remember how much, but
9 a lot.  And it was physically violent, as seen in
10 the videos.  And they're adding some dispersant.
11 Whether it was effective or not is maybe
12 debatable; I don't know.  But the point is it made
13 a lot of small droplets, and that's basically what
14 the high energy WAF does; it makes a lot of small
15 droplets that encourages the movement of high
16 molecular weight PAH into the water.  So it's just
17 an example to indicate that.
18     **Q.  Have you done a comparison of the energy**
19 **created by a commercial blender used for HEWAF to**
20 **the energy from -- of the oil in the water at the**
21 **riser?**
22         MS. FIDLER:  Object to form.
23     A.  No.  Our -- our objective here -- or I
24 should say Incardona's objective -- was not to do
25 a physical experiment to duplicate at the

1               All right.  You testified a moment
2    ago that Page 2 provides the methodology utilized
3    by Dr. Carls in creating the graphs in Appendix B;
4    is that correct?
5          A.   I did.
6          Q.   And --
7          A.   At least the guidance for that, yeah.
8          Q.   And Doc- -- it's correct that Dr. Carls
9    wrote the Page 2 --
10         A.   He did.
11         Q.   -- in the expert report?
12              Yes.  And do you know why Dr. Carls
13   chose a arithmetic [sic] mean as opposed to a
14   geometric mean?
15         A.   There's no selection.  It's just kind of
16   the normal thing to do.  You had noted that the
17   data was skewed.  You're correct that it was, and
18   there -- we weren't trying to present it -- we
19   weren't trying to manipulate the data in order to
20   de-skew it or unskew it or anything.  It's just
21   the way it came out.
22         Q.   If I wanted to understand the appropriate
23   methodology for calculating the mean with the
24   skewed data set such as the data set you utilized,
25   I would -- it would be more appropriate to ask

1    that question of Dr. Carls?
2             MS. FIDLER: Object to form.
3       A.  It -- it probably would, but you can ask
4    me.  A geometric mean would probably be more
5    appropriate.
6       Q.  (BY MR. ISRAEL)  Okay.
7       A.  A median would be another possibility.
8    It's kind of how far do you want to unskew it, so
9    to speak, how far you want to bend the data.
10      Q.  Okay.  If I could ask you just a follow-up
11   question on the number of samples.  I apologize.
12   I'm just trying to understand.  But you referenced
13   on Page 4 the number of samples that are -- that
14   are utilized by Dr. Carls in your -- in your
15   Appendix B.  And you said this is the correct --
16      A.  Yes.
17      Q.  -- set of numbers; May, 646; June,
18   2,452 --
19      A.  Yeah.
20      Q.  -- July 2,334, et cetera.  Do you see
21   that?
22      A.  (Witness nods head.)
23      Q.  Is this, what we just read, Page 4 of
24   Appendix B in your Round 3 report, the correct
25   number of samples utilized in your report?