# EXHIBIT 6

**TO**

**PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BPXP'S
MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. STANLEY RICE**

01-45959
TB/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG        )        MDL NO.  2179
"DEEPWATER HORIZON" in the             )
GULF OF MEXICO,  on                    )        SECTION: J
APRIL 20, 2010                         )
                                       )        JUDGE BARBIER
                                       )
                                       )        MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*
## *PENALTY PHASE*
## *EXPERTS*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Damian Shea

### November 3, 2014

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1       MR. ISRAEL:  Objection.

2       A.     The toxicity reports reported

3  toxicity data.  The chemistry reports

4  reported the chemistry data.

5       Q.     Okay.  So for the toxicity

6  reports, there are reports for results at,

7  say, 100 percent WAF and then dilutions

8  from -- from -- on down from there; is that

9  fair summary?

10       A.     So in -- in most cases, not all

11  the toxicity testing was from a WAF.  But

12  using that as an example, then the toxicity

13  report would be based upon the percent

14  dilution of that WAF.  It would not be based

15  upon any concentration of PAH.

16            So, for example, I'm just -- as

17  an example, a particular toxicity endpoint

18  may have occurred at 6.25 percent dilution.

19  That would tell you at 6.25 percent of the

20  original WAF preparation, that toxicity

21  endpoint was calculated.

22            And then what I would do is take

23  the chemistry data that had a laboratory ID

24  code that matched up to the toxicity

25  laboratory ID code and take those PAH data so

```
1    that I could get a better sense of not just

2    dilution of WAF, but also what PAHs may have

3    been present and what their concentrations

4    were.

5         Q.    In what format did you get the

6    chemistry data in?

7         A.    The chemistry data were also --

8    I'm trying to think now with BP versus U.S.

9    government.  There were -- I'd have to look

10   back to -- to determine because I had both

11   electronic and hard copy versions of

12   chemistry data.  And on toxicity testing, I

13   would have to look back to determine which of

14   those tests had hard copy and which were

15   electronic.

16        Q.    Okay.  If we could go to

17   Appendix K -- well, before we get there, so

18   we don't spend a lot of time flipping around.

19   If you go to Page 44.

20        A.    (Witness complies.)

21        Q.    You summarize some of the

22   results from -- from BP's toxicity testing

23   on -- on Page 44, correct?

24        A.    That is correct.

25        Q.    You don't present here any
```

1    Mexico.

2         Q.      And you have here in

3    Paragraph 14, the fresh oil evidenced acute

4    toxicity at about 80 percent of full strength

5    to mysid shrimp but never to the silverside

6    fish even at 100 percent.

7              Did I read this correctly, that

8    you're not talking about 80 percent oil,

9    you're talking about 80 percent WAF, correct?

10        A.      That would refer to 80 percent

11   WAF.

12        Q.      Okay.

13        A.      80 percent of full strength,

14   80 percent of the -- the original WAF.

15        Q.      And the 100 percent would be 100

16   percent WAF?

17        A.      That is correct.

18        Q.      And without the supporting

19   chemistry, we don't know what concentration

20   of oil 80 percent or 100 percent WAF actually

21   refers to, right?

22        MR. ISRAEL:  Objection.

23        A.      So you would need to have the

24   corresponding PAH data, the analytical

25   chemistry data that corresponds with these

1    tests to be able to determine exactly what

2    the PAH concentration was.  And so that's --

3    in my analyses, I would look at those PAH

4    concentrations, okay, and look at the

5    toxicity test.

6                 In some cases or maybe only one

7    case, I'm not sure here, I've explicitly

8    mentioned that.  In other cases, because all

9    of the toxicity tests were based upon the

10   dilution of WAF, most of my analyses relates

11   to the dilution of WAF as that exposure,

12   since that is the exposure that was made.

13                 And that's how, again, the

14   toxicity testing, the endpoints were

15   calculated based upon the dilution of WAF.

16   The endpoints were not calculated based upon

17   the PAH concentration that was actually

18   measured.

19                 So I wanted to make my analyses

20   in most cases relate to what the toxicity

21   test actually measured and what -- how the

22   endpoint was actually determined.

23        Q.    The chemistry data that you

24   relied upon -- let's go now to -- I believe

25   you have Appendix K4.  And I'd like to go to