# Exhibit E

## to

**United States' Memorandum in Opposition to
BPXP'S Motion to Exclude the Reports and Testimony of
Captain Mark VanHaverbeke**

01-46044
LC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )    MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )    SECTION: J
APRIL 20, 2010 )
)    JUDGE BARBIER
)
)    MAG. JUDGE SHUSHAN

### *CONFIDENTIAL*
### *PENALTY PHASE*
### *EXPERTS*

***WorldwideVIEW*™**
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Mark Van Haverbeke

**October 31, 2014**

# *COPY*



WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    Round 2 report the only reasons that you offer for disagreeing

2    with Captain Paskewich's opinion that the DEEPWATER HORIZON

3    response was extraordinarily effective?

4         A.   Yes.

5         Q.   There are no other bases for your disagreement with

6    Captain Paskewich's opinions about the effectiveness of the

7    Unified Command's response efforts other than those set out on

8    pages 4 and 5, correct?

9              MR. ROBERS:   Object to form.

10        A.   Correct.

11        Q.   (BY MS. JAKOLA) Now, I'd like to ask you some

12   questions about your reasons for disagreeing with Captain

13   Paskewich.  I'm looking at page 5 of your report.  In the

14   paragraph beginning third, in the second sentence, you write,

15   In situ burning and chemically dispersing oil accounted for

16   13 percent of the total oil discharged, while direct recovery,

17   skimming, only amounted to an unremarkable 3 percent of the

18   4.9 million barrels of oil discharged.

19              Do you see that, sir?

20        A.   Yes.

21        Q.   What is the basis for your opinion that 13 percent

22   of the total oil discharged was burned and chemically

23   dispersed?

24        A.   I was using the older oil budget, which has since

25   been amended.

```
 1        Q.    In support of your opinion that 13 percent of the
 2   oil from the spill was burned or chemically dispersed, you
 3   cite in footnote 29 the oil budget calculator, correct?
 4        A.    Correct.
 5        Q.    What is the oil budget calculator?
 6        A.    Essentially it was an inner-agency group that was
 7   directed to put their heads together and come up with a best
 8   estimate of what happened to the oil that came out; what was
 9   chemically dispersed, what was naturally dispersed, what
10   was -- what evaporated, what was skimmed, what was burned.
11        Q.    Do you consider the oil budget calculator to be a
12   reliable source of information for determining the amount of
13   oil that was skimmed, chemically dispersed, and burned during
14   the response?
15        A.    Yes.
16        Q.    You believe that the oil budget calculator supports
17   your opinions that 13 percent of the oil discharged during the
18   spill was burned and chemically dispersed?
19              MR. ROBERS:   Object to form.
20        A.    As I said earlier, I -- I used the older version.
21   When you re-correct it, the numbers come out differently.
22        Q.    (BY MS. JAKOLA) Why did you use the older version of
23   the oil budget calculator to determine the amounts in your
24   expert report?
25        A.    Simply an error on my part when I was grabbing stuff
```

```
 1   to do the arithmetic.
 2      Q.   You agree that the opinion expressed in your Round 2
 3   report, that in situ burning and chemically dispersing oil
 4   accounted for 13 percent of the total oil discharged, while
 5   direct recovery skimming amounted to an only unremarkable
 6   3 percent of the 4.9 million barrels of oil discharged is, in
 7   fact, erroneous?
 8      A.   Yeah.  I went back and looked at it.  It should be
 9   more like 4 -- I mean, 3.8 percent or something.  I don't have
10   the exact numbers in front of me.  It's still below 4 percent.
11   It's still unremarkable.  So looking at the correct oil budget
12   figures, it doesn't change my opinion on the overall response
13   effectiveness.
14      Q.   The statement in your expert report that in situ
15   burning and dispersing oil during the DEEPWATER HORIZON
16   response accounted for only 13 percent of the total oil
17   discharged is, in fact, erroneous, correct?
18               MR. ROBERS:  Object to form.
19      A.   Yes, based on the revised oil budget.
20      Q.   (BY MS. JAKOLA) The statement in your expert report
21   that burning and chemically dispersing oil accounted for 13
22   percent of the total oil discharged was based on outdated
23   information, true?
24               MR. ROBERS:  Object to form.
25      A.   Correct.
```

1    Q.   (BY MS. JAKOLA) Now, in support of that opinion, you

2  cite to a specific page of the oil budget calculator -- page

3  No. 39.  Do you see that, sir?

4    A.   Is it in the citation?

5    Q.   Yes, sir, in footnote 29 to support the statement

6  that 67 percent of the oil -- excuse me, let me start over.

7             To support the statement that in situ burning

8  and chemically dispersing oil accounted for 13 percent of the

9  total oil discharged, you cite to page 39 of the oil budget

10 calculator, correct?

11   A.   Correct.

12   Q.   Did you personally review all of the sources cited

13 in your report while you were preparing it?

14   A.   I drafted the initial bunch, and then had editorial

15 assistance in getting them correct.

16   Q.   Did someone else edit your report after you

17 initially drafted it?

18   A.   I had editorial support trying to make sure I got it

19 right.

20   Q.   Did someone else change the numbers in your report

21 in this section of your report -- strike that.

22             Did someone change the figures in this section

23 of your report after you drafted it?

24             MR. ROBERS:  Object to form.

25   A.   By figure, do you mean in the text itself or in the

138

1    footnote?

2        Q.  (BY MS. JAKOLA) Anywhere.

3        A.   I -- the text is as I recall writing it.  The

4    footnote, I can't swear one way or the other.

5        Q.   You personally did not include the footnotes to this

6    section of your report?

7        A.   No.  I put footnotes in, but I had other people

8    correcting them for format, style, making sure I got it right.

9        Q.   Who added the footnotes to your report?

10       A.   I put the footnotes in.

11               MR. ROBERS:  Object to form.

12       A.   Somebody else went through and tried to make sure

13   that I got them cited correctly.

14       Q.  (BY MS. JAKOLA) Who helped you with the footnotes?

15       A.   I don't know who it was.  It was somebody at DOJ.

16       Q.   Someone at DOJ provided assistance to you with the

17   footnotes in your report?

18       A.   They -- they tried to make sure I got them correct.

19       Q.   Okay.  Did one of the lawyers for the United States

20   provide the information that appears in footnote 29 of your

21   Round 2 report?

22       A.   What do you mean by provide the information?

23       Q.   Did you personally look at page 39 of the oil budget

24   calculator, sir, when you were preparing your report?

25       A.   I read the oil budget calculator report.

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

1      Q.   Did you consult page 39 when you drafted the

2  statement that said in situ burning and chemically dispersing

3  oil accounted for 13 percent of the total oil discharged?

4      A.   I would have to go back and look at the report to

5  confirm that I got the page right, but I did take the figures

6  out of the oil budget calculator report.

7      Q.   Did you supply the information that is in footnote

8  29 or did someone at the DOJ do that?

9           MR. ROBERS:  Object to form.

10     A.   I'd have to go back and look at old drafts.  I

11  drafted the original footnote.  Whether or not it got changed

12  in the process, I don't know.

13     Q.  (BY MS. JAKOLA) Can you please -- strike that.

14          Before you submitted your expert report after

15  you had received editorial comments from DOJ, from EPA, and

16  from folks at Coast Guard headquarters, did you take steps to

17  make sure that your export report was accurate?

18     A.   I -- yes, I went through the document itself and

19  gave it a final read.  And I did not look at each one -- each

20  individual footnote.

21     Q.   Did anyone from the EPA provide comments on this

22  section of your report?

23     A.   I don't remember.

24          (Exhibit No. 9182 previously marked for

25          identification.)

1      Q.  (BY MS. JAKOLA) I'd like to look at the oil budget

2   calculator now.  Can you please turn to Tab 44 of volume 3?

3   I'm showing you what's been marked as Exhibit 9182, which is a

4   copy of the oil budget calculator for the DEEPWATER HORIZON

5   incident dated November 2010.

6              Captain VanHaverbeke, is Exhibit 9182 a copy of

7   the oil budget calculator that you reviewed in preparing your

8   expert reports?

9      A.   It's one of the two that I looked at.  I'm not sure

10   when I went and grabbed the numbers, whether I grabbed from

11   this one or the old one.

12      Q.   Now you cite -- strike that.

13              Your expert report references page 39 as

14   providing support for the statement that in situ burning and

15   chemically dispersing oil accounted for 13 percent of the

16   total oil discharged, correct?

17      A.   Correct.

18      Q.   Can you please turn to page 39 of the oil budget

19   calculator?  And you agree with me that on page 39 of the oil

20   budget calculator is the page that's referenced in footnote 29

21   of your Round 2 report, correct?

22      A.   Yes.

23      Q.   Can you please explain to me, sir, what, if

24   anything, on page 39 of the oil budget calculator supports the

25   statement that in situ burning and chemically dispersing oil

1    accounted for 13 percent of the total oil discharged during

2    the DEEPWATER HORIZON response?

3         A.   What it would have taken was -- I don't recall which

4    column.  I think I might have used the Expected column.  When

5    I took the amount -- I added up the amounts that were in there

6    and then did the -- did the math.  Whether I -- and to be

7    frank, I don't recall if I was -- remember looking at this

8    page, but I don't remember when I actually did the writing,

9    whether I did it with this or the pie chart that was I think

10   in the previous version.  I don't remember.  I don't remember

11   if this one included the pie chart or not.

12        Q.   There was a prior version of the oil budget

13   calculator that you reviewed to arrive at a figure of

14   13 percent rate for chemical dispersion and burning?

15             MR. ROBERS:  Object to form.

16        A.   In one of these, in a -- and I, without going

17   through -- I'm not sure that it was this one.  I think it

18   might have been -- it may have been the other one, there was a

19   pie chart that made it easier simply because it had

20   percentages already broken out.  I -- and I may have, thinking

21   that they were the same, because I had just that excerpt and

22   not the entire report in front of me to realize that they'd

23   updated the report, I may have grabbed the numbers off of

24   that.

25        Q.   (BY MS. JAKOLA) Okay.

1      A.   So the numbers, if -- the numbers, as Captain

2 Paskewich pointed out, I got the numbers wrong.

3      Q.   You agree that Captain Paskewich's analysis of the

4 effectiveness of the skimming, in situ burning, and chemically

5 dispersing operations in the DEEPWATER HORIZON response are,

6 in fact, correct?

7           MR. ROBERS:  Object to form.

8      A.   No.

9      Q.  (BY MS. JAKOLA) Do you disagree with the mathematical

10 accuracy of Captain Paskewich's calculations regarding the

11 effectiveness of skimming, burning, and chemical dispersing

12 during the DEEPWATER HORIZON response?

13           MR. ROBERS:  Object to form.

14      A.   No.

15      Q.  (BY MS. JAKOLA) You agree that Captain Paskewich has

16 accurately calculated the effectiveness of skimming, burning,

17 and chemical dispersing operations in the DEEPWATER HORIZON

18 response, true?

19           MR. ROBERS:  Object to form.

20      A.   Yes.

21      Q.  (BY MS. JAKOLA) You also agree that Captain Paskewich

22 has accurately calculated the effectiveness of skimming,

23 burning, and chemical dispersing operations in the other spill

24 responses shown in his expert report, correct?

25           MR. ROBERS:  Object to form.

```
 1       A.   Yes.

 2       Q.   (BY MS. JAKOLA) You also agree that your expert

 3   report inaccurately calculates the effectiveness of the

 4   burning, skimming, and chemical dispersing operations in the

 5   DEEPWATER HORIZON response, true?

 6                MR. ROBERS:   Object to form.

 7       A.   The calculations were incorrect, but going back and

 8   looking at the arithmetic, using the upper value, I still

 9   stand by my position.

10       Q.   (BY MS. JAKOLA) I'd like to focus on what's in your

11   expert report.  Your expert report contains calculations of

12   the effectiveness of skimming, chemical dispersing, and

13   burning operations in the response, correct?

14                MR. ROBERS:   Object to form.

15       A.   Correct.

16       Q.   (BY MS. JAKOLA) And you agree that those calculations

17   are incorrect?

18       A.   Yes.

19       Q.   You also agree that those calculations are based on

20   outdated information, true?

21       A.   Yes.

22       Q.   Nowhere in your expert reports do you present an

23   accurate calculation of the effectiveness of the DEEPWATER

24   HORIZON response operations, correct?

25                MR. ROBERS:   Object to form.
```

1      A.   No.  The issue or the point that I tried raising in

2  my report is that dispersing and burning are not the same as

3  recovery.

4      Q.  (BY MS. JAKOLA) And we can get to the discussion of

5  how those response measures differ.  Right now I'm focused on

6  the calculations of effectiveness in your reports.  My

7  question is:  Nowhere in your expert reports do you present an

8  accurate calculation of the effectiveness of response

9  operations in the DEEPWATER HORIZON spill response, true?

10            MR. ROBERS:  Object to form.

11      A.   I -- if I understand what you're asking correctly,

12  yes.

13      Q.  (BY MS. JAKOLA) It is correct that you do not present

14  in your --

15      A.   I --

16      Q.   Let me, just so we're not talking over each other.

17  Let me restate the question.

18            Nowhere in your expert reports do you present

19  an accurate mathematical calculation of the effectiveness of

20  the DEEPWATER HORIZON spill response operations, true?

21            MR. ROBERS:  Object to form.

22      A.   I need a -- I grabbed the wrong numbers from my

23  report.

24      Q.  (BY MS. JAKOLA) And the calculations in your report

25  are incorrect, right?

1      A.   Based on those wrong numbers, yes.

2      Q.   You used the wrong numbers for your calculations,

3  correct?

4      A.   Correct.

5      Q.   Now, nowhere in your report -- strike that.

6           Nowhere in any of your reports do you present

7  accurate calculations of the effectiveness of the DEEPWATER

8  HORIZON response operations, true?

9           MR. ROBERS:  Object to form.

10     A.   No, because I wasn't aware of it until Captain

11  Paskewich pointed it out in his Round 3 report.

12     Q.   (BY MS. JAKOLA) Well, you were responding, correct,

13  to Captain Paskewich's Round 1 report, right?

14     A.   Correct.

15     Q.   And in Captain Paskewich's Round 1 report, he cites

16  to the accurate information, correct?

17          MR. ROBERS:  Object to form.

18     A.   He does bring up accurate numbers, yes.

19     Q.   (BY MS. JAKOLA) He also cites to source materials

20  that provide the accurate numbers, right?

21          MR. ROBERS:  Object to form.

22     A.   Yes.

23     Q.   (BY MS. JAKOLA) And you had access to that

24  information before you prepared your Round 2 and Round 3

25  reports, correct?

1      A.    Yes.

2      Q.    And nowhere in any of your three expert reports do

3  you present the accurate calculations of the effectiveness of

4  the response operations in the DEEPWATER HORIZON response,

5  correct?

6                 MR. ROBERS:  Object to form.

7      A.    Again, I -- I included my calculations in my Round 2

8  report and did not have the error pointed out until the

9  Round 3 reports were posted.  So at that point I had no

10 opportunity to go back and correct the numbers.

11     Q.    (BY MS. JAKOLA) Okay.  Well, let's start first and I

12 just want to make sure I'm clear on this:  There is no nowhere

13 in any of your three expert reports where you present accurate

14 mathematical calculations reflecting the effectiveness of

15 operations in the DEEPWATER HORIZON response, correct?

16                MR. ROBERS:  Object to form.

17     A.    Correct.

18     Q.    (BY MS. JAKOLA) Now, looking back at the oil budget

19 calculator which you cited in your Round 2 report, we were

20 looking at page 39.  Do you believe that these are the numbers

21 that you used in determining that 13 percent of the total oil

22 discharged was chemically dispersed and burned during the

23 response?

24     A.    No.  As I said earlier, I think what I did -- and

25 I'm -- if I recall, it does not show in this third -- or

1    revised oil spill calculator, is I pulled the numbers,

2    percentages, from the pie chart that showed what was -- the

3    fate of the various oils, the various fates of it.

4        Q.   And in forming your opinions about the effectiveness

5    of the operations of the DEEPWATER HORIZON spill response, you

6    simply relied on a pie chart in an outdated version of the oil

7    budget calculator that reflected 13 percent as the amount of

8    oil that had been burned and dispersed, correct?

9            MR. ROBERS:   Object to form.

10       A.   I don't think it was 13 percent burned and

11   dispersed.  I think the total might have been higher.  I would

12   have to go back and look.

13       Q.  (BY MS. JAKOLA) What percentage in the outdated

14   version of the oil budget calculator that you reviewed, what

15   percentage of oil was shown on the pie chart for the amount of

16   oil being dispersed and burned?

17           MR. ROBERS:   Object to form.

18       A.   I'd have to go back and look and see if I included

19   that in here.  Okay.  It says in situ burning and chemically

20   dispersed oil accounted for 13 percent of the total oil

21   discharged.

22       Q.  (BY MS. JAKOLA) My question is:  In arriving at that

23   conclusion in your expert report, you simply looked at a pie

24   chart that appeared in an outdated version of the oil budget

25   calculator that reflected 13 percent of the oil being

```
 1    chemically dispersed and burned, correct?
 2                 MR. ROBERS:  Object to form.
 3         A.   I -- I think I did, but I'm not sure.
 4         Q.  (BY MS. JAKOLA) As you sit here today, you can't
 5    recall consulting any other sources other than that pie chart,
 6    correct?
 7         A.   I consulted two sources, which were the two
 8    calculators.  When I actually sat down and wrote the report,
 9    trying to pull it together, I may have grabbed the pie chart
10    simply because I had it handy and quoted those numbers.  But
11    I don't have the pie chart in front of me to go back and
12    check.
13         Q.   You did not perform any of your own independent
14    calculations to arrive at the conclusion in your report that
15    13 percent of the total oil discharged was chemically
16    dispersed and burned, correct?
17         A.   I --
18                 MR. ROBERS:  Object to form.
19         A.   -- I took what I think was this page, the page 39
20    and I -- and marked it up, did the math, made sure I
21    understood where his numbers came from.  But when I actually
22    wrote my report, the thing that was handy, and I'm sorry I was
23    pressed for time -- instead of going back and consulting this,
24    I -- thinking that the other -- the pie chart was the same
25    data, I might have grabbed the numbers off of that.  I'd have
```

```
1    to go back and look at my pie chart and see if that's the, in
2    fact, where they came from.
3         Q.   (BY MS. JAKOLA) In any event, sir, you do acknowledge
4    that on page 40 of the oil budget calculator, it shows
5    percentages for the amount of oil that was removed in various
6    ways, correct?
7         A.   Yes, it does.
8         Q.   And if you consult the next page, to the page that
9    you cite in your report, you can see that, in fact, even
10   according to the government's oil budget calculator, it shows
11   that 21 percent of the oil was chemically dispersed and
12   burned, correct?
13              MR. ROBERS:   Object to form.
14        A.   Yes.
15        Q.   (BY MS. JAKOLA) And these percentages we've been
16   talking about, in terms of the amount of oil that was
17   dispersed and burned and skimmed during the response as a
18   percentage of spill volume, all relate to the government's
19   estimate of the spill volume, correct?
20        A.   That's correct.
21        Q.   You're aware that there's a dispute about how much
22   oil was actually spilled, correct?
23        A.   I'm aware of that, yes.
24        Q.   You agree, sir, that using even the government's
25   spill volume estimates, the analysis in your expert report
```

1  underestimates the effectiveness of the response operations in

2  the DEEPWATER HORIZON spill response, true?

3             MR. ROBERS:   Object to form.

4      A.   It underestimates the amount of oil that was

5  dispersed and burnt.

6      Q.  (BY MS. JAKOLA) You agree that even using the

7  government's own estimates, the analysis in your expert report

8  of the amount of oil that was burned and chemically

9  dispersed -- strike that.

10             You agree that even using the government's own

11 estimates, your expert report underestimates the amount of oil

12 that was chemically dispersed and burned during the DEEPWATER

13 HORIZON response, true?

14     A.   I agree that my report underestimated how much was

15 dispersed and burned, yes.

16     Q.   It also underestimates -- strike that.

17             Your expert report also underestimates the

18 amount of oil that was skimmed during the DEEPWATER HORIZON

19 response, true?

20     A.   Yes, but the change there is marginal.

21     Q.   How much more -- how much -- strike that.

22             How many barrels of oil was skimmed during the

23 DEEPWATER HORIZON response, in your opinion?

24     A.   I don't have -- I could look up the amount that was

25 skimmed, but it was around 3.8 percent.  I have a hard time

1   reading the figures here.  It looks like 160,000 barrels.  And

2   that's the expected case.  They also gave values for best case

3   and worst case.

4       Q.   You are aware, sir, that the oil budget calculator

5   analysis was updated, as you said, correct?

6       A.   Yes.

7       Q.   Can you please turn to page A-2.6 of the oil budget

8   calculator?  That's appendix 2.6, Bates No. is ending in 0082.

9            MR. ROBERS:  There's no Bates numbers on the

10  version we have.

11           MS. JAKOLA:  It's appendix 2.6, A-2.6.  Thank

12  you.

13      Q.   (BY MS. JAKOLA) Did you find the right page, sir?

14      A.   Yes.

15      Q.   Now, looking at page A-2.6 and then also looking at

16  A-2.7, do you see that there are two different sets of values

17  reflected for the amount of oil that was chemically dispersed,

18  burned, and skimmed, among other things?

19      A.   Yes.

20      Q.   And isn't it correct that these two tables reflect

21  the prior or outdated version of the oil budget calculator and

22  then the current version of the oil budget calculator,

23  correct?

24           MR. ROBERS:  Object to form.

25      A.   Yes.

1      Q.  (BY MS. JAKOLA) The outdated version of the oil

2  budget calculator appears on page A-2.7, correct?

3      A.   Yes.

4      Q.   And the current version of the oil budget calculator

5  appears on A-2.6, correct?

6      A.   Yes.

7      Q.   To arrive at the figures in your expert report about

8  the effectiveness of the DEEPWATER HORIZON spill response

9  operation, you used the figures from the outdated oil budget

10  calculator presented on table A-2. -- strike that.

11              To arrive at the figures in your expert report

12  about the effectiveness of the DEEPWATER HORIZON spill

13  response operations, you used the figures from the outdated

14  oil budget calculator presented on page A-2.7, correct?

15              MR. ROBERS:  Object to form.

16      A.   I used these values.  Whether I -- I can't remember

17  now when I actually wrote the report, whether I was able to go

18  back and quickly put my finger on these and use my

19  calculations from that or whether I used the pie chart that

20  was used in the first report.

21      Q.  (BY MS. JAKOLA) But in any event, when you prepared

22  your expert report, you used the values of the number of

23  barrels that were chemically dispersed, burned, and skimmed,

24  as well as the spill volume amounts shown in the outdated oil

25  budget table on page A-2.7 correct?

1       A.    Right.   The basis one way or the other was this

2  table, were these figures.

3       Q.    Now, looking at the outdated information that you

4  used for your expert report, do you see that the amount of oil

5  that was chemically dispersed, burned, and skimmed according

6  to this outdated table, totals roughly 838,000 barrels?

7       A.    I don't see where --

8       Q.    Would you like a calculator, sir?

9       A.    I'm trying to look at their summary numbers and

10  I'm -- okay.  I see what they've got here, so go ahead.  What

11  was that question again?

12       Q.    Based on the outdated information that you used for

13  your expert report, the oil budget calculator reflects that

14  only approximately 838,000 barrels of oil were chemically

15  dispersed, burned, and skimmed, correct?

16                 MR. ROBERS:  Object to form.

17       A.    Approximately, yes.

18       Q.    (BY MS. JAKOLA) Comparing that to the updated and

19  current information in the oil budget calculator, do you see

20  that -- strike that.

21                 The current version of the oil budget

22  calculator reflects that approximately 1.2 million barrels of

23  oil was chemically dispersed, burned, and skimmed during the

24  response, true?

25       A.    Yes, approximately.

1     Q.   Comparing the outdated information that you relied

2  on for your expert report to the current information that the

3  government estimates was chemically dispersed, burned, and

4  skimmed in the response, do you see that the government

5  currently estimates that roughly 400,000 more barrels were

6  removed through those response efforts as compared to the old

7  version that you used?

8               MR. ROBERS:  Object to form.

9     A.   No, because I don't agree that dispersing oil, which

10  is where the biggest difference is in these two charts, is

11  removing the oil.

12     Q.  (BY MS. JAKOLA) Well, I'm going to not focus on the

13  removal, the word -- the use of the word "removal."  I want to

14  ask you about just the figures now.

15            The current version of the oil budget

16  calculator estimates that approximately 400,000 more barrels

17  of oil was chemically dispersed, burned, and skimmed as

18  compared to the outdated information that you used for your

19  expert report, correct?

20     A.   That's correct.  But before you said removed, which

21  is not correct.  It's just -- just to make sure we're --

22     Q.   And so I clarified my question.  So let me just ask

23  it again so that the record is clear.

24            The current version of the oil budget

25  calculator estimates that approximately 400,000 more barrels

1  of oil was chemically dispersed, burned, and skimmed as

2  compared to outdated information that you used for your expert

3  report, correct?

4      A.   Yes.

5      Q.   Sir, can you please turn to Tab 76 of your binder?

6      A.   Which binder?

7      Q.   The volume 4?

8      A.   This one goes to 75.

9           MS. JAKOLA:  And counsel, can we please mark

10  this one as Exhibit 13522?

11           (Exhibit No. 13522 marked for identification.)

12           MS. JAKOLA:  For the record, 13522 is the

13  United States Third Supplemental Response to Defendant's First

14  Set of Discovery Requests to the United States of America

15  Relating to the Clean Water Act Penalty Phase.

16      Q.   (BY MS. JAKOLA) Captain VanHaverbeke, have you seen

17  Exhibit 13522 before?

18      A.   Yes.

19      Q.   Did you see Exhibit 13522 before you submitted your

20  expert reports in this case?

21      A.   I remember reading a couple of these supplementals,

22  I think this one may have been one of them.  I don't -- this

23  is -- so I -- I don't remember if I actually looked at this

24  one in detail or not.

25      Q.   Turning to page 5 of Exhibit 13522, do you see that

1   the United States, in response to an interrogatory from the

2   defendants in this case, has presented the amount of oil that

3   it contends was chemically dispersed, burned, and skimmed

4   during the response, correct?

5        A.   Yes.

6        Q.   It also presents other information about the amount

7   of oil that was discharged and consumed through natural

8   processes, correct?

9        A.   Yes.

10       Q.   Did you consider Exhibit 13522 in forming your

11  opinions in this case?

12       A.   I don't recall if I had looked at this at that point

13  in time or not.  I know I looked at some of these documents

14  and basically some I hung onto and some I looked and said,

15  I've got that covered elsewhere or -- or didn't need it.

16            So, when I looked at this, I would have said

17  that's simply what's covered in the oil budget calculator and

18  kept on moving.

19       Q.   You agree that the figures that the United States

20  presents in response to the defendant's interrogatory

21  correspond to the figures presented in the updated oil budget

22  calculator, correct?

23            MR. ROBERS:  Object to form.

24       A.   It looks like they're off a little bit, so I would

25  have to disagree.  Oh, it's because the total volume went up

1    to an even 5 million barrels as opposed to 4.9.

2        Q.   (BY MS. JAKOLA) You agree that the amount of oil that

3    the United States contends was chemically dispersed, burned,

4    and skimmed in their third supplemental response to

5    defendants' interrogatory corresponds with the amount of oil

6    that the current version of the oil budget calculator reflects

7    was dispersed, burned, and skimmed, correct?

8        A.   Yes, I think the difference, just quickly looking at

9    it, is the amount recovered via RIT and TOP HAT.

10       Q.   The amounts shown for chemical dispersion, burning,

11   and skimming in the United States third supplemental

12   interrogatory request corresponds to the amounts for those

13   same measures as shown in the current version of the oil

14   budget calculator?

15       A.   Yes.

16       Q.   Okay.  Captain VanHaverbeke, I'd like to turn back

17   to Captain Paskewich's expert report.  The portion to which

18   you're responding is in Tab 4 of your binder, page 19 and 20

19   of his report, sir.

20            Do you see on page 20 of Captain Paskewich's

21   Round 1 expert report that Captain Paskewich cites several

22   times the United States third supplemental interrogatory

23   response to support his calculations about the effectiveness

24   of the DEEPWATER HORIZON response measures, correct?

25       A.   Correct.

1      Q.   You had -- Captain Paskewich's Round 1 report when

2   you prepared your Round 2 report, correct?

3      A.   Correct.

4      Q.   Sir, we've been talking about, back to your Round 2

5   report in Tab 2, page 5, we've been talking about the

6   statement that in situ burning and chemically dispersing oil

7   accounted for 13 percent of the total oil discharge, correct?

8      A.   Correct.

9      Q.   And we've established that that assertion in your

10  expert report is incorrect and based on outdated information,

11  true?

12     A.   That's correct.

13              MR. ROBERS:   Object to form.

14     A.   That's correct.

15     Q.   (BY MS. JAKOLA) Now, in the remaining portion of that

16  sentence, you also state that 4.9 million barrels of oil was

17  discharged.  Do you see that, sir?

18     A.   Yes.

19     Q.   Do you believe that the United States, in this case,

20  contends that a total of 4.9 million barrels of oil was

21  discharged?

22     A.   No.

23     Q.   How much oil do you understand the United States

24  contends was discharged during the spill?

25     A.   Something on the order of 4.1 million barrels.  When

1  I used that number, I neglected to subtract the amount

2  recovered by the RIT and TOP HAT.

3    Q.   The basis for your 4.9 million -- strike that.

4         The basis for your statement that according to

5  the U.S., 4.9 million barrels of oil was discharged, was

6  again, the outdated version of the oil budget calculator?

7    A.   No, I think the 4.9 even shows up in the updated

8  version of the oil calculator.  The 5 doesn't show up until

9  the interrogative.

10   Q.   To determine the amount of oil that the United

11  States contends was discharged in the DEEPWATER HORIZON spill,

12  do you believe it is appropriate to subtract 810,000 barrels

13  from 4.9 million-dollar barrels -- strike that.

14         To determine the amount of oil that the United

15  States contends was discharged in the DEEPWATER HORIZON spill,

16  do you believe it is appropriate to subtract 810,000 barrels

17  from 4.9 million barrels?

18         MR. ROBERS:  Object to form.

19   A.   No, I think we just established that the number has

20  gone up to 5 million barrels, so that's where the substraction

21  should come from.

22   Q.   (BY MS. JAKOLA) So, in your expert report when you

23  state the United States contends that 4.9 million barrels of

24  oil was discharged during the spill, there are two erroneous

25  assumptions relating to that statement, correct?

1           MR. ROBERS:  Object to form.

2      A.   When I said 4.9, I was grabbing the wrong source.

3      Q.   (BY MS. JAKOLA) You -- first you used

4  4.9 million barrels as the amount of the total discharge,

5  correct?

6      A.   In this, that's what I stated, yes.

7      Q.   And we've established that in the -- strike that.

8           We established that in the third supplemental

9  interrogatory response the United States contends that

10  5 million barrels of oil was discharged, correct?

11      A.   Correct.

12      Q.   And the second mistake that you made was you

13  didn't -- you didn't deduct the 810,000 barrels that was

14  recovered directly from the source, correct?

15      A.   In -- in stating the 4.9, that doesn't have the

16  810,000.  I don't recall if the percentages that I used

17  included that or not.

18      Q.   Okay.  In any event, you agree now that the

19  statement in your expert report that 4.9 million barrels of

20  oil was discharged during the spill is incorrect?

21           MR. ROBERS:  Object to form.

22      A.   What I agree is that there was a -- 810,000 barrels

23  that were directly recovered.

24      Q.   (BY MS. JAKOLA) Do you believe it is an accurate

25  statement that, to say that 4.9 million barrels of oil was

1    discharged during the spill?

2        A.   It depends on how you want to define discharge.

3    It -- that's what came out of the well.  First of all, it's

4    been updated to 5 million.  And secondly, some of it was

5    directly recovered.

6        Q.   In any event, you agree that the use of

7    4.9 million barrels as a total spill volume estimate is an

8    incorrect assumption when trying to determine the

9    effectiveness of response operations, correct?

10              MR. ROBERS:  Object to form.

11       A.    I -- I agree that the number should be 5 million.

12       Q.  (BY MS. JAKOLA) Do you agree that using

13   5 million barrels would not reflect the 810,000 barrels that

14   were recovered directly from the source?

15       A.   Right.

16       Q.   You agree that you used an incorrect spill volume

17   estimate in assessing the effectiveness of efforts by the

18   Unified Command to respond to the spill, correct?

19              MR. ROBERS:  Object to form.

20       A.    I agree that I used an incorrect assessment in how

21   much was actually dispersed.  But it does not change my

22   position that dispersing oil into the water column or burning

23   it is not the same as removing it.

24       Q.  (BY MS. JAKOLA) I'm focused on your mathematical

25   calculations right now.  You agree that you used an incorrect

```
 1   spill volume estimate in calculating the effectiveness of

 2   efforts by the Unified Command to respond to the spill,

 3   correct?

 4              MR. ROBERS:  Object to form.

 5       A.   I used it in calculating the amount of oil that was

 6   dispersed or burned, put into the environment and not removed.

 7       Q.   (BY MS. JAKOLA) And you agree -- and you agree that

 8   you used an incorrect spill volume estimate in performing

 9   those calculations, true?

10       A.   That's correct.

11       Q.   The effect of -- strike that.

12              Now, earlier in that paragraph, sir, you write

13   that measuring against oil available for recovery ignores the

14   67 percent of the oil discharged and deemed unrecoverable.

15              Do you see that, sir?

16       A.   Yes.

17       Q.   And that's another criticism that you have of

18   Captain Paskewich's analysis?

19       A.   That's correct.

20       Q.   What is the basis for your assertion that 67 percent

21   of the oil discharged was deemed unrecoverable?

22       A.   Again, I would have to go back probably to that pie

23   chart.  That might have been showing 67 percent.

24       Q.   So again, your statement that Captain Paskewich was

25   wrong in his analysis is based on the outdated oil budget
```

1    calculator, correct?

2              MR. ROBERS:  Object to form.

3         A.   The -- what I was looking at was whether or not the

4    oil was removed from the environment.  And what I was saying

5    is ignoring the oil that was deemed unrecoverable in

6    evaluating your effectiveness is ignoring half the -- or a

7    third of the problem.  The number may have been wrong.  I

8    would have to go back and figure out what the percentage of

9    unrecoverable is.

10        Q.   (BY MS. JAKOLA) You agree that your statement that

11   67 percent of the oil discharged was unrecoverable, was based

12   on incorrect and outdated information, true?

13             MR. ROBERS:  Object to form.

14        A.   The 67 percent was based on the first oil budget

15   calculator.  I don't know -- I'd have to go back and look and

16   see if the unrecoverable amount changed along with some of

17   these other figures here.  I haven't done that comparison.

18        Q.   (BY MS. JAKOLA) You haven't performed any analysis to

19   see if the amount of oil that the United States contends was

20   consumed by natural processes has changed between the first

21   version of the oil budget calculator and the second version of

22   the oil budget calculator, true?

23             MR. ROBERS:  Object to form.

24        A.   There are a number of differences, but I didn't sit

25   down and figure out what the percentages was.

```
1        Q.   (BY MS. JAKOLA) But you agree that your statement

2   that 67 percent of the oil was deemed unrecoverable is based

3   on the old version of the oil budget calculator?

4        A.   I agree with that, yes.

5        Q.   And you agree that the information in the oil budget

6   calculator -- strike -- you -- strike that.

7             You agree that the information in the old oil

8   budget calculator is outdated, correct?

9        A.   Yes.

10       Q.   You also agree, then, that the statement that

11  67 percent of the oil that was discharged is deemed

12  unrecoverable is no longer correct and is outdated, right?

13            MR. ROBERS:  Object to form.

14       A.   I agree that that number is probably off.  I haven't

15  figured out what the correct number is.

16       Q.   (BY MS. JAKOLA) Sir, you could calculate the amount

17  of oil that the United States currently contends was

18  unavailable for recovery by using the figures in the

19  government's third supplemental interrogatory, correct?

20       A.   Yes, I think it's got the detail in there.

21       Q.   And sitting here today, do you have any reason to

22  disagree that according to the United States third

23  supplemental interrogatory response, in fact, roughly

24  53 percent of the oil was deemed unrecoverable?

25       A.   I haven't done the math, but --
```

1      Q.    Okay.

2      A.    -- if that's what the math comes out to, I'm willing

3   to stipulate that.

4      Q.    Now, and assuming that's the case, you would then

5   agree that the statement in your report, that 67 percent of

6   the oil discharged was deemed unrecoverable is incorrect?

7      A.    Yes.

8      Q.    Now, we've identified several errors in the

9   calculations in your report.  Are there any other errors in

10  your expert reports?

11              MR. ROBERS:  Object to form.

12     A.    I don't know.

13     Q.    (BY MS. JAKOLA) I would like to ask you about the

14  statement on page 9 of your Round 2 report.

15     A.    Page --

16     Q.    The very last sentence of your Round 2 report, sir,

17  you write, Despite the extraordinary effort of the Unified

18  Command, only one third of the oil discharged from the well

19  was chemically dispersed, burned, skimmed, or directly

20  recovered from the wellhead.

21              Do you see that?

22     A.    Yes.

23     Q.    Again, that statement is incorrect, right?

24     A.    I'd have to go back and --

25              MR. ROBERS:  Object to form.

1     A.    -- run the numbers, but probably is based on the

2   fact that I was going with the wrong set of numbers.

3     Q.   (BY MS. JAKOLA) You agree that your conclusion in

4   your expert report that despite the extraordinary efforts of

5   the Unified Command, only one third of the oil discharged from

6   the well was chemically disbursed, burned, and skimmed, or

7   directly recovered from the wellhead, significantly

8   understates the amount of oil that was dispersed, burned,

9   skimmed, or recovered from the wellhead, in fact?

10            MR. ROBERS:   Object.   Object to form.

11     A.    I disagree.   I don't think it significantly

12   understates it.

13     Q.   (BY MS. JAKOLA) Well, what is the correct percentage,

14   in your opinion?

15     A.    I don't know.   I don't have the -- I haven't sat

16   down and calculated it, but it says available for recoveries,

17   230,000 barrels.   And you subtract the RIT, it would be about

18   4.1.   So the number should be, I don't know, whatever the

19   numbers come out.

20     Q.    Well, I'm not going to ask you to do the math on the

21   fly sitting here today, but you haven't done that calculation

22   before today?

23     A.    I haven't redone the calculation.

24     Q.    You haven't performed an accurate calculation of the

25   amount of oil that was discharged from the well that was

1  chemically dispersed, burned, skimmed, or directly recovered

2  from the wellhead during the DEEPWATER HORIZON response, true?

3  　　　　　MR. ROBERS:  Object to form.

4  　　A.  I have -- I have not gone back and redone my

5  calculations.

6  　　Q.  (BY MS. JAKOLA) Before moving back to Captain

7  Paskewich's analysis, I want to make sure I've got this right.

8  In your expert report you miscalculate the total effectiveness

9  of the response measures that the Unified Command used in the

10  response, true?

11  　　　　　MR. ROBERS:  Object to form.

12  　　A.  No, I miscalculated the amounts of oil that were

13  burned, dispersed, or collected.

14  　　Q.  (BY MS. JAKOLA) In your expert report, you

15  miscalculated the total amounts of oil that was burned,

16  dispersed, and skimmed during the DEEPWATER HORIZON response

17  true?

18  　　　　　MR. ROBERS:  Object to form.

19  　　A.  Yes.

20  　　Q.  (BY MS. JAKOLA) You used outdated and incorrect

21  information in calculating the amount of oil that was burned,

22  skimmed, and chemically dispersed, correct?

23  　　　　　MR. ROBERS:  Object to form.

24  　　A.  Yes.

25  　　Q.  (BY MS. JAKOLA) You used outdated and incorrect

168

1   information about the amount of oil that the U.S. claims was

2   spilled during the response, correct?

3        A.   I -- yes, I used the wrong numbers.

4        Q.   You used outdated and incorrect information about

5   the amount of oil that the U.S. claims was consumed due to

6   natural processes, correct?

7                 MR. ROBERS:   Object to form.

8        A.   Yes, it looks like those numbers are off as well.

9        Q.   (BY MS. JAKOLA) You did not adjust the spill volume

10  figure that you used to account for the 810,000 barrels of oil

11  that was collected from the source, true?

12       A.   When I wrote this, I was looking at the graph with

13  the percentages, I think.  Again, I'd have to go back and

14  confirm that, which I don't -- I don't recall.  I think it had

15  a separate breakout for the amount directly recovered.

16       Q.   Correct.  And so as percentage, when you were

17  calculating the effectiveness of skimming, burning, and

18  dispersing, you did not reduce or adjust the spill volume to

19  reflect the 810,000 barrels of oil that was recovered --

20       A.   I'm not sure.

21       Q.   -- from the source --

22                 MR. ROBERS:   Object to form.

23       A.   -- I'm not sure.  I would have to go back and look.

24  I think that -- I think that pie chart might have had a

25  segment for direct recovery, but I don't remember.

```
 1        Q.  (BY MS. JAKOLA) And if it --

 2        A.    In which case, if it did, then the percentages would

 3   have been accounting for that.

 4        Q.    Well, if you have a pie chart that includes the

 5   810,000 barrels as part of the total spill volume, and the pie

 6   chart purports to represent the entire amount of the spill,

 7   you would agree with me that it would not be reflected,

 8   correct?

 9                    MR. ROBERS:  Object to form.

10        A.    Again, I'd have to go back and look, but it would

11   have had a percentage directly recovered in the other

12   percentages.  It may have taken the whole.

13        Q.  (BY MS. JAKOLA) Now, you did not consider BP's spill

14   volume estimates in your analysis at all, correct?

15        A.    Correct.

16        Q.    Now, as a result of these errors and assumptions,

17   you have understated the overall effectiveness of the

18   DEEPWATER HORIZON response efforts in your expert report,

19   correct?

20                    MR. ROBERS:  Object to form.

21        A.    What I was discussing in here was not the --

22   specifically the overall effectiveness, it was the amount

23   burned and dispersed is still going into the environment and

24   does not account for removal, as Captain Paskewich considered

25   it.
```

1    Q.   (BY MS. JAKOLA) As a result of all of these errors

2  and assumptions, you have understated the percentage and

3  amounts of oil that was chemically dispersed, skimmed, and

4  burned during the DEEPWATER HORIZON response, true?

5                 MR. ROBERS:   Object to form.

6    A.   With respect to skimmed, it -- the change is

7  marginal, and it's well below what is normally expected on

8  open waters or has been shown on open waters.

9                 With respect to dispersed, I don't think burned

10  changed much, that was pretty steady.   There was some moderate

11  change.   It turns out we dispersed way more than I realized,

12  which in effect, bolsters my case that we put a lot more into

13  the environment than -- than we recovered.

14    Q.   (BY MS. JAKOLA) You agree, though, that as a result

15  of the errors and assumptions that you made your expert

16  report, the figures shown in your expert report understate the

17  amount of oil that was chemically dispersed, burned, and

18  skimmed, correct?

19    A.   It understates the amount that was dispersed,

20  absolutely.   The other is marginal, I think.

21    Q.   You agree that the figures in your report are lower

22  than they should be, correct?

23    A.   The amount dispersed particularly, yes.

24    Q.   But for all of them, correct?

25    A.   Marginally for skimmed and I --

```
1        Q.    My question, sir --

2        A.    -- burned was about equal.

3        Q.    I'm sorry, sir, my question wasn't about -- whether

4    the reduction was marginal or not.  My question is:  If you

5    re-perform the calculations using accurate and updated

6    information, you would get higher or greater percentages than

7    what's reflected in your expert report for skimming, burning,

8    and chemical dispersion, correct?

9                MR. ROBERS:  Object to form.

10       A.    That's correct.

11       Q.    (BY MS. JAKOLA) Now, turning back to Tab 4, I want to

12   ask you some questions about Captain Paskewich's analysis.  In

13   figure 7 of Captain Paskewich's report, he presents

14   information about the amount of oil that was chemically

15   dispersed, burned, and skimmed in the DEEPWATER HORIZON

16   response as compared to other spill responses.  Do you see

17   that?

18       A.    Yes.

19       Q.    And as you testified earlier, you do not disagree

20   with the mathematical accuracy of the information that Captain

21   Paskewich presents in figure 7, true?

22       A.    Correct.

23       Q.    Now, you, in your expert report do not present any

24   independent analysis comparing the DEEPWATER HORIZON response

25   to other spill responses, correct?
```

```
 1              MR. ROBERS:   Object to form.

 2        A.   I did discuss the Exxon Valdez.

 3        Q.   (BY MS. JAKOLA) Other than the Exxon Valdez, your

 4   report does not compare the DEEPWATER HORIZON spill response

 5   to any other spill responses, correct?

 6        A.   Correct.

 7        Q.   You do not identify in your expert reports any other

 8   spill responses other than those identified by Captain

 9   Paskewich on -- in figure 7 that you believe should be used as

10   a point of comparison for the DEEPWATER HORIZON response,

11   correct?

12        A.   No, I didn't try to identify other spills to compare

13   it to.

14        Q.   And you do not identify in your expert report any

15   alternative rate to the 10 to 15 percent benchmark

16   effectiveness rate that Captain Paskewich uses in his report

17   that you believe should be used to assess the overall

18   effectiveness of the spill response, correct?

19        A.   No, I didn't provide any other figures, but --

20        Q.   On -- turning back to your expert report, sir, Tab

21   2, page 8 -- excuse me, page 5.  Now, on page 5 of your

22   Round 2 report, you state that the Exxon Valdez response

23   resulted in skimming of approximately 8 percent of the oil

24   that was spilled in that spill, correct, on the bottom of

25   page 5?
```

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

1  you disagree with Captain Paskewich's opinion that the EPA

2  acted in a manner that was inconsistent with the National

3  Contingency Plan in connection with dispersant applications

4  during the DEEPWATER HORIZON response, true?

5      A.   That's true.

6      Q.   Do you believe that the EPA acted appropriately in

7  connection with the issuance of addenda 2 and 3 during the

8  response?

9      A.   Yes.

10     Q.   You set forth five different reasons as your bases

11 for disagreeing with Captain Paskewich in your report.  Do you

12 see that, sir?

13     A.   Yes.

14     Q.   And you do that on pages 6 through pages 8 of your

15 Round 2 report, correct?

16     A.   Yes.

17     Q.   Do the five reasons that you've specified in your

18 Round 2 report at pages 6 through 8 reflect all of your bases

19 for disagreeing with Captain Paskewich?

20          MR. ROBERS:  Object to form.

21     A.   Upon further reflection, I -- I think, if I had to

22 write this over again, I would take a step back and rather

23 than focusing on his positions, focus more on the

24 responsibility of the president under OPA 90 and the

25 administrator of the EPA under -- maybe OPA 90, but certainly

1     Q.   And those minutes don't reflect any kind of

2   recommendation that addendum 3 should be signed, correct?

3     A.   I don't recall seeing any, but I'd have to go back

4   and confirm.

5     Q.   In fact, the advice that was coming to Admiral

6   Landry to sign addendum 3 was coming from senior EPA

7   officials, correct?

8                    MR. ROBERS:   Object to form.

9     A.   I think the advice was coming from the EPA where

10  they have a responsibility to help direct a major event.

11    Q.  (BY MS. JAKOLA) Now, in forming your opinions in this

12  case, you did not rely on the contemporaneous correspondence

13  that was exchanged between EPA officials and Admiral Landry on

14  May 25th and May 26th, leading up to the issuance of

15  addendum 3, true?

16    A.   You mean the series of Emails?

17    Q.   Correct.

18    A.   No.  I relied more directly on my conversation with

19  Admiral Landry.

20    Q.   You did not consider the contemporaneous

21  communications between Admiral Landry and EPA and other Coast

22  Guard officials in forming your opinions, true?

23    A.   Not specifically, no.

24    Q.   Now, let's take a look at some of those

25  communications.  Please turn to Tab 52 of your binder.

```
1    later at 10:44 a.m., do you see that, right above --

2         A.    Yes.

3         Q.    And Admiral Landry writes, I know you two are trying

4    to help me, but this is a tough one and we'll have a bit of a

5    ripple with EPA.  I have not signed the directive.  I was not

6    going to because I was focused on TOP KILL and I was letting

7    them go back and forth.  Had no intention of letting it

8    distract me.

9               Do you see that?

10        A.    I see that's what she says here, yes.

11        Q.    And is it fair to say as of 10:44 a.m. on

12   May 26th, Admiral Landry had not signed the directive and

13   had not -- and had no intention of signing the directive?

14               MR. ROBERS:  Object to form.

15        A.    I -- I don't think that's what she was saying.

16   Again, the questions are lacking -- these whole discussion

17   lacks the context that, going all the way back to April, when

18   the use of subsea dispersants was first suggested.  The idea

19   was maybe instead of putting as much dispersant down as we are

20   doing, there's a better way of doing this, which was go

21   subsea, which would allow a reduction in surface dispersant,

22   and that's -- what my point was, all this lacks that context.

23        Q.    (BY MS. JAKOLA) What is your basis for your

24   understanding of that context, these particular Emails?

25        A.    Discussion with Admiral Landry.
```

1      Q.   Your interview of Admiral Landry?

2      A.   Yes.

3      Q.   Do you have any other basis other than the interview

4  you conducted of Admiral Landry in connection with your expert

5  work in this case for that context?

6      A.   I --

7           MR. ROBERS:  Object to form.

8      A.   -- I'd have to go back and confirm it, but I know

9  there were some discussions mentioned in the commission to

10 look at the DEEPWATER HORIZON oil spill.  I think

11 Administrator Lisa Jackson of the EPA and maybe even Admiral

12 Allen mentioned that the discussions have been going on.

13     Q.   (BY MS. JAKOLA) Other than the National Commission

14 testimony that you've mentioned and the interview you

15 conducted of Admiral Landry, do you have any other basis for

16 your context about these Emails?

17          MR. ROBERS:  Object to form.

18     A.   For the -- I'm not sure -- would you repeat the

19 question?

20     Q.   (BY MS. JAKOLA) Other than -- other than your

21 interview of Admiral Landry and the materials you've mentioned

22 in connection with the National Commission work, do you have

23 any other basis for the context around the way in which

24 dispersant decisions were made in the DEEPWATER HORIZON

25 response?

```
 1                MR. ROBERS:  Object to form.

 2       A.   No.

 3       Q.   (BY MS. JAKOLA) Now, at the top of Exhibit 13531 at

 4  10:56 a.m., do you see that Admiral Landry writes, again, to

 5  Captain Hanzalik that she is not going stop dispersants?

 6                MR. ROBERS:  Object to form.

 7       A.   Yes.

 8       Q.   (BY MS. JAKOLA) Please turn to Tab 60, and let's mark

 9  this as Exhibit 13532.

10                (Exhibit No. 13532 marked for identification.)

11                MS. JAKOLA:  For the record, Exhibit 13532 is a

12  May 26th, 2010, Email from Admiral Landry at 10:59 a.m.

13  forwarding an Email from Ms. Tulis at 10:45 a.m. on May 26.

14       Q.   (BY MS. JAKOLA) Sir, have you seen Exhibit 13532

15  before?

16       A.   Yes.

17       Q.   Now, in this Email, Admiral Landry writes to

18  Ms. Tulis, Mr. Coleman, Captain Lloyd, Captain Hanzalik and

19  others to say that she is standing by and ready to sign the

20  directive, correct?

21       A.   Correct.

22       Q.   And this Email is sent just three minutes after she

23  Emails Captain Hanzalik and said she is not stopping

24  dispersants, correct?

25                MR. ROBERS:  Object to form.
```

```
 1   responders used to set the 15,000-gallon limit.

 2                  Do you see that, sir?

 3        A.   Yes.

 4        Q.   (BY MS. JAKOLA) Do you have any reason to disagree

 5   with the conclusion of the EPA, OIG that it was unclear what

 6   scientific basis responders used to set the 15,000-gallon

 7   limit?

 8        A.   Yes.

 9        Q.   You do have a reason to disagree with that, sir?

10        A.   Yes.  The reason they set it at 15,000 gallons was

11   because the stated flow rate at that point was 5,000 barrels

12   per day.  The application rate of dispersant is about 10 to 1.

13   And if you do the math, it turns out that that is about

14   15,000 gallons of dispersant per day.

15        Q.   What is -- I'm sorry.  Are you finished your answer?

16        A.   Yes.

17        Q.   What is your basis for that understanding?

18        A.   Admiral Landry.

19        Q.   Your basis for the understanding behind the --

20   strike that.  Your basis for your understanding of why there

21   was a 15,000-gallon limit per day set for subsea dispersant

22   use during the response is your interview of Admiral Landry?

23        A.   Yes.

24        Q.   Is that your only basis for that understanding?

25        A.   I went back and did the math to understand what she
```

1   told me, but yes.

2       Q.    Okay.  Now, can you please turn the page, and look

3   at page 19 of the report?  Do you see that the OIG report

4   concludes that the involvement of senior EPA officials created

5   confusion and delays in dispersant applications?

6       A.    Where are you reading?

7       Q.    In the section full paragraph on page 19?

8       A.    Down here?

9       Q.    Yes, sir.

10      A.    And your question again?

11      Q.    And also let me -- while you've got that page, let

12  me ask you to flip back to page 18, at the bottom of that

13  page, read that last paragraph and then I'll ask you a

14  question.

15      A.    Okay.

16      Q.    Sir, do you see that in this report, in

17  Exhibit 13533, the OIG determined that the dispersant

18  decision-making process was politically motivated and delayed

19  decisions?

20      A.    No.  I --

21            MR. ROBERS:  Object to form.

22      A.    -- I think what it says is one Region 6 response

23  official described the process as very political.

24      Q.    (BY MS. JAKOLA) Do you agree -- do you see that the

25  OIG concluded that the involvement of senior EPA officials in