# EXHIBIT 8

## TO

## PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DRS. BOESCH AND RICE

01-46077
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Dr. Donald Boesch

**October 28, 2014**

*COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

```
                                                                    1

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

3   IN RE:  OIL SPILL        )   MDL NO. 2179
    BY THE OIL RIG           )
4   "DEEPWATER HORIZON" IN   )   SECTION "J"
    THE GULF OF MEXICO, ON   )
5   APRIL 20, 2010           )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
6

7

...

17              ******************
                     VOLUME 1
18              *****************

19

20

21      Deposition of DR. DONALD BOESCH, taken at
22  Pan-American Building, 601 Poydras Street, 11th
23  Floor, New Orleans, Louisiana, 70130, on the 28th
24  day of October, 2014.
25
```

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

1         THE VIDEOGRAPHER:  This is the
2  deposition of Dr. Donald Boesch in regard to the
3  oil spill by the oil rig DEEPWATER HORIZON in the
4  Gulf of Mexico on April 20th, 2010.
5         Today's date is October 28th, 2014.
6  The time is 8:33 a.m.  We are now on the record.
7               DONALD BOESCH,
8  having been first duly sworn, testified as
9  follows:
10            E X A M I N A T I O N
11 BY MS. BRANSCOME:
12     Q.  Good morning, Dr. Boesch.
13     A.  Good morning.
14     Q.  We met right before this deposition
15 started.  But my name is Kimberly Branscome, and I
16 represent BP in this matter.
17         If you could please state your full
18 name for the record.
19     A.  My name is Donald Friedrich Boesch.
20     Q.  Okay.  And just before we get started, I'd
21 like to go over some basic ground rules for the
22 deposition.  If I ask you a question that you
23 don't understand, please ask me to clarify; I'll
24 be happy to rephrase it.  And so if you don't ask
25 me to clarify, I'm going to assume that you've

1  detail.  One of the challenges we have with
2  these -- all three of these vertebrates --
3  air-breathing vertebrates is that very little of
4  the information that's been collected is
5  publicly -- I mean, raw data available, but no
6  interpretations are available in the public domain
7  because it's all wrapped up in the natural
8  resources damage assessment.  So composed to --
9  compared to a lot of other things where there's
10 now abundant peer-reviewed literature, there's
11 very little in this field.  So I have to -- had to
12 rely on tables like this in some -- and a -- and a
13 small amount of literature that is available.
14     Q.  (BY MS. BRANSCOME)  So based on what you
15 know as of today, you have never seen evidence of
16 direct harm to sea turtles as a result of the oil
17 spill after 2010, correct?
18          MS. ANDRE:  Objection to form.
19     A.  I've seen evidence where there's --
20 there's longer-term anomalies in -- in strandings
21 that are un- -- un- -- undiagnosed at this point.
22 So I would not -- I would not go that far.
23     Q.  (BY MS. BRANSCOME)  Have you seen, as you
24 sit here today, any evidence of oiling of sea
25 turtle nests?