# EXHIBIT 10

## TO

## PLAINTIFF UNITED STATES' MEMORANDUM IN OPPOSITION TO BP'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DRS. BOESCH AND RICE

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Stanley Rice

**October 30, 2014**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


   IN RE:  OIL SPILL         )   MDL NO. 2179
   BY THE OIL RIG            )
   "DEEPWATER HORIZON" IN    )   SECTION "J"
   THE GULF OF MEXICO, ON    )
   APRIL 20, 2010            )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
```

******************

VOLUME 1

*****************

Deposition of DR. STANLEY RICE, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 30th day of October, 2014.

**Worldwide Court Reporters, Inc.**
**(800) 745 - 1101**

```
 1              THE VIDEOGRAPHER:  This is the
 2   deposition of Dr. Stanley Rice in regards to an
 3   oil spill by the oil rig DEEPWATER HORIZON in the
 4   Gulf of Mexico on April 20th, 2010.
 5              Today's date is October 30th, 2014.
 6   The time now is 8:30 a.m.  We are on the record,
 7   beginning Tape 1.
 8                    STANLEY RICE,
 9   having been first duly sworn, testified as
10   follows:
11                  E X A M I N A T I O N
12   BY MR. ISRAEL:
13       Q.  Good morning, Dr. Rice, my name is Brian
14   Israel.  I'm here with my colleague, Brett
15   Marston.  We represent BPXP.  We met a few minutes
16   ago.
17              Could you please state your name --
18   your full name for the record.
19       A.  My full name is Stanley Donald Rice.
20       Q.  And, Dr. Rice, are you aware that you're
21   under oath this morning?
22       A.  I am.
23       Q.  And that oath requires you to tell the
24   truth similar to being in a court of law?
25       A.  I do understand.
```

1   **investigation, correct?**
2                MS. FIDLER:  Object to form.
3        A.  Well, I think that -- here would be the
4   factors that you need:  You need to have a
5   transparent -- you need to absorb those heavy
6   polycyclic aromatic hydrocarbons, phenanthrene and
7   chrysenes and those sorts of compounds.  You need
8   to absorb them into the tissue.  You need to be
9   clear.  So, all right, we just eliminated the
10  pigment in adults and things like that, so now
11  we're at the embryos that are often very, very
12  transparent or at least translucent.  We're
13  talking about larvae, and they can absorb these
14  compounds in literally seconds, okay.  So you get
15  those compounds into a tissue and then you expose
16  it to UV light, meaning you need to be in the
17  upper meter probably, maybe 2 meters, depending on
18  the clarity of the water.  And when you mix those
19  factors together, then the likelihood is that
20  phototoxicity is -- is an issue or a factor.
21               Now, here's the catch.  Can you
22  measure it?  Larvae dies.  Larvae doesn't exist.
23  Larvae is malformed.  Did phototoxicity do it?
24  Who knows?  Or was it just a direct compound?
25  Don't know.  So it will be very difficult to

1   there -- I -- on bird counts.
2       Q.   (BY MR. ISRAEL)  Okay.  My question is:
3   Do you -- without revealing conversations with
4   counsel, do you have any understanding as to why
5   you were not allowed to look at actual
6   environmental data?
7            MS. FIDLER:  Object to form.
8       A.   I don't remember any conversations, so I
9   can't state.  But I -- there just weren't any
10  peer-reviewed publications or reporting on the
11  NRDA data.  If the peer-reviewed publication were
12  on hand and available, I would certainly have used
13  them.  To my knowledge, they're not there.
14      Q.   (BY MR. ISRAEL)  So your testimony is you
15  were not going to look at any environmental data
16  resulting from the DEEPWATER HORIZON environmental
17  investigation unless that data had been
18  peer-reviewed; is that your testimony?
19      A.   Or -- or public.  So I'm not aware of any
20  public data that -- of offshore birds or whatever.
21      Q.   Did you look?
22      A.   It's not my strong suit.  So, if it popped
23  up, I found it.  And if it didn't...
24      Q.   Well --
25      A.   Where would I have looked?  I looked in

1    the literature, DEEPWATER HORIZON. We -- you
2    know, we Googled -- I won't say Googled. You
3    know, we did literature search on DEEPWATER
4    HORIZON. I don't remember any other bird papers
5    out there.
6         Q.   **Are you aware of several websites that**
7    **provide environmental data that has been collected**
8    **as part of the DEEPWATER HORIZON oil spill**
9    **environmental investigation?**
10        A.   If it's not --
11             MS. FIDLER: Object to form.
12        A.   -- peer-reviewed, I -- how do I
13   peer-review a website? I -- you know, it's not --
14   I'm looking at scientific journals, as I stated in
15   the -- in the front end of these reports. We're
16   relying upon -- we're looking at potential. And
17   so for that potential, we're relying on the
18   potential that we're deriving from peer-reviewed
19   publications.
20        Q.   **(BY MR. ISRAEL) But you testified a**
21   **minute ago, Dr. Rice, that you relied upon**
22   **peer-reviewed publications and data if they were**
23   **public. Do you recall that?**
24        A.   Only the chemistry that I'm aware of.
25        Q.   **Yet, you offer an opinion in your Round 3**