# Exhibit 2

# to

**UNITED STATES' MEMORANDUM IN
OPPOSITION TO BPXP'S MOTION TO EXCLUDE
THE REPORTS AND TESTIMONY OF IAN RATNER**

[PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file Exhibit 2 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.