UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: 10-4536 | : | JUDGE BARBIER |
| | : | |
| | : | MAGISTRATE JUDGE SHUSHAN |

---

## CLEAN WATER ACT – PENALTY PHASE

### OMNIBUS *EX PARTE* MOTION BY THE UNITED STATES FOR LEAVE TO FILE DOCUMENTSUNDER SEAL RELATED TO FIVE MOTIONS

Pursuant to Pre-Trial Order 13 [Rec. Doc. No. 641] the United States respectfully requests leave to file under seal several documents filed today, related to the United States' oppositions to four different motions filed by BPXP. The Motions and specific documents are listed in the Proposed Order.

In addition, in an abundance to caution and to avoid disclosing any information identified by BPXP as "Highly Confidential," the United States has filed two opposition briefs entirely under seal: Opposition to BPXP's Motion to Exclude the Reports and Testimony of Ian Ratner; and position to BPXP's Motion to Exclude the Reports and Testimony of Dr. Fredric Quivik. BP has agreed to identify which portions of these two Opposition briefs should be redacted and which can be filed in the public record by December 19, 2014. Thereafter, the United States will file redacted versions of those two Memoranda.

A proposed order is attached.

Respectfully submitted,

JOYCE BRANDA
Acting Deputy Assistant Attorney General
Civil Division

PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys
R. MICHAEL UNDERHILL, T.A
Attorney in Charge, West Coast Office

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
Senior Litigation Counsel for E-Discovery
MICHAEL MCNULTY
Senior Counsel
NANCY FLICKINGER
Senior Attorney
PATRICK CASEY
RICHARD GLADSTEIN
DANIEL S. SMITH
Senior Counsel
ABIGAIL ANDRE
A. NATHANIEL CHAKERES
RACHEL HANKEY
JUDY HARVEY
RACHEL KING
ERICA PENCAK
BRANDON ROBERS
GORDON YOUNG
Trial Attorneys

/s/ Steven O'Rourke
STEVEN O'ROURKE
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611, Washington, D.C. 20044
Telephone:  202-514-2779
E-mail:  steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing documents have been served on all counsel by electronically uploading the same to *Lexis Nexis* File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  December 15, 2014.

/s/ Steve O'Rourke
U.S. Department of Justice