UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 Section J |
| This Document Relates To: 10-4536 | : : : | Judge Barbier Magistrate Judge Shushan |

**CLEAN WATER ACT – PENALTY PHASE**

**ORDER GRANTING OMNIBUS *EX PARTE* MOTION BY THE UNITED STATES TO SEAL DOCUMENTS FILED IN OPPOSITION TO FIVE MOTIONS**

Considering the Omnibus Ex Parte Motion by the United States for an order requiring BPXP to identify portions of the United States Opposition and Exhibits that can be filed in the public record, and for leave file under seal the United States Opposition and Exhibits:

IT IS HEREBY ORDERED, that United States' Motion is **GRANTED**; and the following documents shall be filed under seal:

| Rec. Doc. Nos. | U.S. Opposition Topic (Name of Expert Witness) | Description |
|---|---|---|
| 13846-2 | Charles Mason | Exhibit B |
| 13858; 13858-5; 13858-6; 13858-7 | Fredric Quivik | Memorandum and Exhibits 5, 6 & 7. |
| 13860-6 | VanHaverbeke | Exhibit F |
| 13861-4 13861-7 13861-9 | "Speculative environmental harm" (re Donald Boesch & Stanley Rice) | Exhibits 4, 7 & 9 |
| 13862; 13862-1; 13862-2; 13862-3; 13862-4; 13862-5; 13862-6; | Ian Ratner | Memorandum and Exhibits 1 – 6, and 8 – 13 (*i.e.*, all documents except Exhibit 7 and 14) |

| 13862-8; 13862-9; 13862-10; 13862-11; 13862-12; 13862-13. | | |
|---|---|---|

It is further ORDERED that BPXP shall identify, by December 19, 2014, which portions of the following Memoranda related to Ian Ratner and to Fredric Quivik can be filed in the public record.

SO ORDERED, New Orleans, Louisiana, this ___ day of _____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**