UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Alabama Damage Cases – Louisiana's Motion for Reconsideration of Alabama's Motion to Dismiss (Rec. doc. 13830)]**

Alabama filed a motion to dismiss and/or strike the "set-off" claims of BP, Transocean, and Halliburton. Rec. doc. 13513. BP and Halliburton submitted responses. Rec. docs. 13616 and 13620. Alabama submitted a reply. Rec. doc. 13640. The issues were thoroughly briefed by Alabama, BP and Halliburton.

Louisiana's motion to file an amicus curiae brief regarding Alabama's motion to dismiss was denied. Rec. doc. 13775. It requests reconsideration. Rec. doc. 13830. As previously noted, the Court finds Louisiana's proposed brief to be untimely, unnecessary and unhelpful.

Louisiana's request was denied, in part, because it is not a party to the Penalty Phase trial. However, Alabama's motion to dismiss was not filed in the Penalty Phase and the reference to Penalty Phase trial was in error.

IT IS ORDERED that Louisiana's motion for reconsideration (Rec. doc. 13830) is DENIED.

New Orleans, Louisiana, this day of 16th day of December, 2014.

CARL J. BARBIER
United States District Judge