UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding the Motions of the States of Mississippi and Louisiana for an Order regarding Clean Water Act Penalty Phase litigation, Natural Resource Damage claims and Gulf States' claims for economic loss (Rec. docs. 13656 and 13687)]**

The State of Louisiana and Mississippi seek an order that the Penalty Phase trial will not limit or preclude the Gulf States from developing a full fact and expert discovery record in connection with their natural resource damage or economic loss claims and the parties in the Penalty Phase will not be allowed to present evidence attempting to quantify the scope of the natural resource injuries or economic damages resulting from the Spill for Louisiana and Mississippi. Rec. docs. 13656 and 13687.

The States of Mississippi and Louisiana are not parties to the Clean Water Act Penalty Phase trial. They lack standing to file these motions.

IT IS ORDERED that the motions of Louisiana and Mississippi for an Order regarding Clean Water Act Penalty Phase litigation, Natural Resource Damage claims and Gulf States' claims for economic loss (Rec. docs. 13656 and 13687) are DENIED.

New Orleans, Louisiana, this 16th day of December, 2014.

CARL J. BARBIER
United States District Judge