UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| **This Document Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-311, Cameron International* | * | **MAGISTRATE SHUSHAN** |
| *Corporation v. Liberty Insurance* | * | |
| *Underwriters, Inc., a/k/a Liberty* | * | |
| *International Underwriters* | * | |

## ORDER

On November 26, 2014, the Court entered an Order (Rec. Doc. 13732) that approved a Supersedeas Bond and stayed the Judgment entered on October 31, 2014 (Rec. Doc. 13588) pending appeal to the United States Court of Appeal for the Fifth Circuit.  On December 15, 2014, the Court entered a First Amended Judgment (Rec. Doc. 13852 in 10-md-2179, Rec. Doc. 6 in 12-311).  To avoid any doubt,

IT IS ORDERED that the stay imposed on November 26, 2014 extends to the First Amended Judgment entered on December 15, 2014.

New Orleans, Louisiana, this 16th day of December, 2014.

_____
United States District Judge