IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |
| This document relates to Civ. A. No. 12-970. | | |

BP EXPLORATION & PRODUCTION INC.;
BP AMERICA PRODUCTION COMPANY; AND BP P.L.C.'S
<u>MOTION TO UNSEAL THE MCGLADREY CONTRACT</u>

BP Exploration and Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP") respectfully move this Honorable Court to order the unsealing of the McGladrey Agreement to Provide Claims Administration Staffing Services ("McGladrey Contract").

For the reasons explained in the accompanying memorandum in support of this Motion, BP only moved to place the contract in the record under seal out of an abundance of caution. The contract's existence has been public knowledge for some time, the final McGladrey reports pursuant to the contract have now been released, and BP is simultaneously moving for certain relief related to that contract today.  Accordingly, no just reason to keep the McGladrey Contract under seal remains.

WHEREFORE, for the foregoing reasons, BP respectfully requests this Honorable Court grant BP's Motion to Unseal the McGladrey Contract.

December 16, 2014            Respectfully submitted,

                                             */s/ Don K. Haycraft*

Richard C. Godfrey, P.C.        S. Gene Fendler (Bar #05510)
Wendy L. Bloom               Don K. Haycraft (Bar #14361)
KIRKLAND & ELLIS LLP      R. Keith Jarrett (Bar #16984)
300 North LaSalle Street         LISKOW & LEWIS
Chicago, IL 60654             701 Poydras Street, Suite 5000
Telephone: (312) 862-2000    New Orleans, LA 70139
Telefax: (312) 862-2200        Telephone: (504) 581-7979
                                         Telefax: (504) 556-4108

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Telefax: (202) 879-5200

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.;***
***BP AMERICA PRODUCTION COMPANY; AND BP P.L.C.***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 16th day of December, 2014.

                                                   */s/ Don K. Haycraft*_____
                                                   Don K. Haycraft