# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br> SECTION J |
| | * | Honorable CARL J. BARBIER |
| This document relates to Civ. A. No. 12-970. | * * * * | Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Motion to Unseal the McGladrey Contract:

**IT IS HEREBY ORDERED,** that BP's Motion is GRANTED; and it is further **ORDERED** that an unsealed facsimile of the McGladrey Contract (Ex. 2 to Rec. Doc. 13530-3) will be added to the record in the above-captioned matter.

New Orleans, Louisiana, this ___ day of _____, 2014

_____
**UNITED STATES DISTRICT JUDGE**