IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to Civ. A. No. 12-970. | * * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**BP EXPLORATION & PRODUCTION INC.;
BP AMERICA PRODUCTION COMPANY; AND BP P.L.C.'S
MOTION SEEKING PRODUCTION OF THE MCGLADREY LLP WORK PAPERS
AND RELATED RELIEF**

BP Exploration and Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP") respectfully move for this Honorable Court to order production of the McGladrey LLP work papers in the captioned action and for relief flowing from the conclusions of the McGladrey Report as detailed in the accompanying memorandum.  Granting this Motion will benefit all parties and the public.

As discussed in the attached Memorandum in Support, under the Settlement Agreement ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ BP and Class Counsel should be provided with access to all interim reports and work papers generated by McGladrey LLP in its audit of the Court Supervised Settlement Program ("CSSP").  Through this Motion, BP seeks ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ under the Settlement Agreement ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ to ensure that the CSSP is administered in as transparent a fashion as the Settlement Agreement requires and its Claims Administrator has promised.

WHEREFORE, in consideration of this Motion and the accompanying Memorandum in Support, BP respectfully requests this Honorable Court grant BP's Motion Seeking Production of the McGladrey LLP Interim Reports and Work Papers as well as grant the additional relief requested in Part II of the accompanying memorandum.

December 16, 2014

Richard C. Godfrey, P.C.
Wendy Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000

Respectfully submitted,

 /s/ Don K. Haycraft
Don K. Haycraft (Bar # 14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.;*
*BP AMERICA PRODUCTION COMPANY; AND BP P.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of December, 2014.

/s/ Don K. Haycraft
Don K. Haycraft