# Exhibit 2



1861 International Drive
Suite 400
McLean, VA 22102
O 703.336.6400   F 703.336.6401
www.mcgladrey.com

December 9, 2014

**VIA Email**

Maria Travis
Director of Claims - GCRO
BP
Maria.Travis@BP.com

Re:   Request for Additional Materials from McGladrey LLP

Dear Ms. Travis:

I write in response to your letter, dated December 3, 2014, requesting certain documents from McGladrey LLP ("McGladrey").

In its Order of October 31, 2014, the United District Court for the Eastern District of Louisiana addressed, among other things, BP's request for immediate production of McGladrey's reports and all related work papers.  In response to that request, the Court ruled that "[w]hen the final McGladrey report is delivered to the Claims Administrator, he will provide it to the Audit Committee and to the Court.  Thereafter, the Court will instruct Mr. Juneau regarding further distribution of the report and any work papers."  Court Order of Oct. 31, 2013 (Doc. 13586), at 7.

To McGladrey's knowledge, the Court has not provided additional instruction to the Claims Administrator regarding BP's requests for the production of any McGladrey documents (other than the final McGladrey reports, which I understand have been filed with the Court pursuant to the Court's instructions).  Accordingly, McGladrey believes it necessary and appropriate to await the Court's direction before taking your requests under further consideration.  McGladrey otherwise reserves all of its rights and obligations under the McGladrey Agreement to Provide Claims Administration Staffing Services and any and all other applicable laws, regulations, and agreements.

Very truly yours,

Mark R. McNamee

Cc (via email): Patrick Juneau
James Roy
Steve Herman
Mark Holstein
Keith Moskowitz