IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: 12-970. | * * * * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

BP EXPLORATION & PRODUCTION INC.;
BP AMERICA PRODUCTION COMPANY;
AND BP P.L.C.'S MOTION TO FILE UNDER SEAL THEIR
MOTION SEEKING PRODUCTION OF THE MCGLADREY LLP WORK PAPERS
AND RELATED RELIEF

BP Exploration and Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP") respectfully request leave to file under seal an unredacted copy of its Motion Seeking Production of the McGladrey LLP Work Papers and Related Relief. BP files this motion purely out of an abundance of caution — BP does not believe as a legal matter that the relevant material is confidential. Filing an unredacted version is necessary and appropriate to enable the Court to decide whether to retain the relevant material under seal or instead to lift the seal and publish the entirety of BP's Motion on the public docket.

WHEREFORE, BP respectfully requests the Court to order that an unredacted copy of BP's Motion Seeking Production of the McGladrey LLP Work Papers and Related Relief be filed under seal. A proposed order is attached to this Motion.

1

| | |
|---|---|
| December 16, 2014 | Respectfully submitted, |
| | /s/ Don K. Haycraft |
| Richard C. Godfrey, P.C. | Don K. Haycraft (Bar # 14361) |
| Wendy Bloom | LISKOW & LEWIS |
| KIRKLAND & ELLIS LLP | 701 Poydras Street, Suite 5000 |
| 300 North LaSalle Street | New Orleans, LA 70139 |
| Chicago, IL 60654 | Telephone: (504) 581-7979 |
| Telephone: (312) 862-2000 | Telefax: (504) 556-4108 |

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.;
BP AMERICA PRODUCTION COMPANY; AND BP P.L.C.***

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of December, 2014.

                                                                /s/ Don K. Haycraft
                                                                Don K. Haycraft