IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: 12-970. | * * * * * * * | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Motion to File Under Seal BP's Motion Seeking Production of the McGladrey LLP Work Papers and Related Relief:

**IT IS HEREBY ORDERED,** that BP's Motion is GRANTED; and it is further **ORDERED** that BP's Motion Seeking Production of the McGladrey LLP Work Papers (and associated documents where appropriate) be filed under seal.

New Orleans, Louisiana, this ___ day of _____, 2014

_____
**UNITED STATES DISTRICT JUDGE**