UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATED TO: | § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01113 *General Crane Service, LLC v. BP Exploration & Production, Inc., et al.* | § § § | MAGISTRATE JUDGE SHUSHAN |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, General Crane Service, LLC, through undersigned counsel, voluntarily dismisses with prejudice its action (Cause No. *2:13-cv-01608-CJB-SS* in this consolidated matter) against all defendants named in the complaint that was filed on, or about, April 18, 2013. None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all defendants is not required. Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Respectfully submitted,

**BARON & BUDD, P.C.**

BY: _/s/ Scott Summy_
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

**COSSICH SUMICH PARSIOLA**
**& TAYLOR, LLC**
Philip F. Cossich, Jr.
Brandon J. Taylor
Christina Cossich
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile (504) 394-9110

**CERTIFICATE OF SERVICE**

I hereby certify that on Dec. 17th 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

*Shelly Petersen*