## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 10-2179 |
| | SECTION  "J" |
| THIS PLEADING APPLIES TO: | JUDGE: CARL BARBIER |
| David Leon Brooks v. Tidewater Marine, L.L.C., et al. | MAGISTRATE: SALLY SHUSHAN |
| Civil Action Nos.: 2:11-cv-00365 and 10-md-2179 | |

## MOTION FOR PARTIAL DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT**:

**NOW INTO COURT,** through undersigned counsel come Josina Brooks Regan and Monty Brooks, the substituted Plaintiffs in this matter on behalf of their deceased brother, David Leon Brooks, who move this Honorable Court to dismiss with prejudice their claim against Gulf Horizon Services, LLC and Odyssea Marine and reserving all other claims that they have or may have against all remaining Defendants.

Counsel for the Defendants has been contacted regarding the granting of this Motion and has no objection to its being granted.

Respectfully submitted,
**JACK W. HARANG, APLC**

/s/ *Jack W. Harang*
Jack W. Harang (#15083)
228 Saint Charles Avenue, Suite 501
New Orleans, Louisiana  70130
Telephone:  504.581.7050
Facsimile:  866.441.6281
Email:  jack@jharang.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with the Court's Pretrial Order No. 12 on this 17th day of December 2014.

*/s/Jack W. Harang___*
**JACK W. HARANG**

## CERTIFICATE OF CONFERENCE

Plaintiff has discussed this motion with Defendants and has no objections to it being granted.

*/s/Jack W. Harang___*
**JACK W. HARANG**