UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311, on appeal to the United States Court of Appeals for the Fifth Circuit, Case No. 14-31321 | * * * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT DESIGNATION OF RECORD ON APPEAL

Pursuant to the Order entered by the United States Court of Appeals for the Fifth Circuit, Cameron International Corporation and Liberty Insurance Underwriters, Inc. submit this Joint Designation of Record on Appeal and request that the items attached hereto as Exhibit A be included in the record for this appeal.

1176313v1

| | |
|---|---|
| Dated: December 17, 2014 | Respectfully submitted, |
| /s/ Christopher W. Martin | /s/ Phillip A. Wittmann |
| Christopher W. Martin, PRO HAC VICE<br>Federal I.D. 13515<br>Robert G. Dees, PRO HAC VICE<br>Federal I.D. 13899<br>808 Travis, Suite 1800<br>Houston, Texas 77002<br>713-632-1700 (Telephone)<br>713-222-0101 (Facsimile) | Phillip A. Wittmann, 13625<br>   pwittmann@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>   cbertaut@stonepigman.com<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>504-581-3200<br>504-581-3361 (fax) |
| Judy S. Barrasso, 2814<br>Celeste Coco-Ewing, 25002<br>BARRASSO USDIN KUPPERMAN<br>   FREEMAN & SARVER, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>504.589.9700 (Telephone)<br>504.589.9701 (Facsimile) | WILLKIE FARR & GALLAGHER LLP<br>Mitchell J. Auslander<br>Jeffrey B. Korn<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000<br>mauslander@willkie.com |
| *Attorneys for Liberty Insurance Underwriters, Inc.* | *Attorneys for Cameron International Corporation* |

# **C E R T I F I C A T E**

I hereby certify that the above and foregoing Joint Designation of Record on Appeal has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of December, 2014.

                                                          /s/ Phillip A. Wittmann