IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by | * | MDL NO. 2179 |
|    the Oil Rig "Deepwater Horizon" | * | |
|    in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | Judge Barbier |
| No. 12-968 | * | |
| | * | Magistrate Judge Shushan |
| | * | |

**NOTICE OF FILING OF POLICY STATEMENT OF *DEEPWATER HORIZON*
MEDICAL BENEFITS CLAIMS ADMINISTRATOR IN RESPONSE TO ORDER
REGARDING CLASS COUNSEL'S MOTION FOR RECONSIDERATION
(REC. DOC. 13303) OF THE COURT'S ORDER OF JULY 23, 2014 REGARDING
<u>CHRONIC SPECIFIED PHYSICAL CONDITIONS (REC. DOC. 13179)</u>**

Pursuant to the Court's "Order Regarding Class Counsel's Motion for Reconsideration (Rec. doc. 13303) of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions (Rec. doc. 13179)," Rec. doc. 13733 (the "November 26 Order"), the *Deepwater Horizon* Medical Benefits Claims Administrator hereby files its policy statement regarding the "release issue," as described in the November 26 Order. A copy of the policy statement is attached hereto.

December 17, 2014                                  Respectfully submitted,

                                                             */s/ Matthew L. Garretson*
                                                             Matthew L. Garretson
                                                             Joseph L. Bruemmer
                                                             *DEEPWATER HORIZON* MEDICAL BENEFITS
                                                             CLAIMS ADMINISTRATOR
                                                             935 Gravier Street, Suite 1400
                                                             New Orleans, Louisiana 70112
                                                             Telephone: (877) 545-5111
                                                            Facsimile: (513) 936-5186

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing notice of filing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of December, 2014.

Respectfully submitted,

*/s/ Matthew L. Garretson*
Matthew L. Garretson