UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 10-2179<br><br>SECTION "J" |
| THIS PLEADING APPLIES TO: | JUDGE: CARL BARBIER |
| David Leon Brooks<br>v. Tidewater Marine, L.L.C., et al. | MAGISTRATE: SALLY SHUSHAN |
| Civil Action Nos.:<br>2:11-cv-00365 and 10-md-2179 | |

## ORDER

Considering the foregoing Motion for Partial Dismissal filed by Josina Brooks Regan and Monty Brooks, let their claims against the Defendants, Gulf Horizon Services, LLC and Odyssea Marine be dismissed with prejudice, each party to bear their own costs.

The Plaintiffs reserve any and all claims that they have or may have against all remaining Defendants.

New Orleans, Louisiana this 18th day of December, 2014.

_____
United States District Judge