MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 17, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                    MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                                    SECTION: J

                                                                              JUDGE BARBIER
**Applies to: 12-cv-968: BELO**                            MAGISTRATE JUDGE
                                                                              WILKINSON

A status conference was conducted in the referenced matter on this date. Participating were: Steve Herman, Jim Roy and Robin Greenwald, representing plaintiffs; Kevin Hodges, Catherine McEldowney and Tracey Rogers, representing BP. The purpose of the conference was to discuss formulation of a case management order governing the BELO matters, including consideration of the proposals already submitted by the parties. The court will now draft a proposed case management order of its own, with hopes of transmitting it to counsel for preliminary review and input in early January 2015. Counsel will then be provided with a period of two weeks within which to file and provide me with their comments and suggestions concerning the court's draft. If the court requires further input from counsel, another status conference will be scheduled. If not, the court's case management order will be entered.

**CLERK TO NOTIFY:**                              JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                       UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 55