UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et<br>al., v. BP Exploration &<br>Production Inc. et al. | *<br>*<br>*<br>*<br>*<br>* | JUDGE BARBIER<br><br><br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEAL

Notice is hereby given that Kevin S. Smith, claimant in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 reached in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970 (E.D. La.), appeals to the United States Court of Appeals for the Fifth Circuit from the district court's denial of judicial review of Claim ID XXX632, as reflected in the Denial of Request for Discretionary Court Review Notice dated November 18, 2014 and attached (in redacted form) to this Notice of Appeal.

December 18, 2014                                    Respectfully submitted,


                                                                       __/s/ *Joseph F. Rice*_____

                                                                       Joseph F. Rice
                                                                       Kevin R. Dean
                                                                       Frederick C. Baker
                                                                       Lisa M. Saltzburg
                                                                       MOTLEY RICE LLC
                                                                       28 Bridgeside Blvd.
                                                                       Mt. Pleasant, SC 29464
                                                                       (843) 216-9000
                                                                       (843 216-9450 (fax)

jrice@motleyrice.com
kdean@motleyrice.com
fbaker@motleyrice.com
lsaltzburg@motleyrice.com

Louis Kwall
KWALL, SHOWERS & BARACK, P.A.
133 North Fort Harrison Ave.
Clearwater, FL 33755
(727) 441-4947
(727) 447-3158 (fax)
Louis@ksblaw.com

*Attorneys for Claimant, Kevin S. Smith*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of December, 2014.

>    /s/   *Kevin R. Dean*
> Kevin R. Dean