**EXHIBIT 1**

**COSTS BREAKDOWN OF DEPOSITION TRANSCRIPTS PAID BY CIC -- <mark>DEPOSITIONS USED IN MSJ</mark>**

| WITNESS | TOTAL CHARGES CLAIMED BY CAMERON | VIDEO (NO SHIP CHARGES) | EXPEDITED CHARGES | INTERACTIVE REAL TIME CHARGES | ASCII CHARGES | VIDEO SHIPPING CHARGES | TRANSCRIPT SHIPPING CHARGES | TOTAL UNRECOVERABLE CHARGES | REMAINING CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| Sledge | $2243.50 | $500.00 | $588.50 | $270.00 | $270.00 | $15.00 | $15.00 | **$1658.50** | $585.00 |
| Mandel | $3331.50 | $1120.00 | $358.00 | $537.00 | $268.50 | $15.00 | $15.00 | **$2313.50** | $1018.00 |
| Nesum | $3100.21 | $0.00 | $292.00 | $219.00 | $0.00 | $0.00 | $71.21 | **$582.21** | $2518.00 |
| Lee | $2353.00 | $500.00 | $432.00 | $324.00 | $324.00 | $15.00 | $15.00 | **$1610.00** | $743.00 |
| Eastman | $3302.10 | $625.00 | $820.10 | $417.00 | $417.00 | $15.00 | $15.00 | **$2309.10** | $993.00 |
| Martin | $3423.50 | $1345.00 | $384.00 | $288.00 | $288.00 | $15.00 | $15.00 | **$2335.00** | $1088.50 |
| Morris | $3239.70 | $1172.50 | $632.00 | $240.00 | $240.00 | $15.00 | $15.00 | **$2314.50** | $925.20 |
| Rogin | $3382.75 | $1395.00 | $486.75 | $265.50 | $265.50 | $15.00 | $15.00 | **$2442.75** | $940.00 |
| Engel | $5331.50 | $1745.00 | $1033.50 | $433.50 | $433.50 | $15.00 | $30.00 | **$3690.50** | $1641.00 |
| Roberts | $5287.50 | $1795.00 | $676.00 | $480.00 | $480.00 | $15.00 | $15.00 | **$3461.00** | $1826.50 |
| Robertson | $2585.85[1] | $1223.60 | No | Yes | $0.00 | $59.50 | $0.00 | **$1283.10** | $1302.75 |
| **TOTAL** | **$37,581.11** | **$11,421.10** | **$5,702.85** | **$3,474.00** | **$2,986.50** | **$194.50** | **$221.21** | **$24,000.16** | **<mark>$13,580.95</mark>** |

---

[1] Invoice for Robertson video is $1193.10 and $1302.75 for transcript totaling $2495.85.  Amount listed on Bill of Costs is $2585.85.  LIU has used the amount claimed by Cameron.

1027261_2

**COSTS BREAKDOWN OF DEPOSITION TRANSCRIPTS PAID BY CIC -- DEPOSITIONS NOT USED IN MSJ**

| WITNESS | TOTAL CHARGES CLAIMED BY CAMERON | VIDEO (NO SHIP CHARGES) | EXPEDITED CHARGES | INTERACTIVE REAL TIME CHARGES | ASCII CHARGES | VIDEO SHIPPING CHARGES | TRANSCRIPT SHIPPING CHARGES | TOTAL UNRECOVERABLE CHARGES | REMAINING CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| Black | $3149.05 | $625.00 | $1207.80 | $0.00 | $366.00 | $15.00 | $15.00 | **$2228.80** | $920.25 |
| Koepff | $4323.50 | $1520.00 | $538.00 | $403.50 | $403.50 | $15.00 | $65.00 | **$2945.00** | $1378.50 |
| Ciolino | $1610.50 | $0.00 | $426.25 | $255.75 | $232.50 | $0.00 | $50.00 | **$964.50** | $646.00 |
| Cole | $4667.70 | $1433.60 | Yes | Yes | $0.00 | $37.50 | $0.00 | **$1471.10** | $3196.60 |
| Feldman | $2895.65 | $1069.00 | Yes | Yes | $0.00 | $31.25 | $0.00 | **$1100.25** | $1795.40 |
| Moomjian | $3224.20 | $1133.60 | Yes | Yes | $0.00 | $59.50 | $0.00 | **$1193.10** | $2031.10 |
| Hughes | $2607.30 | $0.00 | $808.30 | 411.00 | $411.00 | $0.00 | $15.00 | **$1645.30** | $962.00 |
| O'Malley | $2050.55 | $0.00 | $646.05 | 328.50 | $328.50 | $0.00 | $30.00 | **$1333.05** | $717.50 |
| **TOTAL** | **$24,528.45** | **$5,781.20** | **$3,626.40** | **$1,398.75** | **$1,741.50** | **$158.25** | **$175.00** | **$12,881.10** | **$11,647.35** |

**TOTALS FOR ALL DEPOSITIONS**

| | TOTAL CHARGES CLAIMED BY CAMERON | VIDEO (NO SHIP CHARGES) | EXPEDITED CHARGES | INTERACTIVE REAL TIME CHARGES | ASCII CHARGES | VIDEO SHIPPING CHARGES | TRANSCRIPT SHIPPING CHARGES | TOTAL UNRECOVERABLE CHARGES | REMAINING CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| **DEPOS USED IN MSJ** | $37,581.11 | $11,421.10 | $5,702.85 | $3,474.00 | $2,986.50 | $194.50 | $221.21 | $24000.16 | **$13,580.95** |
| **DEPOS NOT USED IN MSJ** | $24,528.45 | $5,781.20 | $3,626.40 | $1,398.75 | $1,741.50 | $158.25 | $175.00 | $12881.10 | $11647.35 |
| **TOTAL** | **$62,109.56** | **$17,202.30** | **$9,329.25** | **$4,872.75** | **$4,728.00** | **$352.75** | **$396.21** | **$36,881.26** | **$25,228.30** |

LIU proposes that Cameron's costs be reduced to $15,217.25, which represents recoverable charges for the eleven depositions used in its motion for summary judgment ($13,580.95), plus Cameron's filing fees ($1,426.00,) plus $210.30 Cameron incurred for a hearing transcript.