UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                                   SECTION: J

                                                               JUDGE BARBIER
Applies to: 12-cv-968: BELO                                    MAGISTRATE JUDGE
                                                               WILKINSON

## REALLOTMENT ORDER

As directed by Judge Barbier in conjunction with Magistrate Judge Shushan, the Clerk is instructed to REALLOT the referenced member case to Magistrate Judge Section 2. All future filings in the referenced member case and related BELO matters must show their allotment to Judge Barbier and Magistrate Judge Wilkinson.

New Orleans, Louisiana, this __18th__ day of December, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**HON. SALLY SHUSHAN**

12/18/14
TRANSFERRED TO
**MAG 2**