**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | |
| "DEEPWATER HORIZON" in the Gulf | * | MDL No. 2179 |
| of Mexico, on April 20, 2010 | * | |
| | * | SECTION: J |
| | * | |
| This Filing Relates to: | * | JUDGE BARBIER |
| | * | |
| Cal Dive International, Inc. | * | MAGISTRATE SHUSHAN |
| v. | * | |
| BP Exploration & Production, et al | * | Rule 9(h) |
| 2:13-cv-00709-CJB-SS | * | |

*************************************************************************

**MOTION FOR LEAVE OF COURT TO FILE**
**AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Cal Dive International, Inc., who moves this Honorable Court for leave to file its Amended Complaint for Damages, copy attached hereto, for the reasons more fully set forth in the accompanying Memorandum in Support.

Pursuant to Local Rule 7.6, the undersigned contacted counsel for all other current parties in this matter regarding its intent to file its Amended Complaint for Damages. All parties consented to the filing of the Amended Complaint without objection.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514              Facsimile
sterbcow@lksalaw.com

itaylor@lksalaw.com
jibert@lksalaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this <u>19th</u> day of December, 2014.

/s/ Paul M. Sterbcow