UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | |
| **"DEEPWATER HORIZON" in the Gulf** | * | **MDL No. 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| **This Filing Relates to:** | * | **JUDGE BARBIER** |
| | * | |
| **Cal Dive International, Inc.** | * | **MAGISTRATE SHUSHAN** |
| **v.** | * | |
| **BP Exploration & Production, et al** | * | **Rule 9(h)** |
| **2:13-cv-00709-CJB-SS** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT
TO FILE AMENDED COMPLAINT FOR DAMAGES**

MAY IT PLEASE THE COURT:

Plaintiff in this matter seeks to recover damages under the Oil Pollution Act and general maritime law for damages suffered as a result of the 2010 *Deepwater Horizon* explosion and subsequent oil spill.  In connection therewith, plaintiff wishes to amend its original Complaint for Damages, to add a fourth cause of action.  Plaintiff is not seeking additional damages other than those claimed in the Complaint for Damages, but simply states another cause of action related to a breach of contract arising out of the same set of facts and circumstances as identified in the original Complaint for Damages.

Given the current stay in place pursuant to the Orders of the Court in MDL-2179 that govern this action, and the fact that defendants have not yet filed any Answers to the Complaint for Damages, the filing of this Amended Complaint will in no way adversely impact this proceeding.  No injustice will arise from its filing.

Moreover, pursuant to Local Rule 7.6, the undersigned contacted counsel for all other current parties in this matter regarding its intent to file its Amended Complaint for Damages. All parties consented to the filing of the Amended Complaint without objection.

Accordingly, Plaintiff prays that this Court grant it leave to file its Amended Complaint for Damages into the record and serve said pleading upon all defendants.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW, T.A. (#17817)
IAN F. TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514                Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com
jibert@lksalaw.com

**CERTIFICATE OF SERVICE**

We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 19th day of December, 2014.

/s/ Paul M. Sterbcow