UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | |
| "DEEPWATER HORIZON" in the Gulf | * | MDL No. 2179 |
| of Mexico, on April 20, 2010 | * | |
| | * | SECTION: J |
| | * | |
| This Filing Relates to: | * | JUDGE BARBIER |
| | * | |
| Cal Dive International, Inc. | * | MAGISTRATE SHUSHAN |
| v. | * | |
| BP Exploration & Production, et al | * | Rule 9(h) |
| 2:13-cv-00709-CJB-SS | * | |

*****************************************************************************

## CERTIFICATION

Pursuant to Local Rule 7.6, the undersigned hereby certifies that he has communicated with counsel for all other current parties in this matter regarding its intent to file its Amended Complaint for Damages. All parties consented to the filing of the Amended Complaint without objection.

                    Respectfully submitted,

                    /s/ Paul M. Sterbcow
                    PAUL M. STERBCOW, T.A. (#17817)
                    IAN F. TAYLOR (#33408)
                    JESSICA IBERT (#33196)
                    Lewis, Kullman, Sterbcow & Abramson
                    601 Poydras Street, Suite 2615
                    New Orleans, Louisiana 70130
                    (504) 588-1500
                    (504) 588-1514      Facsimile
                    sterbcow@lksalaw.com
                    itaylor@lksalaw.com
                    jibert@lksalaw.com

2

**CERTIFICATE OF SERVICE**

  We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this <u>19th</u> day of December, 2014.

               <u>/s/ Paul M. Sterbcow</u>