UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding U.S. Opposition to BPXP's Motion re Dr. Stanley Rice (Rec. doc. 13859)]**

Exhibit 5 to the Opposition of the United States to BPXP's Motion to Exclude Certain Opinions of Dr. Stanley Rice (Rec. doc. 13859) should have been filed under seal and included in the Omnibus Motion of the U.S. to seal documents filed in its oppositions to motions (Rec. doc. 13863). Because exhibit 5 was inadvertently omitted from the omnibus motion,

IT IS ORDERED that Exhibit 5 to the opposition of the U.S. to BPXP's motion to exclude certain opinions of Dr. Stanley Rice (Rec. doc. 13859) shall be filed under seal.

New Orleans, Louisiana, this 19th day of December, 2014.

SALLY SHUSHAN
**United States Magistrate Judge**