UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                          MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                    SECTION: J

                                                            JUDGE BARBIER
**Applies to: BELO**                             MAGISTRATE JUDGE
                                                            WILKINSON

## ALLOTMENT ORDER

As directed by Judge Barbier in conjunction with Magistrate Judge Shushan, all

new BELO complaints filed henceforth must be ALLOTTED by the Clerk to Magistrate

Judge Section 2.  All future filings in the BELO matters must show their allotment to

Judge Barbier and Magistrate Judge Wilkinson.

New Orleans, Louisiana, this ____18th____ day of December, 2014.


_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**
**HON. SALLY SHUSHAN**