UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: Nos. 10-2179; 10-4536 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## ANADARKO PETROLEUM CORPORATION'S NOTICE REGARDING ANTICIPATED VIDEO CLIPS

Anadarko Petroleum Corporation ("Anadarko") hereby gives notice that it presently does not intend to present any video clips of depositions as part of its case-in-chief during the Penalty Phase trial. Anadarko reserves the right to supplement or modify this notice and to use such video clips as may be warranted if the Court grants any part of the United States' pending motion to admit the so-called "culpability" evidence that the Court previously excluded, *see* Rec. Doc. 12592 (exclusion order) and Rec. Doc. 13747 (U.S. Motion), if the United States modifies the list of video clips that it previously notified the parties it would use during the Penalty Phase, or for such other good cause that may arise.

Respectfully submitted,

DATED: December 19, 2014

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@morganlewis.com
Thomas Lotterman
thomas.lotterman@morganlewis.com
David B. Salmons

1

david.salmons@morganlewis.com
Randall M. Levine
randall.levine@morganlewis.com
Morgan, Lewis & Bockius LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@morganlewis.com
Morgan, Lewis and Bockius LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 19, 2014.



                                                     Ky E. Kirby