UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| This Document Relates To: | : : | JUDGE BARBIER |
| 10-4536 | : : | MAGISTRATE JUDGE SHUSHAN |

..............................................................................................................................

**CLEAN WATER ACT – PENALTY PHASE**

**UNITED STATES' MEMORANDUM IN OPPOSITION TO BPXP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE ECONOMIC IMPACT OF A CLEAN WATER ACT PENALTY ON BP GROUP ENTITIES OTHER THAN BPXP, AND TO EXCLUDE FINANCIAL INFORMATION RELATING TO BP GROUP ENTITIES OTHER THAN BPXP**

# [PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.


**Table of Contents**

INTRODUCTION AND BACKGROUND ON BPXP AND THE BP GROUP…………………1

    A.  The BP Group Conducted and Directed the Operation of the Macondo Well and Response to the Blowout, Not Only BPXP……………………………………...3

        1.  BP's Parallel Organizational Structure of Operating Units and Legal Entities.......3

        2.  The Contrast Between the Oversight and Activities of the BP p.l.c and the BPXP boards of directors, especially before the Macondo Disaster…………........5

        3.  The BP Group, Not Only BPXP, Conducted and Managed Operations at the Macondo Well and the Response to the Blowout…………………………………6

    B.  BPXP Paid Significant Dividends to its Corporate Parents Before the Disaster…........7

    C.  The BP Group Has Provided Significant Financing to BPXP…………………...….8

ARGUMENT……………………………………………………………………………………….10

    A.  The Court May Consider BP Group Assets in Assessing a Penalty Against BPXP…10

    B.  Financial Evidence Relating to the BP Group Entities Is Relevant and Thus Admissible……………………………………………………………………11

    C.  The Cases in Which Courts Have Considered Financial Evidence from Non-Defendant Affiliates Are Similar to the Instant Case……………………………..12

    D.  Considering BP Group Assets in Assessing a CWA Penalty Is Good Public Policy………………………………………………………………….... . . . 15

CONCLUSION………………………………………………………………………………..15

## Table of Authorities

Cases

*Atlantic States Legal Found., Inc. v. Universal Tool & Stamping Co., Inc.*
   786 F. Supp. 743 (N.D. Ind. 1992) ............................................................................. 13

*Idaho Conservation League v. Atlanta Gold Corp.*,
   879 F. Supp. 2d 1148 (D. Idaho 2012) ................................................................. 10, 11, 13

*In re Carroll Oil Company*,
   No. 8-99-05, 2002 WL 1773052 (E.P.A. July 31, 2002) ............................................ 11

*In re: new Waterbury, Ltd*,
   No. 93-2, 1994 WL 615377 (E.P.A. Oct. 20, 1994) ................................................... 11

*PIRG v. Powell Duffryn*, 720 F. Supp. 1158 (D.N.J. 1989,
   *reversed in part on other grounds*, 913 F.2d 64 (3rd Cir. 1990) ............................... 13

*Public Interest Research Group of New Jersey v. Magnesium Elektron, Inc.*,
   No. 89-3193, 1995 WL 461252 (D.N.J. March 9, 1995)............................................ 11

*Tull v. United States*, 481 U.S. 412 (1987) ................................................................... 10

*United States v. Citgo Petroleum Corp.*, No. 08-893, 2011 WL 10723934
   (W.D. Sept. 29, 2011), *vacated and remanded*, 723 F.3d 547 (5th Cir. 2013) ......... 10

*United States v. Dico, Inc.,* 4 F. Supp. 3d 1047 (S.D. Iowa 2014) ............................. 14

*United States v. Mountain State Carbon, LLC*,
   No. 12-19, 2014 WL 3548662 (N.D.W.Va. July 17, 2014)......................................... 10

*United States v. Municipal Authority of Union Township* ("*Dean Dairy*"),
 929 F. Supp. 800 (M.D. Pa. 1996), *aff'd*, 150 F.3d 259 (3rd Cir. 1998) ................. 1, 12

Statutes

33 U.S.C. 1321(b)(1) ..................................................................................................... 15

33 U.S.C. § 1321(b)(8) ............................................................................................. 1, 10

- 1 -

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-2-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-3-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-4-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-5-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-6-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-7-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-8-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-9-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-11-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-12-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-13-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-13-

-14-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-15-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

Respectfully submitted,

| | |
|---|---|
| JOYCE R. BRANDA | SAM HIRSCH |
| Acting Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | Senior Litigation Counsel for E-Discovery |
| Admiralty and Aviation | MICHAEL MCNULTY |
| SHARON SHUTLER | Senior Counsel |
| MALINDA LAWRENCE | NANCY FLICKINGER |
| LAURA MAYBERRY | Senior Attorney |
| Trial Attorneys | PATRICK CASEY |
| R. MICHAEL UNDERHILL, T.A | RICHARD GLADSTEIN |
| Attorney in Charge, West Coast Office | DANIEL S. SMITH |
| | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |

/s/ Richard Gladstein
_____
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:  202-514-2583
E-mail:  steve.o'rourke@usdoj.gov
KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

Attorneys for the UNITED STATES OF AMERICA

-17-

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 19th day of December, 2014.

      /s/ Richard Gladstein
      U.S. Department of Justice