# EXHIBIT 1

TO

# United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP

# Annual Report and Form 20-F 2010

bp.com/annualreport

# What's inside?

5    Business review
   6    Chairman's letter
   8    Board of directors
   10   Group chief executive's letter
   12   Progress in 2010
   14   Group overview
   34   Gulf of Mexico oil spill
   40   Exploration and Production
   55   Refining and Marketing
   61   Other businesses and corporate
   63   Liquidity and capital resources
   68   Corporate responsibility
   76   Research and technology
   78   Regulation of the group's business
   81   Certain definitions

83   Directors and senior management
   84   Directors and senior management
   87   Directors' interests

89   Corporate governance
   90   Board performance report
   105  Corporate governance practices
   106  Code of ethics
   106  Controls and procedures
   107  Principal accountants' fees and services
   108  Memorandum and Articles of Association

111  Directors' remuneration report
   112  Part 1 Summary
   114  Part 2 Executive directors' remuneration
   120  Part 3 Non-executive directors' remuneration

123  Additional information for shareholders
   124  Critical accounting policies
   127  Property, plants and equipment
   127  Share ownership
   128  Major shareholders and related party transactions
   129  Dividends
   130  Legal proceedings
   133  Relationships with suppliers and contractors
   134  Share prices and listings
   135  Material contracts
   135  Exchange controls
   135  Taxation
   137  Documents on display
   137  Purchases of equity securities by the issuer and affiliated purchasers
   138  Fees and charges payable by a holder of ADSs
   138  Fees and payments made by the Depositary to the issuer
   139  Called-up share capital
   139  Administration
   139  Annual general meeting
   140  Exhibits

141  Financial statements
   142  Consolidated financial statements of the BP group
   150  Notes on financial statements
   228  Supplementary information on oil and natural gas (unaudited)
   PC1  Parent company financial statements of BP p.l.c.


6033
Exhibit No. _____
Worldwide Court Reporters, Inc.

TREX 006033.0001

# Miscellaneous terms

In this document, unless the context otherwise requires, the following terms shall have the meaning set out below.

**ADR**
American depositary receipt.

**ADS**
American depositary share.

**AGM**
Annual general meeting.

**Amoco**
The former Amoco Corporation and its subsidiaries.

**Annulus**
The space between two concentric objects, such as between the wellbore and casing of an oil well or between casing and tubing, where fluid can flow. It allows fluids, such as drilling mud, to circulate in the well.

**Atlantic Richfield**
Atlantic Richfield Company and its subsidiaries.

**Associate**
An entity, including an unincorporated entity such as a partnership, over which the group has significant influence and that is neither a subsidiary nor a joint venture. Significant influence is the power to participate in the financial and operating policy decisions of an entity but is not control or joint control over those policies.

**Barrel**
42 US gallons.

**b/d**
barrels per day.

**boe**
barrels of oil equivalent.

**BP, BP group or the group**
BP p.l.c. and its subsidiaries.

**Burmah Castrol**
Burmah Castrol PLC and its subsidiaries.

**Cent or c**
One-hundredth of the US dollar.

**The company**
BP p.l.c.

**Dollar or $**
The US dollar.

**EU**
European Union.

**GAAP**
Generally accepted accounting practice.

**Gas**
Natural gas.

**GCRO**
Gulf Coast Restoration Organization.

**Hydrocarbons**
Crude oil and natural gas.

**IFRS**
International Financial Reporting Standards.

**Joint control**
Joint control is the contractually agreed sharing of control over an economic activity, and exists only when the strategic financial and operating decisions relating to the activity require the unanimous consent of the parties sharing control (the venturers).

**Joint venture**
A contractual arrangement whereby two or more parties undertake an economic activity that is subject to joint control.

**Jointly controlled asset**
A joint venture where the venturers jointly control, and often have a direct ownership interest in the assets of the venture. The assets are used to obtain benefits for the venturers. Each venturer may take a share of the output from the assets and each bears an agreed share of the expenses incurred.

**Jointly controlled entity**
A joint venture that involves the establishment of a corporation, partnership or other entity in which each venturer has an interest. A contractual arrangement between the venturers establishes joint control over the economic activity of the entity.

**Liquids**
Crude oil, condensate and natural gas liquids.

**LNG**
Liquefied natural gas.

**London Stock Exchange or LSE**
London Stock Exchange plc.

**LPG**
Liquefied petroleum gas.

**mb/d**
thousand barrels per day.

**mboe/d**
thousand barrels of oil equivalent per day.

**mmBtu**
million British thermal units.

**mmboe**
million barrels of oil equivalent.

**mmcf**
million cubic feet.

**mmcf/d**
million cubic feet per day.

**MW**
Megawatt.

**NGLs**
Natural gas liquids.

**OPEC**
Organization of Petroleum Exporting Countries.

**Ordinary shares**
Ordinary fully paid shares in BP p.l.c. of 25c each.

**Pence or p**
One-hundredth of a pound sterling.

**Pound, sterling or £**
The pound sterling.

**Preference shares**
Cumulative First Preference Shares and Cumulative Second Preference Shares in BP p.l.c. of £1 each.

**PSA**
A production-sharing agreement (PSA) is an arrangement through which an oil company bears the risks and costs of exploration, development and production. In return, if exploration is successful, the oil company receives entitlement to variable physical volumes of hydrocarbons, representing recovery of the costs incurred and a stipulated share of the production remaining after such cost recovery.

**SEC**
The United States Securities and Exchange Commission.

**Subsidiary**
An entity that is controlled by the BP group. Control is the power to govern the financial and operating policies of an entity so as to obtain the benefits from its activities.

**Tonne**
2,204.6 pounds.

**Trust**
Deepwater Horizon Oil Spill Trust.

**UK**
United Kingdom of Great Britain and Northern Ireland.

**US**
United States of America.

TREX 006033.0005

# Group overview

## Our organization

BP is one of the world's leading international oil and gas companies.[a] We operate or market our products in more than 80 countries, providing our customers with fuel for transportation, energy for heat and light, retail services and petrochemicals products for everyday items.

As a global group, our interests and activities are held or operated through subsidiaries, jointly controlled entities or associates established in – and subject to the laws and regulations of – many different jurisdictions. These interests and activities covered two business segments in 2010: Exploration and Production and Refining and Marketing. BP's activities in low-carbon energy are managed through our Alternative Energy business, which is reported within Other businesses and corporate.

Exploration and Production's activities include oil and natural gas exploration, field development and production; midstream transportation, storage and processing; and the marketing and trading of natural gas, including liquefied natural gas (LNG), together with power and natural gas liquids (NGLs). During the fourth quarter of 2010, as part of our wider response to the Gulf of Mexico incident, we decided to reorganize our Exploration and Production segment to create three global functional divisions: Exploration, Developments, and Production, integrated through a Strategy and Integration organization. This is designed to fundamentally change the way the segment operates, with a particular focus on managing risk, delivering common standards and processes and building personnel and technological capability for the future. The Exploration division is accountable for renewing our resource base through access, exploration and appraisal activities. The Developments division is accountable for the safe and compliant execution of wells (drilling and completions) and major projects. The Production division is accountable for safe and compliant operations, including upstream production assets, midstream transportation and processing activities, and the development of our resource base. Divisional activities are integrated on a regional basis by a regional president reporting to the Production division.

Refining and Marketing's activities include the supply and trading, refining, manufacturing, marketing and transportation of crude oil, petroleum and petrochemicals products and related services. The segment comprises a number of strategic performance units (SPUs), which are organized along either geographic or activity-related lines. Each SPU is of a scale that allows for a close focus on performance delivery, starting with safety, and includes the appropriate management of operating and financial parameters.

Our group functions and regions support the work of our segments and businesses. The key objectives of the functions are to establish and monitor fit-for-purpose functional standards across the group; to act as centres of deep functional expertise; to access significant leverage with third-party suppliers; and to establish and maintain capabilities among the functional staff employed within our operating businesses. In addition, the head of each region provides the required cross-segment integration and co-ordination of group activities in a particular geographic area and represents BP to external parties.

In June 2010, following the Gulf of Mexico incident, we established the Gulf Coast Restoration Organization (GCRO) and subsequently equipped it with dedicated resources and capabilities to manage all aspects of our response to the accident. This organization reports directly to the group chief executive and is overseen by a specific new board committee.

Among the changes we have made following the Gulf of Mexico incident, we have redefined and strengthened the scope and accountabilities of the group function for safety and operations, creating an enhanced, independent Safety and Operational Risk (S&OR) function, to oversee and audit the company's operations around the world. The function has its own expert staff embedded in BP's operating units, including exploration projects

[a] On the basis of market capitalization, proved reserves and production.

### Exploration and Production
### BP's major areas of operation in 2010

- ● BP subsidiary
- ● Equity-accounted entity
- ○○ Location where all, or the majority of, our operations were disposed during 2010 or held for sale at 31 December 2010



TREX 006033.0016

**Joint ventures and other contractual arrangements – BP may not have full operational control and may have exposure to counterparty credit risk and disruptions to our operations and strategic objectives due to the nature of some of its business relationships.**

Many of our major projects and operations are conducted through joint ventures or associates and through contracting and sub-contracting arrangements. These arrangements often involve complex risk allocation, decision-making processes and indemnification arrangements. In certain cases, we may have less control of such activities than we would have if BP had full operational control. Our partners may have economic or business interests or objectives that are inconsistent with or opposed to, those of BP, and may exercise veto rights to block certain key decisions or actions that BP believes are in its or the joint venture's or associate's best interests, or approve such matters without our consent. Additionally, our joint venture partners or associates or contractual counterparties are primarily responsible for the adequacy of the human or technical competencies and capabilities which they bring to bear on the joint project, and in the event these are found to be lacking, our joint venture partners or associates may not be able to meet their financial or other obligations to their counterparties or to the relevant project, potentially threatening the viability of such projects. Furthermore, should accidents or incidents occur in operations in which BP participates, whether as operator or otherwise, and where it is held that our sub-contractors or joint-venture partners are legally liable to share any aspects of the cost of responding to such incidents, the financial capacity of these third parties may prove inadequate to fully indemnify BP against the costs we incur on behalf of the joint venture or contractual arrangement. Should a key sub-contractor, such as a lessor of drilling rigs, be no longer able to make these assets available to BP, this could result in serious disruption to our operations. Where BP does not have operational control of a venture, BP may nonetheless still be pursued by regulators or claimants in the event of an incident.

## Our systems of control

The board is responsible for the direction and oversight of BP. The board has set an overall goal for BP, which is to maximize long-term shareholder value through the allocation of its resources to activities in the oil, natural gas, petrochemicals and energy businesses. The board delegates authority for achieving this goal to the group chief executive (GCE).

The board maintains five permanent committees that are composed entirely of non-executives. The board and its committees monitor, among other things, the identification and management of the group's risks – both financial and non-financial. During the year, the board's committees engage with executive management, the general auditor and other monitoring and assurance providers (such as the group head of safety and operational risks, the group compliance and ethics officer and the external auditor) on a regular basis as part of their oversight of the group's risks. Significant incidents that occur and management's response to them are considered by the appropriate committee and reported to the board. In July the board established a new committee of non-executives, the Gulf of Mexico committee, to monitor the response of the company to the Gulf of Mexico incident through oversight of the new GCRO. The committee engages with GCRO management on a regular basis to monitor the response to the incident and management of the risks arising. (*See Board performance report on pages 90-105.*)

The company maintains a comprehensive system of internal control. This comprises the holistic set of management systems, organizational structures, processes, standards and behaviours that are employed to conduct our business and deliver returns for shareholders. The system is designed to meet the expectations of internal control of the Corporate Governance Code in the UK and of COSO (Committee of Sponsoring Organizations of the Treadway Commission) in the US. It addresses risks and how we should respond to them as well as the overall control environment. Each component of the system has been designed to respond to a particular type or collection of risks. Material risks are described in the Risk factors section (*see pages 27-32*).

Key elements of our system of internal control are: the control environment; the management of risk and operational performance (including in relation to financial reporting); and the management of people and individual performance. Controls include the BP code of conduct, our operating management system (OMS), our leadership framework and our principles for delegation of authority, which are designed to make sure employees understand what is expected of them.

As part of the control system, the GCE's senior team – known as the executive team – is supported by sub-committees that are responsible for and monitor specific group risks. These include the group operations risk committee (GORC), the group financial risk committee (GFRC), the resource commitments meeting (RCM), the group people committee (GPC), and the group's disclosure committee (GDC), which reviews the disclosure controls and procedures over reporting.

Operations and investments are conducted and reported in accordance with, and associated risks are thereby managed through, relevant standards and processes. These range from OMS which is the structured set of processes designed to deliver safe, responsible and reliable operating activity, to group standards, which set out processes for major areas such as fraud and misconduct reporting, through to detailed administrative instructions. The GCE conducts regular performance reviews with the segments and key functions to monitor performance and the management of risk and to intervene if necessary. People management is based on performance objectives, through which individuals are accountable for specific activities within agreed boundaries.

Following the Gulf of Mexico oil spill, the company established the GCRO in June to manage the company's response activities, including managing clean-up and restoration costs, claims management and litigation. Lessons learned from the incident and the recommendations of BP's internal investigation are being embedded into all areas of the system of internal control and in particular in OMS.

TREX 006033.0034

# Directors and senior management

The following lists the company's directors and senior management as at 18 February 2011.

| Name | | Initially elected or appointed |
|---|---|---|
| C-H Svanberg | Chairman | Chairman since January 2010 |
| | | Director since September 2009 |
| R W Dudley | Executive Director (Group Chief Executive) | Group chief executive since October 2010 |
| | | Director since April 2009 |
| P M Anderson | Non-Executive Director | February 2010 |
| F L Bowman | Non-Executive Director | November 2010 |
| A Burgmans | Non-Executive Director | February 2004 |
| C B Carroll | Non-Executive Director | June 2007 |
| Sir William Castell | Non-Executive Director (Senior Independent Director) | July 2006 |
| I C Conn | Executive Director (Chief Executive, Refining and Marketing) | July 2004 |
| G David | Non-Executive Director | February 2008 |
| I E L Davis | Non-Executive Director | April 2010 |
| D J Flint | Non-Executive Director | January 2005 |
| Dr B E Grote | Executive Director (Chief Financial Officer) | August 2000 |
| Dr D S Julius | Non-Executive Director | November 2001 |
| B R Nelson | Non-Executive Director | November 2010 |
| F P Nhleko | Non-Executive Director | February 2011 |
| M Bly | Executive Vice President (Safety and Operational Risk) | October 2010 |
| R Bondy | Group General Counsel | May 2008 |
| S Bott | Executive Vice President (Human Resources) | March 2005 |
| Dr M C Daly | Executive Vice President (Exploration) | October 2010 |
| R Fryar | Executive Vice President (Production) | October 2010 |
| A Hopwood | Executive Vice President (Exploration and Production, Strategy and Integration) | October 2010 |
| B Looney | Executive Vice President (Developments) | October 2010 |
| H L McKay | Executive Vice President (Chairman and President of BP America Inc.) | June 2008 |
| S Westwell | Executive Vice President (Strategy and Integration) | January 2008 |

Mr C-H Svanberg was appointed chairman on 1 January 2010. Mr P M Anderson was appointed as a director on 1 February 2010 and Mr I E L Davis was appointed as a director on 2 April 2010. Mr E B Davis, Jr and Sir Ian Prosser retired as directors on 15 April 2010.

Mr A G Inglis resigned as a director on 31 October 2010. Dr A B Hayward resigned as group chief executive on 1 October 2010 and as a director on 30 November 2010. Mr R W Dudley became group chief executive on 1 October 2010. Mr B R Nelson and Mr F L Bowman were appointed as directors on 8 November 2010 and Mr F P Nhleko was appointed as a director on 1 February 2011.

At the company's 2010 annual general meeting (AGM), the following directors retired, offered themselves for election/re-election and were duly elected/re-elected: Mr P M Anderson, Mr A Burgmans, Mrs C B Carroll, Sir William Castell, Mr I C Conn, Mr G David, Mr I E L Davis, Mr R W Dudley, Mr D J Flint, Dr B E Grote, Dr A B Hayward, Mr A G Inglis, Dr D S Julius, and Mr C-H Svanberg.

Mr D J Flint and Dr D S Julius will retire at the conclusion of the company's 2011 AGM. All of the other directors will offer themselves for election/re-election at the company's 2011 AGM.

Dr H Schuster has been appointed as executive vice president, human resources, in succession to Mrs S Bott with effect from 1 March 2011.

David Jackson (58) was appointed company secretary in 2003. A solicitor, he is a director of BP Pension Trustees Limited.

TREX 006033.0086

## Directors

### C-H Svanberg
*Chairman of the chairman's and nomination committees and attends meetings of the remuneration committee*
Carl-Henric Svanberg (58) joined BP's board in September 2009 and became chairman of BP on 1 January 2010. From 2003 until December 2009, he was president and chief executive officer of Ericsson, also serving as the chairman of Sony Ericsson Mobile Communications AB. He continues to be a non-executive director of Ericsson.

### R W Dudley
Robert Dudley (55) joined the Amoco Corporation in 1979 for whom he worked until its merger with BP in 1998. Following a variety of posts in the US, the UK, the South China Sea and Moscow, in 2001 he became group vice president responsible for BP's upstream businesses in Russia, the Caspian Region, Angola, Algeria and Egypt. From 2003 to 2008, he was president and chief executive officer of TNK-BP in Moscow. He was appointed an executive director in April 2009 with responsibility for the broad oversight of the company's activities in the Americas and Asia. Between 23 June and 30 September 2010, he served as the president and chief executive officer of BP's Gulf Coast Restoration Organization in the US. On 1 October 2010 he succeeded Dr Hayward as group chief executive of BP p.l.c.

### P M Anderson
*Member of the chairman's, safety, ethics and environment assurance and Gulf of Mexico committees*
Paul Anderson (65) was appointed a non-executive director of BP on 1 February 2010. He is a non-executive director of BAE Systems PLC and of Spectra Energy Corp. He was formerly chief executive at Duke Energy where he also served as chairman of the board. Having previously been chief executive officer and managing director of BHP Limited and then BHP Billiton Limited and BHP Billiton Plc, he rejoined these latter boards in 2006 as a non-executive director, retiring on 31 January 2010. Previously he served as a non-executive director on numerous boards in the US and Australia.

### F L Bowman
*Member of the chairman's and safety, ethics and environment assurance committees*
Frank Bowman (66) joined BP's board on 8 November 2010. He served for over 38 years in the United States Navy, during which time he served as commander of the nuclear submarine *USS City of Corpus Christi* and commander of the submarine tender *USS Holland*, director of political-military affairs on the joint staff and chief of naval personnel. He was director of the naval nuclear propulsion programme in the Department of Navy and Department of Energy. After retiring from the Navy as an admiral, he became president and chief executive officer of the Nuclear Energy Institute. He served on the BP Independent Safety Review Panel. He is president of Strategic Decisions, LLC and a director of Morgan Stanley Mutual Funds.

### A Burgmans, KBE
*Member of the chairman's, remuneration and safety, ethics and environment assurance committees*
Antony Burgmans (64) joined BP's board in 2004. He was appointed to the board of Unilever in 1991. In 1999, he became chairman of Unilever NV and vice chairman of Unilever PLC. In 2005, he became non-executive chairman of Unilever PLC and Unilever NV, retiring from these appointments in 2007. He is also a member of the supervisory boards of Akzo Nobel N.V., Aegon N.V. and SHV Holdings N.V.

### C B Carroll
*Member of the chairman's and safety, ethics and environment assurance committees*
Cynthia Carroll (54) joined BP's board in 2007. She started her career at Amoco and in 1989 she joined Alcan, where in 2002 she was appointed president and chief executive officer of Alcan's primary metals group and an officer of Alcan, Inc. She was appointed as chief executive of Anglo American plc, the global mining group, in 2007. She is also a director of De Beers s.a. and Anglo Platinum Ltd.

### Sir William Castell, LVO
*Member of the chairman's, Gulf of Mexico and nomination committees and chairman of the safety, ethics and environment assurance committee*
Sir William (63) joined BP's board in 2006 and is the senior independent director. From 1990 to 2004, he was chief executive of Amersham plc and subsequently president and chief executive officer of GE Healthcare. He was appointed as a vice chairman of the board of GE in 2004, stepping down from this post in 2006 when he became chairman of the Wellcome Trust. He remains a non-executive director of GE.

### I C Conn
Iain Conn (48) joined BP in 1986. Following a variety of roles in oil trading, commercial refining, retail and commercial marketing operations, and exploration and production, in 2000 he became group vice president of BP's refining and marketing business. From 2002 to 2004, he was chief executive of petrochemicals. He was appointed group executive officer with a range of regional and functional responsibilities and an executive director in 2004. He was appointed chief executive of Refining and Marketing in 2007. He is a non-executive director and senior independent director of Rolls-Royce Group plc and chairman of The Advisory Board of Imperial College Business School.

### G David
*Member of the chairman's, audit, Gulf of Mexico and remuneration committees*
George David (68) joined BP's board in February 2008. He spent his career with United Technologies Corporation (UTC), as its chief executive between 1994 and 2008 and chairman from 1997 until his retirement in December 2009. He is a former director of Citigroup, Inc.

### I E L Davis
*Member of the chairman's, audit, nomination and remuneration committees and chairman of the Gulf of Mexico committee*
Ian Davis (59) joined BP's board on 2 April 2010. He spent his early career at Bowater, moving to McKinsey & Company in 1979. He was managing partner of McKinsey's practice in the UK and Ireland from 1996 to 2003. In 2003, he was appointed as chairman and worldwide managing director of McKinsey, serving in this capacity until 2009. He retired as senior partner of McKinsey & Company in July 2010.

### D J Flint, CBE
*Member of the chairman's and nomination committees and chairman of the audit committee*
Douglas Flint (55) joined BP's board in 2005. He trained as a chartered accountant and was made a partner at KPMG in 1988. In 1995, he was appointed group finance director of HSBC Holdings plc and in 2009 his role was broadened to chief financial officer, executive director, risk and regulation. He was appointed chairman of HSBC with effect from 3 December 2010. He was chairman of the Financial Reporting Council's review of the Turnbull Guidance on Internal Control. Between 2001 and 2004, he served on the Accounting Standards Board and the Standards Advisory Council of the International Accounting Standards Board. He will retire from the BP board at the conclusion of the 2011 AGM.

TREX 006033.0087

### Dr B E Grote

Byron Grote (62) joined BP in 1987 following the acquisition of the Standard Oil Company of Ohio, where he had worked since 1979. He became group treasurer in 1992 and in 1994 regional chief executive in Latin America. In 1999, he was appointed an executive vice president of Exploration and Production, and chief executive of chemicals in 2000. He was appointed an executive director of BP in 2000 and chief financial officer in 2002. He is a non-executive director of Unilever NV and Unilever PLC.

### Dr D S Julius, CBE
*Member of the chairman's and nomination committees and chairman of the remuneration committee*

DeAnne Julius (61) joined BP's board in 2001. She began her career as a project economist with the World Bank in Washington. From 1986 until 1997, she held a succession of posts, including chief economist at British Airways and Royal Dutch Shell Group. From 1997 to 2001, she was a full-time member of the Monetary Policy Committee of the Bank of England. She is chairman of the Royal Institute of International Affairs and a non-executive director of Roche Holdings SA and Jones Lang LaSalle, Inc. She will retire from the BP board at the conclusion of the 2011 AGM.

### B R Nelson
*Member of the chairman's and audit committees*

Brendan Nelson (61) joined BP's board on 8 November 2010. He is a chartered accountant and was admitted as a partner of KPMG in London in 1984. He served as a member of the UK Board of KPMG from 2000 to 2006 following which he was appointed vice chairman until his retirement in 2010. In KPMG International he held a number of senior positions including global chairman, banking and global chairman, financial services. He is a non-executive director of The Royal Bank of Scotland Group plc where he is chairman of the Group Audit Committee.

### F P Nhleko
*Member of the chairman's and audit committees*

Phuthuma Nhleko (50) joined BP's board on 1 February 2011. He began his career as a civil engineer in the United States and as a project manager for infrastructure developments in Southern Africa. Following this, he became a senior executive of the Standard Corporate and Merchant Bank in South Africa. He later held a succession of directorships before joining MTN Group, a pan-African and Middle Eastern telephony group, as group president and chief executive officer in 2002. He will step down as group chief executive of MTN Group at the end of March 2011 to become vice-chairman of the MTN Group and chairman of MTN International.

## Senior management

### M Bly

Mark Bly (51) joined BP in 1984. Following various engineering and commercial leadership assignments he held business unit leader posts in Alaska and the North Sea and was strategic performance unit leader for BP's North America Gas business. In 2007, he became group vice president, Exploration and Production and a member of the exploration and production operating committee. In 2008, he became group head of safety and operations and in October 2010 he was appointed executive vice president of safety and operational risk.

### R Bondy

Rupert Bondy (49) joined BP as group general counsel in 2008. In 1989, he joined US law firm Morrison & Foerster, working in San Francisco and London. From 1994 to 1995, he worked for UK law firm Lovells in London. In 1995, he joined SmithKline Beecham as senior counsel for mergers and acquisitions and other corporate matters. He subsequently held positions of increasing responsibility and, following the merger of SmithKline Beecham and GlaxoWellcome, he was appointed senior vice president and general counsel of GlaxoSmithKline in 2001.

### S Bott

Sally Bott (61) joined BP in 2005 as an executive vice president responsible for global human resources. She joined Citibank in 1970 and was in the economics department and the finance function before joining human resources. She was appointed human resources vice president in 1979. In 1994, she joined Barclays De Zoete Wedd, an investment bank, as head of human resources and in 1997 became group human resources director of Barclays plc. From 2000 to early 2005, she was managing director of Marsh and McLennan and head of global human resources at Marsh Inc. In 2008, she was elected as a non-executive director of UBS AG. She will retire as BP's group human resources director at the end of April 2011.

### Dr M C Daly

Mike Daly (57) joined BP in 1986 as a technical specialist in structural geology, subsequently joining BP's global basin analysis group. After a series of exploration business and functional roles in South America, the North Sea and new business development, in 2000 he became president of BP's Middle East and South Asia businesses. In 2006, he was appointed BP's head of exploration and new business development and in October 2010 he was appointed executive vice president, exploration.

### R Fryar

Bob Fryar (47) joined Amoco Production Company in 1985, serving in a variety of engineering and management positions in the onshore US and deepwater Gulf of Mexico. In 2003, he was appointed vice president of operations performance unit for BP Trinidad and later, in 2009, he became chief executive officer for BP Angola. In October 2010, he was appointed executive vice president, production.

### A Hopwood

Andy Hopwood (53) joined BP in 1980 as a petroleum engineer. Following a series of operational roles and roles in corporate planning and exploration and production planning, in 1999, he was appointed business unit leader in Azerbaijan, returning to London in 2001 as the upstream chief of staff. In 2004, he became strategic performance unit leader for BP's North America Gas business returning to London in 2009 as head of portfolio and technology for BP's upstream businesses. In October 2010, he was appointed executive vice president of exploration and production, strategy and integration.

TREX 006033.0088

### B Looney
Bernard Looney (40) joined BP in 1991 as a drilling engineer, working in a variety of roles in the North Sea, Vietnam and the Gulf of Mexico and later in the exploration and technology group. In 2005, he became senior vice president for BP Alaska, before moving to be head of the group CEO's executive office. He was appointed vice president for Norway and infrastructure in 2008 and then, in 2009, he became managing director of BP's North Sea business. In October 2010, he was appointed executive vice president, developments.

### H L McKay
Lamar McKay (52) was appointed chairman and president of BP America, Inc. in 2009. He joined Amoco Production Company as a petroleum engineer in 1980. He held a variety of roles before becoming group vice president for Russia and Kazakhstan in 2003, also being appointed to the board of TNK-BP in 2004. In 2007, he was appointed senior group vice president of BP and executive vice president of BP America. In early 2008, he became executive vice president of BP p.l.c. special projects, focusing on Russia, subsequently joining the group executive management team. In October 2010, in addition to his current duties, he was appointed president and chief executive officer of the Gulf Coast Restoration Organization.

### Dr H Schuster
Helmut Schuster (50) joined BP in 1989. He held a number of roles working in most parts of refining, marketing, trading and gas and power in the US, UK and Continental Europe. In 2007 he became vice president, human resources for Refining and Marketing in BP and in 2010 he added corporate and functions to his portfolio. In February 2011 it was announced that he was appointed group human resources director and a member of BP's executive team in succession to Sally Bott with effect from 1 March 2011.

### S Westwell
Steve Westwell (52) joined BP in the manufacturing and supply division of BP Southern Africa in 1988. Following various retail positions in the UK and the US, he was appointed head of retail and a member of the board of BP Southern Africa Pty. In 2003, he became president and chief executive officer of BP Solar, and in 2004, group vice president of natural gas liquids, power, solar and renewables. In 2005, he was appointed group vice president of Alternative Energy. He joined the executive team in 2008 and is executive vice president, strategy and integration.

## Directors' interests

| Current directors | At 31 Dec 2010 | At 1 Jan 2010 | Change from 31 Dec 2010 to 24 Feb 2011 |
|---|---|---|---|
| C-H Svanberg | 925,000 | – | – |
| R W Dudley | 280,799[a] | 276,846[a] | – |
| A Burgmans | 10,156 | 10,156 | – |
| C B Carroll | 10,500[a] | 10,500[a] | – |
| Sir William Castell | 82,500 | 82,500 | – |
| I C Conn | 339,637[b] | 293,216[b] | 77,916 |
| G David | 159,000[a] | 39,000[a] | – |
| D J Flint | 15,000 | 15,000 | – |
| Dr B E Grote | 1,372,643[c] | 1,291,643[c] | – |
| Dr D S Julius | 15,000 | 15,000 | – |

| Directors leaving the board | At resignation/ retirement | At 1 Jan 2010 |
|---|---|---|
| E B Davis, Jr | 77,238[a][d] | 76,497[a] |
| Dr A B Hayward | 677,488[e] | 535,383 |
| A G Inglis | 309,823[f][g] | 259,163[f] |
| Sir Ian Prosser | 16,301[h] | 16,301 |

| Directors joining the board | At 31 Dec 2010 | On appointment | Change from 31 Dec 2010 to 24 Feb 2011 |
|---|---|---|---|
| P M Anderson | 6,000[a] | 6,000[a][i] | – |
| F L Bowman | 2,520[a] | 2,520[a][j] | 4,800 |
| I E L Davis | 10,000 | 10,000[k] | – |
| B R Nelson | – | –[l] | – |
| F P Nhleko | – | –[m] | – |

[a] Held as ADSs.
[b] Includes 48,024 shares held as ADSs at 31 December 2010 and 47,320 shares held as ADSs at 1 January 2010.
[c] Held as ADSs, except for 94 shares held as ordinary shares.
[d] On retirement at 15 April 2010.
[e] On resignation at 30 November 2010.
[f] Includes 34,962 shares held as ADSs.
[g] On resignation at 31 October 2010.
[h] On retirement at 15 April 2010.
[i] On appointment at 1 February 2010.
[j] On appointment at 8 November 2010.
[k] On appointment at 2 April 2010.
[l] On appointment at 8 November 2010.
[m] On appointment at 1 February 2011.

The above figures indicate and include all the beneficial and non-beneficial interests of each director of the company in shares of the company (or calculated equivalents) that have been disclosed to the company under the Disclosure and Transparency Rules as at the applicable dates.

Executive directors are also deemed to have an interest in such shares of the company held from time to time by the BP Employee Share Ownership Plan (No.2) to facilitate the operation of the company's option schemes.

No director has any interest in the preference shares or debentures of the company or in the shares or loan stock of any subsidiary company.

# Board performance report

Dear shareholder

The tragic loss of life on the Deepwater Horizon and subsequent events in the Gulf of Mexico dominated the work of the board over the year. The following report describes how your board addressed the immediate crisis while working to ensure a complex, global business continued to operate effectively.

I believe the board responded strongly during the crisis. Our first priority was to provide the guidance, resources and support required by our response teams in the Gulf of Mexico. We met as a full board on 25 occasions during the year. A dedicated Gulf of Mexico committee was formed to enable the board to respond quickly and appropriately as events unfolded. During the summer, the chairs of the committees and I met regularly to ensure work was co-ordinated and the right issues were being addressed in a timely way.

There remains much for the board to do. We are giving particular attention to the ways in which the company applies the many lessons learned, in particular in the process safety area, and meets its ongoing commitments in the US. We are also working with the executive team to ensure BP pursues a clear strategic direction that is well matched to future opportunities and challenges.

There has been significant change on the board. Five new non-executives have joined over the past 12 months and we have a new group chief executive. The board is a strong and united team with a breadth of experience that will serve the company well.

Events in the Gulf of Mexico represent a watershed for the company. In terms of the board, it is essential that we employ the most effective processes and governance mechanisms, and I am leading a review of the structures and tools that were in place during 2010. We will examine the results of our board and committee evaluations, which are described in this report. We will carefully consider the constructive feedback I have received from shareholders and others. Our goal is to be a board that not only responds to the issues of the past but that also anticipates the challenges of the future as BP's business changes and evolves to the demands of a global organization in the twenty-first century. I look forward to reporting to you on this in the future.

We are required to comply with the new UK Corporate Governance Code from next year. To ensure we meet standards of best practice we have already adopted the requirements of the new Code as the basis for assessing the BP board's performance, in addition to complying with the June 2008 Combined Code.

Finally, I want to emphasize the importance the board places on trust and transparency. It is right that we share our thoughts and actions with you, and we will use all appropriate channels of communication to provide timely and helpful information.

I would like to take this opportunity to thank all of my colleagues for their time commitment and support during the year.

**Carl-Henric Svanberg**
Chairman

## BP's governance framework

The BP board works within a clear framework described in its governance principles. These describe the board's role, how it operates, how it relates to executive management and the main tasks of its committees. These are available on the corporate governance page of our website. In all its work the board has to consider specific issues – including health, safety, the environment and BP's reputation. Put simply, the board needs to set the right tone from the top.

Our main areas of focus are:
- Active consideration of long-term strategy.
- Monitoring executive management and the performance of the company.
- Obtaining assurance that material risks to BP are identified and that systems of risk management and internal control are in place to manage such risks.
- Board and executive management succession.

We keep the board governance principles under regular review and we consider their effectiveness as part of the annual board evaluation.

## Board activities in 2010

Over the year, the board met 25 times as we responded both to events in the Gulf of Mexico and subsequently in the financial markets, meeting at least weekly as the crisis developed. The board had to organize its work to respond to the crisis while ensuring the other parts of the company continued to perform. During the summer we formed the Gulf of Mexico committee whose primary responsibility was the oversight of the Gulf Coast Restoration Organization and whose work is described further in this report.

With the exception of the two non-executive directors who joined the board in November, each non-executive director has visited the Gulf of Mexico at least once; the chairman and the chair of the safety, ethics and environment assurance committee (SEEAC) have made more frequent visits and the Gulf of Mexico committee held meetings in the US.

### Gulf of Mexico

The board identified seven priorities in its response to the crisis:

#### 1. Containment and clean-up of the spill

The board monitored the company's work in containing the spill and subsequently capping the well. The board received regular updates from BP management and was kept in daily contact as the company responded to the spill in cleaning the beaches and working with affected communities. Through the group chief executive, the board was kept appraised of the work of the Unified Command in the US. The board is still monitoring this work through the Gulf of Mexico committee (see below).

#### 2. Claims

The company's commitment to meet legitimate claims was agreed to and is being monitored by the board, who received updates on the number and quantum of claims paid by the company and the time taken to process claims received. The board approved the proposal to appoint Kenneth Feinberg to discharge the trust fund and agreed to the fund's terms and structure. Oversight of BP's activities with respect to the Gulf Coast Claims Facility, the Deepwater Horizon Oil Spill Trust and response to fines and penalties is part of the remit of the Gulf of Mexico committee and, going forward, the committee will maintain its monitoring of this area and report this back to the board.

The board also discussed and approved the settlement with the White House on the establishment of the trust fund, believing this would reinforce the company's stated commitment to honour all legitimate claims arising from the incident.

TREX 006033.0092

Corporate governance

### Other board activities in 2010

At the start of each year the board plans and agrees a forward agenda for its work and that of its committees so that it can balance its workload and achieve its tasks (namely, strategy, risk and the oversight of the company's performance and operation of the system of delegation). Our forward-planning process allows for urgent issues to be accommodated – and following the Gulf of Mexico incident, the focus of the board's activities shifted in response to the challenges and activities taking place.

This process also gives the board the ability to deal with pressing and ongoing business. These included a review of opportunities in Russia, the global economic outlook, the 2011 annual plan, group risks, Alternative Energy and BP's HR function. The board considered the group's statutory reports and the broader aspects of corporate reporting, received regular updates on the group's financial outlook and discussed the company's financial results.

The independent expert appointed to provide an objective assessment of the BP US Refineries Independent Safety Review Panel (Duane Wilson) made his annual presentation to the board. Further details on his activities are outlined in the report of the SEEAC below.

### The board and risk management

One of the tasks of the BP board is to ensure that the company is run effectively and that the material risks to the group are identified, understood and that the systems of risk management and internal control are in place to manage these risks.

Integral components in discharging this task are:
- Regular reviews of the material risks to the group and their recognition in the company's annual plan.
- Ensuring through the board's system of delegation that its approach to risk is adopted by the group chief executive (GCE) and that decisions are taken in accordance with this system.
- Maintaining through the board and its committees clear oversight of the system of internal control and risk management established and maintained by the group chief executive.

### The board's monitoring of risk

Each year the board reviews the key group risks and how they are managed as part of the annual group plan. The board decides which risks will be monitored by the board and which will be allocated to the committees with appropriate reporting to the board. A high-level work programme for the board and its committees is set on the basis of a forward agenda that reflects the board's core tasks and the key group risks.

Geopolitical and reputational risks are considered by the board. Reports are received from the committees to whom specific risk oversight has been allocated. The audit committee monitors the management of financial risk while the SEEAC monitors the management of non-financial risk. In addition, the Gulf of Mexico committee was formed in 2010 specifically to oversee the activities of the Gulf Coast Restoration Organization.

Under BP's governance framework, authority for the executive management of BP is delegated to the group chief executive (subject to defined limits and monitoring). Executive management has responsibility for the delivery of projects (for example, the development of upstream projects is managed by a specialist group known as the Global Projects Organization).

The board's committees review the reporting by business and function, which includes the safety and environmental performance of projects. The committees receive regular reports from the group compliance and ethics, the internal audit and the safety and operational risk functions. The audit reports highlight the key findings and management actions arising from that work.

As part of the board's risk oversight activities, the audit committee and SEEAC hold an annual joint meeting to assist the board in assessing the effectiveness of the company's internal control and risk management systems.

BP's general auditor (head of the internal audit function) reports on audit work on risk management activities across the group and attends meetings of both the audit committee and SEEAC. The general auditor and the group compliance and ethics officer have direct access to the chairs of both committees. Meetings are held both with and without the presence of management.

### BP governance framework



TREX 006033.0094