# EXHIBIT 2

TO

**United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP**

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                        *
IN RE:  OIL SPILL BY THE OIL RIG        *   Docket 10-MD-2179
        DEEPWATER HORIZON IN THE        *
        GULF OF MEXICO ON               *   Section J (1)
        APRIL 20, 2010                  *
                                        *   New Orleans, Louisiana
                                        *
                                        *   March 21, 2014
                                        *
Applies to:  All Cases                  *   9:00 a.m.
                                        *
* * * * * * * * * * * * * * * * * * *   *
                                        *
UNITED STATES OF AMERICA                *   C.A. 10-4536
                                        *
                                        *   Section J (1)
versus                                  *
                                        *   New Orleans, Louisiana
                                        *
BP EXPLORATION & PRODUCTION,            *   March 21, 2014
INC., ET. AL.                           *
                                        *   9:00 a.m.
* * * * * * * * * * * * * * * * * * *   *


                STATUS CONFERENCE RE: PENALTY PHASE
                     AND MOTION HEARING BEFORE
                    THE HONORABLE CARL J. BARBIER
                     UNITED STATES DISTRICT JUDGE
                                 AND
                    THE HONORABLE SALLY SHUSHAN
                    UNITED STATES MAGISTRATE JUDGE
```

OFFICIAL TRANSCRIPT

1   **MR. LANGAN:** Or an American Depository Receipt, the
2 same thing. You could buy a public security, yes.
3   **THE COURT:** Whatever that is. Okay.
4   **MR. O'ROURKE:** We're going to move to recuse you.
5   **THE COURT:** If I did -- you all are tempting me.
6 That would be an easy way to get out of it, you know.
7           But I guess the question here, and I do think
8 that there was some sense -- I sensed some sense of concession
9 that the government is entitled to look at more than just the
10 narrow BPXP entity because of the relationship here and the way
11 that this is -- all the financial reporting is done on a
12 consolidated basis.
13          And the government even alleged, I don't know if
14 BP disputes this, but there was something in one brief where
15 the government alleged that in -- BP makes the point that since
16 2010 there have been no dividends paid by BPXP to BP p.l.c.
17  **MR. LANGAN:** Correct.
18  **THE COURT:** But in 2009, the year right before the
19 spill, there was dividends of like $7 billion.
20  **MR. LANGAN:** That's correct. Right.
21  **THE COURT:** Okay. So it seems like they should be
22 entitled -- tell me exactly what BP's position is on all this.
23  **MR. LANGAN:** All right, Your Honor. So, again, we go
24 back to first principles here. The company that the government
25 sued in the Clean Water Act case was BPXP only.

| | |
|---|---|
| 1 | **THE COURT:**  Right. |
| 2 | **MR. LANGAN:**  BPXP was the MC 252 leaseholder. |
| 3 | **THE COURT:**  Right. |
| 4 | **MR. LANGAN:**  They're the ones the Coast Guard said was the responsible party; and they're the ones that the government is claiming is the violator under the Clean Water Act. |
| 8 | **THE COURT:**  Correct. |
| 9 | **MR. LANGAN:**  All of those facts are undisputed. |
| 10 | **THE COURT:**  Sure. |
| 11 | **MR. LANGAN:**  So we think the focus should be on BPXP in terms of Your Honor's evaluation of the economic impact on the violator.  So that's our position. |

At the same time, we've told the government before they filed their motion, that is not to say there is zero relevance to financial interactions between BPXP and BP p.l.c.  In fact, we gave a list that's part of the record of a number of documents that we would agree documents like this ought to be a part of the discovery:  Intercompany infusions of carve, intercompany transactions and loans.  I mean, we understand that.

But at the end of the day, when Your Honor looks at the situation, it's our position you're going to have to focus on BPXP and figure out what's a penalty they can afford to pay.  And when you do that, you're going to have some

1  history, and we understand that. We're not saying that that's
2  irrelevant, but the focus should be on BPXP for the ability to
3  pay because they're --
4      And, by the way, there's no veil piercing
5  allegation. I mean, in other words, a lot of what the
6  government's trying to do here looks like an underhanded veil
7  piercing attempt. I mean, corporate formalities were
8  maintained here. There have been no such allegations that they
9  haven't. These were legitimate corporate enterprises,
10 legitimate things were met.
11     And we don't understand the relevance of things
12 like ten years of board minutes for eight BP entities. That's
13 what we object to what they're asking for.
14     **THE COURT:** Well, I do agree, and I have not looked
15 at all of the -- there was draft discovery passed back and
16 forth; right?
17     **MR. LANGAN:** Correct. And now formal have been
18 served.
19     **THE COURT:** I haven't looked at those in detail --
20 I'm going to let Judge Shushan do that -- but I did see some
21 references to those in briefs. I'll say this: I think that
22 the government's request for discovery seemed way, way
23 tremendously overbroad, beyond the scope of what is necessary
24 here.
25     But with that understanding, it seems to me that

1  it's just a matter of, you know, what they can get access to.
2  I don't think I'm going to be able to rule on that today.
3  Whether you're offering is sufficient or adequate or whatever,
4  I can't decide today.
5        **MR. LANGAN:**  One of the points we made, Your Honor,
6  was that we anticipate that in the normal discovery context
7  there's going to be back and forth, objections, and Judge
8  Shushan will guide us, I'm sure, about what's appropriate and
9  what's not.
10             We've never said that there's no relevance to
11  the group finances.  We've said that BPXP is a defendant, the
12  violator, they're the ones that they moved for summary judgment
13  against and that's where the focus should be.
14        **THE COURT:**  It's a question of what can that entity
15  afford to pay, but considering the various financial
16  relationships and back and forth and all of that.
17        **MR. LANGAN:**  Right.  That's correct.  In fact, we
18  have provided them a draft stipulation that we always knew
19  would be subject to evaluation and discovery with the documents
20  that would back it up.
21             One of the points they made was, "Well, we don't
22  know that."  Well, we understand the stipulations were done
23  before discovery started.  So we're more than willing to engage
24  them in appropriate discovery to confirm what we've told them
25  BPXP's financials look like.