# EXHIBIT 13

TO

**United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP**

# BP Organizational Chart

- Board of Directors
  - Executive Management
    - Safety, Environment, and Ethics Assurance Committee
    - Group Operating Risk Committee
    - Exploration and Production
      - Gulf of Mexico Strategic Performance Unit
        - Gulf of Mexico Drilling and Completions
        - Gulf of Mexico Development
        - Gulf of Mexico Exploration
        - Gulf of Mexico HSSE and Engineering
        - Gulf of Mexico Operations
        - Gulf of Mexico Engineering Authority
    - Group Engineering
    - Group Safety and Operations Integrity

SEARCH

Based upon compilation of fact witness testimony, documents and research.

Click to view
Bly Investigation Team

D-2670

TREX-21722.001