# EXHIBIT 14

TO

# United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP

D-2675

SEARCH
Compilation of fact witness testimony, documents and research.

Click to return to BP Organizational Chart

Click to view
Bly Investigation Team

TREX-21722.006

# Group Operating Risk Committee

**Mark Bly** — Group Head of Safety and Operations

**Andrew Inglis** — Chief Executive Exploration and Production

**Iain Conn** — Chief Executive Refining and Marketing

**Tony Hayward** — Group CEO

**Steve Westwell** — Executive Vice President Group Chief of Staff

**John Baxter** — Group Head of Engineering

Executive Management

TREX-03848; TREX-03850 (GORC Meeting Minutes)