# EXHIBIT 15

### TO

**United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP**

D-2673

Click to return to BP Organizational Chart

Compilation of fact witness testimony, documents and research.
**SEARCH**

Safety, Environment, and Ethics Assurance Committee

# Board of Directors

- **Iain Conn** — Chief Executive Refining and Marketing
- **Douglas Flint** — Non-Executive Director
- **George David** — Non-Executive Director
- **Ian Prosser** — Non-Executive Director
- **Tony Hayward** — Group CEO
- **Robert Dudley** — Managing Director
- **Antony Burgmans** — Non-Executive Director
- **Paul Anderson** — Non-Executive Director
- **Carl-Henric Svanberg** — Chairman
- **Byron Grote** — Chief Financial Officer
- **Cynthia Carroll** — Non-Executive Director
- **DeAnne S. Julius** — Non-Executive Director
- **Andrew Inglis** — Chief Executive Exploration and Production
- **Sir William Castell** — Non-Executive Director
- **Erroll B. Davis Jr.** — Non-Executive Director

Executive Management

BP Annual Report and Accounts 2009, Pg. 66

Click to view **Bly Investigation Team**