# EXHIBIT 19

**TO**

**United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP**

# DW D&C Organizational Chart

January 7, 2010

TREX-02516





Rev: 1/7/2010

# Drilling and Completion Leadership Team



**Pat O'Bryan**
Vice President
Drilling and Completion

**Susan Longo**
Administrative
Assistant

**Curtis Jackson**
HSE Director
(Hosted)

**Dave Rich**
Wells Director

**Bill Kirton**
Projects Manager

**Mick Leary**
Performance Manager

**Paul Sullivan**
Rigs and Delivery Proj
& Assurance
Manager

**Kevin Guerre**
Rigs and Wells
Services Manager

**Michael Edwards**
Technology Manager

**Jennifer Nahman**
HR Advisor to
GoM D&C

**Steve Tink**
D&C / Exploration
HSSE Manager

**Frank Waters**
Completion
Engineering Manager

**Jon Sprague**
Drilling Engineering
Manager

**Richard Harland**
Kaskida IFT Manager

**Ian Little**
E&A Wells
Operations Manger

**Andy Frazelle**
Thunder Horse
Operations Manager

**Charlie Holt**
Atlantis
Operations Manager



Rev: 1/7/2010

# D&C Leadership Team



**Pat O'Bryan**
Vice President
Drilling and Completion

**Susan Longo**
Administrative Assistant

**Mick Leary**
Performance Manager

**David Porter**
Drilling & Completion
IM Lead

**Terry Jordan**
Performance
Team Leader

**Kevin Forness**
Project Services Mgr

**Mark Webster**
HSE Advisor –
Spec.Proj

**Bill Kirton**
Drilling & Completion
Projects Manager

**Glenn Fritchie**
Project Leader
Mad Dog Phase 2

**Gary Wulf**
Project Leader
T-Bells/Kodiak

**Wes Black**
Project Leader
Paleogene

**Kevin Guerre**
Rigs & Wells
Services Manager

**John Hosford**
Wells Services
Contracts Renewal Lead

**Paul Sullivan**
Rig Delivery Projects &
Assurance Manager

**TBD**
BP Owned Rigs
Team Leader

**Mark Diehl**
Rig Fleet TL

**Jonathan Gulick**
Rig Delivery TL
Pride DO Ascension
& Clarion

**Perry Hill**
Projects Eng &
Operability Mgr

**Michael Edwards**
Technology Manager



Page 3

Rev: 1/7/2010



# Performance Manager

**Mick Leary**
Performance Manager

**Terry Jordan**
Performance TL

**Kevin Forness**
Project Services
Manager

**David Porter**
IM Lead

**IM Engineer**
Kal Jassal

**Wanda Kinsman**
Administrative
Assistant

**Mark Webster**
HSE Advisor
Special Projects



Rev: 1/7/2010

# Performance Team

**Terry Jordan**
Performance
Team Leader

**Wanda Kinsman**
Administrative Assistant

**Performance Engineer**
Mark Drummond

**Technologists**
Rebecca Arnold – TH
Dianne Chmura – GoMX
Claudia Fitzgerald – ND/ATL
Michelle Hancock - TH
Cindy Holk – EGoM
Ami Kay - CE
Diana Santos - MDH
Karen Thornton
Michael Wolf @ Well Interv

**Common Process Coordinators** @
Wilson Arable – Projects
Leonard Bedke – Atl
Rick Culbert - TB
Charley Gallo – SP'07
Tom Johnson – EGoM
Alan Kendall – ND
Eric Mueller – GoMX
Chris Roberts – TH

**Technical Writers** @
Melissa Beck – Compl
Bonnie Bryan – Compl
Peggy Stautberg - Drilling
John Wilson – ND



Page 5

Rev: 1/7/2010

# Project Services Team

**Kevin Forness**
GoM D&C Project Services Manager (30)

**Wanda Kinsman**
Administrative Assistant

**Andreas Kraus**
PSL Devs, E&A, Backbone A/P, Timewriting, AFEs, Audits (8)

**RIGS: Marianas**

**Jennifer Harkins** ®
Cost Engr (Kod, KasK, Free, GoMX)

**Bob Adams** ®
Cost Analyst, A/P

**Lloyd Kelley** ®
Cost Analyst, A/P

**Edna White** ®
PS Technician, A/P

**Susan Smith** ®
**Joanne Melia** ®

**Mark Zubik** ®
Cost Engr, Audits & Well Reconciliations

PSI 3Q10

---

**Angela Davis**
PSL Prod PU, Backbone SPA, Cost Categories (8)

**RIGS: Horizon**

**Ted Ferguson** ®
Cost Engr (Marlin/Dorado/Nakika)

**Consuelo Contreras** ®
Cost Engr

**Vicki Thornton-Wiley** ®
Cost Analyst

**Michelle Courry**
Cost Analyst, SC
**Diana Fontenot**

**Julie (Orwell) Thorburn** ®
Lead Remediator

**Michelle Matthews** ®
PS Technician, SC

PSII 4Q10

---

**John Cabiness**
PSL Atlants & Thunder Horse, Cost Forecast SPA, Long Leads (8)

**RIGS: DDII, DDIII, PDQ, Enterprise**

**Shelli Bell**
Lead Cost Engr D&C

**Vino Phillip** ®
Cost Engr (ATL)

**Rod D'Angelo** ®
Cost Engr DDII & DDIII (ATL)

**Melissa Benson**
Cost Engr (TH)

**Steve Spencer**
Cost Engr PDQ/Enterprise (TH)

**Mary Jo Johnson** ®
Cost Analyst
**Gretchen Puskas**

---

**Joe Faulkerson**
PSL Schedule & Planning and Document Control (5)

**Mike Perko** ®
**Kevin Zidar** ®
Planner / Scheduler

**Jonell Edwards** ®
**Jesse Luna** ®
Document Control



# Projects Manager



**Wes Black**
D&C Project Leader
Paleogene

**Glenn Fritchie**
D&C Project Leader
Mad Dog Phase 2

**Gary Wulf**
D&C Project Leader
Tubular Bells/Kodiak

**Bill Kirton**
Projects
Manager

**Kelli Kennedy**
Administrative
Assistant



Rev: 1/7/2010

# Rig Delivery Project & Assurance Manager



**Paul Sullivan**
Rig Delivery Project &
Assurance Manager

**Perry Hill**
Projects Eng &
Operability Mgr

**Engineers**
Norman Beeching ©
Jason Colledge ©
Matt Daniels
Doug Hill
Don Long ©
Ed Norwood ©
Gary Snow ©
Don Sustendal ©
TBA
TBA
TBA

**WSL**
John Sistrunk

**Mark Diehl**
Rig Fleet Team Lead

**Engineer**
Earl Shanks ©
TBA (IA)
TBA
TBA
TBA - Challenger

**Wanda Kinsman**
Administrative Assistant

**Jonathan Gulick**
Rig Delivery TL
Pride DOA/DOC

**Engineers**
Steve Leppard ©
Don Lewis ©
Brent Reeves ©
TBA
TBA - Challenger



Rev: 1/7/2010

# Rigs / Wells Services Manager



**Kevin Guerre**
Rigs / Wells Services
Manager

**John Hosford**
Contract Renewal
& SPM Lead

**Wanda Kinsman**
Administrative
Assistant





Technology

**Tim Burns**
Project Manager

**Michael Edwards**
Technology Manager

**Senior**
**Drilling Consultants**
Preeti Paikattu ©
Manuel Sanchez ©
Chakrapani Sirrvuri ©
Pascal Tagne ©

**Drilling Consultants**
Renato Arcos ©
Engelhy Pacheco ©

**Drilling Consultant**
**Team Lead**
Misael Santana ©

**Jesse Roye** ©
RTOC Manager

**Bruce Guthridge** ©
Program Manager

**Kim Sachan**
Administrative Assistant

Rev: 1/7/2010



Rev: 1/7/2010

# Drilling & Completion/HSSE Operations

**Dave Rich**
Wells Director

**Kim Sachan**
Administrative Assistant

## Jon Sprague
Drilling Eng Mgr

- **Greg Walz #1**
  Drilling Engineering
  Team Leader
- **Charles Taylor #2**
  Drilling Engineering
  Team Leader
- **Doug Chester #4**
  Drilling Excellence
  Team Leader
- **Pete Driscoll #5**
  Drilling Engineering
  Team Leader-Projects
- **Jake Skelton**
  Drilling Engineering Adv

## Frank Waters
Completion Eng Mgr

- **Bruce Rogers #1**
  Completion Eng
  Team Leader
- **Quentin Dyson #2**
  Completion Eng
  Team Leader
- **Terry Miglicco #3**
  Completion Eng
  Team Leader - Projects
- **Eric Beyer #4**
  Completion Excellence
  Team Leader
- **Wayne Sutton #5**
  Intervention Eng
  Team Lead
- **John Smart #6**
  Intervention & Completion
  Ops Team Leader
- **Karen Olson #7**
  Completion Engineering
  Team Leader Kaskida IFT
- **Richard Keck**
  Well Integrity
  Team Lead
- **Dave Tiffin**
  Completion Advisor

## Charlie Holt
Atlantis
Operations Mgr

- **Gavin Kidd**
  Wells Team Leader
  DDII
- **Robert Sanders**
  Wells Team Leader
  DDIII

## Andy Frazelle
Thunder Horse
Operations Mgr

- **Tony Emmerson**
  Wells Team Leader
  PDQ
- **Dan Stoltz**
  Wells Team Leader
  Enterprise



Rev: 1/7/2010



# Drilling & Completion/HSSE Operations

**Dave Rich**
Wells Director

**Kim Sachan**
Administrative Assistant

**Ian Little**
E&A Wells
Operations Mgr

**John Guide**
Wells Team Leader
Horizon

**David Sims**
E&A Drilling Eng
Team Leader

**Jim Wellings**
Wells Team Leader
Spirit

**Keigh Daigle**
Drilling Operations
Advisor

**Steve Tink**
HSSE Manager

**Richard Harland**
Kaskida IFT D&C
Project Manager

**Glenn Nohavitza**
Pride Deepwater
Project Manager

**Dave Schilling**
Wells Team Leader
Deep Ocean Ascension

**George Gray**
Wells TL
Deep Ocean Clarion



Rev: 1/7/2010

# Drilling Engineering

**Jon Sprague**
Drilling Engineering
Manager

**Tina Lara**
Administrative Assistant



**Greg Walz #1**
Drilling Engineering
Team Leader

**Drilling Engineers**
**TH/Enterprise**
Robert Perez
Sofiri Hart CH
Juan Ramirez
Mark Heironimus ©

**PDQ**
Nghia Vo
Maria Connolly
Ted Eicks ©

**EDW**
Robert Odenthal
Dave Mouton ©

**Horn Mountain**
Alejandro Coy
Todd Mushovic
Gustavo Frank

**Charles Taylor #2**
Drilling Engineering
Team Leader

**Drilling Engineers**
**Atlantis**
Chin-Yen Chan
Seth Feyereisen
Asif Huseynov
Jonathan C Martin
Boma Okuchaba CH
Adriana Soltero (CH)
Peter Tan (CH)
Dave Wesley

**Pompano JV**
Alan Billard ©
Vernon Robin ©
Gene Riddle ©

**Doug Chester #4**
Drilling Excellence
Team Leader

**Drilling Engineers**
Ken Armagost
Bob Baker
Brian Daire
Andres Diaz
John LeBleu
Jay Leonard
Tom Mataway
Mark Murray
Tim Pollock ©
Tom Seeley ©
Ryan Wollam

**Pete Driscoll #5**
Drilling Engineering
Team Leader/Projects

**Drilling Engineers**
Mark Andrea ©
Mark Arceneaux ©
Gerrit d'Ablaing
Don Fryhofer ©
Will Henderson
Greg Lewis ©
Kurt Mix
Bob Myers
Eddie Osborne ©
M Vay Phillippi
Ron Plott
Jason Waligura ©

**Jake Skelton**
Drilling Engineering
Advisor



Page 13

Rev: 1/7/2010

# Completion Engineering

**Frank Waters**
Completion Engineering
Manager

**Kelli Kennedy**
Administrative Assistant

---

**Bruce Rogers #1**
Completion Engineering
Team Leader

**Completion Engineers**
Joseph Candella
Michael Galiunas
Will Gutierrez
Brandon James
Naren Jayawick
Juan Pena
Lee Richard ©
Luis Saavedra
Jack Steen ©
Steve Tinker
Rebecca Ugalde (CH)
Sid Wall
Christine Weiblen (CH)
Jim Wenner ©
Chuck Zeiler

---

**Quentin Dyson #2**
Completion Engineering
Team Leader

**Completion Engineers**
Brian Hoskins
Craig Hupp
Leo Jew
Steven Jones
Bernie LeClerc
Sharon Lewis
Darrell Loya ©
Nick Piskurich
Dale Pumphrey
Kegan Rodrigues
Vish Subramani

---

**Terry Miglicco #3**
Completion Engineering
Team Leader - Projects

**Completion Engineers**
Chad Darby ©
Gregg Dickerson ©
Sarah Dobbs
Hu Gai
Tim Hopper
Matthew Maharaj
Rusty Morrison
Luis Paz
Francisco Pineda
John Richey

---

**Eric Beyer #4**
Completion Excellence
Team Leader

**Completion Engineers**
Al Davis ©
Albert Garca (CH)
Tim Hagler
Mike Lorenz
Bart McSherry ©
Mike Mullen ©
Daryl Patterson
Mike Pinchoff ©
Jason Sauter
Jack Shada
Craig Stewart
Dick Webb ©
Pat Wildt

**Technologist**
Amil Kay

---

**Wayne Sutton #5**
Intervention Engineering
Team Leader

**Intervention Engineers**
Mike Bednarz
Tom Boyd
Mike Chambers
Jose Duenas ©
Pat Ellis ©
Tom Krawietz
Joe Melvan ©
James Pocza (CH)
Emberley Riddle
Javier Rodriguez
Ken Schneider

**Technologist**
Michael Wolf ©



Rev: 1/7/2010

# Completion Engineering



**Frank Waters**
Completion Engineering

**Kelli Kennedy**
Administrative Assistant

**John Smart #6**
Wells Team Leader
Intervention & Completion Ops

**Intervention & Completion**
**Wellsite Leaders**
Bobby Bolton
James Chancy
Marvin Dupre
Ronnie Kamper
Robert Moore
Cade Pilcher
Mike Powell
Matthew Prima
Tommy Sherman
Phillip Shumake
George Tappin

**Intervention & Completion**
**Ops Engineer**
John Sixt

**Intervention Completion**
**Specialists** ©
Tate Doucet
Mark Krpec
Marvin Morrison
Rodney Pesson
Lynn Saucier

**Karen Olson #7**
Completion Engineering
Team Leader Kaskida IFT

**Completion Engineers**
Doug Blalock
Javier Cadena
Denar Flores
Jeff Lott
Tom Luce
Av Mahadev
Keith Powell ®
Jenneye Pusch

Mike Chambers
Al Davis ©
Stu Gosch
Bart McSherry ©
Joe Melvan ®
Tim Pollock ®
Jack Shada ®
Dick Webb ®
Kevin Zidar ®

**Richard Keck**
Well Integrity
Team Lead

2 - TBA

**Dave Tiffin**
Completion Advisor



# Thunder Horse Operations



**Tony Emmerson**
Wells Team Leader
TH PDQ

**TH PDQ/Enterprise**
Jeremy Galter

**Dan Stoltz**
Wells Team Leader
Enterprise

**Andy Frazelle**
Thunder Horse
Operations Manager

**Yolanda Hernandez**
Administrative Assistant

**Completion Ops Rig
Readiness Coordinator**
Mannie Sankar





# Atlantis Operations
## DDIII, DDII & Pride

**Charlie Holt**
Atlantis
Operations Manager

**Gavin Kidd**
Wells Team Leader
DDII

**Robert Sanders**
Wells Team Leader
DDIII

**TBD**
Wells Team Lead
PS1 (Ascension/Pride)

**TH PDO/Enterprise**
Jeremy Gatter

**Yolanda Hernandez**
Administrative Assistant

Rev: 1/7/2010





Development Driller II

**Gavn Kidd**
DDII
Wells Team Leader

**Wellsite Leaders**
Mitch Bullock
Cody Colston
Jack Easterling
Mickey Frugé
Jamie Morrison
Richard Speyrer

**Rig Clerks**
Eddie Bourque ©
Steve Coleman ©
Derek Radich ©
Derek Reesor ©

**Performance Engineers**
Leonard Bernard ©
Joshua Simoneaux ©

**Operations Drilling Engineer**
John Shaughnessy

**Operations Completion Engineer**
Rupen Doshi
Aisha Nieves (CH)

**Drilling Engineers**
From
**Drilling Engineering** Team

**Completion Engineers**
From
**Completion Engineering** Team

**Geology**
Asset

**Office HSE Support**
Richard Davis

Rev: 1/7/2010



Rev: 1/7/2010



# Development Driller III

**Wellsite Leaders**
Dwight Nunley
Wayne Purvis
Tim Speirs
Ernie Tate
Craig Wright

**Drilling Engineers**
From
**Drilling Engineering**
Team

**Rig Clerks**
Randy Beemer©
Ken Brooks©
Cayce Spiers©
Bennett Zaunbrecher©

**Completion Engineers**
From
**Completion**
**Engineering**
Team

**Performance**
**Engineers**

**Geology**
Asset

**Robert Sanders**
DDIII
Wells Team Leader

**HSE Advisors**
Jay Anderson ©
Scott Sepulvado

**Office HSE Support**
Joe Neumeyer

**Operations Drilling**
**Engineer**
Louise Jacobsen Plutt

**Technologist**
Diana Santos

**Operations Completion**
**Engineer**
Jeff Hupp
Eric Griffin CH)



Rev: 1/7/2010

# Thunder Horse PDQ

**Tony Emmerson**
PDQ
Wells Team Leader

**Drilling Engineers**
From Drilling
Engineering
Team

**Wellsite Leaders**
Doug Caughron
Robert Kaluza
Randy Spears
David Stanhope ©
Doug Thompson
Rickey Trichell

**Completion Engineers**
From Completion
Engineering
Team

**Rig Clerks**
Jim Bradshaw ©
Jamie Edwards ©
Glenn Lochbrunner ©
Mark Willis ©

**Geology Asset**
TBD

**Office HSE Support**
Jeremy Galtier

**Technologist**
Michelle Hancock

**Operations Drilling Engineer**
Chuck Ware

**Teddy Miles**
Administrative Assistant

**Operations Completion Engineer**
Elliott Hu - CH
Daniel Pickett



Rev: 1/7/2010



## Enterprise

**Dan Stoltz**
Enterprise
Wells Team Leader

**Teddy Miles**
Administrative Assistant

**Offshore Drilling Engineer**
Nick Borka I(CH)
Jonathan Chastain (CH)

**Wellsite Leaders**
Bill Brown
Rob Fontaine
Don LeVaire
Paul Lockwood
Jim Nelson @
Chris Rawson
George Walker

**Rig Clerks**
Dwight Davidson @
Ronnie Ellis @
BrianMamer @
John Vance @

**Operations Drilling Engineer**
Kathleen Halvorson Dory

**Operations Completion Engineer**
Mike Fowler

**Drilling Engineers**
From
Drilling Engineering Team

**Completion Engineers**
From
Completion Engineering Team

**Geology Asset**

**Office HSE Support**
Jeremy Gatfier

**Technologist**
Rebecca Arnold



Rev: 1/7/2010

# E&A Engineering & Operations



**Jim Wellings**
Wells Team Leader
Spirit

**John Guide**
Wells Team Leader
DW Horizon

**Ian Little**
E&A Wells Ops Manager

**Keith Daigle**
Operations Advisor

**David Sims**
E&A Engineering
Team Leader

**Kim Sachan**
Administrative Assistant













Rev: 1/7/2010

Rev: 1/7/2010

# E&A Engineering



**Drilling Engineers**
Kurt Andres
Tim Burns
Mark Hafle
Nick Lirette
Brian Morel
Zane Nixon ©
Harry Prewett
Rodolfo Rivera
Alex Tripp - CH

**E&A Cost Analyst**
Lloyd Kelley ©

**David Sims**
E&A Engineering
Team Leader

**Common Process Coordinator**
Eric Mueller ©



Rev: 1/7/2010

# E&A – Wellsite Leaders of the Future

**Keith Daigle**
Operations Advisor

**Wellsite Leaders**
Matt Akins
Chrystal Bodenhamer
Nick Cassinis
Lee Lambert
Vincent Price







# HSSE – D&C

**Steve Tink**
Drilling and Exploration
HSSE Manager

**Kim Sachan**
Administrative Assistant

**Office HSSE Advisors**

**Jeremy Gaitier**
PDQ & Enterprise

**Clint Honeycutt**
Holstein & Subsea Projects

**Joe Neumeyer**
Horizon & DDIII

**Richard Davis**
DDII

**Rusty Thibodeaux**
Intervention & Marianas

**Field HSSE Advisors**
**(rotate)**

Brian Courtney
Chris Bryant
Scott Sepulvado
Ryan Urik

Jay Anderson ©
Jake Durkon ©
Mitch Gill ©
Terry Moore ©

Rev: 1/7/2010



Rev: 1/7/2010

# Kaskida IFT Project

**Richard Harland**
Kaskida IFT
Project Manager

**Kim Sachan**
Administrative Assistant

## Completion Engineering

**Karen Olson #7**
Completion Engineering
Team Leader Kaskida IFT

**Completion Engineers**
Javier Cadena
Denar Flores
Jeff Lott
Tom Luce
AV Mahadev
Keith Powell ©
Jenneye Pusch

**Support**
Al Davis ©
Bart McSherry ©
Jack Shada ©
Dick Webb ©

## Operations

**TBA**
Wells Team Leader

Doug Blalock
Stu Gosch

## Interventions

Mike Chambers
Joe Melvan ©
Tim Pollock ©

## Support

Alan Kendall
John Wilson
Kevin Zirdar ©



Rev: 1/7/2010

# Pride Deepwater Project



**Glenn Nohavitza**
Pride Deepwater
Project Manager

**Dave Schilling**
Wells Team Leader
Deep Ocean Ascension

**Drilling Ops Eng**
Trent Fleece

**WSL**
Shawn Southworth
Darrell Boudreaux
Rory McNeil
Jack Eastering
TBA

**George Gray**
Wells TL
Deep Ocean Clarion

**Drilling Ops Eng**
TBD

**WSL**
Mack Parker
Jimmy Adams
Bill Brown
TBA

**TBD**
Administrative Assistant



Rev: 1/7/2010

# SPU HSSE Team

**HSSE Director**
Curtis Jackson

**Administrative Assistant**
Laura Smith

**Jim Grant**
Regulatory & Advocacy TL

**Regulatory Advisors**
Scherie Douglas - GoMX
Teri Halverson - DWD
Grant Johnson - Lead Marine
Anne-Renee Laplante - DWD
Linda Onstott - DWP
Denis Sustala - DWP
Steve Velzis – Marine
Greg Wiltz - DWP
Bekki Winfree - DWP

**CMS HSSE Adv**
Tana Eckols

**Technical Assistant**
Heather Powell ©

**Virginia Park**
Environmental TL

**HSSE Tech**
Donna Pennell

**Field Production Env**
Darrell Briggs

**Field Drilling Environment**
TBA

**Waste Coordinator**
Tracy Dyer

**Environmental Coord Subsea**
Faye Gerard

**EMS Support**
Donna Gyles

**Environmental Challenge**
James Hoggan (CH)

**Water Coordinator**
Carlos Moreno

**Air Coordinator**
Megan Parks

**Environmental Advisor**
Terry Rooney
Melissa Simsson

**Environmental Tech**
Susan York

**Dennis Johnson**
Programs TL

**Occ Health Phy/PA**
Michelle Alphonse ©

**Occ Health Nurse**
Diana Haines
John Cullum ©

**CM/ER Advisor**
Al Apodaca
Earnest Bush

**Industrial Hygienist**
Joe Gallucci
Cody Arfinson (CH)

**Programs HSSE Advisors**
Tim Church
Steven Mays
Cheryl Scott
Pam Tomme

**Safety**
Luis Roberto Elizondo (CH)

**TBD**
Administrative Assistant

**Greg Lynch**
Security TL

**Chris Schaffer ©**
MTSA Comp Prog

Rev: 1/7/2010



# GoM SPU Leadership Team

