# EXHIBIT 20

### TO

## United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP

# Drilling & Completions

Leadership

As of April 2010

**O'Bryan, Pat**
VP Drilling and Completions

**TBD**
Administrative
Assistant

**Holt, Charles**
Org Capability Lead
(D&C)

**Walker, Eric**
Well Interventions
Manager

**Sprague, Jonathan**
Drilling Eng Manager

**Rich, David**
Wells Manager

**Waters, Frank**
Completions Eng.
Manager

**TBD**
Functional Perf.
Manager

TREX-02515

EXHIBIT # 2515
WIT:



# Drilling & Completions

**Wells Intervention**

**As of April 2010**

**Walker, Eric**
Well Interventions Manager

**Smart, John**
Well Intervention Ops TL

**Porter, David**
Well Integrity Advisor

**Sutton, Linnville**
Well Intervention Engineering TL

**Keck, Richard**
Well Integrity Management TL

**Sankar, Maniram**
Completions Ops Readiness Engineer



# Drilling & Completions

Wells Intervention

As of April 2010

**Smart, John**
Well Intervention
Ops TL

**Shumake, Phillip**
Wellsite Leader

**Saucier, Lynn**
Wellsite Leader

**Doucet, Tate**
Wellsite Leader

**Powell, Michael**
Wellsite Leader

**Bolton, Bobby**
Wellsite Leader

**Pesson, Rodney**
Wellsite Leader

**Pitcher, Jonathan**
Wellsite Leader

**Dupre, Marvin**
Wellsite Leader

**Kamper, Ronald**
Wellsite Leader

**Sherman, Thomas**
Wellsite Leader

**Moore, Robert**
Wellsite Leader

**Hagler, Tim**
Wellsite Leader

**Prima, Matthew**
Wellsite Leader

**TBD**
Wellsite Leader

**TBD**
Wellsite Leader

**Chancy, James**
Wellsite Leader

**Morrison, Marvin**
Wellsite Leader

**Tappin, George**
Wellsite Leader



# Drilling & Completions

Wells Intervention

As of April 2010

**Sutton, Linnville**
Well Intervention
Engineering TL

**Wolf, Michael**
Technologist

**Schneider, Kenneth**
Intervention Engineer

**Hu, Elliot**
Chal-Completion
Engineer

**TBD**
Intervention Engineer

**Duenas, Jose**
Intervention Engineer

**Garcia, Adalberto**
Chal-Intervention
Engineer

**Ellis, Pat**
Intervention Engineer

**Melvan, Joe**
Intervention Engineer

**Pocza, James**
Chal-Intervention
Engineer

**Krawietz, Thomas**
Intervention Engineer

**Riddle, Emberley**
Intervention Engineer

**Rodriguez, Javier**
Intervention Engineer

**Boyd, Thomas**
Intervention Engineer

**Chambers, Michael**
Intervention Engineer

**Bednarz, Michael**
Intervention Engineer

**Sixt, John**
Intervention Engineer



# Drilling & Completions

Well Integrity

As of April 2010

**Keck, Richard**
Well Integrity
Management TL

**TBD**
Well Integrity
Engineer

**TBD**
Well Integrity
Engineer

**TBD**
Well Integrity
Engineer

**TBD**
Well Integrity
Engineer



# Drilling & Completions

Drilling Eng

As of April 2010



**Sprague, Jonathan**
Drilling Eng Manager

**Lara, Ernestina**
Administrative Assistant

**Walz, Gregory**
Drilling Eng TL (E&A)

**Driscoll, Peter**
Drilling Eng TL -
Delivery Team 1

**Taylor, Charles**
Drilling Eng TL -
Delivery Team 2

**Wellings, James**
Exploration Drilling
Eng TL (Colombia)

**Chester, Douglas**
DeX TL

**Hill, Perry**
Engineering &
Operability Assurance
Lead

**Blome, Greg**
Exploration Drilling
Eng TL
(Beaufort Sea)

**Skelton, David**
Drilling Engineering
Advisor

bp



# Drilling & Completions

Drilling Eng

As of April 2010

Walz, Gregory
Drilling Eng TL
(E&A)

Tripp, Alex
Chal-Drilling Engineer

TBD
Drilling Engineer

TBD
Drilling Engineer

Prewett, Hartford
Drilling Engineer

Lirette, Nicolas
Drilling Engineer

Rivera, Rodolfo
Drilling Engineer

Haffle, Mark
Drilling Engineer

Cocales, Brett
Drilling Engineer

Burns, Tim
Drilling Engineer

Morel, Brian
Drilling Engineer

Andres, Kurt
Drilling Engineer

Nixon, Zane
Drilling Engineer

# Drilling & Completions

Drilling Eng - Delivery Team 1

As of April 2010

**Driscoll, Peter**
Drilling Eng TL -
Delivery Team 1

**Odenthal, Robert**
Drilling Engineer

**Mouton, Dave**
Drilling Engineer

**Mushovic, Todd**
Drilling Engineer

**TBD**
Drilling Engineer

**Connolly, Maria**
Drilling Engineer

**Chastain, Jonathan**
Chat-Drilling Engineer

**Ramirez, Juan**
Drilling Engineer

**TBD**
Drilling Engineer

**Frank Ayala, Gustavo**
Chat-Drilling Engineer

**Ware, Charles**
Drilling Engineer

**Hart, Sofiri**
Drilling Engineer

**Eicks, Ted**
Drilling Engineer

**Vo, Nghia**
Drilling Engineer

**Fleece, Trent**
Drilling Engineer

**Halvorsen-Dory, Kathleen**
Drilling Engineer

**Heironimus, Mark**
Drilling Engineer

**Coy Aristizabal, Luis**
Drilling Engineer



# Drilling & Completions

Drilling Eng - Delivery Team 2

As of April 2010

**Taylor, Charles**
Drilling Eng TL -
Delivery Team 2

**Martin, Jonathan**
Drilling Engineer

**Tan, Peter**
Chal-Drilling Engineer

**Robin, Vernon**
Drilling Engineer

**Phillippi, Monty**
Drilling Engineer

**Wesley, David**
Drilling Engineer

**Griffin, Eric**
Chal-Drilling Engineer

**Shaughnessy, John**
Drilling Engineer

**Wollam, Ryan**
Drilling Engineer

**Chin-Yen, Chan**
Drilling Engineer

**Billard, Alan**
Drilling Engineer

**Okuchaba, Boma**
Chal-Drilling Engineer

**Feryereisen, Seth**
Drilling Engineer

**Riddle, Gene**
Drilling Engineer

**Sotero, Adriana**
Chal-Drilling Engineer

**TBD**
Drilling Engineer

**Huseynov, Asif**
Drilling Engineer





# Drilling & Completions

**Exploration Drilling Eng**

As of April 2010

**Blome, Greg**
Exploration Drilling
Eng TL (Beaufort
Sea)

**TBD**
Drilling Engineer

**TBD**
Drilling Engineer

**TBD**
Drilling Engineer

**TBD**
Drilling Engineer

**TBD**
Drilling Engineer







# Drilling & Completions

DeX

As of April 2010



**Chester, Douglas**
DeX TL

| | | | |
|---|---|---|---|
| **Mix, Kurt**<br>Drilling Engineer | **Mataway, Thomas**<br>Drilling Engineer | **Daire, Bryan**<br>Drilling Engineer | **Jacobsen Plutt,**<br>**Louise**<br>Drilling Engineer |
| **Shanks, Earl**<br>Drilling Engineer | **Murray, Mark**<br>Drilling Engineer | **deSteiguer, Craig**<br>Drilling Engineer | **Seeley, Tom**<br>Drilling Engineer |
| **Diaz Castro, Andres**<br>Drilling Engineer | **Vickers, Doug**<br>Wellsite Leader | **Pollock, Tim**<br>Drilling Engineer | **Karlson, Geir**<br>Drilling Engineer |
| **Wilton, Bonsall**<br>Fluids Specialist | **LeBleu, John**<br>Drilling Engineer | **Armagost, Ken**<br>Drilling Engineer | **TBD**<br>Technologist |
| **Daniels, Matt**<br>Rig Operations<br>Engineer | **Sistrunk, John**<br>Wellsite Leader | **Leonard, Jerome**<br>Drilling Engineer | **Gulick, Jonathon**<br>Delivery Lead |





# Drilling & Completions

D&C Drilling

As of April 2010

**Jacobsen Plutt, Louise**
Drilling Engineer

**Guthridge, Bruce**
Program Manager

**TBD**
RTOC Manager

**Santana, Misael**
Drilling Consultant TL

**Siruvuri, Chakrapani**
Sr Drilling Consultant

**Pacheco, Engehy**
Drilling Consultant

**Sanchez, Manuel**
Sr Drilling Consultant

**Arcos, Renato**
Drilling Consultant

**Tagne, Pascal**
Sr Drilling Consultant

**Pikattu, Preeti**
Sr Drilling Consultant





# Drilling & Completions

Wells

As of April 2010

**Rich, David**
Wells Manager

**Sachan, Kim**
Administrative
Assistant

**Harder, Chris**
D&C Ops Manager -
Delivery Team 1

**Frazelle, Andrew**
D&C Ops Manager -
Delivery Team 2

**Sims, David**
D&C Ops Manager
(E&A)

**Daigle, Keith**
Wellsite Leader

**Nohavitza, Glenn**
PS I & II Delivery
Lead

**Harland, Richard**
D&C Ops Lead -
Kaskida IFT



# Drilling & Completions

D&C Ops - Delivery Team 1

As of April 2010

**Harder, Chris**
D&C Ops Manager -
Delivery Team 1

**Kidd, Gavin**
Wells Team Leader
(DD II)

- **Bullock, Mitchell**
  Wellsite Leader
- **Fitzgerald, Claudia**
  Technologist
- **TBD**
  Wellsite Leader
- **Fruge, Michael**
  Wellsite Leader
- **Speyrer, Richard**
  Wellsite Leader
- **Bernard, Leonard**
  Performance
  Engineer

- **Radich, Derek**
  Rig Clerk
- **Reesor, Derek**
  Rig Clerk
- **Simoneaux, Joshua**
  Performance
  Engineer
- **Morrison, Jamie**
  Wellsite Leader
- **Bourque, Eddie**
  Rig Clerk
- **Coleman, Steve**
  Rig Clerk

**Sanders, Robert**
Wells Team Leader
(DD III)

- **Spiers, Cayce**
  Rig Clerk
- **Beemer, Randy**
  Rig Clerk
- **Brooks, Ken**
  Rig Clerk
- **Speirs, Timothy**
  Wellsite Leader
- **Tate, Ernest**
  Wellsite Leader

- **Wright, S**
  Wellsite Leader
- **Santos, Diana**
  Technologist
- **Nunley, Dwight**
  Wellsite Leader
- **Zaunbrecher, Bennet**
  Rig Clerk
- **Purvis, Harold**
  Wellsite Leader



# Drilling & Completions

D&C Ops - Delivery Team 2

As of April 2010



Frazelle, Andrew
D&C Ops Manager -
Delivery Team 2

Hernandez, Yolanda
Administrative
Assistant

**Emmerson, Antony**
Wells Team Leader
(PDQ)

- Miles, Teddy — Administrative Assistant
- Lochbrunner, Glenn — Rig Clerk
  - Trichell, Rickey — Wellsite Leader
- Edwards, Jamie — Rig Clerk
  - Lambert, Conward — WSLF
- Kaluza, Robert — Wellsite Leader
  - Willis, Mark — Rig Clerk
- Thompson, James — Wellsite Leader
  - Caughron, Douglas — Wellsite Leader
- Bradshaw, Jim — Rig Clerk
  - Spears, Randy — Wellsite Leader
- Stanhope, David — Wellsite Leader
  - Hancock, Michelle — Technologist

**TBD**
BP Owned Rigs
Maintenance TL

- TBD — Drilling Engineer
- TBD — Drilling Engineer
- TBD — Drilling Engineer
- TBD — Drilling Engineer

**Stoltz, Daniel**
Wells Team Leader
(Enterprise)

- Cassinis, Nicholas — WSLF
  - Fontaine, Robert — Wellsite Leader
- Maner, Brian — Rig Clerk
  - Nelson, Jim — Wellsite Leader
- Walker, George — Wellsite Leader
  - Davidson, Dwight — Rig Clerk
- TBD — Technologist
  - Rawson, Chris — Wellsite Leader
- Vance, John — Rig Clerk
  - Lemaire, Donald — Wellsite Leader
- Ellis, Ronnie — Rig Clerk
  - Lockwood, Paul — Wellsite Leader



# Drilling & Completions

D&C Ops (E&A)

As of April 2010







# Drilling & Completions

Completions Eng

As of April 2010

**Waters, Frank**
Completions Eng.
Manager

**Kennedy, Kelli**
Administrative
Assistant

**Miglicco, Terry**
Completion Eng TL -
Delivery Team 1

**Rogers, Bruce**
Completion Eng TL -
Delivery Team 2

**Tiffin, David**
Completion Eng
Advisor

**Beyer, Eric**
Completions
Excellence Team
Leader

**Luce, Thomas**
Completion Eng TL -
Kaskida IFT



# Drilling & Completions

Completions Eng - Delivery Team 1

As of April 2010



**Migliicco, Terry**
Completion Eng TL -
Delivery Team 1

**Darby, Chad**
Completion Engineer

**Hopper, Timothy**
Completion Engineer

**Balasubramani, Vishwanath**
Completion Engineer

**Jones, Steven**
Completion Engineer

**Paz, Luis**
Completion Engineer

**TBD**
Completion Engineer

**Bortka, Nicholas**
Chal-Completion Engineer

**Rodrigues, Kegan**
Completion Engineer

**Jew, Leo**
Completion Engineer

**Pineda, Francisco**
Completion Engineer

**Hupp, Craig**
Completion Engineer

**Loya, Darrell**
Completion Engineer

**Fowler, Michael**
Completion Engineer

**Piskurich, Nicholas**
Completion Engineer

**Pumphrey, Dale**
Completion Engineer

**TBD**
Technologist

**Nieves, Aisha**
Chal-Completion Engineer

**Lewis, Sharon**
Completion Engineer

**Hoskins, Brian**
Completion Engineer

**LeClerc, Bernie**
Completion Engineer

**Dobbs, Sarah**
Completion Engineer



# Drilling & Completions

Completions Eng - Delivery Team 2

As of April 2010



**Rogers, Bruce**
Completion Eng TL - Delivery Team 2

**Wall, Sidney**
Completion Engineer

**Saavedra, Luis**
Completion Engineer

**Tinker, Steven**
Completion Engineer

**Weiblen, Christine**
Chal-Completion Engineer

**Richard, Lee**
Completion Engineer

**James, Brandon**
Completion Engineer

**Candella, Joseph**
Completion Engineer

**Hupp, Jeffrey**
Completion Engineer

**Zeiler, Charles**
Completion Engineer

**Doshi, Rupen**
Completion Engineer

**Gutierrez, William**
Completion Engineer

**Steen, Jack**
Completion Engineer

**Pena, Juan**
Completion Engineer

**Jayawickramarajah, Narendren**
Completion Engineer

**Wenner, Jim**
Completion Engineer

**TBD**
Technologist

**Ugalde, Rebecca**
Chal-Completion Engineer



# Drilling & Completions

### Completions Excellence

**As of April 2010**

**Beyer, Eric**
Completions
Excellence Team
Leader

**Edwards, Michael**
D&C Technology
Lead

**TBD**
Completion Engineer

**Sauter, Jason**
Completion Engineer

**TBD**
Completion Engineer

**Galiunas, Michael**
CE Technology
Coordinator

**TBD**
Completion Engineer

**McSherry, Bart**
Completion Engineer

**Lorenz, Michael**
Completion Engineer

**Kay, Amii**
Technologist

**TBD**
Completion Engineer

**Patterson, Kenneth**
Completion Engineer

**Stewart, Craig**
Completion Engineer

**Pinchoff, Mike**
Quality Assurance
Technologist

**Davis, Al**
Completion Engineer

**Mullen, Mike**
Completion Engineer

**Wildt, Patrick**
Completion Engineer



# Drilling & Completions

## Completion Eng - Kaskida IFT

**As of April 2010**



**Luce, Thomas**
Completion Eng TL - Kaskida IFT

**Powell, Keith**
Completion Engineer

**Lott, Jeff**
Completion Engineer

**Ammachathram, Vaidyanathan**
Completion Engineer

**Pusch, Jennifer**
Completion Engineer

**Bialock, Douglas**
Completion Engineer

**Webb, Dick**
Completion Engineer

**Gosch, Stewart**
Completion Engineer

**Cadena, Javier**
Completion Engineer

**Flores Soruco, Denar**
Completion Engineer

bp

# Drilling & Completions

## Functional Performance

**As of April 2010**



- **Forness, Kevin** — Project Services Manager
- **Pickett, Daniel** — Completion Performance Engineer
- **Thornton, Karen** — Technologist
- **Jassal, Kalwant** — Risk Management Engineer
- **TBD** — Functional Perf. Manager
- **Faulkerson, Joseph** — Planning & Scheduling TL
- **Jordan, Terry** — D&C Performance Lead
- **Kinsman, Wanda** — Administrative Assistant
- **Drummond, Mark** — Drilling Performance Engineer
- **TBD** — D&C Support TL





# Drilling & Completions

**Project Services**

**As of April 2010**



Forness, Kevin
Project Services
Manager

---

Davis, Angela
Project Services
Lead

Kraus, Andreas
Project Services
Lead

Cabiness, John
Project Services
Lead

**Davis, Angela branch:**

Courry, Michelle
Cost Analyst

Matthews, Michelle
PS Technician, A/P

White, Edna
PS Technician, A/P

Fontenot, Diana
Cost Analyst

Adams, Robert
Cost Analyst

Smith, Susan
PS Technician, A/P

Thornton-Wiley, Vicki
Cost Analyst

Melia, Joanne
PS Technician, A/P

Thorburn, Julie
Lead Remediator

Kelley, Lloyd
Cost Analyst

TBD
Backbone Analyst

TBD
Backbone Analyst

TBD
Backbone Analyst

TBD
Backbone Process Analyst

**Kraus, Andreas branch:**

D'Angelo, Rod
Cost Engineer

Puskas, Gretchen
Cost Analyst

Zubik, Mark
Cost Engineer

Johnson, Mary Jo
Cost Analyst

TBD
Cost Engineer

Contreras, M
Cost Analyst

TBD
Cost Engineer

**Cabiness, John branch:**

Ferguson, Ted
Cost Engineer

Bell, Juliette
Lead Cost Engineer

Phillip, Vino
Cost Engineer

Harkins, Jennifer
Cost Engineer

TBD
Cost Engineer

TBD
Cost Engineer

TBD
Cost Engineer

TBD
Cost Engineer





# Drilling & Completions

Planning & Scheduling

As of April 2010

**Faulkerson, Joseph**
Planning & Scheduling
TL

**Perko, Mike**
Scheduler/Planner

**TBD**
Scheduler/Planner

**Zidar, Kevin**
Scheduler/Planner

# Drilling & Completions

## D&C Support

As of April 2010



**TBD**
D&C Support TL

**Beck, Melissa**
Technical Writer

**Lucia, Deb**
Common Process
Coordinator

**Luna, Jesse**
Document Control

**Bedke, Leonard**
Common Process
Coordinator

**Edwards, Jonell**
Document Control

**Culbert, Rick**
Common Process
Coordinator

**Mueller, Eric**
Common Process
Coordinator

**Roberts, Chris**
Common Process
Coordinator

**Johnson, Tom**
Common Process
Coordinator

**TBD**
Common Process
Coordinator

**Stautberg, Peggy**
Technical Writer

**Gallo, Charley**
Common Process
Coordinator

**Arabie, Wilson**
Common Process
Coordinator

**Bryan, Bonnie**
Technical Writer

**Wilson, John**
Technical Writer

**TBD**
Common Process
Coordinator

**TBD**
Technical Writer

