# EXHIBIT 21

TO

**United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL       )   MDL NO. 2179
     BY THE OIL RIG          )
 4   "DEEPWATER HORIZON" IN  )   SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17              ****************
                    VOLUME 1
18              ****************

19

20           Deposition of ANDREW GEORGE
21   INGLIS, taken at Kirkland & Ellis
22   International, 30 St. Mary Axe, 22nd Floor,
23   London EC3A 8AF, England, United Kingdom, on
24   the 21st day of July, 2011.
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
            1   segments.  There was a segment to do with the
            2   exploration and production operations; a
            3   segment called refining and marketing, which
            4   actually covered all of the refining,
02:51       5   marketing, and -- and chemicals and
            6   operations; and then there was an -- an
            7   alternative energy segment which covered
            8   areas such as -- as solar, carbon
            9   sequestration, and ethanol, those types of
02:51      10   things.
           11         Q.     Okay.  And you were in charge of
           12   the exploration and production segment?
           13         A.     That's correct.
           14         Q.     Okay.  You were the CEO of a
02:51      15   different -- different corporation?
           16         A.     No.
           17         Q.     Okay.  E&P was a segment of the
           18   BP, P.L.C.?
           19         A.     No, not quite.
02:52      20         Q.     Okay.  How was it set up?
           21         A.     Again, I think the difference
           22   here is to be very precise with the answer to
           23   the questions is that they are -- they
           24   included legal structures, which are to do
02:52      25   with the legal entities of companies.  That
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
   1   is a different structure to the way in which
   2   the -- the operations would be undertaken.
   3              So the operations that I was
   4   responsible for were those things to do with
02:52  5   the -- the upstream business.  They would
   6   have in it different companies, different
   7   legal structures.  There was no legal
   8   structure to do with the upstream.
   9        Q.   Okay.  And what do you say --
02:52 10   what do you mean when you say "upstream"?
  11        A.   What I mean by the upstream is
  12   the exploration and production activities.
  13        Q.   Globally?
  14        A.   Globally.
02:52 15        Q.   Okay.  What was the role of BP
  16   America?
  17        A.   BP -- BP America was a -- a
  18   regional organization to do with our
  19   representation in the United States.
02:53 20        Q.   Were they between you -- and
  21   there was also a Gulf of Mexico strategic --
  22   strategic performance unit; is that correct?
  23        A.   That's correct.
  24        Q.   And who was in charge of that
02:53 25   when you were the CEO?
```