# EXHIBIT 22

TO

**United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL         )   MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )   SECTION "J"
THE GULF OF MEXICO, ON    )
APRIL 20, 2010            )   JUDGE BARBIER
                          )   MAG. JUDGE SHUSHAN
```

******************

VOLUME 1

******************

Deposition of LAMAR McKAY, taken at the taken at the law offices of Andrews Kurth, LLP, 600 Travis, Suite 4200, Houston, Texas, on the 3rd of November, 2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   top officer in BP America.
 2        Q.  Okay.
 3        A.  As I may have explained earlier, our
 4   businesses are run in the division and segment
 5   setting that go exploration, production, with
 6   business heads in London; refining and marketing,
 7   business head in London; alternative energy,
 8   business head in London.
 9        Q.  Okay.  Now, my question, sir, is -- is --
10   and I'll get into that in a moment.  But with
11   regard to BP America, is there any executive
12   within that entity that is a higher level
13   executive than you within BP America?
14        A.  There is not a higher level executive in
15   BP America --
16        Q.  Okay.
17        A.  -- Incorporated, than me.
18        Q.  Now, is the exploration -- you mentioned
19   exploration and marketing.  You said they were
20   vertical, and they report to somebody in London;
21   is that correct or not?
22        A.  We have segments:  Exploration and
23   production, refining and marketing, alternative
24   energy, and trading.  And those are global
25   businesses that report -- the line businesses
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        A.   It's -- it's -- well, it's -- let me
 2   explain.  It's partially correct.  It's managed by
 3   a Gulf of Mexico production leader.  It's managed
 4   by a drilling organization that is in the U.S.
 5   Ultimately, those businesses do report to London,
 6   yes.
 7        Q.   Do those folks that manage BP Exploration
 8   and Production, Incorporated, and the entity --
 9   entities under it, do they report to anybody in
10   the United States in BP America?
11        A.   BP Exploration and Production,
12   Incorporated, that subsidiary does not manage the
13   assets.  It owns the assets.
14        Q.   It owns it.
15             Well, which entity, then, manages the
16   assets of the BP Exploration and Production,
17   Incorporated?
18        A.   The Gulf of Mexico -- it's called a
19   "regional production unit."
20        Q.   And is that entity owned -- is that entity
21   owned by BP America?
22        A.   No.  That is not -- that's not an entity.
23        Q.   Okay.
24        A.   That is on organizational unit.
25        Q.   Okay.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | A.   That organizational unit is headed by          |
|       | 2  | James Dupree.                                        |
|       | 3  | Q.   Okay.                                           |
|       | 4  | A.   James Dupree reports to Bob Fryar in           |
| 17:02 | 5  | London, who reports to Bob Dudley.                   |
|       | 6  | Q.   The -- the person who manages BP               |
|       | 7  | Exploration and Production, the operating entity    |
|       | 8  | in the U.S., is that person paid by an entity in    |
|       | 9  | London or paid by an entity in the United States?   |
| 17:02 | 10 | A.   So the Gulf of Mexico --                       |
|       | 11 | Q.   Yes, sir.                                       |
|       | 12 | A.   -- is organized as a business, and people      |
|       | 13 | work that business and operate it and manage it.    |
|       | 14 | Q.   And -- and by whom are they paid?              |
| 17:02 | 15 | A.   They are -- their paycheck comes through       |
|       | 16 | probably a subsidiary in the U.S.                    |
|       | 17 | Q.   Is that subsidiary --                           |
|       | 18 | A.   Their line --                                   |
|       | 19 | Q.   Is -- just a moment.                            |
| 17:03 | 20 |      Is that subsidiary BP -- is that               |
|       | 21 | subsidiary on the structure chart under BP          |
|       | 22 | America?                                             |
|       | 23 | A.   Probably so.                                    |
|       | 24 | Q.   Thank you.                                      |
| 17:03 | 25 |      Now, did I also understand you to say          |

**PURSUANT TO CONFIDENTIALITY ORDER**