# Exhibit 24

# to

# United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP

## [PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file Exhibit 24 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.