# EXHIBIT 29

TO

**United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP**

01-45281
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*
## *PENALTY PHASE*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Richard Morrison

**June 20, 2014**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
  1     accurate representation of the BPXP
  2     appointment history?
  3             MS. KARIS:  Object to form.
  4         A.  I don't -- yeah, I don't know
  5     who prepared it, so it is what it is on the
  6     page, but...
  7         Q.  (BY MS. KING)  You didn't
  8     mention being appointed vice president in
  9     January 2010.  Do you contest that
 10     appointment as shown on this page?
 11         A.  No.
 12         Q.  Okay.  Does this refresh your
 13     recollection that you were appointed as vice
 14     president in January 2010?
 15         A.  So this -- this would happen,
 16     you know, in the role that I had as vice
 17     president of operations in order for me to be
 18     able to sign invoices on behalf of the
 19     company, BPX&P.  They would administratively
 20     have to appoint me as a vice president, but I
 21     wasn't doing a role as vice president.  I
 22     mean, I was -- I was signing on behalf of the
 23     company.
 24         Q.  Thank you.  And moving down, do
 25     you see your name again listed as chairman
```

| | |
|---|---|
| 1 | and president, appointed October 22nd, 2013? |
| 2 |     A.    Yes, I do. |
| 3 |     Q.    And that's what you described |
| 4 | before, being appointed chairman of the board |
| 09:08 5 | in 2013, correct? |
| 6 |     A.    That's correct. |
| 7 |     Q.    And do you -- do you agree that |
| 8 | you were also appointed president of the BPXP |
| 9 | board in October 22nd -- on October 22nd, |
| 09:09 10 | 2013? |
| 11 |     A.    I guess so.  I mean, I'm -- I go |
| 12 | with chairman. |
| 13 |     Q.    But you weren't aware that you |
| 14 | were president of the BPXP board of |
| 09:09 15 | directors? |
| 16 |     A.    I -- |
| 17 |     MS. KARIS:  Object to form. |
| 18 |     Go ahead. |
| 19 |     A.    I chair the board of BPX&P. |
| 09:09 20 | That's the role. |
| 21 |     Q.    (BY MS. KING)  But you're not |
| 22 | aware that you have -- you're not aware of |
| 23 | having a title president of BPXP? |
| 24 |     A.    I don't -- I don't have a |
| 09:09 25 | business card.  It's just I chair the board |

```
 1    of BPX&P.
 2         Q.    So would you identify yourself
 3    as president of BPXP?
 4         A.    I'm regional president of Gulf
 5    of Mexico.  I'm chairman of the board of
 6    BPX&P.  The -- the legal entity thing around
 7    chairman and president, I -- I don't -- I
 8    don't spend a lot of time thinking about
 9    that.
10         Q.    Just to ask my question one more
11    time, would you identify yourself as
12    president of BPXP?
13         MS. KARIS:  Objection; asked and
14    answered.
15         Q.    (BY MS. KING)  Yes or no,
16    Mr. Morrison?
17         MS. KARIS:  Objection; asked and
18    answered.
19         A.    I'm chairman of BPX&P.  I'm
20    regional president of BP -- of the Gulf of
21    Mexico operations.  Titles lost on me a
22    little bit.
23         Q.    (BY MS. KING)  As chairman of
24    the board of BPXP, how many hours per week do
25    you spend on BPXP business?
```