# EXHIBIT 31

TO

**United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Penalty on BP Group Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP**

## BP Exploration & Production Inc.

### Appointment History (From 4/20/2010 to Present)

#### Board Positions

| Name | Position | Appointed | Resigned |
|---|---|---|---|
| Pennington, Brenda H. | Director | 11/1/2009 | 01/14/2011 |
| Rainey, David Ian | Director | 1/14/2011 | 05/31/2011 |
| Robertson, Denise | Director | 11/1/2009 | 01/14/2011 |
| Boas, Hans F. | Director | 11/1/2009 | 01/14/2011 |
| Bray, Steven | Director | 11/1/2009 | 01/14/2011 |
| Jackson, Rochelle H. | Director | 12/31/2001 | 01/14/2011 |
| Klewin, Jane E. | Director | 12/11/2006 | 01/19/2011 |
| Dupree, James H. | Director (Chairman of the Board) | 1/14/2011 | 10/21/2013 |
| Bayon, Felipe | Director | 10/22/2013 | |
| Keller, Luke | Director | 1/14/2011 | |
| Latta, Randy | Director | 1/14/2011 | |
| Morrison, Richard Lynn | Director | 1/14/2011 | |
| Shah, Niloy S. | Director | 4/30/2012 | |
| Yeilding, Cindy | Director | 1/14/2011 | |

#### Officers

| Name | Position | Appointed | Resigned |
|---|---|---|---|
| Maestri, Marshall | Assistant Secretary | 12/15/2000 | 5/1/2012 |
| Dowling, Debra Ann | Assistant Secretary | 6/5/2000 | 01/19/2011 |
| Robertson, Denise | Assistant Secretary | 11/1/2009 | 4/15/2012 |
| Westall, Karen K. | Assistant Secretary | 12/15/2000 | 12/15/2010 |
| Lukas, Marie Ann | Assistant Treasurer | 6/5/2000 | 06/08/2010 |
| Martin, Debbie A. | Assistant Treasurer | 5/1/2009 | 04/30/2012 |
| Funk, Steven David | Assistant Treasurer | 6/3/2002 | 04/30/2012 |
| Jadomska, Christine Anna | Assistant Treasurer | 1/5/2005 | 08/24/2012 |
| Dupree, James H. | Chairman and President | 2/22/2010 | 10/21/2013 |
| Pennington, Brenda H. | Secretary | 11/1/2009 | 02/08/2011 |
| Shrallow, Dale P. | Tax Officer | 6/5/2000 | 07/12/2013 |
| Schaeffer, Scott D. | Tax Officer | 8/3/2009 | 10/13/2010 |
| Mutschler, Jackie C | Vice President | 6/5/2006 | 02/08/2011 |
| Rainey, David Ian | Vice President | 6/6/2005 | 05/31/2011 |
| Morrison, Richard Lynn | Vice President | 1/7/2010 | 10/21/2013 |
| Robinson, Geir | Vice President | 10/4/2010 | 09/25/2012 |
| Dudley, Robert Warren | Vice President | 6/7/2010 | 12/15/2010 |
| Wells, John K | Vice President | 1/24/2008 | 02/08/2011 |
| Suttles, Doug | Vice President | 10/5/2010 | 11/22/2010 |
| Utsler, Michael J. | Vice President | 7/25/2011 | 10/22/2013 |
| Shaw, Neil | Vice President | 2/22/2010 | 02/08/2011 |
| Long, Wilbert | Vice President | 5/1/2012 | 3/27/2014 |
| Klewin, Jane E. | Vice President | 11/1/2009 | 01/19/2011 |
| King, Patrick Lynn | Vice President | 1/7/2011 | 05/15/2013 |
| Addison, Fergus T. | Vice President | 6/4/2007 | 02/08/2011 |
| Hopwood, Andrew Paul | Vice President | 1/24/2008 | 02/08/2011 |
| Westall, Karen K. | Vice President | 6/1/2009 | 12/15/2010 |
| Yilmaz, Barbara | Vice President | 9/1/2003 | 02/08/2011 |
| Zwart, Peter A. | Vice President | 12/13/2006 | 7/29/2011 |
| Smith, Brian | Vice President & Chief Financial Officer | 6/15/2009 | 5/1/2012 |
| Dietz, James | Vice President & General Tax Officer | 7/1/2006 | 10/1/2011 |
| Morrison, Richard Lynn | Chairman and President | 10/22/2013 | |
| Shah, Niloy S. | Vice President and Chief Financial Officer | 5/1/2012 | |
| Dewar, Donette | Vice President & General Tax Officer | 10/1/2011 | |
| Kirton, Bill K. | Vice President | 11/18/2010 | |
| Bayon, Felipe | Vice President | 10/22/2013 | |
| Folse, Laura | Vice President | 7/25/2011 | |
| Keller, Luke | Vice President | 12/15/2010 | |
| Latta, Randy | Vice President | 12/15/2010 | |
| Mack, Christine | Vice President | 7/25/2011 | |
| Prevallet, Yvonne | Vice President | 4/1/2013 | |
| Quah, Eddy | Vice President | 7/25/2011 | |
| Smith, Lisa A. | Vice President | 1/7/2011 | |
| Travis, Maria | Vice President | 10/4/2010 | |
| Trussell, James J. | Vice President | 5/3/2011 | |
| Yeilding, Cindy | Vice President | 1/14/2011 | |
| Mroz, Michael Christopher | Treasurer | 5/1/2009 | |
| Long, Ronald J. | Tax Officer | 10/13/2010 | |
| Mangan, William | Tax Officer | 11/1/2009 | |
| Reynolds, Robert A. | Tax Officer | 11/1/2004 | |
| Hanson, Patricia L. | Assistant Treasurer | 6/5/2006 | |
| Hill, Audrey Smith | Assistant Treasurer | 6/11/2010 | |
| Hoffart, Michael J. | Assistant Treasurer | 5/1/2012 | |
| Simon, Josephine B. | Assistant Treasurer | 5/1/2012 | |
| Slenk, Luana G. | Assistant Treasurer | 5/1/2009 | |
| Pennington, Brenda H. | Assistant Secretary | 2/8/2011 | |
| Stricker, Mary Jane | Assistant Secretary | 5/1/2012 | |
| Bray, Steven | Vice President and Secretary | 11/1/2009 | |

Ex 11959
Worldwide Court Reporters, Inc.