

**MotleyRice** ®
LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**Joseph F. Rice**
*Licensed in DC, SC*
direct: 843.216.9159
jrice@motleyrice.com

December 19, 2014

*VIA CM/ECF & Email (Lyle_Cayce@ca5.uscourts.gov)*

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA  70130

Re:   Notices of Appeal filed on Dec. 19, 2014 in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-2179 (Rec. Doc. 13881 & Rec. Doc. 13882)

Dear Mr. Cayce:

In response to the email from your Clerk's Office (Shea Pertuit) requesting "any help you can give us would be greatly appreciated," I wanted to provide the following information concerning the above referenced Notices of Appeal.

I served as one of the lead negotiators in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (the "Settlement Agreement") and I currently serve as Class Counsel. Although this appeal is filed on behalf of two individual claimants seeking review of claims denial, I do not believe that the Settlement Agreement was intended to be interpreted to allow the appeals of individual determinations by the Claims Administrator of the Settlement Agreement.  The Agreement sets out limited appeal rights through an internal dispute resolution process and allows only for a right of discretionary review by the District Court.  In other words, the negotiating parties intended that the District Court would have a discretionary right of appeal, and that such discretionary review would be the final step in the administration of the Settlement.

In the meantime, however, BP has presented to this Court on a number of occasions the contrary position.  BP has asked that each decision by the Claims Administrator and/or an Appeal Panelist and/or the District Court all give rise to an immediate right to appeal to the Fifth Circuit.  Those appeals are pending as Nos. 13-31296, 13-31299, and 13-31302.  In March of 2014, this Court carried motions addressing BP's position with each case, and oral arguments were heard on October 6, 2014.

Until such time as we have direction from the Fifth Circuit concerning the rights of appeal for the 100,000 plus class members from denial of discretionary review by the District Court, we seek to docket our Notices of Appeal on these decisions to fully protect the rights of these claims until

Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
December 19, 2014
Re:  Notices of Appeal filed on Dec. 19, 2014 in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-2179 (Rec. Doc. 13881 & Rec. Doc. 13882)
Page 2


further clarification by this Court.  We would not be opposed to a stay of these appeals until the decisions in Nos. 13-31296, 13-31299, and 13-31302 are entered by the Court.

As I am,

Sincerely,

Joseph F. Rice

JFR/gwd

cc:  Theodore B. Olson (tolson@gibsondunn.com)
     Thomas G. Hungar (thungar@gibsondunn.com)