# Rice, Joe

| | |
|---|---|
| **From:** | Rice, Joe |
| **Sent:** | Friday, December 19, 2014 4:17 PM |
| **To:** | 'Shea_Pertuit@ca5.uscourts.gov'; Dean, Kevin R. |
| **Cc:** | Connie_Brown@ca5.uscourts.gov |
| **Subject:** | RE: 2:10-MD-2179         In Re:  Deepwater Horizon |

In response to your email, please see the following numbered to follow your questions:

(1) Appellees are BP Exploration & Production Inc., BP America Production Company, and BP, P.L.C..
(2) The appeal arises out of MDL 2179 (No. 2:10-md-2179), and relates to Case Number 12-970 within the MDL.
(3) It is confirmed that Kevin Smith and Solomon Fleischman, claimants in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 reached in *Bon Secour Fisheries Inc., et al v. BP Exploration & Production Inc., et al.*, No. 12-970 (E.D. La.), are the appellants in the respective appeals.
(4) Copies of the orders appealed from are attached to each notice of appeal, and additional copies are attached to this e-mail for the Court's convenience.
(5) Transcripts are not necessary.

**Joseph F. Rice**  | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
**o.** 843.216.9159 | **f.** 843.216.9290 | jrice@motleyrice.com

**From:** Shea_Pertuit@ca5.uscourts.gov [mailto:Shea_Pertuit@ca5.uscourts.gov]
**Sent:** Friday, December 19, 2014 11:50 AM
**To:** Rice, Joe; Dean, Kevin R.
**Cc:** Connie_Brown@ca5.uscourts.gov
**Subject:** 2:10-MD-2179 In Re: Deepwater Horizon
**Importance:** High

Dear Counsel:

We are in receipt of the notices of appeal you filed in the district court yesterday in the above case.

In order for these appeals to be processed and the cases opened, please advise of the following:

1.  Identify the appellees.

2.  Identify the district court case numbers involved in the appeal.

3.  Your notices of appeal identify Kevin Smith and Solomon Fleischman as appellants in this case.  Please confirm this.  Also, identify their lower party affiliation in the district court.

4.  Provide us with a copy of the orders that you are appealing.

5.  Are transcripts necessary?

Any help you can give us would be greatly appreciated.

Please check into and advise as quickly as possible.

Thanks,

Shea Pertuit
United States 5th Circuit Court of Appeals
Clerk's Office
504-310-7666
Shea_Pertuit@ca5.uscourts.gov