IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | CIVIL ACTION NO.: 12-970<br><br>MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: *All Cases*<br><br>(Including Civil Action No. 12-970) | * * * * | JUDGE: BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR APPOINTMENT AS
## COURT-APPROVED STRUCTURED SETTLEMENT BROKER

NOW INTO COURT, through undersigned counsel, comes Randal E. Gassman and Lacie Odom Young of LRG Settlement Advisors, who hereby seek to be approved and recognized as Court-approved structured settlement brokers pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020] (the "Amended Order"). The Court's Amended Order sets forth the conditions under which Claimants to the Economic and Property Damages Settlement Agreement (hereinafter referred to as the "Settlement") may elect to receive settlement payments over more than one tax year. The Amended Order further provides that Claimants must use Court-approved structured settlement brokers and allows settlement brokers to petition the Court for approval to act as structured settlement brokers for Claimants. On September 17, 2013, this Court issued an Order setting forth the criteria brokers must meet to serve as structured settlement brokers. [Doc. 11404].

Mover, Randal E. Gassman, a resident of the state of Florida, is an accomplished structured settlement broker, insurance agent, and financial advisor with a combined twenty-six

years of experience in the structure/insurance industry.[1] He is a licensed agent with LRG Settlement Advisors, and has special expertise in assisting Claimants in settling personal physical injury, wrongful death, product liability, medical malpractice, and other types of commercial claims using structured insurance solutions.

Mr. Gassman fully meets all requirements of this Court's Order of September 17, 2013 [Doc. 11404]. He is a fully-licensed insurance agent in good standing with the State of Florida Department of Financial Services.[2] His license has never been suspended or revoked and he is in good standing with the Florida Department of Insurance.[3] He has Errors and Omissions coverage through National Union Fire Insurance of Pittsburgh, PA.[4] He maintains appointments with the Liberty Life Assurance Company of Boston and other issuers.[5] Mr. Gassman has read and agrees to follow the terms of the Amended Order in the performance of his responsibilities as a Court-approved structured settlement broker.

Mover, Lacie Odom Young, a resident of the state of Florida, is an accomplished structured settlement broker, insurance agent, and financial advisor with over ten years of experience in the structure/insurance industry.[6] She is a licensed agent with LRG Settlement Advisors, and has special expertise in assisting Claimants in settling personal physical injury, wrongful death, product liability, medical malpractice, and other types of commercial claims using structured insurance solutions.

Mrs. Young fully meets all requirements of this Court's Order of September 17, 2013 [Doc. 11404]. She is a fully-licensed insurance agent in good standing with the State of Florida

---

[1] See Curriculum Vitae of Randal E. Gassman, attached hereto as Exhibit 1
[2] Florida Department of Financial Services License Number A094300, attached hereto as Exhibit 2
[3] Letter of Certification, attached hereto as Exhibit 3
[4] Certificate of Liability Insurance, attached hereto as Exhibit 4
[5] Agent/Producer Appointment Notice, attached hereto as Exhibit 5
[6] See Curriculum Vitae of Lacie Odom Young, attached hereto as Exhibit 6

Department of Financial Services.[7] Her license has never been suspended or revoked and she is in good standing with the Florida Department of Insurance.[8] She has Errors and Omission coverage through National Union Fire Insurance of Pittsburgh, PA.[9] She maintains appointments with the Liberty Life Assurance Company of Boston and other issuers.[10] Mrs. Young has read and agrees to follow the terms of the Amended Order in the performance of her responsibilities as a Court-approved structured settlement broker.

WHEREFORE, RANDAL E. GASSMAN and LACIE ODOM YOUNG pray that they be approved and recognized as Court-approved structured settlement brokers, and that the proposed Order stating same and attached hereto be entered accordingly.

Respectfully Submitted,

/s/ Zachary R. Christiansen
ZACHARY R. CHRISTIANSEN, ESQ., NO. 34486
THE BOWLING LAW FIRM, A.P.L.C.
1615 Poydras Street, Suite 1050
New Orleans, Louisiana 70112
Telephone:   (504) 586-5200
Facsimile:   (504) 586-5201
E-mail:      attorneys@lawbowling.com
**ATTORNEYS FOR MOVERS**

---

[7] Florida Department of Financial Services License Number E045701, attached hereto as Exhibit 7
[8] Letter of Certification, attached hereto as Exhibit 8
[9] Certificate of Liability Insurance, attached hereto as Exhibit 4
[10] Agent/Producer Appointment Notice, attached hereto as Exhibit 9

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel of record via electronic filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all parties of records, on this 19th day of December, 2014.

      **/s/ Zachary R. Christiansen**
      **ZACHARY R. CHRISTIANSEN, ESQ., NO. 34486**