# Randy Gassman

LRG Settlement Advisors

4213 Deepwater Lane Tampa Fl 33615

tel: 813-885-5900 Fax: 813-889-0036

rgassman@lrgsa.com

## Education

B.A.    University of Tampa, Tampa Florida 1988

## Experience

| | |
|---|---|
| • LRG Settlement Advisors | August 2012-present |
| • The James Street Group, Structures Settlements | August 1994 to August 2012 |
| • Randal E Gassman Financial Corporation, an Insurance and Mutual Fund based financial services company company | May 1990-August 1994 |
| • Guardian Life Insurance Company-Life Insurance and Disability Insurance Sales and Mutual Fund Sales | May 1988-May 1990 |

## Publications/Presentations

| | |
|---|---|
| • Structure Annuities: What Every Plaintiffs' Lawyer Should Know-The Practical Litigator Magazine | July 2003 |
| • Speaker-Florida Trial Lawyers Association CLE Programs | Various times from 2005 to present |
| • Speaker-Protecting Government Benefits in Litigation Settlements, The Tampa Bay Trial Lawyers | July 2014 |

## Licenses

2-14 Life and Annuity type Insurance Licenses held since 1988 in Florida

Various other State Insurance Licenses Held as well including but not limited to Texas, Connecticut, California,  Colorado, Nebraska, New York, New Jersey, New Hampshire, Pennsylvania, Washington State, Delaware, Missouri.

## Interests

• Fishing, Finance, Investments, Baseball, Travel, Family