

REPRESENTING
CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

# LETTER OF CERTIFICATION

10/28/2014

GASSMAN, RANDAL E
LRG SETTLEMENT ADVISORS
4213 DEEPWATER LN
TAMPA FL 33615-5617

Re:  GASSMAN, RANDAL E
License Number:  A094300

The above named has qualified for the following lines of insurance:

- **Licensee:**  2-14  LIFE INCL VARIABLE ANNUITY
  **Issued:**  04/23/1992
  **Appointed?**  Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

- **Licensee:**  2-15  LIFE INCL VAR ANNUITY & HEALTH
  **Issued:**  04/23/1992
  **Appointed?**  Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

- **Licensee:**  2-16  LIFE
  **Issued:**  07/09/1988
  **Appointed?**  Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

- **Licensee:**  2-18  LIFE & HEALTH
  **Issued:**  07/09/1988
  **Appointed?**  Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

• • •
Bureau of Licensing

200 East Gaines Street • Tallahassee, Florida  32399-0319
http://www.fldfs.com



REPRESENTING
CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

- **Licensee:** 2-40  HEALTH
  **Issued:** 07/09/1988
  **Appointed?** Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

The licensee has qualified for the above lines of insurance by examination, designation, or experience.

A Licensed or Registered Florida agency can only transact insurance in the lines of business that the agents in the agency are licensed and appointed to transact.

Our files do not reflect any information that would preclude the issuance of an appointment for this licensee.

END OF LETTER
NO FURTHER LICENSE INFORMATION SHALL APPEAR BELOW THIS LINE

• • •
Bureau of Licensing

200 East Gaines Street  ●  Tallahassee, Florida   32399-0319
http://www.fldfs.com