Liberty Life Assurance Company of Boston
Individual Life Compliance – Licensing/Appointment Dept
100 Liberty Way – Mail Stop 03D
Dover, NH 03820



November 20, 2014


Randal Gassman
4213 Deepwater Lane
Tampa, FL  33615


## AGENT/PRODUCER APPOINTMENT NOTICE


This letter is to notify you that you have been appointed as an agent/producer to sell, solicit or negotiate insurance for Liberty Life Assurance Company of Boston as of <u>October 30, 2014</u>.  Accordingly, you may act as an agent/producer for Liberty Life Assurance Company of Boston.  Please see attached PDB showing your appointment with Liberty Life Assurance Company of Boston.

Below is a listing of each state in which you have been appointed:

| State | Company Name |
| --- | --- |
| DE | Liberty Life Assurance Company of Boston |
| FL | |
| NC | |

If you should have any questions or concerns, please contact Individual Life Compliance – Licensing/Appointment Department at 1-800-451-7065 extension 35255.

  Back

# Producer Overview

## RANDAL E GASSMAN
### DOB: 05/24/1966
### NPN: 484711

| Available Data |
|---|
| Demographics |
| License/Appointment Summary |
| Regulatory Actions |
| Comments |

| State Information Available for this Producer** | | | | | |
|---|---|---|---|---|---|
| (* = supplying appointment data) | | | | | |
| * CA | CO | * CT | * DE | * FL | IL |
| MA | MI | MO | * NC | * NE | NH |
| * NJ | * NY | * PA | * TX | * VA | * WA |

**PDB data refers to Licensing, Appointment/Termination and Certification/Clearance data only. All other available information is supplied by outside sources.

## Demographics

**Other Names**
**CA**
**Type**
Alias                          Randal Evan Gassman.

**CO**
**Type**
Alias                          Randal Evan Gassman.
**Type**
Prev. Known As

**CT**
**Type**
Alias                          Randal Evan Gassman.

**DE**
**Type**
Alias                          Randal Evan Gassman.

**IL**
**Type**
Alias                          Randal Evan Gassman.

**MA**
**Type**
Alias

**MI**
**Type**

Alias

## MO
**Type**
Alias

## NC
**Type**
Alias

## NE
**Type**
Alias

## NH
**Type**
Alias

## NJ
**Type**
Alias                           Randal Evan Gassman.

## NY
**Type**
Alias                           Randal Evan Gassman.

## PA
**Type**
Alias

## TX
**Type**
Alias                           Randal Evan Gassman.

## VA
**Type**
Alias                           Randal Evan Gassman.

## WA
**Type**
Alias                           Randal Evan Gassman.

**Address**

## CA
**Date Updated**                **Business Addresses**
                                LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-

| 04/10/2014 | 5617. |
|---|---|
| **Date Updated** | **Mailing Addresses** |
| 04/10/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |

## CO

| **Date Updated** | **Business Addresses** |
|---|---|
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Residence Addresses** |
| 04/13/2011 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |

## CT

| **Date Updated** | **Business Addresses** |
|---|---|
| 04/10/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/10/2014 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Residence Addresses** |
| 04/10/2014 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |

## DE

| **Date Updated** | **Business Addresses** |
|---|---|
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Residence Addresses** |
| 04/12/2011 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |

## FL

| **Date Updated** | **Business Addresses** |
|---|---|
| 04/12/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/12/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |

## IL

| **Date Updated** | **Business Addresses** |
|---|---|
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |

## MA

| Date Updated | Business Addresses |
|---|---|
| 04/10/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/10/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Residence Addresses** |
| 07/14/2011 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |

## MI

| Date Updated | Business Addresses |
|---|---|
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Residence Addresses** |
| 10/10/2013 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |

## MO

| Date Updated | Business Addresses |
|---|---|
| 04/11/2014 | RANDAL E GASSMAN FINANCIAL CORP,4213 DEEPWATER LANE,,TAMPA,FL,33615. |
| **Date Updated** | **Mailing Addresses** |
| 04/11/2014 | 4213 DEEPWATER LANE,,,TAMPA,FL,33615. |
| **Date Updated** | **Residence Addresses** |
| 04/11/2014 | 4213 DEEPWATER LANE,,,TAMPA,FL,33615. |

## NC

| Date Updated | Business Addresses |
|---|---|
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Residence Addresses** |
| 01/16/2014 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |

## NE

| Date Updated | Business Addresses |
|---|---|
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/09/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Residence Addresses** |

07/19/2012                          4213 DEEPWATER LN,,,TAMPA,FL,33615-5617.

## NH

**Date Updated**                    **Business Addresses**

04/11/2014                          RANDAL E GASSMAN FINANCIAL CORP,4213 DEEPWATER
                                    LANE,,TAMPA,FL,33615.

**Date Updated**                    **Mailing Addresses**

04/11/2014                          4213 DEEPWATER LANE,,,TAMPA,FL,33615.

**Date Updated**                    **Residence Addresses**

04/11/2014                          4213 DEEPWATER LANE,,,TAMPA,FL,33615.

## NJ

**Date Updated**                    **Business Addresses**

04/09/2014                          LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-
                                    5617.

**Date Updated**                    **Mailing Addresses**

04/09/2014                          LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-
                                    5617.

## NY

**Date Updated**                    **Business Addresses**

04/10/2014                          LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-
                                    5617.

**Date Updated**                    **Mailing Addresses**

04/10/2014                          LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-
                                    5617.

**Date Updated**                    **Residence Addresses**

04/10/2014                          4213 DEEPWATER LN,,,TAMPA,FL,33615-5617.

## PA

**Date Updated**                    **Business Addresses**

04/10/2014                          LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-
                                    5617.

**Date Updated**                    **Mailing Addresses**

04/10/2014                          LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-
                                    5617.

**Date Updated**                    **Residence Addresses**

04/10/2014                          4213 DEEPWATER LN,,,TAMPA,FL,33615-5617.

## TX

**Date Updated**                    **Business Addresses**

04/10/2014                          LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-
                                    5617.

**Date Updated**                    **Mailing Addresses**

04/10/2014                          LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-
                                    5617.

**Date Updated**                    **Residence Addresses**

04/10/2014                          4213 DEEPWATER LN,,,TAMPA,FL,33615-5617.

## VA

| Date Updated | Business Addresses |
|---|---|
| 04/10/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 04/10/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Residence Addresses** |
| 04/12/2011 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |

## WA

| Date Updated | Business Addresses |
|---|---|
| 04/10/2014 | LRG SETTLEMENT ADVISORS,4213 DEEPWATER LN,,TAMPA,FL,33615-5617. |
| **Date Updated** | **Mailing Addresses** |
| 02/01/2012 | THAE JAMES STREET GROUP,1221 S MOPAC EXPY #180,,AUSTIN,TX,78746. |
| **Date Updated** | **Residence Addresses** |
| 04/10/2014 | 4213 DEEPWATER LN,,,TAMPA,FL,33615-5617. |

---

# License/Appointment Summary

## STATE :CA

**License #:**0H41713      **Issue Date:**05/09/2011      **Expiration Date:**05/31/2015      **Last Updated:**04/09/2013
**Class:**Insurance Producer      **Residency:**NR      **Active:**Yes      -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| LIFE ONLY AGENT | 05/09/2011 | Active | | 05/09/2011 | N/S | | 0 |

## STATE :CA

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Prudential Insurance Company Of America (The) | 22-1211670/ 68241 | LIFE ONLY AGENT | Appointed | | | 06/19/2013 | |

## STATE :CO

**License #:**79831      **Issue Date:**05/11/1998      **Expiration Date:**05/31/2015      **Last Updated:**04/08/2013
**Class:**Producer      **Residency:**NR      **Active:**Yes      -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Accident and Health | 03/19/2008 | Active | | 03/19/2008 | N/S | | 0 |
| Life | 05/11/1998 | Active | | 03/19/2008 | N/S | | 0 |

## STATE :CT

**License #:**002232593   **Issue Date:**02/23/2005   **Expiration Date:**05/24/2015   **Last Updated:**04/09/2013
**Class:**Producer   **Residency:**NR   **Active:**Yes   -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 02/23/2005 | Active | | 03/17/2008 | N/S | | 0 |
| Accident & Health | 02/23/2005 | Active | | 03/17/2008 | N/S | | 0 |
| CREDIT PRODUCTS | 02/23/2005 | Active | | 03/17/2008 | N/S | | 0 |
| Travel Accident & Baggage | 02/23/2005 | Active | | 03/17/2008 | N/S | | 0 |

## STATE :CT

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Metlife Insurance Company Usa | 06-0566090/ 87726 | Accident & Health | Appointed | | | 03/05/2010 | |
| Metlife Insurance Company Usa | 06-0566090/ 87726 | Life | Appointed | | | 03/05/2010 | |
| Prudential Insurance Company Of America | 22-1211670/ 68241 | Accident & Health | Appointed | | | 06/19/2013 | |
| Prudential Insurance Company Of America | 22-1211670/ 68241 | Life | Appointed | | | 06/19/2013 | |
| United Of Omaha Life Insurance Company | 47-0322111/ 69868 | Life | Appointed | | | 07/11/2012 | |
| United Of Omaha Life Insurance Company | 47-0322111/ 69868 | Accident & Health | Appointed | | | 07/11/2012 | |

## STATE :DE

**License #:**1017464    **Issue Date:**01/21/2005    **Expiration Date:**02/28/2015    **Last Updated:**01/21/2013
**Class:**Producer    **Residency:**NR    **Active:**Yes    -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 01/21/2005 | Active | | 03/01/2013 | N/S | | 0 |

## STATE :DE

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Liberty Life Assurance Company Of Boston | 04-6076039/ 65315 | | Appointed | | | 12/15/2011 | |
| Metropolitan Life Insurance Company | 13-5581829/ 65978 | | Appointed | | | 02/14/2005 | |
| Prudential Insurance Company Of America, The | 22-1211670/ 68241 | | Appointed | | | 06/19/2013 | |

## STATE :FL

**License #:**A094300    **Issue Date:**07/09/1988    **Expiration Date:**    **Last Updated:**11/07/2011
**Class:**Agent    **Residency:**R    **Active:**Yes    -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 07/09/1988 | Active | | 07/09/1988 | N/S | | 0 |
| Life, Health & Variable Ann. | 04/23/1992 | Active | | 04/23/1992 | N/S | | 0 |
| Life & Health | 07/09/1988 | Active | | 07/09/1988 | N/S | | 0 |
| Life with Variable Annuities | 04/23/1992 | Active | | 04/23/1992 | N/S | | 0 |
| Health | 07/09/1988 | Active | | 07/09/1988 | N/S | | 0 |

## STATE :FL

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Liberty Life | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Assurance Company Of Boston | 04-6076039/ 65315 | 0216 LIFE | Appointed | | 12/15/2011 | 05/31/2016 State |
| Metlife Insurance Company Usa | 06-0566090/ 87726 | 0218 LIFE AND HEALTH | Appointed | | 03/24/2014 | 05/31/2016 State |
| Metropolitan Life Insurance Company | 13-5581829/ 65978 | 0218 LIFE AND HEALTH | Appointed | | 07/24/2013 | 05/31/2016 State |
| North American Company For Life And Health Insurance | 36-2428931/ 66974 | 0214 LIFE/VA | Appointed | | 10/17/2012 | 05/31/2015 State |
| Pruco Life Insurance Company | 22-1944557/ 79227 | 0216 LIFE | Appointed | | 04/13/2012 | 05/31/2016 State |
| Prudential Insurance Company Of America (The) | 22-1211670/ 68241 | 0240 HEALTH | Appointed | | 07/01/2014 | 05/31/2017 State |
| Prudential Insurance Company Of America (The) | 22-1211670/ 68241 | 0216 LIFE | Appointed | | 12/19/2011 | 05/31/2016 State |

## STATE :IL

**License #:**484711    **Issue Date:**01/21/2005    **Expiration Date:**05/31/2015    **Last Updated:**09/06/2013
**Class:**Producer    **Residency:**NR    **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 01/21/2005 | Active | | 01/21/2005 | N/S | | 0 |

## STATE :MA

**License #:**1858628    **Issue Date:**10/09/2008    **Expiration Date:**05/24/2017    **Last Updated:**04/03/2014
**Class:**INDIVIDUAL PRODUCER    **Residency:**NR    **Active:**Yes    -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Accident & Health or Sickness | 10/09/2008 | Active | | 10/09/2008 | N/S | | 0 |
| Life | 10/09/2008 | Active | | 10/09/2008 | N/S | | 0 |

## STATE :MI

**License #:**484711    **Issue Date:**05/04/1998    **Expiration Date:**    **Last Updated:**10/13/2013

**Class:**NON RESIDENT PRODUCER     **Residency:**NR          **Active:**Yes          -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Accident and Health | 05/04/1998 | Active | | 05/04/1998 | N/A | | 0 |
| Life | 05/04/1998 | Active | | 05/04/1998 | N/A | | 0 |

## STATE :MO

**License #:**8316703     **Issue Date:**04/11/2014     **Expiration Date:**04/11/2016     **Last Updated:**04/11/2014
**Class:**Producer          **Residency:**NR          **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Accident & Health | 04/11/2014 | Active | | 04/11/2014 | N/S | | 0 |
| Life | 04/11/2014 | Active | | 04/11/2014 | N/S | | 0 |

## STATE :NC

**License #:**484711     **Issue Date:**01/24/2005     **Expiration Date:**03/31/2016     **Last Updated:**03/05/2014
**Class:**Producer          **Residency:**NR          **Active:**Yes          -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Accident & Health or Sickness | 01/24/2005 | Active | | 02/26/2014 | N/S | | 0 |
| Life | 01/24/2005 | Active | | 02/26/2014 | N/S | | 0 |

## STATE :NC

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Liberty Life Assurance Company Of Boston | 04-6076039/ 65315 | Life | Appointed | | | 04/02/2010 | |
| Prudential Insurance Company Of America | 22-1211670/ 68241 | Life | Appointed | | | 06/19/2013 | |
| Prudential Insurance Company Of America | 22-1211670/ 68241 | Accident & Health or Sickness | Appointed | | | 06/19/2013 | |

## STATE :NE

**License #:**484711    **Issue Date:**06/22/2000    **Expiration Date:**05/31/2016    **Last Updated:**04/01/2014
**Class:**Producer    **Residency:**NR    **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life and Annuities | 03/24/2008 | Active | | 04/01/2014 | N/S | | 0 |
| Sickness, Accident & Health | 03/24/2008 | Active | | 04/01/2014 | N/S | | 0 |

## STATE :NE

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Allstate Life Insurance Company | 36-2554642/ 60186 | PRODUCER | Terminated | | | 12/06/2013 | |
| Allstate Life Insurance Company Of New York | 36-2608394/ 70874 | PRODUCER | Terminated | | | 12/06/2013 | |

## STATE :NH

**License #:**2290307    **Issue Date:**04/11/2014    **Expiration Date:**05/31/2015    **Last Updated:**04/11/2014
**Class:**Producer    **Residency:**NR    **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| A&H | 04/11/2014 | Active | | 04/11/2014 | N/S | | 0 |
| Life | 04/11/2014 | Active | | 04/11/2014 | N/S | | 0 |

## STATE :NJ

**License #:**1031944    **Issue Date:**01/21/2005    **Expiration Date:**05/31/2016    **Last Updated:**04/10/2014
**Class:**Producer - Individual    **Residency:**NR    **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 01/21/2005 | Active | | 01/21/2005 | N/S | | 0 |

## STATE :NJ

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective | Appointment Renewal | County Code |
|---|---|---|---|---|---|---|---|

|  |  |  | Date | Date |
|---|---|---|---|---|
| Pruco Life Insurance Company | 22-1944557/ 79227 | Terminated | 03/21/2008 | 05/01/2008 |
| Pruco Life Insurance Company Of New Jersey | 22-2426091/ 97195 | Terminated | 03/21/2008 | 05/01/2008 |
| Prudential Insurance Company Of America | 22-1211670/ 68241 | Appointed | 06/19/2013 | 05/01/2014 |

## STATE :NY

**License #:**LA-538882   **Issue Date:**05/25/2014   **Expiration Date:**05/24/2016   **Last Updated:**05/30/2014
**Class:**Life/Accident & Health   **Residency:**NR   **Active:**Yes   -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 05/25/2014 | Active | | 11/11/2012 | N/S | | 0 |
| Accident & Health | 05/25/2014 | Active | | 11/11/2012 | N/S | | 0 |

## STATE :NY

**License #:**LB-538882   **Issue Date:**05/25/2008   **Expiration Date:**05/24/2010   **Last Updated:**09/12/2014
**Class:**Life Broker   **Residency:**NR   **Active:**No

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| NOT AVAILABLE | 05/25/2008 | Inactive | Expired | 05/24/2010 | N/S | | 0 |

## STATE :NY

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Prudential Ins Co Of America | / 68241 | LA Appointments | Appointed | | | 06/21/2013 | |

## STATE :PA

**License #:**639477   **Issue Date:**07/20/2012   **Expiration Date:**05/31/2015   **Last Updated:**07/22/2012
**Class:**NON RES PRODUCER INDIV   **Residency:**NR   **Active:**Yes   -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal | CE Credits |
|---|---|---|---|---|---|---|---|

| | | | | | | **Date** | **Required** |
|---|---|---|---|---|---|---|---|
| Accident & Health | 07/20/2012 | Active | | 07/20/2012 | N/S | | 0 |
| Life & Fixed Annuities | 07/20/2012 | Active | | 07/20/2012 | N/S | | 0 |

## STATE :PA

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Allianz Life Insurance Company Of North America | 41-1366075/ 90611 | Accident & Health | Appointed | | | 11/08/2014 | |
| Allianz Life Insurance Company Of North America | 41-1366075/ 90611 | Life & Fixed Annuities | Appointed | | | 11/08/2014 | |
| Prudential Insurance Company Of America (The) | 22-1211670/ 68241 | Accident & Health | Appointed | | | 06/19/2013 | |
| Prudential Insurance Company Of America (The) | 22-1211670/ 68241 | Life & Fixed Annuities | Appointed | | | 06/19/2013 | |

## STATE :TX

**License #:**1306830

**Issue Date:**01/25/2005

**Expiration Date:**01/25/2015

**Last Updated:**12/13/2012

**Class:**General Lines Agncy/Agnt

**Residency:**NR

**Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life, Accident, Health and HMO | 01/25/2005 | Active | | 01/25/2005 | N/S | | 0 |

## STATE :TX

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Allianz Life Insurance Company Of North America | 41-1366075/ 90611 | Life, Accident, Health and HMO | Appointed | | | 11/09/2014 | |

| Prudential Insurance Company Of America, The | 22-1211670/ 68241 | Life, Accident, Health and HMO | Appointed | | 06/20/2013 |

## STATE :VA

**License #:**615770    **Issue Date:**05/24/2005    **Expiration Date:**    **Last Updated:**09/20/2008

**Class:**Producer    **Residency:**NR    **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Health | 05/24/2005 | Active | | 05/24/2005 | N/S | | 0 |
| Life and Annuities | 05/24/2005 | Active | | 05/24/2005 | N/S | | 0 |

## STATE :VA

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Genworth Life And Annuity Insurance Company | 54-0283385/ 65536 | Life & Health | Terminated | Not for Cause | 06/24/2009 | | |
| Genworth Life Insurance Company | 91-6027719/ 70025 | Life & Health | Terminated | Not for Cause | 06/24/2009 | | |
| Prudential Insurance Company Of America The | 22-1211670/ 68241 | Life & Health | Appointed | | | 06/19/2013 | |

## STATE :WA

**License #:**802628    **Issue Date:**02/01/2012    **Expiration Date:**05/24/2015    **Last Updated:**04/09/2013

**Class:**Producer    **Residency:**NR    **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Disability | 02/01/2012 | Active | | 02/01/2012 | N/S | | 0 |
| Life | 02/01/2012 | Active | | 02/01/2012 | N/S | | 0 |

## STATE :WA

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|

Page 15 of 15

| | | | | |
|---|---|---|---|---|
| Allianz Life Insurance Company Of North America | / 90611 | Appointed | 11/08/2014 | 07/19/2016 |
| Prudential Insurance Company Of America The | / 68241 | Appointed | 06/19/2013 | 03/09/2015 |

## Regulatory Actions

**State of Action:**
**Origin of Action:**
**Reason for Action:**
**Disposition:**
**Date of Action:**   **Enter Date:**  **Penalty/Fine/Forfeiture:**
**Effective Date:**    **File Ref:**      **Time/Length of Order(Days):**

## Comments
No information Available

The Producer Database (PDB) compiles information provided by participating state insurance departments including licensing information on insurance producers and/or registered securities brokers and regulatory actions on insurance producers, companies and other entities engaged in the business of insurance. Not every state participates actively or fully in the PDB. The Producer Database does not report adverse licensing or regulatory action information on individuals if the information is more than seven (7) years old. Users are cautioned that the absence of information on a particular individual or entity should not be taken as conclusive that no licensing or regulatory action information exists. The information is provided "AS IS" and there is no guarantee of the truth or accuracy of the information provided by the state insurance department. There is no guarantee the information in the PDB has not been modified, revised or updated and not reported by the state insurance department to the PDB.

2003 National Insurance Producer Registry. All rights reserved

New Search