# Lacie Young

LRG Settlement Advisors

1926 Celtic Road, Tallahassee, FL 32317

tel: 850-942-2922

lacie@lrgsa.com

## Education

B.A., Communications, Cum Laude            Florida State University, Tallahassee, FL

## Experience

- LRG Settlement Advisors                                                     June 2012-present
- The James Street Group, Structures Settlements                Sept 2002 to May 2012
- Florida Justice Association                                              May 1999 - August 2002

## Publications/Presentations

- Speaker-Florida Trial Lawyers Association CLE Programs

- The Jacksonville Trial Lawyers, The Pensacola Trial Lawyers
  Capital City Justice Association

## Licenses

2-15 Life, Health and Annuity Insurance License held since 2002 in Florida

Various other State Insurance Licenses Held as well including but not limited to Texas, Connecticut, California, Colorado, Nebraska, New York, New Jersey, New Hampshire, Pennsylvania, Washington State, Delaware, Missouri.

## Interests

- Writing, Cooking, Running, Travel, Family