

**FLORIDA DEPARTMENT OF INSURANCE**
LACIE ODOM YOUNG
License Number E045701
IS LICENSED TO TRANSACT THE FOLLOWING CLASSES OF INSURANCE:
Life, Health & Var Annuity

RESIDENT LICENSE

This Licensee must have an active appointment with the insurer or employer for which products or services are being marketed. See reverse for additional requirements.