

REPRESENTING
CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

## LETTER OF CERTIFICATION

10/28/2014

YOUNG, LACIE ODOM
1926 CELTIC ROAD
TALLAHASSEE FL 32317

Re: YOUNG, LACIE ODOM
License Number: E045701

The above named has qualified for the following lines of insurance:

- **Licensee:** 2-15 LIFE INCL VAR ANNUITY & HEALTH
  **Issued:** 11/05/2002
  **Appointed?** Yes

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

The licensee has qualified for the above lines of insurance by examination, designation, or experience.

A Licensed or Registered Florida agency can only transact insurance in the lines of business that the agents in the agency are licensed and appointed to transact.

Our files do not reflect any information that would preclude the issuance of an appointment for this licensee.

END OF LETTER
NO FURTHER LICENSE INFORMATION SHALL APPEAR BELOW THIS LINE

Bureau of Licensing

200 East Gaines Street • Tallahassee, Florida  32399-0319
http://www.fldfs.com

FLORIDA DEPARTMENT OF INSURANCE
LACIE ODOM YOUNG
License Number E045701
IS LICENSED TO TRANSACT THE FOLLOWING CLASSES OF INSURANCE:
Life, Health & Var Annuity

RESIDENT LICENSE

This Licensee must have an active appointment with the insurer or employer for which products or services are being marketed. See reverse for additional requirements.