Liberty Life Assurance Company of Boston
Individual Life Compliance – Licensing/Appointment Dept
100 Liberty Way – Mail Stop 03D
Dover, NH 03820



November 20, 2014

Lacie Young
1926 Celtic Road
Tallahassee, FL 32317

## AGENT/PRODUCER APPOINTMENT NOTICE

This letter is to notify you that you have been appointed as an agent/producer to sell, solicit or negotiate insurance for Liberty Life Assurance Company of Boston as of October 30, 2014. Accordingly, you may act as an agent/producer for Liberty Life Assurance Company of Boston. Please see attached PDB showing your appointment with Liberty Life Assurance Company of Boston.

Below is a listing of each state in which you have been appointed:

| State | Company Name |
|---|---|
| DE | Liberty Life Assurance Company of Boston |
| FL | |

If you should have any questions or concerns, please contact Individual Life Compliance – Licensing/Appointment Department at 1-800-451-7065 extension 35255.





## LACIE ODOM YOUNG
### DOB: 07/09/1976
### NPN: 7465285

| Available Data |
|---|
| Demographics |
| License/Appointment Summary |
| Regulatory Actions |
| Comments |

| State Information Available for this Producer** | | | | | |
|---|---|---|---|---|---|
| (* = supplying appointment data) | | | | | |
| * AL | CO | CT | * DE | * FL | * GA |
| * IA | IL | * MA | NC | * NE | * NJ |
| * NY | * PA | * TX | * VA | * WA | |

**PDB data refers to Licensing, Appointment/Termination and Certification/Clearance data only. All other available information is supplied by outside sources.

## Demographics

**Other Names**

### AL
**Type**
Alias

### CO
**Type**
Alias

### CT
**Type**
Alias                    Lacie O Young.

### DE
**Type**
Alias

### GA
**Type**
Alias

### IA
**Type**
Alias

### IL
**Type**
Alias

## MA
Type
Alias

## NC
Type
Alias    Lacie O Young.

## NE
Type
Alias

## NJ
Type
Alias    .

## NY
Type
Alias

## PA
Type
Alias

## TX
Type
Alias

## VA
Type
Alias

## WA
Type
Alias

**Address**

## AL
| Date Updated | Business Addresses |
| --- | --- |
| 01/10/2013 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| Date Updated | Mailing Addresses |
| 01/10/2013 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| Date Updated | Residence Addresses |
| 01/10/2013 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## CO

| Date Updated | Business Addresses |
|---|---|
| 09/16/2010 | RANDAL E GASSMAN FIN,1926 CELTIC RD,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 09/16/2010 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 09/16/2010 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |

## CT

| Date Updated | Business Addresses |
|---|---|
| 11/29/2012 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 11/29/2012 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 11/29/2012 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## DE

| Date Updated | Business Addresses |
|---|---|
| 07/16/2010 | RANDAL E GASSMAN FIN,1926 CELTIC RD,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 07/16/2010 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 07/16/2010 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |

## FL

| Date Updated | Business Addresses |
|---|---|
| 05/26/2011 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 05/26/2011 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## GA

| Date Updated | Business Addresses |
|---|---|
| 09/19/2009 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 09/19/2009 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 09/19/2009 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## IA

| Date Updated | Business Addresses |
|---|---|
| 09/09/2010 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 09/09/2010 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 09/09/2010 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## IL

| Date Updated | Business Addresses |
|---|---|
| 09/05/2013 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 09/05/2013 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## MA

| Date Updated | Business Addresses |
|---|---|
| 07/14/2011 | 1926 CELTIC ROAD,,,TALLAHASEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 07/14/2011 | 1926 CELTIC ROAD,,,TALLAHASEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 07/14/2011 | 1926 CELTIC ROAD,,,TALLAHASEE,FL,32317. |

## NC

| Date Updated | Business Addresses |
|---|---|
| 01/16/2014 | RANDAL E GASSMAN FIN,1926 CELTIC RD,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 01/16/2014 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 01/16/2014 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |

## NE

| Date Updated | Business Addresses |
|---|---|
| 07/19/2012 | RANDAL E GASSMAN FIN,1926 CELTIC RD,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 07/19/2012 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 07/19/2012 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |

## NJ

| Date Updated | Business Addresses |
|---|---|
| 06/24/2010 | RANDAL E GASSMAN FIN,1926 CELTIC RD,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 06/24/2010 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |

## NY

| Date Updated | Business Addresses |
|---|---|
| 06/08/2012 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 06/08/2012 | C/O THE JAMES STREET GROUP,1221 S MOPAC EXPY #180,,AUSTIN,TX,78746. |
| **Date Updated** | **Residence Addresses** |
| 06/08/2012 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |

## PA

| Date Updated | Business Addresses |
|---|---|

| | |
|---|---|
| 09/16/2011 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 09/16/2011 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 09/16/2011 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## TX

| | |
|---|---|
| **Date Updated** | **Business Addresses** |
| 03/15/2012 | RANDAL E GASSMAN FIN,1926 CELTIC RD,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Mailing Addresses** |
| 03/15/2012 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 09/16/2013 | 1926 CELTIC RD,,,TALLAHASSEE,FL,32317. |

## VA

| | |
|---|---|
| **Date Updated** | **Business Addresses** |
| 09/19/2008 | JAMES STREET GROUP INC,1220 COLORADO STE 400,,AUSTIN,TX,78701. |
| **Date Updated** | **Mailing Addresses** |
| 09/19/2008 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |
| **Date Updated** | **Residence Addresses** |
| 09/19/2008 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## WA

| | |
|---|---|
| **Date Updated** | **Business Addresses** |
| 09/15/2011 | THE JAMES STREET GROUP,1221 S MOPAC EXPY #180,,AUSTIN,TX,78746. |
| **Date Updated** | **Mailing Addresses** |
| 09/15/2011 | THE JAMES STREET GROUP,1221 S MOPAC EXPY #180,,AUSTIN,TX,78746. |
| **Date Updated** | **Residence Addresses** |
| 08/28/2009 | 1926 CELTIC ROAD,,,TALLAHASSEE,FL,32317. |

## License/Appointment Summary

### STATE :AL

**License #:** 436450   **Issue Date:** 09/16/2009   **Expiration Date:** 07/31/2016   **Last Updated:** 07/08/2014
**Class:** Producer   **Residency:** NR   **Active:** Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 09/16/2009 | Active | | 07/08/2014 | N/S | | 0 |

### STATE :AL

APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Prudential Insurance Company Of America | 22-1211670/ 68241 | Life | Appointed | | | 06/26/2013 | |

### STATE :CO

**License #:**237564  **Issue Date:**02/23/2005  **Expiration Date:**07/31/2016  **Last Updated:**07/01/2014
**Class:**Producer  **Residency:**NR  **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 02/23/2005 | Active | | 02/23/2005 | N/S | | 0 |

### STATE :CT

**License #:**002231557  **Issue Date:**02/03/2005  **Expiration Date:**07/09/2016  **Last Updated:**07/02/2014
**Class:**Producer  **Residency:**NR  **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Travel Accident & Baggage | 02/03/2005 | Active | | 02/03/2005 | N/S | | 0 |
| Life | 02/03/2005 | Active | | 02/03/2005 | N/S | | 0 |
| CREDIT PRODUCTS | 02/03/2005 | Active | | 02/03/2005 | N/S | | 0 |

### STATE :DE

**License #:**1017480  **Issue Date:**01/24/2005  **Expiration Date:**02/28/2015  **Last Updated:**01/24/2013
**Class:**Producer  **Residency:**NR  **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 01/24/2005 | Active | | 03/01/2013 | N/S | | 0 |

### STATE :DE

APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Liberty Life Assurance Company Of | 04-6076039/ 65315 | | Appointed | | | 11/04/2014 | |

Boston

| | | | | |
|---|---|---|---|---|
| Metropolitan Life Insurance Company | 13-5581829/ 65978 | | Appointed | 02/14/2005 |
| New York Life Insurance Company | 13-5582869/ 66915 | | Appointed | 06/01/2005 |
| Prudential Insurance Company Of America, The | 22-1211670/ 68241 | | Appointed | 06/26/2013 |

## STATE :FL

**License #:** E045701  **Issue Date:** 11/05/2002  **Expiration Date:**  **Last Updated:** 08/27/2011
**Class:** Agent  **Residency:** R  **Active:** Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life, Health & Variable Ann. | 11/05/2002 | Active | | 11/05/2002 | N/S | | 0 |

## STATE :FL

### APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Banner Life Insurance Company | 52-1236145/ 94250 | 0216 LIFE | Appointed | | 09/06/2012 | 07/31/2015 | State |
| John Hancock Life Insurance Company U.S.A. | 01-0233346/ 65838 | 0216 LIFE | Appointed | | 10/19/2010 | 07/31/2015 | State |
| Liberty Life Assurance Company Of Boston | 04-6076039/ 65315 | 0216 LIFE | Appointed | | 10/30/2014 | 07/31/2017 | State |
| Liberty Life Assurance Company Of Boston | 04-6076039/ 65315 | 0215 LIFE VA AND HLTH | Appointed | | 11/04/2014 | 07/31/2017 | State |
| Metlife Insurance Company Usa | 06-0566090/ 87726 | 0218 LIFE AND HEALTH | Appointed | | 07/12/2014 | 07/31/2016 | State |
| Metropolitan Life Insurance Company | 13-5581829/ 65978 | 0218 LIFE AND HEALTH | Appointed | | 02/11/2005 | 07/31/2015 | State |
| New York Life Insurance Company | 13-5582869/ 66915 | 0216 LIFE | Appointed | | 07/15/2005 | 07/31/2015 | State |
| Pacific Life | | | | | | | |

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Insurance Company | 95-1079000/ 67466 | 0215 LIFE VA AND HLTH | Appointed | | 01/23/2012 | 07/31/2016 | State |
| Prudential Insurance Company Of America (The) | 22-1211670/ 68241 | 0218 LIFE AND HEALTH | Appointed | | 06/26/2013 | 07/31/2015 | State |
| Symetra Life Insurance Company | 91-0742147/ 68608 | 0215 LIFE VA AND HLTH | Appointed | | 11/12/2002 | 07/31/2015 | State |

### STATE :GA

**License #:**2665448   **Issue Date:**09/17/2009   **Expiration Date:**07/31/2016   **Last Updated:**07/09/2014
**Class:**Agent-Nonresident   **Residency:**NR   **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| AGENT - LIFE | 09/17/2009 | Active | | 09/17/2009 | N/S | | 0 |

### STATE :GA

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Pacific Life Insurance Company | 95-1079000/ 67466 | | Appointed | | 03/20/2014 | | |
| Prudential Insurance Company Of America | 22-1211670/ 68241 | | Appointed | | 06/27/2013 | | |

### STATE :IA

**License #:**7465285   **Issue Date:**10/19/2009   **Expiration Date:**07/31/2015   **Last Updated:**06/04/2012
**Class:**Producer   **Residency:**NR   **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 10/19/2009 | Active | | 06/04/2012 | N/S | | 0 |

### STATE :IA

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Prudential Insurance | 22-1211670/ | | Appointed | | 06/26/2013 | 03/15/2015 | |

Company Of America (The)  68241

## STATE :IL

**License #:** 7465285    **Issue Date:** 01/24/2005    **Expiration Date:** 07/31/2014    **Last Updated:** 08/01/2014
**Class:** Producer    **Residency:** NR    **Active:** No

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 01/24/2005 | Inactive | | 05/02/2012 | N/S | | 0 |

## STATE :MA

**License #:** 1806123    **Issue Date:** 03/25/2005    **Expiration Date:** 07/09/2016    **Last Updated:** 10/17/2013
**Class:** INDIVIDUAL PRODUCER    **Residency:** NR    **Active:** Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 03/25/2005 | Active | | 03/25/2005 | N/S | | 0 |

## STATE :MA

### APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Athene Annuity And Life Company | 42-0175020/ 61689 | Life | Terminated | | 06/30/2011 | | |
| Genworth Life Insurance Company | 91-6027719/ 70025 | Life | Terminated | | 06/30/2009 | | |
| Liberty Life Assurance Company Of Boston | 04-6076039/ 65315 | Life | Terminated | | 07/09/2013 | | |
| Prudential Insurance Company Of America (The) | 22-1211670/ 68241 | Life | Appointed | | 06/02/2014 | | |

## STATE :NC

**License #:** 7465285    **Issue Date:** 01/25/2005    **Expiration Date:** 03/31/2016    **Last Updated:** 03/03/2014
**Class:** Producer    **Residency:** NR    **Active:** Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Accident & Health or Sickness | 01/25/2005 | Active | | 02/26/2014 | N/S | 0 |
| Life | 01/25/2005 | Active | | 02/26/2014 | N/S | 0 |

## STATE :NE

**License #:** 7465285  **Issue Date:** 01/24/2005  **Expiration Date:** 07/31/2016  **Last Updated:** 07/08/2014
**Class:** Producer  **Residency:** NR  **Active:** Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life and Annuities | 01/24/2005 | Active | | 07/08/2014 | N/S | | 0 |

## STATE :NE

APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Allstate Life Insurance Company | 36-2554642/ 60186 | PRODUCER | Terminated | | 02/25/2014 | | |
| Allstate Life Insurance Company Of New York | 36-2608394/ 70874 | PRODUCER | Terminated | | 12/09/2013 | | |
| New York Life Insurance Company | 13-5582869/ 66915 | PRODUCER | Appointed | | 08/05/2014 | 07/31/2015 | |
| Prudential Insurance Company Of America /The | 22-1211670/ 68241 | PRODUCER | Appointed | | 06/26/2013 | 07/31/2015 | |

## STATE :NJ

**License #:** 1031991  **Issue Date:** 01/24/2005  **Expiration Date:** 07/31/2016  **Last Updated:** 07/01/2014
**Class:** Producer - Individual  **Residency:** NR  **Active:** Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 01/24/2005 | Active | | 01/24/2005 | N/S | | 0 |

## STATE :NJ

APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| New York Life Insurance Company | 13-5582869/ 66915 | Appointed | | 08/01/2014 | 05/01/2015 |
| Prudential Insurance Company Of America | 22-1211670/ 68241 | Appointed | | 06/26/2013 | 05/01/2014 |

## STATE :NY

**License #:**LA-538902  **Issue Date:**07/10/2014  **Expiration Date:**07/09/2016  **Last Updated:**07/15/2014
**Class:**Life/Accident & Health  **Residency:**NR  **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life | 07/10/2014 | Active | | 09/14/2005 | N/S | | 0 |

## STATE :NY

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Athene Life Ins Co Of New York | / 63932 | LA Appointments | Terminated | | 01/01/2011 | | |
| New York Life Ins Co | / 66915 | LA Appointments | Appointed | | 09/14/2005 | | |
| Prudential Ins Co Of America | / 68241 | LA Appointments | Appointed | | 06/27/2013 | | |

## STATE :PA

**License #:**614556  **Issue Date:**09/14/2011  **Expiration Date:**07/31/2016  **Last Updated:**07/02/2014
**Class:**NON RES PRODUCER INDIV  **Residency:**NR  **Active:**Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life & Fixed Annuities | 09/14/2011 | Active | | 09/14/2011 | N/S | | 0 |

## STATE :PA

*APPOINTMENT INFO*

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Liberty Life | | | | | | | |

| Company | FEIN/Cocode | Line | Status | Status Reason | Date |
|---|---|---|---|---|---|
| Assurance Company Of Boston | 04-6076039/ 65315 | Life & Fixed Annuities | Terminated | Not for Cause | 07/11/2013 |
| New York Life Insurance Company | 13-5582869/ 66915 | Life & Fixed Annuities | Appointed | | 08/01/2014 |
| Prudential Insurance Company Of America (The) | 22-1211670/ 68241 | Life & Fixed Annuities | Appointed | | 06/26/2013 |

## STATE :TX

**License #:** 1307010  **Issue Date:** 01/26/2005  **Expiration Date:** 01/26/2015  **Last Updated:** 12/13/2012
**Class:** General Lines Agncy/Agnt  **Residency:** NR  **Active:** Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life, Accident, Health and HMO | 01/26/2005 | Active | | 01/26/2005 | N/S | | 0 |

## STATE :TX

### APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Prudential Insurance Company Of America, The | 22-1211670/ 68241 | Life, Accident, Health and HMO | Appointed | | | 06/27/2013 | |

## STATE :VA

**License #:** 690644  **Issue Date:** 02/23/2005  **Expiration Date:**  **Last Updated:** 09/20/2008
**Class:** Producer  **Residency:** NR  **Active:** Yes

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Life and Annuities | 02/23/2005 | Active | | 02/23/2005 | N/S | | 0 |

## STATE :VA

### APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Genworth Life And Annuity Insurance Company | 54-0283385/ 65536 | Life & Health | Terminated | Not for Cause | 06/24/2009 |
| Genworth Life Insurance Company | 91-6027719/ 70025 | Life & Health | Terminated | Not for Cause | 06/24/2009 |

## STATE :WA

**License #:** 749537  **Issue Date:** 09/15/2011  **Expiration Date:** 07/09/2013  **Last Updated:** 09/12/2013
**Class:** Producer  **Residency:** NR  **Active:** No  -

| Line of Authority | Authority Issue Date | Status | Status Reason | Status/Reason Date | CE Compliance | CE Renewal Date | CE Credits Required |
|---|---|---|---|---|---|---|---|
| Disability | 09/15/2011 | Inactive | | 07/09/2013 | N/S | | 0 |
| Life | 09/15/2011 | Inactive | | 07/09/2013 | N/S | | 0 |

## STATE :WA

### APPOINTMENT INFO

| Company Name | FEIN/Cocode | Line of Authority | Status | Termination Reason | Current Appt/Term Effective Date | Appointment Renewal Date | County Code |
|---|---|---|---|---|---|---|---|
| Prudential Insurance Company Of America The | / 68241 | | Terminated | | 07/09/2013 | 03/09/2015 | |

## Regulatory Actions

**State of Action:**
**Origin of Action:**
**Reason for Action:**
**Disposition:**
**Date of Action:**   **Enter Date:**   **Penalty/Fine/Forfeiture:**
**Effective Date:**   **File Ref:**   **Time/Length of Order(Days):**

## Comments
No information Available

The Producer Database (PDB) compiles information provided by participating state insurance departments including licensing information on insurance producers and/or registered securities brokers and regulatory actions on insurance producers, companies and other entities engaged in the business of insurance. Not every state participates actively or fully in the PDB. The Producer Database does not report adverse licensing or regulatory action information on individuals if the information is more than seven (7) years old. Users are cautioned that the absence of information on a particular individual or entity should not be taken as conclusive that no licensing or regulatory action information exists. The information is provided "AS IS" and there is no guarantee of the truth or

accuracy of the information provided by the state insurance department. There is no guarantee the information in the PDB has not been modified, revised or updated and not reported by the state insurance department to the PDB.

2003 National Insurance Producer Registry. All rights reserved

[ New Search ]