UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| This Document Relates to: | : : | JUDGE BARBIER |
| No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . . . . .

### UNITED STATES' ERRATA SHEET FOR THE UNITED STATES' GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST

The United States hereby serves the following errata to the United States' Good Faith Penalty Phase Exhibit List (Second Installment) filed on December 12, 2014.  Entries TREX 001914, 003212, and 13458 amend existing entries for accuracy and completeness.  TREX-233862 is an addition to the United States exhibit list.  Copies of each of these documents are included in the United States' production of December 19, 2014.  The United States continues to reserve its right to use and seek admission of any document included on an exhibit list offered by any other party in the Penalty Phase of this case.

| Trial Exhibit Number | First Bates | Last Bates | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|---|
| TREX-001914 | ANA-MDL-000041074 | ANA-MDL-000041118 | 3/15/2012 | E-Mail - From: Robert Strickling[Robert.Strickling@Anadarko.com] Sent: Mon 10/19/2009 4:23:49 PM To: Robert Strickling[Robert.Strickling@Anadarko.com] - Subject: RE: Value of Interest in Blacktail Silverton & Mauna Kea and attached PowerPoint titled "Macondo Prospect October |

|  |  |  |  | 2009" |
|---|---|---|---|---|
| TREX-003212 | BP-HZN-2179MDL01769494 | BP-HZN-2179MDL01769494 | 4/27/2010 | E-Mail - From: Rainey, David I Sent: Tue Apr 27 15:58:35 2010 - Subject: spill vol.xls |
| TREX-013458 | No Bates | No Bates | 8/12/2014 | EPA Response to BP Spill in the Gulf of Mexico - Water Quality Benchmarks for Aquatic Life |
| TREX-233862 | No Bates | No Bates | 6/17/2014 | Deposition Transcript of Captain James Hanzalik |

Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division

| | |
|---|---|
| JOYCE BRAND | SARAH HIMMELHOCH |
| Acting Assistant Attorney General | Senior Litigation Counsel |
| Civil Division | NANCY FLICKINGER |
| PETER FROST | Senior Attorney |
| Director, Torts Branch, Civil Division | RICHARD GLADSTEIN |
| Admiralty and Aviation | PATRICK CASEY |
| STEPHEN G. FLYNN | Senior Counsel |
| Assistant Director | A. NATHANIEL CHAKERES |
| SHARON SHUTLER | JUDY HARVEY |
| MALINDA LAWRENCE | RACHEL KING |
| LAURA MAYBERRY | ERICA PENCAK |
| Trial Attorneys | ABIGAIL ANDRE |
| | RACHEL HANKEY |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |

JOYCE BRAND
Acting Assistant Attorney General
Civil Division
PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

SARAH HIMMELHOCH
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney
RICHARD GLADSTEIN
PATRICK CASEY
Senior Counsel
A. NATHANIEL CHAKERES
JUDY HARVEY
RACHEL KING
ERICA PENCAK
ABIGAIL ANDRE
RACHEL HANKEY
BRANDON ROBERS
GORDON YOUNG
Trial Attorneys

/s/ Steven O'Rourke
STEVEN O'ROURKE
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611, Washington, D.C. 20044
Telephone:  202-514-2779
E-mail:  steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the Unite States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 19th day of December, 2014.

                                                /s/ Steven O'Rourke
                                                U.S. Department of Justice