UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

<u>**CLEAN WATER ACT – PENALTY PHASE**</u>

**OMNIBUS EX PARTE MOTION BY THE UNITED STATES FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND REQUEST FOR AN ORDER**

Pursuant to the Pre-Trial Order 13 [Rec. Doc. No. 641], in an abundance of caution and to avoid disclosing any information identified by BPXP as "Confidential" and/or "Highly Confidential," the United States respectfully requests leave to file under seal several documents filed today:

1. United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act Penalty on BP Group Entities other than BPXP, and to Exclude Financial Information Relating to BP Group Entities other than BPXP, and exhibits;

2. Unredacted versions of the Pre-Trial Statements of the United States Regarding the Appropriate Civil Penalty for BPXP and APC.

The specific documents are listed in the Proposed Order. The United States also requests that the Court enter an order requiring BPXP to identify portions of the United States' Memorandum in Opposition that can be filed in the public record. BPXP has agreed to identify which portions of the United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act

Penalty on BP Group Entities other than BPXP, and to Exclude Financial Information Relating to BP Group Entities other than BPXP, should be redacted and which can be filed in the public record by December 29, 2014. Thereafter, the United States will file a redacted version of the Memorandum.

A proposed order is attached.

Date: December 19, 2014

                                                         Respectfully submitted,

| | |
|---|---|
| JOYCE BRANDA | SAM HIRSCH |
| Acting Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | Senior Litigation Counsel for E-Discovery |
| Admiralty and Aviation | MICHAEL MCNULTY |
| SHARON SHUTLER | Senior Counsel |
| MALINDA LAWRENCE | NANCY FLICKINGER |
| LAURA MAYBERRY | Senior Attorney |
| Trial Attorneys | PATRICK CASEY |
| R. MICHAEL UNDERHILL, T.A | RICHARD GLADSTEIN |
| Attorney in Charge, West Coast Office | DANIEL S. SMITH |
| | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |

                                                         /s/ Steven O'Rourke
                                                         _____
                                                         STEVEN O'ROURKE
                                                         Senior Attorney
                                                         Environmental Enforcement Section
                                                         U.S. Department of Justice

P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 19th day of December, 2014.

Date: December 19, 2014.                    /s/ Steven O'Rourke
                                            U.S. Department of Justice