# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |

## EX PARTE MOTION BY BPXP FOR LEAVE TO FILE BPXP'S AND ANADARKO'S PRETRIAL MEMORANDUM FOR THE PENALTY PHASE TRIAL UNDER SEAL

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal an unredacted version of BPXP's and Anadarko's Pretrial Memorandum for the Penalty Phase Trial. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." The unredacted version of BPXP's and Anadarko's Pretrial Memorandum for the Penalty Phase Trial contains confidential commercial information of BPXP. BPXP is filing a public version of the Memorandum from which the confidential information has been redacted.

WHEREFORE, BPXP respectfully prays the Court for an Order granting it leave to file under seal an unredacted version of BPXP's and Anadarko's Pretrial Memorandum for the Penalty Phase Trial.

| | |
|---|---|
| Date: December 19, 2014 | Respectfully submitted, |

/s/ Don K. Haycraft  
Don K. Haycraft (Bar #14361)  
R. Keith Jarrett (Bar #16984)  
Liskow & Lewis  
701 Poydras Street, Suite 5000  
New Orleans, Louisiana 70139-5099  
Telephone: (504) 581-7979  
Facsimile: (504) 556-4108  
and  

Richard C. Godfrey, P.C.  
J. Andrew Langan, P.C.  
Hariklia Karis, P.C.  
Matthew Regan, P.C.  
Kirkland & Ellis LLP  
300 North LaSalle Street  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Facsimile: (312) 862-2200  

Robert C. "Mike" Brock  
Kirkland & Ellis LLP  
655 15th Street, NW  
Washington, DC 20005  
Telephone: (202) 879-5000  
Facsimile: (202) 879-5200  

***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of December, 2014.

                                                               */s/ Don K. Haycraft*
                                                               Don K. Haycraft