UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | : : : : : | MDL No. 2179  SECTION: J |
| This Document Relates to: No. 10-4536 | : : : : | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

BP EXPLORATION & PRODUCTION INC.'S
VIDEO CLIP DESIGNATIONS FOR ITS CASE-IN-CHIEF

Pursuant to the Court's Order Regarding Amended Penalty Phase Schedule (Rec. Doc. 13428), BP Exploration & Production Inc. (BPXP) discloses the following video clips that it may use in its case-in-chief.

1. Allen -- September 24-25, 2012 deposition: 14:20-15:1, 128:4-9, 128:24-129:3, 129:7-8, 131:15-132:22, 132:24-133:3, 190:23-191:03, 191:10-192:15, 197:3-6, 197:9-18, 197:20-21, 403:8-13, 476:6-10, 476:12-14, 476:17;

2. Austin -- July 17, 2014 deposition: 95:19-97:7, 97:9-22, 103:6-13, 103:22-104:11, 118:8-119:5, 125:12-15, 144:22-145:4, 148:20-22, 148:24, 149:3-7, 161:18-21, 161:23-25, 172:6-9, 172:17-20, 200:1-201:20, 201:21-23, 202:11-203:20, 217:11-14, 223:23-224:7, 224:9-225:3, 225:5-14, 233:6-12, 235:22-236:9, 236:10-237:6, 254:5-12, 254:14-24;

3. Barron -- June 24, 2014  deposition: 54:22-55:7, 56:18-56:21, 56:24-57:6, 57:9-14, 68:7-9, 68:12-15, 69:19-22, 69:25, 113:19-115:10, 121:22-122:8, 131:18-22, 131:24-132:7, 133:5-11, 164:8-11, 164:13-164:19, 164:22, 193:11-20, 194:10-11, 194:14, 195:18-23, 195:25, 202:4-6, 202:8, 202:11-12, 281:3-7, 281:9-23, 281:25-282:5, 282:7-13, 282:16 -22, 212:4-18, 214:11-13, 214:15;

4. Bray -- July 16, 2014  deposition: 287:5-299:15, 307:15-308:13, 308:20-309:13, 313:25-315:25, 312:16-21, 312:24-313:21, 316:9-317:9;

5. Casey -- June 24, 2014  deposition: 35:1-4, 35:9-15;

6. Conmy -- June 26, 2014  deposition: 32:14-33:5, 33:19-22, 33:24-34:10, 38:17-21, 39:13-40:1, 40:4-5, 45:18-21, 45:23, 47:16-19, 47:22-48:1, 48:3, 49:21-25, 50:3-4, 50:24-51:1, 51:3-7, 51:9, 52:4-10, 52:17-21, 71:14-22, 71:24-72:4, 82:5-10, 82:13-21, 96:12-14, 96:16-18, 117:3-19, 208:12-16, 212:1-12, 282:12-15, 282:17-18, 283:17-21, 283:23-25, 284:1-4, 284:6, 295:3-6, 295:8, 296:14-16, 296:18-23, 296:25, 297:1-2, 297: 4-23, 297:25-298:1, 300:6-12,, 300:14-25, 301:2, 305:6-13, 307:12-23;

7. Cross -- June 26, 2014  deposition: 203:12-204:15, 205:25-207:1, 207:15-207:22, 208:21-210:1, 215:19-216:8, 216:12-217:13, 221:21-222:20, 233:22-235:18;

8. Folse -- June 16, 2014 deposition: 195:16-197:21, 213:15-215:23;

9. Hanzalik -- June 17, 2014  deposition: 9:10-12, 10:4-14, 12:19-13-3, 14:19-21, 14:23-16:14, 16:19-22, 18:16-19:10, 19:22-20:2, 29:1-9, 29:11-21, 31:16-19, 31:21-32:7, 35:12-16, 36:9-13, 37:10-17, 38:14-18, 38:22-24, 39:1, 39:13-40:14, 40:19-25, 41:2-42:6, 42:17-43:9, 43:11-44:15, 44:17-24, 45:11-13, 46:4-48:4, 48:9-49:4, 50:1-5, 50:7-13, 52:23-25, 53:2, 53:25-54:15, 56:22-57:5, 58:8-10, 72:23-73:1, 73:4-8, 74:20-75:4, 75:6, 77:10-14, 80:19-21, 80:23-81:19, 81:21-25, 82:2, 90:5-16, 90:18-22, 91:6-10, 91:11-14, 92:2-4, 92:17-21, 95:3-6, 98:12-18, 98:20, 101:9-14, 101:16-22, 109:3-9, 109:11-12, 110:15-19, 110:21-24, 111:1-111:19, 111:21-112:6, 112:8-15, 112:17-113:2, 113:4-6, 113:24-114:19, 119:9-13, 119:15-18, 121:14-23, 127:5-11, 130:17-131:6, 131:12-132:13, 132:24-133:2, 133:4, 138:15-17, 138:19-21, 138:25-139:6, 139:8-21, 139:23, 140:2-5, 140:7-10, 140:12-141:4, 141:6-7, 141:21-23, 141:25-142:9, 143:3-6, 143:8, 143:16-19, 143:21-144:5, 144:7-15, 144:17-20, 144:22-145:4, 145:6, 156:15-18, 156:20-21, 157:17-22, 157:25-158:13, 163:18-23, 164:8-18, 164:20-22, 171:19-23, 172:5-173:14, 173:16-174:1, 174:4-11, 174:13-20, 174:22-25, 176:11-13, 176:15-17, 177:8-15, 180:19-24, 182:15-17, 182:19-21, 183:9-13, 183:15-21, 183:23, 184:9-12, 184:14, 192:23-193:1, 193:5-10, 193:17-194:3, 194:5-13, 194:19-22, 194:24-195:23, 195:4-23, 197:6-8, 197:17-19, 198:2-7, 198:16-20, 198:25-199:21, 200:8-201:24, 202:1-4, 202:6-13, 202:15-20, 202:25-203:4, 207:21-23, 207:25-208:18, 212:7-10, 223:14-18, 223:20-224:6, 224:8, 225:5-10, 225:12, 232:11-14, 232:16, 241:7-242:21, 243:9-244:9, 248:16-23, 248:25, 262:16-263:18, 263:20-264:15, 264:17-18;

10. Hein -- July 9, 2014 deposition: 37:3-37:18, 38:15-39:11, 40:5-40:10, 40:14-18, 46:6-15, 48:9-14, 48:21-25, 49:3-12, 56:7-12, 63:6-64:8, 64:10-22, 65:8-16, 67:11-68:19, 68:21-70:18, 81 :25-82:4, 82:6-82:7, 160:18-161:3, 161:5-11, 251:17-252:13, 253:6-254:7, 254:22-25, 258:18-259:3;

11. Kulesa -- July 15, 2014  deposition: 121:25-122:3, 122:5-122:7, 122:9-122:14, 122:16-122:19, 124:2-4, 124:6-8, 134:17-134:20, 134:22-134:24, 223:11-223:14, 223:16-18, 224:7-12, 225:5-24, 226:8-24, 226:25-227:13, 229:10-19, 230:21-231:14, 231:19-232:19, 232:20-233:25, 267:8-267:11, 267:13-267:17, 267:19-267:21;

12. Laferriere -- August 5, 2014  deposition: 122:15 - 122:22, 97:8 - 97:9, 97:11 - 97:19, 109:20-24, 128:1 - 128:3, 128:5 - 128:9, 130:18 - 130:20, 130:22 - 131:4, 131:14 - 131:17, 131:19 - 131:21, 139:17 - 140:5, 140:10 - 140:17, 99:1 - 99:3, 99:5 - 99:8, 179:24 - 180:7, 209:12 - 210:21, 222:1 - 222:5, 222:7 - 222:21, 232:17 - 234:4, 263:17 - 263:24, 264:1 - 264:3, 373:6 - 373:13, 373:23 - 374:11, 336:17 - 336:21, 336:23 - 336:23, 150:16 - 150:19, 150:21 - 150:22, 157:12 - 157:15, 157:17 - 157:21, 159:20 - 159:25, 177:9 - 177:17, 177:19 - 177:19, 181:6 - 181:8, 181:10 - 181:19;

13. Landry -- October 22-23, 2012 deposition: 400:2-400:10, 400:12-401:16, 419:10-420:19, 519:5-519:25, 520:2-18, 520:22-521:15, 548:14-549:2, 556:19-557:16;

14. Lubchenco -- July 10, 2014 deposition: 89:19-91:12, 198:4-19, 198:20-24, 237:15-238:6, 238:14-15, 238:21-239:3, 239:11-240:23;

15. Luton -- June 17, 2014  deposition: 7:13-15, 8:5-14, 75:25-76:1, 76:20-25, 77:2-12, 77:13-23, 85:20-24, 86:1-2, 87:20-88:3, 88:5-10, 88:12-14, 88:16, 94:12-17, 95:1-2, 95:4-7, 95:9, 95:20-24, 96:4-5, 96:7-10, 96:12, 101:5-9, 101:11, 102:16-19, 102:21, 103:9-14, 103:16-18, 107:23-25, 108:2, 108:10-12, 108:14, 108:15-16, 108:18-22, 108:24, 135:9-16, 135:17-19, 151:14-18, 151:20, 156:24-157:7, 157:9, 161:9-13, 161:20-24, 162:1-3, 166:2-5, 166:7, 166:8-11, 166:13-18, 166:19-22, 167:20-22, 167:24-168:3, 169:8-11, 169:13, 169:19-22, 169:24-25;

16. McCleary -- July 18, 2014  deposition: 10:18-21, 18:6-12, 28:1-5, 37:3-37:17, 37:3-37:17, 51:1-7, 77:15-25, 93:12-22, 94:17-19, 98:19-23, 99:4-6, 116:10-13, 117:5-8, 117:13-15, 128:20-130:1, 131:1-6, 131:8-12, 150:13-16, 151:9-151:16, 152:4-17, 158:16-22, 160:14-23, 160:25-162:4, 181:23-182:6, 182:8-13, 182:20-23, 183:3-6, 191:21-192:2, 192:7-193:9, 193:15-17, 194:15-18, 195:1-4, 195:11-15, 195:22-24, 196:4-197:9, 197:14-15, 197:16-21, 198:10-199:3, 202:13-204:11, 204:22-205:5, 205:9-13, 222:13-223:1, 223:3-9, 222:13-19;

17. McNulty -- July 1, 2014  deposition: 124:18-125:23, 125:25-126:1, 126:23-24, 126:15-21, 127:20-129:19;

18. Merten -- June 11, 2014  deposition: 57:3-4, 57:6-10, 57:15-19, 57:22-58:1, 58:9, 71:17-20, 71:22-72:2, 72:3-7, 72:9-14, 139:4-12, 143:4-14, 149:1-5, 149:7;

19. Miller -- July 10, 2014  deposition: 165:4-166:23, 170:2-11;

20. Utsler -- June 27, 2014  deposition: 10:21-11:9, 11:10-16, 22:18-23:14, 44:6-24, 44:25-45:4, 200:10-13, 202:9-16, 206:13-209:5, 282:16-284:25, 285:1-286:3, 286:4-21, 306:7-13, 306:15-24, 307:1-308:6, 308:8-10, 308:12, 310:10-15, 310:17-311:2, 311:4-20, 311:22-313:1, 313:3-314:7, 316:5-317:14, 320:20-321:21, 322:20-24, 323:1-8, and

21. Watson -- December 19-20, 2012 deposition: 52:8-14, 57:19-58:19, 59:23-60:14, 62:1-4, 229:19-230:2, 233:25-234:10, 242:18-243:4, 251:14-252:12, 252:14-253:6, 253:8-25, 254:2-12, 297:2-10, 297:11-18, 297:25-298:3, 298:5-300:2,

325:19-326:12, 328:9-13, 345:21-346:5, 346:7-9, 384:5-10, 384:12-13, 385:9-386:12, 488:25-489:9, 490:13-18, 490:25-491:11.

BPXP reserves the right to revise or supplement these designations consistent with the Court's rulings on pretrial motions.

Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
 (504) 581-7979 (Tel)
 (504) 556-4108 (Fax)

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

and

Robert C. "Mike" Brock
Joseph A. Eisert
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
202-879-5000 (Tel)
202-879-5200 (Fax)

*Attorneys for BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of December, 2014.

                                                  /s/ Don K. Haycraft
                                                  Don K. Haycraft