UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | Section J |
| | * | |
| This document applies to:   C.A. 12-970 | * | Honorable CARL J. BARBIER |
| *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration &* | * | |
| *Production Inc., et al.* | * | Mag. Judge SHUSHAN |
| | * | |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL FOR JASON ZIRLOTT AND CAPT. JAY, LLC

COMES NOW, Michael A. Wing and respectfully requests his name be withdrawn as counsel of record for Jason Zirlott and Capt. Jay, LLC:

1.   The claimants are represented by competent and honorable counsel, Regan and Sandhu.

WHEREFORE, premises considered, Michael A. Wing respectfully requests his name be withdrawn as counsel of record for claimants Jason Zirlott and Capt. Jay, LLC.

Respectfully submitted:

__/s/   Michael A. Wing_____
MICHAEL A. WING
ASB-W81M-7151
401 CHURCH ST. SUITE B
MOBILE, ALABAMA 36602
Office: 251-433-7468
Fax: 251-432-3736
graywing@michaelwing.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically

filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this  20th  day of December , 2014.

                                                                          /s/  Michael A. Wing  
                                                                         MICHAEL A. WING