
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | Section J |
| | * | |
| **This document applies to:   C.A. 12-970** | * | Honorable CARL J. BARBIER |
| *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration &* | * | |
| *Production Inc., et al.* | * | Mag. Judge SHUSHAN |
| | * | |
| | * | |

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that the name of MICHAEL A. WING be withdrawn as counsel of record for claimants, Jason Zirlott and Capt. Jay, LLC. in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
JUDGE