UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * | MAG. JUDGE SHUSHAN |
| | * | **JURY TRIAL DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiff Cameron International Corporation ("Cameron") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the First Amended Judgment entered on December 15, 2014 [Dkt. 13852], as well as the related Order and Reasons and Judgment entered October 31, 2014 [Dkt. Nos. 13583, 13588], granting Defendant Liberty Insurance Underwriters, Inc. summary judgment as to Cameron's claim to indemnity for defense expenses and claims under Chapters 541 and 542 of the Texas Insurance Code, and Order entered December 12, 2014 [Dkt. No. 13833], denying Cameron's request for attorneys' fees under Chapter 38 of the Texas Civil Practice and Remedies Code, and any and all other rulings, orders, or actions of this Court entered or taken in connection with the Amended Judgment of this Court referenced above.

Dated: December 22, 2014   */s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
cbertaut@stonepigman.com
Stone Pigman Walther Wittmann l.l.c.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
jkorn@willkie.com
787 Seventh Avenue
New York, New York  10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22th day of December, 2014.

*/s/ Phillip A. Wittmann*

1176551v1