UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 Section J |
| This document applies to: C.A. 12-970 *Bon Secour Fisheries, Inc., et al.* *v. BP Exploration &* *Production Inc., et al.* | * * * * * * | Honorable CARL J. BARBIER Mag. Judge SHUSHAN |

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that the name of MICHAEL A. WING be withdrawn as counsel of record for claimants, Jason Zirlott and Capt. Jay, LLC. in the above-captioned matter.

New Orleans, Louisiana this 22nd day of December, 2014.

_____
United States District Judge