IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | CIVIL ACTION NO.: 12-970 |
| | * | MDL No. 2179 |
| | * | SECTION: J |
| This Document Relates to: *All Cases* | * * | JUDGE: BARBIER |
| (Including Civil Action No. 12-970) | * * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR APPOINTMENT
### AS COURT-APPROVEED STRUCTERD SETTLMENT BROKER

Considering the Motion for Appointment as *Court-Approved Structured Settlement Broker*, filed by Randal E. Gassman and Lacie Odom Young.

IT IS HEREBY ORDERED THAT movers, RANDAL E. GASSMAN and LACIE ODOM YOUNG, is hereby approved and appointed to act as a Court-approved structured settlement broker pursuant to the terms and conditions of this *Court's Order Providing for Structured Settlement Option and Amendment to Release* [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], and the Court's Order of Setember 17, 2013 [Doc. 11404].

New Orleans, Louisiana, this __22nd__ day of __December__, 2014.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**