# EXHIBIT 2

**to**

**UNITED STATES' REPLY IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE LEGAL OPINION TESTIMONY OF DAVID SUNDING**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 2:96CV1204 |
| v. ) | |
| ) | |
| SMITHFIELD FOODS, INC., ) | |
| SMITHFIELD PACKING COMPANY, INC. ) | |
| and GWALTNEY OF SMITHFIELD, LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ON FINAL PRETRIAL CONFERENCE

In conformance with the Local Rules for the United States District Court for the Eastern District of Virginia relating to pre-trial procedure, it is ORDERED that:

1. The parties hereto agree upon stipulation with respect to certain undisputed facts, for purposes of this case only, as follows:

    (1) The statute of limitations applicable to the United States' claims in this action was tolled between November 1, 1996 and December 16, 1996.

    (2) Smithfield Foods, Inc. ("Smithfield Foods") is a Delaware corporation doing business at 900 Dominion Tower, 999 Waterside Drive, Norfolk, Virginia.

    (3) Smithfield Packing Company, Inc. ("Smithfield Packing") is a Virginia corporation doing business at 501 North Church Street, Smithfield, Virginia.

    (4) Gwaltney of Smithfield, Ltd. ("Gwaltney") is a Delaware corporation doing business at 601 North Church Street, Smithfield, Virginia.

1

    3. (a) The names and addresses of the witnesses who will or may testify in person or by the deposition at the instance of the Plaintiff, and the purposes of such testimony, are as follows.

(i) Guy Mark Aydlett
   Hampton Roads Sanitation District
   1436 Air Rail Road
   Virginia Beach, Virginia 23455

   Mr. Aydlett may be called to testify about discussions, sampling, and analysis conducted with respect to the Defendants' connection to the Hampton Roads Sanitation District.

(ii) David Bower
   Virginia Marine Resources Commission
   2600 Washington Avenue, 3rd floor
   P. O. Box 756
   Newport News, VA 23607
   (757) 247-2061

   Mr. Bower may be called to testify regarding the fish landing data offered by the United States.

(iii) Royce Bridger
   Virginia Marine Resources Commission
   2600 Washington Avenue, 3rd floor
   P. O. Box 756
   Newport News, VA 23607
   (757) 247-2230

   Mr. Bridger may be called to testify regarding the maps of shellfish beds in the Pagan River.

(iv) Daniel Dauer
   Old Dominion University
   Department of Biological Sciences
   Norfolk, VA 23529-0266

   Dr. Dauer may be called to testify regarding benthic sample collection. Defendants' object to the calling of this witness on the grounds that he was not identified as an expert witness and no expert report has been provided to the defendants.

(v) Jeffrey B. Frithsen
   Versar, Inc.
   9200 Rumsey Road
   Columbia, MD 21045

Dr. Frithsen may be called to testify regarding the impacts of the Defendants' violations as an expert in estuarine ecology.

(vi)  David Solomon Gussman
Virginia Department of Environmental Quality
629 East Main Street
Richmond, Virginia 23219

Dr. Gussman may be called to testify regarding the inspection reports prepared by DEQ.

(vii)  Robert Harris
Denbo, Harris & Co.
2000 A Southbridge Parkway, Suite 630
Birmingham, AL 35209

Mr. Harris will be called as an expert in financial analysis regarding the economic benefit the Defendants received from their violations.

(viii)  Toni Jones
Town of Smithfield
Smithfield, Va.

Ms. Jones may be called to testify regarding the sewer connection data.

(ix)  Nancy Mountford
Cove Corporation
10200 Breeden Road
Lusby, MD 20657

Ms. Mountford may be called to testify regarding benthic sample processing. Defendants' object to the calling of this witness on the grounds that he was not identified as an expert witness and no expert report has been provided to the defendants.

(xix)  Donald Niehus
U.S. Environmental Protection Agency
841 Chestnut Building
Philadelphia, PA 19107

Mr. Niehus may testify regarding the Virginia Revolving Fund if the Court allows the Defendants to offer evidence on issues already decided in this Court's May 30, 1997 Order. Defendants object to the listing of this witness as untimely.

(x)  Wesley O. Pipes
Drexel University
31st & Chestnut Street
Philadelphia, PA 19107

Dr. Pipes is expected to testify as an expert in environmental microbiology regarding the impact of the Defendants' violations.

(xi)  J. Ananda Ranasinghe
Versar, Inc.
9200 Rumsey Road
Columbia, MD 21045-1934

J. Ananda Ranasinghe may be called to testify regarding water quality data analysis. Defendants' object to the calling of this witness on the grounds that he was not identified as an expert witness and no expert report has been provided to the defendants.

(xii)  Terence L. Rettig
Federal Correctional Institute
Petersburg, VA

Mr. Rettig may be called to testify regarding the operations and maintenance of the Defendants' wastewater treatment plant, as well as the circumstances surrounding the Missing' submission of false discharge monitoring reports and destruction of records. Defendants object to the calling of this witness for reasons stated in their motion in limine.

(xiii)  Lorraine H. Reynolds
Environmental Protection Agency, Region III
841 Chestnut Street
Philadelphia, PA  19107

Ms. Reynolds will be called to testify regarding the number of the Defendants' violations and the impact of the Defendants' violations.

(xiv)  William A. Richkus
Versar, Inc.
9200 Rumsey Road
Columbia, MD 21045

Dr. Richkus will be called as an expert in fisheries biology regarding the impact of the Defendants' violations.

(xv)  Cheryl Scarboro
Old Dominion University
Department of Biological Sciences
Norfolk, VA 23529-0266

Ms. Scarboro may be called to testify regarding benthic sample collection. Defendants' object to the calling of this witness on the grounds that he was not identified as an expert witness and no expert report has been provided to the defendants.

(xvi)  Stephen Schreiner
Versar, Inc.
9200 Rumsey Road
Columbia, MD. 21045

  Mr. Schreiner may be called to testify regarding the simple water quality model. Defendants' object to the calling of this witness on the grounds that he was not identified as an expert witness and no expert report has been provided to the defendants.

(xvii) Ms. Lisa Scott
   Versar, Inc.
   9200 Rumsey Road
   Columbia, MD 21045-1934

  Ms. Scott may be called to testify regarding benthic sample processing. Defendants' object to the calling of this witness on the grounds that he was not identified as an expert witness and no expert report has been provided to the defendants.

(xviii) Jonathan S. Shefftz
   Industrial Economics, Inc.
   2067 Massachusetts Avenue
   Cambridge, MA 02140

  Mr. Shefftz may be called to testify as an expert in financial analysis regarding the economic benefit the Defendants made from their violations.

(xix) Kathleen Stager Henry
   U.S. Environmental Protection Agency
   841 Chestnut Building
   Philadelphia, PA 19107

  Ms. Stager Henry may be called to testify regarding the activities of EPA with respect to the issuance of the 1992 permit, if the Court permits Defendants to proffer evidence on issues already decided by this Court in its Order of May 30, 1997. Defendants object to the listing of this witness as untimely.

(xix) Garry Edward Stigall
   SAIC, Inc.
   420 Berkshire Drive
   Riva, MD 21140

  Mr. Stigall will be called as an expert sanitary engineer regarding the causes of the Defendants' violations, the costs of corrective measures taken by the Defendants, and the level of production consistent with compliance with the Defendants' Permit.

(xx) Elizabeth Carol Sullivan
   CH2M Hill, Inc.
   625 Herndon Parkway
   Herndon, Virginia 22070

Ms. Sullivan may be called to testify regarding the report prepared by CH2M Hill for the Defendants.

(xxi)  Debra Thompson
Virginia Department of Environmental Quality
5636 Southern Boulevard
Virginia Beach, Virginia

Ms. Thompson may be called to testify regarding inspections of the Defendants' facilities by the Department of Environmental Quality.

Any witness listed by Defendant. The Plaintiff reserves the right to use additional witnesses for the purposes of impeachment or rebuttal.

3. (b)  The names and addresses of the witnesses who will or may testify in person or by the deposition at the instance of the Defendants, and the purposes of such testimony, are as follows:

(i)  Edwin L. Barnhart, P.E., DDE
922 Stone Crab Cove
Fripp Island, South Carolina  29920
(803) 838-5378

Mr. Barnhart will be called as an expert regarding the matters addressed in his report, deposition and plaintiff's expert reports relating to water quality.

(ii)  Harvey Bryant, Esq.
Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510

Mr. Bryant will be called if an only if plaintiff objects to the admissibility of Defendants' Exhibit 92.

(iii)  Richard N. Burton
12313 Ashton Mill Terrace
Glen Allen, Virginia  23060
(804) 737-3130

Mr. Burton will be called as a witness regarding the negotiation of the consent orders issued by the Commonwealth of Virginia to Smithfield Foods, Inc. (The United States objects to this witness on the grounds that the testimony he will offer is irrelevant).

(iv)  Diane Carson
Smithfield Foods, Inc.

           111 North Church Street
           Smithfield, Virginia 23430
           (757) 357-4321

      Ms. Carson may be called as a fact witness regarding the events at the Defendants' plants during the relevant time period.

(v)      James B. Chapman
           Mayor, Town of Smithfield
           658 Main Street
           Smithfield, Virginia 23430
           (757) 357-2326

      Mr. Chapman may be called as a fact witness for the Defendants. (the United States objects to this witness on the grounds that the testimony he will proffer is irrelevant).

(vi)     Amy Thatcher Clarke
           Virginia Department of Environmental Quality
           4949A Cox Road
           Glen Allen, Virginia 23060
           (804) 698-4000

      Ms. Clarke may be called as a fact witness to testify regarding the negotiation of the consent orders. (The United States objects to this witness on the grounds that the testimony she will offer is irrelevant).

(vii)    William David Gill
           Smithfield Foods, Inc.
           111 North Church Street
           Smithfield, Virginia 23430
           (757) 357-4321

      Mr. Gill may be called as a fact witness regarding operation of Defendants' wastewater treatment plant, including efforts to improve such plant.

(viii)   Raymond L. Edwards
           Smithfield Foods, Inc.
           111 North Church Street
           Smithfield, Virginia 23430
           (757) 357-4321

      Mr. Edwards may be called as a fact witness regarding the Defendants' books and records.

(iv)     Roger Edwards
           Smithfield Foods, Inc.
           111 North Church Street
           Smithfield, Virginia 23430
           (757) 357-4321

Mr. Edwards may be called as a fact witness regarding events at the Defendants' wastewater treatment plants, including allegations by Rettig.

(v)  Robert H. Furhman
     The Brattle Group
     2000 K Street, N.W., Suite 610
     Washington, DC 20006-1809
     (202) 955-5050

Mr. Furhman will be called to testify regarding the economic benefit, if any, accrued by the Defendants.

(vi) Shockley D. Gardner
     Executive Director
     Virginia Resources Authority
     Mutual Building
     901 East Main Street, Suite 700
     Richmond, Virginia 23219
     (804) 644-3100

Mr. Gardner may be called as a fact witness to testify regarding the funding provided to Hampton Roads Sanitation District. (The United States objects to this witness on the grounds that the testimony he may offer is irrelevant).

(vii) ✓ Charles L. Massie
      Manager, Revolving Loan Fund
      Virginia Resources Authority
      Mutual Building, 901 East Main Street, Suite 700
      Richmond, Virginia 23219
      (804) 644-3100

Mr. Massie may be called as a fact witness to testify regarding the funding provided to Hampton Roads Sanitation District. (The United States objects to this witness on the grounds that the testimony he may offer is irrelevant).

(viii) David Solomon Gussman
       ✓ Virginia Department of Environmental Quality
       5636 Southern Boulevard
       Virginia Beach, Virginia
       (757) 518-2000

Mr. Gussman may be called as a fact witness to testify regarding the negotiation of consent orders issued to the Defendants by the Commonwealth of Virginia and inspections of Defendants' wastewater treatment plant. (The United States objects to this witness on the grounds that the testimony he will offer is irrelevant).

(ix) William Helleman
     109 Warren's Pond Road

        Toano, VA 23168
        (757) 566-0852

Mr. Helleman may be called as a fact witness to testify regarding the Defendants' activities.

(x)     Harry Kelso
        Virginia Department of Environmental Quality
        629 East Main Street
        Richmond, Virginia 23219
        (804) 698-4000

Mr. Kelso may be called as fact witness to testify regarding the negotiation of consent orders issued to the Defendants by the Commonwealth of Virginia. (The United States objects to this witness on the grounds that the testimony he may offer is irrelevant).

(xi)    A. Lawrence Kolbe
        The Brattle Group
        44 Brattle Street, 3rd Floor
        Cambridge, MA 02138-3736
        (617) 864-7900

Mr. Kolbe will be called as an expert to testify regarding the proper financial method to calculate the economic benefit of non-compliance.

(xii)   Bozena Lawryniuck
        Smithfield Foods, Inc.
        111 North Church Street
        Smithfield, Virginia 23430
        (757) 357-4321

Ms. Lawryniuck may be called as a fact witness to discuss events at the Defendants' facilities.

(xiii)  Larry Lively
        Smithfield Foods, Inc.
        111 North Church Street
        Smithfield, Virginia 23430
        (757) 357-4321

Mr. Lively may be called as a fact witness to regarding the operation of Defendants wastewater treatment plant.

(xiv)  Joseph W. Luter III
        Smithfield Foods, Inc.
        111 North Church Street
        Smithfield, VA 23430
        (757) 357-4321

Mr. Luter may be called as a fact witness to regarding the operation of Smithfield Foods, Inc.

(xv)   Robert Manly
       423 West 8th Street, Ste. 200
       Kansas City, MO
       (816) 843-1242

Mr. Manly may be called as a fact witness.

(xvi)  Professor Jeffrey Miller
       Pace University, School of Law
       78 N. Broadway
       White Plains, NY 10603

Professor Miller may be called as a fact witness to testify about the Environmental Protection Agency's use of consent orders. (The United States objects to this witness on the grounds that the testimony he may offer is irrelevant).

(xv)   Henry Morris
       Smithfield Foods, Inc.
       111 North Church Street
       Smithfield, Virginia 23430
       (757) 357-4321

Henry Morris may be called as a fact witness regarding the allegations by Rettig.

(xvi)  Larry Pope
       Smithfield Foods, Inc.
       111 North Church Street
       Smithfield, Virginia 23430
       (757) 357-4321

Mr. Pope may be called as a fact witness and regarding financial matters relating to the company.

(xvii) John Roland
       Virginia Asphalt Association
       6900 Patterson Avenue
       Richmond, Virginia 23226
       (804) 288-3169

Mr. Roland may be called as a fact witness to testify regarding the negotiation of consent orders between the Commonwealth of Virginia and Defendants. (The United States objects to this witness on the grounds that the testimony he may offer is irrelevant).

(xix)  J. Willis Sneed
       Wells Engineering Environmental, Inc.
       11237 Chicago Circle

Omaha, Nebraska 68154
(402) 330-0202

Mr. Sneed will be called to testify as a fact witness and an expert on the cost of certain equipment.

(xx)   Selinda Taylor
Smithfield Foods, Inc.
111 North Church Street
Smithfield, Virginia 23430
(757) 357-4321

Ms. Taylor may be called to testify regarding records retention practices of the Defendants.

(xxi)   Bennie Simpkins
Smithfield Foods, Inc.
111 North Church Street
Smithfield, Virginia 23430
(757) 357-4321

Mr. Simpkins may be called to testify regarding the operation and maintenance of the Defendants' wastewater treatment plants.

(xxii)   Debra Thompson
Virginia Department of Environmental Quality
5636 Southern Boulevard
Virginia Beach, Virginia
(757) 518-2000

Ms. Thompson may be called as a fact witness regarding the negotiations of consent orders between Defendants and the Commonwealth of Virginia and inspections of Defendants' wastewater treatment plant.

(xxiii)   Carl Julian Wood, Jr.
Smithfield Foods, Inc.
111 North Church Street
Smithfield, Virginia 23430
(757) 357-4321

Mr. Wood will testify as a fact witness.

All witnesses called and/or listed by the plaintiffs.

4.   (a)   The factual contentions of the plaintiff follow: