UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Supplemental Reports of R. Bruce Den Uyl and Ian Ratner in the Penalty Phase]**

Following the December 19, 2014 status conference regarding the Penalty Phase portion of the trial, the expert reports of R. Bruce Den Uyl and Ian Ratner have been reviewed. BP has requested that it be allowed to supplement Mr. Den Uyl's report to take into account the drop in oil prices since the issuance of his report. The U.S. objects to any supplementation arguing that an expert's opinion has to be fixed at a certain point of time and oil prices are inherently volatile.

In order to accommodate both points of view, the parties will be allowed to file a 2 page supplemental report by each expert. The supplemental report of Mr. Den Uyl will be due on or before **December 30, 2014**, and that of Mr. Ratner on or before **January 6, 2015**. Each report may express an opinion as to how the recent fall in oil prices affects the respective experts' opinions, if at all.

New Orleans, Louisiana, this 22nd day of December, 2014.

_____
CARL J. BARBIER
United States District Judge