IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: 12-970. | * * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Motion to File Under Seal BP's Motion Seeking Production of the McGladrey LLP Work Papers and Related Relief (Rec. Doc. 13871):

**IT IS HEREBY ORDERED,** that BP's Motion is GRANTED; and it is further **ORDERED** that BP's Motion Seeking Production of the McGladrey LLP Work Papers (and associated documents where appropriate) (Rec. Doc. 13870) be filed under seal.

New Orleans, Louisiana this 22nd day of December, 2014.

_____
United States District Judge