UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**ORDER GRANTING OMNIBUS *EX PARTE* MOTION BY THE UNITED STATES TO SEAL DOCUMENTS FILED IN OPPOSTION TO BPXP'S MOTION *IN LIMINE*, AND PRE-TRIAL STATEMENTS OF THE UNITED STATES**

Considering the Ex Parte Motion by the United States to file under seal, and for an order requiring BPXP to identify portions of the United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act Penalty on BP Group Entities other than BPXP, and to Exclude Financial Information Relating to BP Group Entities other than BPXP, that can be filed in the public record:

IT IS HEREBY ORDERED, that United States' Motion is **GRANTED**; and the following documents shall be filed under seal:

| Rec. Doc. Nos. | Title | Description |
|---|---|---|
| 13894 13894-3 13894-4 13894-5 13894-6 13894-7 13894-9 13894-10 13894-18 13894-23 13894-24 13894-25 13894-26 13894-28 13894-30 | United States' Memorandum in Opposition to BPXP's Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act Penalty on BP Group Entities other than BPXP, and to Exclude Financial Information Relating to BP Group Entities other than BPXP | Memo and Exhibits 3-7, 9-10, 18, 23-26, 28, 30, 32, 34-44. |

| | | |
|---|---|---|
| 13894-32<br>13894-34<br>13894-35<br>13894-36<br>13894-37<br>13894-38<br>13894-39<br>13894-40<br>13894-41<br>13894-42<br>13894-43<br>13894-44 | | |
| 13901 | Pre-Trial Statement of the United States Regarding the Appropriate Civil Penalty for BPXP | Redacted Text |
| 13896 | Pre-Trial Statement of the United States Regarding the Appropriate Civil Penalty for APC | Redacted Text |

It is further ORDERED that BPXP shall identify by December 29, 2014 the portions of the United States' Opposition to BPXP's Motion to Exclude that can be filed in the public record.

SO ORDERED. New Orleans, Louisiana this 22nd day of December, 2014.

UNITED STATES DISTRICT JUDGE