IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) ) | MDL 2179 |
| ) ) | Section J |
| This Document Applies to: ) ) | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc, et ) al.v. BP Exploration & Production Inc, et al. ) | Mag. Judge Shushan |

## AFFIDAVIT OF JASON ZIRLOTT

I, JASON ZIRLOTT, having been duly sworn, and with firsthand knowledge of following do depose and state as follows:

1. I am an adult resident of Mobile County, Alabama, and I have personal firsthand knowledge of the following:

2. I did not graduate from high school, but completed the 10th grade.

3. Since dropping out of high school, I have been a commercial fisherman.

4. I attempted to file a claim on my own following the BP oil spill, but I was uncertain as to the meaning of many of the terms of the application documents, and I failed to understand all of the questions. I saw tab B of the Special Master's motion which was my 6-12-10 application, where I listed my total income for the years of 2009, 2008, and 2007. I failed to read the whole question, but didn't intend to mislead anyone.

5. I gave my tax return information to the claims facility in Bayou la Batre and I did not try to conceal anything, although I now recognize the question 9 specifically asked for "the amount of income listed on your tax returns from sales of fish for the past three years."

6. I was a commercial fisherman, paid income tax on the amounts listed from my tax returns, and as reflected on my answer to question number 13, I was not sure about the answers to all of the questions.

7. I have always been a commercial fisherman, and in the off seasons, like

many other commercial fishermen, I have cleaned the bottoms of our fishing areas. In my career as a commercial fisherman, water debris clean up is part of commercial fishing, although sometimes unintentional.

8. I simply put my total income as listed on my taxes in response to the question number 9, and I did not intend to deceive anyone.

9. I ended up getting a lawyer to help with the claim process because I did not think I knew enough.

10. I provided my former counsel with all of the information they requested, including my taxes, and the Quick Books back up disc generated by my wife that we always turn into our accountant for our taxes.

11. My former counsel had all of the information that they requested, and it is more information than was attached to the Special Master's motion for return of payments and his attached memo.

12. The attachments to the Special Master's motion do not include all of the information that I provided to my former counsel. I provided everything asked for, including my Quick Books data on disc that my wife keeps that makes plainly available all the sources of my income declared on my taxes, and on which I paid taxes.

13. While some of my income comes from dragging sonar before I drag my nets to clean the bottom of our fishing grounds, it all comes from my operation of my boat the Capt. Jay, and it is all related to my entire career as a commercial fisherman. I disclosed this to my prior counsel.

14. I did not read all of the many pages that were prepared by my former counsel. There is no way I could have understood all of the words on the pages, if I were to have had to read them all. I simply signed where I was told to sign, but I had given my former counsel all of the information that the Special Master claims I concealed.

15. I did not intentionally conceal anything. I did not and do not know the entire process of which claims can be or have been made. I have disclosed the source of my income, and thought that I had done everything correctly.

16. I paid taxes on all of my income.

17. I did not make up income that I had not earned, and I didn't try to hide it. If I am not supposed to be paid on some of the income I made on my boat, I do not want to be prohibited from being paid on whatever parts are allowable.

18. My wife handles the Quick Books for me and Capt. Jay, LLC, and she provided to our former counsel all that was requested. My wife Rigonette Zirlott will

explain in her affidavit that she's used that Quick books program for me in the usual course of business for approximately eleven years.

19. I did not sign the 2012 claim that I made all my money from shrimping. That is not my signature on Exhibits D and E attached to the clawback motion. I disclosed to my attorneys all sources of my income.

FURTHER AFFIANT SAITH NOT.

_____
JASON ZIRLOTT

**STATE OF ALABAMA:**

**COUNTY OF MOBILE:**

I, the undersigned Notary Public in and for said State and County, do hereby certify that JASON ZIRLOTT whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day, that, being informed of the contents of said Affidavit, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this 20th, day of December, 2014.

_____
NOTARY PUBLIC, STATE OF ALABAMA
AT LARGE

My Commission Expires: 07/31/2018