IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) | MDL 2179 |
| | ) | Section J |
| This Document Applies to: | ) | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc, et al.v. BP Exploration & Production Inc, et al. | ) | Mag. Judge Shushan |

**AFFIDAVIT OF RIGONETTE ZIRLOTT**

I, RIGONETTE ZIRLOTT, having been duly sworn, and with firsthand knowledge of following do depose and state as follows:

1. I am an adult resident of Mobile County, Alabama, and I have personal firsthand knowledge of the following:

2. I am married Jason Zirlott and have been since 1998.

3. My husband has been a commercial fisherman since before we got married.

4. I helped my husband with his BP claim by responding to emails from his former counsel.

5. I gave my husband's tax return information, including a Quick Books back up disc that had all revenue sources on it for all the years requested by counsel, such that there was no reason for former counsel to have generated any document for my husband to sign that was based on anything other than the actual tax and Quick Books accounting records that I personally handed to former counsel's runner.

6. I have personally seen reports that can be generated from that Quick Books disc that would reveal each source of my husband's income. I made that disc on the same day that I got the email asking for it. (Ex. A)

7. We have worked hard and paid our taxes. I do not understand how my husband is supposed to have concealed anything when I personally gave everything to

his former counsel.

FURTHER AFFIANT SAITH NOT.

RIGONETTE ZIRLOTT

**STATE OF ALABAMA:**

**COUNTY OF MOBILE:**

I, the undersigned Notary Public in and for said State and County, do hereby certify that RIGONETTE ZIRLOTT whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day, that, being informed of the contents of said Affidavit, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal, this 20TH, day of Decmber, 2014.

JAMES E. RICE NOTARY PUBLIC ALABAMA STATE AT LARGE

NOTARY PUBLIC, STATE OF ALABAMA
AT LARGE

My Commission Expires: 07/21/2018