# CLIENT PROFILE

**Client Name:** CAPT. JAY, LLC
(If business, indicate the business name(s) that has been affected by the oil spill in the Gulf of Mexico)

Last 4 digits of Social Security Number (individual) or Tax ID Number (business): [redacted]

GCCF Claimant ID: [redacted] (if applicable)

**Client Contact(s):** Jason [redacted], Rigonette [redacted]

**Mailing Address:** [redacted]

**Phone Number(s)**
Home: [redacted]
Work:
Cell: [redacted]

**Email Address:** [redacted]

Describe any business you are involved in (charter boats, oystering, shrimping, real property rental or management, hotel operator, restaurant, etc.)

Shrimping, oystering, crabbing, water debris removal

If damages relate to real estate, list the addresses of each affected property and indicate whether the property is rental or personal residence. If you have sold the property since the oil spill, please provide the date the property was sold.

**Date Completed:** 4-16-12

CJ-0002

|        |        |
|--------|--------|
| **From:** | Dana Austin |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Cc:** | Steve Olen; Allison E. White; Gina S. Williamson; Judy Anderson; Stephanie Harvey; Ann Windes; Joyce A. Pate |
| **Subject:** | BP Oil Spill -- Capt. Jay, LLC (Kenneth & Jason Zirlott) |
| **Date:** | Monday, April 09, 2012 11:00:00 AM |
| **Attachments:** | 2012-04-09 - Capt. Jay, LLC - OS Rep Agt.pdf<br>Capt. Jay, LLC - OS Client Profile.pdf |

Rigonette –

Following up on our conversation this morning, I have attached an oil spill representation agreement and client profile to this email. Please have Kenneth or Jason sign the representation agreement on behalf of Capt. Jay, LLC and return a copy to me. We do not need the original. Please complete the client profile and return it to me as well. You can send both by email or fax, or you can return them when we pick up your oil spill documents for scanning.

We need the following documents in order to evaluate your oil spill claim:

1.) 2007, 2008, 2009, 2010 and 2011 federal tax returns, along with all W-2's, 1099's, schedules and attachments.
2.) Monthly profile and loss statements for each month from January 2007 through December 201. You mentioned the records were kept in QuickBooks. It would be very helpful to our accountants if you sent a disk of your electronic QuickBooks file for these months.
3.) All trip tickets or landing reports for 2007, 2008, 2009, 2010 and 2011.
4.) Shrimp/oyster/fishing license(s) for 2010.
5.) Business license for Capt. Jay, LLC.
6.) Articles of Organization for Capt. Jay, LLC.

It is my understanding from our conversation that Capt. Jay, LLC received emergency funds from BP but never completed the online claim process with the GCCF. Please send any information you have regarding the payments received previously from BP.

As I mentioned, I would be happy to arrange for a runner to pick up and return your documents once we have scanned them. Please let me what you prefer, and let me know if you have any questions.

Thanks –
Dana

**JORDANA W. AUSTIN**
**Paralegal to Steve Olen**
**and Steve Nicholas**
Post Office Box 66705
Mobile, Alabama  36660
Ph   251-471-6191
Fax  251-479-1031
jwa@cunninghambounds.com
www.cunninghambounds.com



CJ-0003

*This email contains privileged and confidential information protected by the attorney work product doctrine and attorney-client privilege. If you receive this email in error, please notify the sender immediately.*
Please consider the environment before printing this e-mail.

**CJ-0004**