# Capt. Jay, LLC
# Input Form

| | | |
|---|---|---|
| Vessel Name | | |
| Vessel Size | 30 - 44 feet | |
| Boat Captain | Jason Zirlott | |
| Need to back out cost from Captain income? | YES | |
| | | |
| Annual Revenues: | | |
| 2007 | $ | 148,458 |
| 2008 | $ | 118,418 |
| 2009 | $ | 162,364 |
| 07,08,09 Avg. | $ | 143,080 |
| 08,09 Avg. | $ | 140,391 |
| | | |
| Payments Received | $ | 180,400 |
| Accounting Fees | See Fee Calc. Tab | |
| Template Version | 1.0 | |

Input

CJ-0295

# Capt. Jay, LLC
# Accounting Fee Calculation

| **Billed Fees (On or after March 8, 2012):** | Hours | Rate | Fee |
|---|---|---|---|
| Preparation | 5.03 | 81 | 407 |
| Review | 1.12 | 185 | 207 |
|   Total | 6.15 |  | 614 |

| **Fees after Rate Limitation (STEP A):** | Hours | Rate | Fee |
|---|---|---|---|
| Preparation (max $110/hr.) | 5.03 | 81 | 407 |
| Review (max $160/hr.) | 1.12 | 160 | 179 |
|   Total | 6.15 |  | 586 |

| **Fees after Rate & Review Time Limitation (STEP B):** | Hours | Rate | Fee |
|---|---|---|---|
| Preparation | 5.03 | 81 | 407 |
| Review (limited to 25% of total time) | 1.12 | 160 | 179 |
|   Total | 6.15 |  | 586 |

| **Fees after Limitation on 2% of Total Compensation (STEP C):** | Expedited | Reduced Expedited | Historical |
|---|---|---|---|
| Calculated Compensation | $ 242,531 | $ 111,938 | $ 445,280 |
| Maximum fees based on Losses | 4,851 | 2,239 | 8,906 |

| **Reimbursable Fees** | Expedited | Reduced Expedited | Historical |
|---|---|---|---|
| STEP B Fees | 586 | 586 | 586 |
| STEP C Fees | 4,851 | 2,239 | 8,906 |
| Lessor of Step B or Step C is reimbursable | $ 586 | $ 586 | $ 586 |

**Capt. Jay, LLC**
**Summary - All**

| | |
|---|---|
| Boat Size | 30 - 44 feet |
| Boat Captain | Jason Zirlott |
| 07,08,09 Annual Revenues | $ 143,080 |
| 08,09 Annual Revenues | $ 140,391 |
| 2009 Annual Revenues | $ 162,364 |

| | Expedited Method | | | Reduced Expedited Method | | | Historical Revenue Method | | |
|---|---|---|---|---|---|---|---|---|---|
| | 07,08,09 Avg. | 08,09 Avg. | 2009 | 07,08,09 Avg. | 08,09 Avg. | 2009 | 07,08,09 Avg. | 08,09 Avg. | 2009 |
| Vessel Owner/Commercial Fisherman Vessel Lessee Compensation | $ 135,281 | $ 135,281 | $ 135,281 | $ 62,438 | $ 62,438 | $ 62,438 | $ 218,873 | $ 214,760 | $ 248,372 |
| Boat Captain Compensation | $ 107,250 | $ 107,250 | $ 107,250 | $ 49,500 | $ 49,500 | $ 49,500 | $ 173,521 | $ 170,260 | $ 196,908 |
| Total Compensation | $ 242,531 | $ 242,531 | $ 242,531 | $ 111,938 | $ 111,938 | $ 111,938 | $ 392,393 | $ 385,020 | $ 445,280 |
| Less Payments Received | 180,400 | 180,400 | 180,400 | 180,400 | 180,400 | 180,400 | 180,400 | 180,400 | 180,400 |
| Subtotal | $ 62,131 | $ 62,131 | $ 62,131 | $ (68,462) | $ (68,462) | $ (68,462) | $ 211,993 | $ 204,620 | $ 264,880 |
| Reimbursable accounting fees to assess damages | 586 | 586 | 586 | 586 | 586 | 586 | 586 | 586 | 586 |
| Total Claim | $ 62,717 | $ 62,717 | $ 62,717 | $ (67,876) | $ (67,876) | $ (67,876) | $ 212,579 | $ 205,206 | $ 265,466 |

**Capt. Jay, LLC**
**Expedited Method**

| | |
|---|---|
| Boat Size | 30 - 44 feet |
| Boat Captain | Jason Zirlott |
| 2009 Annual Revenues | $ 162,364 |

| | **2009** |
|---|---|
| Vessel Owner/Commercial Fisherman Vessel Lessee Compensation | $ 135,281 |
| Boat Captain Compensation | $ 107,250 |
| Total Compensation | $ 242,531 |
| Less Payments Received | 180,400 |
| Subtotal | $ 62,131 |
| Reimbursable accounting fees to assess damages | 586 |
| Total Claim | $ 62,717 |

Summary - Expedited

CJ-0298

**Capt. Jay, LLC**
**Reduced Expedited Method**

| | |
|---|---|
| Boat Size | 30 - 44 feet |
| Boat Captain | Jason Zirlott |
| 2009 Annual Revenues | $ 162,364 |

| | **2009** |
|---|---|
| Vessel Owner/Commercial Fisherman Vessel Lessee Compensation | $ 62,438 |
| Boat Captain Compensation | $ 49,500 |
| Total Compensation | $ 111,938 |
| Less Payments Received | 180,400 |
| Subtotal | $ (68,462) |
| Reimbursable accounting fees to assess damages | 586 |
| Total Claim | $ (67,876) |

Summary - Reduced Expedited

CJ-0299

# Capt. Jay, LLC
# Historical Revenue Method

| | |
|---|---|
| Boat Size | 30 - 44 feet |
| Boat Captain | Jason Zirlott |
| 2009 Annual Revenues | $ 162,364 |

| | **2009** |
|---|---|
| Vessel Owner/Commercial Fisherman Vessel Lessee Compensation | $ 248,372 |
| Boat Captain Compensation | $ 196,908 |
| Total Compensation | $ 445,280 |
| Less Payments Received | 180,400 |
| Subtotal | $ 264,880 |
| Reimbursable accounting fees to assess damages | 586 |
| Total Claim | $ 265,466 |

Summary - Historical Rev

CJ-0300

**Capt. Jay, LLC**
**Historical Revenue Method**

Vessel Size							30 - 44 feet

|  |  | Vessel ||| Boat Captain |||
|---|---|---|---|---|---|---|---|
|  |  | **07,08,09 Avg.** | **08,09 Avg.** | **2009** | **07,08,09 Avg.** | **08,09 Avg.** | **2009** |
| Benchmark Shrimp Revenue | Step 1 | $ 143,080 | $ 140,391 | $ 162,364 | $ 143,080 | $ 140,391 | $ 162,364 |
| Additional Catch Factor | Table 11 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 |
| Additional Catch Adj. Benchmark Shrimp Revenue | Step 2 | $ 171,696 | $ 168,469 | $ 194,837 | $ 171,696 | $ 168,469 | $ 194,837 |
| Adjustment for change in 2010 - 11 prices |  | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 |
| Total Adjusted Benchmark Shrimp Revenue | Step 3 | $ 206,035 | $ 202,163 | $ 233,804 | $ 206,035 | $ 202,163 | $ 233,804 |
|  |  |  |  |  |  |  |  |
| Benchmark Shrimp Revenue | Step 1 | $ 143,080 | $ 140,391 | $ 162,364 | $ 143,080 | $ 140,391 | $ 162,364 |
| Shrimp Cost Percentage | Table 12 | 39% | 39% | 39% | 39% | 39% | 39% |
| Benchmark Shrimp Cost | Step 4 | $ 55,801 | $ 54,752 | $ 63,322 | $ 55,801 | $ 54,752 | $ 63,322 |
|  |  |  |  |  |  |  |  |
| Total Adjusted Benchmark Shrimp Revenue | Step 3 | $ 206,035 | $ 202,163 | $ 233,804 | $ 206,035 | $ 202,163 | $ 233,804 |
| Less Benchmark Shrimp Cost | Step 4 | (55,801) | (54,752) | (63,322) | (55,801) | (54,752) | (63,322) |
| Benchmark Shrimp Profit |  | $ 150,234 | $ 147,411 | $ 170,482 | $ 150,234 | $ 147,411 | $ 170,482 |
| Base Shrimp Loss Factor |  | 35% | 35% | 35% | 35% | 35% | 35% |
| Base Shrimp Loss | Step 5 | $ 52,582 | $ 51,594 | $ 59,669 | $ 52,582 | $ 51,594 | $ 59,669 |
| Shrimp Vessel Share | Table 13 | 45% | 45% | 45% | 40% | 40% | 40% |
| Base Compensation | Step 6 | $ 23,662 | $ 23,217 | $ 26,851 | $ 21,033 | $ 20,638 | $ 23,868 |
| (1 + RTP) | Table 14 | 9.25 | 9.25 | 9.25 | 8.25 | 8.25 | 8.25 |
| Final Compensation | Step 7 | $ 218,873 | $ 214,760 | $ 248,372 | $ 173,521 | $ 170,260 | $ 196,908 |

Lease Compensation - need to consider

Historical Rev Method

CJ-0301

**Capt. Jay, LLC**
**Expedited & Reduced Expedited Method Table**

### TABLE 2
**Qualifying Vessel Revenue and Compenstion for Expedited and Reduced Expedited Methods**

| Vessel Size | Qualifying Vessel Revenue | Vessel Owner/Commercial Fisherman Vessel Lessee Compensation | Boat Captain Compensation |
|---|---|---|---|
| **Expedited Method:** | | | |
| < 30 feet | $ 32,500 | $ 104,063 | $ 92,813 |
| 30 - 44 feet | $ 40,000 | $ 135,281 | $ 107,250 |
| 45 - 74 feet (Ice) | $ 90,000 | $ 270,563 | $ 160,875 |
| 45 - 74 feet (Freezer) | $ 275,000 | $ 478,688 | $ 284,625 |
| 75+ feet (Ice) | $ 225,000 | $ 416,250 | $ 206,250 |
| 75+ feet (Freezer) | $ 400,000 | $ 582,750 | $ 288,750 |
| **Reduced Expedited Method:** | | | |
| < 30 feet | N/A | N/A | N/A |
| 30 - 44 feet | $ 25,000 | $ 62,438 | $ 49,500 |
| 45 - 74 feet (Ice) | $ 50,000 | $ 145,688 | $ 86,625 |
| 45 - 74 feet (Freezer) | $ 200,000 | $ 333,000 | $ 198,000 |
| 75+ feet (Ice) | $ 150,000 | $ 291,375 | $ 144,375 |
| 75+ feet (Freezer) | $ 290,000 | $ 457,875 | $ 226,875 |

Table 2

**Capt. Jay, LLC**
**Historical Revenue Method Tables**

### TABLE 11

| Vessel Size | Additional Catch Factor |
|---|---|
| < 30 feet | 1.25 |
| 30 - 44 feet | 1.20 |
| 45 - 74 feet (Ice) | 1.15 |
| 45 - 74 feet (Freezer) | 1.05 |
| 75+ feet (Ice) | 1.05 |
| 75+ feet (Freezer) | 1.05 |

### TABLE 12

| Vessel Size | Shrimp Cost Percentage |
|---|---|
| < 30 feet | 42% |
| 30 - 44 feet | 39% |
| 45 - 74 feet (Ice) | 39% |
| 45 - 74 feet (Freezer) | 42% |
| 75+ feet (Ice) | 54% |
| 75+ feet (Freezer) | 52% |

### TABLE 13

| Vessel Type and Size | Shrimp Vessel Owner/Commercial Fisherman Vessel Lessee Share | Shrimp Boat Captain Share |
|---|---|---|
| < 30 feet | 45% | 45% |
| 30 - 44 feet | 45% | 40% |
| 45 - 74 feet (Ice) | 45% | 30% |
| 45 - 74 feet (Freezer) | 45% | 30% |
| 75+ feet (Ice) | 45% | 25% |
| 75+ feet (Freezer) | 45% | 25% |

### TABLE 14

| | Vessel Owner/Commercial Fisherman Vessel Lessee | Boat Captains |
|---|---|---|
| RTP | 8.25 | 7.25 |

Table 11 - 14

CJ-0303

Tax Returns
- 2007  $148,458.00
- 2008  $118,418.00
- 2009  $162,364.00

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trip 1 | | | | | | 3,341.25 | 2,160.00 | | | 716.00 | 594.00 | 3,798.60 | $10,609.85 |
| Trip 2 | | | | | | 697.95 | 161.25 | | | | 158.60 | 684.00 | $1,701.80 |
| Trip 3 | | | | | | 7,410.00 | 649.60 | | | | 276.00 | 7,354.00 | $15,689.60 |
| Trip 4 | | | | | | 4,000.00 | 880.90 | | | | | | $4,880.90 |
| Trip 5 | | | | | | 4,518.75 | | | | | | | $4,518.75 |
| Trip 6 | | | | | | 497.90 | | | | | | | $497.90 |
| Total | | | | | | | | | | | | | $37,898.80 |

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trip 1 | | 777.00 | | | 107.25 | 4,413.70 | 3,654.00 | 2,420.95 | 4,035.15 | 514.90 | 5,686.20 | | $21,609.15 |
| Trip 2 | | | | | 6,781.90 | 3,375.00 | 3,142.00 | 3,787.75 | 720.00 | 207.06 | 5,201.70 | | $23,215.41 |
| Trip 3 | | | | | 982.55 | | 1,407.25 | 339.00 | 3,987.80 | 4,368.65 | 4,029.90 | | $15,115.15 |
| Trip 4 | | | | | 1,853.80 | | 1,664.90 | 1,489.90 | | 5,961.30 | | | $10,969.90 |
| Trip 5 | | | | | | | 3,770.10 | 4,534.00 | | | | | $8,304.10 |
| Less Fish | | | | | -1,548.40 | | -56.00 | -250.10 | -51.60 | -98.70 | | | -$2,004.80 |
| Total | | | | | | | | | | | | | $77,208.91 |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trip 1 | | | | | | | | | 900.00 | 4,050.20 | 388.80 | 2,826.90 | $8,165.90 |
| Trip 2 | | | | | | | | | 400.00 | 2,483.40 | 3,833.50 | | $6,716.90 |
| Trip 3 | | | | | | | | | 600.00 | | 4,120.90 | | $4,720.90 |
| Trip 4 | | | | | | | | | 600.00 | | | | $600.00 |
| Trip 5 | | | | | | | | | 600.00 | | | | $600.00 |
| Trip 6 | | | | | | | | | 700.00 | | | | $700.00 |
| Trip 7 | | | | | | | | | 800.00 | | | | $800.00 |
| Trip 8 | | | | | | | | | 300.00 | | | | $300.00 |
| Less Fish | | | | | | | | | -19.50 | | -98.80 | -153.50 | -$271.80 |
| Total | | | | | | | | | | | | | $22,331.90 |

Database

CJ-0304