# EXHIBIT 1

DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL
## PENALTY PHASE
## EXPERTS

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ian Ratner

**October 21, 2014**

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL        )  MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN   )  SECTION "J"
     THE GULF OF MEXICO, ON   )
 5   APRIL 20, 2010           )  JUDGE BARBIER
                              )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17            ******************
                    VOLUME 1
18            *****************
19
20
21      Deposition of IAN RATNER, taken at
22   Pan-American Building, 601 Poydras Street, 11th
23   Floor, New Orleans, Louisiana, 70130, on the 21st
24   day of October, 2014.
25
```

```
 1       A.  -- maybe -- maybe the ability to fund or
 2  finance maybe when I -- just to be clear, maybe
 3  when I wrote the word "fund," I was -- you know,
 4  finance is typically a debt concept.  Maybe fund,
 5  I was thinking equity.  But I wanted to be
 6  absolutely clear, and that's why I'm adding
 7  romanette iv.
 8       Q.  How long is long-term negative economic
 9  impact under your definition?
10       A.  It's beyond ten years.
11       Q.  Will there be a short-term negative
12  economic impact to BPXP's operations from a Clean
13  Water Act penalty?
14       A.  Well, I believe there's -- I believe
15  there's a short-term -- I mean, even if you paid
16  $5, it's a short-term negative, because you have 5
17  less than you had.  So I think -- I think -- I
18  think there would be a short-term negative impact.
19       Q.  So for how long would there be a negative
20  impact on BPXP from having to fund or finance or
21  pay a Clean Water Act penalty in the amount of
22  $18 billion?
23       A.  Well, first of all, it depends on the
24  method.  It depends on -- you know, there's a lot
25  of possibilities.  And we did not -- we were not
```

```
 1        A.  -- information that he relied on.
 2        Q.  But based on your own work, is there
 3   anything in your own work that you're going to use
 4   to say is -- represents a value of BPXP?
 5        A.  No.
 6        Q.  Okay.  We've talked quite a bit about
 7   the -- your -- your suite of options that you say
 8   BPXP has to fund or finance a penalty; internal/
 9   external borrowings, operating cash flows,
10   divestitures, and equity, correct?  We spoke about
11   that earlier today?
12        A.  Yes.
13        Q.  Okay.  I'll have you turn to Tab 20 of the
14   binder.  And I'll have you mark that as the next
15   exhibit, which is 13131 -- 13130.
16             Mr. Ratner, do you recognize Exhibit
17   13130 as a copy of your 2009 book that you
18   co-authored, titled Business Valuation and
19   Bankruptcy?
20        A.  Yes.
21        Q.  Could I have you turn to Page 5, if you
22   would?
23        A.  Am I supposed to mark it?
24        Q.  Yes, please.  13130.
25             (Marked Exhibit No. 13130.)
```

Case 2:10-md-02179-CJB-DPC   Document 13927-1   Filed 12/22/14   Page 6 of 12

89

1   Q.   (BY MR. REGAN)   If you can turn to Page 5.
2   Do you see a paragraph that starts "Valuations
3   prior to bankruptcy..."?
4   A.   Yes, sir.
5   Q.   And in your book, you write:   "Valuations
6   prior to bankruptcy will be required on many
7   occasions for different users.   Equity investors
8   considering an investment in a troubled company
9   may require a valuation to determine the impact on
10  value that their investment could make on the
11  company and assist them in developing yield
12  expectations on their potential investment."   And
13  I'll stop there.
14            Did you write that in your book?
15  A.   I did.
16  Q.   Would you expect an equity investor
17  considering an investment in BPXP to require a
18  valuation?
19  A.   Yes.
20  Q.   Continuing, you write --
21  A.   I'd like to finish that answer.   I
22  think -- the answer is yes, and I think that in
23  this particular case, equity investors would also
24  rely on internal investment analysis --
25  Q.   Uh-huh.

**CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER**
**Worldwide Court Reporters, Inc. (800)-745 1101**

1      A.   I don't know.  I mean, I -- personally, I
2 would expect there to be some analysis showing
3 some return.
4      Q.   Something greater than zero?
5      A.   Yeah, I would think that.
6      Q.   Okay.  In your book, you continue, quote:
7 "Lenders may require a valuation to assess their
8 loan-to-value position.  For example, during a
9 work-out process, a lender will make decisions
10 based on the value of the business versus the
11 amount of debt outstanding."
12           Is that an accurate statement?
13      A.   Yeah.  That's like the ratio that either
14 Anadarko or BP publishes, which would be the
15 debt-to-market capitalization, not necessarily
16 book value.  When you're looking at market cap,
17 you're getting that value.
18      Q.   Okay.  So you would expect a lender who
19 was making a decision to loan to BPXP would also
20 want to look at a valuation of BPXP, correct?
21      A.   Some LTV, yeah.  Yes.
22      Q.   You then continue:  "Management
23 contemplating the divestiture of a portion of the
24 business will require a valuation to assess the
25 viability of the potential divestiture and the

1   impact it would have on the company's financial
2   situation."
3          Is that an accurate statement?
4       A.  Yeah.  Everything that's in here --
5   everything that's in the book is accurate.
6       Q.  Everything that's in the book is accurate;
7   is that true?
8       A.  I don't know.  The -- the --
9       Q.  That might speed things up.
10      A.  Yeah.  I mean, this is an accurate
11  paragraph.
12      Q.  Okay.  And you haven't made any changes to
13  the book since it was published?
14      A.  No.
15      Q.  Okay.  So you would expect management
16  contemplating the divestiture of an asset of BPXP
17  to look at a valuation to assess that transaction?
18      A.  I think there would be -- my experience
19  with management is they would less look to an
20  external valuation.  They may have their own
21  internal -- they would -- a company this size
22  would have their own internal valuation, whether
23  it would be a Wood Mackenzie or their own
24  discounted cash flow.  If -- if they don't, they
25  should.  But something like that.

```
 1  doing that.
 2       Q.  Yeah.  And you understood that you were to
 3  disclose your opinions in your reports, correct?
 4       A.  Yes.
 5       Q.  So you would agree that this answer that
 6  you've just given about the availability of
 7  comparable transactions is not contained in what
 8  you've disclosed?
 9       A.  That's not what I said about comparable.
10  What I was trying to say is when -- based on my
11  experience as an analyst, when you value
12  companies -- and I've done thousands of
13  valuations -- one of the things you look at is
14  analyzing companies.
15       Q.  Okay.
16       A.  I'm responding to your comment that I've
17  only negotiated a 300 -- 300-million-dollar credit
18  agreement.  I'm saying that's not relevant.
19           What's relevant is the analysis of --
20  of large companies, of public peer groups,
21  et cetera.  And that's an area that I'm involved
22  with all the time.
23       Q.  You knew that the valuation of BPXP would
24  be relevant to the question of future funding or
25  financing at the time that you issued your expert
```

```
 1  reports, correct?
 2       A.  Correct.
 3       Q.  But you did not perform a valuation of
 4  BPXP, correct?  We know that to be true.
 5       A.  Yeah, correct.  I didn't -- I did not
 6  perform a valuation.
 7       Q.  With respect to Thunderhorse, Atlantis,
 8  Mad Dog, and Na Kika, would you describe those as
 9  core or non-core assets of BPXP?
10       A.  I think they're core assets.
11       Q.  With respect to Mars, Ursa, and Great
12  White, again would those be core or non-core
13  assets?
14       A.  I'm not sure of the distinction between
15  the three first and the three second.  I mean, I
16  need to look at it; but I think they're core
17  assets.
18       Q.  And Kaskida, Tiber, and Gila, would those
19  be core or non-core assets of BPXP?
20       A.  I think they would be core.  One of them,
21  I don't think is producing yet.  Maybe that's
22  Gila.
23       Q.  Would you recommend that BPXP divest core
24  assets in order to fund or finance the Clean Water
25  Act penalty?
```

1  question to you is:  How much funding or financing
2  is it more likely than not that they will provide?
3  That is, the BP Group to BPXP to fund or finance
4  the Clean Water Act penalty.
5       A.   I think they could provide it all.  They
6  have the -- they have the capital to do it if they
7  didn't -- one of the reasons that I analyzed
8  the -- BP is to see if they had the capital to do
9  it.
10      Q.   Yeah.  I'm not asking if they have the
11 capital to do it.  I'm asking you:  Under your
12 opinion, how much would you tell the Court you
13 believe it is more likely than not the BP Group
14 will provide BPXP to fund or finance the Clean
15 Water Act penalty?  Do you have a dollar amount?
16      A.   I don't.
17           MR. CASEY:  Objection to the form.
18      A.   Yeah.  I mean, I -- I don't.  I mean, the
19 analysis is -- is can they?  One of your --
20      Q.   (BY MR. REGAN)  Where -- where is the
21 analysis, can they?
22      A.   Well, no.  They -- they -- remember how
23 you were saying before, "Well, they can't compel
24 them to do it."
25      Q.   BPXP cannot compel the Group to fund or

```
 1  finance.  That's correct, right?
 2       A.   I mean, that's -- I think that's -- I
 3  mean --
 4       Q.   Do you disagree with that?
 5       A.   It seems obvious.
 6       Q.   Right?  Okay.
 7       A.   It's -- it's -- there's a lot of different
 8  analytical points.  And the -- the -- and I -- you
 9  didn't let me answer before, but I do think it's
10  important to analyze BP PLC.  Because if they
11  didn't have the wherewithal, then you might say it
12  would be less likely for them to be able to do it.
13  But they do have the wherewithal, so it makes it
14  more likely that they will.
15       Q.   Mr. Ratner, I'm asking you:  Under your
16  opinion, how much will you tell the Court you
17  believe it is more likely than not the BP Group
18  will provide BPXP to fund or finance the Clean
19  Water Act penalty --
20            MR. CASEY:  Objection --
21       Q.   (BY MR. REGAN)  -- in a dollar amount?
22            MR. CASEY:  Objection to the form;
23  asked and answered.
24       A.   Yeah.  I don't know.
25            MR. REGAN:  I think I'll reserve the
```