# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                     MDL 2179
       "Deepwater Horizon" in the
       Gulf of Mexico, on April 20, 2010      SECTION: J (1)


THIS DOCUMENT RELATES:                     JUDGE BARBIER

Case No.: 2:12-CV-970                          MAGISTRATE SHUSHAN

### *EX PARTE* MOTION BY ST. THERESA ANNA, INC., AND INCORPORATED MEMORANDUM TO FILE UNDER SEAL MOTION TO ENFORCE RECEIPT AND RELEASE LETTER AGREEMENT ENTERED INTO WITH BRITISH PETROLEUM, INC., AND EXHIBITS THERETO

**NOW INTO COURT**, through undersigned counsel, comes Claimant, St. Theresa Anna, Inc., who, pursuant to Pretrial Order No. 13, Order Protecting Confidentiality,[1] the Court's Order Regarding Settlement Implementation,[2] and the Court's Order Regarding Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement,[3] respectfully moves to file under seal its Motion  by St. Theresa Anna, Inc., to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc. ("Motion to Enforce"), and the Exhibits thereto.

St. Theresa Anna, Inc., asserts that these documents contain confidential Claims Information as defined in this Court's June 29, 2012 Order. Claimant's Motion to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc., necessarily includes information specific to the claim including the amount of compensation to which it is entitled. Exhibit No. 1 to the Memorandum in Support of Motion by St. Theresa Anna, Inc., to

---

[1] Rec. Doc. 641.
[2] Rec. Doc. 6573.
[3] Rec. Doc. 6822.

Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc., is the Receipt and Release Letter Agreement that was issued by British Petroleum, Inc.; and Exhibit No. 2 is the letter Claimant's counsel, Sally Dunlap Fleming, sent to counsel for British Petroleum, Inc., Christopher Esbrook, on October 11, 2013, demanding payment and attaching the Receipt and Release Letter Agreement.

Accordingly, St. Theresa Anna, Inc. asserts that the confidential Claim's Information contained in these documents requires that they each be filed under seal. St. Theresa Anna, Inc., moves that the documents remain under seal for the duration of the multi-district litigation, MDL 2179: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. Lastly, St. Theresa Anna, Inc., asserts that the sealed documents should be made available to the Claims Administrator and his representatives, Class Counsel, and Counsel for BP Defendants.

**WHEREFORE**, Claimant, St. Theresa Anna Inc., respectfully prays that the Court grant this motion and order that the Motion to Enforce Receipt and Release Letter Agreement and the exhibits thereto be filed under seal.

**Respectfully submitted this 22nd day of December 2014,**
**By:    The Law Office of Sally Dunlap Fleming, P.L.C.**

*/s Sally Dunlap Fleming*_____
**SALLY D. FLEMING, Bar Roll No. 20814, T.A.**
**OWEN M. COURRÈGES, Bar Roll No. 31113**
**818 Howard Avenue, Suite 305**
**New Orleans, LA 70113**
**Telephone: (504) 891-3090**
**Telecopier: (504) 895-5190**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to File Under Seal will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was filed with the Clerk of Couirt of the United States District Court for the Eastern District of Louisiana via the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2170 on this 22nd day of December,  2014.

_____/s Sally Dunlap Fleming_____
**SALLY DUNLAP FLEMING**