UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J (1) |
| THIS DOCUMENTS RELATES: | JUDGE BARBIER |
| Case No.: 2:12-CV-970 | MAGISTRATE SHUSHAN |

_____/

NOTICE OF MANUAL ATTACHMENT

      Claimant, St. Theresa Anna, Inc., provides notice that the below listed documents are being filed by manual attachment so that they may be filed under seal pursuant to Pretrial Order No. 13, Order Protecting Confidentiality,[1] the Court's Order Regarding Settlement Implementation,[2] and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement.[3]

**MOTION BY ST. THERESA ANNA INC. TO ENFORCE RECEIPT AND RELEASE LETTER AGREEMENT ENTERED INTO WITH BRITISH PETROLEUM, INC.**

**MEMORANDUM BY ST. THERESA ANNA, INC. IN SUPPORT OF MOTION TO ENFORCE RECEIPT AND RELEASE LETTER AGREEMENT ENTERED INTO WITH BRITISH PETROLEUM, INC.**

EXHIBIT A:   Receipt and Release Letter Agreement

EXHIBIT B:   Letter of October 11, 2013 from Sally Dunlap Fleming, Claimant's counsel, to Christopher Esbrook of Kirkland & Ellis, counsel of British Petroleum, Inc., with attachment.

---

[1] Rec. Doc. 641.
[2] Rec. Doc. 6573.
[3] Rec. Doc. 6822.