UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: J (1) |
| THIS DOCUMENTS RELATES: | JUDGE BARBIER |
| Case No.: 2:12-CV-970 | MAGISTRATE SHUSHAN |

_____/

**PROPOSED ORDER**

Considering the *Ex Parte* Motion by St. Theresa Anna, Inc., and Incorporated Memorandum to File Under Seal Motion to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc., the Exhibits Thereto and Orders of this Court designating Claimant Information as confidential,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the Motion by St. Theresa Anna, Inc., to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc., and the Exhibits thereto be and are hereby are filed under seal.

New Orleans, Louisiana, this ___ day of _____ 20__.

_____
**THE HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**