# Exhibit G

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Stanley Rice

**October 30, 2014**

*COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1     A.  No.  That's just a -- an error.  That's
2  the target species we, of course, are interested
3  in.  They're a very difficult species to test.
4  They are not cultured in this hemisphere.
5     **Q.  You agree that you don't know the specific**
6  **PAH concentration that would cause this**
7  **toxicological response to Atlantic blue -- bluefin**
8  **tuna embryos, correct?**
9     A.  Correct.
10     **Q.  Now, with regard to the southern bluefin**
11  **tuna experiment that was conducted by**
12  **Dr. Incardona, did he use controls?**
13     A.  Yes, he did.
14     **Q.  Are controls important as an**
15  **environmental -- environmental toxicologist?**
16     A.  Certainly, they are.
17     **Q.  Why?**
18     A.  Well, that's what you're comparing the --
19  the response, the endpoint that -- the endpoint
20  that you're -- you're looking for, whether it's
21  edema or cardiac response or just simple mortality
22  survival.  You're comparing that to the -- to
23  those same rates within the controls that are not
24  exposed to the toxicant.
25     **Q.  And are you aware that when Dr. Incardona**

1   chemistry, you wouldn't -- this is your point, I
2   think, when you responding to Dr. Shea, if you
3   didn't have the chemistry, you wouldn't be able to
4   rely on the HEWAF, because the PAHs aren't -- not
5   stable?
6           MS. FIDLER:  Object to form.
7       A.  Well, since this is a lower quality
8   experiment in general, you're not going to be able
9   to quantify the dose very well --
10      Q.  (BY MR. ISRAEL)  Okay.
11      A.  -- and the composition.  It's -- it's more
12  than just concentration; it's composition.
13      Q.  Both of those are important?
14      A.  Both of those are very important.
15      Q.  Let's look on Tab 4, please.  This is the
16  Incardona study, Exhibit 13333.  We were talking
17  about this study earlier.  Do you recall that?
18      A.  I do.
19      Q.  And this is the Incardona study that forms
20  the basis for your 21 or 22 of the entries on
21  Exhibit C, correct?
22      A.  Correct.
23      Q.  Okay.  Let's look at the section on the
24  last -- second-to-the-last page, please, called
25  "Analytical Chemistry"; do you see that?

1      Q.  (BY MR. ISRAEL)  Have you looked at the
2  actual data that has gone into your Figure 1 for
3  the month of May?
4      A.  Have I looked at --
5      Q.  Have you looked at the data --
6      A.  -- all 649 samples?  Is that what you're
7  requiring?
8      Q.  Have you looked at any of it?
9      A.  I -- I have looked at spreadsheets that --
10  a spreadsheet, I should say one, that had
11  individual concentrations of individual compounds
12  on it briefly.
13      Q.  Let me ask you a question.  You report to
14  the Court that the mean total PAH, the average
15  total PAH for the month of May in the surface
16  environment is over a thousand parts per billion,
17  correct?
18      A.  From Figure 1?
19      Q.  Yes.
20      A.  Yes.
21      Q.  How many samples actually had a
22  concentration of a thousand parts per billion?
23      A.  I do not know that level of detail.
24      Q.  Would it surprise you to know that there
25  were only four?

```
 1                  MS. FIDLER:  Object to form.
 2         A.   I have no comment on that.
 3         Q.   (BY MR. ISRAEL)  Would that surprise you?
 4                  MS. FIDLER:  Object to form.
 5         Q.   (BY MR. ISRAEL)  Would it surprise you to
 6    learn that only four of the samples in the surface
 7    environment in the month of May had levels above a
 8    thousand parts per billion?
 9                  MS. FIDLER:  Object to form.
10         A.   I don't have an opinion.
11         Q.   (BY MR. ISRAEL)  You don't have an
12    opinion.  If I -- if I wanted to know the answer
13    to that, I would need to ask Dr. Carls, correct?
14         A.   Yes.
15         Q.   Let's look at some of the data.  If I
16    could ask you to turn to Tab 58, please.
17         A.   In --
18                  MR. ISRAEL:  Let's go ahead and mark
19    this as Exhibit 13339.
20                  Dr. Rice, could I ask you to put an
21    exhibit sticker on -- this is Exhibit 13339.
22                  (Marked Exhibit No. 13339.)
23         Q.   (BY MR. ISRAEL)  This is Tab 58 in your
24    binder.  And what I provided to you is a printout
25    from the Gulf Science Data website.
```

```
 1      A.  From the which website?
 2      Q.  From the Gulf Science Data website.
 3      A.  Okay.
 4      Q.  This is the website that Dr. Carls
 5   utilized; is that correct?
 6      A.  Okay.  It looks like it.
 7      Q.  Okay.  And this is all of the data from
 8   the offshore deep in the month of May, okay?
 9      A.  Okay.
10      Q.  And if you look -- this is the -- strike
11   that.
12          This data is organized by level of
13   concentration.  Do you see that?
14      A.  Not really.
15      Q.  If you look on the second -- the column to
16   the far right, second column from the right.
17      A.  Okay.
18      Q.  You see the concentrations in parts per
19   billion?
20      A.  Okay.
21      Q.  And you see the first entry is 144,000
22   parts per billion?
23          MS. FIDLER:  Object to form.
24      Q.  (BY MR. ISRAEL)  Do you see that?
25      A.  Yes.
```

```
 1         Q.  Okay.  And this is data that was collected
 2   as part of the Skandi Neptune deepwater chemistry
 3   Cruise.  Do you see that?
 4         A.  Uh-huh.
 5         Q.  Are you familiar with the Skandi Neptune
 6   deepwater cruise?
 7         A.  No, I'm not.
 8         Q.  Were you aware that the samples collected
 9   as part of the Skandi Neptune deepwater cruise
10   were collected using an ROV with an objective to
11   collect samples from the plume -- plume source?
12         A.  I have no knowledge of collection of
13   samples.
14         Q.  Okay.
15         A.  Or anything else about the database.  I
16   just know that it's large and it has PH numbers on
17   it.
18         Q.  If I wanted to understand more about the
19   calculation and utilization of data in your expert
20   report, I would have to ask Dr. Carls, correct?
21         A.  Correct.  But understand that when we had
22   time, which would have been prior to Round 1, we
23   didn't have access to this data.  We were relying
24   on peer-reviewed literature, primarily.  That was
25   our task assignment, basically.
```

1     Q.   What do you mean, you didn't have access
2  to the data?
3     A.   Well, looking at the water samples was not
4  our primary objective at the time.
5     Q.   You had access to the data, correct?  It's
6  on a website?
7     A.   It's on a website, but it wasn't -- we're
8  looking more at effects, okay.  So we didn't have
9  this approach.  So with Round 1 being completed
10 and Dr. Shea's emphasis on the water samples, so
11 then we had three weeks to, quote, "analyze" this
12 data and -- and respond in that fashion.  So we
13 didn't have unlimited time.  We were not
14 participants in the taking of this data.  It is a
15 huge database, as you're well aware.  So it was a
16 challenge to come up with a meaningful analysis of
17 it.
18    Q.   When you said you were looking at effects,
19 you -- you meant you were looking at effects in
20 laboratory studies?
21    A.   We were looking at the -- the literature,
22 whether it's field literature or -- or laboratory
23 literature.
24    Q.   Primarily laboratory studies?
25    A.   There's more laboratory studies published

1  than field studies.
2      Q.  By the way, you're aware this is on NOAA
3  data, correct?
4      A.  I -- I do.  I am aware, yes.
5      Q.  Okay. All right.  Would it surprise you
6  to know that if you were to remove from your
7  averaging the top four samples that -- the four
8  samples that exceed a thousand parts per billion,
9  that the average for the month of May for all
10 deepwater sampling would be 15.35 parts per
11 billion?
12          MS. FIDLER:  Object to form.
13     A.  I have no opinion of that.  I obviously
14 haven't run the numbers, nor -- nor has Mark.
15     Q.  (BY MR. ISRAEL)  And would it surprise you
16 to know that if you were to remove all nine of the
17 Skandi Neptune sampling results, the average
18 concentration for deepwater samples in the month
19 of May would be 5.43 parts per billion?
20          MS. FIDLER:  Object to form.
21     A.  No opinion on that.
22     Q.  (BY MR. ISRAEL)  If that were true, is
23 that something you think you should tell the
24 judge?
25     A.  I have no opinion.

1  Q. You say in your report, Dr. Rice, that the
2  average -- the average water results in the
3  deepwater plume -- deepwater of the Gulf of Mexico
4  were a thousand parts per billion. If you
5  remove -- if you were going to remove nine of
6  those over 150 samples and the results were
7  5 parts per billion, don't you agree that's
8  something you should alert the Court to?
9      MS. FIDLER: Object to form.
10   A. I am -- it's -- I -- I don't have a
11  response for that.
12   Q. (BY MR. ISRAEL) Something I need to ask
13  Dr. Carls?
14      MS. FIDLER: Object to form.
15   Q. (BY MR. ISRAEL) Do I need to ask
16  Dr. Carls that question?
17      MS. FIDLER: Object to form.
18  Maintain.
19   Q. (BY MR. ISRAEL) You agree that's
20  important, don't you?
21      MS. FIDLER: Object to form, asked
22  and answered.
23   A. Okay. I don't have a response.
24   Q. (BY MR. ISRAEL) You don't have a view one
25  way or the other?

1  A. Correct.

2  Q. Have you done any calculations or analyses

3  to compare the high energy mix -- mixtures used by

4  Dr. Incardona to wave action at the surface of the

5  Gulf of Mexico?

6  MS. FIDLER: Object to form.

7  A. No. Again, the purpose of the pictures is

8  just to demonstrate that this is a dispersion, has

9  variable amounts of oil in it, various size

10  droplets, and that -- that was the purpose.

11  Q. (BY MR. ISRAEL) It's just the picture is

12  not meant to convey to the Court that you believe

13  the conditions at the surface of the Gulf of

14  Mexico are similar to the conditions in the

15  blender that Dr. Incardona uses, correct?

16  MS. FIDLER: Object to form.

17  A. The purpose of the picture in both cases

18  is that you created a dispersion, whether it's

19  physical or chemical or any combination thereof

20  that you get dispersed oil droplets into the water

21  column. And he used those toxic solutions, and

22  they were mimicking the chemical signature that

23  was detected in some of the samples. So...

24  Q. (BY MR. ISRAEL) Do you know if the energy

25  at the surface of the Gulf of Mexico was similar

Case 2:10-md-02179-CJB-DPC   Document 13930-1   Filed 12/22/14   Page 13 of 14

320

```
 1            All right.  You testified a moment
 2   ago that Page 2 provides the methodology utilized
 3   by Dr. Carls in creating the graphs in Appendix B;
 4   is that correct?
 5        A.   I did.
 6        Q.   And --
 7        A.   At least the guidance for that, yeah.
 8        Q.   And Doc- -- it's correct that Dr. Carls
 9   wrote the Page 2 --
10        A.   He did.
11        Q.   -- in the expert report?
12             Yes.  And do you know why Dr. Carls
13   chose a arithmetic [sic] mean as opposed to a
14   geometric mean?
15        A.   There's no selection.  It's just kind of
16   the normal thing to do.  You had noted that the
17   data was skewed.  You're correct that it was, and
18   there -- we weren't trying to present it -- we
19   weren't trying to manipulate the data in order to
20   de-skew it or unskew it or anything.  It's just
21   the way it came out.
22        Q.   If I wanted to understand the appropriate
23   methodology for calculating the mean with the
24   skewed data set such as the data set you utilized,
25   I would -- it would be more appropriate to ask
```

Worldwide Court Reporters, Inc.
(800) 745 - 1101

1   that question of Dr. Carls?
2               MS. FIDLER:  Object to form.
3       A.   It -- it probably would, but you can ask
4   me.  A geometric mean would probably be more
5   appropriate.
6       Q.   (BY MR. ISRAEL)  Okay.
7       A.   A median would be another possibility.
8   It's kind of how far do you want to unskew it, so
9   to speak, how far you want to bend the data.
10      Q.   Okay.  If I could ask you just a follow-up
11  question on the number of samples.  I apologize.
12  I'm just trying to understand.  But you referenced
13  on Page 4 the number of samples that are -- that
14  are utilized by Dr. Carls in your -- in your
15  Appendix B.  And you said this is the correct --
16      A.   Yes.
17      Q.   -- set of numbers; May, 646; June,
18  2,452 --
19      A.   Yeah.
20      Q.   -- July 2,334, et cetera.  Do you see
21  that?
22      A.   (Witness nods head.)
23      Q.   Is this, what we just read, Page 4 of
24  Appendix B in your Round 3 report, the correct
25  number of samples utilized in your report?