# Exhibit H

## Offshore Deep May

| Samples:1000m depth or greater | Harmonized Cruise ID | Laboratory Sample ID | Sample Date | Spatial Zone (Federal and Wellhead codes are Offshore; State codes are Nearshore) | Units | Rice PAH41 Sum (ug/L) with NDs set to 0.001 (with blue shading) | Rice PAH41 Result Count |
|---|---|---|---|---|---|---|---|
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8772 | 5/5/2010 | Wellhead | ug/L | 144620.42 | 41 |
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8771 | 5/5/2010 | Wellhead | ug/L | 4502.123 | 41 |
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8767 | 5/5/2010 | Wellhead | ug/L | 2040.2103 | 41 |
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8766 | 5/5/2010 | Wellhead | ug/L | 1455.3977 | 41 |
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8765 | 5/5/2010 | Wellhead | ug/L | 631.5153 | 41 |
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8769 | 5/5/2010 | Wellhead | ug/L | 305.9067 | 41 |
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8768 | 5/5/2010 | Wellhead | ug/L | 303.3652 | 41 |
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8773 | 5/5/2010 | Wellhead | ug/L | 240.2077 | 41 |
| Skandi-Neptune Deepwater Chemistry | Skandi Neptune 01 (05-05-10 to 05-05-10) | ETX8770 | 5/5/2010 | Wellhead | ug/L | 133.5813 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006019-10 | 5/30/2010 | Wellhead | ug/L | 69.63708 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006019-04 | 5/30/2010 | Wellhead | ug/L | 68.38823 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-07 | 5/30/2010 | Wellhead | ug/L | 66.90772 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-08 | 5/30/2010 | Wellhead | ug/L | 57.72309 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006025-08 | 5/31/2010 | Wellhead | ug/L | 50.85618 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-06 | 5/30/2010 | Wellhead | ug/L | 39.50085 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006033-06 | 5/31/2010 | Wellhead | ug/L | 36.25577 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-05 | 5/30/2010 | Wellhead | ug/L | 32.48216 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-12 | 5/24/2010 | Wellhead | ug/L | 24.598026 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-10 | 5/25/2010 | Wellhead | ug/L | 23.71122 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | 1006022-16 | 5/30/2010 | Wellhead | ug/L | 22.39144 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-03 | 5/25/2010 | Wellhead | ug/L | 20.392525 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | 1006022-15 | 5/30/2010 | Wellhead | ug/L | 17.76624 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-11 | 5/21/2010 | Wellhead | ug/L | 16.33533 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-15 | 5/21/2010 | Wellhead | ug/L | 16.163066 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-02 | 5/23/2010 | Wellhead | ug/L | 15.299885 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-17 | 5/17/2010 | Wellhead | ug/L | 14.706079 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-06 | 5/15/2010 | Wellhead | ug/L | 14.452975 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005022-13 | 5/16/2010 | Wellhead | ug/L | 14.31163 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-04 | 5/23/2010 | Wellhead | ug/L | 13.532314 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-13 | 5/16/2010 | Wellhead | ug/L | 13.28877 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-11 | 5/20/2010 | Wellhead | ug/L | 13.109312 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-10 | 5/24/2010 | Wellhead | ug/L | 12.993902 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-02 | 5/25/2010 | Wellhead | ug/L | 12.911764 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-03 | 5/23/2010 | Wellhead | ug/L | 12.561494 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005022-04 | 5/16/2010 | Wellhead | ug/L | 11.768767 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-03 | 5/23/2010 | Wellhead | ug/L | 11.181635 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | K1005675-010 | 5/30/2010 | Wellhead | ug/L | 10.1566 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-04 | 5/15/2010 | Wellhead | ug/L | 10.111918 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-07 | 5/24/2010 | Wellhead | ug/L | 9.487901 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-11 | 5/24/2010 | Wellhead | ug/L | 8.477174 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005022-08 | 5/16/2010 | Wellhead | ug/L | 7.056759 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-13 | 5/24/2010 | Wellhead | ug/L | 6.776521 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006025-09 | 5/31/2010 | Wellhead | ug/L | 5.29702 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-09 | 5/16/2010 | Wellhead | ug/L | 5.264777 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-15 | 5/17/2010 | Wellhead | ug/L | 5.01219 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-02 | 5/23/2010 | Wellhead | ug/L | 4.897177 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006025-07 | 5/31/2010 | Wellhead | ug/L | 4.48283 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-09 | 5/30/2010 | Wellhead | ug/L | 4.417216 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | K1005675-007 | 5/30/2010 | Wellhead | ug/L | 3.705 | 41 |

Data Source: "BP Gulf Science Data (NRDA-publicly available)," file name "WaterChemistry_W-01v02-01.csv" dated 5/23/2014.

Exhibit No. 13339 Worldwide Court Reporters, Inc.

**Offshore Deep May**

Samples: 1000m depth or greater

| Harmonized Study Name | Harmonized Cruise ID | Laboratory Sample ID | Sample Date | Spatial Zone (Federal and Wellhead codes are Offshore; State codes are Nearshore) | Units | Rice PAH41 Sum (ug/L) with NDs set to 0.001 (with blue shading) | Rice PAH41 Result Count |
|---|---|---|---|---|---|---|---|
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-09 | 5/25/2010 | Wellhead | ug/L | 3.437624 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-03 | 5/20/2010 | Wellhead | ug/L | 2.500274 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-12 | 5/25/2010 | Wellhead | ug/L | 2.443785 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-01 | 5/30/2010 | Wellhead | ug/L | 2.147166 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-17 | 5/25/2010 | Wellhead | ug/L | 1.870644 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-05 | 5/23/2010 | Wellhead | ug/L | 1.591052 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005022-03 | 5/16/2010 | Wellhead | ug/L | 1.37877 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006033-05 | 5/31/2010 | Wellhead | ug/L | 1.259504 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005022-09 | 5/16/2010 | Wellhead | ug/L | 1.173072 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | K1005675-002 | 5/29/2010 | Wellhead | ug/L | 0.9932 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | 1006025-18 | 5/31/2010 | Wellhead | ug/L | 0.99042 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-15 | 5/24/2010 | Wellhead | ug/L | 0.933302 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006025-06 | 5/31/2010 | Wellhead | ug/L | 0.92081 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-06 | 5/24/2010 | Wellhead | ug/L | 0.870924 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-13 | 5/25/2010 | Wellhead | ug/L | 0.687867 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-12 | 5/17/2010 | Wellhead | ug/L | 0.617864 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | K1005675-009 | 5/31/2010 | Wellhead | ug/L | 0.5956 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-02 | 5/17/2010 | Wellhead | ug/L | 0.533595 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-16 | 5/24/2010 | Wellhead | ug/L | 0.521423 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-14 | 5/24/2010 | Wellhead | ug/L | 0.413221 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006033-07 | 5/31/2010 | Wellhead | ug/L | 0.36395 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-10 | 5/24/2010 | Wellhead | ug/L | 0.358483 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-12 | 5/21/2010 | Wellhead | ug/L | 0.32574 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-14 | 5/25/2010 | Wellhead | ug/L | 0.317393 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005022-01 | 5/16/2010 | Wellhead | ug/L | 0.247534 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005022-11 | 5/16/2010 | Wellhead | ug/L | 0.247507 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | 1006025-19 | 5/31/2010 | Wellhead | ug/L | 0.247447 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-13 | 5/17/2010 | Wellhead | ug/L | 0.244019 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006019-15 | 5/30/2010 | Wellhead | ug/L | 0.233431 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005051-13 | 5/19/2010 | Wellhead | ug/L | 0.228683 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-16 | 5/16/2010 | Wellhead | ug/L | 0.210024 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-13 | 5/24/2010 | Wellhead | ug/L | 0.202514 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-03 | 5/15/2010 | Wellhead | ug/L | 0.191585 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-11 | 5/17/2010 | Wellhead | ug/L | 0.186027 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | K1005675-004 | 5/29/2010 | Wellhead | ug/L | 0.182 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-04 | 5/17/2010 | Wellhead | ug/L | 0.167832 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-08 | 5/25/2010 | Wellhead | ug/L | 0.142158 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-01 | 5/23/2010 | Wellhead | ug/L | 0.139107 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006013-12 | 5/30/2010 | Wellhead | ug/L | 0.136485 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-11 | 5/16/2010 | Wellhead | ug/L | 0.127539 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-09 | 5/24/2010 | Wellhead | ug/L | 0.12672 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-09 | 5/24/2010 | Wellhead | ug/L | 0.125555 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-16 | 5/25/2010 | Wellhead | ug/L | 0.124207 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005022-14 | 5/17/2010 | Federal | ug/L | 0.123213 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-01 | 5/19/2010 | Wellhead | ug/L | 0.111595 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-11 | 5/25/2010 | Wellhead | ug/L | 0.110726 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-12 | 5/16/2010 | Wellhead | ug/L | 0.109567 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-07 | 5/25/2010 | Wellhead | ug/L | 0.105472 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005051-08 | 5/19/2010 | Wellhead | ug/L | 0.101748 | 41 |

Data Source: "BP Gulf Science Data (NRDA-publicly available)," file name "WaterChemistry_W-01v02-01.csv" dated 5/23/2014.

**Offshore Deep May**

Samples:1000m depth or greater

| Harmonized Study Name | Harmonized Cruise ID | Laboratory Sample ID | Sample Date | Spatial Zone (Federal and Wellhead codes are Offshore; State codes are Nearshore) | Units | Rice PAH41 Sum (ug/L) with NDs set to 0.001 (with blue shading) | Rice PAH41 Result Count |
|---|---|---|---|---|---|---|---|
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006019-16 | 5/30/2010 | Wellhead | ug/L | 0.101464 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-07 | 5/16/2010 | Wellhead | ug/L | 0.096682 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-15 | 5/25/2010 | Wellhead | ug/L | 0.086731 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-01 | 5/23/2010 | Wellhead | ug/L | 0.086038 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006019-05 | 5/30/2010 | Wellhead | ug/L | 0.084823 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-06 | 5/17/2010 | Federal | ug/L | 0.084353 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006006-05 | 5/29/2010 | Federal | ug/L | 0.080983 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005051-11 | 5/19/2010 | Wellhead | ug/L | 0.080792 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005051-04 | 5/19/2010 | Wellhead | ug/L | 0.073324 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005023-05 | 5/17/2010 | Federal | ug/L | 0.069149 | 41 |
| Ephemeral Offshore Water Chemistry: Jack Fitz 2 | Jack Fitz 02 Ephemeral 02 (05-21-10 to 06-01-10) | 1006025-16 | 5/31/2010 | Wellhead | ug/L | 0.065301 | 41 |
| NOAA Offshore Water Chemistry: Brooks McCall 2 | Brooks McCall 02 (05-15-10 to 05-17-10) | 1005021-02 | 5/15/2010 | Wellhead | ug/L | 0.064936 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006033-13 | 5/31/2010 | Wellhead | ug/L | 0.061057 | 41 |
| Plankton Imaging SIPPER: May 2010 (Weatherbird II) | Weatherbird II 02 (05-23-10 to 05-26-10) | 1005097-08 | 5/25/2010 | Federal | ug/L | 0.059076 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-13 | 5/20/2010 | Wellhead | ug/L | 0.057059 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-08 | 5/20/2010 | Wellhead | ug/L | 0.052297 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005051-14 | 5/19/2010 | Wellhead | ug/L | 0.046842 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-12 | 5/20/2010 | Wellhead | ug/L | 0.045067 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-06 | 5/20/2010 | Wellhead | ug/L | 0.044979 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-09 | 5/20/2010 | Wellhead | ug/L | 0.04399 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-21 | 5/27/2010 | Wellhead | ug/L | 0.043631 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006019-11 | 5/30/2010 | Wellhead | ug/L | 0.043279 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005086-05 | 5/24/2010 | Wellhead | ug/L | 0.042234 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-07 | 5/20/2010 | Wellhead | ug/L | 0.041965 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-10 | 5/20/2010 | Wellhead | ug/L | 0.041305 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-04 | 5/20/2010 | Wellhead | ug/L | 0.03994 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006033-11 | 5/31/2010 | Wellhead | ug/L | 0.03845 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-01 | 5/21/2010 | Wellhead | ug/L | 0.03661 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006033-12 | 5/31/2010 | Wellhead | ug/L | 0.035403 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005085-12 | 5/24/2010 | Wellhead | ug/L | 0.034525 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-02 | 5/19/2010 | Wellhead | ug/L | 0.034458 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-05 | 5/20/2010 | Wellhead | ug/L | 0.033483 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006014-11 | 5/30/2010 | Federal | ug/L | 0.032994 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-10 | 5/21/2010 | Wellhead | ug/L | 0.03194 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-19 | 5/27/2010 | Wellhead | ug/L | 0.030974 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005052-14 | 5/20/2010 | Wellhead | ug/L | 0.030627 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006006-09 | 5/29/2010 | Federal | ug/L | 0.029849 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-13 | 5/21/2010 | Wellhead | ug/L | 0.02979 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-06 | 5/21/2010 | Wellhead | ug/L | 0.02964 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 04 (05-23-10 to 05-25-10) | 1005087-01 | 5/25/2010 | Wellhead | ug/L | 0.026804 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-14 | 5/21/2010 | Wellhead | ug/L | 0.021579 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006014-15 | 5/30/2010 | Wellhead | ug/L | 0.02143 | 41 |
| Plankton Imaging SIPPER: May 2010 (Weatherbird II) | Weatherbird II 02 (05-23-10 to 05-26-10) | 1005100-05 | 5/25/2010 | Federal | ug/L | 0.02036 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-05 | 5/21/2010 | Wellhead | ug/L | 0.020144 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006025-01 | 5/31/2010 | Wellhead | ug/L | 0.019525 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-09 | 5/21/2010 | Wellhead | ug/L | 0.018381 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-15 | 5/21/2010 | Wellhead | ug/L | 0.01528 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006025-10 | 5/31/2010 | Wellhead | ug/L | 0.014924 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-07 | 5/21/2010 | Wellhead | ug/L | 0.014728 | 41 |

Data Source: "BP Gulf Science Data (NRDA-publicly available)," file name "WaterChemistry_W-01v02-01.csv" dated 5/23/2014.

**Offshore Deep May**
Samples: 1000m depth or greater

| Harmonized Study Name | Harmonized Cruise ID | Laboratory Sample ID | Sample Date | Spatial Zone (Federal and Wellhead codes are Offshore; State codes are Nearshore) | Units | Rice PAH41 Sum (ug/L) with NDs set to 0.001 (with blue shading) | Rice PAH41 Result Count |
|---|---|---|---|---|---|---|---|
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-08 | 5/21/2010 | Wellhead | ug/L | 0.014715 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Ocean Veritas 01 (05-26-10 to 05-30-10) | 1006005-20 | 5/27/2010 | Wellhead | ug/L | 0.014241 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006014-19 | 5/30/2010 | Wellhead | ug/L | 0.01347 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006019-06 | 5/30/2010 | Wellhead | ug/L | 0.01289 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-02 | 5/21/2010 | Wellhead | ug/L | 0.0127 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-03 | 5/21/2010 | Wellhead | ug/L | 0.012685 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 03 (05-18-10 to 05-22-10) | 1005053-04 | 5/21/2010 | Wellhead | ug/L | 0.007928 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006013-16 | 5/30/2010 | Wellhead | ug/L | 0.007916 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006012-26 | 5/31/2010 | Wellhead | ug/L | 0.006964 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006010-14 | 5/29/2010 | Federal | ug/L | 0.006517 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006012-22 | 5/31/2010 | Wellhead | ug/L | 0.006505 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006013-04 | 5/30/2010 | Federal | ug/L | 0.005717 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006011-24 | 5/30/2010 | Federal | ug/L | 0.005487 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006012-18 | 5/31/2010 | Wellhead | ug/L | 0.00345 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006012-14 | 5/31/2010 | Wellhead | ug/L | 0.003214 | 41 |
| NOAA Offshore Water Chemistry Sampling on Response Vessels | Brooks McCall 05 (05-30-10 to 06-02-10) | 1006025-02 | 5/31/2010 | Wellhead | ug/L | 0.002288 | 41 |
| Plankton Imaging SIPPER: May/June 2010 (Gordon Gunter) | Gordon Gunter 01 (05-27-10 to 06-04-10) | 1006010-18 | 5/29/2010 | Federal | ug/L | 0.000942 | 41 |

| | |
|---|---|
| Count | 164 |
| Average (ug/L) | 945.58 all |
| Geomean (ug/L) | 0.48 all |
| Count | 160 |
| Average (ug/L) | 15.35 w/o 4 outliers (> 1,000 ug/L) |
| Geomean (ug/L) | 0.38 w/o 4 outliers (> 1,000 ug/L) |
| Count | 155 |
| Average (ug/L) | 5.43 w/o 9 high Skandi Neptune outliers (> 100 ug/L) |
| Geomean (ug/L) | 0.31 w/o 9 high Skandi Neptune outliers (> 100 ug/L) |

Data Source: "BP Gulf Science Data (NRDA-publicly available)," file name "WaterChemistry_W-01v02-01.csv" dated 5/23/2014.