# Exhibit I

# Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish

John P. Incardona[a,1], Luke D. Gardner[b], Tiffany L. Linbo[a], Tanya L. Brown[a], Andrew J. Esbaugh[c], Edward M. Mager[c], John D. Stieglitz[c], Barbara L. French[a], Jana S. Labenia[a], Cathy A. Laetz[a], Mark Tagal[a], Catherine A. Sloan[a], Abigail Elizur[d], Daniel D. Benetti[c], Martin Grosell[c], Barbara A. Block[b], and Nathaniel L. Scholz[a]

[a]Ecotoxicology Program, Environmental Conservation Division, Northwest Fisheries Science Center, National Oceanic and Atmospheric Administration, Seattle, WA 98112; [b]Hopkins Marine Station, Department of Biology, Stanford University, Pacific Grove, CA 93950; [c]Division of Marine Biology and Fisheries, Rosenstiel School of Marine and Atmospheric Sciences, University of Miami, Miami, FL 33149-1098; and [d]Genecology Research Centre, Faculty of Science, Health, Education and Engineering, University of the Sunshine Coast, Maroochydore DC, QLD 4558, Australia

Edited by Karen A. Kidd, University of New Brunswick, Saint John, BC, Canada, and accepted by the Editorial Board February 24, 2014 (received for review November 6, 2013)

The *Deepwater Horizon* disaster released more than 636 million L of crude oil into the northern Gulf of Mexico. The spill oiled upper surface water spawning habitats for many commercially and ecologically important pelagic fish species. Consequently, the developing spawn (embryos and larvae) of tunas, swordfish, and other large predators were potentially exposed to crude oil-derived polycyclic aromatic hydrocarbons (PAHs). Fish embryos are generally very sensitive to PAH-induced cardiotoxicity, and adverse changes in heart physiology and morphology can cause both acute and delayed mortality. Cardiac function is particularly important for fast-swimming pelagic predators with high aerobic demand. Offspring for these species develop rapidly at relatively high temperatures, and their vulnerability to crude oil toxicity is unknown. We assessed the impacts of field-collected *Deepwater Horizon* (MC252) oil samples on embryos of three pelagic fish: bluefin tuna, yellowfin tuna, and an amberjack. We show that environmentally realistic exposures (1–15 μg/L total PAH) cause specific dose-dependent defects in cardiac function in all three species, with circulatory disruption culminating in pericardial edema and other secondary malformations. Each species displayed an irregular atrial arrhythmia following oil exposure, indicating a highly conserved response to oil toxicity. A considerable portion of Gulf water samples collected during the spill had PAH concentrations exceeding toxicity thresholds observed here, indicating the potential for losses of pelagic fish larvae. Vulnerability assessments in other ocean habitats, including the Arctic, should focus on the developing heart of resident fish species as an exceptionally sensitive and consistent indicator of crude oil impacts.

oil spill | damage assessment | heart development | embryology

The *Deepwater Horizon* disaster resulted in the release of more than 4 million barrels (636 million L) of oil into the offshore waters of the northern Gulf of Mexico between April 10 and July 14, 2010 (1). Although subsurface application of dispersants near the wellhead resulted in retention of a considerable portion of oil in the bathypelagic zone (2), oil also traveled to the upper surface waters where it formed a large and dynamic patchwork of slicks (e.g., covering an estimated 17,725 km$^2$ during May 2010) (3). In the decades following the last major US oil spill (the 1989 *Exxon Valdez* spill in Alaska), developing fish embryos have been shown to be especially vulnerable to the toxicity of crude oil (4). The northern Gulf provides critical spawning and rearing habitats for a range of commercially and ecologically important pelagic fish species, and the timing of oil release into the ecosystem from the damaged *Deepwater Horizon*/MC252 well coincided with the temporal spawning window for bluefin and yellowfin tunas, mahi mahi, king and Spanish mackerels, greater and lesser amberjacks, sailfish, blue marlin, and cobia (5–13). Yellowfin tuna (*Thunnus albacares*) and greater amberjack (*Seriola dumerili*) contribute to important commercial fisheries (48,960,000 pounds in 2010 and 4,348,000 pounds in 2004, respectively) (14, 15). The Atlantic bluefin tuna (*Thunnus thynnus*) population from the Gulf of Mexico is currently at a historically low level (16), and was recently petitioned for listing under the US Endangered Species Act. For these and other pelagics, the extent of early-life stage loss from oiled spawning habitats is an important outstanding question for fisheries management and conservation.

The developing fish heart is known as a sensitive target organ for the toxic effects of crude oil-derived polycyclic aromatic hydrocarbons (PAHs) (4). Of the multiple two- to six-ringed PAH families contained in crude oil, the most abundant three-ringed compounds are sufficient to drive the cardiotoxicity of petroleum-derived PAH mixtures. These compounds (fluorenes, dibenzothiophenes, and phenanthrenes) directly disrupt fish cardiac function (17, 18), thereby interfering with the interdependent processes of circulation and heart chamber formation. Exposure of fish embryos to PAH mixtures derived from crude oil slows the heartbeat (bradycardia) and reduces contractility (17, 19–21). The underlying mechanism was recently shown to be blockade of key potassium and calcium ion channels involved in cardiac excitation-contraction coupling (22). These

**Significance**

The 2010 *Deepwater Horizon* (MC252) disaster in the northern Gulf of Mexico released more than 4 million barrels of crude oil. Oil rose from the ocean floor to the surface where many large pelagic fish spawn. Here we describe the impacts of field-collected oil samples on the rapidly developing embryos of warm-water predators, including bluefin and yellowfin tunas and an amberjack. For each species, environmentally relevant MC252 oil exposures caused serious defects in heart development. Moreover, abnormalities in cardiac function were highly consistent, indicating a broadly conserved developmental crude oil cardiotoxicity. Losses of early life stages were therefore likely for Gulf populations of tunas, amberjack, swordfish, billfish, and other large predators that spawned in oiled surface habitats.

Author contributions: J.P.I., L.D.G., A.J.E., M.G., and B.A.B. designed research; J.P.I., L.D.G., T.L.L., T.L.B., A.J.E., E.M.M., J.D.S., B.L.F., J.S.L., C.A.L., M.T., and C.A.S. performed research; A.E. and D.D.B. contributed new reagents/analytic tools; J.P.I. and C.A.S. analyzed data; J.P.I. and N.L.S. wrote the paper; J.P.I., D.D.B., M.G., B.A.B., and N.L.S. supervised the studies; T.L.L., E.M.M., and J.D.S. handled logistics; and B.L.F. and J.S.L. provided logistical and administrative support.

The authors declare no conflict of interest.

This article is a PNAS Direct Submission. K.A.K. is a guest editor invited by the Editorial Board.

Freely available online through the PNAS open access option.

[1]To whom correspondence should be addressed. E-mail: john.incardona@noaa.gov.

This article contains supporting information online at www.pnas.org/lookup/suppl/doi:10.1073/pnas.1320950111/-/DCSupplemental.

CONFIDENTIAL    BP-HZN-2179  13333    Exhibit No. ___  Worldwide Court Reporters, Inc.

**Image Collection.** For all data collection, room temperatures were held at the same temperature as exposures. Larvae were anesthetized with clove oil before capture and imaging. The dilution of clove oil required to immobilize larvae was titrated for each species. Clove oil was diluted 1:10,000 into exposure beakers, with 10 min allowed for anesthetic effect before initiation of imaging. Only one beaker at a time was imaged, so that all replicates had equal exposure time in clove oil. For all imaging (with or without anesthetic), two to three larvae were captured at a time and transferred to a Petri dish, where they were individually mounted on top of 2% methylcellulose in seawater. This process ensured rapid imaging of specimens while avoiding potential temperature elevation on the microscope stage. Two stereoscope stations allowed sequential processing of two replicates at a time, and larvae were imaged continuously until all replicates were completed. Replicates were processed in random order, except control replicates that were evenly spaced throughout the entire time of processing, which ranged from 5 to 8 h. For amberjack embryos exposed in buckets, 10 hatched larvae were randomly captured from each treatment and imaged within 1 h. Images (640 × 480 pixels) were collected using Fire1-400 industrial digital video cameras (Unibrain) mounted on Nikon SMZ800 stereomicroscopes, using MacBook laptops and BTV Carbon Pro software. Images were calibrated using a stage micrometer.

**Image Analysis and Statistics.** For scoring the presence or absence of edema, still frames and videos were assessed for the shape of the yolk mass. Larvae were scored as normal if the anterior portion of the yolk sac was smooth and rounded with a bullet-shaped tip and if there were no obvious indentations on the yolk sac because of pressure from fluid buildup in the pericardial area. Edema was scored positive if the anterior portion of the yolk sac was concave or pushed to a sharp point, or if indentations indicated by dark, angular lines were seen pushing on the yolk sac because of pressure from fluid buildup in the pericardial area. For all species, there was a range of normal yolk-sac shapes in control fish. Yolk sacs that did not have a perfect rounded, bullet shape (e.g., slightly blunted or semipointed) were still considered within the range of normal. Because amberjack embryos exposed in buckets were all imaged within a narrow time window (1 h) and were thus at the same developmental stage, pericardial areas were measured in lateral images as a quantitative assessment of edema as described elsewhere (20).

Cardiac function was assessed in $\geq$10-s digital video clips of all viable embryos collected from each replicate exposure. Heart rate was determined by simply counting the total number of heart beats in a given video clip played back at half speed. Arrhythmia was assessed by relating the onset of contraction and relaxation for cardiac chambers to individual video frames, and counting the total number of frames for each phase. The actual mean duration of systole and diastole was determined for amberjack from four randomly selected videos for control and high-dose treatment groups. Duration of systole and diastole was not determined for yellowfin tuna because of higher heart rates. For amberjack, heart rate (beat-to-beat) variability was determined by the number of video frames between the initiation of contractions for an entire video clip, and calculated as described elsewhere (19), measured in 10 randomly selected videos from each replicate (e.g., Movie S1).

**Statistical Analysis.** Parametric statistical analyses were performed using JMP (versions 6.0.2 and 8.0.1 for Macintosh; SAS Institute), and dose–response relationships analyzed by nonlinear models using Prism 6.0b for Macintosh (GraphPad Software). For nonlinear regressions, ΣPAH data were log-transformed and a normalized-response model was used for occurrence data (percent with edema or arrhythmia); heart rate data were not normalized. For parametric analyses, occurrence data (arrhythmia) (Fig. 5D) were analyzed by one-way ANOVA. If ANOVA was significant for effect of treatment ($P < 0.05$), means were compared between controls and treatment groups (exposure concentrations) using Dunnett's post hoc test ($\alpha = 0.05$). Heart-rate data (Fig. S5) were analyzed by one-way ANOVA with replicate nested in treatment group to assess "tank" effect and to avoid pseudoreplication. If ANOVA was significant for effect of treatment ($P < 0.05$), means were compared between controls and treatment groups (exposure concentrations) using Dunnett's test ($\alpha = 0.05$).

**Analytical Chemistry.** PAH concentrations were determined by gas chromatography/mass spectrometry (GC/MS) by either Columbia Analytical Services (CAS; bluefin and yellowfin tuna) or the Northwest Fisheries Science Center (NWFSC; amberjack). The 250-mL water samples were stabilized with either hydrochloric acid (CAS samples) or dichloromethane (NWFSC samples), stored at 4 °C until shipment, and shipped to each analytical laboratory by expedited courier. Samples were then extracted with dichloromethane and processed for GC/MS. Details of sample extraction, cleanup and GC/MS analysis, including limits of detection, are provided elsewhere (38). PAH concentrations were determined for each dilution of the dose–response series. For the bluefin tuna exposure, PAHs were measured in only the highest concentration and control samples because of sample loss during shipping between Australia and the United States. Measured PAHs are provided in Table S1. For consistency with previously published work, a conventional list of 40 analytes was used for PAH composition figures and calculations of ΣPAH. A larger list of 50 analytes was used to provide supplemental $EC_{50}/IC_{50}$ values comparable to other ongoing *Deepwater Horizon* Natural Resource Damage Assessment (NRDA) studies. Individual PAH measurements for all tests are provided in Dataset S1. HEWAF PAH data were compared with field sample PAH data generated within the larger NRDA field sampling program. The NRDA sampling plans, protocols, and raw data are publicly available through links at www.gulfspillrestoration.noaa.gov/oil-spill/gulf-spill-data. For comparison with PAH levels in field-collected water samples, the source file for all validated Gulf water sample PAH values was obtained at http://54.243.205.138/gulfspillrestoration/qmmatrix/Water_chem_export.zip. The file Water_chem_export.csv was filtered in Microsoft Excel using columns "matrix" (water), "chemname" (C1-phenanthrenes/anthracenes), "sampdate" (20100428–20100730), "upperdepth" (greater than or equal to 0 m), "lower depth" (less than or equal to 200 m), "latitude" ($\geq$27.25, $\leq$29.6), and "longitude" ($\geq$−90.6, $\leq$−87.09). These filtering criteria resulted in a list of 548 pelagic water samples from a total of 2,647. The map locations of water samples can be found at http://gomex.erma.noaa.gov/erma.html#x=-88.25810&y=27.03211&z=6&layers=19129. For comparison of overall PAH composition between HEWAFs and field samples (Fig. 1), a subset of 77 water samples was selected that showed weathering as a relative loss of naphthalenes. The ΣPAH concentrations for these samples ranged from 2.6–354.4 μg/L, with a mean ($\pm$SD) of 22.3 $\pm$ 42.7 μg/L and a median value of 13.2 μg/L. Water samples from the field that showed similar PAH concentration and composition (i.e., weathering state) to HEWAF preps (represented in Fig. 1) were thus in the low end of the range. The data subset used for this comparison is publically available as a package at http://54.243.205.138/gulfspillrestoration/PNAS/NOAA_WAF_PNAS_2014.zip.

ACKNOWLEDGMENTS. The authors thank Adam Miller, Morten Deichmann, and Craig Foster of Cleanseas Tuna for providing bluefin tuna and amberjack embryos, and advice on culture conditions; Erin Bubner and Bob Delaine for facilities access and logistical support at the Lincoln Marine Science Center; Tor Linbo and Robbie Schallert for assistance with bluefin tuna and amberjack embryo exposures; the Inter-American Tropical Tuna Commission members Guillermo Campeán, Richard Deriso, Daniel Margulies, Vernon Scholey, and the staff at the Achotines Laboratory for providing access to the yellowfin tuna broodstock and laboratory facilities; Bernadita Anulacion, Daryle Boyd, and Ron Pearce for assistance with polycyclic aromatic hydrocarbon analyses; and National Oceanic and Atmospheric Administration National Ocean Service staff and contractors for reviewing the experimental design and a draft of the manuscript. M.G. is a Maytag professor of ichthyology. This work was funded as a contributing study to the *Deepwater Horizon*/MC252 Incident Natural Resource Damage Assessment.

1. Crone TJ, Tolstoy M (2010) Magnitude of the 2010 Gulf of Mexico oil leak. *Science* 330(6004):634.
2. Kujawinski EB, et al. (2011) Fate of dispersants associated with the *Deepwater Horizon* oil spill. *Environ Sci Technol* 45(4):1298–1306.
3. Labson VF, et al. (2010) *Estimated Lower Bound for Leak Rates from the Deepwater Horizon Spill—Interim Report to the Flow Rate Technical Group from the Mass Balance Team*, U.S. Geological Survey Open-File Report (US Geological Survey, Reston, VA), p 4.
4. Incardona JP, Collier TK, Scholz NL (2011) Oil spills and fish health: Exposing the heart of the matter. *J Expo Sci Environ Epidemiol* 21(1):3–4.
5. Lang KL, Grimes CB, Shaw RF (1994) Variations in the age and growth of yellowfin tuna larvae, *Thunnus albacares*, collected about the Mississippi River plume. *Environ Biol Fishes* 39(3):259–270.
6. Arocha F, Lee DW, Marcano LA, Marcano JS (2001) Update information on the spawning of yellowfin tuna, *Thunnus albacares*, in the western central Atlantic. *Col Vol Sci Pap ICCAT* 52(1):167–176.
7. Grimes CB, Finucane JH, Collins AL, DeVries DA (1990) Young king mackerel, *Scomberomorus cavalla*, in the Gulf of Mexico, a summary of the distribution and occurrence of larvae and juveniles, and spawning dates for Mexican juveniles. *Bull Mar Sci* 46(3):640–654.
8. McEachran JD, Finucane JH, Hall LS (1980) Distribution, seasonality and abundance of king and Spanish mackerel larvae in the northwestern Gulf of Mexico (Pisces: Scombridae). *Northeast Gulf Science* 4:1–16.
9. Block BA, et al. (2005) Electronic tagging and population structure of Atlantic bluefin tuna. *Nature* 434(7037):1121–1127.

CONFIDENTIAL   BP-HZN-2179MDL09304785