# Exhibit J

# Environmental Science & Technology

Article

pubs.acs.org/est

# Acute Embryonic or Juvenile Exposure to *Deepwater Horizon* Crude Oil Impairs the Swimming Performance of Mahi-Mahi (*Coryphaena hippurus*)

Edward M. Mager,*[†] Andrew J. Esbaugh,[†] John D. Stieglitz,[†] Ronald Hoenig,[†] Charlotte Bodinier,[†] John P. Incardona,[§] Nathaniel L. Scholz,[§] Daniel D. Benetti,[†] and Martin Grosell[†]

[†]Division of Marine Biology and Fisheries, University of Miami, Rosenstiel School of Marine and Atmospheric Science, 4600 Rickenbacker Causeway, Miami, Florida 33149, United States

[‡]Department of Marine Science, University of Texas, Marine Science Institute, 750 Channel View Drive, Port Aransas, Texas 78373, United States

[§]Ecotoxicology Program, Northwest Fisheries Science Center, National Oceanic and Atmospheric Administration, 2725 Montlake Boulevard E, Seattle, Washington 98112, United States

**ⓈSupporting Information**

**ABSTRACT:** The *Deepwater Horizon* incident likely resulted in exposure of commercially and ecologically important fish species to crude oil during the sensitive early life stages. We show that brief exposure of a water-accommodated fraction of oil from the spill to mahi-mahi as juveniles, or as embryos/larvae that were then raised for ~25 days to juveniles, reduces their swimming performance. These physiological deficits, likely attributable to polycyclic aromatic hydrocarbons (PAHs), occurred at environmentally realistic exposure concentrations. Specifically, a 48 h exposure of $1.2 \pm 0.6$ $\mu g \, L^{-1}$ ΣPAHs (geometric mean $\pm$ SEM) to embryos/larvae that were then raised to juvenile stage or a 24 h exposure of $30 \pm 7 \mu g \, L^{-1}$ ΣPAHs (geometric mean $\pm$ SEM) directly to juveniles resulted in 37% and 22% decreases in critical swimming velocities ($U_{crit}$), respectively. Oil-exposed larvae from the 48 h exposure showed a 4.5-fold increase in the incidence of pericardial and yolk sac edema relative to controls. However, this larval cardiotoxicity did not manifest in a reduced aerobic scope in the surviving juveniles. Instead, respirometric analyses point to a reduction in swimming efficiency as a potential alternative or contributing mechanism for the observed decreases in $U_{crit}$.



**Swimming Performance**

Mahi-Mahi (*Coryphaena hippurus*)

## ■ INTRODUCTION

The largest marine oil spill in U.S. history spanned 87 days during the spring and summer of 2010 during which the blown-out *Deepwater Horizon* (*DWH*) Macondo wellhead released approximately 4 million barrels ($6 \times 10^8$ L) of crude oil into the northern Gulf of Mexico (GoM).[1−3] The *DWH* incident oiled large portions of the pelagic zone, including the upper surface waters, and overlapped both spatially and temporally with the spawning of a number of commercially and ecologically important fish species, including yellowfin and bluefin tuna,[4,5] mahi-mahi,[6,7] and other large pelagics.[8−10] An unusual aspect of the spill was that it originated at depth and under high energy, which facilitated the dissolution of toxic polycyclic aromatic hydrocarbons (PAHs) by increasing mixing and contact time with the water during ascent to the surface.[11,12] Thus, PAH exposures likely occurred for adult fish breeding in the area and during the far more sensitive early life stages (ELS; i.e., embryos and larvae) of the developing offspring. Besides immediate impacts on survival, such PAH exposures, even if brief, may have imparted subtle developmental and physiological impairments with ensuing ramifications of ecological importance.[13] Here, we provide novel information on sublethal exposures of

the PAHs found in this oil spill to a resident GoM fish (mahi-mahi).

Numerous studies have investigated the developmental toxicity of crude oil to fish embryos and larvae and also identified the constituent PAHs responsible for ELS impacts.[14−28] These functional studies have identified cardiac development as a key process impaired by PAHs, particularly 3-ring (tricylic) compounds, causing anatomical malformations and functional defects that likely diminish cardiac output in association with bradycardia and arrhythmia. Oil-exposed embryos that develop cardiac failure and jaw deformities are unlikely to survive past the yolk sac stage to become free swimming and feeding larvae.[14] These findings contravened a longstanding paradigm wherein lower molecular weight and more volatile 2-ring PAHs drive crude oil toxicity through acute and nonspecific narcosis.[13] Recent studies have also shown that the nervous system may be a target of oil toxicity in fish, as

Received: April 2, 2014
Revised: May 21, 2014
Accepted: May 23, 2014
Published: May 23, 2014

CONFIDENTIAL



13338

Exhibit No. _____

Worldwide Court
Reporters, Inc.

BP-HZN-2179MDL09304810

used for the swim trials, in addition to the fact that the exposures were performed in the absence of environmental stressors, lends further support that our results are likely conservative.

The observed decreases in $U_{crit}$ without corresponding decreases in aerobic scope as described herein suggest that the former are due to reductions in swimming efficiency (i.e., greater energy is required to swim a given distance or maintain a given velocity). This is well illustrated by the proportional inverse relationships for $U_{crit}$ and $COT_{U_{crit}}$ exhibited by both the juveniles swam ~25 days following exposure to HEWAF as embryos/larvae and the juveniles swam 24 h after exposure to the highest concentration of HEWAF. Thus, it is plausible that the latent and acute effects are related to direct toxic effects in the red or white swimming muscles, or the neural control of swimming muscle contractions, that cause dysfunction in the proper coordination of muscles required for efficient swimming. For example, this might occur due to a PAH-induced disruption in the excitation-contraction coupling mechanism of skeletal muscles in manner consistent with that recently described for bluefin and yellowfin tuna[26] cardiomyocytes. Alternatively, PAH-induced ROS production could result in the uncoupling of mitochondrial oxidative mechanisms that diminish the amount of ATP generated per unit oxygen.[51,52] Considering that both sustained aerobic activity and anaerobic burst swimming are utilized in achieving $U_{crit}$, a failure in gait transition to anaerobic burst swimming by white muscles might represent another possible explanation as greater demand would be placed on aerobic metabolism to sustain $U_{crit}$.[53] Finally, an intact lateral line is necessary for efficient swimming,[54] and an oil-induced abnormality in lateral line development could underlie the observed changes in cost of transport. Taken together, these considerations may implicate a role for neurological dysfunction in limiting the swimming performance of pelagic fish species exposed to DWH crude oil. Clearly, more research is needed to test these hypotheses and elucidate the underlying mechanism(s) of impaired swimming performance by juvenile mahi-mahi following transient exposure to DHW crude oil.

Irrespective of mechanism, our findings of reduced $U_{crit}$ for mahi-mahi exposed to DWH crude oil nevertheless reveal significant physiological impairment at PAH concentrations well below some measurements taken during the spill (i.e., as low as 1.2 $\mu g$ L$^{-1}$ ΣPAHs). These results indicate that the impacts on survival of mahi-mahi are likely to be greater than estimates that consider acute mortality alone. Still, there remains much to be learned regarding the effects of DWH oil exposure on the swimming performance of resident GoM pelagic fishes, including for example the ability to recover from transient exposures and the significance of natural environmental stressors in contributing additional detriment. Such information would provide further insight relevant to assessing the damage that the DWH spill imparted to these important natural resources.

## ■ ASSOCIATED CONTENT

### ⓈSupporting Information

Further information is available that provides PAH compositions and measurements (Tables S1 and S2; Figure S1), water quality measurements (Table S2), an example of larval pericardial edema (Figure S2), an example linear regression of metabolic rate vs swimming speed (Figure S3), methods for determining mass scaling constants and coefficients (Figure

S4), and nonmass scaled metabolic rate and COT data (Figure S5). This material is available free of charge via the Internet at http://pubs.acs.org/.

## ■ AUTHOR INFORMATION

### Corresponding Author
*E. M. Mager. E-mail: emager@rsmas.miami.edu. Phone: 305-421-4823. Fax: 305-421-4600. Division of Marine Biology and Fisheries, University of Miami, Rosenstiel School of Marine and Atmospheric Science, 4600 Rickenbacker Cswy., Miami, FL 33149-1098, United States.

### Notes
The authors declare no competing financial interest.

## ■ ACKNOWLEDGMENTS

The authors would like to thank Dr. Anthony Farrell for his insightful review and suggestions for the manuscript, as well as Stratus Consulting for their valuable assistance and feedback, Kathleen Munley and Maria Rodgers for their technical support, and the students and staff at the UMEH for their assistance in the culture of mahi-mahi used in this study. This work was supported by funds provided as part of the Natural Resource Damage Assessment (NRDA) for the DWH oil spill. Data presented here are a subset of a larger toxicological database that is being generated as part of the DWH NRDA; therefore, these data will be subject to additional analysis and interpretation, which may include interpretation in the context of additional data not presented here.

## ■ REFERENCES

(1) Camilli, R.; Di Iorio, D.; Bowen, A.; Reddy, C. M.; Techet, A. H.; Yoerger, D. R.; Whitcomb, L. L.; Seewald, J. S.; Sylva, S. P.; Fenwick, J. Acoustic measurement of the *Deepwater Horizon* Macondo well flow rate. *Proc. Natl. Acad. Sci. U. S. A.* **2012**, *109* (50), 20235–20239.

(2) Crone, T. J.; Tolstoy, M. Magnitude of the 2010 Gulf of Mexico oil leak. *Science* **2010**, *330* (6004), 634.

(3) McNutt, M.; Camilli, R.; Guthrie, G.; Hsieh, P.; Labson, V.; Lehr, B.; Maclay, D.; Ratzel, A.; Sogge, M. *Assessment of flow rate estimates for the Deepwater Horizon/Macondo well oil spill;* United States Department of the Interior: Washington, DC, 2011.

(4) Block, B. A.; Teo, S. L.; Walli, A.; Boustany, A.; Stokesbury, M. J.; Farwell, C. J.; Weng, K. C.; Dewar, H.; Williams, T. D. Electronic tagging and population structure of Atlantic bluefin tuna. *Nature* **2005**, *434* (7037), 1121–1127.

(5) Muhling, B. A.; Roffer, M. A.; Lamkin, J. T.; Ingram, G. W., Jr.; Upton, M. A.; Gawlikowski, G.; Muller-Karger, F.; Habtes, S.; Richards, W. J. Overlap between Atlantic bluefin tuna spawning grounds and observed *Deepwater Horizon* surface oil in the northern Gulf of Mexico. *Mar. Pollut. Bull.* **2012**, *64* (4), 679–687.

(6) Gibbs, R. H.; Collette, B. B. On the identification, distribution, and biology of the dolphins, *Coryphaena hippurus* and *C. equiselis*. *Bull. Mar. Sci.* **1959**, *9*, 117–152.

(7) Palko, B. J.; Beardsley, G. L.; Richards, W. J. *Synopsis of the biological data on dolphin-fishes, Coryphaena hippurus Linnaeus and Coryphaena equiselis Linnaeus;* United States Department of Commerce: Washington, DC, 1982.

(8) Brown-Peterson, N.; Overstreet, R. M.; Lotz, J. M.; Franks, J. S.; Burns, K. M. Reproductive biology of cobia, *Rachycentron canadum*, from coastal waters of the southern United States. *Fish. Bull.* **2001**, *99*, 15–28.

(9) Rooker, J. R.; Kitchens, L. L.; Dance, M. A.; Wells, R. J.; Falterman, B.; Cornic, M. Spatial, temporal, and habitat-related variation in abundance of pelagic fishes in the Gulf of Mexico: Potential implications of the *Deepwater Horizon* oil spill. *PLoS One* **2013**, *8* (10), e76080.

CONFIDENTIAL                                              BP-HZN-2179MDL09304816