# Exhibit K

01-45271
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*
## *PENALTY PHASE*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Amy Merten

**June 11, 2014**

*COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
                1   a list of the 69 that were completed.
                2          MS. ANDRE:  Yeah, at some point, I
                3   think in the April one, it was through the
                4   cooperative process, there was a list
11:00           5   exchanged with BP of the ones that were
                6   completed.
                7          MR. ISRAEL:  Okay.
                8          Q.    (BY MR. ISRAEL)  And, in any
                9   event, Dr. Merten, the studies that are not
11:00          10   completed, there -- they are concluded with
               11   the exception of final QA/QC; is that
               12   correct?
               13          A.    Correct.
               14          Q.    If I could ask you to -- to look
11:00          15   at Tab 16.  I'm going to mark Tab 16 as
               16   Exhibit 11766.  This is a study by Mager, et
               17   al., titled "Acute Embryonic Or Juvenile
               18   Exposure to Deepwater Horizon Crude Oil and
               19   Compares the Swimming Performance of
11:01          20   Mahi-Mahi."  Are you familiar with this
               21   study?
               22          A.    I'm familiar with the -- the
               23   species, and I haven't re- -- I haven't read
               24   this paper.
11:01          25          Q.    Are you familiar with the data
```

```
         1    underlying this study?
         2         A.    Yes.
         3         Q.    This is -- this is data that was
         4    collected as part of the Deepwater Horizon
11:01    5    NRDA?
         6         A.    Yes.
         7         Q.    And the data underlying this
         8    study had been produced by the United States
         9    to BP; is that correct?
11:01   10         A.    Correct.
        11         Q.    Are the data underlying this
        12    study available to the public, do you know?
        13         A.    The contaminant chemistry data
        14    are available to the public.  The
11:02   15    underlying -- some of the underlying data I
        16    don't believe has been posted publicly, other
        17    than through a -- a published paper.
        18         Q.    And this is -- this relates to a
        19    toxicity study conducted on Mahi-Mahi,
11:02   20    correct?
        21         A.    Yes.
        22         Q.    It includes John Incardona as
        23    one of the authors, correct?
        24         A.    Correct.
11:02   25         Q.    He's with NOAA?
```