# Exhibit L

01-46077
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Dr. Donald Boesch

**October 28, 2014**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

```
 1        A.   If it's high energy, it generates energy,
 2   right.
 3        Q.   (BY MS. BRANSCOME)  And so my question to
 4   you is:  Have you done any analysis to assess
 5   whether or not the energy that is generated in the
 6   HEWAF methodology is actually representative of
 7   conditions that occurred in the environment
 8   following the oil spill?
 9        A.   Uh-huh.  I read the criticisms of that --
10   of the HEWAF methodology for the -- from the
11   standpoint of -- of inducing too much energy in
12   mixing, and I've read Dr. Rice's rebuttal of
13   that -- of those criticisms.  So that's the extent
14   of my analysis of -- of -- of that -- the
15   appropriateness of that methodology.
16        Q.   Okay.  And do you have an independent
17   opinion about the environmental relevance of the
18   HEWAF methodology?
19        A.   I do, and I think it's very consistent.
20   Dr. Rice -- Dr. Rice, I think in his Round 3
21   report, addressed it and he addressed it to my
22   satisfaction.  And it has to do with not only
23   the -- the reality of the fact in the real -- open
24   Gulf of Mexico, there was high energy mixing; and,
25   also, the fact that, in any case, it's backed up
```