UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 <br><br> SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | MAGISTRATE JUDGE SHUSHAN |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Solomon J. Fleischman, claimant in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 reached in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970 (E.D. La.), appeals to the United States Court of Appeals for the Fifth Circuit from the district court's denial of judicial review of Claim ID XXX390, as reflected in the Denial of Request for Discretionary Court Review Notice dated November 19, 2014 and attached (in redacted form) to this Notice of Appeal, and also filed in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-2179 (E.D. La.), as Rec. Doc. 13900 on Dec. 19, 2014.

December 22, 2014                                           Respectfully submitted,


                                                                                           /s/ Joseph F. Rice

                                                                                       Joseph F. Rice
                                                                                       Kevin R. Dean
                                                                                       Frederick C. Baker
                                                                                       Lisa M. Saltzburg
                                                                                       MOTLEY RICE LLC

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843 216-9450 (fax)
jrice@motleyrice.com
kdean@motleyrice.com
fbaker@motleyrice.com
lsaltzburg@motleyrice.com

Louis Kwall
KWALL, SHOWERS & BARACK, P.A.
133 North Fort Harrison Ave.
Clearwater, FL 33755
(727) 441-4947
(727) 447-3158 (fax)
Louis@ksblaw.com

*Attorneys for Claimant, Solomon J. Fleischman*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of December, 2014.

          /s/ Kevin R. Dean
          Kevin R. Dean



# DENIAL OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE

## DATE OF NOTICE: November 19, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| | Last/Name of Business | First | Middle |
|---|---|---|---|
| **Claimant Name** | Fleischman | Solomon | J. |
| **Claimant ID** | | **Claim ID** | 390 |
| **Claim Type** | Individual Economic Loss | | |
| **Law Firm** | Motley Rice, LLC | | |

### II. DENIAL OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection"). The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court denied the Request for Discretionary Review.

The Claims Administrator will process your claim according to the Notice of Appeal Panel Decision.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Denial of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.