# Exhibit L

# ARNOLD & PORTER LLP

202.942.5000
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

May 18, 2012

Charis Wilson
NPS FOIA Officer
12795 W. Alameda Parkway
P.O. Box 25287
Denver, CO 80225

      Re:    Freedom of Information Act Request for Kemps Ridley Data Forms

Dear Ms. Wilson:

      Pursuant to the Freedom of Information Act (FOIA), as amended, 5 U.S.C. §§ 552, *et seq.*, I would like to request all data forms prepared pursuant to the 2010 Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemps Ridley Sea Turtles as a result of the *Deepwater Horizon* Incident.

      I request that you provide me with accurate copies or a complete and accurate account of the information requested. I agree to pay reasonable search and reproduction costs; if these costs exceed $100.00, however, I request that you notify me before reproducing the documents. I understand that I can expect a response within 20 days of your receipt of this letter.

      My address is above. If you have any questions about this request or require further information, I can be reached at (202) 942-5214 and leigh_logan@aporter.com. Thank you for your attention to this matter.

Sincerely,

Leigh Logan
Senior Legal Assistant II

Cc: via email: Holly Deal (DOI Solicitors Office)
                Amy Horner (DOI Solicitors Office)
                Kevin Reynolds (DOI Solicitors Office)

Washington, DC    New York    London    Brussels    Los Angeles    Century City    Northern Virginia    Denver

**ARNOLD & PORTER LLP**

202.942.5000
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

August 17, 2012

**VIA EMAIL AND FIRST CLASS MAIL**

Charis Wilson
NPS FOIA Officer
12795 W. Alameda Parkway
P.O. Box 25287
Denver, CO 80225

Re: May 18, 2012 Freedom of Information Act Request for Kemps Ridley Data Forms

Dear Ms. Wilson:

This letter follows up on my communication of May 18, 2012, requesting all data forms prepared pursuant to the 2010 Preassessment Plan to Determine Potential Exposure and Injuries of Nesting and Hatchling Kemps Ridley Sea Turtles as a result of the *Deepwater Horizon* Incident. (*See* attached.)

To date, we have not received a response to this request. I therefore request that you provide this information, or let us know when we can expect to receive it, no later than one calendar week from the date of this letter.

My address is above. If you have any questions about this request or require further information, I can be reached at (202) 942-5214 and leigh_logan@aporter.com. I appreciate your assistance.

Sincerely,

Leigh Logan
Senior Legal Assistant II

Cc: via email: Holly Deal (DOI Solicitors Office)
Amy Horner (DOI Solicitors Office)
Kevin Reynolds (DOI Solicitors Office)

# ARNOLD & PORTER LLP

**George Green**
George.Green@aporter.com

+1 303.863.2305
+1 303.832.0428 Fax

370 Seventeenth Street
Suite 4400
Denver, CO 80202-1370

July 26, 2013

**VIA U.S. MAIL**

National Oceanic and Atmospheric Administration
Public Reference Facility (SOU57650)
1305 East West Highway (SSMC4)
Room 7437
Silver Spring, Maryland 20910

  Re: *Freedom of Information Act*

Dear FOIA Officer:

  Pursuant to the Freedom of Information Act ("FOIA"), as amended, 5 U.S.C. §§ 552, *et seq.*, we request the following materials.

1. Memoranda, field notes, field forms and other documents relating to offshore projects to capture sea turtles in the Gulf of Mexico undertaken as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, including work performed by Dr. Blair Witherington.

2. Case files, including, but not limited to, veterinary case files, and related documents and correspondence associated with sea turtles taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident.

3. Laboratory results, including results for hematology, chemistry, and histopathology, associated with sea turtles taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident.

4. Memoranda, correspondence or other documents reflecting the criteria or protocols used to determine whether sea turtles collected in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident should be released from rehabilitation facilities.

5. Memoranda, correspondence or other documents reflecting any follow up treatment or monitoring of sea turtles taken to rehabilitation facilities in

# ARNOLD & PORTER LLP

NOAA FOIA Officer
July 26, 2013
Page 2

> the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, and subsequently released back into the wild.

6. Necropsy reports and other documents associated with sea turtles that were taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, and died before being released back into the wild.

7. Necropsy reports and other documents associated with sea turtle carcasses collected in the Gulf of Mexico between April 20, 2010 and the date of this letter.

8. Memoranda, correspondence or other documents relating to the early opening of the shrimp fishing season in the Gulf of Mexico in 2010, including catch records, records relating to the volume of by-catch, spatial coordinates of the area(s) opened for fishing, duration of the fishing season, and the level of fishing effort.

9. Memoranda, correspondence or other documents relating to forced submergence or by-catch in fishing gear as a potential cause of death of sea turtles in the Gulf of Mexico between April 20, 2010 and the date of this letter, including documents drafted by, or sent to, Dr. Brian Stacy.

Where possible, please provide electronic documents in their native form, preserving all metadata. We agree to arrange for payment of reasonable search and production costs. If these costs exceed $1,000, however, please notify us before producing the documents. We understand that we can expect a response from NOAA within 20 days of receipt of this letter.

# ARNOLD & PORTER LLP

NOAA FOIA Officer
July 26, 2013
Page 3

    If you have any questions about this request or require further information, please contact me at (303)863-2305 or george.green@aporter.com, or Brian Israel at (202) 942-6546 or brian.israel@aporter.com.

    Thank you for your attention to this matter.

Sincerely,

*[signature]*

George R. Green

# ARNOLD & PORTER LLP

**George Green**
George.Green@aporter.com

+1 303.863.2305
+1 303.832.0428 Fax

370 Seventeenth Street
Suite 4400
Denver, CO 80202-1370

July 26, 2013

**VIA U.S. MAIL**

Charis Wilson
NPS FOIA Officer
12795 W. Alameda Parkway
P.O. Box 25287
Denver, CO 80225

    Re:    *Freedom of Information Act*

Dear Ms. Wilson:

    Pursuant to the Freedom of Information Act ("FOIA"), as amended, 5 U.S.C. §§ 552, *et seq.*, we request the following materials.

1. Memoranda, field notes, field forms and other documents relating to offshore projects to capture sea turtles in the Gulf of Mexico undertaken as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, including work performed by Dr. Blair Witherington.

2. Case files, including, but not limited to, veterinary case files, and related documents and correspondence associated with sea turtles taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident.

3. Laboratory results, including results for hematology, chemistry, and histopathology, associated with sea turtles taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident.

4. Memoranda, correspondence or other documents reflecting the criteria or protocols used to determine whether sea turtles collected in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident should be released from rehabilitation facilities.

5. Memoranda, correspondence or other documents reflecting any follow up treatment or monitoring of sea turtles taken to rehabilitation facilities in

# ARNOLD & PORTER LLP

NPS FOIA Officer
July 26, 2013
Page 2

    the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, and subsequently released back into the wild.

6. Necropsy reports and other documents associated with sea turtles that were taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, and died before being released back into the wild.

7. Necropsy reports and other documents associated with sea turtle carcasses collected in the Gulf of Mexico between April 20, 2010 and the date of this letter.

8. Memoranda, correspondence or other documents relating to the early opening of the shrimp fishing season in the Gulf of Mexico in 2010, including catch records, records relating to the volume of by-catch, spatial coordinates of the area(s) opened for fishing, duration of the fishing season, and the level of fishing effort.

9. Memoranda, correspondence or other documents relating to forced submergence or by-catch in fishing gear as a potential cause of death of sea turtles in the Gulf of Mexico between April 20, 2010 and the date of this letter, including documents drafted by, or sent to, Dr. Brian Stacy.

10. Documents relating to historical monitoring of sea turtle nesting in Padre Island National Seashore National Park, including field reports, data summaries and other types of reports.

    Where possible, please provide electronic documents in their native form, preserving all metadata. We agree to arrange for payment of reasonable search and production costs. If these costs exceed $1,000, however, please notify us before producing the documents. We understand that we can expect a response from the National Park Service within 20 days of receipt of this letter.

# ARNOLD & PORTER LLP

NPS FOIA Officer
July 26, 2013
Page 3

    If you have any questions about this request or require further information, please contact me at (303)863-2305 or george.green@aporter.com, or Brian Israel at (202) 942-6546 or brian.israel@aporter.com.

    Thank you for your attention to this matter.

Sincerely,

George R. Green

# ARNOLD & PORTER LLP

**George Green**
George.Green@aporter.com

+1 303.863.2305
+1 303.832.0428 Fax

370 Seventeenth Street
Suite 4400
Denver, CO 80202-1370

July 26, 2013

**VIA U.S. MAIL**

United States Fish & Wildlife Service
Johnny Hunt & Ray McLaughlin
Div. of Info. Resources & Tech. Management
Arlington Square
MS-380
4401 N. Fairfax Drive
Arlington, VA 22203

Re: *Freedom of Information Act*

Dear Messrs. Hunt and McLaughlin:

Pursuant to the Freedom of Information Act ("FOIA"), as amended, 5 U.S.C. §§ 552, *et seq.*, we request the following materials.

1. Memoranda, field notes, field forms and other documents relating to offshore projects to capture sea turtles in the Gulf of Mexico undertaken as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, including work performed by Dr. Blair Witherington.

2. Case files, including, but not limited to, veterinary case files, and related documents and correspondence associated with sea turtles taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident.

3. Laboratory results, including results for hematology, chemistry, and histopathology, associated with sea turtles taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident.

4. Memoranda, correspondence or other documents reflecting the criteria or protocols used to determine whether sea turtles collected in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident should be released from rehabilitation facilities.

# ARNOLD & PORTER LLP

Fish & Wildlife FOIA Officer
July 26, 2013
Page 2

> 5. Memoranda, correspondence or other documents reflecting any follow up treatment or monitoring of sea turtles taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, and subsequently released back into the wild.
>
> 6. Necropsy reports and other documents associated with sea turtles that were taken to rehabilitation facilities in the Gulf of Mexico as part of the response to the April 20, 2010 *Deepwater Horizon* Incident, and died before being released back into the wild.
>
> 7. Necropsy reports and other documents associated with sea turtle carcasses collected in the Gulf of Mexico between April 20, 2010 and the date of this letter.
>
> 8. Memoranda, correspondence or other documents relating to the early opening of the shrimp fishing season in the Gulf of Mexico in 2010, including catch records, records relating to the volume of by-catch, spatial coordinates of the area(s) opened for fishing, duration of the fishing season, and the level of fishing effort.
>
> 9. Memoranda, correspondence or other documents relating to forced submergence or by-catch in fishing gear as a potential cause of death of sea turtles in the Gulf of Mexico between April 20, 2010 and the date of this letter, including documents drafted by, or sent to, Dr. Brian Stacy.

Where possible, please provide electronic documents in their native form, preserving all metadata. We agree to arrange for payment of reasonable search and production costs. If these costs exceed $1,000, however, please notify us before producing the documents. We understand that we can expect a response from the Fish & Wildlife Service within 20 days of receipt of this letter.

# ARNOLD & PORTER LLP

Fish & Wildlife FOIA Officer
July 26, 2013
Page 3

    If you have any questions about this request or require further information, please contact me at (303)863-2305 or george.green@aporter.com, or Brian Israel at (202) 942-6546 or brian.israel@aporter.com.

    Thank you for your attention to this matter.

                                              Sincerely,

                                              George R. Green

# ARNOLD & PORTER LLP

**George Green**
George.Green@aporter.com

+1 303.863.2305
+1 303.832.0428 Fax

370 Seventeenth Street
Suite 4400
Denver, CO 80202-1370

October 24, 2013

**VIA ELECTRONIC DELIVERY [FOIAONLINE.COM]**

National Oceanic and Atmospheric Administration
Public Reference Facility (SOU57650)
1305 East West Highway (SSMC4)
Room 7437
Silver Spring, Maryland 20910

      Re: *Freedom of Information Act*

Dear FOIA Officer:

      Pursuant to the Freedom of Information Act ("FOIA"), as amended, 5 U.S.C. §§ 552, *et seq.*, we request the following materials.

1. All documents that were copied or collected by NOAA and/or NOAA representatives from the Institute for Marine Mammal Studies in Gulfport, Mississippi in March and/or April 2011 (including between March 21-25, 2011, and March 30-April 1, 2011), including, but not limited to, stranding case files, case reports, Level A reports, necropsy reports, pictures, laboratory results, and chain of custody forms.

2. All documents prepared or generated during or related to NOAA's collection of documents and samples from the Institute for Marine Mammal Studies in March and/or April 2011 (including between March 21-25, 2011, and March 30-April 1, 2011), including, but not limited to, revised chain of custody forms, new chain of custody forms, sample or document inventories, summaries, reports, and notes.

3. The results of any laboratory testing or any other type of testing performed on any samples collected from the Institute for Marine Mammal Studies in March and/or April 2011 (including between March 21-25, 2011, and March 30-April 1, 2011).

      Where possible, please provide electronic documents in their native form, preserving all metadata. We agree to arrange for payment of reasonable search and production costs. If these costs exceed $1,000, however, please notify us before

# ARNOLD & PORTER LLP

NOAA FOIA Officer
October 24, 2013
Page 2

producing the documents. We understand that we can expect a response from NOAA within 20 days of receipt of this letter.

If you have any questions about this request or require further information, please contact me at (303) 863-2305 or george.green@aporter.com, or Brian Israel at (202) 942-6546 or brian.israel@aporter.com.

Thank you for your attention to this matter.

Sincerely,

ARNOLD & PORTER, LLP

By: _____
George R. Green

# ARNOLD & PORTER LLP

Emma K. Lewis
Emma.Lewis@aporter.com

+1 212.715.1064
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

October 24, 2013

VIA U.S. MAIL

National Oceanic and Atmospheric Administration
Public Reference Facility (SOU57650)
1305 East West Highway (SSMC4)
Room 7437
Silver Spring, Maryland 20910

Re:   Freedom of Information Act

Dear FOIA Officer:

   Pursuant to the Freedom of Information Act ("FOIA"), as amended, 5 U.S.C. §§ 552, et seq., please provide the following materials related to NOAA's natural resources damages assessment and/or Response following the Deepwater Horizon ("DWH") accident on April 20, 2010:

1. All imagery, video, flight plans, flight paths, observation notes and metadata, as well as documents and data produced there from, by any Federal Civilian Assets used during the DWH Response that have not been made available publicly via HDDS or the NOAA FTP Discovery website.

2. All imagery, video, flight plans, flight paths, observation notes and metadata, as well as documents and data produced there from, from any State assets (Florida, Alabama, Louisiana, Mississippi, Texas) used during the DWH Response that have not been made available publicly via HDDS or the NOAA FTP Discovery website.

3. The complete mission records and flight logs of all federal, state and Department of Defense Aerial Assets used during the DWH Response for any DWH Response-related missions.

4. All source imagery (aerial and satellite) and metadata used by NOAA NESDIS during the response as well as well as documents and data produced there from.

64678219v1

# ARNOLD & PORTER LLP

October 24, 2013
Page 2

      Where possible, please provide electronic documents in their native form, preserving all metadata. We agree to arrange for payment of reasonable search and production costs. If these costs exceed $1,000, however, please notify us before producing the documents. We understand that we can expect a response from NOAA within 20 days of receipt of this letter.

      I am requesting these materials on behalf of BP. If you have any questions about this request or require further information, please contact me at (212) 715-1064 or emma.lewis@aporter.com, or Matthew Douglas at 303-863-2315 or matthew.douglas@aporter.com.

                                          Sincerely,

                                          Emma K. Lewis

64678219v1

# ARNOLD & PORTER LLP

Erika D. Norman
Erika.Norman@aporter.com

+1 213.243.4068
+1 213.243.4199 Fax

777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844

October 2, 2014

**VIA ELECTRONIC DELIVERY [FOIAONLINE.COM]**

National Oceanic and Atmospheric Administration
Public Reference Facility (SOU57650)
1305 East West Highway (SSMC4)
Room 7437
Silver Spring, Maryland 20910

Re:   *Freedom of Information Act*

Dear FOIA Officer:

Pursuant to the Freedom of Information Act ("FOIA"), as amended, 5 U.S.C. §§ 552, *et seq.*, we request the following materials in regard to data on marine mammals collected or observed in the Gulf of Mexico in Texas since February 1, 2010.

1. Level A stranding reports -- *i.e.*, reports made on NOAA Form 89-864, OMB No. 0648-0178, or previous or related versions of that form.

2. Gross necropsy reports, histopathology reports, laboratory results, and photographs and radiographs.

3. This request is intended to include data collected on the 126 bottlenose dolphins stranding as part of the Unusual Mortality Event for bottlenose dolphins in Texas declared on May 9, 2012 and lasting from November 2011-March 2012.

4. The term "marine mammals" as used in this request refers to all species of dolphins, whales, and porpoises.

Where possible, please provide electronic documents in their native form, preserving all metadata. We agree to arrange for payment of reasonable search and production costs. If these costs exceed $1,000, however, please notify us before producing the documents.

68068192v1

National Oceanic and Atmospheric Administration
October 2, 2014
Page 2

We understand that we can expect a response from NOAA within 20 days of receipt of this letter. If you have any questions about this request or require further information, please contact me at (213) 243-4068 or erika.norman@aporter.com, or Brian Israel at (202) 942-6546 or brian.israel@aporter.com.

Thank you for your attention to this matter.

Sincerely,

ARNOLD & PORTER, LLP

By: *Erika Norman*
Erika D. Norman

68068192v1

# ARNOLD & PORTER LLP

Erika D. Norman
Erika.Norman@aporter.com

+1 213.243.4068
+1 213.243.4199 Fax

777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844

November 26, 2014

**VIA ELECTRONIC DELIVERY [FOIAONLINE.COM]**

National Oceanic and Atmospheric Administration
Public Reference Facility (SOU57650)
1305 East West Highway (SSMC4)
Room 7437
Silver Spring, Maryland 20910

    Re:   *Freedom of Information Act*

Dear FOIA Officer:

    Pursuant to the Freedom of Information Act ("FOIA"), as amended, 5 U.S.C. §§ 552, *et seq.*, we request the raw data collected from 2013 to the present as part of a study to examine the toxicity of ingested oil on juvenile sea turtles using two surrogate turtle species: the red-eared slider and the snapping turtle. This study is part of the *Deepwater Horizon* Natural Resource Damage Assessment.

    Where possible, please provide electronic documents in their native form, preserving all metadata. We agree to arrange for payment of reasonable search and production costs. If these costs exceed $1,000, however, please notify us before producing the documents.

    We understand that we can expect a response from NOAA within 20 days of receipt of this letter. If you have any questions about this request or require further information, please contact me at (213) 243-4068 or erika.norman@aporter.com.

    Sincerely,

ARNOLD & PORTER, LLP

By: *Erika D. Norman*
    Erika D. Norman

69334499v1