# Exhibit M

01-46077
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*
## *PENALTY PHASE*
## *EXPERTS*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Dr. Donald Boesch

**October 28, 2014**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1     A.  I do.
2     Q.  Okay.  And you would agree that, in fact,
3  more naturally injured or dead wildlife were
4  recovered than would have otherwise been the case?
5           MS. ANDRE:  Objection to form.
6     A.  My -- the question that I draft in the
7  Round 3 report is exactly how much.  And I think
8  the -- the assertion of the -- of the BP experts
9  that can explain all the discrepancy is -- is
10  unsupported, and there's no -- there's no reason
11  to think that it would have increased the -- the
12  observed mortality -- the estimates of mortality
13  strandings by that much.
14     Q.  (BY MS. BRANSCOME)  Have you done any --
15  have you made any attempt to quantify the degree
16  of observer bias that occurred following the
17  DEEPWATER HORIZON spill?
18     A.  I have not done so.
19           MS. ANDRE:  Objection to form.
20     A.  I don't -- I'm not aware that anyone has.
21     Q.  (BY MS. BRANSCOME)  Okay.  Are you aware
22  of any evidence of direct harm to sea turtles as a
23  result of the oil spill after 2010?
24           MS. ANDRE:  Objection to form.
25     A.  I -- I have not looked at that evidence in

1  detail.  One of the challenges we have with
2  these -- all three of these vertebrates --
3  air-breathing vertebrates is that very little of
4  the information that's been collected is
5  publicly -- I mean, raw data available, but no
6  interpretations are available in the public domain
7  because it's all wrapped up in the natural
8  resources damage assessment.  So composed to --
9  compared to a lot of other things where there's
10 now abundant peer-reviewed literature, there's
11 very little in this field.  So I have to -- had to
12 rely on tables like this in some -- and a -- and a
13 small amount of literature that is available.
14      Q.  (BY MS. BRANSCOME)  So based on what you
15 know as of today, you have never seen evidence of
16 direct harm to sea turtles as a result of the oil
17 spill after 2010, correct?
18           MS. ANDRE:  Objection to form.
19      A.  I've seen evidence where there's --
20 there's longer-term anomalies in -- in strandings
21 that are un- -- un- -- undiagnosed at this point.
22 So I would not -- I would not go that far.
23      Q.  (BY MS. BRANSCOME)  Have you seen, as you
24 sit here today, any evidence of oiling of sea
25 turtle nests?