# Exhibit N

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG            )            MDL NO.  2179
"DEEPWATER HORIZON" in the                 )
GULF OF MEXICO,  on                        )            SECTION: J
APRIL 20, 2010                             )
                                           )            JUDGE BARBIER
                                           )
                                           )            MAG. JUDGE SHUSHAN

## CONFIDENTIAL
## PENALTY PHASE
## EXPERTS

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Stanley Rice

**October 30, 2014**

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    **investigation, correct?**

2                    MS. FIDLER:  Object to form.

3         A.   Well, I think that -- here would be the

4    factors that you need:  You need to have a

5    transparent -- you need to absorb those heavy

6    polycyclic aromatic hydrocarbons, phenanthrene and

7    chrysenes and those sorts of compounds.  You need

8    to absorb them into the tissue.  You need to be

9    clear.  So, all right, we just eliminated the

10   pigment in adults and things like that, so now

11   we're at the embryos that are often very, very

12   transparent or at least translucent.  We're

13   talking about larvae, and they can absorb these

14   compounds in literally seconds, okay.  So you get

15   those compounds into a tissue and then you expose

16   it to UV light, meaning you need to be in the

17   upper meter probably, maybe 2 meters, depending on

18   the clarity of the water.  And when you mix those

19   factors together, then the likelihood is that

20   phototoxicity is -- is an issue or a factor.

21                    Now, here's the catch.  Can you

22   measure it?  Larvae dies.  Larvae doesn't exist.

23   Larvae is malformed.  Did phototoxicity do it?

24   Who knows?  Or was it just a direct compound?

25   Don't know.  So it will be very difficult to

1     quantify.  But the -- nevertheless, the element

2     that it could have happened, yes, it's there.  Is

3     it speculative?  Yes, I suppose it is.  Will there

4     be quantitative evidence of it to -- to prove it

5     or support it?  Probably going to be difficult to

6     acquire.  Can it happen?  I don't know.

7          **Q.  (BY MR. ISRAEL)  In your list of factors**

8     **that you want to understand in order to determine**

9     **whether or not phototoxicity occurred as a result**

10    **of the DEEPWATER HORIZON oil spill, you didn't**

11    **mention the concentration of the composition of**

12    **the PAHs that would also be a factor?**

13         A.  Yes.  If -- remember, when we talked about

14    the composition and naphthalenes two rings, for

15    example, you don't get phototoxicity with those

16    sorts of compounds.  As you go up in size, the

17    molecule weight, the number of rings, the element

18    of phototoxicity becomes more of a potential

19    factor.

20         **Q.  Okay.**

21         A.  The compound has to absorb the UV energy,

22    and then it breaks down, okay?  And when it does,

23    it's extremely reactive, which means if it's -- if

24    it's in the vicinity of DNA or something like

25    that, it can cleave a DNA strand in two.