UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 <br><br> SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | MAGISTRATE JUDGE SHUSHAN |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Kevin S. Smith, claimant in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 reached in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970 (E.D. La.), appeals to the United States Court of Appeals for the Fifth Circuit from the district court's denial of judicial review of Claim ID XXX632, as reflected in the Denial of Request for Discretionary Court Review Notice dated November 18, 2014 and attached (in redacted form) to this Notice of Appeal, and also filed in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-2179 (E.D. La.), as Rec. Doc. 13898 on Dec. 19, 2014.

December 22, 2014                                        Respectfully submitted,


                                                         __/s/ *Joseph F. Rice*_____

                                                         Joseph F. Rice
                                                         Kevin R. Dean
                                                         Frederick C. Baker
                                                         Lisa M. Saltzburg
                                                         MOTLEY RICE LLC
                                                         28 Bridgeside Blvd.
                                                         Mt. Pleasant, SC 29464

(843) 216-9000  
(843 216-9450 (fax)  
jrice@motleyrice.com  
kdean@motleyrice.com  
fbaker@motleyrice.com  
lsaltzburg@motleyrice.com  

Louis Kwall  
KWALL, SHOWERS & BARACK, P.A.  
133 North Fort Harrison Ave.  
Clearwater, FL 33755  
(727) 441-4947  
(727) 447-3158 (fax)  
Louis@ksblaw.com  

*Attorneys for Claimant, Kevin S. Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of December, 2014.

          /s/   *Kevin R. Dean*
      Kevin R. Dean



E-SERVICE
56503169
Dec 19 2014
06:14PM
File & ServeXpress

# DENIAL OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE

## DATE OF NOTICE: November 18, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| | Last/Name of Business | First | Middle |
|---|---|---|---|
| **Claimant Name** | Smith | Kevin | S. |
| **Claimant ID** | | **Claim ID** | 632 |
| **Claim Type** | Individual Economic Loss | | |
| **Law Firm** | Motley Rice, LLC | | |

### II. DENIAL OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection"). The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court denied the Request for Discretionary Review.

The Claims Administrator will process your claim according to the Notice of Appeal Panel Decision.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Denial of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.