# EXHIBIT 1

01-46168
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL
## PENALTY PHASE
## EXPERTS

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Dr. George Bonanno

**November 3, 2014**

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1  It's a -- it's a volume that uses the approach and
2  described it as such.  It describes it as -- as
3  perhaps more than -- whatever the quote was --
4  perhaps more than any other form.
5       **Q.  (BY MS. HIMMELHOCH)  And you gauged that a**
6  **reliable enough conclusion to cite this source?**
7       A.  This was a -- a conclusion that seemed
8  to -- just one second.
9            So that is a criticism -- it's a
10 limitation of ethnographic research.  Ethnographic
11 research is not useless, and I don't consider
12 eth- -- ethnographic research a poor method.
13 It's -- it's inappropriate for the task at hand,
14 which is to determine the mental health impacts of
15 a population level event.  One of the criticisms
16 is that it -- it shoes this notion of this
17 external objectivity, and these researchers --
18 these individuals made that conclusion in a -- in
19 a book length volume, so I cited them and
20 supported them.
21      **Q.  And you, therefore, considered this to be**
22 **a reliable source?**
23           MS. DESANTIS:  Objection to form.
24      A.  Well, the way things work typically, if
25 this is published and it's published by a -- by

**CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT**
**Worldwide Court Reporters, Inc.**

```
 1   get depressed about their own reactions.  It could
 2   be because something else happens that adds to
 3   their difficulties.  It could be that all -- there
 4   could be all kinds of reasons and nobody really
 5   knows much about that.  We've just been
 6   identifying that pattern.
 7        Q.   And then the -- the next category is
 8   chronic, 5 to 15 percent?
 9        A.   Yes.
10        Q.   What is meant by "chronic"?
11        A.   And these are people who were not
12   symptomatic prior to the event.  The event
13   happened, and they developed symptoms at a high
14   level; and they stayed at a high level for a
15   period of time, for more than a year or so.  And
16   they tend -- those people then take -- tend to
17   need a bit of time to return, if they can return
18   to baseline.
19        Q.   And if you turn to the next page --
20        A.   Could we just go ahead and finish the --
21   the pattern?
22        Q.   Oh, sure.
23        A.   Yes.  The last -- the last pattern is
24   preexisting difficulties, and those are people who
25   are doing poorly before the event and continue
```

```
 1    doing poorly after the event.  And one of the
 2    points we often make is that without preexisting
 3    data, it's often difficult to tease those two
 4    apart.  And so sometimes people with preexisting
 5    difficulties are assumed to be in the chronic
 6    pattern or reacting to the event, when they're
 7    really reacting to preexisting difficulties.
 8         Q.  But -- but what you're saying here is that
 9    you would tend to see both chronic and preexisting
10    in a population affected by a disaster?
11         A.  Yes.  And you -- and if you have the
12    proper data, you can separate them out.
13         Q.  Okay.  If you turn to Page 240 in the
14    section discussing -- Expanding the Three-Tier
15    Model that begins in the bottom of the first
16    column --
17         A.  Okay.  Yes.
18         Q.  Okay.  I want to ask you about a sentence
19    that appears in the middle of the paragraph that
20    carries over to the second column.  And it begins
21    with the words "For example..."
22         A.  In the -- in the second column?
23         Q.  Yes.
24         A.  I'm sorry, I'm not finding that.  It's in
25    the second column, in the top or the bottom?
```

**CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT**
**Worldwide Court Reporters, Inc.**

1  **the preexisting events such as Hurricane Katrina**
2  **and how they relate to the reactions to the**
3  **DEEPWATER HORIZON disaster, correct?**
4              MS. DESANTIS:  Objection to form.
5      A.   Dr. Austin reports -- I -- I don't recall
6  off the top of my head.  But the mental health --
7  the assessment of mental health in this region
8  would need to be adjusted or to take into account
9  preexisting problems.  It's -- so we need a
10 population level, as I said many times, to do
11 that.  We don't have that in the Austin study.
12 And it's -- so her comparisons are -- are almost
13 irrelevant in this regard, in regard to population
14 data.  And as I've said earlier, it's not adequate
15 to ask people what they were like before and after
16 if they changed, because people are not very good
17 reporters of their -- of change, as many data --
18 many studies have shown, that people are not very
19 accurate in reporting change.
20           So in order to take into account
21 preexisting problems, one needs to -- the
22 researcher needs to some way assess those
23 preexisting problems and then show that there's a
24 difference or -- or have baseline data, actual
25 baseline data.

1     Q.  (BY MS. HIMMELHOCH)  Now, you're aware
2  that the study on which Dr. Austin's expert report
3  was based was not the first study she had
4  conducted in this region of the country, correct?
5     A.  I remember her saying that she had done
6  research -- been doing research in there for quite
7  some time.
8     Q.  And, in fact, that the study that -- of
9  the social effects of the DEEPWATER HORIZON
10  disaster were built on those earlier studies?
11     A.  Well, I'm not --
12           MS. DESANTIS:  Objection to form.
13     A.  Is there a question?
14     Q.  (BY MS. HIMMELHOCH)  Do you agree that her
15  study of the effects of the DEEPWATER HORIZON
16  disaster was built, in part, on those earlier
17  studies that she had done in the Gulf?
18     A.  Well, I don't know what -- what "built"
19  means.  She had been doing research in this area,
20  as she said, since before the -- the event.
21  The -- what would have been -- what would have
22  been convincing in a sense would be to have some
23  data on this person was like this before the event
24  and now they're like this after the event.  And I
25  didn't see any -- anything remotely like that.  I

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.