# EXHIBIT 2

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Tuesday, December 02, 2014 1:53 PM
**To:** Bartoszek, Peter
**Cc:** Karis, Hariklia; Tressler, David M.; Langan, Andrew; *deepwater.horizon@usdoj.gov; *abigail.andre@usdoj.gov; *steve.o'rourke@usdoj.gov; Fidler, Danielle (ENRD); *connie.delgado@bingham.com; Dragna, Jim; KIrby, Ky; Lotterman, Thomas
**Subject:** RE: Austin Post-3/2012 Opinions

Peter,

The United States politely declines to redact the report as you request.  Please see our re-direct of Dr. Austin in which she confirmed that where the conditions continue, the harm continues.

Regards,

Sarah

**From:** Bartoszek, Peter [mailto:peter.bartoszek@kirkland.com]
**Sent:** Sunday, November 30, 2014 4:37 PM
**To:** Himmelhoch, Sarah (ENRD)
**Cc:** Karis, Hariklia; Tressler, David M.; Langan, Andrew; Horizon, Deepwater; Andre, Abigail (ENRD); O'Rourke, Steve (ENRD); Fidler, Danielle (ENRD)
**Subject:** Austin Post-3/2012 Opinions

Sarah,

BPXP requests that the United States redact any opinions in Dr. Diane Austin's expert reports about effects of the *Deepwater Horizon* oil spill after March, 2012.  Dr. Austin testified that she did not intend to offer opinions about what transpired with respect to social effects of the spill from March, 2012 through the present day on any topic. Austin Dep. at 138:20-139:3.  She agreed that her testimony would be limited to the short-term effects of the spill that were realized as of March, 2012. *Id.* at 139:4-8.  Dr. Austin specifically and expressly withdrew her opinions about present-day seafood safety after admitting that she reviewed no data and performed no analysis after March, 2012. *Id.* at 138:4-10.

In light of the upcoming motion deadlines, please let us know as soon as possible if the United States will agree to redact Dr. Austin's opinions regarding the spill's effects after March, 2012, and please let us know when we can expect copies of Dr. Austin's expert reports with proposed redactions.

Regards,
Peter

_____

**Peter Bartoszek**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
+1-312-862-3279 (o)
+1-847-990-0904 (m)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*