# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * JUDGE BARBIER |
| This document relates to: <br><br> No. 10-4536 | * MAGISTRATE JUDGE SHUSHAN <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BPXP'S MOTION TO ADD OMITTED EXHIBIT L CITED IN REPLY MEMORANDUM (RECORD DOC. NO. 13930)

BPXP's filing on December 22 (Record Doc. No. 13930) omitted Exhibit L cited in footnote 3 on page 4 of the Reply Memorandum. To correct this omission, BPXP moves the Court to add the attached Exhibit L to the filing at Record No. 13930.

Date: December 23, 2014

Respectfully submitted:

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: 504-581-7979
Facsimile: 504-556-4108

-- and –

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

-2-

-- and –

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street NW
Washington, D.C.  20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

-- and –

Brian D. Israel
Elissa Preheim
Brett Marston
Arnold & Porter LLP
555 12th Street, NW
Washington, D.C.  20004
Telephone:  202-942-5000
Facsimile:  202-942-5999

**Attorneys for BP Exploration & Production, Inc.**

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF Sysstem, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of December, 2014.

/s/Don K. Haycraft
Don K. Haycraft