UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This document relates to: | * | MAGISTRATE JUDGE SHUSHAN |
| No. 10-4536 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering BPXP's Motion to Add Exhibit,

**IT IS HEREBY ORDERED** that the Motion to Add Exhibit is **GRANTED** and **ORDERED** that the Court add the attached Exhibit L to the filing at Record Doc. No. 13930.

New Orleans, Louisiana, this _____ day of December 2014.

_____
**UNITED STATES DISTRICT JUDGE**

1