# Exhibit L

01-46077
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Dr. Donald Boesch

**October 28, 2014**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

1    A.  If it's high energy, it generates energy,
2  right.
3    Q.  (BY MS. BRANSCOME)  And so my question to
4  you is:  Have you done any analysis to assess
5  whether or not the energy that is generated in the
6  HEWAF methodology is actually representative of
7  conditions that occurred in the environment
8  following the oil spill?
9    A.  Uh-huh.  I read the criticisms of that --
10  of the HEWAF methodology for the -- from the
11  standpoint of -- of inducing too much energy in
12  mixing, and I've read Dr. Rice's rebuttal of
13  that -- of those criticisms.  So that's the extent
14  of my analysis of -- of -- of that -- the
15  appropriateness of that methodology.
16    Q.  Okay.  And do you have an independent
17  opinion about the environmental relevance of the
18  HEWAF methodology?
19    A.  I do, and I think it's very consistent.
20  Dr. Rice -- Dr. Rice, I think in his Round 3
21  report, addressed it and he addressed it to my
22  satisfaction.  And it has to do with not only
23  the -- the reality of the fact in the real -- open
24  Gulf of Mexico, there was high energy mixing; and,
25  also, the fact that, in any case, it's backed up