UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| 10-4536 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is BPXP's Motion for Judicial Notice of Prior Civil Penalties. (Rec. Doc. 13811). The United States has informed the Court that it does not oppose this motion, but it does reserve the right to argue in post-trial briefing whether the cases cited by BPXP are irrelevant or distinguishable. Accordingly,

IT IS ORDERED that BPXP's Motion for Judicial Notice of Prior Civil Penalties (Rec. Doc. 13811) is GRANTED AS UNOPPOSED and that the Court hereby takes judicial notice of the civil penalties assessed in the cases listed in BPXP's motion, subject to the United States' right to argue in post-trial briefing whether said cases are irrelevant or distinguishable.

New Orleans, Louisiana, this 22nd day of December, 2014.

_____
United States District Judge