UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| 10-4536 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is BPXP's Motion in Limine to Exclude Certain Evidence Related to Criminal Proceedings. (Rec. Doc. 13824). The United States has informed the Court that it does not oppose this motion. Accordingly,

IT IS ORDERED that BPXP's Motion in Limine to Exclude certain Evidence Related to Criminal Proceedings (Rec. Doc. 13824) is GRANTED AS UNOPPOSED and that the parties are precluded from introducing the following material at the Penalty Phase trial: (1) the Information against BP Exploration & Production Inc. ("BPXP"), (2) the Indictments/Superseding Indictments against Robert Kaluza, Donald Vidrine, and David Rainey, and (3) the Indictment, Superseding Indictment, and Second Superseding Indictment from *United States v. Mix*, Cr. No. 12-171 (E.D. La.).

New Orleans, Louisiana, this 22nd day of December, 2014.

                                                                                                            United States District Judge