## UNITED STATES DISTRICT OF COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| This document relates to: | § | |
| | § | MAG. JUDGE SHUSHAN |
| No. 10-2771, *In re: The Complaint and* | § | |
| *Petition of Triton Asset Leasing GmbH,* | § | |
| *et al.* | § | |
| | § | |
| _____ | § | |

### NOTICE OF CROSS-APPEAL

On December 11, 2014, Appellants BP Exploration & Production, Inc. and BP America Production Company filed their notice of appeal in this matter.  On that same date, Plaintiffs and Claimants in Limitation also filed their notice of appeal in this matter.  On December 12, 2014, Appellants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH filed their notice of appeal.

Appellee/Defendant Halliburton Energy Services, Inc. ("HESI") hereby files this notice of cross-appeal to preserve its rights.  HESI also desires to appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's September 4, 2014 Findings of Fact and Conclusions of Law from the Phase One Trial (Rec. Doc. 13355), from the District Court's September 9, 2014 Revised Findings of Fact and Conclusions of Law from the Phase One Trial (Rec. Doc. 13381-1), and, to the extent necessary, from the District Court's November 13, 2014 Order as to BP's Motion to Amend the Phase One Findings (Rec. Doc 13644), together with all rulings, findings, and determinations embodied in, pertinent to, or ancillary to those orders.

This notice of cross-appeal is timely filed under Federal Rules of Appellate Procedure 4(a)(1)(B)(i), 4(a)(3), and 4(a)(4)(A)(ii), (iv), and (v).

Respectfully Submitted,

Godwin Lewis PC

By: /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332


and


R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY
SERVICES, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Cross-Notice of Appeal will be served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 23rd day of December 2014.

*/s/ Donald E. Godwin*

2541579 v1-24010/0002 PLEADINGS