UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * JUDGE BARBIER |
| This document relates to: <br><br> No. 10-4536 | * MAGISTRATE JUDGE SHUSHAN <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering BPXP's Motion to Add Exhibit (Rec. Doc. 13937),

**IT IS HEREBY ORDERED** that the Motion to Add Exhibit is **GRANTED** and **ORDERED** that the Court add Exhibit L (attached to BP's motion) to the filing at Record Doc. No. 13930.

New Orleans, Louisiana this 23rd day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE