UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | Section: J |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Cause No. 2:13-cv-02040 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

******************************************

## MOTION TO WITHDRAW AS COUNSEL

NOW UNTO THE COURT, the undersigned counsel, Jimmy Williamson and Jennifer H. Kahn, move this Court for an Order withdrawing Jimmy Williamson and the Williamson & Rusnak law firm, and Jennifer H. Kahn and the Kahn Law Firm as counsel of record for the City of d'Iberville, Mississippi. The Plaintiff City of d'Iberville will remain in the litigation.

W. F. Hornsby, III, Mississippi Bar No. 100712, of Hornsby Watts, PLLC, will remain as counsel for Plaintiff and will assume the role of lead counsel.

Neither the Plaintiff, nor any other party, will be prejudiced or delayed by Movants' withdrawal.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, Jimmy Williamson, both individually and on behalf of his respective law firm, Williamson & Rusnak, and Jennifer H. Kahn, both individually and on behalf of The Kahn Law Firm, move this Court for an Order withdrawing them as counsel of record for the City of

1

d'Iberville, Mississippi, and reflecting that lead counsel for the City of d'Iberville going forward will be W. F. Hornsby, III and the firm of Hornsby Watts, PLLC.

Respectfully submitted this the 23rd day of December, 2014,

>*/s/ Jimmy Williamson*  _____
>Jimmy Williamson
>**WILLIAMSON & RUSNAK**
>Texas State Bar No. 21624100
>Federal ID # 51896
>4310 Yoakum Boulevard
>Houston, Texas 77006
>Telephone: (713) 223-3330
>Facsimile: (713) 223-0001
>E-mail: jimmy@jimmywilliamson.com
>
>
>THE KAHN LAW FIRM
>
>*/s/ Jennifer H. Kahn*
>Jennifer H. Kahn
>Mississippi State Bar No. 100714
>Texas State Bar No. 24032304
>Email: jennifer@kahnlawyers.com
>9330 Broadway, Suite A-224
>Pearland, Texas 77584
>(713)226-9900 - Telephone
>(713) 226-9901 - Facsimile

<u>Certificate of Service</u>

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via Certified U.S. Mail, Return Receipt Requested on the City of d'Iberville on this the 23rd day of December, 2014.

>*/s/ Jimmy Williamson*  _____
>Jimmy Williamson