UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 <br><br> Section: J |
| This Document Relates To: Cause No. 2:13-cv-02040 | * * * * | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Jimmy Williamson and the Williamson & Rusnak law firm and Jennifer H. Kahn and the Kahn Law Firm be permitted to withdraw as Counsel of records for the City of d'Iberville, Mississippi.

This the ____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

1