U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 18 2014
WILLIAM W. BLEVINS
CLERK

**EASTERN DISTRICT OF LOUISIANA** 10md2179
**UNITED STATES OF AMERICA,**

Civil Action 14-2211 "J"(1)

**Ellis Keyes**
**Executor for the Estate of**
**Christine C. Keyes,**

TENDERED FOR FILING

DEC 2014

**Plaintiff,**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

-vs-

**BP,**                **Defendant**

## MOTION FOR ENTRY OF DEFAULT   Rule 55(a)

Plaintiff moves this court for an entry of default in this action, and show that the complaint in the above case was filed in this court on the 26th day of September, *2014*; the summons and complaint were duly served on the Defendant, B P DEEPWATER HORIZON CLAIMS ADMINISTRATOR on the 3rd day of October, *2014*; no answer or other defense has been filed by the Defendant; Defendant is not in military service and is not an infant or incompetent.

Wherefore, plaintiff moves that this court make and enter a default.

Dated: 12/15/2014

**ELLIS KEYES**
**P O BOX 1073**
**WHITESBURG, KENTUCKY 41858**

**MOTION FOR ENTRY OF DEFAULT**

EASTERN DISTRICT OF LOUISIANA
UNITED STATES OF AMERICA,

Civil Action 14-2211 "J"(1)

Ellis Keyes
Executor for the Estate of
Christine C. Keyes,                                    Plaintiff,

-vs-

BP,                                                    Defendant

*[handwritten across document: WRONG DATES, with large X]*

MOTION FOR ENTRY OF DEFAULT   Rule 55(a)

Plaintiff moves this court for an entry of default in this action, and show that the complaint in the above case was filed in this court on the 26th day of September, *2014*; the summons and complaint were duly served on the Defendant, B P DEEPWATER HORIZON CLAIMS ADMINISTRATOR on the 3rd day of August, *2014*; no answer or other defense has been filed by the Defendant; Defendant is not in military service and is not an infant or incompetent. Wherefore, plaintiff moves that this court make and enter a default.

Dated: 12/15/2014

*[signature]*

Ellis Keyes
P O Box 1073
Whitesburg, Kentucky 41858-1073
(228) 326-8679

MOTION FOR ENTRY OF DEFAULT

Ellis Keyes
Executor for the Estate of
Christine C. Keyes
P O Box 1073
Whitesburg, Kentucky 41858-1073

CERTIFIED MAIL

7014 1200 0002 1110 6512

EASTERN DISTRICT OF LOUISIANA
Clerk's office Room C151
500 POYDRAS
New Orleans, Louisiana 70130




U.S. POSTAGE PAID
WHITESBURG, KY
41858
DEC 15, '14
AMOUNT
$3.30
00090446-08