UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 22 2014
WILLIAM W. BLEVINS
CLERK

In re: OIL SPILL by the OIL RIG : MDL 2179
"DEEPWATER HORIZON" in the :
GULF OF MEXICO, on : SECTION J
APRIL 20, 2010 :
:
: JUDGE BARBIER
Applies to: 2:14-CV-02606-CJB-SS : MAGISTRATE SHUSHAN
_____/

### DANIEL J. LEVITAN'S NOTICE OF APPEARANCE

**COMES NOW** Plaintiff, Daniel J. Levitan, in tag-along action *Levitan v. BP Exploration & Production Inc., et. al.*, 2:14-CV-02606-CJB-SS, and hereby gives notice for all purposes that all persons shall serve by U.S. Mail any filings in this proceeding to:

Daniel J. Levitan
650607 Legal Mail
Century Correctional Institution
400 Tedder Road
Century, FL 32535

effective immediately.

**I HEREBY CERTIFY** that by physically filing this document that the Clerk of Court ECM/ECF system pre-trial Order No. 12 will provide notice to all persons concerned upon the filing of this document.

TENDERED FOR FILING
DEC 2 2 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Daniel J. Levitan 12/18/14
650607 Legal Mail
Century Correctional Institution
400 Tedder Road
Century, FL 32535

PROVIDED TO
CENTURY C.I. ON
DEC 1 8 2014
FOR MAILING