# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



In re:  OIL SPILL by the OIL RIG          :      **MDL 2179**
   "DEEPWATER HORIZON" in the  :
   GULF OF MEXICO, on          :      SECTION J
   APRIL 20, 2010              :
             :
             :      **JUDGE BARBIER**
Applies to:  2:14-CV-02606-CJB-SS         :      MAGISTRATE SHUSHAN

### MOTION TO DIRECT ALL PERSONS/PARTIES TO SERVE FILINGS BY U.S. MAIL ON PRO SE PLAINTIFF EXCEPTION TO PRETRIAL ORDER NO. 12; AND TO ATTEND COURT HEARINGS TELEPHONICALLY

COMES NOW Plaintiff, Daniel J. Levitan, in tag-along action *Levitan v. BP Exploration & Production Inc., et. al.,* 2:14-CV-02606-CJB-SS, and hereby respectfully moves the Court to issue its Order directing all persons, parties, counsel to serve any document filed in this action by U.S. Mail to Plaintiff as he is proceeding *pro se* as an exception to pre-trial Order No. 12 Plaintiff does not have access to a computer to litigate this proceeding. In support thereof, Plaintiff states:

1. Plaintiff is the former owner of Captain Joey Patti's Seafood Restaurant located in Pensacola, Florida. A tag-along action was transferred from the Northern District of Florida by the MDL Panel and assigned Case No.: 2:14-CV-02606-CJB-SS.

2. Plaintiff is proceeding *pro se* and is presently incarcerated for sales tax offenses resulting from his failed business and not being able to pay the sales taxes, due to the effects of the BP Deepwater Horizon oil spill. The BP oil spill caused the closure of his business and left Plaintiff unable to pay taxes of another of his restaurants, Finnegan's Wake Irish Pub & Eatery, which also closed.

PROVIDED TO
CENTURY CI ON

DEC 1 8 2014

FOR MAILING

1

TENDERED FOR FILING

DEC 2 2 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

3.    In order to properly prosecute this case, it is critical to the Plaintiff to receive all documents filed with the Court and attend all hearings telephonically. To do so, the Plaintiff requests that the Court Order that all documents filed in this action be served upon the Plaintiff by U.S. Mail and that the Plaintiff be permitted to attend all hearings telephonically.

**WHEREFORE,** Plaintiff respectfully moves the Court to issue its Order (proposed Order included) directing all persons to serve upon Plaintiff any documents filed with the Court by U.S. Mail upon the Plaintiff at Daniel J. Levitan, 650607 – Legal Mail, Century C.I., 400 Tedder Road, Century, FL. 32535; and that Plaintiff be granted leave to attend any hearings by telephone that may apply to Plaintiff.

Respectfully Submitted,

Daniel J. Levitan
650607   Legal Mail
Century Correctional Institution
400 Tedder Road
Century, FL 32535

Dated: ___12/18/14___

Daniel J. Levitan

**I HEREBY CERTIFY** that by physically filing this document that the Clerk of Court ECM/ECF system will provide notice to all persons concerned upon the filing of this document. Pre-trial Order No. 12.

Daniel J. Levitan

Century Correctional Institution
Daniel Levitan 650607
400 Tedder Rd.
Century, Florida 32535

NEW ORLEANS PROC 701
SAT 20 DEC 2014 PM

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA
70130