UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| Applies to: 2:14-CV-02606-CJB-SS | : / | MAGISTRATE SHUSHAN |

## ORDER

[REGARDING SERVICE ON DANIEL J. LEVITAN AND TELEPHONIC ATTENDANCE AT COURT]

This cause is before the Court upon Motion by Daniel J. Levitan, Plaintiff in tag-along action *Levitan v. BP Exploration & Production, Inc., et.al.*, Case No.: 2:14-CV-02606-CJB-SS, for the Court to direct all persons/parties/counsel to serve any document filed with the Court to be served by U.S. Mail upon him as an exception to pre-trial Order No. 12 and that he be permitted to attend any Court hearings telephonically as Mr. Levitan is presently incarcerated.

After having considered the premises therein, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion is and is hereby **GRANTED**.

It is further **ORDERED**:

1. That all persons/parties/counsel shall serve any document filed with the Court by U.S. Mail upon the Plaintiff at Daniel J. Levitan, 650607 – Legal Mail, Century C.I., 400 Tedder Road, Century, FL. 32535;

2. That Plaintiff may, at his election, attend any Court hearing noticed by the Court by calling _____. Plaintiff's custodians shall provide him with the means necessary to attend Court hearings as noticed by the Court.

3. The Clerk of Court shall provide Plaintiff a certified copy of this Court's Order.

TENDERED FOR FILING

DEC 22 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

**DONE AND ORDERED** in chambers at New Orleans, Louisiana this _____ day of

_____, 201___.

                                                                                       SALLY SHUSHAN
                                                                                       U.S. Magistrate Judge