UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>SECTION: J |
| This Pleading Relates To<br>• Case No. 10-2771<br>   (CA5 Case No. 14-31374) | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**PROTECTIVE NOTICE OF CROSS-APPEAL**

In abundance of caution, and to preserve its rights, the State of Alabama notices its cross-appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Findings of Fact and Conclusions of Law from the Phase 1 Trial. *See* Rec. Docs. 13355; 13381-1.

1. The Circuit Court lists Alabama as party to this appeal, presumably by virtue of the notices filed by BP and Transocean. *See* Rec. Docs. 13823 (BP's Notice); 13831 (TO's Notice).

2. Alabama's damages case must be tried in the transferor court, the Middle District of Alabama. *See* 28 U.S.C. §1407(a). Thus, the State believes that the District Court's application of Fifth Circuit admiralty law to its factual findings is not binding on Alabama, to the extent that Fifth Circuit standards differ from Eleventh Circuit standards. The State files this protective notice in case (a) Alabama's request for remand is denied or (b) the Fifth Circuit's application of its admiralty precedent on interlocutory appeal is deemed binding against Alabama after remand.

3. The State further notes that the Circuit Court may not have jurisdiction over the State and/or this appeal because (among other reasons) the Phase 1 order does not finally determine the rights and liabilities of the parties in this admiralty action. *See* 28 U.S.C. § 1292(a)(3). The State files this protective notice in case the Circuit Court finds jurisdiction.

4. The State's notice is timely under Appellate Rule 4(a)(3).

Respectfully submitted on December 24, 2014.

LUTHER J. STRANGE
*Attorney General*

 /s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email:  cmaze@ago.state.al.us

Attorneys for the State of Alabama

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 24, 2014.

 /s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*