# EXHIBIT C



**WORLDWIDE**

*Systems Technology for the Litigation World*

Court Reporting ◆ Video Production ◆ Videoconferencing ◆ Litigation Group

December 16, 2014

Frank Sramek
APC / BP
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654

Re:   Deposition of Stanley Rice
      10/30/2014
      MDL 2179; In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

Dear Mr. Sramek:

Enclosed please find the **signed and notarized** original deposition of the witness named in the above-referenced matter for filing among your records. By copy of this letter, we are informing all parties shown herein of the **amendments** made to the deposition.

We appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

Minnie Adame
Worldwide Court Reporters, Inc.

Job No. 45970

cc:
Henry Dart
Carrie Shelton
Krystal Crowell
David McIlwain

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL PENALTY PHASE EXPERTS*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Stanley Rice

**October 30, 2014**

## *ORIGINAL*



WORLDWIDE
Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
**For U.S. & International Services**
800 - 745 - 1101

```
 1  THE STATE OF TEXAS    )
 2  COUNTY OF HARRIS      )
 3
 4          I, Donna L. Garza, Certified Shorthand
    Reporter in and for the State of Texas, do hereby
 5  certify that the above and foregoing contains a
    true and correct transcription of all portions of
 6  evidence and other proceedings in the above-styled
    and numbered cause, all of which occurred and were
 7  reported by me.
            I further certify that I am neither
 8  counsel for, related to, nor employed by any of
    the parties or attorneys in the action in which
 9  this proceeding was taken, and further that I am
    not financially or otherwise interested in the
10  outcome of the action.
            GIVEN UNDER MY HAND AND SEAL OF OFFICE,
11  on this, the  6th  day of November, 2014.
12
13            Donna Garza
14            _____
              DONNA L. GARZA
15            TEXAS CSR NO. 4785
              Expiration Date:
16            12-31-15
17
18
    WORLDWIDE COURT REPORTERS, INC.
19  Firm Registration No. 223
    3000 Weslayan, Suite 235
20  Houston, Texas   77027
    (800) 745-1101
21
22
23
24
25
```

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER
Worldwide Court Reporters, Inc. (800)-745 1101

1    I, DR. STANLEY RICE, have read the
foregoing deposition and hereby affix my signature
2    that same is true and correct, except as noted
above.
3
4
_____Stanley D Rice_____
5    DR. STANLEY RICE
6
7    STATE OF ~~District~~ Columbia    *
8    COUNTY OF     N/A              *
9    Before me, Jolene V. Russell, on
this day personally appeared DR. STANLEY RICE,
10   known to me, or proved to me under oath or through
Drivers License (description of identity card or
11   other document), to be the person whose name is
subscribed to the foregoing instrument and
12   acknowledged to me that they executed the same for
the purposes and consideration therein expressed.
13
Given under my hand and seal of office on
14   this, the 11th day of December, 2014.
15
16
_____Jolene V. Russell_____
17   Notary Public, State of Columbia
                                 District
18
19   My Commission Expires:   JOLENE V. RUSSELL
                              NOTARY PUBLIC DISTRICT OF COLUMBIA
20                            My Commission Expires August 31, 2019
21

[Notary Seal: JOLENE V. RUSSELL, NOTARY PUBLIC, EXP. 8-31-2019, DISTRICT OF COLUMBIA]

Worldwide Court Reporters, Inc.
(800) 745 - 1101

324

```
 1           WITNESS CORRECTIONS AND SIGNATURE
 2     Please indicate changes on this sheet of paper,
       giving the change, page number, line number and
 3     reason for the change.  Please sign each page of
       changes.
 4
 5     PAGE/LINE        CORRECTION       REASON FOR CHANGE
 6     ___See attached list_____
 7     _____
 8     _____
 9     _____
10     _____
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19     _____
20     _____
21     _____
22     _____
23
24              _____
25                 DR. STANLEY RICE
```

Worldwide Court Reporters, Inc.
(800) 745 - 1101

## Correction Sheet

Deposition of: Dr. Stanley Rice  Date: 10/30/14
Regarding: Oil Spill By The Oil Rig Deepwater Horizon
Reporter: Donna L. Garza

| Page | Line | | Reason for Change |
|---|---|---|---|
| 16 | 22 | change "teachers" to "features" | wrong word |
| 17 | 15 | insert "of" before "course" | missing word |
| 17 | 25 | change "pneumonia" to "ammonia" | wrong word |
| 27 | 1 | change "known" to "NOAA" | wrong word |
| 55 | 24 | change "assertive" to "informative" | wrong word |
| 64 | 3 | change "chemistry" to "chemicals" | wrong word |
| 64 | 12 | change the last "it's" to "it" | wrong word |
| 64 | 13 | change "no matter" to "does not matter" | wrong word |
| 65 | 23 | insert "know" before "you need to" | missing word |
| 70 | 12 | insert "not" before "as much as" | missing word |
| 83 | 25 | insert "parts per billion" after "7" | missing word |
| 84 | 10 | change "rued" to "brood" | wrong word |
| 86 | 8 | change "rued" to "brood" | wrong word |
| 90 | 7 | change "mor" to "mortality" | wrong word |
| 98 | 23 | change "Naplin" to "Neff" | wrong word |
| 126 | 13 | change "PAH" to "PH (acidity)" | wrong word |
| 126 | 23 | change "PAH" to "PH (acidity)" | wrong word |
| 161 | 16 | change "PH" to PAH | wrong word |
| 191 | 18 | change "accoladed" to "alkylated" | wrong word |
| 199 | 6 | insert "PAH" after "samples of" | missing word |
| 217 | 21 | change "7" to "7th" | wrong word |
| 223 | 5 | change "and" to "on" | wrong word |
| 224 | 3 | change "I" to "It" | wrong word |
| 227 | 15 | change "task" to "test" | wrong word |
| 231 | 15 | insert "or" after "what is" | missing word |
| 260 | 2 | change "images" to "inserting" | wrong word |
| 273 | 19 | change "spills" to "sediments" | wrong word |
| 315 | 25 | Change Answer from 315:25 - 316:19 to: "After further discussion with Mark Carls, the error was discovered to have come from his analysis of the data: after he classified samples into Surface, Intermediate, and Deep categories, the column containing those classifications became scrambled or unlinked to the rest of the data. Thus, the depth classifications did not correspond to the correct samples. In the process of correcting this error, Mr. Carls also discovered that a small number of samples had been misclassified as "offshore" instead of "nearshore." Both of these errors have been corrected in the Corrected Appendix B." | Subsequent discussion and investigation of the issue raised in the deposition revealed that my answer during the deposition was incorrect. |
| 317 | 12 | change "No." to "Yes. As mentioned earlier, this was a mistake Mark Carls made while sorting the data." | Subsequent discussion and investigation of the issue raised in the deposition revealed that my answer during the deposition was incorrect. |

Date: 12/11/2014
Signature: *Stanley D Rice*
Dr. Stanley Rice