# EXHIBIT D

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*
## *PENALTY PHASE*
## *EXPERTS*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Stanley Rice

**October 30, 2014**

*COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

Case 2:10-md-02179-CJB-DPC   Document 13948-5   Filed 12/24/14   Page 3 of 9

147

```
 1       Q.   And this -- you have this -- the depiction
 2   of data -- water chemistry data is intended to be
 3   identical in Round -- in Round 2 report as your
 4   Round 3 report, correct?
 5            MS. FIDLER:  Object to form.
 6       A.   Well, yeah.  We found errors because this
 7   is done with a short time line.  And so the Round
 8   3 is a, quote, "corrected version," although it
 9   looks like it needs another level of editing and
10   correction.
11       Q.   (BY MR. ISRAEL)  It does look that way.
12   If you look on the nearshore box --
13       A.   Which figure are you at?
14       Q.   Figure 1.  Look at Figure 1, okay?  You
15   present in your Figure 1 for the nearshore water
16   chemistry -- are you with me?
17       A.   Yes.
18       Q.   -- for the month of May, you have -- you
19   have a mean TPH of point -- a little below .1 for
20   surface water.  Do you see that?
21       A.   Correct.
22       Q.   And you have a mean TPH of about .01 for
23   the intermediate depth.  Do you see that?
24       A.   I do.
25       Q.   And yet, there's only a sample size of 1.
```

Worldwide Court Reporters, Inc.
(800) 745 - 1101

1  at all.
2  Q. (BY MR. ISRAEL) Okay.
3  A. I think there was more oyster data because
4  they're a fixed animal, so they're not out
5  swimming around like menhaden are offshore or
6  inshore. So I suspect there could be. "Could be"
7  is a key word now, could be. Could be population
8  effects that may or may not have been done. I'm
9  not aware of them.
10  **Q. Okay. Do you have any data indicating**
11  **that there's been an effect on oyster populations**
12  **from oil resulting from the DEEPWATER HORIZON oil**
13  **spill?**
14  MS. FIDLER: Object to form.
15  A. I have not seen that data, no.
16  **Q. (BY MR. ISRAEL) Okay. Now, in your**
17  **report, Dr. Rice, you show various figures**
18  **appearing to -- appearing to represent surface**
19  **oiling. Do you recall that?**
20  A. What -- what page are you on?
21  MS. FIDLER: Object to form.
22  **Q. (BY MR. ISRAEL) Well, let's look at**
23  **Figure 6. Let's start with Figure 6 of your**
24  **Round 3 report.**
25  A. Round 3?

```
 1         Q.   Yes.  That's Exhibit 13332.
 2         A.   Is that before or after?  Okay.  There's
 3    Figure 4 and Figure 6, if I remember right.  Okay.
 4         Q.   So you're looking at Figure 6 of your
 5    Round 3 report.  It's in Appendix B, correct?
 6         A.   Figure 6?
 7         Q.   Yes.
 8         A.   What's the question?
 9         Q.   Are you looking at -- at Figure 6?
10         A.   Yes, I am.  I'm sorry.
11         Q.   And did Dr. Carls prepare these figures?
12         A.   He did.
13         Q.   Okay.  Do you know how Dr. Carls prepared
14    these figures?
15         A.   Not -- not -- not the nerdy details.
16         Q.   Are you relying upon Dr. Carls for
17    presentation of the surface oiling figures in your
18    reports?
19         A.   I'm --
20              MS. FIDLER:  Object to form.
21         A.   -- relying on him to graphically acquire
22    the data and summarize it as such.
23         Q.   (BY MR. ISRAEL)  Are you -- do you know
24    how Dr. Carls created the surface oiling
25    depictions in your reports?  Do you know what data
```

1  he used?
2      A.  I -- I don't remember that right now.
3      Q.  Are you aware that the depiction of
4  surface oil in your expert report, Round 3 and
5  Round 2, represent composites?
6      A.  I do understand that.  They're trying to
7  composite what we think it might have looked like
8  in the month of May, month of June, and the month
9  of July, yes.
10     Q.  When you say "what we think it may have
11 looked like" --
12     A.  Me and Mark Carls.
13     Q.  And were you involved in interpreting the
14 data to create these in Figure 6?
15     A.  I wasn't involved in creating the data,
16 no.
17     Q.  Were you involved in creating -- strike
18 that.
19         Were you involved in interpreting the
20 data in order to create Figure -- the depiction of
21 surface oil in Figure 6?
22         MS. FIDLER:  Object to form.
23     A.  No.  I -- I reviewed -- I reviewed the
24 graphics, yes.
25     Q.  (BY MR. ISRAEL)  You reviewed the graphics

1  A.  Those are the correct numbers.  And,
2  unfortunately, when we redid this -- made these
3  corrections, we failed to transfer those numbers
4  over onto the bottom of the figures underneath the
5  months of May, June, et cetera.  So we failed to
6  correct the figures specifically, even though the
7  corrected numbers were there.  And it took an
8  eagle eye to see them.
9  **Q.  All right.  So if you transposed the**
10 **numbers -- so in order to understand these, you**
11 **should -- you should take the numbers from Page 4**
12 **and put them across the charts on Figures 1**
13 **through 3, correct?**
14  A.  Correct.  And that's -- the word would be
15 transferred, not transposed.
16  **Q.  Sorry.  Thank you.**
17          **You were also asked about why there**
18 **are deep samples in the nearshore.  Do you recall**
19 **that?**
20  A.  I do.  And I -- I had forgotten about
21 these.  They're surprising.
22  **Q.  Can you explain -- do you now know why**
23 **they're -- or do you now remember why there are**
24 **deep samples on the nearshore?**
25  A.  I talked to Mark about them briefly.

1        Basically, that's what the data says.
2   That's what the samples in the database say.  So,
3   obviously, there's an error there.  So on that
4   particular cruise -- yeah, maybe this is multiple
5   cruises; I don't know.  But the samples are -- are
6   flagged as deep in this case.  That means either
7   the GPS reading is in error, okay, or the depth
8   record; or the GPS is correct and the depth
9   recording that matches with it is in error.  You
10  can't have both of them be right.  But that's what
11  is in the database.  Obviously people will need to
12  resolve that, that are running the database that
13  have access to the cruise data, for example.  And
14  you'll know very well on Sample XXX or whatnot as
15  taken on May 25th, whatever, you know, where was
16  the boat?  Was it inshore, or was it offshore?
17  What was the depths of the -- of the samples
18  taken.  So that can be fixed, but it would take
19  somebody at that end to do it.
20       **Q.  And "that end" meaning not you and Mark**
21  **Carls?**
22       A.  Right.  We just --
23       **Q.  And you didn't --**
24       A.  -- took the data off, yeah.
25       **Q.  You weren't trying to fix the data.  You**

1  were just trying to take the -- the data as given;
2  is that correct?
3       A.   Right.  We don't --
4            MR. ISRAEL:  Objection; leading.
5       A.   We don't have the capacity to fix the
6  data, because we don't have the cruise records and
7  all the necessary parts.
8       Q.   (BY MS. FIDLER)  And so talking to Mark
9  Carls about why this mistake exists would not
10 clarify that any further, would it?
11           MR. ISRAEL:  Objection.
12      A.   No.
13      Q.   (BY MS. FIDLER)  You were also asked about
14 the source for the SAR composite maps.  Do you
15 recall that, in Appendix B?
16      A.   I think you're referring to like --
17      Q.   Figures --
18      A.   -- Figures 4 and 6.
19      Q.   -- 4 and 6, that's correct.
20      A.   Yes.
21      Q.   Do you know the source -- do you now know
22 the source for the SAR composite?
23      A.   Yes.
24      Q.   What is that source?
25      A.   The source is the NOAA ERMA database.