# EXHIBIT E

01-46044
LC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*
# *PENALTY PHASE*
# *EXPERTS*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Mark Van Haverbeke

**October 31, 2014**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

1    Q.   In support of your opinion that 13 percent of the
2    oil from the spill was burned or chemically dispersed, you
3    cite in footnote 29 the oil budget calculator, correct?
4    A.   Correct.
5    Q.   What is the oil budget calculator?
6    A.   Essentially it was an inner-agency group that was
7    directed to put their heads together and come up with a best
8    estimate of what happened to the oil that came out; what was
9    chemically dispersed, what was naturally dispersed, what
10   was -- what evaporated, what was skimmed, what was burned.
11   Q.   Do you consider the oil budget calculator to be a
12   reliable source of information for determining the amount of
13   oil that was skimmed, chemically dispersed, and burned during
14   the response?
15   A.   Yes.
16   Q.   You believe that the oil budget calculator supports
17   your opinions that 13 percent of the oil discharged during the
18   spill was burned and chemically dispersed?
19            MR. ROBERS:  Object to form.
20   A.   As I said earlier, I -- I used the older version.
21   When you re-correct it, the numbers come out differently.
22   Q.   (BY MS. JAKOLA) Why did you use the older version of
23   the oil budget calculator to determine the amounts in your
24   expert report?
25   A.   Simply an error on my part when I was grabbing stuff

```
 1    to do the arithmetic.
 2        Q.    You agree that the opinion expressed in your Round 2
 3    report, that in situ burning and chemically dispersing oil
 4    accounted for 13 percent of the total oil discharged, while
 5    direct recovery skimming amounted to an only unremarkable
 6    3 percent of the 4.9 million barrels of oil discharged is, in
 7    fact, erroneous?
 8        A.    Yeah.  I went back and looked at it.  It should be
 9    more like 4 -- I mean, 3.8 percent or something.  I don't have
10    the exact numbers in front of me.  It's still below 4 percent.
11    It's still unremarkable.  So looking at the correct oil budget
12    figures, it doesn't change my opinion on the overall response
13    effectiveness.
14        Q.    The statement in your expert report that in situ
15    burning and dispersing oil during the DEEPWATER HORIZON
16    response accounted for only 13 percent of the total oil
17    discharged is, in fact, erroneous, correct?
18              MR. ROBERS:  Object to form.
19        A.    Yes, based on the revised oil budget.
20        Q.    (BY MS. JAKOLA) The statement in your expert report
21    that burning and chemically dispersing oil accounted for 13
22    percent of the total oil discharged was based on outdated
23    information, true?
24              MR. ROBERS:  Object to form.
25        A.    Correct.
```

```
 1        A.   So the numbers, if -- the numbers, as Captain
 2   Paskewich pointed out, I got the numbers wrong.
 3        Q.   You agree that Captain Paskewich's analysis of the
 4   effectiveness of the skimming, in situ burning, and chemically
 5   dispersing operations in the DEEPWATER HORIZON response are,
 6   in fact, correct?
 7             MR. ROBERS:   Object to form.
 8        A.   No.
 9        Q.   (BY MS. JAKOLA) Do you disagree with the mathematical
10   accuracy of Captain Paskewich's calculations regarding the
11   effectiveness of skimming, burning, and chemical dispersing
12   during the DEEPWATER HORIZON response?
13             MR. ROBERS:   Object to form.
14        A.   No.
15        Q.   (BY MS. JAKOLA) You agree that Captain Paskewich has
16   accurately calculated the effectiveness of skimming, burning,
17   and chemical dispersing operations in the DEEPWATER HORIZON
18   response, true?
19             MR. ROBERS:   Object to form.
20        A.   Yes.
21        Q.   (BY MS. JAKOLA) You also agree that Captain Paskewich
22   has accurately calculated the effectiveness of skimming,
23   burning, and chemical dispersing operations in the other spill
24   responses shown in his expert report, correct?
25             MR. ROBERS:   Object to form.
```

**CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT**
**Worldwide Court Reporters, Inc.**

1    A.   Yes.
2    Q.   (BY MS. JAKOLA) You also agree that your expert
3 report inaccurately calculates the effectiveness of the
4 burning, skimming, and chemical dispersing operations in the
5 DEEPWATER HORIZON response, true?
6         MR. ROBERS:   Object to form.
7    A.   The calculations were incorrect, but going back and
8 looking at the arithmetic, using the upper value, I still
9 stand by my position.
10   Q.   (BY MS. JAKOLA) I'd like to focus on what's in your
11 expert report.  Your expert report contains calculations of
12 the effectiveness of skimming, chemical dispersing, and
13 burning operations in the response, correct?
14         MR. ROBERS:   Object to form.
15   A.   Correct.
16   Q.   (BY MS. JAKOLA) And you agree that those calculations
17 are incorrect?
18   A.   Yes.
19   Q.   You also agree that those calculations are based on
20 outdated information, true?
21   A.   Yes.
22   Q.   Nowhere in your expert reports do you present an
23 accurate calculation of the effectiveness of the DEEPWATER
24 HORIZON response operations, correct?
25         MR. ROBERS:   Object to form.

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.

```
 1        A.   Based on those wrong numbers, yes.
 2        Q.   You used the wrong numbers for your calculations,
 3   correct?
 4        A.   Correct.
 5        Q.   Now, nowhere in your report -- strike that.
 6             Nowhere in any of your reports do you present
 7   accurate calculations of the effectiveness of the DEEPWATER
 8   HORIZON response operations, true?
 9             MR. ROBERS:  Object to form.
10        A.   No, because I wasn't aware of it until Captain
11   Paskewich pointed it out in his Round 3 report.
12        Q.   (BY MS. JAKOLA) Well, you were responding, correct,
13   to Captain Paskewich's Round 1 report, right?
14        A.   Correct.
15        Q.   And in Captain Paskewich's Round 1 report, he cites
16   to the accurate information, correct?
17             MR. ROBERS:  Object to form.
18        A.   He does bring up accurate numbers, yes.
19        Q.   (BY MS. JAKOLA) He also cites to source materials
20   that provide the accurate numbers, right?
21             MR. ROBERS:  Object to form.
22        A.   Yes.
23        Q.   (BY MS. JAKOLA) And you had access to that
24   information before you prepared your Round 2 and Round 3
25   reports, correct?
```

1       A.   Yes.

2       Q.   And nowhere in any of your three expert reports do

3  you present the accurate calculations of the effectiveness of

4  the response operations in the DEEPWATER HORIZON response,

5  correct?

6            MR. ROBERS:  Object to form.

7       A.   Again, I -- I included my calculations in my Round 2

8  report and did not have the error pointed out until the

9  Round 3 reports were posted.  So at that point I had no

10 opportunity to go back and correct the numbers.

11      Q.   (BY MS. JAKOLA) Okay.  Well, let's start first and I

12 just want to make sure I'm clear on this:  There is nowhere in

13 any of your three expert reports where you present accurate

14 mathematical calculations reflecting the effectiveness of

15 operations in the DEEPWATER HORIZON response, correct?

16           MR. ROBERS:  Object to form.

17      A.   Correct.

18      Q.   (BY MS. JAKOLA) Now, looking back at the oil budget

19 calculator which you cited in your Round 2 report, we were

20 looking at page 39.  Do you believe that these are the numbers

21 that you used in determining that 13 percent of the total oil

22 discharged was chemically dispersed and burned during the

23 response?

24      A.   No.  As I said earlier, I think what I did -- and

25 I'm -- if I recall, it does not show in this third -- or

```
 1    chemically dispersed and burned, correct?
 2              MR. ROBERS:  Object to form.
 3         A.   I -- I think I did, but I'm not sure.
 4         Q.   (BY MS. JAKOLA) As you sit here today, you can't
 5    recall consulting any other sources other than that pie chart,
 6    correct?
 7         A.   I consulted two sources, which were the two
 8    calculators.  When I actually sat down and wrote the report,
 9    trying to pull it together, I may have grabbed the pie chart
10    simply because I had it handy and quoted those numbers.  But
11    I don't have the pie chart in front of me to go back and
12    check.
13         Q.   You did not perform any of your own independent
14    calculations to arrive at the conclusion in your report that
15    13 percent of the total oil discharged was chemically
16    dispersed and burned, correct?
17         A.   I --
18              MR. ROBERS:  Object to form.
19         A.   -- I took what I think was this page, the page 39
20    and I -- and marked it up, did the math, made sure I
21    understood where his numbers came from.  But when I actually
22    wrote my report, the thing that was handy, and I'm sorry I was
23    pressed for time -- instead of going back and consulting this,
24    I -- thinking that the other -- the pie chart was the same
25    data, I might have grabbed the numbers off of that.  I'd have
```

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.

```
 1    to go back and look at my pie chart and see if that's the, in
 2    fact, where they came from.
 3         Q.   (BY MS. JAKOLA) In any event, sir, you do acknowledge
 4    that on page 40 of the oil budget calculator, it shows
 5    percentages for the amount of oil that was removed in various
 6    ways, correct?
 7         A.   Yes, it does.
 8         Q.   And if you consult the next page, to the page that
 9    you cite in your report, you can see that, in fact, even
10    according to the government's oil budget calculator, it shows
11    that 21 percent of the oil was chemically dispersed and
12    burned, correct?
13              MR. ROBERS:   Object to form.
14         A.   Yes.
15         Q.   (BY MS. JAKOLA) And these percentages we've been
16    talking about, in terms of the amount of oil that was
17    dispersed and burned and skimmed during the response as a
18    percentage of spill volume, all relate to the government's
19    estimate of the spill volume, correct?
20         A.   That's correct.
21         Q.   You're aware that there's a dispute about how much
22    oil was actually spilled, correct?
23         A.   I'm aware of that, yes.
24         Q.   You agree, sir, that using even the government's
25    spill volume estimates, the analysis in your expert report
```

```
 1    underestimates the effectiveness of the response operations in
 2    the DEEPWATER HORIZON spill response, true?
 3                MR. ROBERS:  Object to form.
 4        A.   It underestimates the amount of oil that was
 5    dispersed and burnt.
 6        Q.   (BY MS. JAKOLA) You agree that even using the
 7    government's own estimates, the analysis in your expert report
 8    of the amount of oil that was burned and chemically
 9    dispersed -- strike that.
10                You agree that even using the government's own
11    estimates, your expert report underestimates the amount of oil
12    that was chemically dispersed and burned during the DEEPWATER
13    HORIZON response, true?
14        A.   I agree that my report underestimated how much was
15    dispersed and burned, yes.
16        Q.   It also underestimates -- strike that.
17                Your expert report also underestimates the
18    amount of oil that was skimmed during the DEEPWATER HORIZON
19    response, true?
20        A.   Yes, but the change there is marginal.
21        Q.   How much more -- how much -- strike that.
22                How many barrels of oil was skimmed during the
23    DEEPWATER HORIZON response, in your opinion?
24        A.   I don't have -- I could look up the amount that was
25    skimmed, but it was around 3.8 percent.  I have a hard time
```

```
 1   reading the figures here.  It looks like 160,000 barrels.  And
 2   that's the expected case.  They also gave values for best case
 3   and worst case.
 4       Q.   You are aware, sir, that the oil budget calculator
 5   analysis was updated, as you said, correct?
 6       A.   Yes.
 7       Q.   Can you please turn to page A-2.6 of the oil budget
 8   calculator?  That's appendix 2.6, Bates No. is ending in 0082.
 9            MR. ROBERS:  There's no Bates numbers on the
10   version we have.
11            MS. JAKOLA:  It's appendix 2.6, A-2.6.  Thank
12   you.
13       Q.   (BY MS. JAKOLA) Did you find the right page, sir?
14       A.   Yes.
15       Q.   Now, looking at page A-2.6 and then also looking at
16   A-2.7, do you see that there are two different sets of values
17   reflected for the amount of oil that was chemically dispersed,
18   burned, and skimmed, among other things?
19       A.   Yes.
20       Q.   And isn't it correct that these two tables reflect
21   the prior or outdated version of the oil budget calculator and
22   then the current version of the oil budget calculator,
23   correct?
24            MR. ROBERS:  Object to form.
25       A.   Yes.
```

```
 1        Q.  (BY MS. JAKOLA) The outdated version of the oil
 2   budget calculator appears on page A-2.7, correct?
 3        A.  Yes.
 4        Q.  And the current version of the oil budget calculator
 5   appears on A-2.6, correct?
 6        A.  Yes.
 7        Q.  To arrive at the figures in your expert report about
 8   the effectiveness of the DEEPWATER HORIZON spill response
 9   operation, you used the figures from the outdated oil budget
10   calculator presented on table A-2. -- strike that.
11              To arrive at the figures in your expert report
12   about the effectiveness of the DEEPWATER HORIZON spill
13   response operations, you used the figures from the outdated
14   oil budget calculator presented on page A-2.7, correct?
15              MR. ROBERS:  Object to form.
16        A.  I used these values.  Whether I -- I can't remember
17   now when I actually wrote the report, whether I was able to go
18   back and quickly put my finger on these and use my
19   calculations from that or whether I used the pie chart that
20   was used in the first report.
21        Q.  (BY MS. JAKOLA) But in any event, when you prepared
22   your expert report, you used the values of the number of
23   barrels that were chemically dispersed, burned, and skimmed,
24   as well as the spill volume amounts shown in the outdated oil
25   budget table on page A-2.7 correct?
```

1  A.  Right. The basis one way or the other was this
2  table, were these figures.
3  **Q.  Now, looking at the outdated information that you**
4  **used for your expert report, do you see that the amount of oil**
5  **that was chemically dispersed, burned, and skimmed according**
6  **to this outdated table, totals roughly 838,000 barrels?**
7  A.  I don't see where --
8  **Q.  Would you like a calculator, sir?**
9  A.  I'm trying to look at their summary numbers and
10 I'm -- okay. I see what they've got here, so go ahead. What
11 was that question again?
12 **Q.  Based on the outdated information that you used for**
13 **your expert report, the oil budget calculator reflects that**
14 **only approximately 838,000 barrels of oil were chemically**
15 **dispersed, burned, and skimmed, correct?**
16         MR. ROBERS:  Object to form.
17 A.  Approximately, yes.
18 **Q.  (BY MS. JAKOLA) Comparing that to the updated and**
19 **current information in the oil budget calculator, do you see**
20 **that -- strike that.**
21         **The current version of the oil budget**
22 **calculator reflects that approximately 1.2 million barrels of**
23 **oil was chemically dispersed, burned, and skimmed during the**
24 **response, true?**
25 A.  Yes, approximately.

1  **of oil was chemically dispersed, burned, and skimmed as**
2  **compared to outdated information that you used for your expert**
3  **report, correct?**
4        A.    Yes.
5        **Q.    Sir, can you please turn to Tab 76 of your binder?**
6        A.    Which binder?
7        **Q.    The volume 4?**
8        A.    This one goes to 75.
9              MS. JAKOLA:  And counsel, can we please mark
10 this one as Exhibit 13522?
11             (Exhibit No. 13522 marked for identification.)
12             MS. JAKOLA:  For the record, 13522 is the
13 United States Third Supplemental Response to Defendant's First
14 Set of Discovery Requests to the United States of America
15 Relating to the Clean Water Act Penalty Phase.
16       **Q.   (BY MS. JAKOLA) Captain VanHaverbeke, have you seen**
17 **Exhibit 13522 before?**
18       A.    Yes.
19       **Q.    Did you see Exhibit 13522 before you submitted your**
20 **expert reports in this case?**
21       A.    I remember reading a couple of these supplementals,
22 I think this one may have been one of them.  I don't -- this
23 is -- so I -- I don't remember if I actually looked at this
24 one in detail or not.
25       **Q.    Turning to page 5 of Exhibit 13522, do you see that**

**CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT**
**Worldwide Court Reporters, Inc.**

|     |                                                                         |
| --- | ----------------------------------------------------------------------- |
| 1   | **the United States, in response to an interrogatory from the**         |
| 2   | **defendants in this case, has presented the amount of oil that**       |
| 3   | **it contends was chemically dispersed, burned, and skimmed**           |
| 4   | **during the response, correct?**                                       |
| 5   | A.   Yes.                                                               |
| 6   | **Q.   It also presents other information about the amount**            |
| 7   | **of oil that was discharged and consumed through natural**             |
| 8   | **processes, correct?**                                                 |
| 9   | A.   Yes.                                                               |
| 10  | **Q.   Did you consider Exhibit 13522 in forming your**                 |
| 11  | **opinions in this case?**                                              |
| 12  | A.   I don't recall if I had looked at this at that point               |
| 13  | in time or not.  I know I looked at some of these documents             |
| 14  | and basically some I hung onto and some I looked and said,              |
| 15  | I've got that covered elsewhere or -- or didn't need it.                |
| 16  |           So, when I looked at this, I would have said                  |
| 17  | that's simply what's covered in the oil budget calculator and           |
| 18  | kept on moving.                                                         |
| 19  | **Q.   You agree that the figures that the United States**              |
| 20  | **presents in response to the defendant's interrogatory**               |
| 21  | **correspond to the figures presented in the updated oil budget**       |
| 22  | **calculator, correct?**                                                |
| 23  |           MR. ROBERS:  Object to form.                                  |
| 24  | A.   It looks like they're off a little bit, so I would                 |
| 25  | have to disagree.  Oh, it's because the total volume went up            |

1  to an even 5 million barrels as opposed to 4.9.
2       Q.   (BY MS. JAKOLA) You agree that the amount of oil that
3  the United States contends was chemically dispersed, burned,
4  and skimmed in their third supplemental response to
5  defendants' interrogatory corresponds with the amount of oil
6  that the current version of the oil budget calculator reflects
7  was dispersed, burned, and skimmed, correct?
8       A.   Yes, I think the difference, just quickly looking at
9  it, is the amount recovered via RIT and TOP HAT.
10      Q.   The amounts shown for chemical dispersion, burning,
11 and skimming in the United States third supplemental
12 interrogatory request corresponds to the amounts for those
13 same measures as shown in the current version of the oil
14 budget calculator?
15      A.   Yes.
16      Q.   Okay.  Captain VanHaverbeke, I'd like to turn back
17 to Captain Paskewich's expert report.  The portion to which
18 you're responding is in Tab 4 of your binder, page 19 and 20
19 of his report, sir.
20           Do you see on page 20 of Captain Paskewich's
21 Round 1 expert report that Captain Paskewich cites several
22 times the United States third supplemental interrogatory
23 response to support his calculations about the effectiveness
24 of the DEEPWATER HORIZON response measures, correct?
25      A.   Correct.

| | |
|---|---|
| 1 | Q. You had -- Captain Paskewich's Round 1 report when |
| 2 | you prepared your Round 2 report, correct? |
| 3 | A. Correct. |
| 4 | Q. Sir, we've been talking about, back to your Round 2 |
| 5 | report in Tab 2, page 5, we've been talking about the |
| 6 | statement that in situ burning and chemically dispersing oil |
| 7 | accounted for 13 percent of the total oil discharge, correct? |
| 8 | A. Correct. |
| 9 | Q. And we've established that that assertion in your |
| 10 | expert report is incorrect and based on outdated information, |
| 11 | true? |
| 12 | A. That's correct. |
| 13 | MR. ROBERS: Object to form. |
| 14 | A. That's correct. |
| 15 | Q. (BY MS. JAKOLA) Now, in the remaining portion of that |
| 16 | sentence, you also state that 4.9 million barrels of oil was |
| 17 | discharged. Do you see that, sir? |
| 18 | A. Yes. |
| 19 | Q. Do you believe that the United States, in this case, |
| 20 | contends that a total of 4.9 million barrels of oil was |
| 21 | discharged? |
| 22 | A. No. |
| 23 | Q. How much oil do you understand the United States |
| 24 | contends was discharged during the spill? |
| 25 | A. Something on the order of 4.1 million barrels. When |

1   **chemically dispersed, burned, skimmed, or directly recovered**

2   **from the wellhead during the DEEPWATER HORIZON response, true?**

3              MR. ROBERS:  Object to form.

4       A.   I have -- I have not gone back and redone my

5   calculations.

6       Q.   (BY MS. JAKOLA) Before moving back to Captain

7   Paskewich's analysis, I want to make sure I've got this right.

8   In your expert report you miscalculate the total effectiveness

9   of the response measures that the Unified Command used in the

10  response, true?

11             MR. ROBERS:  Object to form.

12      A.   No, I miscalculated the amounts of oil that were

13  burned, dispersed, or collected.

14      Q.   (BY MS. JAKOLA) In your expert report, you

15  miscalculated the total amounts of oil that was burned,

16  dispersed, and skimmed during the DEEPWATER HORIZON response

17  true?

18             MR. ROBERS:  Object to form.

19      A.   Yes.

20      Q.   (BY MS. JAKOLA) You used outdated and incorrect

21  information in calculating the amount of oil that was burned,

22  skimmed, and chemically dispersed, correct?

23             MR. ROBERS:  Object to form.

24      A.   Yes.

25      Q.   (BY MS. JAKOLA) You used outdated and incorrect

1  **information about the amount of oil that the U.S. claims was**
2  **spilled during the response, correct?**
3      A.   I -- yes, I used the wrong numbers.
4  **Q.   You used outdated and incorrect information about**
5  **the amount of oil that the U.S. claims was consumed due to**
6  **natural processes, correct?**
7          MR. ROBERS:  Object to form.
8      A.   Yes, it looks like those numbers are off as well.
9  **Q.   (BY MS. JAKOLA) You did not adjust the spill volume**
10 **figure that you used to account for the 810,000 barrels of oil**
11 **that was collected from the source, true?**
12     A.   When I wrote this, I was looking at the graph with
13 the percentages, I think.  Again, I'd have to go back and
14 confirm that, which I don't -- I don't recall.  I think it had
15 a separate breakout for the amount directly recovered.
16 **Q.   Correct.  And so as percentage, when you were**
17 **calculating the effectiveness of skimming, burning, and**
18 **dispersing, you did not reduce or adjust the spill volume to**
19 **reflect the 810,000 barrels of oil that was recovered --**
20     A.   I'm not sure.
21 **Q.   -- from the source --**
22         MR. ROBERS:  Object to form.
23     A.   -- I'm not sure.  I would have to go back and look.
24 I think that -- I think that pie chart might have had a
25 segment for direct recovery, but I don't remember.

**CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT**
**Worldwide Court Reporters, Inc.**