# EXHIBIT F

IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# EXPERT REPORT OF FRANK M. PASKEWICH CAPTAIN, UNITED STATES COAST GUARD (RET.)

August 15, 2014

**CONFIDENTIAL**

Taken together, these response efforts were extraordinarily effective in minimizing the effects of the spill.[69]  On average for most open ocean spill responses, approximately 10-15% of oil is removed, typically using mechanical recovery means, such as skimming.[70]  The *Deepwater Horizon* Response deployed a combination of tools—including skimming, in situ burning and dispersant applications—to achieve a removal rate that greatly surpassed this 10-15% benchmark.  Depending on whether government or BP spill volume estimates are used, BP and others in the Unified Command skimmed, burned, and chemically dispersed anywhere from 29% to 49% of the oil that was spilled in the *Deepwater Horizon* Incident— roughly ***two to five times greater*** than the removal rate achieved in a typical spill response.  These results are exceptional, with BP and its Unified Command partners achieving a removal rate in the *Deepwater Horizon* Response that dwarfs the 10-15% benchmark removal rate, as well as the results of other large spill responses, as shown below.



**Figure 7:  Comparison of Spill Response Effectiveness**

---

[69] FOSC Report (Ex. 9105) at xiv (The "response was ultimately successful, due to the unity of effort and perseverance of the more than 1000 organizations that contributed to this unprecedented response"); Hanzalik Dep. at 48:9-13 ("[B]urning, dispersing, and skimming were successful response measures").

[70] International Tanker Owners Pollution Federation ("ITOPF"), http://www.itopf.com/knowledge-resources/documents-guides/response-techniques/containment-recovery/; White, Dr. Ian C., Oil Spill Response—Experience, Trends and Challenges, ITOPF, 2000 (http://www.itopf.com/fileadmin/data/Documents/Papers/spillcon.pdf) ("[I]t is rare, even in ideal conditions and with the greatly improved equipment available today, for more than a relatively small proportion (10-15%) of spilled oil to be recovered from open water situations"); U.S. GAO Coast Guard, Adequacy of Preparation and Response to Exxon Valdez Oil Spill, October 1989, at 3 ("Coast Guard officials told us that with current technology, the best that can typically be expected after a major spill is to recover 10 to 15 percent of the oil"); US Congress Office of Technology Assessment (OTA 1990): http://govinfo.library.unt.edu/ota/Ota_2/DATA/1990/9011.PDF.