# EXHIBIT I

IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL 2179, SECTION J
JUDGE BARBIER; MAGISTRATE JUDGE SHUSHAN

# REPLY EXPERT REPORT OF FRANK M. PASKEWICH CAPTAIN, UNITED STATES COAST GUARD (RET.)

September 26, 2014

**CONFIDENTIAL**

***Third***, Captain VanHaverbeke's own calculation of the effectiveness of the Response operations is flawed and contrary to the United States' own estimates in this case. Captain VanHaverbeke asserts that "[i]n situ burning and chemically dispersing oil accounted for 13% of the total oil discharged."[52] But in its Third Supplemental Interrogatory Responses, the United States concedes that the Unified Command burned or chemically dispersed 1.03 million barrels — or roughly ***25%*** — of the oil that was spilled based on government estimates. Using BP's spill volume estimates, that number jumps to roughly 42%.[53] In either case, the Unified Command successfully burned and dispersed a much greater percentage of oil than Captain VanHaverbeke's 13% figure.[54]

***Finally***, Captain VanHaverbeke asserts that skimming "amounted to an unremarkable three percent of the 4.9 million barrels of oil discharged."[55] Captain VanHaverbeke does not rely on the data in United States' Third Supplemental Interrogatory Response. He also seems to disregard the premise that dispersing and burning operations results in less oil that is available for mechanical recovery such as skimming. In my opinion, skimming, burning and dispersing should be viewed as complementary response techniques.

Captain VanHaverbeke's analysis does not alter my opinion that the Response was highly effective in minimizing the impacts of the spill.

## III.   RESPONSE TO DR. BOESCH AND DR. RICE'S REPORT

While Dr. Boesch and Dr. Rice state that they do "not evaluate . . . the effectiveness of the Unified Command's efforts to minimize and mitigate effects" of the *Deepwater Horizon* spill, they make certain observations about my August 15 report that warrant a response.[56]

***First***, Dr. Boesch and Dr. Rice are critical of the statement in my report that the Unified Command skimmed, burned, and chemically dispersed 1.2 million barrels of oil during the Response. They assert that this figure is "dependent on some highly uncertain assumptions . . . based on rough estimates of the effectiveness of subsea dispersants that are still subject to disagreement among subject matter experts."[57] What Dr. Boesch and Dr. Rice fail to recognize, however, is that the 1.2 million barrel figure is derived directly from the United States' own interrogatory responses in this case. As discussed with respect to Captain VanHaverbeke's report, in its Third Supplemental Interrogatory Responses, the United States expressly admits that the Unified Command skimmed, burned, and chemically dispersed 1.2 million barrels of oil

---

[52] VanHaverbeke Response Report at 4-5.

[53] U.S. Third Supp. Resp. to Interrog. at 5; Paskewich Opening Report at 70 n.75.

[54] VanHaverbeke Response Report at 4-5; U.S. Third Supp. Resp. to Interrog. at 5. Captain VanHaverbeke's assertion that "67% of the oil [was] discharged and deemed unrecoverable" is also not supported by the government's own estimates, which indicate that 44% of the oil discharged evaporated or dispersed naturally. *Id*.; U.S. Third Supp. Resp. to Interrog. at 5.

[55] VanHaverbeke Response Report at 5.

[56] Response Expert Report of Donald F. Boesch (Ph.D.) and Stanley D. Rice (Ph.D.) dated September 12, 2013 ("Boesch & Rice Response Report") at 15.

[57] Boesch & Rice Response Report at 16-17.

8