# EXHIBIT K

**<u>Filed Under Seal</u>**