# EXHIBIT L

**EXPERT REPORT**

**U.S. v. BP Exploration & Production, Inc. et al.**

**REBUTTAL TO BP ROUND 2 REPORTS**

Submitted on Behalf of the United States

**Prepared by: Stanley D. Rice (Ph.D.)**

*Stanley D Rice*

---

Stanley D. Rice (Ph.D.)

September 26, 2014

13332

Exhibit No. _____

Worldwide Court
Reporters, Inc.

# Appendix B

**APPENDIX B**

**Source Information**

**Data file:**

WaterChemistry_W-01v02-01.csv

..\analysis\WaterChemistryPAH.mdb

..\analysis\HC Gulf Mexico WATER 2010 combined v4.xlsx

..\analysis\EPA tox estimates WATER.xlsx

..\analysis\TPAH by month place depth.xlsx


..\reports\ 9-12-14 Estimation of toxic potential in DWH water samples version 4-doj cmts mgc 9-24-14 update.docx


..\analysis\maps\Water TPAH surface May Jun Jul.mxd

..\analysis\maps\Water TPAH surface CHECK May Jun Jul.mxd

1

**Estimation of toxic potential in DWH water samples.**

1. Samples were obtained from "BP Gulf Science Data (NRDA-publicly available)," file name "WaterChemistry_W-01v02-01.csv" dated 5/23/2014.
2. The CSV file was too long to read directly with Excel, thus was subdivided into several files.
3. All 2010 data were extracted into Excel.
4. PAH data were assembled to yield one record per sample. Samples were identified by "Laboratory sample ID." This resulted in 16,167"natural samples" in 2010, excluding replicate samples. (There were 138 replicates, labeled "field duplicate.") For comparison with Dr. Shea's analysis, there were 17,881 "natural samples" in the NRDA database, thus 1714 samples were collected after 2010; these were not analyzed here.
5. Polynuclear aromatic hydrocarbon (PAH) analytes are listed below. Not all of these were measured in every sample. ND concentrations were 0.

| | | | |
|---|---|---|---|
| N0 | D0 | PYR | BBF |
| N1 | D1 | FP1 | BKF |
| N2 | D2 | FP2 | BEP |
| N3 | D3 | FP3 | BAP |
| N4 | P0 | FP4 | PER |
| ACN | P1 | BAA | ICP |
| ACE | P2 | C0 | DBA |
| F0 | P3 | C1 | BZP |
| F1 | P4 | C2 | |
| F2 | ANT | C3 | |
| F3 | FLU | C4 | |

6. Concentrations were summed to yield total PAH (TPAH). Data were analyzed by month, depth, and location (Fig. 1).
7. The EPA threshold method was applied to each water sample. The acute version was corrected per discussion with Dr. David Mount, one of the original EPA authors. All alkylated PAHs were included in the model, thus no alkyl-adjustment multipliers were required (Fig. 2).
8. Alternative estimations of toxicity were based on Gulf of Mexico larval fish assays: (Incardona et al. 2014) reported threshold TPAH concentrations as low as 0.3 μg/L. Numbers of samples above this threshold (and several other comparison values, 0.5, 1, and 2 μg/L) were summed by month to calculate the fraction toxic (per month, depth, and location) (Fig. 3a-d).
9. To estimate fractions toxic within the slick area only, data were plotted by month with ArcMap along with satellite slick information (SAR). Offshore samples within polygons bounding the slick area were identified with ArcMap (Fig. 4).
10. The toxic fraction in the offshore surface water (0 – 2 m) within slick boundaries was estimated for May through July with the TPAH concentration method described in step 8 (Figs. 5 - 6).
11. It should be noted that this analysis is not intended to be a quantitative assessment of the extent of oil contamination in the Gulf. That is more properly a part of the NRD Assessment, which is still ongoing and may employ additional data and methods of analysis. The purpose of

2

this exercise is simply to point out that Dr. Shea's opinion regarding the extent of toxic concentrations of PAHs in the Gulf is misleading because it fails to employ the appropriate toxicological thresholds and fails to focus on the areas and times when high concentrations of PAHs were likely to occur.

Roughly one quarter of the samples were collected nearshore; the remainder were collected offshore.

|  | n offshore | n Total | %nearshore | %offshore |
|---|---|---|---|---|
| May | 646 | 970 | 33.4 | 66.6 |
| Jun | 2452 | 3093 | 20.7 | 79.3 |
| Jul | 2334 | 2962 | 21.2 | 78.8 |
| Aug | 3087 | 3643 | 15.3 | 84.7 |
| Sep | 1943 | 2525 | 23.0 | 77.0 |
| Oct | 270 | 920 | 70.7 | 29.3 |
| Nov | 667 | 1067 | 37.5 | 62.5 |
| Dec | 741 | 987 | 24.9 | 75.1 |

Within the offshore data set, about one quarter of the samples were from the surface (upper 2 m), one quarter were from plume depths ($\geq$1000 m), and the remaining half were from elsewhere in the water column.

|  | n Surface | n Plume | %Surface | %Plume | %Other |
|---|---|---|---|---|---|
| May | 129 | 197 | 20.0 | 30.5 | 49.5 |
| Jun | 739 | 619 | 30.1 | 25.2 | 44.6 |
| Jul | 739 | 715 | 31.7 | 30.6 | 37.7 |
| Aug | 723 | 1043 | 23.4 | 33.8 | 42.8 |
| Sep | 371 | 711 | 19.1 | 36.6 | 44.3 |
| Oct | 98 | 23 | 36.3 | 8.5 | 55.2 |
| Nov | 163 | 219 | 24.4 | 32.8 | 42.7 |
| Dec | 135 | 377 | 18.2 | 50.9 | 30.9 |

4

**Fig. 1.** Mean total aqueous PAH concentration by month.  Surface is ≤ 2 m, deep is ≥ 1000 m and intermediate is all depths between.  The total number of samples analyzed each month for offshore and nearshore sets is listed along the x-axis.





**Fig. 2.** Percent of samples exceeding EPA toxicity threshold for water samples as a function of time using the EPA threshold method (chronic toxicity).





6

**Fig. 3a.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 0.3 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).



**Fig. 3b.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 0.5 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).





8

**Fig. 3c.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 1.0 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).





9

**Fig. 3d.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates:  2.0 µg/L.  Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).





10

**Fig. 4.** Offshore samples within slick areas were defined as those within the slick boundaries identified by satellite (dark grey). Samples to the west of the primary slick boundary in June were not included as "within."







11

**Fig. 5.** Toxicity estimate in surface water (0 – 2 m) within the slick area only during the time the slick was present (May – July).  Total slick area was determined by satellite and composited by month.



**Fig. 6.** Offshore surface water samples only.  Surface is defined as the upper 2 meters.  Yellow polygons bound observed area with toxic concentrations (at 0.3 µg/L).  These areas are 5460, 12131, and 6225 km².







13

**References**

Incardona, J. P., L. D. Gardner, et al. (2014). "Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish." Proceedings of the National Academy of Sciences of the United States of America **www.pnas.org/cgi/doi/10.1073/pnas.1320950111**: E1510–E1518.

14

# Appendix C

**Toxicity research demonstrating embryo responses at concentrations ≤ 20 µg/L.**

| Species | Life stage | Response | Toxin | Conc. (µg/L) | Exposure time (d) | Method | Author |
|---|---|---|---|---|---|---|---|
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil: TPAH | 0.3 | Incubation period | HEWAF (high energy water-accommodated fraction) | Incardona et al. 2014 |
| Pacific herring (*Clupea pallasii*) | Embryo | Abnormalities, genetic damage, growth, mortality | aqueous TPAH, more weathered Alaska North Slope crude oil | 0.4 | 16 | ORC | Carls et al. 1999 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil: TPAH | 0.5 - 1.3 | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | EC50, edema | DWH oil: TPAH | 0.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil: TPAH | 0.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Post-emergent growth | aqueous TPAH, weathered Alaska North Slope crude oil | 0.94 | ~198 | ORC | Carls et al. 2005 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Mortality | aqueous TPAH, very weathered Alaska North Slope crude oil | 1 | ~240 | ORC | Heintz et al. 1999 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yellowfin tuna (*Thunnus albacares*) | Embryo | heart rate bradycardia threshold | DWH oil:  TPAH | 1.0 - 2.6 | | Incubation period | HEWAF | Incardona et al. 2014 |
| Greater amberjack (*Seriola dumerili*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil:  TPAH | 1.0 - 6.0 | | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic cod (*Gadus morhua*) | Larvae | CYP3A induction | unspecified crude oil, possibly North Sea | 1.2 | 4 | Mechanical dispersion | Olsvik et al 2011 |
| Mahi-Mahi (*Coryphaena hippurus*) | embryo | Edema | DWH oil: TPAH | 1.2 | 2 | HEWAF | Mager et al 2014 |
| Mahi-Mahi (*Coryphaena hippurus*) | embryo | Reduced swimming speed | DWH oil: TPAH | 1.2 | 2 | | Mager et al 2014 |
| Atlantic cod (*Gadus morhua*) | Larvae | Reduced survival | unspecified crude oil, possibly North Sea | <2 | 4 | Mechanical dispersion | Olsvik et al 2012 |
| Atlantic cod (*Gadus morhua*) | Larvae | CYP3A induction | unspecified crude oil, possibly North Sea | 2.1 | 4 | WSF isolated from Mechanical dispersion | Olsvik et al 2011 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | EC50, edema | DWH oil: TPAH | 2.3 | | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil:  TPAH | 2.3 | | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | EC50 for prolongation of systole | DWH oil:  TPAH | 2.6 | | Incubation period | HEWAF | Incardona et al. 2014 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Greater amberjack (*Seriola dumerili*) | Embryo | heart rate bradycardia threshold | DWH oil: TPAH | 2.2 - 6.5 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Extracardiac defects | DWH oil: TPAH | 3.4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | CYP1A induction | aqueous TPAH, weathered Alaska North Slope crude oil | 3.7 | ~198 | ORC | Carls et al. 2005 |
| Pacific herring (*Clupea pallasii*) | Embryo | Abnormalities | Whole oil | 4 | 13 | Flowing oil-water contact | Pearson et al. 1985 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | heart rate bradycardia threshold | DWH oil: TPAH | 4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Ascites, premature emergence, gonadal cell apoptosis, induction of CYP1A | aqueous TPAH, weathered Alaska North Slope crude oil | 4.4 | 177 | ORC | Marty et al. 1997 |
| Greater amberjack (*Seriola dumerili*) | Embryo | heart rhythm irregularities, minimum influential exposure conc. | DWH oil: TPAH | 4.5 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Marine survival | aqueous TPAH, weathered Alaska North Slope crude oil | 5.4 | ~240 | ORC | Heintz et al. 2000 |

3

| Species | Stage | Effect | Oil/Exposure | Conc. | Duration | Method | Reference |
|---|---|---|---|---|---|---|---|
| Yellowfin tuna (*Thunnus albacares*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 6.1 | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 7.7 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Blue sac disease (ascites) | aqueous TPAH, weathered Alaska North Slope crude oil | 7.8 | 83 | ORC | Brannon et al. 2006 |
| Atlantic bluefin tuna (*Thunnus thynnus*) | Embryo | Extracardiac defects | DWH oil: TPAH | 8.5 | Incubation period | HEWAF | Incardona et al. 2014 |
| Greater amberjack (*Seriola dumerili*) | Embryo | EC50 for prolongation of systole | DWH oil: TPAH | 8.6 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pacific herring (*Clupea pallasii*) | Embryo | Abnormalities, growth, mortality | aqueous TPAH, weathered Alaska North Slope crude oil | 9.1 | 16 | ORC | Carls et al. 1999 |
| Capelin (*Mallotus villosus*) | Embryo | Reduced hatching success | WSF, Ekofisk crude oil | <10 | 42-49 | Flowing oil-water contact | Johannessen 1976 |
| Japanese medaka (*Oryzias latipes*) | Embryo | LOEC, hatch length | PAHs | 11 | 18 | static renewal | Farwell et al. 2006 |
| Greater amberjack (*Seriola dumerili*) | Embryo | EC50, edema | DWH oil: TPAH | 12.4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Greater amberjack (*Seriola dumerili*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil: TPAH | 12.4 | Incubation period | HEWAF | Incardona et al. 2014 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Greater amberjack (*Seriola dumerili*) | Embryo | Extracardiac defects | DWH oil: TPAH | 13.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Greater amberjack (*Seriola dumerili*) | Embryo | heart rhythm irregularities, significant | DWH oil: TPAH | 13.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Zebrafish (*Danio rerio*) | Embryo | Cardiac abnormalities | Aqueous TPAH, Alaska North Slope crude oil | 15 | 2 | Mechanical dispersion | Carls et al. 2008 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Mortality | aqueous TPAH, weathered Alaska North Slope crude oil | 16.4 | 83 | ORC | Brannon et al. 2006 |
| Pacific herring (*Clupea pallasii*) | Embryo | Edema | aqueous TPAH, more weathered Alaska North Slope crude oil | 17.3 | 4 | ORC | Carls et al. 1999 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Post-emergent growth | aqueous TPAH, weathered Alaska North Slope crude oil | 18 | ~240 | ORC | Heintz et al. 2000 |
| Greater amberjack (*Seriola dumerili*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 18.2 | Incubation period | HEWAF | Incardona et al. 2014 |

5

## References, embryo toxicity table

*See "Toxicity table.xlsx"*

Barron, M. G., M. G. Carls, et al. (2003). "Photoenhanced toxicity of aqueous phase and chemically dispersed weathered Alaska North Slope crude oil to Pacific herring eggs and larvae." Environmental Toxicology and Chemistry 22(3): 650-660.

Brannon, E. L., K. M. Collins, et al. (2006). "Toxicity of weathered *Exxon Valdez* crude oil to pink salmon embryos." Environmental Toxicology and Chemistry 25(4): 962-972.

Carls, M. G., R. A. Heintz, et al. (2005). "Cytochrome P4501A induction in oil-exposed pink salmon *Oncorhynchus gorbuscha* embryos predicts reduced survival potential." Marine Ecology-Progress Series 301: 253-265.

Carls, M. G., L. Holland, et al. (2008). "Fish embryos are damaged by dissolved PAHs, not oil particles." Aquatic Toxicology 88: 121-127.

Carls, M. G., S. D. Rice, et al. (1999). "Sensitivity of fish embryos to weathered crude oil: Part I. Low-level exposure during incubation causes malformations, genetic damage, and mortality in larval Pacific herring (*Clupea pallasi*)." Environmental Toxicology and Chemistry 18(3): 481-493.

Farwell, A., V. Nero, et al. (2006). "Modified Japanese medaka embryo-larval bioassay for rapid determination of developmental abnormalities." Archives of Environmental Contamination and Toxicology 51(4): 600-607.

Heintz, R. A., S. D. Rice, et al. (2000). "Delayed effects on growth and marine survival of pink salmon *Oncorhynchus gorbuscha* after exposure to crude oil during embryonic development." Marine Ecology-Progress Series 208: 205-216.

Heintz, R. A., J. W. Short, et al. (1999). "Sensitivity of fish embryos to weathered crude oil: Part II. Increased mortality of pink salmon (*Oncorhynchus gorbuscha*) embryos incubating downstream from weathered *Exxon Valdez* crude oil." Environmental Toxicology and Chemistry 18(3): 494-503.

Incardona, J. P., L. D. Gardner, et al. (2014). "*Deepwater Horizon* crude oil impacts the developing hearts of large predatory pelagic fish." Proceedings of the National Acadamy of Sciences cgi/doi/10.1073/pnas.1320950111: 1-9.

Johannessen, K. I. (1976). "Effects of seawater extract of Ekofisk oil on hatching success of Barents Sea capelin." International Council for the Exploration of the Sea E:29.

Marty, G. D., J. W. Short, et al. (1997). "Ascites, premature emergence, increased gonadal cell apoptosis, and cytochrome P4501A induction in pink salmon larvae continuously exposed to oil-contaminated gravel during development." Canadian Journal of Zoology 75(6): 989-1007.

Olsvik, P. A., B. H. Hansen, et al. (2011). "Transcriptional evidence for low contribution of oil droplets to acute toxicity from dispersed oil in first feeding Atlantic cod (*Gadus morhua*) larvae." Comparative Biochemistry and Physiology C-Pharmacology Toxicology & Endocrinology 154: 333-345.

Olsvik, P. A., K. K. Lie, et al. (2012). "Is chemically dispersed oil more toxic to Atlantic cod (*Gadus morhua*) larvae than mechanically dispersed oil? A transcriptional evaluation." BMC Genomics 13: 702.

Pearson, W. H., D. L. Woodruff, et al. (1985). Oil effects on spawning behavior and reproduction in Pacific herring (*Clupea harengus pallasi*). Washington, DC, Final report to the American Petroleum Institute, Environmental Affairs Department.

(Olsvik, Lie et al. 2012)
(Olsvik, Hansen et al. 2011)
(Johannessen 1976)
(Farwell, Nero et al. 2006)
(Pearson, Woodruff et al. 1985)
(Carls, Rice et al. 1999)
(Barron, Carls et al. 2003)
(Incardona, Gardner et al. 2014)
(Brannon, Collins et al. 2006)
(Marty, Short et al. 1997)
(Heintz, Short et al. 1999)
(Heintz, Rice et al. 2000)
(Carls, Heintz et al. 2005)
(Carls, Holland et al. 2008)