# EXHIBIT M

*U.S. v. BP Exploration & Production, Inc. et al.*

# ACTUAL AND POTENTIAL HARM FROM THE MACONDO WELL BLOWOUT
## Submitted on Behalf of the United States

Prepared by: Donald F. Boesch (Ph.D.)

_____
Donald F. Boesch (Ph.D.)

August 15, 2014

13183
Exhibit No. _____
Worldwide Court
Reporters, Inc.

18

where they were less subject to dilution and more resistant to further degradation because of oxygen limitation.[43]

### 5.2. Surface Waters

The waters within 150 meters of the surface of the Gulf of Mexico are particularly biologically important as this is where there is sufficient light to support photosynthetic production of organic material by phytoplankton (microscopic plants) and floating seaweeds (particularly *Sargassum*). The oceanic fish that we treasure—the tuna, mahi-mahi, mackerel, marlin and swordfish—live there and air breathing animals, including seabirds, sea turtles, and whales and dolphins, depend on these near-surface waters. Unlike the deep waters just discussed, surface waters are mixed by the winds, warm and cool seasonally, have oxygen supplied internally by plant photosynthesis, and are often depleted in mineral nutrients that limit both plant production and microbial oil degradation. The organisms living in near-surface waters were obviously also exposed to floating oil from the Macondo well blowout.

**The important floating seaweed community was directly harmed.** A particular ecological characteristic of the offshore waters of the northern Gulf of Mexico is the occurrence of floating brown algae of the genus *Sargassum*. These are the same algae that characteristically occur in floating masses and give the name Sargasso Sea to the central part of the North Atlantic Ocean east of the Gulf Stream. The northern Gulf of Mexico contains the next most productive *Sargassum* ecosystem. The algae lead a totally floating existence, kept at the sea surface by gas filled bladders, and attract a unique community of small animals that take advantage of the algae for the habitat structure it provides. *Sargassum* also provides important habitat for juvenile sea turtles[44] and fish (Figure 4).



Figure 4. A sea turtle swims under a raft of *Sargassum* entrained in oil.

As oil slicks from the Macondo well blowout spread onto the continental shelf between the Chandeleur Islands and the Florida Panhandle during June 2010, scientists observed reductions in

---

[43] Mason OU, Scott NM, Gonzalez A, Robbins-Pianka A, Balum J, Kimbrel J, Bouskill NJ, Prestat E, Borglin S, Joyner DC, Fortney JL, Jurelevicius D, Stringfellow WT, Alvarez-Cohen L, Hazen TC, Knight R, Gilbert JA, Jansson JK (2014) Metagenomics reveals sediment microbial community response to Deepwater Horizon oil spill. ISME J 8:1464-1475
[44] Witherington B, Hirama S, Hardy R (2012) Young sea turtles of the pelagic Sargassum-dominated drift community: habitat use, population density, and threats. Mar Ecol Prog Ser 463:1-22