UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br>10-2179; 10-2771; 10-4536 | * * * | JUDGE BARBIER<br><br>**MAGISTRATE JUDGE SHUSHAN** |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that BP Exploration & Production Inc. and BP America Production Company ("collectively, BP") hereby appeal to the United States Court of Appeals for the Fifth Circuit from (1) the Findings of Fact and Conclusions of Law Phase One Trial entered in this action on September 4, 2014 [Dkt. 13355], (2) the revised Findings of Fact and Conclusions of Law Phase One Trial entered in this action on September 9, 2014 [Dkt. 13381-1], and (3) the Order As to BP's Motion to Amend the Phase One Findings, Etc. entered in this action on November 13, 2014 [Dkt. 13644], together with all rulings, findings, and determinations embodied in those orders. This appeal is timely under Federal Rules of Appellate Procedure 4(a)(1)(B)(i), 4(a)(4)(A)(ii), 4(a)(4)(A)(iv), and 4(a)(4)(A)(v) because it is filed within 60 days of the November 13, 2014 Order As to BP's Motion to Amend the Phase One Findings, Etc.

December 26, 2014                                                  Respectfully submitted,

| | |
|---|---|
| Richard C. Godfrey, P.C. |    */s/ Don K. Haycraft* |
| J. Andrew Langan, P.C. | Don K. Haycraft (Bar #14361) |
| Matthew T. Regan, P.C. | R. Keith Jarrett (Bar #16984) |
| Hariklia Karis, P.C. | LISKOW & LEWIS |
| KIRKLAND & ELLIS LLP | 701 Poydras Street, Suite 5000 |
| 300 North LaSalle Street | New Orleans, Louisiana 70139 |
| Chicago, IL 60654 | Telephone: (504) 581-7979 |
| Telephone: (312) 862-2000 | Telefax: (504) 556-4108 |
| Telefax: (312) 862-2200 | |

Robert C. "Mike" Brock
Christopher Landau, P.C.
Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Telefax: (202) 879-5200

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of December, 2014.

                                                      */s/ Don K. Haycraft*
                                                      Don K. Haycraft