# EXHIBIT B

01-45281
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# CONFIDENTIAL
# PENALTY PHASE

## WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Richard Morrison

June 20, 2014

# COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
**For U.S. & International Services**
800 - 745 - 1101

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL            )   MDL NO. 2179
BY THE OIL RIG               )
"DEEPWATER HORIZON" IN       )   SECTION "J"
THE GULF OF MEXICO, ON       )
APRIL 20, 2010               )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN

            Deposition of RICHARD MORRISON,
taken at Liskow & Lewis, One Shell Square,
701 Poydras, Lewis Room, 50th Floor,
New Orleans, Louisiana, 70130, on the 20th
day of June, 2014.

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|   |   |   |
|---|---|---|
|  | 1 | A.     It varies.  It does vary, |
|  | 2 | depending on the activity.  I prepare for a |
|  | 3 | monthly meeting every month and, of course, |
|  | 4 | quarterly meetings every quarter.  It |
| 09:11 | 5 | could -- it could range between an hour to |
|  | 6 | three hours, depending on the topics. |
|  | 7 | **Q.     What are your responsibilities** |
|  | 8 | **as chairman of the board of BPXP?** |
|  | 9 | A.     It is to oversee that the |
| 09:12 | 10 | processes and the systems and the governance |
|  | 11 | and the -- and the resources applied to our |
|  | 12 | Gulf of Mexico operations are adequate, |
|  | 13 | are -- are complete, are in place, are -- are |
|  | 14 | working.  I use the BPX&P board membership as |
| 09:12 | 15 | folks that can look into BP -- BP Gulf of |
|  | 16 | Mexico operations from the outside and ask |
|  | 17 | questions that help me in my role as regional |
|  | 18 | president. |
|  | 19 | **Q.     And do you continue to attend** |
| 09:12 | 20 | **quarterly reviews of BPXP's finances?** |
|  | 21 | A.     Pretty much every quarter there |
|  | 22 | is -- there is a financial review provided to |
|  | 23 | me and the board. |
|  | 24 | **Q.     And those financial reviews are** |
| 09:13 | 25 | **separate from the board minutes; is that** |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       |  1 | familiar to you?                                          |
|       |  2 | A.     Approximately, yes.  Yeah.  It's                   |
|       |  3 | been around 2,300 a year since I've been                  |
|       |  4 | working in the company.                                   |
| 11:08 |  5 | Q.     Around 2,300 employees of other                    |
|       |  6 | BP entities whose time is billed to BPXP?                 |
|       |  7 | A.     Those are employees that are                       |
|       |  8 | working on behalf of BPX&P in the Gulf of                 |
|       |  9 | Mexico, yes, ma'am.                                       |
| 11:08 | 10 | Q.     And so would you measure the                       |
|       | 11 | total jobs attributable to BPXP as being this             |
|       | 12 | 2300 figure?                                              |
|       | 13 | MS. KARIS:  Object to form.                               |
|       | 14 | A.     I believe so.  If you -- if you                    |
| 11:09 | 15 | look at the financials that we looked at and              |
|       | 16 | the salaries and benefits that were in the                |
|       | 17 | BPX&P financials, it should tell you this.                |
|       | 18 | MS. KING:  Thank you.  Let's take a                       |
|       | 19 | break.                                                    |
| 11:09 | 20 | THE VIDEOGRAPHER:  Off the record at                      |
|       | 21 | 11:10 a.m., ending Tape 2.                                |
|       | 22 | (Recess from 11:10 a.m. to 11:30 a.m.)                    |
|       | 23 | THE VIDEOGRAPHER:  On the record at                       |
|       | 24 | 11:30 a.m., beginning Tape 3.                             |
| 11:29 | 25 | Q.     (BY MS. KING)  Mr. Morrison,                       |