UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Re:  Penalty Phase Telephone Conference on Thursday, December 18, 2014]

**1. Expert Deadlines Other than Daubert.**

The U.S. reported service of errata sheets for the depositions of three experts.  On December 24, BPXP filed a motion to strike the errata sheets for Dr. Stanley Rice, Captain Mark VanHaverbeke and Ian Ratner.  Rec. doc. 13498.  The U.S. shall file its opposition on Friday, January 9.  There will be no reply.

**2. Economic impact of the penalty on the violator.**

On December 22, 2014, Judge Barbier issued an order regarding supplemental reports of R. Bruce Den Uyl and Ian Ratner.  Rec. doc. 13919.

**3. Duane Wilson.**

The U.S. contends that Wilson's testimony should be excluded.  Mr. Wilson is responsive primarily to the Texas City event and BP's response to that event.  The U.S. shall send to BPXP a list of documents that the U.S. contends are permitted because Judge Barbier's order (Rec. doc. 13867) refers to the factual basis and the plea.  The Court requested the plea agreement and the factual basis for each of the four incidents.

On December 24, BPXP communicated its response to the position of the U.S. concerning documents that may be introduced relating to the four prior incidents.

4. **Orphan Exhibits, FTP Site and Coke Formula**.

There was discussion about each of these, including redacting some limited information ("Coke Formula") from the reports of experts, for example the amount of the claim presented by Alabama. There was agreement that there should be a date by which BPXP and Anadarko identify these documents and let the U.S. respond so it can be resolved prior to trial and avoid the need to clear the courtroom during the trial.

On December 23, BPXP submitted a report on the parties' positions on orphan exhibits, posting admitted exhibits to the FTP site, and confidential materials. The U.S. shall respond by **Monday, January 5, 2014**. The issues will be resolved at the conference on January 8, 2015.

5. **Objections to Exhibits**.

The schedule proposed by the parties is acceptable.

6. **Deposition Bundles**.

The Court confirmed receipt of the deposition bundles. They will be posted to the FTP site at the start of each party's case.

7. **Video Clips**.

On December 19, the Court approved the following for objections to video clips:

| | |
|---|---|
| 12/12/14 | U.S. will disclose video clips it intends to use in its case-in-chief. |
| 12/19/14 | BPXP and Anadarko will disclose video clips they intend to use in their cases-in-chief. |
| 12/22/14 | Deadline for BPXP/Anadarko objections to video clips disclosed 12/12/14. |
| 12/29/14 | U.S. will disclose video clips it intends to use in rebuttal to BPXP and Anadarko video clips. |
| 12/29/14 | Deadline for U.S. objections to video clips disclosed on 12/19/14. |
| 01/08/14 | Deadline for BPXP/Anadarko objections to video clips disclosed 12/29/14 |

2

8. **Final Pretrial Conference before Judge Barbier**.

The Final Pretrial Conference will before Judge Barbier on **Wednesday, January 7, 2015 at 2:00 p.m.**

The parties shall submit a proposed joint agenda to the Court by **Tuesday, December 30.**

Judge Barbier will review the pending motions and report whether he wants oral argument on any of them at the final pretrial conference.

9. **Color Coded IDs**.

Color coded IDs were distributed for the trials of the first two phases. The U.S. has IDs for its staff. BP shall coordinate issuance of tags to defense counsel and staff so they can get to the head of the line for entry into the Courthouse.

10. **Attorneys in Courtroom**.

The parties do not anticipate that the attorneys will exceed the seating available to the front of the railing. A row behind the rail will be reserved for MDL litigants. Two rows behind the rail will be reserved for media reporters.

11. **Courthouse Facilities**.

An overflow courtroom will be available. The parties will arrange for jury room provisions.

12. **Opening Statements**.

Opening statements will be limited to one hour per side.

13. **Court Reporter Requirements.**

At the end of each morning or afternoon session of the trial, the court reporters will be provided with a flash drive with the exhibits used during that session. The parties may arrange for this through inData or with their own tech persons.

The parties shall provide the court reporters with a glossary of terms, including acronyms, likely to be used during the trial.

Court reporters will require an expert report at the time the expert takes the stand.

Counsel may be required to meet with the Court reporters at **1:30 p.m. on Wednesday, January 7, 2015**, for about 30 minutes before the start of the Pretrial Conference. If this is necessary, the parties will be notified.

### 14. Final Marshaling Conference.

It will be on **Tuesday, February 24, 2014, at 2:00 p.m**.

### 15. Next Telephone Conferences

A conference is scheduled for **Thursday, January 8, 2015 at 1:00 p.m.**

The deadline for an appeal of this order is **Monday, January 5, 2014**.

New Orleans, Louisiana, this 29th day of December, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**