UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION BY BPXP FOR LEAVE TO FILE EXHIBIT C IN SUPPORT OF BPXP'S REPLY IN SUPPORT OF ITS MOTION IN LIMINE TO PRECLUDE THE UNITED STATES FROM INTRODUCING EVIDENCE FOR THE PURPOSE OF ESTABLISHING THE LIABILITY OF <u>BP GROUP ENTITIES OTHER THAN BPXP UNDER SEAL</u>**

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal Exhibit C attached to BPXP's Reply in Support of its Motion in Limine to Preclude the United States From Introducing Evidence for the Purpose of Establishing the Liability of BP Group Entities Other Than BPXP (the "Reply Brief"), which is being filed contemporaneously with this motion. Pursuant to Pre-Trial Order No. 13, the expert report comprising Exhibit C remains under a confidentiality designation by the parties. WHEREFORE, BPXP respectfully prays the Court for an Order that Exhibit C attached to the Reply Brief be filed under seal.

Dated: December 29, 2014

Respectfully submitted,

<u>/s/ Don K. Haycraft</u>
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of December, 2014.

                                                                 /s/ Don K. Haycraft
                                                                  Don K. Haycraft