# EXHIBIT 11

01-45399
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## CONFIDENTIAL
## PENALTY PHASE

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Steven Bray

# July 16, 2014

# *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1    2005?

2        A.  No.  I mean, I was just intending to imply

3    that I -- I wouldn't know because I wasn't there.

4        Q.  Would the same be the -- the case for the

5    questions that you answered along those lines

6    about 2006, 2007, 2008, and 2009, until the point

7    in time that you joined BP?

8        A.  Yes.  Again, I -- I wasn't there.  I -- I

9    wouldn't have had personal knowledge.

10       Q.  You were asked a question earlier about

11   whether the BPXP board created or guided the

12   annual budget of -- I think the question was the

13   Gulf of Mexico, beginning November 1, 2009.  And

14   you said that management of BPXP created and

15   guided the annual budget.  What were you referring

16   to by saying "the management of BPXP"?

17       A.  It would be the people in the Gulf of

18   Mexico unit acting, as I said, on behalf of BPX&P

19   in managing those assets, established a budget

20   related to those assets.

21       Q.  Okay.  And why are those appropriate

22   decisions for management instead of the -- the

23   board of directors of BPXP?

24       A.  Well, my estimate -- I mean, again --

25   again, the board of directors is involved in

1    nonordinary course activities.  Management handles

2    ordinary course activities.  And that, I think

3    would be considered to be ordinary course.  And in

4    my experience, that's the sort of thing -- budgets

5    is what management addresses.

6         **Q.  Okay.  I'll ask you about another series**

7    **of issues you were questioned about.  And I'll**

8    **just summarize it, and if you'll try to follow**

9    **this, I think it will be the most efficient way of**

10   **doing this.**

11        A.  Okay.

12        **Q.  You were asked a question about whether or**

13   **not the BPXP board guided business plans and**

14   **strategy, set performance objectives, oversaw**

15   **capital expenditures, oversaw acquisitions,**

16   **oversaw divestitures.  Do you remember those**

17   **questions?**

18        A.  I -- I do, yes.

19        **Q.  Who made those decisions of the type we've**

20   **just described and why?**

21        A.  Again, ordinary course activities.  So it

22   would have been management that would have been

23   responsible for that.

24        **Q.  All right.**

25             MR. BROCK:  I think at this point,