# EXHIBIT 13

01-45281
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*
# *PENALTY PHASE*

## *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Richard Morrison

**June 20, 2014**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | **before we took a break, we were discussing**           |
|       | 2  | **the number of employees that are accounted**           |
|       | 3  | **for through BPXP, and you testified that**             |
|       | 4  | **there were about 2300 such employees; is that**        |
| 11:29 | 5  | **correct?**                                             |
|       | 6  | A.     Yes, BP employees.                                |
|       | 7  | **Q.     BP employees.**                                 |
|       | 8  | A.     Uh-huh.                                           |
|       | 9  | **Q.     And you described those as BP**                 |
| 11:29 | 10 | **Gulf of Mexico region employees; is that**             |
|       | 11 | **correct?**                                             |
|       | 12 | A.     They work in B -- the region                      |
|       | 13 | supporting Gulf of Mexico operations for X&P.            |
|       | 14 | **Q.     Are there other employees who**                 |
| 11:30 | 15 | **work in the Gulf of Mexico region who are not**        |
|       | 16 | **supporting BPXP and who are not accounted for**        |
|       | 17 | **through BPXP's books?**                                |
|       | 18 | MS. KARIS:  Object to form, foundation                   |
|       | 19 | and scope.                                               |
| 11:30 | 20 | A.     I don't think so, but let me                      |
|       | 21 | just qualify that in a second.  As we                    |
|       | 22 | mentioned, those are the folks that -- who               |
|       | 23 | have a badge, that walk into that building               |
|       | 24 | every day and do work on -- for X&P, right.              |
| 11:30 | 25 | We also get intercompany charge-ins and                  |

|       |    |                                              |
|-------|----|----------------------------------------------|
|       | 1  | billings for services outside those 2300     |
|       | 2  | people.  Technology, other functions, legal, |
|       | 3  | HR.  They can bill -- they can bill time into |
|       | 4  | us.  But the 2300 is pretty close to the     |
| 11:31 | 5  | number of badged employees that work on      |
|       | 6  | behalf of X&P in the Gulf of Mexico region.  |
|       | 7  |     Q.    (BY MS. KING)  And how many -- |
|       | 8  | **what other entities would have employees** |
|       | 9  | **working in the Gulf of Mexico region?  What** |
| 11:31 | 10 | **other BP entities?**                       |
|       | 11 |     MS. KARIS:  Object to form and scope. |
|       | 12 |     A.    Again, I -- I'm not -- I'm not |
|       | 13 | sure which entities they may come from, but I |
|       | 14 | can assure you that some are not on, you     |
| 11:31 | 15 | know, the BP Production Company payroll      |
|       | 16 | because they -- they may be in different     |
|       | 17 | countries and -- and they're probably not BP |
|       | 18 | America payroll people, U.S. -- U.S. payroll |
|       | 19 | people.  There could be some other folks.  So |
| 11:32 | 20 | if -- if we're getting legal support out of  |
|       | 21 | the U.K., for whatever reason, or if we're   |
|       | 22 | getting some Angola staff in to work in -- in |
|       | 23 | the Gulf of Mexico, they would -- they would |
|       | 24 | charge their -- their time in to us.         |
| 11:32 | 25 |     Q.    (BY MS. KING)  And when you say |