# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |

### EX PARTE MOTION BY BPXP FOR LEAVE TO FILE (1) CERTAIN EXHIBITS IN SUPPORT OF BPXP'S REPLY IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE ECONOMIC IMPACT OF A CLEAN WATER ACT PENALTY ON ENTITIES OTHER THAN BPXP, AND TO EXCLUDE FINANCIAL INFORMATION RELATING TO BP GROUP ENTITIES OTHER THAN BPXP, AND (2) AN UNREDACTED REPLY BRIEF UNDER SEAL

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, and 14 attached to BPXP's Reply in Support of its Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act Penalty on Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP (the "Reply Brief"), as well as the unredacted Reply Brief, which are being filed contemporaneously with this motion. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, the deposition transcripts, financial information and expert information comprising the exhibits, as well information certain information contained within the unredacted Reply Brief, remain under a confidentiality designation by the parties. WHEREFORE, BPXP respectfully prays the Court for an Order that Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, and 14, and the unredacted Reply Brief be filed under seal.

Dated: December 29, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Don K. Haycraft
　　　　　　　　　　　　　　　　　　　　Don K. Haycraft (Bar #14361)
　　　　　　　　　　　　　　　　　　　　R. Keith Jarrett (Bar #16984)
　　　　　　　　　　　　　　　　　　　　Liskow & Lewis
　　　　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70139-5099
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 581-7979
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 556-4108
　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　Richard C. Godfrey, P.C.
　　　　　　　　　　　　　　　　　　　　J. Andrew Langan, P.C.
　　　　　　　　　　　　　　　　　　　　Hariklia Karis, P.C.
　　　　　　　　　　　　　　　　　　　　Matthew Regan, P.C.
　　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　　300 North LaSalle Street
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 862-2000
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 862-2200

　　　　　　　　　　　　　　　　　　　　Robert C. "Mike" Brock
　　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　　655 15th Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 879-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 879-5200
　　　　　　　　　　　　　　　　　　　　***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of December, 2014.

/s/ Don K. Haycraft
Don K. Haycraft

Case 2:10-md-02179-CJB-DPC   Document 13956   Filed 12/29/14   Page 4 of 4