UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, and 14 attached to BPXP's Reply in Support of its Motion in Limine to Exclude Evidence Relating to the Economic Impact of a Clean Water Act Penalty on Entities Other Than BPXP, and to Exclude Financial Information Relating to BP Group Entities Other Than BPXP (the "Reply Brief"), as well as the unredacted Reply Brief under Seal:

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, and 14 attached to the Reply Brief, and the unredacted Reply Brief, are filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of December, 2014.

_____
**UNITED STATES DISTRICT JUDGE**