UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645,<br>            13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, December 18, 2014]

1. **Alabama's Response on Document Production Issues.**

    By the close of business on **Tuesday, December 23**, Alabama shall complete the production of the sample. BP shall have until **Tuesday, December 30**, to report any issues with the sample. If there are any, BP will send a two page statement to Alabama with a copy to the Court. A telephone conference will be scheduled to resolve the issues.

2. **Alabama's Privilege Log.**

    Alabama anticipates completing privilege logs in stages as the documents are produced. Alabama will confirm its position in an email to the Court and the parties.

3. **State Tax and Revenue Database.**

    Alabama and BP reported they were very close to resolving the database issue.

4. **Confidential Information.**

    Alabama reported that defendants made a discovery request regarding Alabama's claim on behalf of the Department of Labor for funds expended out of the unemployment compensation trust fund. The records from the Department of Labor contain the confidential information.

By **Tuesday, December 23**, Alabama shall redact a sample of the records from the Department of Labor and ADECA and produce the sample to all defendants. The sample shall include 10 files from the Department of Labor and 10 files from ADECA. They shall be randomly selected.

5. **Sworn Declaration from HESI and Anadarko on 30(b)(6) Topics**.

Alabama reported that the parties continue to work on stipulations that will excuse all of defendants but BP from participating in the trial. There are stipulations for Transocean and MOEX. BP, Alabama and Halliburton are working on one. The parties shall continue to work on them. If they cannot reach stipulations for Halliburton and Anadarko, they shall complete the declarations on the 30(b)(6) topics.

6. **Third Party Discovery**.

BP reported that it is working on document production with the third parties. No depositions are currently scheduled.

7. **Appeal Issue**.

Alabama asked whether Judge Barbier's anticipated ruling on Phase Two could change the apportionment of liabilities among defendants. BP responded that Alabama's concern is a reflection of the procedure for taking interlocutory appeals in admiralty cases. The undersigned discussed the matter with Judge Barbier who declined to comment.

8. **Custodian**.

BP reported that it learned that the laptop for an employee of one of its contractors was misplaced and lost. BP will send a letter to the Court and parties with more information.

9. **Next Conference**.

   The next conference is on **Thursday, January 8** at **11:00 a.m**. **CT.**

   The deadline for any appeal of this order is **Wednesday, January 7, 2014**.

   New Orleans, Louisiana, this 30th day of December, 2014.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**