UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig         * | MDL No. 2179 |
|            "Deepwater Horizon" in the Gulf  * | |
|            of Mexico, on April 20, 2010    * | SECTION "J" |
| * | |
| * | |
| This Document Relates To:              * | JUDGE BARBIER |
| * | |
| No. 12-970, Bon Secour Fisheries, Inc., et  * | |
| al., v. BP Exploration &                * | |
| Production Inc. et al.                  * | |
| * | MAGISTRATE JUDGE SHUSHAN |

**CLAIMANTS' MOTION FOR LEAVE TO FILE CLAIMS MATERIALS UNDER SEAL**

Claimants Kevin S. Smith, Solomon J. Fleischman, and John C. Kelly, by and through their attorneys, hereby respectfully request leave to file under seal the record of their Claims in the Court-Supervised Settlement Program, including their Appeals and requests for discretionary review thereof.[1] The Claims at issue are Claim ID XXX632, Claim ID XXX390, and Claim ID XXX567.

Pursuant to the Agreement and this Court's May 20, 2013 and July 16, 2013 Orders, claims materials are processed through the Settlement Program without filing the relevant documents on this Court's docket. *See, e.g.*, Rec. Doc. 10185, 10185-1 & 10759.[2] The documentation submitted in support of Claims includes confidential personal and financial information, and is protected from disclosure under the Agreement and by orders of this Court. *See* Rec. Doc. 6573 & 6822; Agreement, Section 4.4.1; *see also* Rec. Doc. 12591 & 13000.

---

[1] Unless otherwise specified, terms with initial capital letters in this motion have the same meaning ascribed to those terms in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 (hereinafter the "Agreement").

[2] All references to "Rec. Doc." refer to the docket in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-2179 (E.D. La.) ("MDL 2179").

BP has previously filed notices of appeal from this Court's denial of discretionary review of a number of Claims in the Settlement Program. In these appeals, which are pending as Nos. 13-31296, 13-31299, and 13-31302 in the U.S. Court of Appeals for the Fifth Circuit, Class Counsel and BP have contested whether decisions by the Claims Administrator and/or an Appeal Panelist and/or the District Court all give rise to an immediate right to appeal to the Fifth Circuit. BP has claimed that a right of appeal exists. In March of 2014, the Fifth Circuit carried motions addressing BP's position with each of these appeals, and oral arguments were heard on October 6, 2014. Until such time as the Fifth Circuit provides direction concerning the rights of appeal for the 100,000 plus class members from denial of discretionary review by the District Court, Claimants may decide to file notices of appeal on these decisions to fully protect their rights with respect to these Claims until further clarification by the Fifth Circuit.

Claimants Smith and Fleischman have appealed to the United States Court of Appeals for the Fifth Circuit from this Court's Denials of Requests for Discretionary Court Review of Claim ID XXX632 and Claim ID XXX390, respectively. Claimant Kelly anticipates noticing an appeal to the Fifth Circuit with respect to Claim ID XXX567. Docketing the information pertinent to each appeal will assist this Court and the Fifth Circuit by ensuring that the full record of the Claims is available to the appellate court so that it may consider the relevant information considered by the Claims Administrator, Appeal Panel, and this Court. Because the claims materials contain confidential personal and financial information which could harm Claimants if disclosed, any filing must be under seal to preserve their confidentiality.

WHEREFORE, the above-named Claimants respectfully request that this Court enter an Order directing that they shall file under seal the relevant materials that were available to the Court in considering their requests for discretionary review of their Claims. A supporting

memorandum and proposed order are attached to this motion.  BP has advised that it reserves the right to object or file a response to this motion.

December 31, 2014                                             Respectfully submitted,

                    /s/ *Kevin R. Dean*

Joseph F. Rice
Kevin R. Dean
Frederick C. Baker
Lisa M. Saltzburg
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843 216-9450 (fax)
jrice@motleyrice.com
kdean@motleyrice.com
fbaker@motleyrice.com
lsaltzburg@motleyrice.com

Louis Kwall
KWALL, SHOWERS & BARACK, P.A.
133 North Fort Harrison Ave.
Clearwater, FL 33755
(727) 441-4947
(727) 447-3158 (fax)
Louis@ksblaw.com

*Attorneys for Claimants Kevin S. Smith, Solomon J. Fleischman, and John C. Kelly*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of December, 2014.

                                                               ___/s/___*Kevin R. Dean*_____  
                                                               Kevin R. Dean