UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * * * * | JUDGE BARBIER<br><br><br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF REQUEST TO SEAL

The documents to be filed under seal include the materials that were available to the Court in considering the requests for discretionary review of Claim ID XXX632, Claim ID XXX390, and Claim ID XXX567 that are pertinent to appellate review.[1]  These materials include the tax returns and other documentation submitted to the Settlement Program in support of these Claims; materials generated by the Settlement Program in connection with these Claims; materials submitted, considered, or generated in deciding Appeals of these Claims under the Agreement; and materials submitted or created in connection with requests for discretionary review of these Claims.  These materials also include tax returns, a Claim Form, Registration Form and other documentation submitted in support of Claim ID XXX32, and materials generated in connection with the Settlement Program's resolution of Claim ID XXX32 and Appeal of that Claim.

---

[1] Unless otherwise specified, terms with initial capital letters in this notice have the same meaning ascribed to those terms in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement As Amended on May 2, 2012 (hereinafter the "Agreement").