# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970, Bon Secour Fisheries, Inc., et | * | |
| al., v. BP Exploration & | * | |
| Production Inc. et al. | * | |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## PROPOSED ORDER

Considering Claimants Kevin S. Smith's, Solomon J. Fleischman's, and John C. Kelly's Motion for Leave to File Claims Materials Under Seal:

IT IS HEREBY ORDERED, that Claimants' Motion is GRANTED; and it is further ORDERED that Claimants shall file under seal the materials that were available to the Court in considering their requests for discretionary review of their claims that they understand are pertinent to appellate review.  For the reasons set forth in Claimants' Memorandum and consistent with this Court's prior Orders, *see* Rec. Doc. 6573 & 6822, these materials shall be maintained under seal.

New Orleans, Louisiana, this _____ day of January, 2015

_____
**UNITED STATES DISTRICT JUDGE**