UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | : | |
| the GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO ALL CASES, including No. 10-2771**

**CAMERON INTERNATIONAL CORPORATION'S MOTION
TO BE RELIEVED FROM PRESERVATION OBLIGATIONS**

Cameron International Corporation ("Cameron") respectfully requests entry of an order relieving it from any and all document, electronic file, and evidence preservation obligations and respectfully shows as follows:

This Court has entered certain orders concerning the preservation of documents, electronic files, and other evidence relevant to the issues in these proceedings, including Pretrial Order No. 1 (Rec. Doc. 2) and Pretrial Order No. 16 (Rec. Doc. 686).

On April 3, 2013, this Court granted Cameron's motion for entry of judgment on partial findings, ruling that Cameron is not liable to any party.  (*See* Minute Entry, Rec. Doc. 9136.)  Subsequently, on September 4, 2014, this Court rendered final judgment in Cameron's favor pursuant to Rule 54(b) holding that Cameron is not liable for the blowout, explosion, and/or subsequent oil spill concerning the Macondo Well and the *Deepwater Horizon* semi-submersible Mobile Offshore Drilling Unit and dismissing with

prejudice all claims asserted against Cameron in this multi-district litigation.  (*See* Final Judgment Pursuant to Fed. R. Civ. P. 54(b), Rec. Doc. 13358.)  No appeal has been taken from this final judgment.

Cameron continues to store a substantial volume of information in both hard copy and electronic form in response to preservation orders.  Maintaining this material is a burden and a considerable expense to Cameron.  Therefore, in light of the Court's dismissal with prejudice of all claims against Cameron, Cameron requests that it be relieved from any and all preservation obligations in MDL No. 2179 (and all cases therein, including No. 10-2771).

WHEREFORE, Cameron respectfully requests that it be relieved from any and all document, electronic file, and evidence preservation obligations in MDL No. 2179 (and all cases therein, including No. 10-2771).

Respectfully submitted,


/s/ David J. Beck

David J. Beck, T.A.                          Phillip A. Wittmann, 13625
*dbeck@brsfirm.com*                        *pwittmann@stonepigman.com*
Joe W. Redden, Jr.                          Carmelite S. Bertaut, 3054
*jredden@brsfirm.com*                      *cbertaut@stonepigman.com*
David W. Jones                              Keith B. Hall, 24444
*djones@brsfirm.com*                        *khall@stonepigman.com*
Geoffrey Gannaway                          Jared Davidson, 32419
*ggannaway@brsfirm.com*                     *jdavidson@stonepigman.com*
BECK REDDEN LLP                            STONE PIGMAN WALTHER
One Houston Center                         WITTMANN L.L.C.
1221 McKinney St., Suite 4500             456 Carondelet Street
Houston, TX 77010                          New Orleans, Louisiana  70130
Phone: (713) 951-3700                      Phone: (504) 581-3200
Fax: (713) 951-3720                        Fax: (504) 581-3361

*Attorneys for Cameron International Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of January, 2015.


*/s/ David J. Beck*       
David J. Beck