# Exhibit A

## MDL 2179
## BPXP's 1/3/2015 Amendment to BPXP's Penalty Phase Trial Exhibit List

| Trial Exhibit Number | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| TREX-247512 | BP-HZN-2179MDL09216018 | BP-HZN-2179MDL09216018 | 00/00/0000 | TRG Badging Database (Excerpt) |
| TREX-247596 | N/A | N/A | 12/30/2014 | Supplemental Expert Report of R. Bruce Den Uyl |
| TREX-247596.1 | BP-HZN-2179MDL09322839 | BP-HZN-2179MDL09322839 | 12/30/2014 | Den Uyl, Bruce - Expert Report Support (2014-12-30) |
| TREX-247597 | BP-HZN-2179MDL09322798 | BP-HZN-2179MDL09322799 | 12/26/2014 | BP Stock Performance from 8/15/2014 - 12/26/2014 |
| TREX-247598 | BP-HZN-2179MDL09322800 | BP-HZN-2179MDL09322805 | 12/29/2014 | High Yield Index Data |
| TREX-247599 | BP-HZN-2179MDL09322806 | BP-HZN-2179MDL09322808 | 12/29/2014 | CME Futures as of 12/29/2014 |
| TREX-247600 | BP-HZN-2179MDL09322809 | BP-HZN-2179MDL09322813 | 00/00/0000 | Ten Year Bond Spread |
| TREX-247601 | BP-HZN-2179MDL09322792 | BP-HZN-2179MDL09322795 | 00/00/0000 | CME Group, Crude Oil Futures Quotes |
| TREX-247602 | BP-HZN-2179MDL09322777 | BP-HZN-2179MDL09322784 | 12/22/2014 | Ratings Direct Article: "Various Rating Actions Taken on European Oil and Gas Majors on Lower Oil Price Environment" |
| TREX-247603 | BP-HZN-2179MDL09322785 | BP-HZN-2179MDL09322786 | 12/10/2014 | Bloomberg Article: "Oil-Driven Junk-Bond Selloff Spreads as Risk Guage Climbs" |
| TREX-247604 | BP-HZN-2179MDL09322787 | BP-HZN-2179MDL09322791 | 12/17/2014 | BP Webpage - Trading Conditions Update |
| TREX-247605 | BP-HZN-2179MDL09322796 | BP-HZN-2179MDL09322796 | 12/30/2014 | Share Performance from 8/15/2014 - TOT COP CIE APC HES |
| TREX-247606 | BP-HZN-2179MDL09322797 | BP-HZN-2179MDL09322797 | 12/30/2014 | Share Performance from 8/15/2014 - XOM RDS CVX NBL |
| TREX-247607 | BP-HZN-2179MDL09322814 | BP-HZN-2179MDL09322838 | 12/30/2014 | US EIA Cushing, OK WTI Spot Price FOB (Dollars Per Barrel) |
| TREX-247608 | BP-HZN-2179MDL08942847 | BP-HZN-2179MDL08942848 | 00/00/0000 | Spill Response Horizon Incident Billing Requirements Sheet |
| TREX-247609 | N/A | N/A | 00/00/0000 | TRG Badging Database |
| TREX-247610 | EPC018-002306 | EPC018-002306 | 6/7/2010 | C. Carroll Email to D. Tulis and S. Coleman re Incident Specific RRT Call #14 MTG Decision MEMO |
| TREX-247611 | BP-HZN-2179MDL02494787 | BP-HZN-2179MDL02494788 | 6/9/2010 | J. Joeckel Email to D. Toenshoff Jr. et al. re Houma Unified Command - Request for June 8th 2010 Aerial Dispersants |
| TREX-247612 | BP-HZN-2179MDL09322840 | BP-HZN-2179MDL09322840 | 5/30/2010 | May 30 Summary Draft.xls |
| TREX-247613 | BP-HZN-2179MDL09322841 | BP-HZN-2179MDL09322841 | 7/16/2010 | July 16 Cost Summary.xls |
| TREX-247614 | BP-HZN-2179MDL09322842 | BP-HZN-2179MDL09322842 | 6/10/2010 | June 10 Summary Final.xls |
| TREX-247615 | BP-HZN-2179MDL09322843 | BP-HZN-2179MDL09322843 | 9/26/2010 | Sep 26_Cost Summary.xlsx |
| TREX-247616 | BP-HZN-2179MDL09322844 | BP-HZN-2179MDL09322844 | 5/18/2010 | May 18 Summary final.xls |
| TREX-247617 | BP-HZN-2179MDL09322845 | BP-HZN-2179MDL09322845 | 6/1/2010 | MC 252 Jun 1 Summary Draft.xlsm |
| TREX-247618 | BP-HZN-2179MDL09322846 | BP-HZN-2179MDL09322846 | 8/17/2010 | Aug 17 Cost Summary.xls |