UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases, including 10-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Cameron's Motion to be relieved from Preservation Obligations (Rec. doc. 13964)]**

On January 2, 2015, Cameron International Corporation ("Cameron"), filed a motion to be relieved from preservation obligations. It seeks an order relieving it from any and all document, electronic file, and evidence preservation obligations in MDL No. 2179 (and all cases therein, including No. 10-2771).

IT IS ORDERED that: (1) Cameron's motion (Rec. doc. 13964) is set for submission on **Thursday, January 15, 2015**; and (2) any opposition shall be submitted by the close of business on **Wednesday, January 14, 2015**.

New Orleans, Louisiana, this 5th day of January, 2015.

SALLY SHUSHAN
United States Magistrate Judge