1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  OIL SPILL BY THE OIL RIG    *    10-MD-2179
             *DEEPWATER HORIZON* IN THE    *
6            GULF OF MEXICO ON            *    Section J
             APRIL 20, 2010               *
7                                         *    December 18, 2014
                                          *
8    Applies to:  10-4182, 10-4183,       *    New Orleans, Louisiana
                  13-2645, 13-2646,       *
9                 13-2647, 13-2813        *
                                          *
10   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

11

12
                    TELEPHONE STATUS CONFERENCE BEFORE
13                    THE HONORABLE SALLY SHUSHAN
                     UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20
     Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
21                                    500 Poydras Street, B-406
                                      New Orleans, Louisiana 70130
22                                    (504) 589-7778

23

24

25   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

1                                    **I N D E X**

2                                                          PAGE

3   Alabama Document Production Issues                  3

4   Alabama Privilege Log                              7

5   State Tax and Revenue Database                     8

6   Confidential Information                           8

7   Anadarko Sworn Declaration                        21

8   Third-Party Discovery                             22

9   CWA Penalty Phase Facts and Ruling                24

10  Next Conference                                   24

11  Miscellaneous Issues                              25

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PROCEEDINGS**

**(December 18, 2014)**

**THE COURT:**  Good morning, everybody.  Well, let's get rolling.

So first off, on my list at least, is how is Alabama coming on the sample production?

**MR. PARKER MILLER:**  Judge, Parker Miller for the State of Alabama.  I am prepared to address every issue that BP and the state have been discussing concerning their concerns. I will provide you a quick update.  Certainly if you ask any followup questions, I will be happy to answer them.

We have discussed on numerous occasions with the defendants the concerns they raised.  We believe we have addressed all of those concerns internally with our tech staff. We are prepared to commence a Final Production 1, and then on top of that a new, much more significant production thereafter, and then rolling productions after that time period.  We believe the test comment period is over and we are prepared to move forward.  So in terms of where the state's production is, that's the report I have.

**THE COURT:**  Okay.  Good.

Paul, do you want to respond to that?

**MR. COLLIER:**  Yes, Your Honor, if I may.  Good morning.  Paul Collier on behalf of BP.

So Parker is correct, we have had discussions

1   with Alabama as it relates to the concerns we raised on the

2   sample production.  Most recently we had a meet-and-confer with

3   Alabama on Tuesday.  That was the first time we actually heard

4   as far as what Alabama exactly was going to do with respect to

5   fixing and addressing the concern that we had with metadata and

6   other types of formatting issues with respect to the sample

7   production.

8          As we understand it, there was going to be some

9   reprocessing that Alabama was going to do with respect to a

10  large number of the documents as part of this sample production

11  and were going to reproduce to us that sample production

12  implementing that reprocessing and some of the workarounds that

13  we suggested.

14         I guess what I would suggest, Your Honor, would

15  be that Alabama go ahead and make that reproduction of the

16  sample set so we can evaluate as to whether or not the

17  reprocessing and other workarounds that are being implemented

18  do fix and address the concerns that we identified.  It sounds

19  like they will, but we would like to see that before they start

20  initiating the full production again.

21         **THE COURT:**  Okay.

22         **MR. COLLIER:**  We are hopeful that will happen

23  quickly, but I think that's probably the most efficient and

24  most effective way of proceeding at this stage.

25         **THE COURT:**  Okay.  Parker, when you say a small

production followed by a large production, I assume your small
production is the reproduction of the sample production with
the modifications that you all have agreed to?

        **MR. PARKER MILLER:**  That is correct, Your Honor.

        **THE COURT:**  Okay.

        **MR. PARKER MILLER:**  To my knowledge there are no
other concerns that have been addressed by BP but for the ones
that the state either has resolved in previous sample
productions or that would be resolved in this one.  So we
believe the better course is just to continue forward after
this production is made.

        **THE COURT:**  Okay.  Well, I will tell you what I would
like to do.  I would like to go ahead and make the smaller
production and give BP a limited time within which to review it
and assure itself that everything is copacetic.  I don't want
any new objections that haven't been previously voiced, but
just assure yourself that this sample production indeed has
taken care of all the previously raised issues.

        So let's talk about a schedule on that.  Parker,
when do you think the smaller set can be produced?

        **MR. PARKER MILLER:**  Judge, I think we can have that
out by Monday.

        **THE COURT:**  Okay.  I don't want to rush you.  I want
to make sure you have enough time to get it done comfortably.
I know you have your technical staff in there, so look at them

1    and ask them if that's comfortable.

2            **MR. PARKER MILLER:**  Judge, I feel pretty comfortable

3    it will be Monday unless there's some snag, but I feel that's a

4    good goal.

5            **THE COURT:**  Okay.  I think that's a good goal.  Why

6    don't we give you until close of business on Tuesday.  That's

7    not to let the technical people think they can have the day off

8    on Monday.

9            Nobody besides me thinks that's funny.  Okay.

10           **MR. PARKER MILLER:**  I'm glad you said it in their

11   presence.

12           **MR. MAZE:**  They did laugh on the inside.

13           **THE COURT:**  Only on the inside, though, huh?

14           **MR. PARKER MILLER:**  On the inside.

15           **THE COURT:**  So let's try for the 22nd; but if there

16   are glitches, we will go for the 23rd.

17           Then, BP, how long do you believe you need to

18   look at this production, which you have seen before, and assure

19   yourselves that the issues previously raised have been

20   corrected?

21           **MR. COLLIER:**  Your Honor, this is Paul Collier.  I

22   think two business days is probably adequate for us.  The only

23   complication, obviously, is with the holidays, but two business

24   days I think gives us an appropriate enough amount of time to

25   respond.

11:07    1          THE COURT:  Okay.  Why don't we give you through

11:07    2   Tuesday, the 30th.

11:07    3          MR. COLLIER:  That would be great.  Thank you,

11:07    4   Your Honor.

11:07    5          THE COURT:  So if there are no issues raised, you

11:07    6   will let Alabama know; and, Alabama, you may proceed with the

11:07    7   bigger production.

11:07    8              If there are issues raised, BP, would you please

11:07    9   send a brief statement to Alabama, and cc me on it, as to what

11:07   10   the issues are, and we will schedule a followup telephone

11:07   11   conference.  I guess "brief," let's say two pages.  Okay?

11:08   12   Because I don't anticipate that there's going to be a long

11:08   13   list.

11:08   14          MR. COLLIER:  No, Your Honor.  We understand.

11:08   15          THE COURT:  So that will be the protocol.

11:08   16              Then let's talk about the privilege log.

11:08   17   Parker, how do you anticipate, with the revised small sample

11:08   18   and the larger sample, taking care of the privilege log?

11:08   19          MR. PARKER MILLER:  Judge, we anticipate that we will

11:08   20   do the privilege logs as we go.  Let me think about that and I

11:08   21   will be happy to get back in touch with you.

11:08   22          THE COURT:  No worries.  You can send an e-mail to

11:08   23   all.

11:08   24          MR. PARKER MILLER:  That will be great.

11:08   25          THE COURT:  No problem.  But it seems to me, I think,

11:08
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:09
11:10
11:10
11:10
11:10
11:10
11:10
11:10
11:10

1   unless BP disagrees, that log as you go makes sense.  You think

2   about it and then get back to everybody on that.

3          MR. PARKER MILLER:  Sounds great.

4          THE COURT:  Okay.  All right.  Next up, how do we

5   stand on the state tax and revenue database?

6          MR. PARKER MILLER:  Judge, this is Parker Miller

7   again.  The state has queried and pooled the data requested by

8   BP.  I did receive a question from BP on Tuesday afternoon and

9   responded to that question yesterday regarding one of the tax

10  stream queries.  I feel like everything is fine.  I haven't

11  received any response back.  BP can say otherwise, but I think

12  these issues are resolved.

13         THE COURT:  Paul.

14         MR. COLLIER:  Your Honor, Paul Collier.  That's

15  correct.  We have been working to resolve this issue.  I think

16  we are in a good place with respect to the tax and revenue

17  databases.  Obviously, we haven't received the material yet,

18  but I think Alabama has addressed the questions that we had and

19  the queries that we have posed.  So absent there being any

20  issues once we actually receive the documentation, we think

21  that we are on the right path to resolving the issue.

22         THE COURT:  Okay.  Good.  Let's get to the

23  confidential information situation that we have been going back

24  and forth on.  I guess, Corey, you are the spokesman, huh?

25         MR. MAZE:  I am, Your Honor.

1        **THE COURT:**  Lucky you.  Corey, explain to me the

2   redacting issue and why it's impractical just so I make sure I

3   understand.

4        **MR. MAZE:**  The problem is, and it's particular with

5   documents from Labor -- and I'm looking at our staff to make

6   sure that's the right division.  We have hundreds of thousands

7   of pages of documents, 6,500 documents themselves which

8   constitute hundreds of thousands of pages, and redacting them

9   would take, I know, at least months if not longer to do it.

10        If we are going to keep this case on track to

11   try to get discovery finished so that we can start depositions

12   and move towards trial, it's just going to be absolutely

13   impossible to redact all of that information in time.  That's

14   why we started talking with the defendants when we did about

15   coming up with an order that would allow us to produce without

16   redaction.

17        **THE COURT:**  Right.  Okay.  I understand.

18        BP, do you agree that this would be a laborious

19   and time-consuming process?

20        **MR. COLLIER:**  Your Honor, this is Paul Collier.  I

21   can address that.

22        We haven't seen the documents or a sample of

23   them, so it's unclear from our end exactly what the nature of

24   the labor would be involved with respect to redaction.  We

25   don't really have a frame of reference to take a meaningful

1  position as far as that is concerned.

2          I guess what I would say about the redaction

3  point is that with respect to the personal identifying

4  information that would be part of this documentation, that's

5  information that we don't necessarily need or want.  It's not

6  part of what we consider to be necessary to move our case

7  forward.  So our preference would be to redact the information

8  and then avoid entirely these concerns that are being raised

9  with respect to any additional protections that should be put

10  into place.

11          THE COURT:  Right.  As I understand it -- and, Corey,

12  correct me if I'm wrong -- you have a database that just

13  serially has a run of thousands if not tens of thousands or

14  hundreds of thousands of names, addresses, social security

15  numbers, and payments, huh?

16          MR. MAZE:  That is correct.  In fact, we have

17  attempted with the computer, with the system, to try to redact

18  them and it's just completely inaccurate.  The tests that we

19  have done so far, it's unreliable.  Sometimes it will cover the

20  right things; sometimes it won't.  I think it would literally

21  take us sitting down by hand taking a black magic marker to

22  most of them if we were going to do it completely reliably.

23          THE COURT:  Well, you know, it can be done now on the

24  new PDF Expert because Mike and I just got a little training on

25  PDF Expert and redacting.  Unfortunately, you are correct,

1   instead of doing it on paper, you do the exact same thing on an

2   electronic version of the document.

3         **MR. MAZE:**  You're right.  What I meant to say was the

4   software itself can't understand how to do it correctly.  You

5   can manually do it on a computer like you said, by dragging a

6   black bar across the information, but that really wouldn't save

7   you any more time than doing it on the paper, probably.

8         **THE COURT:**  Correct.  Correct.  Okay.  I got that.

9               All right.  Then let's move forward with how we

10  are going to solve the problem.  I'm looking at my notes.  I'm

11  also eating my lunch, so just bear with me.

12              We have not in the past, guys, had any big

13  issues -- and correct me if I'm wrong, Corey -- with

14  confidentiality under our standard pretrial order.  Have we had

15  any motions about that, guys, in our prior three phases?

16        **MR. MAZE:**  I'm sure BP will correct me if I'm wrong,

17  but PTO 36 dealt with HIPAA information for this very reason.

18  In fact, our proposed order is modeled after PTO 36 because

19  they present very similar circumstances.  In fact, BP was the

20  one that suggested to us to use PTO 36 as the model.

21        **THE COURT:**  And here we are.

22        **MR. MAZE:**  And here we are.  So we took 36 and just

23  applied it to the particular circumstances we have.

24        **THE COURT:**  Okay.  Next question.

25              I'm sorry.  Go ahead.

11:15   1          **MR. COLLIER:**  Sorry, Your Honor.  I didn't mean to

11:15   2   interrupt.  Just on that last point with respect to PTO 36, as

11:15   3   I understand it, that did relate to HIPAA information and that

11:15   4   was something that was entered, I think, in the penalty phase.

11:15   5          The protections, though, that Alabama is looking

11:15   6   for go actually well above and beyond PTO 36.  They extend

11:15   7   beyond that.  I think our suggested path would be that PTO 36,

11:15   8   at least what was entered into with respect to PTO 36 with

11:15   9   respect to the HIPAA information, apply to the personal

11:15  10   identifying information here.  As I understand it, all PTO 36

11:16  11   did was extend PTO 16 to apply to the HIPAA information, which

11:16  12   I think is really what we would say would be appropriate here.

11:16  13          **THE COURT:**  How do you all envision getting these, I

11:16  14   guess, databases out there and accessible by BP?

11:16  15          **MR. MAZE:**  From an Alabama standpoint, we would send

11:16  16   them on encrypted hard drives.

11:16  17          **THE COURT:**  Corey, you expressed a particular concern

11:16  18   about e-mailing, having pointed out the Sony issue.

11:16  19          **MR. MAZE:**  Right.  Our two primary concerns,

11:16  20   Your Honor -- and they always have been -- have been, number

11:16  21   one, contacting persons with unemployment claims and, number

11:16  22   two, the e-mailing of this information.

11:16  23          You're right, we think that Sony provides a good

11:16  24   example.  Once you hit "Send" on an e-mail, the protections are

11:17  25   out the window.  Those are just things that are very easy to

| | |
|---|---|
| 11:17 | 1 |
| 11:17 | 2 |
| 11:17 | 3 |
| 11:17 | 4 |
| 11:17 | 5 |

hack.  They are very easy to be forwarded from someone else.

E-mailing has always been our number one concern.

          THE COURT:  What if we put it up on an FTP site that only authorized people could access?

          MR. MAZE:  Can I have a discussion with our team about whether we can do that?

          THE COURT:  Yep.

          MR. MAZE:  I just need to talk to them first.

          THE COURT:  Sure.

          MR. MAZE:  Well, how about this?  We will talk to them today and get an answer for you before the week is over.

          THE COURT:  Okay.  And, Paul, what do you think?

          MR. COLLIER:  I think that's one potential solution, Your Honor.  I guess my question and concern here is that obviously we have been dealing with highly confidential information throughout the duration of the suit.  Obviously, we appreciate and understand that personal identifying information is sensitive and important to protect as well but unclear why it needs a heightened level of protection beyond the highly sensitive information that we have already produced in the litigation.

          THE COURT:  No, I understand.

          MR. COLLIER:  That's kind of where we are coming from, but I understand that use of an FTP site may be one way of approaching it.  The concern we have with any kind of

11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:18
11:19
11:19
11:19
11:19
11:19
11:19
11:19
11:19
11:19
11:19
11:19
11:19
11:19

1   heightened restrictions with respect to protecting this type of
2   information, it just adds to the burden to us in being able to
3   move the case forward and litigate.
4           THE COURT:  Now, let me ask you this, Paul.  You talk
5   in some detail about, "Well, if we get the information from
6   another source, we shouldn't be precluded from contacting the
7   person or following up on that information."  Give me an
8   example, if you can, please, of what we are talking about.
9           MR. COLLIER:  No, that's a good question, Your Honor.
10  So as I understand it, one of the protections that Alabama has
11  requested is that with respect to any individual whose personal
12  identifying information would be provided through this
13  documentation that BP would either be precluded from contacting
14  those individuals or would have to approach Alabama to get
15  approval to contact those individuals by the sheer fact that
16  their name and information was possessed or was identified in
17  this documentation.
18          THE COURT:  Yeah, that I understand.  What I'm trying
19  to get an example of is an instance where BP on its own, not
20  out of the database, gets some information about an
21  unemployment claim, for example, and wants to contact the
22  individual.  What would the purpose of the contact be and why
23  are we having the discussion?
24          MR. COLLIER:  Right.  I understand.  One example
25  would be if we wanted to retain an expert who actually was

11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:20
11:21
11:21
11:21
11:21
11:21
11:21
11:21
11:21
11:21
11:21

1   living within Alabama.  It could be that particular expert may
2   have submitted an unemployment claim.  That would be one
3   example.  If we wanted to contact potentially Alabama citizens
4   for survey purposes or something of that nature -- and that may
5   extend beyond the scope of this litigation.  It may go into
6   other areas as it relates to the *Deepwater Horizon* matter.  So
7   those would be a couple of examples.
8           The concern we would have is that any time that
9   we would contact someone that was a resident of Alabama, it
10  would impose a burden on us then in having to check did we
11  receive any of their personal identifying information within
12  the large body of material; and, if so, then it would put us in
13  a position that we would have to reach out to Alabama and make
14  a request, at least according to their proposal, to contact
15  those individuals, which would then give them insight into our
16  litigation strategy and our work product.
17           **MR. MAZE:**  Your Honor, may I briefly respond?
18           **THE COURT:**  You may, sure, Corey.
19           **MR. MAZE:**  This is Corey Maze for the State of
20  Alabama.
21           First of all, Paul's point about not using these
22  for this particular litigation but for future litigation, the
23  discovery is supposed to be tailored to the claims and defenses
24  at issue, so that's not a very valid reason for needing the
25  documents.  So the only example that you have heard today and

the only example that any of us at Alabama has ever heard from BP is in case they have an expert that filed an unemployment compensation claim.

And while we doubt that BP is going to hire an expert who's been seeking unemployment in Alabama, the bigger point is they have already provided you with their expert list *in camera* about three months ago, so they have already named to you who they are. All they have to do is, if you want to ex parte, point to you which person that is and that would be good cause for allowing them to contact that person.

So if that's the only example they have, this is a very easy fix, and that's why we said in our reply brief we are okay if the Court's order says just show me good cause. But just to allow them to have a standard that says if we independently get the information, we can call anybody we want, this becomes a fishing expedition for other cases and other claims. We are very concerned about just harassing unemployment claimants that has nothing to do with our case.

THE COURT: Paul, let me just ask you this question. You are agreeing to use these two databases solely right now for the purposes of this litigation; is that correct?

MR. COLLIER: That's correct, Your Honor. And to be clear, we have already expressed that we are not in any way looking to use the personal identifying information that would be provided in these databases to contact anyone within Alabama

11:22    1    or anyone that would have submitted a claim.  So we have
11:22    2    already identified that we would not in any way use that
11:22    3    information.
11:23    4            THE COURT:  All right.
11:23    5            MR. COLLIER:  However, we may have reasons to reach
11:23    6    out to individuals in Alabama to discuss with them elements of
11:23    7    the case that we are perfectly within our right of being able
11:23    8    to contact and have their contact information from other
11:23    9    sources other than obviously through the information that we
11:23   10    have already said that we would not use based on this
11:23   11    documentation that we have been produced.
11:23   12            THE COURT:  Well, let me ask you this question.  I'm
11:23   13    sorry to interrupt.  Did you want to finish?
11:23   14            MR. COLLIER:  No, Your Honor.
11:23   15            THE COURT:  You need these databases for what reason?
11:23   16    You don't need them for the personal identifying information.
11:23   17            MR. COLLIER:  Correct.
11:23   18            THE COURT:  So why do you need them?
11:23   19            MR. COLLIER:  To be honest with you, Your Honor, I
11:23   20    don't know what information these databases even provide.  I'm
11:23   21    not fully clear on exactly what elements of our discovery
11:23   22    request these respond to.
11:23   23            THE COURT:  Okay.  Corey, can you tell me that?
11:23   24            MR. PARKER MILLER:  Judge, this is Parker Miller for
11:23   25    the State of Alabama.  These claim files -- it's not really a

database.  It's really individual claim files that contain some
extremely sensitive information, including their bank accounts,
social security numbers.  If that is Paul's contention, that
they don't even know how they would use them, then perhaps they
don't even need to be produced in the first place.

          THE COURT:  Well, let's ask this question, and that's
where I think I'm going to follow up on Paul's comment, which
is you all have produced these in response to some discovery
request.  Do you know which discovery request it was?

          MR. PARKER MILLER:  I believe, Your Honor -- this is
Parker again.  I think there was a request -- I don't have it
in front of me, but my understanding was there was a request
regarding any claims that the State of Alabama may be bringing
in this litigation.  One of the claims the state is bringing is
a claim on behalf of the Department of Labor for funds that
were expended out of the unemployment compensation trust fund.

          THE COURT:  Okay.  So the run is from the date of the
incident through a date certain, right?

          MR. PARKER MILLER:  That's correct.

          THE COURT:  Could we do it this way?  Could we give
BP a peek and let them see what you have with an agreement that
if they don't want it, they will tell you.  If they see it and
they say, "Listen, all we really want is the total claim from
all of these files," that may be a possibility.

          MR. MAZE:  This is Corey.  Yes, we can do that, but

11:25    1    let me ask two questions.  Number one, is it possible that we

11:25    2    can redact this small peek?

11:26    3             **THE COURT:**  Yes.

11:26    4             **MR. MAZE:**  If we can limit it to a very small number,

11:26    5    those could be redacted without the order.

11:26    6             **THE COURT:**  Positively.

11:26    7             **MR. MAZE:**  Okay.  Then, number two, can we send it

11:26    8    solely to BP or do we need to send it to everybody?  I guess if

11:26    9    it's redacted, we could send to it everybody.

11:26    10             **THE COURT:**  Yeah.  If it's redacted, you don't care.

11:26    11             **MR. MAZE:**  Okay.

11:26    12             **THE COURT:**  If it's redacted, you don't care.  Let's

11:26    13    give everybody a look at what we are talking about.  Indeed, if

11:26    14    this is something that BP and no one else is interested in,

11:26    15    then we can moot the damn thing out.  Excuse me.  I didn't mean

11:26    16    to curse.  We can moot the darn thing out.  If, indeed, there

11:26    17    is information in this peek that BP or someone else --

11:26    18    hopefully just BP -- thinks is important, then we can fashion

11:26    19    something from there.

11:26    20             I'm wondering, based on Paul's comments, whether

11:27    21    this is something that BP wants or whether they just want the

11:27    22    total number of claimants, the total amount claimed, that kind

11:27    23    of stuff.  If they from other sources come up with names and

11:27    24    addresses and want to do a survey or want to interview people,

11:27    25    then we know for sure that they have not gotten that

11:27  1    information from your source.

11:27  2              MR. MAZE:  That plan works for Alabama.

11:27  3              MR. COLLIER:  Your Honor, Paul Collier for BP.  That

11:27  4    sounds reasonable to us.

11:27  5              THE COURT:  Corey, why don't you redact -- I don't

11:27  6    know.  What's a reasonable sample?

11:27  7              MR. MAZE:  How about 10 files from Labor and 10 files

11:27  8    from ADECA?

11:27  9              THE COURT:  Does that sound good, Paul?

11:27  10             MR. COLLIER:  It does, Your Honor.  Obviously, we

11:27  11   would follow up if we thought anything further was necessary,

11:27  12   but that seems a reasonable place to start.

11:28  13             THE COURT:  So why don't you, Corey, if you can, get

11:28  14   that over to everybody by Tuesday close of business.

11:28  15             That sounds tight?

11:28  16             MR. MAZE:  I'm just looking at everybody in the room.

11:28  17   How about we tentatively say yes; but if we know by tomorrow

11:28  18   that that's not doable, I will let you know as soon as

11:28  19   possible.

11:28  20             THE COURT:  Okay.  Good.  Just pick the 10 and 10 at

11:28  21   random.

11:28  22             MR. MAZE:  We will.

11:28  23             THE COURT:  So we are going to keep that as an open

11:28  24   item.

11:28  25             All right.  Let's see what's up next.  Next up

11:28    1    on my list was Anadarko's declaration for the Rule 30(b)(6)

11:28    2    topics.  Alabama was to respond.

11:28    3            MR. MAZE:  Yes.  This is Corey Maze.  I want to take

11:29    4    a step back for a second on this one.

11:29    5                The last time we talked, Transocean had entered

11:29    6    into a stipulation that excused it from participating.  Since

11:29    7    that time Alabama, BP, and MOEX have agreed upon a stipulation

11:29    8    that would apply the same to MOEX so that they would be

11:29    9    excused.  Currently BP, Alabama, and Halliburton are working on

11:29   10    a similar stipulation that could excuse Halliburton from

11:29   11    participating.

11:29   12                So I say that to go into the next part, which is

11:29   13    since the last time we talked about the declaration, we have

11:29   14    gotten Halliburton's draft, and we wanted to look at

11:29   15    Halliburton's and Anadarko's at the same time.  The question

11:29   16    has arisen that if the four non-BP defendants all end up

11:29   17    stipulating that they would be excused, do we need these full

11:29   18    declarations or are there only certain parts that Alabama might

11:29   19    need?  For that reason we haven't come to a final agreement on

11:30   20    the declarations because, frankly, we have been working on the

11:30   21    excusal stipulations first.

11:30   22            THE COURT:  Well, I would rather excuse them.  If

11:30   23    that doesn't work, we will come back to the declarations.  How

11:30   24    about that?

11:30   25            MR. MAZE:  That sounds good.  So between now and the

11:30
11:30
11:30
11:30
11:30
11:30
11:30
11:30
11:30
11:30
11:30
11:30
11:31
11:31
11:31
11:31
11:31
11:31
11:31
11:31
11:31
11:31
11:31
11:31
11:31

1    next call, we will continue working on the stipulation, but we

2    will also review both the Anadarko and Halliburton declarations

3    so that if there is not an excusal of either of those parties,

4    we will have something for Your Honor.

5            THE COURT:  That sounds good.  Anybody want to

6    comment on that?  All right.

7            Third-party discovery.  How is BP coming with

8    Mountain Lake Tourist Association, et al.?

9            MR. COLLIER:  Yes, Your Honor.  I can give you a

10   brief update on that.  Just bear with me one second.

11           I think we have informed the parties, with

12   respect to each of these subpoenas, that we are still working

13   through document issues.  All the depositions are on hold as it

14   stands right now.  We have notified the parties.  I believe

15   Mountain Lake has produced documents to us recently and we have

16   provided those to the other parties.

17           The Gulf Coast Convention and Visitors Bureau

18   also provided us documents.  The documents were not Bates

19   labeled.  We, as a courtesy, have taken on the expense of

20   actually Bates labeling the documents and will produce those to

21   the rest of the parties here shortly.  No depositions are

22   currently scheduled.  They are on hold as we review the

23   documents and evaluate at first blush whether there is even a

24   need to have a deposition going forward.

25           THE COURT:  Okay.  Good.

MR. COLLIER:  Your Honor, just one additional point. We will be providing notice today to the other parties that we are intending to serve subpoenas on Mobile and Baldwin counties.  So we will provide that notice today and then we will subsequently serve a subpoena on those particular counties.

THE COURT:  Hey, Corey, do you want to help Paul out with that?  Corey?

MR. MAZE:  Actually serving the counties?

THE COURT:  No, no, no.  Pronunciation of the county.

MR. MAZE:  I will, yes.

MR. MORRIS:  Judge, this is Chad Morris.  I have been working on Paul's pronouncing "Mobile" for a year and a half. I can't make any progress with him, though.

MR. COLLIER:  Right.  Your Honor, you may have heard already I have a pronunciation problem with lots of words.

MR. MAZE:  If he can say "Tchoupitoulas," we will let it slide.

THE COURT:  Well, yeah, you have a choice.  You can either go into the Alabama litigation saying "Mobile" or you can pronounce "Tchoupitoulas," whichever you prefer.

MR. COLLIER:  I will work on that for our next conference.

THE COURT:  But I don't think you should be going into depositions not pronouncing "Mobile."

11:32  1        **MR. MAZE:**  If BP wants to mispronounce the Alabama

11:32  2   words in the Alabama trial, we are okay with that.

11:32  3        **MR. LANGAN:**  Corey, that's why we don't want a jury

11:33  4   trial.

11:33  5        **THE COURT:**  There you go.

11:33  6            Okay.  Corey, your e-mail to us requested that

11:33  7   we talk about the Clean Water Act penalty phase facts and

11:33  8   ruling, and you have seen that Judge Barbier has denied

11:33  9   Louisiana and Mississippi's motions.

11:33  10       **MR. MAZE:**  I think that that order negates any reason

11:33  11  for us to talk about that.

11:33  12       **THE COURT:**  I think that's right.  I don't think

11:33  13  there's any real reason to discuss this at this point.  It may

11:33  14  come up later and we will take it up.  Does anybody --

11:33  15       **MR. MAZE:**  I agree.

11:33  16       **THE COURT:**  -- have anything they want to say about

11:33  17  that?  Okay.  Good.

11:33  18            The next thing I have is our next conference

11:33  19  being January 8.  If you all have something you want to talk

11:33  20  about with regard to the personal identifying information and

11:33  21  the unemployment information, I'm happy to schedule a call on

11:34  22  that, but otherwise we will be getting together on January 8.

11:34  23  Is there anything else?

11:34  24       **MR. MAZE:**  Yes.  Actually, I did have one other thing

11:34  25  that we wanted to discuss, if you are okay with that.

11:34  1  **THE COURT:**  Yeah.

11:34  2  **MR. MAZE:**  We noticed last Thursday and Friday that

11:34  3  BP, Transocean, and the PSC filed notices of appeal from the

11:34  4  Phase One order.

11:34  5  **THE COURT:**  Yep.

11:34  6  **MR. MAZE:**  I would believe that some of the issues

11:34  7  that they are going to want to appeal are the findings of

11:34  8  liability and punitive liability in the Phase One order.  I

11:34  9  don't think I'm probably out of line there.

11:34  10  My understanding, though, is that this is a

11:34  11  unified trial cut into two parts which has two orders.  I know,

11:34  12  from a plaintiff's standpoint, we have argued that liability

11:35  13  and punitive liability can change depending on what comes out

11:35  14  in the Phase Two order, which is still pending.

11:35  15  First of all, I want to know whether we are

11:35  16  correct on that in that, you know, whether or not some like --

11:35  17  well, let's just take BP, for instance, could be punitively

11:35  18  liable under *P&E* after the Phase Two order is still on the

11:35  19  table and perhaps the percentage of liability under maritime

11:35  20  law could change in the Phase Two order.  I noticed that you

11:35  21  mentioned to the federal government in the penalty phase

11:35  22  conference recently that it is possible that the Phase Two

11:35  23  order could come out in December or January.

11:35  24  Our concern is if you don't have a final

11:35  25  determination of liability, compensatory or punitive, while

1 this appeal is going on and then a new order comes out a month
2 or two later that there are going to be competing appeals in
3 which there are completely different rulings, that the
4 liability will have changed, perhaps punitive findings will
5 have changed.

6      So what we are seeking is a clarification of
7 whether or not the Phase Two order could potentially --
8 obviously, the judge hasn't made his mind up and entered his
9 ruling -- but potentially could change what the liabilities are
10 between the parties.

11      THE COURT:  Yeah.  I don't know, Corey, how to answer
12 that without speaking to Judge Barbier.  It has always been my
13 impression that he has decided liability and apportionment
14 issues.  So that's my understanding from discussions with him.

15      I will talk to him about that.  I'm not sure he
16 has really directly focused on that issue because he is in the
17 middle of working on his findings now.  If he will give me some
18 kind of indication, I will certainly let the group know.
19 Again, my impression is he has decided liability and
20 apportionment.

21      MR. LANGAN:  Your Honor, it's Andy Langan for BP.  I
22 would just comment that I think some of what Corey is talking
23 about really reflects the way admiralty jurisdiction works and
24 sort of the rules for taking interlocutory appeals in admiralty
25 cases and the like.

| | | |
|---|---|---|
| 11:37 | 1 | **THE COURT:**  That's right. |
| 11:37 | 2 | **MR. LANGAN:**  We think our appeal is properly taken. |
| 11:37 | 3 | There may be an appeal later of other rulings.  That's just |
| 11:37 | 4 | sort of § 1292(a)(3) and the way it works. |
| 11:37 | 5 | **THE COURT:**  Yeah, and it's a very bizarre rule. |
| 11:37 | 6 | **MR. YORK:**  Your Honor, this is Alan York, just to |
| 11:37 | 7 | throw in the mixture.  Corey mentioned BP, PSC, and TO. |
| 11:38 | 8 | Halliburton will be filing a cross notice of appeal in a timely |
| 11:38 | 9 | fashion as well. |
| 11:38 | 10 | **THE COURT:**  Okay.  Yeah, it's a strange rule, but I |
| 11:38 | 11 | think that Andy is correct that under this strange rule, as |
| 11:38 | 12 | interim orders come out -- that is, by "interim" I mean not |
| 11:38 | 13 | final judgments -- the parties are entitled to appeal those |
| 11:38 | 14 | rulings.  I don't know how we would bring an end to that except |
| 11:38 | 15 | by issuance of a final judgment, which I don't think |
| 11:38 | 16 | Judge Barbier is in a position to do right now.  So I hear you, |
| 11:38 | 17 | but I'm not sure I see a solution to the problem. |
| 11:38 | 18 | **MR. MAZE:**  I'm not sure there is one.  I think we are |
| 11:38 | 19 | just seeking clarification from Judge Barbier, if possible, as |
| 11:39 | 20 | to whether the Phase Two order could change certain |
| 11:39 | 21 | liabilities. |
| 11:39 | 22 | I'll give you an example.  It's not a secret |
| 11:39 | 23 | because we have briefed it.  The PSC and the states have argued |
| 11:39 | 24 | that BP would be punitively liable under maritime law for, |
| 11:39 | 25 | let's say, for example, failing to have a well control plan. |

| | |
|---|---|
| 11:39 | 1 |
| 11:39 | 2 |
| 11:39 | 3 |
| 11:39 | 4 |
| 11:39 | 5 |

THE COURT:  Right.

MR. MAZE:  That is certainly something that was not in Phase One, but it was in Phase Two.

THE COURT:  Right.

MR. MAZE:  As a separate incident plus how it plays into the bigger picture -- and I can just see an instance where under § 1292(a)(3) you take an appeal from Phase One that says, "I don't find punitive liability under *P&E Boat Rentals* in Phase One," but two months later he issues an order that says "but I do find it under something else."  Is the understanding that we are going to have two separate appeals, one in which you are arguing that there is no punitive and then one where there is?  What if he combines the rulings?  It's just a very confusing issue when we have two separate orders.

THE COURT:  You know, I'll see if he wants to opine on that and will let you know if he does.  How about that?

MR. MAZE:  Okay.  Thank you.

THE COURT:  You're welcome.

What else do we want to talk about?

MR. COLLIER:  Your Honor, this is Paul Collier on behalf of BP.  One additional point that I wanted to raise is that as we have been working with our custodians as far as their files are concerned, it came to our attention that one of our witnesses who is identified in our Rule 26 disclosure, a BP contractor, one of his laptops or a laptop that was issued to

11:40    1    him by his company, the BP contractor company, has actually
11:40    2    been misplaced and lost.  We are intending to submit a letter
11:40    3    to the Court, Your Honor, providing more detail about it, but I
11:41    4    did want to provide notification during the call today.
11:41    5            THE COURT:  Okay.  Thank you.
11:41    6                Paul, pronounce the county and city in Alabama
11:41    7    spelled by M-O-B-I-L-E.
11:41    8            MR. COLLIER:  Mobile.
11:41    9            THE COURT:  Closer.  Think of it as --
11:41   10            MR. COLLIER:  As I mentioned, I pronounce most words
11:41   11    incorrectly.
11:41   12            THE COURT:  -- E-E-L.  Mobile.
11:41   13            MR. COLLIER:  Mobile.  Okay.  Understood.  I will
11:41   14    work on that before our next conference, Your Honor.
11:41   15            THE COURT:  That sounds good.  We will have a
11:41   16    followup quiz.
11:41   17            MR. COLLIER:  I think that's fair.
11:41   18            THE COURT:  Anything else, guys?
11:41   19            MR. MAZE:  No, Your Honor.  That's all from Alabama.
11:41   20            THE COURT:  Well, I won't speak to you all over the
11:41   21    holidays, so I hope you have happy holidays and will speak to
11:41   22    you next year.
11:41   23            MR. MAZE:  Thank you.
11:41   24            (Proceedings adjourned.)
11:41   25                            * * *

1

## <u>CERTIFICATE</u>

2         I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, certify that the foregoing is a true and correct

5    transcript, to the best of my ability and understanding, from

6    the record of proceedings in the above-entitled matter.

7

8

9                                  *s/ Toni Doyle Tusa*

10                                  Toni Doyle Tusa, CCR, FCRR
                                    Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

21 [1]  2/2
24 [3]  4/22 4/23 4/24
25 [1]  2/8
3 [1]  2/2
7 [1]  2/2
8 [2]  2/2 2/2
Alabama Document Production Issues
[1]  2/2
Alabama Privilege Log [1]  2/2
Anadarko Sworn Declaration [1]  2/2
Co: [2]  1/25 2/8
Confidential Information [1]  2/2
CWA Penalty Phase Facts and Ruling
[1]  2/8
In: [18]  3/4 3/4 7/15 7/15 8/3 8/3 8/21
8/21 20/24 20/24 22/6 22/6 24/4 24/4
24/17 24/17 25/1 25/1
Miscellaneous Issues [1]  2/8
MR. COLLIER: [28]  3/22 4/21 6/20 7/2
7/13 8/13 9/19 11/25 13/12 13/22 14/8
14/23 16/21 17/4 17/13 17/16 17/18
20/2 20/9 22/8 22/25 23/14 23/21
28/19 29/7 29/9 29/12 29/16
MR. LANGAN: [3]  24/2 26/20 27/1
MR. MAZE: [39]
MR. MORRIS: [1]  23/11
MR. PARKER MILLER: [14]  3/6 5/3
5/5 5/20 6/1 6/9 6/13 7/18 7/23 8/2 8/5
17/23 18/9 18/18
MR. YORK: [1]  27/5
Next Conference [1]  2/8
Omit elements: Timecodes [2]  1/25
29/24
Page break [2]  2/8 29/24
Resume elements: Timecodes [1]  2/8
State Tax and Revenue Database [1]
2/2
THE COURT: [79]

**1**
10 [4]  20/7 20/7 20/20 20/20
10-4182 [1]  1/8
10-4183 [1]  1/8
10-MD-2179 [1]  1/5
1292 [2]  27/4 28/7
13-2645 [1]  1/8
13-2646 [1]  1/8
13-2647 [1]  1/9
13-2813 [1]  1/9
16 [1]  12/11
18 [2]  1/7 3/2

**2**
20 [1]  1/6
2010 [1]  1/6
2014 [2]  1/7 3/2
2179 [1]  1/5
22 [1]  2/8
22nd [1]  6/15
23rd [1]  6/16
26 [1]  28/24
2645 [1]  1/8
2646 [1]  1/8
2647 [1]  1/9
2813 [1]  1/9

**3**
30 [1]  21/1
30th [1]  7/2
36 [9]  11/17 11/18 11/20 11/22 12/2
12/6 12/7 12/8 12/10

**4**
406 [1]  1/21
4182 [1]  1/8
4183 [1]  1/8

**5**
500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

**6**
6,500 [1]  9/7

**7**
70130 [1]  1/21
7778 [1]  1/22

**A**
ability [1]  30/5
able [2]  14/2 17/7
about [30]  5/19 7/16 7/20 8/2 9/14 10/2
11/15 12/18 13/6 13/10 14/5 14/8
14/20 15/21 16/7 16/17 19/13 20/7
20/17 21/13 21/24 24/7 24/11 24/16
24/20 26/15 26/23 28/16 28/19 29/3
above [2]  12/6 30/6
above-entitled [1]  30/6
absent [1]  8/19
absolutely [1]  9/12
access [1]  13/4
accessible [1]  12/14
according [1]  15/14
accounts [1]  18/2
across [1]  11/6
Act [1]  24/7
actually [8]  4/3 8/20 12/6 14/25 22/20
23/9 24/24 29/1
additional [3]  10/9 23/1 28/21
address [3]  3/8 4/18 9/21
addressed [3]  3/14 5/7 8/18
addresses [2]  10/14 19/24
addressing [1]  4/5
adds [1]  14/2
ADECA [1]  20/8
adequate [1]  6/22
adjourned [1]  29/24
admiralty [2]  26/23 26/24
after [4]  3/17 5/10 11/18 25/18
afternoon [1]  8/8
again [4]  4/20 8/7 18/11 26/19
ago [1]  16/7
agree [2]  9/18 24/15
agreed [2]  5/3 21/7
agreeing [1]  16/20
agreement [2]  18/21 21/19
ahead [3]  4/15 5/13 11/25
aided [1]  1/25
al [1]  22/8
Alabama [36]
Alan [1]  27/6
all [23]  3/14 5/3 5/18 7/23 8/4 9/13
11/9 12/10 12/13 15/21 16/8 17/4 18/8
18/23 18/24 20/25 21/16 22/6 22/13
24/19 25/15 29/19 29/20
allow [2]  9/15 16/14
allowing [1]  16/10
already [7]  13/20 16/6 16/7 16/23 17/2
17/10 23/16
also [3]  11/11 22/2 22/18
always [3]  12/20 13/2 26/12

**am** [2]  3/8 8/25
Anadarko [1]  22/2
Anadarko's [2]  21/1 21/15
Andy [2]  26/21 27/11
another [1]  14/6
answer [3]  3/11 13/11 26/11
anticipate [3]  7/12 7/17 7/19
any [19]  3/10 5/16 8/11 8/19 10/9 11/7
11/12 11/15 13/25 14/11 15/8 15/11
16/1 16/23 17/2 18/13 23/14 24/10
24/13
anybody [1]  16/15 22/5 24/14
anyone [2]  16/25 17/1
anything [4]  20/11 24/16 24/23 29/18
appeal [8]  25/3 25/7 26/1 27/2 27/3
27/8 27/13 28/7
appeals [3]  26/2 26/24 28/11
applied [1]  11/23
Applies [1]  1/8
apply [3]  12/9 12/11 21/8
apportionment [2]  26/13 26/20
appreciate [1]  13/17
approach [1]  14/14
approaching [1]  13/25
appropriate [2]  6/24 12/12
approval [1]  14/15
APRIL [1]  1/6
are [56]
areas [1]  15/6
argued [2]  25/12 27/23
arguing [1]  28/12
arisen [1]  21/16
as [33]
ask [7]  3/10 6/1 14/4 16/19 17/12 18/6
19/1
Association [1]  22/8
assume [1]  5/1
assure [3]  5/15 5/17 6/18
at [18]  3/5 4/24 5/25 6/18 9/5 9/9 11/10
12/8 15/14 15/24 16/1 19/13 20/16
20/20 21/14 21/15 22/23 24/13
attempted [1]  10/17
attention [1]  28/23
authorized [1]  13/4
avoid [1]  10/8

**B**
B-406 [1]  1/21
back [6]  7/21 8/2 8/11 8/23 21/4 21/23
Baldwin [1]  23/3
bank [1]  18/2
bar [1]  11/6
Barbier [4]  24/8 26/12 27/16 27/19
based [2]  17/10 19/20
Bates [2]  22/18 22/20
be [50]
bear [2]  11/11 22/10
because [6]  7/12 10/24 11/18 21/20
26/16 27/23
becomes [1]  16/16
been [17]  3/9 5/7 5/16 6/19 8/15 8/23
12/20 12/20 13/2 13/15 16/5 17/11
21/20 23/12 26/12 28/22 29/2
before [5]  1/12 4/19 6/18 13/11 29/14
behalf [3]  3/24 18/15 28/21
being [6]  4/17 8/19 10/8 14/2 17/7
24/19
believe [7]  3/13 3/18 5/10 6/17 18/10
22/14 25/6

**B**

besides [1] 6/9
best [1] 30/5
better [1] 5/10
between [2] 21/25 26/10
beyond [4] 12/6 12/7 13/19 15/5
big [1] 11/12
bigger [3] 7/7 16/5 28/6
bizarre [1] 27/5
black [2] 10/21 11/6
blush [1] 22/23
Boat [1] 28/8
body [1] 15/12
both [1] 22/2
BP [38]
brief [4] 7/9 7/11 16/12 22/10
briefed [1] 27/23
briefly [1] 15/17
bring [1] 27/14
bringing [2] 18/13 18/14
burden [1] 14/2 15/10
Bureau [1] 22/17
business [4] 6/6 6/22 6/23 20/14
but [30] 4/19 4/23 5/7 5/16 6/3 6/15
  6/23 7/25 8/11 8/18 11/6 11/17 13/18
  13/24 15/22 16/14 18/12 18/25 20/12
  20/17 22/1 23/24 24/22 26/9 27/10
  27/17 28/3 28/9 28/10 29/3

**C**

call [4] 16/15 22/1 24/21 29/4
came [1] 28/23
camera [1] 16/7
can [29] 4/16 5/20 5/21 6/7 7/22 8/11
  9/11 9/21 10/23 11/5 13/5 13/6 14/8
  16/15 17/23 18/25 19/2 19/4 19/7
  19/15 19/16 19/18 20/13 22/9 23/17
  23/19 23/21 25/13 28/6
can't [2] 11/4 23/14
care [4] 5/18 7/18 19/10 19/12
case [6] 9/10 10/6 14/3 16/2 16/18
  17/7
cases [2] 16/16 26/25
cause [2] 16/10 16/13
cc [1] 7/9
CCR [3] 1/20 30/2 30/9
certain [3] 18/18 21/18 27/20
certainly [3] 3/10 26/18 28/2
CERTIFICATE [1] 30/1
certify [1] 30/4
Chad [1] 23/12
change [4] 25/13 25/20 26/9 27/20
changed [2] 26/4 26/5
check [1] 15/10
choice [1] 23/19
circumstances [2] 11/19 11/23
citizens [1] 15/3
city [1] 29/6
claim [8] 14/21 15/2 16/3 17/1 17/25
  18/1 18/15 18/23
claimants [2] 16/18 19/22
claimed [1] 19/22
claims [5] 12/21 15/23 16/17 18/13
  18/14
clarification [2] 26/6 27/19
Clean [1] 24/7
clear [2] 16/23 17/21
close [2] 6/6 20/14
Closer [1] 29/9
Coast [1] 22/17

Collier [6] 3/24 6/21 8/14 9/20 20/3
  28/20
combines [1] 28/13
come [6] 19/23 21/19 21/23 24/14
  25/23 27/12
comes [2] 25/13 26/1
comfortable [2] 6/1 6/2
comfortably [1] 5/24
coming [4] 3/6 9/15 13/23 22/7
commence [1] 3/15
comment [4] 3/18 18/7 22/6 26/22
comments [1] 19/20
company [2] 29/1 29/1
compensation [2] 16/3 18/16
compensatory [1] 25/25
competing [1] 26/2
completely [3] 10/18 10/22 26/3
complication [1] 6/23
computer [3] 1/25 10/17 11/5
computer-aided [1] 1/25
concern [7] 4/5 12/17 13/2 13/14 13/25
  15/8 25/24
concerned [3] 10/1 16/17 28/23
concerning [1] 3/9
concerns [8] 3/9 3/13 3/14 4/1 4/18 5/7
  10/8 12/19
confer [1] 4/2
conference [6] 1/12 7/11 23/23 24/18
  25/22 29/14
confidential [2] 8/23 13/15
confidentiality [1] 11/14
confusing [1] 28/14
consider [1] 10/6
constitute [1] 9/8
consuming [1] 9/19
contact [10] 14/15 14/21 14/22 15/3
  15/9 15/14 16/10 16/25 17/8 17/8
contacting [3] 12/21 14/6 14/13
contain [1] 18/1
contention [1] 18/3
continue [2] 5/10 22/1
contractor [2] 28/25 29/1
control [1] 27/25
Convention [2] 22/17
copacetic [1] 5/15
Corey [19] 8/24 9/1 10/11 11/13 12/17
  15/18 15/19 17/23 18/25 20/3 21/13
  21/3 23/7 23/8 24/3 24/6 26/11 26/22
  27/7
correct [17] 3/25 5/4 8/15 10/12 10/16
  10/25 11/8 11/8 11/13 11/16 16/21
  16/22 17/17 18/19 25/16 27/11 30/4
corrected [1] 6/20
correctly [1] 11/4
could [13] 13/4 15/1 18/20 18/20 19/5
  19/9 21/10 25/17 25/20 25/23 26/7
  26/9 27/20
counties [3] 23/4 23/6 23/9
county [2] 23/10 29/6
couple [1] 15/7
course [1] 5/10
COURT [6] 1/1 1/20 29/3 30/2 30/3
  30/10
Court's [1] 16/13
courtesy [1] 22/19
cover [1] 10/19
cross [1] 27/8
currently [2] 21/9 22/22
curse [1] 19/16
custodians [1] 28/22

cut [1] 25/11

**D**

damn [1] 19/15
darn [1] 19/16
data [1] 8/7
database [4] 8/5 10/12 14/20 18/1
databases [8] 8/17 12/14 16/20 16/25
  17/15 17/20
date [2] 18/17 18/18
day [1] 6/7
days [2] 6/22 6/24
dealing [1] 13/15
dealt [1] 11/17
December [3] 1/7 3/2 25/23
decided [2] 26/13 26/19
declaration [2] 21/1 21/13
declarations [4] 21/18 21/20 21/23 22/2
DEEPWATER [2] 1/5 15/6
Deepwater Horizon [1] 15/6
defendants [3] 3/13 9/14 21/16
defenses [1] 15/23
denied [1] 24/8
Department [1] 18/15
depending [1] 25/13
deposition [1] 22/24
depositions [9] 9/11 22/13 22/21 23/25
detail [2] 14/5 29/3
determination [1] 25/25
did [9] 6/12 8/8 9/14 12/3 12/11 15/10
  17/13 24/24 29/4
didn't [2] 12/1 19/15
different [1] 26/3
directly [1] 26/16
disagrees [1] 8/1
disclosure [1] 28/24
discovery [7] 2/8 9/11 15/23 17/21 18/8
  18/9 22/7
discuss [3] 17/6 24/13 24/25
discussed [1] 3/12
discussing [1] 3/9
discussion [2] 13/5 14/23
discussions [2] 3/25 26/14
DISTRICT [4] 1/1 1/2 30/3 30/3
division [1] 9/6
do [32]
doable [1] 20/18
document [2] 11/2 22/13
documentation [5] 8/20 10/4 14/13
  14/17 17/11
documents [11] 4/10 9/5 9/7 9/7 9/22
  15/25 22/15 22/18 22/20 22/23
does [4] 20/9 20/10 24/14 28/16
doesn't [1] 21/23
doing [2] 11/1 11/7
don't [27] 5/15 5/23 6/6 7/1 7/12 9/25
  10/5 17/16 17/20 18/4 18/5 18/11
  18/22 19/10 19/12 20/5 20/5 20/13
  23/24 24/3 24/12 25/9 25/24 26/11
  27/14 27/15 28/8
done [3] 5/24 10/19 10/23
doubt [1] 16/4
down [1] 10/21
Doyle [4] 1/20 30/2 30/9 30/9
draft [1] 21/14
dragging [1] 11/5
drives [1] 12/16
duration [1] 13/16
during [1] 29/4

## E

e-mail [3] 7/22 12/24 24/6
e-mailing [3] 12/18 12/22 13/2
each [1] 22/12
EASTERN [2] 1/2 30/3
easy [3] 12/25 13/1 16/12
eating [1] 11/11
effective [1] 4/24
efficient [1] 4/23
either [4] 5/8 14/13 22/3 23/20
electronic [1] 11/2
elements [2] 17/6 17/21
else [7] 13/1 19/14 19/17 24/23 28/10 28/19 29/18
encrypted [1] 12/16
end [3] 9/23 21/16 27/14
enough [2] 5/24 6/24
entered [4] 12/4 12/8 21/5 26/8
entirely [1] 10/8
entitled [2] 27/13 30/6
envision [1] 12/13
et [1] 22/8
et al [1] 22/8
evaluate [2] 4/16 22/23
even [4] 17/20 18/4 18/5 22/23
ever [1] 16/1
every [1] 3/8
everybody [7] 3/3 8/2 19/8 19/9 19/13 20/14 20/16
everything [2] 5/15 8/10
ex [1] 16/9
ex parte [1] 16/9
exact [1] 11/1
exactly [3] 4/4 9/23 17/21
example [11] 12/24 14/8 14/19 14/21 14/24 15/3 15/25 16/1 16/11 27/22 27/25
examples [1] 15/7
except [1] 27/14
excusal [2] 21/21 22/3
excuse [3] 19/15 21/10 21/22
excused [3] 21/6 21/9 21/17
expedition [1] 16/16
expended [1] 18/16
expense [1] 22/19
expert [7] 10/24 10/25 14/25 15/1 16/2 16/5 16/6
explain [1] 9/1
expressed [2] 12/17 16/23
extend [1] 12/11 11/5
extremely [1] 18/2

## F

fact [4] 10/16 11/18 11/19 14/15
facts [1] 24/7
failing [1] 27/25
fair [1] 29/17
far [4] 4/4 10/1 10/19 28/22
fashion [2] 19/18 27/9
FCRR [3] 1/20 30/2 30/9
federal [1] 25/21
feel [3] 6/2 6/3 8/10
filed [2] 16/2 25/3
files [6] 17/25 18/1 18/24 20/7 20/7 28/23
filing [1] 27/8
final [5] 3/15 21/19 25/24 27/13 27/15
find [2] 28/8 28/10
findings [2] 25/7 26/4 26/17
fine [1] 8/10

## G

finish [1] 17/13
finished [1] 20/11
first [8] 3/5 4/3 13/8 15/21 18/5 21/21 22/23 25/15
fishing [1] 16/16
fix [2] 4/18 16/12
fixing [1] 4/5
focused [1] 26/16
follow [2] 18/7 20/11
followed [1] 5/1
following [1] 14/7
followup [2] 3/11 7/10 29/16
foregoing [1] 30/4
formatting [1] 4/6
forth [1] 8/24
forward [6] 3/19 5/10 10/7 11/9 14/3 22/24
forwarded [1] 13/1
four [1] 21/16
frame [1] 9/25
frankly [1] 21/20
Friday [1] 25/2
front [1] 18/12
FTP [2] 13/3 13/24
full [2] 4/20 21/17
fully [1] 17/21
fund [1] 18/16
funds [1] 18/15
funny [1] 6/9
further [1] 22/11
future [1] 15/22

## G

get [12] 3/3 5/24 7/21 8/2 8/22 9/11 13/11 14/5 14/14 14/19 16/15 20/13
gets [1] 14/20
getting [2] 12/13 24/22
give [10] 5/14 6/6 7/1 14/7 15/15 18/20 19/13 22/9 26/17 27/22
gives [1] 6/24
glad [1] 6/10
glitches [1] 6/16
go [11] 4/15 5/13 6/16 7/20 8/1 11/25 12/6 15/5 21/12 23/20 24/5
goal [2] 6/4 6/5
going [19] 4/4 4/8 4/9 4/11 7/12 8/23 9/10 9/12 10/22 11/10 16/4 18/7 20/23 22/24 23/24 25/7 26/1 26/2 28/11
good [18] 3/3 3/21 3/23 6/4 6/5 8/16 8/22 12/23 14/9 16/10 16/13 20/9 20/20 21/25 22/5 22/25 24/7 29/15
got [2] 10/24 11/8
gotten [2] 19/25 21/14
government [1] 25/21
great [3] 7/3 7/24 8/3
group [1] 26/18
guess [7] 4/14 7/11 8/24 10/2 12/14 13/14 19/8
GULF [1] 1/6 22/17
guys [3] 11/12 11/15 29/18

## H

hack [1] 13/1
had [7] 3/25 4/2 4/5 8/18 11/12 11/14 21/5
half [1] 23/13
Halliburton [4] 21/9 21/10 22/2 27/8
Halliburton's [2] 21/14 21/15
hand [1] 10/21
happen [1] 4/22
happy [4] 3/11 7/21 24/21 29/21

## I

harassing [1] 16/17
has [18] 5/8 5/17 8/7 8/18 10/13 13/2 14/10 16/1 16/18 21/16 22/15 24/8 25/11 26/12 26/13 26/16 26/19 29/1
hasn't [1] 26/8
have [82]
haven't [5] 5/16 8/10 8/17 9/22 21/19
having [3] 12/18 14/23 15/10
he [10] 23/17 26/13 26/15 26/16 26/17 26/19 28/9 28/13 28/15 28/16
hear [1] 27/16
heard [4] 4/3 15/25 16/1 23/15
heightened [2] 13/19 14/1
help [1] 23/7
here [6] 11/21 11/22 12/10 12/12 13/14 22/21
Hey [1] 20/7
highly [2] 13/15 13/19
him [4] 23/14 26/14 26/15 29/1
HIPAA [4] 11/17 12/3 12/9 12/11
hire [1] 16/4
his [5] 26/8 26/8 26/17 28/25 29/1
hit [1] 12/24
hold [2] 22/13 22/22
holidays [3] 6/23 29/21 29/21
honest [1] 17/19
Honor [30] 3/23 4/14 5/4 6/21 7/4 7/14 8/14 8/25 9/20 12/1 12/20 13/14 14/9 15/17 16/22 17/14 17/19 18/10 20/3 20/10 22/4 22/9 23/1 23/15 25/21 27/6 28/20 29/3 29/14 29/19
HONORABLE [1] 1/13
hope [1] 29/21
hopeful [1] 4/22
hopefully [1] 19/18
HORIZON [2] 1/5 15/6
how [7] 3/5 6/17 7/17 8/4 11/4 11/9 12/13 13/10 18/4 20/7 20/17 21/23 22/7 26/11 27/14 28/25 28/16
However [1] 17/5
huh [3] 6/13 8/24 10/15
hundreds [3] 9/6 9/8 10/14

## I

I'll [2] 27/22 28/15
I'm [20] 6/10 9/5 10/12 11/10 11/10 11/13 11/16 11/16 11/25 14/18 17/12 17/20 18/7 19/20 20/16 24/21 25/9 26/15 27/17 27/18
identified [4] 4/18 14/16 17/2 28/24
identifying [8] 10/3 12/10 13/17 14/12 15/11 16/24 17/16 24/20
if [49]
implemented [1] 4/17
implementing [1] 4/12
important [2] 13/18 19/18
impose [1] 15/10
impossible [1] 9/13
impractical [1] 9/2
impression [2] 26/13 26/19
in [57]
in camera [1] 16/9
inaccurate [1] 10/18
incident [2] 18/18 28/5
including [1] 18/2
incorrectly [1] 29/11
indeed [3] 5/17 19/13 19/16
independently [1] 16/15
indication [1] 26/18

**I**

individual [3]  14/11 14/22 18/1
individuals [4]  14/14 14/15 15/15 17/6
information [34]
informed [1]  22/11
initiating [1]  4/20
inside [3]  6/12 6/13 6/14
insight [1]  15/15
instance [3]  14/19 25/17 28/6
instead [1]  11/1
intending [2]  23/3 29/2
interested [1]  19/14
interim [2]  27/12 27/12
interlocutory [1]  26/24
internally [1]  3/14
interrupt [2]  12/2 17/13
interview [1]  19/24
into [10]  10/10 12/8 15/5 15/15 21/6
21/12 23/20 23/25 25/11 28/6
involved [1]  9/24
is [86]
issuance [1]  27/15
issue [8]  3/8 8/15 8/21 9/2 12/18 15/24
26/16 28/14
issued [1]  28/25
issues [13]  4/6 5/18 6/19 7/5 7/8 7/10
8/12 8/20 11/13 22/13 25/6 26/14 28/9
it [60]
it's [17]  9/2 9/4 9/12 9/23 10/5 10/18
10/19 17/25 18/1 19/9 19/10 19/12
26/21 27/5 27/10 27/22 28/13
item [1]  20/24
its [1]  14/19
itself [2]  5/15 11/4

**J**

January [3]  24/19 24/22 25/23
January 8 [2]  24/19 24/22
judge [13]  1/13 3/7 5/21 6/2 7/19 8/6
17/24 23/12 24/8 26/8 26/12 27/16
27/19
Judge Barbier [4]  24/8 26/12 27/16
27/19
judgment [1]  27/15
judgments [1]  27/13
jurisdiction [1]  26/23
jury [1]  24/3
just [30]  5/10 5/17 9/2 9/12 10/12
10/18 10/24 11/11 11/22 12/2 12/25
13/8 14/2 16/13 16/14 17/20 18/19
19/18 19/21 20/16 20/20 22/10 23/1
25/17 26/22 27/3 27/6 27/19 28/6
28/13

**K**

keep [2]  9/10 20/23
kind [4]  13/23 13/25 19/22 26/18
know [19]  5/25 7/6 9/9 10/23 17/20
18/4 18/9 19/25 20/6 20/17 20/18
25/11 25/15 25/16 26/11 26/18 27/14
28/15 28/16
knowledge [1]  5/6

**L**

labeled [1]  22/19
labeling [1]  22/20
labor [4]  9/5 9/24 18/15 20/7
laborious [1]  9/18
Lake [2]  22/8 22/15
Langan [1]  26/21

laptop [1]  28/25
laptops [1]  28/25
large [3]  4/10 5/1 15/12
larger [1]  7/18
last [4]  12/2 21/5 21/13 25/2
later [4]  24/14 26/2 27/3 28/9
laugh [1]  6/12
law [2]  25/20 27/24
least [4]  3/5 9/9 12/8 15/14
let [12]  6/7 7/6 7/20 14/4 16/19 17/12
18/21 19/1 20/18 23/17 26/18 28/16
let's [12]  3/3 5/19 6/15 7/11 7/16 8/22
11/9 18/6 19/2 20/25 25/17 27/25
letter [1]  29/2
level [1]  13/19
liabilities [2]  26/9 27/21
liability [10]  25/8 25/8 25/12 25/13
25/19 25/25 26/4 26/13 26/19 28/8
liable [2]  25/18 27/24
like [4]  4/19 4/19 5/13 5/13 8/10 11/5
25/16 26/25
limit [1]  19/4
limited [1]  5/14
line [1]  25/9
list [4]  3/5 7/13 16/6 21/1
Listen [1]  18/23
literally [1]  10/20
litigate [1]  14/3
litigation [8]  13/21 15/5 15/16 15/22
15/22 16/21 18/14 23/20
little [1]  10/24
living [1]  15/1
log [3]  7/16 7/18 8/1
logs [1]  7/20
long [2]  6/17 7/12
longer [1]  9/9
look [4]  5/25 6/18 19/13 21/14
looking [5]  9/5 11/10 12/5 16/24 20/16
lost [1]  29/2
lots [1]  23/16
LOUISIANA [5]  1/2 1/8 1/21 24/9 30/4
Lucky [1]  9/1
lunch [1]  11/11

**M**

M-O-B-I-L-E [1]  29/7
made [2]  5/11 26/8
magic [1]  10/21
MAGISTRATE [1]  1/13
mail [3]  7/22 12/24 24/6
mailing [3]  12/18 12/22 13/2
make [7]  4/15 5/13 5/24 9/2 9/5 15/13
23/14
makes [1]  8/1
manually [1]  11/5
maritime [2]  25/19 27/24
marker [1]  10/21
material [2]  8/17 15/12
matter [2]  15/6 30/6
may [14]  3/23 7/6 13/24 15/1 15/4 15/5
15/18 17/18 17/5 18/13 18/24 23/15
24/13 27/3
Maze [2]  15/19 21/3
MD [1]  1/5
me [20]  6/9 7/9 7/20 7/25 9/1 10/12
11/11 11/13 11/16 14/4 14/7 16/13
16/19 17/12 17/23 18/12 19/1 19/15
22/10 26/17
mean [3]  12/1 19/15 27/12
meaningful [1]  9/25

meant [1]  11/3
meas_____ [1]
meet [1]  4/2
meet-and-confer [1]  4/2
mentioned [3]  25/21 27/7 29/10
metadata [1]  4/5
MEXICO [1]  1/6
middle [1]  26/17
might [1]  21/18
Mike [1]  10/24
Miller [3]  3/7 8/6 17/24
mind [1]  26/8
misplaced [1]  29/2
mispronounce [1]  24/1
Mississippi's [1]  24/9
mixture [1]  27/7
Mobile [7]  23/3 23/13 23/20 23/25 29/8
29/12 29/13
model [1]  11/20
modeled [1]  11/18
modifications [1]  5/3
MOEX [2]  21/7 21/8
Monday [3]  5/22 6/3 6/8
month [1]  26/1
months [3]  9/9 16/7 28/9
moot [2]  19/15 19/16
more [3]  3/16 11/7 29/3
morning [2]  3/3 3/24
Morris [1]  23/12
most [5]  4/2 4/23 4/24 10/22 29/10
motions [2]  11/15 24/9
Mountain [2]  22/8 22/15
move [5]  3/19 9/12 10/6 11/9 14/3
much [1]  3/16
my [12]  3/5 5/6 11/10 11/11 13/14
18/12 21/1 25/10 26/12 26/14 26/19
30/5

**N**

name [1]  14/16
named [1]  16/7
names [2]  10/14 19/23
nature [2]  9/23 15/4
necessarily [1]  10/5
necessary [2]  10/6 20/11
need [11]  6/17 10/5 13/8 17/15 17/16
17/18 18/5 19/8 21/17 21/19 22/24
needing [1]  15/24
needs [1]  13/19
negates [1]  24/10
new [6]  1/8 1/21 3/16 5/16 10/24 26/1
next [11]  8/4 11/24 20/25 20/25 21/12
22/1 23/22 24/18 24/18 29/14 29/22
no [15]  5/6 7/5 7/14 7/22 7/25 13/22
14/9 17/14 19/14 22/21 23/10 23/10
23/10 28/12 29/19
Nobody [1]  6/9
non [1]  21/16
non-BP [1]  21/16
not [27]  4/16 6/7 9/9 10/5 10/13 11/12
14/19 15/21 15/24 16/23 17/2 17/10
17/21 17/25 19/25 20/18 22/3 22/18
23/25 25/16 26/7 26/15 27/12 27/17
27/18 27/22 28/2
notes [1]  11/10
nothing [1]  16/18
notice [3]  23/2 23/4 27/8
noticed [2]  25/2 25/20
notices [1]  25/3
notification [1]  29/4

## N

notified [1]  22/14
now [7]  10/23 14/4 16/20 21/25 22/14
 26/17 27/16
number [8]  4/10 12/20 12/21 13/2 19/1
 19/4 19/7 19/22
Number one [1]  19/1
numbers [2]  10/15 18/3
numerous [1]  3/12

## O

objections [1]  5/16
obviously [7]  6/23 8/17 13/15 13/16
 17/9 20/10 26/8
occasions [1]  3/12
off [2]  3/5 6/7
Official [3]  1/20 30/2 30/10
OIL [2]  1/5 1/5
okay [31]
on [65]
once [2]  8/20 12/24
one [28]  5/9 8/9 11/20 12/21 13/2
 13/13 13/24 14/10 14/24 15/2 18/14
 19/1 19/14 21/4 22/10 23/1 24/24 25/4
 25/8 27/18 28/3 28/7 28/9 29/8 28/11 28/12
 28/21 28/23 28/25
ones [1]  5/7
only [6]  6/13 6/22 13/4 15/25 16/1
 16/11 21/18
open [1]  20/23
opine [1]  28/15
or [22]  4/16 5/9 9/22 10/5 10/13 14/7
 14/14 14/16 15/4 17/1 19/8 19/17
 19/21 19/24 21/18 23/20 25/16 25/23
 25/25 26/2 26/7 28/25
order [16]  9/15 11/14 11/18 16/13 19/5
 24/10 25/4 25/8 25/14 25/18 25/20
 25/23 26/1 26/7 27/20 28/9
orders [3]  25/11 27/12 28/14
Orleans [2]  1/8 1/21
other [13]  4/6 4/17 5/7 15/6 16/16
 16/16 17/8 17/9 19/23 22/16 23/2
 24/24 27/3
otherwise [2]  8/11 24/22
our [27]  3/14 9/5 9/23 10/6 10/7 11/14
 11/15 11/18 12/7 12/19 13/2 13/5
 15/15 15/16 16/12 16/18 17/7 17/21
 23/22 24/18 25/24 27/2 28/22 28/23
 28/24 28/24 29/14
out [16]  5/22 12/14 12/18 12/25 14/20
 15/13 17/6 18/16 19/15 19/16 23/7
 25/9 25/13 25/23 26/1 27/12
over [4]  3/18 13/11 20/14 29/20
own [1]  14/19

## P

PAGE [1]  2/2
pages [3]  7/11 9/7 9/8
paper [2]  11/1 11/7
Parker [8]  3/7 3/25 4/25 5/19 7/17 8/6
 17/24 18/11
part [4]  4/10 10/4 10/6 21/12
parte [1]  16/9
participating [2]  21/6 21/11
particular [6]  9/4 11/23 12/17 15/1
 15/22 23/5
parties [8]  22/3 22/11 22/14 22/16
 22/21 23/2 26/10 27/13
parts [2]  21/18 25/11
party [2]  23/18 23/25

past [1]  11/12
path [2]  23/1 23/8
Paul [14]  3/22 3/24 6/21 8/13 8/14 9/20
 13/12 14/4 16/19 20/3 20/9 23/7 28/20
 29/6
Paul's [5]  15/21 18/3 18/7 19/20 23/13
payments [1]  10/15
PDF [2]  10/24 10/25
peek [3]  18/21 19/2 19/17
penalty [3]  12/4 24/7 25/21
pending [1]  25/14
people [3]  6/7 13/4 19/24
percentage [1]  25/19
perfectly [1]  17/7
perhaps [3]  18/4 25/19 26/4
period [2]  3/17 3/18
person [3]  14/7 16/9 16/10
personal [8]  10/3 12/9 13/17 14/11
 15/11 16/24 17/16 24/20
persons [1]  12/21
phase [15]  12/4 24/7 25/4 25/8 25/14
 25/18 25/20 25/21 25/22 26/7 27/20
 28/3 28/3 28/7 28/9
Phase One [3]  25/4 25/8 28/3
Phase Two [7]  25/14 25/18 25/20
 25/22 26/7 27/20 28/3
phases [1]  11/15
pick [1]  20/20
picture [1]  28/6
place [4]  8/16 10/10 18/5 20/12
plaintiff's [1]  25/12
plan [2]  20/2 27/25
plays [1]  28/5
please [2]  7/8 14/8
plus [1]  28/5
point [8]  10/3 12/2 15/21 16/6 16/9
 23/1 24/13 28/21
pointed [1]  12/18
pooled [1]  8/7
posed [1]  8/19
position [3]  10/1 15/13 27/16
Positively [1]  19/6
possessed [1]  14/16
possibility [1]  18/24
possible [4]  19/1 20/19 25/22 27/19
potential [1]  13/13
potentially [3]  15/3 26/7 26/9
Poydras [1]  1/21
precluded [2]  14/6 14/13
prefer [1]  23/21
preference [1]  10/7
prepared [3]  3/8 3/15 3/18
presence [1]  6/11
present [1]  11/19
pretrial [1]  11/14
pretty [1]  6/2
previous [1]  5/8
previously [3]  5/16 5/18 6/19
primary [1]  17/5
prior [1]  11/15
privilege [3]  7/16 7/18 7/20
probably [4]  4/23 6/22 11/7 25/9
problem [5]  7/25 9/4 11/10 23/16 27/17
proceed [1]  7/6
proceeding [1]  4/24
proceedings [4]  1/25 3/1 29/24 30/6
process [1]  9/19
produce [2]  9/15 22/20
produced [6]  5/20 13/20 17/11 18/5
 18/8 22/15

product [1]  15/16
production [3]  5/15 6/9 7/6
productions [2]  3/17 5/9
progress [1]  23/14
pronounce [3]  23/21 29/6 29/10
pronouncing [2]  23/13 23/25
pronunciation [2]  23/10 23/16
properly [1]  27/2
proposal [1]  15/14
proposed [1]  11/18
protect [1]  13/18
protecting [1]  14/1
protection [1]  13/19
protections [4]  10/9 12/5 12/24 14/10
protocol [1]  7/15
provide [4]  3/10 17/20 23/4 29/4
provided [5]  14/12 16/6 16/25 22/16
 22/18
provides [1]  12/23
providing [2]  23/2 29/3
PSC [5]  25/3 27/7 27/23
PTO [9]  11/17 11/18 11/20 12/2 12/6
 12/7 12/8 12/10 12/11
PTO 16 [1]  12/11
PTO 36 [8]  11/17 11/18 11/20 12/2
 12/6 12/7 12/8 12/10
punitive [5]  25/8 25/13 25/25 26/4 28/8
 28/12
punitively [2]  25/17 27/24
purpose [1]  14/22
purposes [2]  15/4 16/21
put [3]  10/9 13/3 15/12

## Q

queried [1]  8/7
queries [2]  8/10 8/19
question [9]  8/8 8/9 11/24 13/14 14/9
 16/19 17/12 18/6 21/15
questions [3]  3/11 8/18 19/1
quick [1]  3/10
quickly [1]  4/23
quiz [1]  29/16

## R

raise [1]  28/21
raised [7]  3/13 4/1 5/18 6/19 7/5 7/8
 10/8
random [1]  20/21
rather [1]  21/22
RE [1]  1/5
reach [2]  15/13 17/5
real [1]  24/13
really [8]  9/25 11/6 12/12 17/25 18/1
 18/23 26/16 26/23
reason [6]  11/17 15/24 17/15 21/19
 24/10 24/13
reasonable [3]  20/4 20/6 20/12
reasons [1]  17/5
receive [3]  8/8 8/20 15/11
received [2]  8/11 8/17
recently [3]  4/2 22/15 25/22
record [1]  30/6
recorded [1]  1/25
redact [5]  9/13 10/7 10/17 19/2 20/5
redacted [4]  19/5 19/9 19/10 19/12
redacting [3]  9/2 9/8 10/25
redaction [3]  9/16 9/24 10/2
reference [1]  9/25
reflects [1]  26/23

**R**

regard [1]  24/20
regarding [2]  8/9 18/13
relate [1]  12/3
relates [2]  4/1 15/6
reliably [1]  10/22
Rentals [1]  28/8
reply [1]  16/12
report [1]  3/20
Reporter [3]  1/20 30/3 30/10
reprocessing [3]  4/9 4/12 4/17
reproduce [1]  4/11
reproduction [2]  4/15 5/2
request [6]  15/14 17/22 18/9 18/9
 18/11 18/12
requested [3]  8/7 14/11 24/6
resident [1]  15/9
resolve [1]  8/15
resolved [3]  5/8 5/9 8/12
resolving [1]  8/21
respect [13]  4/4 4/6 4/9 8/16 9/24 10/3
 10/9 12/2 12/8 12/9 14/1 14/11 22/12
respond [5]  3/22 6/25 15/17 17/22 21/2
responded [1]  8/9
response [2]  8/11 18/8
rest [1]  22/21
restrictions [1]  14/1
retain [1]  14/25
revenue [2]  8/5 8/16
review [3]  5/14 22/2 22/22
revised [1]  7/17
RIG [1]  1/5
right [24]  8/4 8/21 9/6 9/17 10/11 10/20
 11/3 11/9 12/19 12/23 14/24 16/20
 17/4 17/7 18/18 20/25 22/6 22/14
 23/15 24/12 27/1 27/16 28/1 28/4
rolling [2]  3/4 3/17
room [1]  20/16
rule [5]  21/1 27/5 27/10 27/11 28/24
Rule 30 [1]  21/1
rules [1]  26/24
ruling [2]  24/8 26/9
rulings [4]  26/3 27/3 27/14 28/13
run [2]  10/13 13/17
rush [1]  5/23

**S**

said [4]  6/10 11/5 16/12 17/10
SALLY [1]  1/13
same [3]  11/1 21/8 21/15
sample [13]  3/6 4/2 4/6 4/10 4/11 4/16
 5/2 5/8 5/17 7/17 7/18 9/22 20/6
save [1]  11/6
say [12]  4/25 7/11 8/11 10/2 11/3 12/12
 18/23 20/17 21/12 23/17 24/16 27/25
saying [1]  23/20
says [4]  16/13 16/14 28/7 28/9
schedule [3]  5/19 7/10 24/21
scheduled [1]  22/22
scope [1]  15/5
second [2]  21/4 22/10
secret [1]  27/22
Section [1]  1/6
security [2]  10/14 18/3
see [7]  4/19 18/21 18/22 20/25 27/17
 28/6 28/15
seeking [1]  16/5 26/6 27/19
seems [2]  7/25 20/12
seen [3]  6/18 9/22 24/8
send [3]  7/9 7/22 12/15 12/24 19/7

19/8 19/9
sense [1]  3/8
sensitive [3]  13/18 13/20 18/2
separate [3]  28/5 28/11 28/14
serially [1]  10/13
serve [2]  23/3 23/5
serving [1]  23/9
set [2]  4/16 5/20
sheer [1]  14/15
shortly [1]  22/21
should [2]  10/9 23/24
shouldn't [1]  14/6
show [1]  16/13
SHUSHAN [1]  1/13
significant [1]  3/16
similar [2]  11/19 21/10
since [2]  21/6 21/13
site [2]  13/3 13/24
sitting [1]  10/21
situation [1]  8/23
slide [1]  23/18
small [5]  4/25 5/1 7/17 19/2 19/4
smaller [2]  5/13 5/20
snag [1]  6/3
so [39]
social [2]  10/14 18/3
software [2]  1/25 11/4
solely [2]  16/20 19/8
solution [2]  13/13 27/17
solve [1]  11/10
some [11]  4/8 4/12 6/3 14/5 14/20 18/1
 18/8 25/6 25/16 26/17 28/12
someone [3]  13/1 15/9 19/17
something [9]  12/4 15/4 19/14 19/19
 19/21 22/4 24/19 28/2 28/10
sometimes [2]  10/19 10/20
Sony [2]  12/18 12/23
soon [1]  20/18
sorry [3]  11/25 12/1 17/13
sort [2]  26/24 27/4
sound [1]  20/9
sounds [7]  4/18 8/3 20/4 20/15 21/25
 22/5 29/15
source [1]  16/6 20/1
sources [2]  17/9 19/23
speak [2]  29/20 29/21
speaking [1]  26/12
spelled [1]  29/7
SPILL [1]  1/5
spokesman [1]  8/24
staff [3]  3/14 5/25 9/5
stage [1]  4/24
stand [1]  8/5
standard [2]  11/14 16/14
standpoint [2]  12/15 25/12
stands [1]  22/14
start [3]  4/19 9/11 20/12
started [1]  9/14
state [9]  3/8 3/9 5/8 8/5 8/7 15/19
 17/25 18/13 18/14
state's [1]  3/19
statement [1]  7/9
states [2]  1/1 1/13 27/23 30/3
STATUS [1]  1/12
stenography [1]  1/25
step [1]  21/4
still [3]  22/12 25/14 25/18
stipulating [1]  21/17
stipulation [4]  21/6 21/7 21/10 22/1
stipulations [1]  21/21

strange [2]  27/10 27/11
streamlined [1]  6/15
stream [1]  8/10
Street [1]  1/21
stuff [1]  19/23
submit [1]  29/2
submitted [2]  15/2 17/1
subpoena [1]  23/5
subpoenas [2]  22/12 23/3
subsequently [1]  23/5
suggest [1]  4/14
suggested [3]  4/13 11/20 12/7
suit [1]  13/16
supposed [1]  15/23
sure [10]  5/24 9/2 9/6 11/16 13/9 15/18
 19/25 26/15 27/17 27/18
survey [2]  15/4 19/24
system [1]  10/17

**T**

table [1]  25/19
tailored [1]  15/23
take [7]  9/9 9/25 10/21 21/3 24/14
 25/17 28/7
taken [3]  5/18 22/19 27/2
taking [3]  7/18 10/21 26/24
talk [10]  5/19 7/16 13/8 13/10 14/4
 24/7 24/11 24/19 26/15 28/19
talked [2]  21/5 21/13
talking [4]  9/14 14/8 19/13 26/22
tax [3]  8/5 8/9 8/16
Tchoupitoulas [2]  23/17 23/21
team [1]  13/5
tech [1]  3/14
technical [2]  5/25 6/7
telephone [2]  1/12 7/10
tell [3]  5/12 17/23 18/22
tens [1]  10/13
tentatively [1]  20/17
terms [1]  3/19
test [1]  3/18
tests [1]  10/18
than [2]  11/7 17/9
Thank [4]  7/3 28/17 29/5 29/23
that [199]
that's [28]  3/20 4/23 6/1 6/3 6/5 6/6 6/9
 8/14 9/6 9/13 10/4 13/13 13/23 14/9
 15/24 16/11 16/12 16/22 18/6 18/19
 20/18 24/3 24/12 26/14 27/1 27/3
 29/17 29/19
their [9]  3/9 6/10 14/16 15/11 15/14
 16/6 17/8 18/2 28/23
them [19]  3/11 5/25 6/1 9/8 9/23 10/18
 10/22 12/16 13/8 13/11 15/15 16/10
 16/14 17/6 17/16 17/18 18/4 18/21
 21/22
themselves [1]  9/7
then [18]  3/15 3/17 6/17 7/16 8/2 10/8
 11/9 15/10 15/12 15/15 18/4 19/7
 19/15 19/18 19/25 23/4 26/1 28/12
there [24]  4/8 5/6 5/25 6/15 7/5 7/8
 8/19 12/14 18/11 18/12 19/16 19/19
 21/18 22/3 22/23 24/5 24/23 25/9 26/2
 26/3 27/3 27/18 28/12 28/13
there's [1]  6/3 7/12 24/13
thereafter [1]  3/16
these [14]  8/12 10/8 12/13 15/21 16/20
 16/25 17/15 17/20 17/22 17/25 18/8
 18/24 21/17 22/12
they [30]  3/13 4/19 4/19 6/7 6/12 11/19

## T

they... [24]  12/6 12/20 13/1 16/2 16/6
16/7 16/8 16/8 16/11 18/4 18/4 18/4
18/22 18/22 18/22 18/23 19/21 19/23
19/25 21/8 21/17 22/22 24/16 25/7
thing [5]  11/1 19/15 19/16 24/18 24/24
things [2]  10/20 12/25
think [36]
thinks [2]  6/9 19/18
Third [2]  2/8 22/7
Third-Party [2]  2/8 22/7
this [49]
those [12]  3/14 12/25 14/14 14/15 15/7
15/15 19/5 22/3 22/16 22/20 23/5
27/13
though [4]  6/13 12/5 23/14 25/10
thought [1]  20/11
thousands [5]  9/6 9/8 10/13 10/13
10/14
three [2]  11/15 16/7
through [5]  7/1 14/12 17/9 18/18 22/13
throughout [1]  13/16
throw [1]  27/7
Thursday [1]  25/2
tight [1]  20/15
time [13]  3/17 4/3 5/14 5/24 6/24 9/13
9/19 11/7 15/8 21/5 21/7 21/13 21/15
time-consuming [1]  9/19
timely [1]  27/8
today [5]  13/11 15/25 23/2 23/4 29/4
together [1]  24/22
tomorrow [1]  20/17
Toni [4]  1/20 30/2 30/9 30/9
took [1]  11/22
top [1]  3/16
topics [1]  21/2
total [3]  18/23 19/22 19/22
touch [1]  7/21
Tourist [1]  22/8
towards [1]  9/12
track [1]  9/10
training [1]  10/24
transcript [1]  30/5
transcription [1]  1/25
Transocean [2]  21/5 25/3
trial [4]  9/12 24/2 24/4 25/11
true [1]  30/4
trust [1]  18/16
try [3]  6/15 9/11 10/17
trying [1]  14/18
Tuesday [5]  4/3 6/6 7/2 8/8 20/14
Tusa [1]  1/20 30/2 30/9 30/9
two [21]  6/22 6/23 7/11 12/19 12/22
16/20 19/1 19/7 25/11 25/11 25/14
25/18 25/20 25/22 26/2 26/7 27/20
28/3 28/9 28/11 28/14
type [1]  14/1
types [1]  4/6

## U

unclear [2]  9/23 13/18
under [8]  11/14 25/18 25/19 27/11
27/24 28/7 28/8 28/10
understand [14]  4/8 7/14 9/3 9/17
10/11 11/4 12/3 12/10 13/17 13/22
13/24 14/10 14/18 14/24
understanding [5]  18/12 25/10 26/14
28/10 30/5
Understood [1]  29/13
unemployment [8]  12/21 14/21 15/2

16/2 16/5 16/18 18/16 24/21
unified [1]  25/11
UNITED [3]  1/1 1/13 30/3
unless [2]  6/3 8/1
unreliable [1]  10/19
until [1]  6/6
up [13]  8/4 9/15 13/3 14/7 18/7 19/23
20/11 20/25 20/25 21/16 24/14 24/14
26/8
update [2]  3/10 22/10
upon [1]  21/7
us [15]  4/11 6/22 6/24 9/15 10/21
11/20 14/2 15/10 15/12 16/1 20/4
22/15 22/18 24/6 24/11
use [7]  11/20 13/24 16/20 16/24 17/2
17/10 18/4
using [2]  1/25 15/21

## V

valid [1]  15/24
version [1]  11/2
very [10]  11/17 11/19 12/25 13/1 15/24
16/12 16/17 19/4 27/5 28/13
Visitors [1]  22/17
voiced [1]  5/16

## W

want [23]  3/22 5/15 5/23 5/23 10/5
16/8 16/15 17/13 18/22 18/23 19/21
19/24 19/24 21/3 22/5 23/7 24/3 24/16
24/19 25/7 25/15 28/9 29/9
wanted [5]  14/25 15/3 21/14 24/25
28/21
wants [4]  14/21 19/21 24/1 28/15
was [24]  4/3 4/4 4/8 4/9 11/3 11/19
12/4 12/4 12/8 12/11 14/16 14/16
14/25 15/9 18/9 18/11 18/12 18/12
20/11 21/1 21/2 28/2 28/3 28/25
Water [1]  24/7
way [7]  4/24 13/24 16/23 17/2 18/20
26/23 27/4
we [155]
week [1]  13/11
welcome [1]  28/18
well [15]  3/3 5/12 10/23 12/6 13/10
13/18 14/5 17/12 18/6 21/22 23/19
25/17 27/9 27/25 29/20
were [4]  4/11 10/22 18/16 22/18
what [26]  4/4 4/14 5/12 7/9 9/23 10/2
10/6 11/3 12/8 12/12 13/3 13/12 14/8
14/18 14/22 17/15 17/20 17/21 18/21
19/13 25/13 26/6 26/9 26/22 28/13
28/19
what's [2]  20/6 20/25
when [4]  4/25 5/20 9/14 28/14
where [6]  3/19 13/23 14/19 18/7 28/6
28/12
whether [9]  4/16 13/6 19/20 19/21
22/23 25/15 25/16 26/7 27/20
which [14]  5/14 6/18 9/7 12/11 15/15
16/9 18/7 18/9 21/12 25/11 25/14 26/3
27/15 28/11
whichever [1]  23/21
while [2]  16/4 25/25
who [3]  14/25 16/8 28/24
who's [1]  16/5
whose [1]  14/11
why [11]  6/5 7/1 9/2 9/14 13/18 14/22
16/12 17/18 20/5 20/13 24/3
will [42]

window [1]  12/25
without [3]  9/15 19/5 26/12
witnesses [1]  28/24
won't [2]  10/20 29/20
wondering [1]  19/20
words [3]  23/16 24/2 29/10
work [4]  15/16 21/23 23/22 29/14
workarounds [2]  4/12 4/17
working [8]  8/15 21/9 21/20 22/1 22/12
23/13 26/17 28/22
works [3]  20/2 26/23 27/4
worries [1]  7/22
would [48]
wouldn't [1]  11/6
wrong [3]  10/12 11/13 11/16

## Y

yeah [7]  14/18 19/10 23/19 25/1 26/11
27/5 27/10
year [2]  23/13 29/22
Yep [2]  13/7 25/5
yes [8]  3/23 18/25 19/3 20/17 21/3 22/9
23/11 24/24
yesterday [1]  8/9
yet [1]  8/17
York [1]  27/6
you [96]
You're [3]  11/3 12/23 28/18
your [34]
Your Honor [17]  3/23 5/4 6/21 7/4 7/14
12/1 12/10 14/9 16/22 17/14 18/10
20/3 20/10 22/4 22/9 26/21 29/19
yourself [1]  5/17
yourselves [1]  6/19