<pre>
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   IN RE:  OIL SPILL BY THE OIL RIG   *   10-MD-2179
                 DEEPWATER HORIZON IN THE   *
 6               GULF OF MEXICO ON          *   Section J
                 APRIL 20, 2010            *
 7                                          *   December 18, 2014
                                            *
 8   Applies to:  10-4536                  *   New Orleans, Louisiana
                                            *
 9   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

10

11               TELEPHONE STATUS CONFERENCE BEFORE
                      THE HONORABLE SALLY SHUSHAN
12               UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20
     Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
21                                    500 Poydras Street, B-275
                                      New Orleans, Louisiana 70130
22                                    (504) 589-7778

23

24
     Proceedings recorded by mechanical stenography using
25   computer-aided transcription software.
</pre>

1

<u>I N D E X</u>

2                                                    <u>PAGE</u>

3    Experts - Daubert                        3

4    Experts - Errata Sheets                  4

5    Exhibits                                 5

6    Pretrial Stipulations                    7

7    Deposition Bundles                       7

8    Motions in Limine                        8

9    Video Clips                              8

10   Technical Walk-Through                   8

11   Opening Statements                       9

12   Final Pretrial Conference               11

13   Color-Coded IDs                         12

14   Attorneys in Courtroom                  12

15   Court Reporter Requirements             15

16   Overflow Courtroom                      16

17   FTP Site                                16

18   Jury Room                               19

19   Final Marshaling Conference             20

20   Objections to Exhibits                  21

21   Miscellaneous Items                     22

22

23

24

25

**<u>PROCEEDINGS</u>**

**(December 18, 2014)**

1  12:53

2  12:53

3  01:06    THE COURT:  Good afternoon everybody.  How are you

4  01:06  doing?

5  01:06    MS. HIMMELHOCH:  Good afternoon, Your Honor.  Well.

6  01:06  How about yourself?

7  01:06    THE COURT:  Good, good, good.  Coasting into the

8  01:06  holidays.

9  01:06    MS. HIMMELHOCH:  I'm not sure I would describe what

10  01:06  we are doing as coasting.

11  01:06    THE COURT:  Well, that's why I gave you a moment to

12  01:06  contemplate that comment.  By the way, we aren't coasting over

13  01:06  here either, if it makes you feel any better.

14  01:07    Okay.  So let's see what we have got going,

15  01:07  guys.  We have a lot of pending motions, huh?

16  01:07    MS. HIMMELHOCH:  Yes, Your Honor.

17  01:07    THE COURT:  Okay.  Let me see.  I'm going through

18  01:07  them now to see if there's any I want to talk to you about, and

19  01:07  I don't think there are.

20  01:07    As you all know, Judge Barbier will read in

21  01:07  advance the *Daubert* reports but will not rule on them until

22  01:07  trial, I don't think.  He may find one or two that really catch

23  01:07  his attention, but I don't think you can count on it.  Okay?

24  01:07    MS. HIMMELHOCH:  Understood, Your Honor.

25  01:07    THE COURT:  Let's talk about the prospect of the

01:07    1    errata sheets.  Is there any update on that?

01:07    2            MS. HIMMELHOCH:  Do you mean the errata sheets for

01:07    3    the experts?

01:07    4            THE COURT:  Yes.  I'm sorry.  I should have been more

01:08    5    specific.

01:08    6            MR. O'ROURKE:  Your Honor, this is Steve O'Rourke.

01:08    7    We served a pleading that had errata sheets for three expert

01:08    8    reports.

01:08    9            THE COURT:  Okay.

01:08   10            MR. O'ROURKE:  One of them seems to be of no import,

01:08   11    I think.  Two of them happen to be related to the *Daubert*

01:08   12    motions.  One was an expert named VanHaverbeke and the other

01:08   13    one was --

01:08   14            MS. HIMMELHOCH:  Oh, also Rice.

01:08   15            MR. O'ROURKE:  -- for Dr. Rice.

01:08   16            (Interference on telephone connection.)

01:08   17            MR. O'ROURKE:  -- talked about those problems that

01:08   18    were pointed out in the depo where we had served the errata.

01:08   19    So I would guess that if there is an errata sheet issue, it is

01:08   20    the *Daubert* issue, and probably there is nothing else to be

01:08   21    done except to wait and see whether the judge thinks that the

01:08   22    errata and the *Dauberts* were a problem.

01:08   23            THE COURT:  Okay.  BP, do you want to comment?

01:09   24            MS. KARIS:  Hi, Your Honor.  This is Carrie.  We are

01:09   25    in the process of reviewing those.  Steve is correct that there

01:09
01:09
01:09
01:09
01:09
01:09
01:09
01:09
01:09
01:09
01:09
01:09
01:10
01:10
01:10
01:10
01:10
01:10
01:10
01:10
01:10
01:10
01:10
01:10
01:10

1    are *Daubert* motions related to those corrections.  However, we

2    think there are issues with the corrections that cannot be

3    cured just with a *Daubert* motion.

4            **THE COURT:**  Okay.

5            **MS. KARIS:**  So we will promise to get back to the

6    Court by next week, if that's okay, with any additional

7    concerns, but we don't think *Daubert* necessarily resolves it.

8            **THE COURT:**  Okay.  Good.

9                Whoever is by the speakerphone that is shuffling

10   paper, if you could maybe move away from the speaker because

11   our court reporter is having trouble hearing.  Thanks.

12               Okay.  Let's see.  Anything to discuss on

13   exhibits or exhibit lists?  You all, I know, want to delay the

14   December 19 deadline.  I'm going to get to all the delays that

15   you are requesting as a separate item.  Besides that, anything

16   else?

17           **MS. HIMMELHOCH:**  Your Honor, Brandon is going to

18   raise one issue with you.

19           **THE COURT:**  Okay.

20           **MR. ROBERS:**  Brandon Robers.  The parties have been

21   working together to try to resolve how to handle the issue of

22   orphan exhibits, and I think we have come to an agreement that

23   that process should be handled posttrial.  We are still working

24   on the details of how that would work, that is, the number of

25   exhibits and whether those exhibits could have objections

01:10    1    associated with them or not.

01:10    2            We may try again in the next couple of days to

01:10    3    try to resolve it, but I wanted to raise it for you now so that

01:10    4    you are aware that you may have this issue presented by e-mail

01:10    5    over the next couple of days and also to see if it makes sense

01:11    6    to you that this is an issue that will be handled posttrial

01:11    7    rather than pretrial, in the interim between the objections

01:11    8    that will be served on the 16th and the start of trial.

01:11    9            THE COURT:  Do you all agree posttrial is the best

01:11   10    way to do that or no?

01:11   11            MS. KIRBY:  Your Honor, this is Ky Kirby.  I think

01:11   12    that's fine.

01:11   13            THE COURT:  Okay.  Carrie?

01:11   14            MS. KARIS:  Yes, that sounds fine, Your Honor.

01:11   15            THE COURT:  Okay.  So let's agree it will be

01:11   16    posttrial.  It makes sense to me because you all will know what

01:11   17    went into evidence and whether you need any orphans or not.

01:11   18            I recently read one of the transcripts where

01:11   19    Sarah was trying to explain to Judge Barbier what an orphan

01:11   20    exhibit was.  I got a good laugh out of it, Sarah.

01:11   21            MS. HIMMELHOCH:  Good, good.  I'm glad.  We have to

01:11   22    get some laughter.

01:11   23            THE COURT:  Well, you have to admit we come up with

01:12   24    some concepts that, unless you're working through it, a

01:12   25    visiting attorney or judge would really think we were nuts,

huh?

MS. HIMMELHOCH:  Well, given the number of stuffed animals we have purchased in order to signify the orphan tracks, I would say it is a complex issue to demonstrate.

THE COURT:  Exactly.  All right.  So, yeah, let's agree that you all continue to work through the issue but that the issue will be ultimately resolved after the trial.

Okay.  So let's see.  You all have reported that there was a possibility of one more stipulation being submitted by the 9th.  I did not see a stipulation come in.  Did I miss it?

MR. O'ROURKE:  I think you missed it, Your Honor. This is Steve.

THE COURT:  Whoops.

MR. O'ROURKE:  It was between Anadarko and the U.S.

THE COURT:  Oh, good.

MR. O'ROURKE:  Tom filed it on the docket.

THE COURT:  Okay.  Well, thank you.  I will go back and find it.  No worries.

MR. O'ROURKE:  It's a short list of Anadarko's prior violations of the Clean Water Act.  There's 13, or 10 of them, or something like that.

THE COURT:  Okay.  No worries.  I will find it.

Deposition bundles came in and we have them uploaded and ready to start review, so that's all taken care

1    of.

2            We have also got a bunch of motions in limine.

3    I have spoken to Judge Barbier.  He will have looked at motions

4    in limine and will let you know if he wants oral argument on

5    any of them at the pretrial.

6            It looks like video clips are on track.

7            MS. HIMMELHOCH:  Yes, Your Honor.  We have also, I

8    think, agreed to time frames for objections to those, which I

9    think we will submit to you shortly.

10            THE COURT:  Okay.  Good, good.

11            The technical walk-through, I understand, went

12    off fine.  Have you all got any issues you want to raise with

13    that?

14            MR. O'ROURKE:  Well, all of our lawyers were there

15    and so we know it went well.

16            THE COURT:  I won't comment.

17            MR. O'ROURKE:  That's a little joke.  We weren't

18    there.

19            THE COURT:  No, I know you weren't there.  I would

20    have heard about it because I left instructions if any of the

21    lawyers show up, kick them out.

22            MR. BROCK:  He would still be sitting with the

23    marshal, Your Honor, if he had appeared.

24            THE COURT:  Exactly.  I do understand from Steve

25    Munster of our IT Department that everything went fine and we

1   are ready to roll.

2          **MS. HIMMELHOCH:**  That's the report I received as

3   well, Your Honor.

4          **THE COURT:**  That's good.

5            Let's talk about opening statements again.  So

6   Judge Barbier seems to be -- I wouldn't say the word is *worried*

7   about this.  I guess it's *alert*.  Last time I ran into him he

8   says he thinks opening statements are totally useless and

9   painful.  If they are being done for the press and the public,

10   you can either send out press releases or your pretrial

11   statements and accomplish a lot.  But if you insist on doing

12   opening statements, he would like to do one hour for each side.

13   So I guess that's a little further guidance, huh?

14          **MR. BROCK:**  Yes.  I think we had planned on, if I

15   recall correctly, an hour and 40 minutes.  Of course, on the

16   defense side, there are two openings to be made, and we had

17   agreed on a division of time.  If we are moving at the

18   instruction of the Court to an hour, we will need to --

19          **THE COURT:**  Reallocate.  Mike, let me ask you, what

20   in opening are you going to say that you are not going to say

21   in your pretrial statements of December 19?

22          **MR. BROCK:**  From the perspective of our opening, I

23   think -- look, the last thing I want to do is to interact with

24   the judge for an hour in a setting that he finds to be useless.

25   It may reflect on some of the work I have done previously in

1    this case.

2         THE COURT:  No, no, no.  Mike, I don't mean to

3    interrupt.  It's not derogatory in any way.  I think he thinks

4    that they are very useful in jury trials, but that he is going

5    to know the case and be prepared to take evidence in this case

6    and in all judge cases that he conducts.  So I don't want you

7    to take offense in any way, but that's just generally how he

8    feels.

9         Continue.  I didn't mean to interrupt.

10        MR. BROCK:  That's fine.  I do think openings will be

11   helpful here, at least from our perspective, to give the judge

12   an overview of the case, the way in which the eight factors fit

13   together.  I don't expect that in our opening we will march

14   through all eight, but I think there are a few that are very

15   important to this trial and introducing in a narrative, for the

16   benefit of the judge, how some of these fit together and

17   orienting him to a few of those things will be helpful.  Some

18   of that will be in our 10-pager, but, of course, it's just not

19   possible to build it out in the way that we would like to with

20   an opening.

21        THE COURT:  Gotcha.

22        MR. BROCK:  I will say that I don't think in the

23   interaction that I have had with the government and Anadarko

24   that I have detected any grandstanding from them.  I certainly

25   hope the Court doesn't feel that way about BP's approach to

01:18  1   these because that's certainly not what we would have in mind.

01:18  2          THE COURT:  No.  And listen, it's not accusatory in

01:18  3   any way.  He just is going to be prepared for the trial.  If

01:18  4   you all want the time, you have got it.

01:18  5          Now, if you all wouldn't mind, if you would hold

01:18  6   on, I need to go swear a witness in and I will be back

01:18  7   momentarily.  Okay?  Thank you.

01:18  8          (Off the record.)

01:21  9          THE COURT:  Okay, guys.  Sorry about that.  I'm on

01:22  10  criminal duty this week, so we have to take care of that kind

01:22  11  of stuff.

01:22  12         Are we finished with opening statements?  And

01:22  13  really, guys, no criticism of prior openings, I promise you.

01:22  14         MR. O'ROURKE:  Well, Your Honor, I did an opening,

01:22  15  and I can tell you it was painful and a waste of time.

01:22  16         MS. HIMMELHOCH:  His colleagues disagree, Your Honor.

01:22  17         THE COURT:  I wasn't there for it, so I'm falling for

01:22  18  it.  Okay.  Steve, if you tell me it was painful and a waste of

01:22  19  time, I believe you.

01:22  20         MS. HIMMELHOCH:  Your Honor, we are fine with the one

01:22  21  hour, the reduction to an hour.

01:22  22         THE COURT:  All right.  Now, we have reset the

01:22  23  pretrial conference for Wednesday, January 7, at 2:00 p.m., and

01:22  24  I just wanted to remind everybody, with the joint agenda coming

01:22  25  over on Tuesday, December 30.  Everybody has got that on the

1   calendar, huh?

2           MS. HIMMELHOCH:  Yes, Your Honor.

3           MS. KIRBY:  Yes, Your Honor.

4           THE COURT:  Okay.  Now, here's a disadvantage to

5   those people who are not United States government employees.

6   As you all remember, the U.S. people will be coming in with

7   their IDs.  If the other parties want to put together a little

8   tag that shows that you are with the MDL case, our court

9   security will be instructed, if there is a line, to put you at

10  the front of the line to come through security.  Last time,

11  it's my recollection the PSC did that.

12          MR. LANGAN:  I think we have a bunch of red badges

13  still around, or a few of them at least, Your Honor.  It's

14  Andy.

15          THE COURT:  Andy, do you want to take a head count of

16  the number of people for the other party, meaning Anadarko and

17  yourself, and just do more red badges?

18          MR. LANGAN:  Yeah, I can work on that.

19          THE COURT:  Since you don't have a seating chart, you

20  might as well.

21          MR. LANGAN:  Okay.

22          THE COURT:  Okay.  Now, here's one.  Judge Barbier

23  caught a look at the number of attorneys that are coming into

24  the courthouse.  He is not going to try to restrict that, but

25  he does want to restrict the number of attorneys that are in

01:24  1    the courtroom at any one time.  Have you all thought about

01:24  2    that?

01:24  3            MR. O'ROURKE:  Your Honor, it's possible that he was

01:24  4    misled by our list, which was predominantly people from our

01:24  5    contractors who are going to be bringing boxes and things in

01:24  6    and out of the courtroom.

01:24  7            THE COURT:  I gotcha.  All right.

01:24  8            MR. O'ROURKE:  Our list has like 25 people on them

01:24  9    and a whole bunch of those are computer people, paralegals, and

01:24  10   so on.

01:24  11           THE COURT:  Okay.

01:24  12           MR. O'ROURKE:  I think we generally kept something on

01:24  13   the order of five lawyers, four or six lawyers at the table,

01:24  14   and that would be our intention this time too.

01:25  15           THE COURT:  Fine.

01:25  16           MR. O'ROURKE:  He didn't seem to object last time

01:25  17   that we had too many lawyers examining.  I think that's

01:25  18   probably --

01:25  19           THE COURT:  Yeah, I think that's right.  I think he

01:25  20   just didn't want the courtroom to be filled with parties'

01:25  21   attorneys rather than if the press or the public want to

01:25  22   attend, allowing them seats in the courtroom.

01:25  23           MR. LANGAN:  Your Honor, it's Andy.  It won't be an

01:25  24   issue for us, and I'm sure Mike and Carrie would agree.  Is

01:25  25   there any plan to reserve, besides the media row, maybe a row

01:25
01:25
01:25
01:25
01:25
01:25
01:25
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26
01:26

1   in front for other MDL 2179 parties, something like that?

2           THE COURT:  Yeah.  I thought you all were going to

3   take the jury box.  Do you need more than that?

4           MR. LANGAN:  Your Honor, it's Andy again.  I think

5   what we talked about was that Anadarko and BP would take the

6   jury box side of the courtroom, including the table, and that

7   the U.S. would have what is usually the defense table, I guess.

8   I don't think we talked about letting the jury box be for like

9   Alabama or Louisiana or anything.  I would have thought that

10  would have been for Anadarko and BP, but we can certainly talk

11  about that.

12          THE COURT:  No, no.  I'm sorry.  I misunderstood.

13  You are talking about the jury box being for the defendants and

14  then reserving a row or so for other MDL litigants?

15          MR. LANGAN:  That's one approach.

16          THE COURT:  Okay.  I can do it.

17          MR. LANGAN:  Okay.  Thank you, Your Honor.  And

18  obviously we know probably he will want to do as he has done in

19  the past, have a media row or two, right?

20          THE COURT:  Yes.  We are going to have the same media

21  row.  So that as you walk into the courtroom to the right, the

22  first two rows will initially be reserved for media.  We figure

23  that will last about two days and then we will take one row

24  away.

25          MR. LANGAN:  It depends on how interesting the

01:26  1    openings are, maybe.

01:26  2            THE COURT:  That's right.  Exactly.  I still figure

01:26  3    after two days we will take one row away.

01:27  4            MR. BROCK:  The courthouse is going to fill up after

01:27  5    the opening statements.  We are just going to spread far and

01:27  6    wide.

01:27  7            THE COURT:  We are going to need more overflow rooms,

01:27  8    huh?

01:27  9            MR. LANGAN:  It's going to be like *Field of Dreams*.

01:27  10           THE COURT:  I like it.  I like it.

01:27  11               Okay.  Let's see what we have got.  Reminder on

01:27  12   court reporters that they get the flash drive of the morning

01:27  13   and afternoon exhibits.  Has that been worked out, guys?

01:27  14           MS. HIMMELHOCH:  I think we have discussed it.  I

01:27  15   don't think we have finally nailed it down, but it will be by

01:27  16   trial.

01:27  17           THE COURT:  Cool.

01:27  18           MR. LANGAN:  Along with the glossary, Your Honor,

01:27  19   which we are working on.

01:27  20           THE COURT:  Exactly.  No worries with giving the

01:27  21   court reporter the expert report as the expert takes the stand,

01:27  22   huh?

01:27  23           MS. HIMMELHOCH:  No issue at all from our

01:27  24   perspective.

01:27  25           THE COURT:  Good.  That takes care of that.

1   **MS. HIMMELHOCH:**  Your Honor, can I just catch Andy

2   for a second on the glossary?  We were planning on having our

3   portion of the glossary prepared by January 9 and sending it

4   over if we hadn't seen your draft yet.  Does that work for you?

5   **MR. LANGAN:**  Thank you, Sarah.  I have no doubt that

6   we can coordinate and produce something before January 9.

7   **MS. HIMMELHOCH:**  Okay --

8   **THE COURT:**  Good.

9   **MR. LANGAN:**  -- and coordinate with you on that

10  before we send anything to the Court.

11  **MS. HIMMELHOCH:**  Okay.

12  **THE COURT:**  Perfect.  All right.  As I said, we will

13  have one overflow courtroom available.  But if Mike is correct,

14  we can always ramp up from there.

15          Let's see.  We have talked about the FTP site,

16  but have we agreed to when exhibits will be posted and when

17  bundles will be posted?

18  **MS. HIMMELHOCH:**  I thought it was the business day

19  after they were admitted.

20  **THE COURT:**  Everybody agrees?

21  **MR. NOMELLINI:**  Your Honor, it's Mark.  I think that

22  the timing was -- I would have to go back and check, but I

23  think we agreed to do it following the order how we did it in

24  Phase One and a Phase Two.

25          Peter, correct me if I'm wrong on that.  I think

01:29
01:29
01:29
01:29
01:29
01:29
01:29
01:29
01:29
01:29
01:30
01:30
01:30
01:30
01:30
01:30
01:30
01:30
01:30
01:30
01:30
01:30
01:31
01:31
01:31

1    that was on Friday, right, Peter?

2              MR. BARTOSZEK:  This is Peter Bartoszek.  In

3    Phase One we did it after marshaling conferences, so I think

4    that it did end up happening on Fridays.

5              THE COURT:  Right.

6              MR. BARTOSZEK:  Given that I think there is only one

7    planned marshaling conference here, I don't know if we want to

8    hold and postpone until the exhibits are done, ready, and

9    everything goes up at once, or if there's a different desired

10   approach.

11             THE COURT:  Well, I had looked at the Phase Two final

12   pretrial -- and you all check me on this, Peter or Mark.  Check

13   me on this and just pop me an e-mail.  It's my recollection

14   that the bundles were introduced by the plaintiffs the first

15   week of trial and posted.

16             MS. HIMMELHOCH:  That's correct, Your Honor.

17             THE COURT:  And it was subject to the objections that

18   had been lodged, and we had a disclaimer on the website

19   relative to that, if I remember correctly.  If you hold on, I'm

20   going to give you that transcript number.

21                  Of course, my copy of the transcript does not

22   have a docket number on it, but --

23             MS. HIMMELHOCH:  Just a date will do, Your Honor.

24             THE COURT:  The date is Wednesday, September 11,

25   2013.  Let me see if I have it marked.  I think it starts,

01:31   1   guys, on about page 35 or so where we are talking about
01:31   2   admitting things.  Why don't you all take a look at that and
01:31   3   see if on the exhibits we can reach an agreement.  I think on
01:31   4   the deposition bundles they come in at the start of each
01:31   5   party's presentation.
01:31   6          Is that right, Sarah?
01:32   7          MS. HIMMELHOCH:  That's what happened in Phase One
01:32   8   and Phase Two.
01:32   9          THE COURT:  Right.
01:32  10          MS. HIMMELHOCH:  I guess the question would be for
01:32  11   those that more than one party designated, the plaintiffs would
01:32  12   take care of those.  There are any number that both the U.S.
01:32  13   and BP or U.S. and Anadarko listed.
01:32  14          THE COURT:  Right.
01:32  15          MS. HIMMELHOCH:  Those come in when the U.S. offers
01:32  16   them.
01:32  17          THE COURT:  Correct.  We are not going to divide them
01:32  18   up.  The whole bundle will come in with everybody's
01:32  19   designations.  Then once they are offered, they can go up on
01:32  20   the site.
01:32  21          Then why don't you look at the exhibits.  I
01:32  22   think what Judge Barbier said, if it was clearly admitted, they
01:32  23   could go up.  See if that meets with your approval.  If it
01:32  24   doesn't, let me know what you would rather do and we can
01:32  25   fashion something.

01:32   1          Okay.  So you will see also that he liked the
01:32   2   call-outs last time, remember, where we gave him the paragraph
01:32   3   from the page that you're working from.  So, for example -- and
01:33   4   that's right before the citation I just gave you.  That's on
01:33   5   page 29 or so.  So he liked that a lot, and so I assume you all
01:33   6   are just planning the same thing for the call-outs.
01:33   7          Let's see.  Judge Barbier's jury room, he noted
01:33   8   for me that last time he believes that the plaintiffs steering
01:33   9   committee took the lead on keeping that stocked.  Do we have a
01:33  10   volunteer for the jury room?  I think Ky volunteers for that.
01:33  11          MS. KIRBY:  I'm not sure what it was stocked with.  I
01:33  12   thought each party had its own stuff.
01:33  13          THE COURT:  Well, you have your own stuff in your war
01:33  14   rooms.  But if you have a brief break and you want to go into
01:33  15   the jury room, I think everybody found that helpful last time.
01:34  16          I think, Mike, you certainly did, huh?
01:34  17          MR. BROCK:  I did.  What I really enjoyed is that the
01:34  18   PSC was stocking it and I was able to go in and get a cup of
01:34  19   coffee on them, so I really appreciated that.
01:34  20          THE COURT:  A cup of coffee.  And if the PSC had
01:34  21   anything to do with it, it was probably high caloric as well,
01:34  22   huh?
01:34  23          MR. BROCK:  It might have been.  We can work together
01:34  24   to get that set up.
01:34  25          MS. KIRBY:  Just tell me what we need.

01:34  1      **THE COURT:**  It doesn't have to be fancy.  It's just a
01:34  2  quick break room is all it is.
01:34  3      **MR. BROCK:**  We had coffee in there.  There were some
01:34  4  soft drinks as well as crackers and such.  We have some things
01:34  5  that are down on the first floor.  We can move some things up
01:34  6  and accommodate on that.
01:34  7      **THE COURT:**  Cool.  Thank you.
01:34  8      **MR. O'ROURKE:**  When the PSC was running it, the
01:34  9  defendants' coffee was decaf.
01:34  10     **THE COURT:**  What can I tell you?  I won't comment on
01:35  11  that either.
01:35  12         We have the final marshaling conference.  We
01:35  13  have moved it from February 19 to February 24, realizing that
01:35  14  February 19 is Mardi Gras week, so I hope you don't mind that
01:35  15  change.  If that does not fit anybody's calendar -- first of
01:35  16  all, as you well know, you all don't need to come in for that.
01:35  17  You can have one marshaling person per party.
01:35  18         Peter and Mark, you all know that it works just
01:35  19  fine with two or three people, huh?
01:35  20     **MR. NOMELLINI:**  Exactly, Judge.
01:35  21     **MR. BARTOSZEK:**  Yes, indeed.
01:35  22     **THE COURT:**  Please don't plan on everybody coming for
01:35  23  it.  Give us a designee, and we will work through it and it
01:35  24  will be real easy.
01:35  25     **MS. HIMMELHOCH:**  When it was on Mardi Gras, we were

01:35
01:35
01:35
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:36
01:37
01:37
01:37
01:37
01:37
01:37
01:37

1    all thinking of coming.  Now we will rethink.

2            THE COURT:  Good luck on getting a hotel room.

3    Anyway, we will do it at 2:00 p.m. on Tuesday, February 24.

4            Let's see.  I think that brings me through my

5    agenda.  Do you all have anything else you -- oh, no, it

6    doesn't.  We have to get to the Peter e-mail.

7            Right, Peter?

8            MR. BARTOSZEK:  That's right, Your Honor.

9            THE COURT:  I'm sorry.  I told you I would get to it

10   and I lied.  Peter, the only thing I was worried about was how

11   close we were to the trial date.

12           I have no problem extending anything that you

13   all agree to, but the volume of objections to exhibits, does

14   anybody have any idea of what we are talking about?

15           MS. HIMMELHOCH:  About on the order of what we had in

16   Phase Two.

17           MR. BARTOSZEK:  Yeah.  It is substantial, but I think

18   that with no meet-and-confer period, the objections are filed

19   and they are done with.  I suppose we could, Your Honor -- and

20   actually thinking about it some more, I think we may have

21   initially thought of doing it a week prior, on the 9th.  We

22   could certainly move it, I think, a week earlier if that would

23   make Your Honor comfortable.

24           THE COURT:  No.  I guess I'm just trying to remember

25   what we are doing relative the objections.  They are just going

01:37　　1　to be filed.  If one of these exhibits is used at trial, we

01:37　　2　will get a live objection or -- remind me of the procedure.

01:37　　3　　　　　　　MS. HIMMELHOCH:  Yes.  It's simply a preservation of

01:37　　4　objections.

01:37　　5　　　　　　　THE COURT:  Correct.

01:37　　6　　　　　　　MS. HIMMELHOCH:  If one of the documents is objected

01:37　　7　to on the exhibit list, has an objection listed, it may be

01:37　　8　objected to at trial.

01:37　　9　　　　　　　THE COURT:  Gotcha.  Then I'm fine with it.

01:37　10　　　　　　　Go ahead, Peter.  I'm sorry.

01:37　11　　　　　　　MR. BARTOSZEK:  Just in addition to what Sarah said,

01:37　12　those objections are all -- you know, depending on how we

01:38　13　resolve the orphan exhibits, those would be the objections that

01:38　14　determine whether an exhibit is objected to or not objected to,

01:38　15　among other objections.

01:38　16　　　　　　　THE COURT:  Fine.  All of these suggested dates are

01:38　17　fine.

01:38　18　　　　　　　That's all I have.  Does anybody have anything

01:38　19　else they want to talk about?

01:38　20　　　　　　　MS. HIMMELHOCH:  Your Honor, I have two items, both

01:38　21　of which I think are short.  One is to put, I think, on

01:38　22　everybody's radar to think about -- I don't think it can be

01:38　23　resolved today -- how are we going to handle the issue of

01:38　24　material that BP or Anadarko continue to contend are Coke

01:38　25　formula confidential at trial.

|       |                                                                              |
|-------|------------------------------------------------------------------------------|
| 01:38 | 1  They have maintained a large amount of those                              |
| 01:38 | 2  sorts of confidentiality claims in the process as we have been            |
| 01:38 | 3  going through the -- I'm sorry, Judge Barbier -- going through            |
| 01:38 | 4  our "deconfidentializing" procedure.  I know he hates that                |
| 01:39 | 5  word, but I can't think of another one.                                   |
| 01:39 | 6  What is the procedure going to be when we get to                          |
| 01:39 | 7  trial in terms of how we handle the issue of BP or Anadarko has           |
| 01:39 | 8  continued to assert confidentiality, United States may or may            |
| 01:39 | 9  not agree with that, but we are about to use confidential                 |
| 01:39 | 10  information?  Is there a deadline by which BP and Anadarko will         |
| 01:39 | 11  finally tell us exactly what they consider Coke formula, needs          |
| 01:39 | 12  to clear the courtroom, that kind of thing?  We need to work            |
| 01:39 | 13  that out.                                                                 |
| 01:39 | 14  THE COURT:  Yeah.  Let's talk about that.  Did we use                   |
| 01:39 | 15  any Coke formula documents in Phases One and Two?                        |
| 01:39 | 16  MS. HIMMELHOCH:  Not in Phase Two, and my                               |
| 01:39 | 17  understanding was that the Coke formula objections in Phase One         |
| 01:39 | 18  were resolved and the courtroom never did have to be cleared.           |
| 01:39 | 19  THE COURT:  That's my recollection.  So let's talk                      |
| 01:39 | 20  about -- we are not going to make any decisions today, but who         |
| 01:40 | 21  wants to speak to that?  Andy?                                           |
| 01:40 | 22  MR. LANGAN:  Your Honor, I do think it's something we                   |
| 01:40 | 23  should talk about.  I would like to highlight one issue that we         |
| 01:40 | 24  are facing in this phase and that is as follows.                         |
| 01:40 | 25  In one of our expert reports, one of our experts                        |

01:40  1   refers to the presentments that were made by the various

01:40  2   states, including the State of Alabama, and makes reference to

01:40  3   the amount of those presentments.  We, of course, took note of

01:40  4   the fact that Corey and the State of Alabama attorney general

01:40  5   were quite concerned about maintaining confidentiality about

01:40  6   the amount of their presentment.  So out of an abundance of

01:40  7   caution, we thought we better maintain redaction of at least

01:40  8   the amount, if not the fact of the presentment, from that one

01:40  9   expert report.

01:40  10            There may be other issues like that too, but we

01:41  11  certainly didn't want on our end, given the position Corey has

01:41  12  staked out about that, to be the ones to unseal that

01:41  13  information, just to take one example, and there may be others.

01:41  14            THE COURT:  Right.  I don't think the fact of the

01:41  15  presentment is a problem.

01:41  16            MR. LANGAN:  Right.

01:41  17            THE COURT:  I don't ever recall Corey saying that was

01:41  18  a problem.

01:41  19            MR. LANGAN:  No, no.  We didn't redact that.

01:41  20            THE COURT:  I have no problem with keeping the amount

01:41  21  confidential and giving Judge Barbier the unredacted report.

01:41  22  That's no problem.  But if there are others like that, do you

01:41  23  agree that we should set a date by which you and Anadarko

01:41  24  declare yourselves and let the U.S. either agree or raise the

01:41  25  issue with me to get it resolved and not have the problem of

| | | |
|---|---|---|
| 01:41 | 1 | closing the courtroom?  Because, you know, Judge Barbier wants |
| 01:41 | 2 | this to be a public trial. |
| 01:41 | 3 | MR. LANGAN:  We understand.  I do think a process |
| 01:42 | 4 | like that is probably called for.  Mark may have some views on |
| 01:42 | 5 | this too, but we certainly understand. |
| 01:42 | 6 | THE COURT:  Okay.  Mark, do you have some views on |
| 01:42 | 7 | this? |
| 01:42 | 8 | MR. NOMELLINI:  Only that it makes good sense, and I |
| 01:42 | 9 | think we used a similar procedure with success in Phase One. |
| 01:42 | 10 | THE COURT:  How did we let it drop off our timeline? |
| 01:42 | 11 | MS. HIMMELHOCH:  We didn't notice it until today, |
| 01:42 | 12 | Your Honor, so we all let it drop. |
| 01:42 | 13 | THE COURT:  That was a joint "we," yeah.  Okay. |
| 01:42 | 14 | So, Mark, what would you propose? |
| 01:42 | 15 | MR. NOMELLINI:  Let me think of some dates and send |
| 01:42 | 16 | an e-mail to you and Sarah and others and see if we can all get |
| 01:42 | 17 | on the same boat. |
| 01:42 | 18 | THE COURT:  Okay.  That sounds good. |
| 01:42 | 19 | MS. HIMMELHOCH:  If I could lay down a marker, if we |
| 01:42 | 20 | could have it so that we are wrapped up on the discussion |
| 01:42 | 21 | before the pretrial conference.  If we need to sit down with |
| 01:42 | 22 | you, Judge Shushan, and work this out, we will all be down |
| 01:43 | 23 | there for the pretrial and it would be an opportunity to work |
| 01:43 | 24 | out and resolve that well before the trial so we know our |
| 01:43 | 25 | mechanics and our issues. |

01:43   1    **THE COURT:**  Okay.  I don't think Mark would object to
01:43   2    that.
01:43   3          Do you, Mark?
01:43   4    **MR. NOMELLINI:**  Not at all, Judge.
01:43   5    **THE COURT:**  Okay.  Well, that's fine.  Let's do that.
01:43   6    If you want to include us on your communication just to keep us
01:43   7    advised, we won't jump in until you tell us to.
01:43   8    **MS. HIMMELHOCH:**  The one other issue I had,
01:43   9    Your Honor -- and again I hope this will be short -- in the
01:43   10   words of Andy Langan, we have Judge Barbier's ruling on Admiral
01:43   11   Cantrell and it is what it is.
01:43   12   **THE COURT:**  Yep.
01:43   13   **MS. HIMMELHOCH:**  But there's one additional witness I
01:43   14   think that is affected in addition to BP's two experts.  We
01:43   15   were going to call Duane Wilson.  I believe his testimony was
01:43   16   aimed at the same issues, and we think his testimony should be
01:43   17   excluded now as well.
01:44   18   **THE COURT:**  All right.  Let's hear from BP on that.
01:44   19   **MR. BROCK:**  Your Honor, this is an issue we were
01:44   20   interested in discussing today also.  Our reading of
01:44   21   Judge Barbier's order is that what he is looking for are the
01:44   22   actual plea agreements which contain the factual bases for the
01:44   23   pleas, that is, that it would be the documents themselves.
01:44   24   **THE COURT:**  That's right.
01:44   25   **MR. BROCK:**  Without additional information, I guess

01:44  1   the parties would be free to make arguments about what kind of

01:44  2   event it was, when it occurred, those types of things, that

01:44  3   those arguments would still be open, but he is looking for

01:44  4   probably four documents or a few documents on the events that

01:45  5   characterize the plea as well as the stipulated facts that go

01:45  6   with the plea.

01:45  7        THE COURT:  That's right.

01:45  8        MR. BROCK:  We are not saying that we necessarily

01:45  9   agree with that.  But if we have that right, then I think Sarah

01:45  10  is probably right that then we don't call Mr. Wilson, who would

01:45  11  be responsive primarily to the Texas City event and the things

01:45  12  that the company did in response to that outcome.

01:45  13       THE COURT:  Okay.  Thanks, Mike.

01:45  14            So do you want an order from us or are you happy

01:45  15  with just withdrawing Mr. Wilson?  We can do it either way.

01:45  16       MR. O'ROURKE:  Your Honor, this is actually Steve

01:45  17  O'Rourke.  Just to make clear, I think we largely agree with

01:45  18  what Mr. Brock just said, that it is a handful of documents.

01:45  19  He said four.  It might be more like ten.  So we are in pretty

01:46  20  much the same order of magnitude here.

01:46  21            I suppose, if you want, we could send BP a list

01:46  22  of what we think the documents are that are permitted because

01:46  23  the order says the factual basis and the plea.  I think Mike is

01:46  24  trying to point out he would like that to mean the plea plus

01:46  25  very few documents, not the plea plus hundreds and hundreds of

1    documents that lay out the --

2         MR. BROCK:   No.   I meant the plea with the factual

3    statement that goes with the plea.   That was my understanding

4    and that's what I was trying to convey.

5         MR. O'ROURKE:   Okay.   We are reading it as the plea

6    plus the factual basis, which might mean the plea plus one or

7    two documents per incident.   So again we are probably at ten or

8    fewer exhibits, give or take.

9         MR. BROCK:   So we probably do need some clarification

10   on this, Your Honor, because once you start opening it up to

11   what's beyond the plea and the factual statement that goes with

12   the plea, then we are talking about arguing the facts, the

13   response, and the reasons for the response and what we did in

14   response to the event.   That puts a lot of things in play, and

15   we don't think that's what's contemplated by the order.

16        MR. O'ROURKE:   So our proposal is we send the list to

17   BP of what we think the documents are; again, about ten or so.

18        THE COURT:   Yep.

19        MR. O'ROURKE:   They can reply and tell us we are

20   wrong or right, and they can reply and say whether they want

21   Wilson to come or not, and then you can --

22        THE COURT:   I'll tell you what I would like.   When

23   you send the list to BP, would you send the documents to me.

24        MR. O'ROURKE:   Yes, of course, we will.   By way of

25   example, there's the Bly report from this case.   There is a

1   very similar document from Texas City, if you want to call it

2   the Bly report of Texas City, his own statement of what the

3   facts were at Texas City.  That plus the plea agreement, you

4   know, this is the type of thing we are talking about.

5           **THE COURT:**  Okay.

6           **MR. O'ROURKE:**  One or two factual documents.

7           **MR. BROCK:**  Well, I mean, that's the whole "opening

8   the can of worms" in terms of talking about that.  Judge

9   Barbier specifically references in his order the idea of the

10   plea and the factual statement, the way I read the language,

11   associated with that plea.  So that's in a single document.

12   Some of these reports are very voluminous.  You're going to

13   start getting into all kinds of facts.  I don't think that's

14   what's contemplated by the order.

15           **THE COURT:**  I tend to agree with that.  If what we

16   are talking about, Steve, is, for example, the Bly report, you

17   can just tell me it's the Bly report, but I would like to see

18   the plea agreement and the factual basis for each of the four

19   incidents.  Then you can just tell me, "And, in addition, we

20   want these reports," and then I will take a look at it.  I

21   don't need to see the Bly report again.  I can pull it off the

22   computer.  I assume the Texas City is similar to the Bly report

23   and likewise for the other two incidents, huh?

24           **MR. O'ROURKE:**  When we send the list to BP, we can

25   arrange to have the actual documents delivered to you.

01:49
01:49
01:49
01:49
01:49
01:49
01:49
01:49
01:49
01:49
01:49
01:49
01:49
01:49
01:50
01:50
01:50
01:50
01:50
01:50
01:50
01:50
01:50
01:50
01:50

1      THE COURT:  Good.

2      MR. O'ROURKE:  We are talking about around ten

3  exhibits or so, and we won't even have a witness.  We are just

4  going to move them in.

5      THE COURT:  I understand the debate and --

6      MR. BROCK:  I won't argue it further.  I think you

7  understand our position --

8      THE COURT:  I do.

9      MR. BROCK:  -- and what you would need to do in

10  response.

11      THE COURT:  Yes.  If you would get that out to us, we

12  will take it up and give you a good turnaround.

13          What else?

14      MS. HIMMELHOCH:  That was it for the U.S.,

15  Your Honor.

16      MR. BROCK:  BP has a couple of issues, if it's our

17  turn.

18      THE COURT:  It is.

19      MR. BROCK:  The two issues we have concern with, the

20  economic impact to the violator factor -- and I say we have two

21  issues.  We have just covered the second one, so that's good.

22      THE COURT:  Good.

23      MR. BROCK:  Let me take economic impact to violator.

24  As Your Honor is probably aware, there has been a significant

25  change in the price of oil, largely in the fourth quarter of

1    2014.

2              THE COURT:  Yep.  You are down to about --

3              MR. BROCK:  The price of oil is now below $60 a

4    barrel.

5              THE COURT:  Right.

6              MR. BROCK:  BPXP's expert in the case has utilized

7    information to formulate a valuation for BPXP, but there has

8    been a significant change in the circumstances that will impact

9    that valuation because it is highly dependent on oil price.  We

10   don't know what will happen to oil price between now and trial,

11   but it's our view that the parties have always contemplated

12   that we would present to the Court current financial

13   information as relates to the impact a judgment could have on

14   BPXP.

15              The report that we will be submitting to

16   Judge Barbier is from an expert by the name of Bruce Den Uyl.

17   Mr. Den Uyl has utilized a valuation of the company that was

18   provided by an independent company, and that valuation contains

19   information about how the valuation is sensitive to oil price.

20              So it's our expectation, consistent with

21   presenting current information to Judge Barbier, that we will

22   utilize the assumptions of Mr. Den Uyl's report and the

23   independent report that he relies on, which was prepared by a

24   company called Wood Mackenzie, to present to Judge Barbier a

25   valuation of BPXP that is based on oil price and oil price

01:52  1   sensitivity that's reflected in the report, but that would be

01:52  2   current to the time of trial or some day that we select that's

01:52  3   close in time to the start of trial.

01:52  4         I guess the point I wanted to raise with the

01:53  5   Court and maybe get your advice, and probably need to hear from

01:53  6   the United States on this also, is that the report that

01:53  7   Judge Barbier will look at in the days prior to Mr. Den Uyl's

01:53  8   appearance is going to have a different number, because of the

01:53  9   massive changes in oil price, than the one he sees in the

01:53  10  report.  The methodology that he uses will be the same.  It

01:53  11  will require applying the oil sensitivity that he utilizes or

01:53  12  that is used in the report of Wood Mackenzie to current oil

01:53  13  prices to then present to Judge Barbier the valuation that he

01:53  14  will have of BPXP.

01:53  15        There are other things that are impacted by the

01:53  16  change in oil price.  For instance, there's no way for us to

01:54  17  predict what might happen between now and the start of trial

01:54  18  with regard to the credit rating of BP PLC.  There could be

01:54  19  some changes to that.  This also has some impact to BP PLC's

01:54  20  financials, and there may be information that we would need to

01:54  21  present on that at the time of trial.

01:54  22        But this has been a very, very significant

01:54  23  change.  I just thought it would be good to raise this today,

01:54  24  to not get to the pretrial conference and still have ambiguity

01:54  25  about what we plan to do and how we plan to present it.

So it may be that what I'm describing now is
well understood as part of the process.  It is to us, at least.
But if there's an issue with this, I think this would be a good
time to talk it through.  Then if the Court has any guidance
for us on whether Judge Barbier would like a heads-up maybe at
the pretrial conference as to what we see in terms of valuation
at that time, or if he wants to just take it up when we make
our presentation, that's okay too.

I know that he is sensitive to looking at the
reports and the conclusions of the reports.  This is one
situation where it's just not possible to predict what will
happen in the market.  I guess it's possible and would be great
for BP if the oil price comes all the way back, but I'm not in
a position to predict that that's what's going to occur.

THE COURT:  Right.

MR. BROCK:  It's probably more quite the opposite,
that there is going to be a significant impact to the trial
presentation.

THE COURT:  Right.

MS. HIMMELHOCH:  Your Honor, this is not at all what
was contemplated by the United States and is not the way that
this factor is handled in most environmental cases involving
the impact of the penalty on the violator.  The parties agree
that the reports stand, and we are talking as of the time
period in which those reports were addressed.

01:56
01:56
01:56
01:56
01:56
01:56
01:56
01:56
01:56
01:56
01:57
01:57
01:57
01:57
01:57
01:57
01:57
01:57
01:57
01:57
01:57
01:57
01:57
01:57
01:57

1       We know, as everybody knows, that if you can say
2   one thing about oil prices is that they go up, go down, and
3   that was one of the reasons why we sought so aggressively in
4   our discovery period long-term projections that BP had done
5   about the effect of oil prices on the company's bottom line.
6       BP resisted that vigorously and restricted us to
7   a three-year projection.  Having restricted us to very narrow
8   time frames in a volatile market, they can't take advantage of
9   the fact that it happens to be a downturn at the moment.  I
10  don't imagine if there had been an upturn that they would be
11  offering us an opportunity to come in and increase the bottom
12  line of these companies that we are dealing with.
13      Certainly what it sounded like Mr. Brock was
14  suggesting was that we would find out either at the pretrial
15  conference or at the moment they called Mr. Den Uyl what they
16  were going to offer in terms of a projection, which would deny
17  the United States any opportunity to offer rebuttal since we
18  are restricted from offering expert testimony in rebuttal.  It
19  would not offer us an opportunity to examine the bases of
20  Mr. Den Uyl's new opinions until we were facing him on
21  cross-examination.  It would turn this trial into BP having a
22  trial by discovery and us having a trial by surprise and that
23  is a significant prejudice to the United States.
24      So I think we need to work this issue out and I
25  think that we need to live with the projections that were

1    developed as of the time the reports were issued.  BP is

2    certainly free to point out the date of the projection, and I

3    believe Mr. Den Uyl's report does explain the dependency of

4    BP's bottom line on oil price.  He can certainly say, "Of

5    course, my valuation was as of this date.  If oil prices

6    change, that might affect this number."  But I don't think that

7    they can spring on us at trial a new valuation based on new

8    numbers.  I just don't think that's contemplated by the Federal

9    Rules of Civil Procedure, and I have never seen it permitted in

10   these environmental cases where the court is evaluating the

11   impact of the penalty on the violator.

12         **MS. KIRBY:**  Your Honor, this is Ky Kirby.  I want to

13   chime in and join Mr. Brock now.  I do not independently have

14   an expert who is going to talk about Anadarko projections, but

15   the fact is that the U.S. does, and those projections very

16   clearly depend upon specified oil prices and specified

17   projected oil prices in specified periods of time and these are

18   published to the industry.

19              Now, obviously those projections are completely

20   off, as Mr. Brock has said, so there can be no surprise to the

21   United States that its expert's valuation, if you will, is now

22   vulnerable to the fact that it is dependent upon oil price

23   projections which are not proving to be even the least bit

24   true.

25              Now, in terms of this business of BP fighting

01:59
01:59
01:59
01:59
01:59
01:59
01:59
01:59
01:59
02:00
02:00
02:00
02:00
02:00
02:00
02:00
02:00
02:00
02:00
02:00
02:00
02:00
02:00
02:01
02:01

1   the United States about getting long-term projections, the fact
2   is that Anadarko gave the United States the projections that it
3   had.  It gave them all of the projections it had.  It did not
4   have incredibly long-term projections as perhaps the
5   United States might have wanted, but it's a reasonable company
6   so it doesn't try to guess.  This is the prime example of why
7   it doesn't try to guess ten years into the future.

8            THE COURT:  Okay.

9            MS. KIRBY:  I do believe that to the extent we
10  haven't seen circumstances like this in the future, it's
11  because they haven't happened like this in the future.  This is
12  a really unique circumstance, and the fact of changing oil
13  prices and the impact of those prices is something that's very
14  critical, I think, for Judge Barbier to consider.

15           THE COURT:  Okay.  I'll tell you what I would like to
16  do, guys.  I would like you all to think about it further, and
17  I would like to hear who the experts involved in this are.  I
18  heard Mr. Den Uyl.  Who else is involved?

19           MR. BROCK:  The government has an expert by the name
20  of Ratner, but Mr. Ratner does not have an opinion on
21  valuation.  He has looked at the BP valuation and, you know, he
22  is not in disagreement with the oil price sensitivity work that
23  is done by Mr. Den Uyl and in the Wood Mackenzie report.  So
24  what we are talking about here is utilizing the methodology and
25  the values that are set out in the Wood Mackenzie report in

Mr. Den Uyl's report.  He lays out what that sensitivity is to oil price, and it is from the information in the report that he will plug in a new number for oil price, taking into account those sensitivities, which are industry standard.  And then he will be able to give to the Court what his valuation of the company is from the work that's in his report and from the Wood Mackenzie report.

   **MS. KIRBY:**  In my circumstance --

   **MS. HIMMELHOCH:**  He will be doing a brand-new analysis.

   **THE COURT:**  Okay.  Wait, wait, wait, guys.  Hold on.  All I asked was who are the other experts involved in this valuation issue.  So far I have got Den Uyl.  I have got Ratner, who is not involved in valuation but approves of the Wood Mackenzie report.  Who else?

   **MS. KIRBY:**  Right.  Judge, Ratner is the one who also testifies about Anadarko.  But in terms of future projections of revenues and so on, obviously those projections are highly dependent upon oil prices.

   **THE COURT:**  Okay, but give me the list.

   **MS. HIMMELHOCH:**  Your Honor, I do want you to note that the United States does not agree with BP's characterizations of our expert's opinion.  Mr. Ratner does offer opinions in response to Mr. Den Uyl's opinion on valuations.  So while he did not initially do a valuation

02:02
02:02
02:02
02:02
02:02
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03
02:03

1   opinion, he does provide a rebuttal response.  As the current

2   structure of the trial is, he has to present that before

3   Mr. Den Uyl testifies, which means that we will have no

4   opportunity to answer this new analysis.

5          THE COURT:  Right.  Now, let me ask one more time.

6   Any other experts involved in this issue?

7          MS. HIMMELHOCH:  Not for the United States.

8          MR. BROCK:  Just Mr. Den Uyl for us.

9          MS. KIRBY:  Judge, I have no independent expert.  I

10  just want to be able to cross-examine theirs.

11         THE COURT:  We are talking about Mr. Den Uyl and

12  Mr. Ratner?

13         MS. HIMMELHOCH:  Correct, Your Honor.

14         THE COURT:  Thank God.

15         MS. HIMMELHOCH:  It's hard to get a simple answer

16  sometimes from us.  I apologize.

17         THE COURT:  The whole group.  The whole group.  Okay.

18  I'll tell you what let's do.  Why don't you all ruminate on

19  this.  I think I know what the United States' position is going

20  to be.  If positions should change, let me know.  I'm going to

21  pull out Mr. Den Uyl and Mr. Ratner, and maybe we will have a

22  special call to talk about this issue.

23         MS. HIMMELHOCH:  Understood, Your Honor.

24         MR. BROCK:  Thank you, Your Honor.

25         MS. KIRBY:  Thank you, Your Honor.

02:03   1          THE COURT:  What else, kids, because I have to go
02:03   2   into criminal duty?
02:03   3          MS. HIMMELHOCH:  Nothing else from the U.S.,
02:03   4   Your Honor.
02:03   5          THE COURT:  I appreciate it.  Everybody have a good
02:03   6   weekend.  I may be talking to you before New Years, but perhaps
02:04   7   not Christmas, huh?
02:04   8          MS. HIMMELHOCH:  I think that's right, Your Honor.
02:04   9          THE COURT:  All right.  So Happy Hanukkah and
02:04   10  Merry Christmas.
02:04   11         MS. HIMMELHOCH:  Thank you.  You too, Your Honor.
02:04   12         MR. BROCK:  Thank you, Your Honor.
02:04   13         MS. KIRBY:  Thank you, Your Honor.
02:04   14         (Proceedings adjourned.)
02:04   15                          * * *
        16                       __CERTIFICATE__
        17         I, Toni Doyle Tusa, CCR, FCRR, Official Court
        18  Reporter for the United States District Court, Eastern District
        19  of Louisiana, certify that the foregoing is a true and correct
        20  transcript, to the best of my ability and understanding, from
        21  the record of proceedings in the above-entitled matter.
        22
        23
        24                       _s/ Toni Doyle Tusa_
                                 Toni Doyle Tusa, CCR, FCRR
        25                       Official Court Reporter

11 [1]  2/9
12 [6]  8/20 15/4 17/3 27/13 27/16 37/12
15 [1]  2/9
16 [2]  2/9 2/9
19 [1]  2/9
20 [1]  2/9
21 [1]  2/9
22 [1]  2/9
3 [1]  2/2
4 [1]  2/2
5 [1]  2/2
7 [2]  2/2 2/2
8 [2]  2/2 2/9
9 [1]  2/9
Attorneys in Courtroom [1]  2/9
Co: [2]  1/25 2/9
Color-Coded IDs [1]  2/9
Court Reporter Requirements [1]  2/9
Deposition Bundles [1]  2/2
Exhibits [1]  2/2
Experts - Daubert [1]  2/2
Experts - Errata Sheets [1]  2/2
Final Marshaling Conference [1]  2/9
Final Pretrial Conference [1]  2/9
FTP Site [1]  2/9
In: [36]  3/19 3/19 4/1 4/1 5/11 5/11 7/7
7/7 7/23 7/23 8/1 8/1 8/10 8/10 9/4 9/4
11/21 11/21 12/3 12/3 12/21 12/21
15/10 15/10 16/11 16/11 16/14 16/14
19/6 19/6 20/11 20/11 21/3 21/3 22/19
22/19
Jury Room [1]  2/9
Miscellaneous Items [1]  2/9
Motions in Limine [1]  2/2
MR. BARTOSZEK: [6]  17/1 17/5 20/20
21/7 21/16 22/10
MR. BROCK: [27]  8/21 9/13 9/21 10/9
10/21 15/3 19/16 19/22 20/2 26/18
26/24 27/7 28/1 28/8 29/6 30/5 30/8
30/15 30/18 30/22 31/2 31/5 33/15
36/18 38/7 38/23 39/11
MR. LANGAN: [16]  12/11 12/17 12/20
13/22 14/3 14/14 14/16 14/24 15/8
15/17 16/4 16/8 23/21 24/15 24/18
25/2
MR. NOMELLINI: [5]  16/20 20/19 25/7
25/14 26/3
MR. O'ROURKE: [24]  4/5 4/9 4/14
4/16 7/11 7/14 7/16 7/19 8/13 8/16
11/13 13/2 13/7 13/11 13/15 20/7
27/15 28/4 28/15 28/18 28/23 29/5
29/23 30/1
MR. ROBERS: [1]  5/19
MS. HIMMELHOCH: [46]
MS. KARIS: [3]  4/23 5/4 6/13
MS. KIRBY: [11]  6/10 12/2 19/10
19/24 35/11 36/8 37/7 37/15 38/8
38/24 39/12
Objections to Exhibits [1]  2/9
Omit elements: Timecodes [2]  1/25
39/14
Opening Statements [1]  2/9
Overflow Courtroom [1]  2/9
Page break [1]  2/9
Pretrial Stipulations [1]  2/2
Resume elements: Timecodes [1]  2/9
Technical Walk-Through [1]  2/9
THE COURT: [113]

$
$60 [1]  31/3

1
10 [1]  7/21
10-4536 [1]  1/8
10-MD-2179 [1]  1/5
10-pager [1]  10/18
11 [1]  17/24
13 [1]  7/21
16th [1]  6/8
18 [2]  1/7 3/2
19 [4]  5/14 9/21 20/13 20/14

2
20 [1]  1/6
2010 [1]  1/6
2013 [1]  17/25
2014 [3]  1/7 3/2 31/1
2179 [2]  1/5 14/1
24 [2]  20/13 21/3
25 [1]  13/8
275 [1]  14/2
29 [1]  19/5
2:00 p.m [2]  11/23 21/3

3
30 [1]  11/25
35 [1]  18/1

4
40 [1]  9/15
4536 [1]  1/8

5
500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

7
70130 [1]  1/21
7778 [1]  1/22

9
9th [2]  7/10 21/21

A
ability [1]  39/20
able [3]  19/18 37/5 38/10
about [50]
above [1]  39/21
above-entitled [1]  39/21
abundance [1]  24/6
accommodate [1]  20/6
accomplish [1]  9/11
account [1]  37/3
accusatory [1]  11/2
Act [1]  7/21
actual [2]  26/22 29/25
actually [2]  21/20 27/16
addition [3]  22/11 26/14 29/19
additional [3]  5/6 26/13 26/25
addressed [1]  33/25
adjourned [1]  39/14
Admiral [1]  26/10
admit [1]  6/23
admitted [2]  16/19 18/22
admitting [1]  18/2
advance [1]  3/21
advantage [1]  34/8
advice [1]  32/5
advised [1]  26/7

affect [1]  35/6
afford [1]  16/15
after [5]  7/7 15/3 15/4 16/19 17/3
afternoon [3]  3/3 3/5 15/13
again [7]  6/2 9/5 14/4 26/9 28/7 28/17
29/21
agenda [2]  11/24 21/5
aggressively [1]  34/3
agree [13]  6/9 6/15 7/6 13/24 21/13
23/9 24/23 24/24 27/9 27/17 29/15
33/23 37/22
agreed [4]  8/8 9/17 16/16 16/23
agreement [4]  5/22 18/3 29/3 29/18
agreements [1]  26/22
agrees [1]  16/20
ahead [2]  22/10
aided [1]  1/25
aimed [1]  26/16
Alabama [3]  14/9 24/2 24/4
alert [1]  9/7
all [48]
allowing [1]  13/22
Along [1]  15/18
also [9]  4/14 6/5 8/2 8/7 19/1 26/20
32/6 32/19 37/16
always [2]  16/14 31/11
ambiguity [1]  32/24
among [1]  22/15
amount [5]  23/1 24/3 24/6 24/8 24/20
Anadarko [13]  7/15 10/23 12/16 14/5
14/10 18/13 22/24 23/7 23/10 24/23
35/14 36/2 37/17
Anadarko's [7]  7/20
analysis [2]  37/10 38/4
Andy [12]  12/14 12/15 13/23 14/4 16/1
23/21 26/10
animals [1]  7/3
another [1]  23/5
answer [2]  38/4 38/15
any [21]  3/13 3/18 4/1 5/6 6/17 8/5
8/12 8/20 10/3 10/7 10/24 11/3 13/1
13/25 18/12 21/14 23/15 23/20 33/4
34/17 38/6
anybody [2]  21/14 22/18
anybody's [1]  20/15
anything [8]  5/12 5/15 14/9 16/10 19/21
21/5 21/12 22/18
Anyway [1]  21/3
apologize [1]  38/16
appearance [1]  32/8
appeared [1]  8/23
Applies [1]  1/8
applying [1]  32/11
appreciate [1]  39/5
appreciated [1]  19/19
approach [3]  10/25 14/15 17/10
approval [1]  18/23
approves [1]  37/14
APRIL [1]  1/6
are [88]
aren't [1]  3/12
argue [1]  30/6
arguing [1]  28/12
argument [1]  8/4
arguments [2]  27/1 27/3
around [2]  12/13 30/2
arrange [1]  29/25
as [31]  3/10 3/20 5/15 9/2 12/6 12/20
14/18 14/21 15/21 16/12 19/21 20/4
20/4 20/16 23/2 23/24 26/17 27/5 27/5

## A

as... [12]  28/5 30/24 31/13 33/2 33/6
33/24 34/1 35/1 35/5 35/20 36/4 38/1
ask [2]  9/19 38/5
asked [1]  37/12
assert [1]  23/8
associated [2]  6/1 29/11
assume [2]  19/5 29/22
assumptions [1]  31/22
at [38]  8/3 8/5 9/17 10/11 11/23 12/9
12/13 12/23 13/1 13/13 15/23 17/9
17/11 18/2 18/4 18/21 21/3 22/1 22/8
22/25 24/7 26/4 26/16 28/7 29/3 29/20
32/7 32/21 33/2 33/5 33/7 33/9 33/20
34/9 34/14 34/15 35/7 36/21
attend [1]  13/22
attention [1]  3/23
attorney [2]  6/25 24/4
attorneys [3]  12/23 12/25 13/21
available [1]  16/13
aware [2]  6/4 30/24
away [3]  5/10 14/24 15/3

## B

B-275 [1]  1/21
back [5]  5/5 7/18 11/6 16/22 33/13
badges [2]  12/12 12/17
Barbier [17]  3/20 6/19 8/3 9/6 12/22
18/22 23/3 24/21 25/1 29/9 31/16
31/21 31/24 32/7 32/13 33/5 36/14
Barbier's [3]  19/7 26/10 26/21
barrel [1]  31/4
Bartoszek [1]  17/2
based [2]  31/25 35/7
bases [2]  26/22 34/19
basis [3]  27/23 28/6 29/18
be [72]
because [11]  5/10 6/16 8/20 11/1 25/1
27/22 28/10 31/9 32/8 36/11 39/1
been [11]  4/4 5/20 14/10 15/13 17/18
19/23 23/2 30/24 31/8 32/22 34/10
before [8]  1/11 16/6 16/10 19/4 25/21
25/24 38/2 39/6
being [3]  7/9 9/9 14/13
believe [4]  11/19 26/15 35/3 36/9
believes [1]  19/8
below [1]  31/3
benefit [1]  10/16
besides [2]  5/15 13/25
best [2]  6/9 39/20
better [2]  3/13 24/7
between [4]  6/7 7/15 31/10 32/17
beyond [1]  28/11
bit [1]  35/23
Bly [6]  28/25 29/2 29/16 29/17 29/21
29/22
boat [1]  25/17
both [2]  18/12 22/20
bottom [3]  34/5 34/11 35/4
box [4]  14/3 14/6 14/8 14/13
boxes [1]  13/5
BP [22]  4/23 14/5 14/10 18/13 22/24
23/7 23/10 26/18 27/21 28/17 28/23
29/24 30/16 32/18 32/19 33/13 34/4
34/6 34/21 35/1 35/25 36/21
BP PLC [1]  32/18
BP PLC's [1]  32/19
BP's [4]  10/25 26/14 35/4 37/22
BPXP [4]  31/7 31/14 31/25 32/14
BPXP's [1]  31/6

brand [1]  37/9
Brandon [2]  5/17 5/20
Brandon [1]  37/17
break [2]  19/14 20/2
brief [1]  19/14
bringing [1]  13/5
brings [1]  21/4
Brock [4]  27/18 34/13 35/13 35/20
Bruce [1]  31/16
build [1]  10/19
bunch [3]  8/2 12/12 13/9
bundle [1]  18/18
bundles [4]  7/24 16/17 17/14 18/4
business [2]  16/18 35/25
but [44]

## C

calendar [2]  12/1 20/15
call [6]  19/2 19/6 26/15 27/10 29/1
38/22
call-outs [1]  19/2 19/6
called [3]  25/4 31/24 34/15
caloric [1]  19/21
came [1]  7/24
can [31]  3/23 9/10 11/15 12/18 14/10
14/16 16/1 16/6 16/14 18/3 18/19
18/24 19/23 20/5 20/10 20/17 22/22
25/16 27/15 28/19 28/20 28/21 29/8
29/17 29/19 29/21 29/24 34/1 35/4
35/7 35/20
can't [2]  23/5 34/8
cannot [1]  5/2
Cantrell [1]  26/11
care [4]  7/25 11/10 15/25 18/12
Carrie [1]  4/24 6/13 13/24
case [7]  10/1 10/5 10/5 10/12 12/8
28/25 31/6
cases [3]  10/6 33/22 35/10
catch [2]  3/22 16/1
caught [1]  12/23
caution [1]  24/7
CCR [3]  1/20 39/17 39/24
certainly [10]  10/24 11/1 14/10 19/16
21/22 24/11 25/5 34/13 35/2 35/4
CERTIFICATE [1]  39/16
certify [1]  39/19
change [7]  20/15 30/25 31/8 32/16
32/23 35/6 38/20
changes [2]  32/9 32/19
changing [1]  36/12
characterizations [1]  37/23
characterize [1]  27/5
chart [1]  12/19
check [3]  16/22 17/12 17/12
chime [1]  35/13
Christmas [2]  37/9 39/10
circumstance [2]  36/12 37/8
circumstances [2]  31/8 36/10
citation [1]  19/4
City [5]  27/11 29/1 29/2 29/3 29/22
Civil [1]  35/9
claims [1]  23/2
clarification [1]  28/9
Clean [1]  7/21
clear [2]  23/12 27/17
cleared [1]  23/3
clearly [2]  18/22 35/16
clips [2]  2/9 8/6
close [2]  21/11 32/3
closing [1]  25/1

coasting [3]  3/7 3/10 3/12
coast [4]  31/4 34/9 34/20 20/9
(indecipherable) [1]  4/1
Coke [4]  22/24 23/11 23/15 23/17
colleagues [1]  11/16
come [10]  5/22 6/23 7/10 12/10 18/4
18/15 18/18 20/16 28/21 34/11
comes [1]  33/13
comfortable [1]  21/23
coming [5]  11/24 12/6 12/23 20/22 21/1
comment [4]  3/12 4/23 8/16 20/10
committee [1]  19/9
communication [1]  26/6
companies [1]  11/16
company [6]  27/12 31/17 31/18 31/24
36/5 37/6
company's [1]  34/5
completely [1]  35/19
complex [1]  7/4
computer [3]  1/25 13/9 29/22
computer-aided [1]  1/25
concepts [1]  6/24
concern [1]  30/19
concerned [1]  24/5
concerns [1]  5/7
conclusions [1]  33/10
conducts [1]  10/6
confer [1]  21/18
conference [8]  1/11 11/23 17/7 20/12
25/21 32/24 33/6 34/15
conferences [1]  17/3
confidential [3]  22/25 23/9 24/21
confidentiality [3]  22/23 23/8 24/5
connection [1]  4/16
consider [2]  23/11 36/14
consistent [1]  31/20
contain [1]  26/22
contains [1]  31/18
contemplate [1]  3/12
contemplated [5]  28/15 29/14 31/11
33/21 35/8
contend [1]  22/24
continue [3]  7/6 10/9 22/24
continued [1]  23/8
contractors [1]  13/5
convey [1]  28/4
Cool [2]  15/17 20/7
coordinate [2]  16/6 16/9
copy [1]  17/21
Corey [3]  24/4 24/11 24/17
correct [8]  4/25 16/13 16/25 17/16
18/17 22/5 38/13 39/19
corrections [2]  5/1 5/2
correctly [2]  9/15 17/19
could [10]  5/10 5/25 18/23 21/19 21/22
25/19 25/20 27/21 31/13 32/18
count [2]  3/23 12/15
couple [3]  6/2 6/5 30/16
course [6]  9/15 10/18 17/21 24/3 28/24
35/5
court [18]  1/1 1/20 5/6 5/11 9/18 10/25
12/8 15/12 15/21 16/10 31/12 32/5
33/4 35/10 37/5 39/17 39/18 39/25
courthouse [2]  12/24 15/4
courtroom [10]  13/1 13/6 13/20 13/22
14/6 14/21 16/13 23/12 23/18 25/1
covered [1]  30/21
crackers [1]  20/4
credit [1]  32/18
criminal [2]  11/10 39/2
critical [1]  36/14

**C**

criticism [1]  11/13
cross [2]  34/21 38/10
cross-examination [1]  34/21
cross-examine [1]  38/10
cup [2]  19/18 19/20
cured [1]  5/3
current [5]  31/12 31/21 32/2 32/12 38/1

**D**

date [6]  17/23 17/24 21/11 24/23 35/2 35/5
dates [2]  22/16 25/15
Daubert [6]  3/21 4/11 4/20 5/1 5/3 5/7
Dauberts [1]  4/22
day [2]  16/18 32/2
days [5]  6/2 6/5 14/23 15/3 32/7
deadline [2]  5/14 23/10
dealing [1]  34/12
debate [1]  30/5
decaf [1]  20/9
December [5]  1/7 3/2 5/14 9/21 11/25
December 19 [2]  5/14 9/21
December 30 [1]  11/25
decisions [1]  23/20
declare [1]  24/24
deconfidentializing [1]  23/4
DEEPWATER [1]  1/5
defendants [1]  14/13
defendants' [1]  20/9
defense [2]  9/16 14/7
delay [1]  5/13
delays [1]  5/14
delivered [1]  29/25
demonstrate [1]  7/4
Den [16]  31/16 31/17 31/22 32/7 34/15 34/20 35/3 36/18 36/23 37/1 37/13 37/24 38/3 38/8 38/11 38/21
Den Uyl [3]  31/16 37/13 38/11
deny [1]  34/16
Department [1]  8/25
depend [1]  35/16
dependency [1]  35/3
dependent [3]  31/9 35/22 37/19
depending [1]  22/12
depends [1]  14/25
depo [1]  4/18
deposition [2]  7/24 18/4
derogatory [1]  10/3
describe [1]  3/9
describing [1]  33/1
designated [1]  18/11
designations [1]  18/19
designee [1]  20/23
desired [1]  17/9
details [1]  5/24
detected [1]  10/24
determine [1]  22/14
developed [1]  35/1
did [16]  7/10 7/10 11/14 12/11 16/23 17/3 17/4 19/16 19/17 23/14 23/18 25/10 27/12 28/13 36/3 37/25
didn't [6]  10/9 13/16 13/20 24/11 24/19 25/11
different [2]  17/9 32/8
disadvantage [1]  12/4
disagree [1]  11/16
disagreement [1]  36/22
disclaimer [1]  17/18
discovery [2]  34/4 34/22

discuss [1]  5/12
discussed [1]  15/14
discussing [1]  26/20
discussion [1]  25/20
DISTRICT [4]  1/1 1/2 39/18 39/18
divide [1]  18/17
division [1]  9/17
do [38]  4/2 4/23 6/9 6/10 8/24 9/12 9/23 10/10 12/15 12/17 14/3 14/16 14/18 16/23 17/23 18/24 19/9 19/21 21/3 21/5 23/22 24/22 25/3 25/6 26/3 26/5 27/14 27/15 28/9 30/8 30/9 32/25 35/13 36/9 36/16 37/21 37/25 38/18
docket [2]  7/17 17/22
document [2]  29/1 29/11
documents [14]  22/6 23/15 26/23 27/4 27/4 27/18 27/22 27/25 28/1 28/7 28/17 28/23 29/6 29/25
does [12]  12/25 16/4 17/21 20/15 21/13 22/18 35/3 35/15 36/20 37/22 37/23 38/1
doesn't [6]  10/25 18/24 20/1 21/6 36/6 36/7
doing [6]  3/4 3/10 9/11 21/21 21/25 37/9
don't [30]  3/19 3/22 3/23 5/7 10/2 10/6 10/13 10/22 12/19 14/8 15/15 17/7 18/2 18/21 20/14 20/16 20/22 22/22 24/14 24/17 26/1 27/10 28/15 29/13 29/21 31/10 34/10 35/6 35/8 38/18
done [8]  4/21 9/9 9/25 14/18 17/8 21/19 34/4 36/23
doubt [1]  16/5
down [7]  15/15 20/5 25/19 25/21 25/22 31/2 34/2
downturn [1]  34/9
Doyle [4]  1/20 39/17 39/24 39/24
Dr. [1]  4/15
Dr. Rice [1]  4/15
draft [1]  16/4
Dreams [1]  15/9
drinks [1]  20/4
drive [1]  15/12
drop [2]  25/10 25/12
Duane [1]  26/15
duty [2]  11/10 39/2

**E**

e-mail [4]  6/4 17/13 21/6 25/16
each [4]  9/12 18/4 19/12 29/18
earlier [1]  21/22
EASTERN [2]  1/2 39/18
easy [1]  20/24
economic [2]  30/20 30/23
effect [1]  34/5
eight [2]  10/12 10/14
either [6]  3/13 9/10 20/11 24/24 27/15 34/14
else [9]  4/20 5/16 21/5 22/19 30/13 36/18 37/15 39/1 39/3
employees [1]  12/5
end [2]  17/4 24/11
enjoyed [1]  39/21
entitled [1]  39/21
environmental [2]  33/22 35/10
errata [6]  4/1 4/2 4/7 4/18 4/19 4/22
evaluating [1]  35/10
even [2]  30/3 35/23
event [3]  27/2 27/11 28/14
events [1]  27/4

ever [1]  24/17
everybody [4]  7/25 16/25 16/20 19/15 20/22 34/1 39/5
everybody's [2]  18/18 22/22
everything [2]  8/25 17/9
evidence [2]  6/17 10/5
exactly [6]  7/5 8/24 15/2 15/20 20/20 23/11
examination [1]  34/21
examine [2]  34/19 38/10
examining [1]  13/17
example [5]  19/3 24/13 28/25 29/16 36/6
except [1]  4/21
excluded [1]  26/17
exhibit [14]  5/13 6/20 22/7 22/14
exhibits [14]  5/13 5/22 5/25 5/25 15/13 16/16 17/8 18/3 18/21 21/13 22/1 22/13 28/8 30/3
expect [1]  10/13
expectation [1]  31/20
expert [12]  4/7 4/12 15/21 15/21 23/25 24/9 31/6 31/16 34/18 35/14 36/19 38/9
expert's [2]  35/21 37/23
experts [6]  4/3 23/25 26/14 36/17 37/12 38/6
explain [2]  6/19 35/3
extending [1]  21/12
extent [1]  36/9

**F**

facing [2]  23/24 34/20
fact [8]  24/4 24/8 24/14 34/9 35/15 35/22 36/1 36/12
factor [2]  30/20 33/22
factors [1]  10/12
facts [4]  27/5 28/12 29/3 29/13
factual [8]  26/22 27/23 28/2 28/6 28/11 29/6 29/10 29/18
falling [1]  11/17
fancy [1]  20/1
far [2]  15/5 37/13
fashion [1]  18/25
FCRR [3]  1/20 39/17 39/24
February [4]  20/13 20/13 20/14 21/3
February 19 [2]  20/13 20/14
February 24 [2]  20/13 21/3
Federal [1]  35/8
feel [2]  3/13 10/25
feels [1]  10/8
few [5]  10/14 10/17 12/13 27/4 27/25
fewer [1]  28/8
Field [1]  15/9
fighting [1]  35/25
figure [2]  14/22 15/2
filed [3]  7/17 21/18 22/1
fill [1]  15/4
filled [1]  13/20
final [2]  17/11 20/12
finally [2]  15/15 23/11
financial [1]  31/12
financials [1]  32/20
find [4]  3/22 7/19 7/23 34/14
finds [1]  9/24
fine [12]  6/12 6/14 8/12 8/25 10/10 11/20 13/15 20/19 22/9 22/16 22/17 26/5
finished [1]  11/12
first [4]  14/22 17/14 20/5 20/15

## F

fit [3]  10/12 10/16 20/15
five [1]  13/13
flash [1]  15/12
floor [1]  20/5
following [1]  16/23
follows [1]  23/24
foregoing [1]  39/19
formula [4]  22/25 23/11 23/15 23/17
formulate [1]  31/7
found [1]  19/15
four [4]  13/13 27/4 27/19 29/18
fourth [1]  30/25
frames [2]  8/8 34/8
free [2]  27/1 35/2
Friday [1]  17/1
Fridays [1]  17/4
front [2]  12/10 14/1
FTP [1]  16/15
further [3]  9/13 30/6 36/16
future [4]  36/7 36/10 36/11 37/17

## G

gave [5]  3/11 19/2 19/4 36/2 36/3
general [1]  24/4
generally [2]  10/7 13/12
get [16]  5/5 5/14 6/22 15/12 19/18
19/24 21/6 21/9 22/2 23/6 24/25 25/16
30/11 32/5 32/24 38/15
getting [3]  21/2 29/13 36/1
give [9]  10/11 17/20 20/23 28/8 30/12
37/5 37/20
given [5]  7/2 17/6 24/11
giving [2]  15/20 24/21
glad [1]  6/21
glossary [3]  15/18 16/2 16/3
go [12]  7/18 11/6 16/22 18/19 18/23
19/14 19/18 22/10 27/5 34/2 34/2 39/1
God [1]  38/14
goes [3]  17/9 28/3 28/11
going [34]  3/14 3/17 5/14 5/17 9/20
9/20 10/4 11/3 12/24 13/5 14/2 14/20
15/4 15/5 15/7 15/9 15/19 18/17 21/25
22/23 23/3 23/23 23/6 23/20 26/15
29/12 30/4 32/8 33/14 33/17 34/16
35/14 38/19 38/20
good [25]  3/3 3/5 3/7 3/7 3/7 5/8 6/20
6/21 6/21 7/16 8/10 8/10 9/4 15/25
16/8 21/2 25/8 25/18 30/1 30/12 30/21
30/22 32/23 33/3 39/5
got [9]  3/14 6/20 8/2 8/12 11/4 11/25
15/11 37/13 37/13
gotcha [3]  10/21 13/7 22/9
government [3]  10/23 12/5 36/19
grandstanding [1]  10/24
Gras [2]  20/14 20/25
great [1]  33/12
group [2]  38/17 38/17
guess [11]  4/19 9/7 9/13 14/7 18/10
21/24 26/25 32/4 33/12 36/6 36/7
guidance [2]  9/13 33/4
GULF [1]  1/6
guys [7]  3/15 11/9 11/13 15/13 18/1
36/16 37/11

## H

had [19]  4/7 4/18 8/23 9/14 9/16 10/23
13/17 17/11 17/14 17/18 17/18 19/12 19/20
20/3 21/15 26/8 34/4 34/10 36/3 36/3
hadn't [1]  16/4

handful [1]  27/18
handle [2]  5/2 22/23 35/8
handled [3]  5/23 6/6 33/22
Hanukkah [1]  39/9
happen [4]  4/11 31/10 32/17 33/12
happened [2]  18/7 36/11
happening [1]  17/4
happens [1]  34/9
happy [2]  27/14 39/9
hard [1]  38/15
has [19]  11/25 13/8 14/18 15/13 22/7
23/7 24/11 30/16 30/24 31/6 31/7
31/17 32/19 32/22 33/4 35/20 36/19
36/21 38/2
hates [1]  23/4
have [92]
haven't [2]  36/10 36/11
having [5]  5/11 16/2 34/7 34/21 34/22
he [47]
head [1]  12/15
heads [1]  33/5
heads-up [1]  33/5
hear [3]  26/18 32/5 36/17
heard [2]  8/20 36/18
hearing [1]  5/11
helpful [3]  10/11 10/17 19/15
here [5]  3/13 10/11 17/7 27/20 36/24
here's [2]  12/4 12/22
Hi [1]  4/24
high [1]  19/21
highlight [1]  23/23
highly [2]  31/9 37/18
him [4]  9/7 10/17 19/2 34/20
his [8]  3/23 11/16 26/15 26/16 29/2
29/9 37/5 37/6
hold [4]  11/5 17/8 17/19 37/11
holidays [1]  3/8
Honor [51]
HONORABLE [1]  1/11
hope [3]  10/25 20/14 26/9
HORIZON [1]  1/5
hotel [1]  21/2
hour [6]  9/12 9/15 9/18 9/24 11/21
11/21
how [15]  3/3 3/6 5/21 5/24 10/7 10/16
14/25 16/23 21/10 22/12 22/23 23/7
25/10 31/19 32/25
However [1]  5/1
huh [11]  3/15 7/1 9/13 12/1 15/8 15/22
19/16 19/22 20/19 29/23 39/7
hundreds [1]  27/25 27/25

## I

I'll [3]  28/22 36/15 38/18
I'm [20]  3/9 3/17 4/4 5/14 6/21 11/9
11/17 13/24 14/12 16/25 17/19 19/11
21/9 21/24 22/9 22/10 22/3 33/1 33/13
38/20
idea [2]  21/14 29/9
IDs [1]  12/7
if [60]
imagine [1]  34/10
impact [9]  30/20 30/23 31/8 31/13
32/19 33/17 33/23 35/11 36/13
impacted [1]  32/15
import [1]  4/10
important [1]  10/15
in [112]
incident [1]  28/7
incidents [2]  29/19 29/23

include [1]  26/6
including [1]  36/15
increase [1]  34/11
incredibly [1]  36/4
indeed [1]  20/21
independent [3]  31/18 31/23 38/9
independently [1]  35/13
industry [2]  35/18 37/4
information [9]  23/10 24/13 26/25 31/7
31/13 31/19 31/21 32/20 37/2
initially [3]  14/22 21/21 37/25
insist [1]  9/11
instance [1]  32/16
instructed [1]  12/9
instruction [1]  9/18
instructions [1]  8/20
intention [1]  13/14
interact [1]  9/23
interaction [1]  10/23
interested [1]  26/20
interesting [1]  14/25
Interference [1]  4/16
interim [1]  6/7
interrupt [1]  10/3 10/9
into [11]  3/7 6/17 9/7 12/23 14/21
19/14 29/13 34/21 36/7 37/3 39/2
introduced [1]  17/14
introducing [1]  10/15
involved [5]  36/17 36/18 37/12 37/14
38/6
involving [1]  33/22
is [105]
issue [22]  4/19 4/20 5/18 5/21 6/4 6/6
7/4 7/6 7/7 13/24 15/23 22/23 23/7
23/23 24/25 26/8 26/19 33/3 34/24
37/13 38/6 38/22
issued [1]  35/1
issues [8]  5/2 8/12 24/10 25/25 26/16
30/16 30/19 30/21
it [120]
it's [26]  7/20 9/7 10/3 10/18 11/2 12/11
12/13 13/3 13/23 14/4 15/9 16/21
17/13 20/1 22/3 23/22 29/17 30/16
31/11 31/20 33/11 33/12 33/16 36/5
36/10 38/15
item [1]  5/15
items [1]  22/20
its [21]  19/12 35/21

## J

January [3]  11/23 16/3 16/6
January 7 [1]  11/23
January 9 [2]  16/3 16/6
join [1]  35/13
joint [2]  11/24 25/13
joke [1]  8/17
judge [32]  1/12 3/20 4/21 6/19 6/25 8/3
9/6 9/24 10/6 10/11 10/16 12/22 18/22
19/7 20/20 23/3 24/21 25/1 25/22 26/4
26/10 26/21 29/8 31/16 31/21 31/24
32/7 32/13 33/5 36/14 37/16 38/9
Judge Barbier [15]  3/20 6/19 8/3 9/6
12/22 18/22 24/21 25/1 31/16 31/21
31/24 32/7 32/13 33/5 36/14
Judge Barbier's [3]  19/7 26/10 26/21
Judge Shushan [1]  25/22
judgment [1]  31/13
jump [1]  26/7
jury [8]  10/4 14/3 14/6 14/8 14/13 19/7
19/10 19/15

## J

just [34]  5/3 10/7 10/18 11/3 11/24
12/17 13/20 15/5 16/1 17/13 17/23
19/4 19/6 19/25 20/1 20/18 21/24
21/25 22/11 24/13 26/6 27/15 27/17
27/18 29/17 29/19 30/3 30/21 32/23
33/7 33/11 35/8 38/8 38/10

## K

keep [1]  26/6
keeping [2]  19/9 24/20
kept [1]  13/12
kick [1]  8/21
kids [1]  39/1
kind [3]  11/10 23/12 27/1
kinds [1]  29/13
Kirby [2]  6/11 35/12
know [23]  3/20 5/13 6/16 8/4 8/15 8/19
10/5 14/18 17/7 18/24 20/16 20/18
22/12 23/4 25/1 25/24 29/4 31/10 33/9
34/1 36/21 38/19 38/20
knows [1]  34/1
Ky [3]  6/11 19/10 35/12
Ky Kirby [2]  6/11 35/12

## L

Langan [1]  26/10
language [1]  29/10
large [1]  23/1
largely [2]  27/17 30/25
last [8]  9/7 9/23 12/10 13/16 14/23
19/2 19/8 19/15
laugh [1]  6/20
laughter [1]  6/22
lawyers [5]  8/14 8/21 13/13 13/13
13/17
lay [2]  25/19 28/1
lays [1]  37/1
lead [1]  19/9
least [5]  10/11 12/13 24/7 33/2 35/23
left [1]  8/20
let [23]  3/17 8/4 9/19 17/25 18/24
24/24 25/10 25/12 25/15 30/23 38/5
38/20
let's [16]  3/14 3/25 5/12 6/15 7/5 7/8
9/5 15/11 16/15 19/7 21/4 23/14 23/19
26/5 26/18 38/18
letting [1]  14/8
lied [1]  21/10
like [25]  7/22 8/6 9/12 10/19 13/8 14/1
14/8 15/9 15/10 15/10 23/23 24/10
24/22 25/4 27/19 27/24 28/22 29/17
33/5 34/13 36/10 36/11 36/15 36/16
36/17
liked [2]  19/1 19/5
likewise [1]  29/23
limine [2]  8/2 8/4
line [5]  12/9 12/10 34/5 34/12 35/4
list [9]  7/20 13/4 13/8 22/7 27/21 28/16
28/23 29/24 37/20
listed [1]  18/13 22/7
listen [1]  11/2
lists [1]  5/13
litigants [1]  14/14
little [3]  8/17 9/13 12/7
live [2]  22/2 34/25
lodged [1]  17/18
long [3]  34/4 36/1 36/4
long-term [1]  34/4 36/1 36/4
look [6]  9/23 12/23 18/2 18/21 29/20

32/7
looking [3]  26/21 27/3 33/9
looks [1]  8/6
lot [4]  3/15 9/11 19/5 28/14
LOUISIANA [5]  1/2 1/8 1/21 14/9 39/19
luck [1]  21/2

## M

Mackenzie [6]  31/24 32/12 36/23 36/25
37/7 37/15
made [2]  9/16 24/1
MAGISTRATE [1]  1/12
magnitude [1]  27/20
mail [4]  6/4 17/13 21/6 25/16
maintain [1]  24/7
maintained [1]  23/1
maintaining [1]  24/5
make [5]  21/23 23/20 27/1 27/17 33/7
makes [5]  3/13 6/5 6/16 24/2 25/8
many [1]  13/17
march [1]  10/13
Mardi [2]  20/14 20/25
Mardi Gras [2]  20/14 20/25
Mark [8]  16/21 17/12 20/18 25/4 25/6
25/14 26/1 26/3
marked [1]  17/25
marker [1]  25/19
market [2]  33/12 34/8
marshal [1]  8/23
marshaling [4]  17/3 17/7 20/12 20/17
massive [1]  32/9
material [1]  22/24
matter [1]  39/21
may [14]  3/22 6/2 6/4 9/25 21/20 22/7
23/8 23/8 24/10 24/13 25/4 32/20 33/1
39/6
maybe [6]  5/10 13/25 15/1 32/5 33/5
38/21
MD [1]  1/5
MDL [3]  12/8 14/1 14/14
me [23]  3/17 6/16 9/19 11/18 16/25
17/12 17/13 17/13 17/25 18/24 19/8
19/25 21/4 22/22 24/25 25/15 28/23
29/17 29/19 30/23 37/20 38/5 38/20
mean [6]  4/2 10/2 10/9 27/24 28/6 29/7
meaning [1]  12/16
means [1]  38/3
meant [1]  28/2
mechanical [1]  1/24
mechanics [1]  25/25
media [4]  13/25 14/19 14/20 14/22
meet [1]  21/18
meet-and-confer [1]  21/18
meets [1]  18/23
Merry [1]  39/10
Merry Christmas [1]  39/10
methodology [2]  32/10 36/24
MEXICO [1]  1/6
might [7]  12/20 19/23 27/19 28/6 32/17
35/6 36/5
Mike [7]  9/19 10/2 13/24 16/13 19/16
27/13 27/23
mind [3]  11/1 11/5 20/14
minutes [1]  9/15
misled [1]  13/4
miss [1]  7/10
missed [1]  7/12
misunderstood [1]  14/12
moment [3]  3/11 34/9 34/15

momentarily [1]  11/7
Monday [1]  7/13
month [3]  9/9 19/9 19/23 15/7
18/11 21/20 27/19 33/16 38/5
morning [1]  15/12
most [1]  33/22
motion [1]  5/3
motions [5]  3/15 4/12 5/1 8/2 8/3
move [4]  5/10 20/5 21/22 30/4
moved [1]  20/13
moving [1]  9/17
Mr [3]  27/15 35/13 38/11
Mr. [21]  27/10 27/18 31/17 31/22 32/7
34/13 34/15 34/20 35/3 35/20 36/18
36/20 36/23 37/1 37/23 37/24 38/3
38/8 38/12 38/21 38/21
Mr. Brock [3]  27/18 34/13 35/20
Mr. Den Uyl [7]  31/17 34/15 36/18
36/23 38/3 38/8 38/21
Mr. Den Uyl's [6]  31/22 32/7 34/20 35/3
37/1 37/24
Mr. Ratner [4]  36/20 37/23 38/12 38/21
Mr. Wilson [1]  27/10
much [1]  27/20
Munster [1]  8/25
my [10]  12/11 17/13 17/21 21/4 23/16
23/19 28/3 35/5 37/8 39/20

## N

nailed [1]  15/15
name [2]  31/16 36/19
named [1]  4/12
narrative [1]  10/15
narrow [1]  34/7
necessarily [2]  5/7 27/8
need [16]  6/17 9/18 11/6 14/3 15/7
19/25 20/16 23/12 25/21 28/9 29/21
30/9 32/5 32/20 34/24 34/25
needs [1]  23/11
never [2]  23/18 35/9
new [9]  1/8 1/21 34/20 35/7 35/7 37/3
37/9 38/4 39/6
next [3]  5/6 6/2 6/5
no [28]  4/10 6/10 7/19 7/23 8/19 10/2
10/2 10/2 11/2 11/13 14/12 14/12
15/20 15/23 16/5 21/5 21/12 21/18
21/24 24/14 24/19 24/20 24/22 28/2
32/16 35/20 38/3 38/9
not [42]
note [2]  24/3 37/21
noted [1]  19/7
nothing [4]  4/20 39/3
notice [1]  25/11
now [17]  3/18 6/3 11/5 11/22 12/4
12/22 21/1 26/17 31/3 31/10 32/17
33/1 35/13 35/19 35/21 35/25 38/5
number [11]  5/24 7/2 12/16 12/23
12/25 17/20 17/22 18/12 32/8 35/6
37/3
numbers [1]  35/8
nuts [1]  6/25

## O

O'Rourke [2]  4/6 27/17
object [2]  13/16 26/1
objected [4]  22/6 22/8 22/14 22/14
objection [2]  22/2 22/7
objections [12]  5/25 6/7 8/8 17/17
21/13 21/18 21/25 22/4 22/12 22/13
22/15 23/17
obviously [3]  14/18 35/19 37/18
occur [1]  33/14

# O

occurred [1] 27/2
off [5] 8/12 11/8 25/10 29/21 35/20
offense [1] 10/7
offer [4] 34/16 34/17 34/19 37/24
offered [1] 18/19
offering [2] 34/11 34/18
offers [1] 18/15
Official [1] 1/20 39/17 39/25
oh [3] 4/14 7/16 21/5
oil [26] 1/5 1/5 30/25 31/3 31/9 31/10
31/19 31/25 31/25 32/9 32/11 32/12
32/16 33/13 34/2 34/5 35/4 35/5 35/16
35/17 35/22 36/12 36/22 37/2 37/3
37/19
okay [43]
on [86]
once [3] 17/9 18/19 28/10
one [44]
ones [1] 24/12
only [3] 17/6 21/10 25/8
open [1] 27/3
opening [12] 9/5 9/8 9/12 9/20 9/22
10/13 10/20 11/12 11/14 15/5 28/10
29/7
openings [4] 9/16 10/10 11/13 15/1
opinion [4] 36/20 37/3 37/24 38/1
opinions [2] 34/20 37/24
opportunity [5] 25/23 34/11 34/17
34/19 38/4
opposite [1] 33/16
or [42]
oral [1] 8/4
order [11] 7/3 13/13 16/23 21/15 26/21
27/14 27/20 27/23 28/15 29/9 29/14
orienting [1] 10/17
Orleans [2] 1/8 1/21
orphan [4] 5/22 6/19 7/3 22/13
orphans [1] 6/17
other [12] 4/12 12/7 12/16 14/1 14/14
22/15 24/10 26/8 29/23 35/15 37/12
38/6
others [3] 24/13 24/22 25/16
our [30] 5/11 8/14 8/25 9/22 10/11
10/13 10/18 12/8 13/4 13/4 13/8 13/14
15/23 16/2 23/4 23/25 23/25 24/11
25/10 25/24 25/25 26/20 28/16 30/7
30/16 31/11 31/20 33/8 34/4 37/12
out [21] 4/18 6/20 8/21 9/10 10/19 13/6
15/13 23/13 24/6 24/12 25/22 25/24
27/24 28/1 30/11 34/14 34/24 35/2
36/25 37/1 38/21
outcome [1] 27/12
outs [2] 19/2 19/6
over [4] 3/12 6/5 11/25 16/4
overflow [2] 15/7 16/13
overview [1] 10/12
own [3] 19/12 19/13 29/2

# P

p.m [2] 11/23 21/3
page [4] 2/2 18/1 19/3 19/5
pager [1] 10/18
painful [3] 9/9 11/15 11/18
paper [1] 5/10
paragraph [1] 19/2
paralegals [1] 13/9
part [1] 33/2
parties [6] 5/20 12/7 14/1 27/1 31/11
33/23

parties' [1] 13/20
party D [2] 12/11 13/16
party's [1] 18/5
past [1] 14/19
penalty [2] 33/23 35/11
pending [1] 3/15
people [7] 12/5 12/6 12/16 13/4 13/8
13/9 20/19
per [2] 20/17 28/7
Perfect [1] 16/12
perhaps [2] 36/4 39/6
period [3] 21/18 33/25 34/4
periods [1] 35/17
permitted [1] 27/22 35/9
person [1] 20/17
perspective [3] 9/22 10/11 15/24
Peter [9] 16/25 17/1 17/2 17/12 20/18
21/6 21/7 21/10 22/10
phase [11] 16/24 16/24 17/3 17/11
18/7 18/8 21/16 23/16 23/17 23/24
25/9
Phase One [5] 16/24 17/3 18/7 23/17
25/9
Phase Two [5] 16/24 17/11 18/8 21/16
23/16
Phases [1] 23/15
plaintiffs [3] 17/14 18/11 19/8
plan [4] 13/25 20/22 32/25 32/25
planned [2] 9/14 17/7
planning [2] 16/2 19/6
play [1] 28/14
PLC [1] 32/18
PLC's [1] 32/19
plea [16] 26/22 27/5 27/6 27/23 27/24
27/25 28/2 28/3 28/5 28/6 28/11 28/12
29/3 29/10 29/11 29/18
pleading [1] 4/7
pleas [1] 26/23
Please [1] 20/22
plug [1] 37/3
plus [5] 27/24 27/25 28/6 28/6 29/3
point [2] 27/24 32/4 35/2
pointed [1] 4/18
pop [1] 17/13
portion [1] 16/3
position [4] 24/11 30/7 33/14 38/19
positions [1] 38/20
possibility [1] 7/9
possible [4] 10/19 13/3 33/11 33/12
posted [3] 16/16 16/17 17/15
postpone [1] 17/8
posttrial [4] 5/23 6/6 6/9 6/16
Poydras [1] 1/21
predict [3] 32/17 33/11 33/14
predominantly [1] 13/4
prejudice [1] 34/23
prepared [4] 10/5 11/3 16/3 31/23
present [6] 31/12 31/24 32/13 32/21
32/25 38/2
presentation [3] 18/5 33/8 33/18
presented [1] 6/4
presenting [1] 31/21
presentment [3] 24/6 24/8 24/15
presentments [2] 24/1 24/3
preservation [1] 22/3
press [3] 9/9 9/10 13/21
pretrial [11] 6/7 8/5 9/10 9/21 11/23
17/12 25/21 25/23 32/24 33/6 34/14
pretty [1] 27/19
previously [1] 9/25

price [15] 30/25 31/3 31/9 31/10 31/19
30/25 31/25 31/25 32/9 32/11 32/13 35/4
35/22 36/22 37/2 37/3
prices [19] 32/13 34/2 34/5 35/5 35/16
35/17 36/13 36/13 37/19
primarily [1] 27/11
prime [1] 36/6
prior [4] 7/20 11/13 21/21 32/7
probably [12] 4/20 13/18 14/18 19/21
25/4 27/4 27/10 28/7 28/9 30/24 32/5
33/16
problem [7] 4/22 21/12 24/15 24/18
24/20 24/22 24/25
problems [1] 4/17
procedure [5] 22/2 23/4 23/6 25/9 35/9
proceedings [4] 1/24 3/1 39/14 39/21
process [5] 4/25 5/23 23/2 25/3 33/2
produce [1] 16/6
projected [1] 35/17
projection [3] 34/7 34/16 35/2
projections [12] 34/4 34/25 35/14 35/15
35/19 35/23 36/1 36/2 36/3 36/4 36/17
37/18
promise [2] 5/5 11/13
proposal [1] 28/16
propose [1] 25/14
prospect [1] 3/25
provide [1] 38/1
provided [1] 31/18
proving [1] 35/23
PSC [4] 12/11 19/18 19/20 20/8
public [3] 9/9 13/21 25/2
published [1] 35/18
pull [2] 29/21 38/21
purchased [1] 7/3
put [3] 12/7 12/9 22/21
puts [1] 28/14

# Q

quarter [1] 30/25
question [1] 18/10
quick [1] 20/2
quite [2] 24/5 33/16

# R

radar [1] 22/22
raise [6] 5/18 6/3 8/12 24/24 32/4
32/23
ramp [1] 16/14
ran [1] 9/7
rather [3] 6/7 13/21 18/24
rating [1] 32/18
Ratner [7] 36/20 36/20 37/14 37/16
37/23 38/12 38/21
RE [1] 1/5
reach [1] 18/3
read [3] 3/20 6/18 29/10
reading [2] 26/20 28/5
ready [3] 7/25 9/1 17/8
real [1] 20/24
realizing [1] 20/13
Reallocate [1] 9/19
really [6] 3/22 6/25 11/13 19/17 19/19
36/12
reasonable [1] 36/5
reasons [2] 28/13 34/3
rebuttal [3] 34/17 34/18 38/1
recall [2] 9/15 24/17
received [1] 9/2
recently [1] 6/18
recollection [2] 12/11 17/13 23/19

**R**

record [2] 11/8 39/21
recorded [1] 1/24
red [2] 12/12 12/17
redact [1] 24/19
redaction [1] 24/7
reduction [1] 11/21
reference [1] 24/2
references [1] 29/9
refers [1] 24/1
reflect [1] 9/25
reflected [1] 32/1
regard [1] 32/18
related [2] 4/11 5/1
relates [1] 31/13
relative [2] 17/19 21/25
releases [1] 9/10
relies [1] 31/23
remember [4] 12/6 17/19 19/2 21/24
remind [1] 11/24 22/2
Reminder [1] 15/11
reply [2] 28/19 28/20
report [25] 9/2 15/21 24/9 24/21 28/25
29/2 29/16 29/17 29/21 29/22 31/15
31/22 31/23 32/1 32/6 32/10 32/12
35/3 36/23 36/25 37/1 37/2 37/6 37/7
37/15
reported [1] 7/8
reporter [5] 1/20 5/11 15/21 39/18
39/25
reporters [1] 15/12
reports [10] 3/21 4/8 23/25 29/12 29/20
33/10 33/10 33/24 33/25 35/1
requesting [1] 5/15
require [1] 32/11
reserve [1] 13/25
reserved [1] 14/22
reserving [1] 14/14
reset [1] 11/22
resisted [1] 34/6
resolve [4] 5/21 6/3 22/13 25/24
resolved [4] 7/7 22/23 23/18 24/25
resolves [1] 5/7
response [7] 27/12 28/13 28/13 28/14
30/10 37/24 38/1
responsive [1] 27/11
restrict [2] 12/24 12/25
restricted [3] 34/6 34/7 34/18
rethink [1] 21/1
revenues [1] 37/18
review [1] 7/25
reviewing [1] 4/25
Rice [2] 4/14 4/15
RIG [1] 1/5
right [31] 7/5 11/22 13/7 13/19 14/19
14/21 15/2 16/12 17/1 17/5 18/6 18/9
18/14 19/4 21/7 21/8 24/14 24/16
26/18 26/24 27/7 27/9 27/10 28/20
31/5 33/15 33/19 37/16 38/5 39/8 39/9
Robers [1] 5/20
roll [1] 9/1
room [5] 19/7 19/10 19/15 20/2 21/2
rooms [2] 15/7 19/14
row [7] 13/25 13/25 14/14 14/19 14/21
14/23 15/3
rows [1] 14/22
rule [1] 3/21
Rules [1] 35/9
ruling [1] 26/10

ruminate [1] 38/18
running [1] 11/8

**S**

said [6] 16/12 18/22 22/11 27/18 27/19
35/20
SALLY [1] 1/11
same [6] 14/20 19/6 25/17 26/16 27/20
32/10
Sarah [7] 6/19 6/20 16/5 18/6 22/11
25/16 27/9
say [9] 7/4 9/6 9/20 9/20 10/22 28/20
30/20 34/1 35/4
saying [2] 24/17 27/8
says [2] 9/8 27/23
seating [1] 12/19
seats [1] 13/22
second [2] 16/2 30/21
Section [1] 1/6
security [2] 12/9 12/10
see [20] 3/14 3/17 3/18 4/21 5/12 6/5
7/8 7/10 15/11 16/15 17/25 18/3 18/23
19/1 19/7 21/4 25/16 29/17 29/21 33/6
seem [1] 13/16
seems [2] 4/10 9/6
seen [3] 16/4 35/9 36/10
sees [1] 32/9
select [1] 32/2
send [8] 9/10 16/10 25/15 27/21 28/16
28/23 28/23 29/24
sending [1] 16/3
sense [3] 6/5 6/16 25/8
sensitive [2] 31/19 33/9
sensitivities [1] 37/4
sensitivity [4] 32/1 32/11 36/22 37/1
separate [1] 5/15
September [1] 17/24
September 11 [1] 17/24
served [3] 4/7 4/18 6/8
set [3] 19/24 24/23 36/25
setting [1] 9/24
sheet [1] 4/19
sheets [3] 4/1 4/2 4/7
short [3] 7/20 22/21 26/9
shortly [1] 8/9
should [6] 4/4 5/23 23/23 24/23 26/16
38/20
show [1] 8/21
shows [1] 12/8
shuffling [1] 5/9
SHUSHAN [2] 1/11 25/22
side [3] 9/12 9/16 14/6
significant [5] 30/24 31/8 32/22 33/17
34/23
signify [1] 7/3
similar [3] 25/9 29/1 29/22
simple [1] 38/15
simply [1] 22/3
since [2] 12/19 34/17
single [1] 29/11
sit [1] 25/21
site [2] 16/15 18/20
sitting [1] 8/22
situation [1] 33/11
six [1] 13/13
so [52]
soft [1] 20/4
software [1] 1/25
some [17] 6/22 6/24 9/25 10/16 10/17
20/3 20/4 20/5 21/20 25/4 25/6 25/15

28/9 29/12 32/2 32/19 32/19
32/24 34/8 35/1 36/1 16/6
18/25 23/22 36/13
sometimes [1] 38/16
sorry [6] 4/4 11/9 14/12 21/9 22/10
23/3
sorts [1] 23/2
sought [1] 34/3
sounded [1] 34/13
sounds [2] 6/14 25/18
speak [1] 23/21
speaker [1] 5/10
speakerphone [1] 5/9
special [1] 38/22
specific [1] 4/5
specifically [1] 29/9
specified [3] 35/16 35/16 35/17
SPILL [1] 1/5
spoken [1] 8/3
spread [1] 15/5
spring [1] 35/7
staked [1] 24/12
stand [2] 15/21 33/24
standard [1] 37/4
start [7] 6/8 7/25 18/4 28/10 29/13 32/3
32/17
starts [1] 17/25
State [2] 24/2 24/4
statement [4] 28/3 28/11 29/2 29/10
statements [7] 9/5 9/8 9/11 9/12 9/21
11/12 15/5
states [16] 1/1 1/12 12/5 23/8 24/2
32/6 33/21 34/17 34/23 35/21 36/1
36/2 36/5 37/22 38/7 39/18
States' [1] 38/19
STATUS [1] 1/11
steering [1] 19/8
stenography [1] 1/24
Steve [7] 4/6 4/25 7/13 8/24 11/18
27/16 29/16
still [6] 5/23 8/22 12/13 15/2 27/3 32/24
stipulated [1] 27/5
stipulation [2] 7/9 7/10
stocked [2] 19/9 19/11
stocking [1] 19/18
Street [1] 1/21
structure [1] 38/2
stuff [3] 11/11 19/12 19/13
stuffed [1] 7/2
subject [1] 17/17
submit [1] 8/9
submitted [1] 7/9
submitting [1] 31/15
substantial [1] 21/17
success [1] 25/9
such [1] 20/4
suggested [1] 22/16
suggesting [1] 34/14
suppose [2] 21/19 27/21
sure [3] 3/9 13/24 19/11
surprise [2] 34/22 35/20
swear [1] 11/6

**T**

table [3] 13/13 14/6 14/7
tag [1] 12/8
take [17] 10/5 10/7 11/10 12/15 14/3
14/5 14/23 15/3 18/2 18/12 24/13 28/8
29/20 30/12 30/23 33/7 34/8
taken [1] 7/25

## T

takes [2] 15/21 15/25
taking [1] 37/3
talk [11] 3/18 3/25 9/5 14/10 22/19
23/14 23/19 23/23 33/4 35/14 38/22
talked [4] 4/17 14/5 14/8 16/15
talking [12] 14/13 18/1 21/14 28/12
29/4 29/8 29/16 30/2 33/24 36/24
38/11 39/6
technical [1] 8/11
telephone [2] 1/11 4/16
tell [12] 11/15 11/18 19/25 20/10 23/11
26/7 28/19 28/22 29/17 29/19 36/15
38/18
ten [5] 27/19 28/7 28/17 30/2 36/7
tend [1] 29/15
term [3] 34/4 36/1 36/4
terms [6] 23/7 29/8 33/6 34/16 35/25
37/17
testifies [2] 37/17 38/3
testimony [3] 26/15 26/16 34/18
Texas [5] 27/11 29/1 29/2 29/3 29/22
than [5] 6/7 13/21 14/3 18/11 32/9
thank [11] 7/18 11/7 14/17 16/5 20/7
38/14 38/24 38/25 39/11 39/12 39/13
Thanks [2] 5/11 27/13
that [223]
that's [40]
their [2] 12/7 24/6
theirs [1] 38/10
them [18] 3/18 3/21 4/10 4/11 6/1 7/21
7/24 8/5 8/21 10/24 12/13 13/8 13/22
18/16 18/17 19/19 30/4 36/3
themselves [1] 26/23
then [14] 14/14 14/23 18/19 18/21 22/9
27/9 27/10 28/12 28/21 29/19 29/20
32/13 33/4 37/4
there [34] 3/19 4/1 4/19 4/20 4/25 5/2
7/9 8/14 8/18 8/19 9/16 10/14 11/7
12/9 13/25 16/14 17/6 18/12 20/3 20/3
20/24 21/0 24/13 24/22 25/23 28/25
30/24 31/7 32/15 32/18 32/20 33/17
34/10 35/20
there's [7] 3/18 7/21 17/9 26/13 28/25
32/16 33/3
these [9] 10/16 11/1 22/1 22/16 29/12
29/20 34/12 35/10 35/17
they [23] 9/9 10/4 15/12 16/19 18/4
18/19 18/19 18/22 21/19 21/25 22/19
23/1 23/11 28/19 28/20 28/20 34/2
34/8 34/10 34/15 34/15 35/7 36/11
thing [6] 9/23 19/6 21/10 23/12 29/4
34/2
things [9] 10/17 13/5 18/2 20/4 20/5
27/2 27/11 28/14 32/15
think [72]
thinking [2] 21/1 21/20
thinks [3] 4/21 9/8 10/3
this [51]
those [23] 4/17 4/25 5/1 5/25 8/8 10/17
12/5 13/9 18/11 18/12 18/15 22/12
22/13 23/1 24/3 27/2 27/3 33/25 35/15
35/19 36/13 37/4 37/18
thought [8] 13/1 14/2 14/9 16/18 19/12
21/21 24/7 32/23
three [3] 4/7 20/19 34/7
three-year [1] 34/7
through [11] 3/17 6/24 7/6 8/11 10/14
12/10 20/23 21/4 23/3 23/3 33/4

## U

time [23] 8/8 9/7 9/17 11/4 11/15 11/19
12/10 12/11 13/3 16/22 19/6
19/15 22/2 32/3 32/21 33/4 33/7 33/24
34/8 35/1 35/17 38/5
timeline [1] 25/10
timing [1] 16/22
today [5] 22/23 23/20 25/11 26/20
32/23
together [5] 5/21 10/13 10/16 12/7
19/23
told [1] 21/9
Tom [1] 7/17
Toni [1] 1/20 39/17 39/24 39/24
too [6] 13/14 13/17 24/10 25/5 33/8
39/11
took [2] 19/9 24/3
totally [1] 9/8
track [1] 8/6
tracks [1] 7/4
transcript [3] 17/20 17/21 39/20
transcription [1] 1/25
transcripts [1] 6/18
trial [25] 3/22 6/8 7/7 10/15 11/3 15/16
17/15 21/11 22/1 22/8 22/25 23/7 25/2
25/24 31/10 32/2 32/3 32/17 32/21
33/17 34/21 34/22 34/22 35/7 38/2
trials [1] 10/4
trouble [1] 5/11
true [2] 35/24 39/19
try [6] 5/21 6/2 6/12 6/24 36/6 36/7
trying [4] 6/19 21/24 27/24 28/4
Tuesday [1] 11/25 21/3
turn [2] 30/17 34/21
turnaround [1] 30/12
Tusa [4] 1/20 39/17 39/24 39/24
two [21] 3/22 4/11 9/16 14/19 14/22
14/23 15/3 16/24 17/11 18/8 20/19
21/16 22/20 23/15 23/16 26/14 28/7
29/6 29/23 30/19 30/20
type [1] 29/4
types [1] 27/2

## U

U.S [10] 7/15 12/6 14/7 18/12 18/13
18/15 24/24 30/14 35/15 39/3
ultimately [1] 7/7
understand [6] 8/11 8/24 25/3 25/5
30/5 30/7
understanding [3] 23/17 28/3 39/20
understood [3] 3/24 33/2 38/23
unique [1] 36/12
UNITED [16] 1/1 1/12 12/5 23/8 32/6
33/21 34/17 34/23 35/21 36/1 36/2
36/5 37/22 38/7 38/19 39/18
United States [12] 12/5 23/8 32/6
33/21 34/17 34/23 35/21 36/1 36/2
36/5 37/22 38/7
United States' [1] 38/19
unless [1] 6/24
unredacted [1] 24/21
unseal [1] 24/12
until [5] 3/21 17/8 25/11 26/7 34/20
up [17] 6/23 8/21 15/4 16/14 17/4 17/9
18/18 18/19 18/23 19/24 20/5 25/20
28/10 30/12 33/5 33/7 34/2
update [1] 4/1
uploaded [1] 7/25
upon [3] 35/16 35/22 37/19
upturn [1] 34/10
us [20] 13/24 20/23 23/11 26/6 26/6

## V

26/7 27/14 28/19 30/11 32/16 33/22
34/8 38/16
use [2] 23/9 23/14
used [3] 22/1 25/9 32/12
useful [1] 10/4
useless [2] 9/8 9/24
uses [1] 32/10
using [1] 1/24
usually [1] 14/7
utilize [1] 31/22
utilized [2] 31/6 31/17
utilizes [1] 32/11
utilizing [1] 36/24
Uyl [10] 31/16 31/17 34/15 36/18 36/23
37/13 38/3 38/8 38/11 38/21
Uyl's [6] 31/22 32/7 34/20 35/3 37/1
37/24

## V

valuation [17] 31/7 31/9 31/17 31/18
31/19 31/25 32/13 33/6 35/5 35/7
35/21 36/21 36/21 37/5 37/13 37/14
37/25
valuations [1] 37/25
values [1] 36/25
VanHaverbeke [1] 4/12
various [1] 24/1
very [10] 10/4 10/14 27/25 29/1 29/12
32/22 32/22 34/7 35/15 36/13
video [2] 2/9 8/6
view [1] 31/11
views [2] 25/4 25/6
vigorously [1] 34/6
violations [1] 7/21
violator [4] 30/20 30/23 33/23 35/11
visiting [1] 6/25
volatile [1] 34/8
volume [1] 21/13
voluminous [1] 29/12
volunteer [1] 19/10
volunteers [1] 19/10
vulnerable [1] 35/22

## W

wait [4] 4/21 37/11 37/11 37/11
walk [2] 8/11 14/21
walk-through [1] 8/11
want [26] 3/18 4/23 5/13 8/12 9/23
10/6 11/4 12/7 12/15 12/25 13/20
13/21 14/18 17/7 19/14 22/19 24/1
26/6 27/14 27/21 28/20 29/1 29/20
35/12 37/21 38/10
wanted [4] 6/3 11/24 32/4 36/5
wants [4] 8/4 23/21 25/1 33/7
war [1] 19/13
was [41]
wasn't [1] 11/17
waste [2] 11/15 11/18
Water [1] 7/21
way [14] 3/12 6/10 10/3 10/7 10/12
10/19 10/25 11/3 27/15 28/24 29/10
32/16 33/13 33/21
we [181]
website [1] 17/18
Wednesday [2] 11/23 17/24
week [6] 5/6 11/10 17/15 20/14 21/21
21/22
weekend [1] 39/6
well [21] 3/5 3/11 6/23 7/2 7/18 8/14
8/15 9/3 11/14 12/20 17/11 19/13

W

well... [9]  19/21 20/4 20/16 25/24 26/5
26/17 27/5 29/7 33/2
went [4]  6/17 8/11 8/15 8/25
were [22]  4/18 4/22 6/25 8/14 14/2
16/2 16/19 17/14 20/3 20/25 21/11
23/18 24/1 24/5 26/15 26/19 29/3
33/25 34/16 34/20 34/25 35/1
weren't [2]  8/17 8/19
what [52]
what's [4]  28/11 28/15 29/14 33/14
when [10]  16/16 16/16 18/15 20/8
20/25 23/6 27/2 28/22 29/24 33/7
where [6]  4/18 6/18 18/1 19/2 33/11
35/10
whether [6]  4/21 5/25 6/17 22/14 28/20
33/5
which [15]  8/8 10/12 13/4 15/19 22/21
23/10 24/23 26/22 28/6 31/23 33/25
34/16 35/23 37/4 38/3
while [1]  37/25
who [11]  12/5 13/5 23/20 27/10 35/14
36/17 36/18 37/12 37/14 37/15 37/16
Whoever [1]  5/9
whole [5]  13/9 18/18 29/7 38/17 38/17
Whoops [1]  7/14
why [6]  3/11 18/2 18/21 34/3 36/6
38/18
wide [1]  15/6
will [60]
Wilson [4]  26/15 27/10 27/15 28/21
withdrawing [1]  27/15
Without [1]  26/25
witness [3]  11/6 26/13 30/3
won't [6]  8/16 13/23 20/10 26/7 30/3
30/6
Wood [6]  31/24 32/12 36/23 36/25 37/6
37/15
word [2]  9/6 23/5
words [1]  26/10
work [13]  5/24 7/6 9/25 12/18 16/4
19/23 20/23 23/12 25/22 25/23 34/24
36/22 37/6
worked [1]  15/13
working [5]  5/21 5/23 6/24 15/19 19/3
works [1]  20/18
worms [1]  29/8
worried [2]  9/6 21/10
worries [3]  7/19 7/23 15/20
would [53]
wouldn't [2]  9/6 11/5
wrapped [1]  25/20
wrong [2]  16/25 28/20

Y

yeah [7]  7/5 12/18 13/19 14/2 21/17
23/14 25/13
year [1]  34/7
years [2]  36/7 39/6
Yep [3]  26/12 28/18 31/2
Yes [12]  3/16 4/4 6/14 8/7 9/14 12/2
12/3 14/20 20/21 22/3 28/24 30/11
yet [1]  16/4
you [127]
you're [3]  6/24 19/3 29/12
your [59]
Your Honor [25]  3/16 3/24 4/24 5/17
6/14 8/7 9/3 11/20 13/23 14/4 15/18
16/1 16/21 21/23 22/20 23/22 26/9
26/19 27/16 28/10 30/15 33/20 38/13

38/23 39/4
yourself [2]  16/1 17/1
yourselves [1]  24/24