IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| Applies to: | * * | |
| Blake International v. BP Exploration & Production | * * * | HONORABLE CARL J. BARBIER |
| No. 2:13-cv-01185 | * * * | MAGISTRATE JUDGE SHUSHAN |

### BP EXPLORATION & PRODUCTION INC.'S ANSWER TO THE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT OF BLAKE INTERNATIONAL USA RIGS, LLC

Defendant BP Exploration & Production Inc. ("BPXP"), by its undersigned counsel, and pursuant to Rule 8 of the Federal Rules of Civil Procedure, hereby answer the Second Supplemental and Amending Complaint of Blake International USA Rigs, LLC (Rec. Doc. 13715) as follows (with footnotes in the Second Supplemental and Amending Complaint — all of which are non-material — omitted): [1]

1. Plaintiff filed the above captioned action in this Court on April 18, 2013.

**ANSWER:**

BPXP admits the allegations of this paragraph.

2. Plaintiff filed its First Supplemental and Amending Complaint pursuant to this Court's Scheduling Order dated June 3, 2014.

---

[1] Discovery with regard to the subject matter of the allegations in Plaintiff's Second Amended complaint is ongoing and not complete, and certain information thus remains unavailable to BPXP at this time, and BPXP therefore specifically reserves the right to amend or supplement its answers and affirmative defenses to the allegations in Plaintiff's Complaint as additional facts and expert opinions become known to it.

1

**ANSWER:**

      BPXP admits the allegations of this paragraph.

3.     Plaintiff now seeks to file its Second Supplemental and Amending Complaint with leave of this Court.

**ANSWER:**

      BPXP does not object to the filing of Plaintiff's Second Supplemental and Amending Complaint with leave of this Court.

4.     Plaintiff incorporates by reference each and every allegation, claim, cause of action, and prayer for relief described in its original Complaint and its First Supplemental and Amending Complaint.

**ANSWER:**

      BPXP incorporates by reference each and every allegation, answer, response to cause of action, and response to prayer for relief described in its original Answer to the First Supplemental and Amending Complaint (Rec. Doc. 13060), including BPXP's General Denial, all 26 of its Affirmative Defenses, and its reservation of rights to supplement or amend its affirmative defenses and this Answer.

5.     Plaintiff further desires to amend its Original and First Amending Complaint as follows:

**ANSWER:**

      BPXP acknowledges the Plaintiff's desire to amend its Original and First Amending Complaint as it indicates in succeeding paragraphs.

6.     Plaintiff desires to amend paragraph one (1) of its Original Complaint to delete provisions 1(b) and 1(c) naming BP America Production Company and BP p.l.c. as defendants' in this matter.

**ANSWER:**

BPXP acknowledges the Plaintiff's desire to amend its Original and First Amending Complaint to delete paragraph 1 of that pleading and comments that this is a necessary step to bring the Plaintiff's pleading into compliance with the Oil Pollution Act and the governing procedural rulings controlling the OPA Test Case process.

7. Plaintiff further desires to amend its First Supplemental and Amending Complaint to include in its un-numbered introductory paragraph in its Original Complaint as follows:

**ANSWER:**

BPXP acknowledges the Plaintiff's desire to amend its Original and First Amending Complaint as it indicates in succeeding sub-paragraph numbered 5.

> **5. Blake Holdings I, LLC, Blake Workover & Drilling Co., Inc., and Blake International Rigs, LLC are the legal successors in interest to Blake International USA Rigs, LLC and the legal owners of the claim. Thus, Blake Holdings I, LLC, Blake Workover & Drilling Co., Inc., and Blake International Rigs, LLC are proper plaintiffs herein.**
>
> **ANSWER:**
>
> **BPXP lacks knowledge or information sufficient to form a belief about the truth of the allegations of sub-paragraph 5, and therefore denies them.**

[8.] Finally, Plaintiff desires to amend its Prayer of Relief in its First Supplemental and Amended Complaint as follows:

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally, and in solido, as follows:

(a) Economic and compensatory damages in amounts to be determined at trial;

(b) Pre-judgment and post-judgment interest at the maximum rate allowable by law;

(c) Such other and further relief available under all applicable federal laws and any relief the Court deems just and appropriate.

**ANSWER:**

BPXP acknowledges the Plaintiff's desire to amend its Original and First Amending Complaint's Prayer of Relief but BPXP denies that Blake is entitled to any relief in this action. Additionally, BPXP denies that Plaintiff can pursue attorneys' fees or costs even under the guise of a catch-all concerning "further relief." Finally, BPXP notes that the newly amended Prayer of Relief refers to seeking judgment against "Defendants" plural, despite the fact that BPXP is now the only remaining (and legally proper) defendant. For this same reason, the request of relief "jointly, severally, and in solido" is also in legal error.

Dated:  January 5, 2015                    Respectfully submitted,

/s/  Don K. Haycraft

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft (Bar #14361) |
| J. Andrew Langan, P.C. | LISKOW & LEWIS |
| Matthew T. Regan, P.C. | 701 Poydras Street, Suite 5000 |
| KIRKLAND & ELLIS LLP | New Orleans, LA  70139-5099 |
| 300 North LaSalle Street | Telephone:  (504) 581-7979 |
| Chicago, IL  60654 | Facsimile:  (504) 556-4108 |
| Telephone:  (312) 862-2000 | |
| Facsimile:  (312) 862-2200 | |

Christopher W. Keegan
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:  (414) 439-1400
Facsimile:   (414) 439-1500

Robert C. "Mike" Brock
Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of January 2015.

                                                                /s/  Don K. Haycraft