IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| Applies to: | * * | HONORABLE CARL J. BARBIER |
| Certified Platform Services v. BP Exploration & Production | * * * | |
| No. 2:13-cv-01143 | * * | MAGISTRATE JUDGE SHUSHAN |

**BP EXPLORATION & PRODUCTION INC.'S ANSWER TO THE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT OF CERTIFIED PLATFORM SERVICES, LLC**

Defendant BP Exploration & Production Inc. ("BPXP"), by its undersigned counsel, and pursuant to Rule 8 of the Federal Rules of Civil Procedure, hereby answers the Second Supplemental and Amending Complaint of Certified Platform Services, LLC (Rec. Doc. 13714) (with footnotes in the Second Supplemental and Amending Complaint — all of which are non-material — omitted) as follows: [1]

1.    Plaintiff filed the above captioned matter in this Court on April 18, 2013, and Plaintiff filed its First Supplemental and Amending Complaint on June 5, 2014.

**ANSWER:**

BPXP admits the allegations of this paragraph.

---

[1]    Discovery with regard to the subject matter of the allegations in Plaintiff's Amended Complaint is ongoing and not complete, and certain information thus remains unavailable to BPXP at this time, and BPXP therefore specifically reserves the right to amend or supplement its answers and affirmative defenses to the allegations in Plaintiff's Second Supplemental and Amending Complaint as additional facts and expert opinions become known to it.

2.     Plaintiff incorporates by reference each and every allegation, claim, cause of action, and prayer for relief described in its original Complaint and its First Supplemental and Amending Complaint, except as follows:

**ANSWER:**

BPXP incorporates by reference each and every allegation, answer, response to cause of action, and response to prayer for relief described in its original Answer to the First Supplemental and Amending Complaint (Rec. Doc. 13061), including BPXP's General Denial, all 26 of its Affirmative Defenses, and its reservation of rights to supplement or amend its affirmative defenses and this Answer.

3.      Plaintiff desires to amend and replace Paragraph 1 of its original Complaint and Paragraph 4 of its First Supplemental and Amending Complaint to state the following:

> Made Defendant herein is **BP EXPLORATION & PRODUCTION INC. (hereinafter "BP Exploration" or "BP")**, a Delaware corporation with its principal place of business in Warrenville, Illinois. BP Exploration was a leaseholder and the designated operator in the lease granted by the former Minerals Management Service ("MMS"), now Bureau of Ocean Energy Management, Regulation and Enforcement, allowing it to perform oil exploration, drilling, and production-related operations in Mississippi Canyon Block 252, the location known as "Macondo" where the Oil Spill originated. BP Exploration was designated the "Responsible Party" by the U.S. Coast Guard under the Oil Pollution Act of 1990, 33 U.S.C. §2714. This Court has personal jurisdiction over BP Exploration, because BP Exploration is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana.

**ANSWER:**

BPXP acknowledges the Plaintiff's desire to amend its Original and First Amending Complaint as it indicates in the indented paragraph above and answers as follows:

BPXP admits that BPXP is a Delaware corporation (but denies that its principal place of business is Warrenville, Illinois), that it was a partial lease holder in the lease granted by the MMS/BOEMRE pursuant to which it was allowed to perform oil exploration, drilling, and production-related operations in Mississippi Canyon Block 252, in which the Macondo Well was

located, and that BPXP was, together with other entities, designated as a Responsible Party under the Oil Pollution Act. As a Responsible Party under OPA, BPXP has expressed its commitment to pay all legitimate OPA claims. BPXP further admits that BPXP is subject to this Court's jurisdiction.  BPXP also denies that the Spill originated from the well because it originated from the *Deepwater Horizon*.  BPXP further notes that the effect of this amendment is to make only BPXP a proper defendant in this action.

[4]    **WHEREFORE**, based on the foregoing, **CERTIFIED PLATFORM SERVICES, LLC** prays for judgment in its favor and against Defendant, BP Exploration & Production, Inc., for compensatory damages as alleged herein in an amount reasonable under the circumstances of this cause, for all pre-judgment and post-judgment interest on those amounts for which **CERTIFIED PLATFORM SERVICES, LLC** is entitled pursuant to 33 U.S.C. § 3305 at the maximum allowable rate, and for any additional general and equitable relief as the facts of this case may require.

**ANSWER:**

BPXP denies that the Plaintiff is entitled to any relief in this action.  Additionally, BPXP denies that Plaintiff can pursue attorneys' fees or costs even under the guise of a catch-all concerning "additional general and equitable relief."


Dated:  January 5, 2015                                          Respectfully submitted,

/s/  Don K. Haycraft

Richard C. Godfrey, P.C.                                Don K. Haycraft (Bar #14361)
J. Andrew Langan, P.C.                                  LISKOW & LEWIS
Matthew T. Regan, P.C.                                  701 Poydras Street, Suite 5000
Brian P. Kavanaugh                                      New Orleans, LA  70139-5099
KIRKLAND & ELLIS LLP                                    Telephone:  (504) 581-7979
300 North LaSalle Street                                Facsimile:  (504) 556-4108
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Christopher W. Keegan
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (414) 439-1400
Facsimile: (414) 439-1500

Robert C. "Mike" Brock
Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of January 2015.

                                                                  /s/ Don K. Haycraft