IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| Applies to: | * * | |
| Bisso Marine v. BP Exploration & Production | * * | HONORABLE CARL J. BARBIER |
| No. 2:13-cv-00706 | * * * | MAGISTRATE JUDGE SHUSHAN |

**BP EXPLORATION & PRODUCTION INC.'S ANSWER TO THE SECOND AMENDED COMPLAINT FOR DAMAGES OF BISSO MARINE, LLC**

Defendant BP Exploration & Production Inc. ("BPXP") by its undersigned counsel, and pursuant to Rule 8 of the Federal Rules of Civil Procedure, hereby answers the Second Amended Complaint of Bisso Marine, LLC (Rec. Doc. 13712) as follows:[1]

**TO THE HONORABLE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint and Amended Complaint of Bisso Marine are hereby amended as follows:

1. Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 1 through 8 of its Amended Complaint for Damages, including each and every allegation of fact and law as incorporated from its Complaint for Damages therein, as if specifically re-pled herein in their entirety.

---

[1] Discovery with regard to the subject matter of the allegations in plaintiff's Complaint is ongoing and not complete, and certain information thus remains unavailable to BPXP at this time, and BPXP therefore specifically reserves the right to amend or supplement its answers and affirmative defenses to the allegations in Plaintiff's Amended Complaint as additional facts and expert opinions become known to it.

**ANSWER:**

BPXP re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 1 through 8 of its Answer to the Amended Complaint of Bisso Marine (Rec. Doc. 13058), including its General Denial, all 26 of its Affirmative Defenses, and its reservation of rights to supplement or amend its affirmative defenses and this Answer.

2.      Plaintiff amends its Prayer for Damages as follows:

**WHEREFORE**, based on the foregoing, Bisso Marine, LLC prays for judgment in its favor and against defendant BP Exploration & Production, Inc., for compensatory damages as alleged herein in an amount reasonable under the circumstances of this cause, for legal interest at the maximum allowable rate on those amounts for which Bisso Marine, LLC is entitled to obtain legal interest, for all reasonable claim preparation expenses, and for any additional general and equitable relief as the facts of this cause may require.

**ANSWER:**

BPXP denies that Bisso is entitled to any relief in this action.  Without prejudice to this general denial, BPXP also specifically denies that Bisso is entitled under the Oil Pollution Act to recover "claim preparation expenses" in any amount.

Dated:  January 5, 2015

Robert C. "Mike" Brock
Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

Respectfully submitted,

/s/  J. Andrew Langan, P.C.
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

>Christopher W. Keegan
>KIRKLAND & ELLIS LLP
>555 California Street
>San Francisco, CA 94104
>Telephone: (414) 439-1400
>Facsimile: (414) 439-1500

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of January 2015.

                                                  /s/  J. Andrew Langan, P.C.