IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| Applies to: | * | |
| Wadleigh Industries  v. BP Exploration & Production | *<br>*<br>* | HONORABLE CARL J. BARBIER |
| No. 2:13-cv-00810 | *<br>*<br>* | MAGISTRATE JUDGE SHUSHAN |

BP EXPLORATION & PRODUCTION INC.'S ANSWER TO THE FIRST
SUPPLEMENTAL AND AMENDING COMPLAINT
<u>OF WADLEIGH INDUSTRIES, INC.</u>

Defendant BP Exploration & Production Inc. ("BPXP"), by their undersigned counsel, and pursuant to Rule 8 of the Federal Rules of Civil Procedure, hereby answers the Complaint of Wadleigh Industries, Inc. (2:13-cv-00810-CJB-SS, Doc. 1) (with footnotes in the First Supplemental and Amending Complaint (Rec. Doc. 13713) — all of which are non-material — omitted) as follows:[1]

**NOW COMES PLAINTIFF,** WADLEIGH INDUSTRIES, INC., through undersigned counsel, who does allege, aver and represent as follows:

<u>Nature of the Action</u>

1. Plaintiff filed the above captioned action in this Court on April 15, 2014.

---

[1] Discovery with regard to the subject matter of the allegations in Plaintiff's Complaint is ongoing and not complete, and certain information thus remains unavailable to the BPXP at this time, and BPXP therefore specifically reserves the right to amend or supplement its answers and affirmative defenses to the allegations in Plaintiff's Complaint as additional facts and expert opinions become known to it.

1

**ANSWER:**

      BPXP admits the allegations of this paragraph.

2.     Plaintiff files this First Supplemental and Amending Complaint pursuant to this Court's Scheduling Order and the discussions of the parties with the aid of the Court.

**ANSWER:**

      BPXP acknowledges desire on the part of Plaintiff.

3.     Plaintiff incorporates by reference each and every allegation, claim, and cause of action described in its original Complaint, except as follows:

**ANSWER:**

      BPXP incorporates by reference each and every allegation, answer, response to cause of action, and response to prayer for relief described in its original Answer to the First Supplemental and Amending Complaint (Rec. Doc. 13063), including BPXP's General Denial, all 26 of its Affirmative Defenses, and its reservation of rights to supplement or amend its affirmative defenses and this Answer.  BPXP's answers to the exception paragraphs are given in the respective paragraphs below.

4.     Plaintiff deletes paragraphs 8 and 9, removing BP America Production Company and BP p.l.c. as Defendants.

**ANSWER:**

      BPXP acknowledges this deletion and notes that its legal effect is to leave BPXP as the sole defendant in this action.

5.     Plaintiff amends Paragraph 10 of its Complaint for Damages as follows:

                                      10.

      BP Exploration & Production, Inc. is sometimes referred to herein as the "BP Defendants" or "BP".

**WHEREFORE**, Plaintiff, WADLEIGH INDUSTRIES, INC., demands judgment against BP Exploration & Production, Inc., for all damages, expenses, legal interest, and/or other relief available under the Oil Pollution Act of 1990, 33 U.S.C. 2701, et seq.

**ANSWER:**

BPXP acknowledges the global change to the original complaint as incorporated by reference to conform to the removal of BP America Production Company and BP p.l.c. as defendants. However, BPXP denies that the Plaintiff is entitled to any relief in this action. Additionally, BPXP denies that Plaintiff can pursue attorneys' fees or costs even under the guise of a catch-all concerning "other relief available under the Oil Pollution Act of 1990."

Dated:  January 5, 2015

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Christopher W. Keegan
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Telephone:  (414) 439-1400
Facsimile:  (414) 439-1500

Robert C. "Mike" Brock
Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

Respectfully submitted,

/s/  Don K. Haycraft
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of January 2015.

                                                                                        /s/ Don K. Haycraft