UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al.* | : | Mag. Judge Shushan |
| *v. BP Exploration & Production Inc., et al.* | : | |

SPECIAL MASTER'S UNOPPOSED
MOTION TO DISMISS WITHOUT PREJUDICE
MOTION FOR RETURN OF PAYMENTS MADE AS TO DANZIGER & DE LLANO LLP

COMES NOW Special Master Louis J. Freeh, and moves to dismiss without prejudice

his motion as to the law firm of Danziger & De Llano LLP ("Danziger & De Llano") for return

of payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to

claimant Wardell Parker ("Parker").  Danziger & De Llano does not oppose this motion.

Because Danziger & De Llano has agreed to return to the DHECC all payments made

to the law firm from Parker's claims, and for the reasons stated in the accompanying

memorandum, the Special Master respectfully asks the Court to grant the motion and

dismiss without prejudice his motion for return of these payments as it relates to Danziger

& De Llano.

Respectfully submitted,


/s/ Louis I. Freeh
Louis J. Freeh
Special Master

Dated:   January 6, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 6th day of January, 2015, by electronic mail, on the following:

Paul Danziger
Danziger & De Llano LLP
440 Louisiana Street, Suite 1212
Houston, TX 77002
*Attorney for Wardell Parker*

/s/Louis I. Freeh
Louis J. Freeh