UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL2179 Section J |
| | : | |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

MEMORANDUM IN SUPPORT
OF THE SPECIAL MASTER'S UNOPPOSED
MOTION TO DISMISS WITHOUT PREJUDICE
MOTION FOR RETURN OF PAYMENTS MADE AS TO DANZIGER & DE LLANO LLP

Special Master Louis J. Freeh moves to dismiss without prejudice his motion as to the law firm of Danziger & De Llano LLP ("Danziger & De Llano") for return of payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Wardell Parker ("Parker"). In support of this motion, the Special Master states as follows:

1. On December 15, 2014, the Special Master filed a motion to have claimant Parker and others return payments made by the DHECC on two seafood compensation claims filed by Parker.

2. In the motion for return of payments, the Special Master sought, among other relief, the repayment to the DHECC of attorney's fees received by Danziger & De Llano for its work on Parker's claims.

3. After the motion was filed, the Special Master and Danziger & De Llano reached an agreement for the firm to repay $60,100.32 to the DHECC, which is the entirety of the fees that the firm received for Parker's claims.

4. On December 23, 2014, Danziger & De Llano paid $60,100.32 to the DHECC.

5. The Special Master respectfully moves to dismiss its motion for return of property as against Danziger & De Llano, without prejudice.

6. Danziger & De Llano consents to this motion and the relief sought by the Special Master.

                Respectfully submitted,

                /s/ Louis I. Freeh
                Louis J. Freeh
                Special Master

Dated: January 6, 2015