UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 10-4536 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER REGARDING PRETRIAL CONFERENCE

With respect to the Pretrial Conference scheduled for January 7, 2015, the Court hereby ORDERS:

Only attorneys representing parties to the Penalty Phase (United States, BP, and Anadarko) may attend the Pretrial Conference. The Pretrial Conference shall <u>not</u> be open to the public, press, or other MDL parties not participating in the Penalty Phase.

New Orleans, Louisiana, this 6th day of January, 2015.

_____
United States District Judge