UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion by Defendant BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibits A, J, and K Under Seal:

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibits A, J, and K to BPXP's Memorandum in Support of its Motion to Strike the United States' Untimely Supplements to the Expert Reports of Dr. Stanley Rice, Capt. Mark VanHaverbeke, and Mr. Ian Ratner are filed under seal pending further order of the Court.

New Orleans, Louisiana this 5th day of January, 2015.

_____
United States District Judge