UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 Section: J |
| This Document Relates To: Cause No. 2:13-cv-02040 | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

******************************************

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Jimmy Williamson and the Williamson & Rusnak law firm and Jennifer H. Kahn and the Kahn Law Firm be permitted to withdraw as Counsel of records for the City of d'Iberville, Mississippi.

New Orleans, Louisiana this 5th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

1