UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al.* | : | Mag. Judge Shushan |
| *v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

Upon consideration of the Special Master's motion to dismiss without prejudice his motion for return of payments as to Danziger & De Llano LLP ("Danziger & De Llano"), from payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Wardell Parker ("Parker"), and the repayment made by Danziger & De Llano of $60,100.32 to the DHECC, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1.  The Special Master's motion to have claimant Parker and others return payments made by the DHECC is hereby DISMISSED WITHOUT PREJUDICE as to Danziger & De Llano; and

2.  The relief sought by the Special Master directing the DHECC to withhold funds to satisfy the restitution on Parker's claims from pending DHECC claim payments is hereby DENIED WITHOUT PREJUDICE as to Danziger & De Llano; and

3.  The relief sought by the Special Master against Parker and others shall be offset by the amount of all payments made by Danziger & De Llano to the DHECC concerning claims of Parker; and

4.  The remainder of the Special Master's motion for return of payments from Parker and others shall remain for adjudication before the Court.

New Orleans, Louisiana this 7th day of January, 2015.

                                                                  THE HON. CARL J. BARBIER
                                                                  UNITED STATES DISTRICT JUDGE