UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| **Applies to:** *U.S. v. BP Exploration & Prod. Co., et al.*, No. 2:10-cv-04536. | | * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANADARKO PETROLEUM CORPORATION'S SECOND SUPPLEMENTAL CUMULATIVE LIST OF REDACTED DOCUMENTS AND DOCUMENTS FOR WHICH CONFIDENTIALITY DESIGNATIONS ARE WITHDRAWN IF THE DOCUMENTS ARE USED AND ADMITTED IN THE PENALTY PHASE TRIAL

Anadarko Petroleum Corporation ("Anadarko") hereby respectfully submits its Second Supplemental Cumulative List of Redacted Documents and Documents for Which Confidentiality Designations Are Withdrawn if the Documents Are Used and Admitted in the Penalty Phase Trial as provided in the October 3, 2014 Order Regarding Exhibits [Rec. Doc. 13461], attached as Exhibit A.  Additional documents added since Anadarko's first supplemental list was served on October 31, 2014 are marked with an asterisk ("*").  If a listed document bears an "-R-" in its Bates number (*e.g.*, ANA-MDL-R-xxxxxx), a redacted version of the document that is not confidential is being produced by Anadarko.

To the extent permitted by Orders or decisions of the Court, Anadarko reserves the right to supplement this list with additional documents as appropriate.

Dated: January 7, 2014                    MORGAN, LEWIS & BOCKIUS LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@morganlewis.com

1

Thomas R. Lotterman
thomas.lotterman@morganlewis.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@morganlewis.com
Morgan, Lewis & Bockius LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 7, 2015.

                                                                                                /s/ *Ky E. Kirby*
                                                                                                Ky E. Kirby