# Exhibit A

MDL NO. 2179
**Anadarko's Second Supplemental Cumulative List of Redacted Documents
and Documents for Which Confidentiality Designations Are Withdrawn
If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-001218 | ANA_MDL-000007262 | ANA_MDL-000007264 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001243 | ANA-MDL-000030610 | APC-HEC1-00001840 | De-Designated | 9/13/2013; 10/3/2014 |
| TREX-001243A | APC-HEC1-000001628 | APC-HEC1-000001628 | De-Designated | 9/13/2013; 10/3/2014 |
| TREX-001243C | ANA-MDL-000030524 | ANA-MDL-000030609 | De-Designated | 9/13/2013 |
| TREX-001255 | ANA_MDL-000002456 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001258 | APC-SHS2A-000007936 | | De-Designated | 9/1/2011 |
| TREX-001579 | ANA-MDL-000033441 | ANA-MDL-000033447 | De-Designated | 9/13/2013 |
| TREX-001580 | ANA-MDL-000034501 | ANA-MDL-000034503 | De-Designated | 9/13/2013 |
| TREX-001581 | ANA-MDL-000034958 ANA-MDL-000034193 | | De-Designated | 9/13/2013 |
| TREX-001582 | ANA-MDL-000034194 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001583 | ANA-MDL-000041230 | ANA-MDL-000041231 | De-Designated | 9/13/2013 |
| TREX-001584 | ANA-MDL-000041245 | ANA-MDL-000041245 | De-Designated | 10/3/2014 |
| TREX-001585 | ANA-MDL-000039054 | ANA-MDL-000039056 | De-Designated | 9/13/2013 |
| TREX-001586 | ANA-MDL-000045796 | ANA-MDL-000045828 | De-Designated | 9/13/2013 |
| TREX-001587 | ANA-MDL-000042525 | | De-Designated | 9/1/2011 |
| TREX-001588 | ANA-MDL-000045222 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001589 | ANA-MDL-000042121 | ANA-MDL-000042122 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001590 | ANA-MDL-000002656 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001591 | ANA-MDL-000007517 | ANA-MDL-000007518 | De-Designated | 9/13/2013 |
| TREX-001592 | ANA-MDL-000007964 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001593 | ANA-MDL-000001946 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001594 | ANA-MDL-000053061 | ANA-MDL-000053062 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001595 | ANA-MDL-000009518 | ANA-MDL-000009519 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001596 | ANA-MDL-000002795 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001598 | APC-SHS2A-000001040 | APC-SHS2A-000001044 | De-Designated | 9/13/2013 |
| TREX-001599 | APC-SHS2A-000001266 | APC-SHS2A-000001272 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001847 | ANA-MDL-000030738 | ANA-MDL-000030744 | De-Designated | 10/3/2014 |
| TREX-001848 | ANA-MDL-000030768 | ANA-MDL-000030872 | De-Designated | 10/3/2014 |
| TREX-001849 | ANA-MDL-000030745 | ANA-MDL-000030767 | De-Designated | 10/3/2014 |
| TREX-001850 | ANA-MDL-000030956 | ANA-MDL-000030958 | De-Designated | 10/3/2014 |
| TREX-001851 | ANA-MDL-000030896 | ANA-MDL-000030913 | De-Designated | 10/3/2014 |

MDL NO. 2179
Anadarko's Second Supplemental Cumulative List of Redacted Documents
and Documents for Which Confidentiality Designations Are Withdrawn
If the Documents Are Used and Admitted in the Penalty Phase Trial

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-001853 | ANA-MDL-000030914 | ANA-MDL-000030934 | De-Designated | 10/3/2014 |
| TREX-001854 | ANA-MDL-000030945 | ANA-MDL-000030948 | De-Designated | 10/3/2014 |
| TREX-001855 | ANA-MDL-000030873 | ANA-MDL-000030895 | De-Designated | 10/3/2014 |
| TREX-001856 | ANA-MDL-000030952 | ANA-MDL-000030953 | De-Designated | 10/3/2014 |
| TREX-001857 | ANA-MDL-000062706 | ANA-MDL-000062720 | De-Designated | 10/3/2014 |
| TREX-001859 | ANA-MDL-000197325 | ANA-MDL-000197327 | De-Designated | 10/10/2011 |
| TREX-001901 | APC-SHS2A-000007891 | APC-SHS2A-000007892 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001902 | APC-SHS2A-000001254 | APC-SHS2A-000001255 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001903 | APC-SHS2A-000001264 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001904 | ANA-MDL-000002886 | ANA-MDL-000002888 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001905 | ANA-MDL-000002625 | ANA-MDL-000002626 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001906 | ANA-MDL-000003500 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001907 | ANA-MDL-000011081 | ANA-MDL-000011082 | De-Designated | 9/1/2011 |
| TREX-001908 | ANA-MDL-000002144 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001909 | ANA-MDL-000009445 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001910 | ANA-MDL-000003795 | | De-Designated | 9/1/2011 |
| TREX-001911 | APC-SHS2A-000001252 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001912 | ANA-MDL-000002080 | ANA-MDL-000002081 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001913 | APC-HEC1-000004797 | APC-HEC1-000004798 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001914 | ANA-MDL-R-000041074 | ANA-MDL-R-000041118 | De-Designated with redaction | 9/13/2013; 10/3/2014 |
| TREX-001915 | ANA-MDL-000041237 | | De-Designated | 9/13/2013 |
| TREX-001916 | ANA-MDL-000040182 | | De-Designated | 9/13/2013 |
| TREX-001917 | ANA-MDL-000039191 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001918 | ANA-MDL-000041677 | ANA-MDL-000041681 | De-Designated | 9/13/2013 |
| TREX-001919 | APC-SHS2A-000001082 | APC-SHS2A-000001084 | De-Designated | 9/1/2011; 9/13/2013; 10/3/2014 |
| TREX-001920 | ANA-MDL-000030713 | ANA-MDL-000030714 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001921 | ANA-MDL-000030687 | ANA-MDL-000030690 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001922 | ANA-MDL-000030726 | ANA-MDL-000030728 | De-Designated | 9/1/2011; 9/13/2013 |

MDL NO. 2179
**Anadarko's Second Supplemental Cumulative List of Redacted Documents
and Documents for Which Confidentiality Designations Are Withdrawn
If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-001923 | ANA-MDL-000058506 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001924 | ANA-MDL-000049703 | ANA-MDL-000049703 | De-Designated | 10/3/2014 |
| TREX-001925 | ANA-MDL-000008871 | ANA-MDL-000008872 | De-Designated | 9/13/2013 |
| TREX-001926 | ANA-MDL-000263338 | ANA-MDL-000263345 | De-Designated | 9/13/2013 |
| TREX-001927 | ANA-MDL-000262832 | ANA-MDL-000262838 | De-Designated | 10/3/2014 |
| TREX-001928 | APC-HEC1-000004660 | APC-HEC1-000004661 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001929 | ANA-MDL-000007365 | ANA-MDL-000007368 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001930 | ANA-MDL-000002795 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001932 | APC-HEC1-000004805 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001933 | ANA-MDL-000008225 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001934 | ANA-MDL-000261741 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001935 | ANA-MDL-000002028 - ANA-MDL-000002029 | | De-Designated | 9/13/2013 |
| TREX-001937 | ANA-MDL-000031300 | ANA-MDL-000031303 | De-Designated | 9/13/2013 |
| TREX-001938 | ANA-MDL-000038300 | ANA-MDL-000038301 | De-Designated | 9/13/2013 |
| TREX-001939 | ANA-MDL-000036510 | ANA-MDL-000036511 | De-Designated | 9/13/2013 |
| TREX-001940 | ANA-MDL-000041474 | | De-Designated | 9/13/2013 |
| TREX-001941 | ANA-MDL-000041486 | ANA-MDL-000041487 | De-Designated | 9/13/2013 |
| TREX-001942 | APC-SHS2A-000008493 | APC-SHS2A-000008523 | De-Designated | 10/3/2014 |
| TREX-001943 | ANA-MDL-000030613 | ANA-MDL-000030650 | De-Designated | 9/13/2013 |
| TREX-001944 | ANA-MDL-000020295 | ANA-MDL-000020296 | De-Designated | 10/10/2011; 10/3/2014 |
| TREX-001945 | ANA-MDL-000023862 | ANA-MDL-000023863 | De-Designated | 9/1/2011 |
| TREX-001946 | ANA-MDL-000040009 | ANA-MDL-000040015 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001947 | APC-HEC1-000004654 | APC-HEC1-000004655 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002305 | ANA-MDL-000040928 | ANA-MDL-000040933 | De-Designated | 9/13/2013 |
| TREX-002306 | ANA-MDL-000037095 | ANA-MDL-000037098 | De-Designated | 9/13/2013 |
| TREX-002307 | ANA-SHS2A-000000330 | ANA-SHS2A-000000337 | De-Designated | 9/13/2013 |
| TREX-002308 | APC-SHS2A-000000509 | APC-SHS2A-000000510 | De-Designated | 9/13/2013 |
| TREX-002309 | APC-SHS2A-000000589 | APC-SHS2A-000000591 | De-Designated | 9/13/2013 |
| TREX-002310 | APC-SHS2A-000000598 | APC-SHS2A-000000599 | De-Designated | 9/13/2013 |
| TREX-002311 | ANA-MDL-000041474 | ANA-MDL-000041474 | De-Designated | 10/3/2014 |
| TREX-002312 | ANA-MDL-000036799 | ANA-MDL-000036801 | De-Designated | 9/13/2013 |
| TREX-002313 | APC-SHS2A-000000895 | APC-SHS2A-000000897 | De-Designated | 9/13/2013 |
| TREX-002314 | APC-SHS2A-000000929 | APC-SHS2A-000000931 | De-Designated | 9/13/2013 |
| TREX-002315 | APC-SHS2A-000000958 | APC-SHS2A-000000959 | De-Designated | 9/13/2013 |
| TREX-002316 | ANA-MDL-000038593 | | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Second Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-002317 | ANA-MDL-000023861 | ANA-MDL-000023866 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002318 | ANA-MDL-000038086 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002319 | ANA-MDL-000049322 | ANA-MDL-000049323 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002322 | ANA-MDL-000013881 | ANA-MDL-000013881 | De-Designated | 9/1/2011 |
| TREX-002323 | APC-HEC1-000004681 | APC-HEC1-000004683 | De-Designated | 9/13/2013 |
| TREX-002326 | APC-HEC1-000002482 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002327 | ANA-MDL-000046780 | ANA-MDL-000046781 | De-Designated | 9/13/2013 |
| TREX-002328 | ANA-MDL-000050789 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002329 | ANA-MDL-000078844 | | De-Designated | 9/1/2011 |
| TREX-002623 | ANA-MDL-000000117 | ANA-MDL-000000118 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002624 | ANA-MDL-000002400 | ANA-MDL-000002403 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002625 | ANA-MDL-000007262 | ANA-MDL-000007265 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002626 | ANA-MDL-000005061 | ANA-MDL-000005078 | De-Designated | 10/3/2014 |
| TREX-002627 | ANA-MDL-000008797 | ANA-MDL-000008798 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002628 | ANA-MDL-000004592 | ANA-MDL-000004593 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002629 | ANA-MDL-000062019 | ANA-MDL-000062020 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002630 | ANA-MDL-000002157 | ANA-MDL-000002158 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002631 | ANA-MDL-000000503 | ANA-MDL-000000506 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002632 | ANA-MDL-000007435 | ANA-MDL-000007436 | De-Designated | 9/1/2011 |
| TREX-002633 | ANA-MDL-000007458 | ANA-MDL-000007460 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002634 | ANA-MDL-000007463 | ANA-MDL-000007467 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002635 | ANA-MDL-000005118 | ANA-MDL-000005119 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002636 | ANA-MDL-000008106 | ANA-MDL-000008108 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002640 | ANA-MDL-000240671 | ANA-MDL-000240678 | De-Designated | 9/1/2011 |
| TREX-002641 | ANA-MDL-000241068 | ANA-MDL-000241069 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002642 | ANA-MDL-000244164 | ANA-MDL-000244179 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002643 | ANA-MDL-000241168 | ANA-MDL-000241169 | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Second Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-002644 | ANA-MDL-000242505 | ANA-MDL-000242506 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002645 | ANA-MDL-000262012 | ANA-MDL-000262017 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002646 | ANA-MDL-000262036 | ANA-MDL-000262037 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002647 | ANA-MDL-000258555 | ANA-MDL-000258567 | De-Designated | 9/13/2013 |
| TREX-002648 | ANA-MDL-000258665 | ANA-MDL-000258671 | De-Designated | 9/13/2013 |
| TREX-002649 | ANA-MDL-000261855 | ANA-MDL-000261862 | De-Designated | 9/13/2013 |
| TREX-002650 | ANA-MDL-000258607 | ANA-MDL-000258608 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002651 | ANA-MDL-000240783 | ANA-MDL-000240789 | De-Designated | 9/13/2013 |
| TREX-002655 | ANA-MDL-000004180 | ANA-MDL-000004183 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002657 | ANA-MDL-000276761 | ANA-MDL-000276768 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002661 | ANA-MDL-000007435 | ANA-MDL-000007436 | De-Designated | 9/1/2011 |
| TREX-002663 | ANA-MDL-000056879 | ANA-MDL-000056881 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002664 | ANA-MDL-000050370 | ANA-MDL-000050371 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002665 | ANA-MDL-000273401 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002666 | ANA-MDL-000274636 | ANA-MDL-000275007 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002683 | ANA-MDL-000020330 | ANA-MDL-000020350 | De-Designated | 9/13/2013 |
| TREX-002684 | APC-HEC1-000003859 | APC-HEC1-000003860 | De-Designated | 9/13/2013 |
| TREX-002685 | ANA-MDL-000041294 | ANA-MDL-000041295 | De-Designated | 10/3/2014 |
| TREX-002686 | APC-HEC1-000004713 | APC-HEC1-000004713 | De-Designated | 10/3/2014 |
| TREX-002687 | ANA-MDL-000041227 | | De-Designated | 9/13/2013 |
| TREX-002688 | APC-HEC1-000000428 | APC-HEC1-000000428 | De-Designated | 10/3/2014 |
| TREX-002689 | ANA-MDL-R-000040222 | ANA-MDL-R-000040222 | De-Designated with redaction | 10/3/2014 |
| TREX-002690 | ANA-MDL-000038718 | ANA-MDL-000038719 | De-Designated | 10/3/2014 |
| TREX-002691 | ANA-MDL-000038648 | ANA-MDL-000038650 | De-Designated | 9/13/2013 |
| TREX-002692 | ANA-MDL-000036772 | ANA-MDL-000036783 | De-Designated | 9/13/2013 |
| TREX-002693 | ANA-MDL-000036820 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002694 | ANA-MDL-000038136 | ANA-MDL-000038142 | De-Designated | 9/13/2013 |
| TREX-002695 | ANA-MDL-000039361 | ANA-MDL-000039365 | De-Designated | 9/13/2013 |
| TREX-002696 | ANA-MDL-000057327 | ANA-MDL-000057327 | De-Designated | 10/3/2014 |
| TREX-002697 | ANA-MDL-000049732 | ANA-MDL-000049753 | De-Designated | 10/3/2014 |
| TREX-002698 | APC-HEC1-000004799 | APC-HEC1-000004800 | De-Designated | 9/13/2013 |
| TREX-002699 | ANA-MDL-000055629 | ANA-MDL-000055631 | De-Designated | 9/13/2013 |
| TREX-002857 | ANA-MDL-000031079 | ANA-MDL-000031085 | De-Designated | 10/3/2014 |
| TREX-002867 | APC-SHS2A-000007899 | APC-SHS2A-000007901 | De-Designated | 9/1/2011; 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Second Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-002985 | ANA-MDL-000008991 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002986 | ANA-MDL-000002902 | ANA-MDL-000002903 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002987 | ANA-MDL-000013073 | | De-Designated | 9/16/2011 |
| TREX-002988 | ANA-MDL-000028092 | ANA-MDL-000028095 | De-Designated | 10/3/2014 |
| TREX-002989 | ANA-MDL-000024783 | ANA-MDL-000024796 | De-Designated | 10/3/2014 |
| TREX-002990 | ANA-MDL-000006924 | ANA-MDL-000006926 | De-Designated | 9/13/2013 |
| TREX-002993 | ANA-MDL-000262089 | ANA-MDL-000262089 | De-Designated | 10/3/2014 |
| TREX-002995 | ANA-MDL-000197325 - 97327 | | De-Designated | 9/16/2011 |
| TREX-003019 | APC-SHS1-007 - APC-SHS1-007 | | De-Designated | 9/1/2011 |
| TREX-003460 | APC-SHS1-007 - APC-SHS1-008 | | De-Designated | 9/13/2013 |
| TREX-004200 | ANA-MDL-000008920; ANA-MDL-000042523; ANA-MDL-000044234; ANA-MDL-000046909 | | De-Designated | 9/13/2013 |
| TREX-004201 | ANA-MDL-000031079 | ANA-MDL-000031085 | De-Designated | 9/13/2013 |
| TREX-004202 | ANA-MDL-000262826 | ANA-MDL-000262831 | De-Designated | 9/13/2013 |
| TREX-004203 | ANA-MDL-000049624 | ANA-MDL-000049627 | De-Designated | 9/13/2013 |
| TREX-004205 | ANA-MDL-000230693 | ANA-MDL-000230694 | De-Designated | 9/13/2013 |
| TREX-004207 | ANA-MDL-000230695 | ANA-MDL-000230696 | De-Designated | 9/13/2013 |
| TREX-004209 | ANA-MDL-000230697 | ANA-MDL-000230698 | De-Designated | 9/13/2013 |
| TREX-004211 | ANA-MDL-000230699 | ANA-MDL-000230700 | De-Designated | 9/13/2013 |
| TREX-004212 | ANA-MDL-000073379 | ANA-MDL-000073383 | De-Designated | 9/13/2013 |
| TREX-004213 | ANA-MDL-000197625 | ANA-MDL-000197627 | De-Designated | 9/13/2013 |
| TREX-004216 | ANA-MDL-000206366 | | De-Designated | 9/13/2013 |
| TREX-004987 | ANA-MDL-000034816 | | De-Designated | 9/13/2013 |
| TREX-004988 | ANA-MDL-000034456 | ANA-MDL-000034458 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-004989 | ANA-MDL000033885 | ANA-MDL000033925 | De-Designated | 9/13/2013 |
| TREX-004990 | APC-HEC1-000003865 | | De-Designated | 9/13/2013 |
| TREX-004991 | ANA-MDL-R-000044080 | ANA-MDL-R-000044094 | De-Designated with redaction | 9/13/2013; 10/3/2014 |
| TREX-004992 | ANA-MDL-000038825 | | De-Designated | 9/13/2013 |
| TREX-004993 | APC-HEC1-000004687 | | De-Designated | 9/13/2013 |
| TREX-004994 | APC-HEC1-000004652 | | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-004995 | ANA-MDL-000039304 | ANA-MDL-000039306 | De-Designated | 9/13/2013 |
| TREX-004996 | ANA-MDL-000261741 | ANA-MDL-000261742 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-004997 | ANA-MDL-000005284 | ANA-MDL-000005288 | De-Designated | 9/13/2013 |
| TREX-004998 | ANA-MDL-0003-277627 | ANA-MDL-0003-277646 | De-Designated | 9/13/2013 |
| TREX-004999 | ANA-MDL-000036761 | ANA-MDL-000036764 | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Second Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-005013 | ANA-MDL-000039354 | ANA-MDL-000039356 | De-Designated | 9/13/2013 |
| TREX-005014 | ANA-MDL-000277580 | | De-Designated | 9/13/2013 |
| TREX-005015 | ANA-MDL-000011652 | ANA-MDL-000011654 | De-Designated | 9/13/2013 |
| TREX-005017 | ANA-MDL-000009364 | | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005018 | ANA-MDL-000003792 | | De-Designated | 9/13/2013 |
| TREX-005019 | ANA-MDL-000008010 | ANA-MDL-000008012 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005020 | APC-HEC1-000003355 | | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005021 | ANA-MDL-000020148 | ANA-MDL-000020150 | De-Designated | 9/13/2013 |
| TREX-005022 | ANA-MDL-000277651 | | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005023 | APC-SHS2A-000001040 | APC-SHS2A-000001044 | De-Designated | 9/13/2013 |
| TREX-005024 | ANA-MDL-000013074 | ANA-MDL-000013075 | De-Designated | 10/3/2014 |
| TREX-005025 | ANA-MDL-000004620 | ANA-MDL-000004621 | De-Designated | 9/13/2013 |
| TREX-005026 | ANA-MDL-000041749 | ANA-MDL-000041750 | De-Designated | 10/3/2014 |
| TREX-005027 | ANA-MDL-000047991 | ANA-MDL-000047993 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005028 | ANA-MDL-000017225 | ANA-MDL-000017226 | De-Designated | 9/13/2013 |
| TREX-005030 | ANA-MDL-000073345 | ANA-MDL-000073346 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005031 | ANA-MDL-000020195 | | De-Designated | 9/13/2013 |
| TREX-005543 | ANA-MDL-000041240 | ANA-MDL-000041241 | De-Designated | 10/3/2014 |
| TREX-005544 | ANA-MDL-000037216 | ANA-MDL-000037217 | De-Designated | 10/3/2014 |
| TREX-005545 | ANA-MDL-000036749 | ANA-MDL-000036750 | De-Designated | 10/3/2014 |
| TREX-005546 | ANA-MDL-000004115 | | De-Designated | 9/13/2013 |
| TREX-005547 | ANA-MDL-000009518 | ANA-MDL-000009519 | De-Designated | 9/13/2013 |
| TREX-005548 | ANA-MDL-000008659 | ANA-MDL-000008660 | De-Designated | 9/13/2013 |
| TREX-005549 | APC-HEC1-000004573 | APC-HEC1-000004577 | De-Designated | 10/3/2014 |
| TREX-005550 | ANA-MDL-000003235 | ANA-MDL-000003236 | De-Designated | 9/13/2013 |
| TREX-005551 | ANA-MDL-000003277 | ANA-MDL-000003277 | De-Designated | 10/3/2014 |
| TREX-005552 | ANA-MDL-000010811 | | De-Designated | 9/13/2013 |
| TREX-005553 | ANA-MDL-000011651 | | De-Designated | 9/13/2013 |
| TREX-005554 | ANA-MDL-000001214 | | De-Designated | 9/13/2013 |
| TREX-005555 | ANA-MDL-000008418 | ANA-MDL-000008419 | De-Designated | 9/13/2013 |
| TREX-005557 | ANA-MDL-000205607 | ANA-MDL-000205608 | De-Designated | 9/13/2013 |
| TREX-005558 | ANA-MDL-000002058 | ANA-MDL-000002074 | De-Designated | 9/13/2013 |
| TREX-005559 | ANA-MDL-000277775 | | De-Designated | 9/13/2013 |
| TREX-005560 | ANA-MDL-000263291 | ANA-MDL-000263291 - ANA-MDL-000263293 | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Second Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-008200 | ANA-MDL-000030610; APC-HEC1-000001601; APC-HEC1-000001629; APC-HEC1-000001660; APC-HEC1-000001704; APC-HEC1-000001752 | ANA-MDL-000030612; APC-HEC1-000001627; APC-HEC1-000001658; APC-HEC1-000001702; APC-HEC1-000001750; APC-HEC1-000001840 | De-Designated | 9/13/2013 |
| TREX-008547 | ANA-MDL2-000122779 ADR079-122779 | ANA-MDL2-000122786 ADR079-122786 | De-Designated | 9/13/2013 |
| TREX-008721 | ANA-MDL-000008225 ADR017-008225 | ANA-MDL-000008225 ADR017-008225 | De-Designated | 9/13/2013 |
| TREX-008722 | ANA-MDL-000057396 ADR062-026431 | ANA-MDL-000057397 ADR062-026432 | De-Designated | 9/13/2013 |
| TREX-008723 | ANA-MDL-000052171 ADR062-021206 | ANA-MDL-000052173 ADR062-021208 | De-Designated | 9/13/2013 |
| TREX-008724 | ANA-MDL-000061023 ADR062-030058 | ANA-MDL-000061025 ADR062-030060 | De-Designated | 9/13/2013 |
| TREX-008725 | ANA-MDL-000011498 | | De-Designated | 9/13/2013 |
| TREX-008726 | ANA-MDL2-000054950 ADR079-054950 | ANA-MDL2-000054955 ADR079-054955 | De-Designated | 9/13/2013 |
| TREX-008727 | ANA-MDL2-000056137 | ANA-MDL2-000056186 | De-Designated with redaction | 9/13/2013 |
| TREX-008728 | ANA-MDL2-000054626 ADR079-054626 | ANA-MDL2-000054628 ADR079-054628 | De-Designated | 9/13/2013 |
| TREX-008729 | ANA-MDL2-000063955 | ANA-MDL2-0000063982 | De-Designated | 9/13/2013 |
| TREX-008730 | ANA-MDL2-000001509 ADR079-001509 | ANA-MDL2-000001519 ADR079-001519 | De-Designated | 9/13/2013 |
| TREX-008731 | ANA-MDL2-000001244 | ANA-MDL2-000001263 | De-Designated | 9/13/2013 |
| TREX-008732 | ANA-MDL-000020765 | ANA-MDL-000020790 | De-Designated | 9/13/2013 |
| TREX-008733 | ANA-MDL-000203107 | ANA-MDL-000203108 | De-Designated | 9/13/2013 |
| TREX-008900 | ANA-MDL2-000063952 | ANA-MDL2-000063953 | De-Designated | 9/13/2013 |
| TREX-008901 | ANA-MDL-000205607 ADR067-013032 | ANA-MDL-000205608 ADR067-013033 | De-Designated | 9/13/2013 |
| TREX-008902 | ANA-MDL2-000089726 ADR079-089726 | ANA-MDL2-000089737 ADR079-089737 | De-Designated | 9/13/2013 |
| TREX-008903 | ANA-MDL2-000111398 ADR079-111398 | ANA-MDL2-000111440 ADR079-111440 | De-Designated | 9/13/2013 |
| TREX-008904 | ANA-MDL-000002758 | ANA-MDL-000002761 | De-Designated | 9/13/2013 |
| TREX-008905 | ANA-MDL-000037846 | ANA-MDL-000037848 | De-Designated | 9/13/2013 |
| TREX-009086 | ANA-MDL-000180534 ADR055-021773 | ANA-MDL-000180542 ADR055-021781 | De-Designated | 9/13/2013 |
| TREX-009933 | ANA-MDL2-000123457 ADR084-000020 | ANA-MDL2-000123463 ADR084-000026 | De-Designated | 9/13/2013 |
| TREX-009934 | ANA-MDL-000257834 ADR039-017361 | ANA-MDL-000257860 ADR039-017387 | De-Designated | 9/13/2013 |
| TREX-009935 | ANA-MDL-000241075 ADR039-000602 | ANA-MDL-000241091 ADR039-000618 | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Second Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-009936 | ANA-MDL-000244201 ADR039-003728 | ANA-MDL-000244226 ADR039-003753 | De-Designated | 9/13/2013 |
| TREX-009937 | ANA-MDL-000244461 ADR039-003988 | ANA-MDL-000244462 ADR039-003989 | De-Designated | 9/13/2013 |
| TREX-009938 | ANA-MDL2-000001057 ADR079-001057 | ANA-MDL2-000001062 ADR079-001062 | De-Designated | 9/13/2013 |
| TREX-009939 | ANA-MDL2-000054897 ADR079-054897 | ANA-MDL2-000054900 ADR079-054900 | De-Designated | 9/13/2013 |
| TREX-009940 | ANA-MDL-000244629 ADR039-004156 | ANA-MDL-000244646 ADR039-004173 | De-Designated | 9/13/2013 |
| TREX-009941 | ANA-MDL-000257772 ADR039-017299 | ANA-MDL-000257775 ADR039-017302 | De-Designated | 9/13/2013 |
| TREX-009943 | ANA-MDL-000257069 | ANA-MDL-000257071 | De-Designated | 9/13/2013 |
| TREX-009945 | ANA-MDL-000257265 ADR039-016792 | ANA-MDL-000257267 ADR039-016794 | De-Designated | 9/13/2013 |
| TREX-009947 | ANA-MDL-000244564 ADR039-004091 | ANA-MDL-000244570 ADR039-004097 | De-Designated | 9/13/2013 |
| TREX-009948 | ANA-MDL2-000032633 ADR079-032633 | ANA-MDL2-000032638 ADR079-032638 | De-Designated | 9/13/2013 |
| TREX-009949 | ANA-MDL-000020590 | ANA-MDL-000020591 | De-Designated | 9/13/2013 |
| TREX-009950 | ANA-MDL-000276588 | ANA-MDL-000276595 | De-Designated | 9/13/2013 |
| TREX-009951 | ANA-MDL-000273401 | | De-Designated | 9/13/2013 |
| TREX-009952 | ANA-MDL-000025880 | ANA-MDL-000025882 | De-Designated | 9/13/2013 |
| TREX-009953 | ANA-MDL-000256387 | ANA-MDL-000256392 | De-Designated | 9/13/2013 |
| TREX-009954 | ANA-MDL-000274636 | ANA-MDL-000274638 | De-Designated | 9/13/2013 |
| TREX-009955 | ANA-MDL-000240672 | ANA-MDL-000240678 | De-Designated | 9/13/2013 |
| TREX-009956 | ANA-MDL2-000122842 | ANA-MDL2-000122851 | De-Designated | 9/13/2013 |
| TREX-009957 | ANA-MDL-000276770 | | De-Designated | 9/13/2013 |
| TREX-009958 | ANA-MDL-000257303 | ANA-MDL-000257305 | De-Designated | 9/13/2013 |
| TREX-009961 | ANA-MDL-000257380 | ANA-MDL-000257392 | De-Designated | 9/13/2013 |
| TREX-009962 | ANA-MDL-000244145 | ANA-MDL-000244146 | De-Designated | 9/13/2013 |
| TREX-009965 | ANA-MDL-000258759 | ANA-MDL-000258769 | De-Designated | 9/13/2013 |
| TREX-009966 | ANA-MDL-000258481 | ANA-MDL-000258482 | De-Designated | 9/13/2013 |
| TREX-009967 | ANA-MDL2-000123168 | ANA-MDL2-000123170 | De-Designated | 9/13/2013 |
| TREX-009968 | ANA-MDL-000276740 | ANA-MDL-000276742 | De-Designated | 9/13/2013 |
| TREX-009969 | ANA-MDL2-000054886 ADR079-054886 | ANA-MDL2-000054889 ADR079-054889 | De-Designated | 9/13/2013 |
| TREX-009971 | ANA-MDL2-000123676 ADR084-000239 | ANA-MDL2-000123727 ADR084-000290 | De-Designated | 9/13/2013 |
| TREX-009972 | ANA-MDL-000258369 ADR039-017898 | ANA-MDL-000258380 ADR039-017907 | De-Designated | 9/13/2013 |
| TREX-011482 | ANA-MDL-000230538 | ANA-MDL-000230539 | De-Designated | 9/13/2013 |
| TREX-012392 | ANA-MDL3-0005240 | ANA-MDL3-0005240 | De-Designated | 10/3/2014 |
| TREX-012393 | ANA-MDL3-R-0012139 | ANA-MDL3-R-0012170 | De-Designated with redaction | 10/3/2014 |
| TREX-012397 | ANA-MDL3-0012107 | ANA-MDL3-0012138 | De-Designated | 10/3/2014 |
| TREX-012398 | ANA-MDL3-0013514 | ANA-MDL3-0013514 | De-Designated | 10/3/2014 |

MDL NO. 2179
**Anadarko's Second Supplemental Cumulative List of Redacted Documents
and Documents for Which Confidentiality Designations Are Withdrawn
If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-012449 | ANA-MDL3-0016393 | ANA-MDL3-0016407 | De-Designated | 10/3/2014 |
| TREX-012796 | ANA-MDL3_0017784 | ANA-MDL3_0017786 | De-Designated | 10/3/2014 |
| TREX-012804 | ANA-MDL3_0009420 | ANA-MDL3_0009423 | De-Designated | 10/3/2014 |
| TREX-012807 | ANA-MDL3_0009400 | ANA-MDL3_0009407 | De-Designated | 10/3/2014 |
| TREX-012810 | ANA-MDL-000199661 | ANA-MDL-000199663 | De-Designated | 10/3/2014 |
| TREX-012812 | ANA-MDL3_0009326 | ANA-MDL3_0009330 | De-Designated | 10/3/2014 |
| TREX-012922 | ANA-MDL3_0011876 | ANA-MDL3_0011876 | De-Designated | 10/3/2014 |
| TREX-012924 | ANA-MDL3_0009400 | ANA-MDL3_0009407 | De-Designated | 10/3/2014 |
| TREX-012925 | ANA-MDL-000021765 | ANA-MDL-000021765 | De-Designated | 10/3/2014 |
| TREX-012926 | ANA-MDL-000021766 | ANA-MDL-000021778 | De-Designated | 10/3/2014 |
| TREX-012928 | ANA-MDL-000199661 | ANA-MDL-000199663 | De-Designated | 10/3/2014 |
| TREX-012931 | ANA-MDL2_000122985 | ANA-MDL2_000122987 | De-Designated | 10/3/2014 |
| TREX-012932 | ANA-MDL-000276771 | ANA-MDL-000276772 | De-Designated | 10/3/2014 |
| TREX-013208 | ANA-MDL-000011731* | ANA-MDL-000011757* | De-Designated | 1/7/2015 |
| TREX-062231 | ANA-MDL-000001115 | | De-Designated | 9/13/2013 |
| TREX-062241 | ANA-MDL-000001275 | ANA-MDL-000001276 | De-Designated | 9/13/2013 |
| TREX-062247 | ANA-MDL-000001231 | ANA-MDL-000001232 | De-Designated | 9/13/2013 |
| TREX-062281 | ANA-MDL-000052649 | ANA-MDL-000052650 | De-Designated | 9/13/2013 |
| TREX-062495 | ANA-MDL-000050928 | | De-Designated | 9/13/2013 |
| TREX-062505 | ANA-MDL-000007527 | ANA-MDL-000007528 | De-Designated | 9/13/2013 |
| TREX-062506 | ANA-MDL-000011066 | | De-Designated | 9/13/2013 |
| TREX-062517 | ANA-MDL-000048172 | ANA-MDL-000048175 | De-Designated | 9/13/2013 |
| TREX-062534 | ANA-MDL-000008868 | ANA-MDL-000008869 | De-Designated | 9/13/2013 |
| TREX-062540 | ANA-MDL-000007435 | ANA-MDL-000007436 | De-Designated | 9/13/2013 |
| TREX-062557 | ANA-MDL-000002460 | | De-Designated | 9/13/2013 |
| TREX-062571 | APC-SHS2A-000001256 | | De-Designated | 9/13/2013 |
| TREX-062572 | ANA-MDL-000002521 | ANA-MDL-000002522 | De-Designated | 9/13/2013 |
| TREX-062573 | ANA-MDL-000003347 | ANA-MDL-000003348 | De-Designated | 9/13/2013 |
| TREX-062706 | ANA-MDL-000011158 | ANA-MDL-000011160 | De-Designated | 9/13/2013 |
| TREX-062708 | ANA-MDL-000010965 | | De-Designated | 9/13/2013 |
| TREX-062784 | ANA-MDL-000256454 | ANA-MDL-000256454 | De-Designated | 9/13/2013 |
| TREX-120098 | ANA-MDL-000228564 - ANA-MDL-000228566 | | De-Designated | 9/13/2013 |
| TREX-142336 | ANA-MDL-000199650 - ANA-MDL-000199660 | | De-Designated | 9/13/2013 |
| TREX-150042 | ANA-MDL-000230538 - ANA-MDL-000230539 | | De-Designated | 9/13/2013 |
| TREX-150153 | ANA-MDL-000276038 ANA-MDL-000276184 | ANA-MDL-000276038 ANA-MDL-000276185 | De-Designated | 9/13/2013 |
| TREX-160055 | ANA-MDL-000228564 - ANA-MDL-000228566 | | De-Designated | 9/13/2013 |
| TREX-230002 | APC-HEC1-000001600 | APC-HEC1-000001841 | De-Designated | 10/3/2014 |
| TREX-230003 | APC-SHS2A-000001166 | APC-SHS2A-000001166 | De-Designated | 10/3/2014 |
| TREX-230004 | APC-SHS2A-000001184 | APC-SHS2A-000001185 | De-Designated | 10/3/2014 |
| TREX-230005 | ANA-MDL-000007258 | ANA-MDL-000007261 | De-Designated | 10/3/2014 |
| TREX-230007 | ANA-MDL-000020295 | ANA-MDL-000020297 | De-Designated | 10/3/2014 |

MDL NO. 2179
Anadarko's Second Supplemental Cumulative List of Redacted Documents
and Documents for Which Confidentiality Designations Are Withdrawn
If the Documents Are Used and Admitted in the Penalty Phase Trial

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-230008 | ANA-MDL-000021803 | ANA-MDL-000021815 | De-Designated | 10/3/2014 |
| TREX-230009 | ANA-MDL-000021851 | ANA-MDL-000021853 | De-Designated | 10/3/2014 |
| TREX-230012 | ANA-MDL-000264448 | ANA-MDL-000264843 | De-Designated | 10/3/2014 |
| TREX-230014 | ANA-MDL-000062499 | ANA-MDL-000062499 | De-Designated | 10/3/2014 |
| TREX-230015 | ANA-MDL-000082134 | ANA-MDL-000082135 | De-Designated | 10/3/2014 |
| TREX-230019 | ANA-MDL-000199603 | ANA-MDL-000199603 | De-Designated | 10/3/2014 |
| TREX-230022 | ANA-MDL-000046862 | ANA-MDL-000046863 | De-Designated | 10/3/2014 |
| TREX-230023 | ANA-MDL-000047581 | ANA-MDL-000047675 | De-Designated | 10/3/2014 |
| TREX-230024 | ANA-MDL-000058986 | ANA-MDL-000059009 | De-Designated | 10/3/2014 |
| TREX-230025 | ANA-MDL-000199604 | ANA-MDL-000199640 | De-Designated | 10/3/2014 |
| TREX-230026 | ANA_MDL3-0018262 | ANA_MDL3-0018282 | De-Designated | 10/3/2014 |
| TREX-230027 | ANA_MDL3-0018284 | ANA_MDL3-0018300 | De-Designated | 10/3/2014 |
| TREX-230133 | ANA-MDL3-0012279 | ANA-MDL3-0012283 | De-Designated | 10/3/2014 |
| TREX-230136 | ANA-MDL3-0015067 | ANA-MDL3-0015067 | De-Designated | 10/3/2014 |
|  | ANA-MDL-000021779 |  | De-Designated | 10/3/2014 |
|  | ANA-MDL-000025905 |  | De-Designated | 10/3/2014 |
|  | ANA-MDL-000025906 |  | De-Designated | 10/3/2014 |
|  | ANA-MDL-000027921* | ANA-MDL-000027962* | De-Designated | 1/7/2015 |
|  | ANA-MDL-000206367* | ANA-MDL-000206369* | De-Designated | 1/7/2015 |
|  | ANA-MDL-000263106 |  | De-Designated | 10/3/2014 |
|  | ANA-MDL2-000123452* | ANA-MDL2-000123456* | De-Designated | 1/7/2015 |
|  | ANA-MDL3-R-0009337 | ANA-MDL3-R-0009369 | De-Designated with redaction | 10/31/2014 |
|  | ANA-MDL3-R-0018793 | ANA-MDL3-R-0018841 | De-Designated with redaction | 10/31/2014 |
|  | ANA-MDL3-R-0018843 | ANA-MDL3-R-0018891 | De-Designated with redaction | 10/31/2014 |
|  | ANA-MDL3-R-0018893 | ANA-MDL3-R-0018941 | De-Designated with redaction | 10/31/2014 |
|  | ANA-MDL3-R-0018945 | ANA-MDL3-R-0018993 | De-Designated with redaction | 10/31/2014 |
|  | ANA-MDL3-R-0018995 | ANA-MDL3-R-0019042 | De-Designated with redaction | 10/31/2014 |