UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel, moves this Court for an order withdrawing Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson, LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA as counsel of record for Bobby Ray Lambert, Sr. (DWH Claimant ID: 100001032) in this matter. In further support of this motion, Movants state as follows:

1. On or about March 3, 2011, Mr. Lambert retained the law firms of Faegre Baker Daniels LLP and Langston & Lott, P.A. with respect to claims for payment from the Gulf Coast Claims Facility.

2. On or about February 3, 2012, Mr. Lambert retained the law firms of Faegre Baker Daniels LLP and Langston & Lott, P.A. with respect to litigation related to the BP *Deepwater Horizon* oil spill.

1

3. On February 13, 2012, the undersigned counsel filed a First Amended Complaint naming Mr. Lambert as a plaintiff for an OPA 90 claim. (First Am. Compl. ¶ 566, 2:11-CV-03180, filed at Docket No. 5667 in Case No. 10-md-2179.)

4. On December 2, 2014, the Special Master's office contacted the undersigned counsel with concerns about Mr. Lambert's claims. The Special Master subsequently set forth the substance of those concerns in a clawback motion he filed with the Court on December 15, 2014 (Docket No. 13857.)

5. Undersigned counsel terminated their representation of Mr. Lambert on December 12, 2014. Termination of representation and withdrawal is consistent with La. R. of Prof. Cond. 1.16(b)(7).

6. The undersigned counsel have taken all steps reasonably practicable to protect Mr. Lambert's interests, and provided him with notice of the current status of his claims and the Special Master's motion pending against him.

**WHEREFORE,** the undersigned counsel, both individually, and on behalf of their respective law firms, The Kreller Law Firm, Faegre Baker Daniels, LLP, and Langston & Lott, PA move this Honorable Court for an order withdrawing them as counsel of record for Bobby Ray Lambert, Sr.

Dated: January 7, 2015.                              RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM

Stephen S. Kreller (LA # 28440)
757 St. Charles Avenue, Suite 301
New Orleans, LA  70130
Telephone:  504-484-3488

Facsimile:  504-294-6091
Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP
William L. Roberts (admitted pro hac vice)
Craig S. Coleman (admitted pro hac vice )
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  612-766-7000
Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.
Duncan Lott (admitted pro hac vice)
Casey L. Lott (admitted pro hac vice)
100 South Main Street
Booneville, MS  38829
Telephone:  662-728-9733
Facsimile:  662-728-1992

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Motion and Incorporated Memorandum in Support of Motion to Withdraw as Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.  Further, I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the persons listed below on this 7th day of January, 2015.

    <u>Bobby Ray Lambert Sr.</u>
    13020 Jenkins Pit Road, Spanish Fort, AL 36527


        <u>/s/ *Stephen S. Kreller*_____</u>