**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | * * * | **MDL NO. 2179** |
| | * | **SECTION J** |
| **This document relates to:** | * * | **HONORABLE CARL J. BARBIER** |
| **No. 10-4536** | * * * | **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

Considering the Ex Parte Motion by BP Exploration & Production Inc. ("BPXP") for Leave to File Exhibit C to BPXP's Reply in Support of its Motion in Limine to Preclude the United States From Introducing Evidence for the Purpose of Establishing the Liability of BP Group Entities Other Than BPXP (the "Reply Brief"):

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further **ORDERED** that Exhibit C attached to the Reply Brief (Rec. Doc. 13952) is filed under seal pending further order of the Court.

New Orleans, Louisiana this 7th day of January, 2015.

**UNITED STATES DISTRICT JUDGE**