MINUTE ENTRY
WILKINSON, M.J.
JANUARY 7, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **Applies to: 12-cv-968: BELO** | MAGISTRATE JUDGE WILKINSON |

A status conference was conducted in the referenced matter on this date. Participating via telephone were: Steve Herman and Robin Greenwald, representing plaintiffs; Kevin Hodges, Catherine McEldowney and Tracey Rogers, representing BP. The purpose of the conference was to obtain further input from counsel concerning formulation of a case management order governing the BELO matters, including some of the proposals already submitted by the parties.

No later than **January 21, 2015**, counsel will submit to me either agreed-upon or their separate proposals for (1) a short-form complaint for use in these cases; (2) a plaintiff profile form; (3) authorization forms for the release of individual plaintiffs' medical, employment history and Social Security records. By that same date, counsel for BP will also provide me with an email address to which the clerk of court will be directed to provide electronic notice of the filing and copies of BELO complaints.

MJSTAR:  0 : 20

After receipt and consideration of these materials, the case management order will be entered, unless the court determines that further discussion and consultation with counsel is necessary.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**