UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the | * | SECTION: "J" (1) |
| Gulf of Mexico, on April 20, 2010 | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| *This Document Relates To:* | * | |
| Andry Law Group, et al. v. CNA Financial, et al. | * | |
| Civil Action No: 2:14-cv-600 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO LIFT STAY, SEVER AND TRANSFER

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs The Andry Law Group, LLC and Jonathan Andry, who move this court to lift the stay in this matter, sever it from the Deep Water Horizon Oil Spill MDL and transfer it to the section where the matter was originally allotted.  Alternatively, Plaintiffs request that the matter be assigned to the magistrate for further handling of the pending motions for partial summary judgment.

As more fully set forth in the attached Memorandum In Support, the crux of the controversy between the parties is simple: did the Judge Barbier's Show Cause Order and associated requirements constitute a demand for service, invoking policy obligations associated with a claim or claims within the ambit of defendant Continental Casualty Company's ("Continental") policy.

Plaintiffs brought suit in state court against Continental for breach of contract in failing to provide a defense to it's insureds, with the matter being removed and allotted to Judge Sarah Vance's division.  Thereafter, Plaintiffs moved for partial summary judgment to establish Continental's duty to defend Plaintiffs in proceedings emanating from the Court's Show Cause Order.  The Show Cause

proceedings were focused on Plaintiffs' acts or omissions in the rendering of or failure to render legal services in the litigation captioned *In re: Oil Spill by Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. MDL No. 2179*.  Defendant filed a cross-motion on the same issue.  Judge Vance, *sua sponte*, determined the matter to be related to the BP MDL litigation just prior to the summary judgment submission date, and transferred the matter.  Thereafter, the matter as stayed pursuant to the Court's Pre-Trial Order 15.

Because Plaintiffs' declaratory action is not a "tag along" case, the matter should not be consolidated with the MDL.  Similarly, there is not a "substantial overlap" of the issues between the present matter and the MDL rendering them related.  The simple dispute between Plaintiffs and Continental is whether this Court's Show Cause Order necessitated a service that constituted a claim or claims as defined by Continental's policy - nothing having to do with the complex engineering principles associated with ultra-deep water exploration drilling.

**WHEREFORE**, Plaintiffs, The Andry Law Group, LLC and Jonathan Andry, pray that this Honorable Court grant Plaintiffs' motion, thereby lifting the stay and transferring the matter to the section where originally allotted, or to re-assign it a magistrate for further handling.

Respectfully submitted:

**JOANEN LAW FIRM**

By:   */s/ Scott Joanen*
    L. Scott Joanen (#21431)
    3535 N. Causeway Blvd., Ste. 201
    Metairie, Louisiana  70002
    Telephone:  (504) 833-3036
    Facsimile:   (504) 833-7366
    Email:  scott@joanenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 8th day of January, 2015.

                                                */s/ Scott Joanen*
                                                Scott Joanen