UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the** | * | **SECTION: "J" (1)** |
| **Gulf of Mexico, on April 20, 2010** | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |
| *This Document Relates To:* | * | |
| **Andry Law Group, et al. v. CNA Financial, et al.** | * | |
| **Civil Action No: 2:14-cv-600** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE AND NO OBJECTION

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs The Andry Law Group, LLC and Jonathan Andry, who certify as follows:

1.   That pursuant to Pre-Trial Order No. 11 (Case Management Order No. 1), § X, (Rec. Doc. 569) the Motion to Lift Stay, Sever, and Transfer was presented in electronic format to the Plaintiff Steering Committee for comment regarding its support of the motion, specifically Messrs. Stephen Herman and James Roy.

2.   That on January 4, 2015, the Plaintiff Steering Committee, through electronic communication from Mr. Stephen Herman, indicated that it had "no objection to the motion."

**WHEREFORE**, Plaintiffs, The Andry Law Group, LLC and Jonathan Andry, pray that this Certificate of Compliance be deemed good and sufficient pursuant to the Court's Pre-Trial Order No. 11 (Case Management Order No. 1), § X, (Rec. Doc. 569).

Respectfully submitted:

**JOANEN LAW FIRM**

By: ___/s/ Scott Joanen_____
    L. Scott Joanen (#21431)
    3535 N. Causeway Blvd., Ste. 201
    Metairie, Louisiana  70002
    Telephone:  (504) 833-3036
    Facsimile:   (504) 833-7366
    Email:  scott@joanenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 8th day of January, 2015.

_____/s/ Scott Joanen_____
Scott Joanen