# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

# Pretrial Conference Penalty Phase—January 7, 2015

**Anadarko**

**Jim Dragna**

**Ky Kirby**

**Tom Lotterman**

**David Salmons**

**BP**

**Mike Brock**

**Carrie Karis**

**Matt Regan**

**Keith Jarrett**

**Kim Branscome**

**Andy Langan**

# <u>Attendance Record</u>

# <u>MDL-2179 Oil Spill by the Oil Rig<br>"Deepwater Horizon"</u>

# <u>Pretrial Conference Penalty Phase—January 7, 2015</u>

### <u>United States</u>

**Steve O'Rourke**

**Sarah Himmelhoch**