UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Show Cause Party, Glen J. Lerner, Amit P. Mehta, respectfully seeks leave of Court to withdraw from his representation of Mr. Lerner. Undersigned counsel is departing from Zuckerman Spaeder LLP as of January 21, 2015. William W. Taylor, III, of Zuckerman Spaeder LLP, and Pauline Hardin of Jones Walker LLP, will continue to represent Mr. Lerner in the Show Cause proceedings.

**WHEREFORE,** undersigned counsel requests that he be permitted to withdraw as counsel for Glen J. Lerner.

Respectfully submitted,

*/s/ Amit P. Mehta*
William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

and

4729950.2

2

       Pauline F. Hardin (La. Bar #6542)
       James E. Wright, III (La. Bar #13700)
       Virginia W. Gundlach (La. Bar #18493)
       Jones Walker LLP
       201 St. Charles Avenue
       49th Floor
       New Orleans, LA 70170
       Telephone: (504) 582-8110
       Fax: (504) 589-8110
       phardin@joneswalker.com
       jwright@joneswalker.com
       ggundlach@joneswalker.com

       *Attorneys for Glen J. Lerner*

2

4729950.2

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 9th day of January, 2015.

            */s/ Amit P. Mehta*
            Amit P. Mehta

4729950.2