UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the foregoing Motion to Withdraw as Counsel, filed on behalf of Glen J. Lerner;

**IT IS ORDERED** that Amit Priyavadan Mehta be withdrawn as attorney for Glen J. Lerner in this case.

New Orleans, Louisiana this _____ day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE