UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Oil Spill by the Oil Rig | * | MDL NO. 10-md-2170 |
|     DEEPWATER HORIZON in the | | |
|     Gulf of Mexico on April 20, 2010 | * | JUDGE CARL E. BARBIER |
| | | |
| APPLIES TO  2:10-cv-4182, 2:10-cv-4183. | * | MAG. JUDGE SALLY SHUSHAN |
|     2:13-cv-2645. 2:13-cv-2646, | | |
|     2:13-cv-2647, and 2:13-cv-2813 | * | |

*   *   *   *   *   *   *

## MOTION TO QUASH SUBPOENAS

NOW INTO COURT, through undersigned counsel, comes Danos & Curole Marine Contractors, LLC ("Danos") and moves this Honorable Court to quash the subpoenas to produce documents and to testify at deposition served on Danos by the State of Alabama, on the grounds set forth more fully in the attached memorandum in support.

    Respectfully submitted,

    /s/ G. Beauregard Gelpi
    MICHAEL H. BAGOT, JR. (#2665)
    G. BEAUREGARD GELPI (#18226)
    WAGNER, BAGOT & RAYER, LLP
    Pan American Life Center – Suite 1660
    601 Poydras Street
    New Orleans, Louisiana 70130
    Telephone: 504-525-2141
    Facsimile: 504-523-1587
    E-mail: mbagot@wb-lalaw.com
    E-mail: trayer@wb-lalaw.com
    E-mail: bgelpi@wb-lalaw.com
    Attorneys for Danos & Curole Marine
    Contractors, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing has this 9th day of January 2015 been filed electronically and notice will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and may access this filing through the Court's system.

                /s/ G. Beauregard Gelpi
                G. BEAUREGARD GELPI

629-01\PLDG\0001