UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | * * * | MDL NO. 10-md-2179 <br><br> JUDGE CARL E. BARBIER |
| APPLIES TO  2:10-cv-4182, 2:10-cv-4183. 2:13-cv-2645. 2:13-cv-2646, 2:13-cv-2647, and 2:13-cv-2813 | * * | MAG. JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \*

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Khanh Le Labat, do declare, under penalty of perjury that:

1. I am a person of the age of majority and currently am employed by Danos & Curole Marine Contractors, LLC as Contract Administrator;

2. I am the registered agent for service of process for Danos & Curole Marine Contractors, LLC ("Danos");

3. In the capacity of my employment, I have personal knowledge of the facts set forth herein;

4. The Subpoena to Produce Documents and the Subpoena to Testify at Deposition directed to Danos by the State of Alabama in the captioned matter dated December 23, 2014, ("the subpoenas") were served by certified mail, received in Danos' office on December 29, 2014;

5. Due to the holidays, I did not see the subpoenas until I returned to my office on December 30, 2014;

I declare the foregoing statements to be true and correct under penalty of perjury.

Larose, Louisiana, this 9th day of January, 2015

_____
KHANH LE LABAT

629-01\PLDG\0005

EXHIBIT C