UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re Oil Spill by the Oil Rig       *     MDL NO. 10-md-2179
      DEEPWATER HORIZON in the
      Gulf of Mexico on April 20, 2010    *     JUDGE CARL E. BARBIER

APPLIES TO  2:10-cv-4182, 2:10-cv-4183.    *     MAG. JUDGE SALLY SHUSHAN
      2:13-cv-2645. 2:13-cv-2646,
      2:13-cv-2647, and 2:13-cv-2813     *

*    *    *    *    *    *    *

## <u>NOTICE OF SUBMISSION</u>

Notice is hereby given that the Motion to Quash Subpoenas filed Danos & Curole Marine

Contractors, LLC will be submitted for hearing at 09:00 a.m. on the 11th day of February 2015,

before the Honorable Sally Shushan.

Respectfully submitted,

/s/ G. Beauregard Gelpi
MICHAEL H. BAGOT, JR. (#2665)
G. BEAUREGARD GELPI (#18226)
WAGNER, BAGOT & RAYER, LLP
Pan American Life Center – Suite 1660
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: 504-525-2141
Facsimile: 504-523-1587
E-mail: mbagot@wb-lalaw.com
E-mail: trayer@wb-lalaw.com
E-mail: bgelpi@wb-lalaw.com
Attorneys for Danos & Curole Marine
Contractors, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has this 9th day of January 2015 been filed electronically and notice will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail and may access this filing through the Court's system.

/s/ G. Beauregard Gelpi

629-01\PLDG\0004

2