UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | * * * | MDL NO. 10-md-2179 <br><br> JUDGE CARL E. BARBIER |
| APPLIES TO  2:10-cv-4182, 2:10-cv-4183. 2:13-cv-2645. 2:13-cv-2646, 2:13-cv-2647, and 2:13-cv-2813 | * * | MAG. JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Quash Subpoenas filed by Danos & Curole Marine Contractors, LLC:

**IT IS ORDERED** that the Motion to Quash Subpoenas is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE