UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**UNITED STATES' SECOND AMENDMENT TO THE UNITED STATES' GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST [REC. DOC. 13838]**

The United States hereby amends the United States' Good Faith Penalty Phase Exhibit List (Second Installment) filed on December 12, 2014 (Rec. Doc. 13838).  Copies of each new or redacted exhibit are included in the United States' production of January 9, 2015. The United States continues to reserve its right to use and seek admission of any document included on an exhibit list offered by any other party in the Penalty Phase of this case.

| Trial Exhibit Number | First Bates | Last Bates | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|---|
| TREX-002995 | N/A | N/A | 6/19/2010 | **WITHDRAWN:** Email - From: Steve Foster To:John Christiansen Sent: 6/19/2010 Subject: Fw: Anadarko Issues Statement |
| TREX-002995R | ANA-MDL-000197325 | ANA-MDL-000197327 | 6/19/2010 | **REDACTED** by US: Email - From: Steve Foster To:John Christiansen Sent: 6/19/2010 Subject: Fw: Anadarko Issues Statement |
| TREX-012547R | BP-HZN-2179MDL08953054 | BP-HZN-2179MDL08953093 | 2/25/2014 | **REDACTED by BP:** BP Corporate Finance SIM, Dated: February 25 2014 |
| TREX-013064 | N/A | N/A | 6/18/2010 | **WITHDRAWN:** E-mail string ending 6/18/2010 from Monica Lora to Mary Shehling, Subject: FW: |
| TREX-013064R | ANA-MDL-000082134 | ANA-MDL-000082135 | 6/18/2010 | **REDACTED by US:** E-mail string ending 6/18/2010 from Monica Lora to Mary Shehling, Subject: FW: |

1

| | | | | |
|---|---|---|---|---|
| TREX-013185R | No Bates | No Bates | 9/26/2014 | **REDACTED by US:** Rebuttal to BP Round 2 Reports Prepared by Donald F. Boesch, Ph.D., dated September 26, 2014 |
| TREX-231646 | N/A | N/A | 9/12/2014 | **WITHDRAWN:** Expert report of Gardner W. Walkup, Jr. on behalf of the USA |
| TREX-231646R | No Bates | No Bates | 9/12/2014 | **REDACTED by US:** Expert report of Gardner W. Walkup, Jr. on behalf of the USA |
| TREX-233288 | N/A | N/A | 9/26/2014 | **WITHDRAWN:** Round 3 Expert Report of Gardner W. Walkup, Jr. (September 26, 2014) |
| TREX-233288R | No Bates | No Bates | 9/26/2014 | **REDACTED by US:** Round 3 Expert Report of Gardner W. Walkup, Jr. (September 26, 2014) |
| TREX-233863 | No Bates | No Bates | 10/25/2007 | Plea Agreement in United States v. BP Exploration (Alaska), Inc., 3:07-cr-00125-TMB |
| TREX-233864 | No Bates | No Bates | 3/12/2009 | Plea Agreement in United States of America v. BP Products North America Inc., 4:07-cr-434 |
| TREX-233865 | No Bates | No Bates | 12/5/2014 | Morgan Stanley - Crude Oil: 2015 Outlook |
| TREX-233866 | No Bates | No Bates | 12/9/2014 | Bank of America Press Release: 2015 Market Outlook: BofA Merrill Lynch Global Research Forecasts Bull Market Slows to a Jog in 2015 |
| TREX-233867 | No Bates | No Bates | 12/9/2014 | The World Bank Press Release: World Bank Revises Its Growth Projections for Russia for 2015 and 2016 |
| TREX-233868 | No Bates | No Bates | 12/17/2014 | Trefis Team Press Release: Where Are Oil Prices Headed In The Long Run? |
| TREX-233869 | No Bates | No Bates | 12/22/2014 | Business Insider Article: Here's What the Pros Are Predicting For Oil Prices |
| TREX-233870 | No Bates | No Bates | 12/22/2014 | Business Insider Article: Wall Street Is Convinced Oil Prices Will Be Higher By This Time Next Year |
| TREX-233871 | No Bates | No Bates | 12/22/2014 | S&P Ratings Services RatingsDirect: Various Rating Actions Taken on European Oil And Gas Majors On Lower Oil Price Environment |
| TREX-233872 | No Bates | No Bates | 12/26/2014 | BMA Capital: Oil and Gas: Exploration & Production - Price decline absorbed; volumetric gains to unlock upside |

| | | | | |
|---|---|---|---|---|
| TREX-233873 | No Bates | No Bates | 12/26/2014 | Forbes: Revisiting Our Price Estimates for Large Independents Amid Lower Crude Prices |
| TREX-233874 | No Bates | No Bates | 12/2/2014 | Morningstar Equity Analyst Report for Anadarko Petroleum Corp (December 2, 2014) |
| TREX-233875 | No Bates | No Bates | 1/11/2002 | Notice of Special Diet Where Accused Intends to Plead Guilty for BP Chemicals Limited |
| TREX-233876 | No Bates | No Bates | 1/18/2002 | Indictment Against BP Oil Grangemouth Refinery Limited and BP Chemicals Limited |
| TREX-233877 | No Bates | No Bates | 1/11/2002 | Notice of Special Diet Where Accused Intends to Plead Guilty for BP Oil Grangemouth Refinery Limited |
| TREX-233878 | No Bates | No Bates | 12/19/2014 | Morningstar Equity Analyst Report for BP plc (December 19, 2014) |
| TREX-233879 | No Bates | No Bates | 12/27/2014 | Reuters: BP plc London Stock Exchange (December 27, 2014) |
| TREX-233880 | No Bates | No Bates | 1/3/2015 | S&P Stock Report: BP plc (January 3, 2015) |
| TREX-233881 | No Bates | No Bates | 1/2/2015 | IMF Commodity Price Forecast - Crude Oil Price Forecast: Long Term to 2025 | Data and Charts |
| TREX-233882 | No Bates | No Bates | 12/10/2014 | Reuters Article: BP to Spend $1 Billion on Thousands of Job Cuts |
| TREX-233883 | No Bates | No Bates | 12/13/2014 | FuelFix Article: Q&A: BP America CEO Talks Oil Prices, Opportunities |
| TREX-233884 | No Bates | No Bates | 10/23/2014 | October 23, 2014 Press Release: BP Announces Oil Discovery in the Deepwater Gulf of Mexico |
| TREX-233885 | No Bates | No Bates | 12/12/2014 | Morningstar Equity Analyst Report for BP plc (December 12, 2014) |
| TREX-233886 | No Bates | No Bates | 1/6/2015 | Ian Ratner Expert Supplemental Report - Work Papers |
| TREX-233887R | No Bates | No Bates | 8/15/2014 | **REDACTED by Anadarko:** Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding BP P.L.C. and BP Exploration and Production, Inc. August 15, 2014 |
| TREX-233888 | No Bates | No Bates | 1/6/2015 | Ian Ratner Expert Supplemental Report, filed January 6, 2015 |
| TREX-233889R | No Bates | No Bates | 8/15/2014 | **REDACTED by BP:** Expert Report of R. Bruce Den Uyl August 15, 2014 |

3

| | | | | |
|---|---|---|---|---|
| TREX-247141 | BP-HZN-2179MDL09315869 | BP-HZN-2179MDL09315873 | 11/19/2014 | BP Trading conditions update, available at http://www.bp.com/en/global/corporate/investors/results-and-reporting/trading-conditions-update.html |
| TREX-247417 | N/A | N/A | 10/31/2014 | SPDR S&P Oil & Gas Exploration & Production ETF Performance |
| TREX-247418 | N/A | N/A | 12/9/2014 | SPDR S&P Oil & Gas Exploration & Production ETF Holdings |
| TREX-247419 | N/A | N/A | 12/10/2014 | SPDR S&P Oil & Gas Exploration & Production ETF Fund Overview |
| TREX-247596 | N/A | N/A | 12/30/2014 | Supplemental Expert Report of R. Bruce Den Uyl |
| TREX-247596.1 | BP-HZN-2179MDL09322839 | BP-HZN-2179MDL09322839 | 12/30/2014 | Den Uyl, Bruce - Expert Report Support (2014-12-30) |
| TREX-247597 | BP-HZN-2179MDL09322798 | BP-HZN-2179MDL09322799 | 12/26/2014 | BP Stock Performance from 8/15/2014 - 12/26/2014 |
| TREX-247598 | BP-HZN-2179MDL09322800 | BP-HZN-2179MDL09322805 | 12/29/2014 | High Yield Index Data |
| TREX-247599 | BP-HZN-2179MDL09322806 | BP-HZN-2179MDL09322808 | 12/29/2014 | CME Futures as of 12/29/2014 |
| TREX-247600 | BP-HZN-2179MDL09322809 | BP-HZN-2179MDL09322813 | 00/00/0000 | Ten Year Bond Spread |
| TREX-247601 | BP-HZN-2179MDL09322792 | BP-HZN-2179MDL09322795 | 00/00/0000 | CME Group, Crude Oil Futures Quotes |
| TREX-247602 | BP-HZN-2179MDL09322777 | BP-HZN-2179MDL09322784 | 12/22/2014 | Ratings Direct Article: "Various Rating Actions Taken on European Oil and Gas Majors on Lower Oil Price Environment" |
| TREX-247603 | BP-HZN-2179MDL09322785 | BP-HZN-2179MDL09322786 | 10/12/2014 | Bloomberg Article: "Oil-Driven Junk-Bond Selloff Spreads as Risk Guage Climbs" |
| TREX-247604 | BP-HZN-2179MDL09322787 | BP-HZN-2179MDL09322791 | 12/17/2014 | BP Webpage - Trading Conditions Update |
| TREX-247605 | BP-HZN-2179MDL09322796 | BP-HZN-2179MDL09322796 | 12/30/2014 | Share Performance from 8/15/2014 - TOT COP CIE APC HES |

| TREX-247606 | BP-HZN-2179MDL09322797 | BP-HZN-2179MDL09322797 | 12/30/2014 | Share Performance from 8/15/2014 - XOM RDS CVX NBL |
| TREX-247607 | BP-HZN-2179MDL09322814 | BP-HZN-2179MDL09322838 | 12/30/2014 | US EIA Cushing, OK WTI Spot Price FOB (Dollars Per Barrel) |

Respectfully submitted,

JOHN C. CRUDEN
JOYCE BRANDA                                      Acting Assistant Attorney General
Acting Assistant Attorney General                 Environment & Natural Resources Division
Civil Division                                    SARAH HIMMELHOCH
PETER FROST                                       Senior Litigation Counsel
Director, Torts Branch, Civil Division            NANCY FLICKINGER
Admiralty and Aviation                            Senior Attorney
STEPHEN G. FLYNN                                  RICHARD GLADSTEIN
Assistant Director                                PATRICK CASEY
SHARON SHUTLER                                    Senior Counsel
MALINDA LAWRENCE                                  A. NATHANIEL CHAKERES
LAURA MAYBERRY                                    JUDY HARVEY
Trial Attorneys                                   RACHEL KING
                                                  ERICA PENCAK
                                                  ABIGAIL ANDRE
R. MICHAEL UNDERHILL, T.A.                        RACHEL HANKEY
Attorney in Charge, West Coast Office             BRANDON ROBERS
Torts Branch, Civil Division                      GORDON YOUNG
U.S. Department of Justice                        Trial Attorneys


/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:  202-514-2583

5

E-mail: steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

      Date: January 9, 2015

      <u>/s/ Steven O'Rourke</u>
      U.S. Department of Justice