UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| **Applies to:** *U.S. v. BP Exploration & Prod. Co., et al.*, No. 2:10-cv-04536. | | * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANADARKO PETROLEUM CORPORATION'S LIST OF DOCUMENTS ON PENALTY PHASE EXHIBIT LISTS AS OF JANUARY 9, 2015 OVER WHICH CONFIDENTIALITY DESIGNATIONS ARE MAINTAINED

Anadarko Petroleum Corporation ("Anadarko") hereby respectfully submits its List of Documents on Penalty Phase Exhibit Lists as of January 9, 2015 over which Confidentiality Designations Are Maintained, attached as Exhibit A. This list depicts all documents that Anadarko continues to designate as confidential after the filing of its Second Supplemental Cumulative List of Redacted Documents and Documents for which Confidentiality Designations Are Withdrawn if the Documents Are Used and Admitted in the Penalty Phase Trial [Rec. Doc. 13986] on January 7, 2015. Some documents that were previously designated as highly confidential have been re-designated as confidential, and some documents have been de-confidentialized with redactions. Such changes to confidentiality designations are noted in the attached exhibit in the column entitled "Confidentiality Redesignation."

To the extent permitted by Orders or decisions of the Court, Anadarko reserves the right to supplement this list with additional documents as appropriate.

Dated: January 9, 2015                                  MORGAN, LEWIS & BOCKIUS LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@morganlewis.com
Thomas R. Lotterman
thomas.lotterman@morganlewis.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@morganlewis.com
Morgan, Lewis & Bockius LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 9, 2015.

                                                                                                    _____/s/ *Ky E. Kirby*_____
                                                                                                      Ky E. Kirby