# Exhibit A

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179
Anadarko's List of Documents On Penalty Phase Exhibit Lists as of January 9, 2015
Over Which Confidentiality Designations are Maintained

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Trial Exhibit List | Original Confidentiality Designation | Confidentiality Redesignation | Date of Redesignation |
|---|---|---|---|---|---|---|---|---|
| TREX-001914 | ANA-MDL-000041083 | ANA-MDL-000041084 | 3/15/2012 | Unredacted Macondo seismology | US | Confidential | De-Designated with redaction | 9/13/2013; 10/3/2014 |
| TREX-002689 | ANA-MDL-000040222 | ANA-MDL-000040222 | 10/28/2009 | Unredacted October 28, 2009 e-mail from Mike Beattie to Darrell Hollek; RE: Macondo | US | Confidential | De-Designated with redaction | 10/3/2014 |
| TREX-004991 | ANA-MDL-000044080 | ANA-MDL-000044094 | 9/9/2009 | Unredacted Anadarko Macondo Prospect Presentation, dated Sept. 9, 2009 | US | Confidential | De-Designated with redaction | 9/13/2013; 10/3/2014 |
| TREX-012393 | ANA-MDL3-0012139 | ANA-MDL3-0012170 | 5/29/2014 | Unredacted APC Highly Confidential Deposition Exhibit | US | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction | 10/3/2014 |
| TREX-012395 | ANA-MDL3-0014348 | ANA-MDL3-0014399 | No Date | APC Highly Confidential Deposition Exhibit: 2012 E&P Offsite Scenario Modeling Book | US | Highly Confidential - Outside Counsel's Eyes Only | | |
| TREX-012396 | ANA-MDL3-0018793 | ANA-MDL3-0018841 | 10/16/2011 | Unredacted APC Highly Confidential Deposition Exhibit: Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify between Anadarko Petroleum Corp. and BP Exploration & Production Inc. | US | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction | 1/9/2015 |
| TREX-012444 | ANA-MDL3-0013398 | ANA-MDL3-0013406 | 5/12/2014 | APC Highly Confidential Deposition Exhibit: Anadarko Petroleum Corporation: 2014 Finance Plan, Prepared by: Al Richey, Dated: May 12, 2014 | US | Highly Confidential - Outside Counsel's Eyes Only | | |
| TREX-012798 | ANA-MDL3_0018157 | ANA-MDL3_0018167 | 12/12/2011 | Letter dated December 12, 2011, Thau to U.S. Securities and Exchange Commission Re: Voluntary Request for Information, HO-11799 | US | Confidential | | |
| TREX-012799 | ANA-MDL3_0009331 | ANA-MDL3_0009333 | 5/16/2014 | KPMG Quarterly Status Meeting - Legal First Quarter 2014 | US | Confidential | | |
| TREX-012800 | ANA-MDL3_0005464 | ANA-MDL3_0005470 | No Date | Environment Liability Reserve Projects - 2013 Reserve Activity (KPMG Meeting) | US | Confidential | | |
| TREX-012802 | ANA-MDL3_0009325 | ANA-MDL3_0009325 | No Date | Spreadsheet titled Anadarko Petroleum 2010 - 2013 Capital and EBITDAX Report | US | Highly Confidential - Outside Counsel's Eyes Only | | |
| TREX-012814 | ANA-MDL3_0015671 | ANA-MDL3_0015672 | 8/29/2013 | E-mail dated August 29, 2013, Eberhart to Douglas and others, Subject: RE: SEC Comment letter Dated 8-29-2013 | US | Confidential | | |
| TREX-230028 | ANA-MDL3_0009484 | ANA-MDL3_0009498 | 12/1/2010 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: E. Conkling, Dated: 12/2010 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230029 | ANA-MDL3_0009499 | ANA-MDL3_0009513 | 3/1/2010 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: S. Yeung, Dated: 03/2010 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230030 | ANA-MDL3_0009514 | ANA-MDL3_0009528 | 6/1/2010 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: S. Yeung, Dated: 06/2010 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |

Anadarko's List of Documents On Penalty Phase Exhibit Lists as of January 9, 2015
Over Which Confidentiality Designations are Maintained

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Trial Exhibit List | Original Confidentiality Designation | Confidentiality Redesignation | Date of Redesignation |
|---|---|---|---|---|---|---|---|---|
| TREX-230031 | ANA-MDL3_0009529 | ANA-MDL3_0009542 | 9/1/2010 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: S. Yeung, Dated: 09/2010 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230032 | ANA-MDL3_0009935 | ANA-MDL3_0009949 | 3/1/2011 | Spreadsheet: Anadarko - Balance Sheet 03/2011 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230033 | ANA-MDL3_0009950 | ANA-MDL3_0009964 | 6/1/2011 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: E. Conkling, Dated: 6/2011 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230034 | ANA-MDL3_0009965 | ANA-MDL3_0009979 | 2/4/2012 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: A. Garrison, Dated: 12/2011 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230035 | ANA-MDL3_0010095 | ANA-MDL3_0010109 | 9/1/2011 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: E. Conkling, Dated: 9/2011 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230036 | ANA-MDL3_0010336 | ANA-MDL3_0010355 | 1/31/2013 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 1/31/2013 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230037 | ANA-MDL3_0010356 | ANA-MDL3_0010373 | 3/1/2012 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 3/1/2012 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230038 | ANA-MDL3_0010374 | ANA-MDL3_0010391 | 6/1/2012 | Spreadsheet: Anadarko Balance Sheet, Prepared by: L. Jones | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230039 | ANA-MDL3_0010392 | ANA-MDL3_0010409 | 9/1/2012 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 9/2012 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230040 | ANA-MDL3_0010955 | ANA-MDL3_0010971 | 7/16/2013 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 7/16/2013 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230041 | ANA-MDL3_0010972 | ANA-MDL3_0010985 | 2/20/2014 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 3/20/2014 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230042 | ANA-MDL3_0010986 | ANA-MDL3_0010999 | 10/28/2013 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 10/28/2013 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230043 | ANA-MDL3_0011000 | ANA-MDL3_0011016 | 5/2/2013 | Spreadsheet: Anadarko Summary - Consolidated Operations, Prepared by: L. Jones, Dated: 5/2/2013 | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230109 | ANA-MDL3_0012066 | ANA-MDL3_0012066 | 12/31/2013 | Spreadsheet: Anadarko Petroleum: 2010 - 2013 Capital and EBITDAX | US | Highly Confidential - Outside Counsel's Eyes Only | | |
| TREX-230110 | ANA-MDL3_0019462 | ANA-MDL3_0019462 | No Date | Spreadsheet: Anadarko Petroleum 2010 - 2013 Capital and EBITDAX | US | Highly Confidential - Outside Counsel's Eyes Only | | |
| TREX-230125 | ANA-MDL3-0005996 | ANA-MDL3-0006082 | 1/1/2011 | Model Form Operating Agreement | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-230134 | ANA-MDL3-0012702 | ANA-MDL3-0012702 | No Date | No title - Chart reflecting 2013 - 2017 Reserves Growth, Reserves Replacement and F&D Cost | US | Highly Confidential - Outside Counsel's Eyes Only | | |
| TREX-230135 | ANA-MDL3-0012704 | ANA-MDL3-0012704 | 4/1/2013 | 2013 Anadarko Petroleum Corporation - Executive Committee Offsite April 2013 Dividend Policy Discussion | US | Highly Confidential - Outside Counsel's Eyes Only | | |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179
Anadarko's List of Documents On Penalty Phase Exhibit Lists as of January 9, 2015
Over Which Confidentiality Designations are Maintained

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description | Trial Exhibit List | Original Confidentiality Designation | Confidentiality Redesignation | Date of Redesignation |
|---|---|---|---|---|---|---|---|---|
| TREX-232946 | ANA-MDL-000052246 | ANA-MDL-000052247 | 4/5/2010 | E-mail chain, top e-mail from Robert Quitzau to Paul Chandler, et al., dated Mon Apr 05 2010 19:54:34; Subject: Macondo Update | | Confidential | | |
| TREX-232947 | ANA-MDL-000206367 | ANA-MDL-000206369 | 5/6/2010 | Email- From: Walker, Al To: Meloy, Chuck Sent: 5/6/2010 1:10:26 AM FW: Ppt0000002.ppt; Organization Meeting for the Equipment Task Force | US | Confidential | | |
| TREX-232949 | ANA-MDL2-000123452 | ANA-MDL2-000123456 | 5/3/2010 | Email - To: Walker, A From: Flores, Jim Sent: 5/3/2010 2:30:56 AM Subject: Re: Macondo | US | Confidential | | |
| TREX-232951 | ANA-MDL3-0006214 | ANA-MDL3-0006298 | 1/1/2011 | A.A.P.L. Form 610 - 1989; Model Form Operating Agreement; Effective Date Jan 1 2011; Operator - Anadarko E&P Company LP; Contract Area - Maverick Basin - Big Wells Area; County of Dimmitt, LaSalle, and Zavala; State of Texas | US | Highly Confidential - Outside Counsel's Eyes Only | Redesignated as Confidential | 1/9/2015 |
| TREX-233859 | ANA-MDL-000263106 | ANA-MDL-000263106 | 6/21/2010 | Email- From: Beattie, Mike To: Harville, Michael Sent: 6/21/2010 6:18:20 PM Subject: Casey Chouest | US | Confidential | | |
| | ANA-MDL3-0009337 | ANA-MDL3-0009369 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-0018793 | ANA-MDL3-0018841 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-0018843 | ANA-MDL3-0018891 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Confidential | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-0018893 | ANA-MDL3-0018941 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-0018945 | ANA-MDL3-0018993 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-0018995 | ANA-MDL3-0019042 | 10/16/2011 | Unredacted Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify | | Highly Confidential - Outside Counsel's Eyes Only | De-Designated with redaction | 10/31/2014 |