UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * * * * | JUDGE BARBIER<br><br><br><br>MAGISTRATE JUDGE SHUSHAN |

ORDER

Considering Claimants Kevin S. Smith's, Solomon J. Fleischman's, and John C. Kelly's Motion for Leave to File Claims Materials Under Seal:

IT IS HEREBY ORDERED, that Claimants' Motion is GRANTED; and it is further ORDERED that Claimants shall file under seal the materials that were available to the Court in considering their requests for discretionary review of their claims that they understand are pertinent to appellate review. For the reasons set forth in Claimants' Memorandum and consistent with this Court's prior Orders, *see* Rec. Doc. 6573 & 6822, these materials shall be maintained under seal.

New Orleans, Louisiana this 9th day of January, 2015.

_____
United States District Judge