UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | : : | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |

**CLEAN WATER ACT –PENALTY PHASE**

**UNITED STATES' OPPOSITION TO BPXP'S MOTION TO STRIKE ERRATA SHEETS FOR THE EXPERT REPORTS OF DR. STANLEY RICE, CAPT. MARK VANHAVERBEKE, AND MR. IAN RATNER**

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................................................... ii

PRELIMINARY STATEMENT ..............................................................................................1

PROCEDURAL HISTORY .......................................................................................................1

ARGUMENT ..............................................................................................................................1

I.       The Rules Provide Expressly for Timely Correction ............................................................1

II.      The Cases Cited by BPXP Do Not Support Its Argument – Courts Routinely Permit the Revision of Expert Opinions Within the Timeframe Permitted By Rule 26 ........................3

III.    The Errata Properly Corrected Information in Expert Reports.............................................4

        A.      The Errata Submitted by Dr. Rice Are Required Under Rule 26(e) and Do Not Prejudice BPXP ........................................................................................................4

        B.      Capt. Mark VanHaverbeke's Correction Is Required Under Rule 26(e) and Does Not Prejudice BPXP ......................................................................................9

        C.      Mr. Ratner's Errata is Required Under Rule 26(e) and Does Not Prejudice BPXP...................................................................................................................11

              1.      Ratner's August 15, 2014 Expert Report (Re:  BPXP and BP) .................11

              2.      Ratner's August 15, 2014 Expert Report (Re:  APC)................................12

CONCLUSION........................................................................................................... 12

# TABLE OF AUTHORITIES

Federal Cases

*1488, Inc. v. Philsec Inv. Corp.*, 939 F.2d 1281 (5th Cir. 1991) ....................................................... 3

*Reid v. Lockheed Martin Aeronautics Co.*, 205 F.R.D. 655 (N.D. Ga. 2001) ................................. 3

*Reliance Ins. Co. v. Louisiana Land and Exploration Co.*, 110 F.3d 253 (5th Cir. 1997) .............. 4

*Salgado v. General Motors Corp.*, 150 F.3d 735 (7th Cir. 1998) ...................................................... 4

*Simmons v. United States*, No. 12-00528, 2013 WL 2902824 (W.D. Tex. June 13, 2014) ............ 4

*United States v. Black Hills Power, Inc.*,
   No. 03-5020, 2006 WL 6908315 (D.S.D. June 12, 2006) ............................................................ 4

Federal Rules

Fed. R. Civ. P. 26 ................................................................................................................... 1, 2, 3

Fed .R. Civ. P. 26(a) ..................................................................................................................... 2, 3

Fed. R. Civ. P. 26(a)(2)(A) ............................................................................................................. 1

Fed. R. Civ. P. 26(a)(2)(B) ............................................................................................................. 1

Fed. R. Civ. P. 26(a)(2)(D) ............................................................................................................. 1

Fed. R. Civ. P. 26(a)(2)(E) ............................................................................................................. 1

Fed. R. Civ. P. 26(a)(3) ............................................................................................................... 1, 2

Fed. R. Civ. P. 26(e) ............................................................................................................... 1, 2, 3

Fed. R. Civ. P. 26(e)(1) ................................................................................................................... 3

Fed. R. Civ. P. 26(e)(1)(A) ............................................................................................................. 2

Fed. R. Civ. P. 26(e)(2) ............................................................................................................... 2, 5

Fed. R. Civ. P. 37 ............................................................................................................................ 2

Fed. R. Civ. P. 37(c) .................................................................................................................... 2, 5

Fed. R. Civ. P. 37(c)(1) ............................................................................................................... 2, 3

- 1 -

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-2-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-3-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-4-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-6-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-7-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-8-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-9-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-10-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

-12-

# [REDACTED PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to file the above-captioned Memorandum under seal per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal.

Respectfully submitted,

JOYCE BRANDA  
Acting Assistant Attorney General  
Civil Division  
PETER FROST  
Director, Torts Branch, Civil Division  
Admiralty and Aviation  
SHARON SHUTLER  
MALINDA LAWRENCE  
LAURA MAYBERRY  
Trial Attorneys  
R. MICHAEL UNDERHILL, T.A  
Attorney in Charge, West Coast Office  

JOHN C. CRUDEN  
Assistant Attorney General  
Environment & Natural Resources Division  
SARAH HIMMELHOCH  
Senior Litigation Counsel for E-Discovery  
MICHAEL MCNULTY  
Senior Counsel  
NANCY FLICKINGER  
Senior Attorney  
PATRICK CASEY  
RICHARD GLADSTEIN  
DANIEL S. SMITH  
Senior Counsel  
ABIGAIL ANDRE  
A. NATHANIEL CHAKERES  
ANNA CROSS  
RACHEL HANKEY  
JUDY HARVEY  
RACHEL KING  
ERICA PENCAK  
BRANDON ROBERS  
GORDON YOUNG  
Trial Attorneys  

/s/ Steven O'Rourke  
STEVEN O'ROURKE  
Senior Attorney  
Environmental Enforcement Section  
U.S. Department of Justice  
P.O. Box 7611  
Washington, D.C. 20044  
Telephone:  202-514-2779  
Facsimile:   202-514-2583  
E-mail:  steve.o'rourke@usdoj.gov  

KENNETH A. POLITE, JR.  
United States Attorney  
Eastern District of Louisiana  
SHARON D. SMITH  
Assistant United States Attorney  
Eastern District of Louisiana  

Attorneys for the UNITED STATES OF AMERICA

13

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  January 9, 2015.                                    /s/ Steven O'Rourke
                                                           U.S. Department of Justice