# Exhibit 1

## to

**UNITED STATES' OPPOSITION TO BPXP'S MOTION TO STRIKE ERRATA SHEETS FOR THE EXPERT REPORTS OF DR. STANLEY RICE, CAPT. MARK VANHAVERBEKE, AND MR. IAN RATNER**

## [UNREDACTED VERSION FILED UNDER SEAL]

The United States has moved to attach Exhibit 1 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| No. 10-4536 | : | MAG. JUDGE SHUSHAN |

·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ··

**UNITED STATES' ERRATA SHEET FOR THE ROUND 3 EXPERT REPORTS OF
STANLEY RICE, MARK VANHAVERBEKE, AND IAN RATNER**

The United States hereby serves the following errata pursuant to Fed. R. Civ. P. 26(e)

regarding the Round 3 expert reports:

1. **Corrected Appendix B to Dr. Rice's September 26, 2014 Report (TREX-13332)**:

   In Dr. Rice's deposition, he was asked about apparent errors in the depths

   corresponding to water chemistry samples analyzed in Appendix B to his September

   26, 2014 report.  Dr. Rice understood at the time, and testified at 315:17-317:12 of his

   deposition, that these apparent errors were present in the original data.  However,

   upon further investigation, the error was discovered to have come from Dr. Carls'

   analysis of the data: after Dr. Carls classified samples into Surface, Intermediate, and

   Deep categories, the column containing those classifications became scrambled or

   unlinked to the rest of the data.  Thus, the depth classifications did not correspond to

   the correct samples.  In the process of correcting this error, Dr. Carls also discovered

   that a small number of samples had been misclassified as "offshore" instead of

   "nearshore."  Both of these errors have been corrected in the Corrected Appendix B,

   attached as Exhibit 1.  While some of the values in the figures change as a result of

   these corrections, they do not change the substance of Dr. Rice's opinions, which are

that, in the summer of 2010, far more than 2% of the relevant water samples in areas of concern exhibited the potential for toxicity.

2. **Corrected Appendix C to Stanley Rice's September 26, 2014 Report (TREX-13332)**: In Dr. Rice's deposition, he acknowledged that this Appendix mis-reported the results of several toxicological studies that he relies upon, in that the wrong species is listed in the Appendix. The Corrected Appendix C, attached as Exhibit 2, contains corrected species information for the studies listed. It does not change the substance of any of Dr. Rice's opinions.

3. **Correction to Calculations Concerning Mark VanHaverbek's September 12, 2014 Report (TREX-231645):** During Captain VanHaverbeke's deposition, he was asked about apparent errors concerning calculations related to the final paragraph on page 5 of his September 12, 2014 report. Captain VanHaverbeke acknowledged at the time that he based the relevant calculations on out-of-date oil budget estimates. *See e.g.* Dep. at 136:2-25; 161:16-162:10; 164:10-20. He has since updated his calculations to reflect the United States' most recent estimates, as given in the United States' Third Supplemental Response to Defendants' First Set of Discovery Requests to the United States of America Relating to the Clean Water Act Penalty Phase. His update is attached as Exhibit 3. This update does not change the substance of Captain VanHaverbeke's opinions. *See* Dep. at 161:16-23.

4. **Corrections to Ian Ratner's August 15, 2014 Report Concerning BP p.l.c. and BP Exploration and Production Inc. (TREX-13123/13124):** Attached as Exhibit 4 are corrections and clarifications to Ian Ratner's Round 1 Expert Report concerning

BP p.l.c. and BP Exploration and Production Inc.  The corrections do not change the substance of any of Mr. Ratner's opinions.

5. **Corrections to Ian Ratner's August 15, 2014 Report Concerning Anadarko Petroleum Company (TREX-13131):**  Attached as Exhibit 5 are corrections and clarifications to Ian Ratner's Round 1 Expert Report concerning Anadarko Petroleum Company.  The corrections do not change the substance of any of Mr. Ratner's opinions.

6. **Corrections to Ian Ratner's September 12, 2014 Report Concerning BP p.l.c. and BP Exploration and Production Inc. (TREX-13125/13126):**  Attached as Exhibit 6 are corrections and clarifications to Ian Ratner's Round 2 Expert Report concerning BP p.l.c. and BP Exploration and Production Inc.  The corrections do not change the substance of any of Mr. Ratner's opinions.

7. Versions of the affected reports of Dr. Rice, Captain VanHaverbeke, and Mr. Ratner that have been updated to include the attached errata will be included on the United States December 12, 2014 exhibit list and produced by the December 19, 2014 production deadline.

Deputy Assistant Attorney General
Civil Division
PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
SARAH HIMMELHOCH
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney
RICHARD GLADSTEIN
PATRICK CASEY
Senior Counsel
A. NATHANIEL CHAKERES
JUDY HARVEY
RACHEL KING
ERICA PENCAK

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

ABIGAIL ANDRE
RACHEL HANKEY
BRANDON ROBERS
GORDON YOUNG
Trial Attorneys

/s/ Sarah D. Himmelhoch
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:  202-514-2583
E-mail:  steve.o'rourke@usdoj.gov


KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3000
Facsimile:  (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

TREX-247153.0004

**EXHIBIT 1 TO UNITED STATES' ERRATA SHEET FOR THE ROUND 3 EXPERT REPORTS OF STANLEY RICE, MARK VANHAVERBEKE, AND IAN RATNER**

**Source Information**

Data file:

WaterChemistry_W-01v02-01.csv

..\analysis\WaterChemistryPAH.mdb

..\analysis\HC Gulf Mexico WATER 2010 combined v5.xlsx

..\analysis\EPA tox estimates WATER.xlsx

..\analysis\TPAH by month place depth.xlsx


..\reports\ Estimation of toxic potential in DWH water samples Dec 1 2014 update.docx


..\analysis\maps\Water TPAH surface May Jun Jul.mxd

..\analysis\maps\Water TPAH surface CHECK May Jun Jul.mxd

TREX-247153.0006

**Estimation of toxic potential in DWH water samples.**

1.  Samples were obtained from "BP Gulf Science Data (NRDA-publicly available)," file name "WaterChemistry_W-01v02-01.csv" dated 5/23/2014.
2.  The CSV file was too long to read directly with Excel, thus was subdivided into several files.
3.  All 2010 data were extracted into Excel.
4.  PAH data were assembled to yield one record per sample.  Samples were identified by "Laboratory sample ID."  This resulted in 16,167"natural samples" in 2010, excluding replicate samples.  (There were 138 replicates, labeled "field duplicate.")  For comparison with Dr. Shea's analysis, there were 17,881 "natural samples" in the NRDA database, thus 1714 samples were collected after 2010; these were not analyzed here.
5.  Polynuclear aromatic hydrocarbon (PAH) analytes are listed below.  Not all of these were measured in every sample.  ND concentrations were 0.

| | | | |
|---|---|---|---|
| N0 | D0 | PYR | BBF |
| N1 | D1 | FP1 | BKF |
| N2 | D2 | FP2 | BEP |
| N3 | D3 | FP3 | BAP |
| N4 | P0 | FP4 | PER |
| ACN | P1 | BAA | ICP |
| ACE | P2 | C0 | DBA |
| F0 | P3 | C1 | BZP |
| F1 | P4 | C2 | |
| F2 | ANT | C3 | |
| F3 | FLU | C4 | |

6.  Concentrations were summed to yield total PAH (TPAH).  Data were analyzed by month, depth, and location (Fig. 1).
7.  The EPA threshold method was applied to each water sample.  The acute version was corrected per discussion with Dr. David Mount, one of the original EPA authors.  All alkylated PAHs were included in the model, thus no alkyl-adjustment multipliers were required (Fig. 2).
8.  Alternative estimations of toxicity were based on Gulf of Mexico larval fish assays:  (Incardona et al. 2014) reported threshold TPAH concentrations as low as 0.3 µg/L. Numbers of samples above this threshold (and several other comparison values, 0.5, 1, and 2 µg/L) were summed by month to calculate the fraction toxic (per month, depth, and location) (Fig. 3a-d).
9.  To estimate fractions toxic within the slick area only, data were plotted by month with ArcMap along with satellite slick information (SAR).  Offshore samples within polygons bounding the slick area were identified with ArcMap (Fig. 4).
10. The toxic fraction in the offshore surface water (0 –2 m) within slick boundaries was estimated for May through July with the TPAH concentration method described in step 8 (Figs. 5 - 6).
11. It should be noted that this analysis is not intended to be a quantitative assessment of the extent of oil contamination in the Gulf.  That is more properly a part of the NRD Assessment, which is still ongoing and may employ additional data and methods of analysis.  The purpose of

this exercise is simply to point out that Dr. Shea's opinion regarding the extent of toxic concentrations of PAHs in the Gulf is misleading because it fails to employ the appropriate toxicological thresholds and fails to focus on the areas and times when high concentrations of PAHs were likely to occur.

12. This Appendix was updated Dec 1, 2014 to correct errors.  Mapped data were re-inspected and positions were re-categorized as necessary (shore, offshore).  Errors in depth coding were also identified and corrected.  The depth coding used during the original analysis was scrambled, possibly by a sorting error in Excel; this was discovered because "deep" samples were erroneously associated with nearshore samples.  This problem was explored with GIS to verify geographic locations and sample depths and was corrected.  Updated data were verified against the original CSV file.  Legends were corrected to reflect the updated number of samples in each category.  These corrections do not change the total number of toxic samples, rather they only change the distribution among location and depth categories.  The toxicity estimates in Fig. 5 increased as a result of sample re-categorization and are consistent with the estimates provided in Fig. 3:  the general increase in percent toxic offshore water  reflects a higher probability of toxicity in offshore water than nearshore and discovery of some nearshore samples mixed with offshore samples in the original analysis.

Roughly one quarter of the samples were collected nearshore (29%); the remainder were collected offshore.

| | n Offshore | n Total | % Nearshore | % Offshore |
|-----|-----------|---------|-------------|------------|
| May | 644 | 970 | 33.6 | 66.4 |
| Jun | 2329 | 3093 | 24.7 | 75.3 |
| Jul | 2218 | 2962 | 25.1 | 74.9 |
| Aug | 2952 | 3643 | 19.0 | 81.0 |
| Sep | 1811 | 2525 | 28.3 | 71.7 |
| Oct | 198 | 920 | 78.5 | 21.5 |
| Nov | 631 | 1067 | 40.9 | 59.1 |
| Dec | 710 | 987 | 28.1 | 71.9 |

Within the offshore data set, about 13% of the samples were from the surface (upper 2 m), 38% were from plume depths (≥1000 m), and the remaining half (49%) were from elsewhere in the water column.

| | n Surface | n Plume | % Surface | % Plume | % Other |
|-----|-----------|---------|-----------|---------|---------|
| May | 128 | 198 | 19.9 | 30.7 | 49.4 |
| Jun | 255 | 737 | 10.9 | 31.6 | 57.4 |
| Jul | 282 | 890 | 12.7 | 40.1 | 47.2 |
| Aug | 328 | 1161 | 11.1 | 39.3 | 49.6 |
| Sep | 251 | 711 | 13.9 | 39.3 | 46.9 |
| Oct | 28 | 23 | 14.1 | 11.6 | 74.2 |
| Nov | 127 | 219 | 20.1 | 34.7 | 45.2 |
| Dec | 104 | 377 | 14.6 | 53.1 | 32.3 |

**Fig. 1.** Mean total aqueous PAH concentration by month.  Surface is ≤ 2 m, deep is ≥ 1000 m and intermediate is all depths between.  The total number of samples analyzed each month for offshore and nearshore sets is listed along the x-axis.





TREX-247153.0010

**Fig. 2**.  Percent of samples exceeding EPA toxicity threshold for water samples as a function of time using the EPA threshold method (chronic toxicity).



TREX-247153.0011

**Fig. 3a.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates:  0.3 µg/L.  Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).



**Fig. 3b.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 0.5 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).



TREX-247153.0013

**Fig. 3c.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 1.0 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).



**Fig. 3d.** Percent of water samples as a function of time that exceed toxicity threshold using embryo sensitivity estimates: 2.0 µg/L. Estimated embryo toxicity thresholds were as low as 0.3 for bluefin tuna and were between 1 and 6 µg/L for amberjack (Incardona et al. 2014).



TREX-247153.0015

**Fig. 4**. Offshore samples within slick areas were defined as those within the slick boundaries identified by satellite (dark grey). Samples to the west of the primary slick boundary in June were not included as "within."



**Fig. 5.** Toxicity estimate in surface water (0 – 2 m) within the slick area only during the time the slick was present (May – July).  Total slick area was determined by satellite and composited by month.



**Fig. 6.** Offshore surface water samples only.  Surface is defined as the upper 2 meters.  Yellow polygons bound observed area with toxic concentrations (at 0.3 μg/L).  These areas are 5460, 12131, and 6225 km$^2$.







**References**

Incardona, J. P., L. D. Gardner, et al. (2014). "Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish." Proceedings of the National Academy of Sciences of the United States of America **www.pnas.org/cgi/doi/10.1073/pnas.1320950111**:  E1510–E1518.

**EXHIBIT 2 TO UNITED STATES' ERRATA SHEET FOR THE ROUND 3 EXPERT REPORTS OF STANLEY RICE, MARK VANHAVERBEKE, AND IAN RATNER**

| Species | Life stage | Response | Toxin | Conc. (µg/L) | Exposure time (d) | Method | Author |
|---|---|---|---|---|---|---|---|
| Southern bluefin tuna (*Thunnus maccoyii*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil: TPAH | 0.3 | Incubation period | HEWAF (high energy water-accommodated fraction) | Incardona et al. 2014 |
| Pacific herring (*Clupea pallasii*) | Embryo | Abnormalities, genetic damage, growth, mortality | aqueous TPAH, more weathered Alaska North Slope crude oil | 0.4 | 16 | ORC | Carls et al. 1999 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil: TPAH | 0.5 - 1.3 | Incubation period | HEWAF | Incardona et al. 2014 |
| Southern bluefin tuna (*Thunnus maccoyii*) | Embryo | EC50, edema | DWH oil: TPAH | 0.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Southern bluefin tuna (*Thunnus maccoyii*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil: TPAH | 0.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Post-emergent growth | aqueous TPAH, weathered Alaska North Slope crude oil | 0.94 | ~198 | ORC | Carls et al. 2005 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Mortality | aqueous TPAH, very weathered Alaska North Slope crude oil | 1 | ~240 | ORC | Heintz et al. 1999 |

TREX-247153.0021

| Species | Stage | Effect | Oil Type | Conc. | Duration | Method | Reference |
|---|---|---|---|---|---|---|---|
| Yellowfin tuna (*Thunnus albacares*) | Embryo | heart rate bradycardia threshold | DWH oil: TPAH | 1.0 - 2.6 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowtail amberjack (*Seriola lalandi*) | Embryo | Pericardial & yolk-sac edema, threshold | DWH oil: TPAH | 1.0 - 6.0 | Incubation period | HEWAF | Incardona et al. 2014 |
| Atlantic cod (*Gadus morhua*) | Larvae | CYP3A Induction | unspecified crude oil, possibly North Sea | 1.2 | 4 | Mechanical dispersion | Olsvik et al 2011 |
| Mahi-Mahi (*Coryphaena hippurus*) | embryo | Edema | DWH oil: TPAH | 1.2 | 2 | HEWAF | Mager et al 2014 |
| Mahi-Mahi (*Coryphaena hippurus*) | embryo | Reduced swimming speed | DWH oil: TPAH | 1.2 | 2 | | Mager et al 2014 |
| Atlantic cod (*Gadus morhua*) | Larvae | Reduced survival | unspecified crude oil, possibly North Sea | <2 | 4 | Mechanical dispersion | Olsvik et al 2012 |
| Atlantic cod (*Gadus morhua*) | Larvae | CYP3A induction | unspecified crude oil, possibly North Sea | 2.1 | 4 | WSF isolated from Mechanical dispersion | Olsvik et al 2011 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | EC50, edema | DWH oil: TPAH | 2.3 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil: TPAH | 2.3 | Incubation period | HEWAF | Incardona et al. 2014 |

TREX-247153.0022

| Yellowfin tuna (*Thunnus albacares*) | Embryo | EC50 for prolongation of systole | DWH oil: TPAH | 2.6 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowtail amberjack (Seriola lalandi) | Embryo | heart rate bradycardia threshold | DWH oil: TPAH | 2.2 – 6.5 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | Extracardiac defects | DWH oil: TPAH | 3.4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | CYP1A induction | aqueous TPAH, weathered Alaska North Slope crude oil | 3.7 | ~198 | ORC | Carls et al. 2005 |
| Pacific herring (*Clupea pallasii*) | Embryo | Abnormalities | Whole oil | 4 | 13 | Flowing oil-water contact | Pearson et al. 1985 |
| Southern bluefin tuna (*Thunnus maccoyii*) | Embryo | heart rate bradycardia threshold | DWH oil: TPAH | 4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Ascites, premature emergence, gonadal cell apoptosis, induction of CYP1A | aqueous TPAH, weathered Alaska North Slope crude oil | 4.4 | 177 | ORC | Marty et al. 1997 |
| Yellowtail amberjack (*Seriola lalandi*) | Embryo | heart rhythm irregularities, minimum influential exposure conc. | DWH oil: TPAH | 4.5 | Incubation period | HEWAF | Incardona et al. 2014 |

TREX-247153.0023

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Marine survival | aqueous TPAH, weathered Alaska North Slope crude oil | 5.4 | ~240 | ORC | Heintz et al. 2000 |
| Yellowfin tuna (*Thunnus albacares*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 6.1 | Incubation period | HEWAF | Incardona et al. 2014 |
| Southern bluefin tuna (*Thunnus maccoyii*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 7.7 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Blue sac disease (ascites) | aqueous TPAH, weathered Alaska North Slope crude oil | 7.8 | 83 | ORC | Brannon et al. 2006 |
| Southern bluefin tuna (*Thunnus maccoyii*) | Embryo | Extracardiac defects | DWH oil: TPAH | 8.5 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowtail amberjack (*Seriola lalandi*) | Embryo | EC50 for prolongation of systole | DWH oil: TPAH | 8.6 | Incubation period | HEWAF | Incardona et al. 2014 |
| Pacific herring (*Clupea pallasii*) | Embryo | Abnormalities, growth, mortality | aqueous TPAH, weathered Alaska North Slope crude oil | 9.1 | 16 | ORC | Carls et al. 1999 |
| Capelin (*Mallotus villosus*) | Embryo | Reduced hatching success | WSF, Ekofisk crude oil | <10 | 42-49 | Flowing oil-water contact | Johannessen 1976 |

TREX-247153.0024

| Japanese medaka (*Oryzias latipes*) | Embryo | LOEC, hatch length | PAHs | 11 | 18 | static renewal | Farwell et al. 2006 |
|---|---|---|---|---|---|---|---|
| Yellowtail amberjack (*Seriola lalandi*) | Embryo | EC50, edema | DWH oil: TPAH | 12.4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowtail amberjack (*Seriola lalandi*) | Embryo | Pericardial & yolk-sac edema, EC50 | DWH oil: TPAH | 12.4 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowtail amberjack (*Seriola lalandi*) | Embryo | Extracardiac defects | DWH oil: TPAH | 13.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Yellowtail amberjack (*Seriola lalandi*) | Embryo | heart rhythm irregularities, significant | DWH oil: TPAH | 13.8 | Incubation period | HEWAF | Incardona et al. 2014 |
| Zebrafish (*Danio rerio*) | Embryo | Cardiac abnormalities | Aqueous TPAH, Alaska North Slope crude oil | 15 | 2 | Mechanical dispersion | Carls et al. 2008 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Mortality | aqueous TPAH, weathered Alaska North Slope crude oil | 16.4 | 83 | ORC | Brannon et al. 2006 |
| Pacific herring (*Clupea pallasii*) | Embryo | Edema | aqueous TPAH, more weathered Alaska North Slope crude oil | 17.3 | 4 | ORC | Carls et al. 1999 |
| Pink salmon (*Oncorhynchus gorbuscha*) | Embryo-larvae | Post-emergent growth | aqueous TPAH, weathered Alaska North Slope crude oil | 18 | ~240 | ORC | Heintz et al. 2000 |
| Yellowtail amberjack (*Seriola lalandi*) | Embryo | heart rate IC50 (half max inhibitory conc) | DWH oil: TPAH | 18.2 | Incubation period | HEWAF | Incardona et al. 2014 |

**EXHIBIT 3 TO UNITED STATES' ERRATA SHEET FOR THE ROUND 3 EXPERT REPORTS OF STANLEY RICE, MARK VANHAVERBEKE, AND IAN RATNER**

TREX-247153.0026

**Errata to Captain Mark VanHaverbeke September 12, 2014 Expert Report**

After becoming aware of an error concerning certain calculations related to a paragraph on page 5 of my September 12, 2014 Expert Report, I updated the calculations. In performing this update, I used the values found on page 5 of the United States' Third Supplemental Response to Defendants' First Set of Discovery Requests to the United States of America Relating to the Clean Water Act Penalty Phase. Below, I have reproduced the relevant paragraph from my report and produced a table showing the correct values. This update does not alter any of the opinions or conclusions offered in my report.

Text of the relevant Paragraph from my September 21, 2014 Expert Report:

*Third, measuring against "Oil Available for Recovery" ignores the 67 percent of the oil discharged and deemed unrecoverable. In situ burning and chemically dispersing oil accounted for thirteen percent of the total oil discharged, while direct recovery (skimming) only amounted to an unremarkable three percent of the 4.9 million barrels of oil discharged. This rate is on par or below rates Captain Paskewich cites for other spills in Figure 7 of his report. During the Exxon Valdez response, during which responders' use of dispersants and in situ burning was severely limited, Captain Paskewich shows an eight percent recovery rate.*

Listed in the table below are the correct values based on my updated calculation. To obtain the percentage shares of oil dispersed, burned and skimmed, I began by subtracting 810,000 barrels (RITT and Top Hat Recovery) from 5,000,000 barrels (cumulative discharge based on US estimate). Then, I calculated the percentage share for each category based on the amount discharged into the environment and rounded my results to the nearest decimal point:

| | |
|---|---|
| Oil deemed unrecoverable | 43.9% |
| Share of oil chemically dispersed | 18.4% |
| Share of oil burned | 6.2% |
| Share of oil skimmed | 3.8% |

**EXHIBIT 4 TO UNITED STATES' ERRATA SHEET FOR THE ROUND 3 EXPERT REPORTS OF STANLEY RICE, MARK VANHAVERBEKE, AND IAN RATNER**

TREX-247153.0028

**Report Corrections and Signature**
August 15, 2014 Report of Ian Ratner regarding BP p.l.c. and BP Exploration and Production Inc.



Highly Confidential

TREX-247153.0029



Highly Confidential

TREX-247153.0030



Highly Confidential

**EXHIBIT 5 TO UNITED STATES' ERRATA SHEET FOR THE ROUND 3 EXPERT REPORTS OF STANLEY RICE, MARK VANHAVERBEKE, AND IAN RATNER**

**Report Corrections and Signature**
August 15, 2014 Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding Anadarko Petroleum Corporation



TREX-247153.0033



Highly Confidential

TREX-247153.0034

**EXHIBIT 6 TO UNITED STATES' ERRATA SHEET FOR THE ROUND 3 EXPERT REPORTS OF STANLEY RICE, MARK VANHAVERBEKE, AND IAN RATNER**

TREX-247153.0035

**Report Corrections and Signature**
September 12, 2014 Report of Ian Ratner regarding BP p.l.c. and BP Exploration and Production Inc.

TREX-247153.0036