# Exhibit 3

## to

**UNITED STATES' OPPOSITION TO BPXP'S MOTION TO STRIKE ERRATA SHEETS FOR THE EXPERT REPORTS OF DR. STANLEY RICE, CAPT. MARK VANHAVERBEKE, AND MR. IAN RATNER**

---

01-45970
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )    MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )    SECTION: J
APRIL 20, 2010 )
                           )    JUDGE BARBIER
                           )
                           )    MAG. JUDGE SHUSHAN

*CONFIDENTIAL*
*PENALTY PHASE*
*EXPERTS*

*WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



**Stanley Rice**

**October 30, 2014**

*COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

144

1      A.  Well, after -- after trying to figure out

2  there's a few -- there's some duplicates.  After

3  trying to figure out the duplicates, those sorts

4  of issues, I believe he selected it all.

5      **Q.  Do you know how Dr. Carls determined depth**

6  **intervals to present data in your Round 2 and**

7  **Round 3 report?**

8      A.  Not precisely, no.

9      **Q.  Did you know that Dr. Carls utilized**

10 **depths that do not exist in the Gulf of Mexico?**

11          MS. FIDLER:  Object to form.

12     **Q.  (BY MR. ISRAEL)  Are you aware of that?**

13          MS. FIDLER:  Object to form.

14     A.  You would have to point out to me what --

15     **Q.  (BY MR. ISRAEL)  Okay.  Let's look at**

16 **Figure 1 of your Round 3 report.**

17     A.  Round 3, Figure 1.

18     **Q.  Figure 1, Round 3.  It's in the --**

19 **Appendix B.**

20     A.  Appendix B.  This is Round 3?

21     **Q.  This is Round 3.**

22     A.  Okay.

23     **Q.  You're in the right place.  Appendix B,**

24 **Figure 1 of Exhibit 13332.  Do you see that?**

25     A.  Okay.

TREX-233237.000145

1          Q.  And there are two figures on this page,

2    correct?

3          A.  Correct.

4          Q.  The top one is -- the top one is for

5    offshore waters and the bottom figure's for

6    nearshore water, correct?

7          A.  Correct.

8          Q.  And if you look at the bottom figure, it

9    indicates different colors for surface,

10   intermediate, and deep, correct?

11         A.  Correct.

12         Q.  And if you look at the description in the

13   text of the top of Figure 1, it states that the

14   deep, the green bars, are for depths greater than

15   1,000 meters?

16         A.  Correct.

17         Q.  Do you see that?

18         A.  Uh-huh.

19         Q.  You agree, Dr. Rice, that there are no

20   depths of 1,000 meters in the nearshore in the

21   Gulf of Mexico, correct?

22              MS. FIDLER:  Object to form.

23         A.  Yes.

24         Q.  (BY MR. ISRAEL)  If I wanted to understand

25   what this means, I would need to ask Dr. Carls,

1    correct?

2         A.   Correct.

3         Q.   You're not prepared to testify as to what

4    the depth interval is for the nearshore tables,

5    correct?

6         A.   Correct.  It's not defined here.

7         Q.   Well, it's defined as 1,000 meters,

8    correct?

9         A.   Up there, yeah.  It's not within the

10   diagram.  You're right.

11        Q.   The 1,000 meters depth does not exist in

12   the nearshore in the Gulf of Mexico, correct?

13        A.   True.

14        Q.   So if I wanted to understand what this

15   graph means, I would have to ask Dr. Carls?

16        A.   Correct.

17        Q.   Okay.  The same for the intermediate

18   depth.  Do we know what the intermediate depth

19   means?

20        A.   I do not know that off the top.

21        Q.   Okay.  You agree that this same error is

22   presented in Figures 2 and 3?

23        A.   Yeah.

24        Q.   Okay.

25        A.   At least 3, it is.

1      Q.  And this -- you have this -- the depiction

2    of data -- water chemistry data is intended to be

3    identical in Round -- in Round 2 report as your

4    Round 3 report, correct?

5              MS. FIDLER:  Object to form.

6      A.  Well, yeah.  We found errors because this

7    is done with a short time line.  And so the Round

8    3 is a, quote, "corrected version," although it

9    looks like it needs another level of editing and

10   correction.

11     Q.  (BY MR. ISRAEL)  It does look that way.

12   If you look on the nearshore box --

13     A.  Which figure are you at?

14     Q.  Figure 1.  Look at Figure 1, okay?  You

15   present in your Figure 1 for the nearshore water

16   chemistry -- are you with me?

17     A.  Yes.

18     Q.  -- for the month of May, you have -- you

19   have a mean TPH of point -- a little below .1 for

20   surface water.  Do you see that?

21     A.  Correct.

22     Q.  And you have a mean TPH of about .01 for

23   the intermediate depth.  Do you see that?

24     A.  I do.

25     Q.  And yet, there's only a sample size of 1.

315

```
 1        A.   Those are the correct numbers.  And,
 2   unfortunately, when we redid this -- made these
 3   corrections, we failed to transfer those numbers
 4   over onto the bottom of the figures underneath the
 5   months of May, June, et cetera.  So we failed to
 6   correct the figures specifically, even though the
 7   corrected numbers were there.  And it took an
 8   eagle eye to see them.
 9        Q.   All right.  So if you transposed the
10   numbers -- so in order to understand these, you
11   should -- you should take the numbers from Page 4
12   and put them across the charts on Figures 1
13   through 3, correct?
14        A.   Correct.  And that's -- the word would be
15   transferred, not transposed.
16        Q.   Sorry.  Thank you.
17             You were also asked about why there
18   are deep samples in the nearshore.  Do you recall
19   that?
20        A.   I do.  And I -- I had forgotten about
21   these.  They're surprising.
22        Q.   Can you explain -- do you now know why
23   they're -- or do you now remember why there are
24   deep samples on the nearshore?
25        A.   I talked to Mark about them briefly.
```

TREX-233237.000316

1              Basically, that's what the data says.

2    That's what the samples in the database say.  So,

3    obviously, there's an error there.  So on that

4    particular cruise -- yeah, maybe this is multiple

5    cruises; I don't know.  But the samples are -- are

6    flagged as deep in this case.  That means either

7    the GPS reading is in error, okay, or the depth

8    record; or the GPS is correct and the depth

9    recording that matches with it is in error.  You

10   can't have both of them be right.  But that's what

11   is in the database.  Obviously people will need to

12   resolve that, that are running the database that

13   have access to the cruise data, for example.  And

14   you'll know very well on Sample XXX or whatnot as

15   taken on May 25th, whatever, you know, where was

16   the boat?  Was it inshore, or was it offshore?

17   What was the depths of the -- of the samples

18   taken.  So that can be fixed, but it would take

19   somebody at that end to do it.

20        Q.  And "that end" meaning not you and Mark

21   Carls?

22        A.  Right.  We just --

23        Q.  And you didn't --

24        A.  -- took the data off, yeah.

25        Q.  You weren't trying to fix the data.  You

1    were just trying to take the -- the data as given;

2    is that correct?

3         A.   Right.  We don't --

4              MR. ISRAEL:  Objection; leading.

5         A.   We don't have the capacity to fix the

6    data, because we don't have the cruise records and

7    all the necessary parts.

8         Q.   (BY MS. FIDLER)  And so talking to Mark

9    Carls about why this mistake exists would not

10   clarify that any further, would it?

11             MR. ISRAEL:  Objection.

12        A.   No.

13        Q.   (BY MS. FIDLER)  You were also asked about

14   the source for the SAR composite maps.  Do you

15   recall that, in Appendix B?

16        A.   I think you're referring to like --

17        Q.   Figures --

18        A.   -- Figures 4 and 6.

19        Q.   -- 4 and 6, that's correct.

20        A.   Yes.

21        Q.   Do you know the source -- do you now know

22   the source for the SAR composite?

23        A.   Yes.

24        Q.   What is that source?

25        A.   The source is the NOAA ERMA database.