# Exhibit 6

## to

**UNITED STATES' OPPOSITION TO BPXP'S MOTION TO STRIKE ERRATA SHEETS FOR THE EXPERT REPORTS OF DR. STANLEY RICE, CAPT. MARK VANHAVERBEKE, AND MR. IAN RATNER**

## [FILED UNDER SEAL]

The United States has moved to attach Exhibit 6 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.