# Exhibit 9

## to

**UNITED STATES' OPPOSITION TO BPXP'S MOTION TO STRIKE ERRATA SHEETS FOR THE EXPERT REPORTS OF DR. STANLEY RICE, CAPT. MARK VANHAVERBEKE, AND MR. IAN RATNER**

01-46044
LC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL
## PENALTY PHASE
## EXPERTS

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Mark Van Haverbeke

**October 31, 2014**

*COPY*



**WORLDWIDE**
Systems Technology for the Litigation World
Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
**For U.S. & International Services**
800 - 745 - 1101

1   to do the arithmetic.
2       Q.   You agree that the opinion expressed in your Round 2
3   report, that in situ burning and chemically dispersing oil
4   accounted for 13 percent of the total oil discharged, while
5   direct recovery skimming amounted to an only unremarkable
6   3 percent of the 4.9 million barrels of oil discharged is, in
7   fact, erroneous?
8       A.   Yeah.  I went back and looked at it.  It should be
9   more like 4 -- I mean, 3.8 percent or something.  I don't have
10  the exact numbers in front of me.  It's still below 4 percent.
11  It's still unremarkable.  So looking at the correct oil budget
12  figures, it doesn't change my opinion on the overall response
13  effectiveness.
14      Q.   The statement in your expert report that in situ
15  burning and dispersing oil during the DEEPWATER HORIZON
16  response accounted for only 13 percent of the total oil
17  discharged is, in fact, erroneous, correct?
18           MR. ROBERS:  Object to form.
19      A.   Yes, based on the revised oil budget.
20      Q.   (BY MS. JAKOLA) The statement in your expert report
21  that burning and chemically dispersing oil accounted for 13
22  percent of the total oil discharged was based on outdated
23  information, true?
24           MR. ROBERS:  Object to form.
25      A.   Correct.

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.

TREX-233243.000137

1    A.   So the numbers, if -- the numbers, as Captain
2    Paskewich pointed out, I got the numbers wrong.
3         Q.   You agree that Captain Paskewich's analysis of the
4    effectiveness of the skimming, in situ burning, and chemically
5    dispersing operations in the DEEPWATER HORIZON response are,
6    in fact, correct?
7              MR. ROBERS:  Object to form.
8         A.   No.
9         Q.   (BY MS. JAKOLA) Do you disagree with the mathematical
10   accuracy of Captain Paskewich's calculations regarding the
11   effectiveness of skimming, burning, and chemical dispersing
12   during the DEEPWATER HORIZON response?
13             MR. ROBERS:  Object to form.
14        A.   No.
15        Q.   (BY MS. JAKOLA) You agree that Captain Paskewich has
16   accurately calculated the effectiveness of skimming, burning,
17   and chemical dispersing operations in the DEEPWATER HORIZON
18   response, true?
19             MR. ROBERS:  Object to form.
20        A.   Yes.
21        Q.   (BY MS. JAKOLA) You also agree that Captain Paskewich
22   has accurately calculated the effectiveness of skimming,
23   burning, and chemical dispersing operations in the other spill
24   responses shown in his expert report, correct?
25             MR. ROBERS:  Object to form.

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.

1    A.    Yes.
2    Q.    (BY MS. JAKOLA) You also agree that your expert
3 report inaccurately calculates the effectiveness of the
4 burning, skimming, and chemical dispersing operations in the
5 DEEPWATER HORIZON response, true?
6          MR. ROBERS:  Object to form.
7    A.    The calculations were incorrect, but going back and
8 looking at the arithmetic, using the upper value, I still
9 stand by my position.
10   Q.    (BY MS. JAKOLA) I'd like to focus on what's in your
11 expert report.  Your expert report contains calculations of
12 the effectiveness of skimming, chemical dispersing, and
13 burning operations in the response, correct?
14         MR. ROBERS:  Object to form.
15   A.    Correct.
16   Q.    (BY MS. JAKOLA) And you agree that those calculations
17 are incorrect?
18   A.    Yes.
19   Q.    You also agree that those calculations are based on
20 outdated information, true?
21   A.    Yes.
22   Q.    Nowhere in your expert reports do you present an
23 accurate calculation of the effectiveness of the DEEPWATER
24 HORIZON response operations, correct?
25         MR. ROBERS:  Object to form.

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.

TREX-233243.000144

                                                                    170

```
 1        Q.  (BY MS. JAKOLA) As a result of all of these errors
 2   and assumptions, you have understated the percentage and
 3   amounts of oil that was chemically dispersed, skimmed, and
 4   burned during the DEEPWATER HORIZON response, true?
 5              MR. ROBERS:  Object to form.
 6        A.   With respect to skimmed, it -- the change is
 7   marginal, and it's well below what is normally expected on
 8   open waters or has been shown on open waters.
 9              With respect to dispersed, I don't think burned
10   changed much, that was pretty steady.  There was some moderate
11   change.  It turns out we dispersed way more than I realized,
12   which in effect, bolsters my case that we put a lot more into
13   the environment than -- than we recovered.
14        Q.  (BY MS. JAKOLA) You agree, though, that as a result
15   of the errors and assumptions that you made your expert
16   report, the figures shown in your expert report understate the
17   amount of oil that was chemically dispersed, burned, and
18   skimmed, correct?
19        A.   It understates the amount that was dispersed,
20   absolutely.  The other is marginal, I think.
21        Q.   You agree that the figures in your report are lower
22   than they should be, correct?
23        A.   The amount dispersed particularly, yes.
24        Q.   But for all of them, correct?
25        A.   Marginally for skimmed and I --
```

CONFIDENTIAL PURSUANT TO CONFIDENTIALITY AGREEMENT
Worldwide Court Reporters, Inc.