UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: 10-4536 ……………………………………………….... | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**CLEAN WATER ACT – PENALTY PHASE**

**EX PARTE MOTION BY THE UNITED STATES FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND REQUEST FOR AN ORDER**

Pursuant to the Pre-Trial Order 13 [Rec. Doc. No. 641], in an abundance of caution and to avoid disclosing any information identified by BPXP as "Confidential" and/or "Highly Confidential," the United States respectfully requests leave to file under seal several documents filed today:

1. United States' Opposition to BPXP's Motion to Strike Errata Sheets for the Expert Reports of Dr. Stanley Rice, Capt. Mark Vanhaverbeke, and Mr. Ian Ratner, and certain exhibits thereto.

The specific documents are listed in the Proposed Order.  The United States also requests that the Court enter an order requiring BPXP to identify portions of the United States' Memorandum in Opposition that can be filed in the public record.  BPXP has agreed to identify which portions of the United States' Opposition to BPXP's Motion to Strike Errata Sheets for the Expert Reports of Dr. Stanley Rice, Capt. Mark Vanhaverbeke, and Mr. Ian Ratner, should be redacted and which can be filed in the public record by January 14, 2014.  Thereafter, the United States will file a redacted version of the Memorandum and exhibits.

A proposed order is attached.

Date: January 9, 2015

                                                      Respectfully submitted,

| | |
|---|---|
| JOYCE BRANDA | JOHN C. CRUDEN |
| Acting Deputy Assistant Attorney General | Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | Senior Litigation Counsel for E-Discovery |
| Admiralty and Aviation | MICHAEL MCNULTY |
| SHARON SHUTLER | Senior Counsel |
| MALINDA LAWRENCE | NANCY FLICKINGER |
| LAURA MAYBERRY | Senior Attorney |
| Trial Attorneys | PATRICK CASEY |
| R. MICHAEL UNDERHILL, T.A | RICHARD GLADSTEIN |
| Attorney in Charge, West Coast Office | DANIEL S. SMITH |
| | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |
| | |
| | /s/ Steven O'Rourke |
| | STEVEN O'ROURKE |
| | Senior Attorney |
| | Environmental Enforcement Section |
| | U.S. Department of Justice |
| | P.O. Box 7611 |
| | Washington, D.C. 20044 |
| | Telephone:  202-514-2779 |
| | Facsimile:   202-514-2583 |
| | E-mail:  steve.o'rourke@usdoj.gov |
| | KENNETH A. POLITE, JR. |
| | United States Attorney |
| | Eastern District of Louisiana |
| | SHARON D. SMITH |
| | Assistant United States Attorney |
| | Eastern District of Louisiana |

Attorneys for the UNITED STATES OF AMERICA

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  January 9, 2015.                                      /s/ Steven O'Rourke
                                                             U.S. Department of Justice