UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | : : | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**ORDER GRANTING EX PARTE MOTION BY THE UNITED STATES
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Considering the Ex Parte Motion by the United States to file under seal, and for an order requiring BPXP to identify portions of the United States' Opposition to BPXP's Motion to Strike Errata Sheets for Expert Reports of Dr. Stanley Rice, Capt. Mark Vanhaverbeke, and Mr. Ian Ratner, that can be filed in the public record:

IT IS HEREBY ORDERED, that United States' Motion is **GRANTED**; and the following documents shall be filed under seal:

| Rec. Doc. Nos. | Title | Description |
|---|---|---|
| 14003 14003-1 14003-6 14003-11 14003-12 14003-13 | United States' Opposition to BPXP's Motion to Strike Errata Sheets for the Expert Reports of Dr. Stanley Rice, Capt. Mark Vanhaverbeke, and Mr. Ian Ratner | Memo and Exhibits 1, 6, 11, 12 and 13. |

It is further ORDERED that BPXP shall identify by January 14, 2014 the portions of the United States' Opposition to BPXP's Motion to Strike Errata that can be filed in the public record.

SO ORDERED, New Orleans, Louisiana, this ___ day of _____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**