1                        UNITED STATES DISTRICT COURT

2                        EASTERN DISTRICT OF LOUISIANA

3
   ***************************************************************
4

5   IN RE:  OIL SPILL BY THE
    OIL RIG *DEEPWATER HORIZON*
6   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
7
                                CIVIL ACTION NO. 10-MD-2179 "J"
8                               NEW ORLEANS, LOUISIANA
                                WEDNESDAY, JANUARY 7, 2015, 2:00 P.M.
9

10  THIS DOCUMENT RELATES TO:
    #10-4536
11
    UNITED STATES OF AMERICA
12
    V.
13
    BP EXPLORATION &
14  PRODUCTION INC.,
    ANADARKO EXPLORATION &
15  PRODUCTION LP, ANADARKO
    PETROLEUM CORPORATION,
16  MOEX OFFSHORE 2007 LLC,
    TRITON ASSET LEASING GMBH,
17  TRANSOCEAN HOLDINGS LLC,
    TRANSOCEAN OFFSHORE
18  DEEPWATER DRILLING INC.,
    TRANSOCEAN DEEPWATER INC.,
19  AND QBE UNDERWRITING LTD.,
    LLOYD'S SYNDICATE 1036
20

21  ***************************************************************

22

23       TRANSCRIPT OF PENALTY PHASE PRETRIAL CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE CARL J. BARBIER
24                   UNITED STATES MAGISTRATE JUDGE

25

                            **OFFICIAL TRANSCRIPT**

12:55:25

```
 1    APPEARANCES:

 2


 3    FOR THE UNITED STATES
      OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
 4                             ENVIRONMENT & NATURAL RESOURCES DIVISION
                               ENVIRONMENTAL ENFORCEMENT SECTION
 5                             BY:  SARAH D. HIMMELHOCH, ESQUIRE
                                   STEVEN O'ROURKE, ESQUIRE
 6                             POST OFFICE BOX 7611
                               WASHINGTON, DC  20044
 7


 8
      FOR BP EXPLORATION AND
 9    PRODUCTION, INC.,
      BP AMERICA PRODUCTION
10    COMPANY, BP P.L.C.
      NORTH AMERICA INC.:      KIRKLAND & ELLIS
11                             BY:  J. ANDREW LANGAN, ESQUIRE
                                   MATTHEW T. REGAN, ESQUIRE
12                                 HARIKLIA KARIS, ESQUIRE
                               300 N. LASALLE
13                             CHICAGO, IL  60654

14

15                             KIRKLAND & ELLIS
                               BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
16                                 KIMBERLY BRANSCOME, ESQUIRE
                               655 FIFTEENTH STREET, N.W.
17                             WASHINGTON, DC  20005

18

19                             LISKOW & LEWIS
                               BY:  R. KEITH JARRETT, ESQUIRE
20                             ONE SHELL SQUARE
                               701 POYDRAS STREET
21                             SUITE 5000
                               NEW ORLEANS, LA 70139
22

23

24

25

                         OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3    FOR ANADARKO
     PETROLEUM CORPORATION,
4    ANADARKO E&P COMPANY
     LP:
5                            BINGHAM MCCUTCHEN
                             BY:  JAMES J. DRAGNA, ESQUIRE
6                            355 SOUTH GRAND AVENUE, SUITE 4400
                             LOS ANGELES, CA  90071
7

8                            BINGHAM MCCUTCHEN
                             BY:  KY E. KIRBY, ESQUIRE
9                                 DAVID B. SALMONS, ESQUIRE
                                  THOMAS R. LOTTERMAN, ESQUIRE
10                           2020 K STREET, NW
                             WASHINGTON, DC  20006
11

12
     ALSO PRESENT:           MAGISTRATE JUDGE SALLY SHUSHAN
13

14

15   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
16                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
17                              NEW ORLEANS, LA  70130
                                (504) 589-7779
18                              Cathy_Pepper@laed.uscourts.gov

19   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.
20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

**I N D E X**

ITEMS                                                                    PAGE

TRIAL SCHEDULE......................................   7

POSTTRIAL BRIEFING SCHEDULE.........................   8

OPENING BRIEFS AND FINDINGS OF FACT AND CONCLUSIONS

OF LAW WOULD BE MARCH 27TH..........................   9

REPLY BRIEFS WOULD BE APRIL 24TH....................   9

OPENING BRIEFS, BP 40 PAGES, ANADARKO 20, AND THE

U.S. 60............................................  10

REPLY BRIEFS LIMITED TO 20 PAGES FOR BP, 10 PAGES

FOR ANADARKO, AND 30 PAGES FOR USA..................  11

DISCUSSION OF PRIOR TRIAL PHASE PROCEDURES AND

CONFIRMATION OF APPLICABILITY TO THIS PHASE.........  11

ANY REMAINING CONFIDENTIALITY ISSUES NOT RESOLVED BY

THE PARTIES........................................  15

STATUS OF UPDATED DEN UYL/RATNER REPORTS............  17

MEDIA AND MDL PARTY SEATING IN THE COURTROOM........  19

GLOSSARY OF TERMS AND ACRONYMS AND SO FORTH TO THE

COURT REPORTERS....................................  22

BP HAD FILED A MOTION TO TAKE JUDICIAL NOTICE OF A

NUMBER OF PREVIOUS CIVIL PENALTY CASES..............  26

PENDING MOTIONS....................................  28

UNITED STATES' MEMORANDUM REGARDING BURDEN OF PROOF

FOR PENALTY FACTORS................................  28

**OFFICIAL TRANSCRIPT**

1    GOVERNMENT'S MOTION REGARDING MAXIMUM

2    CLEAN WATER ACT PENALTY............................   30

3    BP MOTION TO ESTABLISH THE MAXIMUM CLEAN WATER ACT

4    PER-BARREL CIVIL PENALTY..........................   31

5    BP MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING

6    IMPACT OF THE CLEAN WATER ACT PENALTY ON OTHER BP

7    GROUP ENTITIES....................................   31

8    BP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF

9    LIABILITY OF OTHER BP GROUP ENTITIES..............   31

10   BP FILED A MOTION TO EXCLUDE EVIDENCE RELATING TO

11   PRIOR INCIDENTS...................................   33

12   DISCUSSION OF STATUS OF EIGHT PENALTY FACTORS

13   (CONTESTED FACTORS, FACTORS SUBJECT TO STIPULATION)..   34

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1          **P-R-O-C-E-E-D-I-N-G-S**

12:55:25  2          WEDNESDAY, JANUARY 7, 2015

12:55:25  3              (IN OPEN COURT)

12:57:24  4

12:57:25  5

12:57:25  6          THE COURT:  All right.  Good afternoon, everyone.

12:57:25  7          VOICES:  Good afternoon, Your Honor.

13:59:02  8          THE COURT:  Keep your seats.  We'll do this somewhat

13:59:04  9  informally, even though we do have a court reporter present.

13:59:08 10  We probably could have squeezed everybody in our conference

13:59:11 11  room, but it's a little more comfortable here.

13:59:13 12          All right.  Everyone, it looks like, has signed

13:59:15 13  in.

13:59:22 14          Okay.  Let's talk about some of the things that

13:59:25 15  are on the agenda that the parties furnished to the Court.  I

13:59:35 16  don't know if you all want to take these in any particular

13:59:38 17  order.

13:59:41 18          MR. BROCK:  I think, from our perspective, whatever

13:59:46 19  works for Your Honor, maybe just working down the list is fine.

13:59:46 20          THE COURT:  Okay.  Let's see.

13:59:47 21          MR. BROCK:  If you want to hear from us on a few

13:59:50 22  things, MILs, pending motions --

13:59:52 23          THE COURT:  If there is anything else, even if it's not

13:59:54 24  on the agenda, any questions or anything else that you all want

13:59:57 25  to raise, that's fine, too.

                       **OFFICIAL TRANSCRIPT**

13:59:59 1          I assume everyone had a nice holiday.

14:00:06 2          MR. BROCK:  Relatively.

14:00:07 3          THE COURT:  Everybody glad to be out of DC and Chicago,

14:00:12 4 wherever else you all are from.  The weather is pretty brutal

14:00:17 5 up there right now.  We're going to get it here tomorrow

14:00:19 6 morning.

14:00:21 7          JUDGE SHUSHAN:  Not the same level.

14:00:22 8          THE COURT:  Not quite as bad, huh?

14:00:24 9          My sister, who lives in Boston, e-mailed me to

14:00:28 10 give me condolences about our cold weather down here, and I

14:00:33 11 said, surely, you're joking, you know.  So, anyway....

14:00:37 12          Okay.  Trial schedule.  My plan is to conduct the

14:00:46 13 trial as we did the last two, start at 8:00 a.m. and run until

14:00:52 14 about 6, and work four days a week.

14:00:56 15          The first week, since that Monday is a holiday,

14:01:00 16 the 19th, we'll start on the 20th, and we will work that

14:01:05 17 Friday, okay, just so we'll get in our four days.  So we'll

14:01:08 18 work the 19th through the -- what is that, the 23rd -- whatever

14:01:12 19 date that is, the Friday.

14:01:13 20          I think you all are already aware that the plan

14:01:23 21 is basically we'll have 12 trial days over three weeks.  We

14:01:29 22 usually get in about seven and a half hours per day of actual

14:01:34 23 trial time.  That would give us 90 hours total, or 45 hours per

14:01:42 24 side.  So BP/Anadarko would have 45 hours, and USA would have

14:01:47 25 45 hours.

**OFFICIAL TRANSCRIPT**

14:01:48  1         We'll do it like we did last time.  Cathy, you
14:01:52  2  all will keep the time.  The court reporters will keep the
14:01:55  3  time.  They'll give us a running tally.
14:01:58  4         Generally speaking, when your side is up
14:02:04  5  speaking, either direct or cross-examination, then it's counted
14:02:09  6  against your time.  We don't count "I object" and stuff like
14:02:13  7  that; but, otherwise, that's how it works.
14:02:18  8         Does anybody have any questions?  I think it
14:02:19  9  worked pretty smoothly last time.
14:02:22 10         Okay.  I'm not planning on having any oral
14:02:28 11  arguments here this afternoon, but we might talk about a couple
14:02:33 12  of these pending motions, but let's go over a couple of other
14:02:36 13  things first.
14:02:37 14         The posttrial briefing schedule, I think
14:02:45 15  Mr. Langan had sent an e-mail on behalf of everyone.
14:02:54 16         Mr. Langan.
14:02:55 17    MR. LANGAN:  Your Honor, on this, we never reached an
14:02:59 18  agreement among the parties.  It fell apart with respect to
14:03:01 19  number of pages.  I think there was agreement on timing.
14:03:06 20         But, obviously, all of this is subject to what
14:03:09 21  Your Honor wants to do, and I think that there was some
14:03:12 22  indication that you may want to wait or maybe talk about it
14:03:14 23  today.
14:03:14 24         In terms of timing, what we had in mind, just as
14:03:18 25  a possibility, was opening briefs -- assuming that the trial

**OFFICIAL TRANSCRIPT**

14:03:23 1  ends on February 6th, or thereabouts, and assuming that the

14:03:26 2  marshalling conference is February 24th, which I believe it is

14:03:29 3  scheduled, opening briefs and findings of fact and conclusions

14:03:33 4  of law would be March 27th, and reply briefs would be

14:03:39 5  April 24th.

14:03:40 6            That's the timing we talked about; although, I

14:03:42 7  think Mr. O'Rourke said, hey, if we're not going to have very

14:03:46 8  many pages, we don't need that much time.  So there never

14:03:49 9  really was a universal agreement, but I think that's kind of

14:03:52 10 where we landed.

14:03:54 11           THE COURT:  Well, I mean, that schedule strikes me as

14:03:56 12 reasonable, but does the Government have something to say on

14:04:01 13 this?  Mr. O'Rourke?

14:04:02 14           MR. O'ROURKE:  No, Your Honor.  Any schedule will be

14:04:05 15 fine.  That's a reasonable schedule.  Shorter would be

14:04:09 16 acceptable as well.

14:04:10 17           As far as page limits, all we want to know is

14:04:13 18 each side gets the same number of pages.

14:04:15 19           THE COURT:  Yes, I was going to suggest -- Ben and I

14:04:18 20 have talked about this, went back and looked at what we've done

14:04:22 21 previously -- I was going to suggest a limit of --

14:04:29 22           I imagine -- I'm guessing, I don't know -- are BP

14:04:33 23 and Anadarko planning to or would like to submit separate

14:04:37 24 briefs?

14:04:37 25           MR. LANGAN:  I would expect so, Your Honor.  It will

14:04:40  1    just be easier.  There is some overlap, but there is enough

14:04:43  2    difference that I think separate briefs is probably sensible.

14:04:46  3            THE COURT:  What about in your proposed findings and

14:04:49  4    conclusions?

14:04:50  5            MR. LANGAN:  Probably the same thing.  I mean, we could

14:04:52  6    try to produce a combined set of findings and conclusions, if

14:04:55  7    you would like, but -- that would be more likely than a

14:05:00  8    combined briefing.

14:05:01  9            THE COURT:  How about this, if we give BP -- for

14:05:05 10    opening briefs, BP 40 pages, Anadarko 20, and the U.S. 60?  Is

14:05:13 11    that okay with everyone?

14:05:15 12            VOICES:  Yes, Your Honor.

14:05:17 13            MS. HIMMELHOCH:  Yes, Your Honor.

14:05:18 14            THE COURT:  I would encourage BP and Anadarko to

14:05:22 15    attempt to combine their proposed findings and conclusions;

14:05:26 16    and, if there are a few, you know, a short, maybe separate

14:05:32 17    addendum that Anadarko needs to submit beyond what BP needs to

14:05:38 18    submit, maybe you all could work it that way.

14:05:41 19            MR. LANGAN:  Your Honor, this is all fine.

14:05:43 20                I guess the only thing I would ask is that if

14:05:46 21    it's going to be that way, the United States should proportion

14:05:51 22    their 60 pages in the same fashion.  I mean, in other words,

14:05:55 23    there shouldn't be 55 pages against BP and five against

14:05:59 24    Anadarko.

14:06:00 25            THE COURT:  That seems fair.

                              **OFFICIAL TRANSCRIPT**

14:06:02  1                    Do you have any problem with that, Mr. O'Rourke?

14:06:04  2          MR. O'ROURKE:  No, sir.

14:06:05  3          THE COURT:  Then the deadline for those would be

14:06:08  4    March 27th, and the same deadline for proposed findings and

14:06:13  5    conclusions.

14:06:14  6                    Then, reply briefs, I was going to suggest --

14:06:20  7    well, the date is fine with me, April 24th.  Reply briefs

14:06:26  8    limited to 20 pages for BP, 10 pages for Anadarko, and 30 pages

14:06:31  9    for USA.

14:06:32 10                    Does anyone have an issue with those?

14:06:34 11          MR. LANGAN:  Fine with us.  With the same caveat about

14:06:38 12    how the pages are used?

14:06:39 13          THE COURT:  Right.

14:06:39 14          MR. LANGAN:  Thank you, Your Honor.  That's great.

14:06:40 15          THE COURT:  All right.  Okay.  Let's see.  Discussion

14:06:53 16    of prior trial phase procedures and confirmation of

14:06:58 17    applicability to this phase.

14:07:00 18                    I mean, my sense is that, unless there is some

14:07:05 19    reason why we should do things differently, we would

14:07:08 20    essentially conduct the trial the same way we have the first

14:07:11 21    two.

14:07:13 22                    Does anybody have any questions about that or any

14:07:19 23    reason why we might do something differently?

14:07:21 24          MR. O'ROURKE:  We don't, Your Honor.  We just wanted to

14:07:23 25    make sure the rules were the same.

**OFFICIAL TRANSCRIPT**

14:07:24  1          THE COURT:  It seemed to work smoothly.

14:07:27  2              We had a little rough start in the first trial,

14:07:29  3  but, after everybody got into sync, it seemed to work well.

14:07:33  4              Although, you all will have to remind me how we

14:07:37  5  did it last time.  I'm sure you remember more of the details of

14:07:42  6  that than I do right now.

14:07:43  7              There was one issue that came up, you raised to

14:07:50  8  me, Judge Shushan.

14:07:52  9          JUDGE SHUSHAN:  You all had not agreed on moving the

14:07:55 10  exhibits into evidence, whether it was a one-day schedule

14:07:58 11  before going up on the FTP site, or whether it was a

14:08:03 12  Monday/Wednesday schedule.

14:08:05 13          MS. HIMMELHOCH:  Yes, Your Honor.  I believe we are

14:08:06 14  continuing those discussions, and our intention was to resolve

14:08:09 15  that with you tomorrow on the scheduled call.

14:08:12 16          JUDGE SHUSHAN:  Perfect.

14:08:15 17          THE COURT:  It seems to me it's much ado about nothing.

14:08:17 18  I don't know what difference it makes if it goes in this day or

14:08:21 19  the next day.  Doesn't seem to be a big issue.

14:08:24 20          MS. HIMMELHOCH:  Your Honor, for us it's a policy issue

14:08:25 21  of public access to evidence.  There is no reason for delay.

14:08:30 22  BP has concerns about confidentiality.

14:08:32 23              I think we'll be able to work it out.  If not, I

14:08:34 24  believe Judge Shushan can moderate us tomorrow quite

14:08:38 25  effectively.

**OFFICIAL TRANSCRIPT**

THE COURT:  Mr. Langan.

MR. LANGAN:  Your Honor, our view, understanding Sarah's position here, is that it's worked pretty well through phases one and two.  We ought to stay the course, which is the one-day lag to allow correction of errors and the like.

THE COURT:  What did we do?  Remind me again how we did it.

I recall that during a witness' testimony, various exhibits would be used in direct or cross.  The next day, usually, the next morning, lawyers who did the examination would come up and offer whatever exhibits they used in conjunction with that witness' examination.

MR. LANGAN:  Right.

THE COURT:  Sometimes I would say, any objections; if there were no objections, I would say, admitted, right there.  Sometimes someone would say, well, wait, I need more time to look at this, and we'd give them more time.

But in terms of when and how they were actually posted on the Internet, you know, I just don't recall, so remind me how we did that.

MR. LANGAN:  Witness Mr. Jones testifies Monday.  Tuesday morning, Mr. Brock says, I used the following exhibits.  You know, here are 15 exhibits that were used, I move their admission.  No objection.  On Tuesday morning, they are admitted.  They went live on the website on Wednesday.

14:09:55  1          THE COURT:  Is that what we did last time?

14:09:57  2          MR. LANGAN:  Yes, I believe that was the case, in

14:09:59  3  general.

14:09:59  4          THE COURT:  All right.

14:10:01  5          MS. HIMMELHOCH:  Quite frankly, Your Honor, if directed

14:10:03  6  to follow that schedule, we will.

14:10:05  7          THE COURT:  All right.  Well, I think I'll just direct

14:10:08  8  you.

14:10:09  9          MS. HIMMELHOCH:  Thank you.

14:10:10 10          THE COURT:  If it worked last time, let's do it the

14:10:13 11  same way this time.  That solves that problem.

14:10:16 12          One less thing for you to worry about,

14:10:19 13  Judge Shushan.

14:10:20 14          JUDGE SHUSHAN:  It's off my agenda.

14:10:22 15          THE COURT:  In the past, it seems like the Plaintiff

14:10:27 16  Steering Committee was doing the posting to that website that

14:10:31 17  they had set up, or someone had set up.  It's not a court

14:10:34 18  website.  So who is going to do that now?

14:10:37 19          MS. HIMMELHOCH:  Your Honor, we have contracted with

14:10:38 20  the contractor that the PSC used, and the PSC is loaning us

14:10:41 21  their marvelous paralegal to assist us in that process.

14:10:45 22          So it will be the same website, the same

14:10:47 23  contractor doing the work.

14:10:48 24          THE COURT:  All right, very well.

14:10:50 25          JUDGE SHUSHAN:  More importantly, the same paralegal.

**OFFICIAL TRANSCRIPT**

14:10:55  1          MS. HIMMELHOCH:  Yes, definitely more importantly.

14:10:55  2          THE COURT:  Are you hiring Anthony Irpino to do that?

14:10:59  3          MS. HIMMELHOCH:  For some reason, the new year has

14:11:03  4     wiped my memory of her name.

14:11:05  5          UNIDENTIFIED SPEAKER:  Regina.

14:11:05  6          MS. HIMMELHOCH:  Regina is the pillar of our posting,

14:11:09  7     but she will be assisting us as well.

14:11:12  8          THE COURT:  Okay, very well.

14:11:13  9          So does anyone have any other questions or issues

14:11:16 10     concerning what's Item Number 5 on your proposed agenda for

14:11:21 11     today, discussion of trial procedures, so on and so forth?  No.

14:11:26 12     Okay.

14:11:27 13          The next item says any remaining confidentiality

14:11:36 14     issues not resolved by the parties.  I'm not sure what that's

14:11:39 15     about.

14:11:40 16          MS. HIMMELHOCH:  Your Honor, the issue here is the

14:11:42 17     highly confidential financial information contained in some of

14:11:46 18     the expert reports and exhibits.

14:11:48 19          We have agreed on a schedule.  Today we believe

14:11:51 20     the defendants will be identifying to us that which they

14:11:54 21     consider to be what we call "Coke formula," super secrets that

14:11:57 22     cannot be revealed in open court or posted on the website.

14:12:01 23          We have then two days to get back to them and

14:12:03 24     work out any issues we have with what they've claimed.

14:12:06 25          Then we will, if there are any remaining issues,

**OFFICIAL TRANSCRIPT**

14:12:09  1   send on the 12th a letter to Judge Shushan to resolve any

14:12:14  2   disputes arising out of that meet and confer.

14:12:16  3           It is our understanding then that anything that

14:12:19  4   does not fall within that Coke formula designation may be used

14:12:23  5   in open court, and the witness may testify about without having

14:12:26  6   to seal the courtroom.  I think that's the procedure that we

14:12:30  7   have agreed upon.

14:12:32  8           THE COURT:  Mr. Langan.

14:12:33  9           MR. LANGAN:  Your Honor, yes, I agree with counsel.

14:12:35 10           I want to assure the Court that we're talking

14:12:38 11   about at this point a very small handful of documents.  I think

14:12:44 12   we'll have two, perhaps, plus one expert report.

14:12:47 13           With respect to a BP expert report, it's really

14:12:51 14   not a confidentiality claim by BP, but, rather, trying to be

14:12:59 15   respectful of a confidentiality claim that Judge Shushan will

14:13:02 16   remember by the State of Alabama about its presentment number,

14:13:06 17   which they're very concerned about.

14:13:07 18           We don't necessarily agree, and we reserve all

14:13:10 19   our rights to challenge it; but, the State of Alabama was quite

14:13:14 20   concerned that there not be public display of the amount of its

14:13:18 21   OPA presentment.  We're trying to respect that.

14:13:19 22           We may someday challenge that, but we see no need

14:13:22 23   to have that contest in this proceeding at this time; and,

14:13:25 24   therefore, I think we're going to tell the United States that

14:13:28 25   we propose that that may be redacted.  So, stay tuned on that.

14:13:35  1        MS. HIMMELHOCH:  There is no issue from the
14:13:37  2  United States on that.
14:13:38  3        MR. O'ROURKE:  We already told Mr. Mayes that we
14:13:42  4  wouldn't oppose that.
14:13:42  5        MR. LANGAN:  Okay.  Great.  Thank you.
14:13:42  6        THE COURT:  All right.  Thank you.
14:13:45  7        MS. KIRBY:  Your Honor, if I may, Ky Kirby for
14:13:47  8  Anadarko.
14:13:47  9        THE COURT:  Hi, Ms. Kirby.
14:13:48 10        MS. KIRBY:  I think we're going to be able to meet the
14:13:49 11  schedule, which we just learned about at the end of last week;
14:13:52 12  but, we did just get the amended exhibit list from the U.S.,
14:13:56 13  and, therefore -- that was just last night, so we're still
14:13:59 14  trying to grapple with what's off of there, what can we
14:14:03 15  eliminate having to review for possible further designation or
14:14:07 16  de-designation.  Okay.
14:14:09 17        THE COURT:  Okay.  Thank you.
14:14:14 18             All right.  Number 7, status of updated
14:14:23 19  Den Uyl/Ratner reports.
14:14:29 20        MR. REGAN:  Those were both served on the dates that
14:14:33 21  were designated, so the 30th of December and yesterday.
14:14:37 22        THE COURT:  I've got something to say about that.
14:14:40 23             I haven't studied these, obviously, but it
14:14:45 24  occurred to me when I looked at them, when Ben gave me the
14:14:49 25  copies this morning, that both parties violated my page

**OFFICIAL TRANSCRIPT**

14:14:59 1   limitation order on this.  I said two pages, but each expert --

14:15:19 2   Den Uyl, is that BP's expert?

14:15:22 3          MR. REGAN:  I think both experts have calculation

14:15:24 4   attachments.

14:15:25 5          THE COURT:  He's got 11 pages attached to his two-page

14:15:28 6   supplemental report.  Likewise, the Government's attorney has

14:15:32 7   several -- not 11, but several additional pages.

14:15:37 8              I just have to say that this has been a

14:15:39 9   continuing problem during this litigation, where the Court sets

14:15:48 10  page limits, and various parties at various times seek ways to

14:15:54 11  evade those page limits by attaching stuff.  When I say

14:15:58 12  10 pages, I mean 10 pages.  I don't mean 10 pages, plus 20 more

14:16:04 13  pages.

14:16:06 14             So it really is frustrating, I have to tell you,

14:16:09 15  okay, to keep dealing with this.  It's multiple times this

14:16:17 16  occurs.

14:16:20 17             If I set a page limit, and a party doesn't think

14:16:24 18  it's sufficient, you can file something asking me to expand the

14:16:28 19  page limit, but don't just try to sneak in additional pages by

14:16:33 20  calling it an attachment.

14:16:37 21             So I haven't decided if I'm going to read beyond

14:16:40 22  the first two pages.  Maybe that's the solution.

14:16:45 23         MR. BROCK:  Judge, just on behalf of our team, first of

14:16:49 24  all, we apologize if we have not done this in the right way.

14:16:53 25  It is obviously an issue that we talked about.  We understood

14:16:55  1    what you said about one of our briefs at an earlier point in
14:16:59  2    time.
14:17:00  3            We have put the messages that the expert will
14:17:05  4    deliver in the two pages, but there are calculations that go
14:17:08  5    with that.
14:17:09  6            Consistent with the way we did the expert
14:17:12  7    reports, where there is a report, and then there are the
14:17:16  8    calculations that are in support of that, we did include those
14:17:20  9    because we thought that would be important for the other side
14:17:23 10    and for the Court to understand how we landed at the place that
14:17:27 11    we did.
14:17:28 12            So I'll take responsibility for this.  We should
14:17:33 13    have filed a motion with Your Honor, I appreciate that, but it
14:17:37 14    was something we thought we were doing consistent with our
14:17:40 15    expert reports.  Just, I apologize for that.
14:17:44 16            THE COURT:  All right.  Thank you.
14:17:49 17            Mr. Regan, did you want to say something else
14:17:52 18    about these reports or something?
14:17:53 19            MR. REGAN:  No, Your Honor, just that they are in.
14:17:57 20            THE COURT:  Okay.  Skip down to Number 9, media and MDL
14:18:07 21    party seating in the courtroom.  I think that's largely been
14:18:11 22    addressed in a prior order, Record Document 13704, as discussed
14:18:17 23    with Judge Shushan.
14:18:19 24            I don't sense that we're going to have any --
14:18:21 25    Mr. Langan, did you prepare your seating chart for this?

**OFFICIAL TRANSCRIPT**

14:18:24  1        MR. LANGAN:  I was given a reprieve, I thought,

14:18:26  2   Your Honor, so no seating chart.  I don't think it's necessary,

14:18:32  3   which I think is what Your Honor was about to say.

14:18:34  4        THE COURT:  Right, in terms of the seats inside the

14:18:36  5   rail, right?

14:18:37  6        MR. LANGAN:  Correct.

14:18:37  7             The United States has graciously agreed to let

14:18:40  8   the defense have this side of the courtroom, including the jury

14:18:44  9   box.

14:18:45 10             We are also aware of Your Honor's comments that

14:18:47 11   the public seating should, in fact, be public seating, and not

14:18:49 12   have staff and other people associated with our clients taking

14:18:52 13   up seats back -- we understand that completely.

14:18:57 14        THE COURT:  I have no sense of what kind of attendance

14:19:02 15   we'll have at this trial.  People may be getting bored at this

14:19:09 16   time with all of this stuff, I don't know.  But if it goes as

14:19:13 17   usual, you'll have a bigger crowd when we start, and then it

14:19:18 18   will drop off pretty quickly.

14:19:20 19             So at least to start -- I don't know, again, how

14:19:25 20   much media we'll have, but we'll reserve those first two rows

14:19:28 21   on that side of the courtroom for the media.  If we don't have

14:19:33 22   enough to fill it up, we'll let anyone else sit in it.

14:19:37 23        MR. LANGAN:  One other thing we had discussed with

14:19:40 24   Judge Shushan was, since other parties to the MDL might have an

14:19:44 25   interest, maybe one row we'd set aside for other parties, is an

14:19:48  1    idea.

14:19:49  2            THE COURT:  I think we said we'll do that on the

14:19:50  3    opposite side of the courtroom, right?

14:19:51  4                 In terms of, like, party representatives, BP,

14:19:55  5    Anadarko, are you all going to have people in and out that you

14:20:00  6    want a row or something?

14:20:02  7            MR. LANGAN:  I think, between the jury box and public

14:20:06  8    seating -- what do you think?

14:20:07  9            MR. BROCK:  We'll be fine.

14:20:08 10            THE COURT:  I'm talking about not lawyers, just --

14:20:13 11            MR. LANGAN:  I'll bet we'll be okay without reserved

14:20:16 12    seats.

14:20:16 13            MS. KIRBY:  We are going to have representatives in and

14:20:19 14    out, so we may need a few seats.

14:20:21 15            THE COURT:  Okay.  What about the Government?

14:20:26 16                 Mr. O'Rourke, you're really bringing in 40 people

14:20:29 17    for this?

14:20:30 18            MR. O'ROURKE:  Your Honor, I think most of those were

14:20:33 19    sort of technical/paralegal support that we thought we were

14:20:37 20    supposed to put on the list.

14:20:38 21            THE COURT:  They don't all have to be in the courtroom,

14:20:41 22    though?

14:20:41 23            MR. O'ROURKE:  No, sir.  This table here will be fine.

14:20:43 24    Maybe some of the seats under the -- like we did last time.

14:20:45 25    We'll probably have -- at least the first day.

**OFFICIAL TRANSCRIPT**

14:20:47 1      THE COURT:  If you need more seats along the wall, we

14:20:51 2  can bring in a couple more chairs, so just let us know how many

14:20:54 3  you need.

14:20:55 4      MR. O'ROURKE:  Thank you, Your Honor.

14:20:56 5          Then, at least last time, the Justice Department

14:20:59 6  staff was able to sit, with room at this table for if some of

14:21:03 7  the state people wanted to come or PSC lawyers want to just

14:21:05 8  have a seat, that would be fine.

14:21:07 9      THE COURT:  That's fine.  Each side, all of you have

14:21:11 10  your tech tables set up back there, it looks like?

14:21:16 11      MS. HIMMELHOCH:  Yes.

14:21:17 12      THE COURT:  You all are going to use the jury room for

14:21:24 13  a break room again?

14:21:26 14      MR. BROCK:  We are, Your Honor.  We're just going to

14:21:28 15  jointly use it.  BP has taken responsibility for getting some

14:21:32 16  drinks and coffee and that type of thing in there.

14:21:35 17      THE COURT:  Everybody knows the rules on getting that

14:21:37 18  stuff in and out of the courthouse and all that?

14:21:40 19      MR. BROCK:  Yes, sir.

14:21:41 20      THE COURT:  Okay.  Are you all providing or have you

14:21:53 21  provided this glossary of terms and acronyms and so forth to

14:21:57 22  the court reporters?

14:21:59 23      MS. HIMMELHOCH:  Your Honor, we received a draft from

14:22:01 24  BP last night.  We are going to provide our response and

14:22:04 25  comments tonight.  So we expect to be able to get it to the

**OFFICIAL TRANSCRIPT**

14:22:07  1    court reporter very shortly.

14:22:09  2            THE COURT:  I guess, Cathy, can they just send that to

14:22:16  3    you, and you circulate it to everybody?

14:22:18  4            COURT REPORTER:  That would be great, thank you.

14:22:19  5            THE COURT:  Cathy, did you resolve the issue of court

14:22:22  6    reporters getting the expert reports?  You need that just when

14:22:41  7    the expert is called to testify, Cathy?

14:22:41  8            MS. HIMMELHOCH:  We've got --

14:22:46  9            THE COURT:  Oh, you've got those already?

14:22:46  10           MS. HIMMELHOCH:  Ours has been delivered.  We will

14:22:47  11   confirm on the Friday beforehand that you have the up-to-date

14:22:50  12   versions of those.

14:22:52  13           THE COURT:  While we're talking about experts, the way

14:22:55  14   we've done it in the past two trials, and from my perspective

14:22:59  15   it worked very well -- well, you all need to know the order of

14:23:06  16   witnesses that are coming up.  That's going to be done -- the

14:23:10  17   Government is going to notify the other parties when as to the

14:23:15  18   order of witnesses for your first week of trial?

14:23:19  19           MS. HIMMELHOCH:  Yes, Your Honor.  We had just had a

14:23:21  20   brief conversation with Mr. Brock, which he has taken under

14:23:24  21   consideration.

14:23:25  22                  Given that last trial we had 10 witnesses, and we

14:23:28  23   were done by the Wednesday, and this trial we have 10

14:23:32  24   witnesses, we wondered whether we couldn't get at least the

14:23:35  25   order from Mr. Brock earlier than the Wednesday.

                          **OFFICIAL TRANSCRIPT**

14:23:39  1          So we're talking about that, and we will work

14:23:42  2      that out amongst ourselves; but, we saw the deadline and will

14:23:47  3      comply with the deadline for identifying our witnesses and

14:23:51  4      order.

14:23:51  5          THE COURT:  From my standpoint, what I need is to know

14:23:53  6      the order -- this goes to everybody -- of your experts and when

14:23:57  7      they expect to be called, so that I can prepare in terms of

14:24:02  8      dealing with *Daubert* issues and things like that.

14:24:07  9          MR. BROCK:  I think the way the timing is set up now is

14:24:09 10      that on Wednesday of next week, the Government will list the

14:24:13 11      witnesses that it intends to call the first week of the trial

14:24:15 12      in the order that they will be called.  Some will be fact

14:24:19 13      witnesses, some will be experts, so maybe we should put expert

14:24:23 14      just beside that, so you will know how to reference that.

14:24:23 15          THE COURT:  That would help me.

14:24:26 16          MR. BROCK:  Then I think, from our perspective -- I

14:24:29 17      don't see the Government finishing its case before Thursday

14:24:32 18      evening; but, what I've said to Mr. O'Rourke and Ms. Himmelhoch

14:24:38 19      is that we'll look at our lineup and see if there is a way that

14:24:43 20      we can let them know, if we're going to have witnesses on

14:24:47 21      Friday, who that might be.  I haven't actually planned for that

14:24:50 22      yet.

14:24:50 23          THE COURT:  So you're thinking that you may actually

14:24:53 24      complete your witnesses in three days?

14:24:57 25          MS. HIMMELHOCH:  It is possible, yes, Your Honor.  I'm

**OFFICIAL TRANSCRIPT**

14:24:59 1    not making any guarantees.  It, of course, depends on the

14:25:04 2    length of cross.

14:25:05 3         MR. BROCK:  I think what I would try to tell them,

14:25:08 4    we'll have another conversation about it, they can think a

14:25:11 5    little bit more about the length of their witnesses.  I have a

14:25:14 6    decent sense for the cross times.

14:25:17 7          If it's necessary, we'll be ready to go with a

14:25:20 8    witness on Friday, and we'll give them notice of that.

14:25:23 9         THE COURT:  Okay.  Good.

14:25:28 10         To my understanding, Judge Shushan, we're going

14:25:43 11    to have one overflow room, right?

14:25:43 12         JUDGE SHUSHAN:  Third floor --

14:25:46 13         THE COURT:  Third floor, down the hall.  311, is it?

14:25:49 14         JUDGE SHUSHAN:  Right.

14:25:49 15         THE COURT:  It's an empty chambers.

14:26:00 16         I understand from Judge Shushan that the parties

14:26:03 17    are desirous of making opening statements?

14:26:11 18         MR. BROCK:  Understanding that we proceed at our own

14:26:13 19    peril, we would like to do that.  We talked to Judge Shushan

14:26:19 20    about cutting the time for that down to an hour for each side.

14:26:26 21         Obviously -- I mean, we have some things that we

14:26:30 22    would like to put in one place for Your Honor, just as sort of

14:26:33 23    an organizing principle for the trial and things to think about

14:26:36 24    as it goes through.

14:26:37 25         We would like to do it, but we understand if the

**OFFICIAL TRANSCRIPT**

14:26:40 1    Court thinks we ought to get right to it, and we're prepared --

14:26:44 2        THE COURT:  Well, I'm not going to preclude you from

14:26:46 3    doing it, since, to me, it's really just counting against your

14:26:49 4    time anyway.

14:26:50 5        But ordinarily, in bench trials -- I think I've

14:26:56 6    said this before -- ordinarily, in bench trials, I just

14:26:59 7    dispense with opening statements because the primary purpose is

14:27:02 8    to acquaint the factfinder with what the case is about, and I

14:27:07 9    have a pretty good idea what this case is about by now.

14:27:10 10       So from my perspective, it's kind of a waste of

14:27:14 11   time, but I'm not going to preclude it.  Maybe you see value in

14:27:18 12   it, and maybe you'll say something that will be meaningful.

14:27:26 13       MR. O'ROURKE:  We're certainly not going to object --

14:27:27 14       THE COURT:  No, I'm not going to preclude you from

14:27:30 15   doing that, if you all want to do it.

14:27:31 16       So we'll say an hour each side?

14:27:34 17       MR. BROCK:  Yes, Your Honor.

14:27:36 18       THE COURT:  There was one motion -- this is not on the

14:27:44 19   agenda -- BP had filed a motion to take judicial notice of,

14:27:55 20   apparently, a number of previous --

14:28:03 21       MR. LANGAN:  Prior civil penalties.

14:28:06 22       THE COURT:  -- civil penalty cases, right?

14:28:10 23       MR. LANGAN:  Yes, Your Honor.

14:28:11 24       THE COURT:  I guess I don't have to deal with that now,

14:28:14 25   except to say that I really don't understand -- I know the

14:28:17  1    Government didn't object, so I granted your motion, but I'm not

14:28:22  2    sure what the relevance of that would be.

14:28:25  3            MR. LANGAN:  Well, Your Honor, in exercising

14:28:29  4    Your Honor's discretion in applying the eight penalty factors,

14:28:33  5    ultimately setting the penalty here, we think there may be some

14:28:36  6    value to Your Honor in understanding past history in other

14:28:40  7    Clean Water Act and Clean Air Act cases because, frankly, the

14:28:44  8    pattern has been, both in settlements and contested

14:28:47  9    proceedings, the penalties having been set are far below the

14:28:51 10    statutory maximums.

14:28:52 11            So that's not what's being sought here by the

14:28:55 12    Government; but, in fact, in other contexts, both in contested

14:28:59 13    and settled proceedings, the penalties that have been set have

14:29:02 14    been far, far, far below the statutory maximums.  That's

14:29:05 15    something that we would like to bring to Your Honor's attention

14:29:08 16    in advocacy, posttrial briefing and argument.

14:29:11 17            Thus, we wanted to make sure we had a record of

14:29:13 18    that, and we thought the cleanest, easiest way to do that was

14:29:17 19    to file a request for judicial notice.

14:29:19 20            THE COURT:  Were those -- well, maybe they weren't --

14:29:22 21    all reported cases, anyway?

14:29:25 22            MR. LANGAN:  Well, not necessarily in the Federal

14:29:28 23    Reporter.  I mean, they are certainly public and available on

14:29:33 24    public documents.  We just brought them together in one

14:29:35 25    package, with website cites or whatever the case may be, so

**OFFICIAL TRANSCRIPT**

it's all in one place.

THE COURT:  All right.

MR. LANGAN:  Thank you.

THE COURT:  Thank you.

All right.  Backing up to higher up on the agenda, regarding pending motions, Judge Shushan, did you circulate that list you had?

JUDGE SHUSHAN:  I did.

THE COURT:  Judge Shushan put together, she just culled out the motions that are still pending that pertain to the penalty phase.  I think you all have a copy of that.  I'm just going to make some comments on several of these.

Number 1, the USA -- I don't know if this is a motion or just a memorandum, but it's styled as United States' memorandum regarding burden of proof for penalty factors.

I know the parties have different views as to so-called burden of proof and the methodology for assessing penalties, whether it's so-called top down or bottom up.  I don't think that I need to decide that now.

In terms of burden of proof, it seems to me the statute points out a number of factors that the Court should take into consideration to consider in determining what the appropriate penalty should be.

Generally speaking, the Government obviously is the plaintiff in the case and has the burden of proof in the

14:31:37 1    Clean Water Act case, but I don't think we need to say, you

14:31:41 2    know, who has the burden of proof on item by item or factor by

14:31:49 3    factor.

14:31:49 4            There are some factors which are obviously in

14:31:53 5    BP's control, not really in the Government's control, that I'm

14:31:58 6    sure that BP wants to produce and will produce.

14:32:02 7            So in terms of order of proof, we're going to

14:32:13 8    deal with that in the way we've got the trial structured.  The

14:32:16 9    Government is going to go first.  BP and Anadarko will go

14:32:19 10   second.  Then the Government may or may not submit any rebuttal

14:32:23 11   evidence.

14:32:23 12           The way I'm viewing this now, I'm going to let

14:32:26 13   you all put that evidence in, and then I'll have to sort out,

14:32:34 14   by considering all of this evidence, what the appropriate

14:32:40 15   penalty should be.

14:32:41 16           So I just don't think I need to rule on that now,

14:32:46 17   this issue of burden of proof or the methodology to be used.

14:32:53 18           MR. O'ROURKE:  Your Honor --

14:32:55 19           THE COURT:  Mr. O'Rourke.

14:32:56 20           MR. O'ROURKE:  -- I believe we're the ones that filed

14:32:58 21   that motion.  We would support you just denying it as moot.  It

14:33:01 22   was really filed --

14:33:02 23           THE COURT:  Was that a motion, or was it --

14:33:04 24           MR. O'ROURKE:  I believe it was styled as a motion.

14:33:06 25           Judge Shushan, at the time, was looking for a way

14:33:08  1    to decide how to stage the experts, who should go first, who

14:33:12  2    should go second, and so on.  She told us to file a motion

14:33:15  3    about the burden of proof.

14:33:16  4            That's moot now because the expert report has

14:33:19  5    already happened and the deposition has already happened.

14:33:21  6            THE COURT:  Yes, here is the document.  It's

14:33:28  7    Record Document 12479, and it's styled as an additional

14:33:35  8    response of the United States to order regarding preparation

14:33:41  9    for discovery in the penalty phase.

14:33:44  10           So this arose in the context of you trying to

14:33:47  11   organize the discovery, right?

14:33:50  12           JUDGE SHUSHAN:  I think you should grant his motion to

14:33:52  13   dismiss it as moot.

14:33:53  14           THE COURT:  Yes.  I'm going to do that, with the

14:33:56  15   understanding that the -- first of all, it's not really a

14:34:02  16   motion.  It was a memorandum responding to issues in the

14:34:05  17   discovery phase.

14:34:07  18           So, to the extent, if it is listed as a motion,

14:34:12  19   Stephanie, that Record Document 12479, I'm going to deny it as

14:34:20  20   moot or unnecessary, and, as I said, with the understanding the

14:34:28  21   Court will sort all of that out when it decides the case.

14:34:31  22   Okay?

14:34:31  23           The next two motions that are listed in the list

14:34:40  24   that Judge Shushan circulated are, first, the Government's

14:34:45  25   motion regarding maximum Clean Water Act penalty, which is

14:34:48  1    Record Document 13654, and a related BP motion to establish the

14:34:56  2    maximum Clean Water Act per-barrel civil penalty, which is

14:35:01  3    Record Document 13666.

14:35:02  4            Those two, I decided when they were first filed,

14:35:07  5    when I saw them, that I could not see any need for the Court to

14:35:10  6    decide this in advance of trial.  It's not going to change any

14:35:14  7    evidence at trial.  Again, it's something that I'll have to

14:35:20  8    decide in the context of issuing our findings and conclusions

14:35:25  9    after this trial.

14:35:28 10            The fourth item listed, BP Motion in Limine to

14:35:35 11    exclude evidence regarding impact of the Clean Water Act

14:35:38 12    penalty on other BP Group entities, I'm going to deny BP's

14:35:46 13    motion there.  That's Record Document 13813.

14:35:55 14            The next one, Number 5, BP's Motion in Limine to

14:36:00 15    exclude evidence of liability of other BP Group entities, I'm

14:36:03 16    going to grant that motion.

14:36:08 17            It wasn't clear to me whether the Government was

14:36:10 18    really objecting to that, opposing that or not.  From what you

14:36:14 19    filed, I couldn't tell if it was an opposition or a statement

14:36:16 20    of no opposition; but, regardless, I'm granting that motion,

14:36:22 21    okay, Mr. O'Rourke?

14:36:23 22            MR. O'ROURKE:  Yes, sir.  I just want to point out that

14:36:26 23    some of the same evidence that would come in under the motion

14:36:30 24    you just denied could be relevant to this, testimony about a

14:36:34 25    parent corporation, for example.

**OFFICIAL TRANSCRIPT**

14:36:35  1              It's relevant to the finances, so it would be

14:36:41  2    coming in under that prong.

14:36:42  3              THE COURT:  We may be arguing semantics here, but --

14:36:42  4              MR. O'ROURKE:  I think so.

14:36:45  5              THE COURT:  -- the way the motion is structured, it

14:36:47  6    says it won't exclude any evidence if the Government in any way

14:36:50  7    intends to try to show liability of other BP Group entities;

14:36:54  8    so, to that extent, I'm granting that motion, okay.

14:36:57  9              MR. O'ROURKE:  Exactly.  A piece of evidence could be

14:37:01 10    admissible for the purposes of a financial analysis, but not

14:37:03 11    admissible for purposes of a veil piercing, and we agree with

14:37:07 12    that.

14:37:07 13              THE COURT:  You're not attempting veil piercing, from

14:37:11 14    what I read, right?

14:37:13 15              MR. O'ROURKE:  No, sir.

14:37:13 16              THE COURT:  Just so that's clear.

14:37:15 17              Your argument, as I understand it, in this thing

14:37:18 18    is that even though BPXP is the sole defendant and sole entity

14:37:24 19    that can be held liable here, the evidence of financial

14:37:34 20    wherewithal, so to speak, or financial arrangements between

14:37:38 21    these companies, between these subsidiaries and related

14:37:41 22    entities, can be relevant to the Court setting the level of the

14:37:46 23    fines that the Court should set.  That's your argument, right?

14:37:49 24              MR. O'ROURKE:  Exactly.

14:37:49 25              THE COURT:  Okay.  That's why I denied BP's -- I agree

14:37:54  1   that at least it's arguably relevant.  What relevance I give it

14:38:00  2   in the end, I'm not deciding now.  I'm just saying I'm not

14:38:04  3   going to exclude it from trial, okay?

14:38:06  4          Did I give you that last one, Stephanie, the

14:38:12  5   number?  The motion I granted, BP's motion to exclude evidence

14:38:16  6   of liability of other BP Group entities, that's

14:38:20  7   Record Document 13822.

14:38:24  8          All right.  There is another motion that's not

14:38:30  9   listed here because I think it was filed after this list was

14:38:34 10   put together.  BP filed a motion to exclude evidence relating

14:38:40 11   to prior incidents.  That's Record Document 13978.

14:38:54 12          BP and the Government filed letter briefs with

14:38:58 13   Judge Shushan on that.  She's passed that on to me, and I've

14:39:03 14   looked at it.

14:39:06 15          On this, I agree with BP's argument or position

14:39:12 16   that, based on the Court's prior ruling on December 16th --

14:39:26 17   that order was regarding BP's Motion to Strike the expert

14:39:29 18   reports of Walter Cantrell -- the Court granted BP's motion,

14:39:38 19   but said that the U.S. may admit into evidence the factual

14:39:42 20   basis and guilty plea for each prior incident.

14:39:45 21          The Government apparently is seeking to go beyond

14:39:53 22   the guilty plea or plea agreements and factual basis, so, to

14:39:59 23   the extent the Government is attempting to do so, I'm going to

14:40:04 24   grant BP's Motion to exclude any evidence or documents beyond

14:40:12 25   the plea agreements and factual basis statements, okay?

14:40:16 1      MR. O'ROURKE:  Yes, Your Honor.  I just wanted to make

14:40:18 2 sure it was clear that we were only talking about six

14:40:20 3 additional exhibits.  That was all.

14:40:23 4      THE COURT:  Well, I'm not dealing with numbers here.

14:40:28 5 I'm dealing with relevance and what's going to come in, okay.

14:40:31 6      MR. O'ROURKE:  Thank you.

14:40:32 7      THE COURT:  All right.  It might have been six

14:40:34 8 documents, but it was pretty voluminous, as I recall.

14:40:39 9 Judge Shushan gave me a big binder, several inches thick.

14:40:45 10      Anyway, I'm granting that motion, BP's Motion to

14:40:48 11 Exclude.  That's 13978, Stephanie.

14:40:51 12      MR. BROCK:  Your Honor, one housekeeping matter on that

14:40:53 13 is that we had an open issue about a fact witness,

14:40:57 14 Duane Wilson, who was also testifying in this area.  With

14:41:04 15 Your Honor's ruling here, we can take Duane Wilson off the list

14:41:08 16 now.

14:41:10 17      JUDGE SHUSHAN:  Thank you.

14:41:10 18      THE COURT:  Thank you, Mr. Brock.

14:41:15 19      All right.  Let's see where we are.  Number 8 on

14:41:32 20 the agenda that you all submitted says discussion of status of

14:41:40 21 eight penalty factors (contested factors, factors subject to

14:41:45 22 stipulation).

14:41:47 23      Thank you, Ben.

14:41:50 24      I can go down these factors, and you all can tell

14:41:59 25 me what the status, I guess, of each is, as to whether it's

**OFFICIAL TRANSCRIPT**

14:42:03  1    going to require evidence or stipulation or what.

14:42:06  2         Number 1 is seriousness of the violation or

14:42:09  3    violations.  I suspect that's going to be contested with

14:42:12  4    evidence, right?

14:42:13  5         MS. HIMMELHOCH:  Yes, Your Honor.

14:42:13  6         THE COURT:  Number 2, the economic benefit to the

14:42:22  7    violator.  Is the Government contending that BP -- I was a

14:42:27  8    little unclear on the Government's position here.

14:42:29  9         MS. HIMMELHOCH:  The Government's position is that the

14:42:30 10    defendant did accrue an economic benefit, but the evidence that

14:42:33 11    supports that has already been placed in the record.

14:42:36 12         So there will be no additional evidence on

14:42:38 13    economic benefit in this trial.  You will see some proposed

14:42:41 14    findings of fact on that.

14:42:42 15         There is also the United States' recognition that

14:42:44 16    economic benefit is not going to be a driving factor in this

14:42:48 17    particular penalty assessment.

14:42:50 18         THE COURT:  All right.  Do you want to respond?

14:42:52 19         MR. BROCK:  I don't have the record cites here, but

14:42:55 20    there are places in the record where we believe the Government

14:42:58 21    has said that there was no economic benefit to the violator

14:43:01 22    here.

14:43:02 23         So if there is argument about us having

14:43:05 24    benefitted from this economically, we would just reserve the

14:43:08 25    right to point that out to you at the appropriate time.

**OFFICIAL TRANSCRIPT**

14:43:11  1          THE COURT:  All right.  So as I appreciate it, neither

14:43:16  2     side envisions any additional evidence on that point, right?

14:43:19  3          MR. BROCK:  That's right.

14:43:19  4          THE COURT:  It would just be a matter of argument?

14:43:22  5          MS. HIMMELHOCH:  Yes.

14:43:22  6          THE COURT:  Good.

14:43:26  7               Degree of culpability.  I don't envision there

14:43:31  8     being any evidence of that.  I mean, the culpability is

14:43:34  9     something we dealt with in a prior trial.

14:43:37 10               It seems like an issue we can't put to bed is the

14:43:39 11     issue regarding Anadarko.

14:43:41 12          MS. HIMMELHOCH:  Your Honor, I believe we now

14:43:43 13     understand where you have drawn that line.  Your order

14:43:46 14     addressed the two categories of evidence that Anadarko raised,

14:43:49 15     which was the expert report -- we've agreed upon a redacted

14:43:53 16     expert report, which we will serve very shortly -- and then,

14:43:57 17     also, the withdrawal of certain exhibits.

14:44:00 18               We both did not include on our supplemental

14:44:04 19     exhibit lists things that fell across the line that you draw,

14:44:07 20     and we provided Anadarko on Monday with a list of what we were

14:44:11 21     withdrawing, as a result of the Court's order, from our prior

14:44:14 22     exhibit list.  I don't believe we've heard any objection from

14:44:17 23     Anadarko on that withdrawal list.

14:44:20 24          MS. KIRBY:  Well, Your Honor, just to be clear, it's a

14:44:23 25     substantial list, to begin with.  We are reviewing it, but we

**OFFICIAL TRANSCRIPT**

14:44:27 1    have already put into the record our objection to the exhibit

14:44:30 2    list.

14:44:31 3             So to the extent we think something continues to

14:44:34 4    be about culpability, we've already done an objection, so I

14:44:36 5    would not submit yet another one, unless the Court wants us to.

14:44:42 6        THE COURT:  No.  I haven't seen this list, so I'm not

14:44:50 7    sure what you have withdrawn and what you haven't.

14:44:55 8        MS. HIMMELHOCH:  What we did, Your Honor, was they

14:44:56 9    didn't actually expressly use the words "goes to culpability"

14:45:00 10   in their objections, but we finally determined which objection

14:45:02 11   they were using.

14:45:03 12       THE COURT:  Are we talking about documents, or are we

14:45:04 13   talking about --

14:45:04 14       MS. HIMMELHOCH:  Documents on our exhibit list.

14:45:07 15            So we went through Anadarko's objections, and

14:45:10 16   that which we could identify them as having been objected to as

14:45:14 17   going to culpability, we withdrew.

14:45:17 18            With one minor exception, and that's the

14:45:19 19   documents within the bundles.  The bundles are done.  The

14:45:23 20   objections are there in the bundles.  We didn't think it was

14:45:25 21   appropriate to reopen the bundles and withdraw.

14:45:29 22            But our exhibit list has been modified, as

14:45:32 23   Anadarko requested in the motion, and the expert report has

14:45:37 24   been modified as requested in the motion.

14:45:40 25       THE COURT:  All right.  And I expect that during trial,

14:45:43  1    if you offer something that Ms. Kirby thinks has gone over the
14:45:47  2    line, as you say, she'll let me know.
14:45:51  3              MS. KIRBY:  I will.
14:45:52  4              MS. HIMMELHOCH:  But we are definitely clear on where
14:45:54  5    you have drawn the line, Your Honor.
14:45:55  6              THE COURT:  Okay.  Good.  Thank you.
14:45:57  7              MS. HIMMELHOCH:  Wait, we're not done with factors.
14:46:02  8              THE COURT:  Any other penalty for the same incident, is
14:46:04  9    that going to be a matter of testimony, documents, stipulations
14:46:09 10    or what?
14:46:10 11              MS. HIMMELHOCH:  We have a stipulation on that issue,
14:46:11 12    Your Honor.
14:46:12 13              THE COURT:  Covering all of this?
14:46:12 14              MR. BROCK:  And argument.
14:46:13 15              THE COURT:  And argument.  Of course, yes.  Rebuttal.
14:46:18 16              Anadarko has not paid any penalties.  I know
14:46:21 17    there is an issue that Anadarko made a contribution, whatever
14:46:29 18    you call it, to BP early on, as I recall.
14:46:32 19              MS. KIRBY:  Right, to BP specifically to use to pay
14:46:35 20    damages by persons who were injured.  We have not paid another
14:46:39 21    penalty.
14:46:41 22              I can't say that we agree that the fact that
14:46:43 23    other people have paid is necessarily irrelevant to us, because
14:46:47 24    when violators pay, that should be relevant to nonviolators;
14:46:53 25    but, you're right.

**OFFICIAL TRANSCRIPT**

14:46:54  1    MS. HIMMELHOCH:  As a matter of law, Anadarko is a

14:46:56  2    violator; whether it's culpable or not is a matter of dispute.

14:47:00  3         But, Your Honor, we agree -- the stipulation

14:47:04  4    includes Anadarko's prior payment.  It does not include an

14:47:07  5    agreement on the legal implications of --

14:47:10  6    THE COURT:  Okay.  So that will be a matter of argument

14:47:11  7    again?

14:47:12  8    MS. HIMMELHOCH:  Yes.

14:47:13  9    THE COURT:  Okay.  Thank you.

14:47:13 10         All right.  History of prior violations.  Sort of

14:47:16 11    -- well, it's not related.  It's different.  The prior

14:47:23 12    violations, where do we stand on that.

14:47:25 13    MS. HIMMELHOCH:  With respect to Anadarko, Your Honor,

14:47:26 14    we have a stipulation.  With respect to BP, you have told us

14:47:28 15    what evidence we may submit.  So there will be no additional

14:47:32 16    evidence beyond and no witnesses.

14:47:36 17    MR. BROCK:  We agree.  There will be argument by the

14:47:37 18    parties from the plea agreements, with factual statements

14:47:43 19    submitted to Your Honor.

14:47:44 20    THE COURT:  Okay.  Very well.

14:47:46 21         All right.  I'm going to surmise that the next

14:47:53 22    one is going to be a matter of substantial dispute due to the

14:48:00 23    nature, extent and degree of success of any efforts of the

14:48:04 24    violator to minimize or mitigate.

14:48:06 25    MS. HIMMELHOCH:  Yes.  BP and the United States will

**OFFICIAL TRANSCRIPT**

have an expert witness on that issue, and there is documentary

evidence on that as well.

MR. BROCK:  We have fact witnesses on that one also.
We have expert and fact.

THE COURT:  Okay.  Good.

Number 7, economic impact of the penalty on the
violator.  We sort of mentioned that a couple minutes ago, but
there will be competing testimony on that too.

MS. HIMMELHOCH:  Yes, Your Honor.

THE COURT:  Then the last catch-all, any other matters
as justice may require.  I'm not sure if anybody proposes to
submit something beyond the other seven factors?

MS. HIMMELHOCH:  Yes, Your Honor, both Anadarko and BP
have identified other matters for the Court to consider.  They
include the status of what Anadarko calls nonoperating
investors.  It includes BP's contentions regarding improvements
to response technology and response planning and other issues
like that.

So it's a bit of a catch-all, but both of the
defendants have raised issues that will be the subject of both
expert and fact testimony.

THE COURT:  What about the Government, do you have
anything that doesn't fall in one of the other seven
categories?

MS. HIMMELHOCH:  I don't know of anything -- reserving

14:49:28  1    the right to claim that -- something that I think is relevant

14:49:31  2    to one factor and they contend is not relevant to a factor,

14:49:34  3    reserving the right to argue that it may be a factor that the

14:49:38  4    Court must consider under justice.  We did not identify a

14:49:41  5    category of claims or contentions that we believe the Court

14:49:45  6    should consider as another factor.

14:49:48  7        THE COURT:  Do you have anything sort of in rebuttal to

14:49:50  8    what they plan to do?

14:49:51  9        MS. HIMMELHOCH:  Yes, Your Honor, we have answers to

14:49:53 10    the defendants' contentions regarding such other matters.

14:49:58 11        MR. BROCK:  Your Honor, I was trying to get -- I'm

14:50:00 12    sorry, go ahead.

14:50:00 13        MS. KIRBY:  Your Honor, I'm sorry to interrupt, but

14:50:04 14    it's not clear to me if the Government is still planning to do

14:50:06 15    this, but they have certainly in the past listed exhibits that

14:50:11 16    seemed to be geared toward saying Anadarko was hoping to make a

14:50:16 17    profit, and that's part of what you should consider, Judge.

14:50:20 18            If that is true, that is most certainly not

14:50:22 19    within the factors, the seven factors that are identified.  We

14:50:26 20    contend it's irrelevant, certainly, but --

14:50:28 21        THE COURT:  Well, you don't deny that Anadarko was

14:50:31 22    hoping to make a profit, do you?

14:50:32 23        MS. KIRBY:  No, we do not, but we contend it's not

14:50:35 24    relevant, it's not a factor to be considered, and it's not

14:50:37 25    appropriate to -- you know, in America that's what people try

14:50:40 1    to do, make a profit.

14:50:41 2            THE COURT:  I would assume that's why you were out

14:50:43 3    there.

14:50:43 4            MS. KIRBY:  Right.

14:50:44 5            THE COURT:  It wasn't just for recreation.  I mean, why

14:50:47 6    the rig was out there, you know.

14:50:49 7            MS. KIRBY:  Right.

14:50:50 8            THE COURT:  Well, again, what's the Government's

14:50:56 9    argument there or position on that?

14:50:58 10           MS. HIMMELHOCH:  I'm not aware of any specific

14:51:00 11   documents that she's referencing.  I mean, I would think that,

14:51:05 12   to the extent that there are such documents, they go to an

14:51:09 13   issue that you've drawn the line on and that we will honor,

14:51:13 14   which is the question of culpability; but, we will examine

14:51:13 15   that.

14:51:17 16           We have looked at Anadarko's objections, and we

14:51:20 17   will take them into consideration when offering our exhibits.

14:51:23 18           THE COURT:  Okay, thank you.

14:51:23 19           Mr. Brock.

14:51:23 20           MR. BROCK:  I was just going to mention, Your Honor,

14:51:27 21   Ms. Himmelhoch was going fast in listing our other factors.  I

14:51:30 22   don't know if she said that BP will be offering evidence on

14:51:34 23   BPXP's positive impact to the community in terms of the

14:51:38 24   economic impact, one of the factors to consider in *CITGO*, as

14:51:43 25   well as technological advances that were made as part of the

**OFFICIAL TRANSCRIPT**

14:51:46  1    response is another item that we'll present that also is

14:51:51  2    related to the mitigation story that might also be argued in

14:51:55  3    other factors.

14:51:56  4            MS. HIMMELHOCH:  It is a matter of dispute between the

14:51:58  5    parties.

14:52:05  6            THE COURT:  All right.  I guess we actually covered

14:52:16  7    number 11 already.  We just talked about that, right?

14:52:20  8            MS. HIMMELHOCH:  Yes, Your Honor.

14:52:21  9            THE COURT:  Okay.  Anything else that either I missed

14:52:41 10    or something that was not on the agenda that someone thought of

14:52:41 11    and would like to talk about?

14:52:43 12            MR. BROCK:  Not from us, Your Honor.

14:52:45 13            MR. O'ROURKE:  No, sir.

14:52:46 14            MS. KIRBY:  Nothing further.

14:52:47 15            THE COURT:  Judge Shushan, do you have anything else?

14:52:49 16            JUDGE SHUSHAN:  I'll talk to you all tomorrow.

14:52:51 17            THE COURT:  All right.  Everyone have a good evening.

14:52:54 18    Thank you.

         19            (WHEREUPON, at 2:52 p.m. the proceedings were

         20    concluded.)

         21                        *    *    *

         22

         23

         24

         25

**OFFICIAL TRANSCRIPT**

1                      REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Certified Court Reporter in and for the State

5     of Louisiana, Official Court Reporter for the United States

6     District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript to

8     the best of my ability and understanding from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                           **OFFICIAL TRANSCRIPT**

## #

**#10-4536** [1] - 1:10

## 1

**1** [2] - 28:13, 35:2
**10** [8] - 4:10, 4:11, 11:8, 18:12, 23:22, 23:23
**10-MD-2179** [1] - 1:7
**1036** [1] - 1:19
**11** [5] - 4:12, 4:14, 18:5, 18:7, 43:7
**12** [1] - 7:21
**12479** [2] - 30:7, 30:19
**12th** [1] - 16:1
**13654** [1] - 31:1
**13666** [1] - 31:3
**13704** [1] - 19:22
**13813** [1] - 31:13
**13822** [1] - 33:7
**13978** [2] - 33:11, 34:11
**15** [2] - 4:16, 13:23
**16th** [1] - 33:16
**17** [1] - 4:17
**19** [1] - 4:18
**19th** [2] - 7:16, 7:18

## 2

**2** [1] - 35:6
**20** [6] - 1:6, 4:9, 4:11, 10:10, 11:8, 18:12
**20005** [1] - 2:17
**20006** [1] - 3:10
**20044** [1] - 2:6
**2007** [1] - 1:16
**2010** [1] - 1:6
**2015** [2] - 1:8, 6:2
**2020** [1] - 3:10
**20th** [1] - 7:16
**22** [1] - 4:20
**23rd** [1] - 7:18
**24th** [3] - 9:2, 9:5, 11:7
**24TH**.................... [1] - 4:8
**26** [1] - 4:22
**27th** [2] - 9:4, 11:4
**27TH**.........................
.... [1] - 4:7
**28** [2] - 4:23, 4:25
**2:00** [1] - 1:8
**2:52** [1] - 43:19

## 3

**30** [3] - 4:12, 5:2, 11:8
**300** [1] - 2:12
**30th** [1] - 17:21
**31** [3] - 5:4, 5:7, 5:9
**311** [1] - 25:13
**33** [1] - 5:11
**34** [1] - 5:13
**355** [1] - 3:6

## 4

**40** [3] - 4:9, 10:10, 21:16
**4400** [1] - 3:6
**45** [3] - 7:23, 7:24, 7:25

## 5

**5** [2] - 15:10, 31:14
**500** [1] - 3:16
**5000** [1] - 2:21
**504** [1] - 3:17
**55** [1] - 10:23
**589-7779** [1] - 3:17

## 6

**6** [1] - 7:14
**60** [2] - 10:10, 10:22
**60**..............................
.............. [1] - 4:10
**60654** [1] - 2:13
**655** [1] - 2:16
**6th** [1] - 9:1

## 7

**7** [5] - 1:8, 4:4, 6:2, 17:18, 40:6
**701** [1] - 2:20
**70130** [1] - 3:17
**70139** [1] - 2:21
**7611** [1] - 2:6

## 8

**8** [2] - 4:5, 34:19
**8:00** [1] - 7:13

## 9

**9** [3] - 4:7, 4:8, 19:20

**90** [1] - 7:23
**90071** [1] - 3:6

## A

**a.m** [1] - 7:13
**ability** [1] - 45:8
**able** [4] - 12:23, 17:10, 22:6, 22:25
**above-entitled** [1] - 45:9
**acceptable** [1] - 9:16
**access** [1] - 12:21
**accrue** [1] - 35:10
**acquaint** [1] - 26:8
**ACRONYMS** [1] - 4:19
**acronyms** [1] - 22:21
**Act** [6] - 27:7, 29:1, 30:25, 31:2, 31:11
**ACT** [3] - 5:2, 5:3, 5:6
**ACTION** [1] - 1:7
**actual** [1] - 7:22
**addendum** [1] - 10:17
**additional** [7] - 18:7, 18:19, 30:7, 34:3, 35:12, 36:2, 39:15
**addressed** [2] - 19:22, 36:14
**admissible** [2] - 32:10, 32:11
**admission** [1] - 13:24
**admit** [1] - 33:19
**admitted** [2] - 13:15, 13:25
**ado** [1] - 12:17
**advance** [1] - 31:6
**advances** [1] - 42:25
**advocacy** [1] - 27:16
**afternoon** [3] - 6:6, 6:7, 8:11
**agenda** [8] - 6:15, 6:24, 14:14, 15:10, 26:19, 28:6, 34:20, 43:10
**ago** [1] - 40:7
**agree** [8] - 16:9, 16:18, 32:11, 32:25, 33:15, 38:22, 39:3, 39:17
**agreed** [5] - 12:9, 15:19, 16:7, 20:7, 36:15
**agreement** [4] - 8:18, 8:19, 9:9, 39:5
**agreements** [1] - 33:22, 33:25, 39:18
**ahead** [1] - 41:12
**Air** [1] - 27:7
**Alabama** [2] - 16:16,

16:19
**allow** [1] - 13:5
**ALSO** [1] - 3:12
**amended** [1] - 17:12
**America** [1] - 41:25
**AMERICA** [4] - 1:11, 2:3, 2:9, 2:10
**amount** [1] - 16:20
**Anadarko** [22] - 9:23, 10:10, 10:14, 10:17, 10:24, 11:8, 17:8, 21:5, 29:9, 36:11, 36:14, 36:20, 36:23, 37:23, 38:16, 38:17, 39:1, 39:13, 40:13, 40:15, 41:16, 41:21
**ANADARKO** [6] - 1:14, 1:15, 3:3, 3:4, 4:9, 4:12
**Anadarko's** [3] - 37:15, 39:4, 42:16
**analysis** [1] - 32:10
**AND** [10] - 1:19, 2:8, 4:6, 4:9, 4:12, 4:13, 4:18, 4:19
**ANDREW** [1] - 2:11
**ANGELES** [1] - 3:6
**answers** [1] - 41:9
**Anthony** [1] - 15:2
**ANY** [1] - 4:15
**anyway** [3] - 26:4, 27:21, 34:10
**anyway...** [1] - 7:11
**apart** [1] - 8:18
**apologize** [2] - 18:24, 19:15
**APPEARANCES** [2] - 2:1, 3:1
**applicability** [1] - 11:17
**APPLICABILITY** [1] - 4:14
**applying** [1] - 27:4
**appreciate** [2] - 19:13, 36:1
**appropriate** [5] - 28:23, 29:14, 35:25, 37:21, 41:25
**April** [2] - 9:5, 11:7
**APRIL** [2] - 1:6, 4:8
**area** [1] - 34:14
**arguably** [1] - 33:1
**argue** [1] - 41:3
**argued** [1] - 43:2
**arguing** [1] - 32:3
**argument** [11] - 27:16, 32:17, 32:23, 33:15, 35:23, 36:4, 38:14, 38:15, 39:6, 39:17, 42:9

**arguments** [1] - 8:11
**arising** [1] - 16:2
**arose** [1] - 30:10
**arrangements** [1] - 32:20
**aside** [1] - 20:25
**assessing** [1] - 28:17
**assessment** [1] - 35:17
**ASSET** [1] - 1:16
**assist** [1] - 14:21
**assisting** [1] - 15:7
**associated** [1] - 20:12
**assume** [2] - 7:1, 42:2
**assuming** [2] - 8:25, 9:1
**assure** [1] - 16:10
**attached** [1] - 18:5
**attaching** [1] - 18:11
**attachment** [1] - 18:20
**attachments** [1] - 18:4
**attempt** [1] - 10:15
**attempting** [2] - 32:13, 33:23
**attendance** [1] - 20:14
**attention** [1] - 27:15
**attorney** [1] - 18:6
**available** [1] - 27:23
**AVENUE** [1] - 3:6
**aware** [3] - 7:20, 20:10, 42:10

## B

**backing** [1] - 28:5
**bad** [1] - 7:8
**BARBIER** [1] - 1:23
**barrel** [1] - 31:2
**BARREL** [1] - 5:4
**based** [1] - 33:16
**basis** [3] - 33:20, 33:22, 33:25
**BE** [2] - 4:7, 4:8
**bed** [1] - 36:10
**BEFORE** [1] - 1:23
**beforehand** [1] - 23:11
**begin** [1] - 36:25
**behalf** [2] - 8:15, 18:23
**below** [2] - 27:9, 27:14
**Ben** [3] - 9:19, 17:24, 34:23
**bench** [2] - 26:5, 26:6
**benefit** [5] - 35:6, 35:10, 35:13, 35:16, 35:21
**benefitted** [1] - 35:24
**beside** [1] - 24:14

**best** [1] - 45:8
**bet** [1] - 21:11
**between** [4] - 21:7, 32:20, 32:21, 43:4
**beyond** [6] - 10:17, 18:21, 33:21, 33:24, 39:16, 40:12
**big** [2] - 12:19, 34:9
**bigger** [1] - 20:17
**binder** [1] - 34:9
**BINGHAM** [2] - 3:5, 3:8
**bit** [2] - 25:5, 40:19
**bored** [1] - 20:15
**Boston** [1] - 7:9
**bottom** [1] - 28:18
**BOX** [1] - 2:6
**box** [2] - 20:9, 21:7
**BP** [43] - 1:13, 2:8, 2:9, 2:10, 4:9, 4:11, 4:21, 5:3, 5:5, 5:6, 5:9, 5:10, 9:22, 10:9, 10:10, 10:14, 10:17, 10:23, 11:8, 12:22, 16:13, 16:14, 21:4, 22:15, 22:24, 26:19, 29:6, 29:9, 31:1, 31:10, 31:12, 31:15, 32:7, 33:6, 33:10, 33:12, 35:7, 38:18, 38:19, 39:14, 39:25, 40:13, 42:22
**BP's** [12] - 18:2, 29:5, 31:12, 31:14, 32:25, 33:5, 33:15, 33:17, 33:18, 33:24, 34:10, 40:16
**BP'S** [1] - 5:8
**BP/Anadarko** [1] - 7:24
**BPXP** [1] - 32:18
**BPXP's** [1] - 42:23
**BRANSCOME** [1] - 2:16
**break** [1] - 22:13
**brief** [1] - 23:20
**briefing** [3] - 8:14, 10:8, 27:16
**BRIEFING** [1] - 4:5
**briefs** [10] - 8:25, 9:3, 9:4, 9:24, 10:2, 10:10, 11:6, 11:7, 19:1, 33:12
**BRIEFS** [4] - 4:6, 4:8, 4:9, 4:11
**bring** [2] - 22:2, 27:15
**bringing** [1] - 21:16
**BROCK** [22] - 2:15, 6:18, 6:21, 7:2, 18:23, 21:9, 22:14,

22:19, 24:9, 24:16, 25:3, 25:18, 26:17, 34:12, 35:19, 36:3, 38:14, 39:17, 40:3, 41:11, 42:20, 43:12
**Brock** [5] - 13:22, 23:20, 23:25, 34:18, 42:19
**brought** [1] - 27:24
**brutal** [1] - 7:4
**bundles** [4] - 37:19, 37:20, 37:21
**burden** [7] - 28:15, 28:17, 28:20, 28:25, 29:2, 29:17, 30:3
**BURDEN** [1] - 4:24
**BY** [10] - 1:5, 2:5, 2:11, 2:15, 2:19, 3:5, 3:8, 3:19, 3:19, 4:15

## C

**CA** [1] - 3:6
**calculation** [1] - 18:3
**calculations** [2] - 19:4, 19:8
**cannot** [1] - 15:22
**Cantrell** [1] - 33:18
**CARL** [1] - 1:23
**case** [8] - 14:2, 24:17, 26:8, 26:9, 27:25, 28:25, 29:1, 30:21
**cases** [3] - 26:22, 27:7, 27:21
**CASES**.............. [1] - 4:22
**catch** [2] - 40:10, 40:19
**catch-all** [2] - 40:10, 40:19
**categories** [2] - 36:14, 40:24
**category** [1] - 41:5
**Cathy** [6] - 8:1, 23:2, 23:5, 23:7, 45:3, 45:13
**CATHY** [1] - 3:15
**Cathy_Pepper@laed.uscourts.gov** [1] - 45:15
**cathy_Pepper@laed.uscourts.gov** [1] - 3:18
**caveat** [1] - 11:11
**CCR** [2] - 3:15, 45:13
**certain** [1] - 36:17
**certainly** [5] - 26:13, 27:23, 41:15, 41:18, 41:20

**CERTIFICATE** [1] - 45:1
**CERTIFIED** [1] - 3:15
**Certified** [3] - 45:3, 45:4, 45:13
**certify** [1] - 45:7
**chairs** [1] - 22:2
**challenge** [2] - 16:19, 16:22
**chambers** [1] - 25:15
**change** [1] - 31:6
**chart** [2] - 19:25, 20:2
**CHICAGO** [1] - 2:13
**Chicago** [1] - 7:3
**circulate** [2] - 23:3, 28:7
**circulated** [1] - 30:24
**cites** [2] - 27:25, 35:19
**CITGO** [1] - 42:24
**CIVIL** [3] - 1:7, 4:22, 5:4
**civil** [3] - 26:21, 26:22, 31:2
**claim** [3] - 16:14, 16:15, 41:1
**claimed** [1] - 15:24
**claims** [1] - 41:5
**CLEAN** [3] - 5:2, 5:3, 5:6
**Clean** [6] - 27:7, 29:1, 30:25, 31:2, 31:11
**cleanest** [1] - 27:18
**clear** [6] - 31:17, 32:16, 34:2, 36:24, 38:4, 41:14
**clients** [1] - 20:12
**coffee** [1] - 22:16
**Coke** [2] - 15:21, 16:4
**cold** [1] - 7:10
**combine** [1] - 10:15
**combined** [2] - 10:6, 10:8
**comfortable** [1] - 6:11
**coming** [2] - 23:16, 32:2
**comments** [3] - 20:10, 20:25, 28:12
**Committee** [1] - 14:16
**community** [1] - 42:23
**companies** [1] - 32:21
**COMPANY** [2] - 2:10, 3:4
**competing** [1] - 40:8
**complete** [1] - 24:24
**completely** [1] - 20:13
**comply** [1] - 24:3
**COMPUTER** [1] - 3:19
**concerned** [2] - 16:17, 16:20

**concerning** [1] - 15:10
**concerns** [1] - 12:22
**concluded** [1] - 43:20
**conclusions** [6] - 9:3, 10:4, 10:6, 10:15, 11:5, 31:8
**CONCLUSIONS** [1] - 4:6
**condolences** [1] - 7:10
**conduct** [2] - 7:12, 11:20
**confer** [1] - 16:2
**CONFERENCE** [1] - 1:23
**conference** [2] - 6:10, 9:2
**confidential** [1] - 15:17
**confidentiality** [4] - 12:22, 15:13, 16:14, 16:15
**CONFIDENTIALITY** [1] - 4:15
**confirm** [1] - 23:11
**confirmation** [1] - 11:16
**CONFIRMATION** [1] - 4:14
**conjunction** [1] - 13:12
**consider** [7] - 15:21, 28:22, 40:14, 41:4, 41:6, 41:17, 42:24
**consideration** [3] - 23:21, 28:22, 42:17
**considered** [1] - 41:24
**considering** [1] - 29:14
**consistent** [2] - 19:6, 19:14
**contained** [1] - 15:17
**contend** [3] - 41:2, 41:20, 41:23
**contending** [1] - 35:7
**contentions** [3] - 40:16, 41:5, 41:10
**contest** [1] - 16:23
**CONTESTED** [1] - 5:13
**contested** [4] - 27:8, 27:12, 34:21, 35:3
**context** [2] - 30:10, 31:8
**contexts** [1] - 27:12
**CONTINUED** [1] - 3:1
**continues** [1] - 37:3
**continuing** [2] - 12:14, 18:9
**contracted** [1] - 14:19

**contractor** [2] - 14:20, 14:23
**contribution** [1] - 38:17
**control** [2] - 29:5
**conversation** [2] - 23:20, 25:4
**copies** [1] - 17:25
**copy** [1] - 28:11
**corporation** [1] - 31:25
**CORPORATION** [2] - 1:15, 3:3
**correct** [2] - 20:6, 45:7
**correction** [1] - 13:5
**counsel** [1] - 16:9
**count** [1] - 8:6
**counted** [1] - 8:5
**counting** [1] - 26:3
**couple** [4] - 8:11, 8:12, 22:2, 40:7
**course** [2] - 13:4, 25:1, 38:15
**Court** [20] - 6:15, 16:10, 18:9, 19:10, 26:1, 28:21, 30:21, 31:5, 32:22, 32:23, 33:18, 37:5, 40:14, 41:4, 41:5, 45:4, 45:5, 45:6, 45:14, 45:15
**court** [8] - 6:9, 8:2, 14:17, 15:2, 16:5, 22:22, 23:1, 23:5
**COURT** [111] - 1:1, 3:15, 4:20, 6:3, 6:6, 6:8, 6:20, 6:23, 7:3, 7:8, 9:11, 9:19, 10:3, 10:9, 10:14, 10:25, 11:3, 11:13, 11:15, 12:1, 12:17, 13:1, 13:6, 13:14, 14:1, 14:4, 14:7, 14:10, 14:15, 14:24, 15:2, 15:8, 16:8, 17:6, 17:9, 17:17, 17:22, 18:5, 19:16, 19:20, 20:4, 20:14, 21:2, 21:10, 21:15, 21:21, 22:1, 22:9, 22:12, 22:17, 22:20, 23:2, 23:4, 23:5, 23:9, 23:13, 24:5, 24:15, 24:23, 25:9, 25:13, 25:15, 26:2, 26:14, 26:18, 26:22, 26:24, 27:20, 28:2, 28:4, 28:9, 29:19, 29:23, 30:6, 30:14, 32:3, 32:5, 32:13, 32:16,

32:25, 34:4, 34:7,
34:18, 35:6, 35:18,
36:1, 36:4, 36:6,
37:6, 37:12, 37:25,
38:6, 38:8, 38:13,
38:15, 39:6, 39:9,
39:20, 40:5, 40:10,
40:22, 41:7, 41:21,
42:2, 42:5, 42:8,
42:18, 43:6, 43:9,
43:15, 43:17
**Court's** [2] - 33:16,
36:21
**courthouse** [1] -
22:18
**courtroom** [6] - 16:6,
19:21, 20:8, 20:21,
21:3, 21:21
**COURTROOM........**
[1] - 4:18
**covered** [1] - 43:6
**covering** [1] - 38:13
**cross** [4] - 8:5, 13:9,
25:2, 25:6
**cross-examination**
[1] - 8:5
**crowd** [1] - 20:17
**CRR** [2] - 3:15, 45:13
**culled** [1] - 28:9
**culpability** [6] - 36:7,
36:8, 37:4, 37:9,
37:17, 42:14
**culpable** [1] - 39:2
**cutting** [1] - 25:20

## D

**damages** [1] - 38:20
**date** [3] - 7:19, 11:7,
23:11
**dates** [1] - 17:20
**Daubert** [1] - 24:8
**DAVID** [1] - 3:9
**days** [5] - 7:14, 7:17,
7:21, 15:23, 24:24
**DC** [4] - 2:6, 2:17,
3:10, 7:3
**de** [1] - 17:16
**de-designation** [1] -
17:16
**deadline** [4] - 11:3,
11:4, 24:2, 24:3
**deal** [2] - 26:24, 29:8
**dealing** [4] - 18:15,
24:8, 34:4, 34:5
**dealt** [1] - 36:9
**December** [2] - 17:21,
33:16
**decent** [1] - 25:6

**decide** [4] - 28:19,
30:1, 31:6, 31:8
**decided** [2] - 18:21,
31:4
**decides** [1] - 30:21
**deciding** [1] - 33:2
**DEEPWATER** [3] -
1:5, 1:18, 1:18
**defendant** [2] - 32:18,
35:10
**defendants** [2] -
15:20, 40:20
**defendants'** [1] -
41:10
**defense** [1] - 20:8
**definitely** [2] - 15:1,
38:4
**degree** [2] - 36:7,
39:23
**delay** [1] - 12:21
**deliver** [1] - 19:4
**delivered** [1] - 23:10
**DEN** [1] - 4:17
**Den** [2] - 17:19, 18:2
**denied** [2] - 31:24,
32:25
**deny** [3] - 30:19,
31:12, 41:21
**denying** [1] - 29:21
**Department** [1] - 22:5
**DEPARTMENT** [1] -
2:3
**deposition** [1] - 30:5
**designated** [1] - 17:21
**designation** [3] - 16:4,
17:15, 17:16
**desirous** [1] - 25:17
**details** [1] - 12:5
**determined** [1] - 37:10
**determining** [1] -
28:22
**difference** [2] - 10:2,
12:18
**different** [2] - 28:16,
39:11
**differently** [2] - 11:19,
11:23
**direct** [3] - 8:5, 13:9,
14:7
**directed** [1] - 14:5
**discovery** [3] - 30:9,
30:11, 30:17
**discretion** [1] - 27:4
**discussed** [2] - 19:22,
20:23
**discussion** [3] -
11:15, 15:11, 34:20
**DISCUSSION** [2] -
4:13, 5:12
**discussions** [1] -

12:14
**dismiss** [1] - 30:13
**dispense** [1] - 26:7
**display** [1] - 16:20
**dispute** [3] - 39:2,
39:22, 43:4
**disputes** [1] - 16:2
**DISTRICT** [2] - 1:1,
1:2
**District** [3] - 45:6,
45:15
**DIVISION** [1] - 2:4
**document** [1] - 30:6
**Document** [8] - 19:22,
30:7, 30:19, 31:1,
31:3, 31:13, 33:7,
33:11
**DOCUMENT** [1] - 1:10
**documentary** [1] -
40:1
**documents** [10] -
16:11, 27:24, 33:24,
34:8, 37:12, 37:14,
37:19, 38:9, 42:11,
42:12
**done** [8] - 9:20, 18:24,
23:14, 23:16, 23:23,
37:4, 37:19, 38:7
**down** [7] - 6:19, 7:10,
19:20, 25:13, 25:20,
28:18, 34:24
**draft** [1] - 22:23
**DRAGNA** [1] - 3:5
**draw** [1] - 36:19
**drawn** [3] - 36:13,
38:5, 42:13
**DRILLING** [1] - 1:18
**drinks** [1] - 22:16
**driving** [1] - 35:16
**drop** [1] - 20:18
**Duane** [2] - 34:14,
34:15
**due** [1] - 39:22
**during** [3] - 13:8, 18:9,
37:25

## E

**E&P** [1] - 3:4
**e-mail** [1] - 8:15
**e-mailed** [1] - 7:9
**early** [1] - 38:18
**easier** [1] - 10:1
**easiest** [1] - 27:18
**Eastern** [1] - 45:6
**EASTERN** [1] - 1:2
**economic** [7] - 35:6,
35:10, 35:13, 35:16,
35:21, 40:6, 42:24

**economically** [1] -
35:24
**effectively** [1] - 12:25
**efforts** [1] - 39:23
**eight** [2] - 27:4, 34:21
**EIGHT** [1] - 5:12
**either** [2] - 8:5, 43:9
**eliminate** [1] - 17:15
**ELLIS** [2] - 2:10, 2:15
**empty** [1] - 25:15
**encourage** [1] - 17:14
**end** [2] - 17:11, 33:2
**ends** [1] - 9:1
**ENFORCEMENT** [1] -
2:4
**entities** [5] - 31:12,
31:15, 32:7, 32:22,
33:6
**ENTITIES...............**
[1] - 5:9
**ENTITIES................**
................ [1] - 5:7
**entitled** [1] - 45:9
**entity** [1] - 32:18
**ENVIRONMENT** [1] -
2:4
**ENVIRONMENTAL**
[1] - 2:4
**envision** [1] - 36:7
**envisions** [1] - 36:2
**errors** [1] - 13:5
**ESQUIRE** [12] - 2:5,
2:5, 2:11, 2:11, 2:12,
2:15, 2:16, 2:19, 3:5,
3:8, 3:9, 3:9
**essentially** [1] - 11:20
**ESTABLISH** [1] - 5:3
**establish** [1] - 31:1
**evade** [1] - 18:11
**evening** [2] - 24:18,
43:17
**evidence** [27] - 12:10,
12:21, 29:11, 29:13,
29:14, 31:7, 31:11,
31:15, 31:23, 32:6,
32:9, 32:19, 33:5,
33:10, 33:19, 33:24,
35:1, 35:4, 35:10,
35:12, 36:2, 36:8,
36:14, 39:15, 39:16,
40:2, 42:22
**EVIDENCE** [3] - 5:5,
5:8, 5:10
**exactly** [2] - 32:9,
32:24
**examination** [3] - 8:5,
13:10, 13:12
**examine** [1] - 42:14
**example** [1] - 31:25
**except** [1] - 26:25

**exception** [1] - 37:18
**EXCLUDE** [3] - 5:5,
5:8, 5:10
**exclude** [7] - 31:11,
31:15, 32:6, 33:3,
33:5, 33:10, 33:24
**Exclude** [1] - 34:11
**exercising** [1] - 27:3
**exhibit** [6] - 17:12,
36:19, 36:22, 37:1,
37:14, 37:22
**exhibits** [10] - 12:10,
13:9, 13:11, 13:22,
13:23, 15:18, 34:3,
36:17, 41:15, 42:17
**expand** [1] - 18:18
**expect** [4] - 9:25,
22:25, 24:7, 37:25
**expert** [19] - 15:18,
16:12, 16:13, 18:1,
18:2, 19:3, 19:6,
19:15, 23:6, 23:7,
24:13, 30:4, 33:17,
36:15, 36:16, 37:23,
40:1, 40:4, 40:21
**experts** [5] - 18:3,
23:13, 24:6, 24:13,
30:1
**EXPLORATION** [3] -
1:13, 1:14, 2:8
**expressly** [1] - 37:9
**extent** [6] - 30:18,
32:8, 33:23, 37:3,
39:23, 42:12

## F

**FACT** [1] - 4:6
**fact** [10] - 9:3, 20:11,
24:12, 27:12, 34:13,
35:14, 38:22, 40:3,
40:4, 40:21
**factfinder** [1] - 26:8
**factor** [8] - 29:2, 29:3,
35:16, 41:2, 41:3,
41:6, 41:24
**factors** [15] - 27:4,
28:15, 28:21, 29:4,
34:21, 34:24, 38:7,
40:12, 41:19, 42:21,
42:24, 43:3
**FACTORS** [3] - 5:12,
5:13
**FACTORS.................**
................. [1] - 4:25
**factual** [4] - 33:19,
33:22, 33:25, 39:18
**fair** [1] - 10:25
**fall** [2] - 16:4, 40:23

**far** [5] - 9:17, 27:9, 27:14
**fashion** [1] - 10:22
**fast** [1] - 42:21
**February** [2] - 9:1, 9:2
**Federal** [1] - 27:22
**fell** [2] - 8:18, 36:19
**few** [3] - 6:21, 10:16, 21:14
**FIFTEENTH** [1] - 2:16
**file** [3] - 18:18, 27:19, 30:2
**FILED** [2] - 4:21, 5:10
**filed** [9] - 19:13, 26:19, 29:20, 29:22, 31:4, 31:19, 33:9, 33:10, 33:12
**fill** [1] - 20:22
**finally** [1] - 37:10
**finances** [1] - 32:1
**financial** [4] - 15:17, 32:10, 32:19, 32:20
**FINDINGS** [1] - 4:6
**findings** [7] - 9:3, 10:3, 10:6, 10:15, 11:4, 31:8, 35:14
**fine** [10] - 6:19, 6:25, 9:15, 10:19, 11:7, 11:11, 21:9, 21:23, 22:8, 22:9
**fines** [1] - 32:23
**finishing** [1] - 24:17
**first** [15] - 7:15, 8:13, 11:20, 12:2, 18:22, 18:23, 20:20, 21:25, 23:18, 24:11, 29:9, 30:1, 30:15, 30:24, 31:4
**five** [1] - 10:23
**floor** [2] - 25:12, 25:13
**follow** [1] - 14:6
**following** [1] - 13:22
**FOR** [7] - 2:3, 2:8, 3:3, 4:11, 4:12, 4:25
**foregoing** [1] - 45:7
**formula** [2] - 15:21, 16:4
**FORTH** [1] - 4:19
**forth** [2] - 15:11, 22:21
**four** [2] - 7:14, 7:17
**fourth** [1] - 31:10
**frankly** [2] - 14:5, 27:7
**Friday** [5] - 7:17, 7:19, 23:11, 24:21, 25:8
**frustrating** [1] - 18:14
**FTP** [1] - 12:11
**furnished** [1] - 6:15

**G**

**geared** [1] - 41:16
**general** [1] - 14:3
**generally** [2] - 8:4, 28:24
**given** [2] - 20:1, 23:22
**glad** [1] - 7:3
**glossary** [1] - 22:21
**GLOSSARY** [1] - 4:19
**GMBH** [1] - 1:16
**Government** [19] - 9:12, 21:15, 23:17, 24:10, 24:17, 27:1, 27:12, 28:24, 29:9, 29:10, 31:17, 32:6, 33:12, 33:21, 33:23, 35:7, 35:20, 40:22, 41:14
**GOVERNMENT'S** [1] - 5:1
**Government's** [6] - 18:6, 29:5, 30:24, 35:8, 35:9, 42:8
**graciously** [1] - 20:7
**GRAND** [1] - 3:6
**grant** [3] - 10:12, 31:16, 33:24
**granted** [3] - 27:1, 33:5, 33:18
**granting** [3] - 31:20, 32:8, 34:10
**grapple** [1] - 17:14
**great** [3] - 11:14, 17:5, 23:4
**GROUP** [2] - 5:7, 5:9
**Group** [4] - 31:12, 31:15, 32:7, 33:6
**guarantees** [1] - 25:1
**guess** [5] - 10:20, 23:2, 26:24, 34:25, 43:6
**guessing** [1] - 9:22
**guilty** [2] - 33:20, 33:22
**GULF** [1] - 1:6

**H**

**HAD** [1] - 4:21
**half** [1] - 7:22
**hall** [1] - 25:13
**handful** [1] - 16:11
**HARIKLIA** [1] - 2:12
**HB406** [1] - 3:16
**hear** [1] - 6:21
**heard** [1] - 36:22
**HEARD** [1] - 1:23

**held** [1] - 32:19
**help** [1] - 24:15
**hereby** [1] - 45:6
**hi** [1] - 17:9
**higher** [1] - 28:5
**highly** [1] - 15:17
**HIMMELHOCH** [38] - 2:5, 10:13, 12:13, 12:20, 14:5, 14:9, 14:19, 15:1, 15:3, 15:6, 15:16, 17:1, 22:11, 22:23, 23:8, 23:10, 23:19, 24:25, 35:5, 35:9, 36:5, 36:12, 37:8, 37:14, 38:4, 38:7, 38:11, 39:1, 39:8, 39:13, 39:25, 40:9, 40:13, 40:25, 41:9, 42:10, 43:4, 43:8
**Himmelhoch** [2] - 24:18, 42:21
**hiring** [1] - 15:2
**history** [2] - 27:6, 39:10
**HOLDINGS** [1] - 1:17
**holiday** [2] - 7:1, 7:15
**honor** [1] - 42:13
**Honor** [54] - 6:7, 6:19, 8:17, 8:21, 9:14, 9:25, 10:12, 10:13, 10:19, 11:14, 11:24, 12:13, 12:20, 13:2, 14:5, 14:19, 15:16, 16:9, 17:7, 19:13, 19:19, 20:2, 20:3, 21:18, 22:4, 22:14, 22:23, 23:19, 24:25, 25:22, 26:17, 26:23, 27:3, 27:6, 29:18, 34:1, 34:12, 35:5, 36:12, 36:24, 37:8, 38:5, 38:12, 39:3, 39:13, 39:19, 40:9, 40:13, 41:9, 41:11, 41:13, 42:20, 43:8, 43:12
**Honor's** [4] - 20:10, 27:4, 27:15, 34:15
**HONORABLE** [1] - 1:23
**hoping** [2] - 41:16, 41:22
**HORIZON** [1] - 1:5
**hour** [2] - 25:20, 26:16
**hours** [5] - 7:22, 7:23, 7:24, 7:25
**housekeeping** [1] - 34:12

**I**

**idea** [2] - 21:1, 26:9
**identified** [2] - 40:14, 41:19
**identify** [2] - 37:16, 41:4
**identifying** [2] - 15:20, 24:3
**IL** [1] - 2:13
**imagine** [1] - 9:22
**IMPACT** [1] - 5:6
**impact** [4] - 31:11, 40:6, 42:23, 42:24
**implications** [1] - 39:5
**important** [1] - 19:9
**importantly** [2] - 14:25, 15:1
**improvements** [1] - 40:16
**IN** [6] - 1:5, 1:6, 4:18, 5:5, 5:8, 6:3
**INC** [5] - 1:14, 1:18, 1:18, 2:9, 2:10
**inches** [1] - 34:9
**incident** [2] - 33:20, 38:8
**incidents** [1] - 33:11
**INCIDENTS..................
..................... [1] -
5:11
**include** [4] - 19:8, 36:18, 39:4, 40:15
**includes** [2] - 39:4, 40:16
**including** [1] - 20:8
**indication** [1] - 8:22
**informally** [1] - 6:9
**information** [1] - 15:17
**injured** [1] - 38:20
**inside** [1] - 20:4
**intends** [2] - 24:11, 32:7
**intention** [1] - 12:14
**interest** [1] - 20:25
**Internet** [1] - 13:19
**interrupt** [1] - 41:13
**investors** [1] - 40:16
**Irpino** [1] - 15:2
**irrelevant** [2] - 38:23, 41:20
**issue** [16] - 11:10, 12:7, 12:19, 12:20, 15:16, 17:1, 18:25, 23:5, 29:17, 34:13, 36:10, 36:11, 38:11, 38:17, 40:1, 42:13
**ISSUES** [1] - 4:15

**issues** [8] - 15:9, 15:14, 15:24, 15:25, 24:8, 30:16, 40:17, 40:20
**issuing** [1] - 31:8
**Item** [1] - 15:10
**item** [5] - 15:13, 29:2, 31:10, 43:1
**ITEMS** [1] - 4:2

**J**

**JAMES** [1] - 3:5
**JANUARY** [2] - 1:8, 6:2
**JARRETT** [1] - 2:19
**jointly** [1] - 22:15
**joking** [1] - 7:11
**Jones** [1] - 13:21
**Judge** [18] - 12:8, 12:24, 14:13, 16:1, 16:15, 19:23, 20:24, 25:10, 25:16, 25:19, 28:6, 28:9, 29:25, 30:24, 33:13, 34:9, 41:17, 43:15
**JUDGE** [1] - 1:24, 3:12, 7:7, 12:9, 12:16, 14:14, 14:25, 25:12, 25:14, 28:8, 30:12, 34:17, 43:16
**judge** [1] - 18:23
**judicial** [2] - 26:19, 27:19
**JUDICIAL** [1] - 4:21
**jury** [3] - 20:8, 21:7, 22:12
**justice** [2] - 40:11, 41:4
**Justice** [1] - 22:5
**JUSTICE** [1] - 2:3

**K**

**KARIS** [1] - 2:12
**keep** [4] - 6:8, 8:2, 18:15
**KEITH** [1] - 2:19
**KIMBERLY** [1] - 2:16
**kind** [3] - 9:9, 20:14, 26:10
**Kirby** [3] - 17:7, 17:9, 38:1
**KIRBY** [12] - 3:8, 17:7, 17:10, 21:13, 36:24, 38:3, 38:19, 41:13, 41:23, 42:4, 42:7, 43:14
**KIRKLAND** [2] - 2:10,

2:15
**knows** [1] - 22:17
**Ky** [1] - 17:7
**KY** [1] - 3:8

## L

**LA** [2] - 2:21, 3:17
**lag** [1] - 13:5
**landed** [2] - 9:10, 19:10
**Langan** [5] - 8:15, 8:16, 13:1, 16:8, 19:25
**LANGAN** [23] - 2:11, 8:17, 9:25, 10:5, 10:19, 11:11, 11:14, 13:2, 13:13, 13:21, 14:2, 16:9, 17:5, 20:1, 20:6, 20:23, 21:7, 21:11, 26:21, 26:23, 27:3, 27:22, 28:3
**largely** [1] - 19:21
**LASALLE** [1] - 2:12
**last** [14] - 7:13, 8:1, 8:9, 12:5, 14:1, 14:10, 17:11, 17:13, 21:24, 22:5, 22:24, 23:22, 33:4, 40:10
**LAW** [1] - 4:7
**law** [2] - 9:4, 39:1
**lawyers** [3] - 13:10, 21:10, 22:7
**learned** [1] - 17:11
**LEASING** [1] - 1:16
**least** [5] - 20:19, 21:25, 22:5, 23:24, 33:1
**legal** [1] - 39:5
**length** [2] - 25:2, 25:5
**less** [1] - 14:12
**letter** [2] - 16:1, 33:12
**level** [2] - 7:7, 32:22
**LEWIS** [1] - 2:19
**liability** [3] - 31:15, 32:7, 33:6
**LIABILITY** [1] - 5:9
**liable** [1] - 32:19
**likely** [1] - 10:7
**likewise** [1] - 18:6
**LIMINE** [2] - 5:5, 5:8
**Limine** [1] - 31:10, 31:14
**limit** [3] - 9:21, 18:17, 18:19
**limitation** [1] - 18:1
**limited** [1] - 11:8
**LIMITED** [1] - 4:11

**limits** [3] - 9:17, 18:10, 18:11
**line** [1] - 36:13, 36:19, 38:2, 38:5, 42:13
**lineup** [1] - 24:19
**LISKOW** [1] - 2:19
**list** [16] - 6:19, 17:12, 21:20, 24:10, 28:7, 30:23, 33:9, 34:15, 36:20, 36:22, 36:23, 36:25, 37:2, 37:6, 37:14, 37:22
**listed** [5] - 30:18, 30:23, 31:10, 33:9, 41:15
**listing** [1] - 42:21
**lists** [1] - 36:19
**litigation** [1] - 18:9
**live** [1] - 13:25
**lives** [1] - 7:9
**LLC** [2] - 1:16, 1:17
**LLOYD'S** [1] - 1:19
**loaning** [1] - 14:20
**look** [2] - 13:17, 24:19
**looked** [4] - 9:20, 17:24, 33:14, 42:16
**looking** [1] - 29:25
**looks** [2] - 6:12, 22:10
**LOS** [1] - 3:6
**LOTTERMAN** [1] - 3:9
**Louisiana** [2] - 45:5, 45:6
**LOUISIANA** [2] - 1:2, 1:8
**LP** [2] - 1:15, 3:4
**LTD** [1] - 1:19

## M

**MAGISTRATE** [2] - 1:24, 3:12
**mail** [1] - 8:15
**mailed** [1] - 7:9
**MARCH** [1] - 4:7
**March** [2] - 9:4, 11:4
**marshalling** [1] - 9:2
**marvelous** [1] - 14:21
**matter** [9] - 34:12, 36:4, 38:9, 39:1, 39:2, 39:6, 39:22, 43:4, 45:9
**matters** [3] - 40:10, 40:14, 41:10
**MATTHEW** [1] - 2:11
**maximum** [2] - 30:25, 31:2
**MAXIMUM** [2] - 5:1, 5:3
**maximums** [2] -

27:10, 27:14
**Mayes** [1] - 17:3
**MCCUTCHEN** [2] - 3:5, 3:8
**MDL** [3] - 4:18, 19:20, 20:24
**mean** [11] - 9:11, 10:5, 10:22, 11:18, 18:12, 25:21, 27:23, 36:8, 42:5, 42:11
**meaningful** [1] - 26:12
**MECHANICAL** [1] - 3:19
**media** [3] - 19:20, 20:20, 20:21
**MEDIA** [1] - 4:18
**meet** [2] - 16:2, 17:10
**MEMORANDUM** [1] - 4:24
**memorandum** [3] - 28:14, 28:15, 30:16
**memory** [1] - 15:4
**mention** [1] - 42:20
**mentioned** [1] - 40:7
**MERIT** [1] - 3:16
**Merit** [2] - 45:4, 45:14
**messages** [1] - 19:3
**methodology** [2] - 28:17, 29:17
**MEXICO** [1] - 1:6
**might** [6] - 8:11, 11:23, 20:24, 24:21, 34:7, 43:2
**MILs** [1] - 6:22
**mind** [1] - 8:24
**minimize** [1] - 39:24
**minor** [1] - 37:18
**minutes** [1] - 40:7
**missed** [1] - 43:9
**mitigate** [1] - 39:24
**mitigation** [1] - 43:2
**moderate** [1] - 12:24
**modified** [2] - 37:22, 37:24
**MOEX** [1] - 1:16
**Monday** [3] - 7:15, 13:21, 36:20
**Monday/Wednesday** [1] - 12:12
**moot** [4] - 29:21, 30:4, 30:13, 30:20
**morning** [5] - 7:6, 13:10, 13:22, 13:24, 17:25
**most** [2] - 21:18, 41:18
**motion** [28] - 19:13, 26:18, 26:19, 27:1, 28:14, 29:21, 29:23, 29:24, 30:2, 30:12,

30:16, 30:18, 30:25, 31:1, 31:13, 31:16, 31:20, 31:23, 32:5, 32:8, 33:5, 33:8, 33:10, 33:18, 34:10, 37:23, 37:24
**Motion** [5] - 31:10, 31:14, 33:17, 33:24, 34:10
**MOTION** [6] - 4:21, 5:1, 5:3, 5:5, 5:8, 5:10
**motions** [6] - 6:22, 8:12, 28:6, 28:10, 30:23
**MOTIONS..................**
**...................** [1] - 4:23
**move** [1] - 13:23
**moving** [1] - 12:9
**MR** [65] - 6:18, 6:21, 7:2, 8:17, 9:14, 9:25, 10:5, 10:19, 11:2, 11:11, 11:14, 11:24, 13:2, 13:13, 13:21, 14:2, 16:9, 17:3, 17:5, 17:20, 18:3, 18:23, 19:19, 20:1, 20:6, 20:23, 21:7, 21:9, 21:11, 21:18, 21:23, 22:4, 22:14, 22:19, 24:9, 24:16, 25:3, 25:18, 26:13, 26:17, 26:21, 26:23, 27:3, 27:22, 28:3, 29:18, 29:20, 29:24, 31:22, 32:4, 32:9, 32:15, 32:24, 34:1, 34:6, 34:12, 35:19, 36:3, 38:14, 39:17, 40:3, 41:11, 42:20, 43:12, 43:13
**MS** [48] - 10:13, 12:13, 12:20, 14:5, 14:9, 14:19, 15:1, 15:3, 15:6, 15:16, 17:1, 17:7, 17:10, 21:13, 22:11, 22:23, 23:8, 23:10, 23:19, 24:25, 35:5, 35:9, 36:5, 36:12, 36:24, 37:8, 37:14, 38:3, 38:4, 38:7, 38:11, 38:19, 39:1, 39:8, 39:13, 39:25, 40:9, 40:13, 40:25, 41:9, 41:13, 41:23, 42:4, 42:7, 42:10, 43:4, 43:8, 43:14
**multiple** [1] - 18:15
**must** [1] - 41:4

## N

**N.W** [1] - 2:16
**name** [1] - 15:4
**NATURAL** [1] - 2:4
**nature** [1] - 39:23
**necessarily** [3] - 16:18, 27:22, 38:23
**necessary** [2] - 20:2, 25:7
**need** [13] - 9:8, 13:16, 16:22, 21:14, 22:1, 22:3, 23:6, 23:15, 24:5, 28:19, 29:1, 29:16, 31:5
**needs** [2] - 10:17
**never** [2] - 8:17, 9:8
**NEW** [3] - 1:8, 2:21, 3:17
**new** [1] - 15:3
**next** [8] - 12:19, 13:9, 13:10, 15:13, 24:10, 30:23, 31:14, 39:21
**nice** [1] - 7:1
**night** [2] - 17:13, 22:24
**NO** [1] - 1:7
**nonoperating** [1] - 40:15
**nonviolators** [1] - 38:24
**NORTH** [1] - 2:10
**NOT** [1] - 4:15
**nothing** [2] - 12:17, 43:14
**NOTICE** [1] - 4:21
**notice** [3] - 25:8, 26:19, 27:19
**notify** [1] - 23:17
**number** [7] - 8:19, 9:18, 16:16, 26:20, 28:21, 33:5, 43:7
**Number** [5] - 15:10, 17:18, 19:20, 28:13, 31:14, 34:19, 35:2, 35:6, 40:6
**NUMBER** [1] - 4:22
**numbered** [1] - 45:9
**numbers** [1] - 34:4
**NW** [1] - 3:10

## O

**O'Rourke** [7] - 9:7, 9:13, 11:1, 21:16, 24:18, 29:19, 31:21
**O'ROURKE** [20] - 2:5, 9:14, 11:2, 11:24,

17:3, 21:18, 21:23, 22:4, 26:13, 29:18, 29:20, 29:24, 31:22, 32:4, 32:9, 32:15, 32:24, 34:1, 34:6, 43:13
**object** [3] - 8:6, 26:13, 27:1
**objected** [1] - 37:16
**objecting** [1] - 31:18
**objection** [5] - 13:24, 36:22, 37:1, 37:4, 37:10
**objections** [6] - 13:14, 13:15, 37:10, 37:15, 37:20, 42:16
**obviously** [6] - 8:20, 17:23, 18:25, 25:21, 28:24, 29:4
**occurred** [1] - 17:24
**occurs** [1] - 18:16
**OF** [20] - 1:2, 1:6, 1:11, 1:23, 2:3, 4:6, 4:7, 4:13, 4:14, 4:17, 4:19, 4:21, 4:22, 4:24, 5:6, 5:8, 5:9, 5:12
**offer** [2] - 13:11, 38:1
**offering** [2] - 42:17, 42:22
**OFFICE** [1] - 2:6
**Official** [2] - 45:5, 45:14
**OFFICIAL** [1] - 3:15
**OFFSHORE** [2] - 1:16, 1:17
**OIL** [2] - 1:5, 1:5
**ON** [2] - 1:6, 5:6
**one** [24] - 12:7, 12:10, 13:4, 13:5, 14:12, 16:12, 19:1, 20:23, 20:25, 25:11, 25:22, 26:18, 27:24, 28:1, 31:14, 33:4, 34:12, 37:5, 37:18, 39:22, 40:3, 40:23, 41:2, 42:24
**ONE** [1] - 2:20
**one-day** [2] - 12:10, 13:5
**ones** [1] - 29:20
**OPA** [1] - 16:21
**OPEN** [1] - 6:3
**open** [3] - 15:22, 16:5, 34:13
**OPENING** [2] - 4:6, 4:9
**opening** [5] - 8:25, 9:3, 10:10, 25:17, 26:7
**oppose** [1] - 17:4
**opposing** [1] - 31:18
**opposite** [1] - 21:3
**opposition** [2] - 31:19, 31:20
**oral** [1] - 8:10
**order** [14] - 6:17, 18:1, 19:22, 23:15, 23:18, 23:25, 24:4, 24:6, 24:12, 29:7, 30:8, 33:17, 36:13, 36:21
**ordinarily** [2] - 26:5, 26:6
**organize** [1] - 30:11
**organizing** [1] - 25:23
**ORLEANS** [3] - 1:8, 2:21, 3:17
**OTHER** [2] - 5:6, 5:9
**otherwise** [1] - 8:7
**ought** [2] - 13:4, 26:1
**ourselves** [1] - 24:2
**overflow** [1] - 25:11
**overlap** [1] - 10:1
**own** [1] - 25:18

## P

**P.L.C** [1] - 2:10
**p.m** [1] - 43:19
**P.M** [1] - 1:8
**package** [1] - 27:25
**page** [7] - 9:17, 17:25, 18:5, 18:10, 18:11, 18:17, 18:19
**PAGE** [1] - 4:2
**pages** [20] - 8:19, 9:8, 9:18, 10:10, 10:22, 10:23, 11:8, 11:12, 18:1, 18:5, 18:7, 18:12, 18:13, 18:19, 18:22, 19:4
**PAGES** [4] - 4:9, 4:11, 4:12
**paid** [3] - 38:16, 38:20, 38:23
**paralegal** [2] - 14:21, 14:25
**parent** [1] - 31:25
**part** [2] - 41:17, 42:25
**particular** [2] - 6:16, 35:17
**parties** [12] - 6:15, 8:18, 15:14, 17:25, 18:10, 20:24, 20:25, 23:17, 25:16, 28:16, 39:18, 43:5
**PARTIES**........................................ [1] - 4:16
**party** [3] - 18:17, 19:21, 21:4
**PARTY** [1] - 4:18
**passed** [1] - 33:13
**past** [4] - 14:15, 23:14, 27:6, 41:15
**pattern** [1] - 27:8
**pay** [2] - 38:19, 38:24
**payment** [1] - 39:4
**penalties** [5] - 26:21, 27:9, 27:13, 28:18, 38:16
**PENALTY** [5] - 1:23, 4:22, 4:25, 5:6, 5:12
**penalty** [16] - 26:22, 27:4, 27:5, 28:11, 28:15, 28:23, 29:15, 30:9, 30:25, 31:2, 31:12, 34:21, 35:17, 38:8, 38:21, 40:6
**PENALTY**........................... [1] - 5:4
**PENALTY**............................ [1] - 5:2
**pending** [4] - 6:22, 8:12, 28:6, 28:10
**PENDING** [1] - 4:23
**people** [7] - 20:12, 20:15, 21:5, 21:16, 22:7, 38:23, 41:25
**PEPPER** [1] - 3:15
**Pepper** [3] - 45:3, 45:12, 45:13
**PER** [1] - 5:4
**per** [3] - 7:22, 7:23, 31:2
**PER-BARREL** [1] - 5:4
**per-barrel** [1] - 31:2
**perfect** [1] - 12:16
**perhaps** [1] - 16:12
**peril** [1] - 25:19
**persons** [1] - 38:20
**perspective** [4] - 6:18, 23:14, 24:16, 26:10
**pertain** [1] - 28:10
**PETROLEUM** [2] - 1:15, 3:3
**PHASE** [2] - 1:23, 4:13
**phase** [5] - 11:16, 11:17, 28:11, 30:9, 30:17
**PHASE**......... [1] - 4:14
**phases** [1] - 13:4
**piece** [1] - 32:9
**piercing** [2] - 32:11, 32:13
**pillar** [1] - 15:6
**place** [3] - 19:10, 25:22, 28:1
**placed** [1] - 35:11
**places** [1] - 35:20
**plaintiff** [1] - 28:25
**Plaintiff** [1] - 14:15
**plan** [3] - 7:12, 7:20, 41:8
**planned** [1] - 24:21
**planning** [4] - 8:10, 9:23, 40:17, 41:14
**plea** [5] - 33:20, 33:22, 33:25, 39:18
**plus** [2] - 16:12, 18:12
**point** [5] - 16:11, 19:1, 31:22, 35:25, 36:2
**points** [1] - 28:21
**policy** [1] - 12:20
**position** [5] - 13:3, 33:15, 35:8, 35:9, 42:9
**positive** [1] - 42:23
**possibility** [1] - 8:25
**possible** [2] - 17:15, 24:25
**POST** [1] - 2:6
**posted** [2] - 13:19, 15:22
**posting** [2] - 14:16, 15:6
**posttrial** [2] - 8:14, 27:16
**POSTTRIAL** [1] - 4:5
**POYDRAS** [2] - 2:20, 3:16
**preclude** [3] - 26:2, 26:11, 26:14
**preparation** [1] - 30:8
**prepare** [2] - 19:25, 24:7
**prepared** [1] - 26:1
**PRESENT** [1] - 3:12
**present** [2] - 6:9, 43:1
**presentment** [2] - 16:16, 16:21
**PRETRIAL** [1] - 1:23
**pretty** [6] - 7:4, 8:9, 13:3, 20:18, 26:9, 34:8
**previous** [1] - 26:20
**PREVIOUS** [1] - 4:22
**previously** [1] - 9:21
**primary** [1] - 26:7
**principle** [1] - 25:23
**PRIOR** [2] - 4:13, 5:11
**problem** [3] - 11:1, 14:11, 18:9
**procedure** [1] - 16:6
**PROCEDURES** [1] - 4:13
**procedures** [2] - 11:16, 15:11
**proceed** [1] - 25:18
**proceeding** [1] - 16:23
**PROCEEDINGS** [3] - 1:23, 3:19, 6:1
**proceedings** [4] - 27:9, 27:13, 43:19, 45:9
**process** [1] - 14:21
**produce** [3] - 10:6, 29:6
**PRODUCED** [1] - 3:19
**PRODUCTION** [4] - 1:14, 1:15, 2:9, 2:9
**profit** [3] - 41:17, 41:22, 42:1
**prong** [1] - 32:2
**PROOF** [1] - 4:24
**proof** [8] - 28:15, 28:17, 28:20, 28:25, 29:2, 29:7, 29:17, 30:3
**proportion** [1] - 10:21
**propose** [1] - 16:25
**proposed** [5] - 10:3, 10:15, 11:4, 15:10, 35:13
**proposes** [1] - 40:11
**provide** [1] - 22:24
**provided** [2] - 22:21, 36:20
**providing** [1] - 22:20
**PSC** [3] - 14:20, 22:7
**public** [7] - 12:21, 16:20, 20:11, 21:7, 27:23, 27:24
**purpose** [1] - 26:7
**purposes** [2] - 32:10, 32:11
**put** [9] - 19:3, 21:20, 24:13, 25:22, 28:9, 29:13, 33:10, 36:10, 37:1

## Q

**QBE** [1] - 1:19
**questions** [4] - 6:24, 8:8, 11:22, 15:9
**quickly** [1] - 20:18
**quite** [4] - 7:8, 12:24, 14:5, 16:19

## R

**rail** [1] - 20:5
**raise** [1] - 6:25
**raised** [3] - 12:7, 36:14, 40:20

**rather** [1] - 16:14
**RE** [1] - 1:5
**reached** [1] - 8:17
**read** [2] - 18:21, 32:14
**ready** [1] - 25:7
**really** [10] - 9:9, 16:13, 18:14, 21:16, 26:3, 26:25, 29:5, 29:22, 30:15, 31:18
**REALTIME** [1] - 3:15
**Realtime** [2] - 45:3, 45:13
**reason** [4] - 11:19, 11:23, 12:21, 15:3
**reasonable** [2] - 9:12, 9:15
**rebuttal** [3] - 29:10, 38:15, 41:7
**received** [1] - 22:23
**recognition** [1] - 35:15
**Record** [8] - 19:22, 30:7, 30:19, 31:1, 31:3, 31:13, 33:7, 33:11
**record** [6] - 27:17, 35:11, 35:19, 35:20, 37:1, 45:8
**RECORDED** [1] - 3:19
**recreation** [1] - 42:5
**redacted** [2] - 16:25, 36:15
**reference** [1] - 24:14
**referencing** [1] - 42:11
**REGAN** [4] - 2:11, 17:20, 18:3, 19:19
**Regan** [1] - 19:17
**REGARDING** [3] - 4:24, 5:1, 5:5
**regarding** [9] - 28:6, 28:15, 30:8, 30:25, 31:11, 33:17, 36:11, 40:16, 41:10
**regardless** [1] - 31:20
**Regina** [2] - 15:5, 15:6
**Registered** [1] - 45:3
**REGISTERED** [1] - 3:16
**registered** [1] - 45:14
**related** [4] - 31:1, 32:21, 39:11, 43:2
**RELATES** [1] - 1:10
**relating** [1] - 33:10
**RELATING** [1] - 5:10
**relatively** [1] - 7:2
**relevance** [3] - 27:2, 33:1, 34:5
**relevant** [8] - 31:24, 32:1, 32:22, 33:1,

38:24, 41:1, 41:2, 41:24
**remaining** [2] - 15:13, 15:25
**REMAINING** [1] - 4:15
**remember** [2] - 12:5, 16:16
**remind** [3] - 12:4, 13:6, 13:20
**reopen** [1] - 37:21
**reply** [5] - 9:4, 11:6, 11:7
**REPLY** [2] - 4:8, 4:11
**report** [8] - 16:12, 16:13, 18:6, 19:7, 30:4, 36:15, 36:16, 37:23
**reported** [1] - 27:21
**REPORTER** [4] - 3:15, 3:15, 3:16, 23:4
**reporter** [2] - 6:9, 23:1
**Reporter** [8] - 27:23, 45:3, 45:4, 45:5, 45:13, 45:14, 45:14
**REPORTER'S** [1] - 45:1
**reporters** [3] - 8:2, 22:22, 23:6
**REPORTERS.............**
**........................** [1] - 4:20
**reports** [7] - 15:18, 17:19, 19:7, 19:15, 19:18, 23:6, 33:18
**REPORTS.............** [1] - 4:17
**representatives** [2] - 21:4, 21:13
**reprieve** [1] - 20:1
**request** [1] - 27:19
**requested** [2] - 37:23, 37:24
**require** [2] - 35:1, 40:11
**reserve** [3] - 16:18, 20:20, 35:24
**reserved** [1] - 21:11
**reserving** [2] - 40:25, 41:3
**resolve** [3] - 12:14, 16:1, 23:5
**RESOLVED** [1] - 4:15
**resolved** [1] - 15:14
**RESOURCES** [1] - 2:4
**respect** [5] - 8:18, 16:13, 16:21, 39:13, 39:14
**respectful** [1] - 16:15
**respond** [1] - 35:18
**responding** [1] -

30:16
**response** [5] - 22:24, 30:8, 40:17, 43:1
**responsibility** [2] - 19:12, 22:15
**result** [1] - 36:21
**revealed** [1] - 15:22
**review** [1] - 17:15
**reviewing** [1] - 36:25
**rig** [1] - 42:6
**RIG** [1] - 1:5
**rights** [1] - 16:19
**RMR** [2] - 3:15, 45:13
**ROBERT** [1] - 2:15
**room** [5] - 6:11, 22:6, 22:12, 22:13, 25:11
**ROOM** [1] - 3:16
**rough** [1] - 12:2
**row** [2] - 20:25, 21:6
**rows** [1] - 20:20
**rule** [1] - 19:25
**rules** [2] - 11:25, 22:17
**ruling** [2] - 33:16, 34:15
**run** [1] - 7:13
**running** [1] - 8:3

# S

**s/Cathy** [1] - 45:12
**SALLY** [1] - 3:12
**SALMONS** [1] - 3:9
**SARAH** [1] - 2:5
**Sarah's** [1] - 13:3
**saw** [2] - 24:2, 31:5
**schedule** [10] - 7:12, 8:14, 9:11, 9:14, 9:15, 12:10, 12:12, 14:6, 15:19, 17:11
**SCHEDULE.............**
**..........** [1] - 4:5
**SCHEDULE.............**
**........................** [1] -
4:4
**scheduled** [2] - 9:3, 12:15
**seal** [1] - 16:6
**seat** [1] - 22:8
**seating** [5] - 19:21, 19:25, 20:2, 20:11, 21:8
**SEATING** [1] - 4:18
**seats** [7] - 6:8, 20:4, 20:13, 21:12, 21:14, 21:24, 22:1
**second** [2] - 29:10, 30:2
**secrets** [1] - 15:21

**SECTION** [1] - 2:4
**see** [9] - 6:20, 11:15, 16:22, 24:17, 24:19, 26:11, 31:5, 34:19, 35:13
**seek** [1] - 18:10
**seeking** [1] - 33:21
**seem** [1] - 12:19
**semantics** [1] - 32:3
**send** [2] - 16:1, 23:2
**sense** [4] - 11:18, 19:24, 20:14, 25:6
**sensible** [1] - 10:2
**sent** [1] - 8:15
**separate** [3] - 9:23, 10:2, 10:16
**seriousness** [1] - 35:2
**serve** [1] - 36:16
**served** [1] - 17:20
**set** [10] - 10:6, 14:17, 18:17, 20:25, 22:10, 24:9, 27:9, 27:13, 32:23
**sets** [1] - 18:9
**setting** [2] - 27:5, 32:22
**settled** [1] - 27:13
**settlements** [1] - 27:8
**seven** [4] - 7:22, 40:12, 40:23, 41:19
**several** [4] - 18:7, 28:12, 34:9
**SHELL** [1] - 2:20
**short** [1] - 10:16
**shorter** [1] - 9:15
**shortly** [2] - 23:1, 36:16
**show** [1] - 32:7
**SHUSHAN** [12] - 3:12, 7:7, 12:9, 12:16, 14:14, 14:25, 25:12, 25:14, 28:8, 30:12, 34:17, 43:16
**Shushan** [17] - 12:8, 12:24, 14:13, 16:1, 16:15, 19:23, 20:24, 25:10, 25:16, 25:19, 28:6, 28:9, 29:25, 30:24, 33:13, 34:9, 43:15
**side** [11] - 7:24, 8:4, 9:18, 19:9, 20:8, 20:21, 21:3, 22:9, 25:20, 26:16, 36:2
**signed** [1] - 6:12
**sister** [1] - 7:9
**sit** [2] - 20:22, 22:6
**site** [1] - 12:11
**six** [2] - 34:2, 34:7
**skip** [1] - 19:20

**small** [1] - 16:11
**smoothly** [2] - 8:9, 12:1
**sneak** [1] - 18:19
**SO** [1] - 4:19
**so-called** [2] - 28:17, 28:18
**sole** [2] - 32:18
**solution** [1] - 18:22
**solves** [1] - 14:11
**someday** [1] - 16:22
**someone** [3] - 13:16, 14:17, 43:10
**sometimes** [2] -
13:14, 13:16
**somewhat** [1] - 6:8
**sorry** [2] - 41:12, 41:13
**sort** [7] - 21:19, 25:22, 29:13, 30:21, 39:10, 40:7, 41:7
**sought** [1] - 27:11
**SOUTH** [1] - 3:6
**SPEAKER** [1] - 15:5
**speaking** [3] - 8:4, 8:5, 28:24
**specific** [1] - 42:10
**specifically** [1] - 38:19
**SPILL** [1] - 1:5
**SQUARE** [1] - 2:20
**squeezed** [1] - 6:10
**staff** [2] - 20:12, 22:6
**stage** [1] - 30:1
**stand** [1] - 39:12
**standpoint** [1] - 24:5
**start** [5] - 7:13, 7:16, 12:2, 20:17, 20:19
**state** [1] - 22:7
**State** [3] - 16:16, 16:19, 45:4
**statement** [1] - 31:19
**statements** [4] -
25:17, 26:7, 33:25, 39:18
**STATES** [4] - 1:1, 1:11, 1:24, 2:3
**States** [8] - 10:21, 16:24, 17:2, 20:7, 30:8, 39:25, 45:5, 45:15
**States'** [2] - 28:14, 35:15
**STATES'** [1] - 4:24
**STATUS** [2] - 4:17, 5:12
**status** [4] - 17:18, 34:20, 34:25, 40:15
**statute** [1] - 28:21
**statutory** [2] - 27:10, 27:14

**stay** [2] - 13:4, 16:25
**Steering** [1] - 14:16
**STENOGRAPHY** [1] - 3:19
**Stephanie** [3] - 30:19, 33:4, 34:11
**STEVEN** [1] - 2:5
**still** [3] - 17:13, 28:10, 41:14
**stipulation** [4] - 35:1, 38:11, 39:3, 39:14
**stipulation** [1] - 34:22
**STIPULATION).** [1] - 5:13
**stipulations** [1] - 38:9
**story** [1] - 43:2
**STREET** [4] - 2:16, 2:20, 3:10, 3:16
**Strike** [1] - 33:17
**strikes** [1] - 9:11
**structured** [2] - 29:8, 32:5
**studied** [1] - 17:23
**stuff** [4] - 8:6, 18:11, 20:16, 22:18
**styled** [3] - 28:14, 29:24, 30:7
**subject** [3] - 8:20, 34:21, 40:20
**SUBJECT** [1] - 5:13
**submit** [7] - 9:23, 10:17, 10:18, 29:10, 37:5, 39:15, 40:12
**submitted** [2] - 34:20, 39:19
**subsidiaries** [1] - 32:21
**substantial** [2] - 36:25, 39:22
**success** [1] - 39:23
**sufficient** [1] - 18:18
**suggest** [3] - 9:19, 9:21, 11:6
**SUITE** [2] - 2:21, 3:6
**super** [1] - 15:21
**supplemental** [2] - 18:6, 36:18
**support** [3] - 19:8, 21:19, 29:21
**supports** [1] - 35:11
**supposed** [1] - 21:20
**surely** [1] - 7:11
**surmise** [1] - 39:21
**suspect** [1] - 35:3
**sync** [1] - 12:3
**SYNDICATE** [1] - 1:19

**T**

**table** [2] - 21:23, 22:6
**tables** [1] - 22:10
**TAKE** [1] - 4:21
**tally** [1] - 8:3
**team** [1] - 18:23
**tech** [1] - 22:10
**technical/paralegal** [1] - 21:19
**technological** [1] - 42:25
**technology** [1] - 40:17
**TERMS** [1] - 4:19
**terms** [9] - 8:24, 13:18, 20:4, 21:4, 22:21, 24:7, 28:20, 29:7, 42:23
**testifies** [1] - 13:21
**testify** [2] - 16:5, 23:7
**testifying** [1] - 34:14
**testimony** [5] - 13:8, 31:24, 38:9, 40:8, 40:21
**THE** [116] - 1:5, 1:6, 1:23, 2:3, 4:9, 4:16, 4:18, 4:19, 5:3, 5:6, 6:6, 6:8, 6:20, 6:23, 7:3, 7:8, 9:11, 9:19, 10:3, 10:9, 10:14, 10:25, 11:3, 11:13, 11:15, 12:1, 12:17, 13:1, 13:6, 13:14, 14:1, 14:4, 14:7, 14:10, 14:15, 14:24, 15:2, 15:8, 16:8, 17:6, 17:9, 17:17, 17:22, 18:5, 19:16, 19:20, 20:4, 20:14, 21:2, 21:10, 21:15, 21:21, 22:1, 22:9, 22:12, 22:17, 22:20, 23:2, 23:5, 23:9, 23:13, 24:5, 24:15, 24:23, 25:9, 25:13, 25:15, 26:2, 26:14, 26:18, 26:22, 26:24, 27:20, 28:2, 28:4, 28:9, 29:19, 29:23, 30:6, 30:14, 32:3, 32:5, 32:13, 32:16, 32:25, 34:4, 34:7, 34:18, 35:6, 35:18, 36:1, 36:4, 36:6, 37:6, 37:12, 37:25, 38:6, 38:8, 38:13, 38:15, 39:6, 39:9, 39:20, 40:5, 40:10, 40:22, 41:7, 41:21,
42:2, 42:5, 42:8, 42:18, 43:6, 43:9, 43:15, 43:17
**thereabouts** [1] - 9:1
**therefore** [2] - 16:24, 17:13
**they've** [1] - 15:24
**thick** [1] - 34:9
**thinking** [1] - 24:23
**thinks** [2] - 26:1, 38:1
**third** [2] - 25:12, 25:13
**THIS** [2] - 1:10, 4:14
**THOMAS** [1] - 3:9
**three** [2] - 7:21, 24:24
**Thursday** [1] - 24:17
**timing** [4] - 8:19, 8:24, 9:6, 24:9
**TO** [11] - 1:10, 4:11, 4:14, 4:19, 4:21, 5:3, 5:5, 5:8, 5:10, 5:13
**today** [3] - 8:23, 15:11, 15:19
**together** [2] - 27:24, 28:9, 33:10
**tomorrow** [4] - 7:5, 12:15, 12:24, 43:16
**tonight** [1] - 22:25
**top** [1] - 28:18
**total** [1] - 7:23
**toward** [1] - 41:16
**TRANSCRIPT** [2] - 1:23, 3:19
**transcript** [1] - 45:7
**TRANSOCEAN** [3] - 1:17, 1:17, 1:18
**trial** [23] - 7:12, 7:13, 7:21, 7:23, 8:25, 11:16, 11:20, 12:2, 15:11, 20:15, 23:18, 23:22, 23:23, 24:11, 25:23, 29:8, 31:6, 31:7, 31:9, 33:3, 35:13, 36:9, 37:25
**TRIAL** [2] - 4:4, 4:13
**trials** [3] - 23:14, 26:5, 26:6
**TRITON** [1] - 1:16
**true** [2] - 41:18, 45:7
**try** [5] - 10:6, 18:19, 25:3, 32:7, 41:25
**trying** [5] - 16:14, 16:21, 17:14, 30:10, 41:11
**Tuesday** [2] - 13:22, 13:24
**tuned** [1] - 16:25
**two** [14] - 7:13, 11:21, 13:4, 15:23, 16:12, 18:1, 18:5, 18:22, 19:4, 20:20, 23:14,
30:23, 31:4, 36:14
**two-page** [1] - 18:5
**type** [1] - 22:16

**U**

**U.S** [5] - 2:3, 4:10, 10:10, 17:12, 33:19
**ultimately** [1] - 27:5
**unclear** [1] - 35:8
**under** [5] - 21:24, 23:20, 31:23, 32:2, 41:4
**understood** [1] - 18:25
**UNDERWRITING** [1] - 1:19
**UNIDENTIFIED** [1] - 15:5
**United** [10] - 10:21, 16:24, 17:2, 20:7, 28:14, 30:8, 35:15, 39:25, 45:5, 45:15
**UNITED** [5] - 1:1, 1:11, 1:24, 2:3, 4:24
**universal** [1] - 9:9
**unless** [2] - 11:18, 37:5
**unnecessary** [1] - 30:20
**up** [16] - 7:5, 8:4, 12:7, 12:11, 13:11, 14:17, 20:13, 20:22, 22:10, 23:11, 23:16, 24:9, 28:5, 28:18
**up-to-date** [1] - 23:11
**UPDATED** [1] - 4:17
**updated** [1] - 17:18
**USA** [3] - 7:24, 11:9, 28:13
**USA.................** [1] - 4:12
**usual** [1] - 20:17
**Uyl** [1] - 18:2
**UYL/RATNER** [1] - 4:17
**Uyl/Ratner** [1] - 17:19

**V**

**value** [2] - 26:11, 27:6
**various** [3] - 13:9, 18:10
**veil** [2] - 32:11, 32:13
**versions** [1] - 23:12
**view** [1] - 13:2
**viewing** [1] - 29:12
**views** [1] - 28:16

**violated** [1] - 17:25
**violation** [1] - 35:2
**violations** [3] - 35:3, 39:10, 39:12
**violator** [5] - 35:7, 35:21, 39:2, 39:24, 40:7
**violators** [1] - 38:24
**VOICES** [2] - 6:7, 10:12
**voluminous** [1] - 34:8

**W**

**wait** [3] - 8:22, 13:16, 38:7
**wall** [1] - 22:1
**Walter** [1] - 33:18
**wants** [3] - 8:21, 29:6, 37:5
**WASHINGTON** [3] - 2:6, 2:17, 3:10
**waste** [1] - 26:10
**WATER** [3] - 5:2, 5:3, 5:6
**Water** [5] - 27:7, 29:1, 30:25, 31:2, 31:11
**ways** [1] - 18:10
**weather** [2] - 7:4, 7:10
**website** [6] - 13:25, 14:16, 14:18, 14:22, 15:22, 27:25
**WEDNESDAY** [2] - 1:8, 6:2
**Wednesday** [4] - 13:25, 23:23, 23:25, 24:10
**week** [6] - 7:14, 7:15, 17:11, 23:18, 24:10, 24:11
**weeks** [1] - 7:21
**WHEREUPON** [1] - 43:19
**wherewithal** [1] - 32:20
**Wilson** [2] - 34:14, 34:15
**wiped** [1] - 15:4
**withdraw** [1] - 37:21
**withdrawal** [2] - 36:17, 36:23
**withdrawing** [1] - 36:21
**withdrawn** [1] - 37:7
**withdrew** [1] - 37:17
**witness** [5] - 13:21, 16:5, 25:8, 34:13, 40:1
**witness'** [2] - 13:8,

13:12
**witnesses** [12] -
23:16, 23:18, 23:22,
23:24, 24:3, 24:11,
24:13, 24:20, 24:24,
25:5, 39:16, 40:3
**wondered** [1] - 23:24
**words** [2] - 10:22,
37:9
**works** [2] - 6:19, 8:7
**worry** [1] - 14:12
**WOULD** [2] - 4:7, 4:8

### Y

**year** [1] - 15:3
**yesterday** [1] - 17:21

### "

**"MIKE"** [1] - 2:15