UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the foregoing Motion to Withdraw as Counsel, filed on behalf of Glen J. Lerner;

**IT IS ORDERED** that Amit Priyavadan Mehta be withdrawn as attorney for Glen J. Lerner in this case.  William W. Taylor, III, of Zuckerman Spaeder LLP, and Pauline Hardin of Jones Walker LLP, will contiue to represent Mr. Lerner in the Show Cause proceedings.

New Orleans, Louisiana this 12th day of January, 2015.

_____
United States District Judge