UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179<br><br>JUDGE BARBIER |
| Applies to:<br>12-CV-968: BELO | MAGISTRATE JUDGE WILKINSON |

## ORDER

Counsel are hereby prohibited from sending me unsolicited emails, letters or other communications of any kind. Requests for action by the court must be made by motion, in accordance with all applicable rules.

New Orleans, Louisiana, this <u>12th</u> day of January, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE