UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG     * | | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the  * | | |
|     GULF OF MEXICO, on                  * | | SECTION J |
|     APRIL 20, 2010                              * | | |
|                                                             * | | JUDGE BARBIER |
| **THIS DOCUMENT APPLIES TO:**     * | | |
| No. 12-311, Cameron Int'l Corp. v.     * | | MAG. JUDGE SUSHAN |
| Liberty Ins. Underwriters, Inc., a/k/a  * | | |
| Liberty Int'l Underwriters                   * | | |

## DEFENDANT LIBERTY INSURANCE UNDERWRITERS, INC.'S NOTICE OF APPEAL

Notice is hereby given that Liberty Insurance Underwriters, Inc. (LIU), the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the First Amended Judgment entered on December 15, 2014 (Rec. Doc. 13868), as well as the related Order and Reasons, and Judgment, both entered on October 31, 2014 (Rec. Doc. 13583 and 13588), granting in part Cameron International Corporation's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity and Defense Expenses (Rec. Doc. 12440) and denying LIU's Motion for Partial Summary Judgment Concerning Cameron's Forfeiture of Coverage (Rec. Doc. 12580), and the Order entered on September 19, 2014 (Rec. Doc. 13413) denying LIU's Motion for Leave to File Supplemental Memorandum; the Order and Reasons entered on August 16, 2012 (Rec. Doc. 7129); the August 7, 2013 Order affirming the Magistrate Judge's Order of July 22, 2013 and denying LIU's appeal (Rec. Doc. 10951) and the related orders and rulings (a) the July 1, 2013 Order on LIU's Motion to Compel Discovery (Rec. Doc. 10559), (b) the July 22, 2013 Order granting in part and denying in part LIU's Motion to Compel Discovery (Rec. Doc. 10808), and (c) the August 15, 2013 Order

1

denying LIU's Motion to Compel (Rec. Doc. 11023); and any and all other rulings, orders, or actions of this Court entered or taken in connection with the Orders identified above.

    Respectfully submitted,

    */s/ Judy Y. Barrasso*
    Judy Y. Barrasso
    Federal I.D. 2814
    Celeste Coco-Ewing, 25002
    BARRASSO USDIN KUPPERMAN
      FREEMAN & SARVER, L.L.C.
    909 Poydras Street, 24th Floor
    New Orleans, Louisiana 70112
    504.589.9700 (Telephone)
    504.589.9701 (Facsimile)

    And

    Christopher W. Martin
    Federal I.D. 13515
    Robert G. Dees
    Federal I.D. 13899
    MARTIN, DISIERE, JEFFERSON
    & WISDOM, L.L.P.
    808 Travis Street, 20th Floor
    Houston, Texas 77002
    713-632-1700 (Telephone)
    713-222-0101 (Facsimile)

    **Attorneys for Liberty Insurance Underwriters, Inc.**

1033717_1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of January, 2015.

			*/s/ Judy Y. Barrasso*