UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>   **"Deepwater Horizon" in the Gulf**<br>   **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to: 10-4536** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

### ORDER

**[Regarding BPXP's Motion to strike the United States'
Untimely Supplements to the Expert Reports of Dr. Stanley
Rice, Captain Mark Vanhaverbeke and Ian Ratner (Rec. doc.
13948)]**

On December 24, 2014, BPXP filed this motion seeking to strike the U.S.'s supplements to the expert reports of three experts (referred to as the "experts") filed as part of the errata sheets to their deposition transcripts.  BPXP complains that more than 2 months after the last round of expert reports were served and more than 1 month after completion of all expert depositions, the U.S. should not be able to supplement the expert reports through the filing of errata sheets.  See the U.S.'s errata sheets for the experts, rec. doc. 13489.  The changes effected by the errata sheets contain new calculations, deletion of deposition testimony, and revised or new appendices to the expert's reports.

BPXP points out that these material changes to the expert's opinions should have been disclosed prior to their deposition testimony so that BPXP could have had the opportunity to cross-examine them regarding the changes and/or new opinions.  The U.S. contends that the supplements and corrections are nothing more than supplemental Rule 26 disclosures and there is no prejudice to BPXP.  Rec. doc. 14003.

Because of the lack of time prior to the commencement of the trial on January 20, 2015, the Court's ruling is as follows:

1.   Expert Reports and Appendices

The original expert reports shall remain unchanged and may be offered at trial as the parties deem fit.  The U.S. may use the revised or supplemental reports and appendices but should clearly indicate that the material being used is "revised."  All may be introduced into evidence as the Court deems necessary.

2.   Errata Sheets

The errata sheets may be appended to the expert's deposition transcripts and the sheets must be signed by each expert.  BPXP will be allowed to question the experts regarding their original deposition testimony and their original expert reports and appendices and will be allowed up to 30 extra minutes, if needed, for the examination of the three experts at issue.

IT IS ORDERED that BPXP's Motion to Strike the United States' Untimely Supplements to the Expert Reports of Dr. Stanley Rice, Captain Mark Vanhaverbeke and Ian Ratner (Rec. doc. 13948) is GRANTED IN PART and DENIED IN PART in accord with this order.

New Orleans, Louisiana, this 13th day of January, 2015.

**CARL J. BARBIER**
**United States District Judge**