UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIS KEYES, EXECUTOR FOR THE ESTATE OF CHRISTINE C. KEYES, | ) ) MDL No. 2179 |
| Plaintiff, | ) ) Civil Action No. 2:14-cv-2211 |
| versus | ) ) Section J - Judge Carl Barbier |
| BP | ) ) Magistrate Judge Sally Shushan |
| Defendant. | ) ) |

### DECLARATION OF JOSEPH L. BRUEMMER

I, Joseph L. Bruemmer, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. This declaration is based on my personal knowledge, information, and belief.

2. I am currently employed as Associate General Counsel and Compliance Officer for the Garretson Resolution Group ("GRG"), 6281 Tri-Ridge Boulevard, Suite 300, Loveland, Ohio 45140.

3. GRG is the Claims Administrator for the Medical Benefits Class Action Settlement Agreement.

4. On October 3, 2014, GRG was served a copy of the summons and complaint in this action at its offices located at 935 Gravier Street, Suite 1400, New Orleans, Louisiana 70112.

5. GRG is not an agent of Defendant BP and is not authorized to accept service of process on its behalf.



EXHIBIT A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13 day of January, 2015.

/s/ *Joseph L. Bruemmer*
Joseph L. Bruemmer
Associate General Counsel & Compliance Officer
Garretson Resolution Group
6281 Tri-Ridge Boulevard, Suite 300
Loveland, Ohio 45140
(513) 601-8121
jbruemmer@garretsongroup.com