IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-31299
_____

IN RE: DEEPWATER HORIZON

-------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

   Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

   Defendants - Appellants
_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R:

  IT IS ORDERED that appellants' unopposed motion to view sealed documents is GRANTED.

        /s/ Lyle W. Cayce
        LYLE W. CAYCE
        CLERK OF COURT
    ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 19, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31299    In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Connie Brown, Deputy Clerk
                                  504-310-7671

Mr. William W. Blevins
Ms. Maggie Anne Broussard
Mr. George Howard Brown
Mr. Jeffrey Bossert Clark Sr.
Mr. Kevin Michael Downey
Mr. Dominic E. Draye
Mr. Miguel Angel Estrada
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. John M. Landis
Mr. Scott Payne Martin
Mr. Theodore B. Olson
Mr. Bryan Charles Reuter
Mr. William Michael Ross
Mr. James Parkerson Roy
Mr. Richard C. Stanley
Mr. Phillip A. Wittmann

P.S. to Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials is for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.