IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-31165
_____

IN RE: DEEPWATER HORIZON

_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

      Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants – Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

    IT IS ORDERED that appellants' unopposed motion to permit all parties' counsel of record to view all sealed record documents is GRANTED.

    /s/ James E. Graves, Jr.
_____
JAMES E. GRAVES, JR.
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 02, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31165    In re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Cindy M. Broadhead, Deputy Clerk
                                      504-310-7707

Mr. William W. Blevins
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Miguel Angel Estrada
Mr. Soren E. Gisleson
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. Scott Payne Martin
Mr. Theodore B. Olson
Mr. James Parkerson Roy

P.S. to Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials is for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.