UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>   **"Deepwater Horizon" in the Gulf**<br>   **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to: 10-4536** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Regarding U.S.' request to exclude alleged late produced BPXP exhibits]**

On January 11, 2015, the U.S. wrote to BPXP regarding what it described as late produced exhibits. On January 14, 2015, BPXP replied. The Court was copied on the correspondence. The U.S. contends that BPXP added 308 documents to its December 12, 2014 final exhibit lists that were never produced in discovery.

1. Publicly Available Documents.

The U.S. and BPXP are not opposed to the addition of publicly available documents in the December 12, 2014 final exhibit lists. BPXP contends that some of the 308 documents are publicly available. The U.S. seeks confirmation. For all publicly available documents added to the December 12, 2014 final exhibit lists which were not identified in the September 2014 good faith exhibit lists, the parties shall identify the source of the documents by URL. This shall be done as urgently as possible. The trial starts on January 20. By **noon on Friday, January 16**, both parties shall report when they will complete the identification of the sources of publicly available documents.

2. Cost Information Documents.

BPXP reports that 250 of the 308 documents are Cost Information documents. After consideration of BPXP's explanation for the production of the Cost Information documents, the

Court determines that the production was timely. They will be admitted subject to other objections.

3. Cross-Referencing.

BPXP reports that documents on the U.S. list of alleged late produced documents (Exhibit D to January 11 letter) are available to the U.S. in some form. BPXP illustrates this with a TREX-247395 (a photograph) which was previously produced as HCE243-000604. As urgently as possible, BPXP shall provide this cross-referencing information to U.S. for all documents on Exhibit D other than the publicly available documents and the Cost Information documents. By **noon on Friday, January 16**, BPXP shall report when this will be complete.

4. January 3 Exhibit List Amendment.

BPXP's explanation for this amendment is satisfactory.

New Orleans, Louisiana, this 15th day of January, 2015.

_____
**SALLY SHUSHAN
United States Magistrate Judge**