UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases, including 10-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Cameron's Motion to be relieved from Preservation Obligations (Rec. doc. 13964)]**

On January 2, 2015, Cameron International Corporation ("Cameron"), filed a motion to be relieved from preservation obligations. It seeks an order relieving it from any and all document, electronic file, and evidence preservation obligations in MDL No. 2179 (and all cases therein, including No. 10-2771). The motion was set for submission on Thursday, January 15, 2015. The deadline for any opposition was close of business on Wednesday, January 14, 2015. Rec. doc. 13966. No opposition was received. The motion is deemed unopposed, and it has merit.

IT IS ORDERED that Cameron's motion to be relieved from preservation obligations, including any and all document, electronic file, and evidence preservation obligations in MDL No. 2179 (and all cases therein, including No. 10-2771) (Rec. doc. 13964) is GRANTED.

New Orleans, Louisiana, this 15th day of January, 2015.

_____
SALLY SHUSHAN
United States Magistrate Judge