# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: *13-997 and 10-8888* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel who respectfully moves this Honorable Court pursuant to Local Rule 83.2.11 for an order withdrawing Baron & Budd, P.C. as counsel of record for the Plaintiff/Claimant listed below:

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder |
|---|---|---|
| George Joseph Danos | P.O. Box 434 Grand Isle, LA 70358 | 120629 |

In support thereof, Movants would show:

1. The above-named Plaintiff/Claimant retained the law firm of Baron & Budd, P.C. to serve as counsel with regards to any and all claims the Plaintiff/Claimant had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or about September 26, 2012, the undersigned filed a Short Form Joinder on behalf of the Plaintiff/Claimant.

3. On or about November 17, 2014, Plaintiff/Claimant was notified by certified mail that Baron & Budd, P.C. would no longer be representing the Plaintiff/Claimant and of the applicable deadlines and applicable pending Court appearances.

4. Thus, Baron & Budd, P.C. and Plaintiff/Claimant have terminated their attorney/client relationship and Baron & Budd, P.C. as counsel of record now requests this Court to allow its withdrawal from representation of Plaintiff/Claimants in this case.

5. This motion is made in good faith and considering Plaintiff/Claimant has chosen to represent himself and/or hire other counsel in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, undersigned counsel moves this Honorable Court for an Order allowing the withdrawal of Baron & Budd, as counsel of record for Plaintiff/Claimant in the above-captioned case.

Dated: January 15, 2015

Respectfully submitted,

_____
Mitchell E. McCrea
Texas Bar No. 24041435
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-3605 PHONE
(214) 520-1181 FACSIMILE
mmccrea@baronbudd.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail.  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the last known addressed of the Plaintiff/Claimant on this the 15th day of January 2015.

                                                                          Mitchell E. McCrea, Esq.