UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This document relates to:<br>*13-997 and 10-8888* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed on behalf of Baron & Budd, P.C. is hereby GRANTED and Baron & Budd, P.C. is hereby allowed to withdraw as counsel for the following Plaintiff/Claimant in the above-captioned case:

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder |
|---|---|---|
| George Joseph Danos | P.O. Box 434<br>Grand Isle, LA 70358 | 120629 |

Signed in New Orleans, Louisiana this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

1