UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010          SECTION J

Applies to: 10-4536                      JUDGE BARBIER
                                         MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Anadarko's confidentiality designations]**

U.S. and Anadarko report that issues remain with Anadarko's confidentiality designations for two documents: TREX 12393 and TREX 12798. The U.S. contends that no part of these documents should be redacted because of: (1) the importance of preserving public access to the courtroom and evidence; and (2) the absence of any compelling reason to override the presumption of public access. For the reasons presented by Anadarko, the redacted portions of TREX 12393 and TREX 12798 shall retain their designation as highly confidential and be treated accordingly under the terms of PTO 13.

New Orleans, Louisiana, this 15th day of January, 2015.

_____
SALLY SHUSHAN
United States Magistrate Judge