UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[OPA Test Cases – Conference on Thursday, January 15, 2015]**

1. **Bisso Discovery**.

The plaintiffs confirmed that the review of Bisso's documents was complete and the electronic production of the documents to BP will occur within the next day or so. Approximately 400 documents will be produced.

BP shall review the production and identify any remaining issues in writing. There shall be a final meet-and-confer to to resolve the outstanding issues. Unless there is a commitment to further supplement discovery responses, BP may file a motion to compel discovery from Bisso. BP's motion to compel shall be filed within twenty-one (21) days of any final meet-and-confer which ends without a commitment from Bisso to further supplement discovery responses, including interrogatories and requests for production. A motion to compel shall be filed with a request for expedited consideration.

---

[1]  The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
   Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

With this schedule, the parties may be able to begin depositions of Bisso witnesses around March 2, 2015. Document production shall be substantially complete before depositions begin.

2. **Other Plaintiffs' Discovery**.

The plaintiffs may be able to report within the next two to three weeks that two and perhaps three other plaintiffs have completed their document production. The parties shall notify the Court when the certification is made. Thereafter the procedure described above for Bisso shall be followed for resolving any remaining issues with the production.

3. **BP Discovery**.

BP reported that the parties are working on its discovery. A meet-and-confer is scheduled for January 16, 2015.

4. **Next Conference**.

The next conference will be **Thursday, February 12, 2015, at 1:00 p.m**.

New Orleans, Louisiana, this 15th day of January, 2015.

**SALLY SHUSHAN**
**United States Magistrate Judge**