UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 <br><br> This Document Relates to: 2:14-cv-2211 | ) No. 2:10-MD-02179 <br> ) <br> ) SECTION J <br> ) Judge Carl Barbier <br> ) <br> ) DIVISION 1 <br> ) Magistrate Judge Sally Shushan |

## DECLARATION OF JOSEPH L. BRUEMMER

I, Joseph L. Bruemmer, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. This declaration is based on my personal knowledge, information, and belief.

2. I am currently employed as Associate General Counsel and Compliance Officer for the Garretson Resolution Group ("GRG"), 6281 Tri-Ridge Boulevard, Suite 300, Loveland, Ohio 45140.

3. GRG is the Claims Administrator for the Medical Benefits Class Action Settlement Agreement.

4. On October 3, 2014, GRG was served a copy of the summons and complaint in this action at its offices located at 935 Gravier Street, Suite 1400, New Orleans, Louisiana 70112.

5. GRG is not an agent of Defendant BP and is not authorized to accept service of process on its behalf.

**EXHIBIT A**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  13th  day of January, 2015.

                              /s/ *Joseph L. Bruemmer*
                              Joseph L. Bruemmer
                              Associate General Counsel & Compliance Officer
                              Garretson Resolution Group
                              6281 Tri-Ridge Boulevard, Suite 300
                              Loveland, Ohio 45140
                              (513) 601-8121
                              jbruemmer@garretsongroup.com