# Exhibit A

MDL 2179
BPXP's 1/16/2015 Amendment to BPXP's Penalty Phase Trial Exhibit List

| Trial Exhibit Number | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| TREX-247601B | N/A | N/A | 1/15/2015 | WTI Last Day Financial Futures - CME Group - http://www.cmegroup.com/trading/energy/crude-oil/light-sweet-crude.html |
| TREX-247619 | N/A | N/A | 1/12/2015 | Reuters - Bank Analysts Have Lowered Forecasts |
| TREX-247620 | N/A | N/A | 1/12/2015 | Friedman, Oil Prices Fall to Fresh Lows - WSJ Article - http://www.wsj.com/articles/brent-crude-falls-below-50-in-asian-trading-1421039495 |
| TREX-247621 | N/A | N/A | 1/15/2015 | Brent Last Day Financial Futures Quotes - CME Group http://www.cmegroup.com/trading/energy/crude-oil/brent-crude-oil-last-day.html |
| TREX-247622 | N/A | N/A | 1/6/2015 | BP's US Economic Impact Report 2014, Published on January 6, 2015 |
| TREX-247623 | N/A | N/A | 1/13/2015 | Option Adjusted Spread of the US Dollar High Yield Energy Sector from 8/15/2014 to 01/13/2015 (Daily) (publicly available from Bloomberg) (Update to TREX-247598) |
| TREX-247624 | N/A | N/A | 1/15/2015 | US EIA Real and Nominal Oil Prices- http://www.eia.gov/forecasts/steo/realprices/ ; http://www.eia.gov/forecasts/steo/realprices/real_prices.xlsx (Crude Oil and Notes and Sources Tabs) (Update to TREX-247266) |
| TREX-247625 | N/A | N/A | 1/13/2015 | US EIA Spot Prices - http://www.eia.gov/dnav/pet/xls/PET_PRI_SPT_S1_D.xls (Data 1 Tab) (Update to TREX-247607) |
| TREX-247626 | N/A | N/A | 1/14/2015 | Price Data about XOP from Google Finance - https://www.google.com/finance?q=NYSEARCA%3AXOP |
| TREX-247627 | N/A | N/A | 12/5/2014 | US Errata Sheet for the Round 3 Expert Reports of Stanley Rice, Mark Van Haverbeke and Ian Ratner. |
| TREX-247628 | N/A | N/A | 1/15/2015 | Oil Resumes Price Falls, Recovery Seen Doubtful, The Australian - http://m.theaustralian.com.au/business/latest/oil-resumes-price-falls-recovery-seen-doubtful/story-e6frg90f-1227186254914?nk=9004e8abb9064dfcc58ffc9299e8fb68 |
| TREX-247629 | N/A | N/A | 1/13/2015 | Oil Forecasts Slashed - Courier Mail (Australia) |
| TREX-247630 | N/A | N/A | 1/15/2015 | Friedman, Oil Prices Drop Amid Ample Supplies - WSJ Article - http://www.wsj.com/articles/oil-resumes-slides-as-sustained-recovery-looks-doubtful-1421302105?mod=WSJ_hp_LEFTWhatsNewsCollection |

**MDL 2179**
**BPXP's 1/16/2015 Amendment to BPXP's Penalty Phase Trial Exhibit List**

| Trial Exhibit Number | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| TREX-247631 | N/A | N/A | 1/11/2015 | The New Oil Order - Lower For Longer to Keep Capital Sidelined -Goldman Sachs |
| TREX-247632 | N/A | N/A | 1/9/2015 | Oil Drivers - Societe Generale |
| TREX-247633 | N/A | N/A | 1/13/2015 | Chappell, Dark Pall Over Energy Sector - Advertiser (Australia) |
| TREX-247634 | N/A | N/A | 00/00/0000 | Photograph of high-volume open sea skimmer barge - http://www.cleangulfassoc.com/equipment/all/hoss-barge---cga-200 |