# Exhibit A

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-001218 | ANA_MDL-000007262 | ANA_MDL-000007264 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001243 | ANA-MDL-000030610 | APC-HEC1-00001840 | De-Designated | 9/13/2013; 10/3/2014 |
| TREX-001243A | APC-HEC1-000001628 | APC-HEC1-000001628 | De-Designated | 9/13/2013; 10/3/2014 |
| TREX-001243C | ANA-MDL-000030524 | ANA-MDL-000030609 | De-Designated | 9/13/2013 |
| TREX-001255 | ANA_MDL-000002456 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001258 | APC-SHS2A-000007936 | | De-Designated | 9/1/2011 |
| TREX-001579 | ANA-MDL-000033441 | ANA-MDL-000033447 | De-Designated | 9/13/2013 |
| TREX-001580 | ANA-MDL-000034501 | ANA-MDL-000034503 | De-Designated | 9/13/2013 |
| TREX-001581 | ANA-MDL-000034958 ANA-MDL-000034193 | | De-Designated | 9/13/2013 |
| TREX-001582 | ANA-MDL-000034194 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001583 | ANA-MDL-000041230 | ANA-MDL-000041231 | De-Designated | 9/13/2013 |
| TREX-001584 | ANA-MDL-000041245 | ANA-MDL-000041245 | De-Designated | 10/3/2014 |
| TREX-001585 | ANA-MDL-000039054 | ANA-MDL-000039056 | De-Designated | 9/13/2013 |
| TREX-001586 | ANA-MDL-000045796 | ANA-MDL-000045828 | De-Designated | 9/13/2013 |
| TREX-001587 | ANA-MDL-000042525 | | De-Designated | 9/1/2011 |
| TREX-001588 | ANA-MDL-000045222 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001589 | ANA-MDL-000042121 | ANA-MDL-000042122 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001590 | ANA-MDL-000002656 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001591 | ANA-MDL-000007517 | ANA-MDL-000007518 | De-Designated | 9/13/2013 |
| TREX-001592 | ANA-MDL-000007964 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001593 | ANA-MDL-000001946 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001594 | ANA-MDL-000053061 | ANA-MDL-000053062 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001595 | ANA-MDL-000009518 | ANA-MDL-000009519 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001596 | ANA-MDL-000002795 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001598 | APC-SHS2A-000001040 | APC-SHS2A-000001044 | De-Designated | 9/13/2013 |
| TREX-001599 | APC-SHS2A-000001266 | APC-SHS2A-000001272 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001847 | ANA-MDL-000030738 | ANA-MDL-000030744 | De-Designated | 10/3/2014 |
| TREX-001848 | ANA-MDL-000030768 | ANA-MDL-000030872 | De-Designated | 10/3/2014 |
| TREX-001849 | ANA-MDL-000030745 | ANA-MDL-000030767 | De-Designated | 10/3/2014 |
| TREX-001850 | ANA-MDL-000030956 | ANA-MDL-000030958 | De-Designated | 10/3/2014 |
| TREX-001851 | ANA-MDL-000030896 | ANA-MDL-000030913 | De-Designated | 10/3/2014 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-001853 | ANA-MDL-000030914 | ANA-MDL-000030934 | De-Designated | 10/3/2014 |
| TREX-001854 | ANA-MDL-000030945 | ANA-MDL-000030948 | De-Designated | 10/3/2014 |
| TREX-001855 | ANA-MDL-000030873 | ANA-MDL-000030895 | De-Designated | 10/3/2014 |
| TREX-001856 | ANA-MDL-000030952 | ANA-MDL-000030953 | De-Designated | 10/3/2014 |
| TREX-001857 | ANA-MDL-000062706 | ANA-MDL-000062720 | De-Designated | 10/3/2014 |
| TREX-001859 | ANA-MDL-000197325 | ANA-MDL-000197327 | De-Designated | 10/10/2011 |
| TREX-001901 | APC-SHS2A-000007891 | APC-SHS2A-000007892 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001902 | APC-SHS2A-000001254 | APC-SHS2A-000001255 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001903 | APC-SHS2A-000001264 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001904 | ANA-MDL-000002886 | ANA-MDL-000002888 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001905 | ANA-MDL-000002625 | ANA-MDL-000002626 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001906 | ANA-MDL-000003500 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001907 | ANA-MDL-000011081 | ANA-MDL-000011082 | De-Designated | 9/1/2011 |
| TREX-001908 | ANA-MDL-000002144 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001909 | ANA-MDL-000009445 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001910 | ANA-MDL-000003795 | | De-Designated | 9/1/2011 |
| TREX-001911 | APC-SHS2A-000001252 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001912 | ANA-MDL-000002080 | ANA-MDL-000002081 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001913 | APC-HEC1-000004797 | APC-HEC1-000004798 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001914 | ANA-MDL-R-000041074 | ANA-MDL-R-000041118 | De-Designated with redaction | 9/13/2013; 10/3/2014 |
| TREX-001915 | ANA-MDL-000041237 | | De-Designated | 9/13/2013 |
| TREX-001916 | ANA-MDL-000040182 | | De-Designated | 9/13/2013 |
| TREX-001917 | ANA-MDL-000039191 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001918 | ANA-MDL-000041677 | ANA-MDL-000041681 | De-Designated | 9/13/2013 |
| TREX-001919 | APC-SHS2A-000001082 | APC-SHS2A-000001084 | De-Designated | 9/1/2011; 9/13/2013; 10/3/2014 |
| TREX-001920 | ANA-MDL-000030713 | ANA-MDL-000030714 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001921 | ANA-MDL-000030687 | ANA-MDL-000030690 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001922 | ANA-MDL-000030726 | ANA-MDL-000030728 | De-Designated | 9/1/2011; 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-001923 | ANA-MDL-000058506 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001924 | ANA-MDL-000049703 | ANA-MDL-000049703 | De-Designated | 10/3/2014 |
| TREX-001925 | ANA-MDL-000008871 | ANA-MDL-000008872 | De-Designated | 9/13/2013 |
| TREX-001926 | ANA-MDL-000263338 | ANA-MDL-000263345 | De-Designated | 9/13/2013 |
| TREX-001927 | ANA-MDL-000262832 | ANA-MDL-000262838 | De-Designated | 10/3/2014 |
| TREX-001928 | APC-HEC1-000004660 | APC-HEC1-000004661 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001929 | ANA-MDL-000007365 | ANA-MDL-000007368 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001930 | ANA-MDL-000002795 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001932 | APC-HEC1-000004805 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001933 | ANA-MDL-000008225 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001934 | ANA-MDL-000261741 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001935 | ANA-MDL-000002028 - ANA-MDL-000002029 | | De-Designated | 9/13/2013 |
| TREX-001937 | ANA-MDL-000031300 | ANA-MDL-000031303 | De-Designated | 9/13/2013 |
| TREX-001938 | ANA-MDL-000038300 | ANA-MDL-000038301 | De-Designated | 9/13/2013 |
| TREX-001939 | ANA-MDL-000036510 | ANA-MDL-000036511 | De-Designated | 9/13/2013 |
| TREX-001940 | ANA-MDL-000041474 | | De-Designated | 9/13/2013 |
| TREX-001941 | ANA-MDL-000041486 | ANA-MDL-000041487 | De-Designated | 9/13/2013 |
| TREX-001942 | APC-SHS2A-000008493 | APC-SHS2A-000008523 | De-Designated | 10/3/2014 |
| TREX-001943 | ANA-MDL-000030613 | ANA-MDL-000030650 | De-Designated | 9/13/2013 |
| TREX-001944 | ANA-MDL-000020295 | ANA-MDL-000020296 | De-Designated | 10/10/2011; 10/3/2014 |
| TREX-001945 | ANA-MDL-000023862 | ANA-MDL-000023863 | De-Designated | 9/1/2011 |
| TREX-001946 | ANA-MDL-000040009 | ANA-MDL-000040015 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-001947 | APC-HEC1-000004654 | APC-HEC1-000004655 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002305 | ANA-MDL-000040928 | ANA-MDL-000040933 | De-Designated | 9/13/2013 |
| TREX-002306 | ANA-MDL-000037095 | ANA-MDL-000037098 | De-Designated | 9/13/2013 |
| TREX-002307 | ANA-SHS2A-000000330 | ANA-SHS2A-000000337 | De-Designated | 9/13/2013 |
| TREX-002308 | APC-SHS2A-000000509 | APC-SHS2A-000000510 | De-Designated | 9/13/2013 |
| TREX-002309 | APC-SHS2A-000000589 | APC-SHS2A-000000591 | De-Designated | 9/13/2013 |
| TREX-002310 | APC-SHS2A-000000598 | APC-SHS2A-000000599 | De-Designated | 9/13/2013 |
| TREX-002311 | ANA-MDL-000041474 | ANA-MDL-000041474 | De-Designated | 10/3/2014 |
| TREX-002312 | ANA-MDL-000036799 | ANA-MDL-000036801 | De-Designated | 9/13/2013 |
| TREX-002313 | APC-SHS2A-000000895 | APC-SHS2A-000000897 | De-Designated | 9/13/2013 |
| TREX-002314 | APC-SHS2A-000000929 | APC-SHS2A-000000931 | De-Designated | 9/13/2013 |
| TREX-002315 | APC-SHS2A-000000958 | APC-SHS2A-000000959 | De-Designated | 9/13/2013 |
| TREX-002316 | ANA-MDL-000038593 | | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-002317 | ANA-MDL-000023861 | ANA-MDL-000023866 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002318 | ANA-MDL-000038086 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002319 | ANA-MDL-000049322 | ANA-MDL-000049323 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002322 | ANA-MDL-000013881 | ANA-MDL-000013881 | De-Designated | 9/1/2011 |
| TREX-002323 | APC-HEC1-000004681 | APC-HEC1-000004683 | De-Designated | 9/13/2013 |
| TREX-002326 | APC-HEC1-000002482 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002327 | ANA-MDL-000046780 | ANA-MDL-000046781 | De-Designated | 9/13/2013 |
| TREX-002328 | ANA-MDL-000050789 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002329 | ANA-MDL-000078844 | | De-Designated | 9/1/2011 |
| TREX-002623 | ANA-MDL-000000117 | ANA-MDL-000000118 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002624 | ANA-MDL-000002400 | ANA-MDL-000002403 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002625 | ANA-MDL-000007262 | ANA-MDL-000007265 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002626 | ANA-MDL-000005061 | ANA-MDL-000005078 | De-Designated | 10/3/2014 |
| TREX-002627 | ANA-MDL-000008797 | ANA-MDL-000008798 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002628 | ANA-MDL-000004592 | ANA-MDL-000004593 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002629 | ANA-MDL-000062019 | ANA-MDL-000062020 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002630 | ANA-MDL-000002157 | ANA-MDL-000002158 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002631 | ANA-MDL-000000503 | ANA-MDL-000000506 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002632 | ANA-MDL-000007435 | ANA-MDL-000007436 | De-Designated | 9/1/2011 |
| TREX-002633 | ANA-MDL-000007458 | ANA-MDL-000007460 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002634 | ANA-MDL-000007463 | ANA-MDL-000007467 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002635 | ANA-MDL-000005118 | ANA-MDL-000005119 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002636 | ANA-MDL-000008106 | ANA-MDL-000008108 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002640 | ANA-MDL-000240671 | ANA-MDL-000240678 | De-Designated | 9/1/2011 |
| TREX-002641 | ANA-MDL-000241068 | ANA-MDL-000241069 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002642 | ANA-MDL-000244164 | ANA-MDL-000244179 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002643 | ANA-MDL-000241168 | ANA-MDL-000241169 | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-002644 | ANA-MDL-000242505 | ANA-MDL-000242506 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002645 | ANA-MDL-000262012 | ANA-MDL-000262017 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002646 | ANA-MDL-000262036 | ANA-MDL-000262037 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002647 | ANA-MDL-000258555 | ANA-MDL-000258567 | De-Designated | 9/13/2013 |
| TREX-002648 | ANA-MDL-000258665 | ANA-MDL-000258671 | De-Designated | 9/13/2013 |
| TREX-002649 | ANA-MDL-000261855 | ANA-MDL-000261862 | De-Designated | 9/13/2013 |
| TREX-002650 | ANA-MDL-000258607 | ANA-MDL-000258608 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002651 | ANA-MDL-000240783 | ANA-MDL-000240789 | De-Designated | 9/13/2013 |
| TREX-002655 | ANA-MDL-000004180 | ANA-MDL-000004183 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002657 | ANA-MDL-000276761 | ANA-MDL-000276768 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002661 | ANA-MDL-000007435 | ANA-MDL-000007436 | De-Designated | 9/1/2011 |
| TREX-002663 | ANA-MDL-000056879 | ANA-MDL-000056881 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002664 | ANA-MDL-000050370 | ANA-MDL-000050371 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002665 | ANA-MDL-000273401 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002666 | ANA-MDL-000274636 | ANA-MDL-000275007 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002683 | ANA-MDL-000020330 | ANA-MDL-000020350 | De-Designated | 9/13/2013 |
| TREX-002684 | APC-HEC1-000003859 | APC-HEC1-000003860 | De-Designated | 9/13/2013 |
| TREX-002685 | ANA-MDL-000041294 | ANA-MDL-000041295 | De-Designated | 10/3/2014 |
| TREX-002686 | APC-HEC1-000004713 | APC-HEC1-000004713 | De-Designated | 10/3/2014 |
| TREX-002687 | ANA-MDL-000041227 | | De-Designated | 9/13/2013 |
| TREX-002688 | APC-HEC1-000000428 | APC-HEC1-000000428 | De-Designated | 10/3/2014 |
| TREX-002689 | ANA-MDL-R-000040222 | ANA-MDL-R-000040222 | De-Designated with redaction | 10/3/2014 |
| TREX-002690 | ANA-MDL-000038718 | ANA-MDL-000038719 | De-Designated | 10/3/2014 |
| TREX-002691 | ANA-MDL-000038648 | ANA-MDL-000038650 | De-Designated | 9/13/2013 |
| TREX-002692 | ANA-MDL-000036772 | ANA-MDL-000036783 | De-Designated | 9/13/2013 |
| TREX-002693 | ANA-MDL-000036820 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002694 | ANA-MDL-000038136 | ANA-MDL-000038142 | De-Designated | 9/13/2013 |
| TREX-002695 | ANA-MDL-000039361 | ANA-MDL-000039365 | De-Designated | 9/13/2013 |
| TREX-002696 | ANA-MDL-000057327 | ANA-MDL-000057327 | De-Designated | 10/3/2014 |
| TREX-002697 | ANA-MDL-000049732 | ANA-MDL-000049753 | De-Designated | 10/3/2014 |
| TREX-002698 | APC-HEC1-000004799 | APC-HEC1-000004800 | De-Designated | 9/13/2013 |
| TREX-002699 | ANA-MDL-000055629 | ANA-MDL-000055631 | De-Designated | 9/13/2013 |
| TREX-002857 | ANA-MDL-000031079 | ANA-MDL-000031085 | De-Designated | 10/3/2014 |
| TREX-002867 | APC-SHS2A-000007899 | APC-SHS2A-000007901 | De-Designated | 9/1/2011; 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-002985 | ANA-MDL-000008991 | | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002986 | ANA-MDL-000002902 | ANA-MDL-000002903 | De-Designated | 9/1/2011; 9/13/2013 |
| TREX-002987 | ANA-MDL-000013073 | | De-Designated | 9/16/2011 |
| TREX-002988 | ANA-MDL-000028092 | ANA-MDL-000028095 | De-Designated | 10/3/2014 |
| TREX-002989 | ANA-MDL-000024783 | ANA-MDL-000024796 | De-Designated | 10/3/2014 |
| TREX-002990 | ANA-MDL-000006924 | ANA-MDL-000006926 | De-Designated | 9/13/2013 |
| TREX-002993 | ANA-MDL-000262089 | ANA-MDL-000262089 | De-Designated | 10/3/2014 |
| TREX-002995 | ANA-MDL-000197325 - 97327 | | De-Designated | 9/16/2011 |
| TREX-003019 | APC-SHS1-007 - APC-SHS1-007 | | De-Designated | 9/1/2011 |
| TREX-003460 | APC-SHS1-007 - APC-SHS1-008 | | De-Designated | 9/13/2013 |
| TREX-004200 | ANA-MDL-000008920; ANA-MDL-000042523; ANA-MDL-000044234; ANA-MDL-000046909 | | De-Designated | 9/13/2013 |
| TREX-004201 | ANA-MDL-000031079 | ANA-MDL-000031085 | De-Designated | 9/13/2013 |
| TREX-004202 | ANA-MDL-000262826 | ANA-MDL-000262831 | De-Designated | 9/13/2013 |
| TREX-004203 | ANA-MDL-000049624 | ANA-MDL-000049627 | De-Designated | 9/13/2013 |
| TREX-004205 | ANA-MDL-000230693 | ANA-MDL-000230694 | De-Designated | 9/13/2013 |
| TREX-004207 | ANA-MDL-000230695 | ANA-MDL-000230696 | De-Designated | 9/13/2013 |
| TREX-004209 | ANA-MDL-000230697 | ANA-MDL-000230698 | De-Designated | 9/13/2013 |
| TREX-004211 | ANA-MDL-000230699 | ANA-MDL-000230700 | De-Designated | 9/13/2013 |
| TREX-004212 | ANA-MDL-000073379 | ANA-MDL-000073383 | De-Designated | 9/13/2013 |
| TREX-004213 | ANA-MDL-000197625 | ANA-MDL-000197627 | De-Designated | 9/13/2013 |
| TREX-004216 | ANA-MDL-000206366 | | De-Designated | 9/13/2013 |
| TREX-004987 | ANA-MDL-000034816 | | De-Designated | 9/13/2013 |
| TREX-004988 | ANA-MDL-000034456 | ANA-MDL-000034458 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-004989 | ANA-MDL000033885 | ANA-MDL000033925 | De-Designated | 9/13/2013 |
| TREX-004990 | APC-HEC1-000003865 | | De-Designated | 9/13/2013 |
| TREX-004991 | ANA-MDL-R-000044080 | ANA-MDL-R-000044094 | De-Designated with redaction | 9/13/2013; 10/3/2014 |
| TREX-004992 | ANA-MDL-000038825 | | De-Designated | 9/13/2013 |
| TREX-004993 | APC-HEC1-000004687 | | De-Designated | 9/13/2013 |
| TREX-004994 | APC-HEC1-000004652 | | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-004995 | ANA-MDL-000039304 | ANA-MDL-000039306 | De-Designated | 9/13/2013 |
| TREX-004996 | ANA-MDL-000261741 | ANA-MDL-000261742 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-004997 | ANA-MDL-000005284 | ANA-MDL-000005288 | De-Designated | 9/13/2013 |
| TREX-004998 | ANA-MDL-0003-277627 | ANA-MDL-0003-277646 | De-Designated | 9/13/2013 |
| TREX-004999 | ANA-MDL-000036761 | ANA-MDL-000036764 | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-005013 | ANA-MDL-000039354 | ANA-MDL-000039356 | De-Designated | 9/13/2013 |
| TREX-005014 | ANA-MDL-000277580 | | De-Designated | 9/13/2013 |
| TREX-005015 | ANA-MDL-000011652 | ANA-MDL-000011654 | De-Designated | 9/13/2013 |
| TREX-005017 | ANA-MDL-000009364 | | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005018 | ANA-MDL-000003792 | | De-Designated | 9/13/2013 |
| TREX-005019 | ANA-MDL-000008010 | ANA-MDL-000008012 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005020 | APC-HEC1-000003355 | | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005021 | ANA-MDL-000020148 | ANA-MDL-000020150 | De-Designated | 9/13/2013 |
| TREX-005022 | ANA-MDL-000277651 | | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005023 | APC-SHS2A-000001040 | APC-SHS2A-000001044 | De-Designated | 9/13/2013 |
| TREX-005024 | ANA-MDL-000013074 | ANA-MDL-000013075 | De-Designated | 10/3/2014 |
| TREX-005025 | ANA-MDL-000004620 | ANA-MDL-000004621 | De-Designated | 9/13/2013 |
| TREX-005026 | ANA-MDL-000041749 | ANA-MDL-000041750 | De-Designated | 10/3/2014 |
| TREX-005027 | ANA-MDL-000047991 | ANA-MDL-000047993 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005028 | ANA-MDL-000017225 | ANA-MDL-000017226 | De-Designated | 9/13/2013 |
| TREX-005030 | ANA-MDL-000073345 | ANA-MDL-000073346 | De-Designated | 10/10/2011; 9/13/2013 |
| TREX-005031 | ANA-MDL-000020195 | | De-Designated | 9/13/2013 |
| TREX-005543 | ANA-MDL-000041240 | ANA-MDL-000041241 | De-Designated | 10/3/2014 |
| TREX-005544 | ANA-MDL-000037216 | ANA-MDL-000037217 | De-Designated | 10/3/2014 |
| TREX-005545 | ANA-MDL-000036749 | ANA-MDL-000036750 | De-Designated | 10/3/2014 |
| TREX-005546 | ANA-MDL-000004115 | | De-Designated | 9/13/2013 |
| TREX-005547 | ANA-MDL-000009518 | ANA-MDL-000009519 | De-Designated | 9/13/2013 |
| TREX-005548 | ANA-MDL-000008659 | ANA-MDL-000008660 | De-Designated | 9/13/2013 |
| TREX-005549 | APC-HEC1-000004573 | APC-HEC1-000004577 | De-Designated | 10/3/2014 |
| TREX-005550 | ANA-MDL-000003235 | ANA-MDL-000003236 | De-Designated | 9/13/2013 |
| TREX-005551 | ANA-MDL-000003277 | ANA-MDL-000003277 | De-Designated | 10/3/2014 |
| TREX-005552 | ANA-MDL-000010811 | | De-Designated | 9/13/2013 |
| TREX-005553 | ANA-MDL-000011651 | | De-Designated | 9/13/2013 |
| TREX-005554 | ANA-MDL-000001214 | | De-Designated | 9/13/2013 |
| TREX-005555 | ANA-MDL-000008418 | ANA-MDL-000008419 | De-Designated | 9/13/2013 |
| TREX-005557 | ANA-MDL-000205607 | ANA-MDL-000205608 | De-Designated | 9/13/2013 |
| TREX-005558 | ANA-MDL-000002058 | ANA-MDL-000002074 | De-Designated | 9/13/2013 |
| TREX-005559 | ANA-MDL-000277775 | | De-Designated | 9/13/2013 |
| TREX-005560 | ANA-MDL-000263291 | ANA-MDL-000263291 - ANA-MDL-000263293 | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-008200 | ANA-MDL-000030610; APC-HEC1-000001601; APC-HEC1-000001629; APC-HEC1-000001660; APC-HEC1-000001704; APC-HEC1-000001752 | ANA-MDL-000030612; APC-HEC1-000001627; APC-HEC1-000001658; APC-HEC1-000001702; APC-HEC1-000001750; APC-HEC1-000001840 | De-Designated | 9/13/2013 |
| TREX-008547 | ANA-MDL2-000122779 ADR079-122779 | ANA-MDL2-000122786 | De-Designated | 9/13/2013 |
| TREX-008721 | ANA-MDL-000008225 ADR017-008225 | ANA-MDL-000008225 ADR017-008225 | De-Designated | 9/13/2013 |
| TREX-008722 | ANA-MDL-000057396 ADR062-026431 | ANA-MDL-000057397 ADR062-026432 | De-Designated | 9/13/2013 |
| TREX-008723 | ANA-MDL-000052171 ADR062-021206 | ANA-MDL-000052173 ADR062-021208 | De-Designated | 9/13/2013 |
| TREX-008724 | ANA-MDL-000061023 ADR062-030058 | ANA-MDL-000061025 ADR062-030060 | De-Designated | 9/13/2013 |
| TREX-008725 | ANA-MDL-000011498 | | De-Designated | 9/13/2013 |
| TREX-008726 | ANA-MDL2-000054950 ADR079-054950 | ANA-MDL2-000054955 ADR079-054955 | De-Designated | 9/13/2013 |
| TREX-008727 | ANA-MDL2-000056137 | ANA-MDL2-000056186 | De-Designated with redaction | 9/13/2013 |
| TREX-008728 | ANA-MDL2-000054626 ADR079-054626 | ANA-MDL2-000054628 ADR079-054628 | De-Designated | 9/13/2013 |
| TREX-008729 | ANA-MDL2-000063955 | ANA-MDL2-0000063982 | De-Designated | 9/13/2013 |
| TREX-008730 | ANA-MDL2-000001509 ADR079-001509 | ANA-MDL2-000001519 ADR079-001519 | De-Designated | 9/13/2013 |
| TREX-008731 | ANA-MDL2-000001244 | ANA-MDL2-000001263 | De-Designated | 9/13/2013 |
| TREX-008732 | ANA-MDL-000020765 | ANA-MDL-000020790 | De-Designated | 9/13/2013 |
| TREX-008733 | ANA-MDL-000203107 | ANA-MDL-000203108 | De-Designated | 9/13/2013 |
| TREX-008900 | ANA-MDL2-000063952 | ANA-MDL2-000063953 | De-Designated | 9/13/2013 |
| TREX-008901 | ANA-MDL-000205607 ADR067-013032 | ANA-MDL-000205608 ADR067-013033 | De-Designated | 9/13/2013 |
| TREX-008902 | ANA-MDL2-000089726 ADR079-089726 | ANA-MDL2-000089737 ADR079-089737 | De-Designated | 9/13/2013 |
| TREX-008903 | ANA-MDL2-000111398 ADR079-111398 | ANA-MDL2-000111440 ADR079-111440 | De-Designated | 9/13/2013 |
| TREX-008904 | ANA-MDL-000002758 | ANA-MDL-000002761 | De-Designated | 9/13/2013 |
| TREX-008905 | ANA-MDL-000037846 | ANA-MDL-000037848 | De-Designated | 9/13/2013 |
| TREX-009086 | ANA-MDL-000180534 ADR055-021773 | ANA-MDL-000180542 ADR055-021781 | De-Designated | 9/13/2013 |
| TREX-009933 | ANA-MDL2-000123457 ADR084-000020 | ANA-MDL2-000123463 ADR084-000026 | De-Designated | 9/13/2013 |
| TREX-009934 | ANA-MDL-000257834 ADR039-017361 | ANA-MDL-000257860 ADR039-017387 | De-Designated | 9/13/2013 |
| TREX-009935 | ANA-MDL-000241075 ADR039-000602 | ANA-MDL-000241091 ADR039-000618 | De-Designated | 9/13/2013 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-009936 | ANA-MDL-000244201 ADR039-003728 | ANA-MDL-000244226 ADR039-003753 | De-Designated | 9/13/2013 |
| TREX-009937 | ANA-MDL-000244461 ADR039-003988 | ANA-MDL-000244462 ADR039-003989 | De-Designated | 9/13/2013 |
| TREX-009938 | ANA-MDL2-000001057 ADR079-001057 | ANA-MDL2-000001062 ADR079-001062 | De-Designated | 9/13/2013 |
| TREX-009939 | ANA-MDL2-000054897 ADR079-054897 | ANA-MDL2-000054900 ADR079-054900 | De-Designated | 9/13/2013 |
| TREX-009940 | ANA-MDL-000244629 ADR039-004156 | ANA-MDL-000244646 ADR039-004173 | De-Designated | 9/13/2013 |
| TREX-009941 | ANA-MDL-000257772 ADR039-017299 | ANA-MDL-000257775 ADR039-017302 | De-Designated | 9/13/2013 |
| TREX-009943 | ANA-MDL-000257069 | ANA-MDL-000257071 | De-Designated | 9/13/2013 |
| TREX-009945 | ANA-MDL-000257265 ADR039-016792 | ANA-MDL-000257267 ADR039-016794 | De-Designated | 9/13/2013 |
| TREX-009947 | ANA-MDL-000244564 ADR039-004091 | ANA-MDL-000244570 ADR039-004097 | De-Designated | 9/13/2013 |
| TREX-009948 | ANA-MDL2-000032633 ADR079-032633 | ANA-MDL2-000032638 ADR079-032638 | De-Designated | 9/13/2013 |
| TREX-009949 | ANA-MDL-000020590 | ANA-MDL-000020591 | De-Designated | 9/13/2013 |
| TREX-009950 | ANA-MDL-000276588 | ANA-MDL-000276595 | De-Designated | 9/13/2013 |
| TREX-009951 | ANA-MDL-000273401 | | De-Designated | 9/13/2013 |
| TREX-009952 | ANA-MDL-000025880 | ANA-MDL-000025882 | De-Designated | 9/13/2013 |
| TREX-009953 | ANA-MDL-000256387 | ANA-MDL-000256392 | De-Designated | 9/13/2013 |
| TREX-009954 | ANA-MDL-000274636 | ANA-MDL-000274638 | De-Designated | 9/13/2013 |
| TREX-009955 | ANA-MDL-000240672 | ANA-MDL-000240678 | De-Designated | 9/13/2013 |
| TREX-009956 | ANA-MDL2-000122842 | ANA-MDL2-000122851 | De-Designated | 9/13/2013 |
| TREX-009957 | ANA-MDL-000276770 | | De-Designated | 9/13/2013 |
| TREX-009958 | ANA-MDL-000257303 | ANA-MDL-000257305 | De-Designated | 9/13/2013 |
| TREX-009961 | ANA-MDL-000257380 | ANA-MDL-000257392 | De-Designated | 9/13/2013 |
| TREX-009962 | ANA-MDL-000244145 | ANA-MDL-000244146 | De-Designated | 9/13/2013 |
| TREX-009965 | ANA-MDL-000258759 | ANA-MDL-000258769 | De-Designated | 9/13/2013 |
| TREX-009966 | ANA-MDL-000258481 | ANA-MDL-000258482 | De-Designated | 9/13/2013 |
| TREX-009967 | ANA-MDL2-000123168 | ANA-MDL2-000123170 | De-Designated | 9/13/2013 |
| TREX-009968 | ANA-MDL-000276740 | ANA-MDL-000276742 | De-Designated | 9/13/2013 |
| TREX-009969 | ANA-MDL2-000054886 ADR079-054886 | ANA-MDL2-000054889 ADR079-054889 | De-Designated | 9/13/2013 |
| TREX-009971 | ANA-MDL2-000123676 ADR084-000239 | ANA-MDL2-000123727 ADR084-000290 | De-Designated | 9/13/2013 |
| TREX-009972 | ANA-MDL-000258369 ADR039-017898 | ANA-MDL-000258380 ADR039-017907 | De-Designated | 9/13/2013 |
| TREX-011482 | ANA-MDL-000230538 | ANA-MDL-000230539 | De-Designated | 9/13/2013 |
| TREX-012392 | ANA-MDL3-0005240 | ANA-MDL3-0005240 | De-Designated | 10/3/2014 |
| TREX-012393 | ANA-MDL3-R-0012139 | ANA-MDL3-R-0012170 | De-Designated with redaction | 10/3/2014 |
| TREX-012397 | ANA-MDL3-0012107 | ANA-MDL3-0012138 | De-Designated | 10/3/2014 |
| TREX-012398 | ANA-MDL3-0013514 | ANA-MDL3-0013514 | De-Designated | 10/3/2014 |

**MDL NO. 2179**

**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-012449 | ANA-MDL3-0016393 | ANA-MDL3-0016407 | De-Designated | 10/3/2014 |
| TREX-012796 | ANA-MDL3_0017784 | ANA-MDL3_0017786 | De-Designated | 10/3/2014 |
| TREX-012804 | ANA-MDL3_0009420 | ANA-MDL3_0009423 | De-Designated | 10/3/2014 |
| TREX-012807 | ANA-MDL3_0009400 | ANA-MDL3_0009407 | De-Designated | 10/3/2014 |
| TREX-012810 | ANA-MDL-000199661 | ANA-MDL-000199663 | De-Designated | 10/3/2014 |
| TREX-012812 | ANA-MDL3_0009326 | ANA-MDL3_0009330 | De-Designated | 10/3/2014 |
| TREX-012922 | ANA-MDL3_0011876 | ANA-MDL3_0011876 | De-Designated | 10/3/2014 |
| TREX-012924 | ANA-MDL3_0009400 | ANA-MDL3_0009407 | De-Designated | 10/3/2014 |
| TREX-012925 | ANA-MDL-000021765 | ANA-MDL-000021765 | De-Designated | 10/3/2014 |
| TREX-012926 | ANA-MDL-000021766 | ANA-MDL-000021778 | De-Designated | 10/3/2014 |
| TREX-012928 | ANA-MDL-000199661 | ANA-MDL-000199663 | De-Designated | 10/3/2014 |
| TREX-012931 | ANA-MDL2_000122985 | ANA-MDL2_000122987 | De-Designated | 10/3/2014 |
| TREX-012932 | ANA-MDL-000276771 | ANA-MDL-000276772 | De-Designated | 10/3/2014 |
| TREX-013208 | ANA-MDL-000011731 | ANA-MDL-000011757 | De-Designated | 1/7/2015 |
| TREX-062231 | ANA-MDL-000001115 | | De-Designated | 9/13/2013 |
| TREX-062241 | ANA-MDL-000001275 | ANA-MDL-000001276 | De-Designated | 9/13/2013 |
| TREX-062247 | ANA-MDL-000001231 | ANA-MDL-000001232 | De-Designated | 9/13/2013 |
| TREX-062281 | ANA-MDL-000052649 | ANA-MDL-000052650 | De-Designated | 9/13/2013 |
| TREX-062495 | ANA-MDL-000050928 | | De-Designated | 9/13/2013 |
| TREX-062505 | ANA-MDL-000007527 | ANA-MDL-000007528 | De-Designated | 9/13/2013 |
| TREX-062506 | ANA-MDL-000011066 | | De-Designated | 9/13/2013 |
| TREX-062517 | ANA-MDL-000048172 | ANA-MDL-000048175 | De-Designated | 9/13/2013 |
| TREX-062534 | ANA-MDL-000008868 | ANA-MDL-000008869 | De-Designated | 9/13/2013 |
| TREX-062540 | ANA-MDL-000007435 | ANA-MDL-000007436 | De-Designated | 9/13/2013 |
| TREX-062557 | ANA-MDL-000002460 | | De-Designated | 9/13/2013 |
| TREX-062571 | APC-SHS2A-000001256 | | De-Designated | 9/13/2013 |
| TREX-062572 | ANA-MDL-000002521 | ANA-MDL-000002522 | De-Designated | 9/13/2013 |
| TREX-062573 | ANA-MDL-000003347 | ANA-MDL-000003348 | De-Designated | 9/13/2013 |
| TREX-062706 | ANA-MDL-000011158 | ANA-MDL-000011160 | De-Designated | 9/13/2013 |
| TREX-062708 | ANA-MDL-000010965 | | De-Designated | 9/13/2013 |
| TREX-062784 | ANA-MDL-000256454 | ANA-MDL-000256454 | De-Designated | 9/13/2013 |
| TREX-120098 | ANA-MDL-000228564 - ANA-MDL-000228566 | | De-Designated | 9/13/2013 |
| TREX-12799* | ANA-MDL3-0009331* | ANA-MDL3-0009333* | De-Designated | 1/16/2014 |
| TREX-12800* | ANA-MDL3-0005464* | ANA-MDL3-0005470* | De-Designated | 1/16/2014 |
| TREX-12802* | ANA-MDL3_0009325* | ANA-MDL3_0009325* | De-Designated with redaction | 1/16/2014 |
| TREX-142336 | ANA-MDL-000199650 - ANA-MDL-000199660 | | De-Designated | 9/13/2013 |
| TREX-150042 | ANA-MDL-000230538 - ANA-MDL-000230539 | | De-Designated | 9/13/2013 |
| TREX-150153 | ANA-MDL-000276038 ANA-MDL-000276184 | ANA-MDL-000276038 ANA-MDL-000276185 | De-Designated | 9/13/2013 |
| TREX-160055 | ANA-MDL-000228564 - ANA-MDL-000228566 | | De-Designated | 9/13/2013 |
| TREX-230002 | APC-HEC1-000001600 | APC-HEC1-000001841 | De-Designated | 10/3/2014 |
| TREX-230003 | APC-SHS2A-000001166 | APC-SHS2A-000001166 | De-Designated | 10/3/2014 |

**MDL NO. 2179**
**Anadarko's Third Supplemental Cumulative List of Redacted Documents**
**and Documents for Which Confidentiality Designations Are Withdrawn**
**If the Documents Are Used and Admitted in the Penalty Phase Trial**

| Trial Exhibit Number | Beg Bates | End Bates | Status | Date of Withdrawn Designation |
|---|---|---|---|---|
| TREX-230004 | APC-SHS2A-000001184 | APC-SHS2A-000001185 | De-Designated | 10/3/2014 |
| TREX-230005 | ANA-MDL-000007258 | ANA-MDL-000007261 | De-Designated | 10/3/2014 |
| TREX-230007 | ANA-MDL-000020295 | ANA-MDL-000020297 | De-Designated | 10/3/2014 |
| TREX-230008 | ANA-MDL-000021803 | ANA-MDL-000021815 | De-Designated | 10/3/2014 |
| TREX-230009 | ANA-MDL-000021851 | ANA-MDL-000021853 | De-Designated | 10/3/2014 |
| TREX-230012 | ANA-MDL-000264448 | ANA-MDL-000264843 | De-Designated | 10/3/2014 |
| TREX-230014 | ANA-MDL-000062499 | ANA-MDL-000062499 | De-Designated | 10/3/2014 |
| TREX-230015 | ANA-MDL-000082134 | ANA-MDL-000082135 | De-Designated | 10/3/2014 |
| TREX-230019 | ANA-MDL-000199603 | ANA-MDL-000199603 | De-Designated | 10/3/2014 |
| TREX-230022 | ANA-MDL-000046862 | ANA-MDL-000046863 | De-Designated | 10/3/2014 |
| TREX-230023 | ANA-MDL-000047581 | ANA-MDL-000047675 | De-Designated | 10/3/2014 |
| TREX-230024 | ANA-MDL-000058986 | ANA-MDL-000059009 | De-Designated | 10/3/2014 |
| TREX-230025 | ANA-MDL-000199604 | ANA-MDL-000199640 | De-Designated | 10/3/2014 |
| TREX-230026 | ANA_MDL3-0018262 | ANA_MDL3-0018282 | De-Designated | 10/3/2014 |
| TREX-230027 | ANA_MDL3-0018284 | ANA_MDL3-0018300 | De-Designated | 10/3/2014 |
| TREX-230109* | ANA-MDL3_0012066* | ANA-MDL3_0012066* | De-Designated with redaction | 1/16/2014 |
| TREX-230110* | ANA-MDL3_0019462* | ANA-MDL3_0019462* | De-Designated with redaction | 1/16/2014 |
| TREX-230133 | ANA-MDL3-0012279 | ANA-MDL3-0012283 | De-Designated | 10/3/2014 |
| TREX-230136 | ANA-MDL3-0015067 | ANA-MDL3-0015067 | De-Designated | 10/3/2014 |
| TREX-232947* | ANA-MDL-000206367* | ANA-MDL-000206369* | De-Designated | 1/16/2014 |
| TREX-232949* | ANA-MDL2-000123452* | ANA-MDL2-000123456* | De-Designated | 1/16/2014 |
| TREX-233859* | ANA-MDL-000263106* | ANA-MDL-000263106* | De-Designated | 1/16/2014 |
| | ANA-MDL-000021779 | | De-Designated | 10/3/2014 |
| | ANA-MDL-000025905 | | De-Designated | 10/3/2014 |
| | ANA-MDL-000025906 | | De-Designated | 10/3/2014 |
| | ANA-MDL-000027921 | ANA-MDL-000027962 | De-Designated | 1/7/2015 |
| | ANA-MDL-000206367 | ANA-MDL-000206369 | De-Designated | 1/7/2015 |
| | ANA-MDL-000263106 | | De-Designated | 10/3/2014 |
| | ANA-MDL2-000123452 | ANA-MDL2-000123456 | De-Designated | 1/7/2015 |
| | ANA-MDL3-R-0009337 | ANA-MDL3-R-0009369 | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-R-0018793 | ANA-MDL3-R-0018841 | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-R-0018843 | ANA-MDL3-R-0018891 | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-R-0018893 | ANA-MDL3-R-0018941 | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-R-0018945 | ANA-MDL3-R-0018993 | De-Designated with redaction | 10/31/2014 |
| | ANA-MDL3-R-0018995 | ANA-MDL3-R-0019042 | De-Designated with redaction | 10/31/2014 |