IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates To: 10-4536 | * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**BPXP'S 1/16/2015 OBJECTIONS TO GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LISTS - SECOND INSTALLMENT**

Defendant BP Exploration & Production Inc. ("BPXP") submits its 1/16/2015 Objections to Good Faith Penalty Phase Trial Exhibit Lists - Second Installment (attached hereto as "Exhibit A"). BPXP will also circulate a version of Exhibit A in Microsoft Excel format. This Second Installment includes objections to exhibits identified on or after December 12, 2014. All of BPXP's First Installment objections, filed on 10/8/2014, remain in effect and are reasserted and incorporated by reference in this Second Installment.[1]

Any objection on this list to any particular exhibit acts as an objection to all other exhibits that are duplicative or substantially similar but have different trial exhibit numbers. If a party has divided or will divide an exhibit into subsections, BPXP makes the same objections to those subsections as it did to the original exhibit. To the extent a party cures all of BPXP's authenticity objections to an exhibit, but BPXP has other, non-authenticity objections to that exhibit, those nonauthenticity objections apply to the cured exhibit.

BPXP reserves the right: (1) to join objections by other parties; (2) to add and/or remove objections based on any party's motions in limine or ruling by the Court; (3) to add and/or remove

---

[1] Objections from the First Installment that were expressly withdrawn as a result of the parties' meet-and-confer session are not being reasserted at this time.

objections in light of other parties' pre-trial filings, exhibit lists, physical exhibits, photographs, and demonstratives, as well as the evidence and arguments presented by other parties at trial; (4) to add and/or remove objections based on documents produced by other parties recently, or documents identified in connection with the completion of Penalty Phase discovery; (5) to object to any exhibit related only to Phase 1 or Phase 2 issues (including if the exhibit has already been admitted in Phase 1 or Phase 2); (6) to object to any exhibit whose admission is barred by statute or regulation, such as certain exhibits relating to the Marine Board or U.S. Chemical Safety Board investigations; (7) to object to documents addressed in BPXP's motions in limine; (8) to object to exhibits that set forth full or partial deposition testimony, page and line deposition designations, or deposition narrative summaries; (9) to object to exhibits that the Court has previously ruled are inadmissible; (10) to object to any exhibit that any party has insufficiently or incorrectly identified on its exhibit list, or that it has not yet produced[2]; (11) to object to any exhibit which has not been produced by a party or otherwise made available for review; and (12) to introduce at trial any exhibit to which BPXP has objected (*e.g.*, a document may be offered as an admission against another party but may be hearsay with regard to BPXP).

For any exhibit that BPXP states is admissible only as an admission by some other party, BPXP also objects to that exhibit on hearsay (F.R.E. 802) grounds, as inadmissible against BPXP. Any BPXP hearsay or hearsay-within-hearsay objection to an exhibit applies to any and all levels of hearsay within the exhibit. BPXP's objections on this list are in addition to any other objections made to any trial exhibit.

---

[2] BPXP has identified some such exhibits on its list of objections, but BPXP reserves this right for all exhibits, whether or not identified on BPXP's objections.

Date:  January 16, 2015	Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of January, 2015.

                                      /s/ Don K. Haycraft