UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO.  2179<br><br>SECTION:  J |
| This Document Relates to: | : : | JUDGE BARBIER |
| No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### UNITED STATES' THIRD AMENDMENT TO THE UNITED STATES' GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST [REC. DOC. 13838]

The United States hereby amends the United States' Good Faith Penalty Phase Exhibit List (Second Installment) filed on December 12, 2014 (Rec. Doc. 13838). Copies of new or redacted exhibit are included in the United States' production of January 17, 2015. The United States continues to reserve its right to use and seek admission of any document included on an exhibit list offered by any other party in the Penalty Phase of this case.

| Trial Exhibit Number | First Bates | Last Bates | Trial Exhibit Date | Trial Exhibit Description |
|---|---|---|---|---|
| TREX-013123E | No Bates | No Bates | 1/15/2015 | **REDACTED by US:** Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding BP P.L.C. and BP Exploration and |
| TREX-013123R | No Bates | No Bates | 8/15/2014 | **REDACTED by BP:** Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding BP P.L.C. and BP Exploration and Production, Inc. |
| TREX-013125E | No Bates | No Bates | 1/15/2015 | Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE September 12, 2014 Regarding BP P.L.C. and BP Exploration and Production, |
| TREX-013332E | No Bates | No Bates | 1/14/2015 | Errata to Rebuttal to BP Round 2 Reports by Stanley D. Rice (Ph.D.) dated September 26, 2014 |

1

| | | | | |
|---|---|---|---|---|
| TREX-233672 | N/A | N/A | No Date | **WITHDRAWN:** Aerial Photo of Oil Spill |
| TREX-233673 | N/A | N/A | No Date | **WITHDRAWN:** Photograph - Various tools for test |
| TREX-233675 | N/A | N/A | No Date | **WITHDRAWN:** Photograph - seawater test |
| TREX-233676 | N/A | N/A | No Date | **WITHDRAWN:** Photograph - Seawater test |
| TREX-233677 | N/A | N/A | No Date | **WITHDRAWN:** Photograph - Seawater test |
| TREX-233887E | No Bates | No Bates | 1/15/2015 | Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding Anadarko Petroleum Corporation August 15, 2014 |
| TREX-233887R | No Bates | No Bates | 8/15/2014 | **REDACTED by Anadarko:** Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding Anadarko Petroleum Corporation August 15, 2014 |
| TREX-233890 | No Bates | No Bates | 1/17/2015 | Revision and Errata to Reports of Mark G. VanHaverbeke |

Respectfully submitted,

JOHN C. CRUDEN
JOYCE BRANDA / Acting Assistant Attorney General
Acting Assistant Attorney General / Environment & Natural Resources Division
Civil Division / SARAH HIMMELHOCH
PETER FROST / Senior Litigation Counsel
Director, Torts Branch, Civil Division / NANCY FLICKINGER
Admiralty and Aviation / Senior Attorney
STEPHEN G. FLYNN / RICHARD GLADSTEIN
Assistant Director / PATRICK CASEY
SHARON SHUTLER / Senior Counsel
MALINDA LAWRENCE / A. NATHANIEL CHAKERES
LAURA MAYBERRY / JUDY HARVEY
Trial Attorneys / RACHEL KING
ERICA PENCAK
ABIGAIL ANDRE
R. MICHAEL UNDERHILL, T.A. / RACHEL HANKEY
Attorney in Charge, West Coast Office / BRANDON ROBERS
Torts Branch, Civil Division / GORDON YOUNG
U.S. Department of Justice / Trial Attorneys

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583

E-mail: steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney Eastern District of Louisiana 650 Poydras Street, Suite 1600 New Orleans, LA 70130 Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

      Date: January 17, 2015

      <u>/s/ Steven O'Rourke</u>
      U.S. Department of Justice