**MDL 2179**
**BPXP's 1/19/2015 Amendment to BPXP's Penalty Phase Trial Exhibit List**

| Trial Exhibit Number | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| TREX-247635 | N/A | N/A | 1/16/2015 | Fitch: BP's US Court Ruling Positive; Low Oil Prices Threaten Flexibility - http://af.reuters.com/article/idAFFit90242220150116 |
| TREX-247636 | N/A | N/A | 00/00/2015 | US Office of Personnel Management: Total Government Employment Since 1962 - http://www.opm.gov/policy-data-oversight/data-analysis-documentation/federal-employment-reports/historical-tables/total-government-employment-since-1962/ |
| TREX-247637 | N/A | N/A | 00/00/0000 | Fact Sheet and Twelve Invoices from the US to BP Exploration and Production Inc. - http://www.restorethegulf.gov/release/2011/07/12/oil-spill-cost-and-reimbursement-fact-sheet |

1/19/2015