| Trial Exhibit Number | First Bates | Last Bates | Trial Exhibit Date | Trial Exhibit Description | Objections |
|---|---|---|---|---|---|
| TREX-013123E | No Bates | No Bates | 1/15/2015 | REDACTED by US: Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding BP P.L.C. and BP Exploration and Production | FRE 802: Hearsay, Not Admissible Against Anadarko |
| TREX-013123R | No Bates | No Bates | 8/15/2014 | REDACTED by BP: Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding BP P.L.C. and BP Exploration and Production, Inc. | FRE 802: Hearsay, Not Admissible Against Anadarko |
| TREX-013125E | No Bates | No Bates | 1/15/2015 | Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE September 12, 2014 Regarding BP P.L.C. and BP Exploration and Production, | FRE 802: Hearsay, Not Admissible Against Anadarko |
| TREX-013332E | No Bates | No Bates | 1/14/2015 | Errata to Rebuttal to BP Round 2 Reports by Stanley D. Rice (Ph.D.) dated September 26, 2014 | FRE 802: Hearsay, Not Admissible Against Anadarko |
| TREX-233887E | No Bates | No Bates | 1/15/2015 | Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding Anadarko Petroleum Corporation August 15, 2014 | FRE 802: Hearsay, Not Admissible Against Anadarko |
| TREX-233887R | No Bates | No Bates | 8/15/2014 | REDACTED by Anadarko: Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding Anadarko Petroleum Corporation August 15, 2014 | FRE 802: Hearsay, Not Admissible Against Anadarko |
| TREX-233890 | No Bates | No Bates | 1/17/2015 | Revision and Errata to Reports of Mark G. VanHaverbeke | FRE 802: Hearsay, Not Admissible Against Anadarko |