UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO.  2179  SECTION:  J |
| This Document Relates to: | : : | JUDGE BARBIER |
| No. 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**UNITED STATES' FOURTH AMENDMENT TO THE UNITED STATES' GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST [REC. DOC. 13838]**

The United States hereby amends the United States' Good Faith Penalty Phase Exhibit List (Second Installment) filed on December 12, 2014 (Rec. Doc. 13838).  Copies of each new or redacted exhibit are included in the United States' production of January 20, 2015. The United States continues to reserve its right to use and seek admission of any document included on an exhibit list offered by any other party in the Penalty Phase of this case.

| TREX | Description |
|---|---|
| TREX - 233891 | Article: Thunder Horse Field, Gulf of Mexico, United States of America, available at http://www.offshore-technology.com/projects/crazy_horse/ |
| TREX - 233892 | Article: Atlantis Deepwater Oil and Gas Platform, Gulf of Mexico, United States of America, available at http://www.offshore-technology.com/projects/atlantisplatform/ |
| TREX - 233893 | Article: Q&A BP America CEO talks oil prices, oppportunities, available at http://m.mrt.com/business/oil/article_79243f20-87ae-11e4-bf5f-4f2e967b6928.html?mode=jqm |
| TREX-233894 | Na Kika Oil and Gas Fields, United States of America, available at http://www.offshore-technology.com/projects/na_kika/ |
| TREX-233895 | Mad Dog Field Fact Sheet, available at http://www.bp.com/content/dam/bp/pdf/Mad%20Dog_Fact_Sheet_6_14_2013.pdf |

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

JOYCE BRANDA
Acting Assistant Attorney General
Civil Division
PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys

SARAH HIMMELHOCH
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney
RICHARD GLADSTEIN
PATRICK CASEY
Senior Counsel
A. NATHANIEL CHAKERES
JUDY HARVEY
RACHEL KING
ERICA PENCAK
ABIGAIL ANDRE
RACHEL HANKEY
BRANDON ROBERS
GORDON YOUNG
Trial Attorneys

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

      Date: January 20, 2015

      /s/ Steven O'Rourke
      U.S. Department of Justice