UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document applies to:<br>*ALL CASES* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** the firm name and address for Kerry J. Miller has changed effective January 20, 2015.  The new firm name and address are:

> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> 201 St. Charles Avenue, Suite 3600
> New Orleans, LA 70170
> Phone:  504.566.8646
> Fax:     504.585.6946
> Email:  kjmiller@bakerdonelson.com

| | |
|---|---|
| Dated:       January 20, 2015 | Respectfully submitted,<br><br>/s/ Kerry J. Miller<br>Kerry J. Miller<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170<br>Phone:  504.566.8646<br>Fax:     504.585.6946<br>Email:  kjmiller@bakerdonelson.com<br>***Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Deepwater Inc., and*** |

*Transocean Offshore Deepwater Drilling Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on January 21, 2015.

/s/ Kerry J. Miller