Minute Entry
Barbier, J.
January 20, 2015
JS 10:  7hr. 48 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>KAREN IBOS (AM)<br>JODI SIMCOX  (PM) |

PENALTY PHASE  NON-JURY TRIAL
(Day one)

TUESDAY, JANUARY 20, 2015   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Case called.
Counsel introduce themselves.
Opening statements by the United States.
Opening statements by BP.
Opening statements by Anadarko.

Witness: Admiral Meredith Austin, sworn and testified.

ORDERED that Motion to Exclude Dr. Diane Austin's Opinions and Testimony by Defendant BP Exploration & Production Inc. #[13772] is DENIED.

Witness: Dr. Diane Austin, sworn and testified. (Expert)

ORDERED that MOTION to Exclude Opinions and Testimony of Dr. Richard W. Clapp by Defendant BP Exploration & Production Inc. #[13782] is DENIED.

Witness:  Dr. Richard Clapp, sworn and testified. (Expert)

Court recesses at 5:49 p.m.
Court will resume on Wednesday, JANUARY 21, 2015 at 8:00 a.m.


Appearances on various days throughout the trial:
USA:  Steven O'Rourke,  Sarah Himmelhoch, Abigail Andre, Patrick Casey, Nancy Flickinger, Richard Gladstein, Michael Zevenbergen, Aristide Chakeres, Danielle Fidler, Rachel Hankey, Judith Harvey, Rachel King, Brandon Robers, Erica Pencak
BP:    Robert "Mike" Brock, Kimberly Branscome, J. Andrew Langan, Matthew Regan, Hariklia "Carrie" Karis, Mark Nomellini, Katie Jakola, Keith Jarrett
Anadarko: Thomas Lotterman, Ky Kirby