### EASTERN DISTRICT OF LOUISIANA
### UNITED STATES OF AMERICA,

10 md 2179

Civil No. 14-2211 J(1)



Ellis Keyes
Executor for the Estate of
Christine C. Keyes,              Plaintiff,

-vs-

BP,                 Defendant

## RESPONSE TO OPPOSITION FOR ENTRY OF DEFAULT

Complaint has been served by me on BP counsel through email to
kristopher.ritter@kirkland.com on January 2nd, 2014, who represented to me
that his Law Office is acting on behalf of BP. Furthermore I received the
following acknowledgement by email on September 24th, 2014:  Dear Mr.
Keyes, Pursuant to the telephone conversation with our representative this
afternoon, the Claims Administrator would like to acknowledge receipt of the
Complaint and Application to Proceed in District Court dated September 20,
2014.

Wherefore Defendant through its authorized agent has been served and
should be found in default but in the alternative compelled to respond to the
complaint.

Respectfully

Ellis Keyes               (228) 326-8679

P O Box 1073

Whitesburg, Kentucky 41858-1073    cc jbruemmer@garretsongroup.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

TENDERED FOR FILING

JAN 2 0 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Ellis Keyes

P O Box 1073

Whitesburg, Kentucky 41858-1073

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 1200 0002 1110 6697

**ReadyPost**

Document Mailer

701308336?

Clerk US District Court

500 Poydras Street C-151

New Orleans, LA 70130

UNITED STATES POSTAL SERVICE

16 JAN 2015 PM

U.S. POSTAGE
PAID
WHITESBURG KY

$3.79

JAN 16, '15
AMOUNT

00090446-08