Minute Entry
Barbier, J.
January 21, 2015
JS 10:  8 hr. 28 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

---

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>KAREN IBOS (AM)<br>JODI SIMCOX (PM) |

PENALTY PHASE  NON-JURY TRIAL
(Day two)

WEDNESDAY, JANUARY 21, 2015   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court begins.
All present and ready.

ORDERED that MOTION to Exclude Opinions and Testimony of Dr. Donald Boesch and Dr. Stanley Rice Regarding Speculative Environmental Harm by Defendant BP Exploration & Production Inc., #[13779], is DENIED.

Witness: Dr. Donald Boesch, sworn and testified. (Expert)

ORDERED that MOTION to Exclude Certain Opinions of Dr. Stanley Rice by Defendant BP Exploration & Production Inc., #[13784], is DENIED.

Witness:  Dr. Stanley Rice, sworn and testified. (Expert)

ORDERED that MOTION to Exclude Certain Opinions and Testimony of Captain Mark VanHaverbeke by Defendant BP Exploration & Production Inc., #[13777], is DENIED.

Witness:  Captain Mark VanHaverbeke, sworn and testified. (Expert)

Court recesses at 6:18 p.m.

Court will resume on Thursday, JANUARY 22, 2015 at 8:00 a.m.


Appearances on various days throughout the trial:
USA:  Steven O'Rourke,  Sarah Himmelhoch, Abigail Andre, Patrick Casey, Nancy Flickinger, Richard Gladstein, Michael Zevenbergen, Aristide Chakeres, Danielle Fidler, Rachel Hankey, Judith Harvey, Rachel King, Brandon Robers, Erica Pencak
BP:    Robert "Mike" Brock, Kimberly Branscome, J. Andrew Langan, Matthew Regan, Hariklia "Carrie" Karis, Mark Nomellini, Katie Jakola, Keith Jarrett
Anadarko: Thomas Lotterman, Ky Kirby