UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>*<br>*<br>*   JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>**No. 12-311**, on appeal to the United States Court of Appeals for the Fifth Circuit, Case No. 14-31321 | *   MAGISTRATE JUDGE SHUSHAN<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

Pursuant to the Order entered by the United States Court of Appeals for the Fifth Circuit, Cameron International Corporation and Liberty Insurance Underwriters, Inc. submit this Joint Supplemental Designation of Record on Appeal and request that the items listed below be included in the record for this appeal.

| Date | Party | Document | Document Title | Rec. Doc. |
|---|---|---|---|---|
| 12/17/2014 | Cameron | Designation | DESIGNATION of Record on Appeal (USCA #14-31321) by Cameron International Corporation. Liberty Insurance Underwriters, Inc. re 13726 Notice of Appeal, 13697 Notice of Appeal. (Attachments: # 1 Exhibit A)(Reference: 12-311)(Wittmann, Phillip) Modified on 12/18/2014 (gec). (Entered: 12/17/2014) | 13877 |
| 12/18/2014 | Liberty | Objection | OBJECTIONS by Defendant Liberty Insurance Underwriters, Inc. re 13767 Bill of Costs . (Attachments: # 1 Exhibit 1)(Reference: 12-311)(Barrasso, Judy) Modified on 12/18/2014 (gec). (NEF:Bcost) (Entered: 12/18/2014) | 13883 |

1177826v1

| 12/22/2014 | Cameron | Amended Notice | AMENDED NOTICE OF APPEAL by Cameron International Corporation as to 13583 Order on Motion for Partial Summary Judgment, 13588 Order, 13833 Order on Motion for Attorney Fees, Order on Motion to Amend/Correct, 13852 Order . (Filing fee $ 505 receipt number 053L-4695022) (Reference: 12-311)(Wittmann, Phillip) Modified text on 12/22/2014 (sek). (Entered: 12/22/2014) | 13909 |
|---|---|---|---|---|
| 1/12/2015 | Liberty | Notice | NOTICE OF APPEAL by Defendant as to 13868 Order, 13583 Order on Motion for Partial Summary Judgment, 11023 Order, 13413 Order on Motion for Leave to File, 10808 Order on Motion to Compel, 10951 Order on Motion for Appeal of Magistrate Judge Decision to District Court, Order on Motion for Leave to File, Order on Motion to Seal Document, 7129 Order on Motion for Judgment on the Pleadings, 13588 Order, 10559 Order. (Filing fee $ 505, receipt number 053L-4713537.) (Reference: 12-311)(Barrasso, Judy) Modified on 1/13/2015 (gec). (Entered: 01/12/2015) | 14010 |
| 1/15/2015 | Liberty | Transcript Request | APPEAL TRANSCRIPT REQUEST by Defendant Liberty Insurance Underwriters, Inc. re 14010 Notice of Appeal (USCA #14-31321). (Transcript is already on file) (Reference: 12-311)(Barrasso, Judy) Modified on 1/16/2015 (gec). (Entered: 01/15/2015) | 14019 |

| | |
|---|---|
| Dated:      January 22, 2015 | Respectfully submitted, |
| /s/ Christopher W. Martin<br>Christopher W. Martin, PRO HAC VICE<br>Federal I.D. 13515<br>Robert G. Dees, PRO HAC VICE<br>Federal I.D. 13899<br>808 Travis, Suite 1800<br>Houston, Texas 77002<br>713-632-1700 (Telephone)<br>713-222-0101 (Facsimile) | /s/ Phillip A. Wittmann<br>Phillip A. Wittmann, 13625<br>     pwittmann@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>     cbertaut@stonepigman.com<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>504-581-3200<br>504-581-3361 (fax) |
| Judy S. Barrasso, 2814<br>Celeste Coco-Ewing, 25002<br>BARRASSO USDIN KUPPERMAN<br>   FREEMAN & SARVER, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>504.589.9700 (Telephone)<br>504.589.9701 (Facsimile) | WILLKIE FARR & GALLAGHER LLP<br>Mitchell J. Auslander<br>Jeffrey B. Korn<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000<br>mauslander@willkie.com |
| *Attorneys for Liberty Insurance Underwriters, Inc.* | *Attorneys for Cameron International Corporation* |

# **C E R T I F I C A T E**

I hereby certify that the above and foregoing Joint Designation of Record on Appeal has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of January, 2015.

                                                    /s/ Phillip A. Wittmann

1177826v1