# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates To: 10-4536 | * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

## BPXP's 1/23/2015 AMENDMENT TO BPXP's PENALTY PHASE TRIAL EXHIBIT LIST

Defendant BP Exploration & Production Inc. ("BPXP") hereby serves its fourth amendment to BPXP's December 12, 2014 Penalty Phase Trial Exhibit List (attached hereto as "Exhibit A"). As explained in BPXP's January 22, 2015 email to the parties, this amendment includes some publicly available photographs, consistent with the agreement regarding publicly available documents as memorialized in letters from the United States and BPXP on January 11, 2015 and January 14, 2015, respectively.

BPXP incorporates by reference the reservations of rights in its December 12, 2014 Penalty Phase Trial Exhibit List filing (Rec. Doc. 13841).

Date: January 23, 2015  Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
Matthew Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

***Attorneys for BP Exploration & Production Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23th day of January, 2015.

/s/ Don K. Haycraft