# Exhibit A

## MDL 2179
## BPXP's 1/23/2015 Amendment to BPXP's Penalty Phase Trial Exhibit List

| Trial Exhibit Number | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| TREX-247639 | N/A | N/A | 00/00/0000 | http://www.wlf.louisiana.gov/sites/default/files/images/jpg/image/32823-seine-net-sampling/seine-net-sampling.jpg |
| TREX-247640 | N/A | N/A | 00/00/0000 | http://www.sefsc.noaa.gov/labs/mississippi/images/net_deploy_ship.jpg |
| TREX-247641 | N/A | N/A | 00/00/0000 | http://www.photolib.noaa.gov/htmls/anim1531.htm |
| TREX-247642 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/brown-pelican |
| TREX-247643 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/great-egret |
| TREX-247644 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/snowy-egret |
| TREX-247645 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/great-blue-heron |
| TREX-247646 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/black-skimmer |
| TREX-247647 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/clapper-rail |
| TREX-247648 | N/A | N/A | 00/00/0000 | http://tgreybirds.com/Pages/LaughingGullp.html |
| TREX-247649 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/laughing-gull |
| TREX-247650 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/sandwich-tern |
| TREX-247651 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/least-tern |
| TREX-247652 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/forsters-tern |
| TREX-247653 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/royal-tern |
| TREX-247654 | N/A | N/A | 00/00/0000 | http://birds.audubon.org/birds/northern-gannet |
| TREX-247655 | N/A | N/A | 00/00/0000 | http://www.birdforum.net/opus/Image:Northern_Gannet.jpg |
| TREX-247656 | N/A | N/A | 00/00/0000 | http://tgreybirds.com/Pages/LaughingGullp.html |
| TREX-247657 | N/A | N/A | 00/00/0000 | http://www.allthesea.com/Sea-Bird-Brown-Pelican.html |

**MDL 2179**
**BPXP's 1/23/2015 Amendment to BPXP's Penalty Phase Trial Exhibit List**

| Trial Exhibit Number | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| TREX-247658 | N/A | N/A | 00/00/0000 | https://www.flickr.com/photos/usfwssoutheast/4616703192/in/photostream/ |
| TREX-247659 | N/A | N/A | 00/00/0000 | https://www.flickr.com/photos/usfwssoutheast/4641468133/in/photostream/ |
| TREX-247660 | N/A | N/A | 00/00/0000 | https://www.flickr.com/photos/usfwssoutheast/4636512357/ |
| TREX-247661 | N/A | N/A | 00/00/0000 | https://www.flickr.com/photos/usfwssoutheast/4616088919/ |