**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In RE: Oil Spill by the Oil Rig "Deepwater** | * | **MDL No. 2179** |
| **Horizon" in the Gulf of Mexico, on** | * | |
| **April 20, 2010** | * | **Section: J** |
| | * | |
| **THIS DOCUMENT RELATES:** | * | |
| *2:12-cv-01713* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |
| _____ | * | |

## ORDER

Considering Plaintiffs' Motion to Withdraw Counsel of Record;

IT IS HEREBY ORDERED that the Motion is GRANTED and Vionne M. Douglas is

withdrawn as counsel of record for Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2015.


_____
**HONORABLE JUDGE BARBIER**