UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | Section: J |
| THIS DOUCMENT RELATES: | * | |
| 2:13-cv-0768 | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bart Siegel, who moves this Honorable Court for an Order withdrawing Vionne M. Douglas as counsel of record. Ms. Douglas is no longer employed by the firm of The Andry Law Group, L.L.C., thus Ms. Douglas no longer represents Mr. Siegel.

Jonathan B. Andry of the law firm The Andry Law Group, L.L.C. will remain counsel of record for this Plaintiff.

WHEREFORE, Plaintiff prays that Ms. Douglas be withdrawn as counsel of record for Plaintiff, Bart Siegel.

Respectfully submitted,

By: **/s/ Jonathan B. Andry**
Jonathan B. Andry (La Bar # 20081)
jandry@andrylawgroup.com
**The Andry Law Group, L.L.C.**
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-5535
Fax: (504) 586-8933

Attorneys for Plaintiff.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of January, 2015.

                /s/ Jonathan B. Andry