UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179** <br> **Section: J** |
| **THIS DOCUMENT RELATES:** <br> *2:13-cv-0768* | * * * * * | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

### ORDER

Considering Plaintiff's Motion to Withdraw Counsel of Record;

IT IS HEREBY ORDERED that the Motion is GRANTED and Vionne M. Douglas is withdrawn as counsel of record for Bart Siegel in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**HONORABLE JUDGE BARBIER**