Minute Entry
Barbier, J.
January 22, 2015
JS 10:  7hr. 28min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG        MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010           SECTION J (1)

                                       JUDGE BARBIER
                                       MAG. JUDGE SHUSHAN
-----------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA               C.A. 10-4536    J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                          COURT REPORTER:
STEPHANIE KALL                         KAREN IBOS (AM)
                                       JODI SIMCOX  (PM)


PENALTY PHASE  NON-JURY TRIAL
(Day three)

THURSDAY, JANUARY 22, 2015   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court begins.
All present and ready.

US offers lists of exhibits/demonstratives regarding exams of Admiral Meredith Austin and Dr. Richard Clapp: ORDERED admitted. (see attached)

BP offers lists of exhibits/demonstratives regarding exams of Admiral Meredith Austin and Dr. Diane Austin: ORDERED admitted. (see attached)

Witness:  Captain Roger Laferriere, by video deposition.

Order for sequestration of witnesses.

ORDERED that MOTION to Strike Opinions of Charles F. Mason Regarding Economic Effects of Spill on Real Estate Markets by Defendant BP Exploration & Production Inc. #[13768], is DEFERRED to the merits.

Witness:  Dr. Charles Mason, sworn and testified. (Expert)

Anadarko's Motion to strike certain portions of Dr. Charles Mason's expert report as stated on the record:  ORDERED taken under advisement.

Witnesses:  Gardner Walkup, Jr., sworn and testified. (Expert)
            Douglas Suttles, by video deposition.
            Steven Bray, by video deposition.
            Dr. Fredric Quivik, sworn and testified. (Expert)

Court recesses at 5:32 p.m.

Court will resume on Friday, JANUARY 23, 2015 at 8:00 a.m.

Appearances on various days throughout the trial:
USA:  Steven O'Rourke,  Sarah Himmelhoch, Abigail Andre, Patrick Casey, Nancy Flickinger, Richard Gladstein, Michael Zevenbergen, Aristide Chakeres, Danielle Fidler, Rachel Hankey, Judith Harvey, Rachel King, Brandon Robers, Erica Pencak
BP:    Robert "Mike" Brock, Kimberly Branscome, J. Andrew Langan, Matthew Regan, Hariklia "Carrie" Karis, Mark Nomellini, Katie Jakola, Keith Jarrett
Anadarko: Thomas Lotterman, Ky Kirby