# BP - Exhibits for AUSTIN, DIANE

BP offers the following documents it used during its examination of Dr. Diane Austin into evidence: admitted 1/22/2015 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-35337 | BOEM Report: VoO |
| D-35338 | BOEM Report: VoO |
| D-35309 | BOEM Report |
| D-35310 | BOEM Report |
| D-35311 | BOEM Study Code Report |
| D-35342 | U.S. 30(b)(6) Agrees That VoO Helped Fishermen and Others |
| D-35339 | BOEM Report |
| D-35313 | BOEM Report |
| D-35347 | BOEM Report |
| D-35315 | Claims Report |
| TREX-245806 | 12/29/2010 Email from T. Parker to R. Allen et al. re Attached please find this week's public report, attaching Public Report 12.29.10.pdf (called-out in D-35135) |
| D-35316 | BOEM Report |
| D-35341 | U.S. 30(b)(6) Agrees That Claims Made a Substantial Impact |
| D-35318 | BOEM Report |
| D-35340 | BP Tourism Grants: State of the Gulf |
| TREX-013115 | Gulf of Mexico - Four Years of Progress (called-out in D-35340) |
| TREX-011923.92.1.BP | BP Callout of TREX-011923 |
| D-35323 | BOEM Study Code Report |
| D-35324 | BOEM Report |

1

# BP - Exhibits for AUSTIN, MEREDITH

BP offers the following documents it used during its examination of Admiral Meredith Austin into evidence: admitted 1/22/2015 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
| --- | --- |
| TREX-012486.2.1.BP | BP Callout of TREX-012486 |
| TREX-012486 | Email from M. Austin to J. Sommer re Spill of National Significance |
| TREX-012486.2.2.BP | BP Callout of TREX-012486 |
| TREX-012487 | Email from M. Austin to J. Burch re Oil Spill Worker Overboard From Overboard From Decontamination Vessel Rescued By USCG Helo After Spending Six Hours in the Water at Spill Site |
| TREX-009105 | On Scene Coordinator Report - DWH Oil Spill |
| TREX-009105.14.1.BP | BP Callout of TREX-009105 |
| TREX-009105.79.1.BP | BP Callout of TREX-009105 |
| TREX-009105.79.3.BP | BP Callout of TREX-009105 |
| TREX-009105.79.4.BP | BP Callout of TREX-009105 |
| TREX-012484.1.2.BP | BP Callout of TREX-012484 |
| TREX-012484.1.3.BP | BP Callout of TREX-012484 |
| TREX-012484 | Email from M. Austin to K. Neary re NGA Director Visit |
| TREX-012485.1.1.BP | BP Callout of TREX-012485 |
| TREX-012485 | Email from M. Austin to K. Neary re NGA Director Visit |
| TREX-009105.65.1.BP | BP Callout of TREX-009105 |
| TREX-009105.65.2.BP | BP Callout of TREX-009105 |
| TREX-009105.66.1.BP | BP Callout of TREX-009105 |
| TREX-012489.6.2.BP | BP Callout of TREX-012489 |
| TREX-012489 | Email from E. Watson to J. Paradis re Section 3.4 of OSC Report, Attached Controlled Burns After Action Report |
| TREX-012489.6.3.BP | BP Callout of TREX-012489 |
| TREX-012493.1.1.BP | BP Callout of TREX-012493 |
| TREX-012493 | Email from M. Austin to C. Bryant re OSC Report - Operation, Attachment Entitled Input for Skimmers |
| TREX-012493.3.1.BP | BP Callout of TREX-012493 |
| TREX-012493.8.1.BP | BP Callout of TREX-012493 |
| TREX-241736.2.1.BP | BP Callout of TREX-241736 |
| TREX-241736 | 7/30/2010 Email from M. Austin to P. Zukunft re Continued EPA Air Monitoring |
| TREX-009105.131.1.BP | BP Callout of TREX-009105 |
| TREX-009105.131.2.BP | BP Callout of TREX-009105 |
| TREX-012495.1.1.BP | BP Callout of TREX-012495 |
| TREX-012495 | Email from M. Austin to J. Hanzalik re Request for 32,000 Gallons of Surface Dispersant Application |
| TREX-012495.1.2.BP | BP Callout of TREX-012495 |
| TREX-012495.1.5.BP | BP Callout of TREX-012495 |
| TREX-012495.1.3.BP | BP Callout of TREX-012495 |
| TREX-012495.1.4.BP | BP Callout of TREX-012495 |

1

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF REAR ADMIRAL MEREDITH AUSTIN

The United States offers the following documents it used during its January 20, 2015 examination of Rear Admiral Meredith Austin into evidence: *admitted 1/22/2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-32000 | ERMA Map (Source: TREX-013249) |
| TREX-009105 | On Scene Coordinator Report Deepwater Horizon Oil Spill, Submitted to National Response Team, Dated: September 2011 |
| TREX-010576 | Dispersant Monitoring and Assessment Directive - Addendum 3, signed 5/26/2010 |
| TREX-012481R | E-Mail From: CAPT Meredith Austin Sent: Monday, July 26, 2010 9:43:48 PM To: D08-DG-MC252 ALL HOUMA Subject: Assumption of Coast Guard Incident Commander for Houma, LA |
| TREX-012481R.1.1.US | Callout of TREX-012481R |
| TREX-013249 | ERMA Map |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. RICHARD CLAPP

The United States offers the following documents it used during its January 20, 2015 examination of Dr. Richard Clapp into evidence: admitted 1/22/2015 SK

| Exhibit/Demonstrative/Callout Number | Description |
| --- | --- |
| D-33600 | Dr. Clapp Educational/Professional Background (Source: TREX-13346) |
| D-33601 | Elements of Dr. Clapp's Opinion (Source: TREX-13347, 13348) |
| D-33602 | Documentation of Cleanup Worker Injuries and Illnesses (Source: TREX-13346, 13347, 13348) |
| D-33603 | NIOSH Health Hazard Evaluation (HHE) of the DWH Response (Source: TREX-12223) |
| D-33604 | Short - And - Long -Term Effects on Human Health (Source: TREX-232509, TREX-13346) |
| D-33605 | Prevalence and prevalence ratios for symptoms by exposures (Source: TREX-12257, TREX-13346, TREX-13347) |
| TREX-012020 | E-mail from Mary Kay Bradbury to Amyo Taylor et al., dated December 4, 2010, Subject: HSE Stats 12-3-10, with attachments |
| TREX-012223 | Health Hazard Evaluation of Deepwater Horizon Response Workers, August 2011 |
| TREX-012257 | Health Hazard Evaluation of Deepwater Horizon Response Workers, Prepared by: Bradley King and Christine West, et al., Dated: December 7, 2010 |
| TREX-012621 | Photograph of Clapper Rail in Exhibit 12620 Produced by US to BP |
| TREX-013108 | Carcinogenic Effects of Benzene: An Update |
| TREX-013346 | Expert Report prepared by Richard W. Clapp, D.Sc., MPH dated August 15, 2014 |
| TREX-013347 | Expert Response Report prepared by Richard W. Clapp, D.Sc., MPH dated September 12, 2014 |
| TREX-013348 | Expert Rebuttal Report prepared by Richard W. Clapp, D.Sc., MPH dated September 26, 2014 |
| TREX-230437NR | Spreadsheet of medical data |

| TREX-231739 | Photo: Oiled Seabird |
| --- | --- |
| TREX-232509 | McCoy et al. - Assessing the health effects of the Gulf of Mexico oil spill on human health: A summary of the June 2010 workshop. Washington, DC: The National Academies Press (IOM, 2010) |
| TREX-232524 | Plaisance, et al., individually and on behalf of the Medical Benefits Settlement Class v. BP Exploration & Production Inc., et al., No. 12-cv-968. Status Report from the DWH Medical Benefits Settlement Claims Administrator. Doc. No. 13320. |
| TREX-233329 | Smith, M.T. Advances in Understanding Benzene Health Effects and Suspectibility. Annu. Rev. Public Health, 31:133-48, 2010 (Smith, 2010) |