# Exhibit A

MDL 2179
BPXP's 1/24/2015 Amendment to BPXP's Penalty Phase Trial Exhibit List

| Trial Exhibit Number | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| TREX-247662 | N/A | N/A | 00/00/2013 | Sector New Orleans Area Contingency Plan - http://www.rrt6.org/Uploads/Files/sectorneworleans_acp%20-%202013.pdf |
| TREX-247663 | N/A | N/A | 00/00/2012 | EPA Annual Results 2012 - http://www.epa.gov/compliance/enforcement/annual-results/eoy2012.pdf |
| TREX-247664 | N/A | N/A | 00/00/2013 | EPA Annual Results 2013 - http://www.epa.gov/compliance/enforcement/annual-results/eoy2013.pdf |
| TREX-247665 | N/A | N/A | 00/00/2014 | EPA Annual Results 2014 - http://www2.epa.gov/sites/production/files/2014-12/documents/fy-2014-enforcement-annual-results-charts-12-12-14.pdf |
| TREX-247666 | N/A | N/A | 00/00/0000 | http://www.fisheries.noaa.gov/stories/2013/09/dolphin_ume_prompt_more_patrols.jpg |
| TREX-247667 | N/A | N/A | 00/00/0000 | http://www.fisheries.noaa.gov/pr/images/cetaceans/bottlenose_calf_swfsc.jpg |
| TREX-247668 | N/A | N/A | 00/00/0000 | http://www.fisheries.noaa.gov/stories/2013/08/bottlenose_dolphin_ume.jpg |
| TREX-247669 | N/A | N/A | 00/00/0000 | http://docs.lib.noaa.gov/OEDV/Okeanos_Explorer_2012_EX1202/Leg_2/image/EX1202L2_DIVE13_20120402/EX1202L2_IMG_20120402T152849Z_ROVHD_M9_11_COR_OPH_SHI.jpg |
| TREX-247670 | N/A | N/A | 00/00/0000 | http://docs.lib.noaa.gov/OEDV/Okeanos_Explorer_2012_EX1202/Leg_2/image/EX1202L2_DIVE13_20120402/EX1202L2_IMG_20120402T145029Z_ROVHD_WIDE_M9_4.jpg |
| TREX-247671 | N/A | N/A | 00/00/0000 | http://docs.lib.noaa.gov/OEDV/Okeanos_Explorer_2012_EX1202/Leg_2/image/EX1202L2_DIVE12_20120401/EX1202L2_IMG_20120401T142532Z_ROVHD_MC297_M3_2.jpg |
| TREX-247672 | N/A | N/A | 00/00/0000 | http://www.nmfs.noaa.gov/pr/images/turtles/kempsridley_kimbassoshull-motelab.jpg |
| TREX-247673 | N/A | N/A | 00/00/0000 | http://www.sefsc.noaa.gov/labs/mississippi/images/loggerheadturtle-noaa.jpg |
| TREX-247674 | N/A | N/A | 00/00/0000 | http://www.nmfs.noaa.gov/pr/images/turtles/loggerhead_marcogiuliano.jpg |

**MDL 2179**
**BPXP's 1/24/2015 Amendment to BPXP's Penalty Phase Trial Exhibit List**

| Trial Exhibit Number | Bates Begin | Bates End | Date | Description |
|---|---|---|---|---|
| TREX-247675 | N/A | N/A | 00/00/0000 | http://www.nmfs.noaa.gov/pr/images/turtles/green_bruckner.jpg |