IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * | MDL No. 2179<br><br>Section: J<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Sally Shushan |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Lynn P. Perez, an Incompetent Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _____  By: _____
Philip F. Cossich Jr.                                 Lynn C. Greer
Attorney for Claimant's Representative     VSB No.: 29211
Cossich, Sumich, Parsiola & Taylor, LLC   BrownGreer PLC
8397 Highway 23 Suite 100                    250 Rocketts Way
Belle Chasse, LA 70037                          Richmond, Virginia 23231
(504) 394-9000                                       (804) 521-7200

Date: _____12/17/2014_____         Date: _____1/6/15_____

1