UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER
FOR RETURN OF PAYMENTS MADE TO TONY RILEY AND OTHERS

COMES NOW the Special Master, Louis J. Freeh, seeking to remedy a fraud committed upon the Deepwater Horizon Economic Claims Center ("DHECC") by claimant Tony Riley, who presented the DHECC with a falsified 2009 amended tax return and other falsified sales records in an effort to support his claims for lost shrimping revenue. Relying on Riley's misrepresentations, the DHECC paid Riley $221,681.62.

The Special Master seeks a judgment requiring Riley to return money paid on these DHECC claims, requiring professionals who assisted Riley and benefitted from this unjustified payment to similarly return such payments, and prohibiting Riley from participating in any further seafood distributions.

Respectfully submitted,

_____/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated:  January 26, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   26th   day of      January       , 2015, by electronic mail, on the following:

Jonathan Andry
Glen J. Lerner
Andry Lerner LLC
610 Baronne Street
New Orleans, LA 70113
*Attorneys for Tony Riley*

Pauline F. Hardin
James E. Wright, III
Virginia W. Gundlach
Jones Walker LLP
201 St. Charles Ave. – 49th Floor
New Orleans, LA  70170

    and

William W. Taylor, III
Zuckerman Spaeder LLP
1800 M. Street, NW – Suite 1000
Washington, DC 20036-5807
*Attorneys for Glen J. Lerner*

Douglas S. Draper
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, LA  70130
*Attorneys for Andry Lerner, LLC*

Lewis O. Unglesby
Lance C. Unglesby
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
*Attorneys for Jon Andry*

    /s/Louis J. Freeh
    Louis J. Freeh