

```
                  This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                      Request Date:         11-10-2014
                                      Response Date:        11-10-2014
                                      Tracking Number:    100218536670

FORM NUMBER:       1040
TAX PERIOD:        Dec. 31, 2009


TAXPAYER IDENTIFICATION NUMBER:

TONY A RILEY



           --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                 0.00
ACCRUED INTEREST:                                0.00    AS OF: Jan. 13, 2014
ACCRUED PENALTY:                                 0.00    AS OF: Jan. 13, 2014


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                   0.00

                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                        01
FILING STATUS:                                 Single
ADJUSTED GROSS INCOME:                      15,949.00
TAXABLE INCOME:                              6,599.00
TAX PER RETURN:                                517.00
SE TAXABLE INCOME TAXPAYER:                  1,988.00
SE TAXABLE INCOME SPOUSE:                        0.00
TOTAL SELF EMPLOYMENT TAX:                     304.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2010
PROCESSING DATE                                                 May  03, 2010
```

|                                    TRANSACTIONS                                        |
| CODE | EXPLANATION OF TRANSACTION     | CYCLE    | DATE       | AMOUNT    |
|------|--------------------------------|----------|------------|-----------|
| 150  | Tax return filed               | 20101608 | 05-03-2010 | $517.00   |
| n/a  | 76221-100-85041-0              |          |            |           |
| 806  | W-2 or 1099 withholding        |          | 04-15-2010 | -$1,525.00|
| 766  | Credit to your account         |          | 04-15-2010 | -$400.00  |

| | | | |
|---|---|---|---:|
| 826 | ▮▮ sferred out to ▮▮ | 04-15-2010 | $724.48 |
| 826 | ▮▮ nsferred out to ▮▮ | 04-15-2010 | $304.32 |
| 971 | ▮▮ issued ▮▮ | 05-03-2010 | $0.00 |
| 846 | Refund issued | 05-03-2010 | $379.20 |
| 922 | Review of unreported income | 12-13-2010 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```



This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 11-10-2014 |
| Response Date: | 11-10-2014 |
| Tracking Number: | 100218536670 |

**SSN Provided:**
**Tax Period Requested:** December, 2009

## Form W-2 Wage and Tax Statement

**Employer:**
Employer Identification Number (EIN): 370951713
AMERICAN RIVER TRANS CO
104 CAMPUS DR E 201
DESTREHAN, LA 70047-0000

**Employee:**
Employee's Social Security Number:
TONY RILEY



| | |
|---|---|
| Submission Type: | Original document |
| Wages, Tips and Other Compensation: | $13,947.00 |
| Federal Income Tax Withheld: | $1,525.00 |
| Social Security Wages: | $14,838.00 |
| Social Security Tax Withheld: | $919.00 |
| Medicare Wages and Tips: | $14,838.00 |
| Medicare Tax Withheld: | $215.00 |
| Social Security Tips: | $0.00 |
| Allocated Tips: | $0.00 |
| Advanced EIC Payment: | $0.00 |
| Dependent Care Benefits: | $0.00 |
| Deferred Compensation: | $890.00 |
| Code "Q" Nontaxable Combat Pay: | $0.00 |
| Code "W" Employer Contributions to a Health Savings Account: | $0.00 |
| Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation plan: | $0.00 |
| Code "Z" Income under section 409A on a nonqualified Deferred Compensation plan: | $0.00 |
| Code "R" Employer's Contribution to MSA: | $0.00 |
| Code "S" Employer's Contribution to Simple Account: | $0.00 |
| Code "T" Expenses Incurred for Qualified Adoptions: | $0.00 |
| Code "V" Income from exercise of non-statutory stock options: | $0.00 |
| Code "AA" Designated Roth Contributions under a Section 401(k) Plan: | $0.00 |
| Code "BB" Designated Roth Contributions under a Section 403(b) Plan: | $0.00 |
| Third Party Sick Pay Indicator: | Unanswered |
| Retirement Plan Indicator: | Yes |
| Statutory Employee: | Not Statutory Employee |

## Form 1099-INT

**Payer:**
Payer's Federal Identification Number (FIN): 726020667
LA CAPITOL FEDERAL CREDIT UNION
PO BOX 3398
BATON ROUGE, LA 70821-3398

**Recipient:**
Recipient's Identification Number:
TONY RILEY


| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | |
| Interest: | $608.00 |
| Tax Withheld: | 0.00 |
| Savings Bonds: | 0.00 |
| Investment Expense: | 0.00 |
| Interest Forfeiture: | 0.00 |
| Foreign Tax Paid: | 0.00 |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 203659610
DET TRUCKING SERVICES LLC
3621 LAKE WINNIPEG DRIVE
HARVEY, LA 70058-0000

**Recipient:**
Recipient's Identification Number:
TONY RILEY


| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $8,574.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**

```
Payer's Federal Identification Number (FIN): 208849516
ENERGYQUEST II LLC
15425 I 45 NORTH SUITE 230
HOUSTON, TX 77090-0000
```

**Recipient:**
Recipient's Identification Number:
TONY RILEY



```
Submission Type:                                    Original document
Account Number (Optional):
Tax Withheld:                                                   0.00
Non-Employee Compensation:                                      0.00
Medical Payments:                                               0.00
Fishing Income:                                                 0.00
Rents:                                                          0.00
Royalties:                                                   $489.00
Other Income:                                                   0.00
Substitute Payments for Dividends:                              0.00
Excess Golden Parachute:                                        0.00
Crop Insurance:                                                 0.00
Attorney Fees:                                                  0.00
Section 409A Deferrals:                                         0.00
Section 409A Income:                                            0.00
Direct Sales Indicator:                             Not Direct Sales
Second Notice Indicator:                              No Second Notice
```

## Form 1099-MISC

**Payer:**
```
Payer's Federal Identification Number (FIN): 721474962
CHRIS HANSEN SEAFOOD LLC
PO BOX 220
PORT SULPHUR, LA 70083-0000
```

**Recipient:**
Recipient's Identification Number:
TONY RILEY



```
Submission Type:                                    Original document
Account Number (Optional):                                       N/A
Tax Withheld:                                                   0.00
Non-Employee Compensation:                                  $1,497.00
Medical Payments:                                               0.00
Fishing Income:                                                 0.00
Rents:                                                          0.00
Royalties:                                                      0.00
Other Income:                                                   0.00
Substitute Payments for Dividends:                              0.00
Excess Golden Parachute:                                        0.00
Crop Insurance:                                                 0.00
Attorney Fees:                                                  0.00
Section 409A Deferrals:                                         0.00
Section 409A Income:                                            0.00
Direct Sales Indicator:                             Not Direct Sales
Second Notice Indicator:                              No Second Notice
```

This Product Contains Sensitive Taxpayer Data