Form **1040X**

(Rev. January 2010)

Department of the Treasury - Internal Revenue Service
**Amended U.S. Individual Income Tax Return**
► See separate instructions.

OMB No. 1545-0074

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| TONY  A  RILEY | | ■■■■■■■■ |
| If a joint return, your spouse's first name and middle initial | Your spouse's last name | Your Spouse's social security no. |

Your current home address (number and street). If you have a P.O. box, see page 5 of the inst. | Apt. no. | Your phone number
■■■■■■■ | |

Your city, town or post office, state, and ZIP code. If you have a foreign address, see page 5 of instructions.
■■■■■■■■

All filers must complete lines A, B, and C.

**A**  Amended return filing status.  You must check one box even if you are not changing your filing status.
**Caution.** You cannot change your filing status from joint to separate returns after the due date.

[X] Single
[ ] Qualifying widow(er)
[ ] Married filing jointly
[ ] Married filing separately
[ ] Head of household (if the qualifying person is a child but not your dependent, see page 5 of instructions.)

**B**  This return is for calendar year  [X] 2009  [ ] 2008  [ ] 2007  [ ] 2006
Other year. Enter one: calendar year ____ or fiscal year (month and year ended): ____

**C**  Explanation of changes. In the space provided below, tell us why are you filing Form 1040X.

RETURN IS BEING AMENDED TO INCLUDE  FISHING INCOME IN THE
AMOUNT OF 40,000

### Income and Deductions

| | | | Correct Amount |
|---|---|---|---|
| 1 | Adjusted gross income (see page 6 of instructions). If net operating loss (NOL) carryback is included, check here | 1 | 17,621 |
| 2 | Itemized deductions or standard deduction (see page 6 of instructions) | 2 | 5,700 |
| 3 | Subtract line 2 from line 1 | 3 | 11,921 |
| 4 | Exemptions. If changing, complete the Exemptions section on page 2 and enter the amount from line 30 (see page 6 of instructions) | 4 | 3,650 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 8,271 |

### Tax Liability

| | | | |
|---|---|---|---|
| 6 | Tax (see page 7 of instructions). Enter method used to figure tax:  Tables | 6 | 828 |
| 7 | Credits (see page 8 of instructions). If general business credit carryback is included, check here | 7 | 178 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 650 |
| 9 | Other taxes (see page 8 of instructions) | 9 | 559 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 1,209 |

### Payments

| | | | |
|---|---|---|---|
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (If changing, see page 8 of instructions) | 11 | 1,525 |
| 12 | Estimated tax payments, including amount applied from prior year's return (see page 8 of instructions) | 12 | |
| 13 | Earned income credit (EIC) (see page 8 of instructions) | 13 | |
| 14 | Refundable credits from [X] Schedule M or Form (s) [ ] 2439 [ ] 4136 [ ] 5405 [ ] 8801 [ ] 8812 [ ] 8863 [ ] 8885 or [ ] other (specify): | 14 | 400 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed (see page 9 of instructions) | 15 | |
| 16 | Total payments. Add lines 11 through 15 | 16 | 1,925 |

### Refund or Amount You Owe  (Note. Allow 8 - 12 weeks to process Form 1040X.)

| | | | |
|---|---|---|---|
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS (see page 9 of instructions) | 17 | 1,408 |
| 18 | Subtract line 17 from line 16 (If less than zero, see page 9 of inst) | 18 | 517 |
| 19 | Amount you owe. If line 10 is more than line 18, enter the difference (see page 9 of instructions) | 19 | 692, |
| 20 | If line 10 is less than line 18, enter the difference. This is the amount **overpaid** on this return | 20 | |
| 21 | Amount of line 20 you want **refunded** to you | 21 | |
| 22 | Amount of line 20 you want applied to your (enter year):  estimated tax  22 | | |

Complete and sign this form on Page 2.

KBA    For Paperwork Reduction Act Notice, see page 11 of instructions.

Form **1040X** (Rev. 01- 2010)

Form 1040X (Rev. 01- 2010) TONY A RILEY ▮ Page 2

## Exemptions

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina or a Midwestern disaster.

See Form 1040 or Form 1040A instructions and page 10 of Form 1040X instructions.

| | | | Correct Number or Amount |
|---|---|---|---|
| 23 | Yourself and spouse. If someone can claim you as a dependent, you cannot claim an exemption for yourself | 23 | |
| 24 | Your dependent children who lived with you | 24 | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | |
| 26 | Other dependents | 26 | |
| 27 | Total number of exemptions. Add lines 23 through 26 | 27 | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending (see page 10 of instruction) | 28 | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 6 for 2006. If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 2 for 2008, or line 6 for 2009 | 29 | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | 30 | |

31   List ALL dependents (children and others) claimed on this amended return. If more than 4 dependents, see page 10 instructions.

| (a) First name    Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see page 10 of instructions) | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now do.

## Checklist

Before mailing this form, remember to

☐ Complete name, address, and social security number
☐ Complete lines A, B, and C on page 1
☐ Complete lines 1 through 22 on page 1
☐ Complete lines 23 through 31 on page 2, if required
☐ Attach any supporting documents and new or changed forms and schedules
☐ Sign and date this form

## Sign Here

**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ _____      _____      ▶ _____      _____
Your signature                              Date                    Spouse's signature. If a joint return, **both** must sign.      Date

**Paid Preparer's Use Only**

▶ _____      6/5/2010      HRB TAX GROUP INC
Preparer's signature                           Date

                                              NEW ORLEANS, LA 70114
                                              Firm's name (or yours if self- employed), address, and ZIP code

P00482923                ☐ Check if self- employed      (504) 367-3702      43-1871840
Preparer's SSN or PTIN                                        Phone number              EIN

KBA   For forms and publications, visit IRS on the Web at www.irs.gov.      Form 1040X (Rev. 01- 2010)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
► Partnerships, joint ventures, etc., generally must file Form 1065 or 1065- B.
► Attach to Form 1040, 1040NR, or 1041.   ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2009**
Attachment
Sequence No. 09

Name of proprietor
TONY A RILEY

Social security number (SSN)
███████████

A  Principal business or profession, including product or service (see page C-2 of the instructions)
COMMERCIAL FISHING : FISHER

B  Enter code from pages C-9, 10, & 11
► 114110

C  Business name. If no separate business name, leave blank.
TONY A RILEY

D  Employer ID number (EIN), if any

E  Business address (including suite or room no.) ► ████████████████

City, town or post office, state, and ZIP code

F  Accounting method:  (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

G  Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses .   [X] Yes   [ ] No

H  If you started or acquired this business during 2009, check here .   ►

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. | ► [ ]  1 | 40,000. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 40,000. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 40,000. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 40,000. |

## Part II  Expenses.  Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see page C-4) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | 11,200. | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | | 21 | Repairs and maintenance | 21 | 10,000. |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses ATTACHMENT | 23 | 200. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 15 | | a | Travel | 24a | |
| 16 | Interest: | | | b | Deductible meals and entertainment (see page C-6) | 24b | 2,100. |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | | 27 | Other expenses (from line 48 on page 2) | 27 | 14,700. |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ► | 28 | 38,200. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 1,800. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 1,800. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

KBA   For Paperwork Reduction Act Notice, see page C-9 of the instructions.

Schedule C (Form 1040) 2009

Schedule C (Form 1040) 2009   TONY A RILEY ▬▬▬▬▬▬▬▬ Page 2

**Part III   Cost of Goods Sold** (see page C-8)

| | | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation) | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? | | |
| | If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . . . . | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . | 42 | |

**Part IV   Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44   Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

**a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

| | | | |
|---|---|---|---|
| 45 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . | ☐ Yes | ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? . . . . . . | ☐ Yes | ☐ No |
| 47a | Do you have evidence to support your deduction? . . . . . . . . . | ☐ Yes | ☐ No |
| b | If "Yes," is the evidence written? . . . . . . . . . . . . . | ☐ Yes | ☐ No |

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| FUEL FOR BOAT | 7,000. |
| MISC SUPPLIES | 7,700. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| 48 | Total other expenses. Enter here and on page 1, line 27 . . . . . . . | 48 | 14,700. |

# SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2009**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| TONY A RILEY | ▮▮▮▮▮ |

| A | Principal business or profession, including product or service (see page C-2 of the instructions) | B | Enter code from pages C-9, 10, & 11 |
|---|---|---|---|
| | TRUCK DRIVER : DRIVER | | ▶ 484110 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN), if any |
|---|---|---|---|
| | TONY RILEY | | |

E  Business address (including suite or room no.) ▶
   City, town or post office, state, and ZIP code

F  Accounting method:   (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses.   [X] Yes   ☐ No

H  If you started or acquired this business during 2009, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I  Income

| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if: | | | |
|---|---|---|---|---|
| | • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or | ▶ ☐ | 1 | 8,574. |
| | • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses.   SEE ATTACHMENT | | | |
| 2 | Returns and allowances | | 2 | |
| 3 | Subtract line 2 from line 1 | | 3 | 8,574. |
| 4 | Cost of goods sold (from line 42 on page 2) | | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | | 5 | 8,574. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | | 6 | |
| 7 | Gross income. Add lines 5 and 6 | ▶ | 7 | 8,574. |

## Part II  Expenses.  Enter expenses for business use of your home only on line 30.

| 8 | Advertising | 8 | | 18 | Office expense | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see page C-4) | 9 | 6,371. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III)  (see page C-5) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses  ATTACHMENT | 23 | 50. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 15 | | a | Travel | 24a | |
| 16 | Interest: | | | b | Deductible meals and entertainment (see page C-6) | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | | 27 | Other expenses (from line 48 on page 2) | 27 | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 | ▶ | 28 | 6,421. |
|---|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | 29 | 2,153. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | |
| | • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. | } | 31 | 2,153. |
| | • If a loss, you must go to line 32. | | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). | | | |
| | • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk. | | |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32b ☐ Some investment is not at risk. | | |

KBA   For Paperwork Reduction Act Notice, see page C-9 of the instructions.

Schedule C (Form 1040) 2009

Schedule C (Form 1040) 2009  TONY A RILEY                                                          Page 2

**Part III** **Cost of Goods Sold** (see page C-8)

33  Method(s) used to
    value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . | 35 |

36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . | 36 |

37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . | 37 |

38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 |

39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |

40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 |

41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 |

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . | 42 |

**Part IV** **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ 8/20/2005

44  Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

    **a** Business _____ 11583 _____  **b** Commuting (see instructions) _____ 0 ___  **c** Other _____ 0 ___

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . ☐ Yes    ☒ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . ☒ Yes    ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . ☒ Yes    ☐ No

 b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes    ☐ No

**Part V** **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . | 48 |

1040-Sch C (2009)                         FDC-2V 1.9                              Schedule C (Form 1040) 2009
Form Software Copyright 1996 - 2010 HRB Tax Group, Inc.

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Self- Employment Tax

▶ Attach to Form 1040.   ▶ See Instructions for Schedule SE (Form 1040).

OMB No. 1545- 0074

**2009**

Attachment
Sequence No. **17**

Name of person with self- employment income (as shown on Form 1040)

TONY A RILEY

Social security number of person
with self- employment income ▶

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self- employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of **$400 or more,** or

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE- 1).

**Note.** Even if you had a loss or a small amount of income from self- employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE- 4).

**Exception.** If your only self- employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt- Form 4361" on Form 1040, line 56.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only** if you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



## Section A - Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---:|
| **1a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K- 1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . | **1a** | 0. |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K- 1 (Form 1065), box 20, code Y . . . . | **1b** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C- EZ, line 3; Schedule K- 1 (Form 1065), box 14, code A (other than farming); and Schedule K- 1 (Form 1065- B), box 9, code J1. Ministers and members of religious orders, see page SE- 1 for types of income to report on this line. See page SE- 3 for other income to report . . . . . . . . . . . . . . . . . . . . . | **2** | 3,953. |
| **3** Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . | **3** | 3,953. |
| **4** Net earnings from self- employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self- employment tax . . . . . . . . . . . . . . . ▶ | **4** | 3,651. |
| **5** Self- employment tax. If the amount on line 4 is: | | |
| • $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56.** | | |
| • More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. Enter the total here and on **Form 1040, line 56** . . . . . . . . . . . . . . . . . | **5** | 559. |
| **6** Deduction for one- half of self- employment tax. Multiply line 5 by 50% (.50). Enter the result here and on **Form 1040, line 27** . . . . . | **6** 280. | |

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 2009

1040- Sch SE (2009)          FDSE- 1V 1.13
Form Software Copyright 1996 - 2010 HRB Tax Group, Inc.