```
                    ARCHER DANIELS MIDLAND COMPANY                PRIN01
                       EMPLOYEE BASIC INFORMATION
                                                               NON-PAYROLL
            08 AMERICAN RIVER TRANS CO    J68 TULANE FLEETING
            731509 RILEY, TONY              SALARY NON-EX INACTV TERM 05/25/10

SEX:                  MALE              (AKA)ALSO KNOWN AS:
MARITAL STATUS:       SINGLE            RESIDENT ADDR:
HIRE DATE:            07/15/09
BIRTH DATE:                     AGE:
LAST DAY WORKED:      05/25/10
REHIRE DATE:                            TELEPHONE NO:
VACATION DATE:        07/15/09    GOV JOB CODE: 07B    ESS POS CODE:
SENIORITY DATE:                         POS CODE:      26003      SUPV SW: N
ACQ. DATE/CODE                          POS TITLE:     FLT DKHND II
PRE/CO HIRE DATE:
PEN.VESTING DATE:    07/15/2009         REPORTS TO:    LEE, ANTHONY C
PEN.CREDIT DATE:     07/15/2009         REQUESTED BY:
PLANT SEN. DATE:                        APPROVED-BY:
SHORT TERM DISABILITY:                  REVIEW DATE:
FULL: 07 WEEKS - DATE STA:              YRS/ED: 16 CLOCK #:      OFFICER: NO
60%:  19 WEEKS - DATE END:              ADM NUMBER:
COMMAND: =                                                        PAGE 01
```

```
                      ARCHER DANIELS MIDLAND COMPANY                PRIN09
                          CHANGE REASON REMARKS
                                                               NON-PAYROLL
            08 AMERICAN RIVER TRANS CO    J68 TULANE FLEETING
            731509 RILEY, TONY                SALARY NON-EX INACTV TERM 05/25/10
EFF-DATE    REASON-CODE         REASON-NAME              REASON-REMARKS
05/25/10       91M          RESIGNED
07/15/09       10           NEW HIRE                  GRP/LOC/ID: 08/J68/S




COMMAND: =                                                     PAGE 01
```

```
                    ARCHER DANIELS MIDLAND COMPANY              PRIN04
                         PAYROLL YTD AMOUNTS
                                                              NON-PAYROLL
              08 AMERICAN RIVER TRANS CO   J68 TULANE FLEETING
              731509 RILEY, TONY               SALARY NON-EX INACTV TERM 05/25/10

         DATE: 01/01/2010      GRP: 08    LOC: J68    SUI CODE:  17 LOUISIANA

   GROSS EARN:              14,337.83     REGULAR EARN:           14,337.83
   FICA EARN HI:            14,337.83     FICA TAX HI:               207.90
   FICA EARN OASDI:         14,337.83     FICA TAX OASDI:            888.95
   FED W/H TAX:              1,536.57     TAXABLE EARN:           13,477.55
   SUI TAXABLE:              7,700.00     FUI TAXABLE:             7,000.00
   PENSION EARN:            14,337.83     NQP EARN:                     .00
   DEF ELIG GROSS:          14,337.83     DEF DED AMT:               860.28
   SECTION 125 AMT:               .00     EXEC. DEF. COMP:              .00

   W/H TAX    NAME       CNTY    NAME                AMOUNT      BASE
     *17    LOUISIANA                                411.00    13477.55


COMMAND: =                                                         PAGE 01
```

```
                        ARCHER DANIELS MIDLAND COMPANY                    PRIN04
                              PAYROLL YTD AMOUNTS
                                                                    NON-PAYROLL
            08 AMERICAN RIVER TRANS CO    J68 TULANE FLEETING
            731509 RILEY, TONY                SALARY NON-EX INACTV TERM 05/25/10

         DATE: 07/15/2009      GRP: 08    LOC: J68    SUI CODE:  17 LOUISIANA

     GROSS EARN:              14,838.13      REGULAR EARN:           14,838.13
     FICA EARN HI:            14,838.13      FICA TAX HI:                215.15
     FICA EARN OASDI:         14,838.13      FICA TAX OASDI:             919.96
     FED W/H TAX:              1,525.13      TAXABLE EARN:            13,947.84
     SUI TAXABLE:              7,000.00      FUI TAXABLE:              7,000.00
     PENSION EARN:            14,838.13      NQP EARN:                      .00
     DEF ELIG GROSS:          14,838.13      DEF DED AMT:                890.29
     SECTION 125 AMT:               .00      EXEC. DEF. COMP:               .00

     W/H TAX      NAME       CNTY    NAME              AMOUNT       BASE
       *17     LOUISIANA                                422.00    13947.84


  COMMAND:  =                                                     PAGE 01
```

```
                       ARCHER DANIELS MIDLAND COMPANY                PR15033A
                           EARNINGS HISTORY INQUIRY
                                                                  NON-PAYROLL
              08 AMERICAN RIVER TRANS CO    J68 TULANE FLEETING
              731509 RILEY, TONY                SALARY NON-EX INACTV TERM 05/25/10

                                GROSS              TAXABLE        PAYROLL
    DTL YEAR GR LOC ID        EARNINGS            EARNINGS          HOURS    DTL
        2011 08 J68 A              .00                 .00            .00
        2010 08 J68 A        14,337.83           13,477.55            .00
        2009 08 J68 A        14,838.13           13,947.84            .00




    COMMAND: END   NEXT YEAR:
    PRMSG008 - END OF FILE                                 12/01/14 12:32:06
```

```
PR18009A                 EMPLOYEE PAYROLL CALCULATIONS         07/21/09  14:11:18

731509            RILEY, TONY                       SALARY NON-EX NWHIRE HIRE
08 AMERICAN RIVER TRANS CO    J68 TULANE FLEETING                    07/15/09

COMMAND: INQ           FILING STATUS:          TAX EXEMPTIONS:
STATUS:     6          FED:     ST:            FED: 0000 STATE: 0000 EXTRA: 00

         * * *    PRESS PF6 TO SEE SPECIAL TAXES   * * *
IVR LOCKOUT:
SUI CODE:       17                              BYPASS CANADIAN QPIP: 0
PAY FREQUENCY:     2     NO FEDERAL KEY:  0     BYPASS CANADIAN UI:   0
ADDRESS ON CHECK:  1     NO FICA KEY:     0     BYPASS CANADIAN PP:   0
REPLACEMENT W2:          ELAPSED PERIODS: 00    FED TAX EXEMPT AMT:
REPLACEMENT T4:          REPLACEMENT T4A:       REPLACEMENT RELEVE-1:
BYPASS QUEBEC:     0     EARNED INCOME:         PROV TAX EXEMPT AMT:
MONTHLY SALARY :     2935.00   HRLY RATE:    18.117
PERS HOL:      0.0
MCP BANKED HOURS:    0.00   HOURS USED:    0.00   HOURS LEFT:    0.00
TIMECARD SECURITY:   N

PF 1-HELP    2-P/P MENU    3-UPDATE    4-CLEAR    6-SPEC TAXES    12-FIELD HELP
```