# RILEY, TONY

| Job Code | | 7/15/09 | 2009 |
|---|---|---|---|
| 26003 | 731509 | Assigned Boat | Page |
| Job Code | Daily Rate | TERREBONNE73 | |
| | $ 140.00 | | |
| | Daily Rate | Date Effective | |
| | $ | | |

**From: 10/24   To: 11/08**

| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | P | P | P | | | | | | P | P | P | P | P | P | P |
| | | | | | | | | A | | | | | | | |
| | | | | 0 | | | | | | | | | | | |

Days @ $ ___  $ 1540.<u>00</u>
Days @ $ ___  $
Hours ___  $
Total  $ 1540.<u>00</u>

**From: 11/09   To: 11/23**

| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | P | P | | | | | | A | A | A | A | A | A | A |
| | | | | | | | | A | | | | | | |
| | | | 0 | | | | | | | | | | | |

17  Days @ $ ___  $ 1400
Days @ $ ___  $
Hours ___  $
Total  $ 1400.<u>00</u>

**From: 11/24   To: 12/08**

| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | P | P | | | | | | A | A | A | A | A | A | A | A |
| | A | | | | | | | A | | | | | | | |
| | | | D | | | | | | | | | | | | |

Days @ $ ___  $ 1400
Days @ $ ___  $ 70
Hours ___  $
Total  $ 1470.<u>00</u>

**From: 12/09   To: 12/23**

| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | P | P | | | | | | A | A | A | A | A | A | 0 |
| | | | | | | | | A | | | | | | |
| | | | 0 | | | | | | | | | | | |

10  Days @ $ 140  $ 1400
Days @ $ ___  $
Hours ___  $
Total  $ 1400

**RILEY, TONY**

# RILEY, TONY

| Job Code | | 731509 | 7/15/09 |
|---|---|---|---|
| 26003 | | Daily Rate $140.00 | Assigned Boat: TERREBONNE73 |
| Job Code | | Daily Rate $ | Date Effective |

**From: 8/24  To: 9/08**

| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | P | P | P | P | WS | | | | | P | P | P | P | A,W | P |
| | | | | | O | | | | | A | | | | | P |

10 Days @ $140  $1400
__ Days @ $  $-72.05
__ Hours  $
Total  $1470.00(?)

**From: 9/09  To: 9/23**

| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | P | P | P | P | D | | | | A,W | A,W | P | P | P | P |

Days @ $
Days @ $
Hours $
Total $

**From: 9/24  To: 10/08**

| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | P | P | P | | | | | | | A | A,W | P | P | P | P |

10 Days @ $140  $1400
__ Days @ $
__ Hours
Total $1400

**From: 10/09  To: 10/23**

| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WS | P | P | P | D | | | | P | P | P | P | P | P | P |

9(?) Days @ $140  $1260
1/2 Days @ $  $-6.9
__ Hours
Total $

RILEY, TONY

# RILEY, TONY

| Job Code | | 731509 | 7/15/09 | Page 2009 |
|---|---|---|---|---|
| 26003 | | Daily Rate $140.00 | Assigned Boat TERREBONNE73 | |
| Job Code | | Daily Rate $ | Date Effective | |

**From: 6/24  To: 7/08**

| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

___ Days @ $ ___  $ ___
___ Days @ $ ___  $ ___
___ Hours          $ ___
                    Total $ ___

**From: 7/09  To: 7/23**

+ 280 — Orientation

| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | O | O |  |  |  |  | A | A | A | A |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

  2    Days @ $ 140  $ 280
2 Orient Days @ $ 140  $ 280
___ Hours            $ ___
                      Total $ 560

**From: 7/24  To: 8/08**

| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | P | P | P | P |  | P |  |  |  |  | P | P | P | P | P |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

 11   Days @ $ 140  $ 1540
___ Days @ $ ___    $ ___
___ Hours            $ ___
                      Total $ 1540

**From: 8/09  To: 8/23**

| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | P | P | P | P |  | O |  |  |  | P | P | P | P | P |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

 10  Days @ $ 140  $ 1400
___ Days @ $ ___   $ ___
___ Hours           $ ___
                    Total $ ___

RILEY, TONY