CLAIM NO 3000676
SS NO ██████

RECEIVED FROM                Sept 20, 2009        No. 43

Miss List FT 5935 LA

10-15 = 200 lbs @ 9400          $ 900 00

The Sum of ___ eights hundred _____ Dollars

Tony Riley

TONY RILEY
CLAIM NO. 3000676
SS NO ███████

RECEIVED FROM        Sept 27, 2009        No. 43

21-35 = 150 /bs @ 3.00        MissLisk FT 5935 LH

The Sum of ___ two hundred fifty dolla ___ $ 450.00 ___ Dollars

Tony Riley

TONY RILEY
CLAIM NO. 3000676
SS NO ▮▮▮▮▮▮

Sept 27, 2009

RECEIVED FROM                                    No. J4

MISS LISA F. SO35LA

2125 = 225#s @ $3 00                    $ 675 00

The Sum of   six hundred seventy five   Dollars

Tony Riley

TONY RILEY
NO. 3000676
SS NO

RECEIVED FROM

Oct 5, 2009   No. 45

Miss/Lisa FT 5935

36 - 40 = 225 lbs @ $2.00   $ 450.00

The Sum of _____ four hundred fifty    Dollars

TR-GCCF-000096

TONY RILEY
SS NO ███████

Oct. 5, 2009

No. 46

RECEIVED FROM

Miss Lisa Ft 5935 La

36-70 = 225 lbs @ $0.00        $ 450.00

The Sum of ___ four hundred fifty ___ Dollars

Tony Riley

TR-GCCF-000097

TONY RILEY
CLAIM NO  3000676
SS NO ███████

RECEIVED FROM

Dec 77, 2009

10-15        100/lbs @ 8400        Miss Lisa  FT 5935  LA        No. 46

The Sum of _____ for  hundred _____ $ 400.00

_____ Dollars

Tony Riley

TONY RILEY
CLAIM NO 3000676
SS NO ▮▮▮▮▮

Oct 11, 2009    No. 47

RECEIVED FROM    Miss Lisa Ft5035 LA

10. 15    150 lbs @ 84 50    $ 575 02

The Sum of    five hundred seventy two    Dollars

Tony Riley

TONY RILEY
CLAIM NO. 3000676
SS NO ████

Oct 17, 2009

No. 18

RECEIVED FROM _____ Miss Lisa FT 5935 LA

16-20   150 lbs @ 8 4.00          $ 500.00

The Sum of _____ eighted hundred _____ Dollars

_____

Tony Riley

TONY RILEY
CLAIM NO. 3000676
SS NO

Oct 11, 2009

No. 49

RECEIVED FROM Miss Lisa ET 5357LA

16 - 20 = 75 lbs @ 4'00 ... $ 300 00

The Sum of three hundred ... Dollars

CLAIM NO. 3000676
SS NO ████

Oct 19, 2009

No. 50

RECEIVED FROM

Miss Lisa FT 5935 LA

36 - 40 = 900 lb @ $2.00     $ 1800.00

The Sum of ___Eighteen hundred___ Dollars

Tom Riley

TR-GCCF-000102



RECEIVED FROM                    OCT 25, 2009          TONY RILEY
                                                       CLAIM NO. 3000
                                                       SS NO

21-25 = 100 lb @        Miss Lish FT 5935 Lth    No. 51

The Sum of  three hurdred      3  00
                                              $ 300 00
                                              _____ Dollars

                        Tony Riley

TONY RILEY
CLAIM NO. 3000676
SS NO ██████

RECEIVED FROM                          No 52

Oct 26 2009

21-25 - 150 lb @ 3 00          Miss Lisa FT 5935 (A

The Sum of ___ four hundred fifty ___ $ 450.00

_____ Dollars

Tony Riley

TR-GCCF-000104

TONY RILEY
CLAIM NO. 3000676
SS NO ████

Oct 26, 2009

No. 53

RECEIVED FROM

Miss L.B.A FT5935 LA

12-20   200 lbs @ $3.50   $ 700.00

The Sum of seven hundred _____ Dollars

Tony Riley

CLAIM NO. 3000676
SS NO ████

NOU 8, 2009                          No 56

RECEIVED FROM

Miss LISA ETS935 LK

31-35    26016s @ 200                $ 4,000.00

The Sum of ____ Four hundred ____ Dollars

Tony Kelly

TONY RILEY
CLAIM NO.
SS NO

RECEIVED FROM

Nov 8, 2009

Miss Lisa FTS935 LA

No. 57

51-35  20016, @ 82 00

The Sum of ___ Four hundred ___ $ 400.00

_____ Dollars

Tony Riley

TR-GCCF-000109



TONY RILEY
CLAIM NO. 3000054
SS NO ███████

RECEIVED FROM     Nov 8, 2009

26-30     200 lbs @ $2 50     Miss Lisa FT 5935 LA     No. 58

The Sum of     five hundred     $ 500 00

_____ Dollars

Tony Riley

TR-GCCF-000110

TONY RILEY
CLAIM NO. 3000676
SS NO [REDACTED]

RECEIVED FROM

Nov 8, 2009

No. 59

21-25    300 lbs @ 3 00        Miss Lisa FT 5935 LA

$ 900 00

The Sum of    nine hundred

Dollars

TONY RILEY
CLAIM NO  3000676
SS NO  ███████

Nov '16 2009                    No. 62

RECEIVED FROM        Miss LiSAFT 5935 Lte

31-35    100/bs @ $2 00              $ 200

The Sum of _____ two hundred! _____ Dollars

_____

$200  Tony Riley

CLAIM NO. 3000676
SS NO ███
TONY RILEY

Nov 22 2007          No. 62

RECEIVED FROM          Miss Lisa ETS935 LA

70-80 = 650 lbs @1.81 0.0          $ 650 00

The Sum of _____ six hundred fifty _____ Dollars

_____

Tony Riley

CLAIM NO. 3000676
SS NO ███████

NOV 23, 2009

RECEIVED FROM                                    No. 63

Miss Lisa FT 5935 LA

80. 100    650/lbs   @   $1.00          $ 650

The Sum of _____ One hundred fifty _____ Dollars

_____

Tony Riley

TONY RILEY
CLAIM NO 3000676
SS NO ████

Dec 6, 2009

RECEIVED FROM    Miss Lisa    FT 5935 LA

No. 65

10-15 300 lbs @ 85 00          $ 1500 00

The Sum of ___ Thirteen hundred ___ Dollars

Tony Riley

FORT MILES
CLAIM NO 3000676
SS NO ████

June 7, 2009                                    No 14

RECEIVED FROM                    Mrs Lisa ST 5935 LA

26 30 = 200/b @ 193 00                  $ 600 00

The Sum of _____ one hundred _____ Dollars

_____

Tony Riley

CLAIM NO 3000676
SS NO ████

June 13 2009                No. 14

RECEIVED FROM

Miss Lisa FT 5935 LA

60-70 = 400lb @ $1 00                $ 400 00

The Sum of ___ Four hundred ___ Dollars

Tony Filey

CLAIM NO 3000676
SS NO ██████

Miss    Aug 23, 2009    No 32

RECEIVED FROM    Miss Lisa FTS935 LA

26-30    100/b @ $3 25    $ 325 00

The Sum of    three hundred twenty five    Dollars

TONY RILEY
CLAIM NO. 3000676
SS NO ▉▉▉▉▉

Au, 23, 2009                    No. 33

RECEIVED FROM                 Miss Lisa  FT 5935 LA

31 · 35 = 1100 lbs.  2 50          $ 250 00

The Sum of _____ two hundred and f 1/00 _____ Dollars

Tony Riley

TR-GCCF-000083

TONY RILEY
CLAIM NO 3000676
SS NO ███████

Aug 24, 2009

RECEIVED FROM

No. 24

Miss Lisa F 5935 LA

31 -35 = 100 /os @ $ 250

$ 250

The Sum of ___ two hundred fifty ___ Dollars

Tony Riley

TONY RILEY
CLAIM NO  3000676
SS NO  ██████████

RECEIVED FROM                    Aug 04, 2009              No. 35

                                 Miss Lisa FT S935 LA

- 81 - 35 =   75 lbs @ 2.50              $ 187.50

The Sum of ___ one hundred eighty seven 50/xx ___ Dollars

                                 Tony Riley

TONY RILEY
CLAIM NO 300967G
SS NO ████

Aug 30 2009

RECEIVED FROM

No. 36

Miss Lisa ET 5935 LA

21 - 25   200 lbs @ 13.00   $ 600

The Sum of ___ six hundred ___ Dollars

Tony Riley

CLAIM NO 3000676
SS NO ▮▮▮▮▮▮▮

RECEIVED FROM

Sept 6, 2009

No. 37

Miss Lisa FT5935 LA

01-25-    250 lbs @ 3 00    $ 750.00

The Sum of ___ Seven hundred fifty ___ Dollars

Tony Riley

CLAIM NO. 3000676
SS NO ████████

RECEIVED FROM

Sept 6, 2009          No. 38

Miss Lisa FT 5935 LA

21-25 = 100 lbs @ $ 3.00          $ 300.00

The Sum of _____ three hundred _____ Dollars

Jory Riley

CLAIM NO 3000676
SS NO ████████

Sept 7, 2009

RECEIVED FROM

No 39

MrssLisa FT 5935 LA

21-25   75/60 @ 3.50   $ 225.00

The Sum of   two hundred twenty five   Dollars

Tony Riley