Break Down on Income    Month to Month

May 2009 TR

week (2) May 11 to May 18 = $2564.00
week (3) May 18 to May 25 = $1210.00
week (4) May 25 to June 1 = $755.00

June 2009 TR

week (1) June 1 to June 8    $1025.00
week (2) June 8 to June 15   $900.00
week (3) June 15 to June 22  $1325.00
week (4) June 22 to June 29  $2605.00
week (5) June 29 to July 6   $1250.00

Aug 2009 TR

week (1) Aug 3 to Aug 10   $1750.00
week (2) Aug 10 to Aug 17  $1300.00
week (3) Aug 17 to Aug 24  $1872.00
week (4) Aug 24 to Aug 31  $1625.00

(1)

3000676

Sept 2009 TR

week (1) Aug 31 to sept 7      $1,200.00
week (2) Sept 7 to sept 14     $1,325.00
week (3) Sept 14 to Sept 21    $2,200.00
week (4) Sept 21 to Sept. 28   $1100.00
week (5) Sept 28 to Oct 5      $900.00

Oct. 2009 TR

week (1) Oct 5 to Oct. 12      $2200.00
week (2) Oct 12 to Oct 19      $1750.00
week (3) Oct 19 to Oct 26      $1300.00
week (4) Oct 26 to Nov 2       $1600.00

Nov. 2009 TR

week (1) Nov. 2 to Nov 9       $2,320.00
week (2) Nov 9 to Nov 16       $1700.00
week (3) Nov 16 to 23          $1300.00
week (4) Nov 23 to Nov 30      $3000.00

(2)

Dec 2009 12

~~Dec~~

week (1) Nov 30 to Dec 6　　$1300.00

week (2) Dec 6 to Dec 13　　$1325.00

*[signature]*

June 13, 2011

(3)