IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-CV-968 | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

ORDER GRANTING MEDICAL BENEFITS CLASS MEMBER'S
MOTION TO ENLARGE THE TIME TO FILE PROOF OF CLAIM FORMS

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), this Court has found good cause to enlarge the time to file and/or submit any Proof of Claim Form and supporting documents (including any supplemental documentation, claimant declarations, medical records, evidentiary exhibits, and/or changes or updates of information for both complete and incomplete Proof of Claim Forms), and orders as follows:

1. Any and all deadlines associated with the filing of any Proof of Claim Form and/or any supporting documents, pursuant to the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement, as Amended on May 1, 2012 (hereinafter "MSA"), shall be enlarged through the later of:

A. August 12, 2015; or

B. _____.

New Orleans, Louisiana, this \_\_\_\_\_th day of _____, 2015.

_____
United States District Judge