UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| *Applies to All Actions and 12-970;*<br>*Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, versus*<br>*BP Exploration & Production, Inc., et al.* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Approval of the Supplemental Information Program Ads
(Relating to the Economic and Property Damages Settlement)
Requested by Class Counsel on January 9, 2015]**

By email dated January 9, 2015, Class Counsel transmitted to counsel for BP materials for a Supplemental Information Program ("SIP") publicizing the June 8, 2015 deadline to file a claim in the Economic and Property Damages Settlement (the "Settlement). The request was made pursuant to Section 4.4.15 of the Settlement. Exhibit 1 and 1A through 1D. Class Counsel requested that BP review and provide its comment on an expedited basis so that the supplemental ads could begin running by February 1, 2015.

By letter dated January 16, 2015, counsel for BP stated that it would not consent and that it objects to the SIP. Exhibit 2. Thereafter, Class Counsel revised the proposed SIP and submitted the revisions with a letter to Magistrate Judge Shushan on January 22, 2015. Exhibit 3 and attachments. In response, BP submitted proposed edits to the revised SIP on January 24, 2015. Exhibit 4. Finally, Class Counsel forwarded an email on January 25, 2015, arguing that BP's proposed edits are unnecessary. Exhibit 5.

Section 4.4.15 of the Settlement provides:

>Supplemental Information Program. The Settlement will also include a Supplemental Information Program, subject to approval by the Court. The BP Parties will bear the expenses of the Supplemental Information Program, in the amount of $5 million, which it will fund within 10 days of the Preliminary Approval Order, provided the Supplemental Information Program: (i) is consistent with the goals of the Economic Class Action Settlement Notice Program; (ii) is approved by the Court; and (iii) its content is submitted in advance for review and comment by BP. If any amount of the $5 million remains unspent, that amount will revert to the Promotional Fund.

BP does not have the right to do more than review and comment on the proposed SIP. The Court will treat BP's January 16, 2015 letter as its comments on the originally proposed notices. It presents extensive explanation of BP's positions.

Having reviewed the Class Counsel's revised proposed SIP Notices (Exhibit 3-1 and 3-3), the Court finds that the content is consistent with the goals of the Economic Class Action Settlement Notice Program and therefore, the requested ads are APPROVED for immediate implementation.

New Orleans, Louisiana, this <u>26th</u> day of January, 2015.

_____
**CARL J. BARBIER**
**United States District Judge**