From:     James Roy <JIMR@wrightroy.com>
To:       Mark Holstein <mark.Holstein@bp.com>, Richard Godfrey <rgodfrey@kirkland.com>
Cc:       "Steve Herman (SHERMAN@hhklawfirm.com)" <SHERMAN@hhklawfirm.com>, Brian Barr <bbarr@levinlaw.com>, Magistrate Shushan <Sally_Shushan@laed.uscourts.gov>
Date:     01/09/2015 11:41 AM
Subject:  BP-- ECON SETTLEMENT SUPPLEMENTAL INFORMATION PROGRAM-- TIME SENSITIVE

Dear Mark & Rick:Pursuant to Section 4.4.15 of the Deepwater Horizon Economic and Property Damages Settlement Agreement, BP agreed to bear the expense of a Supplemental Information Program in the amount of $5 million. As required by the Settlement Agreement, these funds were previously funded by BP after the Preliminary Approval Order from the Court. The Settlement Agreement provides three requirements for the Supplemental Information Program:  (1) that it is consistent with the goals of the Economic Class Action Settlement Notice Program; (2) is approved by the Court; and (3) its content is submitted in advance for review and comment by BP.

Enclosed with this transmittal are the components of the Supplemental Information Program:  (1) a newspaper/print media advertisement; (2) an internet banner ad; and (3) a schedule of print media in which Class Counsel anticipates placing the print ad. It is Class Counsel's intent to begin the program by no later than February 1, 2015, and it will run until the funds allocated for the Supplemental Fund are exhausted or the claim filing deadline of June 18. We are electing to not utilize TV ads as part of this program (even though a previously approved TV ad is in the can), if we can get the attached print and internet ads quickly approved.

It is the position of Class Counsel that the enclosed materials comply with the requirements of Section 4.4.15. Newspaper ads will run in most, if not all, of the papers listed in the Print Media Placement attachment. Internet ads will be placed according to broad placement advice of our advisors.

We ask that you exercise your review and comment right by next Wednesday at 5PM CT. If you want to discuss, we will make ourselves available whenever you wish.

I am copying Magistrate Judge Shushan with this email so she is aware of the forthcoming request for Supplemental Information Program ad approval.

Regards,

Jim