**Court-Approved Supplemental Information Program Advertisement**



# June 8, 2015 – Deadline to File
*Have You Filed Your BP Claim?*

The Class Settlement and its objective, financial data based causation tests were **upheld** by the United States Supreme Court.

If you reside or have a business in the map above, you have the right to file a claim.

If you meet the transparent, objective financial-data driven formulas as approved by the Courts, you qualify for an award.

Not every claim filed will be eligible, but you have the right to file and find out.

**Remember, if you meet the formula you qualify.**

*File your claim now:*



www.deepwaterhorizoneconomicsettlement.com

TEXAS:
Galveston County Daily News
Beaumont Enterprise- Beaumont, TX
Texas City Post- Texas City, TX
The Anahuac Progress- Chambers County, TX
Port Arthur News- Port Arthur, TX
The Orange Leader- Orange, TX
The Record- Orange, TX

LOUISIANA:

Houma Times – Houma, LA
The Town Talk - Alexandria, LA
The Advocate - Baton Rouge, New Orleans and Acadiana, LA
The Daily Advertiser - Lafayette, LA
Lafayette Independent- Lafayette, LA
Acadiana Business (ABiz) – Lafayette, LA
American Press - Lake Charles, LA
The News-Star - Monroe, LA
The New Orleans Advocate - New Orleans, LA
The Times-Picayune – New Orleans, LA
New Orleans CityBusiness- New Orleans, LA
Gambit- New Orleans, LA
Daily World - Opelousas, LA
The Times - Shreveport, LA
Mansfield Enterprise- Mansfield, LA
The Bunkie Record- Bunkie, LA
Marksville Weekly News- Marksville, LA
Leesville Daily Leader- Leesville, LA
The Franklin Sun- Winnsboro, LA
The Guardian-Journal- Homer, LA
The Ascension Citizen- Gonzales, LA
Bastrop Daily Enterprise, Bastrop, LA
Beauregard Daily News- De Ridder, LA
Bossier Press- Tribune- Bossier City, LA
The Daily Iberian- New Iberia, LA
The Daily Review- Morgan City, LA
The Daily Star- Hammond, LA
The Franklin Banner- Tribune- Franklin, LA
The Jackson Independent- Jonesboro, LA
L'Observateur- La Place, LA
Lake Charles American Press- Lake Charles, LA
The Leesville Daily Leader- Leesville, LA
Minden Press Herald- Minden, LA
The News Banner- West St. Tammany, LA
The Ouachita Citizen- West Monroe, LA
Ponchatoula Times- Ponchatoula, LA
Rayne Acadian- Tribune- Rayne, LA

Slidell Sentry- News- Slidell, LA
Southwest Daily News- Sulphur, LA
The Times- Acadiana, LA
Ville Platte Gazette- Ville Platte, LA
The Monroe Journal- Monroeville, LA
The Oxford Independent - Oxford, LA
The Tropolitan- Troy, LA
The Valley Times-News- Lanett, LA
The Weekly Post- Rainsville, LA
Pointe Coupee Reporter- New Roads, LA
Natchitoches Times- Natchitoches, LA

ALABAMA:
Press-Register- Mobile, AL
The Anniston Star - Anniston, AL
The Birmingham News - Birmingham, AL
The Decatur Daily - Decatur, AL
Dothan Eagle - Dothan, AL
The Enterprise Ledger - Enterprise, AL
TimesDaily - Florence, AL
Times-Journal - Fort Payne, AL
The Gadsden Times - Gadsden, AL
The Huntsville Times - Huntsville, AL
Montgomery Advertiser - Montgomery, AL
Opelika-Auburn News - Opelika, AL
The Daily Sentinel - Scottsboro, AL
The Tuscaloosa News - Tuscaloosa, AL
The Troy Messenger- Troy, AL
The Madison County Record- Madison, AL
The Journal Record- Hamilton, AL
Demopolis Times- Demopolis, AL
The Randolph Leader- Roanoke, AL
Andalusia Star News- Andalusia, AL
Atmore Advance - Atmore, AL
Birmingham Business Journal- Birmingham, AL
Birmingham Post-Herald - Birmingham, AL
Birmingham Times Weekly- Birmingham, AL
Calhoun Times - Calhoun, AL
Cedartown Standard - Cedartown, AL
Cherokee County Herald - Centre, AL
Clanton Advertiser - Clanton, AL
Cleburne News - Heflin, AL
Coosa County News- Rockford, AL
Crimson White - Tuscaloosa, AL
Daily Mountain Eagle- Jasper, AL
Enterprise Ledger- Enterprise, AL
Fort Payne Times Journal - Fort Payne, AL
Franklin County Times- Russellville, AL

Gadsden Messenger- Gadsden, AL
Gadsden Times - Gadsden, AL
Greenville Advocate- Greenville, AL
Hartselle Enquirer- Hartselle, AL
Huntsville Times- Huntsville, AL
Jacksonville News- Jacksonville, AL
Ledger-Enquirer- Columbus, AL
Pickens County Herald - Carrollton, AL
Selma Times Journal- Selma, AL
Speaking Out News - Huntsville, AL
Sumpter County Record-Journal- Livingston, AL
The Auburn Plainsman- Auburn, LA
The Brewton Standard- Brewton, AL
The Cullman Times - Cullman, AL
The Daily Home - Talladega, AL
The Dothan Eagle- Dothan, AL

FLORIDA:
Holmes County Times
Jackson County Floridian
North Fort Myers Neighbor
The Calhoun Liberty Journal
The News Herald - Panama City, FL
The Star- Port Saint Joe, FL
The Walton Sun
Pensacola News Journal- Pensacola, FL
Tampa Bay Times- Tampa, FL
Cape Coral Daily Breeze - Cape Coral, FL
North West FL Daily News
Apalachicola Times - Apalachicola, FL
Boca Beacon - Boca Grande, FL
Bonita Daily News- Naples, FL
Bradford County Telegraph- Starke, FL
Cedar Key Beacon- Cedar Key, FL
Charlotte Sun Herald- Port Charlotte, FL
Destin Log - Destin, FL
Englewood Sun Herald- Englewood, FL
Everglades Echo- Naples, FL
Florida Keys Keynoter- Marathon, FL
Gulf Herald - Pensacola, FL
Lee County Examiner - North Fort Myers, FL
Marco Island Eagle - Marco Island, FL
Naples Daily News - Naples, FL
Naples Net News - Naples, FL
Pine Island News - Pine Island, FL
Saint Petersburg Times - Saint Petersburg, FL
Sarasota Herald-Tribune - Sarasota, FL
Southwest Florida Business- Naples, FL

Tallahassee Democrat - Tallahassee, FL
Tempo-News - Sarasota, FL
The News-Press- Fort Myers, FL
The Northwest Florida Daily News- Fort Walton Beach, FL
The Tampa Tribune - Tampa, FL
The Venice Gondolier Sun - Venice, FL
Weekly Planet- Tampa, FL

MISSISSIPPI:
The Commercial Dispatch - Columbus, MS
Greenwood Commonwealth - Greenwood, MS
The Mississippi Press - Pascagoula, MS
Northeast Mississippi Daily Journal - Tupelo, MS
The Daily Journal- Tupelo, MS
Starkville Daily News- Starkville, MS
Hattiesburg American- Hattiesburg, MS
Delta Democrat Times- Greenville, MS
Clarksdale Press Register- Clarksdale, MS
Meridian Star- Meridian, MS
Daily Leader - Brookhaven, MS
Daily Times Leader- West Point, MS
DeSoto County Tribune - Olive Branch, MS
DeSoto Times Today- Southaven, MS
Enterprise-Journal- McComb, MS
Madison County Journal- Ridgeland, MS
Mississippi Business Journal- Jackson, MS
Picayune Item - Picayune, MS
The Bolivar Commercial - Cleveland, MS
The Clarion-Ledger - Jackson, MS
The Democrat  - Senatobia, MS
The Hattiesburg American- Hattiesburg, MS
The Natchez Democrat - Natchez, MS
The Oxford Eagle - Oxford, MS
The South Reporter- Holly Springs, MS
The Sun Herald- Biloxi, MS
The Times- Hattiesburg, MS
Vicksburg Post- Vicksburg, MS
Winston County Journal - Louisville, MS

EXHIBIT 1C

This is exhibit is an animated file and could not be converted to pdf format.

EXHIBIT 1D

**Have You Filed Your BP Claim?**

Settlement **Upheld** by Supreme Court

Deadline to File: June 8, 2015

Court Approved Supplemental Information