# OLD/ORIGINAL PRINT AD PROPOSAL

# EXHIBIT #2

**Court-Approved Supplemental Information about the *Deepwater Horizon* Economic Settlement Claim Deadline**



# June 8, 2015 – Deadline to File
## Claim(s) with the *Deepwater Horizon* (BP) Economic Settlement Program

The Class Settlement and its objective, financial data based causation tests have been approved by final judgment.

If you reside or have a business in the map above, you have the right to file a claim.

If you submit a claim form and all required information and meet the formulas as approved by the Courts, you qualify for an award.

Not every claim filed will be eligible, but you have the right to file and find out.

<u>The June 8, 2015 Deadline will **NOT** be extended</u>

*To file your claim go to:*
www.deepwaterhorizoneconomicsettlement.com
*Or Call* (866) 992-6174



Exhibit #1 - New/Revised Print Ad