**Court-Approved Supplemental Information Program Advertisement**



# June 8, 2015 – Deadline to File
*Have You Filed Your BP Claim?*

The Class Settlement and its objective, financial data based causation tests were **upheld** by the United States Supreme Court.

If you reside or have a business in the map above, you have the right to file a claim.

If you meet the transparent, objective financial-data driven formulas as approved by the Courts, you qualify for an award.

Not every claim filed will be eligible, but you have the right to file and find out.

**Remember, if you meet the formula you qualify.**

*File your claim now:*



www.deepwaterhorizoneconomicsettlement.com

Exhibit #2 - Old/Original Print Ad Proposal