# NEW/REVISED INTERNET AD

# EXHIBIT #3

Court Approved Supplemental Information

## Deadline to File:
## June 8, 2015

*Deepwater Horizon* (BP)
**Economic Settlement**

**click for further information**

Exhibit #3 - New/Revised Internet Ad

# OLD/ORIGINAL INTERNET AD

# EXHIBIT #4

**Have You Filed Your BP Claim?**

Settlement **Upheld** by
Supreme Court

Deadline to File:
June 8, 2015

Court Approved Supplemental Information

Exhibit #4 - Old/Original Internet Ad