# PUBLICATION LIST

# EXHIBIT #5

**TEXAS:**
Galveston County Daily News
Beaumont Enterprise- Beaumont, TX
Texas City Post- Texas City, TX
The Anahuac Progress- Chambers County, TX
Port Arthur News- Port Arthur, TX
The Orange Leader- Orange, TX
The Record- Orange, TX

**LOUISIANA:**

Houma Times – Houma, LA
The Town Talk - Alexandria, LA
The Advocate - Baton Rouge, New Orleans and Acadiana, LA
The Daily Advertiser - Lafayette, LA
Lafayette Independent- Lafayette, LA
Acadiana Business (ABiz) – Lafayette, LA
American Press - Lake Charles, LA
The News-Star - Monroe, LA
The New Orleans Advocate - New Orleans, LA
The Times-Picayune – New Orleans, LA
New Orleans CityBusiness- New Orleans, LA
Gambit- New Orleans, LA
Daily World - Opelousas, LA
The Times - Shreveport, LA
Mansfield Enterprise- Mansfield, LA
The Bunkie Record- Bunkie, LA
Marksville Weekly News- Marksville, LA
Leesville Daily Leader- Leesville, LA
The Franklin Sun- Winnsboro, LA
The Guardian-Journal- Homer, LA
The Ascension Citizen- Gonzales, LA
Bastrop Daily Enterprise, Bastrop, LA
Beauregard Daily News- De Ridder, LA
Bossier Press- Tribune- Bossier City, LA
The Daily Iberian- New Iberia, LA
The Daily Review- Morgan City, LA
The Daily Star- Hammond, LA
The Franklin Banner- Tribune- Franklin, LA
The Jackson Independent- Jonesboro, LA
L'Observateur- La Place, LA
Lake Charles American Press- Lake Charles, LA
The Leesville Daily Leader- Leesville, LA
Minden Press Herald- Minden, LA
The News Banner- West St. Tammany, LA
The Ouachita Citizen- West Monroe, LA
Ponchatoula Times- Ponchatoula, LA
Rayne Acadian- Tribune- Rayne, LA

Exhibit #5 - Publication List

Slidell Sentry- News- Slidell, LA
Southwest Daily News- Sulphur, LA
The Times- Acadiana, LA
Ville Platte Gazette- Ville Platte, LA
The Monroe Journal- Monroeville, LA
The Oxford Independent - Oxford, LA
The Tropolitan- Troy, LA
The Valley Times-News- Lanett, LA
The Weekly Post- Rainsville, LA
Pointe Coupee Reporter- New Roads, LA
Natchitoches Times- Natchitoches, LA

ALABAMA:
Press-Register- Mobile, AL
The Anniston Star - Anniston, AL
The Birmingham News - Birmingham, AL
The Decatur Daily - Decatur, AL
Dothan Eagle - Dothan, AL
The Enterprise Ledger - Enterprise, AL
TimesDaily - Florence, AL
Times-Journal - Fort Payne, AL
The Gadsden Times - Gadsden, AL
The Huntsville Times - Huntsville, AL
Montgomery Advertiser - Montgomery, AL
Opelika-Auburn News - Opelika, AL
The Daily Sentinel - Scottsboro, AL
The Tuscaloosa News - Tuscaloosa, AL
The Troy Messenger- Troy, AL
The Madison County Record- Madison, AL
The Journal Record- Hamilton, AL
Demopolis Times- Demopolis, AL
The Randolph Leader- Roanoke, AL
Andalusia Star News- Andalusia, AL
Atmore Advance - Atmore, AL
Birmingham Business Journal- Birmingham, AL
Birmingham Post-Herald - Birmingham, AL
Birmingham Times Weekly- Birmingham, AL
Calhoun Times - Calhoun, AL
Cedartown Standard - Cedartown, AL
Cherokee County Herald - Centre, AL
Clanton Advertiser - Clanton, AL
Cleburne News - Heflin, AL
Coosa County News- Rockford, AL
Crimson White - Tuscaloosa, AL
Daily Mountain Eagle- Jasper, AL
Enterprise Ledger- Enterprise, AL
Fort Payne Times Journal - Fort Payne, AL
Franklin County Times- Russellville, AL