Gadsden Messenger- Gadsden, AL
Gadsden Times - Gadsden, AL
Greenville Advocate- Greenville, AL
Hartselle Enquirer- Hartselle, AL
Huntsville Times- Huntsville, AL
Jacksonville News- Jacksonville, AL
Ledger-Enquirer- Columbus, AL
Pickens County Herald - Carrollton, AL
Selma Times Journal- Selma, AL
Speaking Out News - Huntsville, AL
Sumpter County Record-Journal- Livingston, AL
The Auburn Plainsman- Auburn, LA
The Brewton Standard- Brewton, AL
The Cullman Times - Cullman, AL
The Daily Home - Talladega, AL
The Dothan Eagle- Dothan, AL

FLORIDA:
Holmes County Times
Jackson County Floridian
North Fort Myers Neighbor
The Calhoun Liberty Journal
The News Herald - Panama City, FL
The Star- Port Saint Joe, FL
The Walton Sun
Pensacola News Journal- Pensacola, FL
Tampa Bay Times- Tampa, FL
Cape Coral Daily Breeze - Cape Coral, FL
North West FL Daily News
Apalachicola Times - Apalachicola, FL
Boca Beacon - Boca Grande, FL
Bonita Daily News- Naples, FL
Bradford County Telegraph- Starke, FL
Cedar Key Beacon- Cedar Key, FL
Charlotte Sun Herald- Port Charlotte, FL
Destin Log - Destin, FL
Englewood Sun Herald- Englewood, FL
Everglades Echo- Naples, FL
Florida Keys Keynoter- Marathon, FL
Gulf Herald - Pensacola, FL
Lee County Examiner - North Fort Myers, FL
Marco Island Eagle - Marco Island, FL
Naples Daily News - Naples, FL
Naples Net News - Naples, FL
Pine Island News - Pine Island, FL
Saint Petersburg Times - Saint Petersburg, FL
Sarasota Herald-Tribune - Sarasota, FL
Southwest Florida Business- Naples, FL

Tallahassee Democrat - Tallahassee, FL
Tempo-News - Sarasota, FL
The News-Press- Fort Myers, FL
The Northwest Florida Daily News- Fort Walton Beach, FL
The Tampa Tribune - Tampa, FL
The Venice Gondolier Sun - Venice, FL
Weekly Planet- Tampa, FL

MISSISSIPPI:
The Commercial Dispatch - Columbus, MS
Greenwood Commonwealth - Greenwood, MS
The Mississippi Press - Pascagoula, MS
Northeast Mississippi Daily Journal - Tupelo, MS
The Daily Journal- Tupelo, MS
Starkville Daily News- Starkville, MS
Hattiesburg American- Hattiesburg, MS
Delta Democrat Times- Greenville, MS
Clarksdale Press Register- Clarksdale, MS
Meridian Star- Meridian, MS
Daily Leader - Brookhaven, MS
Daily Times Leader- West Point, MS
DeSoto County Tribune - Olive Branch, MS
DeSoto Times Today- Southaven, MS
Enterprise-Journal- McComb, MS
Madison County Journal- Ridgeland, MS
Mississippi Business Journal- Jackson, MS
Picayune Item - Picayune, MS
The Bolivar Commercial - Cleveland, MS
The Clarion-Ledger - Jackson, MS
The Democrat  - Senatobia, MS
The Hattiesburg American- Hattiesburg, MS
The Natchez Democrat - Natchez, MS
The Oxford Eagle - Oxford, MS
The South Reporter- Holly Springs, MS
The Sun Herald- Biloxi, MS
The Times- Hattiesburg, MS
Vicksburg Post- Vicksburg, MS
Winston County Journal - Louisville, MS