REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF LOUISIANA

Honorable Judge Carl J. Barber



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  **JAN 23 2015**

WILLIAM W. BLEVINS
CLERK

David M. Strong

CIVIL ACTON

Plaintiff

CASE NUMBER 10 – 2179

Deepwater Horizon Medical Benefits Claims Administrator/BP

Defendant

MDL – 2179 Oil Spill by Oil Rig

"Deepwater Horizon"

***** MOTION *****

I David McArthur Strong "MOVE" that the U.S. District Court for the Eastern District of Louisiana award the Appellant COMPENTORY DAMAGES FOR BODILY INJURY do to continue exposure to petroleum distillate poisoning gases and odors.

This "motion" was enter for lack of good faith and the Defendant not taking responsibility for physical injury to the Appellant.

David M. Strong
305 Syringa Road P.O. Box 219
Topping, VA 23169
(804) 286-9030

TENDERED FOR FILING

JAN 23 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

JANUARY 20, 2015

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

Page 2          January 20, 2015

U.S. District Court
For the Eastern District of Louisiana
The Honorable Judge William W. Blevins, Clerk
500 Poydras Street, Room C – 151
New Orleans, LA 70130

The oil spill in the Gulf of Mexico on April 20, 2010 by BP Oil Rig Deepwater Horizon had a severe impact on marine life and when disbursing agents were added to the crude oil causing a chemical reaction and changing the crude oil to petroleum based solution that affected all area control by high and low tide. The petroleum base solution emitted petroleum distillate poisoning gases and odors in the air in all area effective by the high and low tides and the Appellant house are 300 hundred feet from the effective area.

Synapse/ junction
"the region surrounding the point of contact between neurons or between a neuron and effector organ, across which nerve impulses are transmitted through the action of a neurotransmitter, such as acetylcholine or norepinephrine.  When an impulse reaches the terminal point of one neuron, it causes the release of the neurotransmitter.  The neurotransmitter diffuses across the gap between the two cells to bind receptors in the other neuron, muscle, gland, triggering electric changes that ether inhibit or continue the transmission of the impulse.  Synapses are polarized so the nerve impulses normally travel only in one direction: they are also subject to fatigue, oxygen deficiency, anesthetics, and other chemical agents."  (Mosby's Medical Dictionary MMD)

The Appellant has a history of vasomotor, allergic and non – allergic rhinitis and breathing difficulties and the Appellant being exposed to petroleum distillate poisoning gases and odors from April 20, 2010 to April 29, 2011 made the Appellant susceptible to Vasculitis – (inflammation of the blood vessels). The Appellant had not had an incident that required him to go to the emergency room since December 20, 1995 for breathing difficulties including Chronic Obstruction Pulmonary Disease (COPD) before June 15, 2010.  The exacerbation causing Vascultis/ inflammation of the blood vessels affective the junctions (synapse) of all the Appellant major organs except his liver.  The Appellant was unaware of remaining in his home at 4543 Cotton Cove Drive Gulf Shores, Alabama 36542 located 300 feet from the mouth of Cotton Creek and the Intracoastal Waterway from June 15, 2010 to April 29, 2011 would cause serious harm to his health and quality of life.

Esophagus
The Appellant esophagus was such that he could not swallow unless drinks and food were heated from June 15, 2010 to June 01, 2012.  And since June 01, 2012 when he swallow drinks or eat anything at room temperature his Gastrointestinal Track will go into spasm.

REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

Page 3          Strong          January 20, 2015

Gastrointestinal Track
The Appellant Gastrointestinal Track has been ongoing since June 15, 2010 and his pulmonologist concur that scheduling an Upper and lower GI should wait until the spasm/polarization in the Appellant chest wall, diaphragm and heart are reversed.  The Appellant must heat food and drinks in order to swallow because food or drink that is not heated will cause spasm in his Gastrointestinal Track.  The Appellant can drink water and Chamomile Tea and his diet must be low spice, fat and sodium.  The Appellant has learned that if he sips six to eight ounces of hot water it will calm the heart beat pulsating along his Gastrointestinal Track when he lied down.   For now the Appellant Gastrointestinal Track is stable.

Bradycardia/Complete Heart Block
The Appellant Bradycardia/slow heart rate has been ongoing since June 23, 2010 and will remain until the spasm is reverse in his chest wall, heart and diaphragm.  The Bradycardia has been ongoing  since June 23, 2010 and his heart rate ranges from 45 to 65 beats per minute and when he goes to church his heart rate dropped as low as 37 beats per minute.  The Appellant complete heart block is dormant at this time and will remain dormant as long as the medications control the spasm/polarization in his heart, diaphragm and chest wall at low levels and he is not exposed to cold air.  The Appellant heart rate tends to slow down when he exercise or walk and he is trying to establish a pattern of his vital signs before he exercise or walk.  Also, the Appellant needs to rest during the day as well as getting eight to ten hours of sleep at night.

First and Second Degree Heart Block
The Appellant First and Second Degree Heart Block are acute in nature and were exacerbated on June 15, 2010 and are dormant at this time and will remain dormant until the next acute episode since there is no cure.

Skin/Sweat Glands/Walking
 The Appellant Skin/Sweat Glands deficiency has been ongoing since June 15, 2010 and is normal about fifty percent of time.  The Appellant is walking with difficult because the muscle spasm/polarization in his legs is ongoing and the muscles have become weak do to wasting.  The Appellant soleus muscle in his left leg has lost about eighty per cent of its mass and the soleus muscle in his right leg has lost about fifty per cent of its mass but the soleus muscles seem to be regenerating at this time.  Wasting is one of the attribute of gait/neuromuscular disorder.  The Appellant can walk about twenty minutes at three miles per hour without knee braces but the cramps/spasticity will cause him lots of pain walking or going up stairs for three to four days.  When walking the Appellant heart rate will increase up to about sixty five beats per minute and at some point his heart rate began to decrease.  The Appellant will continue to walk but he must discern whether he must decrease his time or speed.  Also, the Appellant takes a hot whirl pool bath two or three time per week to help stimulate his skin sensors.

REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

Page 4          Strong          January 20, 2015

**Larynx Spasm and Vocal Cord Dysfunction**
The Appellant Larynx Spasm and Vocal Cord Dysfunction were acute in nature until June 15, 2010 and were exacerbated from June 15, 2010 to present and now his Larynx Spasm and Vocal Cord Dysfunction are chronic.  But when he began speaking sometime his vocal cord would be in spasm and he does not know the triggers.

**Rental Insufficiency**
The Appellant Rental deficiency has been ongoing since June 15, 2010 however his Rental Insufficiency is stable at this time.  The Appellant continue to have fluid accumulating in his legs and ankles.

**Autonomic/sympathetic nervous System/vasomotor center in the brain**
The Appellant autonomic/Sympathetic nervous System /vasomotor center in the brain have been ongoing since June 15, 2010.  For the onset of asymptomatic damage to the brain nerves and nerve cells may take years to cause damage that shows symptoms.  For example, On April 15, 2010 the Appellant went to the South Baldwin Regional Medical Center Emergency Room after his Blood Presser Monitor indicated a heart block.  And blood analysis showed kidney deficiency or muscle weakness showed gait disorder.  In 2014 the fluid in the Appellant legs dissipated over night while he slept and he could see indentations in his legs where a muscle should have been the next morning.  The Appellant skin and sweat gland deficiency are observe when he get into the shower and hot water burned his skin and he could not feel that the water was too hot.  The Appellant sensory nerves impulses of his skin do not discern hot or cold very well and he seldom sweat. These are some of the examples of asymptomatic afflictions.

**Exacerbation**
The Appellant has a history of vasomotor, allergic and non - allergic rhinitis, atrioventricular (AV – Block) and chronic obstruction pulmonary disease (COPD) and the current  medications the Appellant are prescribed are  Alvesco,  Zyrtic,  Nasonex, Patanol,  Azelastine HCL, Tylenol Arthritis, Prevacid,  Afrim, Xopenex HFA and Centrum Silver.  And after the incident of June 15, 2010 the Appellant was prescribed additional medications to control the symptoms associated with vasculitis and these medications are xopenex Inhalation, Hydralazine HCL, Bayer Low Dose, Acapta, D 3 Vitamin 5000U and Zantac.

Exacerbation of the Appellant airway sensitivities to include vasculitis was a medical condition that the Appellant did not understand at that time that gave the Appellant a sense of uncertain given the prognosis.  Also, The Appellant was unaware of remaining in his home at 4543 Cotton Cove Drive Gulf Shores, Alabama 36542 located 300 feet from the mouth of Cotton Creek and the Intracoastal Waterway where he continue to be exposed to petroleum distillate poisoning gases and odors would put his quality of life on hold until he regain a reasonable portion of health.

REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

Page 5          Strong          January 20, 2015

Case History
Pages 1 - 4
Case History 2
Pages 1 – 4

Facts at issues
Exhibit one
Exhibit one is Medical Reports, Progress Notes, Lab Report, EKG Scans; thirty four pages from South
Baldwin Regional medical Center.  (35 pages)
The most severe symptoms that are life threaten from the Appellant prospective are AV – Block with
Dissociation that means that the impulses from the brain/ spinal cord were polarized /blocked.  But the
heart has its own conduction system that his heart will continue beating without impulses from the
brain/spinal cord.  Since the Appellant had a history of COPD he was given nebulizer treatment with
albuterol to calm the spasm in his lungs which cause the AV – Block.  (See page 9)  However, if there had
been severe wasting of the cardiac muscle in the left ventricle of the Appellant heart an AV – Block could
have been fatal.

The Appellant slow heart rate means there is some polarization at the origin of the muscle bundle in the
left ventricle of the Appellant heart not as serious as an AV – Block but is chronic in nature.  The slow
heart rate will improve as the spasm in his lung calm down and the (Vasculitis) inflammation of the
blood vessel improve and the above symptoms will calm down.  But this process will be ongoing for a
long time. The Appellant highlighted these two symptoms because these two symptoms can become life
threaten in a matter of minutes.

It seem like the Defendant did not consider the impact that petroleum distillate poisoning gases and
odors had on the Appellant lungs that affective his autonomic/sympathetic nervous System/vasomotor
center in the brain being complicated by inflammation of the blood vessels at the synapse/junction.
(See Occupational causes at Exhibit 5 pages 7 – 9)

Exhibit 2
Exhibit two is an Emergency Department Medical Report from Suburban Hospital and evaluation of that
report by Dr. Michael Blunda, MD; Washington Hospital Center. (4 pages)

When the Appellant review his medical history he finds his AV – Block has always been acute in nature
and always related to shortness of breath.  Reviewing Dr. Blunda report to Dr. Kaliner and a second
opinion with Dr. Blunda made it easy for the Appellant as recommended by Dr. Blunda to continue the
medications he was prescribed except he increased the Hydralazine HCL from 25mgs to 50mgs.

Exhibit 3
Exhibit three is a proof of claim from Deepwater Horizon Medical Benefit (DHMB) and Zone Overview
Map for Mississippi and Alabama.  (2 pages)


REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

Page 6          Strong          January 20, 2015

Exhibit 4
Exhibit four is a Washington Hospital Center; Examination Report.  (2 pages)
The Examination report shows that the Appellant laryngeal spasm and mild edema of his vocal cord
were exacerbated from acute in nature to more chronic with acute triggers.  (See exhibit 5 page 5
paragraph 1)

Exhibit 5
Exhibit five, are medical evaluations from Dr. Michael Kaliner, Dr. Denise Chevalier – Hamilton, Dr.
Joseph Taylor and Occupational Causes from JAMA November 25, 1992 vol. No. 268 – 20.  (9 pages)

Closing
The material facts strongly suggest that the Appellant diagnosis of Vasomotor, Allergic and Non –
Allergic Rhinitis Complicated by Reactive Airways Disease and COPD using the standards in JAMA
characterizing Vasculitis in three phase.  The Appellant had lived at 4543 Cotton Cove Drive over five
years before April 20, 2010 without having to go to the emergency room before June 15, 2010 for
breathing difficulties and after April 20, 2010 his airways sensitivity was exacerbated.  After the
Appellant was exposed to petroleum distillate poisoning  for more than one year the Appellant airways
sensitivity was complicated by inflammation of the blood vessels at the synapse/junction causing harm
to all of the Appellant major organs except his liver and Defendant was very much aware therefore,

**\*\*\*\*\*ORDER\*\*\*\*\***

**The material facts, medical findings/diagnosis, medical history and case history warrant that the U.S.
District Court for Eastern District of Louisiana enter an ORDER that the Defendant compensate the
Appellant in compensatory damages for the sum of Twenty Five Millions Dollars in U.S. currency.**


Respectfully submitted

David M. Strong, Pro Se                    Date   01/22/15

Identification Number SPC0002895
GCCF Claim Number 1173939

David M. Strong
305 Syringa Road, P.O. Box 219
Topping, VA 23169
804 286-9030

July 31, 2012

Deep Water Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

This Cover letter is to submit my (David M. Strong here and after the Claimant) application for compensation for the injury he suffered while living about 300 feet from water at mouth of Cotton Creek and walking on the beach 4 to 5 times per week on the Board Walk in Gulf Shores, Alabama. Since the Claimant moved from Gulf Shores Alabama his symptoms brought on by Deepwater Horizon Oil Spill have improve but his airways sensitivity need time to calm down. As he remembered in May 1995 his Cardiologist Dr. Michael Blunda at the Washington Hospital Center told him to focus on his breathing and not the other symptoms.

The Claimant found himself in a situation where he could not participate in life's activities such as, breathing outside air without a respirator, going to church and sitting through a church service, going out on dates or just hanging out at the beach. However, the Claimant placed an inverter and an air purifier in his vehicle so he could go to the doctor, church and store. On April 15, 2011 the Claimant traveled to Sumter South Carolina to attend his late wife's mother funeral and he could breathe the outside air without a respirator. After the funeral the Claimant drove up to Topping, Virginia and he could breathe the outside air without a respirator and this was good news for the Claimant because he had not participated in life's activities since June 15, 2010. The Claimant drove back to Gulf Shores, Alabama on April 26 and on April 28 he start having muscle weakness on his right side if he had had another stroke so he placed things of necessity in his vehicle and left the rest of his belonging and house and drove back to Topping, Virginia.

After he relocated back to Topping, Virginia he had to reestablish his relationship with his doctors in Washington, DC and find a local doctor to manage his health. He made an appointment with Dr. Michael Blunda his Cardiologist at the Washington Hospital Center in Washington, DC to get a second opinion to verify his decision not to have a Pacemaker as some doctors concluded was necessary to sustain life. In the Claimant appointment with Dr. Blunda he was having a remitting First-Degree Heart Block and Dr. Blunda concluded that his medications were about right except the Hydralazine HCL he increased the dose from 25mg to 50mg and he said the Claimant did not need a Pacemaker since the medications he was taking had stabilizing his symptoms.

TENDERED FOR FILING

TENDERED FOR FILING

JAN 23 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

MDL 2179 "J" (1)

History

Page 1 of 4

Identification Number SPC0002895
GCCF Claim Number 1173939

Page # 2        8/2/12        Strong
Specified Physical Condition

Complete heart block asymptomatic shows great improvement from April 29, 2011 and in his new environment away from Gulf Shores Alabama where his first, second and third degree heart block had become dormant in September 2011.

Renal insufficiency is a condition the Claimant had not experience but it is showing some improvement and is ongoing because of bradycardia.

Bradycardia is an ongoing problem since it is improving at a very slow rate.

Sympathetic nervous system is where the Claimant must monitor very closely to keep the spasm out of his chest wall to calm his nerves and the diffuse the positive charge at the neuron muscular junction.

Esophagus:  The Claimant esophagus would go into spasm whenever he swallowed anything that was not heated and would stop before it reaches his stomach.  This problem was resolved on or about June 1, 2012.

Gastrointestinal tract:  If the Claimant eats or drink anything that is not heated his whole body become cold and smooth muscles in his gastrointestinal tract goes into spasm.  Also, the smooth muscles along his intestinal tract pulsate when he lay down but there have been some improvement in the last month. The Claimant had an order from his Allergist to have an upper GI but Blue Cross and Blue Shield would not approve the test.

Skin/sweat glands:  The Claimant keeps his room temperature about 80 degrees and he must sleep under a sheet and blanket to keep warm.  The Claimant spends as much time as possible outside on hot days when the air quality is good and his skin sensors are recognizing heat much better.

Laryngospasm and vocal cold dysfunction are triggered by odors and temperatures below 75 degrees that makes it hard for the Claimant to participate in life's activities.

Respectfully submitted

David M. Strong

MDL 2179 "J" (1)
History
2D Page 2 of 4

Identification Number SPC0002895
GCCF Claim Number 1173939

Page # 3     8/2/12     Strong

Attachments:

Personal & Background Information page # 1 of 98
Residence In Zone A page # 2 of 98
Proof of Residence In Zone A form 3 of 98
Specified Physical Conditions pages 4 – 20 of 98
Medicare Information form 21 of 98
Other Health Care Coverage form page 22 of 98
Lien and Subrogation Information form page # 23 of 98
Bankruptcy Information form page 24 of 98
Medical Benefits Settlement form 25 of 98
HIPAA Authorization from page # 26 - 27 of 98
Proof of residence page # 28 of 98; page 29 left blank
Medical report from Dr. Michael Blunda dated May 4. 1995 page # 30 – 31 of 98
Examination Report from Washington Hospital Center dated 6/17/11
Lab Reports from The Chesapeake Medical Group (CMG)  7/11/12 pages 38, 40 – 41 of 98
Progress Notes from CMG dated 7/5/11 to 1/12/12 pages 42 – 49 of 98
EKG from CMG dated 6/23/11 pages 50 – 51 of 98
Medical Reports from South Baldwin Regional Medical Center (SBRMC) dated 6/15/10 to 6/19/10 pages 52 – 61 of 98
Progress Notes from SBRMC dated 6/15/10 to 6/19/10 pages 62 – 69 of 98
Lab reports from SBRMC dated 6/15/10 to 6/19/10 pages 69 – 74 of 98
Medical Reports from SBRMC dated 6/23/10 to 6/24/10 pages 75 – 82 of 98
Medical Report from SBRMC dated 6/22/10 page 83 of 98
Progress Notes from SBRMC  dated 6/23/10 to 6/24/10 pages 84 – 86 of 98
Lab Reports from SBRMC dated 6/22/10 to 6/24/10 pages 87 to 88 of 98
Medical Bills from SBRMC pages 89 – 91 of 98
Medical Bills from Cardiology Associates pages 92 – 94 of 98
Medical Bill from Pulmonary & Critical Care Services page 95 of 98
Medical bill from Gulf Health dba Thomas Hospita page 96 of 98
Medical bill from Baptist Hospital page 97 of 98Medical bill Cardiology Consultants, PA page 98 of 98

MDL 2179 "J" (1)
History
3 of 4

Identification Number          SPC0002895

**Page # 1      10/12/13      Strong**

## ADDENDUM

The Claimant was not aware of risk of exacerbating of his illness related to him remaining in his home at 4543 Cotton Cove Drive Gulf Shores, Alabama 36542 from June 2010 to April 29, 2011.  The Claimant was diagnosed with Vasomotor Rhinitis and Reactive Airways Disease in medical report by Dr. Michael Kaliner dated October 25, 1995. (See page 8 of 9 paragraph 5)  And the Claimant did not understand that progression of Vasomotor Rhinitis would exacerbate from phase one to phase three and four cause by the affect of living close to Cotton Creek.  (See page 9 of 9).  For example, bronchus spasm has cause muscle spasm in his chest wall and cause partial paralysis in his diaphragm at times.  Also, the Claimant spasm in his striated muscles from the waist down that makes it difficult to walk more than ten minutes without knee braces to stabilize the weak muscles in his legs.


Attachments:
Specified physical condition (Partial paralysis of diaphragm) pages 1 – 3 of 9.
Specified physical condition (muscle weakness in legs) pages 4 - 6 of 9.
Medical report from Dr. Michael A. Kaliner dated 10/25/95 pages 7 – 8 of 9.
Article from JAMA by Michael Kaliner, M.D. and Robert Lemanske, M.D. dated November 25, 1992 – Vol 268 No 20 page 9 of 9.

MDL 2179 "J" (1)
History
Page 4 of 4

# GCCF   Gulf Coast Claims Facility

www.GulfCoastClaimsFacility.com

ICF0293536939

DAVID MCARTHUR STRONG
4543 COTTON COVE DRIVE
P.O. BOX 5334
GULF SHORES, AL 36547

November 2, 2010

Re:     Deepwater Horizon Incident on April 20, 2010
        Claimant Identification Number: 1173939

Dear DAVID MCARTHUR STRONG:

Your Claim has been received by the Gulf Coast Claims Facility ("GCCF") for processing and payment determination. Please note the referenced Claimant Identification Number above which will be your Claimant identifier throughout the review and payment process.

Your Claim will be reviewed for completeness and eligibility. A member of the staff of the GCCF may contact you to request additional supporting documentation if necessary.

If you have any questions, please call the GCCF Office on our toll-free telephone line at 1-800-916-4893 (1-866-682-1758 for the hearing impaired (TTY)), visit our website, www.GulfCoastClaimsFacility.com, or visit one of our Claims Office Facilities to meet with a Claims Evaluator. A list of locations of Claims Site Offices is attached.

Sincerely,
Administrator
Gulf Coast Claims Facility

MDL 2179
History 2
Page 1 of 4

# GCCF     Gulf Coast Claims Facility

June 10, 2011

DAVID MCARTHUR STRONG
305 SARINGA ROAD
PO BOX 219
TOPPING, VA 23169

**RE:   Denial of Interim Payment/Final Payment Claim – Physical Injury/Death**
        **DAVID MCARTHUR STRONG**
        **Claimant ID: 1173939**

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010. The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA"). You have the right to consult with an attorney of your choosing before accepting any settlement or signing a release of legal rights.

You submitted a physical injury/death claim to the GCCF arising out of injuries relating to the Deepwater Horizon Incident on April 20, 2010 (the "Spill"). Your claim has been denied for the following reason(s):

You did not submit evidence that the claimed physical injury was a result of the Spill and/or documentation of a diagnosis by a medical practitioner for your Physical Injury claim.

If you have any questions about the denial of your claim, you can either visit a GCCF Site Office or speak to the GCCF Claims Review Specialist shown below who can answer questions about your claim and this Letter. For TTY assistance call 1-866-682-1758. For more efficient service, have this Letter and your GCCF Claimant Identification Number with you when you call and reference it in your email. If you are represented by an attorney, the GCCF will communicate directly with your attorney, rather than with you.

M D L 2179
History 2
Page 2 of 4

GCCF Claim Number 1173939

David M. Strong
P.O. Box 219
Topping, VA 23169
(804) 286-9030

June 16, 2011

Gulf Coast Claims Facility
Kenneth R. Fienberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958

RE:            Vacate, Reconsider

The Honorable Kenneth R. Fienberg, I David McArthur Strong request that you reconsider the decision of June 10, 2011 for the above Claim Number 1173939 for the following reasons.

I was quite ill at the time I submitted the above claim and appreciate if you would consider the complete medical file from South Baldwin Medical Center which would place value on Strong position.  Thanks in advance for your consideration.

Sincerely

*David M. Strong* (signature)

David M. Strong

Attached 62 pages

Attention GCCF Claims Review Specialist Lours 65266

MDL 2179
History 2
Page 3 of 4

# GCCF        Gulf Coast Claims Facility

July 21, 2011

DAVID MCARTHUR STRONG
305 SARINGA ROAD
PO BOX 219
TOPPING, VA 23169

> RE:   **Deficiency Letter on Interim Payment/Final Payment Claim**
> **DAVID MCARTHUR STRONG**
> **Claimant ID: 1173939**

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 ("Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

***All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.***

You have filed one or more Claim Forms with the GCCF. This Deficiency Letter ("Letter") is an official notification from the GCCF. This letter addresses any Interim Payment and/or Full Review Final Payment Claim Form you have filed to date on which you have not previously received a final determination.

We have reviewed the Claim Form(s) that you submitted and determined that your file is missing information that is necessary to the review of your claim. We cannot take any further action on your claim until you provide the following:

| | Claim Type | Why We Need the Missing Information | What You Need to Submit |
|---|---|---|---|
| **1.** | Physical Injury/Death | We are unable to determine whether the Claimant was diagnosed with a physical injury/death that resulted from the Spill. | Documents describing a diagnosis of a physical injury experienced by the Claimant as a result of the oil spill, such as medical records, statements from a doctor or other medical or healthcare provider, or similar documents. |

*MDL 2179*
*History 2*
*Page 4 of 4*

**Emergency Dept. Adult Record**

**PMH:** *Systemic:* HTN DM Cancer HIV Thyroid anemia High lipids  *Neuro:* CVA Seizures
**Heart:** MI Angina CHF CAD AFib  *Lungs:* COPD Asthma  *GI:* PUD GERD Liver
**GU:** UTI's Stones  *MS:* Arthritis  *Psych:* Depression Anxiety Schizophrenia None
**Operations:** Appendectomy Cholecystectomy PTCA CABG Hyster None

**FH:** No significant FHx  **SH:** Smoke: Current Past Second-hand Never
HTN DM Cancer Stroke  ETOH: Social Abuse Alcoholic None
Heart Lung Liver Kidney  Illicit drugs:_____ None
Aneurysm Coagulopathy  Lives with: Mom Dad Spouse Family SO Alone
Sudden death _____  Lives in: Home Assisted care Homeless Nursing H
Single Married Divorced Separated Widowed

**Baldwin Regional Medical Center**
1613 North McKenzie St.

FROST LLOYD J          2739622
92 M M MR#:000068492 RM/BD:200/2
06/11/10 DOB:11/02/1917 RSV:ICU
ALLEN ELLIS

Date 6/15/10

## REVIEW OF SYSTEMS

Level 1=0  Level 2,3=1  Level 4=2-9  Level 5=10+

**Medications:** ☑ Reviewed NN _____

**Allergies:** ☐ Reviewed NN _____

**CC:** SHORT OF BREATH, adult   Time seen 0700   PCP NAVerte

**HPI:** Nurses Notes: Reviewed
**Source:** Patient Family Friend Guardian Nursing home Paramedic Police Interpreter
**Mode of arrival:** Walk in Wheelchair Friends Attendant Ambulance Helicopter Police
**Severity:** Mild Moderate Severe
**Timing:** Onset _____ a.m. p.m. or Minutes Hours Days Weeks Months ago
  *Came on:* Suddenly Gradually
**Duration:** Since onset Intermittent or _____ Minutes Hours Days
**Context:**
  *Onset:* At rest With light exertion With heavy exertion While asleep
  *PE risk factors:* Recent trauma/surgery Estrogen use BCP's Immobilization None
  *History of:* Asthma COPD CHF DVT/PE Anxiety Hyperventilation Intubation None
  *Currently on:* Inhaled bronchodilators Steroids Neither
  *Prehospital care:* O2 Inhaled B2 Injected B2 Furosemide NTG Intubation None
**Modifying factors:** *Worsens:* Exertion Lying flat Anxiety Nothing
  *Improves:* Inhaler Rest Sitting up Nothing
**Associated signs and symptoms:** None
  Fever Wheeze Cough Nasal congestion Sore throat Hemoptysis
  Chest pain Leg swelling Calf pain Anxiety Numbness: Perioral Hands Feet
  *If chest pain:*
    *Quality:* Sharp Stabbing Squeezing Pressure-like Heavy Crushing Pleuritic
    *Location:* Substernal L R Side Arm Back Shoulder Neck Abdomen
  *If cough:* Nonproductive Productive: Clear White Yellow Green Brown Bloody
**Other history:** Prehospital orders given by ED Physician: _____

**PE:** T____ P____ BP____ RR____ O2 Sat____ ☐ Reviewed on MN
**Constitutional:** Awake Decreased responsiveness  Distress: None Mild Moderate Severe
**Neck:** JVD Mass Tracheal deviation _____  normal
**Eyes:** Pale conjunctiva _____  normal
**ENT:** Nose: Injection Discharge Swelling _____  normal
  Oropharynx: Tonsillar hypertrophy Red Exudate _____  normal
**Respiratory:** R L Bil Generalized Superior Inferior Breath sounds: Diminished _____  normal
  R L Bil Generalized Superior Inferior Wheezes Rales Rhonchi _____  normal
**CV:** Tachycardia Bradycardia Irregular S3 S4 ____/VI Sys Dia Murmur _____  normal
  *Edema:* 1 2 3 4 plus R L Bilateral Upper Lower extremity _____  normal
**Chest:** Accessory muscle use Retractions Tender: Reproduces the pain _____  normal
**GI:** *Palpation:* Liver: Enlarged Spleen: Enlarged Mass: Pulsatile _____  normal
  *Tenderness:* Diffuse RUQ RLQ LUQ LLQ Epigastric Periumbilical Suprapubic _____  normal
  Mild Moderate Severe Rebound Guarding Rigidity _____  normal
**Extremities:** Clubbing Calf tenderness _____  normal
**Skin:** Diaphoresis Cyanosis _____  normal
**Neurologic:** *Oriented to:* Time Person Place Not oriented Unable to test _____  normal
  *Memory:* Impaired: Short-term Long-term Unable to test _____  normal
**Psychiatric:** Affect: Angry Depressed Anxious Hysterical _____  Appropriate
**Other exam:**

MDL-2179 "J" (1)
Exhibit 1
Page 1 of 34

**CONSTITUTIONAL:**  None
  Fever Chills Weakness Fatigue
  Loss of appetite

**EYES:**  None
  Blurred vision Diplopia Discharge
  Pain Redness Photophobia

**ENT:**  None
  Ears: Pain Hearing loss
  Nose: Congestion Bleeding
  Throat: Pain Swelling

**RESPIRATORY:**  None
  Cough SOB Wheeze Hemoptysis

**CV:**  None
  Chest pain Palpitations Syncope
  Edema Orthopnea PND

**GI:**  None
  Abdominal pain Constipation
  Nausea Vomiting Diarrhea Melena

**GU:**  None
  Dysuria Hematuria Frequency
  Male: Discharge Testicular pain
  Female: Discharge Bleeding Pregnant

**NEUROLOGICAL:**  None
  Headache Dizziness Seizure
  Numbness Weakness

**MUSCULOSKELETAL:**  None
  *Pain or swelling in:*
  R L Neck Chest wall Rib(s) Back
  Shoulder Arm Elbow Forearm
  Wrist Hand Pelvis Hip Leg
  Knee Ankle Foot

**INTEGUMENTARY:**  None
  Itching Rash Bruises Wounds

**ALLERGIC/IMMUNOLOGIC:**  None
  Hives Itching

**HEMATOLOGIC:**  None
  Lymphadenopathy
  Easy: Bruising Bleeding

**ENDOCRINE:**  None
  Weight: Gain Loss _____ lb

**PSYCHIATRIC:**  None
  Anxiety Depression Hallucinations
  Sleepless Suicidal

**ALL OTHERS REVIEWED & NEG**

**UNABLE TO OBTAIN COMPLETE HPI, PMH, FH, SH, or ROS DUE TO:**
Altered mental status Dementia Medical urgency
Intubated Other _____

_____
Signature

© 1999-2008 EPOWERdoc, Inc.    p 1 of 2    Circled = positive  Not circled or / = negative  Lined out or section completely blank = not assessed

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
### 1613 North McKenzie Street
### Foley, AL 36535

**Patient Name:** STRONG, DAVID M
**Admit Date:** 06/15/2010
**Attending Physician:** JOHN MCATEE, MD
**Consulting Physician:** BRIAN DEARING, MD
**Consult Date:** 06/15/2010

**Medical Record #:** 270573
**ACCT #:** 2740413
**Room #:** ICU 200 3
**DOB:** 04/29/1942

## CONSULTATION REPORT

for CVA in 2004. ENDOCRINE: No thyroid disease. IMMUNOLOGIC: No infectious disease, night sweats. HEMATOLOGIC: No bruising or bleeding. All other review of systems are negative.

**PHYSICAL EXAMINATION:**

VITAL SIGNS: Blood pressure is 143/99, heart rate 68, respirations 20, weight 207, temperature 97.6. HEAD, EARS, EYES, NOSE AND THROAT: Pupils equal, round and reactive to light and accommodation. Mucous membranes pink and moist.

NECK: Supple without masses. Jugular venous pressure appears normal. Carotid upstroke brisk without bruit.

HEART: Rhythm is regular. There are no murmurs, rubs or gallops noted.

LUNGS: Clear to auscultation bilaterally. No wheezing, rhonchi, or rales.

ABDOMEN: Soft, nontender, bowel sounds present all quadrants.

EXTREMITIES: Extremities show no clubbing, cyanosis or edema. Peripheral pulse intact.

NEUROLOGIC: Intact.

LABORATORIES: White blood cells 4.5, hemoglobin and hematocrit is 15.7 and 46.7, platelets 207,000, sodium 138, potassium 4.0, chloride 103, bicarb 26, BUN and creatinine 13 and 1.4, glucose 116, cholesterol 250, triglycerides 138, HDL 74, LDL 150. Cardiac enzymes negative.

**IMPRESSION:**
1. Complete heart block asymptomatic.
2. Hypertension.
3. History of asthma.
4. History of cerebral vascular accident (CVA).
5. Abnormal lipids with an elevated total cholesterol, LDL, and HDL.

**RECOMMENDATIONS:**
1. Will check a TSH and a T4 as well as an ESR and Lyme titers.

### CONSULTATION REPORT
### Original
### Page 2 of 3



MDL 2179 "J" (1)

Exhibit 1

Page 2 of 34

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
## 1613 North McKenzie Street
## Foley, AL  36535

**Patient Name:**  STRONG, DAVID M          **Medical Record #:**  270573
**Admit Date:** 06/15/2010                  **ACCT #:** 2740413
**Attending Physician:**  JOHN MCATEE, MD    **Room #:**  ICU 200 3
**Consulting Physician:**  BRIAN DEARING, MD  **DOB:** 04/29/1942
**Consult Date:**  06/15/2010

## CONSULTATION REPORT

2.   Monitor on telemetry. Bed rest with bathroom privileges.
3.   Check a 2-D echocardiogram.
4.   Adenosine Cardiolite    graded exercise test (GXT) on Wednesday.
5.   Tentatively plan pacemaker placement for Thursday.


Dictated by Robin Underwood, MSN CRNP for Dr. Brian Dearing who saw and evaluated and formulated the plan on this patient.



 Preliminary (not signed by dictating provider)
_____

BRIAN DEARING, MD


DD:  06/15/2010 15:06:17 CST
DT: 06/15/2010 17:15:15 EST/MISSB09/1880741
JOB#: 658325

>>>  0002740413  0000270573  0000000294  06/15/2010  17:15  CONSUL_


cc:  Brian Dearing, MD
     John McAtee, MD

MDL 2179 "J" (1)
Exhibit 1
Page 3 of 34

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
### 1613 North McKenzie Street
### Foley, AL 36535

**Patient Name:** STRONG, DAVID M
**Admit Date:** 06/15/2010
**Discharge Date:** 06/19/2010
**Attending Physician:** JOHN MCATEE, MD

**Medical Record #:** 270573
**ACCT #:** 2740413
**Room #:** 2CN 269 1
**DOB:** 04/29/1942

## DISCHARGE SUMMARY

**ADMITTING DIAGNOSES:**
1. Middle age.
2. Chronic obstructive pulmonary disease with reactive airway disease.
3. Sinusitis.
4. Variable cardiac dysrhythmia, varying from complete heart block to accelerated junctional tachycardia.
5. Hypertension.

**CONSULTATIONS :** Cardiology Associates.

**PROCEDURES:** Cardiac stress test.

**HOSPITAL COURSE:** The patient was admitted with history and physical as dictated, with presentation being of cardiac arrhythmia. He has known reactive airway disease. He sees Dr. Caputo for same. He has been longstanding in treatment for his reactive airway disease. This is the first time he has had a dysrhythmia. In the year 2006, he had an EKG that showed first degree heart block. He also had a stress test at that time by Dr. McAtee in his office and it was negative. He comes in at this time with complete heart block and junctional tachycardia. He was seen in consultation by the cardiologists, and they felt like pacemaker was indicated. Extensive discussions were had with Mr. Strong, but has had been unwilling to go along with pacemaker placement. It was decided finally by cardiology to do arrhythmia study with the EP studies. This was planned for Monday with Cardiology Associates. This was the day that they could do it most efficiently. However, the patient badly wanted to go home because he said the hospital was making him more ill with inhaled substances. He has a strict phobia for odors, and feels like that any essence of aroma causes tightening of his airway. This being the case, he was discharged, with full understanding that that was some risk leaving with a dysrhythmia as described above. However, he is willing to take that risk. Family is going to be with him. He has my cell phone with him to call me. He is being discharged home on Avapro and Apresoline to control his associated blood pressure. We will see him back in my office on Monday. He knows to get in touch with me. I have written prescriptions for the Avapro and also for the Apresoline, and he is to take these and will see me on Monday.

**DISCHARGE SUMMARY**
**Original**
**Page 1 of 2**

MDL 2179 "S" (1)
Exhibit 1
Page 4 of 34

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
## 1613 North McKenzie Street
### Foley, AL  36535

**Patient Name:** STRONG, DAVID M
**Admit Date:** 06/15/2010
**Discharge Date:** 06/19/2010
**Attending Physician:** JOHN MCATEE, MD

**Medical Record #:** 270573
**ACCT #:** 2740413
**Room #:** 2CN 269 1
**DOB:** 04/29/1942

## DISCHARGE SUMMARY

Preliminary (not signed by dictating provider)

_____
JOHN MCATEE, MD

DD: 06/19/2010 14:16:01 CST
DT: 06/19/2010 20:20:42 EST/MIS1299/1895453
JOB#: 658907

>>> 0002740413 0000270573 0000000220 06/19/2010 20:20 DS_____

cc: John McAtee, MD
    Cardiology Associates

**DISCHARGE SUMMARY**
**Original**
**Page 2 of 2**

MDL 2179 "J" (1)
Exhibit 1
Page 5 of 34

## SOUTH BALDWIN REGIONAL MEDICAL CENTER
### 1613 North McKenzie Street
### Foley, AL  36535

---

**Patient Name:** STRONG, DAVID M
**Admit Date:** 06/15/2010
**Attending Physician:** JOHN MCATEE, MD
**Date:** 06/16/2010

**Medical Record #:** 270573
**ACCT #:** 2740413
**Room #:** ICU 200 3
**DOB:** 04/29/1942

---

## CARDIOLOGY REPORT

**PROCEDURE NAME:**   LEXISCAN STRESS TEST

**EKG PORTION:**   Under observation at rest, EKG reveals a _____junction with retrograde T-wave with nonspecific T wave changes.  During Lexiscan infusion, there was no significant ST segment shift.

**INTERPRETATION:**
1. The ECG portion of this test is negative for ischemia with Lexiscan infusion.
2. The patient's blood pressure was mildly hypotensive with Lexiscan infusion to a peak rate of 172/113.
3. The patient remained in accelerated junctional rhythm throughout this test.
4. The patient developed some tightness across the back, some abdominal fullness and a headache, but no chest pain.
5. The nuclear portion of this test will be dictated separately.


Preliminary (not signed by dictating provider)

_____

BRIAN DEARING, MD


DD: 06/16/2010 11:05:09 CST
DT: 06/16/2010 13:13:40 EST/MIS1296/1883521
JOB#: 658409

>>> 0002740413 0000270573 0000000294 06/16/2010 13:13 CARDIO_


cc:  Brian Dearing, MD
     John McAtee, MD


### CARDIOLOGY REPORT
#### Original
#### Page 1 of 1

MDL 2179 "J" (1)
Exhibit 1
Page 6 of 34

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
### 1613 North McKenzie Street
### Foley, AL 36535

---

**Patient Name:** STRONG, DAVID M
**Admit Date:** 06/15/2010
**Attending Physician:** JOHN MCATEE, MD
**Date:**

**Medical Record #:** 270573
**ACCT #:** 2740413
**Room #:** 2CN 269 1
**DOB:** 04/29/1942

---

## CARDIOLOGY REPORT

**PROCEDURE NAME:**   **MYOCARDIAL PERFUSION IMAGING STUDY**

**INDICATIONS:**   Heart block.

**PROCEDURE NOTE:**   After informed consent was obtained, the patient was brought to the cardiac stress lab where in resting states she was injected with 2.5 mCi of thallium 201 chloride.  The patient was subsequently stressed.  At peak, the patient was injected with 23.2 mCi of technetium-99m sestamibi.  Standard tomographic images were obtained in both the stress and rest acquisitions.

The technical quality was adequate without significant soft tissue attenuation or motion artifact.

**FINDINGS:**
1. Myocardial perfusion imaging demonstrates normal equal uptake in all cardiac segments.
2. Gated wall motion demonstrates normal wall motion thickening in all cardiac segments.  The ejection fraction was calculated at 52%.

**CONCLUSION:**
1.   Normal myocardial perfusion imaging study.
2.   Normal gated wall motion, ejection fraction 52%.

Preliminary (not signed by dictating provider)

_____

KARL HAKMILLER, MD

DD:  06/27/2010 15:32:20 CST
DT:  06/27/2010 18:41:00 EST/MIS1299/1922834
JOB#:  659918

>>> 0002740413  0000270573  0000000690  06/27/2010  18:41  CARDIO_

**CARDIOLOGY REPORT**
**Original**
**Page 1 of 2**

MDL 2179 "J" (1)
Exhibit   1
Page 7 of 34

**SOUTH BALDWIN REGIONAL MEDICAL CENTER**
1613 North McKenzie Street
Foley, AL 36535

| | |
|---|---|
| **Patient Name: STRONG, DAVID M** | **Medical Record #: 270573** |
| **Accession #: 27404130000600** | **ACCT #: 2740413** |
| **Order #: 600** | **Sex:** M   **DOB:** 4/29/1942 |
| | **Room #:** EOP |

**Attending Physician:** II WESLEY WILLIAMS C
**Ordering Physician:** II WESLEY WILLIAMS C
**Exam Date:** 6/15/2010 6:27:00 AM
**Order Name:** CXR 1 VIEW

## RADIOLOGY REPORT

History:  Shortness of breath.

Examination:  Portable chest, 06/15/2010

Findings:  AP portable upright view was performed and demonstrates normal heart size.  The vascular pattern is normal and the lungs are clear.

Impression:  No infiltrate or other active process.

Electronically signed by
Ralph Ewing, MD
Signed Date: 6/15/2010 7:11 AM

DD: 6/15/2010 7:11 AM
TD: 6/15/2010 7:11 AM
Report ID: 73799

---

**Patient Name: STRONG, DAVID M**                    **Room: EOP**

**Radiology Report**

**Page 1**

MDL 2179 "J" (1)
Exhibit     1
Page 8 of 34



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|------------------------------------------|

MC doc

6/15   Admit N.b.

0930   (1) middle gc

1105   (2) COPD RAD

(3) A-V dissection rhythm, ō other sx

(4) family

6·15·10 Zp   Cards

Imp

1) Complete Heart Block # 11019

2) HTN

3) Hx Asthma

4) Hx CVA

5) Non lipoic ↑TG, ↑LDL ↑HR

Rec  Dx TSH, T4      — ESR, Lyme titers

2) Echo, bloodwork ē EPP

3) — 2D Echo

4) AC (ext) labed

5) tentatively plan PM Thur

BDoey

**PROGRESS NOTES**
NS-2507   (Front)   (01/08, Rev. 10/08)

MDL 2179 "J" (1)

Exhibit        1

Page 9 of 34

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M                    2740413
 68 B M  MR#:000270573   RM:200/3
06/15/10 DOB:04/29/1942 HSV:ICU
Att Dr: MCATEE JOHN
FC:M

**Cardiology Associates**

Date: 6/16/10   Time: 0630

Subjective: _Sudden burst from spasm - still red breathing right_
_& CP, palp, syncope_

~~CV~~ medicines reviewed: _Budesone pm_

Vitals: B/P _110/98_   HR _71_   RR _16_   Temp _____   Rhythm Interpretation _CHB accel, junct_
I/O's _____   Misc. _SR 97%_

**Exam Findings:**

General: ☑ No acute distress ☑ Alert and oriented X 3

Respiratory: ☑ Non-labored, clear to auscultation bilaterally
_corarso BS_

Abdomen: ☑ Soft, nontender, nondistended, no organomegaly

Extremities: ☑ No edema ☐ Edema _____
☐ Pulses +2 throughout ☐ Cath site stable

Cardiac: ☐ No lifts, heaves, or thrills felt on palpation
☑ RRR without murmurs – rubs – gallops

☐ No Bruits throughout (carotids, abdominal, femoral)

**Data/Diagnostics:** ☑ labs reviewed

**Impression:**
1) Brady-arrhythmia (1) Transient CHB
   (2) Accelerate Junctional
2) HTN — BP ↑
3) Abn bpds - but THR
4) Asthma
5) Hx CAD

**Plan:** ✓ stress test, echo
Σ plan is PPM thur - suspect
Σ seen at bos SCB 2° CHB
add AES

☐ See "physician orders" section

**Counseling:** ☐ Risks, benefits, indications and alternatives of the procedure explained in detail and patient agrees to proceed   ☐ Diet
☐ Tobacco cessation ☐ CHF education (including Na+ restriction, weight monitoring, symptoms, medicines, follow-up)   ☐ Activity
☐ Cath Site management   ☐ CV medications reviewed ☐ Anticoagulation risks and management explained   ☐ Family discussion/interaction

☐ Patient seen and examined by physician in collaboration with _____

Time Spent _____   Signature: _B Deormy_

---

6/16/10   CPC — _V.S. vgl - T99 P80 R16 BP 110/60_
          _System review - All R14 - medic - (+) clinical_
6:30 N2, Fo   _reprog. NPM now (herbln) (when monitr), but_
11:15         _it (under bleu juncty), PPM placd._
11:28

---

6/14/10 375/pm   _Cardiology Associates_
_Nuclear scan normal. Ø ischemia_
_Perry Hakmiller / R Underwood_
_B during._

**PROGRESS NOTES**
NS-2507   (Front)   (01/08, Rev. 10/08)

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID N                    2740413
68 B M  MR#:000270573   RM:200/3
06/15/10 DOB:04/29/1942 HSV:ICU
Att Dr: MCATEE JOHN
FC:M

MDL 2179 "J" (1)
Exhibit 1
Page 10 of 34



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|-------------------------------------------|
| 6-16-10 | 35p | Cards |

Asked to see pt about questions

3rd discussion so far about complete heart block
& current accelerated junctional — I strongly rec
pacemaker & explained this to him — he wishes
to cancel PM for now & get 2nd opinion —
I offered him 2nd opinion & Dr Strickland in am
but he wants "independent second opinion"

will copy strips & give to pt

I have told pt he can not drive
until a Cardiologist clears him

[signature]

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M                        2740413
  68 B M  MR#:000270573  RM:200/3
06/15/10 DOB:04/29/1942 HSV:ICU
Att Dr: MCATEE JOHN
FC:M

MDL 2179 "J" (1)
Exhibit 1
Page 11 of 34



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|-------------------------------------------|
| 6/17/10 | | PCCS |
| | | Hospital Day #2 Intensive Care Unit Has |
| | | reconsidered PPM. He is apologetic today for yesterday |
| medications | | HR 80  BP 156/105  RR 18  T 97.5  SAO2 99% |
| cozaar | | |
| flonase | | Eyes-clear & drainage vision ok |
| tylenol | | ENT - no active problems |
| pepcid | | Cardiovascular - RRR |

MDL 2179 "J" (17)

Exhibit 1

Page 12 of 34

Exhibit 1
MDL 2179 J.S.(1)
Page 13 of 34

| DATE | TIME | |
|---|---|---|

NOTES SHOULD BE SIGNED, DATED, AND TIMED

6/17/10    PCCS

Hospital day #2 Intensive Care Unit. Has
reconsidered PPM. He is apologetic today for yesterday
medications    HR 80    BP 156/105    RR 18    T 97.5    SAO₂ 99%
cozaar
flonase      Eyes - clear & drainage vision ok
tylenol      ENT - no active problems
pepcid       Cardiovascular - RRR
proventil    Respiratory - BBS clear
             GI    R/c + BS umbilical hernia  excellent appetite
             GU - void
             skin intact
             musculoskeletal ambulatory & assist
             neuro - awake alert oriented & pleasant
             endocrine no active problems
             hematologic - no active problems
             allergic immune - no active problems
             Review of telemetry - junctional rhythm
Lab    WBC 5.7    hgb 15.7    hct 46.5 %    H 222
       Na 136    K 3.9    bun 34⁹⁹    Cr 1.3    mg 1.9

1100 AM

Plan: Pt would like                    Problems
to discuss ppm ā                       1. arrythmic
Dr Stinebaugh today                    2. reactive airway dz
PPM recommended by                     3. htn    s/s/s/s - all re-
pulmonary   12 lead this am

discussed c Pt
McA
cur Syp

PROGRESS NOTES
NS-2507   (Front)   (01/08, Rev. 10/07)

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M                          2740413
  68 B M   MR#:000270573   RM:200/3
06/15/10 DOB:04/29/1942 HSV:ICU
Att Dr: MCATEE JOHN
FC:M

"3PN"



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|------------------------------------------|
| 6/17/10 | | Cardiology Awato & alert - Denies dizziness for this... |

VS's   152/105   70   afeb    wt 202

lungs clean, ⊘ SL prolonged exp phase

no RR

abd  BS ⊕ soft

CX order

data:   15.7/46.5        136/104/11
              5.7            3.9  25/.3

late jct rhythm vs sinus tarry 1° AV B.

A/P.  cont, no slow escapes, has sinus
c̄ 1° for the most part, poss jct
c̄ times.  Has not had dizziness
or syncope.  Has ↑ 90B @ times
which could be related to
lack of AV synchrony but has
underlying lung dis.  Pt reluctant
to have ppm c̄ this time.
Transfer to tele unit.  Avoid neg chronotropic
Z digoxin hx t̄ this admit

| c/u | 1100 pm | Re-card at PPM ncsl... |
|-----|---------|------------------------|

MDL 2179 "J" (1)

Exhibit  1

Page 14 of 34

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M                    2740413
   68 B M  MR#:000270573   RM:200/3
06/15/10 DOB:04/29/1942 HSV:ICU
Att Dr: MCATEE JOEN
FC:M



"3PN"

| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|-------------------------------------------|

♥ Cardiology
Associates

**Date:** 06/18/10  **Time:** 7:40

**Subjective:** _Feels OK. Denied pain, dyspnea, syncope, palpit__ [illegible] called CW dis._

☑ **CV medicines reviewed:** _Cozaar,_

**Vitals:** B/P 148/88  HR 86  RR 19  Temp 98.0  Rhythm Interpretation _Accelerated junctional__ rch 86_
I/O's 1080/2450  Misc. _____

**Exam Findings:**

**General:** ☑ No acute distress   ☑ Alert and oriented X 3

**Respiratory:** ☑ Non-labored, clear to auscultation bilaterally  _@crackle_

**Abdomen:** ☐ Soft, nontender, nondistended, no organomegaly

**Extremities:** ☑ No edema   ☐ Edema _____
☑ Pulses +2 throughout   ☐ Cath site stable

**Cardiac:** ☑ No lifts, heaves, or thrills felt on palpation
☑ RRR without murmurs – rubs – gallops

☐ No Bruits throughout (carotids, abdominal, femoral)

**Data/Diagnostics:** ☑ labs reviewed

**Impression:**

1. _Arrhythmia - currently approx in accelerated junctional_ [illegible]
_w/ retrograde VA conduction w/ block_
_Brief episode of ~ 2:1 Block (on initial strips)_
_~ NRT ~ accelerated junctional. Hence premature_

2. _HTN_

3. _Abn w/ liquids, Nallium_

**Plan:**
_Continue Cozaar_
_Will need to evaluate ( ? EP_
_study) bradycardia & sudden cell_
↑ _Activity_
_No immediate need for PPM_

☑ See "physician orders" section

**Counseling:** ☐ Risks, benefits, indications and alternatives of the procedure explained in detail and patient agrees to proceed   ☐ Diet   ☐ Tobacco cessation ☐ CHF education (including Na+ restriction, weight monitoring, symptoms, medicines, follow-up)   ☐ Activity   ☐ Cath Site management ☑ CV medications reviewed ☐ Anticoagulation risks and management explained   ☑ Family discussion/interaction

_(Daughter - Vivian)_

☐ Patient seen and examined by physician in collaboration with _____

**Time Spent** _____   **Signature:** _[signature]_

---

_UC 6/21 - T 96 P 82 R 14 BP 146/83_
Ǭ/Ǫ  Ǭ _rhythm recur - Hx recur. Meets - Hx clnl_ [illegible]

Ǫ/Ǫ _IV. Stradagyn & theohmith ret s appecial_

[illegible]  _to PCu ī nally. Discuss disposition of_
_him ī Cau_

_[signature]_

**PROGRESS NOTES**

NS-2507   (Front)   (01/08, Rev. 10/08)

PLEASE S DATE & T

MDL 2179  15" (1)

| Exhibit 1 |
|-----------|
| Page 15 of 34 |

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M                          2740413
68 B M  MR#:000270573   RM:200/3
06/15/10 DOB:04/29/1942 HSV:ICU
Att Dr: MCATEE JOHN
FC:M

463-1731

| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|------|
| 6/19 2010 70A | | CARD ASSOC |

Imp

S: No CP / SOB

O: 110/60 80
Gen NAD
CV S1 S2
Lungs CLe
Abd S/NT
EXt peds
Neuro Alert.

① Junctional
   vs Type I 2°.
   vs other

→ EP to eval mon

① HTN
③ HLP
④ ? asthma
   ? allergies.

from DC
Stencell
researcher
NIH

[signature]

U/S Uqq11 — T97 P80 RR20 13P 116/63

6/19/10   CC: system eval. Per recc. McAtee — Pulmay +
Cmplt coag Sema — Toxic abstinin. Pt insistent
we DC home, and will oblige it
cards think it is not life threatening.
D/w Dr. Buckley, He advis DC of pt.

C₂ B₄ M F₂
1320u

1130g   was here telld fl regular meds — we agree.

[signature]

**PROGRESS NOTES**
NS-2507   (Front)   (01/08, Rev. 10/08)

MDL 2179 "J" (1)

Exhibit 1

Page 16 of 34

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M            2740413
 68 B M  MR#:000270573  RM:269/1
06/15/10 DOB:04/29/1942 HSV:MIP
Att Dr: MCATEE JOHN
FC:B



NAME L/F:   Strong david
ECG #:   270573
68   YEAR OLD   Male
DATE OF BIRTH:   0429I942
PHYSICIAN:   wes williams
PHYSICIAN:   mcatee
COMMENTS:sob
`CATION:   er          TECH:  bb

6/15/2010  6:00:00 AM

Vent rate:          88 ,  BPM
PR Int:             0    ms
QRS dur:            90   ms
QT/QTc:           290/336  ms
P-R-T axes:     999 14 22

ACCELERATED JUNCTIONAL RHYTHM WITH RETROGRADE P-WAVES
NONSPECIFIC ST-T WAVE CHANGES .

Reviewed by BRIAN DEARING, MD

South Baldwin Hospital

45 3 1544

MDL-2179 "S" (L)
Exhibit     1
Page 17 of 34

25 mm/s 10 mm/mV

NAME L/F:   Strong/David
ECG #:   270573
68  YEAR OLD   Male
DATE OF BIRTH: 04/29/1942
PHYSICIAN:  Toblassen
PHYSICIAN:
COMMENTS:
CATION:   ER       TECH:  NS

6/15/2010 7:05:50 AM

Vent rate:       70   BPM
PR int:           0   ms
QRS dur:        101   ms
QT/QTc:     422/442   ms
P-R-T axes: 999 7 37

SINUS RHYTHM WITH COMPLETE HEART BLOCK AND COMPETING JUNCTIONAL TACHYCARDIA A
SIMILAR RATE AS SINUS.

Reviewed by BRIAN DEARING, MD

Brian Dearing

MDL 3179 "J" ()
Exhibit /
Page 18 of 34

South Baldwin Hospital

45 1 12341

25 mm/s 10 mm/mV

NAME L/F:   **Strong David**
ECG #:   270573
68   YEAR OLD   Male
DATE OF BIRTH: 04 29 42
PHYSICIAN:   McAtee
PHYSICIAN:
COMMENTS:
LOCATION:   200 3

TECH:   EA

6/17/2010 8:46:00 AM

| | | |
|---|---|---|
| Vent rate: | 98 | BPM |
| PR int: | 246 | ms |
| QRS dur: | 90 | ms |
| QT/QTc: | 242/297 | ms |
| P-R-T axes: | -36 27 76 | |

ACCELERATED JUNCTIONAL RHYTHM WITH A-V DISSOCIATION VERSUS SINUS RHYTHM WITH
EXTREME WITH FIRST DEGREE AV BLOCK
NO ACUTE ST-T WAVE CHANGES
SINCE 06/15/10, HEART RATE HAS INCREASED.

Reviewed by JAMES STINEBAUGH, MD

South Baldwin Hospital

25 mm/s 10 mm/mV

45 5 10778

MDL 2179 "J" (1)
Exhibit 1
Page 19 of 34



NAME L/F:   Strong David
    ECG #:   270573
68   YEAR OLD   Male
DATE OF BIRTH:   04 29 42
PHYSICIAN:   Stinebaugh
PHYSICIAN:   Mcatee
COMMENTS:
CATION:   SD   TECH: SD

6/19/2010 3:13:00 AM

| | | |
|---|---|---|
| Vent rate: | 80 | BPM |
| PR int: | 0 | ms |
| QRS dur: | 98 | ms |
| QT/QTc: | 386/421 | ms |
| P-R-T axes: | 999 3 42 | |

UNDETERMINED SUPRAVENTRICULAR RHYTHM
NONSPECIFIC ST-T WAVE CHANGES.

Reviewed by J. MCLEAN TROTTER, MD

John M°Tratt MD

MDL 2179 "S" ()
Exhibit /
Page 21 OF 34

South Baldwin Hospital

45 99 879

25 mm/s 10 mm/mV

```
SOUTH BALDWIN REGIONAL MEDICAL CENTER          LABORATORY
1613 N MCKENZIE STREET                          REGAN L.CARDAMONE M.D.
FOLEY      AL  36535

NAME: STRONG DAVID M              DOB:  4/29/42        STATUS  :  2CN   267   1
PAT#: 2742363                     AGE: 68              ADM DATE: 6/23/10
MR# : 000270573                   SEX: M              DSCHG DT: 6/24/10
                                                      ADM PHYS: MCATEE JOHN
```

***HEMATOLOGY***

| COLLECT DT | 06/24/10 | 06/22/10 | | REFERENCE | |
|---|---|---|---|---|---|
| TM | 02:11 | 21:02 | | LOW - HIGH | UNITS |
| WBC | 4.5 L | 4.4 L | | 5.0 - 10.0 | K/mm3 |
| RBC | 4.86 | 5.06 | | 4.30 - 5.90 | M/mm3 |
| HGB | 15.3 H | 15.9 H | | 12.6 - 15.0 | g/dL |
| HCT | 45.1 | 47.3 | | 42.0 - 54.0 | % |
| MCV | 92.9 | 93.4 | | 82.0 - 98.0 | fl |
| MCH | 31.4 H | 31.3 H | | 26.0 - 31.0 | pg |
| MCHC | 33.8 | 33.5 | | 32.0 - 36.0 | g/dl |
| RDW | 13.1 | 13.1 | | 11.5 - 15.5 | % |
| PLT | 211 | 213 | | 140 - 450 | K/mm3 |
| MPV | 7.7 | 7.5 | | 7.4 - 10.4 | fl |
| NE% | 43.3 | 47.6 | | 43.0 - 65.0 | % |
| LY% | 42.6 H | 36.5 | | 20.0 - 40.0 | % |
| MO% | 11.8 H | 13.8 H | | 5.5 - 11.7 | % |
| EO% | 1.5 | 1.8 | | 0.9 - 2.9 | % |
| BA% | 0.8 | 0.3 | | 0.2 - 1.0 | % |
| NE# | 1.9 L | 2.1 L | | 2.2 - 4.8 | K/mm3 |
| LY# | 1.9 | 1.6 | | 1.3 - 2.9 | K/mm3 |
| MO# | 0.5 | 0.6 | | 0.3 - 0.8 | K/mm3 |
| EO# | 0.1 | 0.1 | | 0.0 - 0.2 | K/mm3 |
| BA# | 0.0 | 0.0 | | 0.0 - 0.1 | K/mm3 |

```
TECHNOLOGIST      SBJ         JDE
VERIFIED DT     06/24/10    06/22/10
       TM       03:17       21:19
```

```
RROR11                    C U M U L A T I V E   R E P O R T          Page:        4
164                              ** F I N A L **                     Print date: 6/25/10
    Printed by: DAYEND                                               Time:        1:56
SOUTH BALDWIN REGIONAL MEDICAL CENTER                          LABORATORY
1613 N MCKENZIE STREET                                         REGAN L.CARDAMONE M.D.
FOLEY      AL  36535

NAME: STRONG DAVID M              DOB:  4/29/42        STATUS  :  2CN   267   1
PAT#: 2742363                     AGE: 68              ADM DATE: 6/23/10
MR# : 000270573                   SEX: M              DSCHG DT: 6/24/10
                                                      ADM PHYS: MCATEE JOHN
```

***COAGULATION***

| COLLECT DT | 06/24/10 | 06/22/10 | | REFERENCE | |
|---|---|---|---|---|---|
| TM | 02:11 | 21:02 | | LOW - HIGH | UNITS |
| PROTIME | 10.2 | 9.9 | | 9.0 - 11.7 | SECONDS |
| INR | 1.0 | 1.0 | | | |
| PTT | | 26 | | 21 - 35 | SECONDS |

```
TECHNOLOGIST      SBJ         ALB
VERIFIED DT     06/24/10    06/22/10
       TM       03:12       21:39
```

If patient is on Coumadin, Critical Value should be considered when INR >4.9

If patient is on Heparin, Critical Value should be considered >135 sec.

MDL 2179 "J" (1)
Exhibit    1
Page 22 of 34

## SOUTH BALDWIN REGIONAL MEDICAL CENTER
1613 North McKenzie Street
Foley, AL 36535

| | |
|---|---|
| **Patient Name: STRONG, DAVID M** | **Medical Record #:** 270573 |
| **Accession #:** 27423630001200 | **ACCT #:** 2742363 |
| **Order #:** 1200 | **Sex:** M   **DOB:** 4/29/1942 |
| | **Room #:** 2CN 267 1 |

**Attending Physician:** JOHN MCATEE
**Ordering Physician:** DONALD M. WILLIAMS
**Exam Date:** 6/22/2010 21:12:00
**Order Name:** CXR 1 VIEW

**RADIOLOGY REPORT**
Chest one-view at 2115 hours


History:  Arrhythmia

The heart size is within normal limits.  Lung fields are clear of acute infiltrates.  There is no evidence for pneumothorax or pleural effusion.  Pulmonary vascularity is unremarkable. Comparison made exam dated June 15, 2010 which little interval change appreciated.

Conclusion:  There is no evidence for acute cardiopulmonary disease.




Electronically signed by
John Campbell, MD
Signed Date: 6/23/2010 6:41 AM

DD: 6/23/2010 6:41 AM
TD: 6/23/2010 6:41 AM
Report ID: 75317

MDL 2179 "J" (1)

Exhibit  1

Page 22A of 34

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
## 1613 North McKenzie Street
## Foley, AL  36535

---

**Patient Name:**  STRONG, DAVID M
**Admit Date:**  06/23/2010
**Attending Physician:**  JOHN MCATEE, MD
**Consulting Physician:**  JAMES STINEBAUGH, MD
**Consult Date:**  06/23/2010

**Medical Record #:**  270573
**ACCT #:**  2742363
**Room #:**  2CN 267 1
**DOB:**  04/29/1942

---

## CONSULTATION REPORT

### CARDIOLOGY CONSULTATION

**REASON FOR CONSULTATION:**    The patient is a 68-year-old  black male who came back in to the hospital after a recent admission for   an arrhythmia.  The  patient is having what appears to be    intermittent  third  degree heart block.  He has a heart and blood pressure monitor that he uses at home and it alerts when he has an arrhythmia  that needs immediate attention.   It did it prior to his earlier admission and it did it again this time. He denied any shortness of breath, dizziness or chest pain.  When he was hospitalized  recently, he had bradyarrhythmia with complete has been    and accelerated junctional rhythms.  A pacemaker was discussed at length, but at that time, the patient declined any intervention.   He was discharged  with plans to see an EP specialist,  Dr. Storey on Thursday in the clinic in Foley.   At this time, he has predominantly  accelerated junctional   rhythm  competing  with  sinus  isorhythmic  A-V  dissociation  versus  junctional  with  retrograde conduction.  His slowest heart rate was 45    this admission.  He has been asymptomatic   as stated above.  Last hospitalization   on 06/16/2010.   He had a nuclear  stress test that was negative   for ischemia.  He  has an EF of 55% on echocardiogram with mild MR and TR.

**OTHER PAST MEDICAL HISTORY:**     Hypertension, reactive airway disease, history of CVA and renal insufficiency.

**MEDICATIONS:**   Cozaar 50 a day, Flonase, Pepcid 20 a day, Proventil, Apresoline 25 q.6h., Prilosec.

**SOCIAL HISTORY:**    The patient does not smoke, drink, take drugs.  He is married and lives locally.

**FAMILY HISTORY:**   Negative for CAD.

**ALLERGIES:**   None known.

**REVIEW OF SYSTEMS:**    General: No fevers, chills, weight loss, syncope, dizziness.  Eyes: No vision changes.  ENT: No hearing changes or dysphagia.  Cardiovascular: Bradycardia, arrhythmia.  No chest pain or shortness of breath.  Respiratory: No hemoptysis or wheezing.  GI: No hematochezia or hematemesis. GU: No nocturia, polyuria, frequency.  Musculoskeletal: No arthralgias or myalgias.  Skin: No cyanosis, rash, ulceration.  Psychiatric: No depression or anxiety.  Neurologic: No weakness, TIA, seizures, headaches.  Endocrine: No thyroid disease.  Immunologic: No infectious disease, night sweats. Hematologic: No bruising or bleeding.  All other review of systems are negative.

**PHYSICAL EXAMINATION:**     GENERAL: The patient is alert and oriented, in no acute distress.  VITAL

**CONSULTATION REPORT**
**Original**
**Page 1 of 3**



MDL 2179 "J" (1)
Exhibit   1
Page 23 of 34

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
## 1613 North McKenzie Street
## Foley, AL 36535

---

**Patient Name:** STRONG, DAVID M
**Admit Date:** 06/23/2010
**Attending Physician:** JOHN MCATEE, MD
**Consulting Physician:** JAMES STINEBAUGH, MD
**Consult Date:** 06/23/2010

**Medical Record #:** 270573
**ACCT #:** 2742363
**Room #:** 2CN 267 1
**DOB:** 04/29/1942

---

## CONSULTATION REPORT

**SIGNS:** Blood pressure 160/81, heart rate 73, respirations 20, temperature 98.2.  HEAD, EARS, EYES, NOSE AND THROAT: Pupils equal, round, reactive to light and accommodation.  Mucous membranes pink and moist.  NECK: Supple, without masses.  Jugular venous pressure appears normal.  Carotid upstroke brisk without bruit.  HEART: Rhythm is regular.  There are no murmurs, gallops or rubs noted.  LUNGS: Clear to auscultation bilaterally.  No wheezing, rhonchi or rales.  ABDOMEN: Soft and nontender.  Bowel sounds are present in all quadrants.  EXTREMITIES: No clubbing, cyanosis or edema.  Peripheral pulses are intact.  NEUROLOGIC: Intact.

**LABORATORY DATA:**    Cardiac enzymes are negative.  Sodium 135, potassium 4.4, chloride 103, bicarbonate 23, glucose 121, BUN 18, creatinine 1.5.  WBC 4.4, hemoglobin and hematocrit 15.9 and 47.3, platelets 213.  INR 1.0.

**IMPRESSION:**
1. Arrhythmia, appears third degree, using monitor at home.  The patient's monitor alerted arrhythmia and he came to the hospital.  He denies shortness of breath, dizziness and chest pain.  He was recently hospitalized and had bradyarrhythmia include complete heart block and accelerated junctional.  A pacemaker was discussed at that time.  The patient declined and had an appointment set up with EP specialist, Dr. Storey, in our office on Thursday.  Predominantly this admission, he has an accelerated junctional rhythm competing with sinus, isorhythmic A-V dissociation versus junctional with retrograde conduction.  His slowest heart rate has been 45 this admission and he has been asymptomatic.
2. Recent nuclear stress testing with no ischemia 06/16/2010.
3. Hypertension.
4. Reactive airway disease.
5. History of cerebrovascular accident.
6. Upper respiratory congestion.
7. Ejection fraction 55% with mild mitral regurgitation and tricuspid regurgitation on echocardiogram 06/16/2010.
8. Renal insufficiency with a creatinine of 1.5.

**RECOMMENDATIONS:**    The patient has an appointment with Dr. Storey, EP specialist, on Thursday, June 24, 2010.  At present, he is hemodynamically stable with no complaints and asymptomatic.

MDL 2179 "J" (1)
Exhibit 1
Page 24 of 34

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
## 1613 North McKenzie Street
## Foley, AL  36535

---

**Patient Name:**  STRONG, DAVID M                    **Medical Record #:**  270573
**Admit Date:**  06/23/2010                           **ACCT #:**  2742363
**Attending Physician:**  JOHN MCATEE, MD             **Room #:**  2CN 267 1
**Consulting Physician:**  JAMES STINEBAUGH, MD       **DOB:**  04/29/1942
**Consult Date:**  06/23/2010

---

## CONSULTATION REPORT


Robin Underwood, MSN, CRNP dictating for James Stinebaugh, MD, who saw, evaluated, and formulated the plan on this patient.



 Preliminary (not signed by dictating provider)
_____
JAMES STINEBAUGH, MD


DD: 06/24/2010 11:22:41 CST
DT: 06/24/2010 16:14:42 EST/MIS1211/1913778
JOB#: 659574

>>> 0002742363  0000270573  0000000033  06/24/2010  16:14  CONSUL_


cc:  James Stinebaugh, MD
     John McAtee, MD


CONSULTATION REPORT
Original
Page 3 of 3

MDL 2179 "J" (i)
Exhibit  1
Page 25 of 34



NAME L/F:   Strong David
ECG #:   270573
68   YEAR OLD    Male
DATE OF BIRTH:  01/29/1942
PHYSICIAN:   Williams donald
PHYSICIAN:
COMMENTS:
LOCATION:  ER   TECH: Te

6/22/2010  9:02:28 PM

| | | |
|---|---|---|
| Vent rate: | 87 | BPM |
| PR int: | 0 | ms |
| QRS dur: | 216 | ms |
| QT/QTc: | 366/441 | ms |
| P-R-T axes: | 999 15 0 | |

PROBABLE ACCELERATED JUNCTIONAL RHYTHM WITH ISORHYTHMIC A-V DISSOCIATION
NO ACUTE ST-T WAVE CHANGES ARE NOTED
SINCE 06/19/10, NO NEW ST-T WAVE EXIST
P-WAVE MORPHOLOGY IS SIMILAR AND LIKELY THERE HAS BEEN NO SIGNIFICANT INTERVAL
CHANGE.

Reviewed by JAMES STINEBAUGH, MD

MDL 2179 "J" (L)
Exhibit 1
Page 26 of 34

South Baldwin Hospital

25 mm/s 10 mm/mV

45 1 12446



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|-------------------------------------------|

10/23/10   RCCS

Hospital day #2 Telemetry unit
C/O difficulty urinating c̄ atraovent use, sudden
medications and intermittant "bronchospasm"

cozaar      HR 70 BP 144/82 RR 19   T 98.0 SaO$_2$ 99%
prilosec    Eyes - clear ō drainage vision ok c̄ glasses
            ENT - no active problems
            Cardiovascular RRR
            Respiratory - BBS clear ō wheeze
            GI R/S +BS appetite is good

11 5M       GU - C/O weak stream
            skin - intact
            musculoskeletal ambulatory
            neuro - awake, alert + oriented
            endocrine - no active problems
            hematologic - no active problems
            allergic/immune - no active problems
            Review of telemetry - SR 1°

            Lab Na 135 K 4.4 bun 18 Cr 1.5  WBC 4.4
            hgb 15.9 hct 47.3 plt 213  Cardiac enz -
CKK - ∅ acute dz
Plan: cont tele monitor        Problems
     PPM if needed             1. Arrythmias 1°, 3°
                                  junctional
                               2. RAD
     discussed c̄ D Mahler/CMLewhart RN  3. htn

                               5. non compliance

MDL 2179 "J" (1)

Exhibit 1
Page 27 of 34

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M                    2742363
68 B M  MR#:0002?  3 RM: 1
06/22/10 DOB:04/29/1942 HSV:EOP
Att Dr: WILLIAMS DONALD M
FC:M



MDL 2179 "JN" (1)
Exhibit 1
Page 28 of 34

| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|------------------------------------------|
| 6-23-10 | | Cardiology Associates #11618 |

_Impression_

meds

cozaar 50 QD

① arrhymia – appears so – using monitor
© woke it alerted "arrhythmia." Denies SOB
dizziness, chest pain. Recent hosp. pt
had bradyarrhythmia 1) CHR 2) accelerated
junctional. Been discussed. To see Dr.
Storey tomorrow. Pt resistant about
getting pace. Predominantly has an
accelerated jct rhythm, competing w sinus
isorhythmic AV dissociation v 3°, slowest HR 45 this admit, asym

flonase
pepsid 2000

proventil

apresoline 25 66°

prilosec 20 QD

② Recent nuclear stress test ⊖ ischemia 6/10/10

③ Hypertension

④ RAD

⑤ H/o CVA

⑥ upper respiratory congestion

⑦ EF 55% mild MR/TR echo 6/10/10

⑧ ↑ creat 1.5

_Plan_

Appt Dr. Storey EP tomorrow. If Dr Storey can see in hosp
in AM will do so. May need to release
him mid day tomorrow for a 2 car office
visit as long as he remains hemodynamically stable.

SOUTH BALDWIN REGIONAL MEDICAL CTR 2742363
STRONG DAVID M MRH#:000270573 RM: /
68 B M
06/22/10 DOB:04/29/1942 HSV:EOP
Att Dr: WILLIAMS DONALD M
FC:N



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|-------------------------------------------|
|      |      |                                           |
|      |      |                                           |

**Cardiology Associates**

**Date:** 6/24/10 **Time:** 8:55 am

**Subjective:** No chest pain, nausea, SOB

☑ **CV medicines reviewed:** Narotex/Yatanal/Hydralazine 25 Q6°/Cozaar 50 QD

**Vitals:** B/P 145/91 HR 88 RR 19 Temp 97.6 Rhythm Interpretation 1° AVB 3° AVB junctional

I/0's _____ Misc. Prilosec

**Exam Findings:**

**General:** ☑ No acute distress  ☑ Alert and oriented X 3

**Respiratory:** ☑ Non-labored, clear to auscultation bilaterally

**Cardiac:** ☐ No lifts, heaves, or thrills felt on palpation
☑ RRR without murmurs – rubs – gallops

**Abdomen:** ☑ Soft, nontender, nondistended, no organomegaly

☐ No Bruits throughout (carotids, abdominal, femoral)

**Extremities:** ☑ No edema  ☐ Edema
☐ Pulses +2 throughout  ☐ Cath site stable

**Data/Diagnostics:** ☐ labs reviewed
INR 1.0 4.5 / 15.3 / 211   139/104/18
/ 45.1     4.5/26 /1.3 /118

**Impression:**
1. Arrhythmia - intermittent CHB
2. Recent ⊖ nuclear stress test
3. H/O CVA
4. RAD
5. HTN
6. EF 55% mild MR/TR echo 6/10/10
7. RI creat 1.5

**Plan:**
Need discussed. EP c/s today.
Dr. Storey
Had 3rd deg AV block
last week
This week 1st deg at study _____
☐ See physician orders section

**Counseling:** ☐ Risks, benefits, indications and alternatives of the procedure explained in detail and patient agrees to proceed  ☐ Diet
☐ Tobacco cessation  ☐ CHF education (including Na+ restriction, weight monitoring, symptoms, medicines, follow-up)  ☐ Activity
☐ Cath Site management  ☐ CV medications reviewed  ☐ Anticoagulation risks and management explained  ☐ Family discussion/interaction

☐ Patient seen and examined by physician in collaboration with _Underwood CRNP_ 10 nurse
next week.

**Time Spent** _Self Current dictated 11648_  **Signature:** _____

| | | U.C. Visit  TW  P III  RR 98 BP 145/91 |
|---|---|---|
| 4/24/10 | c/c | - System arm fell reve -incate - Many ?? |
| ⑧ | | abt dependu. Refer necessary to Dr. Storer |
| c/o b/h Fe | | Can Cat |
| 1°° NM | | |

**PROGRESS NOTES**

NS-2507  (Front)  (01/08, Rev. 10/08)

MDL 2179 "J" (1)
Exhibit 1
Page 29 of 34

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M
68 B M   MR#:000270573   RM:
06/22/10 DOB: 04/29/1942 HSV:EOP   2742363
Att Dr: WILLIAMS DONALD M
FC:M

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
## 1613 North McKenzie Street
## Foley, AL 36535

---

**Patient Name:** STRONG, DAVID M
**Admit Date:** 06/23/2010
**Attending Physician:** JOHN MCATEE, MD

**Medical Record #:** 270573
**ACCT #:** 2742363
**Room #:** 2CN 267 1
**DOB:** 04/29/1942

---

## HISTORY AND PHYSICAL

**CHIEF COMPLAINT:** Palpitations.

**HISTORY OF PRESENT ILLNESS:** Instant replay admission for this patient, a patient who was just discharged Saturday from this hospital, after having been admitted out of the emergency room for a presentation with complete heart block and runs of tachyarrhythmia. He was carefully assessed by Cardiology Associates, and it was felt that a pacemaker would be indicated. He had second thoughts about it and wanted to have a second opinion, from an individual source. Long discussions were had with him. Nevertheless, he insisted upon discharge on Saturday, before EP evaluation could be done by Dr Storey. He was discharged home, but called last evening and said he was on the way back to the emergency room because his blood pressure monitor indicated that he was having arrhythmias again. He presented back with a similar EKG, with what appeared to be A-V dissociation. A junctional tachycardia also sometimes settles in as the primary rhythm. He has in addition to this comorbid conspiracies of reactive airway disease, sinusitis, and takes a number of pulmonary drugs for same. He has peculiar sensitivities to several environmental issues, and takes great precautions to avoid contact with such allergens. Nevertheless, he is admitted to the hospital for this cardiac issue.

Past history otherwise unremarkable. He does have hypertension for which he was discharged home on Apresoline and Avapro. He had been on Cozaar in the hospital before.

**REVIEW OF SYSTEMS:** A review of systems is done, and selective, sequential, systematic, and symptomatic review is done. His CNS is intact. No neurological issues, although he does have peculiar concerns about allergies. Skin assessment is negative. Cardiopulmonary subsystem is the focus point of the present illness. No GI symptoms. No urological symptoms. No neurological symptoms.

**PHYSICAL EXAMINATION:** GENERAL: He is a well-developed, well-nourished black male, in no distress. VITAL SIGNS: Blood pressure is 141/82, respiratory rate 19, pulse 70, afebrile. HEENT: Examination normal to include eyegrounds. NECK: Exam is normal for veins, thyroid, and carotids. CHEST: Exam reveals clear lung fields. CARDIAC: Exam shows a regular rate, slight tachycardia at times. ABDOMEN: The abdominal examination is unremarkable. EXTREMITIES: The extremities reveal no cyanosis, no clubbing, no edema. NEUROLOGIC: Exam is within normal limits.

**IMPRESSION:**
1. Middle age.
2. Cardiac arrhythmia.
3. Reactive airway disease.
4. Hyper attention to small details of clinical processes.

MDL 2179 "J" (1)

Exhibit 1

Page 30 of 34

# SOUTH BALDWIN REGIONAL MEDICAL CENTER
## 1613 North McKenzie Street
## Foley, AL 36535

**Patient Name:** STRONG, DAVID M
**Admit Date:** 06/23/2010
**Attending Physician:** JOHN MCATEE, MD

**Medical Record #:** 270573
**ACCT #:** 2742363
**Room #:** 2CN 267 1
**DOB:** 04/29/1942

## HISTORY AND PHYSICAL

**PLAN:** As per orders to include cardiac arrhythmia disturbance investigation and treatment with presumed pacemaker placement intended.

Preliminary (not signed by dictating provider)

JOHN MCATEE, MD

DD: 06/23/2010 10:53:07 CST
DT: 06/23/2010 12:29:49 EST/MIS1025/1908492
JOB#: 659371

>>> 0002742363 0000270573 0000000220 06/23/2010 12:29 HIST___

cc: John McAtee, MD

**HISTORY AND PHYSICAL**
**Original**
**Page 2 of 2**

MDL 2179 "J" (1)
Exhibit 1
Page 31 of 34

```
R30R11                    C U M U L A T I V E   R E P O R T              Page:        1
164                              ** F I N A L **                   Print date:  6/25/10
   Printed by: DAYEND                                                    Time:      1:56
   SOUTH BALDWIN REGIONAL MEDICAL CENTER                       LABORATORY
   1613 N MCKENZIE STREET                                      REGAN L.CARDAMONE M.D.
   FOLEY      AL  36535

   NAME: STRONG DAVID M              DOB:  4/29/42         STATUS :   2CN  267   1
   PAT#: 2742363                     AGE: 68               ADM DATE:  6/23/10
   MR# : 000270573                   SEX: M                DSCHG DT:  6/24/10
                                                           ADM PHYS: MCATEE JOHN
```

### ***CHEMISTRY***

| COLLECT DT | 06/24/10 | 06/23/10 | 06/22/10 | REFERENCE | |
|---|---|---|---|---|---|
| TM | 02:11 | 12:00 | 21:02 | LOW - HIGH | UNITS |
| NA | 139 | | 135 | 135 - 145 | mEq/L |
| K | 4.5 | | 4.4 | 3.3 - 5.1 | mEq/L |
| CL | 104 | | 103 | 96 - 108 | mEq/L |
| CO2 | 26 | | 23 | 22 - 29 | mEq/L |
| GLU | 118 H | | 121 H | 80 - 115 | mg/dL |
| BUN | 18 | | 18 | 6 - 19 | mg/dL |
| CREAT | 1.3 H | | 1.5 H | 0.5 - 1.2 | mg/dL |
| ANIONGAP | 9 | | 9 | 5 - 15 | |
| OSMOCALC | 285 | | 277 | 275 - 295 | mOs/KG |
| CA | 9.2 | | 9.5 | 8.8 - 10.2 | mg/dL |
| TP | 6.8 | | 7.3 | 5.9 - 8.4 | gm/dL |
| ALB | 3.7 | | 4.2 | 3.2 - 5.2 | gm/dL |
| GLOBULIN | 3.1 | | 3.1 | 2.8 - 3.2 | gm/dL |
| A/G | 1.2 | | 1.4 | 1 - 2 | |
| BILI TOT | 0.5 | | 0.6 | 0.0 - 1.0 | mg/dL |
| SGOT | 16 | | 19 | 0 - 37 | U/L |
| SGPT | 17 | | 18 | 0 - 40 | U/L |
| ALK PHOS | 93 | | 91 | 39 - 117 | U/L |
| CK | | | 179 | 24 - 195 | U/L |
| GFR | >60 | | 56 | | mL/min/1.73 m^2 |
| MAG | | | 1.9 | 1.6 - 2.6 | mg/dL |
| T4 TOTAL | | 8.1 | | 4.5 - 12.0 | ug/dL |

```
TECHNOLOGIST        GMP            CLA           ALB
VERIFIED DT       06/24/10      06/23/10      06/22/10
        TM         03:38         12:44         21:35
```

Unit of Measure for the Glomerular Filtration Rate (GFR)   = mL/min/1.73 m2
GFR is calculated based on Ethnicity of Patient (African American or
Non-African American) Age and Sex from the Patient Registration Information.
     REFERENCE RANGES:
Average GFR for Healthy Adults:      >60 mL/min/1.73 m2
Chronic Kidney Disease:            15 - 60 mL/min/1.73 m2
Kidney Failure:                     <15 mL/min/1.73 m2
REFERENCE RANGES ARE NOT AVAILABLE FOR PATIENTS <18 OR >70 YEARS OF AGE
AND WILL BE RESULTED WITH TNP (TEST NOT PERFORMED)

```
RROR11                    C U M U L A T I V E   R E P O R T              Page:        2
164                              ** F I N A L **                   Print date:  6/25/10
   Printed by: DAYEND                                                    Time:      1:56
   SOUTH BALDWIN REGIONAL MEDICAL CENTER                       LABORATORY
   1613 N MCKENZIE STREET                                      REGAN L.CARDAMONE M.D.
   FOLEY      AL  36535

   NAME: STRONG DAVID M              DOB:  4/29/42         STATUS :   2CN  267   1
   PAT#: 2742363                     AGE: 68               ADM DATE:  6/23/10
   MR# : 000270573                   SEX: M                DSCHG DT:  6/24/10
                                                           ADM PHYS: MCATEE JOHN
```

### ***SPECIAL CHEMISTRY***

| COLLECT DT | 06/23/10 | 06/22/10 | REFERENCE | |
|---|---|---|---|---|
| TM | 12:00 | 21:02 | LOW - HIGH | UNITS |
| CKMB | | 2.87 | 0 - 5 | ng/mL |
| TROP-T | | <0.010 | 0.0 - 0.1 | ng/mL |
| TSH | 1.17 | | 0.27 - 4.2 | uIU/mL |

```
TECHNOLOGIST        AA            ALB
VERIFIED DT       06/23/10      06/22/10
        TM         13:20         21:36
```

```
RROR11                    C U M U L A T I V E   R E P O R T              Page:        3
164                              ** F I N A L **                   Print date:  6/25/10
   Printed by: DAYEND                                                    Time:      1:56
```

MDL 2179 "J"(1)

Exhibit 1

Page 32 of 34

SOUTH BALDWIN REGIONAL MEDICAL CENTER
1613 N MCKENZIE STREET
FOLEY          AL   36535

LABORATORY
REGAN L.CARDAMONE M.D.

NAME: STRONG DAVID M
PAT#: 2742363
MR# : 000270573

DOB:  4/29/42
AGE: 68
SEX: M

STATUS :   2CN   267   1
ADM DATE: 6/23/10
DSCHG DT: 6/24/10
ADM PHYS: MCATEE JOHN

***HEMATOLOGY***

| COLLECT DT<br>TM | 06/24/10<br>02:11 | 06/22/10<br>21:02 | REFERENCE<br>LOW - HIGH | UNITS |
|---|---|---|---|---|
| WBC | 4.5 L | 4.4 L | 5.0 - 10.0 | K/mm3 |
| RBC | 4.86 | 5.06 | 4.30 - 5.90 | M/mm3 |
| HGB | 15.3 H | 15.9 H | 12.6 - 15.0 | g/dL |
| HCT | 45.1 | 47.3 | 42.0 - 54.0 | % |
| MCV | 92.9 | 93.4 | 82.0 - 98.0 | fl |
| MCH | 31.4 H | 31.3 H | 26.0 - 31.0 | pg |
| MCHC | 33.8 | 33.5 | 32.0 - 36.0 | g/dl |
| RDW | 13.1 | 13.1 | 11.5 - 15.5 | % |
| PLT | 211 | 213 | 140 - 450 | K/mm3 |
| MPV | 7.7 | 7.5 | 7.4 - 10.4 | fl |
| NE% | 43.3 | 47.6 | 43.0 - 65.0 | % |
| LY% | 42.6 H | 36.5 | 20.0 - 40.0 | % |
| MO% | 11.8 H | 13.8 H | 5.5 - 11.7 | % |
| EO% | 1.5 | 1.8 | 0.9 - 2.9 | % |
| BA% | 0.8 | 0.3 | 0.2 - 1.0 | % |
| NE# | 1.9 L | 2.1 L | 2.2 - 4.8 | K/mm3 |
| LY# | 1.9 | 1.6 | 1.3 - 2.9 | K/mm3 |
| MO# | 0.5 | 0.6 | 0.3 - 0.8 | K/mm3 |
| EO# | 0.1 | 0.1 | 0.0 - 0.2 | K/mm3 |
| BA# | 0.0 | 0.0 | 0.0 - 0.1 | K/mm3 |

TECHNOLOGIST          SBJ          JDE
VERIFIED DT     06/24/10     06/22/10
         TM       03:17        21:19

RROR11
164

CUMULATIVE REPORT
** FINAL **

Page:     4
Print date: 6/25/10
Time:   1:56

Printed by: DAYEND
SOUTH BALDWIN REGIONAL MEDICAL CENTER
1613 N MCKENZIE STREET
FOLEY          AL   36535

LABORATORY
REGAN L.CARDAMONE M.D.

NAME: STRONG DAVID M
PAT#: 2742363
MR# : 000270573

DOB:  4/29/42
AGE: 68
SEX: M

STATUS :   2CN   267   1
ADM DATE: 6/23/10
DSCHG DT: 6/24/10
ADM PHYS: MCATEE JOHN

***COAGULATION***

| COLLECT DT<br>TM | 06/24/10<br>02:11 | 06/22/10<br>21:02 | REFERENCE<br>LOW - HIGH | UNITS |
|---|---|---|---|---|
| PROTIME | 10.2 | 9.9 | 9.0 - 11.7 | SECONDS |
| INR | 1.0 | 1.0 | | |
| PTT | | 26 | 21 - 35 | SECONDS |

TECHNOLOGIST          SBJ          ALB
VERIFIED DT     06/24/10     06/22/10
         TM       03:12        21:39

If patient is on Coumadin, Critical Value should be considered when INR >4.9

If patient is on Heparin, Critical Value should be considered >135 sec.

MDL 2179 "J"(1)
Exhibit 1
Page 33 of 34

SOUTH BALDWIN REGIONAL MEDICAL CTR
STRONG DAVID M                    2742363
  68 B M  MR#:000270573  RM: /
06/22/10 DOB:04/29/1942 HSV:EOP
Att Dr: WILLIAMS DONALD M
FC:M



# SOUTH BALDWIN
## REGIONAL MEDICAL CENTER

## Medication Reconciliation Admission/Discharge Orders
### (Include Herbals, OTC Medications and Vitamins)

Admission Ht. 5' 10"  Admission Wt. 214 125 ☑ actual  ☐ stated  Allergies: NKDA

Med. List Obtained From: ☐ Prescription Bottle ☐ Patient   ☐ Family ☐ Other

If Personal Meds Stored in Pharmacy, Sent home with ☐ Patient   ☐ Other _____ (name)

| Home Medication | Dose (mg.) | Route | Frequency | Date of Last Dose | Time of Last Dose | Continue in Hospital | Continue at Discharge |
|---|---|---|---|---|---|---|---|
| Sudafed P4 | 1 tab | PO | prn stuffiness | — | / | ☐ Yes ☑ No | ☑ Yes ☐ No |
| Zyrtec | 10mg | PO | Q AM | 6/22 | / | ☑ Yes ☐ No | ☑ Yes ☐ No |
| Benadryl | 50mg | PO | QID prn itching, congestion | 6/22 | | ☑ Yes ☐ No | ☑ Yes ☐ No |
| Hydralazine HCl | 25mg | PO | Q6° | 6/22 | — | ☑ Yes ☐ No | ☑ Yes ☐ No |
| Prevacid | 15mg | PO | Daily | 6/22 | | ☑ Yes ☐ No | ☑ Yes ☐ No |
| AVAPRO | 150mg | PO | Daily - QAM | 6/22 | AM | ☑ Yes ☐ No | ☑ Yes ☐ No |
| Patanol | 1 gtt | each eye | BID | 6/22 | | ☑ Yes ☐ No | ☑ Yes ☐ No |
| Tylenol arthritis | 2 tabs | PO | BID | 6/22 | — | ☑ Yes ☐ No | ☑ Yes ☐ No |
| QVAR | 80mg | IH | BID | 6/22 | — | ☐ Yes ☑ No | ☑ Yes ☐ No |
| cromolyn sodium | 10mg | IH | 2-3 times daily | 6/22 | | ☐ Yes ☑ No | ☑ Yes ☐ No |
| Nasonex | 1spray 4+ each nostril | | QAM | 6/22 | AM | ☑ Yes ☐ No | ☐ Yes ☐ No |
| Map* | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |

Nurse Signature: _____  Date: 6/23/10  Time: 1130  Physician Signature _____  Physician Signature

Hospital Pharmacy Order: Compare the Admission Medications with Formulary Medication. Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following: _____

### Prescriptions for New Medications Given at Discharge

| Medication 6/23/10 @ 1730 | Dosage | Route | Frequency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Nurse Signature _____  Date: 6/24  Time: 1740  Discharging Physician _____

**\*\*FAX MED LIST AND PAGE ONE OF ADMISSION DATA TO PHARMACY ON ADMISSION\*\***

☐ COPY OF MEDICATION FORM GIVEN TO PATIENT AT TIME OF DISCHARGE

MDL 2179 "J" (1)
Exhibit 1
Page 34 of 34

163-9244   8/07



# SUBURBAN HOSPITAL
## EMERGENCY DEPARTMENT
## MEDICAL RECORD

MDL 2179 "J" (1)
Exhibit 2
Page 1 of 4

PATIENT PLATE

Patient ID: 018109694  Patient Name: STRONG,DAVID M  Age: 52  Sex:

Time Seen by clinician: 12:15 pm.

Patient complains of shortness of breath for approximately 1 hour prior to arrival.
There has not been a fever.  There has been no wheezing.  The attack may have been
precipitated by allergies.  There have been no palpitations associated with these
symptoms.  Patient states he feels some tightness in his chest and throat after
exposure to unknown allergen at work.  There has been no vomiting.  The patient does
not smoke.  The patient has had several episodes in the past which were diagnosed as
allergic reactions.  Patient has a history of asthma.

Review of Systems: no chest pain, no fever,
PMH: The patient has a history of asthma.  The patient is taking See chart.
Family History: No pertinent hereditary diseases.
Social History: The patient lives in the local area.  The patient lives with family.

PHYSICAL EXAM:  Vital Signs:  See Nurse's notes. The patient is alert and
cooperative. Patient is in no respiratory distress.
AIRWAY: patent.
THROAT: pharynx without injection, exudate or tonsillar hypertrophy.  Airway patent.
LUNGS: clear to auscultation and breath sounds equal. No wheezes, rales or rhonchi
appreciated.
HEART: regular rate and rhythm, without murmurs, ectopy, gallops, or rubs.
NEUROLOGICAL: alert and cooperative.  Motor functions within normal limits for this
patient.

DIFFERENTIAL DIAGNOSIS: asthma allergic reaction

LAB(Not ordered.):  Not ordered.

X-RAY(1):  negative.  The x-ray(s) were reviewed with the radiologist.

EKG: normal sinus rhythm first degree AV block no acute ischemia

PULSE OX:  Room air 99% INTERPRETATION: within normal limits for this patient. PEAK
FLOW: 675 liters/min INTERPRETATION:  within normal limits for this patient.

INTERVENTION: prednisone po was given once
CONSULT:  the patient's personal physician was consulted by phone and will follow-up
with the patient tomorrow (Wed Apr 19, 1995) in their office.

| DISPOSITION OF PATIENT | | STATUS | DEATH INFORMATION | |
|---|---|---|---|---|
| ☒ RELEASED  TIME _____ | ☐ AMA  TIME _____ | ☐ IMPROVED | ☐ EXPIRED  TIME _____  ☐ M.E.  TIME_____ | |
| ☐ ADMIT  TIME _____ | ☐ TRANSFER  TIME _____ | ☐ NO CHANGE | ☐ DOA  TIME _____ | |
| ED. PHYS. | ☐ (FORM INITIATED) | ☒ STABLE | NAME | |



**SUBURBAN HOSPITAL**

## EMERGENCY DEPARTMENT
## MEDICAL RECORD

PATIENT PLATE

2 of 2
Patient Name: STRONG,DAVID M
Patient ID  : 018109694

DIAGNOSIS: Allergic Reaction, 995.3

DISPOSITION: Patient was discharged home at 1418.   The patient's condition upon
discharge was stable.

F. Thaler, M.D., FACEP
Tue Apr 18, 1995

M DL 2179 "J" (1)
Exhibit  2
Page 2 of 34

| DISPOSITION OF PATIENT | | STATUS | DEATH INFORMATION | | |
|---|---|---|---|---|---|
| ☐ RELEASED    TIME _____ | ☐ AMA    TIME _____ | ☐ IMPROVED | ☐ EXPIRED   TIME _____ | ☐ M.E.   TIME _____ |
| ☐ ADMIT    TIME _____ | ☐ TRANSFER   TIME _____ | ☐ NO CHANGE | ☐ DOA   TIME _____ | |
| ED. PHYS. SIGNATURE | ☐ (FORM INITIATED) | ☐ STABLE | NAME _____ | |

# DRS. WATKINS, WAGMAN & BLUNDA

## CARDIOVASCULAR DISEASES

MAY 4, 1995

Anthony E. Watkins, M.D., ꜰᴀᴄᴄ

Bernard M. Wagman, M.D., ꜰᴀᴄᴄ

Michael Blunda, M.D., ꜰᴀᴄᴄ

DAVID MCARTHUR STRONG

REFERRING PHYSICIAN:  MICHAEL KALINER, M.D.

CONSULTATION

Mr. Strong is a 52 year old man who has had problems with shortness of breath since June 1993 which he attributes to a change in his work environment. He was evaluated by his private physician and an otolaryngologist without any clear diagnosis or improvement in symptoms. He has had acute episodes of respiratory distress requiring transfer to Suburban Hospital emergency room. He was treated with supplemental oxygen and discontinued.

He has subsequently been told that he has asthma and airway sensativity. Despite multiple medications he still has paroxysmal shortness of breath. Within the past few weeks, he has been seen in 2 different emergency rooms with complaints of increasing shortness of breath. He states that on one occasion his blood pressure was 180/90. One week ago, he was seen in the emergency room at the Washington Hospital Center with similar complaints. He was told that he had an abnormal ECG but his chest xray was normal.

He has no knowledge of cardiac disease, specifically denying rheumatic fever, myocardial infarction, congestive heart failure or cerebrovascular accident. His blood pressure has not been elevated in the past. There is no history of diabetes mellitus or hypercholesterolemia or smoking. There is a positive family history of heart disease.

He denies any chest pain. He says he does develop some tightness in his chest associated with shortness of breath which can persist for days. He denies any exertional chest discomfort. He does occasionally feel his heart racing but again this is associated with his episodes of dyspnea.

PAST MEDICAL HISTORY:  Remarkable for knee surgery, herniorraphy and transurethral resection of the prostate.

MEDICATIONS:  Serevent, Asmacort, Dexacort, Claritin.

PHYSICAL EXAMINATION:  Blood pressure is 124/84 in the right and left arm seated. Pulse is 72 and regular. JVP is not elevated and carotid pulsations are normal.

106 Irving Street, N.W. #208
Washington, D.C 20010
(202) 726-7474

1145 19th Street, N.W., Suite 700
Washington, D.C 20036
(202) 659-3770

MDL 2179 "J" (1)

Exhibit 2

Page 3 of 4

DAVID STRONG
PAGE 2
CONSULTATION


Chest is clear to percussion and auscultation. Heart reveals a regular rhythm with a normal S1 & S2. Extremities are without edema and distal pulses are intact. Abdomen is soft and nontender.

12 lead ECG demonstrates sinus rhythm, rate 70 and is within normal limits.

Mr. Strong has normal ECG and a normal physical examination. His ECG from the Washington Hospital Center done one week ago was retrieved and this also was within normal limits.

There is nothing by history or physical to suggest any cardiac disease.

He was reassured and it was explained that his increase in heart rate and blood pressure were likely secondary to his paroxysms of shortness of breath.

No further cardiac evaluation is recommended.

Thank you for your kind referral.

Sincerely,

Michael Blunda, M.D.
MB:fw
295:32

MDL 2179 "J" (1)
Exhibit 2
Page 4 of 34

# DEEPWATER HORIZON
# MEDICAL BENEFITS
## CLAIMS ADMINISTRATOR

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

David M Strong
PO Box 219
Topping, VA 23169

## MEDICAL BENEFITS CLASS ACTION SETTLEMENT

August 9, 2012

Re: Receipt of PROOF OF CLAIM FORM and Assignment of Claim Identification Number

Dear David Strong,

The CLAIMS ADMINISTRATOR has received your PROOF OF CLAIM FORM.  You have been assigned the following unique claim identification number: SPC0002895.  You should include this claim identification number on all future correspondence with the CLAIMS ADMINISTRATOR regarding your claim.

You will not receive any further communication from the CLAIMS ADMINISTRATOR, any payment of compensation, or any medical consultation visits until after the EFFECTIVE DATE – that is, after the COURT has granted "final approval" of the MEDICAL SETTLEMENT AGREEMENT, and any appeals have been resolved.  The CLAIMS ADMINISTRATOR will contact you after the EFFECTIVE DATE regarding your claim.  There is no need to resubmit your PROOF OF CLAIM FORM or any of the attached materials after the EFFECTIVE DATE.

If you change your address, please promptly notify us in writing of your new address.  Send your new address information to us at:

Deepwater Horizon Medical Benefits Claims Administrator
935 Gravier Street, Suite 1400
New Orleans, LA  70112

Sincerely,

DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR

MDL 2179 "J" (1)
Exhibit 3
Page 2 of 3

**Economic and Property Damages Settlement**
**Deepwater Horizon Court-Supervised Settlement Program**
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

**Zone Overview Maps**

# Economic Loss

## Mississippi and Alabama



Exhibit 3
Pages 2 of 2

**Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174**

2

# Washington Hospital Center: Examination Report

## Patient Info

| | |
|---|---|
| **Last Name:** | Strong |
| **First Name Middle Initial:** | David |
| **Gender:** | Male |
| **Date of Birth:** | 4/29/42 |
| **Patient ID:** | 0601405 |
| **Referring Physician:** | Dr. Chevalier |
| **Original Complaint:** | possibly VCD |
| **Smoking:** | Non-smoker |
| **Alcohol Consumption:** | Non-drinker |
| **Occupation:** | retired |

**Patient History Comments:**

Patient is a 69 yr old male with h/o vasomotor rhinitis who reports frequent difficulty breathing. Patient reports onset by different smells (particularly car exhaust fumes) and drinking cold beverages. During an attack, patient reports feeling constriction from his head to his throat, which he relieves with relaxation and deep breathing. Patient recently relocated to the area from Alabama, where he reports the smell of oil made it too difficult for him to breath. Patient has consulted a psychiatrist in the past for this problem with no improvement noted. PMH includes HTN, asthma, cardiac dz, and CVA.

Patient traveled over 100 miles for this appt. Therefore, I explained vocal cord dysfunction breathing exercises to patient and gave him instructions to complete exercises 5x/day.

## Exam System Info - General

| | | | |
|---|---|---|---|
| **Exam Original Date:** | Fri Jun 17, 2011 09 57 13 AM | **Last Modified Date:** | Fri Jun 17, 2011 09 59 06 AM |
| **Examining Facility:** | Washington Hospital Center | | |

**Exam Notes:**

History consistent with VCD. Normal vocal fold movement on stroboscopy, no lesions visualized. Recommend respiratory retraining therapy - exercises already initiated by Speech Pathology. Also recommend exploring allergy workup (if not already done) and acid reflux management as indicated to minimize triggers to laryngospasms.

## Exam Detail

| | | | |
|---|---|---|---|
| **Vocal Fold Edge:** | Smooth | **Vocal Fold appearance** | Mild edema |
| **Glottic Closure:** | Complete closure | **Vocal fold movement** | Equal movement bilaterally |
| **Vertical Level of Approximation:** | Equal | **Phase Symmetry:** | Symmetric |
| **Arytenoids (Symmetry):** | Equal movement of both arytenroids | **Supraglottic appearance:** | Normal |
| **Subglottic appearance:** | Normal | | |

## Exam Summary

| | | | |
|---|---|---|---|
| **Examiner:** | Karen C. Borsz, MS, CCC-SLP | **Diagnostician:** | Nazaneen Grant, M.D. |

MDL 2179 "J" (1)
Exhibit 4
Page 1 of 2

# Washington Hospital Center: Examination Report

**Stills**



02:06:19 (27:1) – Adducted position



02:50:03 (25:1) – Abducted position

MDL 2179 "J" (1)

Exhibit 4

Page 2 of 2



**Asthma & Allergy**

**AT WASHINGTON**
**HOSPITAL CENTER**

Michael A. Kaliner, MD
Allan M. Weinstein, MD
Martha V. White, MD


**October 25, 1994**


James Schmitt, M.D.
Occupational Medical Service
National Institutes of Health
9000 Rockville Pike
Bethesda, MD  20892

*MDL 2179 "J" (1)*
*Exhibit*
*Page 1 of 9*

Re:  David Strong

Dear Dr. Schmitt:

Thank you very much for referring David ~~Schmitt~~ *Strong* for evaluation of his
reactions to noxious smells.  Mr. Strong is a 52-year-old Bio-lab technician
who has been in good health for a number of years with the exception of a
lifelong history of allergies.  Mr. Strong has worked at the NIH for more than
20 years and has never had major problems until last year when his office was
moved into a situation where he now has much more contact with the smell that
emanates from the animal rooms.  At that time he noticed the development of
sinusitis, nasal congestion, and shortness of breath.  In general, these
episodes of nasal congestion and shortness of breath occur on exposure to the
ammonia smell from animal urine, as well as other exposures that I will cover
in a few moments.  He had noticed that now when he comes into the research
laboratory building that he currently works in he develops nasal congestion,
and he has had to use a respirator mask with some relief.

His past medical history describes nasal reactions during the spring and fall
that in the past have responded to Seldane and then Fedahist.  He notes that
it is not just the animal room but exposure to car exhaust, cooking smells,
perfumes, cigarette smoke, dust, and mold that will trigger his nasal symp-
toms.  He also describes some itching in his eyes.  He describes a sequence of
events upon exposure to strong smells that go from nasal obstruction to a
runny nose to postnasal drip.  If he uses antihistamines it appears to
increase both the postnasal drip and his throat clearing.  He will get head-
aches and then lose his sense of smell.  He has had a diagnosis of sinusitis
approximately 10 times in the past few years for which he has been treated.
He has not had any nasal surgery.  Although he denies any wheezing and no
nocturnal symptoms of shortness of breath or coughing, upon exposure to strong
fumes he gets very short of breath and even feels very panicked.  He does not

 

Re:  David Strong
October 25, 1994
Page Two

note any wheezing during these episodes of shortness of breath, but he does
feel some chest tightness.  His last chest x-ray was more than 10 years ago.
In the past he has been skin tested, but that was also more than 10 years ago.

I reviewed with him family history of allergies which was negative with the
exception of a son with mild allergies.  He lives in a house in Washington
with window air conditioners.  He does not have any pets and does not have an
air filter.  He does have carpeting and has not done any allergy-proof encase-
ments of his bedroom.  His past medical history is relevant for pneumonia,
possibility of a heart murmur, and a history of upset stomach which has been
improved on a fat-free diet.

On physical examination both nasal cavities were totally congested with very
large, pale, swollen turbinates.  I decongested him with a topical deconges-
tant in order to get a view inside the nasal vault and found no obvious path-
ology with the turbinates decongested.  Transillumination showed a reduced
light transmission to both the frontal and maxillary sinuses.  The rest of the
physical examination was within normal limits.

We skin tested the patient by both prick and intradermal techniques to a
variety of inhalant allergens including cat, dog, and guinea pig.  Unfortu-
nately, at this time we did not have any mouse or rat dander to test him with.
He was skin test negative to all the skin tests which were studied.  We also
did pulmonary function testing which, on baseline measurements, was entirely
within normal limits.  He, however, had a dramatic improvement on breathing in
nebulized albuterol with a 12-14% improvement in his FEV1, FVC, and FEF 25-75.

My impression is that the patient has vasomotor rhinitis and reactive airways
disease that are both provoked by exposure to strong smells or noxious
environments.  My plan is to start him with a peak expiratory flow meter in
order to monitor his pulmonary function changes during the course of the day,
to start him on a therapy aimed at decongesting his nose and making it less
reactive, and to have him use inhaled corticosteroids over the next month.  It
would be my anticipation that we should be able to reduce his nasal and airway
reactivity to make him more comfortable in working in his current environment.
I have asked him to use a nuisance mask, not a respirator, for routine
exposure to the animal room.

I look forward to working with you and the patient in order to develop a
medical regimen that will keep him from having any more problems from work.

Thank you very much for allowing us to see this patient.  I look forward to
working with you in the future.

Sincerely,

Michael Kaliner, M.D.

MK:mdi:mcl

MDL 2179 "J" (1)
Exhibit
Page 2 of 9

## Denise Chevalier Hamilton, M.D., P.C.
### 650 Pennsylvania Avenue, S.E., Suite 460
### Washington, D.C. 20003
### (202)546-0062

July 10, 1996

RE: David M. Strong
    SS# 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

Mr. David M. Strong was referred to me by Dr. Edward Webster for evaluation of respiratory allergies. His initial visit was on October 24, 1995, and his history is as follows:

This 54 year old male biological laboratory technician was in good health until his work environment was relocated in June 1993, to an office in which chemicals were stored. He also was exposed to a more constant "ammonia" smell from the animal room. Within one week he began to experience nasal congestion and burning while in the office, which initially responded to Seldane. Over time, entering the building in general triggered nasal and sinus blockage, runny nose, anosmia, headaches, and burning of his lungs. He began to wear a respirator at work which controlled the symptoms. Reportedly his supervisors restricted his use of the respirator to the animal lab only, so he was faced with daily chemical exposure.

On 12/16/94 while at a party at work, he developed chest tightness and dyspnea. He describes a feeling of being unable to inspire or to control his respiration, as well as being unable to speak well. He had an emergency visit on that day and again six days later. His symptoms resolved after leaving the building and with administration of oxygen. He had additional emergency visits in April (after episode of dizziness at work), August (in St. Louis after episode in hotel auditorium) and December 1995. During the visit on 12/22/95, he was noted to have Po2 of 69 on room air and sinus tachycardia, but had normal ventilation perfusion scan and chest x-ray (except for old granuloma). He was discharged on Zithromax for bronchitis. One week later he had another ER visit, where possible atrial flutter was noted, but had a normal stress test.. He was given nitropaste. He has never subjectively had wheezing, and he does not think that any doctor has auscultated wheezing.

MDL 2179 "J" (1)
EXhibit
Page 3 of 9

He has had consultations with several specialists, including cardiology, pulmonary, allergy and otolaryngology. Pulmonary function tests and methacholine challenge testing were normal, essentially ruling out asthma. However, he has been on several asthma inhalers including Serevent, Proventil, Tilade and Azmacort. His peak flow measurements are often extremely high, ranging from 600 - 750 L/sec. A note from a previous doctor noted a 30- 50 l/sec. drop in peak flow at work which is not significant.

His desk was moved in 1995 to an office with a window, which afforded variable relief. The air quality was not formally tested. He again began to wear a respirator at all times, but was able to remain inside the workplace for only one hour. Further, he began to experience similar symptoms in other buildings outside of work and at home, especially with exposure to strong odors, smoke, cooking odors, aerosols, dust, and mold. He has little symptoms outdoors except for pollen related nasal and ocular symptoms. He eventually installed filters in the windows of his home and sealed off certain doors to prevent escape of cooking odors. He carries his respirator with him when visiting new or specific buildings, such as his church.

He is from S. Carolina and has lived here since 1959. He resides in a 80 year old house that has radiant heating and window unit air conditioning. He has old carpeting, and is not exposed to pets or to smoke in his home. He has never smoked and is a nondrinker. He had pneumonia once many years ago, seasonal nasal and ocular symptoms since childhood, but denies other major illnesses.

Initial physical exam revealed peak flow 850 l/sec., BP 130/90, R18, P88, 180 lb. He had mild conjunctival injection, enlarged pale turbinates which occluded the left nare, and post nasal mucoid drainage. Lungs were clear. Intradermal skin tests were positive for dust, grasses, ragweed, and molds. CT of sinuses on 11/2/95 revealed minimal mucosal thickening of both maxillary sinuses, decreased from the previous year. I initially changed his steroid inhaler to Aerobid M, and he started immunotherapy in December 1995.

I have witnessed one mild episode related to exposure to an odor before coming to the office. He noted chest tightness, and used Proventil inhaler. About fifteen minutes after receiving his allergy shot, he again complained of chest tightness. On evaluation, he appeared very anxious and tremulous. Peak flow 850, P132, R24, BP 150/110. Lungs were clear, and there was mucous in his throat causing coughing. After recling for ten minutes his symptoms largely resolved and his vital signs normalized. He felt a little dizzy on standing afterwards, lasting a few minutes.

He has been off work for about three months, and feels that his condition is more stable and symptoms are less frequent. I have referred him to another otolaryngologist who diagnosed "sick building syndrome" and noted normal exam. He has also been seeing a psychiatrist who verbally reported that Mr. Strong has anxiety, for which he is taking BuSpar occasionally.

MDL 2179 "J" (1)
Exhibit /
Page 4 of 9

My impression is allergic and vasomotor rhinitis, chronic sinusitis, and anxiety disorder. His respiratory complaints are not consistent with asthma, and testing including normal methacholine challenge has not supported this diagnosis.   He has significant chemical triggers to his upper respiratory tract symptoms, which causes what appears to be severe anxiety reactions.  The notable laryngeal symptoms may represent vocal cord dysfunction, a condition which can be documented by direct visualization of vocal cords during an acute episode.  Between episodes, examination is usually normal.  This is frequently confused with asthma, and often has a strong psychological component.

Despite the absence of asthma, this gentleman has had increasingly severe and now continuous respiratory symptoms in his current work environment.  It seems that the limited accommodations provided thus far have been insufficient in preventing escalating severity and frequency of symptoms.  In fact, preventing him from using the respirator and exposing him unnecessarily to an environment which triggers symptoms probably aggravated his condition.  It is unclear what particular chemicals, irritants and allergens are in his environment as there has been no testing of indoor air quality.  Since his recent absence from work, and with current medications including Rhinocort and Atrovent nasal sprays, Claritin D, BuSpar, immunotherapy, and inhalers (Serevent and Aerobid M daily, and Proventil prn, which he resists discontinuing), he has been free of daily symptoms. He continues to have episodes with exposure to noxious odors.  It is my opinion that he should not return to this work environment without first performing tests of indoor air quality.  Ideally, he should be relocated to a building in which he is comfortable,  in a well-ventilated area.  I am unable to prognosticate about his response to current therapies and counseling, but with continued exposure to irritants it will be impossible to achieve long term control.

Sincerly:

Denise Chevalier Hamilton, M.D.

MDL 2179 "J" (1)
Exhibit
Page 5 of 9

## Joseph E. Taylor, Jr., M.D.
### Ear, Nose, Throat Physician & Surgeon
### Diplomate, American Board of Otolaryngology

12164 Central Avenue
Suite 224
Mitchellville, Maryland 20721
(301) 390-3950
(301) 390-3955 Fax

6323 Georgia Avenue, N.W.
Suite 208
Washington, D.C. 20011
(202) 723-6521
Fax (202) 829-2062

November 4, 1997

To Whom It May Concern:

David M. Strong was first seen in my office on 7-12-96. At that time he complained of a chronically congested nose with post nasal drainage, drainage down into his lungs, intermittent hoarseness and a dry hacky cough. Symptoms that were either triggered or made worst with exposure to most of the air in this area and especially the air at his work place. He also complained of intermittent neck spasm.

Mr. Strong had been evaluated by an Allergist prior to his visit to me and was being treated for asthma, allergic and non-allergic rhinitis. He also gave a history of a herniated cervical disc discovered in 1987 for which he wore a cervical collar for 3 - 4 weeks and requires traction periodically. When first seen he was on Clariton- D, allergy shots, rhinocort nasal spray, atrovent nasal spray, serovent, oribat, proventil, busbar and he had a mask to wear when exposed to air pollutens.

My exams, including flexible scope nasopharyngoscopy, was compatable with moderate to severe allergic and non-allergic rhinitis with copious post nasal drainage. Drainage that could caused laryngeal irritation, occasional hoarseness and the hacky cough described.

Mr. Strong was first told to continued on the medication given previously and to add normal saline nasal douches to his regiment. Later Clariton-D was changed to Decomanine -SR and Rhinocort changed to Vancenase which he felt worked much better.

Mr. Strong has chronic nasal and upper respiratory conditions that require life adjustments and will require medical support in the future.

If there are any questions, please call.

Joseph E. Taylor, Jr., MD

MDL 2179 "J" (1)
Exhibit
Page 6 of 9

Table 3-10.—Causes of Asthma and Conditions
That May Worsen Asthma

**Causes**
  Allergy
    Allergic asthma
    Allergic bronchopulmonary aspergillosis
  Infections
    Bronchiolitis
    Upper respiratory tract infections
    Bronchitis
  Industrial-occupational or environmental exposure
    Irritants
    Allergens
  Chemical or drug ingestion
    Aspirin or other nonsteroidal anti-inflammatory
      agents
    Sulfiting agents
    β-Adrenergic antagonists
  Vasculitis (Churg-Strauss allergic granulomatosis)
  Idiopathic (intrinsic)
**Conditions**
  Sinusitis
  Gastroesophageal reflux
  Pregnancy
  Hyperthyroidism
  Psychological stress

Table 3-11.—Diagnostic Criteria for Allergic
Bronchopulmonary Aspergillosis[*]

Primary criteria
  Asthma
  Eosinophilia ( >1000/mm³)
  Positive immediate skin test reactions to
    Aspergillus antigen
  IgG antibodies to Aspergillus antigens
  Marked increase in IgE level
  Pulmonary infiltrates, often transitory
  Central, saccular bronchiectasis
Secondary criteria
  Aspergillus in sputum
  History of expectorated brown plugs or specks
  Late-phase (or Arthus reaction) skin test results to
    Aspergillus antigen

[*]Modified from Rosenberg et al.[17]

ing p pulmonale, and with hypoxemia, increases in pulmonary arterial pressures. These changes may lead to pulsus paradoxus. The presence of pulsus paradoxus and the need to use the accessory muscles of respiration reflect the severity of the airflow obstruction and may be useful clinical signs.

## Classification

The causes of asthma are presented in Table 3-10.

**Allergic Asthma.**—About 90% of asthmatics younger than 16 years are allergic, 70% of asthmatics younger than 30 years are allergic, while about 50% of asthmatics older than 30 years are allergic. Onset of asthma between the ages of 2 years and puberty generally has a good prognosis, while asthma appearing before age 2 years may be of a more severe nature.

One should suspect allergy as a contributing factor when (1) there is a family history of allergic diseases; (2) the clinical presentation includes seasonal exacerbations; (3) there is concomitant allergic rhinitis or other allergic disease; (4) a slight-to-moderate eosinophilia is present (300 to 1000/mm³) or eosinophilia in the sputum sample is observed; or (5) the patient is younger than 40 years. Skin test results confirm IgE directed against the incriminated allergen but do not establish a cause-and-effect relationship. Allergen bronchial provocation test results will be positive in subjects with positive skin test results, but this procedure is rarely indicated as a diagnostic test.[16] Levels of IgE may be useful but are not diagnostic; about 60% of allergic asthmatic subjects have elevated IgE levels, while the IgE levels in the remaining 40% are normal. Because limiting exposure to allergens and specific allergy immunotherapy are helpful in treating allergic

asthmatic subjects, a careful search for allergies is indicated in all asthmatics. It was thought that allergic asthma was associated with a milder form of disease, but this contention has not been borne out. Allergic asthma can be as severe as any other cause of asthma. Moreover, childhood asthma was considered a transient disease that could be ignored until outgrown. This philosophy is a serious error in judgment for many reasons, including the availability of excellent medications, the impairment of body image that a child may develop lasting throughout life, the long-range effects of restricted physical activity on mental and physical health, and the loss of school and recreation time due to a treatable problem.

**Allergic Bronchopulmonary Aspergillosis (ABPA).**—There are five pulmonary disease patterns elicited by exposure to Aspergillus species: allergic asthma induced by exposure to mold spores in subjects with IgE antibodies directed at Aspergillus antigens; hypersensitivity pneumonitis in response to mold-spore inhalation in nonatopic persons who develop IgG-class antibodies and cellular immunity to Aspergillus antigens; a fungus ball or aspergilloma, which is a saprophytic colonization of a preexisting cavity (as in old tuberculosis or sarcoidosis); invasive aspergillosis, which is an overwhelming diffuse pneumonia due to Aspergillus in an immunocompromised host; and ABPA, which is a subacute inflammatory reaction elicited by both IgE- and IgG-mediated immune responses directed at Aspergillus species growing in the respiratory tree. The precise incidence of ABPA in the United States is not known, but while the disease is not rare, it is seen uncommonly. Diagnostic criteria for ABPA have been established[15] and are summarized in Table 3-11.

**Infections.**—All patients with asthma may experience a worsening of their symptoms concurrent with upper respiratory tract infections, bronchitis, or influenza-type illnesses. Moreover, children may experience their initial asthma as a consequence of viral bronchi-

olitis, which may develop into chronic asthma. Finally, some patients have no clinical asthma except during concurrent infections. Some adult asthmatics trace their chronic asthma to a viral infection that led directly to chronic and oftentimes severe, nonallergic asthma.

Bronchiolitis is an acute viral infection of the bronchioles, generally seen only in children younger than 2 years. It is usually accompanied by upper respiratory tract symptoms, which may precede the lower respiratory tract involvement by 2 to 3 days. Patients experience cough (sometimes croup), dyspnea, rapid respirations, fever, and sometimes prostration. Physical examination reveals retractions, rapid respiration, occasional rales, and wheezing. Respiratory syncytial virus is the most frequent etiologic agent, but adenoviruses, rhinovirus, parainfluenza virus, and other viruses may also cause the disease. Respiratory syncytial virus-related bronchiolitis has a mortality risk of 1%.

About 50% of children with bronchiolitis develop recurring wheezing, most of whom have a family history of either allergies or asthma. In most instances, postbronchiolitis asthma is mild in nature and is largely under control or in remission by the age of 8 years.

**Occupational Causes.**—The air we breathe may contain allergens of natural origin or generated as a consequence of industrial or environmental processes. In addition, chemicals in the air may irritate the airways and lower the threshold for airway responsiveness. These same irritants also may be allergens for susceptible individuals. Besides industrially related exposure, modern life generates pollutants that linger in the air, generally in or around cities, which may damage the lungs. Thus, everyone is at risk of breathing potentially harmful substances, while asthmatics are at much greater risk to react adversely to them. Certain pollutants increase airway reactivity even in normal subjects, and asthma may be exacerbated during exposure to pollution with either industrial or photochemical smog. Approximately 2% to 15% of all cases of adult-onset asthma in men are of occupational origin.

Suspicion of occupational lung disease should be raised by the history of cough or chest tightness in relationship to the workplace. In asthmatics, worsening of symptoms every week, especially early in the week, may be noted. Such suspicions can be strengthened by evidence of wheezing or abnormal pulmonary function after occupational exposure. Only a few appropriate antigens are available for skin testing, so provocation with the suspected airborne chemical or particulate may be the only confirmatory test

MDL 2179 "J" (1)
Exhibit
Page 7 of 9

Table 3-12.—Some Agents Capable of Causing Occupational Asthma

| Category | Active Substance |
| --- | --- |
| Metal salts | Salts of platinum, nickel, chrome |
| Wood dusts | Oak, mahogany, western red cedar (plicatic acid), redwood |
| Vegetable dusts | Grain (mite, weevil), flour, castor bean, green coffee, gums, cottonseed, cotton dust |
| Industrial chemicals and plastics | Toluene diisocyanate, polyvinyl chloride, phthalic and trimellitic anhydrides, ethylenediamine |
| Pharmaceutical agents | Penicillins, phenylglycine acid chloride |
| Biologic enzymes | Bacillus subtilis, pancreatic enzymes |
| Animal and insect materials | Rodent urine protein, canine or feline saliva |

available. Some of the more common occupational exposures leading to asthma are listed in Table 3-12.

The prevalence of occupational asthma varies with the exposure and the provocative agent. While about 5% of workers regularly exposed to toluene diisocyanate (TDI) develop asthma, 10% to 45% of workers exposed to proteolytic enzymes may be affected. The pattern of response may be immediate, late, or both. The underlying mechanism involves direct irritation and/or immunologic processes, including IgE- or IgG-type responses. Removal of the worker from the workplace may reduce or reverse the airways disease, although there are many exceptions.

*Trimellitic Anhydride (TMA).*—Trimellitic anhydride and phthalic acid anhydride are hardening agents for epoxy resins and are also used as plasticizers. Four syndromes related to TMA exposure have been described[18]: (1) IgE-mediated allergy to TMA, which requires a sensitization period, is apparent within minutes of reexposure, exhibits positive immediate skin test results to TMA bound to human serum albumin, and can cause rhinitis and/or asthma. (2) An IgG-mediated anti-TMA syndrome characterized by cough, fever, and myalgias that begins 4 to 12 hours after a large exposure to TMA dust or fumes. The sensitization period requires weeks to months of exposure. The immediate skin test results are normal and precipitating antibody is present. (3) A rare, acute syndrome associated with high-titer IgG anti-TMA antibodies is caused by high-dose exposure, such as exposure to a heated metal surface that is sprayed with TMA-containing materials. Patients thus exposed may develop hemoptysis, dyspnea, pulmonary infiltrates, restrictive lung disease, and anemia. (4) Some workers react to TMA on first exposure, have no evidence of humoral or cellular immunity to TMA, and experience upper airway irritation and cough. Thus, TMA can elicit a range of responses manifesting as lung disease, including asthma. Many other industrial chemicals have the same capability but have not been analyzed as extensively.

*Isocyanates.*—Isocyanates are highly reactive chemicals used in polyurethane foam production and are found in industries ranging from paint manufacture to electronics, where isocyanates are essential for coating wires. The chemical most frequently implicated is TDI, although other related chemicals may also cause occupational lung disease. It is estimated that about 5% of workers regularly exposed to TDI (population at risk=100 000) develop asthma. Exposure to TDI may cause immediate and late asthmatic responses. Toluene diisocyanate can act as a direct irritant, can affect airway reflexes, and can also elicit IgE antibody responses.[19] Thus, TDI, like TMA, can elicit a wide range of responses leading to asthma.

*Organic Dusts.*—Of the wood dusts causing asthma, western red cedar has been most carefully studied, and the reaction is due to plicatic acid.[20] About 5% of workers exposed to cedar dust develop asthma. Most asthmatic subjects provoked with cedar or plicatic acid develop isolated late asthmatic responses (45%) or dual immediate and late responses (49%). The underlying mechanism is not clear, although some patients (25%) have positive skin test results and release histamine from basophils exposed to plicatic acid. Other dusts, such as grain and flour, may also cause asthma in exposed workers, perhaps through IgE-mediated mechanisms.

*Chemical or Drug Ingestion.*—*Aspirin and Other Nonsteroidal Anti-inflammatory Drugs (NSAIDs).*—It is estimated that 5% to 10% of asthmatics will reliably worsen after the ingestion of aspirin or other NSAIDs. Ingestion of aspirin or other NSAIDs may provoke either of two responses: respiratory responses, including bronchorrhea, rhinorrhea, bronchospasm, conjunctivitis, lacrimation, and flushing; or urticaria and angioedema.[21] Rarely, combinations of the two patterns are seen. Classically, sensitive subjects have nasal polyps, nonallergic rhinitis, persistent sinusitis, and asthma associated with moderate eosinophilia (>1000/mm³). The frequency of NSAID reactivity increases with age, although children and families have been described with clear-cut reactivity. There is a wide range of

associated allergies, but many subjects are not allergic.

The mechanism responsible for NSAID sensitivity involves modulation of eicosanoid production. It has been suggested that NSAIDs act by reducing the formation of PGs that help maintain normal airway function while increasing the formation of asthma-provoking eicosanoids, including hydroxyeicosatetraenoic acids and LT.

This syndrome should be suspected in any asthmatic with nasal polyposis, chronic sinusitis, and eosinophilia. The polyposis and sinusitis may precede the onset of recognized NSAID sensitivity by years. Sensitivity can be confirmed by cautious provocation with graded doses of aspirin given orally. The recommended challenges begin with 3, 30, 60, 100, 150, 300, and 600 mg of aspirin given every 3 hours while monitoring pulmonary function at 15-minute intervals.[21] Provocations may elicit profound reactions requiring aggressive therapy and should be conducted only by experienced personnel in a setting where emergency treatment can be administered. Indeed, other than being able to advise specifically on certain drugs to avoid, confirming the diagnosis is of academic interest and the possible risks should be considered carefully. Under some circumstances, selected patients with this syndrome can be "desensitized" to NSAIDs by repeated oral challenges, and they may remain unresponsive to subsequent NSAIDs exposure if oral NSAIDs are given daily.

It was thought that aspirin-sensitive subjects might be concomitantly reactive to such diverse agents as tartrazine yellow, the FD&C yellow number 5 food dye; sodium benzoate; acetaminophen (an analgesic with no anti-inflammatory properties); and others. While some of these possible cross-sensitivities are reproducible, most are not.

*Sulfiting Agents and Asthma.*—Sulfiting agents include sulfur dioxide and any of its five sulfite salts, which are added to foods to prevent nonenzymatic browning, to inhibit growth of microorganisms, to inhibit enzymatic activity, and to act as antioxidants and reducing agents, as bleaching agents, as processing aids, as pH controls, and for stabilization. In 1986, in response to the recognition that sulfites could precipitate asthma, the Food and Drug Administration banned their use on fruits and vegetables served fresh. Other products, like beer and wine, are now labeled as containing sulfites. The addition of sulfites to foods does not affect taste until 500 ppm is exceeded. Sulfites are generally converted under acid conditions to sulfur dioxide and are largely

MDL 2179 "S" (1)
Exhibit
Page 8 of 9

Rhinitis and Asthma

liberated during processing and cooking of foods. It is thought that ingestion of sulfites leads to the liberation of sulfur dioxide in the mouth and stomach, which is then breathed. In very sensitive asthmatics, inhalation of sulfur dioxide, even in small amounts, provokes asthmatic attacks. It may be anticipated that only the most hyperresponsive asthmatics will react to ingested sulfites.

Sulfite sensitivity should be suspected in asthmatics who worsen in relationship to eating processed foods containing sulfites (for example, dried fruit, fruit juices, or processed potatoes) or wine and beer. Confirmation requires cautious challenge with a sulfite salt, employing a progressive challenge starting at 1 mg in a capsule followed at 20- to 30-minute intervals with 5, 10, 25, 50, 100, and 200 mg; pulmonary function should be monitored prior to each dose, and an intravenous (IV) line should be maintained. Some offices use liquid sulfite challenges rather than encapsulated powder. Only offices equipped and ready to manage asthmatic emergencies should try these challenges. If subjects fail to respond to 200 mg in a capsule, a 200-mg solution may be given to ascertain the negative status of the subject.

Sulfite-sensitive asthmatics should be advised to have a medical alert bracelet and to carry a bronchodilator metered-dose inhaler and injectable epinephrine.

**β-Adrenergic Antagonists.**—The β-adrenergic blocking agent propranolol hydrochloride was introduced in 1964, and it was immediately recognized that asthmatics were adversely affected by this drug. β-Adrenergic blocking agents are being used in diverse diseases, such as glaucoma, migraine, hypertension, myocardial infarction, and tremor. The underlying mechanism is thought to involve prevention by the β-blocker of adrenergic influences on the parasympathetic ganglia in the airways. The reduction in β-adrenergic bronchodilation allows a relatively unimpaired cholinergic constriction to develop. In the opinion of most specialists, asthmatics should not take β-adrenergic blocking agents.

**Exercise.**—Exercise is another well-established nonspecific stimulus to airflow obstruction, and this phenomenon can be demonstrated in most patients with asthma. It is most common in children and adolescents. The problem is clinically important in at least two thirds of adolescents with asthma because it interferes with school and recreational activities.

The mechanisms by which exercise causes bronchial obstruction are unknown, but a fall in the temperature and humidity of the intrathoracic airways is

a critical initiating event. The exact roles of mast cell mediator release and reflex responses (perhaps regulating blood flow in response to the temperature change) in this syndrome are unclear. Exercise asthma usually begins after about 6 to 10 minutes of exercise or after the exercise is completed. In half of the patients, repetition of exercise within 1 hour elicits progressively smaller changes in the peak expiratory flow or forced expiratory volume in 1 second ($FEV_1$). Exercise asthma can be reproduced by having subjects hyperventilate cold, dry air. The sensitivity to develop airflow obstruction in response to provocation with cold, dry air correlates with other nonspecific provocations. Thus, there is a close relationship between the concentration of histamine or methacholine and the amount of cold, dry air needed to provoke airflow obstruction. Exercise-induced asthma can be prevented or inhibited by administration of cromolyn, anhydrous theophylline, or a β-adrenergic agonist before exercise. Inhaled CCS reduce airway reactivity and thereby reduce exercise-induced asthma.

Swimming and activities that necessitate only brief intervals of exercise are likely to be best tolerated. Breathing warm and humidified air (as in jogging with a face mask) and the use of prophylactic drug therapy generally afford adequate protection against exercise-induced asthma.

**Vasculitis.**—In 1951, Churg and Strauss described a vasculitic process that had pathological findings and clinical features warranting the designation of a separate disease entity called allergic angiitis and granulomatosis. The disease is characterized pathologically by necrotizing vasculitis, tissue infiltration by eosinophils, and extravascular granulomas. The disease has three phases, beginning with a prodrome of allergic asthma and allergic rhinitis that may exist for many years; the second phase includes eosinophilia along with eosinophilic infiltrates resembling Löffler's syndrome, eosinophilic pneumonia, or eosinophilic gastroenteritis; the third phase is the vasculitic phase involving pulmonary vessels (96%), skin (67%), peripheral nerves (63%), gastrointestinal tract (42%), heart (38%), and kidney (38%).

The syndrome affects males and females equally, has the onset of allergic rhinitis and asthma around the age of 30 years, with vasculitis apparent by the age of 38 years, and is suggested by eosinophilia levels of greater than 1500/mm³, infiltrates in chest roentgenogram, hypertension, abdominal pain, purpura, urticaria, subcutaneous nodules, mono-

neuritis multiplex, general malaise, persistent low-grade fever, and weight loss. Many patients have an increased IgE level and rheumatoid factor. The prognosis in untreated patients is poor. Treatment generally consists of CCS alone or combined with cytotoxic therapy.

### Differential Diagnosis

Not all that wheezes is asthma! Diseases in which wheezing is a component are listed in Table 3-13. Asthma, chronic bronchitis, and emphysema affect the airways diffusely, cause airway obstruction, and may coexist in the same patient. The major differential features of these disorders are summarized in Table 3-14. Generally, chronic bronchitis occurs in cigarette smokers who develop chronic cough that persists for years before airflow becomes symptomatically obstructed. The bronchorrhea may vary in intensity, eg, in relation to infectious or irritant exposure. Chronic bronchitis involves hyperplasia and hypertrophy of the submucosal glands, inflammation of the small airways, and hypersecretion of mucus. Emphysema may also be heralded by long-standing cough and mucus production, but this is a diagnosis confirmed only histologically. Emphysema is suggested by the presence of a reduced diffusing capacity and obstructing airways disease. Most adults have some degree of emphysema at autopsy, but severe emphysema is seen only in about 10%. Emphysema is another disease that usually develops in smokers. A small portion of patients with the congenital absence of $\alpha_1$-antitrypsin present with bronchitis (which may present as wheezing), emphysema, and frequently with cirrhosis of the liver.

In children, most of the conditions likely to be confused with asthma begin in infancy, so it is in the wheezing infant that the differential diagnosis of asthma

**Table 3-13.—Differential Diagnosis of Asthma**

| Nonasthmatic conditions associated with wheezing |
|---|
| Pulmonary embolism |
| Cardiac failure ("cardiac asthma") |
| Foreign bodies* |
| Tumors in the central airways |
| Aspiration (gastroesophageal reflux)* |
| Carcinoid syndrome |
| Laryngotracheobronchomalacia* |
| Löffler's syndrome |
| Bronchiectasis |
| Tropical eosinophilia |
| Hyperventilation syndrome |
| Laryngeal edema |
| Laryngeal or tracheal obstruction* |
| Factitious wheezing |
| α₁-Antitrypsin deficiency |
| Immotile cilia syndrome, Kartagener's syndrome* |
| Bronchopulmonary dysplasia* |
| Bronchiolitis, croup* |
| Overlapping diseases |
| Chronic bronchitis and emphysema |
| Cystic fibrosis* |

*Especially important in differential diagnosis in children.

Exhibit
Page 9 of 9

MDL 2179 "J" (1)

REFERENCE:  MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

David M. Strong
305 Syringa Road P.O. Box 219
Topping, VA 23169
(804) 286-9030

JANUARY 20, 2015                                          Case Number 10 - 2179 CIVELACTION

U.S. District Court                                    TENDERED FOR FILING
For the Eastern District of Louisiana
The Honorable Judge William W. Blevins, Clerk
500 Poydras Street, Room C – 151                          JAN 2 3 2015
New Orleans, LA 70130
                                                        U.S. DISTRICT COURT
                                                       Eastern District of Louisiana
                                                           Deputy Clerk

The Honorable Judge William W. Blevins, Clerk
This cover letter is to submit the Brief for the CIVELACTION for Case Number 10 – 2179.

Respectfully Submitted

David M. Strong, Pro Se

Deep Water Horizon Medical Benefit Claim Administrator    Certified Mail Return Receipt
935 Gravier Street, Suite 1400                            7011 2970 0000 4182 3209
New Orleans, LA 70112

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____



# PRIORITY
# ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

*EMS*

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

 This envelope is made from post-consumer waste. Please recycle - again.

---

**UNITED STATES POSTAGE**

PITNEY BOWES
$ 019.99⁰
0001916472  JAN 22 2015
MAILED FROM ZIP CODE 23169

02 1P

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( 844 ) 956-9730

David Mc Strong
P.O. Box 219
Topping, VA 23169

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED (Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available.)
☐ 10:30 AM Delivery Required (additional fee, where available.)
*Refer to USPS.com® or local Post Office™ for availability.*

**TO:** (PLEASE PRINT)   PHONE ( )

U.S. District Court for the
Eastern District of Louisiana
The Honorable Judge Wilson Shushan
500 Poydras Street, Rm B-151
New Orleans, LA
7 0 1 3 0

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.**

---

**UNITED STATES POSTAL SERVICE®**   **PRIORITY**
**★ EXPRESS®**



EK 167401604 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code        Scheduled Delivery Date
23169              (MM/DD/YY)  1-24-15

Date Accepted (MM/DD/YY)   Scheduled Delivery Time   ☐ Military   ☐ DPO
1-22-15                    ☐ 10:30 AM  ☐ 3:00 PM   Postage  $ 19.99

Time Accepted   ☐ AM   10:54  ☐ PM
                                            Insurance Fee   COD Fee

Weight           Flat Rate or Weight   $              $

☐ 12 lbs ☐ oz                            Return Receipt Fee

Acceptance Employee Initials  CC         $

**DELIVERY (POSTAL SERVICE USE ONLY)**                Live Animal
                                                      Transportation Fee
Delivery Attempt (MM/DD/YY)  Time  ☐ AM   Employee Signature
                                   ☐ PM                         $

Delivery Attempt (MM/DD/YY)  Time  ☐ AM   Employee Signature   Total Postage & Fees
                                   ☐ PM                         $ 19.99

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   1-ORIGIN POST OFFICE COPY

**VISIT US AT USPS.COM®**
**ORDER FREE SUPPLIES ONLINE**

**UNITED STATES**
**POSTAL SERVICE®**