IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-CV-968 | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

NOTICE OF EX-PARTE MOTION TO SET FOR HEARING PLAINTIFF COUNSEL'S MOTION SEEKING TO ENLARGE THE TIME TO FILE ANY PROOF OF CLAIM FORM

Comes now Counsel, on behalf of Cynthia Huffman Jefferson, a resident of Gulfport, Mississippi, Timothy Ray Davis, a resident of Houston, Texas, Captain Harley Dwayne Allen, a resident of Eastpoint, Florida, Gary Mejia, a resident of Houma, Louisiana, Kyle Lee Lachico, a resident of Houma, Louisiana, Sheila R. Smalley, a resident of La Porte, Texas, Mien Tran, a resident of Long Beach, Mississippi, and Glenn Warren, a resident of New Orleans, Louisiana, seeking to set Plaintiff Counsel's Motion to Enlarge Time, Rec. Doc. 14071, for hearing on February 11, 2015 before Honorable Carl J. Barbier for the following reasons:

1. This Court has stayed all motions, hearings, and responses, pursuant to Pre-Trial Order No. 15, including Counsel's Motion seeking to Enlarge Time to submit Proof of Claim Forms, Rec. Doc. 14071, while the deadline to file any Proof of Claim Form is fast approaching (February 12, 2015).

2. Matters currently before this Court, affirming or amending the Claims Administrator (GRG)'s policy statement as detailed in Rec. Doc. 13878 and 13878-1 (hereinafter "GRG SPC/BELO Policy Statement"), have a direct impact on how tens of thousands of injured Medical Benefits Settlement Class Members choose to move forward with their Proof of Claim Forms and/or their Back End Litigation Option claims.

3. Medical Benefits Class Members may now be required to choose between filing a Specified Physical Condition and/or to seek an initial diagnoses for a Later Manifested Physical Condition to receive compensation pursuant to the Back End Litigation Option (BELO) of the *Deepwater Horizon* Medical Benefits Settlement Class Action Settlement Agreement, as Amended May 1, 2012 (hereinafter "MSA") if this Court rules that any claimant that receives compensation under a Specified Physical Condition releases and forever discharges BP for any condition that manifested for the first time on or before April 16, 2012.

4. Counsel needs time to ethically and properly advise clients on how to proceed lest the client inadvertently waive away his/her rights to file a Back End Litigation Option claim for a Later-Manifested Physical Condition.  Currently, assuming this Honorable Court rules today on GRG's SPC/BELO Policy Statement, Plaintiffs will have less than sixteen (16) days to review said order, advise their clients, and provide their clients with the necessary paperwork to timely submit a Proof of Claim Form in a manner that is not inconsistent with this Court's ruling.  In order to ethically and responsibly meet this deadline, Counsel must have the opportunity to competently provide Medical Benefits Settlement Class Member's substantive and outcome-determinative legal advice relating to the claimant's options under the MSA, collect new facts and/or address factors based on this Court's interpretation of the MSA and GRG's SPC/BELO Policy Statement, draft declarations that are narrowly tailored to read in a manner that it is not inconsistent with this Honorable Court's interpretation of these documents, and sign the aforementioned declarations and Proof of Claim Forms, under penalty of perjury.

5. In the event that BP objects to the Motion seeking to enlarge the time to file any Proof of Claim Forms, Counsel will require time to review said response in order to address any concerns or issues BP raises before this Court at the requested hearing.

6. For the aforementioned reasons, and pursuant to Eastern District of Louisiana Local Rule 78.1, Counsel is respectfully requesting this Honorable Court to Set this Motion for Hearing before Honorable Carl J. Barbier on Wednesday, February 11, 2015, the day before the effective date deadline, so that the interested Parties may properly discuss any issues associated with this Enlargement of Time.

DATED this 27th of January, 2015.

Respectfully Submitted,

*/s/ Frank D'Amico, Jr.*
Frank J. D'Amico, Jr., La. Bar No. 17519
The Law Office of Frank D'Amico, Jr.
622 Baronne Street
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-9522
E-Mail: frank@damicolaw.net
Counsel for:
    Cynthia Huffman Jefferson
    Timothy Ray Davis
    Kyle Lee Lachico
    Sheila R. Smalley
    Gary Mejia
    Captain Harley Dwayne Allen
    Mien Tran
    Glenn Warren

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on ALL COUNSEL by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of January, 2015.

*/s/ Frank J. D'Amico, Jr.*