IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-CV-968 | MDL NO. 2179<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

ORDER GRANTING EX-PARTE MOTION TO SET FOR AN EXPEDITED HEARING PLAINTIFFS' MOTION SEEKING TO ENLARGE THE DEADLINE TO FILE PROOF OF CLAIM FORMS

This Court hereby

\_\_\_\_\_ Grants

\_\_\_\_\_ Denies

Plaintiffs' Motion to Set for Hearing Plaintiffs' Motion seeking to Enlarge the Deadline to File Proof of Claim Forms, Rec. Doc. 14071. The hearing to discuss this matter shall be set for oral arguments before Honorable Carl J. Barbier on Wednesday, February 11, 2015.

New Orleans, Louisiana, this \_\_\_\_\_th day of _____, 2015.

_____
United States District Magistrate