UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| THIS DOCUMENT RELATES: *2:13-cv-0768* | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering Plaintiff's Motion to Withdraw Counsel of Record (Doc. 14049);

IT IS HEREBY ORDERED that the Motion is GRANTED and Vionne M. Douglas is withdrawn as counsel of record for Bart Siegel in the above-captioned matter.

New Orleans, Louisiana this 27th day of January, 2015.

_____
United States District Judge