Minute Entry
Barbier, J.
January 23, 2015
JS 10: 5 hr. 36 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG　　　　　　　　MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010　　　　　　　　　SECTION J (1)

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE BARBIER
　　　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE SHUSHAN
-------------------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA　　　　　　　　　C.A. 10-4536   J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:　　　　　　　　　　　　　　COURT REPORTER:
STEPHANIE KALL　　　　　　　　　　　　　　KAREN IBOS (AM)
　　　　　　　　　　　　　　　　　　　　　　　JODI SIMCOX  (PM)

PENALTY PHASE  NON-JURY TRIAL
(Day four)

FRIDAY, JANUARY 23, 2015   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court begins.
All present and ready.

BP offers lists of exhibits/demonstratives regarding exams of Dr. Stanley Rice and Mark Van Haverbeke: ORDERED admitted. (see attached)

US offers flash drive with a list of 2 sets of penalty phase stipulations, rec. docs. #[13725], and #[13808] and four guilty pleas consistent with rec. doc #[13867], TREX 233876, TREX 233864, TREX 233863, and TREX 022394: ORDERED admitted.

US offers lists of exhibits/demonstratives regarding exams of Dr. Fredric Quivik, Dr. Stanley Rice, and Captain Mark Van Haverbeke : ORDERED admitted. (see attached)

US offers lists of exhibits/demonstratives regarding exam of Dr. Charles Mason - objection by Anadarko re exhibit #TREX-013318 as stated on the record: ORDERED admitted subject to Anadarko's objection. FURTHER ORDERED that 3 page briefs by each party addressing this issue due Monday, January 26, 2015.

ORDERED that MOTION to Exclude Reports and Testimony of Ian Ratner by Defendant BP Exploration & Production Inc. #[13770], is DENIED.

Witness: Mr. Ian Ratner, affirmed and testified. (Expert)

US offers lists of exhibits/demonstratives regarding exam of Dr. Donald Boesch: ORDERED admitted. (see attached)

US offers list of exhibits/demonstratives regarding exam of Dr. Diane Austin - objection by BP: ORDERED deferred.

BP offers list of exhibits/demonstratives regarding exam of Dr. Richard Clapp: ORDERED admitted.

Court recesses at 3.11 p.m.

Court will resume on Monday, JANUARY 26, 2015 at 8:00 a.m.


Appearances on various days throughout the trial:
USA:  Steven O'Rourke,  Sarah Himmelhoch, Abigail Andre, Patrick Casey, Nancy Flickinger, Richard Gladstein, Michael Zevenbergen, Aristide Chakeres, Danielle Fidler, Rachel Hankey, Judith Harvey, Rachel King, Brandon Robers, Erica Pencak
BP:   Robert "Mike" Brock, Kimberly Branscome, J. Andrew Langan, Matthew Regan, Hariklia "Carrie" Karis, Mark Nomellini, Katie Jakola, Keith Jarrett
Anadarko: Thomas Lotterman, Ky Kirby