**STIPULATIONS OFFERED BY THE UNITED STATES**, *contained on flashdrive – admitted 1/23/2015 SJC*

The United States offers into evidence the following stipulations:

1. Stipulations and Order Related to the "Any Other Penalty For The Same Incident" Factor Concerning Prior Settlements and Criminal Pleas in Connection with the Penalty Phase of United States v. BPXP, et al., 10-4536 (Rec. Doc. 13725)

2. Stipulated Facts Regarding Anadarko's History or Prior Violations (Rec. Doc. 13808)

**EVIDENCE RELATING TO PRIOR INCIDENTS OFFERED BY THE UNITED STATES**

The United States offers into evidence the following exhibits regarding the factual basis and guilty plea for each prior incident:

1. Plea Agreement between United States of America and BP Exploration (Alaska) Inc. dated September 23, 1999 (TREX-022394)

2. Plea Agreement between United States of America and BP Exploration (Alaska) Inc. dated October 25, 2007 (TREX-223863)

3. Plea Agreement between United States of America and BP Products North America Inc. dated March 12, 2009 (TREX-233864)

4. Indictment of BP Oil Grangemouth Refinery Limited dated January 18, 2002 (TREX-233876)

*Contained on flash drive - admitted 1/23/2015*
*SK*