# BP - Exhibits for RICE

BP offers the following documents it used during its examination of Dr. Stanley Rice into evidence:

*admitted 1/23/2015 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-012237.1 | BP Callout of TREX-012237 |
| TREX-012237 | OSAT's Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring |
| TREX-012237.28.1.BP | BP Callout of TREX-012237 |
| TREX-012237.28.2.BP | BP Callout of TREX-012237 |
| TREX-012237.43.1.BP | BP Callout of TREX-012237 |
| TREX-012237.6.1.BP | BP Callout of TREX-012237 |
| TREX-012237.6.2.BP | BP Callout of TREX-012237 |
| TREX-013331.33.1.BP | BP Callout of TREX-013331 |
| TREX-013332.36.1.BP | BP Callout of TREX-013332 |
| TREX-013336.1.1.BP | BP Callout of TREX-013336 |
| TREX-013336 | A Perspective on the Toxicity of Low Concentrations of Petroleum-Derived Polycyclic Aromatic Hydrocarbons to Early Life Stages of Herring and Salmon |
| TREX-013336.2.1.BP | BP Callout of TREX-013336 |
| TREX-013336.1.2.BP | BP Callout of TREX-013336 |
| TREX-013336.25.1.BP | BP Callout of TREX-013336 |
| TREX-013338.1.1.BP | BP Callout of TREX-013338 |
| TREX-013338.6.1.BP | BP Callout of TREX-013338 |
| TREX-013195.1.1.BP | BP Callout of TREX-013195 |
| TREX-013196.1.1.BP | BP Callout of TREX-013196 |
| TREX-013196.5.3.BP | BP Callout of TREX-013196 |
| TREX-013275.1.1.BP | BP Callout of TREX-013275 |
| TREX-013275.3.1.BP | BP Callout of TREX-013275 |

# BP - Exhibits for VanHaverbeke

BP offers the following documents it used during its examination of Mark VanHaverbeke into evidence:

admitted 1/23/2015 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-009124.4 | BP Callout of TREX-009124 |
| TREX-009124 | Final Action Memorandum - Incident Specific Preparedness Review (ISPR), DWH Oil Spill |
| TREX-009124.1.5.BP | BP Callout of TREX-009124 |
| TREX-009124.2.4.BP | BP Callout of TREX-009124 |
| TREX-009124.13.6.BP | BP Callout of TREX-009124 |
| TREX-009105.1 | BP Callout of TREX-009105 |
| TREX-009105 | On Scene Coordinator Report - DWH Oil Spill |
| TREX-009105.14.1.BP | BP Callout of TREX-009105 |
| TREX-230933.1 | BP Callout of TREX-230933 |
| TREX-230933 | U.S. Coast Guard Incident Management Handbook (2006) |
| TREX-230933.237.1.BP | BP Callout of TREX-230933 |
| TREX-013132.7.1.BP | BP Callout of TREX-013132 |
| TREX-009105.64.3.BP | BP Callout of TREX-009105 |
| TREX-009124.49.1.BP | BP Callout of TREX-009124 |
| TREX-009124.55.2.BP | BP Callout of TREX-009124 |
| TREX-009124.56.1.BP | BP Callout of TREX-009124 |
| TREX-009105.131.5.BP | BP Callout of TREX-009105 |
| TREX-009105.131.6.BP | BP Callout of TREX-009105 |
| TREX-247590.1.2.BP | BP Callout of TREX-247590 |
| TREX-247590 | Copy of Manpower_and_CheckIn_Totals_20100515.xls |
| D-35401 | Captain Paskewich's Spill Response Effectiveness Analysis |
| TREX-013518.8.1.BP | BP Callout of TREX-013518 |
| TREX-013518 | 05/23/2010 Deepwater Horizon Incident Daily Operational Report from the Unified Area Command |
| TREX-013518.1 | BP Callout of TREX-013518 |

1

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF FREDRIC QUIVIK

The United States offers the following documents it used during its January 22, 2015 examination of Fredric Quivik into evidence: *admitted 1/23/2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-013210 | Expert Report of Fredric L Quivik; The Role of BP Exploration & Production Inc. in the Larger BP Enterprise |
| TREX-013211 | Round 3 Rebuttal Report of Fredric L. Quivik, PhD., dated 26 September 2014 |
| TREX-013235 | Expert Response Report of Fredric L Quivik, PhD September 12, 2014 |
| D-32900 | Fred Quivik, Ph.D.: Background (Source: TREX-013210.000091-107) |
| D-32901 | Fred Quivik, Ph.D.: Key Opinions(Source: TREX-013210; TREX-013235; TREX-013211) |
| D-32902 | Fred Quivik, Ph.D.: Bases for Opinion I(Source: TREX-013210; TREX-013235; TREX-013211) |
| D-32903 | Fred Quivik, Ph.D.: Evidence for Opinion I(Source: TREX-006033; TREX-012303A; TREX-013210.000019 (McKay Depo (11-3-11) at 331:3-8); Inglis Bundle (7-21-11) at 277:3-5) |
| D-32904 | Fred Quivik, Ph.D.: Evidence for Opinion I(Source: TREX-006033; TREX-012303A; TREX-002557; TREX-231259; TREX-231260; TREX-231261; TREX-002515; TREX-002516; TREX-002517; TREX-012435; TREX-013210.000020 (McKay Depo (11-3-11) at 332:14-19); Inglis Bundle (7-21-11) at 277:7-8) |
| D-32905 | Fred Quivik, Ph.D.: Evidence for Opinion I(Source: TREX-006033; TREX-012303A; TREX-013210.000031-34 (TREX-230236; TREX-230239; TREX-230241; TREX-230242; TREX-230244; TREX-230248); TREX-006259; TREX-006261; TREX-012477) |

| | |
|---|---|
| D-32906 | Fred Quivik, Ph.D.: Evidence for Opinion I(Source: TREX-002681; TREX-000268; TREX-000866; TREX-006205; TREX-006257; TREX-012435; TREX-230298; Smith Bundle (7-11-14) at 29:3-19; Bucknall Bundle (7-2-14) at 15:23-25, 29:17-34:24, 36:1-38:3, 38:19-20, 39:20-23, 40:1-9, 229:7-14, 255:1-16; TREX-013210.000085-86 (Robertson Depo (7-10-14) at 16-18, 23-25, 37-38, 60-62, 68, 87, 95-96, 109, 149-152, 154, 176)) |
| D-32907 | Fred Quivik, Ph.D.: Key Opinion II(Source: TREX-013210; TREX-013235; TREX-013211) |
| D-32908 | Fred Quivik, Ph.D.: Bases for Opinion II(Source: TREX-013210; TREX-013235; TREX-013211) |
| D-32909 | Fred Quivik, Ph.D.: Evidence for Opinion II(Source: TREX-006033; TREX-012303A; TREX-002557; TREX-231259; TREX-231260; TREX-231261; TREX-002515; TREX-002516; TREX-002517; TREX-000268; TREX-000866; TREX-006205; TREX-006257; TREX-012435; TREX-013210.000051, 55, 58; TREX-013235.000005, 11-13, 15, 17) |
| D-32909.2 | Drilling & Completions Organizational Chart Extending from D&C V.P. Down to the Drilling Engineers and the Well Site Leaders, April 2010(Source: TREX-002515) |
| D-32910 | Fred Quivik, Ph.D.: Evidence for Opinion II(Source: TREX-011963; TREX-012820; TREX-012692; TREX-012693; TREX-012694; TREX-013210.000020 (McKay Depo (11-3-11) at 334:7-16, 336:11-13); Inglis Bundle (7-21-11) at 276:24-277:8) |
| D-32911 | Fred Quivik, Ph.D.: Evidence for Opinion II(Source: TREX-012738-012752; TREX-012825-012895; TREX-012905; TREX-013214; TREX-230554; TREX-013210.000049; Bray Bundle (7-16-14) at 260:9-266:3) |
| D-32912 | Fred Quivik, Ph.D.: Evidence for Opinion II(Source: TREX-002515; TREX-002939; TREX-011959; TREX-011964; TREX-011981; TREX-013210.000039-40, 53-55, 61, 63; TREX-013235.000011-15, 17; TREX-013215.000008; Suttles Bundle (5-20-11) at 817:6-10; Smith Bundle (7-11-14) at 76:23-24) |

| | |
|---|---|
| D-32913 | Fred Quivik, Ph.D.: Evidence for Opinion II(Source: TREX-006033; TREX-012303A; TREX-012441; TREX-230405; TREX-230364; TREX-012640; Suttles Bundle (5-20-11) at 22:7-23:3, 41:7-43:8, 210:15-18, 224:10-17; 495:17-498:8; 547:10-548:16; 553:14-556:1; 585:9-14; 803:1-11, 817:4-818:22; TREX-013210.000090 (Morrison Depo (10-18-11) at 292)) |
| D-32913.1 | BP p.l.c. created the Gulf Coast Restoration Organization (GCRO), which reports to the BP p.l.c. board(Source: TREX-006033.000016) |
| D-32914A | The BP Group, and not only BPXP, Has Conducted and Managed Operations in the Gulf of Mexico(Source: TREX-013210.000034-63, 83-87; TREX-013214.000014-16, 32-33, 38-40; TREX-013215.000008-10, 12, 16-17, 19-20, 23) |
| TREX-012435.1.1.US | Callout of TREX-012435 |
| TREX-006033.92.1.US | Callout of TREX-006033 |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. STANLEY "JEEP" RICE

The United States offers the following documents it used during its January 21, 2015 examination of Dr. Stanley "Jeep" Rice into evidence:  *admitted 1/23/2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-32600 | PROFESSIONAL EXPERIENCE (Source: TREX-013330.005; TREX-013330.056-.064) |
| D-32604 | SUMMARY OF CONCLUSIONS: KEY FINDINGS (Source: TREX-013330.030; TREX-013332) |
| D-32605 | METHODOLOGY (Source: TREX-013330.005; TREX-013330.056-.064; TREX-013330.065-.081) |
| D-32606 | TOXICITY: TWO HALVES TO THE EQUATION (Source: TREX-013330.006-.011) |
| D-32607A | OIL CHEMISTRY |
| D-32609 | HYDROCARBON SIZE AFFECTS SOLUBILITY, FAT AFFINITY & TOXICITY (Source: TREX-013330.009-.010) |
| D-32611 | Bioavailable (Source: TREX-013330.007) |
| D-32612A | DISPERSION OF OIL (Source: TREX-013330.006-.011) |
| D-32613 | TOXICITY: TWO HALVES TO THE EQUATION (Source: TREX-013330.006-.011) |
| D-32614 | MANY MECHANISMS OF OIL TOXICITY (Source: TREX-013330.011-.012) |
| D-32615 | EXPOSURE IN GULF ESTABLISHED (Source: TREX-233140; TREX-242621; TREX-242677; TREX-242678; TREX-013249; TREX-232045; TREX-231375; TREX-232664; TREX-242689) |
| D-32616 | EFFECTS ON GULF SPECIES ESTABLISHED (Source: TREX-013333; TREX-013338; TREX-231494; TREX-231426) |
| D-32617 | EXAMPLE OF CHRONIC MECHANISM – PERICARDIAL EDEMA (Source: TREX-233611) |
| D-32618A | DWH EMBRYO TOXICITY STUDIES DEMONSTRATE SIGNIFICANT EFFECTS (Source: TREX-013333; TREX-013338) |
| D-32619 | DWH STUDY RESULTS ARE NOT "NOVEL" (Source: TREX-232681; TREX-013333; TREX-232667; TREX-232655; TREX-013338; TREX-232659; TREX-233330; TREX-233331; TREX-232691; TREX-233124; TREX-232694) |

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-32620A | Frequency of Toxic Samples in Upper 2 Meters Within Slick Footprint (Source: TREX-232681; TREX-013333; TREX-232667; TREX-232655; TREX-013338; TREX-232659; TREX-233330; TREX-233331; TREX-232691; TREX-233124; TREX-232694; TREX-013332E) |
| D-32622 | FIELD: OIL EXPOSURE TO ADULT KILLIFISH DEMONSTRATED (Source: TREX-231494; TREX-232649) |
| D-32623A | LAB: SIGNIFICANT EFFECTS ON KILLIFISH EMBRYOS FROM FIELD SEDIMENT EXPOSURE DEMONSTRATED (Source: TREX-232649) |
| D-32624 | SUMMARY OF REBUTTAL TO SHEA: COMPARING METHODS AND FINDINGS (Source: TREX-013332.004 -.015; TREX-013331.020 - .027) |
| D-32625 | RESPONSES TO SHEA'S METHOD CRITIQUES (Source: TREX-013332.009 -.012, .021; TREX-013330.026; TREX-013445.010 -.017; TREX-013444.041, .095 -.100; TREX- 013333.002 -.003; TREX-013331.027; TREX-013330.013 -.014, .018 - .019) |
| D-32628 | "TOXIC UNIT" APPROACH: A SCREENING TOOL (Source: TREX-013332.004-.005; TREX-013340.015, .020) |
| D-32629 | DR. SHEA DISREGARDS KNOWN LIMITATIONS OF TU APPROACH (Source: TREX-232045; TREX-013332.005-.006; TREX-013331.044-.045; TREX-013340.020; TREX-013340.098) |
| D-32630A | DR. SHEA'S TOXIC UNIT APPROACH IS NOT "SAFE" (Source: TREX-013332.005-.006) |
| D-32632 | DR. SHEA'S WATER CHEMISTRY ANALYSIS DILUTES HARM (Source: TREX-013332.013-.014; TREX-013444.022; TREX-013444.013) |
| D-32633.2A | BP ANALYSIS OF SURFACE WATERS HIDES TOXICITY (Source: TREX-013444.137; TREX-013332.042; TREX-013332E) |
| D-32634B | BP ANALYSIS OF DEEP WATERS HIDES TOXICITY (Source: TREX-232045.069; TREX-013444.138; TREX-013332.042; TREX-231375) |
| D-32635 | TOXIC IMPACT ANALYSES SHOULD FOCUS ON IMPACTED AREAS (Source: TREX-013332E.010) |
| TREX-013249 | Map |
| TREX-013330 | Toxicological Impact of the MC252 Blowout, Oil Spill, and Response by Stanley D. Rice (Ph.D.) dated August 15, 2014 |
| TREX-013331 | Responses to BP Expert Reports by Donald F. Boesch (Ph.D.) and Stanley D. Rice (Ph.D.) dated September 12, 2014 |
| TREX-013332 | Rebuttal to BP Round 2 Reports by Stanley D. Rice (Ph.D.) dated September 26, 2014 |

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-013332E | Errata to Rebuttal to BP Round 2 Reports by Stanley D. Rice (Ph.D.) dated September 26, 2014 |
| TREX-013333 | Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish |
| TREX-013338 | Acute Embryonic or Juvenile Exposure to Deepwater Horizon Crude Oil Impairs the Swimming Performance of Mahi-Mahi (Corphaena hippurus) |
| TREX-231375 | Richard Camilli and Christopher M. Reddy, et.al., "Tracking Hydrocarbon Plume Transport and Biodegradation at Deepwater Horizon." Science Express 19 August 2010. |
| TREX-231426 | Article - Environmental Science and Technology Multitissue Molecular, Genomic, and Developmental Effects of the Deepwater Horizon Oil Spill on Resident Gulf Killifish (Fundulus grandis), by Benjamin Dubansky, Andrew Whitehead, et al |
| TREX-231494 | Whitehead A, Dubansky B, Bodinier C, Garcia TI, Miles S, Pilley C, Raghunathan V, Roach JL, Walker N, Walter RB, Rice CD, Galvez F (2012) Genomic and physiological footprint of the Deepwater Horizon oil spill on resident marsh fishes. Proc Natl Acad Sci USA 109:20298-20302. |
| TREX-232041 | Deep-Sea Benthic Footprint of the DWH blowout, Montagna, Baguley, et al |
| TREX-232045 | Joint Analysis Group, Deepwater Horizon Oil Spill (2012). Review of Subsurface Dispersed Oil and Oxygen Levels Associated with the Deepwater Horizon MC252 Spill of National Significance. NOAA Technical Report NOS OR&R 27. |
| TREX-232664 | Diercks, A.-R., R. C. Highsmith, et al. (2010). "Characterization of subsurface polycyclic aromatic hydrocarbons at the Deepwater Horizon site." Geophysical Research Letters 3 |
| TREX-233140 | BP. Gulf Science Data, Water Chemistry Data File. Website: http://gulfsciencedata.bp.com/, directory: Water; subdirectory: Water Chemistry; filename: WaterChemistry_W-01v02-01.csv (zipped). Last modified May 2014 |
| TREX-233611 | AV File: Incardona s01.mov showing developmental abnormalities in large marine fish |
| TREX-242621 | Gulf Science Data website Water Chemistry Data Publication Summary Report, available at https://www.piersystem.com/go/doc/6145/2171870/WaterChemistry-W-01v02-02-zip. |

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-242677 | BP. Gulf Science Data, Water Chemistry Data File. Website: http://gulfsciencedata.bp.com/, directory: Water; subdirectory: Water Chemistry; filename: WaterChemistry_W-01v02-01.csv (zipped). Last modified May 2014 |
| TREX-242678 | BP. Gulf Science Data Dispersant Marker Water Chemistry Data. Website: http://gulfsciencedata.bp.com/, directory: Water; subdirectory: Dispersant Marker WaterChemistry; filename: WaterChemistry_W-02v01-01.zip. Last modified January 24, 2014 |
| TREX-242689 | NOAA. ERMA Deepwater Gulf Response, available at http://gomex.erma.noaa.gov/erma.html. |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF CAPTAIN MARK VANHAVERBEKE

The United States offers the following documents it used during its January 21, 2015 examination of Captain Mark VanHaverbeke into evidence: admitted 1/23/2015 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-33751 | Captain Mark G. VanHaverbeke's Background (Source: TREX-013513) |
| D-33752 | Captain Mark G. VanHaverbeke's Experience (Source: TREX-013513) |
| D-33753 | Conclusions (Source: TREX-013513; TREX-013514; TREX-013515; TREX-233890) |
| D-33754 | Conclusions (Source: TREX-013513; TREX-013514; TREX-013515; TREX-233890) |
| D-33756 | ERMA is NOT a New Response Technology (Source: TREX-242543) |
| D-33757 | ERMA is NOT a New Response Technology (Source: TREX-242543) |
| D-33758 | Alternative Response Technologies (Source: TREX-230448) |
| D-33759 | Dispersing and Burning Oil are not Removal (Source: TREX-230012) |
| D-33760 | ART Produced Marginal Results (Source: TREX-232987) |
| D-33761 | In-Situ Burning is NOT a New Response Technology (Source: TREX-230990) |
| D-33762 | Skimming and Dispersing are NOT New Response Technologies (Source: TREX-230012) |
| D-33763 | Alternative Response Technologies (Source: TREX-230448) |
| D-33764 | Burning is not Removal (Source: TREX-230990) |
| D-33768 | Only a Small Fraction of the Typically Recovered oil was Removed (Source: TREX-233890; Rec Doc. 14021) |
| D-33770 | Skimming and Dispersing are NOT New Response Technologies (Source: TREX-230012) |
| D-33775 | Revision & Errata (Source: TREX-233890) |
| D-33776 | Dispersing and Burning Oil are not Removal (Source: TREX-230012) |
| D-33779 | Burning is not Removal (Source: TREX-230990) |
| TREX-013513 | Expert Report of Mark G. VanHaverbeke dated August 15, 2014 |

| TREX-013514 | Response Report of Mark G. VanHaverbeke dated September 12, 2014 |
|---|---|
| TREX-013515 | Second Response Report of Mark G. VanHaverbeke dated September 26, 2014 |
| TREX-230012 | Report: National Academy of Sciences: Oil Spill Dispersants - Efficacy and Effect |
| TREX-230012.19 | Page from TREX-230012 |
| TREX-230012.20 | Page from TREX-230012 |
| TREX-230012.28 | Page from TREX-230012 |
| TREX-230012.87 | Page from TREX-230012 |
| TREX-230448 | Michael J. Cortez et al, Alternative Response Technologies: Progressing Learnings |
| TREX-230448.14 | Page from TREX-230448 |
| TREX-230990 | Oil Spill Response Offshore, In-Situ Burn Operations Manual, Final Report March 2003, Report No. CG-D-06-03 |
| TREX-230990.1 | Page from TREX-230990 |
| TREX-230990.2 | Page from TREX-230991 |
| TREX-230990.96 | Page from TREX-230991 |
| TREX-230990.144 | Page from TREX-230991 |
| TREX-232987 | Alternative Response Technology (ART) Program Final Report MC252 Deepwater Horizon Response September, 2010 |
| TREX-232987.6 | Page from TREX-232987 |
| TREX-232987.9 | Page from TREX-232987 |
| TREX-233890 | Revision and Errata of Reports of Mark VanHaverbeke |
| TREX-233890.1 | Page from TREX-233890 |
| TREX-233890.3 | Page from TREX-233890 |
| TREX-242543 | Interagency Coordinating Committee on Oil Pollution Research: Biennial Report for Fiscal Years 2008 and 2009 |
| TREX-242543.21 | Page from TREX-242543 |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. DONALD F. BOESCH

The United States offers the following documents it used during its January 21, 2015 examination of Dr. Donald F. Boesch into evidence: admitted 1/23/2015 SC

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-32150 | BACKGROUND (Source: TREX-013183.004, .047) |
| D-32151 | SUMMARY OF CONCLUSIONS: DEFINING ACTUAL AND POTENTIAL HARM (Source: TREX-013183.007-.008, .042) |
| D-32152 | SUMMARY OF CONCLUSIONS: ACTUAL HARM (Source: TREX-013183.004, .042; Photos: TREX-230938; TREX-231001; TREX-230984; TREX-230992) |
| D-32153 | SUMMARY OF CONCLUSIONS: POTENTIAL HARM (Source: TREX-013183.004; Photos: TREX-233586; TREX-233601; TREX-233735) |
| D-32154 | METHODOLOGY (Source: TREX-013183.006-.007; TREX-012199; TREX-231547; TREX-231516) |
| D-32155A | GEOGRAPHIC AREA CONSIDERED (Source: TREX-013249; TREX-013183.043; TREX-013185R.025) |
| D-32156 | AREA CONSIDERED BY BP MINIMIZES THE SIZE OF THE SPILL (Source: TREX-013184.005, .007-.008, .010; TREX-013246.004; TREX-013163.007-.008; TREX-013444.013; TREX-013132.043-.046) |
| D-32157A | DEEP WATER OILING (Source: TREX-013183.006, .011-.012) |
| D-32158 | ACTUAL HARM TO SEABED ORGANISMS (Source: TREX-013183.006; TREX-013183.024-.025) |
| D-32159 | ACTUAL HARM TO RARE, LONG-LIVED CORALS (Source: TREX-013183.026-.026; TREX-231547.002) |
| D-32160 | ACTUAL HARM TO PLANKTONIC ORGANISMS (Source: TREX-013183.022-.023; Photos: TREX-233715; TREX-233719; TREX-233722; TREX-233602; TREX-233713) |
| D-32161 | POTENTIAL HARM TO FISHES (Source: TREX-013183.028-.029, .040-.041; Photos: TREX-233601; TREX-233576; TREX-233570; TREX-233734; TREX-233728 ) |
| D-32162 | DR. TUNNELL CONCLUDES NO SIGNIFICANT HARM TO FISH AND SHELLFISH POPULATIONS (Source: TREX-013184.006-.008, .010-.013) |
| D-32163 | ACTUAL HARM TO FLOATING SEAWEED (Source: TREX-013183.018-.019; Photos: TREX-233591; TREX-230986) |

| Exhibit/Demonstrative/Callout Number | Description |
| --- | --- |
| D-32164 | TURTLES, DOLPHINS AND BIRDS COLLECTED DURING THE RESPONSE (Source: TREX-013183.037; TREX-231360; TREX-013183.037-038) |
| D-32165 | HARM TO TURTLES (Source: TREX-013183.019-.020; TREX-013185R.010; TREX-231360; Photos: TREX-230959; TREX-230986) |
| D-32166 | HARM TO MARINE MAMMALS (Source: TREX-013183.037-.039; TREX-231360; Photos: TREX-230989; TREX-230958) |
| D-32167 | HARM TO BIRDS (Source: TREX-013183.038-.039; TREX-231360; Photos: TREX-230995; TREX-230985; TREX-230999) |
| D-32168 | DR. TUNNELL'S PRESENTATION OF DATA DILUTES HARM TO BIRDS (Source: TREX-013184.009-.011; TREX-013184.010) |
| D-32169 | COASTAL HABITATS: EXTENT OF OILING (Source: TREX-013183.012-.01, .031; TREX-013184.017; TREX-013246.075; Photos: TREX-013015.013; TREX-013015.018; TREX-231000; TREX-230955) |
| D-32170 | HARM TO BEACHES (Source: TREX-013183.030-.031; Photos: TREX-230963; TREX-232044; TREX-230978) |
| D-32171 | HARM TO MARSHES AND MANGROVES (Source: TREX-013183.018, .032-.035, .045; Photos: TREX-230937; TREX-230940; TREX-230983) |
| D-32172 | DR. TAYLOR'S ASSESSMENT OF MARSH RECOVERY IGNORES RELEVANT DATA AND POSSIBLE LONG TERM IMPACTS (Source: TREX-013246; TREX-013184.015, .017.019; Photos: TREX-230974; TREX-013015.013; TREX-013015.019) |
| D-32173 | IMPACT OF MARSH AND MANGROVE OILING ON ASSOCIATED ANIMAL COMMUNITIES (Source: TREX-013183.033-.037; Photos: TREX-233573; TREX-233586; TREX-230957) |
| TREX-012199 | Michel, Jacqueline, et al., Extent and Degree of Shoreline Oiling: Deepwater Horizon Spill, Gulf of Mexico, USA, June 2013 |
| TREX-013183 | Actual and Potential Harm From The Macondo Well Blowout Prepared by Donald F. Boesch, Ph.D., dated August 15, 2014 |
| TREX-013184 | Responses to BP Expert Reports Prepared by Donald F. Boesch, Ph.D., and Stanley D. Rice, Ph.D., dated September 12, 2014 |
| TREX-013185R | REDACTED by US: Rebuttal to BP Round 2 Reports Prepared by Donald F. Boesch, Ph.D., dated September 26, 2014 |
| TREX-013249 | Map |

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-013183.47 | Page from TREX-013183 |
| TREX-230955 | Photo: Oil on shore |
| TREX-230957 | Photo: Pelicans covered in oil |
| TREX-230958 | Photo: Floating marine animal |
| TREX-230959 | Photo: Turtle covered in oil being held |
| TREX-230963 | Photo: Oil on beach shore |
| TREX-230974 | Photo: Oil in marsh |
| TREX-230978 | Photo: Beach covered in oil |
| TREX-230984 | Photo: Oil on beach |
| TREX-230985 | Photo: Oil on beach and dead bird |
| TREX-230986 | Photo: Turtle in water under oil |
| TREX-230989 | Photo: School of dolphins swimming through oil |
| TREX-230992 | Photo: Turtle covered in oil |
| TREX-230995 | Photo: People trying to catch oiled bird |
| TREX-230999 | Photo: Oil on bird and boom |
| TREX-231000 | Photo: Shoreline response worker |
| TREX-231001 | Photo: Group of oiled birds |
| TREX-231360 | DWH Response Consolidated Fish and Wildlife Collection Report, April 20, 2011. |
| TREX-231481 | Schwacke LH, Smith CR, Townsend FI, Wells RS, Hart LB, Balmer BC, Collier TK, De Guise S, Fry MM, Guillette LJ, Lamb SV, Lane SM, Mcfee WE, Place NJ, Tumlin MC, Ylitalo GM, Zolman ES, Rowles TK (2014) Health of common bottlenose dolphins (Tursiops truncatus) in Barataria Bay, Louisiana, following the Deepwater Horizon oil spill. Environ Sci Technol 48:93-103. |
| TREX-231482 | Schwacke LH, Smith CR, Townsend FI, Wells RS, Hart LB, Balmer BC, Collier TK, De Guise S, Fry MM, Guillette LJ, Lamb SV, Lane SM, Mcfee WE, Place NJ, Tumlin MC, Ylitalo GM, Zolman ES, Rowles TK (2014) Response to comment on health of common bottlenose dolphins (Tursiops truncatus) in Barataria Bay, Louisiana following the Deepwater Horizon oil spill. Environ Sci Technol 48:4209-4211. |
| TREX-231516 | Murawski SA, Hogarth WT, Peebles EB, Barbeiri L (2014) Prevalence of external skin lesions and polycyclic aromatic hydrocarbon concentrations in Gulf of Mexico fishes, post-Deepwater Horizon. Trans Am Fish Soc 143:1084-1097. |

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-231539 | Turner RE, Overton EB, Meyer BM, Miles MS, McClenachan G, Hooper-Bui L, Engel AS, Swenson EM, Lee JM, Milan CS, Gao H (In Press) Distribution and recovery trajectory of Macondo (Mississippi Canyon 252) oil in Louisiana coastal wetlands.  Marine Pollution Bulletin http://dx.doi.org/10.1016/j.marpolbul.2014.08.011 |
| TREX-231543 | F. Joel Fodrie, et. al. - Integrating organismal and population responses of estuarine fishes in Macondo spill research |
| TREX-231547 | Fisher CR, Demopoulos AWJ, Cordes EE, Baums IB, White HK, Bourque JR (2014) Coral Communities as Indicators of Ecosystem-Level Impacts of the Deepwater Horizon Spill.  BioScience 64:796-807 |
| TREX-232044 | Photo of oil spill on sand |
| TREX-233557 | Video/Audio Paceholder (file available in native format) - BP Oil Spill Footage |
| TREX-233570 | Photo; Fish in Water |
| TREX-233576 | Photo: Fish in water |
| TREX-233579 | AV File: MegaplumeVideo.mov showing oil leak from sea floor |
| TREX-233586 | Photo: Pile of shellfish |
| TREX-233591 | Photo:  School of small fish underwater |
| TREX-233601 | Photo: Fish swimming near water's surface |
| TREX-233602 | Photo: Organism in water |
| TREX-233713 | Photograph - Comb Jelly |
| TREX-233715 | Photograph - CopepodAcartia |
| TREX-233719 | Photograph - Harpacticoid |
| TREX-233722 | Photograph - Moon Jellyfish |
| TREX-233728 | Photograph - Red Snapper |
| TREX-233734 | Photograph - Southern Hake |
| TREX-233735 | Photograph - Tilefish |
| TREX-241493 | Jacobs, L.A. 2014. Comment on Health of Common Bottlenose Dolphins (Tursiops truncatus) in Barataria Bay, Louisiana, Following the Deepwater Horizon Oil Spill. Environmental Science & Technology. |
| TREX-246253 | Haney, J.C., H. Geiger, and J. Short. No date. Acute bird mortality from the Deepwater Horizon MC 252 oil spill. II. Carcass sampling and exposure probability estimates for coastal Gulf of Mexico (abstract). http://www.int-res.com/prepress/m10839.html |

# BP - Exhibits for Clapp

BP offers the following documents it used during its examination of Richard Clapp into evidence:

Admitted 1/23/2015 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-35270 | Over 1 Million Data Analyses Available |
| TREX-013346.6.1.BP | BP Callout of TREX-013346 |
| TREX-013346 | 8/15/2014 Expert Report of Richard W. Clapp, D.Sc., MPH |
| D-35287 | Institute of Medicine: June 2010 Workshop |
| D-35286 | Institute of Medicine: June 2010 Workshop |
| TREX-013348.5.BP | BP Callout of TREX-013348 |
| TREX-013348 | 9/26/2014 Expert Report of Richard W. Clapp, D.Sc., MPH |
| D-35280 | OSHA's Analysis of Response Health & Safety |
| TREX-012240 | May 2011 Deepwater Horizon Oil Spill: OSHA's Role in the Response |
| D-35281 | OSHA's Analysis of Response Health & Safety |
| D-35271 | NIOSH and OSHA Directors on Worker Health & Safety |
| TREX-012221 | Review of the OSHA-NIOSH Response to the Deepwater Horizon Oil Spill: Protecting the Health and Safety of Cleanup Workers |
| D-35251 | NIOSH and OSHA Directors on Worker Health & Safety |
| D-35279 | NIOSH and OSHA Directors on Worker Health & Safety |
| D-35266 | Dr. John Howard, NIOSH Director |
| D-35268 | Dr. John Howard, NIOSH Director |
| TREX-232463.23.1.BP | BP Callout of TREX-232463 |
| TREX-232463 | Health Hazard Evaluation of Deepwater Horizon Response Workers: Bradley King and John Gibbins |
| TREX-232463.5.1.BP | BP Callout of TREX-232463 |
| D-35272 | NIOSH Health Hazard Evaluations |
| TREX-232463 | Health Hazard Evaluation of Deepwater Horizon Response Workers: Bradley King and John Gibbins |
| D-35252 | NIOSH Health Hazard Evaluations |
| TREX-232463.5.2.BP | BP Callout of TREX-232463 |
| D-35254 | NIOSH Health Hazard Evaluations |
| D-35273 | OSHA's Independent Air Monitoring |
| TREX-012236 | OSHA's Efforts to Protect Workers |
| D-35255 | OSHA's Independent Air Monitoring |
| D-35256 | OSHA's Independent Air Monitoring |
| D-35274 | CDC & EPA Independent Analysis of Environmental Sampling Data |
| TREX-012235 | CDC's On-Line Publication re CDC Response to the Gulf of Mexico Oil Spill |
| D-35257 | CDC & EPA Independent Analyses of Environmental Sampling Data |
| D-35258 | CDC & EPA Independent Analyses of Environmental Sampling Data |
| D-35282 | EPA Community Air Monitoring |
| TREX-240159 | EPA. Monitoring Air Quality Along the Gulf Coast. |
| D-35283 | EPA Community Air Monitoring |
| D-35284 | EPA Community Air Monitoring |
| D-35260 | OSAT-1 Analysis of Human Health |

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-012237 | OSAT's Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring |
| D-35276 | OSAT-2 Analysis of Human Health |
| TREX-012238 | OSAT's Summary Report for Fate and Effects of Remnant Oil in the Beach Environment |
| D-35261 | OSAT-2 Analysis of Human Health |
| TREX-012238.3.BP | BP Callout of TREX-012238 |
| TREX-012238 | OSAT's Summary Report for Fate and Effects of Remnant Oil in the Beach Environment |
| D-35259 | OSAT-1 Analysis of Human Health |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. CHARLES MASON

The United States offers the following documents it used during its January 22, 2015 examination of Dr. Charles Mason into evidence: admitted 1/23/2015 subject to Anadarko's objection re TREX-013318 SK

| Exhibit/Demonstrative/Callout Number | Description |
| --- | --- |
| D-33501 | BPXP Role in Gulf of Mexico Oil and Gas Industry (Source: TREX-013317; TREX-013318) |
| D-33502 | Anadarko Role in Gulf of Mexico Oil and Gas Industry (Source: TREX-013317; TREX-013318) |
| D-33503 | Dr. Charles Mason Educational and Work Experience (Source: TREX-013317) |
| D-33504 | Amount of Claim Payments: Oil Spill Claim Payments for Economic Damages (Source: TREX-013317) |
| D-33506 | GCCF: Proximate Cause Required (Source: TREX-011977) |
| D-33507 | GCCF: Supporting Documentation Required For All Claims (Source: TREX-230308) |
| D-33508 | BP Reviewed GCCF Claim Methodology (Source: TREX-230442) |
| D-33509 | BP Appeals in Court Supervised Settlement Program (Source: TREX-231876) |
| D-33510 | Percentage of Settlement Program Claims Not Yet Reviewed (July 2014) (Source: TREX-013317) |
| D-33511 | $10 Billion Roughly Estimates Only a Subset of the Harm (Source: TREX-013317; TREX-013318) |
| D-33512 | Total Paid to GCCF Claimants by County (Source: TREX-231830) |
| D-33514 | Types of Claim Payments Under the Settlement Program (Source: TREX-013317) |
| D-33515 | Optimal Deterrence: Dr. Sunding's Inaccurate Assumptions (Source: TREX-013318) |
| D-33517 | Gulf of Mexico Oil and Gas Industry is Unconcentrated (Source: TREX-013318; TREX-013317) |
| D-33519 | Hotel Revenue Data Show Ongoing Harm (Source: TREX-013318) |
| D-33520 | Real Estate Data Show Ongoing Harm (Source: TREX-013319) |
| D-33521 | Oil and Gas Industry as Percentage of State GDP (Source: TREX-013319; TREX-233148; TREX-233149; TREX-233150; TREX-233150); TREX-233151; TREX-233302) |

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-33522 | BPXP and Anadarko Economic Role (Source: TREX-013317; TREX-013318; TREX-013319) |
| D-33530 | Severe Economic Harm Based Upon Claim Payments (Source: TREX-013317; TREX-013318; TREX-013067; TREX-230198; TREX-231830; TREX-231876) |
| D-33533 | Gulf of Mexico leases adjusted by ownership share: Concentration has remained stable over time (Source TREX-013318) |
| D-33535 | Firm Entry and Exit in Deepwater Gulf of Mexico (Source: TREX-013318) |
| D-33537 | Reliability of Claim Payments Data (Source: TREX-013317; TREX-013318; TREX-013067) |
| D-33538 | Expert Reports of Charles Mason, Ph.D (Source: TREX-013317; TREX-013318; TREX-013319) |
| D-33539 | Curriculum vita of Charles F. Mason, Ph.D (Source: TREX-013317) |
| TREX-011977 | Gulf Coast Claims Facility Protocol for Interim and Final Claims November 22, 2010 |
| TREX-013317 | Expert Report: The Role of BPXP and Anadarko in the Gulf of Mexico and Economic Harm from the Macondo Oil Spill, Charles F. Mason, Ph.D. August 15, 2014 |
| TREX-013318 | Expert Response Report Charles F. Mason, Ph.D. September 12, 2014 |
| TREX-013319 | Round 3 Expert Report of Charles F. Mason, Ph.D. (September 26, 2014) |
| TREX-230308 | Form: Gulf Coast Claims Facility Full Review Final Payment Claim Form (Blank) |
| TREX-230442 | Gulf Coast Claims Facility Protocol for Interim and Final Claims November 22, 2010 |
| TREX-231876 | Report by the Claims Administrator of the Deepwater Horizon Economic and Property damage Settlement Agreement on the Status of Claims Review; July 31, 2014; Status Report No. 23 |