UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| *Applies to: 12-968 and All Cases* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Adopting the Policy Statement of the
Medical Benefits Claims Administrator (Rec. doc. 13878)]**

Having reviewed the Policy Statement of Matthew L. Garretson, Medical Benefits Claims Administrator, regarding Class Counsel's Motion for Reconsideration (Rec. doc. 13303) of the Court's Order of July 23, 2014 regarding Chronic Specified Physical Conditions (Rec. doc. 13179), the Court adopts the policy in full.

New Orleans, Louisiana, this  27th   day of January, 2015.

_____
**CARL J. BARBIER**
**United States District Judge**