IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-31380
_____

MEDICAL BENEFITS SETTLEMENT CLASS,

    Plaintiff - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

-----------------------------------------------------------------------------------------------------

JASON PERKINS; CAMILLE WARREN; CHRISTIAN PIZANI; MAX PLAISANCE; BENJAMIN JUDAH BARBEE; CORNELIUS DIVINITY; JANICE BROWN; CARLTON CASTER; GEORGE BAKER; DUFFY HALL; KIP PLAISANCE,

    Plaintiffs - Appellants

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of January 23, 2015, pursuant to appellant's motion.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> Cindy M. Broadhead, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jan 23, 2015**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 23, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-31380   In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-968

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Cindy M. Broadhead, Deputy Clerk
                                504-310-7707

cc w/encl:
    Mr. George Howard Brown
    Mr. Miguel Angel Estrada
    Mr. Soren E. Gisleson
    Mr. Stephen Jay Herman
    Mr. Thomas George Hungar
    Mr. Samuel Issacharoff
    Mr. Theodore B. Olson
    Mr. James Parkerson Roy