# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 23, 2015

Mr. Mitchell J. Auslander
Willkie Farr & Gallagher, L.L.P.
787 7th Avenue
New York, NY 10019

    No. 14-31321    In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-311

Dear Mr. Auslander,

We have docketed the cross appeal filed January 13, 2015 as shown above, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number. If you wish to receive exhibits, you must specifically request them. The district court will charge your account for shipping you the record on appeal. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. CJA counsel may add these shipping fees to their vouchers.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/Dawn Victoriano
Dawn Victoriano, Deputy Clerk
504-310-7717

cc:
    Ms. Judy Y. Barrasso
    Ms. Carmelite M. Bertaut
    Mr. William W. Blevins
    Mr. Kevin Graham Cain
    Ms. Celeste Ruth Coco-Ewing
    Mr. Robert G. Dees
    Ms. Abigayle Clary McDowell Farris
    Ms. Catherine Fornias Giarrusso
    Mr. Levon G. Hovnatanian
    Mr. Jeffrey B. Korn
    Mr. Christopher Weldon Martin
    Mr. Phillip A. Wittmann