# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 26, 2015

Mr. Joseph F. Rice
Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

    No. 15-30023     In re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-970

Dear Mr. Rice,

We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number. If you wish to receive exhibits, you must specifically request them. The district court will charge your account for shipping you the record on appeal. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. CJA counsel may add these shipping fees to their vouchers.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Sabrina Short
Sabrina Short, Deputy Clerk
504-310-7817

cc:
    Mr. Frederick Curtis Baker
    Mr. William W. Blevins
    Mr. Kevin Robert Dean
    Mr. Don Keller Haycraft
    Mr. James Andrew Langan
    Ms. Lisa Marie Saltzburg