UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * | |
| | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Short Form Joinders:

IT IS ORDERED that the motion is GRANTED and the Short Form Joinders of Mark Allemand, Henry Anderson, Jr., Karen R. Anderson, Durwyne J. Canty, Daniel Howard, Benjamin Matherne, Robert L. Ross, Sr., Clarence Sterling, Justin J. Thompson, Tristan Verdin, Eric White, and Herman White, attached to the Motion for Leave to File Short Form Joinder, are accepted by the Court and shall be considered as timely filed in the above-entitled proceedings.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE