# Exhibit A

Anadarko's 1/27/2015 Amendment to Anadarko's Penalty Phase Trial Exhibit List

MDL 2179
ANADARKO'S 1/27/2015 AMENDMENT TO ANADARKO'S PENALTY PHASE TRIAL EXHIBIT LIST

| Trial Exhibit Number | Beg Bates | End Bates | Document Date | Description |
|---|---|---|---|---|
| TREX-280138 | N/A | N/A | 8/15/2014 | Kenneth E. Arnold Expert Report, Appendix 1 - Resume of Kenneth E. Arnold, P.E., N.A.E. |
| TREX-280139 | N/A | N/A | 8/15/2014 | Kenneth E. Arnold Expert Report, Appendix 2 - Documents Considered |
| TREX-280140 | N/A | N/A | 8/15/2014 | David L. Sunding Expert Report, Appendix 1 - Curriculum Vitae of David L. Sunding |
| TREX-280141 | N/A | N/A | 8/15/2014 | David L. Sunding Expert Report, Appendix 2 - Mapping of Investors |
| TREX-280142 | N/A | N/A | 8/15/2014 | David L. Sunding Expert Report, Appendix 3 - Expert Testimony: 2009 - Present |
| TREX-280143 | N/A | N/A | 8/15/2014 | David L. Sunding Expert Report, Appendix 5 - List of Consideration Materials |
| TREX-280144 | N/A | N/A | 9/26/2014 | David L. Sunding Round 3 Expert Report, Appendix 1 - List of Consideration Materials |