UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE SHORT FORM JOINDERS

Now into Court, through undersigned counsel come the following plaintiffs, identified in the attached Claims In Limitation, who move this Court to allow the filing of Short Form Joinders in the limitation proceeding, MDL No. 2179:

1. Mark Allemand, Doc. No. 136958;
2. Henry Anderson, Jr., Doc. No. 136959;
3. Karen R. Anderson, Doc. No. 136960;
4. Durwyne J. Canty, Doc. No. 136961;
5. Daniel Howard, Doc. No. 136962;
6. Benjamin Matherne, Doc. No. 136963;
7. Robert L. Ross, Sr., Doc. No. 136964;
8. Clarence Sterling, Doc. No. 136965;
9. Justin J. Thompson, Doc. No. 136966;
10. Tristan Verdin, Doc. No. 136967;
11. Eric White, Doc. No. 136968; and
12. Herman White, Doc. No. 136969.

As grounds thereof, plaintiffs assert the following:

1. No prejudice will result from the acceptance of this proposed filing;

2. The applicable limitations period set by this Court and the terms and conditions for the Medical Benefits Settlement for these claimant's claims has not yet run;

3. Claimants/movants contacted undersigned counsel requesting assistance for their personal injuries and resultant damages, caused by the incidents sued upon in the aforementioned proceedings, after the previously-set deadlines for filing Short Form Joinders in this action;

4. Claimants/movants were previously unaware of the availability of remedies for their injuries and/or damages relating to the oil spill and, as a result, had not previously sought relief from this Court or representation of counsel, and, therefore, did not previously file with this Court;

Wherefore, for the above-listed reasons, the above-listed plaintiffs hereby respectfully request that this Court grant their Motion For Leave To File Short Form Joinders and deem said Short Forms as timely filed in this action.

                Respectfully Submitted,

                __/s/ Terrence J. Lestelle_____
                Terrence J. Lestelle-8540
                Andrea S. Lestelle-8539
                Richard M. Morgain-32603
                Lestelle & Lestelle, APLC
                3421 N. Causeway Boulevard
                Suite 602
                Metairie, Louisiana 70002
                Telephone: 504-828-1224

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of January, 2015.

                                          /s/ Terrence J. Lestelle
                                          Terrence J. Lestelle