UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * | |
| | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE SHORT FORM JOINDERS

Now into Court, through undersigned counsel come the following plaintiffs, identified in the attached Claims In Limitation, who file this memorandum in support of their motion to allow the filing of Short Form Joinders in the limitation proceeding, MDL No. 2179:

1. Mark Allemand, Doc. No. 136958;
2. Henry Anderson, Jr., Doc. No. 136959;
3. Karen R. Anderson, Doc. No. 136960;
4. Durwyne J. Canty, Doc. No. 136961;
5. Daniel Howard, Doc. No. 136962;
6. Benjamin Matherne, Doc. No. 136963;
7. Robert L. Ross, Sr., Doc. No. 136964;
8. Clarence Sterling, Doc. No. 136965;
9. Justin J. Thompson, Doc. No. 136966;
10. Tristan Verdin, Doc. No. 136967;
11. Eric White, Doc. No. 136968; and

12. Herman White, Doc. No. 136969.

As grounds thereof, plaintiffs assert the following:

1. No prejudice will result from the acceptance of this proposed filing. Such filings have previously been filed and permitted in the action captioned hereinabove. No action has been taken in the limitation proceedings which could cause prejudice to any other party;

2. The applicable limitations period set by this Court and the terms and conditions for the Medical Benefits Settlement for these claimant's claims has not yet run. Supplemental Admiralty Rule 14(f) allows discretion for this Court to permit the late filing of claims in a limitation proceeding. Where no prejudice would be suffered by the plaintiffs in such proceeding, those claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,* 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims.") There have been no showings that any party to this proceeding would be adversely affected by late filed claims.

3. Claimants/movants contacted undersigned counsel requesting assistance for their personal injuries and resultant damages, caused by the incidents sued upon in the aforementioned proceedings, after the previously-set deadlines for filing Short Form Joinders in this action;

4. Claimants/movants were previously unaware of the availability of remedies for their injuries and/or damages relating to the oil spill and, as a result, had not previously sought relief from this Court or representation of counsel, and, therefore, did not previously file with this Court;

Wherefore, for the above-listed reasons, the above-listed plaintiffs hereby respectfully request that this Court grant their Motion For Leave To File Short Form Joinders and deem said Short Forms as timely filed in this action.

>Respectfully Submitted,
>
>__/s/ Terrence J. Lestelle_____
>Terrence J. Lestelle-8540
>Andrea S. Lestelle-8539
>Richard M. Morgain-32603
>Lestelle & Lestelle, APLC
>3421 N. Causeway Boulevard
>Suite 602
>Metairie, Louisiana 70002
>Telephone: 504-828-1224

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of January, 2015.

>__/s/ Terrence J. Lestelle_____
>Terrence J. Lestelle