Minute Entry
Barbier, J.
January 26, 2015
JS 10:  7 hr. 19 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG           MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010              SECTION J (1)

                                          JUDGE BARBIER
                                          MAG. JUDGE SHUSHAN
-----------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA                  C.A. 10-4536   J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                             COURT REPORTER:
STEPHANIE KALL                            CATHY PEPPER (AM)
                                          TONI TUSA  (PM)

PENALTY PHASE  NON-JURY TRIAL
(Day five)

MONDAY, JANUARY 26, 2015   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court begins.
All present and ready.

US offers lists of exhibits/demonstratives regarding exam of Dr. Diane Austin: ORDERED admitted. (see attached)

Anadarko offers lists of exhibits/demonstratives regarding exams of Gardner Walkup and Dr. Charles Mason: ORDERED admitted. (see attached)

Witnesses:  Captain Frank Paskewich, sworn and testified. (Expert)
            Laura Folse, sworn and testified.
            Mike Utlser, sworn and testified.
            Dr. Robert Cox, sworn and testified. (Expert)

Court recesses at  5:09 p.m.

Court will resume on Tuesday, JANUARY 27, 2015 at 8:00 a.m.


Appearances on various days throughout the trial:
USA:  Steven O'Rourke,  Sarah Himmelhoch, Abigail Andre, Patrick Casey, Nancy Flickinger, Richard Gladstein, Michael Zevenbergen, Aristide Chakeres, Danielle Fidler, Rachel Hankey, Judith Harvey, Rachel King, Brandon Robers, Erica Pencak
BP:    Robert "Mike" Brock, Kimberly Branscome, J. Andrew Langan, Matthew Regan, Hariklia "Carrie" Karis, Mark Nomellini, Katie Jakola, Keith Jarrett
Anadarko: Thomas Lotterman, Ky Kirby

