**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. DIANE AUSTIN**

The United States offers the following documents it used during its January 20, 2015 examination of Dr. Diane Austin into evidence: *Admitted 1/26/2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-33300 | Education and Experience (Source: TREX-013112.054-.075) |
| D-33301 | What is Ethnography? (Source: TREX-013112.004-.008) |
| D-33302 | 18 Years of Work with MMS/BOEM in the Gulf of Mexico (Source: TREX-233738; TREX-233739; TREX-233740; TREX-233741; TREX-233742; TREX-233743; TREX-233744; TREX-233745; TREX-233746; TREX-233747; TREX-233748; TREX-233749; TREX-233750; TREX-233751; TREX-233754; TREX-011922; TREX-011923) |
| D-33303 | Key Findings (Source: TREX-013112.003, TREX-013112.039-.047, TREX-013112.043; TREX-13113.025-.038) |
| D-33304 | Qualitative vs. Quantitative Research (Source: TREX-013113.006-.007) |
| D-33305 | Case Study Locations (Source: TREX-011922.022) |
| D-33306 | Data Collection (Source: TREX-013112.007-.008; TREX-011923.081) |
| D-33307 | Protection Against Bias (Source: TREX-013112.006-.007; TREX-011923.081) |
| D-33308 | The DWH Disaster: A Series of Events (Source: TREX-000001; TREX-013112.031; TREX-013112.40; TREX-011922.001; TREX-230964 ) |
| D-33309 | Context (Source: TREX-013113.007; TREX-013112.017-.018; TREX-011922.070) |
| D-33310 | Sociocultural Harms (Source: TREX-013112.003; TREX-013113.037; TREX-233616 ) |

| | |
|---|---|
| D-33311 | Disrupted Lives and Livelihoods (Source: TREX-011922.156-.160; TREX-011922.262-.263; TREX-011923.043-.044; TREX-011923.057-.061; TREX-013112.027-.028; TREX-013112.031-.033; TREX-013112.035-.037; TREX-013112.044) |
| D-33312 | Exacerbated Economic and Social Inequality (Source: TREX-011922.013; TREX-011922.013.031-.047; TREX-011922.157; TREX-011922.182-.183; TREX-013112.011-.012; TREX-013112.026; TREX-013112.033-.038; TREX-013112.043; TREX-013112.045; TREX-013113.035) |
| D-33313 | Challenged Individual and Collective Identity (Source: TREX-013112.044-.047) |
| D-33314 | Fostered Conflict and Divisiveness (Source: TREX-013112.023-.025; TREX-013112.040-.044) |
| D-33315 | Disempowered Local Governments and NGOs (Source: TREX-011922.013;  TREX-011923.025; TREX-011923.042; TREX-011923.208; TREX-013112.025; TREX-013112.037-.039; TREX-013112.043; TREX-013112.045) |
| D-33316 | BP's Criticisms Trivialize Harm (Source: TREX-013113.025-.038) |
| TREX-011922 | Offshore Oil and Deepwater Horizon: Social Effects on Gulf Coast Communities Volume I: Methodology, Timeline, Context, and Communities |
| TREX-011923 | Offshore Oil and Deepwater Horizon: Social Effects on Gulf Coast Communities Volume II: Key Economic Sectors, NGOs, and Ethnic Groups |
| TREX-013112 | Expert Report of Diane E. Austin - Sociocultural Effects of the Deepwater Horizon Disaster in the U.S. Gulf of Mexico dated August 15, 2014 |
| TREX-013113 | Rebuttal Expert Report to BP Round 2 Reports of Diane E. Austin dated September 26, 2014 |
| TREX-230964 | Photo: Water poured on burning Deepwater Horizon |
| TREX-233616 | Photo: Placard denouncing BP Oil Spill and US government |
| TREX-233738 | OCS Study BOEM 2014-609 - Gulf Coast Communities and the Fabrication and Shipbuilding Industry: A Comparative Community Study, Vol I: Historical Overview and Statistical Model, Authors: Tyler Priest et al Dated: July 2014 |
| TREX-233744 | OCS Study MMS 2002-022 Social and Economic Impacts of Outer Continental Shelf Activities on Individuals and Families, Vol I: Final Report, Authors: Diane Austin et al Dated: July 2002 |

| TREX-233749 | OCS Study MMS 2008-042 History of the Offshore Oil and Gas Industry in Southern Louisiana, Vol I: Papers on the Evolving Offshore Industry, Authors: Diane Austin et al Dated: September 2008 |
|---|---|

## APC - Exhibits for Gardner Walkup

Anadarko Petroleum Corporation offers the following trial exhibits, callouts, and demonstratives that it used during its examination of Gardner Walkup into evidence: *admitted 1Feb2015 sk*

| Trial Exhibit, Callout, or Demonstrative Number | Description |
|---|---|
| TREX-013204 | AAPL Model Form of Offshore Deepwater Operating Agreement |
| TREX-13204.32.1 | AAPL Model Form - APC callout |
| TREX-13204.61.1 | AAPL Model Form - APC callout |
| TREX-13204.18.3 | AAPL Model Form - APC callout |
| TREX-13204.82.1 | AAPL Model Form - APC callout |
| TREX-13204.82.2 | AAPL Model Form - APC callout |
| TREX-231646R.6.1 | Expert Rebuttal Report of Gardner Walkup - APC Callout |
| TREX-13207.28 | Credit Suisse - US Gulf of Mexico Report, Figure 30 |
| TREX-13207.29 | Credit Suisse - US Gulf of Mexico Report, Figure 31 |

## APC - Exhibits for Charles Mason

Anadarko Petroleum Corporation offers the following trial exhibits, callouts, and demonstratives that it used during its examination of Charles Mason into evidence:

*Admitted 1/26/2015 SK*

| Trial Exhibit, Callout, or Demonstrative Number | Description |
|---|---|
| TREX-013327 | BSEE: Gulf of Mexico Region Production by Operator Ranked by Volume |