UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *"Deepwater Horizon"* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| *Applies to All Actions and 12-970;*<br>*Bon Secour Fisheries, et al., on*<br>*behalf of themselves and all similarly situated,*<br>*versus*<br>*BP Exploration & Production, Inc., et al.* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Modification of the Court's Approval of the Supplemental Information Program Ads (Relating to the Economic and Property Damages Settlement) Requested by Class Counsel on January 9, 2015 (Rec. doc. 14072)]**

The Order entered on January 26, 2015 approving the Supplemental Information Program (Rec. doc. 14072) is hereby MODIFIED to add the following provision as the final paragraph of the Order:

The Administrator of the Economic and Property Damages Settlement is authorized to have the Court approved print and internet ads placed and run with such frequency as the Supplemental Information Program budget funds on hand may allow.

New Orleans, Louisiana, this 28th day of January, 2015.

CARL J. BARBIER
United States District Judge