UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to All Actions and 12-968; Plaisance, et al., individually and/on behalf of the Medical Benefits Settlement Class, v. BP Exploration & Production, Inc., et al. | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Motion to Enlarge the Time to File Proof of Claims Forms in the Medical Class Settlement from February 12, 2015 to August 12, 2015 or Later as Equity Requires (Rec. doc. 14071)]

Movers have filed the above motion seeking enlargement of the deadline to file proof of claims forms with the Medical Benefits Settlement Program. Movers have not obtained the concurrence of BP in the motion. Rec. doc. 14071 at para. 19.

Accordingly, IT IS ORDERED that **on or before the close of business on Friday, January 30, 2015**, BP is to file a brief statement with the Court expressing either its agreement or opposition to the request. Such pleading is not to exceed three pages double-spaced, including attachments.

New Orleans, Louisiana, this  28th  day of    January   , 2015.

CARL J. BARBIER
United States District Judge