UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | CIVIL ACTION NO: 2:10-md-02179 SECTION "J" JUDGE BARBIER |
| This document applies to: 2:12-cv-02338 | * * | MAGISTRATE JUDGE SHUSHAN |

### RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, ES&H, INC. AND TEAM LABOR FORCE, LLC

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Stephan Kolian, David Landrieu, Kim Flair Landrieu, Michael Boatright, Charles Taylor, Christopher Green, Gregory Scott Turner, and Richard and Janice Danos, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, file this Notice of Voluntarily Dismissal Without Prejudice of Defendants, ES&H, Inc. and Team Labor Force, LLC, only in the matter *Steve Kolian, et al. v. BP Exploration and Production, Inc., et al.*, Civil Action No. 2:12-cv-2338. As of the filing of this Notice, ES&H, Inc. and Team Labor Force, LLC have not filed an Answer in Civil Action No. 2:12-cv-2338.

**WHEREFORE**, Plaintiffs, Stephan Kolian, David Landrieu, Kim Flair Landrieu, Michael Boatright, Charles Taylor, Christopher Green, Gregory Scott Turner, and Richard and Janice Danos, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss Defendants ES& H, Inc. and Team Labor Force, LLC without prejudice only in the matter captioned as *Steve Kolian, et al. v. BP Exploration and Production, Inc., et al.*, Civil Action No. 2:12-cv-2338. This Notice of Voluntary Dismissal relates only to the matter

captioned as *Steve Kolian, et al. v. BP Exploration and Production, Inc., et al.*, Civil Action No. 2:12-cv-2338. Plaintiffs reserve any claims made against Defendants, ES&H, Inc. and Team Labor Force, LLC in any other action.

    Dated: January 29, 2015.

        Respectfully submitted:

        *By /s/ Bonnie A. Kendrick*
        **BONNIE ADELE KENDRICK**
        bkendrick@smithstag.com
        La. Bar Roll #31806
        **STUART HOUSEL SMITH**
        ssmith@smithstag.com
        La. Bar Roll # 17805
        SMITH STAG, LLC
        One Canal Place
        365 Canal Street, Suite 2850
        New Orleans, LA 70130
        (504) 593-9600

        Attorney for Plaintiffs

        Co-Counsel for Plaintiffs

        **KELLEY B. STEWART (FL # 492132)**
        Email: KStewart@krupnicklaw.com
        The Law Offices of Krupnick, Campbell, et al
        12 Southeast 7TH Street - #801
        Fort Lauderdale, Florida 33301
        Telephone: (954) 763-8181 #8619
        Facsimile: (954) 763-8292

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of January, 2015 the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12 dated November 1, 2010.

                                      *By /s/ Bonnie A. Kendrick*_____
                                      BONNIE ADELE KENDRICK