Minute Entry
Barbier, J.
January 27, 2015
JS 10: 7 hr. 25 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010             SECTION J (1)

                               JUDGE BARBIER
                               MAG. JUDGE SHUSHAN

---

UNITED STATES OF AMERICA              C.A. 10-4536   J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

---

CASE MANAGER:                           COURT REPORTER:
STEPHANIE KALL                         CATHY PEPPER (AM)
                                       TONI TUSA  (PM)

PENALTY PHASE  NON-JURY TRIAL
(Day six)

TUESDAY, JANUARY 27, 2015   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court begins.
All present and ready.

Witnesses: Richard Morrison, sworn and testified.
             Dr. Damian Shea, sworn and testified. (Expert)

US offers lists of exhibits/demonstratives regarding exams of Dr. Robert Cox and Captain Frank Paskewich : ORDERED admitted. (see attached)

Witness:  Dr. Elliot Taylor, sworn and testified. (Expert)

Court recesses at 5:24 p.m.

Court will resume on Wednesday, JANUARY 28, 2015 at 8:00 a.m.

Appearances on various days throughout the trial:
USA:  Steven O'Rourke,  Sarah Himmelhoch, Abigail Andre, Patrick Casey, Nancy Flickinger, Richard Gladstein, Michael Zevenbergen, Aristide Chakeres, Danielle Fidler, Rachel Hankey, Judith Harvey, Rachel King, Brandon Robers, Erica Pencak
BP:    Robert "Mike" Brock, Kimberly Branscome, J. Andrew Langan, Matthew Regan, Hariklia "Carrie" Karis, Mark Nomellini, Katie Jakola, Keith Jarrett
Anadarko: Thomas Lotterman, Ky Kirby