# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. ROBERT COX

The United States offers the following documents it used during its January 26, 2015 examination of Dr. Robert Cox into evidence: admitted 1-27-2015 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-013110 | Material Safety Data Sheet |
| TREX-231743 | Press Release - NIH News "Gulf Study gears up for second round of health exams" April 11, 2014 |
| TREX-232479 | Atmospheric emissions from the Deepwater Horizon spill constrain air-water partitioning, hydrocarbon fate, and leak rate, TB Ryerson and KC Aikin, et al. |
| TREX-240164 | Air Quality Implications of the Deepwater Horizon Oil Spill |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF CAPTAIN FRANK PASKEWICH

The United States offers the following documents it used during its January 26, 2015 examination of Captain Frank Paskewich into evidence: admitted 1-27-2015 SK

| Exhibit/Demonstrative/Callout Number | Description |
| --- | --- |
| D-33780 | Capt. Roger Laferriere (Source: Laferriere Bundle at 134:24-135:02, 135:04-135:17) |
| TREX-009182 | Oil Budget Calculator - Technical Documentation - November 2010 |
| TREX-009182.87.1.US | Callout of TREX-009182 |
| TREX-009182.87.3.US | Callouts of TREX-009182 |
| TREX-013122.70.1.US | Callout of TREX-013122 |
| TREX-012020 | E-mail from Mary Kay Bradbury to Amyo Taylor et al., dated December 4, 2010, Subject: HSE Stats 12-3-10, with attachments |
| TREX-012020.4.2.US | Callout of TREX-012020 |
| TREX-013135 | Oil Spill Response - Experience, Trends and Challenges |
| TREX-013135.1.1.US & TREX-013135.6.1.US | Callouts of TREX-013135 |