# Exhibit A

Anadarko's 1/27/2015 Amendment to Anadarko's Penalty Phase Trial Exhibit List

MDL 2179
ANADARKO'S 1/30/2015 AMENDMENT TO ANADARKO'S PENALTY PHASE TRIAL EXHIBIT LIST

| Trial Exhibit Number | Beg Bates | End Bates | Description |
|---|---|---|---|
| TREX-280145 | N/A | N/A | Offshore Energy Today, *USCG, Mexican Navy discuss joint oil spill response plan* (April 10, 2014), http://www.offshoreenergytoday.com/uscg-mexican-navy-discuss-joint-oil-spill-response-plan/ |
| TREX-280146 | N/A | N/A | AnadarkoTV, *Anadarko: Red Hawk Reef* , https://www.youtube.com/watch?v=P8ZQZkbETMg (last visited Jan. 30, 2015) |

Submitted on 1/30/2015