IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: ʼOil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * | MDL No. 2179 Section: J Judge Carl J. Barbier Magistrate Judge Sally Shushan |

-----------------------------------------------------------------------

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Ruth F. Brantley, a Deceased Claimant, and

the Claims Administrator of the Deepwater Horizon Economic and Property Damages

Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf

of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of

Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair,

reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _____

Sandra B. Lacey
Claimant's Representative

By: _____

Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: 12 - 16 - 2014

Date: 1/27/15