UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      MDL NO. 2179
    "DEEPWATER HORIZON" in the
    Gulf of Mexico on April 20, 2010

<u>Applies to:</u>      JUDGE BARBIER
12-CV-968: BELO      MAG. JUDGE WILKINSON

## ORDER

The Clerk is directed to file in the record and docket the attached "Parties' Proposed Case Management Order" and their related memoranda, which were previously submitted directly to the Magistrate Judge, as attachments to this order.

New Orleans, Louisiana, this ___30th___ day of January, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE