UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| Applies to: 12-cv-968: BELO | * * * * * * | JUDGE BARBIER CHIEF MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BP'S MEMORANDUM REGARDING PROPOSED FORM DOCUMENTS FOR USE WITH BELO CASE MANAGEMENT ORDER

BP submits this short memorandum to provide (i) information requested by the Court and (ii) a brief explanation of the proposed Short-Form Complaint, Plaintiff Profile Form, and authorizations that it has submitted.

1.    *Address for Service of Complaints*. BP has established the following e-mail address to receive service of process for BELO complaints: ███████████

2.    *Short-Form Complaints*. The parties have not reached agreement on the short form complaint. BP's proposed form is short. It is intended to establish just four matters: (1) the plaintiff's membership in the class; (2) the diagnosis information that qualifies the case as a BELO case; (3) the plaintiff's residence; and (4) those other locations (place of exposure to oil, of diagnosis, of treatment) relevant to transfer pursuant to 28 U.S.C. § 1404(a). Other case-specific information relevant to the plaintiff's claim is better provided in the Plaintiff Profile

Form ("PPF").[1] Plaintiffs' proposed form complaint is not short, and it is repetitive of the Medical Class Action Complaint already on file with the Court.

The principal purpose served by a short-form complaint is the avoidance of make-work and repetition of boilerplate allegations. Here, the few "allegations" of BP's proposed short-form complaint, by their nature, are personal facts known to plaintiffs that do not lend themselves to admission or denial by BP at the pleading stage. BP most likely will lack knowledge or information sufficient to form a belief about the plaintiff's residence, illness or injury, place of diagnosis and treatment. Thus, BP requests that the Court's case management order deem BP's Answer to the Medical Class Action Complaint (2:12-CV-00968-CJB-SS, Doc. No. 1) to be its answer in each BELO case and that BP not be required to file individual answers to short-form complaints.[2]

3.    *Plaintiff Profile Form.* The parties have reached substantial agreement on the PPF. One PPF is submitted on behalf of both parties, with certain text highlighted to show language that is proposed by plaintiffs only (in blue) or by BP only (in red). All other text is agreed upon by both parties.

The proposed form follows the model of the PPF in the *Vioxx* litigation. Like that form, the proposed PPF focuses on the circumstances of the alleged injury, the nature of the injury, and the plaintiff's medical history. A thorough understanding of the plaintiff's medical history is important to establishing whether it was exposure to oil or dispersants that caused his/her

---

[1]   Using the PPF as the vehicle for providing detail about the plaintiff's claim and medical history is the approach taken in the *Vioxx* litigation.

[2]   Pursuant to the Court's December 8, 2014 Order (2:10-MD-02179-CJB-SS, Doc. No. 13787), which set forth the format of the case caption required for BELO complaints, the short-form complaint names both BP Exploration & Production, Inc. and BP America Production Company as defendants, as ordered by the Court. In using this caption, BP does not concede that both BP entities are proper parties in any individual complainant's lawsuit.

condition, or whether the condition was pre-existing or has a more likely, alternative cause. Thus, the PPF, like the one in *Vioxx*, seeks a comprehensive listing of health care providers, so as to enable BP to collect all the relevant medical records.

The PPF will identify the likely medical and other witnesses. As the location of the witnesses is an important factor under § 1404(a), the Court and the parties will want to have a completed PPF before undertaking the § 1404(a) analysis. BP requests that briefing and decision on a venue transfer be deferred until a plaintiff has provided a complete PPF.

The final section of the PPF includes a listing of documents to be produced. The Court may prefer to make this list part of the initial disclosures to be made by each plaintiff.

4.     *Authorizations*. The parties have not reached agreement on the form of authorizations. BP's proposed medical and employer authorizations are modeled on the language used in the Mediation Information Form that is part of the Medical Benefits Class Action Settlement Agreement. The proposed authorizations would authorize recipients to share relevant documents and information with BP without the need for formal discovery procedures. Certain additional language is included to address in an efficient manner specific situations that commonly arise, such as when a medical provider insists on receiving an authorization in its own particular form.

A Social Security authorization is proposed in a form approved by the Social Security Administration.

Although not previously discussed with the Court, BP also proposes that it would be efficient to receive an authorization to obtain records from the Claims Administrator, which would have gathered certain information concerning plaintiffs' claims and conditions prior to the filing of the BELO lawsuit. A proposed form authorization is submitted herewith.

January 21, 2015

Respectfully submitted,

_/s/ J. Tracey Rogers_
J. Tracey Rogers
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

_/s/ Kevin M. Hodges_
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

_/s/ Catherine Pyune McEldowney_
Catherine Pyune McEldowney
MARON MARVEL BRADLEY & ANDERSON
LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

4