UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br>SECTION: J |
| Applies to: 12-cv-968: BELO | * * * * | JUDGE BARBIER<br>CHIEF MAGISTRATE JUDGE WILKINSON |

*Fill in the record 1/29/15*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MEMORANDUM REGARDING PROPOSED FORM COMPLAINT, PLAINTIFF PROFILE FORM AND AUTHORIZATIONS

Plaintiffs submit this memorandum to provide a brief explanation of their proposed BELO Form Complaint, their area of disagreement regarding the proposed Plaintiff Profile Form and response to the medical and employment authorizations.

**Form Complaint**

The Form BELO Complaint that Plaintiffs propose contains information about the BELO plaintiff himself or herself, similar to that contained in BP's proposal. Indeed, it includes all four matters that BP states it must include. But Plaintiffs' Form BELO Complaint also contains allegations relating to the circumstances of plaintiffs' exposure and the link between exposure and physical injury. It contains those facts because the settlement agreement provides that a BELO plaintiff must litigate that his or her physical injury was legally caused by his or her exposure to the oil or chemical dispersants associated with the response activities. Medical Benefits Class Action Settlement Agreement (hereinafter "MSA"), Section VIII, G, 3, a (iv). The Plaintiffs' Form Complaint also asserts facts to which BP agreed in the settlement agreement that it would not contest in a BELO action. MSA, Section VIII, G, 3, b, (i-iii). These allegations should be included in a Form BELO

Complaint. The importance of inclusion of these facts is highlighted by the fact that these BELO cases will be transferred to courts across the Gulf States, in jurisdictions and will be before courts that are not familiar with the BELO process.

**Plaintiff Profile Form**

As BP states, there is not substantial disagreement between the parties regarding the Plaintiff Profile Form (hereinafter "PPF"). The main point of disagreement is the obligation of a plaintiff to fill out a 22-page PPF if he or she previously provided the same information to BP in connection with the Notice of Intent to Sue or in the Mediation process. In this manner, the BELO situation is distinct from the *Vioxx* litigation, as the *Vioxx* plaintiffs would not have been required to complete multiple forms prior to filing a lawsuit for a later manifested physical condition. In contrast, in this case an injured party, before he or she may file a BELO lawsuit, must complete a nine page Notice of Intent to Sue fact sheet, MSA, Exhibit 4, and, if BP decides to mediate the claim, a 14-page mediation fact sheet. MSA, Exhibit 3. Thus, Plaintiffs believe it is fair that the PPF contain the following provision:

> You do not have to answer any of the questions set forth below if you answered that question in connection with your Notice of Intent to Sue or, if relevant, in the Mediation process, unless any of the answers have changed from those previously provided.

**Authorizations**

The medical and employer Authorizations attached to BP's submission currently track the language of the authorizations used in the MSA. Accordingly, Plaintiffs do not oppose those authorizations.

January 21, 2015                                    Respectfully submitted,

/s/ Stephen J. Herman                               /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129                James Parkerson Roy, La. Bar No. 1511
Herman Herman & Katz LLC                            Domengeaux Wright Roy & Edwards LLC
820 O'Keefe Avenue                                  556 Jefferson Street, Suite 500
New Orleans, LA 70113                               Lafayette, LA 70501
Tel: (504) 581-4892                                 Tel: (337) 233-3033
Fax: (504) 569-6024                                 Fax: (337) 233-2796
E-Mail: sherman@hhklawfirm.com                      E-Mail: jimr@wrightroy.com
*Co-Lead Class Counsel*                             *Co-Lead Class Counsel*

/s/ Robin L. Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com
*Class Counsel*