IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  CIVIL ACTION <br> *  NO. 2:10-MDL-02179 <br> * <br> *  SECTION "J" |
| This Document Relates to: 10-8888 | *  JUDGE BARBIER <br> * <br> *  MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiffs Kerry L. Coleman (54444); Charlotte A. Copeland (54454); LaToya S. Fleming (62235); Dana R. Gaston (55192); Tony L. Hall (55204); Jason Johnson (55343); Kenneth Johnson (55347); and Dorcas Starks (56091);

**IT IS ORDERED** that Terrence J. Lestelle, Andrea S. Lestelle and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, and Martins I. Imudia, Martins I Imudia & Associates, A Professional Law Corporation, are hereby withdrawn as counsel of record for Plaintiffs Kerry L. Coleman (54444); Charlotte A. Copeland (54454); LaToya S. Fleming (62235); Dana R. Gaston (55192); Tony L. Hall (55204); Jason Johnson (55343); Kenneth Johnson (55347); and Dorcas Starks (56091).

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**U.S. DISTRICT COURT JUDGE**