EXHIBIT A TO
BELO CASES INITIAL PROCEEDINGS
CASE MANAGEMENT ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| \*\*\* | CIVIL ACTION |
| VERSUS | NO. |
| BP EXPLORATION & PRODUCTION, INC. AND BP AMERICA PRODUCTION COMPANY | JUDGE BARBIER MAG. JUDGE WILKINSON |

Related to:   12-968 BELO
              in MDL No. 2179

**BELO COMPLAINT**