UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD WISNER DONATION | CIVIL ACTION |
| VERSUS | NO. 14-1525 |
| BP EXPLORATION & PRODUCTION, INC. | SECTION "J"(2) |

**ORDER**

All parties have now consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) and the District Judge has executed the referral order. Record Doc. No. 26. Accordingly,

**IT IS ORDERED** that Civil Action No. 14-1525 is hereby SEVERED AND DECONSOLIDATED from MDL 2179. All future submissions in this matter must be filed in Civil Action No. 14-1525, and the Clerk is directed to docket them only in the captioned record.

Counsel are reminded that it is now time to submit to me their proposed case management and scheduling order containing the previously agreed upon pretrial and trial dates.

New Orleans, Louisiana, this ___30th___ day of January, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE