UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| OIL SPILL BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN THE | ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | ) | |
| | ) | SECTION J |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES: | ) | JUDGE BARBIER |
| Case No. 2:13-cv-2571-J1 | ) | MAG. JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Ervin A. Gonzalez and the law firm of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane and Bilzin Sumberg Baena Price & Axelrod LLP be permitted to withdraw as Counsel of record for Plaintiff On the Flats Promotions, LLC (MDL Doc. 131138).

This the _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE