UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: ) | | |
| OIL SPILL BY THE OIL RIG ) | | |
| "DEEPWATER HORIZON" IN THE ) | MDL Docket No. 2179 | |
| GULF OF MEXICO ON APRIL 20, 2010 ) | | |
| ) | SECTION J | |
| ) | | |
| ) | | |
| THIS DOCUMENT RELATES: ) | JUDGE BARBIER | |
| Case No. 2:13-cv-2747-J1 ) | MAG. JUDGE SHUSHAN | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Ervin A. Gonzalez and the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane and Bilzin Sumberg Baena Price & Axelrod LLP be permitted to withdraw as Counsel of record for Copans Petroleum Developers, Inc., (MDL Doc. 131127).

This the _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

3