UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Pleading Relates To<br>    10-4182 (*Alabama v. BP*)<br>    10-4183 (*Alabama v. Transocean, et. al*)<br>    13-2645 (*Alabama v. Anadarko & MOEX*)<br>    13-2646 (*Alabama v. Transocean*)<br>    13-2647 (*Alabama v. Halliburton*)<br>    13-2813 (*Alabama v. BP*) | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## STATE OF ALABAMA'S
## MOTION TO EXERCISE JURISDICTION AND STAY RESPONSES

Two non-parties have filed Motions to Quash Subpoenas issued by this Court on behalf of the State of Alabama:  (a) Danos and Curole Marine Contractors LLC, which filed its motion with this Court, *see* Rec. Doc. 13996, and (b) Polaris Applied Sciences, Inc., which filed its motion in the Western District of Washington on January 23, 2015, *see* Misc. No. 15-MS-008 (Attachment A).

The State of Alabama requests the Court enter an order that (a) exercises jurisdiction over the Motion to Quash Foreign Subpoenas filed by Polaris Applied Sciences, Inc. in the Western District of Washington, *see* 28 U.S.C. §1407(b) (granting MDL judges the ability to exercise the powers of any district judge when conducting pre-trial discovery), and (b) stays any deadline for responding to Danos' and Polaris' Motions to Quash so that the Parties may continue discussing the issues raised therein.

Respectfully submitted on January 30, 2015.

LUTHER J. STRANGE
*Attorney General*

/s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email:  cmaze@ago.state.al.us

Attorneys for the State of Alabama

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 30, 2015.

/s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*