UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

This Pleading Relates To
- **10-4182** (*Alabama v. BP*)
- **10-4183** (*Alabama v. Transocean, et. al*)
- **13-2645** (*Alabama v. Anadarko & MOEX*)
- **13-2646** (*Alabama v. Transocean*)
- **13-2647** (*Alabama v. Halliburton*)
- **13-2813** (*Alabama v. BP*)

MDL No. 2179
SECTION: J

JUDGE BARBIER
MAGISTRATE SHUSHAN

# ORDER

[Regarding the Motions of Polaris and Danos & Curole to Quash Subpoenas]

Based on this Court's inherent authority as the transferee court for multidistrict litigation pursuant to 28 U.S.C. §1407(b), the Motion to Quash filed by Polaris Applied Sciences, Inc. will be decided by the undersigned rather than the Honorable Robert S. Lasnik of the Western District of Washington.  Any further submissions regarding the motion shall be filed in this proceeding.

The Court hereby suspends all deadlines to respond to the Motions to Quash filed by Polaris Applied Sciences, Inc. and Danos and Curole Marine Contractors LLC, pending future orders of this Court.

New Orleans, Louisiana, this _____ day of February, 2015.

**SALLY SHUSHAN**
**United States Magistrate Judge**