UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| OIL SPILL BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN THE | ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | ) | |
| | ) | SECTION J |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES: | ) | JUDGE BARBIER |
| Case No. 2:13-cv-2744-J1 | ) | MAG. JUDGE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Movants Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A., counsel for Key Largo Fish Market, (MDL Doc. 131137) hereby file their Memorandum in Support of Motion to Withdraw as Counsel for Plaintiff Key Largo Fish Market. In support thereof, Movants state as follows:

Movants have encountered irreconcilable differences with Plaintiff on issues involving the case. Under the circumstances, it is requested that the Movants, the law firm of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A., be granted leave to withdraw as counsel for Plaintiff.

Plaintiff Key Largo Fish Market has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiff Key Largo Fish Market, present address is 110 SW 9th Court, Hialeah, FL, 33010, and may be reached at (305) 885-1278. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the law firm of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A., requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully Submitted,

/s Ervin A. Gonzalez
ERVIN A. GONZALEZ

Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of January, 2015.

/s/ Ervin A. Gonzalez