UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-968 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is a motion requesting the Court to extend the deadline for filing Proof of Claim Forms in the Medical Benefits Settlement from February 12, 2015 to August 12, 2015 (Rec. Doc. 14071) and BP's opposition to same (Rec. Doc. 14106).

The Settlement's terms established the deadline for filing Proof of Claim Forms. *See* Medical Settlement §§ V.A., XXI.C.3, I.BB (Rec. Doc. 6427-1). The Court may not extend this deadline absent consent of both BP and Class Counsel. *See* Medical Settlement §§ XXX.C, XXX.I (Rec. Doc. 6427-1). BP does not consent to the requested extension. (Rec. Doc. 14106 at 1). Accordingly,

IT IS ORDERED that the Motion to Enlarge the Time to File Proof of Claim Forms From February 12, 2015 to August 12, 2015 or Later as Equity Requires (Rec. Doc. 14071) is DENIED.

IT IS FURTHERED ORDERED that the Motion to Set for Hearing (Rec. doc. 14074) is DENIED.

New Orleans, Louisiana, this 30th day of January, 2015.

_____
United States District Judge