UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO. 2179  SECTION: J |
| This Document Relates to: | : : | JUDGE BARBIER |
| No. 10-4536 | : | MAG. JUDGE SHUSHAN |

## UNITED STATES' FIFTH AMENDMENT TO THE UNITED STATES' GOOD FAITH PENALTY PHASE TRIAL EXHIBIT LIST [REC. DOC. 13838]

The United States hereby amends the United States' Good Faith Penalty Phase Exhibit List (Second Installment) filed on December 12, 2014 (Rec. Doc. 13838). Copies of each new or redacted exhibit are included in the United States' production of January 30, 2015. The United States continues to reserve its right to use and seek admission of any document included on an exhibit list offered by any other party in the Penalty Phase of this case.

| TREX | Description |
|---|---|
| TREX-233241R | Designated Deposition Testimony of George Bonanno |
| TREX-233896 | BP Press Release: BP Forms Alliance to Advance Paleogene Discoveries in Deepwater Gulf of Mexico |

1

Respectfully submitted,

| | |
|---|---|
| JOYCE BRANDA | JOHN C. CRUDEN |
| Acting Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | Senior Litigation Counsel |
| Admiralty and Aviation | NANCY FLICKINGER |
| STEPHEN G. FLYNN | Senior Attorney |
| Assistant Director | RICHARD GLADSTEIN |
| SHARON SHUTLER | PATRICK CASEY |
| MALINDA LAWRENCE | Senior Counsel |
| LAURA MAYBERRY | A. NATHANIEL CHAKERES |
| Trial Attorneys | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | ABIGAIL ANDRE |
| R. MICHAEL UNDERHILL, T.A. | RACHEL HANKEY |
| Attorney in Charge, West Coast Office | BRANDON ROBERS |
| Torts Branch, Civil Division | GORDON YOUNG |
| U.S. Department of Justice | Trial Attorneys |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:   202-514-2583
E-mail:  steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney Eastern District of Louisiana SHARON D. SMITH
Assistant United States Attorney Eastern District of Louisiana 650 Poydras Street, Suite 1600 New Orleans, LA 70130 Telephone:  (504) 680-3000
Facsimile: (504) 680-3184
E-mail:  sharon.d.smith@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

Date: January 30, 2015

/s/ Steven O'Rourke
U.S. Department of Justice