UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | CIVIL ACTION NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS ALLIES TO: | MAGISTRATE: SHUSHAN |
| NO ;12-970  BON SECOUR FISHERIES INC. ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL | |

**************************************************************************

MOTION FOR LEAVE
TO RESPOND TO MOTION TO RETURN OILSPILL PAYMENTS


**NOW INTO THIS HONORABLE COURT**, through undersigned counsel comes Jarrod Burle respectfully moves this Honorable Court to file a Motion for Leave for the following reasons to file response for the following reasons:

1.

Counsel for Defendant has had tremendous problems enrolling on the Lexis file and serve system. Thus he has received no notices and has tried to file documents without success. Also the latest Supreme Court decision will play a roll in the disposition of this case.

Respectfully submitted

S/George M. Gates IV

GEORGE M GATES, IV  (#26295)
110 0 Poydras Suite 2900 #178
 St. New Orleans, La 70136
Telephone: 504.265.9909
Mobile:     202.255.1645
Fax:         888.583.3317
ggates@gateslawinc.com

Attorney for Plaintiff,
Jarrod Burle
Email: ggates@gateslawinc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
CIVIL ACTION NO. 2179
"DEEPWATER HORIZON"
IN THE GULF OF MEXICO,                              SECTION J
ON APRIL, 20TH 2010

                                                    JUDGE BARBIER

THIS ALLIES TO:

                                                    MAGISTRATE: SHUSHAN

NO ;12-970  BON SECOUR FISHERIES INC.
ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL


*************************************************************************

## ORDER

   Considering the foregoing Motion for leave to file Defendants response for return of Payments

   **IT IS ORDERED** that the Plaintiff is granted an extension until the _____day of

_____, 2015 to file proper response.


Eastern District of  Louisiana this _____ day of _____, 2015.

                                        _____
                                         **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | CIVIL ACTION NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS ALLIES TO: | MAGISTRATE: SHUSHAN |

NO ;12-970  BON SECOUR FISHERIES INC.
ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL
************************************************************************

### 37.1 CERTIFICATE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served counsel of record by placing the same in the U.S. Mail properly addressed and postage prepaid this _____ day of _____, 2015.

/s/George Gates, IV
**GEORGE GATES, IV**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL, 20TH 2010 | CIVIL ACTION NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS ALLIES TO: | MAGISTRATE: SHUSHAN |

NO ;12-970  BON SECOUR FISHERIES INC.
ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL
**************************************************************************

### NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that the Defendant Jarrod Burle is hereby granted an extension of time to respond to Special Masters Motion and a hearing will occur on the _____ day of _____, 2015, at _____ o'clock a.m. in the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

 /s/ George Gates, IV_____
GEORGE M GATES, IV  (#26295)
1100 Poydras St. Suite 2900 #178
New Orleans, La 70130
Telephone: 504.265.9909
Mobile:    202.255.1645
Fax:       888.583.3317
ggates@gateslawinc.com