UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
CIVIL ACTION NO. 2179
"DEEPWATER HORIZON"
IN THE GULF OF MEXICO,                    SECTION J
ON APRIL, 20TH 2010

                                                 JUDGE BARBIER

THIS ALLIES TO:

                                                 MAGISTRATE: SHUSHAN

NO ;12-970  BON SECOUR FISHERIES INC.
ET AL V. BP EXPLORATION & PRODUCTION INC., ET AL

**************************************************************************

## **ORDER**

    Considering the foregoing Motion for leave to file Defendants response for return of Payments

    **IT IS ORDERED** that the Plaintiff is granted an extension until the _____day of

_____, 2015 to file proper response.

Eastern District of  Louisiana this _____ day of _____, 2015.

                                                                   _____
                                                                   **UNITED STATES MAGISTRATE JUDGE**