## Motions

2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

APPEAL,CLASS_REQUESTED,FR/R,MASTER,OIL_SPILL,PROTO

# U. S. District Court

# Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Sutter, Luther on 12/18/2013 at 4:50 PM CST and filed on 12/18/2013

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |
| **Filer:** | Plaintiff |
| **Document Number:** | 12025 |

## Docket Text:
**EXPARTE/CONSENT MOTION Second Motion for Extension of Time for Service by Plaintiff. (Reference: 13-2547)(Sutter, Luther)**


**2:10-md-02179-CJB-SS Notice has been electronically mailed to:**

David J. Beck     dbeck@brsfirm.com

Deborah DeRoche Kuchler     dkuchler@kuchlerpolk.com, azebrick@kuchlerpolk.com, dgordon@kuchlerpolk.com, kcheralla@kuchlerpolk.com, rguidry@kuchlerpolk.com

Don Keller Haycraft     dkhaycraft@liskow.com, agoldman@liskow.com, bevers@liskow.com, dcreid@liskow.com, pfussell@liskow.com, pmjones@liskow.com

Donald E. Godwin     Don.Godwin@GodwinLewis.com, Alan.York@GodwinLewis.com, Angelica.Garcia@GodwinLewis.com, Bruce.Bowman@GodwinLewis.com, Carolyn.Raines@GodwinLewis.com, Carrie.Shelton@GodwinLewis.com, Floyd.Hartley@GodwinLewis.com, Gwen.Richard@GodwinLewis.com, Jenny.Martinez@GodwinLewis.com, Sean.Fleming@GodwinLewis.com

J. Andrew Langan     andrew.langan@kirkland.com, frank.sramek@kirkland.com, koneil@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com, uzo.dike@kirkland.com

James P. Roy     jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com

Kerry J. Miller     kmiller@frilot.com, mklinefelter@frilot.com, scavet@frilot.com

Ky E. Kirby     ky.kirby@bingham.com, joyce.belton@bingham.com, randall.levine@bingham.com

Luther J Strange , III     luther.strange@ago.state.al.us, pmills@ago.state.al.us

Lynn C Greer     lgreer@browngreer.com, tblankenship@browngreer.com, tsteilberg@dheclaims.com

Michael J. Lyle     mikelyle@quinnemanuel.com, ericlyttle@quinnemanuel.com, sylviasimson@quinnemanuel.com

Phillip A. Wittmann     pwittmann@stonepigman.com, afarris@stonepigman.com, aschiavi@stonepigman.com, boneil@stonepigman.c om, BRS383@BRSfirm.com, cbertaut@stonepigman.com, cstarr@stonepigman.com, jdavidson@stonepigman.com, mbroussard@stonepigman.com

R Michael Underhill     mike.underhill@usdoj.gov, bonnie.li@usdoj.gov, christopher.f.coutu@uscg.mil, david.m.dubay@uscg.mil, emily.liu@usdoj.gov, heather.s.kennealy@uscg.mil, michelle.delemarre@usdoj.gov, peter.frost@usdoj.gov, sharon.shutler@usdoj.gov, stephen.flynn@usdoj.gov, torts.aa.files@usdoj.gov, veronica.garner@usdoj.gov

Stephen J. Herman     sherman@hhkc.com

**2:10-md-02179-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=12/18/2013] [FileNumber=6720249-0] [04dec11a4081d3dbd585362db85ddeb6b4591b29b7bf1916404aeb5c7c9d8c9bd0 96fe1ac6cc0ce334debd06fb67e5949ac8ec5fe834315cccf3c21f777590bb]]