UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>   "Deepwater Horizon" in the Gulf<br>   of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645,<br>           13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, January 8, 2015]

1. **Alabama's Document Production**.

On December 30, 2014, BP reported a hash value issue with hard copies in the sample production.  Alabama expressed concern about delaying the production because of the issue.  The parties will try to work out the issue.  On January 13, 2015, Alabama reported that the hash value issue for hard copies had been resolved and that production was proceeding.

2. **Stipulations**.

The order for the HESI stipulation was signed on January 21, 2015 (Rec. doc. 14040).  Alabama and HESI will continue to work on one or two items.

Alabama reported that it is working on a stipulation with Anadarko.

3. **Motions to Compel**.

On December 31, 2014, the Court ruled on Defendants' motion to compel (Rec. doc. 13962).  The deadline for an appeal was January 16, 2015.  Rec. doc. 13962.  The order provided that the parties were to meet-and-confer on a schedule for compliance with the order.  The parties had not worked out a schedule.  Alabama raised issues with three aspects of the order: (1) chart for grant of $12 million; (2) state-owned properties in Mobile and Baldwin counties; and (3) recurring revenue streams.  Alabama's deadline for an appeal will be extended.  The

status of the parties' efforts to resolve the issues will be discussed at the telephone conference on February 12, 2015. At that time a new deadline for an appeal of the order will be set.

On December 31, 2014, the Court ruled on Alabama's motion to compel Defendants. The deadline for an appeal was January 16, 2015. Rec. doc. 13963. The parties did not report on a schedule for compliance with that order. They shall do so at the February 12, 2015 telephone conference. The deadline for an appeal of this order was not extended.

**4. State Tax and Revenue Database.**

Alabama and BP reported they were close to resolving the database issue.

**5. Confidential Information.**

Alabama redacted a sample of the records from the Department of Labor and ADECA and produced the sample to the defendants. BPXP reported that it had reviewed the sample. Based on Alabama's claims, it may need the redacted information from the sample. Alabama reports it will look to determine whether the information sought by BPXP can be provided in another type of documentation so production of personal identifying information can be avoided.

**4. Third Party Discovery.**

Alabama served subpoenas on three contractors for BPXP that participated in the response. BPXP and Alabama are working to resolve issues with the provisions for confidentiality in the contracts between BPXP and the three responders.

BPXP noted that Elliot Taylor is an employee of Polaris Applied Sciences. Mr. Taylor is an expert for BPXP in the Penalty Phase. BPXP and Alabama agreed that BPXP could have until January 23, 2015 to raise challenges to the subpoenas to the three contractors.

7. **Custodian's Laptop**.

By letter dated, December 23, BP (Paul Collier) reported that the laptop for a BPXP contractor, Gary Hayward, was lost. BP is working to recover the majority of the documents pertaining to his work. While Alabama did not have an issue with BP's report, it reserved its right to raise it later if it sees a problem.

8. **Alabama's Presentment Number**.

For the Penalty Phase trial, BPXP agreed to redact Alabama's presentment number from the report of an expert that mentions the number. BPXP reserved its right to contend that the number does not meet the confidentiality requirements of PTO 13.

9. **Set-off Claims**.

On January 6, 2015, Judge Barbier denied Alabama's motion to dismiss the set-off claims without prejudice. Rec. doc. 13983. Alabama raised an issue about discovery during depositions in light of Judge Barbier's ruling. The Court declined to rule in a vacuum. The issue will be addressed after BPXP sees Alabama's document production and before the start of depositions.

10. **Alabama Privilege Log**.

Alabama reported that it was working with BPXP on a time frame for the completion of the privilege log. When there is agreement, it will be reported to the Court.

11. **Next Telephone Conference**.

The next telephone conference will be on **Thursday, February 12, 2015, at 11:00 a.m**. Thereafter telephone conferences will be every other week on Thursdays at 11:00 a.m.

New Orleans, Louisiana, this 2nd day of February, 2015.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**