UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Alabama Damage Cases – Alabama's Motion to Exercise
Jurisdiction and Stay Response (Rec. doc. 14109)]

On January 9, 2015, a non-party, Danos & Curole Marine Contractors, LLC ("Danos"), filed a motion to quash subpoenas. Rec. doc. 13996. The subpoenas were served by Alabama for discovery in the Alabama Damage Cases. Rec. doc. 13996. The motion is set for submission on February 11, 2015.

On January 23, 2015, Polaris Applied Sciences, Inc. ("Polaris") filed a motion to quash subpoenas in the Western District of Washington at Seattle. The subpoenas were issued by Alabama for discovery in the Alabama Damage Cases. Rec. doc. 14109 (Exhibit A).

Alabama filed the motion to exercise jurisdiction over the Polaris motion to quash, and requests that the deadline for any response to the motions by Danos and Polaris to quash be stayed pending negotiations among the parties, including BPXP, to resolve the subpoenas.[1]

For the reasons expressed in this Court's order in other such instances (rec. doc. 6304), the Court will exercise jurisdiction over the subpoena issued to Polaris and its motion to quash.

The Court will also stay the responses for Alabama to respond to the motions by Danos and Polaris to quash.

---

[1] The Court previously exercised jurisdiction in this MDL over subpoenas served in another jurisdiction. For example, a subpoena was issued by BP for Woods Hole Oceanographic Institution ("WHOI") in the United District Court for Massachusetts. Over the objection of WHOI, the Court exercised jurisdiction over WHOI's objection to producing documents. Rec. doc. 6304.

2

The next telephone conference with Alabama and BPXP is set for **Thursday, February 12, 2015, at 11:00 a.m**. At that time, the Court will discuss setting the motions to quash for submission. Danos and Polaris will be notified by the Court when their motions to quash will be set for submission. If it is necessary to proceed with the motions, they will be set on briefs and without oral argument.

IT IS ORDERED that: (1) Alabama's motion to exercise jurisdiction and stay responses (Rec. doc. 14109) is GRANTED as provided herein; and (2) the deadline for an appeal of this order is **Wednesday, February 11, 2015**.

New Orleans, Louisiana, this 2nd day of February, 2015.

**SALLY SHUSHAN**
**United States Magistrate Judge**

Clerk to serve:

Polaris Applied Sciences, Inc.
Through its counsel
Kevin Beauchamp Smith
KBEAUS@IX.NETCOM.COM