UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Oil Spill by the Oil Rig        DEEPWATER HORIZON in the        Gulf of Mexico on April 20, 2010 | *  *  * | MDL NO. 10-md-2179  JUDGE CARL E. BARBIER |
| APPLIES TO  2:10-cv-4182, 2:10-cv-4183.        2:13-cv-2645. 2:13-cv-2646,        2:13-cv-2647, and 2:13-cv-2813 | *  * | MAG. JUDGE SALLY SHUSHAN |

*   *   *   *   *   *   *

### EX PARTER MOTION TO CONTINUE MOTION TO QUASH SUBPOENAS

NOW INTO COURT, through undersigned counsel, comes Danos & Curole Marine Contractors, LLC ("Danos") and moves this Honorable Court to continue its motion to quash the subpoenas to produce documents and to testify at deposition served on Danos by the State of Alabama until March 18, 2015, to permit the parties the opportunity to continue efforts to resolve their disputes. Counsel for the State of Alabama has been contacted and agrees to the grant of this motion.

Respectfully submitted,

/s/ G. Beauregard Gelpi
MICHAEL H. BAGOT, JR. (#2665)
G. BEAUREGARD GELPI (#18226)
WAGNER, BAGOT & RAYER, LLP
Pan American Life Center – Suite 1660
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: 504-525-2141
Facsimile: 504-523-1587
E-mail: mbagot@wb-lalaw.com
E-mail: trayer@wb-lalaw.com
E-mail: bgelpi@wb-lalaw.com
Attorneys for Danos & Curole Marine Contractors, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has this 2nd day of February 2015 been filed electronically and notice will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and may access this filing through the Court's system.

/s/ G. Beauregard Gelpi
G. BEAUREGARD GELPI

634-24\PLDG\0006