UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | * * * | MDL NO. 10-md-2179 JUDGE CARL E. BARBIER |
| APPLIES TO  2:10-cv-4182, 2:10-cv-4183. 2:13-cv-2645. 2:13-cv-2646, 2:13-cv-2647, and 2:13-cv-2813 | * * | MAG. JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion to Continue Motion to Quash Subpoenas filed by Danos & Curole Marine Contractors, LLC:

**IT IS ORDERED** that the Ex Parte Motion to Continue Motion to Quash Subpoenas is hereby GRANTED.  The Motion to Quash Subpoenas will be heard on March 18, 2015, at 9:00 a.m., before United States Magistrate Judge Sally Shushan.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

634-24\PLDG\0007